## **ANNEX 2**

## **ASSUMPTION NOTICE**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-_____ (___) |
| Debtors. | Jointly Administered |
| | **Re: Docket Nos. ___** |

**NOTICE OF ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS
AND UNEXPIRED LEASES IN CONNECTION WITH THE SALE
OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.     On March 12, 2015, The Standard Register Company and its affiliated debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") filed a motion (the "Sale Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court") seeking among other things, entry of an order: (a) approving and authorizing (i) bidding procedures in connection with the sale of substantially all of the Debtors' assets (collectively, the "Transferred Assets"); (ii) stalking horse bid protections; (iii) the form and manner of notice of the sale hearing (the "Sale Hearing"); and (iv) other related relief; and (b) authorizing and approving the sale of the Transferred Assets free and clear of all liens, claims, and encumbrances (except Permitted Encumbrances); (ii) approving the asset purchase agreement (the "Purchase Agreement") entered into by and between the Debtors, as sellers, and a group led by an affiliate of Silver Point Capital, L.P. (the "Stalking Horse") (or if the Stalking Horse is not the Successful Bidder, then a modified Purchase Agreement); (iii) authorizing and approving the assumption and assignment of certain executory contracts and unexpired leases (collectively, the "Assumed Contracts"); and (iv) related relief.[2]

2.     On _____, 2015, the Court entered an order (the "Bidding Procedures Order") approving, among other things, procedures for the assumption and assignment of the Assumed Contracts (the "Assignment Procedures"). Pursuant to the Assignment Procedures and by this written notice, the Debtors hereby notify you that they have determined, in the exercise of their business judgment, that they may assume the Assumed Contracts set forth on **Exhibit A** (collectively, the "Assigned Contracts") and assign them to the Stalking Horse or the Successful Bidder at the Auction, subject to the Successful Bidder's payment of the cure amounts set forth on **Exhibit A**, or such other cure amounts that are agreed to by the parties.

---

[1]     The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2]     Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Sale Motion.

3.      Additional copies of the Bidding Procedures Order, the Purchase Agreement, and any other related documents are available upon request to Prime Clerk LLC, the Debtors noticing and claims agent, 830 Third Avenue, 9th Floor, New York, NY 10022, (855) 842-4124, or by visiting the website maintained in these chapter 11 cases at cases.primeclerk.com/standardregister.

4.      Pursuant to the Assignment Procedures, objections to the proposed assumption and assignment of an Assigned Contract (a "Contract Objection"), must:  (a) be in writing; (b) state with specificity the nature of such objection; (c) comply with the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware; and (d) be filed with the Court and served so as to be **actually received** on or before the later of (i) **4:00 p.m. (prevailing Eastern Time) on May 8, 2015** (the "Contract Objection Deadline").

5.      Except as otherwise provided by the Bidding Procedures Order, the time for filing objections to the cure amounts related to the Assigned Contracts has passed and no further notice or action is necessary with respect to such cure amounts.

Any Contract Objections will be considered at a subsequent hearing before the Court, and must be served on the following parties:

| Counsel to the Debtors | Counsel to the Stalking Horse Bidder |
|---|---|
| Gibson Dunn & Crutcher, LLP<br>200 Park Avenue<br>New York, NY 10166<br>Attn:  Robert A. Klyman, Esq.<br>Email:  rklyman@gibsondunn.com<br>-and-<br>Young Conaway Stargatt & Taylor, LLP<br>1000 North King Street<br>Wilmington, DE 19801<br>Attn: Michael R. Nestor (mnestor@ycst.com) | Skadden, Arps, Slate, Meagher & Flom LLP<br>155 N. Wacker Drive,<br>Chicago, IL 60606<br>Attn:  Kimberly DeBeers and Ron Meisler<br>(kimberly.debeers@skadden.com;<br>ron.meisler@skadden.com) |
| **Counsel to the Committee** | **The United States Trustee** |
| | Office of the United States Trustee<br>for the District of Delaware<br>844 King Street<br>Suite 2207, Lockbox 35<br>Attn:  Mark Kenney |

If any timely filed Contract Objection cannot be resolved by the parties, the Court shall resolve such Contract Objection prior to assumption and assignment of such designated Assigned Contract, and upon entry of an order by the Court resolving such Contract Objection, the assignment, if approved by the Court, shall be deemed effective as of the date you receive this notice.  To the extent that any Contract Objection cannot be resolved by the parties, such Assigned Contract shall be assumed and assigned only upon satisfactory resolution of the Contract Objection, to be determined in Successful Bidder's reasonable discretion, and until such time as the Contract Objection can be resolved, the Assigned Contract shall be conditionally assumed and assigned pending a resolution of the Contract Objection after notice and a hearing.

**CONSEQUENCES OF FAILING TO TIMELY FILE AND SERVE AN OBJECTION**

ANY COUNTERPARTY TO AN ASSIGNED CONTRACT WHO FAILS TO TIMELY FILE AND SERVE AN OBJECTION TO THE PROPOSED ASSUMPTION AND ASSIGNMENT OF AN ASSIGNED CONTRACT SET FORTH ON **EXHIBIT A** BY THE CONTRACT OBJECTION DEADLINE IN ACCORDANCE WITH THE BIDDING PROCEDURES ORDER AND THE ASSIGNMENT PROCEDURES SHALL BE FOREVER BARRED FROM ASSERTING ANY OBJECTION TO THE ASSUMPTION AND ASSIGNMENT OF THE ASSIGNED CONTRACT SET FORTH ON **EXHIBIT A.**

Dated: _____, 2015
Wilmington, Delaware

_/s/_ _____
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Maris J. Kandestin (No. 5294)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:      (302) 571-6600
Facsimile:      (302) 571-1253
mnestor@ycst.com
kcoyle@ycst.com
mkandestin@ycst.com
amagaziner@ycst.com

-and-

Robert A. Klyman (CA No. 142723)
Samuel A. Newman (CA No. 217042)
Jeremy L. Graves (CO No. 45522)
Sabina Jacobs (CA No. 274829)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-1512
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
rklyman@gibsondunn.com
snewman@gibsondunn.com
jgraves@gibsondunn.com
sjacobs@gibsondunn.com

*Counsel to the Debtors and Debtors in Possession*

01:16785671.2

3

**<u>Exhibit A</u>**

**Assigned Contracts**

**Assigned Contracts**[1]

| Debtor | Counterparty | Description of Assumed Contract | Cure Amount |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

---

[1] The presence of a contract on this **Exhibit A** does not constitute an admission by the Debtors that such contract is an executory contract or an unexpired lease, and the Debtors reserve all rights to withdraw any proposed assumption or reject any contract at any time before such contract is assumed and assigned pursuant to an order of the Court.  Please also note that certain contracts may have been omitted from this public version of this **Exhibit A** due to the confidential and proprietary nature thereof.