**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| Allied Nevada Gold Corp., *et al.*,[1] | ) | Case No. 15-10503 (MFW) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MARCH 11, 2015 AT 2:00 P.M. (ET)**

**VOLUNTARY PETITIONS:**

1.  Voluntary Chapter 11 Petitions:

|  |  |  |
|---|---|---|
| A. | Allied Nevada Gold Corp. | (Case No. 15-10503) |
| B. | Allied Nevada Gold Holdings LLC | (Case No. 15-10504) |
| C. | Allied VGH Inc. | (Case No. 15-10505) |
| D. | Allied VNC Inc. | (Case No. 15-10506) |
| E. | ANG Central LLC | (Case No. 15-10507) |
| F. | ANG Cortez LLC | (Case No. 15-10508) |
| G. | ANG Eureka LLC | (Case No. 15-10509) |
| H. | ANG North LLC | (Case No. 15-10510) |
| I. | ANG Northeast LLC | (Case No. 15-10511) |
| J. | ANG Pony LLC | (Case No. 15-10512) |
| K. | Hasbrouck Production Company LLC | (Case No. 15-10513) |
| L. | Hycroft Resources & Development, Inc. | (Case No. 15-10514) |
| M. | Victory Exploration Inc. | (Case No. 15-10515) |
| N. | Victory Gold Inc. | (Case No. 15-10516) |

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Allied Nevada Gold Corp. (7115); Allied Nevada Gold Holdings LLC (7115); Allied VGH Inc. (3601); Allied VNC Inc. (3291); ANG Central LLC (7115); ANG Cortez LLC (7115); ANG Eureka LLC (7115); ANG North LLC (7115); ANG Northeast LLC (7115); ANG Pony LLC (7115); Hasbrouck Production Company LLC (3601); Hycroft Resources & Development, Inc. (1989); Victory Exploration Inc. (8144); and Victory Gold Inc. (8139).  The corporate headquarters for each of the above Debtors are located at, and the mailing address for each of the above Debtors, except Hycroft Resources & Development, Inc., is 9790 Gateway Drive, Suite 200, Reno, NV 89521.  The mailing address for Hycroft Resources & Development, Inc. is P.O. Box 3030, Winnemucca, NV 89446.

900200.00001/100000408v.1

**FIRST DAY DECLARATION:**

2.    Declaration of Stephen M. Jones in Support of Chapter 11 Petitions and Various First Day Applications and Motions [Dkt. No. 16; 3/10/15]

**FIRST DAY MOTIONS AND APPLICATIONS:**

3.    Debtors' Motion for Entry of an Order Directing Joint Administration of Chapter 11 Cases [Dkt. No. 3; 3/10/15]

   Objections/Responses Received:    None as of the filing of this Agenda.

   Related Documents:    None.

   Status:  The hearing on this matter will go forward.

4.    Debtors' Motion for Entry of an Order Authorizing the Debtors to File and Maintain a Consolidated List of Creditors in Lieu of Filing and Maintaining a Separate Mailing Matrix for Each Debtor [Dkt. No. 4; 3/10/15]

   Objections/Responses Received:    None as of the filing of this Agenda.

   Related Documents:    None.

   Status:  The hearing on this matter will go forward.

5.    Debtors' Application for Entry of an Order Authorizing the Retention and Appointment of Prime Clerk LLC as Claims and Noticing Agent Under 28 U.S.C. § 156(c), Bankruptcy Code Section 105(a) and Local Rule 2002-1(f) [Dkt. No. 5; 3/10/15]

   Objections/Responses Received:    None as of the filing of this Agenda.

   Related Documents:    None.

   Status:  The hearing on this matter will go forward.

6.    Debtors' Motion for Authority to (A) Continue Using Their Existing Cash Management System, (B) Honor or Satisfy Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Bank Accounts and Business Forms and (D) Extend the Time to Comply With Bankruptcy Code Section 345(b) [Dkt. No. 9; 3/10/15]

   Objections/Responses Received:    None as of the filing of this Agenda.

   Related Documents:    None.

Status:  The hearing on this matter will go forward.

7.      Debtors' Motion (I) For Entry of Interim and Final Orders Authorizing, But Not Directing, the Debtors to Pay Certain Taxes and Fees and (II) Scheduling a Final Hearing [Dkt. No. 6; 3/10/15]

Objections/Responses Received:     None as of the filing of this Agenda.

