IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re:                                                              : Chapter 11
:
THE STANDARD REGISTER COMPANY, *et al.*,   : Case No. 15-10541 (BLS)
:
Debtors[1].                                                      : Joint Administration Pending
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that Skadden, Arps, Slate, Meagher & Flom LLP hereby enters its appearance as counsel for Silver Point Finance, LLC ("Silver Point") and Standard Acquisition Holdings, LLC ("Standard Acquisition") in the above-captioned cases and demands that all notices and pleadings given or filed in these cases be given and served upon each of the following:

| | |
|---|---|
| Ron E. Meisler, Esq. | Sarah E. Pierce, Esq. |
| Carl T. Tullson, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP |
| Christopher M. Dressel, Esq. | One Rodney Square |
| Skadden, Arps, Slate, Meagher & Flom LLP | P.O. Box 636 |
| 155 North Wacker Drive, Suite 2700 | Wilmington, Delaware 19899-0636 |
| Chicago, Illinois  60606-1720 | Telephone:  (302) 651-3000 |
| Telephone:  (312) 407-0700 | Facsimile:  (302) 651-3001 |
| Facsimile:  (312) 407-0411 | Sarah.Pierce@skadden.com |
| Ron.Meisler@skadden.com | |
| Carl.Tullson@skadden.com | |
| Christopher.Dressel@skadden.com | |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

PLEASE TAKE FURTHER NOTICE THAT the foregoing request includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE THAT neither this notice or any subsequent appearance, pleading, claim or suit is intended to nor shall be deemed to waive Silver Point and/or Standard Acquisition's right (1) to have final orders in non-core matters entered only after *de novo* review by a higher court, (2) to trial by jury in any proceeding so triable herein or any case, controversy, or proceeding related to hereto, (3) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Silver Point and/or Standard Acquisition is or may be entitled under agreements, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

*[Remainder of page intentionally left blank.]*

Dated: Wilmington, Delaware
       March 12, 2015

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Sarah E. Pierce*
Sarah E. Pierce (I.D. No. 4648)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Facsimile: (302) 651-3001

- and -

Ron E. Meisler
Carl T. Tullson
Christopher M. Dressel
155 North Wacker Drive
Suite 2700
Chicago, Illinois 60606-1720
Telephone: (312) 407-0700
Facsimile: (312) 407-0411

*Counsel for Silver Point Finance, LLC and Standard Acquisition Holdings, LLC*