# CERTIFICATE OF SERVICE

I, Sarah E. Pierce, hereby certify that on March 12, 2015, I caused the foregoing Notice of Appearance and Demand for Notices and Papers to be served on the parties listed below in the manner indicated.

| | |
|---|---|
| Michael R. Nestor, Esq. | Robert A. Klyman, Esq. |
| Kara Hammond Coyle, Esq. | Samuel A. Newman, Esq. |
| Maris J. Kandestin, Esq. | Jeremy L. Graves, Esq. |
| Andrew Magaziner, Esq. | Sabina Jacobs, Esq. |
| Young Conaway Stargatt & Taylor, LLP | Gibson, Dunn & Crutcher LLP |
| Rodney Square | 333 South Grand Avenue |
| 1000 North King Street | Los Angeles, CA 90071-1512 |
| Wilmington, DE 19801 | **(By First-class Mail)** |
| **(By Hand Delivery)** | |

*/s/ Sarah E. Pierce*
Sarah E. Pierce