IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Joint Administration Requested) |

### NOTICE OF HEARING TO CONSIDER FIRST DAY PLEADINGS

**PLEASE TAKE NOTICE** that on March 12, 2015, The Standard Register Company and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code") with the Clerk of the United States Bankruptcy Court for the District of Delaware.  The Debtors continue to operate their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will present the following pleadings (collectively, the "First Day Pleadings") at a hearing scheduled to commence on **March 13, 2015 at 11:00 a.m. (ET)** (the "Hearing") before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, in the United States Bankruptcy Court

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001).  The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801:[2]

### FIRST DAY PLEADINGS

1. Debtors' Motion for Entry of an Order Directing Joint Administration of Related Chapter 11 Cases for Procedural Purposes Only [D.I. 3; 3/12/15]

2. Debtors' Application for an Order Appointing Prime Clerk LLC as Claims and Noticing Agent [D.I. 4; 3/12/15]

3. Debtors' Motion for Order Authorizing (A) Continued Use of Cash Management System; (B) Maintenance of Existing Bank Accounts; (C) Continued Use of Existing Business Forms; (D) Continued Performance of Intercompany Transactions in the Ordinary Course of Business and Grant of Administrative Expenses Status for Postpetition Intercompany Claims; and (E) Limited Waiver of Section 345(b) Deposit and Investment Requirements [D.I. 5; 3/12/15]

4. Debtors' Motion for Interim and Final Orders (A) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Service; (B) Approving the Debtors' Proposed Adequate Assurance of Payment for Postpetition Services; and (C) Establishing Procedures for Resolving Requests for Additional Adequate Assurance of Payment [D.I. 6; 3/12/15]

5. Debtors' Motion for Order (I) Authorizing the Payment of Prepetition Sales, Use, Franchise, Income and Similar Taxes and Fees, and (II) Authorizing Banks to Receive, Process, and Honor Checks Issued and Electronic Payment Requests Related Thereto [D.I. 7; 3/12/15]

6. Debtors' Motion for Order (I) Authorizing Continuation of, and Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection with, Various Insurance Policies, and (II) Authorizing Banks to Honor and Process Checks and Electronic Transfer Requests Related Thereto [D.I. 8; 3/12/15]

7. Debtors' Motion for Interim and Final Orders Authorizing Debtors to Pay Certain Prepetition Claims of Critical Vendors, Shippers, and Freight Carriers [D.I. 9; 3/12/15]

8. Debtors' Motion for Order Authorizing Debtors to Honor and Continue Certain Customer Programs in the Ordinary Course of Business [D.I. 10; 3/12/15]

9. Debtors' Motion for Entry of an Order (I) Granting Administrative Expense Priority to All Undisputed Obligations for Goods and Services Ordered Prepetition and Delivered

---

[2] Please note that Judge Christopher S. Sontchi will be presiding over the Hearing in lieu of Chief Judge Brendan L. Shannon.

Postpetition and Authority to Satisfy Such Obligations in the Ordinary Course of Business, and (II) Granting Related Relief [D.I. 11; 3/12/15]

10. Debtors' Motion for Entry of Order Authorizing Payment of Prepetition Claims of Foreign Vendors [D.I. 12; 3/12/15]

11. Debtors' Motion for Entry of Interim and Final Orders Establishing Notification Procedures for Dispositions of, or Claims of Worthless Stock Deductions with Respect to, Standard Register Stock [D.I. 13; 3/12/15]

12. Debtors' Motion for Interim and Final Orders (I) Authorizing Payment of Certain Prepetition Workforce Claims, Including Wages, Salaries and Other Compensation, (II) Authorizing Payment of Certain Employee Benefits and Confirming Right to Continue Employee Benefits on a Postpetition Basis, (III) Authorizing Payment of Reimbursement to Employees for Expenses Incurred Prepetition, (IV) Authorizing Payment of Withholding and Payroll-Related Taxes, (V) Authorizing Payment of Workers' Compensation Obligations; and (VI) Authorizing Payment of Prepetition Claims Owing to Administrators and Third Party Providers [D.I. 14; 3/12/15]

13. Debtors' Motion for Order (A) Authorizing Debtors (I) to Provide Adequate Protection to the Debtors' Secured Lenders, (II) to Obtain Interim Postpetition Financing on a Superpriority, Secured and Priming Basis in Favor of Silver Point Finance, LLC, as Administrative Agent for Proposed DIP Term Lenders, and Bank of America, N.A., as Administrative Agent for Proposed DIP ABL Lenders, and (III) to Modify the Automatic Stay; and (B) Scheduling, and Establishing Deadlines Relating to a Final Hearing and Entry of a Final Order on Postpetition Financing [D.I. 15; 3/12/15]

**PLEASE TAKE FURTHER NOTICE** that copies of each First Day Pleading will be mailed to you subsequent to the Hearing and are currently available on the website of the Debtors' proposed claims and noticing agent, Prime Clerk LLC, http://cases.primeclerk.com/standardregister, and on the Court's website, www.deb.uscourts.gov. If you would like to receive copies of any First Day Pleading prior to the Hearing, you may contact Troy Bollman, Paralegal, at (302) 573-7796 or tbollman@ycst.com.  All parties wishing to participate in the Hearing telephonically must make arrangements with Court Call ((866) 582-6878; www.courtcall.com) prior to the Hearing.

01:16752216.1

Dated: March 12, 2015
Wilmington, Delaware

*/s/ Kara Hammond Coyle*
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Maris J. Kandestin (No. 5294)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
mnestor@ycst.com
kcoyle@ycst.com
mkandestin@ycst.com
amagaziner@ycst.com

-and-

Robert A. Klyman (CA No. 142723)
Samuel A. Newman (CA No. 217042)
Jeremy L. Graves (CO No. 45522)
Sabina Jacobs (CA No. 274829)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-1512
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
rklyman@gibsondunn.com
snewman@gibsondunn.com
jgraves@gibsondunn.com
sjacobs@gibsondunn.com

*Proposed Counsel to the Debtors and Debtors in Possession*