**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*[1], | Case No. 15-10541 (BLS) |
| Debtors. | Joint Administration Pending |

**CERTIFICATION OF UNITED STATES GOVERNMENT**
**ATTORNEY COURTNEY L. MORGAN**

    I, Courtney L. Morgan, am an attorney representing the Pension Benefit Guaranty Corporation ("PBGC"), a creditor in these cases. The PBGC is a United States Government corporation that administers and enforces the pension plan termination program established under Title IV of the Employee Retirement Income Security Act of 1974 ("ERISA"), *as amended*, 29 U.S.C. §§ 1301-1461 (2012). I certify that I am a member in good standing of the bar of the State of Maryland, of good moral character and not subject to pending disciplinary proceedings.

    I further state that I will be bound by the rules of this Court and submit to the jurisdiction of this Court for disciplinary purposes.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

2

I certify under penalty of perjury that the foregoing is true and correct.

Dated: March 12, 2015    s/ Courtney L. Morgan
    Courtney L. Morgan (MD Bar No. 9856)
    Attorney
    PENSION BENEFIT GUARANTY
    CORPORATION
    Office of the Chief Counsel
    1200 K Street, N.W.
    Washington, D.C. 20005-4026
    Phone: (202) 326-4020, ext. 3738
    Fax: (202) 326-4112
    E-mail: morgan.courtney@pbgc.gov &
        efile@pbgc.gov