# CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of March, 2015, the Pension Benefit Guaranty Corporation's Notice of Appearance and Request for Electronic Notice and Certification of United States Government Attorney Courtney L. Morgan were served on the following:

| | |
|---|---|
| Kara Hammond Coyle<br>Maris J. Kandestin<br>Andrew L. Magaziner<br>Michael R. Nestor<br>Young Conaway Stargatt & Taylor LLC<br>1000 North King Street<br>Wilmington, DE 19801<br>**Debtors' Counsel**<br>**via CM/ECF** | Mark S. Kenney<br>Office of the U.S. Trustee<br>844 King Street, Room 2207<br>Wilmington, DE 19899-0035<br>**United States Trustee**<br>**via CM/ECF** |

/s/ Courtney L. Morgan
Courtney L. Morgan