**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| Allied Nevada Gold Corp., *et al.*, | ) Case No. 15-10503 (MJW) |
| Debtors. | ) Joint Administration Requested |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Nicholas P. Stabile of the firm Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036-6745, to represent the above-captioned debtors and debtors in possession in these bankruptcy cases and in any related matters or adversary proceedings.

Wilmington, Delaware
Dated: March 11, 2015

**BLANK ROME LLP**

/s/*Stanley B. Tarr*
Stanley B. Tarr (No. 5535)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

*Proposed Co-Counsel to the Debtors and Debtors in possession*

### ORDER GRANTING MOTION

*IT IS HEREBY ORDERED* that counsel's motion for admission *pro hac vice* is granted.

**Dated: March 11th, 2015**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these bankruptcy cases.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised March 25, 2014.  I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

Dated:  March 11, 2015          */s/ Nicholas P. Stabile*_____
                                Nicholas P. Stabile
                                Akin Gump Strauss Hauer & Feld LLP
                                One Bryant Park
                                New York, NY 10036
                                Telephone:  (212) 872-1000
                                Email: nstabile@akingump.com