UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Richard M. Allen, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the proposed claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On March 12, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served in the manners set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Notice of Hearing to Consider First Day Pleadings [Docket No. 28]

- Notice of Agenda of Matters Scheduled for Hearing on March 13, 2015 at 11:00 A.M. (ET) [Docket No. 30]

Dated: March 12, 2015

Richard M. Allen

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on March 12, 2015, by Richard M. Allen, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

DAVID M. SMITH
NOTARY PUBLIC-STATE OF NEW YORK
No. 02SM6300826
Qualified in New York County
My Commission Expires April 07, 2018

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

**Exhibit A**

**Exhibit A**

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| Top 50 Creditor | APPVION INC | Attn: General Counsel | Po Box 638565 | | Cincinnati | OH | 45263-8565 | 920-991-8852 | | FAX |
| Top 50 Creditor | Avery Dennison | Attention: General Counsel | 15178 Collections Ctr Dr | | Chicago | IL | 60693 | | susan.miller@averydennison.com | EMAIL |
| Top 50 Creditor | Bank Of America | Attention: General Counsel | 200 N College St | | Charlotte | NC | 28255-0001 | 980-386-6699 | i_r@bankofamerica.com | FAX AND EMAIL |
| Administrative Agent under the Debtors' Amended and Restated Loan and Security Agreement | Bank of America, N.A. | James S. Rankin Jr., Parker, Hudson, Rainer & Dobbs LLP | 1500 Marquis Two Tower | 285 Peachtree Center Avenue NE | Atlanta | GA | 30303 | 404-522-8409 | jrankin@phrd.com | FAX AND EMAIL |
| Top 50 Creditor | Bruce Moses | | 620 Hospitality Dr | | Rancho Mirage | CA | 92270 | | | OVERNIGHT MAIL |
| Top 50 Creditor | BUSINESS CARD SERVICE | Attn: General Counsel | 3200 143Rd Circle | | Burnsville | MN | 55306-6945 | 952-894-5228 | emily.myers@printforce.com | FAX AND EMAIL |
| Top 50 Creditor | Carolinas Shared Services (subgroup within Premier GPO) | Robert Boyd | 5039 Airport Center Parkway | Building K Suite A | Charlotte | NC | 28208 | | | OVERNIGHT MAIL |
| Top 50 Creditor | Cass Information Systems | Attn: General Counsel | 12444 Powerscourt Drive | Suite 550 | St. Louis | MO | 63131 | 314-506-5955 | | |
| Top 50 Creditor | Catholic Contracting Group (CCG) | Attention: Mike Maguire | Premier Healthcare Alliance Lp | 13034 Ballantine Corporate Place | Charlotte | NC | 28277 | | | OVERNIGHT MAIL |
| Top 50 Creditor | Craig Brown | | 60 Royal Birkdale | | Springboro | OH | 45066 | | | OVERNIGHT MAIL |
| Top 50 Creditor | Craig Stockmal | | 1 Huntington Ave #1802 | | Boston | MA | 02116-0000 | | | OVERNIGHT MAIL |
| Top 50 Creditor | Dayton Mailing Services | Attn: General Counsel | Po Box 2436 | | Dayton | OH | 45401 | 937-222-2696 | marketing@daytonmailing.com | FAX AND EMAIL |
| Delaware Attorney General | Delaware Attorney General | Attn Bankruptcy Dept | Carvel State Office Bldg | 820 N French St 6th Fl | Wilmington | DE | 19801 | | attorney.general@state.de.us | EMAIL |
| Delaware Division of Revenue | Delaware Division of Revenue | Zillah Frampton | 820 N French St | | Wilmington | DE | 19801 | 302-577-8632 | FASNotify@state.de.us | FAX AND EMAIL |
| Delaware Secretary of State | Delaware Secretary of State | Corporations Franchise Tax | PO Box 898 | | Dover | DE | 19903 | 302-739-5831 | dosdoc_Ftax@state.de.us | FAX AND EMAIL |
| Delaware State Treasury | Delaware State Treasury | Attn Bankruptcy Dept | 820 Silver Lake Blvd Ste 100 | | Dover | DE | 19904 | 302-739-5635 | statetreasurer@state.de.us | FAX AND EMAIL |
| Top 50 Creditor | Dennis Rediker | | 737 Lakengren Cove | | Eaton | OH | 45320 | | | OVERNIGHT MAIL |
| Special Corporate Counsel to the Debtors | Dinsmore & Shohl LLP | Christopher A. Deabler | 255 East Fifth Street | Suite 1900 | Cincinnati | OH | 45202 | 513-977-8141 | christopher.deabler@dinsmore.com | FAX AND EMAIL |
| Top 50 Creditor | Domtar Paper Co LLC | Attn: General Counsel | 8800 Sterling Street | | Irving | TX | 75063-2535 | 270-927-8714 | | |
| Top 50 Creditor | Earth Color | Attn: General Counsel | 7021 Portwest Drive | STE. 190 | Houston | TX | 77024 | 973-952-8282 | thebaultinfo@earthcolor.com | FAX AND EMAIL |
| Top 50 Creditor | Edward Keiper | | 22706 Whiteoaks | | Mission Viejo | CA | 92692 | | | OVERNIGHT MAIL |
| Environmental Protection Agency - Region 3 | Environmental Protection Agency | Attn Bankruptcy Dept | 1650 Arch Street | | Philadelphia | PA | 19103-2029 | | r3public@epa.gov | EMAIL |
| Top 50 Creditor | Flexcon Company | Attn: Accounts Receivable | 1 Flexcon Industrial Park | | Spencer | MA | 01562-2642 | 508-885-8400 | | FAX |
