**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
|  | : |  |
| In re: | : | Chapter 11 |
|  | : |  |
| THE STANDARD REGISTER COMPANY, *et al.*, | : | Case No. 15-10541 (BLS) |
|  | : |  |
| Debtors. | : | Joint Administration Pending |
|  | : |  |
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Carl T. Tullson to represent Silver Point Finance, LLC and Standard Acquisition Holdings, LLC in this action.

Dated:  March 12, 2015

*/s/ Sarah E. Pierce*
Sarah E. Pierce (I.D. No. 4648)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated:  March 12, 2015

*/s/ Carl T. Tullson*
Carl T. Tullson
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Suite 2700
Chicago, Illinois  60606-1720

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: March 13th, 2015**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**