IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
In re: : Chapter 11
:
THE STANDARD REGISTER COMPANY, *et al.*, : Case No. 15-10541 (BLS)
:
Debtors. : Joint Administration Pending
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

       Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Christopher M. Dressel to represent Silver Point Finance, LLC and Standard Acquisition Holdings, LLC in this action.

Dated:  March 12, 2015

      */s/ Sarah E. Pierce*
      Sarah E. Pierce (I.D. No. 4648)
      SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
      One Rodney Square
      P.O. Box 636
      Wilmington, Delaware 19899-0636

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

       Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated:  March 12, 2015

      */s/ Christopher M. Dressel*
      Christopher M. Dressel
      SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
      155 North Wacker Drive
      Suite 2700
      Chicago, Illinois  60606-1720

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: March 13th, 2015
Wilmington, Delaware

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**