IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*[1], | Case No. 15-10541 (BLS)<br>Jointly Administered |
| Debtors. | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that that Gibbons P.C. hereby appears as counsel for DG3 Group America, Inc. ("DG3"), creditor in the above-captioned cases pursuant to section 1109(b) of title 11 of the United States Code (as amended, the "Bankruptcy Code"), Fed. R. Bankr. P. 2002, 3017(a), 9007, and 9010 (as amended, the "Bankruptcy Rules"), and Del. Bankr. L. R. 2002-1(d), and request that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

| | |
|---|---|
| **GIBBONS P.C.**<br>Attn: Natasha M. Songonuga (Bar No. 5391)<br>1000 N. West Street, Suite 1200<br>Wilmington, DE  19801-1058<br>Telephone:  (302) 295-4875<br>Facsimile:  (302) 295-4876<br>E-mail: nsongonuga@gibbonslaw.com | **GIBBONS P.C.**<br>Attn: Mark B. Conlan<br>One Gateway Center<br>Newark, NJ  07102-5310<br>Telephone:  (973) 596-4500<br>Facsimile:  (973) 596-0545<br>E-mail:  mconlan@gibbonslaw.com |

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and the papers referred to in the Rules specified above, but also includes without

---

[1] The Debtors and the last four digits of their respective U.S. federal taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (n/a); Standard Register de México, S. de R.L. de C.V. (n/a); Standard Register Servicios, S. de R.L. de C.V. (n/a); and Standard Register Technologies Canada ULC (n/a).

limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise, that (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case, with respect to (a) the debtors in the above-captioned cases and any related adversary proceedings, whether currently pending or later commenced (the "<u>Debtors</u>"); (b) property of the Debtors' estate, or proceeds thereof, in which the Debtors may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use; or (2) requires or seeks to require any act or other conduct by a party in interest.

**PLEASE TAKE FURTHER NOTICE** that the filing this *Notice of Appearance and Request for Service of Papers* is not intended as, and shall not be, (1) Consent by DG3 to the entry of final orders and judgments in any case, proceeding, matter, or controversy if it is determined that the Court, absent consent of DG3, cannot enter final orders or judgments in such any case, proceeding, matter, or controversy, as applicable, consistent with Article III of the United States Constitution; and/or (2) a waiver of any rights, claims, actions, defenses, setoffs, or recoupments to which DG3 is or may be entitled to under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: March 13, 2015　　　　　　　　**GIBBONS P.C.**
Wilmington, Delaware

　　　　　　　　　　　　　　　　　　*/s/ Natasha M. Songonuga*
　　　　　　　　　　　　　　　　　　Natasha M. Songonuga, Esq. (Bar No. 5391)
　　　　　　　　　　　　　　　　　　1000 N. West Street, Suite 1200
　　　　　　　　　　　　　　　　　　Wilmington, DE 19801-1058
　　　　　　　　　　　　　　　　　　Telephone: (302) 295-4875
　　　　　　　　　　　　　　　　　　Facsimile: (302) 295-4876
　　　　　　　　　　　　　　　　　　E-mail: nsongonuga@gibbonslaw.com

-and-

Mark B. Conlan
One Gateway Center
Newark, NJ  07102-5310
Telephone:  (973) 596-4500
Facsimile:  (973) 596-0545
E-mail:  mconlan@gibbonslaw.com

*Counsel to DG3 Group America, Inc.*