# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>The Standard Register Company,<br><br>       Debtor [1] | Chapter 11<br><br>Case No. 15-10541 (BLS) |
| In re:<br><br>Standard Register Holding Company,<br><br>       Debtor | Chapter 11<br><br>Case No. 15-10542 (BLS) |
| In re:<br><br>Standard Register Technologies, Inc.,<br><br>       Debtor | Chapter 11<br><br>Case No. 15-10543 (BLS) |
| In re:<br><br>Standard Register International, Inc.,<br><br>       Debtor | Chapter 11<br><br>Case No. 15-10544 (BLS) |
| In re:<br><br>iMedConsent, LLC,<br><br>       Debtor | Chapter 11<br><br>Case No. 15-10540 (BLS) |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

01:16790363.2

| | |
|---|---|
| In re:<br><br>Standard Register of Puerto Rico Inc.,<br>        Debtor | Chapter 11<br><br>Case No. 15-10545 (BLS) |
| In re:<br><br>Standard Register Mexico Holding Company,<br>        Debtor | Chapter 11<br><br>Case No. 15-10546 (BLS) |
| In re:<br><br>Standard Register Holding, S. de R.L. de C.V.,<br>        Debtor | Chapter 11<br><br>Case No. 15-10547 (BLS) |
| In re:<br><br>Standard Register de México, S. de R.L. de C.V.,<br>        Debtor | Chapter 11<br><br>Case No. 15-10548 (BLS) |
| In re:<br><br>Standard Register Servicios, S. de R.L. de C.V.,<br>        Debtor | Chapter 11<br><br>Case No. 15-10549 (BLS) |
| In re:<br><br>Standard Register Technologies Canada ULC,<br>        Debtor | Chapter 11<br><br>Case No. 15-10550 (BLS)<br><br>**Re: Docket No. 3** |

01:16790363.2

## ORDER DIRECTING JOINT ADMINISTRATION OF
## RELATED CHAPTER 11 CASES FOR PROCEDURAL PURPOSES ONLY

Upon the *Debtors' Motion for Entry of an Order Directing Joint Administration of Related Chapter 11 Cases for Procedural Purposes Only* (the "Motion")[2] filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (collectively, the "Chapter 11 Cases"); and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334(b) and 157 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and the Court having found that venue of these cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having determined that it may enter a final order consistent with Article III of the United States Constitution; and in consideration of the First Day Declaration; and it appearing that notice of the Motion has been given as set forth in the Motion and that such notice is adequate and no other or further notice need be given; and a hearing having been held to consider the relief requested in the Motion; and upon the record of the hearing on the Motion and all of the proceedings had before the Court; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, their creditors and all other parties in interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

    1.    The Motion is GRANTED, as set forth herein.

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

2. The above-captioned Chapter 11 Cases are hereby consolidated for procedural purposes only and shall be jointly administered by this Court. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above-captioned Chapter 11 Cases.

3. The caption of the jointly administered cases shall read as follows:

| | |
|---|---|
| In re | Chapter 11 |
| THE STANDARD REGISTER COMPANY, et al.[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

4. All original pleadings shall be captioned as set forth immediately above, and all original docket entries shall be made in the case of The Standard Register Company, Case No. 15-10541 (BLS).

5. The Clerk of this Court shall make a notation substantially similar to the following on the docket of each Debtor:

> An order has been entered in this case directing the joint administration of the chapter 11 cases of The Standard Register Company, Standard Register Holding Company, Standard Register Technologies, Inc., Standard Register International, Inc., iMedConsent, LLC, Standard Register or Puerto Rico Inc., Standard Register Mexico Holding Company, Standard Register Holding, S. de R.L. de C.V., Standard Register de México, S. de R.L. de C.V., Standard Register Servicios, S. de R.L. de C.V., and Standard Register Technologies Canada ULC. The docket in the chapter 11 case of The Standard Register Company, Case No. 15-10541 (BLS) should be consulted for all matters affecting this case.

6. The Clerk of the Court shall maintain a single pleadings docket and file under the case number assigned to The Standard Register Company, which shall be the pleadings docket and file for the Chapter 11 Cases.

7. The Debtors and the Clerk of the Court are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

8. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

9. This Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

10. The Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: _____3/13_____, 2015
Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

01:16790363.2