SIGN-IN SHEET

CASE NAME: The Standard Register
CASE NO: 15-10541

COURTROOM LOCATION: 6
DATE: 3/13/15 at 12:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Robert A. Klyman | Gibson Dunn; Crutcher LLP | Debtor |
| Samuel A. Newman | " | Debtor |
| Jeremy L. Graves | " | Debtor |
| Michael L. Nestor | Young Conaway Stargatt-Taylor | Debtor |
| Kara Hammond Coyle | " | Debtor |
| Maris J. Kandestin | " | Debtor |
| Courtney Morgan | Pension Benefit Guaranty Corp | PBGC |
| Ron Meisler | Skadden Arps, Slate Meagher | Silverpoint |
| Carl Tullson | " | " |
| Savan Pierre | " | " |
| Mark Kenney | U.S. Trustee | U.S. Trustee |
| Linda Casey | " | " |
| Ed Dobbs | Parker Hudson | Bank of America |
| Mark Collins | Richards Layton | " |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

## U.S. Bankruptcy Court-Delaware (DE - US)
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi
## #6

Calendar Date: 03/13/2015

Calendar Time: 11:00 AM ET

Amended Calendar 03/13/2015 07:27 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | The Standard Register Company | 15-10541 | Hearing | 6801051 | Alessandra Backus | (404) 881-4418 | Alston & Bird LLP | Interested Party, Georgia Pacific / LIVE |
| | | The Standard Register Company | 15-10541 | Hearing | 6800329 | Barry Bazian | (973) 597-2448 | Lowenstein Sandler, LLP | Interested Party, Lowenstein Sandler, LLP / LISTEN ONLY |
| | | The Standard Register Company | 15-10541 | Hearing | 6800920 | David Botter | (212) 872-1055 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LISTEN ONLY |
| | | The Standard Register Company | 15-10541 | Hearing | 6800108 | Matthew G. Bouslog | (949) 451-3914 | Gibson, Dunn & Crutcher LLP | Debtor, The Standard Register Company / LIVE |
| | | The Standard Register Company | 15-10541 | Hearing | 6801186 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | The Standard Register Company | 15-10541 | Hearing | 6802000 | Tiffany S. Cobb | 614-464-8322 | Vorys, Sater, Seymour & Pease LLP | Interested Party, Fifth Third Bank / LISTEN ONLY |
| | | The Standard Register Company | 15-10541 | Hearing | 6800315 | Anthony DeLeo | (973) 597-2500 ext. 2243 | Lowenstein Sandler, LLP | Interested Party, Lowenstein Sandler, LLP / LISTEN ONLY |
| | | The Standard Register Company | 15-10541 | Hearing | 6801360 | Douglas Deutsch | (212) 408-5169 | Chadbourne & Parke, LLP | Interested Party, Chadbourne & Parke / LIVE |
| | | The Standard Register Company | 15-10541 | Hearing | 6800321 | Anthony DiNello | (203) 542-4212 ext. 00 | Silver Point Capital | Interested Party, Silver Point Finance, LLC and Standard Acquisition Holdings, LLC / LISTEN ONLY |
| | | The Standard Register Company | 15-10541 | Hearing | 6800621 | Christopher Dressell | 312-407-0968 | Skadden Arps Slate Meagher & Flom | Interested Party, Silver Point Finance & Standard Acquisitions Holdings, LLC / LISTEN ONLY |

| ID | Name | Firm | Phone | Representing | Case | Type | Party |
|---|---|---|---|---|---|---|---|
| 6801340 | Kevin M. Eide | Akin Gump Strauss Hauer & Feld LLP | (202) 887-4000 | The Standard Register Company | 15-10541 | Hearing | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LISTEN ONLY |
| 6800846 | Mark Hojnacki | McKinsey & Company | (212) 446-7000 | The Standard Register Company | 15-10541 | Hearing | Debtor, The Standard Registered Company / LISTEN ONLY |
| 6802361 | Patrick Holohan | Merger Market | (646) 378-3155 | The Standard Register Company | 15-10541 | Hearing | Interested Party, Merger Market / LISTEN ONLY |
| 6800103 | Sabina Jacobs | Gibson, Dunn & Crutcher | (213) 229-7345 | The Standard Register Company | 15-10541 | Hearing | Debtor, The Standard Register Company / LIVE |
| 6801184 | Andrew M. Kramer | Otterbourg P.C. | (212) 661-9100 ext. 345 | The Standard Register Company | 15-1054T | Hearing | Interested Party, Otterbourg P.C. / LIVE |
| 6802959 | Jason Manfrey | Fox Rothschild LLP | (215) 299-2122 | The Standard Register Company | 15-10541 | Hearing | Interested Party, Fox Rothschild LLP / LISTEN ONLY |
| 6802823 | Kim Martin Lewis | Dinsmore & Shohl LLP | 513-977-8200 ext. 8259 | The Standard Register Company | 15-10541 | Hearing | Interested Party, Kim Martin Lewis / LISTEN ONLY |
| 6801418 | Todd Nakamoto | Wells Fargo Capital Finance | (310) 453-7329 | The Standard Register Company | 15-10541 | Hearing | Interested Party, Wells Fargo / LISTEN ONLY |
| 6801426 | John O'Leary Nocita | Wells Fargo Capital Finance | (310) 453-7329 | The Standard Register Company | 15-10541 | Hearing | Interested Party, Wells Fargo / LISTEN ONLY |
| 6801207 | Lauren Schlussel | Hahn & Hessen LLP | (212) 478-7200 | The Standard Register Company | 15-10541 | Hearing | Interested Party, Hahn & Hessen LLP / LISTEN ONLY |
| 6802992 | Bennett S. Silverberg | Brown Rudnick LLP | (212) 209-4924 | The Standard Register Company | 15-10541 | Hearing | Interested Party, Brown Rudnick LLP / LISTEN ONLY |
| 6800311 | Carl Tullson | Skadden Arps Slate Meagher & Flom | (312) 407-0379 | The Standard Register Company | 15-10541 | Hearing | Interested Party, Silver Point Finance, LLC and Standard Acquisition Holdings, LLC / LISTEN ONLY |
| 6802961 | Conor Tully | FTI Consulting, Inc. | (212) 247-1010 | The Standard Register Company | 15-10541 | Hearing | Interested Party, FTI Consulting, Inc. / LISTEN ONLY |
| 6801036 | David A. Wender | Alston & Bird LLP | (404) 881-7599 | The Standard Register Company | 15-10541 | Hearing | Interested Party, Georgia Pacific / LISTEN ONLY |
| 6800420 | Eric D. Wilson | Kelley Drye & Warren LLP | (212) 808-5087 | The Standard Register Company | 15-10541 | Hearing | Interested Party, Eric Wilson / LIVE |

CourtConfCal2012