**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Hearing: April 1, 2015 at 10:00 a.m. (ET)**<br>**Obj. Deadline: March 25, 2015 at 4:00 p.m. (ET)** |
| | **Re: Docket No. 23** |

**NOTICE OF HEARING ON DEBTORS' MOTION FOR (I) AN ORDER (A)
ESTABLISHING SALE PROCEDURES RELATING TO THE SALE OF
SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS; (B) APPROVING BID
PROTECTIONS; (C) ESTABLISHING PROCEDURES RELATING TO THE
ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND
UNEXPIRED LEASES, INCLUDING NOTICE OF PROPOSED CURE AMOUNTS; (D)
APPROVING FORM AND MANNER OF NOTICE OF ALL PROCEDURES,
PROTECTIONS, SCHEDULES, AND AGREEMENTS; (E) SCHEDULING A HEARING
TO CONSIDER THE PROPOSED SALE; AND (F) GRANTING CERTAIN RELATED
RELIEF; AND (II) AN ORDER (A) APPROVING THE SALE OF SUBSTANTIALLY
ALL OF THE DEBTORS' ASSETS AND (B) AUTHORIZING THE ASSUMPTION AND
ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED
<u>LEASES IN CONNECTION WITH THE SALE</u>**

TO:    (I) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF
DELAWARE; (II) HOLDERS OF THE 30 LARGEST UNSECURED CLAIMS ON A
CONSOLIDATED BASIS AGAINST THE DEBTORS; (III) COUNSEL FOR SILVER
POINT FINANCE, LLC, IN ITS CAPACITY AS ADMINISTRATIVE AGENT
UNDER THE DEBTORS' FIRST LIEN CREDIT AGREEMENT AND SECOND LIEN
CREDIT AGREEMENT; (IV) COUNSEL FOR BANK OF AMERICA, N.A., IN ITS
CAPACITY AS ADMINISTRATIVE AGENT UNDER THE DEBTORS' AMENDED
AND RESTATED LOAN AND SECURITY AGREEMENT; (V) COUNSEL TO THE
AGENTS UNDER THE DEBTORS' PROPOSED DEBTOR-IN-POSSESSION
FINANCING FACILITY; (VI) ALL ENTITIES KNOWN BY THE DEBTORS TO
ASSERT LIENS WITH RESPECT TO THE TRANSFERRED ASSETS; (VII) ALL

---

[1]   The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  The
Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register
Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard
Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register
Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard
Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001).  The
headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

ENTITIES REASONABLY KNOWN TO HAVE EXPRESSED A BONA FIDE INTEREST IN ACQUIRING THE TRANSFERRED ASSETS DURING THE SIX (6) MONTHS PRECEDING THE DATE HEREOF; (VIII) THE INTERNAL REVENUE SERVICE; (IX) THE OFFICE OF THE UNITED STATES ATTORNEY FOR THE DISTRICT OF DELAWARE; (X) ALL STATES ATTORNEY GENERAL IN STATES IN WHICH THE TRANSFERRED ASSETS ARE LOCATED; (XI) ALL TAXING AUTHORITIES OR RECORDING OFFICES WITH A REASONABLY KNOWN INTEREST IN THE RELIEF REQUESTED IN THE MOTION, INCLUDING THE SALES TAX AUTHORITIES OF ALL STATES AND THE DISTRICT OF COLUMBIA; (XII) THE SECURITIES AND EXCHANGE COMMISSION; AND (XIII) ALL PARTIES THAT HAVE FILED A NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS PURSUANT TO BANKRUPTCY RULE 2002.

PLEASE TAKE NOTICE that, on March 12, 2015, The Standard Register Company and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") filed the **Debtors' Motion for (I) an Order (A) Establishing Sale Procedures Relating to the Sale of Substantially All of the Debtors' Assets; (B) Approving Bid Protections; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts; (D) Approving Form and Manner of Notice of All Procedures, Protections, Schedules, and Agreements; (E) Scheduling a Hearing to Consider the Proposed Sale; and (F) Granting Certain Related Relief; and (II) an Order (A) Approving the Sale of Substantially All of the Debtors' Assets and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale** (the "Sale Procedures Motion")[2] [Docket No. 23].

PLEASE TAKE FURTHER NOTICE that any objections to the relief requested in the Sale Procedures Motion must be filed on or before **March 25, 2015, at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801.  At the same time, you must serve a copy of any objection upon the undersigned counsel to the Debtors so as to be received on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE THAT A HEARING TO CONSIDER THE SALE PROCEDURES MOTION WILL BE HELD ON **APRIL 1, 2015, AT 10:00 A.M. (ET)** BEFORE THE HONORABLE BRENDAN L. SHANNON, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM #3, WILMINGTON, DELAWARE 19801.

---

[2]   Due to the voluminous nature of the Sale Procedures Motion, the asset purchase agreement exhibit (the "Exhibit") to said motion is not being served with this notice.  If you would like copies of the Exhibit, it is available, free of charge, from the website of the Court appointed claims agent, Prime Clerk LLC (http://cases.primeclerk.com/standardregister).

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE SALE PROCEDURES MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

Dated:    March 13, 2015
          Wilmington, Delaware          */s/ Maris J. Kandestin*
                                        Michael R. Nestor (No. 3526)
                                        Kara Hammond Coyle (No. 4410)
                                        Maris J. Kandestin (No. 5294)
                                        Andrew L. Magaziner (No. 5426)
                                        YOUNG CONAWAY STARGATT & TAYLOR, LLP
                                        Rodney Square
                                        1000 North King Street
                                        Wilmington, Delaware 19801
                                        Telephone:  (302) 571-6600
                                        Facsimile:  (302) 571-1253
                                        mnestor@ycst.com
                                        kcoyle@ycst.com
                                        mkandestin@ycst.com
                                        amagaziner@ycst.com

                                        -and-

                                        Robert A. Klyman (CA No. 142723)
                                        Samuel A. Newman (CA No. 217042)
                                        Jeremy L. Graves (CO No. 45522)
                                        Sabina Jacobs (CA No. 274829)
                                        GIBSON, DUNN & CRUTCHER LLP
                                        333 South Grand Avenue
                                        Los Angeles, CA 90071-1512
                                        Telephone:  (213) 229-7000
                                        Facsimile:  (213) 229-7520
                                        rklyman@gibsondunn.com
                                        snewman@gibsondunn.com
                                        jgraves@gibsondunn.com
                                        sjacobs@gibsondunn.com

                                        *Proposed Counsel to the Debtors and*
                                        *Debtors in Possession*

01:16752216.1