### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Hearing: April 13, 2015 at 10:00 a.m. (ET)**<br>**Obj. Deadline: March 27, 2015 at 4:00 p.m. (ET)** |
| | **Re: Docket No. 26** |

### NOTICE OF HEARING ON DEBTORS' FIRST OMNIBUS MOTION FOR ORDER AUTHORIZING REJECTION OF CERTAIN UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY *NUNC PRO TUNC* TO THE PETITION DATE

TO:   (I) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) HOLDERS OF THE 50 LARGEST UNSECURED CLAIMS ON A CONSOLIDATED BASIS AGAINST THE DEBTORS; (III) COUNSEL FOR SILVER POINT FINANCE, LLC, IN ITS CAPACITY AS ADMINISTRATIVE AGENT UNDER THE DEBTORS' FIRST LIEN CREDIT AGREEMENT AND SECOND LIEN CREDIT AGREEMENT; (IV) COUNSEL FOR BANK OF AMERICA, N.A., IN ITS CAPACITY AS ADMINISTRATIVE AGENT UNDER THE DEBTORS' AMENDED AND RESTATED LOAN AND SECURITY AGREEMENT; (V) COUNSEL TO THE AGENTS UNDER THE DEBTORS' PROPOSED DEBTOR-IN-POSSESSION FINANCING FACILITY; (VI) THE LANDLORDS; AND (VII) ALL PARTIES THAT HAVE FILED A NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS PURSUANT TO BANKRUPTCY RULE 2002.

PLEASE TAKE NOTICE that, on March 12, 2015, The Standard Register Company and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") filed the **Debtors' First Omnibus Motion for Order Authorizing Rejection of Certain Unexpired Leases of Non-Residential Real Property *Nunc Pro Tunc* to the Petition Date** (the "Motion") [Docket No. 26].

PLEASE TAKE FURTHER NOTICE that any objections to the relief requested in the Motion must be filed on or before **March 27, 2015, at 4:00 p.m. (ET)** (the "Objection

---

[1]   The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001).  The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

<u>Deadline</u>") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801.  At the same time, you must serve a copy of any objection upon the undersigned counsel to the Debtors so as to be received on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE THAT A HEARING TO CONSIDER THE MOTION WILL BE HELD ON **APRIL 13, 2015, AT 10:00 A.M. (ET)** BEFORE THE HONORABLE BRENDAN L. SHANNON, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM #1, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

[*Signature Page Follows*]

Dated:   March 13, 2015
          Wilmington, Delaware      */s/ Maris J. Kandestin*
                             Michael R. Nestor (No. 3526)
                             Kara Hammond Coyle (No. 4410)
                             Maris J. Kandestin (No. 5294)
                             Andrew L. Magaziner (No. 5426)
                             YOUNG CONAWAY STARGATT & TAYLOR, LLP
                             Rodney Square
                             1000 North King Street
                             Wilmington, Delaware 19801
                             Telephone:  (302) 571-6600
                             Facsimile:  (302) 571-1253
                             mnestor@ycst.com
                             kcoyle@ycst.com
                             mkandestin@ycst.com
                             amagaziner@ycst.com

                             -and-

                             Robert A. Klyman (CA No. 142723)
                             Samuel A. Newman (CA No. 217042)
                             Jeremy L. Graves (CO No. 45522)
                             Sabina Jacobs (CA No. 274829)
                             GIBSON, DUNN & CRUTCHER LLP
                             333 South Grand Avenue
                             Los Angeles, CA 90071-1512
                             Telephone:  (213) 229-7000
                             Facsimile:  (213) 229-7520
                             rklyman@gibsondunn.com
                             snewman@gibsondunn.com
                             jgraves@gibsondunn.com
                             sjacobs@gibsondunn.com

                             *Proposed Counsel to the Debtors and*
                             *Debtors in Possession*