IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the attorneys set forth below hereby appear as counsel for Bank of America, N.A. ("BofA") in its capacity as administrative and collateral agent under the ABL Credit Facility and demand, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given in the above-captioned cases and all papers served or required to be served in the above-captioned cases, be given to and served upon the undersigned attorneys, at the addresses set forth below:

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

RLF1 11642454v.1

| | |
|---|---|
| PARKER, HUDSON, RAINER & DOBBS LLP | RICHARDS, LAYTON & FINGER, P.A. |
| C. Edward Dobbs | Mark D. Collins (No. 2981) |
| James S. Rankin, Jr. | Tyler D. Semmelman (No. 5386) |
| Jack C. Basham, Jr. | One Rodney Square |
| Joshua J. Lewis | 920 North King Street |
| 1500 Marquis Two Tower | Wilmington, DE 19801 |
| 285 Peachtree Center Avenue, NE | Telephone:  (302) 651-7700 |
| Atlanta, GA 30303 | Facsimile:  (302) 651-7701 |
| Telephone:  (404) 523-5300 | Email:  collins@rlf.com |
| Facsimile:  (404) 522-8409 | semmelman@rlf.com |
| Email:  ced@phrd.com | |
| jsr@phrd.com | |
| jcb@phrd.com | |
| jjl@phrd.com | |

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, or otherwise.

PLEASE TAKE FURTHER NOTICE that this appearance and demand for notice is neither intended as nor is it a consent of BofA to the jurisdiction of the Bankruptcy Court nor, specifically, but not limited to, a waiver of (i) BofA's right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto, (ii) BofA's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal or (iii) any other rights, claims, actions, defenses, set-offs, or recoupments to which BofA is or may be entitled under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments BofA expressly reserves.

RLF1 11642454v.1

| | |
|---|---|
| Dated: March 13, 2015<br>Wilmington, Delaware | Respectfully submitted,<br><br>/s/ *Mark D. Collins*<br>RICHARDS, LAYTON & FINGER, P.A.<br>Mark D. Collins (No. 2981)<br>Tyler D. Semmelman (No. 5386)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email: collins@rlf.com<br>semmelman@rlf.com<br><br>-and-<br><br>PARKER, HUDSON, RAINER & DOBBS LLP<br>C. Edward Dobbs<br>James S. Rankin, Jr.<br>Jack C. Basham, Jr.<br>Joshua J. Lewis<br>1500 Marquis Two Tower<br>285 Peachtree Center Avenue, NE<br>Atlanta, GA 30303<br>Telephone: (404) 523-5300<br>Facsimile: (404) 522-8409<br>Email: ced@phrd.com<br>jsr@phrd.com<br>jcb@phrd.com<br>jjl@phrd.com<br><br>*Attorneys for Bank of America, N.A.* |

RLF1 11642454v.1