## CERTIFICATE OF SERVICE

I, Tyler D. Semmelman, do hereby certify that on the 13th day of March, 2015, I caused a copy of the foregoing **Notice of Appearance and Demand for Service of Papers** to be served in the manner indicated on the party listed below:

### VIA HAND DELIVERY

Michael R. Nestor
Kara Hammond Coyle
Maris J. Kandestin
Andrew L. Magaziner
YOUNG CONAWAY STARGATT & TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

        */s/ Tyler D. Semmelman*
        Tyler D. Semmelman (No. 5386)