IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, *et al.*,<br><br>                Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Joint Administration Requested) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

        Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of C. Edward Dobbs of Parker, Hudson, Rainer & Dobbs LLP, 1500 Marquis Two Tower, 285 Peachtree Center Avenue, NE, Atlanta, GA 30303 to represent Bank of America, N.A. in the above-captioned cases.

Dated: March 13, 2015
       Wilmington, Delaware

Respectfully submitted,

/s/ *Mark D. Collins*
Mark D. Collins (No. 2981)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com

### ORDER GRANTING MOTION

        IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: March 16th, 2015
Wilmington, Delaware

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

RLF1 11642889v.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Georgia and am admitted to practice before the United States District Courts for the Northern and Middle Districts of Georgia, the United States District Court for the Eastern District of Michigan, the United States Courts of Appeals for the Fifth and Eleventh Circuits and the United States Supreme Court and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these cases. I also certify that I am generally familiar with the Local Rules and with the *Revised Standing Order for District Court Fund,* effective March 25, 2014. I further certify that the annual fee of $25.00 will be submitted to the Clerk of the Court for the District Court upon the filing of this Motion.

C. Edward Dobbs
PARKER HUDSON RAINER
 & DOBBS LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue NE
Atlanta, GA 30303
Telephone: (404) 523-5300
Facsimile: (404) 522-8409
Email: edobbs@phrd.com