UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| THE STANDARD REGISTER | § | Case No. 15-10541-BLS |
| COMPANY, *et al.*,[1] | § | |
| | § | (Jointly Administered) |
| Debtors | § | |

NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF NOTICE AND PLEADINGS

The Comptroller of Public Accounts of the State of Texas ("Comptroller"), hereby gives notice of its appearance in the case pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel:

Jay W. Hurst
Assistant Attorney General
Bankruptcy & Collections Division MC 008
P.O. Box 12548
Austin, Texas 78711-2548
Jay.Hurst@texasattorneygeneral.gov

The Comptroller respectfully requests through its counsel that it be served with copies of all notices and other documents issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor, the Creditors' Committee, or any other interested parties in this case, including disclosure statements and/or schedules, in accordance with Bankruptcy Rules 2002, 3017, and 9013 and any other Bankruptcy Rules or local rules governing notice.

Respectfully submitted,

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company, Standard Register Technologies, Inc., Standard Register International, Inc., iMedConsent, LLC, Standard Register or Puerto Rico Inc., Standard Register Mexico Holding Company, Standard Register Holding, S. de R.L. de C.V., Standard Register de Mexico, S. de R.L. de C.V., Standard Register Servicios, S. de R.L. de C.V., and Standard Register Technologies Canada ULC. The docket in the chapter 11 case of the Standard Register Company, Case No. 15-10541 (BLS) should be consulted for all matters affecting this case.

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

RONALD R. DEL VENTO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

*/s/ Jay W. Hurst*
JAY W. HURST
Assistant Attorney General
Bankruptcy & Collections Division MC 008
P. O. Box 12548
Austin, TX 78711-2548
Telephone:  (512) 475-4861
Facsimile:  (512) 936-1409
Jay.Hurst@texasattorneygeneral.gov

ATTORNEYS FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS

## **CERTIFICATE OF SERVICE**

I certify that on March 16, 2015, a true copy of the foregoing was served by the method and to the following parties as indicated:

By First Class Mail:

The Standard Register Company
600 Albany Street
Dayton, OH 45417

By Electronic Means as listed on the Court's ECF Noticing System:

- Mark D. Collins     rbgroup@rlf.com
- Mark B. Conlan     mconlan@gibbonslaw.com
- Kara Hammond Coyle     bankfilings@ycst.com
- Maris J. Kandestin     bankfilings@ycst.com
- Mark S. Kenney     mark.kenney@usdoj.gov
- Andrew L Magaziner     bankfilings@ycst.com
- Ron E. Meisler     Ron.Meisler@skadden.com, chdocket@skadden.com

- Courtney L. Morgan    morgan.courtney@pbgc.gov, efile@pbgc.gov
- Michael R. Nestor    bankfilings@ycst.com
- Samuel A. Newman    snewman@gibsondunn.com, jstern@gibsondunn.com
- Sarah E. Pierce    sarah.pierce@skadden.com, debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com
- Tyler D. Semmelman    semmelman@rlf.com, rbgroup@rlf.com
- Natasha M. Songonuga    nsongonuga@gibbonslaw.com
- United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV

*/s/ Jay W. Hurst*
JAY W. HURST