## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| The Standard Register Company, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Joint Administration Pending |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appear in the above-captioned cases as counsel to Hewlett-Packard Company and, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Section 1109(b) of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"), request that all notices given or required to be given and all papers served in these cases be delivered to and served upon the parties identified below at the following addresses:

**COLE SCHOTZ, P.C.**
Michael D. Warner, Esquire
301 Commerce Street, Ste 1700
Fort Worth, TX  76102
Telephone: (817) 810-5250
Facsimile:  (817) 810-5255
mwarner@coleschotz.com

**COLE SCHOTZ, P.C.**
Patrick J. Reilley, Esquire
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Telephone: (302) 652-3131
Facsimile:  (302) 652-3117
preilley@coleschotz.com

**HEWLETT-PACKARD COMPANY**
Ramona Schwehr Neal, Esquire
11307 Chinden Blvd., MS 314
Boise, ID 83714
Telephone: (208) 396-6484
ramona.neal@hp.com

**HEWLETT-PACKARD COMPANY**
Ayala Hassell, Esquire
5400 Legacy Drive
Plano, TX 75024
Telephone: (972) 605-5507
ayala.hassell@hp.com

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001).  The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, hand-delivery, telephone, facsimile transmission or otherwise, in these cases.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Service of Papers ("Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding related to, or triable in, these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: Wilmington, Delaware
　　　　March 16, 2015

COLE SCHOTZ, P.C.

By:　/s/ Patrick J. Reilley
　　　Patrick J. Reilley (No. 4452)
　　　500 Delaware Avenue, Suite 1410
　　　Wilmington, DE  19801
　　　Telephone: (302) 652-3131
　　　Facsimile:  (302) 652-3117
　　　preilley@coleschotz.com

- and -

2

Michael D. Warner, Esquire
301 Commerce Street, Ste. 1700
Fort Worth, TX  76102
Telephone: (817) 810-5250
Facsimile:  (817) 810-5255
mwarner@coleschotz.com

*Counsel to Hewlett-Packard Company*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| The Standard Register Company, *et al.*, | Case No. 15-10541 (BLS) |
| Debtors. | Joint Administration Pending |

## CERTIFICATE OF SERVICE

       I, Patrick J. Reilley, hereby certify that on March 16, 2015, I caused a copy of the foregoing **Notice of Appearance and Request for Service of Papers** to be served via U.S. First-Class Mail on the parties on the attached service list.

                          COLE SCHOTZ, P.C.

           By:  /s/ Patrick J. Reilley
                    Patrick J. Reilley (No. 4452)
                    500 Delaware Avenue, Suite 1410
                    Wilmington, DE  19801
                    Telephone: (302) 652-3131
                    Facsimile:  (302) 652-3117
                    preilley@coleschotz.com

40000/0629-11626623v1

## SERVICE LIST

**Debtors' Counsel**
Kara Hammond Coyle, Esq.
Maris J. Kandestin, Esq.
Andrew L. Magaziner, Esq.
Michael R. Nestor, Esq.
Young Conaway Stargatt & Taylor LLC
1000 North King Street
Wilmington, DE 19801

Jeremy L. Graves, Esq.
GIBSON DUNN & CRUTCHER LLP
1801 California Street
Suite 4200
Denver, CO 80202-2642

Sabina Jacobs, Esq.
Robert Klyman, Esq.
Jeffrey C. Krause, Esq.
Samuel A. Newman, Esq.
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

**U.S. Trustee**
Mark S. Kenney, Esq.
Office of the U.S. Trustee
844 King Street, Room 2207
Wilmington, DE 19899-0035