RICHARD S. PRICE, II
Attorney Bar No. 106202
1235 N. Harbor Blvd., Suite 200
Fullerton, California 92832-1349
Email: rspriceii@aol.com
Phone: (714) 871-1132
Fax: (714) 871-5620

Attorney for Creditor
PJ Printers

FILED

2015 MAR 17  AM 9: 11

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Case No. 15-10541-BLS |
| | ) | |
| The Standard Register Company, *et al.* , | ) | REQUEST FOR SPECIAL NOTICE |
| | ) | |
| Debtor. | ) | CHAPTER 11 |
| | ) | |

TO:   THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES IN INTEREST:

PJ Printers, by and through their counsel, Richard S. Price, II, hereby request special notice of all pleadings, court notices, motions and other documents and papers pertaining to the above-captioned case, or any other adversary proceeding connected therewith, including all notices required by the Bankruptcy Code, the rules of bankruptcy procedure, the interim bankruptcy rules or any other rule or law to be noticed and served on creditors, creditors' committees or other parties in interest.

PJ Printers requests that all such pleadings, notices and other documents be sent in care of:

Richard S. Price, II, Attorney at Law, 1235 N. Harbor Blvd., Suite 200, Fullerton, CA 92832-1349.

Dated:   March 13, 2015

_____
Richard S. Price, II, Attorney for
Creditor PJ Printers

1

# PROOF OF SERVICE

STATE OF CALIFORNIA
COUNTY OF ORANGE

        I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is: 1235 N. Harbor Blvd., Suite 200, Fullerton, CA 92832.

        On March 13, 2015 served the foregoing document described as:

## REQUEST FOR SPECIAL NOTICE

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Michael R. Nestor, Esq.                    Mark S. Kenney
Young Conaway Stargatt & Taylor, LLP       Office of the U.S. Trustee
Rodney Square, 1000 North King Street      844 King Street, Suite 2207
Wilmington, DE 19801                       Lockbox 35
                                           Wilmington, DE 19801

_____I deposited such envelope with postage thereon fully prepaid in the United States mail at Fullerton, California.

 X  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Fullerton, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date of postage meter date is more than one day after date of deposit for mailing in affidavit.

        Executed on March 13, 2015 at Fullerton, California.

        I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Lorraine M.  Heineken