**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE STANDARD REGISTER | ) | Case No. 15-10541 (BLS) |
| COMPANY, *et al.*[1] | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF APPEARANCE OF TIMOTHY WEBB**
**AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Timothy Webb, by and through his undersigned counsel, hereby submits this Notice of Appearance and, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, requests that all notices given or required to be given and all papers served in this case, be delivered to and served upon the counsel identified below at the following address and further requests to the same be added to the Master Service List:

> Frederick B. Rosner, Esq.
> Julia B. Klein, Esq.
> THE ROSNER LAW GROUP LLC
> 824 Market Street, Suite 810
> Wilmington, DE 19801
> (302) 777-1111
> rosner@teamrosner.com
> klein@teamrosner.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

{00015730. }

demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of the right of Timothy Webb to: (i) have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (iii) have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other claims, actions, defenses, setoffs or recoupments it may be entitled to under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

Dated: March 18, 2015
       Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Julia Klein*
Frederick B. Rosner, Esq. (DE # 3995)
Julia B. Klein, Esq. (DE # 5198)
824 Market Street, Suite 810
Wilmington, DE 19801
(302) 777-1111
rosner@teamrosner.com
klein@teamrosner.com

*Counsel for Timothy Webb*

{00015730. }