# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
The Standard Register Company
600 Albany Street
Dayton, OH 45417
 **EIN:** 31–0455440
Standard Register
Industramark
WorkflowOne, LLC
SMARTworks
ParthForward

**Chapter:** 11

*Case No.*: 15–10541–BLS

### *NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*

A transcript of the proceeding held on 3/13/2015 was filed on 3/16/2015 . The following deadlines apply:

The parties have 7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 4/6/2015 .

If a request for redaction is filed, the redacted transcript is due 4/16/2015 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 6/15/2015 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

Clerk of Court

Date: 3/16/15

(ntc)

United States Bankruptcy Court
District of Delaware

In re:                                                                  Case No. 15-10541-BLS
The Standard Register Company                                           Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0311-1          User: Brandon              Page 1 of 2              Date Rcvd: Mar 16, 2015
                              Form ID: ntcBK             Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2015.
```
db            +The Standard Register Company,    600 Albany Street,    Dayton, OH 45417-3442
aty            Jeffrey C. Krause,    Gibson Dunn & Crutcher LLP,    333 South Grand Avenue,
                Los Angeles, CA 90071-3197
aty           +Jeremy L. Graves,    GIBSON DUNN & CRUTCHER LLP,    1801 California Street,    Suite 4200,
                Denver, CO 80202-2694
aty           +Robert Klyman,    Gibson Dunn & Crutcher,    333 South Grand Avenue,    Los Angeles, CA 90071-3197
aty            Sabina Jacobs,    Gibson Dunn & Crutcher LLP,    333 South Grand Avenue,
                Los Angeles, CA 90071-3197
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2015                                           Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2015 at the address(es) listed below:
```
              Andrew L Magaziner    on behalf of Debtor    The Standard Register Company bankfilings@ycst.com
              Courtney L. Morgan    on behalf of Creditor    Pension Benefit Guaranty Corporation
               morgan.courtney@pbgc.gov, efile@pbgc.gov
              Kara Hammond Coyle    on behalf of Debtor    The Standard Register Company bankfilings@ycst.com
              Maris J. Kandestin    on behalf of Debtor    The Standard Register Company bankfilings@ycst.com
              Mark B. Conlan    on behalf of Creditor    DG3 Group America, Inc. mconlan@gibbonslaw.com
              Mark D. Collins    on behalf of Interested Party    Bank Of America, N.A. rbgroup@rlf.com
              Mark S. Kenney    on behalf of U.S. Trustee    United States Trustee mark.kenney@usdoj.gov
              Michael R. Nestor    on behalf of Debtor    Standard Register Mexico Holding Company
               bankfilings@ycst.com
              Michael R. Nestor    on behalf of Debtor    Standard Register Holding, S. De R.L. De C.V.
               bankfilings@ycst.com
              Michael R. Nestor    on behalf of Debtor    Standard Register Holding Company bankfilings@ycst.com
              Michael R. Nestor    on behalf of Debtor    Standard Register of Puerto Rico Inc.
               bankfilings@ycst.com
              Michael R. Nestor    on behalf of Debtor    Standard Register Technologies Canada ULC
               bankfilings@ycst.com
              Michael R. Nestor    on behalf of Debtor    iMedConsent, LLC bankfilings@ycst.com
              Michael R. Nestor    on behalf of Debtor    The Standard Register Company bankfilings@ycst.com
              Michael R. Nestor    on behalf of Debtor    Standard Register de Mexico, S. De R.L. De C.V.
               bankfilings@ycst.com
              Michael R. Nestor    on behalf of Debtor    Standard Register Technologies, Inc.
               bankfilings@ycst.com
              Michael R. Nestor    on behalf of Debtor    Standard Register Servicios, S. De R.L. De C.V.
               bankfilings@ycst.com
              Michael R. Nestor    on behalf of Debtor    Standard Register International, Inc.
               bankfilings@ycst.com
              Natasha M. Songonuga    on behalf of Creditor    DG3 Group America, Inc. nsongonuga@gibbonslaw.com
              Ron E. Meisler    on behalf of Interested Party    Standard Acquisition Holdings, LLC
               Ron.Meisler@skadden.com, chdocket@skadden.com
              Ron E. Meisler    on behalf of Interested Party    Silver Point Finance, LLC
               Ron.Meisler@skadden.com, chdocket@skadden.com
              Samuel A. Newman    on behalf of Debtor    The Standard Register Company snewman@gibsondunn.com,
               jstern@gibsondunn.com
              Sarah E. Pierce    on behalf of Interested Party    Standard Acquisition Holdings, LLC
               sarah.pierce@skadden.com,
               debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com
```

```
District/off: 0311-1          User: Brandon              Page 2 of 2              Date Rcvd: Mar 16, 2015
                              Form ID: ntcBK             Total Noticed: 5
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Sarah E. Pierce   on behalf of Interested Party   Silver Point Finance, LLC sarah.pierce@skadden.com, debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com

      Tyler D. Semmelman   on behalf of Interested Party   Bank Of America, N.A. semmelman@rlf.com, rbgroup@rlf.com

      United States Trustee   USTPREGION03.WL.ECF@USDOJ.GOV

TOTAL: 26