**Henkel** Excellence is our Passion

March 16, 2015

Via Facsimile
Joe Morgan, CEO
937 221 1239

Via Federal Express
Standard Register Company
Joe Morgan, CEO
600 Albany Street
Dayton OH  45417

Re: **RECLAMATION DEMAND TO Standard Register Company**

Dear Mr Morgan:

In accordance with Bankruptcy Code Section 546(c) Henkel Corporation (Creditor) hereby makes demand for reclamation of goods (the "Goods") received by Standard Register Company from Creditor within the forty-five (45) days prior to the petition filing date in the Debtor's bankruptcy case at a time when Debtor was insolvent, and which Goods are currently in Debtor's possession. (Accordingly, this would cover goods received by Debtor on or after January 27th, 2015.) Attached hereto as Exhibit "A" is documentation describing or identifying the particular Goods for which Creditor asserts its reclamation claim. Creditor reserves the right to modify the scope of the Goods subject to its reclamation claim, following further investigation and subject to applicable law.

Please contact the undersigned for instructions concerning the return of the Goods to Creditor. You are further notified that all goods subject to Creditor's reclamation rights should be protected and segregated, and are not to be used for any purpose whatsoever except by agreement of the parties or following notice and a hearing by a court of competent jurisdiction.  We appreciate your cooperation in this matter. Please call with any questions.

Very truly yours,

Raymond Score
Finance Manager
Order to Cash
Henkel Corporation

---

Raymond Score
Credit Manager
Order To Cash

Henkel Corporation
32100 Stephenson Highway
Madison Heights MI  48071

Phone:  248 577 2289
Fax:    248 577 2284

Ray.score@henkel.com



Invoice address: 1139148

**Standard Register Co**
**PO Box 839**
**Murfreesboro TN  37127**

Delivery address: 1139148

**Standard Register Co**
**Attn: Danny Westergard**
**325 Butler Dr**
**Murfreesboro TN  37127-5532**

**Henkel Corporation**                                                                 Page 1/ 2
**Invoice**   Copy
No. 9423331087 from 02/16/2015

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 90490316 | 86569964 | 3002996357 |

Your reference No.
00562138

| Order date | Delivery date |
|---|---|
| 12/01/2014 | 02/16/2015 |

| Incoterms | Carrier |
|---|---|
| FCA Free Carrier SHIPPING POINT | FedEx Freight Priority |

**Terms of payment**
Within 30 days Due net - Due date: 03/18/2015

Credit Representative                    Tel.                    Fax

**Currency USD**

Price of this order is subject to change and will be set based on the date of shipment.

| Item | Material description | Our Mat. No | Your Mat. No | Cty of orig./Commodity code |
|---|---|---|---|---|
|  | Qty |  | Price | Net value |
| 10 | Technomelt PS 8611<br>known as TECHNOMELT PS 8611<br>Item No: 80-8611-F9 | 514478 |  | US / 3506910000<br>ECCN:EAR99 License:NLR |
|  | 24 DR  ( 158.000 KG / DR  )<br>(~ 348.332 LB / DR  )<br>(~ 8,359.973 LB / 24 DR  ) |  | 5.30   USD    /    1 KG<br>2.4033 USD    /    1 LB | 20,091.52 |

                                     Final amount                                                                    20,091.52

www.henkel.com

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: Wuokko.Steve@standardregister.com

Invoice address: 2117349

**Standard Register Co**
**600 Albany St**
**Dayton OH   45417-3405**

Delivery address: 730564

**Standard Register Co**
**2142 S Dixie Blvd**
**Radcliff KY   40160-1050**

| | |
|---|---|
| **Henkel Corporation** | Page 1/ 2 |
| **Invoice**   Copy | |
| No. 9423340196 from 02/25/2015 | |
| Our reference No.   Our delivery No.   Our shipment No. | |
| 90548980              86575180           3003002193 | |
| Your reference No. | |
| 07705197 | |
| Order date | Delivery date |
| 02/18/2015 | 02/25/2015 |
| Incoterms | Carrier |
| CPT Carriage Paid To Shipping Point | |
| Terms of payment | |
| Within 30 days Due net - Due date: 03/27/2015 | |
| Credit Representative         Tel.         Fax | |

**Currency USD**

| Item | Material description | Our Mat. No | Your Mat. No | Cty of orig./Commodity code | |
|---|---|---|---|---|---|
| | Qty | | Price | | Net value |
| 10 | AQUENCE FB 778ATUV VELOCITY known as VELOCITY P3 33-778ATUV Item No: 33-778ATUV-FD | 1483131 | | US / 3506910000 | |
| | 4 DR  ( 225.000 KG / DR  ) | | 3.79 USD   /   1 KG | ECCN:EAR99 License:NLR | |
| | (¨ 496.043 LB / DR  ) | | 1.72 USD   /   1 LB | | 3,412.77 |
| | (¨ 1,984.171 LB / 4 DR  ) | | | | |

|  |  |
|---|---|
| Sub-total | 3,412.77 |
| Freight and Handling | 222.61 |
| Final amount | 3,635.38 |

---

www.henkel.com

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Invoice address: 1278599

**Standard Register Co**
**121 Mount Zion Rd**
**York PA   17402-8985**

Delivery address: 1278599

**Standard Register Co**
**Attn: BRUCE HARRIS**
**121 Mount Zion Rd**
**York PA   17402-8985**

**Henkel Corporation**                                                         Page 1/ 2

**Invoice**  Copy
No. 9423308381 from 01/27/2015

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 90525523 | 86545266 | 3002976120 |

Your reference No.
00618126

| Order date | Delivery date |
|---|---|
| 01/20/2015 | 01/29/2015 |
| Incoterms | Carrier |
| FCA Free Carrier BWTR | FedEx Freight Economy |

Terms of payment
Within 30 days Due net - Due date: 02/26/2015

Credit Representative                  Tel.                  Fax

**Currency USD**

Price of this order is subject to change and will be set based on the date of shipment.

| Item | Material description<br>Qty | Our Mat. No<br>Price | Your Mat. No | Cty of orig./Commodity code<br>Net value |
|---|---|---|---|---|
| 10 | **AQUENCE CG 3053BL**<br>known as ADHESIN 51-3053BL<br>Item No: 51-3053BL-FD | 513041 | | US / 3506910000 |
| | | | | ECCN:EAR99 License:NLR |
| | 4 DR  ( 218.000 KG / DR  )<br>(¨ 480.610 LB / DR  )<br>(¨ 1,922.441 LB / 4 DR  ) | 3.73  USD    /    1 KG<br>1.69  USD    /    1 LB | | 3,248.93 |
| | Final amount | | | 3,248.93 |

www.henkel.com

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.