IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned cases as counsel to Unilever (Conopco, Inc. d/b/a Unilever) and, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Civil Procedure (the "Bankruptcy Rules") and Section 1109(b) of Title 11 of the United States Code, 11. U.S. C. §§ 101 *et seq.* (the "Bankruptcy Code"), requests that all notices given or required to be given and all papers served in these cases be delivered to and served on the parties identified below at the following address:

Joseph H. Lemkin, Esq.
PARKER IBRAHIM & BERG LLC
270 Davidson Avenue
Somerset, New Jersey 07747
Phone: (908) 725.9700
Facsimile: (908) 333.6230
Email: joseph.lemkin@piblaw.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also included, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal,

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company, Standard Register Technologies, Inc., Standard Register International, Inc., iMedConsent, LLC, Standard Register or Puerto Rico Inc., Standard Register Mexico Holding Company, Standard Register Holding, S. de R.L. de C.V., Standard Register de Mexico, S. de R.L. de C.V., Standard Register Servicios, S. de R.L. de C.V., and Standard Register Technologies Canada ULC.

written or oral, transmitted or conveyed by mail delivery, hand-delivery, telephone, facsimile transmission or otherwise, in these cases.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Service of Papers ("Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding related to, or triable in, these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Date:  March 20, 2015                                    Respectfully submitted,

                                                         **PARKER IBRAHIM & BERG LLC**

                                                         */s/ Joseph H. Lemkin*
                                                         Joseph H. Lemkin, Esq.
                                                         PARKER IBRAHIM & BERG LLC
                                                         270 Davidson Avenue
                                                         Somerset, New Jersey 08873
                                                         Phone: (908) 725.9700
                                                         Facsimile: (908) 333.6230
                                                         Email: joseph.lemkin@piblaw.com
                                                         Attorneys for Unilever (Conopco, Inc. d/b/a Unilever)

{00324878.DOCX }