## EXHIBIT C

## SOWAR DECLARATION

101871108.7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15- 10541 (BLS) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF GERARD D. SOWAR IN SUPPORT OF THE DEBTORS'**
**APPLICATION FOR AN ORDER APPROVING THE EMPLOYMENT AND**
**RETENTION OF GIBSON, DUNN & CRUTCHER LLP AS GENERAL BANKRUPTCY**
**AND RESTRUCTURING CO-COUNSEL FOR THE DEBTORS AND DEBTORS IN**
**POSSESSION *NUNC PRO TUNC* TO THE PETITION DATE**

I, Gerard D. Sowar, hereby declare and state as follows:

1.     I am Executive Vice President, General Counsel and Secretary of The Standard

Register Company, a corporation organized under the laws of the State of Ohio ("Standard

Register") and one of the above-captioned debtors and debtors in possession (collectively, the

"Debtors").[2]  I submit this declaration (the "Declaration") in support of the *Debtors' Application*

*for an Order Approving the Employment and Retention of Gibson, Dunn & Crutcher LLP as*

*General Bankruptcy and Restructuring Co-Counsel for the Debtors and Debtors in Possession*

---

[1]   The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001).  The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2]   I am also Secretary of (a) Standard Register International, Inc., (b) Standard Register Technologies, Inc., (c) Standard Register Holding Company, (d) Standard Register Mexico Holding Company, (e) Standard Register of Puerto Rico Inc. and (f) iMedConsent, LLC.

*Nunc Pro Tunc to the Petition Date* (the "Application").[3]  Except as otherwise noted, all facts in this Declaration are based on my personal knowledge of the matters set forth herein, information gathered from my review of relevant documents, and information supplied to me by other members of the Debtors' management and the Debtors' advisors.

**A.     The Debtors' Selection of Counsel**

2.      Since August 2009, Gibson Dunn's attorneys have provided corporate and strategic advice to the Debtors pursuant to and in accordance with the Engagement Letter. Gibson Dunn's attorneys have become familiar with many aspects of the Debtors' business and legal affairs and have worked closely with the Debtors' management and other professionals. Gibson Dunn is well acquainted with the Debtors' corporate history, debt structure, and business operations and, as a result, has developed experience and expertise regarding the Debtors that will assist in providing effective and efficient services in these Debtors' Chapter 11 cases. Therefore, the Debtors believe that Gibson Dunn is uniquely qualified to represent them as general bankruptcy and restructuring co-counsel in these cases.

**B.     Rate Structure**

3.      In my capacity as Executive Vice President, General Counsel and Secretary of Standard Register, I am responsible for supervising outside counsel retained by the Debtors in the ordinary course of business.  Prior to the engagement of Gibson Dunn, Gibson Dunn and I discussed, and I approved, Gibson Dunn's standard rates.  Gibson Dunn has informed the Debtors that its rates for bankruptcy representations are comparable to the rates Gibson Dunn charges for non-bankruptcy representations.  As discussed below, I am also responsible for reviewing the invoices regularly submitted by Gibson Dunn, and I can confirm that the rates

---

[3]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

SOWAR DECLARATION 101883282_2.DOCX

Gibson Dunn charged the Debtors in the prepetition period are consistent with the rates Gibson Dunn will charge the Debtors in the post-petition period.  In addition, I will be responsible for approving a budget and staffing plan for Gibson Dunn's postpetition engagement.

## C.    Cost Supervision

4.    The Debtors recognize that it is their responsibility to monitor closely the billing practices of their counsel to ensure the fees and expenses paid by the estate remain consistent with the Debtors' expectations and the exigencies of the Chapter 11 Cases.  The Debtors will continue to review the invoices that Gibson Dunn regularly submits as the Chapter 11 Cases develop.

[*remainder of page intentionally left blank*]

SOWAR DECLARATION 101883282_2.DOCX

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:    March 23, 2015
          Dayton, Ohio

_____
Gerard D. Sowar

Executive Vice President, General Counsel and
Secretary of The Standard Register Company

4