# EXHIBIT A

## NESTOR DECLARATION

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

## DECLARATION OF MICHAEL R. NESTOR IN
## SUPPORT OF THE DEBTORS' APPLICATION FOR AN
## ORDER, PURSUANT TO SECTION 327(a) OF THE BANKRUPTCY
## CODE, AUTHORIZING THE RETENTION AND EMPLOYMENT OF
## YOUNG CONAWAY STARGATT & TAYLOR, LLP AS
## CO-COUNSEL TO THE DEBTORS, *NUNC PRO TUNC* TO THE PETITION DATE

I, Michael R. Nestor, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

      1.    I am a partner in the law firm of Young Conaway Stargatt & Taylor, LLP ("Young Conaway" or the "Firm"), with principal offices at Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, and am duly admitted to practice in the States of Delaware, Pennsylvania, and New York, as well as before the United States District Court for the District of Delaware, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of Pennsylvania, and the United States Court of Appeals for the Third Circuit.  I submit this declaration (this "Declaration") in support of the *Debtors' Application for an Order, Pursuant to Section 327(a) of the Bankruptcy Code,*

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001).  The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

*Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Co-Counsel to the Debtors,* Nunc Pro Tunc *to the Petition Date* (the "Application").[2]

2.     Young Conaway has conducted a series of searches in the Firm's conflicts databases to identify relationships with the Debtors, their lenders, equity holders, and various other parties-in-interest in the Chapter 11 Cases (collectively, the "Interested Parties").[3]

3.     Based on the conflicts and connections search conducted and described herein, to the best of my knowledge, neither I, Young Conaway, nor any partner, counsel, or associate thereof, insofar as I have been able to ascertain, have any connection with the Debtors or any other parties-in-interest herein, except as stated below:

a.     In recent weeks, Young Conaway and certain of its partners and associates have rendered legal services to the Debtors relating to their plans to seek relief under chapter 11 of the Bankruptcy Code and the preparation of the petitions and other papers initiating and prosecuting these cases.

b.     The Debtors have sought or will seek to retain:  (a) Gibson Dunn, as their lead restructuring counsel; (b) McKinsey Recovery and Transformation Services U.S., LLC, to provide (i) temporary employees in a consulting capacity and (ii) Kevin Carmody as Chief Restructuring Officer; (c) Lazard Fréres & Co. LLC and Middle Market LLC, as their investment banker; (d) Prime Clerk LLC, as their administrative advisor and claims and noticing agent; (e) Palisades Capital Advisors, LLC as their pension advisor; and (f) Dinsmore & Shohl LLP as their special counsel and conflicts counsel.  The Debtors may also file motions or applications to employ additional professionals.  Young Conaway has in the past and/or currently does work with and/or against these professionals in connection with matters wholly unrelated to the Chapter 11 Cases.

c.     Young Conaway has, in the past, represented the following Interested Parties (or affiliates of such entities) in matters wholly unrelated to the Debtors and the Chapter 11 Cases:

---

[2]     Capitalized terms used, but not otherwise defined herein, shall have the meanings ascribed to such terms in the Application.

[3]     A list of the Interested Parties searched is attached hereto as Exhibit I.

- Silver Point Capital
- Credit Suisse
- Canon Solutions America, Inc.
- Wells Fargo
- Dell Financial Services LP
- E.I. Dupont de Nemours and Company
- Hewlett-Packard
- Xerox Corporation
- Georgia Pacific Consumer Products LP
- Pacific Gas & Electric
- Jones Lang LaSalle America
- Lincoln Property Company
- Adobe
- Bridgestone Firestone Inc.
- Cargill, Inc.
- Coca-Cola Refreshments USA, Inc.
- Kimberly-Clark Corporation
- Monsanto Company
- NCR Corporation
- Pepsi Cola.
- PPG Industries, Inc.
- Sprint Corporation
- Workflow Solutions, LLC
- Abex Corporation
- Alcatel Lucent USA, Inc.
- American Honda Motor Co.
- American Optical Corporation
- American Standard Inc.
- Ameron International Corp.
- Anchor Glass Container Corp
- AT&T Corp.
- BASF Corp.
- Borg-Warner Corp.
- Chemineer, Inc.
- Dow Chemical Co.
- Dravo Corp.
- Eaton Corp.
- Ecodyne Limited
- Emerson Electric Co.
- Fluor Corp.
- Fruehauf Corp.
- General Electric Co.
- Hercules Inc.
- Honeywell International Inc.
- Ingersoll Rand Co.
- Lucent Technologies, Inc.

- Metropolitan Life Insurance
- Milliken & Co.
- Morrison Knudsen Corp.
- National Can Corp.
- Occidental Chemical Corp.
- Pfizer, Inc.
- Pneumo Abex LLC
- Quigley Inc.
- Raytheon Engineering & Constructors
- Rohm and Haas Co.
- Saint Gobain Abrasives Inc.
- The Procter and Gamble Co.
- TRW Automotive US LLC
- Tyco International U.S. Inc.
- Union Carbide Corp.
- United Engineers & Constructors, Inc.
- United States Steel Corporation
- Viacom
- Washington Group International, Inc.
- Westinghouse Electric Corp.
- Weyerhaeuser Co.
- Liberty Mutual Insurance
- Quest Diagnostics Inc.
- Citibank
- Bank of America
- TD Bank
- CNA Financial Corp.
- Travelers
- Federal Insurance Company (Chubb)
- National Union Fire Insurance Company
- Fireman's Fund Insurance Company
- Allianz SE
- AIG
- Chartis
- Chesapeake Utility Corp.
- Comcast
- Cox Communications Inc.
- Delmarva Power
- Frontier
- Qwest
- Time Warner Cable
- Verizon Wireless
- Tenet
- Nissan Total
- Federal Express
- Old Dominion Freight Lines

- Ernst & Young LLP
- McGladrey LLP
- Confidential/Potential Purchaser

d.  Young Conaway currently represents the following Interested Parties, or parties who may be affiliated with such Interested Parties, in matters wholly unrelated to the Debtors and the Chapter 11 Cases:

