# EXHIBIT B

# SOWAR DECLARATION

01:16830174.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, et al.,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF GERARD D. SOWAR IN SUPPORT OF DEBTORS'
APPLICATION FOR AN ORDER, PURSUANT TO SECTION 327(a) OF THE
BANKRUPTCY CODE, AUTHORIZING THE RETENTION AND EMPLOYMENT OF
YOUNG CONAWAY STARGATT & TAYLOR, LLP AS CO-COUNSEL
TO THE DEBTORS, *NUNC PRO TUNC* TO THE PETITION DATE**

Pursuant to 28 U.S.C. § 1746, I, Gerard D. Sowar, hereby submit this declaration (this "Declaration") under penalty of perjury:

1. I am Executive Vice President, General Counsel and Secretary of The Standard Register Company, a corporation organized under the laws of the State of Ohio ("Standard Register") and one of the above-captioned debtors and debtors in possession (collectively, the "Debtors").[2]

2. I submit this Declaration in support of the *Debtors' Application for an Order, Pursuant to Section 327(a) of the Bankruptcy Code, Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LP as Co-Counsel to the Debtors*, Nunc Pro

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] I am also Secretary of (a) Standard Register International, Inc., (b) Standard Register Technologies, Inc., (c) Standard Register Holding Company, (d) Standard Register Mexico Holding Company, (e) Standard Register of Puerto Rico Inc. and (f) iMedConsent, LLC.

01:16830174.1

Tunc *to the Petition Date* (the "Application").[3] Except as otherwise noted, all facts in this Declaration are based on my personal knowledge of the matters set forth herein, information gathered from my review of relevant documents, and information supplied to me by other members of the Debtors' management and the Debtors' advisors.

3. The Debtors engaged Young Conaway as their bankruptcy co-counsel at the recommendation of Gibson Dunn & Crutcher LLP ("Gibson Dunn"). The Debtors selected Young Conaway because of the Firm's extensive knowledge, expertise, and experience in the field of debtors' and creditors' rights and business reorganizations under chapter 11 of the Bankruptcy Code. Young Conaway's knowledge, expertise, and experience practicing before the Court will enable the Firm to work in an efficient and cost-effective manner on behalf of the Debtors' estates. Additionally, in preparing for these chapter 11 cases, Young Conaway has become familiar with the Debtors' businesses and affairs and many of the potential legal issues that might arise in the context of these cases, and since its engagement has advised the Debtors and Gibson Dunn, among other things, local rules, practices, and procedures with respect to various restructuring issues. Therefore, the Debtors believe that Young Conaway is uniquely qualified to represent them in these cases.

4. In selecting Young Conaway, the Debtors reviewed the rates of Young Conaway, including rates for bankruptcy services, and compared them to outside law firms that the Debtors have used in the past to determine that the rates are reasonable. Young Conaway has informed the Debtors that its current hourly rates are the Firm's standard hourly rates for work of this nature.

---

[3] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

5.  In my capacity as Executive Vice President, General Counsel and Secretary of Standard Register, I am responsible for supervising outside counsel retained by the Debtors in the ordinary course of business. As discussed below, I am also responsible for reviewing the invoices regularly submitted by Young Conaway, and can confirm that the rates Young Conaway charged the Debtors in the prepetition period are the same as the rates Young Conaway will charge the Debtors in the postpetition period, subject to periodic adjustment to reflect economic and other conditions.

6.  The Debtors have approved or will approve Young Conaway's prospective budget and staffing plan for the three-month period beginning on the Petition Date, recognizing that in the course of large chapter 11 cases like these, it is possible that there may be a number of unforeseen fees and expenses that will need to be addressed by the Debtors and Young Conaway. In accordance with the U.S. Trustee Guidelines, the budget may be amended as necessary to reflect changed expectations or unanticipated developments. The Debtors further recognize that it is their responsibility to closely monitor the billing practices of their counsel to ensure the fees and expenses paid by the estates remain consistent with the Debtors' expectations and the exigencies of these chapter 11 cases. The Debtors will continue to review the invoices that Young Conaway regularly submits, and, together with Young Conaway, periodically amend the budget and staffing plans, as these cases develop.

7.  As they did prepetition, the Debtors will continue to bring discipline, predictability, client involvement, and accountability to the counsel fees and expenses reimbursement process. While every chapter 11 case is unique, these budgets will provide guidance on the periods of time involved and the level of the attorneys and professionals that will

work on various matters, as well as projections of average hourly rates for the attorneys and professionals for various matters.

*[remainder of page intentionally left blank]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: MARCH 23, 2015        By: _____
                                  Gerard D. Sowar

                                  Executive Vice President, General Counsel and
                                  Secretary of The Standard Register Company

01:16830174.1                           5