# EXHIBIT C

## RULE 2016 STATEMENT

01:16830174.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, et al.,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

## STATEMENT OF YOUNG CONAWAY STARGATT & TAYLOR, LLP PER RULE 2016 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND SECTION 329 OF THE BANKRUPTCY CODE

1. Young Conaway Stargatt & Taylor, LLP ("Young Conaway" or the "Firm"),[2] pursuant to Bankruptcy Rule 2016, Local Rule 2016-1, and section 329 of the Bankruptcy Code, states that the undersigned is proposed co-counsel to the Debtors in the Chapter 11 Cases.

2. Compensation agreed to be paid by the Debtors to Young Conaway will be for legal services rendered in connection with the Chapter 11 Cases. The Debtors have agreed to pay Young Conaway at the firm's standard hourly rates for the legal services rendered or to be rendered on the Debtors' behalf in connection with these cases by Young Conaway's various attorneys and paralegals. The Debtors have also agreed to reimburse Young Conaway for its actual, necessary and reasonable expenses incurred in connection with these cases.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] Capitalized terms used herein, but not otherwise defined, have the meaning given to them in the *Debtors' Application for an Order, Pursuant to Section 327(a) of the Bankruptcy Code, Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Co-Counsel to the Debtors,* Nunc Pro Tunc *to the Petition Date* (the "Application").

01:16830174.1

3.      Young Conaway was retained by the Debtors pursuant to an engagement agreement dated as of February 24, 2015 (the "Engagement Agreement"). In accordance with the Engagement Agreement, Young Conaway received retainers totaling $133,465.00 (collectively, the "Retainer") in connection with the planning and preparation of initial documents and its proposed post-petition representation of the Debtors as well as for chapter 11 filing fees. Of the $133,465.00 in retainers received, $125,000 was received from The Standard Register Company, $2,500 was received from Standard Register Holding, S. de R.L. de C.V., $2,500 was received from Standard Register de México, S. de R.L. de C.V., $2,500 was received from Standard Register Servicios, S. de R.L. de C.V., and $965 was received from Standard Register Technologies Canada ULC. The Retainer was supplemented with an additional $50,000 on March 11, 2015. After applying a portion of the Retainer to the outstanding balance as of the Petition Date, including fees and expenses associated with the filing of these chapter 11 cases, Young Conaway continues to hold a Retainer in the amount of $13,115.03. The remainder will constitute a general retainer as security for post-petition services and expenses.[3]

4.      Within the year prior to the Petition Date, Young Conaway received no other payments or promises of payment from the Debtors on account of services rendered or to be rendered in contemplation of or in connection with the Chapter 11 Cases. At all times, the Retainer exceeded the amounts due to Young Conaway on account of its prepetition fees and expenses.

5.      Young Conaway will seek approval of payment of compensation upon its filing of appropriate applications for allowance of interim or final compensation pursuant to

---

[3]    The Rule 2016 Statement is attached to the Application as Exhibit C.

01:16830174.1

2

sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any applicable Orders of the Court.

6. All filing fees in the Chapter 11 Cases have been paid in full.

7. The services to be rendered include all those services set forth in the Application.

8. Young Conaway further states that it has neither shared nor agreed to share (i) any compensation it has received or may receive with another party or person, other than with the partners, counsel, and associates of Young Conaway or (ii) any compensation another person or party has received or may receive.

Dated: March 23, 2015
Wilmington, Delaware

Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Maris J. Kandestin (No. 5294)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
mnestor@ycst.com
kcoyle@ycst.com
mkandestin@ycst.com
amagaziner@ycst.com

*Proposed Counsel to the Debtors and Debtors in Possession*