# EXHIBIT B

## CARMODY DECLARATION

01:16842000.1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15- 10541 (BLS) |
| Debtors. | Jointly Administered |

**DECLARATION OF KEVIN CARMODY IN SUPPORT OF DEBTORS'
MOTION FOR ORDER AUTHORIZING THE DEBTORS TO (I) EMPLOY
AND RETAIN MCKINSEY RECOVERY & TRANSFORMATION SERVICES U.S., LLC
TO PROVIDE INTERIM MANAGEMENT SERVICES PURSUANT TO
11 U.S.C. § 363 AND (II) DESIGNATE KEVIN CARMODY AS CHIEF
RESTRUCTURING OFFICER *NUNC PRO TUNC* TO THE PETITION DATE**

I, Kevin M. Carmody, hereby declare under penalty of perjury, pursuant to section 1746 of title 28 of the United States Code, as follows:

1.       I am a Practice Leader in the professional services firm of McKinsey Recovery & Transformation Services U.S., LLC ("McKinsey RTS")[2] with an office at 55 East 52nd Street, New York, NY 10055.

2.       I submit this declaration (the "Declaration") on behalf of McKinsey RTS in support of the *Debtors' Motion for Order Authorizing the Debtors to (i) Employ and Retain McKinsey Recovery & Transformation Services U.S., LLC to Provide Interim Management Services Pursuant to 11 U.S.C. § 363 and (ii) Designate Kevin Carmody as Chief Restructuring Officer, Nunc Pro Tunc to the Petition Date* (the "Motion"), for entry of an order (i) authorizing

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001).  The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2]    Capitalized terms used but not defined herein shall have the meaning provided in the Motion.

the Debtors to retain and employ McKinsey RTS to provide interim management services, and (ii) designating Kevin Carmody as Chief Restructuring Officer ("CRO") to the Debtors, *nunc pro tunc* to the Petition Date.

3.     Except as otherwise indicated herein, all facts set forth in this Declaration are based upon my personal knowledge of the matters set forth herein.  I am over eighteen (18) years of age and I am authorized to submit the Declaration on behalf of McKinsey RTS.  If called upon to testify, I could and would competently testify to the facts set forth herein from my own personal knowledge, except as otherwise stated.

## MCKINSEY RTS'S QUALIFICATIONS

4.     On February 27, 2015, Standard Register's Board of Directors (the "Board") appointed Mr. Carmody as Standard Register's CRO, effective as of March 2, 2015. Pursuant to his appointment, Mr. Carmody has become responsible for Standard Register's restructuring efforts and is required to report directly to the Board.

5.     Mr. Carmody is highly qualified to serve as the Debtors' CRO during the pendency of these Chapter 11 Cases, with the support of the Retained Staff.  Mr. Carmody is a Practice Leader in McKinsey RTS's practice in Chicago and the leader of its corporate restructuring service line.  He has a proven track record of assisting distressed clients drive aggressive financial and operational transformations to maximize stakeholder value.  Further, Mr. Carmody has deep experience successfully negotiating consensual out of court restructurings and also has experience navigating clients through the chapter 11 process.  He has over fifteen years of restructuring advisory and crisis management experience, has served as an executive in the C-suite of his client organizations and has testified as an expert witness in federal and state courts.

6.      McKinsey RTS is a global, full service restructuring advisory and crisis management firm that draws on unmatched industry and functional expertise to support companies through all aspects of recovery and transformation.  Its members have extensive experience in improving the operational performance of financially troubled companies. McKinsey RTS is deeply experienced in providing chapter 11 advisory services, which include contingency planning, interim management, cash flow and liquidity assessment, forecasting and management, analysis and/or development of business and strategic plans, development and implementation of creditor and/or supplier strategies and development and implementation of operational and/or financial improvement or turnaround plans.  McKinsey RTS has been or is currently involved in numerous large and complex restructurings.

7.      Given McKinsey RTS's substantial experience, prior to the filing of these Chapter 11 Cases, the Debtors retained McKinsey RTS to provide consulting services pursuant to three prior engagement letters, dated as of January 14, 2015 (the "SR Engagement Letter"), pursuant to which Standard Register retained McKinsey RTS to provide consulting services; February 3, 2015 (the "GDC Engagement Letter," pursuant to which the Debtors' proposed counsel, Gibson, Dunn & Crutcher LLP ("Counsel") retained McKinsey RTS to provide consulting services to the Debtors; and the March 2, 2015 CRO Engagement Letter (which, together with the SR Engagement Letter and GDC Engagement Letter, the "Prepetition Engagement Letters"), pursuant to which Standard Register retained McKinsey RTS to provide Mr. Carmody to serve as CRO, along with certain other engagement staff .  Under the Prepetition Engagement Letters, McKinsey RTS was retained principally for the purpose of assisting the Debtors' senior management with the development of a strategic business plan and strategic considerations including cash forecasting, financial reporting and SG&A opportunities.

Simultaneously, McKinsey RTS was tasked with contingency planning, including preparation for a chapter 11 filing, and/or a potential sale of the business.

8.      As a result of the prepetition work performed on behalf of the Debtors, Mr. Carmody and McKinsey RTS are familiar with the Debtors and their businesses, including the Debtors' financial affairs, debt structure, operations, employee groups, cost structures and related matters.  Since McKinsey RTS's initial engagement pursuant to the Prepetition Engagement Letters, Mr. Carmody and McKinsey RTS have worked closely with the Debtors' management and other professionals with numerous tasks related to Standard Register's business plan and restructuring considerations in preparation for a sale and bankruptcy process.  In addition, Mr. Carmody and McKinsey RTS supported management in preparing supporting presentation materials and facilitated discussions with significant stakeholders.  Consequently, Mr. Carmody and McKinsey RTS have developed significant relevant experience and expertise regarding the Debtors and the circumstances of these Chapter 11 Cases, and have the skills, qualifications and expertise necessary to continue to assist the Debtors with their restructuring efforts in an efficient and cost-effective manner.

## PROFESSIONAL COMPENSATION

9.      McKinsey RTS's decision to advise and assist the Debtors in connection with the Chapter 11 Cases is conditioned upon its ability to be retained in accordance with McKinsey RTS's customary terms and conditions of employment, including the compensation arrangement set forth in the CRO Engagement Letter (the "Fee and Expense Structure") and summarized below.

