**<u>EXHIBIT A</u>**

**LEWIS DECLARATION**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, *et al.*<br><br>Debtors[1] | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered) |

**DECLARATION OF KIM MARTIN LEWIS IN SUPPORT OF DEBTORS'**
**APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO**
**EMPLOY AND RETAIN DINSMORE & SHOHL LLP AS SPECIAL COUNSEL**
**EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE**

**KIM MARTIN LEWIS, ESQUIRE**, being duly sworn, deposes and says:

1.        I am a partner in the firm of Dinsmore & Shohl LLP ("Dinsmore or the "Firm"), 255 East Fifth St., Suite 1900, Cincinnati, Ohio 45202.  I am admitted to practice in the Supreme Court of Ohio and the United States District Court for the Southern District of Ohio.  I am authorized to make this affidavit (the "Affidavit") on the Firm's behalf.  This Affidavit is submitted pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rules 2014-1(a) and 2016-1 of the Local Rules of Bankruptcy Practice and procedure of the United States Bankruptcy Court for the District of Delaware in support of the Application of the Debtors in the above-captioned Chapter 11 cases for an Order Authorizing the Debtors to Employ and Retain Dinsmore & Shohl LLP as Special Counsel Effective *Nunc Pro Tunc* to the Petition Date (the "Application").[2]

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001).  The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] Capitalized terms not defined herein shall the meaning ascribed to them in the Application.

2.     The facts set forth herein are based upon my personal knowledge, discussions with other partners, counsel, and associates of Dinsmore, and client/matter records of Dinsmore reviewed by myself or by associates and staff of Dinsmore acting under my supervision and direction.

## DINSMORE'S QUALIFICATIONS

3.     The Debtors seek to retain Dinsmore because of Dinsmore's expertise and knowledge in a number of legal fields as well as its extensive understanding of the Debtors' business and affairs. Dinsmore is a national, full service law firm, with more than 575 legal professionals in 18 offices located across the United States.  Dinsmore has a long history with the Debtors and has represented the Debtors on a number of legal matters, including general corporate representation, intellectual property, employee benefits, real estate, privacy, employment, commercial and intellectual property litigation, and securities.

## SCOPE OF EMPLOYMENT

4.     The Debtors will require Dinsmore to render a variety of legal services during the pendency of these Chapter 11 Cases and to assist the Debtors in addressing the myriad of issues that may arise.  Subject to further order of the Court, the Debtors request the employment and retention of Dinsmore for professional services that Dinsmore will render to the Debtors which includes the following (the "Special Counsel Matters"):

- assist the Debtors on general corporate matters;
- assist on matters related to the Debtors' intellectual property and protection of intellectual property rights;
- assist the Debtors on various litigation matters;
- assist the Debtors on employee benefit matters;
- assist the Debtors in requests for information or document requests during bankruptcy proceeding;
- assist the Debtors in completing schedules of assets and liabilities and statement of financial affairs;
- assist the Debtors in preparing, reviewing and updating schedules to asset purchase agreement and/or loan documents;

2

- assist Debtors with day to day issues that may arise with respect to vendors, customers, and employees;
- assist the Debtors with compliance with federal and state securities laws;
- assist the Debtors and their bankruptcy co-counsel on additional matters wherein the use of Dinsmore will achieve better staffing and fee efficiencies; and
- represent the interests of the Debtors on matters in which the Debtors lead bankruptcy counsel has a conflict of interest.

5.      Dinsmore will not otherwise render any services with respect to the administration of the Debtors' Chapter 11 Cases absent further notice to this Court either through a modification to this Affidavit or through separate application to this Court, if necessary.  Dinsmore does not anticipate that it will appear before this Court, except as it relates to the limited matters described herein.

## PROFESSIONAL COMPENSATION

6.      Subject to court approval under Section 330(a) of the Bankruptcy Code and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the compensation guidelines promulgated by the Office of the United States Trustee, and any other applicable procedures and orders of the Court, Dinsmore intends to apply for compensation for professional services rendered on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by the Firm.  The hourly rates charged by Dinsmore are consistent with the rates charged by Dinsmore in other complex corporate, securities, and litigation matters whether in court or otherwise, regardless of whether a fee application is required.

7.      For professional services, Dinsmore's fees are based upon the standard hourly rates of professionals and paraprofessionals.  Presently, the Firm's current hourly rates range from $265 to $850 for partners, $160 to $625 for of counsel, $160 to $385 for associates, and $115 to $240 for paralegals.  The Firm's hourly rates are set at a level designed to fairly compensate the firm for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses.  Hourly rates

vary with the experience and seniority of the individuals assigned and may be adjusted by the Firm from time to time.   It is Dinsmore's policy to charge its clients in all areas of practice for all expenses incurred in connection with a client's case.   The expenses charged to clients include, among other things, photocopying (10 cents per copy), witness fees, travel expenses (limited to coach class travel), filing and recording fees, postage, express mail and messenger charges, computerized legal research charges and other computer services, and expenses for "working meals."   The Firm will charge the Debtors for these expenses in a manner and at a rate consistent with charges made generally to its other clients.   Dinsmore believes that it is equitable to charge these expenses to the particular client rather than increasing the hourly rates and spreading the expenses among other clients.

8.      Over the prior 12 months, Dinsmore has advised the Debtors with respect to a variety of matters, including general corporate representation, intellectual property, employee benefits, real estate, privacy, employment, commercial and intellectual property litigation, and securities.   During that time, except as described below, Dinsmore has charged the Debtors at rates consistent with the firms current hourly rates, adjusted solely with respect to an annual increase on January 1, 2015. Due to the scope of work performed by Dinsmore, and the longstanding relationship between the Debtors and Dinsmore, Dinsmore agreed to a cap on professional fees relating to certain patent applications and patentability opinions and did provide the Debtors a discount of 5%, which could increase up to 12.5% based on the total value of work performed by Dinsmore and the time between invoice and payment date.[3]

---

[3] Under the terms of a discount proposal from January 1, 2013, the discount expired at the end of 2014.  While Dinsmore did not provide the discount beginning with 2015 bills, the Firm has agreed to maintain the discount and will credit the amounts not discounted retroactively, with the discounted amounts added to the amount held in Retainer.  Dinsmore will provide any updates reflecting the amounts collected and held retainer with the Firm's first application for interim compensation.

9.      The Debtors and Dinsmore intend to develop a prospective budget and staffing plan in a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures.  However, given the nature of bankruptcy proceedings, and the challenges in accurately forecasting the necessity of certain services, such a budget will merely be an estimate and the Debtors will perform those services necessary to best represent the interests of the Debtors throughout these proceedings.

10.      Consistent with the United States Trustees' *Appendix B – Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "U.S. Trustee Guidelines"), which became effective on November 1, 2013,[4] I state as follows:

- Dinsmore has not agreed to a variation of its standard or customary billing arrangements for this engagement;

- None of the Firm's professionals included in this engagement have varied their rate based on the geographic location of the Chapter 11 Cases; and

- Dinsmore has provided services to the Debtors for a significant period of time.  The billing rates and material terms of the prepetition engagement are the same as the rates and terms described in the Application and herein; and

- The Debtors have approved or will be approving a prospective budget and staffing plan for Dinsmore's engagement for the postpetition period as appropriate. In accordance with the U.S. Trustee Guidelines, the budget may be amended as necessary to reflect changed or unanticipated developments.

### NO ADVERSE INTEREST

---

[4] The U.S. Trustee Guidelines acknowledge that "the Guidelines do not supersede local rules, court orders, or other controlling authority."  While the Debtors and Dinsmore intend to work cooperatively with the U.S. Trustee to address requests for information and any concerns that may have led to the adoption of the U.S. Trustee Guidelines, neither the filing of this declaration, nor anything contained herein, is intended to or shall be deemed to be an admission by Dinsmore that the Firm is required to comply with the U.S. Trustee Guidelines.  Dinsmore reserves any and all rights with respect to the application of the U.S. Trustee Guidelines in respect of any application for employment or compensation filed in these cases.

11.    In connection with its retention by the Debtors, Dinsmore undertook to determine (a) whether it represents or holds any interest adverse to the Debtors or the estates with respect to the matters on which Dinsmore is to be employed and (b) all "connections" (as such term is used in Bankruptcy Rule 2014) to the Debtors, their creditors, other parties in interest, the Debtors' attorneys and other professionals, or any person employed by the Office of the United States Trustee for the District of Delaware.  As the term "connection," as used in Bankruptcy Rule 2014, is not defined, I am uncertain what this Court may consider a "connection" requiring disclosure.  Out of an abundance of caution, therefore, I am disclosing many representations that are not disqualifying or problematic under either the Bankruptcy Code or applicable standards of professional ethics.

12.    Dinsmore searched its client and conflicts database to determine whether it had any relationships with the entities indentified by the Debtors or their representatives as potential parties in interest listed on Schedule 1 attached hereto (the "Potential Parties in Interest").  As part of this inquiry, Dinsmore entered the names of the Potential Parties in Interest into a computer database containing the names of all clients and potential conflict information concerning the clients of Dinsmore.  To the extent that the inquiry revealed that certain Potential Parties in Interest were current clients of Dinsmore, these parties were identified on the list (the "Client Match List") attached hereto as Schedule 2.  In addition, the Debtors circulated the Potential Parties in Interest to all attorneys of the Firm, requesting information for any parties that are current or former clients of the Firm.  Through the information generated from the above-mentioned methods, Dinsmore determined that, except as detailed below, the representation of the clients on the Client Match List concerned matters unrelated to the Debtors (other than where the Debtors themselves are clients).

(a)    Silverpoint Capital and its affiliates.  Until December 24, 2014, an employee of Silver Point Capital, L.P., which Dinsmore understands to be an affiliate of Silver Point Finance, LLC and Standard Acquisition Holdings, LLC (collectively "Silver Point)", served on the Board of Directors of Standard Register.  Dinsmore

represented the Debtors at this time.  Neither the individual employee who was a director nor Silver Point was ever a client of Dinsmore in connection with the Debtors.  In addition, in 2008, Dinsmore advised Silverpoint on one of its investments, unrelated to the Debtors.  The transaction closed in 2008 and Dinsmore has not subsequently provided further services to Silverpoint.

(b)     Dinsmore represents the Valleycrest Landfill Site Group (the "Valleycrest Group") in matters associated with the Valleycrest Landfill Superfund Site.  The Debtors, along with several parties identified on the list of Potential Parties in Interest, have been long time members of this group, with the Debtors participating since 1995. Dinsmore will not represent the Valleycrest Group on any matters related to these Chapter 11 Cases, and will only represent the Valleycrest Group to the extent the interests of the Debtors and the Valleycrest Group are aligned. The Debtors and the other Members are not currently adverse.

(c)     Dinsmore and certain of its current and former attorneys have a long history representing the interests of holders of more than 5% of the equity in Standard Register, including Roy Begley, Jr., John Q. Sherman, II and the Begley and Sherman families and certain family trusts.  Dinsmore's representation of these parties has included trust and estate planning and representation of the estates and related family interests.  Dinsmore's representation has not involved matters with which the ownership of Standard Register or the relationship between the families' interest and Standard Register has been at issue.

(d)     Dinsmore has over 575 attorneys.  A general inquiry of all Dinsmore attorneys was sent by electronic mail to determine whether any such individuals hold claims against, or stock or securities of the Debtors (other than in connection with investments in mutual funds, blind trusts or other investments as to which such individual has no discretion as to the selection of the individual underlying assets). Based solely on responses to this inquiry, two Dinsmore attorneys reported they hold equity securities of the Debtors (other than securities that may be owned in connection with investments in mutual funds, blind trusts or other investments as to which such individual has no discretion as to the selection of the individual underlying assets).  In each case, the individuals hold less than 200 shares of stock and have not traded the stock in a number of years.

(e)     Dinsmore represents the Debtors as well as other co-defendants in certain asbestos litigation.  The interests of the parties are not currently adverse, and Dinsmore will not take any position adverse to the Debtors in the litigation.

