**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | **Hearing Date: April 13, 2015 at 10:00 a.m. (ET)**<br>**Obj. Deadline: April 6, 2015 at 4:00 p.m. (ET)** |

**NOTICE OF APPLICATION**

TO:   (I) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF
DELAWARE; (II) HOLDERS OF THE 50 LARGEST UNSECURED CLAIMS ON A
CONSOLIDATED BASIS AGAINST THE DEBTORS; (III) COUNSEL FOR SILVER
POINT FINANCE, LLC, IN ITS CAPACITY AS ADMINISTRATIVE AGENT
UNDER THE DEBTORS' FIRST LIEN CREDIT AGREEMENT AND SECOND LIEN
CREDIT AGREEMENT; (IV) COUNSEL FOR BANK OF AMERICA, N.A., IN ITS
CAPACITY AS ADMINISTRATIVE AGENT UNDER THE DEBTORS' AMENDED
AND RESTATED LOAN AND SECURITY AGREEMENT; (V) COUNSEL TO THE
AGENTS UNDER THE DEBTORS' PROPOSED DEBTOR-IN-POSSESSION
FINANCING FACILITY; AND (VI) ALL PARTIES THAT HAVE FILED A NOTICE
OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS PURSUANT TO
BANKRUPTCY RULE 2002.

        PLEASE TAKE NOTICE that The Standard Register Company and its affiliated
debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the
"Debtors") filed the **Debtors' Application for Order (I) Authorizing the Retention and
Employment of Lazard Freres & Co. LLC and Lazard Middle Market LLC as Investment
Banker to the Debtors,** *Nunc Pro Tunc* **to the Petition Date and (II) Waiving Certain
Information Requirements of Local Rule 2016-2** (the "Application") with the United States
Bankruptcy Court for the District of Delaware (the "Court").

        PLEASE TAKE FURTHER NOTICE that any objections to the relief requested
in the Application must be filed on or before **April 6, 2015 at 4:00 p.m. (ET)** (the "Objection
Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824

---

[1]   The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  The
Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register
Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard
Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register
Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard
Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001).  The
headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

N. Market Street, Wilmington, Delaware 19801.  At the same time, you must serve a copy of any objection upon the proposed undersigned counsel to the Debtors so as to be received on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE THAT A HEARING TO CONSIDER THE APPLICATION WILL BE HELD ON **APRIL 13, 2015 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE BRENDAN L. SHANNON, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM #1, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR A HEARING.**

[*Signature Page Follows*]

Dated:    March 23, 2015
          Wilmington, Delaware

*/s/ Kara Hammond Coyle*
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Maris J. Kandestin (No. 5294)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
mnestor@ycst.com
kcoyle@ycst.com
mkandestin@ycst.com
amagaziner@ycst.com

-and-

Robert A. Klyman (CA No. 142723)
Samuel A. Newman (CA No. 217042)
Jeremy L. Graves (CO No. 45522)
Sabina Jacobs (CA No. 274829)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-1512
Telephone:  (213) 229-7000
Facsimile:  (213) 229-7520
rklyman@gibsondunn.com
snewman@gibsondunn.com
jgraves@gibsondunn.com
sjacobs@gibsondunn.com

*Proposed Counsel to the Debtors and*
*Debtors in Possession*

01:16841718.1