# **EXHIBIT C**

# **TORGOVE DECLARATION**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15- 10541 (BLS) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF ANDREW TORGOVE
IN SUPPORT OF DEBTORS' APPLICATION FOR ORDER (I) AUTHORIZING
THE RETENTION AND EMPLOYMENT OF LAZARD FRERES & CO. LLC
AND LAZARD MIDDLE MARKET LLC AS INVESTMENT BANKER TO THE
DEBTORS, *NUNC PRO TUNC* TO THE PETITION DATE AND (II) WAIVING
<u>CERTAIN INFORMATION REQUIREMENTS OF LOCAL RULE 2016-2</u>**

ANDREW TORGOVE, makes this declaration pursuant to 28 U.S.C. § 1746 and states:

1.      I am Managing Director of the firm Lazard Middle Market LLC ("<u>LMM</u>"), a

wholly-owned subsidiary of Lazard Frères & Co. LLC ("<u>Lazard Frères</u>" and together with LMM,

"<u>Lazard</u>") which has an office at 600 Fifth Avenue, Eighth Floor, New York, New York 10020.

I am authorized to make this declaration on behalf of LMM and in support of the application (the

"<u>Application</u>")[2] of the above-captioned debtors and debtors in possession (the "<u>Debtors</u>") for

entry of an order authorizing the retention and employment of Lazard as investment banker to

the Debtors *nunc pro tunc* as of the Petition Date and seeking related relief.  Unless otherwise

---

[1]     The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001).  The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2]     Each capitalized term used, but not otherwise defined herein, shall have the meaning ascribed to such term in the Application.

stated in this declaration, I have personal knowledge of the facts set forth herein.[3]  Lazard was

retained pursuant to the engagement letter agreement by and between Lazard Frères and the

Debtors dated December 27, 2014 (the "Engagement Letter" a copy of which is attached as

Exhibit B to the Application); and that certain indemnification letter, dated as of December 27,

2014, (the "Indemnification Letter" a copy of which is attached to the Engagement Letter as

Addendum A), the terms of which were incorporated into the Engagement Letter.

## LAZARD'S QUALIFICATIONS

2.      Lazard Frères is the primary U.S. operating subsidiary of a preeminent

international financial advisory and asset management firm.  Lazard Frères, together with its

predecessors and affiliates, has been advising clients around the world for over 150 years.

3.      Lazard has dedicated professionals who provide restructuring services to its

clients, which services include those sought of Lazard as an investment banker as requested by

the Debtors herein.  Lazard's current managing directors, directors, vice presidents and

associates have extensive experience working with financially troubled companies seeking to sell

substantially all of their assets and other complex financial restructurings both out-of-court and

in chapter 11 proceedings.  Lazard and/or its principals have been retained by debtors, creditors

and equity constituencies and government agencies in many chapter 11 proceedings, including,

*inter alia*:  *In re Dendreon Corporation*, No. 14-12515 (Bankr. D. Del. 2014); *In re QCE*

*Finance LLC*, No. 14-10543 (PJW) (Bankr. D. Del. April 22, 2014); *In re Savient Pharm., Inc.,*

Case No. 13-12680 (MFW) (Bankr. D. Del. Nov. 19, 2013); *In re Allen, Inc. and All Veg, LLC*,

No. 13-73597 (BTB) (Bankr. W.D. Ark. Sept 27, 2013); *In re Exide Techs.,* Case No. 13-11482

(KJC) (Bankr. D. Del. July 11, 2013); *In re A123 Sys., Inc.,* Case No. 12-12859 (KJC) (Bankr. D.

---

[3]      Certain disclosures herein relate to matters within the personal knowledge of other professionals at Lazard and are based on information provided by them.

Del. Nov. 9, 2012); *In re Cagle's, Inc. et al.*, Case No. 11-80202 (Bankr. N.D. Ga. 2011); *In re Graceway Pharm., LLC*, Case No. 11-13036 (PJW) (Bankr. D. Del. Oct. 17, 2011); *In re PTL Holdings LLC, et al.*, Case No. 11-12676 (Bankr. D. Del. 2011), *In re Bowe Systems, Inc., et al.*, Case No. 11-11187 (Bankr. D. Del. 2011); *In re Chem Rx Corporation, Inc., et al.*, Case No. 10-11567 (Bankr. D. Del. 2010), *In re American Safety Razor Company, LLC, et al.*, Case No. 10-12351 (Bankr. D. Del. 2010), *In re True Temper Sports, Inc., et al.*, Case No. 09-13446 (Bankr. D. Del. 2009), *In re Hayes Lemmerz International, Inc., et al.*, Case No. 09-11655 (Bankr. D. Del. 2009), *In re Smurfit-Stone Container Corp.*, Case No. 09-10235 (BLS) (Bankr. D. Del. Feb. 23, 2009).  Overall, since 1990, Lazard's professionals have been involved in over 250 restructurings, representing over $1 trillion in debtor assets.

## EXPENSES

4.      Lazard charges its clients for reasonably incurred, out-of-pocket expenses associated with an assignment.  Except as necessary to comply with an applicable order of this Court, all such expense billings are in accordance with Lazard's customary practices.

