IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | Hearing Date: April 13, 2015 at 10:00 a.m. (ET)<br>Obj. Deadline: April 6, 2015 at 4:00 p.m. (ET) |

## NOTICE OF MOTION

TO:  (A) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (B) HOLDERS OF THE 50 LARGEST UNSECURED CLAIMS ON A CONSOLIDATED BASIS AGAINST THE DEBTORS; (C) COUNSEL FOR SILVER POINT FINANCE, LLC, IN ITS CAPACITY AS ADMINISTRATIVE AGENT UNDER THE DEBTORS' FIRST LIEN CREDIT AGREEMENT AND SECOND LIEN CREDIT AGREEMENT; (D) COUNSEL FOR BANK OF AMERICA, N.A., IN ITS CAPACITY AS ADMINISTRATIVE AGENT UNDER THE DEBTORS' AMENDED AND RESTATED LOAN AND SECURITY AGREEMENT; (E) COUNSEL TO THE AGENTS UNDER THE DEBTORS' DEBTOR-IN-POSSESSION FINANCING FACILITIES; AND (F) ALL PARTIES THAT HAVE FILED A REQUEST FOR NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS PURSUANT TO BANKRUPTCY RULE 2002.

PLEASE TAKE NOTICE that The Standard Register Company and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") filed the **Debtors' Motion for an Administrative Order, Pursuant to Sections 331 and 105(a) of the Bankruptcy Code, Bankruptcy Rule 2016(a), and Local Rule 2016-2, Establishing Procedures for Interim Compensation and Reimbursement of Professionals** (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that any objections to the relief requested in the Motion must be filed on or before **April 6, 2015 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

N. Market Street, Wilmington, Delaware 19801.  At the same time, you must serve a copy of any objection upon the proposed undersigned counsel to the Debtors so as to be received on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE THAT A HEARING TO CONSIDER THE MOTION WILL BE HELD ON **APRIL 13, 2015 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE BRENDAN L. SHANNON, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM #1, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

[*Signature Page Follows*]

Dated: March 23, 2015
   Wilmington, Delaware   */s/ Kara Hammond Coyle*
               Michael R. Nestor (No. 3526)
               Kara Hammond Coyle (No. 4410)
               Maris J. Kandestin (No. 5294)
               Andrew L. Magaziner (No. 5426)
               YOUNG CONAWAY STARGATT & TAYLOR, LLP
               Rodney Square
               1000 North King Street
               Wilmington, Delaware 19801
               Telephone: (302) 571-6600
               Facsimile: (302) 571-1253
               mnestor@ycst.com
               kcoyle@ycst.com
               mkandestin@ycst.com
               amagaziner@ycst.com

               -and-

               Robert A. Klyman (CA No. 142723)
               Samuel A. Newman (CA No. 217042)
               Jeremy L. Graves (CO No. 45522)
               Sabina Jacobs (CA No. 274829)
               GIBSON, DUNN & CRUTCHER LLP
               333 South Grand Avenue
               Los Angeles, CA 90071-1512
               Telephone: (213) 229-7000
               Facsimile: (213) 229-7520
               rklyman@gibsondunn.com
               snewman@gibsondunn.com
               jgraves@gibsondunn.com
               sjacobs@gibsondunn.com

               *Proposed Counsel to the Debtors and*
               *Debtors in Possession*