Ethan B. Minkin (019902)
ethan@mhlawaz.com
Andrew A. Harnisch (024957)
andy@mhlawaz.com
MINKIN & HARNISCH PLLC
6515 N. 12th Street, Suite B
Phoenix, Arizona 85014
Telephone:   602.639.3563
*Attorneys for Creditor/Interested Party*
*Cenveo Corporation*

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **THE STANDARD REGISTER COMPANY,** | **Case No.: 15-10541-BLS** |
| **Debtor.** | **REQUEST FOR ECF NOTICES** |

    The law firm of Minkin & Harnisch PLLC, on behalf of Creditor/Interested Party Cenveo Corporation, hereby requests that electronic copies of all notices and pleadings electronically filed in this matter be electronically served upon Minkin & Harnisch PLLC at the following email address: andy@mhlawaz.com.

    RESPECTFULLY SUBMITTED this 24th day of March, 2015.

**MINKIN & HARNISCH PLLC**

By */s/ Andrew A. Harnisch*
    Andrew A. Harnisch
    Minkin & Harnisch PLLC
    Attorneys for Cenveo Corporation