**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| THE STANDARD REGISTER COMPANY, et al. | : | Case No. 15-10541 (BLS) |
| | : | |
| Debtors. | : | (Jointly Administered) |

**NOTICE OF APPEARANCE, REQUEST FOR ALL NOTICES, AND REQUEST FOR SPECIAL NOTICE AND INCLUSION ON MAILING LIST**

J. Michael Debbeler of the law firm of GRAYDON HEAD & RITCHEY LLP enters his appearance as counsel for United Radio, Inc. – d/b/a BlueStar ("BlueStar"). As directed by Federal Rule of Bankruptcy Procedure 9010(b), the attorney's name, office address, telephone number, and facsimile number are:

J. Michael Debbeler
GRAYDON HEAD & RITCHEY LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202
Telephone: (513) 621-6464
Fax: (513) 651-3836
E-mail: mdebbeler@graydon.com

BlueStar hereby requests that copies of all notices required by the Federal Rules of Bankruptcy Procedure including notices under Rule 2002(I), be given to it by service upon its attorneys at the address shown above.

BlueStar, pursuant to Federal Rule of Bankruptcy Procedure 3017(a), further requests that copies of all plans and disclosure statements filed herein by any party be served upon it and its attorneys at the address indicated above.

BlueStar also hereby requests special notice of all pleadings, motions, applications, and other documents and papers pertaining to the above-captioned case, or any adversary proceeding,

contested or uncontested matter therein, including all notices required by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules, or any other rule or law to be noticed and served upon creditors, any creditors committee, the debtor or any other parties in interest.

This request includes all types of notice referred to in the Federal Rules of Bankruptcy Procedure and also includes, without limitation, the request that counsel as set forth above be served with all papers filed with the Bankruptcy Court, all reports and statements submitted to the United States Trustee, and all notices, orders, applications, complaints, demands, motions, petitions, pleadings and requests, or any other papers brought before the Court in this case, whether formal or informal, written or oral, or whether transmitted or conveyed by mail, delivery, telephone, telegraph, e-mail, telecopier, or otherwise.

It is requested that all such pleadings, notices, and other papers or communications be directed to its counsel listed above, and that the above address be included in the mailing list that the debtor is required to maintain and properly furnish.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and demand for service of papers nor any subsequent appearance, pleading, proof of claim or other writing or conduct shall constitute a waiver of any of BlueStar's (a) rights to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court; (b) rights to trial by jury in any proceeding as to any and all matters so triable; (c) rights to have the reference in this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (d) other rights, claims, defenses, setoffs, or other matters. All of such rights hereby are reserved and preserved by

BlueStar without exemption and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participant in the case.

Respectfully submitted,

| OF COUNSEL: | */s/ J. Michael Debbeler* |
|---|---|
|  | J. Michael Debbeler (Ohio Bar: 0012991) |
|  | *Attorney for The BlueStar Companies, Inc.* |
| GRAYDON HEAD & RITCHEY LLP | GRAYDON HEAD & RITCHEY LLP |
| 1900 Fifth Third Center | 1900 Fifth Third Center |
| 511 Walnut Street | 511 Walnut Street |
| Cincinnati, OH  45202-3157 | Cincinnati, OH  45202-3157 |
| Phone: (513) 621-6464 | Direct:  (513) 621-6464 |
| Fax:    (513) 651-3836 | Fax:  (513) 651-3836 |
|  | E-mail:  mdebbeler@graydon.com |

### CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of March, 2015, a copy of the foregoing was served on all parties requesting service via ECF notification.

*/s/ J. Michael Debbeler*
J. Michael Debbeler (0012991)

5546895.1