UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| THE STANDARD REGISTER COMPANY, et al. | : | Case No. 15-10541 (BLS) |
| | : | |
| Debtors. | : | (Jointly Administered) |

**NOTICE OF RECLAMATION DEMAND
OF UNITED RADIO, INC. – d/b/a BLUESTAR**

Comes now United Radio, Inc. – d/b/a BlueStar ("BlueStar"), by and through its counsel, who files this notice of the delivery of a written demand dated March 24, 2015, pursuant to 11 U.S.C. § 546(c) on the above captioned debtors and debtors-in-possession (the "Debtors") to reclaim certain goods (the "Goods") which were sold to Debtors by BlueStar in the ordinary course of business and which were received by Debtors during the 45 days prior to the filing of the Debtors' bankruptcy case. BlueStar attaches as Exhibit A and incorporates herein by reference a copy of its formal reclamation demand letter, which was sent to the Debtors and its counsel. The value of the Goods at issue is not less than $125,786.98.

PLEASE TAKE FURTHER NOTICE that BlueStar asserts an administrative claim under 11 U.S.C. § 503(b)(9) for certain Goods shipped by BlueStar within twenty (20) days of the commencement of the bankruptcy case. The value of the Goods shipped within twenty days of the commencement of the bankruptcy case is not less than $59,115.40.

PLEASE TAKE FURTHER NOTICE that the filing of this Notice is not intended to constitute an election of remedies or to waive any of BlueStar's rights under the Bankruptcy Code or applicable non-bankruptcy law and that BlueStar reserves its rights to amend this Notice.

Dated: March 24, 2015 	Respectfully submitted,

OF COUNSEL: 	*/s/ J. Michael Debbeler*
	J. Michael Debbeler (Ohio Bar: 0012991)
	*Attorney for United Radio, Inc. d/b/a BlueStar*
GRAYDON HEAD & RITCHEY LLP 	GRAYDON HEAD & RITCHEY LLP
1900 Fifth Third Center 	1900 Fifth Third Center
511 Walnut Street 	511 Walnut Street
Cincinnati, OH  45202-3157 	Cincinnati, OH  45202-3157
Phone: (513) 621-6464 	Direct:  (513) 621-6464
Fax:    (513) 651-3836 	Fax:  (513) 651-3836
	E-mail:  mdebbeler@graydon.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of March, 2015, a copy of the foregoing was served on all parties requesting service via ECF notification and on the following parties and/or attorney(s) of record to this action by overnight mail on the 24th day of March, 2015, as follows:

Jeremy L. Graves, Esq.
Gibson Dunn & Crutcher LLP
1801 California Street, Suite 4200
Denver, CO 80202-2642

Robert A. Klyman, Esq.
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-1512

The Standard Register Company
600 Albany Street
Dayton, OH 45417

	*/s/ J. Michael Debbeler*
	J. Michael Debbeler (0012991)

5549210.1