Related Documents:      None.

Status:  The hearing on this matter will go forward.

8.      Debtors' Motion (I) For Entry of Interim and Final Orders Authorizing, But Not Directing, the Debtors to (A) Continue Debtors' Insurance Policies, (B) Maintain Debtors' Prepetition Premium Financing Agreements and (C) Pay Certain Obligations Related Thereto and (II) Scheduling a Final Hearing [Dkt. No. 7; 3/10/15]

Objections/Responses Received:     None as of the filing of this Agenda.

Related Documents:      None.

Status:  The hearing on this matter will go forward.

9.      Debtors' Motion for Interim and Final Orders (A) Determining Adequate Assurance of Payment for Future Utility Services, (B) Approving Adequate Assurance Procedures and (C) Granting Related Relief [Dkt. No. 8; 3/10/15]

Objections/Responses Received:     None as of the filing of this Agenda.

Related Documents:      None.

Status:  The hearing on this matter will go forward.

10.     Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing, But Not Directing, Payment of Prepetition Wages, Salaries, and Other Compensation and Benefits and Continuation of Employee Benefits Programs and Related Administrative Obligations in the Ordinary Course, (B) Authorizing and Directing Applicable Banks and Financial Institutions to Honor and Process Related Checks and Transfers and (C) Scheduling a Final Hearing [Dkt. No. 13; 3/10/15]

Objections/Responses Received:     None as of the filing of this Agenda.

Related Documents:      None.

Status:  The hearing on this matter will go forward.

3

11.    Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Claims of Critical Vendors and (II) Granting Related Relief [Dkt. No. 10; 3/10/15]

Objections/Responses Received:    None as of the filing of this Agenda.

Related Documents:    None.

Status:  The hearing on this matter will go forward.

12.    Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Pay Certain Prepetition Claims (A) of Shippers and Warehousemen, (B) of Miscellaneous Lien Claimants, (C) Arising Under Bankruptcy Code Section 503(b)(9) and (D) Incurred in Connection With Postpetition Delivery of Goods and Services and (II) Granting Related Relief [Dkt. No. 11; 3/10/15]

Objections/Responses Received:    None as of the filing of this Agenda.

Related Documents:    None.

Status:  The hearing on this matter will go forward.

13.    Debtors' Motion for Interim and Final Orders Establishing Notification and Hearing Procedures for Transfers of Certain Equity Securities [Dkt. No. 12; 3/10/15]

Objections/Responses Received:    None as of the filing of this Agenda.

Related Documents:    None.

Status:  The hearing on this matter will go forward.

14.    Debtors' Motion for Entry of Interim and Final Orders: (I) Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364 Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Grant Liens and Superpriority Administrative Expense Status, (C) Use Cash Collateral of Prepetition Secured Parties, and (D) Grant Adequate Protection to Prepetition Secured Parties; (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c); and (III) Granting Related Relief [Dkt. No. 14; 3/10/15]

Objections/Responses Received:    None as of the filing of this Agenda.

Related Documents:

A. Declaration of Barak Klein in Support of Debtors' Motion for Entry of Interim and Final Orders: (I) Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364 Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Grant Liens

4

and Superpriority Administrative Expense Status, (C) Use Cash Collateral of Prepetition Secured Parties, and (D) Grant Adequate Protection to Prepetition Secured Parties; (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c); and (III) Granting Related Relief [Dkt. No. 15; 3/10/15]

Status:  The hearing on this matter will go forward.

Wilmington, Delaware
Date:  March 10, 2015

**BLANK ROME LLP**

By:  */s/ Stanley B. Tarr*
Stanley B. Tarr (No. 5535)
Bonnie Glantz Fatell (No. 3809)
Michael D. DeBaecke (No. 3186)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

-and-

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Ira S. Dizengoff (*pro hac vice* admission pending)
Philip C. Dublin (*pro hac vice* admission pending)
Alexis Freeman (*pro hac vice* admission pending)
Kristine G. Manoukian (No. 5509)
One Bryant Park
New York, New York 10036
Telephone:  (212) 872-1000
Facsimile:  (212) 872-1002

*Proposed Co-Counsel to the Debtors and Debtors in Possession*