| Top 50 Creditor | Gary Becker | | 666 Barclay Lane | | Broomall | PA | 19008 | | | OVERNIGHT MAIL |
| Top 50 Creditor | Georgia Pacific Corp | Attention: General Counsel | PO BOX 0102412 | | Atlanta | GA | 30368-0412 | 920-438-2121 | tdarland@gapac.com | |
| Top 50 Creditor | GLS Graphic Label Solutions | Attn: General Counsel | 2407 Pulaski Highway | | Columbia | TN | 38401 | 931-490-0024 | customerservice@graphiclabelsolutions.com | FAX AND EMAIL |
| Top 50 Creditor | HP Enterprise Services LLC | Attn: General Counsel | Hewlett Packard Express | PO BOX 22160 | Oakland | CA | 94623 | 972-605-6033 | enterprisesolutions@hp.com | FAX AND EMAIL |
| Top 50 Creditor | Independent Printing CO Inc | Attn: General Counsel | 1801 Lawrence Drive | PO Box 5790 | De Pere | WI | 54115 | 888-336-6118 | contactus@independentinc.com | FAX AND EMAIL |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | Mail Stop 5 Q30 133 | Philadelphia | PA | 19104-5016 | 855-235-6787 | | FAX |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 | 855-235-6787 | | FAX |
| Top 50 Creditor | Jack Marshall | | 470 Westwood | | Barrington | IL | 60010 | | | OVERNIGHT MAIL |
| Top 50 Creditor | John Harden | | 5390 Cold Springs Road South | | Concord | NC | 28025 | | | OVERNIGHT MAIL |
| Top 50 Creditor | Joseph Custer | Attention: General Counsel | 2285 Nyce Way | | Lansdale | PA | 19446 | | | OVERNIGHT MAIL |
| Top 50 Creditor | Kathryn Lamme | | 885 Greenhouse Dr | | Kettering | OH | 45419 | | | OVERNIGHT MAIL |
| Top 50 Creditor | Lithia Springs | Attention: Ericca Stokes | 3475 Piedmont Road | Suite 650 | Atlanta | GA | 30305 | | estokes@prologis.com | EMAIL |
| Top 50 Creditor | Mark Platt | | 5048 James Hill Road | | Kettering | OH | 45429 | | | OVERNIGHT MAIL |
| Top 50 Creditor | Michael Spaul | | 296 Carmarthen Way | | Granville | OH | 43023 | | | OVERNIGHT MAIL |
| Top 50 Creditor | Michael Wolk | | 1246 Homestead Creek Dr | | Broadview Heights | OH | 44147 | | | OVERNIGHT MAIL |
| Top 50 Creditor | NEVS INK INC | Attn: General Counsel | 2500 W Sunset Drive | | Waukesha | WI | 53189 | 262-548-0655 | nevsink@nevsink.com | FAX AND EMAIL |
| Top 50 Creditor | Nissan Total | Attn: General Counsel | 983 Nissan Drive | | Smyrna | TN | 37617-0003 | | | OVERNIGHT MAIL |
| Top 50 Creditor | Novation GPO | Mitchell Shepherd | 75 Remittance Dr Ste 1420 | | Chicago | IL | 60675 | | | OVERNIGHT MAIL |
| United States Trustee District of Delaware | Office of the United States Trustee | Mark Kinney | 844 King St Ste 2207 | | Wilmington | DE | 19801 | 302-573-6497 | mark.kenney@usdoj.gov | FAX AND EMAIL |
| Top 50 Creditor | Partners Healthcare | Peter Markell | 529 Main Street | | Charlestown | MA | 02129-0000 | | | OVERNIGHT MAIL |
| Top 50 Creditor | PBGC | Attn:  Erin C Kim | 1200 K Street NW | | Washington | DC | 20005-4026 | 202-326-4112 | kim.erin@pbgc.gov | FAX AND EMAIL |
| Top 50 Creditor | Peter Redding | | 6470 Montreux Lane | | Reno | NV | 89511 | | | OVERNIGHT MAIL |
| Top 50 Creditor | Precision Dynamics Corp | Attn: General Counsel | Po Box 71549 | | Chicago | IL | 60694-1995 | | info@pdchealthcare.com | EMAIL |
| Top 50 Creditor | Purchase Power | Attention: General Counsel | Po Box 856042 | | Louisville | KY | 40285 | | | OVERNIGHT MAIL |
| Top 50 Creditor | Rajendra Mehta | | 220 Estates Dr | | Dayton | OH | 45459 | | | OVERNIGHT MAIL |
| Top 50 Creditor | Robert Assini | | 20 Rima Court | | Danville | CA | 94526 | | | OVERNIGHT MAIL |
| Top 50 Creditor | Salesforce Com Inc | Attn: General Counsel | PO BOX 203141 | | Dallas | TX | 75320-3141 | | legal@salesforce.com | EMAIL |
| Top 50 Creditor | Sanmar Corp | Attn: General Counsel | Po Box 643693 | | Cincinnati | OH | 45264-3693 | 206-727-3203 | sales@sanmar.com | FAX AND EMAIL |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | Washington | DC | 20549 | | NYROBankruptcy@SEC.GOV | EMAIL |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn Bankruptcy Dept | Brookfield Place | 200 Vesey Street Ste 400 | New York | NY | 10281-1022 | | bankruptcynoticeschr@sec.gov; NYROBankruptcy@SEC.GOV | EMAIL |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn Bankruptcy Dept | One Penn Center | 1617 JFK Blvd Ste 520 | Philadelphia | PA | 19103 | | NYROBankruptcy@SEC.GOV | EMAIL |
| Administrative Agent under Debtors' First Lein Credit Agreement and Second Lein Credit Agreement | Silver Point Finance, LLC | Ron Meisler Chris Dressel c/o Skadden Arps | 155 N. Wacker Drive | | Chicago | IL | 60606 | 312-407-0411 | ron.meisler@skadden.com; christopher.dressel@skadden.com | FAX AND EMAIL |
| Counsel for Silver Point Finance, LLC and Standard Acquistion Holdings, LLC | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Sarah E. Pierce | One Rodney Square | P.O. Box 636 | Wilmington | DE | 19899-0636 | 302-651-3001 | sarah.pierce@skadden.com | FAX AND EMAIL |