- Wells Fargo
- Credit Suisse
- Adecco Employment Services
- American Standard Inc.
- General Electric Co.
- Honeywell International Inc.
- Occidental Chemical Corp.
- TRW Automotive U.S. LLC
- TD Bank
- Travelers
- Avaya Financial Services
- Cox Communications Inc.
- Delmarva Power
- Time Warner Cable
- Verizon Wireless
- Deloitte & Touche LLP

4.      Furthermore, to the best of my knowledge, information, and belief, and in accordance with Bankruptcy Rule 5002, neither I nor any attorney at Young Conaway is a relative of the United States Bankruptcy Judge assigned to the Chapter 11 Cases, and Young Conaway does not have a connection with the United States Bankruptcy Judge that would render its retention in the Chapter 11 Cases improper.  Further, in accordance with Bankruptcy Rule 2014, Young Conaway does not have any connection with the Office of the United States Trustee (the "U.S. Trustee") or any persons employed by the U.S. Trustee.

5.      Young Conaway is continuing to review a more complete list of the Debtors' creditors.  Based upon its review as of this date, Young Conaway has determined that it does not represent any party in these proceedings with a material adverse interest with respect to

the Debtors. Young Conaway will supplement this Declaration, as necessary, with additional information or disclosures in the event that additional information is developed.

6.      Young Conaway is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code in that Young Conaway, its partners, counsel, and associates:

a.      are not creditors, equity security holders, or insiders of the Debtors;

b.      are not and were not, within two (2) years before the date of the filing of the petition, a director, officer, or employee of the Debtors; and

c.      do not have an interest materially adverse to the interest of the Debtors' estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in the Debtors, or for any other reason.

7.      As set forth above, and subject to any explanations and/or exceptions contained therein or herein, Young Conaway (i) does not hold or represent any interest adverse to the Debtors in connection with the matters upon which Young Conaway is to be engaged and (ii) is disinterested. If the results of further investigation reveal any additional connections, Young Conaway will make appropriate disclosures.

8.      Young Conaway was retained by the Debtors pursuant to an engagement agreement dated as of February 24, 2015 (the "Engagement Agreement"). In accordance with the Engagement Agreement, Young Conaway received retainers totaling $133,465.00 (collectively, the "Retainer") in connection with the planning and preparation of initial documents and its proposed post-petition representation of the Debtors as well as for chapter 11 filing fees. Of the $133,465.00 in retainers received, $125,000 was received from The Standard Register Company, $2,500 was received from Standard Register Holding, S. de R.L. de C.V., $2,500 was received from Standard Register de México, S. de R.L. de C.V., $2,500 was received

from Standard Register Servicios, S. de R.L. de C.V., and $965 was received from Standard Register Technologies Canada ULC. The Retainer was supplemented with an additional $50,000 on March 11, 2015. After applying a portion of the Retainer to the outstanding balance as of the Petition Date, including fees and expenses associated with the filing of these chapter 11 cases, Young Conaway continues to hold a Retainer in the amount of $13,115.03. The remainder will constitute a general retainer as security for post-petition services and expenses.[4]

       9.      Young Conaway intends to apply for compensation for professional services rendered in connection with the Chapter 11 Cases subject to approval of the Court and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any administrative order entered by the Court, on an hourly basis, plus for reimbursement of actual, necessary and reasonable expenses and other charges incurred by Young Conaway. The principal attorneys and paralegal designated to represent the Debtors and their current standard hourly rates are:

| | | |
|---|---|---|
| a. | Michael R. Nestor | $725.00 per hour |
| b. | Kara Hammond Coyle | $485.00 per hour |
| c. | Maris J. Kandestin | $460.00 per hour |
| d. | Andrew L. Magaziner | $400.00 per hour |
| e. | Elizabeth S. Justison | $310.00 per hour |
| f. | Troy Bollman (paralegal) | $190.00 per hour |

The hourly rates set forth above are subject to periodic adjustments to reflect economic and other conditions. Other attorneys and paralegals from Young Conaway may, also from time to time, serve the Debtors in connection with the matters described herein.

---

[4]    The Rule 2016 Statement is attached to the Application as <u>Exhibit C</u>.

10.    The Debtors have been advised that the hourly rates set forth above are Young Conaway's standard hourly rates for work of this nature and that these rates are set at a level designed to fairly compensate Young Conaway for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses. It is the Firm's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided by the Firm to outside copying services for use in mass-mailings, travel expenses, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead expenses approved by the client such as secretarial and other overtime. The Firm will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to the Firm's other clients. The Firm believes that it is fairer to charge these expenses to the clients incurring them than to increase the hourly rates and spread the expenses among all clients.

11.    No promises have been received by Young Conaway or by any partner, counsel, or associate thereof as to compensation in connection with the Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code. Young Conaway has no agreement with any other entity to share with such entity any compensation received by Young Conaway in connection with the Chapter 11 Cases.

12.    Consistent with the United States Trustees' *Appendix B – Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11*

*U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "U.S. Trustee Guidelines"), which

became effective on November 1, 2013,[5] I state as follows:

- Young Conaway has not agreed to a variation of its standard or customary billing arrangements for this engagement;

- None of the Firm's professionals included in this engagement have varied their rate based on the geographic location of the Chapter 11 Cases; and

- Young Conaway was retained by the Debtors pursuant to an engagement agreement dated as of February 24, 2015. The billing rates and material terms of the prepetition engagement are the same as the rates and terms described in the Application and herein.

- The Debtors have approved or will be approving a prospective budget and staffing plan for Young Conaway's engagement for the postpetition period as appropriate. In accordance with the U.S. Trustee Guidelines, the budget may be amended as necessary to reflect changed or unanticipated developments.

     13.    Young Conaway will primarily provide the services set forth in section C

of the Application. By separate application, the Debtors have also asked the Court to approve

the retention of Gibson Dunn as their lead restructuring counsel in connection with the Chapter

11 Cases. Young Conaway has discussed the division of responsibilities with Gibson Dunn and

will make every effort to avoid duplication of efforts in connection with the Chapter 11 Cases.