10.      The standard hourly rates, subject to periodic adjustments, as set forth in the CRO Engagement Letter, charged by professionals anticipated to be assigned to these Chapter 11 Cases are as follows:

| Engagement Staff[3] | Description | Hourly Rate |
|---|---|---|
| Kevin Carmody | Chief Restructuring Officer | $950 |
| Mark Hojnacki | Restructuring Executive | $775 |
| Layth Ashoo | Planning and Operations | $640 |
| Sam Jacobs | Planning and Operations | $435 |
| Leviathan Winn | Cash Management | $435 |
| Akanksha Midha | Due Diligence | $390 |
| Ted Lichtenberger | Business Planning & Due Diligence | $385 |

11.     To the extent additional McKinsey RTS personnel provide services to the Debtors during the pendency of these cases, McKinsey RTS's fees will be based on the hours spent by such personnel at McKinsey RTS's applicable hourly rates,[4] which are as follows:

| Title of Professional | Hourly Rate |
|---|---|
| Practice Leader | $875-$1,050 |
| Executive Vice President | $810-$875 |
| Senior Vice President | $675-$810 |
| Vice President | $525-$675 |
| Senior Associate | $435-$525 |
| Associate | $375-$435 |
| Analyst | $250-$350 |
| Paraprofessional | $200-$225 |

12.     In addition to any fees payable to McKinsey RTS, the Debtors shall promptly reimburse McKinsey RTS for all reasonable and necessary out-of-pocket expenses incurred in connection with the engagement such as, but not limited to, travel, lodging, case administrators and working meals following McKinsey RTS's standard expense reporting.   As

---

[3]     The Retained Staff is subject to change based on the needs of these Chapter 11 Cases.

[4]     McKinsey RTS's rates are subject to periodic adjustment.  McKinsey RTS will inform the Debtors and the U.S. Trustee to the extent any such adjustments occur during the pendency of these Chapter 11 Cases.

McKinsey RTS clients frequently request that McKinsey RTS personnel travel to their offices and work there for extended periods of time, McKinsey RTS developed its own official reimbursement policy with respect to its professionals' documentation of expenses (the "RTS Reimbursement Policy").  More specifically, McKinsey RTS professionals serving the Debtors will seek reimbursement for expenses over thirty-five dollars ($35.00) that (a) have been charged on a McKinsey RTS-provided corporate credit card or have a receipt and (b) have a receipt for lodging.  For amounts under thirty-five dollars ($35.00) McKinsey RTS will seek reimbursement when exact amounts are submitted in lieu of a receipt.  Therefore, the Debtors have requested that McKinsey RTS be authorized to maintain detailed documentation of its professionals' actual and necessary costs and expenses in accordance with the RTS Reimbursement Policy.

13.    Consistent with the scope of services to be provided by McKinsey RTS under the CRO Engagement Letter, the Debtors and McKinsey RTS negotiated and agreed upon the Fee and Expense Structure described above.  The Fee and Expense Structure is also market-based and consistent with, and typical of, arrangements entered into by other comparable advisory firms rendering similar services for clients such as the Debtors under like circumstances.

14.    McKinsey RTS will submit monthly invoices to the Debtors, and the Debtors request authority to pay, in the ordinary course of business, all reasonable amounts invoiced by McKinsey RTS for fees and expenses.

15.    In the instant cases, the Debtors and McKinsey RTS have agreed that no success fee is being sought in connection with this engagement at this time, but the parties may discuss and agree upon a success fee in the future, at which point the Debtors will seek authority from this Court to amend the CRO Engagement Letter.

01:16842001.1

16.     Because McKinsey RTS is not being employed as a professional under section 327 of the Bankruptcy Code, McKinsey RTS requests that it not be required to submit fee applications pursuant to sections 330 and 331 of the Bankruptcy Code.  However, to maintain transparency and to comply with the U.S. Trustee's protocol applicable to the retention of personnel under section 363 of the Bankruptcy Code, McKinsey RTS will file reports of compensation earned and expenses incurred and paid on a quarterly basis (each a "Quarterly Report," and collectively, the "Quarterly Reports") with the Court and provide notice to the Office of the United States Trustee for the District of Delaware ("U.S. Trustee") and counsel to any statutorily appointed committee (the "Committee" and, with the U.S. Trustee, the "Notice Parties").  Such reports will (a) summarize the services provided to the Debtors, (b) summarize the compensation earned by each of the McKinsey RTS personnel, (c) identify the staff employee provided, and (d) itemize the expenses incurred.  Notice for the Quarterly Reports will provide for a time period of at least fourteen (14) days for objections by parties in interest.  All compensation will be subject to review by the Court in the event an objection is filed.  For the avoidance of doubt, Mr. Carmody and the Retained Staff are not, and shall not, be required to comply with Local Rule 2016-2.

17.     Quarterly Reports shall be due no later than twenty (20) days after the end of a quarter with the first Quarterly Report, covering the period from the Petition Date through May 31, 2015, due on or before June 30, 2015.  This procedure shall continue for any subsequent Quarterly Reports.  In the event that a party in interest objects to a Quarterly Report, McKinsey RTS's fees and expenses shall be subject to review by this Court.

18.     In addition, McKinsey RTS will file with the Court and provide the Notice Parties a report on staffing, reporting the number of hours worked by category (the "Staffing

Report") by the 20th of each month for the previous month, with the first report, covering the

March 2015 stub period, being due on April 20, 2015.  These Staffing Reports will include the

names and tasks filled by the CRO and all Retained Staff involved in this matter.  Notice for the

Staffing Reports will provide for a time period of at least fourteen (14) days for objections by

parties in interest.  The Staffing Report (and McKinsey RTS's staffing for this matter) would be

subject to review by the Court in the event so requested by any of the Notice Parties.

        19.     McKinsey RTS received an initial retainer of $275,000 (the "Initial

Retainer") on January 20, 2015 from the Debtors.  Pursuant to the Prepetition Engagement

Letters, McKinsey RTS has applied its Initial Retainer to prepetition fees incurred.  During the

90 days prior to the commencement of these Chapter 11 Cases, including the Initial Retainer and

the Second Retainer (as defined below), the Debtors paid McKinsey RTS a total of

$2,227,299.53 (inclusive of reimbursable expenses) incurred in providing services to the Debtors

in contemplation of, and in connection with, prepetition restructuring activities as follows:

| Invoice Date | Payment Date | Billing Period (ending on the last day of the calendar week, as applicable) | Payment Amount |
|---|---|---|---|
| 1/16/15 | 1/20/15 | Initial Retainer | $   275,000.00 |
| 2/4/15 | 2/19/15 | 1/14/15 to 1/31/15 | 223,531.25 |
| 2/9/15 | 2/12/15 | Second Retainer | 475,000.00 |
| 3/3/15 | 3/6/15 | 2/2/15 to 2/27/15 | 905,202.38 |
| 3/9/15 | 3/10/15 | 3/1/15 to 3/10/15 | 299,972.90 |
| 3/11/15 | 3/11/15 | 3/11/15 | 48,593.00 |
| **TOTAL WITHOUT RETAINERS** | | | $1,477,299.53 |
| **GRAND TOTAL** | | | $2,227,299.53 |

        20.     The Initial Retainer has been applied to outstanding balances existing as of

the Petition Date.  A balance of $275,000 remains on the Initial Retainer.  In addition to the

Initial Retainer, McKinsey RTS also received a $475,000 retainer (the "Second Retainer" and

together with the Initial Retainer, the "Retainers") on February 12, 2015.  A balance of $475,000

remains on the Second Retainer.  As contemplated by the CRO Engagement Letter, the Retainers

are being held as security for postpetition services and expenses incurred in connection with, and

during the pendency of, these Chapter 11 Cases.