13.    To the best of my knowledge, Dinsmore does not represent or hold any interest adverse to the Debtors or to their estates with respect to the matters on which Dinsmore is to be employed.[5]

14.    Dinsmore has received payments from the Debtors of $1,527,618.53 over the past 12 months, including $659,131.99 since the funding in advance on January 20, 2015. A portion of the advance funding (the "Retainer") has been applied to prepetition fees and expenses. A portion of the remaining Retainer will be applied to any outstanding balances existing as of the Petition Date.[6] The Debtors will apply approved post-petition fees and expenses against the Retainer until the amount remaining in the Retainer equals $200,000. The remaining $200,000 will constitute a general retainer as security for post-petition services and expenses. As a result of the application of the Retainer to pre-petition services, including for the fees accrued through the Petition Date, and subject to final reconciliation, Dinsmore believes all fees and expenses due Dinsmore for the period prior to the Petition Date were paid in full and Dinsmore holds no prepetition claims against the Debtors.[7] Below is a chart that identifies the payments Dinsmore received or applied from the Retainer, for services rendered in the 12 months prior to the Petition Date.

| Invoice Date | Billing Period | Date of Payment | Form of Payment | Payment Amount |
|---|---|---|---|---|
| 2/11/2014 | 1/1/14 - 1/31/14 | 3/13/2014 | Check | $73,188.99 |
| 2/10/2014 | 1/1/14 - 1/31/14 | 6/9/2014 | Check | $3,812.61 |
| 2/10/2014 | 1/1/14 - 1/31/14 | 5/5/2015 | Check | $5,906.39 |
| 2/28/2014 | 1/1/14 - 1/31/14 | 4/3/2014 | Check | $36.10 |
| 2/28/2014 | 1/1/14 - 1/31/14 | 4/3/2014 | Check | $93.41 |
| 2/28/2014 | 1/1/14 - 1/31/14 | 4/3/2014 | Check | $2,644.32 |
| 2/28/2014 | 1/1/14 - 1/31/14 | 4/3/2014 | Check | $2,233.69 |
| 2/28/2014 | 1/1/14 - 1/31/14 | 4/3/2014 | Check | $1,489.12 |

---

[5]  Dinsmore will continuously review parties that may be adverse to their role as Special Counsel in these proceedings, and will supplement and update the Lewis Affidavit as necessary.

[6] Dinsmore has not yet completed its final reconciliation of prepetition fees and expenses applied against the Retainer. Details regarding such final reconciliation will be included in the Firm's first application for interim compensation.

[7] Dinsmore has not yet completed its final reconciliation of prepetition fees and expenses applied against its retainer. Details regarding such final reconciliation will be included in the Firm's first application for interim compensation.

| Invoice Date | Billing Period | Date of Payment | Form of Payment | Payment Amount |
|---|---|---|---|---|
| 2/28/2014 | 1/1/14 - 1/31/14 | 4/3/2014 | Check | $83.03 |
| 2/28/2014 | 1/1/14 - 1/31/4 | 4/3/2014 | Check | $614.57 |
| 2/28/2014 | 1/1/14 - 1/31/14 | 4/3/2014 | Check | $105.59 |
| 3/21/2014 | 2/1/14 - 2/28/14 | 4/21/2014 | Check | $74,350.30 |
| 3/21/2014 | 2/1/14 - 2/28/14 | 4/21/2014 | Check | $5,344.60 |
| 3/21/2014 | 2/1/14 - 2/28/14 | 4/21/2014 | Check | $3,232.75 |
| 3/27/2014 | 2/1/14 - 2/28/14 | 5/1/2014 | Check | $654.31 |
| 3/27/2014 | 2/1/14 - 2/28/14 | 5/1/2014 | Check | $496.37 |
| 3/27/2014 | 2/1/14 - 2/28/14 | 5/1/2014 | Check | $122.28 |
| 3/27/2014 | 2/1/14 - 2/28/14 | 5/1/2014 | Check | $21.35 |
| 3/27/2014 | 2/1/14 - 2/28/14 | 5/1/2014 | Check | $185.91 |
| 3/27/2014 | 2/1/14 - 2/28/14 | 5/1/2014 | Check | $744.56 |
| 3/27/2014 | 2/1/14 - 2/28/14 | 5/1/2014 | Check | $2,096.51 |
| 3/27/2014 | 2/1/14 - 2/28/14 | 5/1/2014 | Check | $792.08 |
| 3/27/2014 | 2/1/14 - 2/28/14 | 5/1/2014 | Check | $46.47 |
| 3/27/2014 | 2/1/14 - 2/28/14 | 5/1/2014 | Check | $928.69 |
| 3/27/2014 | 2/1/14 - 2/28/14 | 5/1/2014 | Check | $129.96 |
| 3/27/2014 | 2/1/14 - 2/28/14 | 5/1/2014 | Check | $185.91 |
| 4/11/2014 | 3/1/14 - 3/31/14 | 5/9/2014 | Check | $53,462.51 |
| 4/21/2014 | 3/1/14 - 3/31/14 | 5/9/2014 | Check | $3,041.87 |
| 4/21/2014 | 3/1/14 - 3/31/14 | 5/9/2014 | Check | $3,593.75 |
| 4/30/2014 | 3/1/14 - 3/31/14 | 6/2/2014 | Check | $7,593.50 |
| 4/30/2014 | 3/1/14 - 3/31/14 | 5/29/2014 | Check | $7,593.50 |
| 4/30/2014 | 3/1/14 - 3/31/14 | 6/2/2014 | Check | $496.37 |
| 4/30/2014 | 3/1/14 - 3/31/14 | 6/2/2014 | Check | $2,376.50 |
| 4/30/2014 | 3/1/14 - 3/31/14 | 6/2/2014 | Check | $1,793.50 |
| 4/30/2014 | 3/1/14 - 3/31/14 | 6/2/2014 | Check | $2,482.17 |
| 4/30/2014 | 3/1/14 - 3/31/14 | 6/2/2014 | Check | $200.62 |
| 4/30/2014 | 3/1/14 - 3/31/14 | 6/2/2014 | Check | $687.09 |
| 4/30/2014 | 3/1/14 - 3/31/14 | 6/2/2014 | Check | $122.88 |
| 4/30/2014 | 2/24/14 - 3/31/14 | 6/2/2014 | Check | $75.81 |
| 4/30/2014 | 3/1/14 - 3/31/14 | 6/2/2014 | Check | $139.43 |
| 4/30/2014 | 3/1/14 - 3/31/14 | 6/2/2014 | Check | $185.91 |
| 4/30/2014 | 3/1/14 - 3/31/14 | 6/2/2014 | Check | $185.91 |
| 4/30/2014 | 3/1/14 - 3/31/14 | 6/2/2014 | Check | $92.96 |
| 4/30/2014 | 3/1/14 - 3/31/14 | 6/2/2014 | Check | $4,833.79 |
| 4/30/2014 | 3/1/14 - 3/31/14 | 6/2/2014 | Check | $1,012.76 |
| 5/7/2014 | 4/1/14 - 4/30/14 | 6/9/2014 | Check | $49,250.33 |
| 5/7/2014 | 4/1/14 - 4/30/14 | 6/9/2014 | Check | $1,441.29 |
| 5/7/2014 | 4/1/14 - 4/30/14 | 6/9/2014 | Check | $6,068.41 |
| 5/19/2014 | 4/1/14 - 4/30/14 | 6/23/2014 | Check | $114.00 |
| 5/19/2014 | 4/1/14 - 4/30/14 | 6/23/2014 | Check | $3,475.23 |
| 5/19/2014 | 4/1/14 - 4/30/14 | 6/23/2014 | Check | $419.50 |

| Invoice Date | Billing Period | Date of Payment | Form of Payment | Payment Amount |
|---|---|---|---|---|
| 5/19/2014 | 4/1/14 - 4/30/14 | 6/23/2014 | Check | $1,494.81 |
| 5/19/2014 | 4/1/14 - 4/30/14 | 6/23/2014 | Check | $1,489.13 |
| 5/19/2014 | 4/1/14 - 4/30/14 | 6/23/2014 | Check | $1,326.66 |
| 5/19/2014 | 4/1/14 - 4/30/14 | 6/23/2014 | Check | $1,050.50 |
| 5/19/2014 | 4/1/14 - 4/30/14 | 6/23/2014 | Check | $3,537.80 |
| 5/19/2014 | 4/1/14 - 4/30/14 | 6/23/2014 | Check | $1,737.31 |
| 5/19/2014 | 4/1/14 - 4/30/14 | 6/23/2014 | Check | $248.19 |
| 5/19/2014 | 4/1/14 - 4/30/14 | 6/23/2014 | Check | $197.67 |
| 5/19/2014 | 4/1/14 - 4/30/14 | 6/23/2014 | Check | $196.47 |
| 5/19/2014 | 4/1/14 - 4/30/14 | 6/23/2014 | Check | $232.39 |
| 5/19/2014 | 4/1/14 - 4/30/14 | 6/23/2014 | Check | $2,329.34 |
| 5/19/2014 | 4/1/14 - 4/30/14 | 6/23/2014 | Check | $6,323.55 |
| 5/19/2014 | 4/1/14 - 4/30/14 | 6/23/2014 | Check | $185.91 |
| 5/19/2014 | 4/1/14 - 4/30/14 | 6/23/2014 | Check | $46.77 |
| 5/19/2014 | 4/1/14 - 4/30/14 | 6/23/2014 | Check | $200.00 |
| 6/20/2014 | 5/1/14 - 5/31/14 | 7/21/2014 | Check | $42,528.79 |
| 6/20/2014 | 5/1/14 - 5/31/14 | 7/21/2014 | Check | $27,010.92 |
| 6/27/2014 | 5/1/14 - 5/31/14 | 7/29/2014 | Check | $800.00 |
| 6/27/2014 | 5/1/14 - 5/31/14 | 7/29/2014 | Check | $1,000.00 |
| 6/27/2014 | 5/1/14 - 5/31/14 | 7/29/2014 | Check | $62.26 |
| 6/27/2014 | 5/1/14 - 5/31/14 | 7/29/2014 | Check | $314.08 |
| 6/27/2014 | 5/1/14 - 5/31/14 | 7/29/2014 | Check | $2,527.00 |
| 6/27/2014 | 5/1/14 - 5/31/14 | 7/29/2014 | Check | $261.72 |
| 6/27/2014 | 5/1/14 - 5/31/14 | 7/29/2014 | Check | $496.37 |
| 6/27/2014 | 5/1/14 - 5/31/14 | 7/29/2014 | Check | $139.43 |
| 6/27/2014 | 5/1/14 - 5/31/14 | 7/29/2014 | Check | $139.43 |
| 6/27/2014 | 5/1/14 - 5/31/14 | 7/29/2014 | Check | $1,069.91 |
| 6/20/2014 | 5/1/14 - 5/31/14 | 7/21/2014 | Check | $917.39 |
| 7/16/2014 | 6/1/14 - 6/30/14 | 8/19/2014 | Check | $289.70 |
| 7/17/2014 | 6/1/14 - 6/30/14 | 8/19/2014 | Check | $26,923.56 |
| 7/17/2014 | 6/1/14 - 6/30/14 | 8/19/2014 | Check | $59,341.83 |
| 7/31/2014 | 6/1/14 - 6/30/14 | 8/29/2014 | Check | $37.90 |
| 7/31/2014 | 6/1/14 - 6/30/14 | 8/29/2014 | Check | $697.19 |
| 7/31/2014 | 6/1/14 - 6/30/14 | 8/29/2014 | Check | $1,985.49 |
| 7/31/2014 | 6/1/14 - 6/30/14 | 8/29/2014 | Check | $497.27 |
| 7/31/2014 | 6/1/14 - 6/30/14 | 8/29/2014 | Check | $413.50 |
| 7/31/2014 | 6/1/14 - 6/30/14 | 8/29/2014 | Check | $1,256.28 |
| 7/31/2014 | 6/1/14 - 6/30/14 | 8/29/2014 | Check | $3,610.00 |
| 7/31/2014 | 6/1/14 - 6/30/14 | 8/29/2014 | Check | $1,489.12 |
| 7/31/2014 | 6/1/14 - 6/30/14 | 8/29/2014 | Check | $740.50 |
| 7/31/2014 | 6/1/14 - 6/30/14 | 8/29/2014 | Check | $523.50 |
| 7/31/2014 | 6/1/14 - 6/30/14 | 8/29/2014 | Check | $819.50 |
| 7/31/2014 | 6/1/14 - 6/30/14 | 8/29/2014 | Check | $631.50 |