## LAZARD'S DISINTERESTEDNESS

5.      In connection with its proposed retention by the Debtors in this case, Lazard undertook to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors.  Specifically, Lazard obtained from the Debtors' counsel the names of individuals and entities that may be parties in interest in these chapter 11 cases (the "Potential Parties in Interest"), which parties are listed on Schedule 1 annexed hereto.  Lazard has researched LMM's and Lazard Frères' electronic client files and records to determine its connections with any Potential Parties in Interest.  Pursuant to the Engagement Letter, Lazard may continue to provide services to affiliates of the Debtors.  To

the extent that I have been able to ascertain that LMM or Lazard Frères has been retained within the last three years to represent any of the other Potential Parties in Interest (or their apparent affiliates, as the case may be) in matters unrelated to these cases, such parties are listed on Schedule 2 annexed hereto.  Lazard's representation of each entity listed on Schedule 2 (or its apparent affiliate, as the case may be), however, was or is only on matters that are unrelated to the Debtors or this case.  Other than as listed on Schedule 2, I am unaware of any engagements of LMM or Lazard Frères by the Potential Parties in Interest within the last three years.  Given the size of Lazard and the breadth of their client bases, it is possible that LMM or Lazard Frères may now or in the future be retained by one or more of the Potential Parties in Interest in unrelated matters without my knowledge.  To the extent that LMM or Lazard Frères discovers any, or enters into any new, material relationship with Potential Parties in Interest, it will supplement this disclosure to the Court promptly.

6.      In addition to the parties listed on Schedule 2, LMM and/or Lazard Frères may represent, or may have represented, affiliates of Potential Parties in Interest and LMM and/or Lazard Frères may have worked with, continue to work with, and/or have mutual clients with, certain accounting and law firms who appear on the Potential Parties in Interest list.  LMM and/or Lazard Frères may also represent, or may have represented in the past, committees or groups of lenders or creditors in connection with certain restructuring or refinancing engagements, which committees or groups include, or included, entities that appear on the Potential Parties in Interest list.

7.      Although we have researched the Potential Parties in Interest list, the Debtors may have customers, creditors, competitors and other parties with whom they maintain business relationships that are not included as Potential Parties in Interest and with whom LMM and/or

Lazard Frères may maintain business relationships. Additionally, as noted above, LMM and Lazard Frères are US operating subsidiaries of an international financial advisory and asset management firm and thus have several legally separate and distinct affiliates. Although it is possible that employees of certain affiliates may assist Lazard in connection with Lazard's engagement, as LMM and Lazard Frères are the only entities being retained by the Debtors, we have researched only the electronic client files and records of LMM and Lazard Frères, not of all of their affiliates, to determine connections with any Potential Parties in Interest.

8.      LMM and Lazard Frères also have asset management affiliates, Lazard Asset Management LLC ("LAM") and Lazard Frères Gestion SAS ("LFG"), and an affiliate, Edgewater HoldCo LLC, that holds interests in the management companies for certain private funds (collectively, "Edgewater"). Each of LAM, LFG and Edgewater is operated as a separate and distinct affiliate and is separated from LMM's and Lazard Frères' other businesses, although Lazard Frères receives payments from LAM and Edgewater generated by their respective business operations. As part of their regular business operations, LAM and LFG may act as investment advisor for or trade securities (including in discretionary client accounts, and through the operation of hedge funds and mutual funds, in which cases investment decisions are made by LAM or LFG), including on behalf of creditors, equity holders or other parties in interest in these cases, and Lazard or its affiliates, managing directors and employees. Some of these LAM accounts and funds may now or in the future hold debt or equity securities of the Debtors or the Debtors' creditors, equity holders or other parties in interest in these cases, and LAM may have relationships with such parties. Similarly, some of these LFG accounts and funds may have held, may now hold and may in the future hold, and some of the investment funds managed by Edgewater may now or in the future hold debt or equity securities of the Debtors or the Debtors'

creditors, equity holders or other parties in interest in these cases. Additionally, the Debtors, creditors, equity holders or other parties in interest in these cases, and LMM, Lazard Frères or their respective affiliates, managing directors and employees, may be investors in investment funds that are managed by Edgewater. LMM and Lazard Frères have in place compliance procedures to ensure that no confidential or non-public information concerning the Debtors has been or will be available to employees of LAM, LFG or Edgewater.[4]

9.      Other than as disclosed herein, Lazard has no relationship with the Debtors of which I am aware after due inquiry.

10.     Based upon the foregoing, I believe Lazard is "disinterested" as defined in section 101(14) of the Bankruptcy Code and does not hold or represent an interest materially adverse to the Debtors or their estates.

---

[4]     Effective May 10, 2005, Lazard Frères transferred its then existing alternative investments business (which includes fund management and investment, but which did not include (and was prior to Lazard Frères' acquisition of) Edgewater) and capital markets business (which included equity research, syndicate, sales and trading) to new privately-held companies, Lazard Alternative Investments LLC ("LAI") and FM Partners Holdings LLC (formerly Lazard Capital Markets LLC) ("FM"), respectively, which were and are neither owned nor controlled by Lazard Frères. LAI and FM were and are owned and operated by LMDC Holdings LLC (formerly LFCM Holdings LLC) ("LMDC"), which is owned in large part by former and current Lazard Frères managing directors. LMDC was and is separate from Lazard Frères and its businesses. LMDC does not hold any proprietary interest in any of the Debtor's debt or equity securities. From May 10, 2005 to August 14, 2014, Lazard Frères and FM referred business to one another, and paid fees to one another, pursuant to a business alliance agreement that is no longer in effect. If FM acted as underwriter in connection with offerings by Potential Parties in Interest in the last three years (and during the term of the business alliance agreement), such parties have been listed on Schedule 2).