In re The Standard Register Company, *et al.*
Case No. 15-10541  (BLS)                              Page 1 of 2

Core/2002 Service List

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for Silver Point Finance, LLC and Standard Acquistion Holdings, LLC | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Ron E. Meisler Carl T. Tullson Christopher M. Dresel | 155 North Wacker Drive | Suite 2700 | Chicago | IL | 60606-1720 | 312-407-0411 | ron.meisler@skadden.com; carl.tullson@skadden.com; christopher.dressel@skadden.com | FAX AND EMAIL |
| Top 50 Creditor | Source Technologies Inc | Attn: General Counsel | 4205B Westinghouse Commons Drive | | Charlotte | NC | 28273 | 203-284-9389 | Kimberly@sourcetechnologiesinc.com | FAX AND EMAIL |
| Top 50 Creditor | Tenet (subgroup within MedAssets GPO comprised of about 45 hospitals) | Richard Yonker | 1445 Ross Avenue | Suite 1400 | Dallas | TX | 75202 | | | OVERNIGHT MAIL |
| Top 50 Creditor | Timothy Webb | | 4906 E. Desert Fairways Dr. | | Paradise Valley | AZ | 85253 | | | OVERNIGHT MAIL |
| Top 50 Creditor | Unisource Worldwide Inc | Attn: General Counsel | 7575 Brewster | | Philadelphia | PA | 19153 | | | OVERNIGHT MAIL |
| US Attorney for the District of Delaware | US Attorney for Delaware | Charles Oberly c/o Ellen Slights | 1007 Orange St Ste 700 | PO Box 2046 | Wilmington | DE | 19899-2046 | 302-573-6220 | usade.ecfbankruptcy@usdoj.gov | FAX AND EMAIL |
| Top 50 Creditor | Virginia Rafferty | | 235 Bellewood Drive | | Aiken | SC | 29803 | | | OVERNIGHT MAIL |
| Top 50 Creditor | Volt Consulting | Attn: General Counsel | Two Tower Center Blvd | | East Brunswick | NJ | 08816 | 212-704-2413 | info@voltconsultinggroup.com | FAX AND EMAIL |
| Top 50 Creditor | Washington State Department of Ecology | Attention: General Counsel | Po Box 47600 | | Olympia | WA | 98504-7600 | 360-407-6989 | maia.bellon@ecy.wa.gov | FAX AND EMAIL |
| Top 50 Creditor | Westborough | Attenion: Ms Sam Ajanaku | The Realty Associates Fund Ix C/O Lincoln Property Company | 67 South Bedford Street | Burlington | MA | 01803-0000 | | sajanaku@lpc.com | EMAIL |
| Top 50 Creditor | XPEDX LLC | Attn: General Counsel | 6285 Tri-Ridge Blvd. | | Loveland | OH | 45140 | 513-965-2849 | | FAX |