In order to avoid unnecessary duplication of services, and in the interest of fully disclosing the

proposed division of labor, Young Conaway will primarily provide the following services in the

Chapter 11 Cases:

---

[5]   The U.S. Trustee Guidelines acknowledge that "the Guidelines do not supersede local rules, court orders, or other controlling authority." While the Debtors and Young Conaway intend to work cooperatively with the U.S. Trustee to address requests for information and any concerns that may have led to the adoption of the U.S. Trustee Guidelines, neither the filing of this declaration, nor anything contained herein, is intended to or shall be deemed to be an admission by Young Conaway that the Firm is required to comply with the U.S. Trustee Guidelines. Young Conaway reserves any and all rights with respect to the application of the U.S. Trustee Guidelines in respect of any application for employment or compensation filed in these cases.

- providing legal advice and services regarding local rules, practices, and procedures and providing substantive and strategic advice on how to accomplish the Debtors' goals in connection with the prosecution of these cases, bearing in mind that the Court relies on co-counsel such as Young Conaway to be involved in all aspects of each bankruptcy proceeding;

- reviewing, commenting, and/or preparing drafts of documents to be filed with the Court as co-counsel to the Debtors;

- appearing in Court and at any meeting with the U.S. Trustee and any meeting of creditors at any given time on behalf of the Debtors as their co-counsel;

- performing various services in connection with the administration of these cases, including, without limitation, (i) preparing agenda letters, certificates of no objection, certifications of counsel, notices of fee applications and hearings, and hearing binders of documents and pleadings; (ii) monitoring the docket for filings and coordinating with Gibson Dunn on pending matters that need responses; (iii) preparing and maintaining critical dates memoranda to monitor pending applications, motions, hearing dates, and other matters and the deadlines associated with the same; (iv) handling inquiries and calls from creditors and counsel to interested parties regarding pending matters and the general status of these cases; and (v) coordinating with Gibson Dunn on any necessary responses; and

- performing all other services assigned by the Debtors, in consultation with Gibson Dunn, to Young Conaway as co-counsel to the Debtors.

14.    To the extent that the Firm is assigned services by the Debtors that fall outside the scope of those identified herein and in the Application, Young Conaway will file a supplemental declaration in accordance with Bankruptcy Rule 2014.

The facts set forth in the Application are true and correct to the best of my knowledge, information, and belief.

Dated:   March 23, 2015          Young Conaway Stargatt & Taylor, LLP
          Wilmington, Delaware

                                            Michael R. Nestor

# EXHIBIT I

## INTERESTED PARTIES

**Interested Parties**

**A.   Debtors and their non-debtor subsidiaries**
1. The Standard Register Company
2. Standard Register Technologies, Inc.
3. iMedConsent, LLC
4. Standard Register Technologies Canada ULC
5. Standard Register Mexico Holding Company
6. Standard Register Holding Company
7. Standard Register International, Inc.
8. Standard Register of Puerto Rico Inc.
9. Standard Register Holding, S. de R.L. de C.V.
10. Standard Register Servicios, S. de R.L. de C.V.
11. Standard Register de Mexico, S. de R.L. de C.V.
12. WorkflowOne, LLC

**B.   Debtors' officers and directors**
1. Joseph P. Morgan, Jr.
2. Robert M. Ginnan ("Bob")
3. John G. King
4. Greg J. Greve
5. Joseph L. Klenke
6. Jeffrey L. Moder ("Jeff")
7. Amy L. Reilly
8. Gerard D. Sowar ("Gerry")
9. Diana Tullio
10. Terry Williams
11. F. David Clarke, III
12. Roy W. Begley ("Robin")
13. Anthony J. DiNello
14. Frederic F. Brace ("Jake")
15. R. Eric McCarthey
16. Robert A. Peiser
17. John J. Schiff, Jr.
18. John Q. Sherman, II
19. William P. Lee
20. David P. Bailis
21. Julie D. Klapstein
22. Joanne Cummins
23. Williams Lee

**C.   Major business affiliations of the debtors' officers and directors and related persons**
1. Clarke-Hook Corporation
2. Anixter International Inc.
3. The Shelty-Viking Capital Group LLC
4. Vistage International
5. Crestlight Venture Productions
6. Ginzinga Naturals, LLC
7. USA Truck, Inc.
8. Primary Energy Recycling Company Corp.
9. Cincinnati Financial Corporation
10. The Cincinnati Insurance Company
11. Fifth Third Bancorp
12. The Fifth Third Bank
13. Cincinnati Bengals, Inc.
14. John J. and Thomas R. Schiff & Co., Inc.
15. A. Rifkin Company
16. Silver Point Capital, L.P.
17. Granite Broadcasting, Inc.
18. Nautic Global Group, Inc.
19. Novasep Holdings, S.A.S.
20. Annies, Inc.

**D.   Debtors' secured creditors**
1. Silver Point Capital
2. Silver Point Capital, L.P.
3. Silver Point Finance, LLC
4. Silver Point Capital Fund, L.P.
5. SPCP Group, LLC
6. SPF CDO I, LTD
7. SPCP Group III LLC
8. Credit Suisse AG, Cayman Island Branch
9. Credit Suisse Loan Funding LLC
10. Sargas CLO II Ltd.
11. WG Horizons CLO I
12. West Gate Horizons Advisors LLC
13. DLJ Investment Partners, L.P.
14. DLJ Investment Partners II, L.P.
15. DLJIP II Holdings, L.P.
16. Credit Suisse
17. Bank of America, N.A.
18. Wells Fargo
19. Canon Solutions America, Inc.
20. Cisco Systems Capital Corporation
21. Crown Credit Company
22. Dell Financial Services LP
23. E. I. Dupont De Nemours And Company
24. Fujifilm
25. Fujifilm North America Corporation
26. Harold M. Pitman Company
27. Hewlett-Packard Financial Services Company
28. Northstar Recycling Company, Inc.
29. Northstar Recycling Group, Inc.
30. Oce Financial Services, Inc.
31. Oce North America, Inc.
32. Software Professionals, Inc.
33. Tilt-Lock Inc.
34. Xerox Corporation
35. CIT Technologies Corporation d/b/a CIT Systems Leasing
36. CIT Finance LLC
37. Georgia-Pacific Consumer Products LP
38. Raymond Leasing Corporation
39. Dainippon Screen Graphics (USA), LLC
40. SmartWorks.com, Inc.