**MCKINSEY RTS'S CONNECTIONS WITH
THE DEBTORS AND PARTIES IN INTEREST**

21.    I am not related or connected to, and, to the best of my knowledge and

information, none of the members of the Retained Staff nor members[5] of McKinsey RTS are

related or connected to any judge of the United States Bankruptcy Court for the District of

Delaware (the "Bankruptcy Court") or the office of the United States Trustee (the "U.S.

Trustee") or to any employee in the office thereof.

22.    In anticipation of its proposed retention, and as described herein,

McKinsey RTS emailed: (a) members of McKinsey RTS and the Retained Staff and searched its

global client database to determine the existence of any client service provided by such

employees within the last three years to parties-in-interest (the "Interested Parties") on the

interested parties list attached hereto as Schedule 1 (the "Interested Parties List"),  (b) members

of McKinsey RTS, the Retained Staff and partners at affiliates that provide consulting services to

determine the existence of client services provided by employees within the last three years to

any client that focused on a direct commercial relationship or transaction with the Debtors and

(c) all employees of McKinsey RTS and its affiliates that provide consulting services to request

information on any relationships with the Debtors, the U.S. Trustee and the Bankruptcy Court, as

well as equity ownership in the Debtors.

---

[5]    Members of McKinsey RTS as that term is used in this Declaration, include personnel from affiliates of
McKinsey RTS who provide recovery and transformation services worldwide.

23.     Based on the searches described above, to the best of my knowledge and information, after reasonable inquiry, except as set forth herein members of McKinsey RTS and the Retained Staff (a) do not have any connection with the Debtors or their affiliates, their creditors, or any other Interested Parties in these cases, as identified on the Interested Parties List other than as set forth herein; (b) are "disinterested persons," as that term is defined in section 101(14) of the Bankruptcy Code; (c) do not hold or represent any interest adverse to the Debtors' estates or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in the Debtors; (d) are not and have not been a creditor, an equity security holder or an insider of the Debtors, except that McKinsey RTS has previously rendered services to the Debtors for which it has been compensated; (e) are not and have not been, within two years before the Petition Date, a director, officer or employee of the Debtors.

24.     Based upon the research described above, McKinsey RTS has ascertained that members of McKinsey RTS and its affiliates have served and/or currently serve various parties on the Interested Parties List, but on matters unrelated to the Debtors and their chapter 11 cases.  More specifically, to the best of my knowledge and belief:

a.      Certain members of the Retained Staff serving the Debtors currently serve or in the past three years have served one of the Parties relating to significant litigation involving the Debtors, one of the Debtors' 50 largest unsecured creditors on a consolidated basis as identified in their chapter 11 petitions, one of the Debtors' largest customers, and have engaged in proposal discussions with an affiliate which is both one of the Debtors' 50 largest unsecured creditors on a consolidated basis as identified in their chapter 11 petitions and one of the Largest vendors and subcontracting vendors, but in each case on matters unrelated to the Debtors and these Chapter 11 Cases.

b.      Two members of McKinsey RTS were previously employed, respectively, in the past three years, by one Ordinary course professional and one of the Chapter 11 case professionals for Debtors.  During the course of prior

employment in the past three years, one member of McKinsey RTS served one affiliate of two Parties relating to significant litigation involving the Debtors. One employee of an affiliate of McKinsey RTS was previously in the last three years temporarily employed by one of the Debtors' secured creditors. In each case such past employment did not relate to the Debtors and these Chapter 11 Cases.

c.       Members of McKinsey RTS currently serve or in the past three years have served seven of the Parties relating to significant litigation involving the Debtors and three affiliates of Parties relating to significant litigation involving the Debtors, one affiliate of one of the Debtors' 50 largest unsecured creditors on a consolidated basis as identified in their chapter 11 petitions, one affiliate of one of the Largest vendors and subcontracting vendors, one affiliate of one of the Debtors' landlords, and an affiliate of one of the Utility providers, but in each case on matters unrelated to the Debtors and these Chapter 11 Cases.

d.       An affiliate of McKinsey RTS serves or in the past three years has served one of the Insurance companies, in which the affiliate of McKinsey RTS created a model for such party using data relating to thousands of such party's clients as inputs, including the Debtors. Such support was unrelated to the Debtors and these Chapter 11 Cases.

e.       A partner in an affiliate of McKinsey RTS is related to an employee of the Debtors who is working with a member of the Retained Staff.

25.       In addition, McKinsey RTS and its affiliates serve clients across a broad range of industries, functions, and geographies, and, within industries, serve competitors and do so in a manner that protects the confidentiality of each client's information (including the confidentiality of the engagement itself). Thus, McKinsey RTS and certain of its affiliates may have in the past provided services for, may presently be providing services for, and may in the future provide services for entities that are determined to be creditors, lenders, shareholders, insurers, customers, competitors, vendors, contract counterparties in each case of the Debtors or otherwise Interested Parties named on the Interested Parties List; however, to the best of my current knowledge, subject to the disclosures set forth herein, such services do not focus on direct commercial relationships or transactions between such companies and the Debtors.

26.     McKinsey RTS and its affiliates do however, from time to time provide overall strategic analysis and advice to companies that operate in the communications field in which the Debtors operate, which analysis and advice could include review and comment on publicly available information and strategic considerations with respect to the Debtors, as well as other companies.  Similarly, certain members of McKinsey RTS and its affiliates may have business associations with certain of the Debtors' creditors, professionals, service providers or other Interested Parties, or interests adverse to such creditors, professionals, service providers or Interested Parties herein, which associations to the best of my knowledge and information have no connection with these proceedings.

27.     As noted, McKinsey RTS and its affiliates have a long-standing policy of serving competing companies and do so in a manner that protects the confidentiality of each client's information.  In fact, McKinsey RTS's expertise which the Debtors desire to utilize for the purposes described herein derives from McKinsey RTS's and its affiliates' broad-based service in many different aspects of the industry and business sector in which the Debtors operate.  Because of its practice of serving clients with overlapping or competing interests, these affiliates do not have in place any centralized conflicts identification process, and only have a central database of clients and engagements performed for those clients, which is kept principally for record keeping purposes, but does not contain detailed descriptions of the client support.

28.     However, McKinsey RTS completed the following steps in order to make the representations contained herein:

a.     McKinsey RTS made inquiry to its members and to all partners at its affiliates world-wide that provide consulting services, about whether they currently provide consulting services to entities that focus on a direct commercial relationship or transaction with the Debtors.

b.     McKinsey RTS made inquiry to its members and to the partners at its affiliates world-wide that provide consulting services, who are responsible

for those clients appearing on the Interested Parties List, as to whether any services McKinsey RTS or its affiliates provided over the past three years or are currently providing to such Interested Parties focused or focus on a direct commercial relationship or transaction with the Debtors.

c.      Additionally, McKinsey RTS made inquiry to its members and to all employees at all its affiliates world-wide, as to whether such employee or a member of his/her immediate family is related to or employed by the Debtors, the U.S. Trustee and/or the Bankruptcy Court.

d.      Additionally, McKinsey RTS made inquiry to its members and to all employees at all its affiliates world-wide, as to whether such employee or a member of his/her immediate family owns equity securities of the Debtors.

e.      Finally, McKinsey RTS requested that partners of McKinsey RTS and its affiliates world-wide that provide consulting services immediately inform the office of the General Counsel, for the duration of McKinsey RTS's retention by the Debtors, if proposed support for any of their clients would focus on a direct commercial relationship with the Debtors.