| Invoice Date | Billing Period | Date of Payment | Form of Payment | Payment Amount |
|---|---|---|---|---|
| 7/31/2014 | 6/1/14 - 6/30/14 | 8/29/2014 | Check | $6,033.21 |
| 7/31/2014 | 6/1/14 - 6/30/14 | 8/29/2014 | Check | $352.50 |
| 7/31/2014 | 6/1/14 - 6/30/14 | 8/29/2014 | Check | $3,793.50 |
| 7/31/2014 | 6/1/14 - 6/30/14 | 8/29/2014 | Check | $522.50 |
| 7/31/2014 | 6/1/14 - 6/30/14 | 8/29/2014 | Check | $112.81 |
| 7/31/2014 | 6/1/14 - 6/30/14 | 8/29/2014 | Check | $1,021.63 |
| 7/31/2014 | 6/1/14 - 6/30/14 | 8/29/2014 | Check | $10,017.75 |
| 7/31/2014 | 6/1/14 - 6/30/14 | 8/29/2014 | Check | $1,766.19 |
| 7/31/2014 | 6/1/14 - 6/30/14 | 8/29/2014 | Check | $1,645.00 |
| 7/31/2014 | 6/1/14 - 6/30/14 | 8/29/2014 | Check | $8.87 |
| 7/25/2014 | 6/1/14 - 6/30/14 | 8/19/2014 | Check | $5,105.89 |
| 8/7/2014 | 7/1/14 - 7/31/14 | 9/9/2014 | Check | $79,442.92 |
| 8/7/2014 | 7/1/14 - 7/31/14 | 9/9/2014 | Check | $2,378.61 |
| 8/7/2014 | 7/1/14 - 7/31/14 | 9/9/2014 | Check | $3,270.69 |
| 8/31/2014 | 7/1/14 - 7/31/14 | 10/3/2014 | Check | $940.50 |
| 8/31/2014 | 7/1/14 - 7/31/14 | 10/3/2014 | Check | $96.84 |
| 8/31/2014 | 7/1/14 - 7/31/14 | 10/3/2014 | Check | $34.20 |
| 8/31/2014 | 7/1/14 - 7/31/14 | 10/3/2014 | Check | $132.10 |
| 8/31/2014 | 7/1/14 - 7/31/14 | 10/3/2014 | Check | $396.29 |
| 8/31/2014 | 7/1/14 - 7/31/14 | 10/3/2014 | Check | $572.42 |
| 8/31/2014 | 7/1/14 - 7/31/14 | 10/3/2014 | Check | $1,940.00 |
| 8/31/2014 | 7/1/14 - 7/31/14 | 10/3/2014 | Check | $484.36 |
| 8/31/2014 | 7/1/14 - 7/31/14 | 10/3/2014 | Check | $2,479.50 |
| 8/31/2014 | 7/1/14 - 7/31/14 | 10/3/2014 | Check | $34.20 |
| 8/31/2014 | 7/1/14 - 7/31/14 | 10/3/2014 | Check | $357.39 |
| 8/31/2014 | 7/1/14 - 7/31/14 | 10/3/2014 | Check | $269.32 |
| 8/31/2014 | 7/1/14 - 7/31/14 | 10/3/2014 | Check | $187.38 |
| 8/31/2014 | 7/1/14 - 7/31/14 | 10/3/2014 | Check | $483.07 |
| 8/31/2014 | 7/1/14 - 7/31/14 | 10/3/2014 | Check | $1,247.32 |
| 8/31/2014 | 7/1/14 - 7/31/14 | 10/3/2014 | Check | $12,250.44 |
| 9/9/2014 | 8/1/14 - 8/31/14 | 10/8/2014 | Check | $25,640.68 |
| 9/9/2014 | 8/1/14 - 8/31/14 | 10/8/2014 | Check | $1,548.83 |
| 9/8/2014 | 8/1/14 - 8/31/14 | 10/8/2014 | Check | $2,480.78 |
| 9/30/2014 | 8/1/14 - 8/31/14 | 10/17/2014 | Check | $308.23 |
| 9/30/2014 | 8/1/14 - 8/31/14 | 10/17/2014 | Check | $1,410.75 |
| 9/30/2014 | 8/1/14 - 8/31/14 | 10/17/2014 | Check | $1,526.75 |
| 9/30/2014 | 8/1/14 - 8/31/14 | 10/17/2014 | Check | $238.52 |
| 9/30/2014 | 8/1/14 - 8/31/14 | 10/17/2014 | Check | $1,142.12 |
| 9/30/2014 | 8/1/14 - 8/31/14 | 10/17/2014 | Check | $3,762.00 |
| 9/30/2014 | 8/1/14 - 8/31/14 | 10/17/2014 | Check | $728.46 |
| 9/30/2014 | 8/1/14 - 8/31/14 | 10/17/2014 | Check | $495.90 |
| 9/30/2014 | 8/1/14 - 8/31/14 | 10/17/2014 | Check | $88.06 |
| 9/30/2014 | 8/1/14 - 8/31/14 | 10/17/2014 | Check | $440.32 |

| Invoice Date | Billing Period | Date of Payment | Form of Payment | Payment Amount |
|---|---|---|---|---|
| 9/30/2014 | 8/1/14 - 8/31/14 | 10/17/2014 | Check | $2,651.35 |
| 9/30/2014 | 8/1/14 - 8/31/14 | 10/17/2014 | Check | $484.36 |
| 9/30/2014 | 8/1/14 - 8/31/14 | 10/17/2014 | Check | $8.87 |
| 9/30/2014 | 8/1/14 - 8/31/14 | 10/17/2014 | Check | $616.69 |
| 10/21/2014 | 9/1/14 - 9/30/14 | 11/26/2014 | Check | $1,056.78 |
| 10/6/2014 | 9/1/14 - 9/30/14 | 11/5/2014 | Check | $24,650.23 |
| 10/6/2014 | 9/1/14 - 9/30/14 | 11/5/2014 | Check | $320.20 |
| 10/6/2014 | 9/1/14 - 9/30/14 | 11/5/2014 | Check | $1,135.44 |
| 10/21/2014 | 9/1/14 - 9/30/14 | 11/26/2014 | Check | $1,044.63 |
| 10/21/2014 | 9/1/14 - 9/30/14 | 11/26/2014 | Check | $88.06 |
| 10/21/2014 | 9/1/14 - 9/30/14 | 11/26/2014 | Check | $44.03 |
| 10/21/2014 | 9/1/14 - 9/30/14 | 11/26/2014 | Check | $1,784.00 |
| 10/21/2014 | 9/1/14 - 9/30/14 | 11/26/2014 | Check | $1,784.00 |
| 10/21/2014 | 9/1/14 - 9/30/14 | 11/26/2014 | Check | $3,784.00 |
| 10/21/2014 | 9/1/14 - 9/30/14 | 11/26/2014 | Check | $3,385.80 |
| 10/21/2014 | 9/1/14 - 9/30/14 | 11/26/2014 | Check | $1,784.00 |
| 10/21/2014 | 9/1/14 - 9/30/14 | 11/26/2014 | Check | $7,584.00 |
| 10/21/2014 | 9/1/14 - 9/30/14 | 11/26/2014 | Check | $88.06 |
| 10/21/2014 | 9/1/14 - 9/30/14 | 11/26/2014 | Check | $987.27 |
| 10/21/2014 | 9/1/14 - 9/30/14 | 11/26/2014 | Check | $235.12 |
| 10/21/2014 | 9/1/14 - 9/30/14 | 11/26/2014 | Check | $1,624.50 |
| 10/21/2014 | 9/1/14 - 9/30/14 | 11/26/2014 | Check | $347.13 |
| 10/21/2014 | 9/1/14 - 9/30/14 | 11/26/2014 | Check | $42.75 |
| 10/21/2014 | 8/1/14 - 9/30/14 | 11/26/2014 | Check | $2,062.28 |
| 10/21/2014 | 9/1/14 - 9/30/14 | 11/26/2014 | Check | $7,584.00 |
| 10/21/2014 | 9/1/14 - 9/30/14 | 11/26/2014 | Check | $7,584.00 |
| 10/21/2014 | 9/1/14 - 9/30/14 | 11/26/2014 | Check | $7,584.00 |
| 11/7/2014 | 10/1/14 - 10/31/14 | 12/8/2014 | Check | $21,224.63 |
| 11/7/2014 | 10/1/14 - 10/31/14 | 12/8/2014 | Check | $2,877.58 |
| 11/7/2014 | 10/1/14 - 10/31/14 | 12/8/2014 | Check | $120.55 |
| 11/24/2014 | 10/1/14 - 10/31/14 | 12/18/2014 | Check | $5,536.12 |
| 11/24/2014 | 10/1/14 - 10/31/14 | 12/18/2014 | Check | $1,410.72 |
| 11/24/2014 | 10/1/14 - 10/31/14 | 12/18/2014 | Check | $50.66 |
| 11/24/2014 | 10/1/14 - 10/31/14 | 12/18/2014 | Check | $2,994.00 |
| 11/24/2014 | 10/1/14 - 10/31/14 | 12/18/2014 | Check | $3,347.32 |
| 11/24/2014 | 10/1/14 - 10/31/14 | 12/18/2014 | Check | $9,122.95 |
| 11/24/2014 | 10/1/14 - 10/31/14 | 12/18/2014 | Check | $3,997.13 |
| 11/24/2014 | 10/1/14 - 10/31/14 | 12/18/2014 | Check | $220.92 |
| 11/24/2014 | 10/1/14 - 10/31/14 | 12/18/2014 | Check | $121.95 |
| 11/24/2014 | 10/1/14 - 10/31/14 | 12/18/2014 | Check | $1,200.00 |
| 11/24/2014 | 10/1/14 - 10/31/14 | 12/18/2014 | Check | $1,940.00 |
| 12/5/2014 | 11/1/14 - 11/30/14 | 12/31/2014 | Check | $3,064.75 |
| 12/5/2014 | 11/1/14 - 11/30/14 | 12/31/2014 | Check | $16,955.49 |

| Invoice Date | Billing Period | Date of Payment | Form of Payment | Payment Amount |
|---|---|---|---|---|
| 12/5/2014 | 11/1/14 - 11/30/14 | 12/31/2014 | Check | $1,527.88 |
| 12/18/2014 | 11/1/14 - 11/30/14 | 1/15/2015 | Check | $100.35 |
| 12/18/2014 | 11/1/14 - 11/30/14 | 1/15/2015 | Check | $278.10 |
| 12/18/2014 | 11/1/14 - 11/30/14 | 1/15/2015 | Check | $132.10 |
| 12/18/2014 | 11/1/14 - 11/30/14 | 1/15/2015 | Check | $3,056.63 |
| 12/18/2014 | 11/1/14 - 11/30/14 | 1/15/2015 | Check | $470.25 |
| 12/18/2014 | 11/1/14 - 11/30/14 | 1/15/2015 | Check | $71.82 |
| 12/18/2014 | 11/1/14 - 11/30/14 | 1/15/2015 | Check | $123.12 |
| 1/26/2015 | 12/1/14 - 12/31/14 | 1/27/2015 | Applied From Retainer | $3,607.10 |
| 1/26/2015 | 12/1/14 - 12/31/14 | 1/27/2015 | Applied From Retainer | $3,511.00 |
| 1/26/2015 | 12/1/14 - 12/31/14 | 1/27/2015 | Applied From Retainer | $3,141.00 |
| 1/26/2015 | 12/1/14 - 12/31/14 | 1/27/2015 | Applied From Retainer | $4,922.50 |
| 1/16/2015 | 12/1/14 - 12/31/14 | 1/28/2015 | Applied From Retainer | $546.95 |
| 1/16/2015 | 12/1/14 - 12/31/14 | 1/28/2015 | Applied From Retainer | $38.00 |
| 1/26/2015 | 12/1/14 - 12/31/14 | 1/27/2015 | Applied From Retainer | $924.00 |
| 1/26/2015 | 12/1/14 - 12/31/14 | 1/27/2015 | Applied From Retainer | $8,654.38 |
| 1/26/2015 | 12/1/14 - 12/31/14 | 1/27/2015 | Applied From Retainer | $17,824.38 |
| 1/16/2015 | 12/1/14 - 12/31/14 | 1/28/2015 | Applied From Retainer | $998.65 |
| 2/12/2015 | 1/1/15 - 1/31/15 | 2/12/2015 | Applied From Retainer | $18,673.55 |
| 2/12/2015 | 1/1/15 - 1/31/15 | 2/12/2015 | Applied From Retainer | $1,951.50 |
| 2/12/2015 | 1/1/15 - 1/31/15 | 2/12/2015 | Applied From Retainer | $1,207.00 |
| 2/12/2015 | 1/1/15 - 1/31/15 | 2/12/2015 | Applied From Retainer | $17,665.65 |
| 2/12/2015 | 1/1/15 - 1/31/15 | 2/12/2015 | Applied From Retainer | $793.72 |
| 2/12/2015 | 1/1/15 - 1/31/15 | 2/12/2015 | Applied From Retainer | $540.00 |
| 2/12/2015 | 1/1/15 - 1/31/15 | 2/12/2015 | Applied From Retainer | $16,744.00 |
| 2/12/2015 | 1/1/15 - 1/31/15 | 2/12/2015 | Applied From Retainer | $4,158.88 |
| 2/12/2015 | 1/1/15 - 1/31/15 | 2/12/2015 | Applied From Retainer | $1,910.00 |
| 2/12/2015 | 1/1/15 - 1/31/15 | 2/12/2015 | Applied From Retainer | $46,688.86 |
| 2/12/2015 | 1/1/15 - 1/31/15 | 2/12/2015 | Applied From Retainer | $6,163.15 |