I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

_____

Andrew Torgove
Managing Director

Executed this 23rd day of March, 2015

# **SCHEDULE 1**

## **POTENTIAL PARTIES IN INTEREST**

**Interested Parties**

**A. Debtors and their non-debtor subsidiaries**
1. The Standard Register Company
2. Standard Register Technologies, Inc.
3. iMedConsent, LLC
4. Standard Register Technologies Canada ULC
5. Standard Register Mexico Holding Company
6. Standard Register Holding Company
7. Standard Register International, Inc.
8. Standard Register of Puerto Rico Inc.
9. Standard Register Holding, S. de R.L. de C.V.
10. Standard Register Servicios, S. de R.L. de C.V.
11. Standard Register de Mexico, S. de R.L. de C.V.
12. WorkflowOne, LLC

**B. Debtors' officers and directors**
1. Joseph P. Morgan, Jr.
2. Robert M. Ginnan ("Bob")
3. John G. King
4. Greg J. Greve
5. Joseph L. Klenke
6. Jeffrey L. Moder ("Jeff")
7. Amy L. Reilly
8. Gerard D. Sowar ("Gerry")
9. Diana Tullio
10. Terry Williams
11. F. David Clarke, III
12. Roy W. Begley ("Robin")
13. Anthony J. DiNello
14. Frederic F. Brace ("Jake")
15. R. Eric McCarthey
16. Robert A. Peiser
17. John J. Schiff, Jr.
18. John Q. Sherman, II
19. William P. Lee
20. David P. Bailis
21. Julie D. Klapstein
22. Joanne Cummins
23. Williams Lee

**C. Major business affiliations of the debtors' officers and directors and related persons**
1. Clarke-Hook Corporation
2. Anixter International Inc.
3. The Shelty-Viking Capital Group LLC
4. Vistage International
5. Crestlight Venture Productions
6. Ginzinga Naturals, LLC
7. USA Truck, Inc.
8. Primary Energy Recycling Company Corp.
9. Cincinnati Financial Corporation
10. The Cincinnati Insurance Company

11. Fifth Third Bancorp
12. The Fifth Third Bank
13. Cincinnati Bengals, Inc.
14. John J. and Thomas R. Schiff & Co., Inc.
15. A. Rifkin Company
16. Silver Point Capital, L.P.
17. Granite Broadcasting, Inc.
18. Nautic Global Group, Inc.
19. Novasep Holdings, S.A.S.
20. Annies, Inc.

**D. Debtors' secured creditors**
1. Silver Point Capital
2. Silver Point Capital, L.P.
3. Silver Point Finance, LLC
4. Silver Point Capital Fund, L.P.
5. SPCP Group, LLC
6. SPF CDO I, LTD
7. SPCP Group III LLC
8. Credit Suisse AG, Cayman Island Branch
9. Credit Suisse Loan Funding LLC
10. Sargas CLO II Ltd.
11. WG Horizons CLO I
12. West Gate Horizons Advisors LLC
13. DLJ Investment Partners, L.P.
14. DLJ Investment Partners II, L.P.
15. DLJIP II Holdings, L.P.
16. Credit Suisse
17. Bank of America, N.A.
18. Wells Fargo
19. Canon Solutions America, Inc.
20. Cisco Systems Capital Corporation
21. Crown Credit Company
22. Dell Financial Services LP
23. E. I. Dupont De Nemours And Company
24. Fujifilm
25. Fujifilm North America Corporation
26. Harold M. Pitman Company
27. Hewlett-Packard Financial Services Company
28. Northstar Recycling Company, Inc.
29. Northstar Recycling Group, Inc.
30. Oce Financial Services, Inc.
31. Oce North America, Inc.
32. Software Professionals, Inc.
33. Tilt-Lock Inc.
34. Xerox Corporation
35. CIT Technologies Corporation d/b/a CIT Systems Leasing
36. CIT Finance LLC
37. Georgia-Pacific Consumer Products LP
38. Raymond Leasing Corporation
39. Dainippon Screen Graphics (USA), LLC
40. SmartWorks.com, Inc.

**E.  Debtors' 50 largest unsecured creditors on a consolidated basis as identified in their chapter 11 petitions**

1. The Pension Benefit Guaranty Corporation
2. Timothy Webb
3. Georgia Pacific Corp
4. Gary Becker
5. Salesforce Com Inc.
6. Michael Spaul
7. Volt Consulting
8. Mark Platt
9. Craig Stockmal
10. Peter Redding
11. Washington State Department of Ecology
12. Westborough (The Realty Associates Fund IX, c/o Lincoln Property Company)
13. Avery Dennison
14. Joseph Custer
15. Purchase Power
16. Bank Of America
17. Carolinas Shared Services (subgroup within Premier GPO)
18. Business Card Service
19. Appvion Inc
20. John Harden
21. Dennis  Rediker
22. Tenet (subgroup within MedAssets GPO comprised of about 45 hospitals)
23. HP Enterprise Services LLC
24. Kathryn Lamme
25. GLS Graphic Label Solutions
26. Earth Color
27. Precision Dynamics Corp
28. Craig Brown
29. Rajendra Mehta
30. Virginia Rafferty
31. Jack Marshall
32. Unisource Worldwide Inc
33. Michael Wolk
34. Flexcon Company Inc.
35. Edward Keiper
36. Xpedx LLC
37. Lithia Springs
38. Novation GPO
39. Robert Assini
40. Sanmar Corp.
41. Partners Healthcare
42. Nevs Ink Inc
43. Source Technologies Inc
44. Domtar Paper Co LLC
45. Cass Information Systems
46. Dayton Mailing Services
47. Bruce Moses
48. Catholic Contracting Group (CCG)
49. Independent Printing Co Inc.
50. Nissan Total