**E.  Debtors' 50 largest unsecured creditors on a consolidated basis as identified in their chapter 11 petitions**

1. The Pension Benefit Guaranty Corporation
2. Timothy Webb
3. Georgia Pacific Corp
4. Gary Becker
5. Salesforce Com Inc.
6. Michael Spaul
7. Volt Consulting
8. Mark Platt
9. Craig Stockmal
10. Peter Redding
11. Washington State Department of Ecology
12. Westborough (The Realty Associates Fund IX, c/o Lincoln Property Company)
13. Avery Dennison
14. Joseph Custer
15. Purchase Power
16. Bank Of America
17. Carolinas Shared Services (subgroup within Premier GPO)
18. Business Card Service
19. Appvion Inc
20. John Harden
21. Dennis  Rediker
22. Tenet (subgroup within MedAssets GPO comprised of about 45 hospitals)
23. HP Enterprise Services LLC
24. Kathryn Lamme
25. GLS Graphic Label Solutions
26. Earth Color
27. Precision Dynamics Corp
28. Craig Brown
29. Rajendra Mehta
30. Virginia Rafferty
31. Jack Marshall
32. Unisource Worldwide Inc
33. Michael Wolk
34. Flexcon Company Inc.
35. Edward Keiper
36. Xpedx LLC
37. Lithia Springs
38. Novation GPO
39. Robert Assini
40. Sanmar Corp.
41. Partners Healthcare
42. Nevs Ink Inc
43. Source Technologies Inc
44. Domtar Paper Co LLC
45. Cass Information Systems
46. Dayton Mailing Services
47. Bruce Moses
48. Catholic Contracting Group (CCG)
49. Independent Printing Co Inc.
50. Nissan Total

**F.  Debtor's landlords**

1. ColFin Cobalt Industrial Reit II
2. ProLogis Trust
3. Liberty Property Trust
4. Windmill 1
5. Double Nickel
6. The Realty Associates Fund IX
7. Lincoln Property Company
8. Ninth 209, LLC
9. Sandusky Investments LTD
10. BRE/COS 1 LLC
11. Alan D Palmer
12. Brookwood Four Points Investor
13. First National Bank Alaska
14. Rita Blumenfeld
15. MCI CIF LLC
16. Naifco Realty
17. Owen Properties
18. Pacific Realty Associates,
19. ProLogis
20. GCCFC 2005-GG5 1255 Terminus I
21. 21 Parker Drive, LLC
22. Twenty Park Plaza, LLC
23. American Heart Association
24. The Arbor, LLC
25. PS Business Parks
26. Robert J. DiLeonardo
27. West Willows Amherst Portfolio
28. Burt Jordan Realtors
29. Sublease - Czarnowski Display
30. Tel-Bingham Associates
31. CRP-2 Holdings, AA, LP
32. HART NJ8A-I LLC
33. 100-200 CCC, Inc
34. TAK Realty and Investment, LLC
35. LSOP 3 MD 2, LLC
36. Fairview Plaza JLC LLC
37. One Telcom, LLC
38. FSBT, Inc
39. Peachtree II and III,
40. BWC Exchangepoint LLC
41. 588 Associates, LP
42. 1040 Ave. of the Americas LLC
43. Flexible Office Solutions, LLC
44. Harris Bank
45. ML-AI 125 Wacker LLC
46. Inversiones Chevere, S.E.
47. Stonegate Partners I, LLC
48. Commodore Drive, LP
49. The Paragon, LP
50. Trotter Holdings LLC dba
51. A&B Properties Inc, 822 Bishop
52. Exeter 700 Patrol, LLC
53. Trafalgar Investments LLC
54. Duetsche Bank Mexico SA
55. MPC Holdings, LLC

56. Paragano Holdings, LLC
57. 55 Broadway Associates, LLC
58. Chipman Miles
59. TR Crownpointe Corp.
60. Carlsen Investment, LLC
61. Valley Freeway Corporate Park,
62. CIR III-1 Reit
63. BRE/Industrial Portfolio Holdings LLC
64. Kyrene 919280, LLC
65. Pattillo Foundation
66. CRA-CAR, LLC
67. Hillcrest Real Estate Development Co LLC
68. Blue Water Road LLC
69. C.K. Enterprises of Watseka, I
70. Princetons Properties Inc
71. Westboro Two LLC
72. American Asset Corporation
73. Block Hawley Commercial Real Estate Services
74. BMO Harris Bank N.A.
75. Bridlewood Executive Suites
76. Bruns Building and Development
77. CAM, Inc.
78. Carruth Capital LLC
79. CBRE, Inc.
80. Colliers International
81. Colliers International Asset
82. Core Partners
83. Cushman & Wakefield of NJ Inc.
84. D.L. Saunders Real Estate
85. Double Nickel
86. G&E Real Estate Management Services Inc
87. Harbor Group Management Company
88. Hill Properties
89. Jones Lang LaSalle America
90. Juno Commercial Real Estate, I
91. Larken Associates
92. Lincoln Property Company
93. Mackenzie Mgmt Company
94. Mallard Creek Investors LLC
95. Meridian Business Park
96. Metro Office Park
97. Newmark Grubb Knight Frank
98. Newmark Grubb Memphis
99. Northwest Building LLC
100. Oliver and Company, Inc.
101. Patillo Industrial Real Estate
102. Property Management Associates of WNY Inc
103. Shekley
104. Solon Gershman Inc.
105. Swanson Holdings LLC
106. The Charter Group
107. Transwestern Commercial Service