29.     Based upon the responses to these inquiries, McKinsey RTS and its affiliates serve or have served in the last three years various parties included on the Interested Parties List, but other than as may be described herein, such client service has not focused on a direct commercial relationship or transaction with the Debtors.

30.     Furthermore, based upon responses received to the inquiry of over 20,000 colleagues of McKinsey RTS and its affiliates, no employees of the Retained Staff or McKinsey RTS or their family members hold equity securities of the Debtors.

31.     In addition, as part of its practice, McKinsey RTS and its affiliates provide support to clients on purchasing and supply management relating to direct and indirect materials and services, including communications.  Generally, the services consist of fact-based analysis to understand the client's costs and who other potential vendors are, support in developing Requests for Proposal, and analysis of and advice relating to the responses from vendors.  McKinsey RTS and its affiliates do not directly contact or negotiate with vendors for their clients, except that

McKinsey RTS may negotiate as agreed with its clients in certain circumstances. While we do not believe that such support is adverse to the interests of the Debtors, out of an abundance of caution, McKinsey RTS will independently evaluate the request of any member of McKinsey RTS to provide purchasing and supply management support relating to communications to any company for whom any of the Debtors are either an incumbent provider or a potential vendor, prior to confirming such support.

32.    To the best of my knowledge and belief, no client of McKinsey RTS and its affiliates who is referred to in paragraph 24 herein accounts for more than one percent of McKinsey RTS's and its affiliates' gross annual revenue on a consolidated basis as of February 15, 2015.

33.    Finally, as part of its diverse practice, McKinsey RTS and its affiliates are involved in numerous matters and transactions involving many different professionals, including attorneys, accountants and financial consultants, some of which may represent the Debtors or claimants and Interested Parties in the Debtors' Chapter 11 Cases. For instance, McKinsey RTS and its affiliates may have in the past been represented by, may currently be represented by, and may in the future be represented by attorneys, law firms or financial advisors who are involved in these proceedings, including law firms and financial advisors representing the Debtors. Further, McKinsey RTS and its affiliates may in the past have served, may currently serve, and may in the future serve professionals in these cases on matters unrelated to the Debtors' Chapter 11 Cases. In addition, McKinsey RTS and its affiliates may in the past have worked with, may currently work with, and likely will in the future work with professionals in these cases on matters unrelated to these cases. Lastly, McKinsey RTS and its affiliates may have in the past contracted with, may currently contract with, and may in the future contract with certain service

providers listed on the Interested Parties List for necessary business services.  Based upon my current knowledge of the professionals involved, to the best of my knowledge, none of these business relations constitute interests materially adverse to the Debtors herein in matters upon which McKinsey RTS is to be employed, and none are in connection with these cases.

34.     In accordance with section 504 of the Bankruptcy Code and Bankruptcy Rule 2016, neither I nor McKinsey RTS has entered into any agreements, express or implied, with any other party in interest, including the Debtors, any creditor, or any attorney for such party in interest in these Chapter 11 Cases.

35.     Based upon the foregoing, I believe that McKinsey RTS does not hold an adverse interest to the Debtors' estates, and that McKinsey RTS is a "disinterested person," as that term is defined in section 101(14) of the Bankruptcy Code.

36.     McKinsey RTS reserves the right to supplement this Declaration in the event that McKinsey RTS discovers any facts bearing on matters described in this Declaration regarding McKinsey RTS's employment by the Debtors.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____

Kevin  Carmody

Executed this 23rd day of March 2015

## **SCHEDULE 1**

## **POTENTIAL PARTIES IN INTEREST**

**Interested Parties**

**A.   Debtors and their non-debtor subsidiaries**
1. The Standard Register Company
2. Standard Register Technologies, Inc.
3. iMedConsent, LLC
4. Standard Register Technologies Canada ULC
5. Standard Register Mexico Holding Company
6. Standard Register Holding Company
7. Standard Register International, Inc.
8. Standard Register of Puerto Rico Inc.
9. Standard Register Holding, S. de R.L. de C.V.
10. Standard Register Servicios, S. de R.L. de C.V.
11. Standard Register de Mexico, S. de R.L. de C.V.
12. WorkflowOne, LLC

**B.   Debtors' officers and directors**
1. Joseph P. Morgan, Jr.
2. Robert M. Ginnan ("Bob")
3. John G. King
4. Greg J. Greve
5. Joseph L. Klenke
6. Jeffrey L. Moder ("Jeff")
7. Amy L. Reilly
8. Gerard D. Sowar ("Gerry")
9. Diana Tullio
10. Terry Williams
11. F. David Clarke, III
12. Roy W. Begley ("Robin")
13. Anthony J. DiNello
14. Frederic F. Brace ("Jake")
15. R. Eric McCarthey
16. Robert A. Peiser
17. John J. Schiff, Jr.
18. John Q. Sherman, II
19. William P. Lee
20. David P. Bailis
21. Julie D. Klapstein
22. Joanne Cummins
23. Williams Lee

**C.   Major business affiliations of the debtors' officers and directors and related persons**
1. Clarke-Hook Corporation
2. Anixter International Inc.
3. The Shelty-Viking Capital Group LLC
4. Vistage International
5. Crestlight Venture Productions
6. Ginzinga Naturals, LLC
7. USA Truck, Inc.
8. Primary Energy Recycling Company Corp.
9. Cincinnati Financial Corporation
10. The Cincinnati Insurance Company
11. Fifth Third Bancorp
12. The Fifth Third Bank
13. Cincinnati Bengals, Inc.
14. John J. and Thomas R. Schiff & Co., Inc.
15. A. Rifkin Company
16. Silver Point Capital, L.P.
17. Granite Broadcasting, Inc.
18. Nautic Global Group, Inc.
19. Novasep Holdings, S.A.S.
20. Annies, Inc.

**D.   Debtors' secured creditors**
1. Silver Point Capital
2. Silver Point Capital, L.P.
3. Silver Point Finance, LLC
4. Silver Point Capital Fund, L.P.
5. SPCP Group, LLC
6. SPF CDO I, LTD
7. SPCP Group III LLC
8. Credit Suisse AG, Cayman Island Branch
9. Credit Suisse Loan Funding LLC
10. Sargas CLO II Ltd.
11. WG Horizons CLO I
12. West Gate Horizons Advisors LLC
13. DLJ Investment Partners, L.P.
14. DLJ Investment Partners II, L.P.
15. DLJIP II Holdings, L.P.
16. Credit Suisse
17. Bank of America, N.A.
18. Wells Fargo
19. Canon Solutions America, Inc.
20. Cisco Systems Capital Corporation
21. Crown Credit Company
22. Dell Financial Services LP
23. E. I. Dupont De Nemours And Company
24. Fujifilm
25. Fujifilm North America Corporation
26. Harold M. Pitman Company
27. Hewlett-Packard Financial Services Company
28. Northstar Recycling Company, Inc.
29. Northstar Recycling Group, Inc.
30. Oce Financial Services, Inc.
31. Oce North America, Inc.
32. Software Professionals, Inc.
33. Tilt-Lock Inc.
34. Xerox Corporation
35. CIT Technologies Corporation d/b/a CIT Systems Leasing
36. CIT Finance LLC
37. Georgia-Pacific Consumer Products LP
38. Raymond Leasing Corporation
39. Dainippon Screen Graphics (USA), LLC
40. SmartWorks.com, Inc.