| Invoice Date | Billing Period | Date of Payment | Form of Payment | Payment Amount |
|---|---|---|---|---|
| 2/18/2015 | 1/1/15 - 1/31/15 | 2/18/2015 | Applied From Retainer | $175.00 |
| 2/18/2015 | 1/1/15 - 1/31/15 | 2/18/2015 | Applied From Retainer | $3,550.00 |
| 2/18/2015 | 1/1/15 - 1/31/15 | 2/18/2015 | Applied From Retainer | $824.00 |
| 2/18/2015 | 1/1/15 - 1/31/15 | 2/18/2015 | Applied From Retainer | $720.19 |
| 2/18/2015 | 1/1/15 - 1/31/15 | 2/18/2015 | Applied From Retainer | $105.60 |
| 3/10/2015 | 2/1/15 - 3/10/15 | 3/10/2015 | Applied From Retainer | $62,618.10 |
| 3/10/2015 | 2/1/15 - 3/10/15 | 3/10/2015 | Applied From Retainer | $220.27 |
| 3/10/2015 | 2/1/15 - 3/10/15 | 3/10/2015 | Applied From Retainer | $4,153.00 |
| 3/10/2015 | 2/1/15 - 3/10/15 | 3/10/2015 | Applied From Retainer | $2,106.50 |
| 3/10/2015 | 2/1/15 - 3/10/15 | 3/10/2015 | Applied From Retainer | $706.80 |
| 3/10/2015 | 2/1/15 – 3/10/15 | 3/10/2015 | Applied From Retainer | $4,775.60 |
| 3/10/2015 | 2/1/15 - 3/10/15 | 3/10/2015 | Applied From Retainer | $936.00 |
| 3/10/2015 | 2/1/15 - 3/10/15 | 3/10/2015 | Applied From Retainer | $13,057.00 |
| 3/10/2015 | 2/1/15 - 3/10/15 | 3/10/2015 | Applied From Retainer | $2,524.28 |
| 3/10/2015 | 2/1/15 - 3/10/15 | 3/10/2015 | Applied From Retainer | $1,682.00 |
| 3/10/2015 | 2/1/15 - 3/10/15 | 3/10/2015 | Applied From Retainer | $3,490.16 |
| 3/10/2015 | 2/1/15 - 3/10/15 | 3/10/2015 | Applied From Retainer | $4,562.80 |
| 3/10/2015 | 2/1/15 - 3/10/15 | 3/10/2015 | Applied From Retainer | $936.00 |
| 3/10/2015 | 2/1/15 - 3/10/15 | 3/10/2015 | Applied From Retainer | $377,890.74 |
| 3/10/2015 | 2/1/15 - 3/10/15 | 3/10/2015 | Applied From Retainer | $54.25 |
| 3/10/2015 | 2/1/15 - 3/10/15 | 3/10/2015 | Applied From Retainer | $1,660.00 |
| 3/10/2015 | 2/1/15 - 3/10/15 | 3/10/2015 | Applied From Retainer | $1,737.50 |
| 3/10/2015 | 1/26/15 - 3/10/15 | 3/10/2015 | Applied From Retainer | $3,300.00 |
| 3/10/2015 | 2/1/15 - 3/10/15 | 3/10/2015 | Applied From Retainer | $7,139.00 |
| 3/10/2015 | 2/1/15 - 3/10/15 | 3/10/2015 | Applied From Retainer | $825.00 |
| 3/10/2015 | 2/1/15 - 3/10/15 | 3/10/2015 | Applied From Retainer | $962.50 |

| Invoice Date | Billing Period | Date of Payment | Form of Payment | Payment Amount |
|---|---|---|---|---|
| 3/10/2015 | 2/1/15 - 3/10/15 | 3/10/2015 | Applied From Retainer | $1,016.50 |
| 3/10/2015 | 3/1/15 - 3/10/15 | 3/10/2015 | Applied From Retainer | $160.50 |
| 3/10/2015 | 2/1/15 - 3/10/15 | 3/10/2015 | Applied From Retainer | $185.50 |

15.     In mid-January 2015, and as set forth in the Sowar Declaration, Dinsmore and the

Debtors agreed to a modification to the terms of payment, with the Debtors agreeing to pay in

advance for services going forward and establishing an evergreen retainer for the benefit of

Dinsmore.  Below is a chart which shows the payments received by wire and the application of

advance payments against amounts due and owing for services performed by Dinsmore.

| Transaction Date | Transaction Type | Amount |
|---|---|---|
| 1/20/15 | Wire Received | $80,000.00 |
| 1/26-27/15 | Application of Retainer to December 2014 Invoices | (45,230.50) |
| 2/10/15 | Wire Received | 175,000.00 |
| 2/12/15 | Application of Retainer to January 2015 Invoices | (116,602.31) |
| 2/18/15 | Application of Retainer to remaining January 2015 Invoices not previously applied | (5,374.79) |
| 2/19/15 | Wire Received | 125,000.00 |
| 2/27/15 | Wire Received | 150,000.00 |
| 3/4/15 | Wire Received | 150,000.00 |
| 3/9/15 | Wire Received | 100,000.00 |
| 3/9//15 | Wire Received | 250,000.00 |
| 3/10/15 | Application of Retainer to Invoices for Billing Period 2/1/15 through 3/10/15 | (491,924.39) |
| 3/10/15 | Retainer Balance | $370,868.01 |

16.     As set forth above, Dinsmore has a current balance of approximately $370,868.01 on

its fee advances.  As set forth in the Application, the Debtors propose that, after application of fees

and expenses against the Retainer until the total amount remaining in the Retainer is $200,000, the

remainder of the Retainer paid to Dinsmore and not expended for prepetition services and

disbursements be treated as a general security retainer to be held by Dinsmore as security throughout

these chapter 11 cases until Dinsmore's fees and expenses are awarded by final order of this Court and payable to Dinsmore.

17.     Pursuant to Bankruptcy Rule 2016(b), Dinsmore has neither shared nor agreed to share (a) any compensation it has received or may receive with another party or person, other than with the partners, associates, and contract attorneys associated with Dinsmore or (b) any compensation another person or party has received or may receive.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true
and correct to the best of my knowledge.

Kim Martin Lewis, Esq.
Dinsmore & Shohl LLP
255 East Fifth St., Suite 1900
Cincinnati, OH 45202
513-977-8200 (telephone)
513-977-8141 (facsimile)
kim.lewis@dinsmore.com

Subscribed and Sworn to and subscribed before me,
this 20ᵗʰ day of March, 2015.

Notary Public
My Commission Expires: _____ N/A _____

NOTARIAL SEAL
STATE OF OHIO

JULIE ANN SCHOEPF
ATTORNEY AT LAW
Notary Public, State of Ohio
My Commission Has No Expiration
Section 147.03 R.C.

16

**SCHEDULE 1**
**TO AFFIDAVIT OF KIM MARTIN LEWIS**

**A. Debtors and their non-debtor subsidiaries**
1. The Standard Register Company
2. Standard Register Technologies, Inc.
3. iMedConsent, LLC
4. Standard Register Technologies Canada ULC
5. Standard Register Mexico Holding Company
6. Standard Register Holding Company
7. Standard Register International, Inc.
8. Standard Register of Puerto Rico Inc.
9. Standard Register Holding, S. de R.L. de C.V.
10. Standard Register Servicios, S. de R.L. de C.V.
11. Standard Register de Mexico, S. de R.L. de C.V.
12. WorkflowOne, LLC

**B. Debtors' officers and directors**
1. Joseph P. Morgan, Jr.
2. Robert M. Ginnan ("Bob")
3. John G. King
4. Greg J. Greve
5. Joseph L. Klenke
6. Jeffrey L. Moder ("Jeff")
7. Amy L. Reilly
8. Gerard D. Sowar ("Gerry")
9. Diana Tullio
10. Terry Williams
11. F. David Clarke, III
12. Roy W. Begley ("Robin")
13. Anthony J. DiNello
14. Frederic F. Brace ("Jake")
15. R. Eric McCarthey
16. Robert A. Peiser
17. John J. Schiff, Jr.
18. John Q. Sherman, II
19. William P. Lee
20. David P. Bailis
21. Julie D. Klapstein
22. Joanne Cummins
23. Williams Lee

**C. Major business affiliations of the debtors' officers and directors and related persons**
1. Clarke-Hook Corporation
2. Anixter International Inc.
3. The Shelty-Viking Capital Group LLC
4. Vistage International
5. Crestlight Venture Productions
6. Ginzinga Naturals, LLC
7. USA Truck, Inc.
8. Primary Energy Recycling Company Corp.
9. Cincinnati Financial Corporation
10. The Cincinnati Insurance Company
11. Fifth Third Bancorp
12. The Fifth Third Bank
13. Cincinnati Bengals, Inc.
14. John J. and Thomas R. Schiff & Co., Inc.
15. A. Rifkin Company
16. Silver Point Capital, L.P.
17. Granite Broadcasting, Inc.
18. Nautic Global Group, Inc.
19. Novasep Holdings, S.A.S.
20. Annies, Inc.

**D. Debtors' secured creditors**
1. Silver Point Capital
2. Silver Point Capital, L.P.
3. Silver Point Finance, LLC
4. Silver Point Capital Fund, L.P.
5. SPCP Group, LLC
6. SPF CDO I, LTD
7. SPCP Group III LLC
8. Credit Suisse AG, Cayman Island Branch
9. Credit Suisse Loan Funding LLC
10. Sargas CLO II Ltd.
11. WG Horizons CLO I
12. West Gate Horizons Advisors LLC
13. DLJ Investment Partners, L.P.
14. DLJ Investment Partners II, L.P.
15. DLJIP II Holdings, L.P.
16. Credit Suisse
17. Bank of America, N.A.

18. Wells Fargo
19. Canon Solutions America, Inc.
20. Cisco Systems Capital Corporation
21. Crown Credit Company
22. Dell Financial Services LP
23. E. I. Dupont De Nemours And Company
24. Fujifilm
25. Fujifilm North America Corporation
26. Harold M. Pitman Company
27. Hewlett-Packard Financial Services Company
28. Northstar Recycling Company, Inc.
29. Northstar Recycling Group, Inc.
30. Oce Financial Services, Inc.
31. Oce North America, Inc.
32. Software Professionals, Inc.
33. Tilt-Lock Inc.
34. Xerox Corporation
35. CIT Technologies Corporation d/b/a CIT Systems Leasing
36. CIT Finance LLC
37. Georgia-Pacific Consumer Products LP
38. Raymond Leasing Corporation
39. Dainippon Screen Graphics (USA), LLC
40. SmartWorks.com, Inc.