**F.  Debtor's landlords**

1. ColFin Cobalt Industrial Reit II
2. ProLogis Trust
3. Liberty Property Trust
4. Windmill 1
5. Double Nickel
6. The Realty Associates Fund IX
7. Lincoln Property Company
8. Ninth 209, LLC
9. Sandusky Investments LTD
10. BRE/COS 1 LLC
11. Alan D Palmer
12. Brookwood Four Points Investor
13. First National Bank Alaska
14. Rita Blumenfeld
15. MCI CIF LLC
16. Naifco Realty
17. Owen Properties
18. Pacific Realty Associates,
19. ProLogis
20. GCCFC 2005-GG5 1255 Terminus I
21. 21 Parker Drive, LLC
22. Twenty Park Plaza, LLC
23. American Heart Association
24. The Arbor, LLC
25. PS Business Parks
26. Robert J. DiLeonardo
27. West Willows Amherst Portfolio
28. Burt Jordan Realtors
29. Sublease - Czarnowski Display
30. Tel-Bingham Associates
31. CRP-2 Holdings, AA, LP
32. HART NJ8A-I LLC
33. 100-200 CCC, Inc
34. TAK Realty and Investment, LLC
35. LSOP 3 MD 2, LLC
36. Fairview Plaza JLC LLC
37. One Telcom, LLC
38. FSBT, Inc
39. Peachtree II and III,
40. BWC Exchangepoint LLC
41. 588 Associates, LP
42. 1040 Ave. of the Americas LLC
43. Flexible Office Solutions, LLC
44. Harris Bank
45. ML-AI 125 Wacker LLC
46. Inversiones Chevere, S.E.
47. Stonegate Partners I, LLC
48. Commodore Drive, LP
49. The Paragon, LP
50. Trotter Holdings LLC dba
51. A&B Properties Inc, 822 Bishop
52. Exeter 700 Patrol, LLC
53. Trafalgar Investments LLC
54. Duetsche Bank Mexico SA
55. MPC Holdings, LLC

56. Paragano Holdings, LLC
57. 55 Broadway Associates, LLC
58. Chipman Miles
59. TR Crownpointe Corp.
60. Carlsen Investment, LLC
61. Valley Freeway Corporate Park,
62. CIR III-1 Reit
63. BRE/Industrial Portfolio Holdings LLC
64. Kyrene 919280, LLC
65. Pattillo Foundation
66. CRA-CAR, LLC
67. Hillcrest Real Estate Development Co LLC
68. Blue Water Road LLC
69. C.K. Enterprises of Watseka, I
70. Princetons Properties Inc
71. Westboro Two LLC
72. American Asset Corporation
73. Block Hawley Commercial Real Estate Services
74. BMO Harris Bank N.A.
75. Bridlewood Executive Suites
76. Bruns Building and Development
77. CAM, Inc.
78. Carruth Capital LLC
79. CBRE, Inc.
80. Colliers International
81. Colliers International Asset
82. Core Partners
83. Cushman & Wakefield of NJ Inc.
84. D.L. Saunders Real Estate
85. Double Nickel
86. G&E Real Estate Management Services Inc
87. Harbor Group Management Company
88. Hill Properties
89. Jones Lang LaSalle America
90. Juno Commercial Real Estate, I
91. Larken Associates
92. Lincoln Property Company
93. Mackenzie Mgmt Company
94. Mallard Creek Investors LLC
95. Meridian Business Park
96. Metro Office Park
97. Newmark Grubb Knight Frank
98. Newmark Grubb Memphis
99. Northwest Building LLC
100. Oliver and Company, Inc.
101. Patillo Industrial Real Estate
102. Property Management Associates of WNY Inc
103. Shekley
104. Solon Gershman Inc.
105. Swanson Holdings LLC
106. The Charter Group
107. Transwestern Commercial Service
108. Westside Investment Partners
109. Wilson Property Services, Inc.

**G. Largest vendors and subcontracting vendors**
1. Adair Printing Technologies
2. Adecco Employment Services
3. Appvion Inc.
4. Avery Dennison
5. Bay State Envelope
6. Bestforms Inc.
7. Business Card Service Inc.
8. Business Stationery
9. Cass
10. Cenveo
11. Customgraphix
12. Data Card Corp.
13. Domtar Paper Co. LLC
14. Ennis Business Forms Inc
15. Enterprise Group/A Division of Domtar Paper Co. LLC
16. Fasson
17. FCL Graphics Inc.
18. Flesh Company
19. Flexcon Company
20. Georgia Pacific Corp.
21. Glatfelter
22. GLS Graphic Label Solutions
23. Hewlett-Packard
24. HM Graphics Inc.
25. International Paper
26. JDS Graphics Inc.
27. Kirkwood Printing
28. Multi Packaging Solutions
29. Nationwide Envelope Specialists Inc.
30. Nevs Ink Inc.
31. Novation LLC
32. PJ Printers
33. Precision Dynamics Corp.
34. Raff Printing Inc.
35. Rollsource
36. Seebridge Media LLC
37. Total Printing Services LLC
38. Unisource Worldwide Inc.
39. Volt Consulting
40. Wright Enterprises Holding Co.
41. Xerox Corp.
42. XGS.IT
43. Xpedx

**H. Largest freight vendors/providers**
1. Dayton Freight Lines Inc.
2. Dynamex Operations East
3. Fedex Corp.
4. Fedex Freight East Inc.
5. J B Hunt Transport Inc.
6. Old Dominion Freight Line Inc.
7. Rush Transportation & Logis
8. United Parcel (Package)