108. Westside Investment Partners
109. Wilson Property Services, Inc.

**G. Largest vendors and subcontracting vendors**

1. Adair Printing Technologies
2. Adecco Employment Services
3. Appvion Inc.
4. Avery Dennison
5. Bay State Envelope
6. Bestforms Inc.
7. Business Card Service Inc.
8. Business Stationery
9. Cass
10. Cenveo
11. Customgraphix
12. Data Card Corp.
13. Domtar Paper Co. LLC
14. Ennis Business Forms Inc
15. Enterprise Group/A Division of Domtar Paper Co. LLC
16. Fasson
17. FCL Graphics Inc.
18. Flesh Company
19. Flexcon Company
20. Georgia Pacific Corp.
21. Glatfelter
22. GLS Graphic Label Solutions
23. Hewlett-Packard
24. HM Graphics Inc.
25. International Paper
26. JDS Graphics Inc.
27. Kirkwood Printing
28. Multi Packaging Solutions
29. Nationwide Envelope Specialists Inc.
30. Nevs Ink Inc.
31. Novation LLC
32. PJ Printers
33. Precision Dynamics Corp.
34. Raff Printing Inc.
35. Rollsource
36. Seebridge Media LLC
37. Total Printing Services LLC
38. Unisource Worldwide Inc.
39. Volt Consulting
40. Wright Enterprises Holding Co.
41. Xerox Corp.
42. XGS.IT
43. Xpedx

**H. Largest freight vendors/providers**

1. Dayton Freight Lines Inc.
2. Dynamex Operations East
3. Fedex Corp.
4. Fedex Freight East Inc.
5. J B Hunt Transport Inc.
6. Old Dominion Freight Line Inc.
7. Rush Transportation & Logis
8. United Parcel (Package)

9. UPS Supply Chain Solutions Inc.
10. Velocity Express

**I. Other "significant" vendors as identified by Debtors**

1. Adobe
2. Corepoint
3. FIS
4. IBM
5. Instream
6. L&H Signs
7. Salar
8. Salar OEM
9. Smart-ER
10. Viridian
11. Zafesoft

**J. Parties relating to significant litigation involving the Debtors**

1. 3M CO
2. A. Schulman Inc
3. A.E. Fickert and Sons Inc.
4. A.E. Fickert, Inc.
5. Abbott Laboratories
6. ABCO Construction
7. Abex Corp
8. Acon Inc.
9. Acoustical Systems Inc.
10. Affinity Express, Inc.
11. AK Steel Corporation
12. Alcatel Lucent Usa, Inc.
13. Alliance Machine Co
14. American Axle And Manufacturing
15. American Business Forms
16. American Honda Motor Co
17. American Optical Corp
18. American Solutions for Business
19. American Standard Inc
20. Ameron International Corp
21. Anchor Danly LLC
22. Anchor Glass Container Corp
23. Anheuser Busch LLC
24. AO Smith Corp
25. Aqua-Chem, Inc.
26. Ardagh Glass Inc
27. Armco
28. Armstrong Pumps Inc
29. Arvinmetiro, Inc.
30. Astenjohnson Inc
31. AT&T Corp
32. Aurora Pump Co
33. Avery Dennison Corp
34. Avocet Enterprises Inc
35. Bacou Dalloz
36. Barry Controls
37. Basf Corp
38. Beazer East
39. Bechtel Inc
40. Bf Goodrich Co
41. Bingham Pumps
42. Blaylock Trucking and Waste Removal
43. Bondstrand
44. Borg Warner Morse Tec Inc
45. Borg-Warner Corp.
46. Bradford Soap International, Inc.
47. Bridgestone Americas Tire Operations LLC
48. Bridgestone Firestone Inc.
49. Bridgestone/Firestone America's Holding, Inc.
50. Britisher Htg And Cooling
51. Brush Wellman Int'l Inc
52. Burns International Services Corp
53. Butt Construction Co Inc
54. Butt Construction Co LLC
55. BW/IP International Inc
56. Byron Jackson Pump Division
57. Carborundum Co
58. Cargill, Inc.
59. Carrier Corp
60. Catalystic
61. CBS Corp
62. Certain-Teed Corp
63. Chaotic Moon LLC
64. Chass Brass And Copper Co LLC
65. Chemineer, Inc.
66. Chicago Bridge And Iron Co
67. Chicago Gasket Co
68. Cintas Corporation
69. City of Dayton, Ohio
70. CL Zimmerman Co
71. Clark Asbestos Hi Statutory Agent, Inc.
72. Clark Industrial Insulation Co
73. Clark-Reliance Corp
74. Cleaver Brooks
75. Coca-Cola Refreshments USA, Inc.
76. Conagra Grocery Products Company
77. Container Services Inc.
78. Continental Fibre Drum, Inc.
79. Continental Teves
80. Conwed Corp
81. Cooper Industries Inc
82. Copes Vulcan Inc
83. Core Furnace Systems Corp
84. Cox Media Group Ohio Inc.
85. Crane Co
86. Crown Cork & Seal USA Inc
87. CSR, Inc
88. CSR, Ltd
89. Cutler Hammer, Inc.
90. Dana Companies LLC
91. Daniel International Corp
92. DAP Inc.
93. DAP Products, Inc.