**E.  Debtors' 50 largest unsecured creditors on a consolidated basis as identified in their chapter 11 petitions**

1. The Pension Benefit Guaranty Corporation
2. Timothy Webb
3. Georgia Pacific Corp
4. Gary Becker
5. Salesforce Com Inc.
6. Michael Spaul
7. Volt Consulting
8. Mark Platt
9. Craig Stockmal
10. Peter Redding
11. Washington State Department of Ecology
12. Westborough (The Realty Associates Fund IX, c/o Lincoln Property Company)
13. Avery Dennison
14. Joseph Custer
15. Purchase Power
16. Bank Of America
17. Carolinas Shared Services (subgroup within Premier GPO)
18. Business Card Service
19. Appvion Inc
20. John Harden
21. Dennis  Rediker
22. Tenet (subgroup within MedAssets GPO comprised of about 45 hospitals)
23. HP Enterprise Services LLC
24. Kathryn Lamme
25. GLS Graphic Label Solutions
26. Earth Color
27. Precision Dynamics Corp
28. Craig Brown
29. Rajendra Mehta
30. Virginia Rafferty
31. Jack Marshall
32. Unisource Worldwide Inc
33. Michael Wolk
34. Flexcon Company Inc.
35. Edward Keiper
36. Xpedx LLC
37. Lithia Springs
38. Novation GPO
39. Robert Assini
40. Sanmar Corp.
41. Partners Healthcare
42. Nevs Ink Inc
43. Source Technologies Inc
44. Domtar Paper Co LLC
45. Cass Information Systems
46. Dayton Mailing Services
47. Bruce Moses
48. Catholic Contracting Group (CCG)
49. Independent Printing Co Inc.
50. Nissan Total

**F.  Debtor's landlords**

1. ColFin Cobalt Industrial Reit II
2. ProLogis Trust
3. Liberty Property Trust
4. Windmill 1
5. Double Nickel
6. The Realty Associates Fund IX
7. Lincoln Property Company
8. Ninth 209, LLC
9. Sandusky Investments LTD
10. BRE/COS 1 LLC
11. Alan D Palmer
12. Brookwood Four Points Investor
13. First National Bank Alaska
14. Rita Blumenfeld
15. MCI CIF LLC
16. Naifco Realty
17. Owen Properties
18. Pacific Realty Associates,
19. ProLogis
20. GCCFC 2005-GG5 1255 Terminus I
21. 21 Parker Drive, LLC
22. Twenty Park Plaza, LLC
23. American Heart Association
24. The Arbor, LLC
25. PS Business Parks
26. Robert J. DiLeonardo
27. West Willows Amherst Portfolio
28. Burt Jordan Realtors
29. Sublease - Czarnowski Display
30. Tel-Bingham Associates
31. CRP-2 Holdings, AA, LP
32. HART NJ8A-I LLC
33. 100-200 CCC, Inc
34. TAK Realty and Investment, LLC
35. LSOP 3 MD 2, LLC
36. Fairview Plaza JLC LLC
37. One Telcom, LLC
38. FSBT, Inc
39. Peachtree II and III,
40. BWC Exchangepoint LLC
41. 588 Associates, LP
42. 1040 Ave. of the Americas LLC
43. Flexible Office Solutions, LLC
44. Harris Bank
45. ML-AI 125 Wacker LLC
46. Inversiones Chevere, S.E.
47. Stonegate Partners I, LLC
48. Commodore Drive, LP
49. The Paragon, LP
50. Trotter Holdings LLC dba
51. A&B Properties Inc, 822 Bishop
52. Exeter 700 Patrol, LLC
53. Trafalgar Investments LLC
54. Duetsche Bank Mexico SA
55. MPC Holdings, LLC

56.  Paragano Holdings, LLC
57.  55 Broadway Associates, LLC
58.  Chipman Miles
59.  TR Crownpointe Corp.
60.  Carlsen Investment, LLC
61.  Valley Freeway Corporate Park,
62.  CIR III-1 Reit
63.  BRE/Industrial Portfolio Holdings LLC
64.  Kyrene 919280, LLC
65.  Pattillo Foundation
66.  CRA-CAR, LLC
67.  Hillcrest Real Estate Development Co LLC
68.  Blue Water Road LLC
69.  C.K. Enterprises of Watseka, I
70.  Princetons Properties Inc
71.  Westboro Two LLC
72.  American Asset Corporation
73.  Block Hawley Commercial Real Estate Services
74.  BMO Harris Bank N.A.
75.  Bridlewood Executive Suites
76.  Bruns Building and Development
77.  CAM, Inc.
78.  Carruth Capital LLC
79.  CBRE, Inc.
80.  Colliers International
81.  Colliers International Asset
82.  Core Partners
83.  Cushman & Wakefield of NJ Inc.
84.  D.L. Saunders Real Estate
85.  Double Nickel
86.  G&E Real Estate Management Services Inc
87.  Harbor Group Management Company
88.  Hill Properties
89.  Jones Lang LaSalle America
90.  Juno Commercial Real Estate, I
91.  Larken Associates
92.  Lincoln Property Company
93.  Mackenzie Mgmt Company
94.  Mallard Creek Investors LLC
95.  Meridian Business Park
96.  Metro Office Park
97.  Newmark Grubb Knight Frank
98.  Newmark Grubb Memphis
99.  Northwest Building LLC
100. Oliver and Company, Inc.
101. Patillo Industrial Real Estate
102. Property Management Associates of WNY Inc
103. Shekley
104. Solon Gershman Inc.
105. Swanson Holdings LLC
106. The Charter Group
107. Transwestern Commercial Service

108. Westside Investment Partners
109. Wilson Property Services, Inc.

**G.  Largest vendors and subcontracting vendors**
1.   Adair Printing Technologies
2.   Adecco Employment Services
3.   Appvion Inc.
4.   Avery Dennison
5.   Bay State Envelope
6.   Bestforms Inc.
7.   Business Card Service Inc.
8.   Business Stationery
9.   Cass
10.  Cenveo
11.  Customgraphix
12.  Data Card Corp.
13.  Domtar Paper Co. LLC
14.  Ennis Business Forms Inc
15.  Enterprise Group/A Division of Domtar Paper Co. LLC
16.  Fasson
17.  FCL Graphics Inc.
18.  Flesh Company
19.  Flexcon Company
20.  Georgia Pacific Corp.
21.  Glatfelter
22.  GLS Graphic Label Solutions
23.  Hewlett-Packard
24.  HM Graphics Inc.
25.  International Paper
26.  JDS Graphics Inc.
27.  Kirkwood Printing
28.  Multi Packaging Solutions
29.  Nationwide Envelope Specialists Inc.
30.  Nevs Ink Inc.
31.  Novation LLC
32.  PJ Printers
33.  Precision Dynamics Corp.
34.  Raff Printing Inc.
35.  Rollsource
36.  Seebridge Media LLC
37.  Total Printing Services LLC
38.  Unisource Worldwide Inc.
39.  Volt Consulting
40.  Wright Enterprises Holding Co.
41.  Xerox Corp.
42.  XGS.IT
43.  Xpedx