**E. Debtors' 50 largest unsecured creditors on a consolidated basis as identified in their chapter 11 petitions**

1. The Pension Benefit Guaranty Corporation
2. Timothy Webb
3. Georgia Pacific Corp
4. Gary Becker
5. Salesforce Com Inc.
6. Michael Spaul
7. Volt Consulting
8. Mark Platt
9. Craig Stockmal
10. Peter Redding
11. Washington State Department of Ecology

12. Westborough (The Realty Associates Fund IX, c/o Lincoln Property Company)
13. Avery Dennison
14. Joseph Custer
15. Purchase Power
16. Bank Of America
17. Carolinas Shared Services (subgroup within Premier GPO)
18. Business Card Service
19. Appvion Inc
20. John Harden
21. Dennis  Rediker
22. Tenet (subgroup within MedAssets GPO comprised of about 45 hospitals)
23. HP Enterprise Services LLC
24. Kathryn Lamme
25. GLS Graphic Label Solutions
26. Earth Color
27. Precision Dynamics Corp
28. Craig Brown
29. Rajendra Mehta
30. Virginia Rafferty
31. Jack Marshall
32. Unisource Worldwide Inc
33. Michael Wolk
34. Flexcon Company Inc.
35. Edward Keiper
36. Xpedx LLC
37. Lithia Springs
38. Novation GPO
39. Robert Assini
40. Sanmar Corp.
41. Partners Healthcare
42. Nevs Ink Inc
43. Source Technologies Inc
44. Domtar Paper Co LLC
45. Cass Information Systems
46. Dayton Mailing Services
47. Bruce Moses
48. Catholic Contracting Group (CCG)
49. Independent Printing Co Inc.
50. Nissan Total

**F. Debtor's landlords**

1. ColFin Cobalt Industrial Reit II
2. ProLogis Trust

3. Liberty Property Trust
4. Windmill 1
5. Double Nickel
6. The Realty Associates Fund IX
7. Lincoln Property Company
8. Ninth 209, LLC
9. Sandusky Investments LTD
10. BRE/COS 1 LLC
11. Alan D Palmer
12. Brookwood Four Points Investor
13. First National Bank Alaska
14. Rita Blumenfeld
15. MCI CIF LLC
16. Naifco Realty
17. Owen Properties
18. Pacific Realty Associates,
19. ProLogis
20. GCCFC 2005-GG5 1255 Terminus I
21. Parker Drive, LLC
22. Twenty Park Plaza, LLC
23. American Heart Association
24. The Arbor, LLC
25. PS Business Parks
26. Robert J. DiLeonardo
27. West Willows Amherst Portfolio
28. Burt Jordan Realtors
29. Sublease - Czarnowski Display
30. Tel-Bingham Associates
31. CRP-2 Holdings, AA, LP
32. HART NJ8A-I LLC
33. 100-200 CCC, Inc
34. TAK Realty and Investment, LLC
35. LSOP 3 MD 2, LLC
36. Fairview Plaza JLC LLC
37. One Telcom, LLC
38. FSBT, Inc
39. Peachtree II and III,
40. BWC Exchangepoint LLC
41. 588 Associates, LP
42. 1040 Ave. of the Americas LLC
43. Flexible Office Solutions, LLC
44. Harris Bank
45. ML-AI 125 Wacker LLC
46. Inversiones Chevere, S.E.
47. Stonegate Partners I, LLC
48. Commodore Drive, LP

49. The Paragon, LP
50. Trotter Holdings LLC dba
51. A&B Properties Inc, 822 Bishop
52. Exeter 700 Patrol, LLC
53. Trafalgar Investments LLC
54. Duetsche Bank Mexico SA
55. MPC Holdings, LLC
56. Paragano Holdings, LLC
57. 55 Broadway Associates, LLC
58. Chipman Miles
59. TR Crownpointe Corp.
60. Carlsen Investment, LLC
61. Valley Freeway Corporate Park,
62. CIR III-1 Reit
63. BRE/Industrial Portfolio Holdings LLC
64. Kyrene 919280, LLC
65. Pattillo Foundation
66. CRA-CAR, LLC
67. Hillcrest Real Estate Development Co LLC
68. Blue Water Road LLC
69. C.K. Enterprises of Watseka, I
70. Princetons Properties Inc
71. Westboro Two LLC
72. American Asset Corporation
73. Block Hawley Commercial Real Estate Services
74. BMO Harris Bank N.A.
75. Bridlewood Executive Suites
76. Bruns Building and Development
77. CAM, Inc.
78. Carruth Capital LLC
79. CBRE, Inc.
80. Colliers International
81. Colliers International Asset
82. Core Partners
83. Cushman & Wakefield of NJ Inc.
84. D.L. Saunders Real Estate
85. Double Nickel
86. G&E Real Estate Management Services Inc
87. Harbor Group Management Company
88. Hill Properties
89. Jones Lang LaSalle America
90. Juno Commercial Real Estate, I

91. Larken Associates
92. Lincoln Property Company
93. Mackenzie Mgmt Company
94. Mallard Creek Investors LLC
95. Meridian Business Park
96. Metro Office Park
97. Newmark Grubb Knight Frank
98. Newmark Grubb Memphis
99. Northwest Building LLC
100. Oliver and Company, Inc.
101. Patillo Industrial Real Estate
102. Property Management Associates of WNY Inc
103. Shekley
104. Solon Gershman Inc.
105. Swanson Holdings LLC
106. The Charter Group
107. Transwestern Commercial Service
108. Westside Investment Partners
109. Wilson Property Services, Inc.

**G. Largest vendors and subcontracting vendors**

1. Adair Printing Technologies
2. Adecco Employment Services
3. Appvion Inc.
4. Avery Dennison
5. Bay State Envelope
6. Bestforms Inc.
7. Business Card Service Inc.
8. Business Stationery
9. Cass
10. Cenveo
11. Customgraphix
12. Data Card Corp.
13. Domtar Paper Co. LLC
14. Ennis Business Forms Inc
15. Enterprise Group/A Division of Domtar Paper Co. LLC
16. Fasson
17. FCL Graphics Inc.
18. Flesh Company
19. Flexcon Company
20. Georgia Pacific Corp.
21. Glatfelter
22. GLS Graphic Label Solutions
23. Hewlett-Packard

24. HM Graphics Inc.
25. International Paper
26. JDS Graphics Inc.
27. Kirkwood Printing
28. Multi Packaging Solutions
29. Nationwide Envelope Specialists Inc.
30. Nevs Ink Inc.
31. Novation LLC
32. PJ Printers
33. Precision Dynamics Corp.
34. Raff Printing Inc.
35. Rollsource
36. Seebridge Media LLC
37. Total Printing Services LLC
38. Unisource Worldwide Inc.
39. Volt Consulting
40. Wright Enterprises Holding Co.
41. Xerox Corp.
42. XGS.IT
43. Xpedx

**H. Largest freight vendors/providers**

1. Dayton Freight Lines Inc.
2. Dynamex Operations East
3. Fedex Corp.
4. Fedex Freight East Inc.
5. J B Hunt Transport Inc.
6. Old Dominion Freight Line Inc.
7. Rush Transportation & Logis
8. United Parcel (Package)
9. UPS Supply Chain Solutions Inc.
10. Velocity Express

**I. Other "significant" vendors as identified by Debtors**

1. Adobe
2. Corepoint
3. FIS
4. IBM
5. Instream
6. L&H Signs
7. Salar
8. Salar OEM
9. Smart-ER
10. Viridian
11. Zafesoft

**J. Parties relating to significant litigation involving the Debtors**

1. 3M CO
2. A. Schulman Inc
3. A.E. Fickert and Sons Inc.
4. A.E. Fickert, Inc.
5. Abbott Laboratories
6. ABCO Construction
7. Abex Corp
8. Acon Inc.
9. Acoustical Systems Inc.
10. Affinity Express, Inc.
11. AK Steel Corporation
12. Alcatel Lucent Usa, Inc.
13. Alliance Machine Co
14. American Axle And Manufacturing
15. American Business Forms
16. American Honda Motor Co
17. American Optical Corp
18. American Solutions for Business
19. American Standard Inc
20. Ameron International Corp
21. Anchor Danly LLC
22. Anchor Glass Container Corp
23. Anheuser Busch LLC
24. AO Smith Corp
25. Aqua-Chem, Inc.
26. Ardagh Glass Inc
27. Armco
28. Armstrong Pumps Inc
29. Arvinmetiro, Inc.
30. Astenjohnson Inc
31. AT&T Corp
32. Aurora Pump Co
33. Avery Dennison Corp
34. Avocet Enterprises Inc
35. Bacou Dalloz
36. Barry Controls
37. Basf Corp
38. Beazer East
39. Bechtel Inc
40. Bf Goodrich Co
41. Bingham Pumps
42. Blaylock Trucking and Waste Removal
43. Bondstrand
44. Borg Warner Morse Tec Inc
45. Borg-Warner Corp.
46. Bradford Soap International, Inc.
47. Bridgestone Americas Tire Operations LLC
48. Bridgestone Firestone Inc.
49. Bridgestone/Firestone America's Holding, Inc.
50. Britisher Htg And Cooling
51. Brush Wellman Int'l Inc
52. Burns International Services Corp
53. Butt Construction Co Inc
54. Butt Construction Co LLC
55. BW/IP International Inc
56. Byron Jackson Pump Division
57. Carborundum Co
58. Cargill, Inc.
59. Carrier Corp
60. Catalystic
61. CBS Corp
62. Certain-Teed Corp
63. Chaotic Moon LLC
64. Chass Brass And Copper Co LLC
65. Chemineer, Inc.
66. Chicago Bridge And Iron Co
67. Chicago Gasket Co
68. Cintas Corporation
69. City of Dayton, Ohio
70. CL Zimmerman Co
71. Clark Asbestos Hi Statutory Agent, Inc.
72. Clark Industrial Insulation Co
73. Clark-Reliance Corp
74. Cleaver Brooks
75. Coca-Cola Refreshments USA, Inc.
76. Conagra Grocery Products Company
77. Container Services Inc.
78. Continental Fibre Drum, Inc.
79. Continental Teves
80. Conwed Corp
81. Cooper Industries Inc
82. Copes Vulcan Inc
83. Core Furnace Systems Corp
84. Cox Media Group Ohio Inc.
85. Crane Co
86. Crown Cork & Seal USA Inc
87. CSR, Inc
88. CSR, Ltd

89. Cutler Hammer, Inc.
90. Dana Companies LLC
91. Daniel International Corp
92. DAP Inc.
93. DAP Products, Inc.
94. Day International Inc.
95. Dayton Board of Education
96. Dayton Daily News
97. Dayton Industrial Drum, Inc.
98. Dayton Journal Herald
99. Dayton Power and Light Company
100. Dayton Rubber Company
101. Dayton Tire and Rubber Company
102. Deborah Gelinas
103. Despatch Industries Inc
104. Devcon Corp
105. Domtar Industries LLC
106. Dow Chemical Co
107. Dravo Corp
108. Durco
109. Duriron Corporation
110. Duro Dyne Corp
111. Eagle Technologies Group
112. Eaton Corp
113. Ecodyne Limited
114. Edward Valve Co
115. Eli Lilly And Co
116. Emerson Electric Co
117. Essex Wire Corp
118. Ferro Engineering
119. Fickert Devco Inc.
120. Flowserve Corporation
121. Flowserve US Inc
122. Fluor Corp
123. Fluor Enterprises Inc
124. Ford Motor Co
125. Formosa Plastics Corp USA
126. Foster Wheeler Corp
127. Franklin Iron & Metal Corp.
128. Fruehauf Corp
129. Fruehauf Trailer Corp
130. Gardner Denver Inc
131. General Electric Co
132. General Refractories Co
133. General Refuse Service Inc.