9. UPS Supply Chain Solutions Inc.
10. Velocity Express

**I. Other "significant" vendors as identified by Debtors**
1. Adobe
2. Corepoint
3. FIS
4. IBM
5. Instream
6. L&H Signs
7. Salar
8. Salar OEM
9. Smart-ER
10. Viridian
11. Zafesoft

**J. Parties relating to significant litigation involving the Debtors**
1. 3M CO
2. A. Schulman Inc
3. A.E. Fickert and Sons Inc.
4. A.E. Fickert, Inc.
5. Abbott Laboratories
6. ABCO Construction
7. Abex Corp
8. Acon Inc.
9. Acoustical Systems Inc.
10. Affinity Express, Inc.
11. AK Steel Corporation
12. Alcatel Lucent Usa, Inc.
13. Alliance Machine Co
14. American Axle And Manufacturing
15. American Business Forms
16. American Honda Motor Co
17. American Optical Corp
18. American Solutions for Business
19. American Standard Inc
20. Ameron International Corp
21. Anchor Danly LLC
22. Anchor Glass Container Corp
23. Anheuser Busch LLC
24. AO Smith Corp
25. Aqua-Chem, Inc.
26. Ardagh Glass Inc
27. Armco
28. Armstrong Pumps Inc
29. Arvinmetiro, Inc.
30. Astenjohnson Inc
31. AT&T Corp
32. Aurora Pump Co
33. Avery Dennison Corp
34. Avocet Enterprises Inc
35. Bacou Dalloz
36. Barry Controls
37. Basf Corp
38. Beazer East
39. Bechtel Inc
40. Bf Goodrich Co
41. Bingham Pumps
42. Blaylock Trucking and Waste Removal
43. Bondstrand
44. Borg Warner Morse Tec Inc
45. Borg-Warner Corp.
46. Bradford Soap International, Inc.
47. Bridgestone Americas Tire Operations LLC
48. Bridgestone Firestone Inc.
49. Bridgestone/Firestone America's Holding, Inc.
50. Britisher Htg And Cooling
51. Brush Wellman Int'l Inc
52. Burns International Services Corp
53. Butt Construction Co Inc
54. Butt Construction Co LLC
55. BW/IP International Inc
56. Byron Jackson Pump Division
57. Carborundum Co
58. Cargill, Inc.
59. Carrier Corp
60. Catalystic
61. CBS Corp
62. Certain-Teed Corp
63. Chaotic Moon LLC
64. Chass Brass And Copper Co LLC
65. Chemineer, Inc.
66. Chicago Bridge And Iron Co
67. Chicago Gasket Co
68. Cintas Corporation
69. City of Dayton, Ohio
70. CL Zimmerman Co
71. Clark Asbestos Hi Statutory Agent, Inc.
72. Clark Industrial Insulation Co
73. Clark-Reliance Corp
74. Cleaver Brooks
75. Coca-Cola Refreshments USA, Inc.
76. Conagra Grocery Products Company
77. Container Services Inc.
78. Continental Fibre Drum, Inc.
79. Continental Teves
80. Conwed Corp
81. Cooper Industries Inc
82. Copes Vulcan Inc
83. Core Furnace Systems Corp
84. Cox Media Group Ohio Inc.
85. Crane Co
86. Crown Cork & Seal USA Inc
87. CSR, Inc
88. CSR, Ltd
89. Cutler Hammer, Inc.
90. Dana Companies LLC
91. Daniel International Corp
92. DAP Inc.
93. DAP Products, Inc.

94. Day International Inc.
95. Dayton Board of Education
96. Dayton Daily News
97. Dayton Industrial Drum, Inc.
98. Dayton Journal Herald
99. Dayton Power and Light Company
100. Dayton Rubber Company
101. Dayton Tire and Rubber Company
102. Deborah Gelinas
103. Despatch Industries Inc
104. Devcon Corp
105. Domtar Industries LLC
106. Dow Chemical Co
107. Dravo Corp
108. Durco
109. Duriron Corporation
110. Duro Dyne Corp
111. Eagle Technologies Group
112. Eaton Corp
113. Ecodyne Limited
114. Edward Valve Co
115. Eli Lilly And Co
116. Emerson Electric Co
117. Essex Wire Corp
118. Ferro Engineering
119. Fickert Devco Inc.
120. Flowserve Corporation
121. Flowserve US Inc
122. Fluor Corp
123. Fluor Enterprises Inc
124. Ford Motor Co
125. Formosa Plastics Corp USA
126. Foster Wheeler Corp
127. Franklin Iron & Metal Corp.
128. Fruehauf Corp
129. Fruehauf Trailer Corp
130. Gardner Denver Inc
131. General Electric Co
132. General Refractories Co
133. General Refuse Service Inc.
134. Georgia Pacific Consumer Operations LLC
135. Georgia Pacific Corporation
136. Georgia-Pacific LLC
137. GlaxoSmithKline LLC
138. GMZ INC
139. Goodrich Corp
140. Goodyear Tire And Rubber Co
141. Goulds Pumps Ipg Inc
142. Greif Inc
143. Grinnell LLC
144. Guide Corp
145. H.K. Ferguson
146. Hamilton Sundstrand Corp
147. Hanson Systems LLC
148. Harris Corporation
149. Harris Seybold Co.
150. Health Conservation Inc
151. Hercules Inc
152. Hewitt Soap Works, Inc.
153. Hobart Corporation
154. Homasote Co
155. Honeywell Inc
156. Honeywell International Inc
157. Huffy Corp
158. IDEX Corp
159. Illinois Tool Works Inc
160. IMO Industries Inc
161. Indiana Department of Environmental Management
162. Inductotherm Corp
163. Inductotherm Group Co
164. Industrial Holding Corp
165. Industrial Waste Disposal Co. Inc.
166. Ingersoll Rand Co
167. International Business Machine Corp
168. International Comfort Products Corp
169. ITT Corp
170. J.E. Lonergan
171. Jaxcine Guzon
172. JH France Refractories Co
173. JM AC
174. JM Manufacturing Co Inc
175. John Crane Inc
176. Kaiser Gypsum Co Inc
177. KC Wall Products, Inc
178. KCG INC
179. Kelsey-Hayes Company
180. Kimberly-Clark Corporation
181. Kunkle Valve
182. L.M. Berry and Company LLC
183. La Mirada Products Co., Inc.
184. Lau Industries Inc
185. Lennox Industries Inc
186. Lindberg
187. LPL Licensing, L.L.C.
188. Lucent Technologies, Inc.
189. Lynden Keala
190. Marley Cooling Tower
191. Materion Brush Inc
192. McCall Corp.
193. MCI Telecommunications
194. Meadwestvaco Corp
195. Merck Sharp And Dohme Corp
196. Metropolitan Life Insurance
197. Milliken And Co
198. Monsanto Company
199. Monsanto Research Company
200. Morrison Knudsen Corp
201. Mount Vernon Mills Inc
202. National Can Corp
203. National Oilwell Varco Inc