| | |
|---|---|
| 94. | Day International Inc. |
| 95. | Dayton Board of Education |
| 96. | Dayton Daily News |
| 97. | Dayton Industrial Drum, Inc. |
| 98. | Dayton Journal Herald |
| 99. | Dayton Power and Light Company |
| 100. | Dayton Rubber Company |
| 101. | Dayton Tire and Rubber Company |
| 102. | Deborah Gelinas |
| 103. | Despatch Industries Inc |
| 104. | Devcon Corp |
| 105. | Domtar Industries LLC |
| 106. | Dow Chemical Co |
| 107. | Dravo Corp |
| 108. | Durco |
| 109. | Duriron Corporation |
| 110. | Duro Dyne Corp |
| 111. | Eagle Technologies Group |
| 112. | Eaton Corp |
| 113. | Ecodyne Limited |
| 114. | Edward Valve Co |
| 115. | Eli Lilly And Co |
| 116. | Emerson Electric Co |
| 117. | Essex Wire Corp |
| 118. | Ferro Engineering |
| 119. | Fickert Devco Inc. |
| 120. | Flowserve Corporation |
| 121. | Flowserve US Inc |
| 122. | Fluor Corp |
| 123. | Fluor Enterprises Inc |
| 124. | Ford Motor Co |
| 125. | Formosa Plastics Corp USA |
| 126. | Foster Wheeler Corp |
| 127. | Franklin Iron & Metal Corp. |
| 128. | Fruehauf Corp |
| 129. | Fruehauf Trailer Corp |
| 130. | Gardner Denver Inc |
| 131. | General Electric Co |
| 132. | General Refractories Co |
| 133. | General Refuse Service Inc. |
| 134. | Georgia Pacific Consumer Operations LLC |
| 135. | Georgia Pacific Corporation |
| 136. | Georgia-Pacific LLC |
| 137. | GlaxoSmithKline LLC |
| 138. | GMZ INC |
| 139. | Goodrich Corp |
| 140. | Goodyear Tire And Rubber Co |
| 141. | Goulds Pumps Ipg Inc |
| 142. | Greif Inc |
| 143. | Grinnell LLC |
| 144. | Guide Corp |
| 145. | H.K. Ferguson |
| 146. | Hamilton Sundstrand Corp |
| 147. | Hanson Systems LLC |
| 148. | Harris Corporation |

| | |
|---|---|
| 149. | Harris Seybold Co. |
| 150. | Health Conservation Inc |
| 151. | Hercules Inc |
| 152. | Hewitt Soap Works, Inc. |
| 153. | Hobart Corporation |
| 154. | Homasote Co |
| 155. | Honeywell Inc |
| 156. | Honeywell International Inc |
| 157. | Huffy Corp |
| 158. | IDEX Corp |
| 159. | Illinois Tool Works Inc |
| 160. | IMO Industries Inc |
| 161. | Indiana Department of Environmental Management |
| 162. | Inductotherm Corp |
| 163. | Inductotherm Group Co |
| 164. | Industrial Holding Corp |
| 165. | Industrial Waste Disposal Co. Inc. |
| 166. | Ingersoll Rand Co |
| 167. | International Business Machine Corp |
| 168. | International Comfort Products Corp |
| 169. | ITT Corp |
| 170. | J.E. Lonergan |
| 171. | Jaxcine Guzon |
| 172. | JH France Refractories Co |
| 173. | JM AC |
| 174. | JM Manufacturing Co Inc |
| 175. | John Crane Inc |
| 176. | Kaiser Gypsum Co Inc |
| 177. | KC Wall Products, Inc |
| 178. | KCG INC |
| 179. | Kelsey-Hayes Company |
| 180. | Kimberly-Clark Corporation |
| 181. | Kunkle Valve |
| 182. | L.M. Berry and Company LLC |
| 183. | La Mirada Products Co., Inc. |
| 184. | Lau Industries Inc |
| 185. | Lennox Industries Inc |
| 186. | Lindberg |
| 187. | LPL Licensing, L.L.C. |
| 188. | Lucent Technologies, Inc. |
| 189. | Lynden Keala |
| 190. | Marley Cooling Tower |
| 191. | Materion Brush Inc |
| 192. | McCall Corp. |
| 193. | MCI Telecommunications |
| 194. | Meadwestvaco Corp |
| 195. | Merck Sharp And Dohme Corp |
| 196. | Metropolitan Life Insurance |
| 197. | Milliken And Co |
| 198. | Monsanto Company |
| 199. | Monsanto Research Company |
| 200. | Morrison Knudsen Corp |
| 201. | Mount Vernon Mills Inc |
| 202. | National Can Corp |
| 203. | National Oilwell Varco Inc |

204. NCR Corporation
205. Newell Rubbermaid Inc
206. Newmark LLC
207. Nooter Corp
208. Norma Duttera
209. Occidental Chemical Corp
210. Oglebay Norton
211. Ohio Bell Telephone Company
212. P-Americas, LLC
213. Panelag
214. Pasco Sanitary Landfill Industrial Waste Group
215. Peerless Heater Co
216. Peerless Industries Inc
217. Peerless Pump Co Inc
218. Peerless Transportation Company
219. Pepsi Cola General Bottlers of Ohio, Inc.
220. Pfizer Inc
221. Pharmacia Corp
222. Pharmacia LLC
223. Phoenix Licensing, L.L.C.
224. Plastics Engineering Co
225. Pneumo Abex Llc
226. PPG Industries, Inc.
227. Process Equipment Co Of Tipp City
228. Quigley Inc
229. R J Reynolds Tobacco Company
230. Raytheon Engineering & Constructors
231. Rebecca Goodwin
232. Relizon Company
233. Resco Holdings LLC
234. Reunion Industries Inc
235. Rew Materials, Inc
236. Rexam Beverage Can Co
237. Reynolds and Reynolds Company
238. Rheem Manufacturing Co
239. Richard Goodwin
240. Ric-Will, Inc.
241. Riley Power Inc
242. Riley Stocker Corp
243. Rockwell Manufacturing Co
244. Rogers Corp
245. Rohm And Haas Co
246. Ross Laboratories
247. Rucco Equipment And Magnum Products
248. Rust Engineering Co
249. Rust International Inc
250. Ruud Heating Cooling And Water Heating
251. Saint Gobain Abrasives Inc
252. Sanford Duttera
253. SCA Services of Ohio Inc.
254. Securitas Security Services Usa Inc
255. Sharon Brown-Henry
256. Sherwin-Williams Company
257. Skipprint LLC
258. Special Electric Co Inc
259. Special Materials, Inc
260. Special Shipping Inc.
261. Spence Engineering Co Inc
262. Spirax Sarco Inc
263. Sprint Corporation
264. Sprint Spectrum L.P.
265. Spx Cooling Technologies Inc
266. State of Ohio
267. Stearns-Rogers Corp
268. Sulzer Pumps Us Inc
269. Sun Chemical Corp
270. Sunoco, Inc.
271. Superior Boiler Works Inc.
272. Superior Essex Inc
273. Tecumseh Products Inc
274. Tenneco Automotive Operatinc Co, Inc
275. Tenova Core
276. The Duriron Co Inc
277. The Gorman Rupp Co
278. The Kroger Co
279. The Mead Corp
280. The Procter And Gamble Co
281. The William Powell Co
282. Thiem
283. Total Petrochemicals And Refining USA Inc
284. Toyota Motor Sales USA Inc
285. TPI Corp Succ To Fostoria Industries Inc
286. Trane US Inc
287. Treco Constructions Service
288. TRW Automotive Us LLC
289. Tyco Flow Control
290. Tyco International US Inc
291. Tyco Valves & Controls
292. Union Carbide Corp
293. Union City Body Co
294. United Engineers & Constructor
295. United States Department of Defense
296. United States Department of Energy
297. United States of America
298. United States Steel Corpora
299. Universal Refaractories
300. University of Dayton
301. URS Corp
302. URS Energy & Construction Inc
303. Utilimaster Corp
304. Valley Asphalt Corporation
305. Van Dyne-Crotty, Inc.
306. Ventfabrics, Inc.
307. Verizon New York Inc
308. Verizon North LLC
309. Viacom
310. Warren Pumps LLC
311. Warren Pumps, Inc.
312. Warren Rupp Inc