**H.  Largest freight vendors/providers**
1.   Dayton Freight Lines Inc.
2.   Dynamex Operations East
3.   Fedex Corp.
4.   Fedex Freight East Inc.
5.   J B Hunt Transport Inc.
6.   Old Dominion Freight Line Inc.
7.   Rush Transportation & Logis
8.   United Parcel (Package)

9.  UPS Supply Chain Solutions Inc.
10. Velocity Express

**I.  Other "significant" vendors as identified by Debtors**

1.  Adobe
2.  Corepoint
3.  FIS
4.  IBM
5.  Instream
6.  L&H Signs
7.  Salar
8.  Salar OEM
9.  Smart-ER
10. Viridian
11. Zafesoft

**J.  Parties relating to significant litigation involving the Debtors**

1.  3M CO
2.  A. Schulman Inc
3.  A.E. Fickert and Sons Inc.
4.  A.E. Fickert, Inc.
5.  Abbott Laboratories
6.  ABCO Construction
7.  Abex Corp
8.  Acon Inc.
9.  Acoustical Systems Inc.
10. Affinity Express, Inc.
11. AK Steel Corporation
12. Alcatel Lucent Usa, Inc.
13. Alliance Machine Co
14. American Axle And Manufacturing
15. American Business Forms
16. American Honda Motor Co
17. American Optical Corp
18. American Solutions for Business
19. American Standard Inc
20. Ameron International Corp
21. Anchor Danly LLC
22. Anchor Glass Container Corp
23. Anheuser Busch LLC
24. AO Smith Corp
25. Aqua-Chem, Inc.
26. Ardagh Glass Inc
27. Armco
28. Armstrong Pumps Inc
29. Arvinmetiro, Inc.
30. Astenjohnson Inc
31. AT&T Corp
32. Aurora Pump Co
33. Avery Dennison Corp
34. Avocet Enterprises Inc
35. Bacou Dalloz
36. Barry Controls
37. Basf Corp
38. Beazer East
39. Bechtel Inc
40. Bf Goodrich Co
41. Bingham Pumps
42. Blaylock Trucking and Waste Removal
43. Bondstrand
44. Borg Warner Morse Tec Inc
45. Borg-Warner Corp.
46. Bradford Soap International, Inc.
47. Bridgestone Americas Tire Operations LLC
48. Bridgestone Firestone Inc.
49. Bridgestone/Firestone America's Holding, Inc.
50. Britisher Htg And Cooling
51. Brush Wellman Int'l Inc
52. Burns International Services Corp
53. Butt Construction Co Inc
54. Butt Construction Co LLC
55. BW/IP International Inc
56. Byron Jackson Pump Division
57. Carborundum Co
58. Cargill, Inc.
59. Carrier Corp
60. Catalystic
61. CBS Corp
62. Certain-Teed Corp
63. Chaotic Moon LLC
64. Chass Brass And Copper Co LLC
65. Chemineer, Inc.
66. Chicago Bridge And Iron Co
67. Chicago Gasket Co
68. Cintas Corporation
69. City of Dayton, Ohio
70. CL Zimmerman Co
71. Clark Asbestos Hi Statutory Agent, Inc.
72. Clark Industrial Insulation Co
73. Clark-Reliance Corp
74. Cleaver Brooks
75. Coca-Cola Refreshments USA, Inc.
76. Conagra Grocery Products Company
77. Container Services Inc.
78. Continental Fibre Drum, Inc.
79. Continental Teves
80. Conwed Corp
81. Cooper Industries Inc
82. Copes Vulcan Inc
83. Core Furnace Systems Corp
84. Cox Media Group Ohio Inc.
85. Crane Co
86. Crown Cork & Seal USA Inc
87. CSR, Inc
88. CSR, Ltd
89. Cutler Hammer, Inc.
90. Dana Companies LLC
91. Daniel International Corp
92. DAP Inc.
93. DAP Products, Inc.

94. Day International Inc.
95. Dayton Board of Education
96. Dayton Daily News
97. Dayton Industrial Drum, Inc.
98. Dayton Journal Herald
99. Dayton Power and Light Company
100. Dayton Rubber Company
101. Dayton Tire and Rubber Company
102. Deborah Gelinas
103. Despatch Industries Inc
104. Devcon Corp
105. Domtar Industries LLC
106. Dow Chemical Co
107. Dravo Corp
108. Durco
109. Duriron Corporation
110. Duro Dyne Corp
111. Eagle Technologies Group
112. Eaton Corp
113. Ecodyne Limited
114. Edward Valve Co
115. Eli Lilly And Co
116. Emerson Electric Co
117. Essex Wire Corp
118. Ferro Engineering
119. Fickert Devco Inc.
120. Flowserve Corporation
121. Flowserve US Inc
122. Fluor Corp
123. Fluor Enterprises Inc
124. Ford Motor Co
125. Formosa Plastics Corp USA
126. Foster Wheeler Corp
127. Franklin Iron & Metal Corp.
128. Fruehauf Corp
129. Fruehauf Trailer Corp
130. Gardner Denver Inc
131. General Electric Co
132. General Refractories Co
133. General Refuse Service Inc.
134. Georgia Pacific Consumer Operations LLC
135. Georgia Pacific Corporation
136. Georgia-Pacific LLC
137. GlaxoSmithKline LLC
138. GMZ INC
139. Goodrich Corp
140. Goodyear Tire And Rubber Co
141. Goulds Pumps Ipg Inc
142. Greif Inc
143. Grinnell LLC
144. Guide Corp
145. H.K. Ferguson
146. Hamilton Sundstrand Corp
147. Hanson Systems LLC
148. Harris Corporation
149. Harris Seybold Co.
150. Health Conservation Inc
151. Hercules Inc
152. Hewitt Soap Works, Inc.
153. Hobart Corporation
154. Homasote Co
155. Honeywell Inc
156. Honeywell International Inc
157. Huffy Corp
158. IDEX Corp
159. Illinois Tool Works Inc
160. IMO Industries Inc
161. Indiana Department of Environmental Management
162. Inductotherm Corp
163. Inductotherm Group Co
164. Industrial Holding Corp
165. Industrial Waste Disposal Co. Inc.
166. Ingersoll Rand Co
167. International Business Machine Corp
168. International Comfort Products Corp
169. ITT Corp
170. J.E. Lonergan
171. Jaxcine Guzon
172. JH France Refractories Co
173. JM AC
174. JM Manufacturing Co Inc
175. John Crane Inc
176. Kaiser Gypsum Co Inc
177. KC Wall Products, Inc
178. KCG INC
179. Kelsey-Hayes Company
180. Kimberly-Clark Corporation
181. Kunkle Valve
182. L.M. Berry and Company LLC
183. La Mirada Products Co., Inc.
184. Lau Industries Inc
185. Lennox Industries Inc
186. Lindberg
187. LPL Licensing, L.L.C.
188. Lucent Technologies, Inc.
189. Lynden Keala
190. Marley Cooling Tower
191. Materion Brush Inc
192. McCall Corp.
193. MCI Telecommunications
194. Meadwestvaco Corp
195. Merck Sharp And Dohme Corp
196. Metropolitan Life Insurance
197. Milliken And Co
198. Monsanto Company
199. Monsanto Research Company
200. Morrison Knudsen Corp
201. Mount Vernon Mills Inc
202. National Can Corp
203. National Oilwell Varco Inc