134. Georgia Pacific Consumer Operations LLC
135. Georgia Pacific Corporation
136. Georgia-Pacific LLC
137. GlaxoSmithKline LLC
138. GMZ INC
139. Goodrich Corp
140. Goodyear Tire And Rubber Co
141. Goulds Pumps Ipg Inc
142. Greif Inc
143. Grinnell LLC
144. Guide Corp
145. H.K. Ferguson
146. Hamilton Sundstrand Corp
147. Hanson Systems LLC
148. Harris Corporation
149. Harris Seybold Co.
150. Health Conservation Inc
151. Hercules Inc
152. Hewitt Soap Works, Inc.
153. Hobart Corporation
154. Homasote Co
155. Honeywell Inc
156. Honeywell International Inc
157. Huffy Corp
158. IDEX Corp
159. Illinois Tool Works Inc
160. IMO Industries Inc
161. Indiana Department of Environmental Management
162. Inductotherm Corp
163. Inductotherm Group Co
164. Industrial Holding Corp
165. Industrial Waste Disposal Co. Inc.
166. Ingersoll Rand Co
167. International Business Machine Corp
168. International Comfort Products Corp
169. ITT Corp
170. J.E. Lonergan
171. Jaxcine Guzon
172. JH France Refractories Co
173. JM AC
174. JM Manufacturing Co Inc
175. John Crane Inc
176. Kaiser Gypsum Co Inc
177. KC Wall Products, Inc

178. KCG INC
179. Kelsey-Hayes Company
180. Kimberly-Clark Corporation
181. Kunkle Valve
182. L.M. Berry and Company LLC
183. La Mirada Products Co., Inc.
184. Lau Industries Inc
185. Lennox Industries Inc
186. Lindberg
187. LPL Licensing, L.L.C.
188. Lucent Technologies, Inc.
189. Lynden Keala
190. Marley Cooling Tower
191. Materion Brush Inc
192. McCall Corp.
193. MCI Telecommunications
194. Meadwestvaco Corp
195. Merck Sharp And Dohme Corp
196. Metropolitan Life Insurance
197. Milliken And Co
198. Monsanto Company
199. Monsanto Research Company
200. Morrison Knudsen Corp
201. Mount Vernon Mills Inc
202. National Can Corp
203. National Oilwell Varco Inc
204. NCR Corporation
205. Newell Rubbermaid Inc
206. Newmark LLC
207. Nooter Corp
208. Norma Duttera
209. Occidental Chemical Corp
210. Oglebay Norton
211. Ohio Bell Telephone Company
212. P-Americas, LLC
213. Panelag
214. Pasco Sanitary Landfill Industrial Waste Group
215. Peerless Heater Co
216. Peerless Industries Inc
217. Peerless Pump Co Inc
218. Peerless Transportation Company
219. Pepsi Cola General Bottlers of Ohio, Inc.
220. Pfizer Inc
221. Pharmacia Corp

222. Pharmacia LLC
223. Phoenix Licensing, L.L.C.
224. Plastics Engineering Co
225. Pneumo Abex Llc
226. PPG Industries, Inc.
227. Process Equipment Co Of Tipp City
228. Quigley Inc
229. R J Reynolds Tobacco Company
230. Raytheon Engineering & Constructors
231. Rebecca Goodwin
232. Relizon Company
233. Resco Holdings LLC
234. Reunion Industries Inc
235. Rew Materials, Inc
236. Rexam Beverage Can Co
237. Reynolds and Reynolds Company
238. Rheem Manufacturing Co
239. Richard Goodwin
240. Ric-Will, Inc.
241. Riley Power Inc
242. Riley Stocker Corp
243. Rockwell Manufacturing Co
244. Rogers Corp
245. Rohm And Haas Co
246. Ross Laboratories
247. Rucco Equipment And Magnum Products
248. Rust Engineering Co
249. Rust International Inc
250. Ruud Heating Cooling And Water Heating
251. Saint Gobain Abrasives Inc
252. Sanford Duttera
253. SCA Services of Ohio Inc.
254. Securitas Security Services Usa Inc
255. Sharon Brown-Henry
256. Sherwin-Williams Company
257. Skipprint LLC
258. Special Electric Co Inc
259. Special Materials, Inc
260. Special Shipping Inc.
261. Spence Engineering Co Inc
262. Spirax Sarco Inc
263. Sprint Corporation
264. Sprint Spectrum L.P.
265. Spx Cooling Technologies Inc

266. State of Ohio
267. Stearns-Rogers Corp
268. Sulzer Pumps Us Inc
269. Sun Chemical Corp
270. Sunoco, Inc.
271. Superior Boiler Works Inc.
272. Superior Essex Inc
273. Tecumseh Products Co
274. Tenneco Automotive Operatinc Co, Inc
275. Tenova Core
276. The Duriron Co Inc
277. The Gorman Rupp Co
278. The Kroger Co
279. The Mead Corp
280. The Procter And Gamble Co
281. The William Powell Co
282. Thiem
283. Total Petrochemicals And Refining USA Inc
284. Toyota Motor Sales USA Inc
285. TPI Corp Succ To Fostoria Industries Inc
286. Trane US Inc
287. Treco Constructions Service
288. TRW Automotive Us LLC
289. Tyco Flow Control
290. Tyco International US Inc
291. Tyco Valves & Controls
292. Union Carbide Corp
293. Union City Body Co
294. United Engineers & Constructor
295. United States Department of Defense
296. United States Department of Energy
297. United States of America
298. United States Steel Corpora
299. Universal Refaractories
300. University of Dayton
301. URS Corp
302. URS Energy & Construction Inc
303. Utilimaster Corp
304. Valley Asphalt Corporation
305. Van Dyne-Crotty, Inc.
306. Ventfabrics, Inc.
307. Verizon New York Inc
308. Verizon North LLC

309. Viacom
310. Warren Pumps LLC
311. Warren Pumps, Inc.
312. Warren Rupp Inc
313. Washington Department of Ecology
314. Washington Group International Inc
315. Waste Management of Ohio, Inc.
316. Welco Manufacturing Co
317. Weldun International Ltd
318. Westinghouse Electric Corp
319. Weyerhaeuser Co
320. Willamette Industries Inc
321. Willson Safety Products
322. Wood Conversion Co
323. Workflow Solutions, LLC
324. York International Corp
325. Zurn Industries Inc
326. Zurn Industries LLC

**K. Debtors' equity holders (greater than 5%)**
1. Roy W. Begley, Jr.
2. Gary P. Kreider
3. William C. Martin
4. Raging Capital Management, LLC
5. Raging Capital Master Fund, Ltd.
6. Charles Francis Sherman
7. James L. Sherman
8. James Louis Sherman
9. John Q. Sherman
10. William Patrick Sherman
11. Patricia Lucille Sherman Begley
12. Mary Catherine Sherman Newshawg
13. Helen Louise Sherman Tormey
14. Silver Point Capital L.P.
15. The Fifth Third Bank

**L. Debtor's largest customers**
1. Automatic Data Processing, Inc.
2. Bank of America Corp.
3. Citibank
4. Liberty Mutual Insurance
5. Quest Diagnostics Inc.
6. SR DE Mexico-National
7. TD Bank
8. Verizon

**M. Insurance companies**
1. AIG

2. Allianz SE
3. Allied World
4. Beazley
5. Chartis
6. Chubb
7. CNA Financial Corp.
8. Columbia Casualty Company
9. Continental Casualty
10. Federal Insurance Company
11. Fireman's Fund Ins.
12. FM Global
13. Illinois National Ins Co
14. Liberty Mutual
15. National Fire Insurance of Hartford
16. National Union Fire Insurance Company of Pittsburgh
17. Navigators
18. Safety National
19. Travelers
20. Vigilante Insurance
21. Wright National Flood Insurance Company
22. XL
23. Zurich

**N. Utility providers**
1. Accessline Communications
2. Alaska Communications Systems
3. Ameren Illinois
4. Ameren Missouri
5. Ameren UE
6. American Electric Power Co.
7. AT&T
8. Atmos Energy
9. Austell Gas System
10. Austell Natural Gas System
11. Avaya Financial Services
12. Blair Telephone Company
13. Brandenburg Telephone Co.
14. Century Link
15. Century Telephone
16. Charter Business
17. Chesapeake Utility Corp.
18. Cincinnati Bell
19. City of Brenham Utility
20. City of Darlington
21. City of Fayetteville

22. City of Livermore
23. City of Mesquite
24. City of Ontario
25. City of Orange California
26. City of Salisbury
27. City of Tampa Utilities
28. City of Toccoa
29. Cleco Power LLC
30. Columbia Gas of Massachusetts
31. Columbia Gas of Ohio
32. Columbia Gas of Pennsylvania
33. Comcast
34. Comed
35. Compass Energy Gas Services LLC
36. Connecticut Light & Power
37. Connecticut Water Co. Crwc
38. Connecticut Water Company
39. Consolidated Communications
40. Constellation Newenergy Inc.
41. Cox Communications Inc.
42. Dayton Power & Light Co.
43. Delmarva Power
44. Direct Energy Business
45. Dominion East Ohio
46. DPL Energy Resources Inc.
47. DPLER
48. Duke Energy
49. Duke Energy Progress
50. Duke Energy-Charlotte
51. Duke Energy-Louisville
52. Fairpoint Communications
53. Frontier
54. Frontier Communications
55. Frontier Telephone
56. Gas Co.
57. GCI Communications Corp.
58. Georgia Power Co.
59. Gexa Energy LP
60. Goshen Water & Sewer
61. Granite Telecommunications
62. Greystone Power Corp.
63. Hardin County Water Dist. 1
64. Hawaiian Electric Co.
65. Hawaiian Telecom
66. Hillsborough County Water Dept.
67. Hudson Energy Services Texas

68. Indiana American Water Co.
69. Intercall
70. Jeffersonville Sewer Department
71. Kentucky Utility Co.
72. Laclede Gas Company
73. Level 3 Communications
74. Louisville Gas & Electric Co.
75. Manchester Township
76. MCI Worldcom
77. Met Ed
78. Minnesota Energy Resources
79. Murfreesboro Electric Dept.
80. Murfreesboro Water And Sewer
81. National Fuel Gas Distribution Corporation
82. National Grid
83. Nicor Gas
84. Nipsco
85. North State Communications
86. NSTAR
87. OG & E
88. Oklahoma Natural Gas Co.
89. Pacific Gas & Electric Co.
90. PG & E
91. Piedmont Natural Gas
92. Puerto Rico Telephone
93. Puget Sound Energy
94. Puget Sound Power & Light Co.
95. Questar Gas Company
96. Qwest
97. River Ridge Development Authority
98. Road Runner
99. Rocky Mtn Power-Utah
100. Salt Lake City Corp
101. Shelbyville Public Utilities
102. Sourcegas Arkansas Inc.
103. Southern California Edison
104. Springettsbury Township Sewer
105. Sprint
106. Tampa Electric
107. TDS Metrocom
108. Teco Tampa Electric Co.
109. Time Warner Cable
110. Toccoa Natural Gas
111. Town of Tolland
112. TW Telecom

113. TXU Energy
114. Union Power Cooperative
115. United Communications
116. United Telephone Company
117. VCOM Solutions
118. Vectren
119. Vectren Energy Delivery
120. Verizon
121. Verizon Wireless
122. Village of Coldwater
123. Village of Howard
124. Walton EMC Natural Gas
125. Windstream
126. Xcel Energy
127. Yankee Gas Services
128. York Water Co.