204. NCR Corporation
205. Newell Rubbermaid Inc
206. Newmark LLC
207. Nooter Corp
208. Norma Duttera
209. Occidental Chemical Corp
210. Oglebay Norton
211. Ohio Bell Telephone Company
212. P-Americas, LLC
213. Panelag
214. Pasco Sanitary Landfill Industrial Waste Group
215. Peerless Heater Co
216. Peerless Industries Inc
217. Peerless Pump Co Inc
218. Peerless Transportation Company
219. Pepsi Cola General Bottlers of Ohio, Inc.
220. Pfizer Inc
221. Pharmacia Corp
222. Pharmacia LLC
223. Phoenix Licensing, L.L.C.
224. Plastics Engineering Co
225. Pneumo Abex Llc
226. PPG Industries, Inc.
227. Process Equipment Co Of Tipp City
228. Quigley Inc
229. R J Reynolds Tobacco Company
230. Raytheon Engineering & Constructors
231. Rebecca Goodwin
232. Relizon Company
233. Resco Holdings LLC
234. Reunion Industries Inc
235. Rew Materials, Inc
236. Rexam Beverage Can Co
237. Reynolds and Reynolds Company
238. Rheem Manufacturing Co
239. Richard Goodwin
240. Ric-Will, Inc.
241. Riley Power Inc
242. Riley Stocker Corp
243. Rockwell Manufacturing Co
244. Rogers Corp
245. Rohm And Haas Co
246. Ross Laboratories
247. Rucco Equipment And Magnum Products
248. Rust Engineering Co
249. Rust International Inc
250. Ruud Heating Cooling And Water Heating
251. Saint Gobain Abrasives Inc
252. Sanford Duttera
253. SCA Services of Ohio Inc.
254. Securitas Security Services Usa Inc
255. Sharon Brown-Henry
256. Sherwin-Williams Company
257. Skipprint LLC
258. Special Electric Co Inc
259. Special Materials, Inc
260. Special Shipping Inc.
261. Spence Engineering Co Inc
262. Spirax Sarco Inc
263. Sprint Corporation
264. Sprint Spectrum L.P.
265. Spx Cooling Technologies Inc
266. State of Ohio
267. Stearns-Rogers Corp
268. Sulzer Pumps Us Inc
269. Sun Chemical Corp
270. Sunoco, Inc.
271. Superior Boiler Works Inc.
272. Superior Essex Inc
273. Tecumseh Products Co
274. Tenneco Automotive Operatinc Co, Inc
275. Tenova Core
276. The Duriron Co Inc
277. The Gorman Rupp Co
278. The Kroger Co
279. The Mead Corp
280. The Procter And Gamble Co
281. The William Powell Co
282. Thiem
283. Total Petrochemicals And Refining USA Inc
284. Toyota Motor Sales USA Inc
285. TPI Corp Succ To Fostoria Industries Inc
286. Trane US Inc
287. Treco Constructions Service
288. TRW Automotive Us LLC
289. Tyco Flow Control
290. Tyco International US Inc
291. Tyco Valves & Controls
292. Union Carbide Corp
293. Union City Body Co
294. United Engineers & Constructor
295. United States Department of Defense
296. United States Department of Energy
297. United States of America
298. United States Steel Corpora
299. Universal Refaractories
300. University of Dayton
301. URS Corp
302. URS Energy & Construction Inc
303. Utilimaster Corp
304. Valley Asphalt Corporation
305. Van Dyne-Crotty, Inc.
306. Ventfabrics, Inc.
307. Verizon New York Inc
308. Verizon North LLC
309. Viacom
310. Warren Pumps LLC
311. Warren Pumps, Inc.
312. Warren Rupp Inc

313. Washington Department of Ecology
314. Washington Group International Inc
315. Waste Management of Ohio, Inc.
316. Welco Manufacturing Co
317. Weldun International Ltd
318. Westinghouse Electric Corp
319. Weyerhaeuser Co
320. Willamette Industries Inc
321. Willson Safety Products
322. Wood Conversion Co
323. Workflow Solutions, LLC
324. York International Corp
325. Zurn Industries Inc
326. Zurn Industries LLC