313. Washington Department of Ecology
314. Washington Group International Inc
315. Waste Management of Ohio, Inc.
316. Welco Manufacturing Co
317. Weldun International Ltd
318. Westinghouse Electric Corp
319. Weyerhaeuser Co
320. Willamette Industries Inc
321. Willson Safety Products
322. Wood Conversion Co
323. Workflow Solutions, LLC
324. York International Corp
325. Zurn Industries Inc
326. Zurn Industries LLC

**K. Debtors' equity holders (greater than 5%)**
1. Roy W. Begley, Jr.
2. Gary P. Kreider
3. William C. Martin
4. Raging Capital Management, LLC
5. Raging Capital Master Fund, Ltd.
6. Charles Francis Sherman
7. James L. Sherman
8. James Louis Sherman
9. John Q. Sherman
10. William Patrick Sherman
11. Patricia Lucille Sherman Begley
12. Mary Catherine Sherman Newshawg
13. Helen Louise Sherman Tormey
14. Silver Point Capital L.P.
15. The Fifth Third Bank

**L. Debtor's largest customers**
1. Automatic Data Processing, Inc.
2. Bank of America Corp.
3. Citibank
4. Liberty Mutual Insurance
5. Quest Diagnostics Inc.
6. SR DE Mexico-National
7. TD Bank
8. Verizon

**M. Insurance companies**
1. AIG
2. Allianz SE
3. Allied World
4. Beazley
5. Chartis
6. Chubb
7. CNA Financial Corp.
8. Columbia Casualty Company
9. Continental Casualty
10. Federal Insurance Company
11. Fireman's Fund Ins.
12. FM Global
13. Illinois National Ins Co
14. Liberty Mutual
15. National Fire Insurance of Hartford

16. National Union Fire Insurance Company of Pittsburgh
17. Navigators
18. Safety National
19. Travelers
20. Vigilante Insurance
21. Wright National Flood Insurance Company
22. XL
23. Zurich

**N. Utility providers**
1. Accessline Communications
2. Alaska Communications Systems
3. Ameren Illinois
4. Ameren Missouri
5. Ameren UE
6. American Electric Power Co.
7. AT&T
8. Atmos Energy
9. Austell Gas System
10. Austell Natural Gas System
11. Avaya Financial Services
12. Blair Telephone Company
13. Brandenburg Telephone Co.
14. Century Link
15. Century Telephone
16. Charter Business
17. Chesapeake Utility Corp.
18. Cincinnati Bell
19. City of Brenham Utility
20. City of Darlington
21. City of Fayetteville
22. City of Livermore
23. City of Mesquite
24. City of Ontario
25. City of Orange California
26. City of Salisbury
27. City of Tampa Utilities
28. City of Toccoa
29. Cleco Power LLC
30. Columbia Gas of Massachusetts
31. Columbia Gas of Ohio
32. Columbia Gas of Pennsylvania
33. Comcast
34. Comed
35. Compass Energy Gas Services LLC
36. Connecticut Light & Power
37. Connecticut Water Co. Crwc
38. Connecticut Water Company
39. Consolidated Communications
40. Constellation Newenergy Inc.
41. Cox Communications Inc.
42. Dayton Power & Light Co.
43. Delmarva Power
44. Direct Energy Business
45. Dominion East Ohio

| | |
|---|---|
| 46. | DPL Energy Resources Inc. |
| 47. | DPLER |
| 48. | Duke Energy |
| 49. | Duke Energy Progress |
| 50. | Duke Energy-Charlotte |
| 51. | Duke Energy-Louisville |
| 52. | Fairpoint Communications |
| 53. | Frontier |
| 54. | Frontier Communications |
| 55. | Frontier Telephone |
| 56. | Gas Co. |
| 57. | GCI Communications Corp. |
| 58. | Georgia Power Co. |
| 59. | Gexa Energy LP |
| 60. | Goshen Water & Sewer |
| 61. | Granite Telecommunications |
| 62. | Greystone Power Corp. |
| 63. | Hardin County Water Dist. 1 |
| 64. | Hawaiian Electric Co. |
| 65. | Hawaiian Telecom |
| 66. | Hillsborough County Water Dept. |
| 67. | Hudson Energy Services Texas |
| 68. | Indiana American Water Co. |
| 69. | Intercall |
| 70. | Jeffersonville Sewer Department |
| 71. | Kentucky Utility Co. |
| 72. | Laclede Gas Company |
| 73. | Level 3 Communications |
| 74. | Louisville Gas & Electric Co. |
| 75. | Manchester Township |
| 76. | MCI Worldcom |
| 77. | Met Ed |
| 78. | Minnesota Energy Resources |
| 79. | Murfreesboro Electric Dept. |
| 80. | Murfreesboro Water And Sewer |
| 81. | National Fuel Gas Distribution Corporation |
| 82. | National Grid |
| 83. | Nicor Gas |
| 84. | Nipsco |
| 85. | North State Communications |
| 86. | NSTAR |
| 87. | OG & E |
| 88. | Oklahoma Natural Gas Co. |
| 89. | Pacific Gas & Electric Co. |
| 90. | PG & E |
| 91. | Piedmont Natural Gas |
| 92. | Puerto Rico Telephone |
| 93. | Puget Sound Energy |
| 94. | Puget Sound Power & Light Co. |
| 95. | Questar Gas Company |
| 96. | Qwest |
| 97. | River Ridge Development Authority |
| 98. | Road Runner |
| 99. | Rocky Mtn Power-Utah |
| 100. | Salt Lake City Corp |