204. NCR Corporation
205. Newell Rubbermaid Inc
206. Newmark LLC
207. Nooter Corp
208. Norma Duttera
209. Occidental Chemical Corp
210. Oglebay Norton
211. Ohio Bell Telephone Company
212. P-Americas, LLC
213. Panelag
214. Pasco Sanitary Landfill Industrial Waste Group
215. Peerless Heater Co
216. Peerless Industries Inc
217. Peerless Pump Co Inc
218. Peerless Transportation Company
219. Pepsi Cola General Bottlers of Ohio, Inc.
220. Pfizer Inc
221. Pharmacia Corp
222. Pharmacia LLC
223. Phoenix Licensing, L.L.C.
224. Plastics Engineering Co
225. Pneumo Abex Llc
226. PPG Industries, Inc.
227. Process Equipment Co Of Tipp City
228. Quigley Inc
229. R J Reynolds Tobacco Company
230. Raytheon Engineering & Constructors
231. Rebecca Goodwin
232. Relizon Company
233. Resco Holdings LLC
234. Reunion Industries Inc
235. Rew Materials, Inc
236. Rexam Beverage Can Co
237. Reynolds and Reynolds Company
238. Rheem Manufacturing Co
239. Richard Goodwin
240. Ric-Will, Inc.
241. Riley Power Inc
242. Riley Stocker Corp
243. Rockwell Manufacturing Co
244. Rogers Corp
245. Rohm And Haas Co
246. Ross Laboratories
247. Rucco Equipment And Magnum Products
248. Rust Engineering Co
249. Rust International Inc
250. Ruud Heating Cooling And Water Heating
251. Saint Gobain Abrasives Inc
252. Sanford Duttera
253. SCA Services of Ohio Inc.
254. Securitas Security Services Usa Inc
255. Sharon Brown-Henry
256. Sherwin-Williams Company
257. Skipprint LLC
258. Special Electric Co Inc
259. Special Materials, Inc
260. Special Shipping Inc.
261. Spence Engineering Co Inc
262. Spirax Sarco Inc
263. Sprint Corporation
264. Sprint Spectrum L.P.
265. Spx Cooling Technologies Inc
266. State of Ohio
267. Stearns-Rogers Corp
268. Sulzer Pumps Us Inc
269. Sun Chemical Corp
270. Sunoco, Inc.
271. Superior Boiler Works Inc.
272. Superior Essex Inc
273. Tecumseh Products Co
274. Tenneco Automotive Operatinc Co, Inc
275. Tenova Core
276. The Duriron Co Inc
277. The Gorman Rupp Co
278. The Kroger Co
279. The Mead Corp
280. The Procter And Gamble Co
281. The William Powell Co
282. Thiem
283. Total Petrochemicals And Refining USA Inc
284. Toyota Motor Sales USA Inc
285. TPI Corp Succ To Fostoria Industries Inc
286. Trane US Inc
287. Treco Constructions Service
288. TRW Automotive Us LLC
289. Tyco Flow Control
290. Tyco International US Inc
291. Tyco Valves & Controls
292. Union Carbide Corp
293. Union City Body Co
294. United Engineers & Constructor
295. United States Department of Defense
296. United States Department of Energy
297. United States of America
298. United States Steel Corpora
299. Universal Refaractories
300. University of Dayton
301. URS Corp
302. URS Energy & Construction Inc
303. Utilimaster Corp
304. Valley Asphalt Corporation
305. Van Dyne-Crotty, Inc.
306. Ventfabrics, Inc.
307. Verizon New York Inc
308. Verizon North LLC
309. Viacom
310. Warren Pumps LLC
311. Warren Pumps, Inc.
312. Warren Rupp Inc

313. Washington Department of Ecology
314. Washington Group International Inc
315. Waste Management of Ohio, Inc.
316. Welco Manufacturing Co
317. Weldun International Ltd
318. Westinghouse Electric Corp
319. Weyerhaeuser Co
320. Willamette Industries Inc
321. Willson Safety Products
322. Wood Conversion Co
323. Workflow Solutions, LLC
324. York International Corp
325. Zurn Industries Inc
326. Zurn Industries LLC

**K. Debtors' equity holders (greater than 5%)**
1. Roy W. Begley, Jr.
2. Gary P. Kreider
3. William C. Martin
4. Raging Capital Management, LLC
5. Raging Capital Master Fund, Ltd.
6. Charles Francis Sherman
7. James L. Sherman
8. James Louis Sherman
9. John Q. Sherman
10. William Patrick Sherman
11. Patricia Lucille Sherman Begley
12. Mary Catherine Sherman Newshawg
13. Helen Louise Sherman Tormey
14. Silver Point Capital L.P.
15. The Fifth Third Bank

**L. Debtor's largest customers**
1. Automatic Data Processing, Inc.
2. Bank of America Corp.
3. Citibank
4. Liberty Mutual Insurance
5. Quest Diagnostics Inc.
6. SR DE Mexico-National
7. TD Bank
8. Verizon

**M. Insurance companies**
1. AIG
2. Allianz SE
3. Allied World
4. Beazley
5. Chartis
6. Chubb
7. CNA Financial Corp.
8. Columbia Casualty Company
9. Continental Casualty
10. Federal Insurance Company
11. Fireman's Fund Ins.
12. FM Global
13. Illinois National Ins Co
14. Liberty Mutual
15. National Fire Insurance of Hartford

16. National Union Fire Insurance Company of Pittsburgh
17. Navigators
18. Safety National
19. Travelers
20. Vigilante Insurance
21. Wright National Flood Insurance Company
22. XL
23. Zurich

**N. Utility providers**
1. Accessline Communications
2. Alaska Communications Systems
3. Ameren Illinois
4. Ameren Missouri
5. Ameren UE
6. American Electric Power Co.
7. AT&T
8. Atmos Energy
9. Austell Gas System
10. Austell Natural Gas System
11. Avaya Financial Services
12. Blair Telephone Company
13. Brandenburg Telephone Co.
14. Century Link
15. Century Telephone
16. Charter Business
17. Chesapeake Utility Corp.
18. Cincinnati Bell
19. City of Brenham Utility
20. City of Darlington
21. City of Fayetteville
22. City of Livermore
23. City of Mesquite
24. City of Ontario
25. City of Orange California
26. City of Salisbury
27. City of Tampa Utilities
28. City of Toccoa
29. Cleco Power LLC
30. Columbia Gas of Massachusetts
31. Columbia Gas of Ohio
32. Columbia Gas of Pennsylvania
33. Comcast
34. Comed
35. Compass Energy Gas Services LLC
36. Connecticut Light & Power
37. Connecticut Water Co. Crwc
38. Connecticut Water Company
39. Consolidated Communications
40. Constellation Newenergy Inc.
41. Cox Communications Inc.
42. Dayton Power & Light Co.
43. Delmarva Power
44. Direct Energy Business
45. Dominion East Ohio