**O.  Ordinary course professionals**

1. Stephen J. Axtell, Esq.
2. Beiser Greer & Landis, LLP
3. David Berry, Esq.
4. Gregory J. Boulbol, Esq.,
5. Kevin Braig, Esq.
6. Brightline CPAs And Associates
7. Brixey & Meyer
8. Robert M. Cavalier, Esq.
9. Davis Wright Tremaine LLP
10. Deloitte & Touche LLP
11. Deloitte Tax LLC
12. Doherty, Wallace, Pillsbury and Murphy, P.C.
13. Ernst & Young LLP
14. Michael Ewing, Esq.
15. Faruki, Ireland & Cox P.L.L.
16. Douglas M. Foley, Esq.
17. Frost Brown Todd LLC
18. Funkunaga Malayoshi Hershey & Ching
19. Bruce Garrison
20. Roshell Grigsby
21. Steve Haughey, Esq.
22. James H. Hershey, Esq.
23. Scott J. Heyman, Esq.
24. Barry D. Horne, Esq.
25. Jeff Ireland, Esq.
26. Scott Kamins, Esq.
27. Kaufman & Canoles

28. David C. Korte, Esq.
29. Thomas H. Lee, Esq.
30. Javier Lizardi, Esq.
31. Lucas and Cavalier, LLC
32. Mark Malloy, Esq.
33. John L. McCarthey, Esq.
34. Jennifer McCave, Esq.
35. McConnell Valdes LLC
36. McGladrey LLP
37. McGuireWoods
38. McInnes Cooper
39. McManis Faulkner
40. James McManis, Esq.
41. Meissner Tierney Fisher & Nichols
42. Jeffrey A. Mullins, Esq.
43. Ronald D Niesley
44. Offit Kurman
45. Ogier
46. Mark J. Payne, Esq.
47. Charles Russell
48. Rutan & Tucker LLP
49. Ryan Smith & Carbine Ltd.
50. L. Scott Seymour, Esq.
51. Shumaker, Loop & Kendrick, LLP
52. Sidley Austin LLP
53. Taft Stettinius & Hollister
54. Thompson Hine
55. Thomson Reuters
56. David J. Ubaldi, Esq.
57. Coolidge Wall
58. Von Wobeser
59. Mark F. Werle
60. David P. Williamson, Esq.
61. Marc Yates

**P. Chapter 11 case professionals for Debtors**
1. Dinsmore & Shohl LLP
2. Gibson Dunn & Crutcher LLP
3. Lazard Freres & Co. LLC
4. Lazard Middle Market, LLC
5. McKinsey Recovery & Transformation Services U.S., LLC
6. Palisades Pension Financial Advisory
7. Prime Clerk
8. Young Conaway Stargatt & Taylor LLP

**Q. Counsel and other advisors retained by other significant parties**
1. Skadden, Arps, Slate, Meagher & Flom LLP
2. Parker Hudson Rainer & Dobbs LLP

**R. United States Bankruptcy Judges in the District of Delaware**
1. Kevin J. Carey
2. Kevin Gross
3. Brendan L. Shannon
4. Laurie Selber Silverstein
5. Christopher S. Sontchi
6. Mary F. Walrath

**S. United States Trustee for the District of Delaware, or any person employed by the Office of the United States Trustee for the District of Delaware**
1. Lauren Attix
2. David Buchbinder
3. Shakima L. Dortch
4. Timothy J. Fox, Jr.
5. Diane Giordano
6. Christine Green
7. Benjamin Hackman
8. Jeffrey Heck
9. Mark Kenney
10. Jane Leamy
11. Tony Murray
12. James R. O'Malley
13. Michael Panacio
14. Tiiara Patton
15. Juliet Sarkessian
16. Richard Schepacarter
17. T. Patrick Tinker
18. Ramona Vinson
19. Michael West
20. Dion Wynn

**T. Potential §363 Purchasers**
1. "Confidential"

**U. Reclamation claimants**
1. DG3 Group America, Inc.

**V.  Other significant parties in interest -**
   1.   John Q. Sherman Trust

2.   William C. Sherman Trust
3.   William C. Sherman Inter Vivos Trust

**SCHEDULE 2**
**TO AFFIDAVIT OF KIM MARTIN LEWIS**

| Name of Entity Searched | Name of Potential Affiliate of Entity that is a Dinsmore Client | Status of Relationship | Brief Description of Representation |
|---|---|---|---|
| 3M | 3M Company | Current | General representation unrelated to the Debtors |
| ADP, Inc. | ADP, Inc. | Current | General representation unrelated to the Debtors |
| AIG | AIG | Current | Litigation representation unrelated to the Debtors |
| AK Steel, Inc. | AK Coal | Current | Real estate and regulatory matters unrelated to the Debtors |
| Alcatel Lucent USA, Inc. | Alcatel-Lucent | Current | General representation unrelated to the Debtors |
| Allizanz SE | Allianz Global Risks US Insurance Company | Current | General representation unrelated to the Debtors |
| Allied World | Allied World Assurance Company | Current | General representation unrelated to the Debtors |
| American Electric Power Co. | American Electric Power Co. | Current | General representation unrelated to the Debtors |
| American Honda Motor Co. | American Honda Motor Co. | Current | General representation unrelated to the Debtors |
| American Optical Corp. | American Optical Corporation | Current | Litigation representation unrelated to the Debtors |
| Anchor Glass Container Corp | Anchor Hocking, LLC | Current | General representation unrelated to the Debtors |
| Anheuser Busch LLC | Anheuser Busch, Inc. Anheuser Busch Companies, Inc. Anheuser Busch InBev | Current | General representation unrelated to the Debtors |
| Anixter International Inc. | Anixter, Inc. | Current | General representation unrelated to the Debtors |
| AT&T | AT&T AT&T Broadband | Current | General representation unrelated to the Debtors |
| Aurora Pump Co | Aurora Pump Co | Current | Litigation representation unrelated to the Debtors |
| Bank of America | Bank of America, N.A. | Current | General representation unrelated to the Debtors |
| Bank of America, N.A. | Bank of America, N.A. | Current | General representation unrelated to the Debtors |
| BASF Corp | BASF Corp | Current | Litigation representation unrelated to the Debtors |
| Beazley | Beazley Group | Current | General representation unrelated to the Debtors |

| Name of Entity Searched | Name of Potential Affiliate of Entity that is a Dinsmore Client | Status of Relationship | Brief Description of Representation |
|---|---|---|---|
| Blaylock Trucking and Waste Removal | Blaylock Trucking and Waste Removal | Current | Environmental representation unrelated to the Debtors |
| BMO Harris Bank, N.A. | BMO/PICO Partners | Current | General representation unrelated to the Debtors |
| Brandenburg Telephone Co. | Brandenburg Telephone Co. | Current | General representation unrelated to the Debtors |
| Bridgestone | Bridgestone/Firestone, Inc. Bridgestone Americas, Inc. Bridgestone Americas Holding, Inc. | Current | General representation unrelated to the Debtors |
| Bridgestone Americas Tire Operations LLC | Bridgestone Americas Tire Operations LLC | Current | General representation unrelated to the Debtors |
| Bridgestone/ Firestone America's Holding, Inc. Bridgestone | Firestone, Inc. Bridgestone Americas, Inc. Bridgestone Americas Holding, Inc. | Current | General representation unrelated to the Debtors |
| Cargill | Cargill, Inc. | Current | General representation unrelated to the Debtors |
| CBRE | CBRE, Inc. | Current | General representation unrelated to the Debtors |
| Cenveo | Cenveo, Inc. | Current | General representation unrelated to the Debtors |
| Charles Francis Sherman | Charles F. Sherman Trust | Current | General representation unrelated to the Debtors |
| Chartis | Chartis Insurance, Inc. | Current | General representation unrelated to the Debtors |
| Chesapeake Utility Corp. | Chesapeake Utility Corp. | Current | Labor and employment representation unrelated to the Debtors |
| Chubb | Chubb Group Insurance Company Chubb Insurance Group, Inc. Chubb Group of Insurance Companies Chubb Insurance Companies Chubb Services Corporation | Current | General representation unrelated to the Debtors |
| Cincinnati Bell | Cincinnati Bell Telephone Company Cincinnati Bell, Inc. | Current | General representation unrelated to the Debtors |
| Cincinnati Financial Corporation | Cincinnati Financial Corporation | Current | General representation unrelated to the Debtors |

| Name of Entity Searched | Name of Potential Affiliate of Entity that is a Dinsmore Client | Status of Relationship | Brief Description of Representation |
|---|---|---|---|
| Cincinnati Insurance Company (The) | Cincinnati Insurance Company<br>Cincinnati Insurance Companies | Current | General representation unrelated to the Debtors |
| Cintas | Cintas Corporation | Current | Workers' compensation representation unrelated to the Debtors |
| CIT Finance LLC CIT Technologies Corporation d/b/a CIT Systems Leasing | CIT Group | Current | General representation unrelated to the Debtors |
| Citibank, N.A. | Citibank, N.A. | Current | General representation unrelated to the Debtors |
| Clark-Reliance Corp | Clark-Reliance Corp | Current | Litigation representation unrelated to the Debtors |
| CNA Financial Corp. | CNA Insurance Companies<br>CNA Insurance | | |
| Coca Cola Refreshments USA, Inc. | The Coca-Cola Company<br>Coca-Cola Bottling Company<br>Coca Cola USA Fountain | Current | Workers' compensation representation unrelated to the Debtors |
| Colliers International | Colliers International | Current | General representation unrelated to the Debtors |
| Comcast | Comcast | Current | General representation unrelated to the Debtors |
| ConAgra | ConAgra Foods, Inc. | Current | General representation unrelated to the Debtors |
| Continental Casulaty | Continental Casualty Company<br>Continental American Insurance Company<br>Continental National Indemnity | Current | General representation unrelated to the Debtors |
| Coolidge Wall | Coolidge Wall | Current | General representation unrelated to the Debtors |
| Cooper Industries, Inc. | Cooper Industries | Current | General representation unrelated to the Debtors |
| Core Furnace Systems Corp | Tenova Core Inc. | Current | Litigation representation unrelated to the Debtors |
| Cox Communications Inc | Cox Communications Inc. | Current | Workers' compensation representation unrelated to the Debtors |
| Cox Media Group Ohio Inc. | Cox Media Group Ohio Inc. | Current | Workers' compensation representation unrelated to the Debtors |

| Name of Entity Searched | Name of Potential Affiliate of Entity that is a Dinsmore Client | Status of Relationship | Brief Description of Representation |
|---|---|---|---|
| Crown Credit Company | Crown Credit Company | Current | Intellectual property representation unrelated to the Debtors |
| Day International Inc. | Day International Inc. | Current | Intellectual property representation unrelated to the Debtors |
| Dayton Daily News | Dayton Daily News | Current | General representation unrelated to the Debtors |
| Dayton Freight Lines Inc. | Dayton Freight Lines Inc. | Current | General representation unrelated to the Debtors |
| Dayton Mailing | Dayton Mailing Services, Inc. | Current | General representation unrelated to the Debtors |
| Dayton Power & Light Co. | Dayton Power & Light Co. | Current | Intellectual property representation unrelated to the Debtors |
| Dayton Rubber Company | Dayton Rubber Company | Current | Intellectual property representation unrelated to the Debtors |
| Dell Financial Services, LP | Dell Computer Corporation | Current | General representation unrelated to the Debtors |
| Deutsche Bank Mexico SA Intui | Deutsche Bank Securities, Inc. | Current | General representation unrelated to the Debtors |
| Domtar Paper Co. LLC | Domtar Paper Co. LLC | Current | Environmental representation unrelated to the Debtors |
| Dow Chemical Co. | Dow Chemical Company Dow Corning | Current | Environmental representation unrelated to the Debtors |
| DPL Energy Resources Inc. | DPL Energy Resources Inc. | Current | Intellectual property representation unrelated to the Debtors |
| Duke Energy | Duke Energy | Current | Environmental representation unrelated to the Debtors |
| Durco | Durco | Current | Intellectual property representation unrelated to the Debtors |
| Duriron Corporation | Duriron Corporation | Current | Environmental and intellectual property representation unrelated to the Debtors |
| E.I. Dupont Nemours and Company | E.I. Dupont de NeMours & Co. | Current | General representation unrelated to the Debtors |

| Name of Entity Searched | Name of Potential Affiliate of Entity that is a Dinsmore Client | Status of Relationship | Brief Description of Representation |
|---|---|---|---|
| Eaton Corp | Eaton Corp | Current | Intellectual property representation unrelated to the Debtors |
| Edward Valve Co | Edward Valve Co | Current | Intellectual property representation unrelated to the Debtors |
| Fedex | FedEx<br>FedEx Ground Package System, Inc.<br>FedEx Corp. | Current | Workers' compensation representation unrelated to the Debtors |
| Fifth Third | Fifth Third Bank<br>Fifth Third Trust Division | Current | General representation unrelated to the Debtors |
| Fifth Third Bancorp | Fifth Third Bancorp | Current | General representation unrelated to the Debtors |
| Fireman's Fund Ins. | Fireman's Fund Insurance Co.<br>Fireman's Fund | Current | General representation unrelated to the Debtors |
| Flowserve | Flowserve Corporation<br>Flowserve US Inc. | Current | Environmental representation unrelated to the Debtors |
| Fluor Corporation | Fluor Corporation | Current | Environmental representation unrelated to the Debtors |
| Ford Motor Company | Ford Motor Company | Current | Intellectual property representation unrelated to the Debtors |
| Frontier Communications | Frontier Communications | Current | Labor and employment representation unrelated to the Debtors |
| General Electric Co | General Electric Co | Current | Intellectual property representation unrelated to the Debtors |
| General Refuse | General Refuse Service | Current | General representation unrelated to the Debtors |
| Georgia Pacific | Georgia Pacific Corporation | Current | General representation unrelated to the Debtors |
| Georgia-Pacific Consumer Products LP | Georgia-Pacific Corporation | Current | General representation unrelated to the Debtors |
| Goodrich Corporation | Goodrich Corporation | Current | General representation unrelated to the Debtors |
| Goodyear Tire & Rubber Company | Goodyear Tire & Rubber Company | Current | General representation unrelated to the Debtors |
| Goodyear Tire and Rubber Co | Wingfoot Commercial Tire Care Systems, LLC | Current | Litigation representation unrelated to the Debtors |