**K. Debtors' equity holders (greater than 5%)**
1. Roy W. Begley, Jr.
2. Gary P. Kreider
3. William C. Martin
4. Raging Capital Management, LLC
5. Raging Capital Master Fund, Ltd.
6. Charles Francis Sherman
7. James L. Sherman
8. James Louis Sherman
9. John Q. Sherman
10. William Patrick Sherman
11. Patricia Lucille Sherman Begley
12. Mary Catherine Sherman Newshawg
13. Helen Louise Sherman Tormey
14. Silver Point Capital L.P.
15. The Fifth Third Bank

**L. Debtor's largest customers**
1. Automatic Data Processing, Inc.
2. Bank of America Corp.
3. Citibank
4. Liberty Mutual Insurance
5. Quest Diagnostics Inc.
6. SR DE Mexico-National
7. TD Bank
8. Verizon

**M. Insurance companies**
1. AIG
2. Allianz SE
3. Allied World
4. Beazley
5. Chartis
6. Chubb
7. CNA Financial Corp.
8. Columbia Casualty Company
9. Continental Casualty
10. Federal Insurance Company
11. Fireman's Fund Ins.
12. FM Global
13. Illinois National Ins Co
14. Liberty Mutual
15. National Fire Insurance of Hartford

16. National Union Fire Insurance Company of Pittsburgh
17. Navigators
18. Safety National
19. Travelers
20. Vigilante Insurance
21. Wright National Flood Insurance Company
22. XL
23. Zurich

**N. Utility providers**
1. Accessline Communications
2. Alaska Communications Systems
3. Ameren Illinois
4. Ameren Missouri
5. Ameren UE
6. American Electric Power Co.
7. AT&T
8. Atmos Energy
9. Austell Gas System
10. Austell Natural Gas System
11. Avaya Financial Services
12. Blair Telephone Company
13. Brandenburg Telephone Co.
14. Century Link
15. Century Telephone
16. Charter Business
17. Chesapeake Utility Corp.
18. Cincinnati Bell
19. City of Brenham Utility
20. City of Darlington
21. City of Fayetteville
22. City of Livermore
23. City of Mesquite
24. City of Ontario
25. City of Orange California
26. City of Salisbury
27. City of Tampa Utilities
28. City of Toccoa
29. Cleco Power LLC
30. Columbia Gas of Massachusetts
31. Columbia Gas of Ohio
32. Columbia Gas of Pennsylvania
33. Comcast
34. Comed
35. Compass Energy Gas Services LLC
36. Connecticut Light & Power
37. Connecticut Water Co. Crwc
38. Connecticut Water Company
39. Consolidated Communications
40. Constellation Newenergy Inc.
41. Cox Communications Inc.
42. Dayton Power & Light Co.
43. Delmarva Power
44. Direct Energy Business
45. Dominion East Ohio

01:16841423.1

46. DPL Energy Resources Inc.
47. DPLER
48. Duke Energy
49. Duke Energy Progress
50. Duke Energy-Charlotte
51. Duke Energy-Louisville
52. Fairpoint Communications
53. Frontier
54. Frontier Communications
55. Frontier Telephone
56. Gas Co.
57. GCI Communications Corp.
58. Georgia Power Co.
59. Gexa Energy LP
60. Goshen Water & Sewer
61. Granite Telecommunications
62. Greystone Power Corp.
63. Hardin County Water Dist. 1
64. Hawaiian Electric Co.
65. Hawaiian Telecom
66. Hillsborough County Water Dept.
67. Hudson Energy Services Texas
68. Indiana American Water Co.
69. Intercall
70. Jeffersonville Sewer Department
71. Kentucky Utility Co.
72. Laclede Gas Company
73. Level 3 Communications
74. Louisville Gas & Electric Co.
75. Manchester Township
76. MCI Worldcom
77. Met Ed
78. Minnesota Energy Resources
79. Murfreesboro Electric Dept.
80. Murfreesboro Water And Sewer
81. National Fuel Gas Distribution
    Corporation
82. National Grid
83. Nicor Gas
84. Nipsco
85. North State Communications
86. NSTAR
87. OG & E
88. Oklahoma Natural Gas Co.
89. Pacific Gas & Electric Co.
90. PG & E
91. Piedmont Natural Gas
92. Puerto Rico Telephone
93. Puget Sound Energy
94. Puget Sound Power & Light Co.
95. Questar Gas Company
96. Qwest
97. River Ridge Development Authority
98. Road Runner
99. Rocky Mtn Power-Utah
100. Salt Lake City Corp

101. Shelbyville Public Utilities
102. Sourcegas Arkansas Inc.
103. Southern California Edison
104. Springettsbury Township Sewer
105. Sprint
106. Tampa Electric
107. TDS Metrocom
108. Teco Tampa Electric Co.
109. Time Warner Cable
110. Toccoa Natural Gas
111. Town of Tolland
112. TW Telecom
113. TXU Energy
114. Union Power Cooperative
115. United Communications
116. United Telephone Company
117. VCOM Solutions
118. Vectren
119. Vectren Energy Delivery
120. Verizon
121. Verizon Wireless
122. Village of Coldwater
123. Village of Howard
124. Walton EMC Natural Gas
125. Windstream
126. Xcel Energy
127. Yankee Gas Services
128. York Water Co.