| | |
|---|---|
| 101. | Shelbyville Public Utilities |
| 102. | Sourcegas Arkansas Inc. |
| 103. | Southern California Edison |
| 104. | Springettsbury Township Sewer |
| 105. | Sprint |
| 106. | Tampa Electric |
| 107. | TDS Metrocom |
| 108. | Teco Tampa Electric Co. |
| 109. | Time Warner Cable |
| 110. | Toccoa Natural Gas |
| 111. | Town of Tolland |
| 112. | TW Telecom |
| 113. | TXU Energy |
| 114. | Union Power Cooperative |
| 115. | United Communications |
| 116. | United Telephone Company |
| 117. | VCOM Solutions |
| 118. | Vectren |
| 119. | Vectren Energy Delivery |
| 120. | Verizon |
| 121. | Verizon Wireless |
| 122. | Village of Coldwater |
| 123. | Village of Howard |
| 124. | Walton EMC Natural Gas |
| 125. | Windstream |
| 126. | Xcel Energy |
| 127. | Yankee Gas Services |
| 128. | York Water Co. |

**O. Ordinary course professionals**

| | |
|---|---|
| 1. | Stephen J. Axtell, Esq. |
| 2. | Beiser Greer & Landis, LLP |
| 3. | David Berry, Esq. |
| 4. | Gregory J. Boulbol,  Esq., |
| 5. | Kevin Braig, Esq. |
| 6. | Brightline CPAs And Associates |
| 7. | Brixey & Meyer |
| 8. | Robert M. Cavalier, Esq. |
| 9. | Davis Wright Tremaine LLP |
| 10. | Deloitte & Touche LLP |
| 11. | Deloitte Tax LLC |
| 12. | Doherty, Wallace, Pillsbury and Murphy, P.C. |
| 13. | Ernst & Young LLP |
| 14. | Michael Ewing, Esq. |
| 15. | Faruki, Ireland & Cox P.L.L. |
| 16. | Douglas M. Foley, Esq. |
| 17. | Frost Brown Todd LLC |
| 18. | Funkunaga Malayoshi Hershey & Ching |
| 19. | Bruce Garrison |
| 20. | Roshell Grigsby |
| 21. | Steve Haughey, Esq. |
| 22. | James H. Hershey, Esq. |
| 23. | Scott J. Heyman, Esq. |
| 24. | Barry D. Horne, Esq. |
| 25. | Jeff Ireland, Esq. |
| 26. | Scott Kamins, Esq. |

27. Kaufman & Canoles
28. David C. Korte, Esq.
29. Thomas H. Lee, Esq.
30. Javier Lizardi, Esq.
31. Lucas and Cavalier, LLC
32. Mark Malloy, Esq.
33. John L. McCarthey, Esq.
34. Jennifer McCave, Esq.
35. McConnell Valdes LLC
36. McGladrey LLP
37. McGuireWoods
38. McInnes Cooper
39. McManis Faulkner
40. James McManis, Esq.
41. Meissner Tierney Fisher & Nichols
42. Jeffrey A. Mullins, Esq.
43. Ronald D Niesley
44. Offit Kurman
45. Ogier
46. Mark J. Payne, Esq.
47. Charles Russell
48. Rutan & Tucker LLP
49. Ryan Smith & Carbine Ltd.
50. L. Scott Seymour, Esq.
51. Shumacher, Loop & Kendrick, LLP
52. Sidley Austin LLP
53. Taft Stettinius & Hollister
54. Thompson Hine
55. Thomson Reuters
56. David J. Ubaldi, Esq.
57. Coolidge Wall
58. Von Wobeser
59. Mark F. Werle
60. David P. Williamson, Esq.
61. Marc Yates

**P. Chapter 11 case professionals for Debtors**
1. Dinsmore & Shohl LLP
2. Gibson Dunn & Crutcher LLP
3. Lazard Freres & Co. LLC
4. Lazard Middle Market, LLC
5. McKinsey Recovery & Transformation Services U.S., LLC
6. Palisades Pension Financial Advisory
7. Prime Clerk
8. Young Conaway Stargatt & Taylor LLP

**Q. Counsel and other advisors retained by other significant parties**
1. Skadden, Arps, Slate, Meagher & Flom LLP
2. Parker Hudson Rainer & Dobbs LLP

**R. United States Bankruptcy Judges in the District of Delaware**
1. Kevin J. Carey
2. Kevin Gross
3. Brendan L. Shannon
4. Laurie Selber Silverstein

5. Christopher S. Sontchi
6. Mary F. Walrath

**S. United States Trustee for the District of Delaware, or any person employed by the Office of the United States Trustee for the District of Delaware**
1. Lauren Attix
2. David Buchbinder
3. Shakima L. Dortch
4. Timothy J. Fox, Jr.
5. Diane Giordano
6. Christine Green
7. Benjamin Hackman
8. Jeffrey Heck
9. Mark Kenney
10. Jane Leamy
11. Tony Murray
12. James R. O'Malley
13. Michael Panacio
14. Tiiara Patton
15. Juliet Sarkessian
16. Richard Schepacarter
17. T. Patrick Tinker
18. Ramona Vinson
19. Michael West
20. Dion Wynn

**T. Potential §363 Purchasers**
1. [Confidential]

**U. Reclamation claimants**
1. DG3 Group America, Inc.

**V. Other significant parties in interest -**
1. John Q. Sherman Trust
2. William C. Sherman Trust
3. William C. Sherman Inter Vivos Trust