46. DPL Energy Resources Inc.
47. DPLER
48. Duke Energy
49. Duke Energy Progress
50. Duke Energy-Charlotte
51. Duke Energy-Louisville
52. Fairpoint Communications
53. Frontier
54. Frontier Communications
55. Frontier Telephone
56. Gas Co.
57. GCI Communications Corp.
58. Georgia Power Co.
59. Gexa Energy LP
60. Goshen Water & Sewer
61. Granite Telecommunications
62. Greystone Power Corp.
63. Hardin County Water Dist. 1
64. Hawaiian Electric Co.
65. Hawaiian Telecom
66. Hillsborough County Water Dept.
67. Hudson Energy Services Texas
68. Indiana American Water Co.
69. Intercall
70. Jeffersonville Sewer Department
71. Kentucky Utility Co.
72. Laclede Gas Company
73. Level 3 Communications
74. Louisville Gas & Electric Co.
75. Manchester Township
76. MCI Worldcom
77. Met Ed
78. Minnesota Energy Resources
79. Murfreesboro Electric Dept.
80. Murfreesboro Water And Sewer
81. National Fuel Gas Distribution Corporation
82. National Grid
83. Nicor Gas
84. Nipsco
85. North State Communications
86. NSTAR
87. OG & E
88. Oklahoma Natural Gas Co.
89. Pacific Gas & Electric Co.
90. PG & E
91. Piedmont Natural Gas
92. Puerto Rico Telephone
93. Puget Sound Energy
94. Puget Sound Power & Light Co.
95. Questar Gas Company
96. Qwest
97. River Ridge Development Authority
98. Road Runner
99. Rocky Mtn Power-Utah
100. Salt Lake City Corp

101. Shelbyville Public Utilities
102. Sourcegas Arkansas Inc.
103. Southern California Edison
104. Springettsbury Township Sewer
105. Sprint
106. Tampa Electric
107. TDS Metrocom
108. Teco Tampa Electric Co.
109. Time Warner Cable
110. Toccoa Natural Gas
111. Town of Tolland
112. TW Telecom
113. TXU Energy
114. Union Power Cooperative
115. United Communications
116. United Telephone Company
117. VCOM Solutions
118. Vectren
119. Vectren Energy Delivery
120. Verizon
121. Verizon Wireless
122. Village of Coldwater
123. Village of Howard
124. Walton EMC Natural Gas
125. Windstream
126. Xcel Energy
127. Yankee Gas Services
128. York Water Co.

**O.  Ordinary course professionals**

1. Stephen J. Axtell, Esq.
2. Beiser Greer & Landis, LLP
3. David Berry, Esq.
4. Gregory J. Boulbol,  Esq.,
5. Kevin Braig, Esq.
6. Brightline CPAs And Associates
7. Brixey & Meyer
8. Robert M. Cavalier, Esq.
9. Davis Wright Tremaine LLP
10. Deloitte & Touche LLP
11. Deloitte Tax LLC
12. Doherty, Wallace, Pillsbury and Murphy, P.C.
13. Ernst & Young LLP
14. Michael Ewing, Esq.
15. Faruki, Ireland & Cox P.L.L.
16. Douglas M. Foley, Esq.
17. Frost Brown Todd LLC
18. Funkunaga Malayoshi Hershey & Ching
19. Bruce Garrison
20. Roshell Grigsby
21. Steve Haughey, Esq.
22. James H. Hershey, Esq.
23. Scott J. Heyman, Esq.
24. Barry D. Horne, Esq.
25. Jeff Ireland, Esq.
26. Scott Kamins, Esq.

27.  Kaufman & Canoles
28.  David C. Korte, Esq.
29.  Thomas H. Lee, Esq.
30.  Javier Lizardi, Esq.
31.  Lucas and Cavalier, LLC
32.  Mark Malloy, Esq.
33.  John L. McCarthey, Esq.
34.  Jennifer McCave, Esq.
35.  McConnell Valdes LLC
36.  McGladrey LLP
37.  McGuireWoods
38.  McInnes Cooper
39.  McManis Faulkner
40.  James McManis, Esq.
41.  Meissner Tierney Fisher & Nichols
42.  Jeffrey A. Mullins, Esq.
43.  Ronald D Niesley
44.  Offit Kurman
45.  Ogier
46.  Mark J. Payne, Esq.
47.  Charles Russell
48.  Rutan & Tucker LLP
49.  Ryan Smith & Carbine Ltd.
50.  L. Scott Seymour, Esq.
51.  Shumacher, Loop & Kendrick, LLP
52.  Sidley Austin LLP
53.  Taft Stettinius & Hollister
54.  Thompson Hine
55.  Thomson Reuters
56.  David J. Ubaldi, Esq.
57.  Coolidge Wall
58.  Von Wobeser
59.  Mark F. Werle
60.  David P. Williamson, Esq.
61.  Marc Yates

**P.  Chapter 11 case professionals for Debtors**
1.  Dinsmore & Shohl LLP
2.  Gibson Dunn & Crutcher LLP
3.  Lazard Freres & Co. LLC
4.  Lazard Middle Market, LLC
5.  McKinsey Recovery & Transformation Services U.S., LLC
6.  Palisades Pension Financial Advisory
7.  Prime Clerk
8.  Young Conaway Stargatt & Taylor LLP

**Q.  Counsel and other advisors retained by other significant parties**
1.  Skadden, Arps, Slate, Meagher & Flom LLP
2.  Parker Hudson Rainer & Dobbs LLP

**R.  United States Bankruptcy Judges in the District of Delaware**
1.  Kevin J. Carey
2.  Kevin Gross
3.  Brendan L. Shannon
4.  Laurie Selber Silverstein
5.  Christopher S. Sontchi
6.  Mary F. Walrath

**S.  United States Trustee for the District of Delaware, or any person employed by the Office of the United States Trustee for the District of Delaware**
1.  Lauren Attix
2.  David Buchbinder
3.  Shakima L. Dortch
4.  Timothy J. Fox, Jr.
5.  Diane Giordano
6.  Christine Green
7.  Benjamin Hackman
8.  Jeffrey Heck
9.  Mark Kenney
10.  Jane Leamy
11.  Tony Murray
12.  James R. O'Malley
13.  Michael Panacio
14.  Tiiara Patton
15.  Juliet Sarkessian
16.  Richard Schepacarter
17.  T. Patrick Tinker
18.  Ramona Vinson
19.  Michael West
20.  Dion Wynn

**T.  Potential §363 Purchasers**
1.  [Confidential]

**U.  Reclamation claimants**
1.  DG3 Group America, Inc.

**V.  Other significant parties in interest -**
1.  John Q. Sherman Trust
2.  William C. Sherman Trust
3.  William C. Sherman Inter Vivos Trust