| Name of Entity Searched | Name of Potential Affiliate of Entity that is a Dinsmore Client | Status of Relationship | Brief Description of Representation |
|---|---|---|---|
| Greif, Inc. | Greif, Inc. | Current | Real estate matters unrelated to the Debtors |
| Harris Bank | Harris Trust & Savings Bank Harris Savings Bank | Current | General representation unrelated to the Debtors |
| Harris Corporation | Harris Corporation | Current | General representation unrelated to the Debtors |
| Hewlett-Packard Financial Services Company | Hewlett Packard Corporation | Current | General representation unrelated to the Debtors |
| Hobart Corporation | Hobart Corporation | Current | General representation unrelated to the Debtors |
| Honda | American Honda Motor Co. Honda of America Mfg., Inc. Honda North America, Inc. | Current | General representation unrelated to the Debtors |
| Honeywell Inc | Honeywell Inc | Current | General representation unrelated to the Debtors |
| Huffy Corporation | Huffy Corporation | Current | General representation unrelated to the Debtors |
| IBM | International Business Machines Corp. | Current | General representation unrelated to the Debtors |
| Illinois Tool Works Inc | Illinois Tool Works Inc | Current | Intellectual property representation unrelated to the Debtors |
| Indiana American Water Company | West Virginia American Water Company | Current | General representation unrelated to the Debtors |
| Industrial Waste Disposal Co. Inc. | Industrial Waste Disposal Co. Inc. | Current | Environmental representation unrelated to the Debtors |
| Ingersoll Rand | Ingersoll Rand Ingersoll Rand IR Mining Machinery | Current | Workers' compensation representation unrelated to the Debtors |
| International Paper | International Paper Company | Current | Intellectual property representation unrelated to the Debtors |
| Inversiones Chevere, S.E. | Liberty Mutual Insurance Company | Current | General representation unrelated to the Debtors |
| J B Hunt | J. B. Hunt Transport | Current | Workers' compensation representation unrelated to the Debtors |
| Jones Lang LaSalle America | Jones Lang LaSalle America | Current | Workers' compensation representation unrelated to the Debtors |

| Name of Entity Searched | Name of Potential Affiliate of Entity that is a Dinsmore Client | Status of Relationship | Brief Description of Representation |
|---|---|---|---|
| Kelsey-Hayes Company | Kelsey-Hayes Company | Current | Environmental representation unrelated to the Debtors |
| Kentucky Utility Co. | Kentucky Utility Co. | Current | General representation unrelated to the Debtors |
| Level 3 Communications | Level 3 Communications, LLC | Current | General representation unrelated to the Debtors |
| Liberty Mutual Insurance Company | Liberty Mutual Insurance | Current | General representation unrelated to the Debtors |
| Lindberg | Lindberg | Current | Litigation representation unrelated to the Debtors |
| Louisville Gas & Electric Co. | LG&E and KU Energy, LLC Louisville Gas & Electric | Current | General representation unrelated to the Debtors |
| Lucent Technologies, Inc. | Lucent Technologies, Inc. Alcatel-Lucent | Current | Intellectual property representation unrelated to the Debtors |
| Manchester Township | Manchester, Village of Township of Manchester, Ohio | Current | General representation unrelated to the Debtors |
| Marley Cooling Tower | Marley Cooling Tower | Current | General representation unrelated to the Debtors |
| McGuire Woods | McGuireWoods LLP | Current | General representation unrelated to the Debtors |
| Merck Sharp & Dohme Corp. | Merck Sharp & Dohme Corp. | Current | Litigation representation unrelated to the Debtors |
| Metropolitan Life Insurance | Metropolitan Life Insurance Company | Current | General representation unrelated to the Debtors |
| ML-AI 125 Wacker, LLC | Metropolitan Life Insurance Company | Current | General representation unrelated to the Debtors |
| Monsanto Company | Monsanto Company | Current | Labor and employment representation unrelated to the Debtors |
| Multi Packaging Solutions | Multi Packaging Solutions | Current | General representation unrelated to the Debtors |
| National Union Fire Insurance Company of Pittsburgh | National Union Fire Insurance Co. | Current | General representation unrelated to the Debtors |
| NCR Corporation | NCR Corporation | Current | Environmental representation unrelated to the Debtors |
| Newell Rubbermaid | Newell Rubbermaid | Current | General representation unrelated to the Debtors |

| Name of Entity Searched | Name of Potential Affiliate of Entity that is a Dinsmore Client | Status of Relationship | Brief Description of Representation |
|---|---|---|---|
| Nissan Total | Nissan North America, Inc. | Current | Product liability representation unrelated to the Debtors |
| Old Dominion | Old Dominion Freight Line, Inc. | Current | General representation unrelated to the Debtors |
| Paragon, LP (The) | Paragon Group | Current | General representation unrelated to the Debtors |
| Park Plaza | Park Plaza Associates | Current | General representation unrelated to the Debtors |
| Patricia L. Begley | Patricia L. Begley | Current | General representation unrelated to the Debtors |
| Peerless | Peerless Industries, Inc. | Current | Litigation representation unrelated to the Debtors |
| Pepsi Cola General Bottlers of Ohio | PepsiCo Pepsi Bottling Group | Current | General representation unrelated to the Debtors |
| Pfizer | Pfizer, Inc. | Current | Litigation representation unrelated to the Debtors |
| Pharmacia Corp | Pharmacia Corp | Current | Intellectual property representation unrelated to the Debtors |
| Pharmacia LLC | Pharmacia LLC | Current | Intellectual property representation unrelated to the Debtors |
| Quest Diagnostics | Quest Diagnostics, Inc. Quest Diagnostics Clinical Laboratories | Current | Workers' compensation representation unrelated to the Debtors |
| R J Reynolds Tobacco Company | R J Reynolds Tobacco Company | Current | Litigation representation unrelated to the Debtors |
| Raytheon Engineering & Constructors | Raytheon Engineering & Constructors | Current | General representation unrelated to the Debtors |
| Resco Holdings LLC | Resco Holdings LLC | Current | Litigation representation unrelated to the Debtors |
| Reunion Industries Inc | Reunion Industries Inc | Current | Litigation representation unrelated to the Debtors |
| Rheem Manufacturing Co | Rheem Sales Company, Inc. | Current | Litigation representation unrelated to the Debtors |
| Riley | Riley Stoker Corporation | Current | General representation unrelated to the Debtors |
| Roy Begley | Roy William Begley, Jr. Roy & Patricia Begley Foundation | Current | General representation unrelated to the Debtors |
| Rust Engineering Co | Rust Engineering Co | Current | Litigation representation unrelated to the Debtors |

| Name of Entity Searched | Name of Potential Affiliate of Entity that is a Dinsmore Client | Status of Relationship | Brief Description of Representation |
|---|---|---|---|
| Rust International Inc | Rust International Inc | Current | Litigation representation unrelated to the Debtors |
| Saint Gobain Abrasives Inc | Saint Gobain Abrasives Inc | Current | Litigation representation unrelated to the Debtors |
| Sanmar Corp. | Sanmar, Inc. | Current | General representation unrelated to the Debtors |
| Securital Security Services USA Inc | Securital Security Services USA Inc | Current | Workers' compensation representation unrelated to the Debtors |
| Sherwin Williams Co. | Sherwin Williams Co. | Current | General representation unrelated to the Debtors |
| Shumaker, Loop & Kendrick | Shumaker, Loop &Kenrick | Current | General representation unrelated to the Debtors |
| Skadden, Arps, Slate, Meagher & Flom LLP | Skadden, Arps, Slate, Meagher & Flom LLP | Current | General representation unrelated to the Debtors |
| Software Professionals, Inc. | Software Professionals, Inc. | Current | General representation unrelated to the Debtors |
| State of Ohio | State of Ohio | Current | General representation unrelated to the Debtors |
| Sulzer | Sulzer Pumps (US), Inc. | Current | General representation unrelated to the Debtors |
| Sunoco, Inc. | Sunoco Chemicals, Inc. Sunoco, Inc. | Current | Workers' compensation representation unrelated to the Debtors |
| TD Bank | TD Ameritrade | Current | Bankruptcy representation unrelated to the Debtors |
| Tenneco | Tenneco Automotive | Current | General representation unrelated to the Debtors |
| The Duriron Co Inc | The Duriron Co Inc | Current | Environmental and intellectual property representation unrelated to the Debtors |
| The Kroger Co | The Kroger Co | Current | General representation unrelated to the Debtors |
| The Procter and Gamble Co | The Procter and Gamble Co | Current | General representation unrelated to the Debtors |
| The William Powell Co. | The William Powelll Company | Current | General representation unrelated to the Debtors |
| Toyota Motor Sales USA Inc | Toyota Motor Sales USA Inc | Current | Litigation representation unrelated to the Debtors |
| Travelers | Travelers Insurance Group Travelers Indemnity Company | Current | Litigation representation unrelated to the Debtors |

| Name of Entity Searched | Name of Potential Affiliate of Entity that is a Dinsmore Client | Status of Relationship | Brief Description of Representation |
|---|---|---|---|
| TRECO Constructions Service | Treco Constructions Service, Inc. | Current | Litigation representation unrelated to the Debtors |
| TRW Automotive US LLC | TRW Automotive Us LLC | Current | Environmental representation unrelated to the Debtors |
| United Parcel | United Parcel Service UPS Freight | Current | Litigation representation unrelated to the Debtors |
| United Parcel (Package) | UPS | Current | General representation unrelated to the Debtors |
| United States | United States of America | Current | General representation unrelated to the Debtors |
| University of Dayton | University of Dayton University of Dayton Research Institute | Current | General representation unrelated to the Debtors |
| US Steel | US Steel Corporation | Current | General representation unrelated to the Debtors |
| Van Dyne-Crotty, Inc. | Van Dyne-Crotty Company | Current | General representation unrelated to the Debtors |
| Velocity Express | Velocity Express, Inc. | Current | General representation unrelated to the Debtors |
| Verizon | Verizon/GTE Verizon West Virginia, Inc. Verizon Wireless, LLC | Current | Litigation representation unrelated to the Debtors |
| Viacom | Viacom, Inc. | Current | General representation unrelated to the Debtors |
| Waste Management | Waste Management Industrial Services Waste Management Waste Management of Ohio, Inc. | Current | General representation unrelated to the Debtors |
| Wells Fargo | Wells Fargo Bank, N.A. Wells Fargo Securities, LLC | Current | General representation unrelated to the Debtors |
| Xerox | Xerox Corporation | Current | Workers' compensation representation unrelated to the Debtors |
| XL | XL Specialty Insurance Company XL Insurance Company, Inc. XL Insurance | Current | General representation unrelated to the Debtors |
| Xpedx | Xpedx | Current | General representation unrelated to the Debtors |

| Name of Entity Searched | Name of Potential Affiliate of Entity that is a Dinsmore Client | Status of Relationship | Brief Description of Representation |
|---|---|---|---|
| Zurich | Zurich Insurance Company<br>Zurich North America<br>Zurich Insurance Company of Canada<br>Zurich Director Underwriters | Current | General representation unrelated to the Debtors |
| [Confidential] | [Confidential/Potential Purchaser] | Current | General representation unrelated to the Debtors |
| [Confidential] | [Confidential/Potential Purchaser] | Current | General representation unrelated to the Debtors |