**O.  Ordinary course professionals**

1. Stephen J. Axtell, Esq.
2. Beiser Greer & Landis, LLP
3. David Berry, Esq.
4. Gregory J. Boulbol,  Esq.,
5. Kevin Braig, Esq.
6. Brightline CPAs And Associates
7. Brixey & Meyer
8. Robert M. Cavalier, Esq.
9. Davis Wright Tremaine LLP
10. Deloitte & Touche LLP
11. Deloitte Tax LLC
12. Doherty, Wallace, Pillsbury and Murphy, P.C.
13. Ernst & Young LLP
14. Michael Ewing, Esq.
15. Faruki, Ireland & Cox P.L.L.
16. Douglas M. Foley, Esq.
17. Frost Brown Todd LLC
18. Funkunaga Malayoshi Hershey & Ching
19. Bruce Garrison
20. Roshell Grigsby
21. Steve Haughey, Esq.
22. James H. Hershey, Esq.
23. Scott J. Heyman, Esq.
24. Barry D. Horne, Esq.
25. Jeff Ireland, Esq.
26. Scott Kamins, Esq.

27.    Kaufman & Canoles
28.    David C. Korte, Esq.
29.    Thomas H. Lee, Esq.
30.    Javier Lizardi, Esq.
31.    Lucas and Cavalier, LLC
32.    Mark Malloy, Esq.
33.    John L. McCarthey, Esq.
34.    Jennifer McCave, Esq.
35.    McConnell Valdes LLC
36.    McGladrey LLP
37.    McGuireWoods
38.    McInnes Cooper
39.    McManis Faulkner
40.    James McManis, Esq.
41.    Meissner Tierney Fisher & Nichols
42.    Jeffrey A. Mullins, Esq.
43.    Ronald D Niesley
44.    Offit Kurman
45.    Ogier
46.    Mark J. Payne, Esq.
47.    Charles Russell
48.    Rutan & Tucker LLP
49.    Ryan Smith & Carbine Ltd.
50.    L. Scott Seymour, Esq.
51.    Shumacher, Loop & Kendrick, LLP
52.    Sidley Austin LLP
53.    Taft Stettinius & Hollister
54.    Thompson Hine
55.    Thomson Reuters
56.    David J. Ubaldi, Esq.
57.    Coolidge Wall
58.    Von Wobeser
59.    Mark F. Werle
60.    David P. Williamson, Esq.
61.    Marc Yates

**P.    Chapter 11 case professionals for Debtors**
1.    Dinsmore & Shohl LLP
2.    Gibson Dunn & Crutcher LLP
3.    Lazard Freres & Co. LLC
4.    Lazard Middle Market, LLC
5.    McKinsey Recovery & Transformation Services U.S., LLC
6.    Palisades Pension Financial Advisory
7.    Prime Clerk
8.    Young Conaway Stargatt & Taylor LLP

**Q.    Counsel and other advisors retained by other significant parties**
1.    Skadden, Arps, Slate, Meagher & Flom LLP
2.    Parker Hudson Rainer & Dobbs LLP

**R.    United States Bankruptcy Judges in the District of Delaware**
1.    Kevin J. Carey
2.    Kevin Gross
3.    Brendan L. Shannon
4.    Laurie Selber Silverstein

5.    Christopher S. Sontchi
6.    Mary F. Walrath

**S.    United States Trustee for the District of Delaware, or any person employed by the Office of the United States Trustee for the District of Delaware**
1.    Lauren Attix
2.    David Buchbinder
3.    Shakima L. Dortch
4.    Timothy J. Fox, Jr.
5.    Diane Giordano
6.    Christine Green
7.    Benjamin Hackman
8.    Jeffrey Heck
9.    Mark Kenney
10.    Jane Leamy
11.    Tony Murray
12.    James R. O'Malley
13.    Michael Panacio
14.    Tiiara Patton
15.    Juliet Sarkessian
16.    Richard Schepacarter
17.    T. Patrick Tinker
18.    Ramona Vinson
19.    Michael West
20.    Dion Wynn

**T.    Potential §363 Purchasers**
1.    [Confidential]

**U.    Reclamation claimants**
1.    DG3 Group America, Inc.

**V.    Other significant parties in interest -**
1.    John Q. Sherman Trust
2.    William C. Sherman Trust
3.    William C. Sherman Inter Vivos Trust

# **SCHEDULE 2**

## **ENGAGEMENTS BY POTENTIAL PARTIES IN INTEREST**

## SCHEDULE 2

**Engagements with Potential Parties in Interest**

3M Co.
AIG
AK Steel Corporation
Alcatel Lucent Usa, Inc.
Anheuser Busch LLC
AT&T
AT&T Corp.
Bank of America
Bank of America Corp.
Bank of America, N.A
Cisco Systems Capital Corporation
Coca-Cola Refreshments USA, Inc.
Domtar Paper Co. LLC
Dow Chemical Co.
Ferro Engineering
Frontier
Frontier Communications
Frontier Telephone
General Electric Co.
GlaxoSmithKline LLC
Goodrich Corp.
Goodyear Tire and Rubber Co.
Hamilton Sundstrand Corp.
Hewlett-Packard
Hewlett-Packard Financial Services Company
HP Enterprise Services LLC
IBM
Ingersoll Rand
International Business Machines
Minnesota Energy Resources
National Union Fire Insurance Company of Pittsburgh
Ohio Bell Telephone Company
Pfizer Inc.
PG&E
Pharmacia Corp.
Pharmacia LLC
PPG Industries, Inc.
Quigley Inc.
Tenet (subgroup within MedAssets GPO comprised of about 45 hospitals)
The Procter and Gamble Co.
Trane US Inc.
Tyco Flow Control
Tyco International UC Inc.

Tyco Valves & Controls
Union Carbide
United States Steel Corporation
Vectren
Vectren Energy Delivery
Xcel Energy
Xerox Corporation
Zurn Industries Inc.
Zurn Industries LLC
[Confidential/Potential Purchaser]