

**GRAYDON HEAD**
LEGAL COUNSEL | SINCE 1871

**Jeffrey S. Rosenstiel**
*Partner*
Direct: (859) 578-2424
jrosenstiel@graydon.com

March 24, 2015

**VIA FEDERAL EXPRESS**

Jeremy L. Graves, Esq.
Gibson Dunn & Crutcher LLP
1801 California Street, Suite 4200
Denver, CO 80202-2642

Robert A. Klyman, Esq.
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-1512

The Standard Register Company
600 Albany Street
Dayton, OH 45417

    Re:    *In re The Standard Register Company; Jointly Administered [Lead Case]*
            *U.S. Bankruptcy Court for the District of Delaware; Case No. 15-10541 (BLS)*
            *Demand for Reclamation by United Radio, Inc. d/b/a BlueStar*

To Whom It May Concern:

    Our firm represents United Radio, Inc. – d/b/a BlueStar ("BlueStar"), a creditor in the above-captioned bankruptcy cases of The Standard Register Company – d/b/a WorkflowOne (the "Debtor").

    Pursuant to Uniform Commercial Code §2-702 and 11 U.S.C. §546(c), BlueStar hereby demands from the Debtor the reclamation and return of all goods that were shipped to the Debtor by BlueStar and not paid, where such goods were received by the Debtor within forty-five (45) days preceding the commencement of the Debtor's bankruptcy case filed on March 12, 2015 (the "Reclamation Period"). During the Reclamation Period, BlueStar delivered goods having an agreed but unpaid price and reasonable value totaling approximately $125,786.98 (see attached spreadsheet).

    BlueStar demands that all goods subject to BlueStar's reclamation rights, including goods received during the Reclamation Period be segregated and protected by you from any other goods in your possession and that you provide an immediate accounting of all such goods on-

Northern Kentucky at the Chamber Center    Butler/Warren at University Pointe    Cincinnati at Fountain Square

Graydon Head & Ritchey LLP | 2400 Chamber Center Drive | Suite 300 | Ft. Mitchell, KY 41017
859.282.8800 Phone | 859.525.0214 Fax | www.graydonhead.com

Jeremy L. Graves, Esq.
Robert A. Klyman, Esq.
The Standard Register Company
March 24, 2015
Page 2

hand and their present location(s). Such goods shall not be used for any purpose whatsoever except those specifically authorized by the Bankruptcy Court following notice and a hearing thereon.

BlueStar makes this demand for reclamation without prejudice to all other rights and remedies available to it, at law or in equity, including, but not limited to, its right to an allowed administrative expense claim under 11 U.S.C. §503(b)(9) and/or its right to amend and supplement this demand and to serve and file additional demands or claims.

Please forward all communications concerning the matters discussed herein to my office as counsel for BlueStar. Should you have any questions, please do not hesitate to contact me.

Very truly yours,

Graydon Head & Ritchey LLP

Jeffrey S. Rosenstiel

JSR:kl

5546920.1

| INVOICE | PO | SHIPPED | DUE | Class | Term | Days Late | Original | Balance Due |
|---|---|---|---|---|---|---|---|---|
| 3828478 | K297431 | 16-Mar-15 | 15-Apr-15 | Invoice | 7% 30, Net 30 | -26 | $ 702.04 | $ 702.04 |
| 3828364 | K297298 | 16-Mar-15 | 15-Apr-15 | Invoice | 7% 30, Net 30 | -26 | $ 175.51 | $ 175.51 |
| 3828784 | AU053256 | 16-Mar-15 | 15-Apr-15 | Invoice | 7% 30, Net 30 | -26 | $ 196.36 | $ 196.36 |
| 3828456 | AU053254 | 16-Mar-15 | 15-Apr-15 | Invoice | 7% 30, Net 30 | -26 | $ 719.67 | $ 719.67 |
| 3828679 | CT452351 | 16-Mar-15 | 15-Apr-15 | Invoice | 7% 30, Net 30 | -26 | $ 175.51 | $ 175.51 |
| 3828386 | AU053257 | 16-Mar-15 | 15-Apr-15 | Invoice | 7% 30, Net 30 | -26 | $ 196.36 | $ 196.36 |
| 3828819 | AU053255 | 16-Mar-15 | 15-Apr-15 | Invoice | 7% 30, Net 30 | -26 | $ 543.83 | $ 543.83 |
| 3826940 | P1164935 | 13-Mar-15 | 12-Apr-15 | Invoice | 7% 30, Net 30 | -26 | $ 69.71 | $ 69.71 |
| 3825564 | EN239996 | 13-Mar-15 | 12-Apr-15 | Invoice | 7% 30, Net 30 | -23 | $ 295.02 | $ 295.02 |
| 3826151 | W5491515 | 13-Mar-15 | 12-Apr-15 | Invoice | 7% 30, Net 30 | -23 | $ 187.12 | $ 187.12 |
| 3827093 | K295816 | 13-Mar-15 | 12-Apr-15 | Invoice | 7% 30, Net 30 | -23 | $ 34.85 | $ 34.85 |
| 3825523 | K295145 | 13-Mar-15 | 12-Apr-15 | Invoice | 7% 30, Net 30 | -23 | $ 1,053.06 | $ 1,053.06 |
| 3826333 | X845284 | 13-Mar-15 | 12-Apr-15 | Invoice | 7% 30, Net 30 | -23 | $ 55.88 | $ 55.88 |
| 3825293 | J546 | 12-Mar-15 | 11-Apr-15 | Invoice | 7% 30, Net 30 | -22 | $ 541.65 | $ 541.65 |
| 3825136 | J547 | 12-Mar-15 | 11-Apr-15 | Invoice | 7% 30, Net 30 | -22 | $ 486.68 | $ 486.68 |
| 3825246 | J545 | 12-Mar-15 | 11-Apr-15 | Invoice | 7% 30, Net 30 | -22 | $ 56.65 | $ 56.65 |
| 3836686 | K290472 | 12-Mar-15 | 11-Apr-15 | Invoice | 7% 30, Net 30 | -22 | $ 175.51 | $ 175.51 |
| 3825288 | EN240235 | 12-Mar-15 | 11-Apr-15 | Invoice | 7% 30, Net 30 | -22 | $ 115.61 | $ 115.61 |
| 3824842 | K292884 | 12-Mar-15 | 11-Apr-15 | Invoice | 7% 30, Net 30 | -22 | $ 526.53 | $ 526.53 |
| 3821417 | EN239999 | 11-Mar-15 | 10-Apr-15 | Invoice | 7% 30, Net 30 | -21 | $ 684.80 | $ 684.80 |
| 3822603 | EN239997 | 11-Mar-15 | 10-Apr-15 | Invoice | 7% 30, Net 30 | -21 | $ 206.37 | $ 206.37 |
| 3822930 | CL162879 | 11-Mar-15 | 10-Apr-15 | Invoice | 7% 30, Net 30 | -21 | $ 987.70 | $ 987.70 |
| 3819090 | EN239786 | 10-Mar-15 | 9-Apr-15 | Invoice | 7% 30, Net 30 | -20 | $ 999.55 | $ 999.55 |
| 3819215 | EN239788 | 10-Mar-15 | 9-Apr-15 | Invoice | 7% 30, Net 30 | -20 | $ 99.11 | $ 99.11 |
| 3819131 | EN239789 | 10-Mar-15 | 9-Apr-15 | Invoice | 7% 30, Net 30 | -20 | $ 99.11 | $ 99.11 |
| 3819869 | J543 | 10-Mar-15 | 9-Apr-15 | Invoice | 7% 30, Net 30 | -20 | $ 61.07 | $ 61.07 |
| 3819437 | K282259 | 10-Mar-15 | 9-Apr-15 | Invoice | 7% 30, Net 30 | -20 | $ 1,755.10 | $ 1,755.10 |
| 3819783 | K283065 | 10-Mar-15 | 9-Apr-15 | Invoice | 7% 30, Net 30 | -20 | $ 480.16 | $ 480.16 |
| 3819579 | K283118 | 10-Mar-15 | 9-Apr-15 | Invoice | 7% 30, Net 30 | -20 | $ 1,755.10 | $ 1,755.10 |
| 3819673 | K283361 | 10-Mar-15 | 9-Apr-15 | Invoice | 7% 30, Net 30 | -20 | $ 702.04 | $ 702.04 |
| 3820299 | EN239881 | 10-Mar-15 | 9-Apr-15 | Invoice | 7% 30, Net 30 | -20 | $ 579.25 | $ 579.25 |
| 3820079 | J544 | 10-Mar-15 | 9-Apr-15 | Invoice | 7% 30, Net 30 | -20 | $ 490.91 | $ 490.91 |
| 3818553 | K281365 | 9-Mar-15 | 8-Apr-15 | Invoice | 7% 30, Net 30 | -19 | $ 702.04 | $ 702.04 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3818536 | K276016 | 9-Mar-15 | 8-Apr-15 | Invoice | 7% 30, Net 30 | -19 | $ 495.55 | $ 495.55 |
| 3818381 | K275847 | 9-Mar-15 | 8-Apr-15 | Invoice | 7% 30, Net 30 | -19 | $ 526.53 | $ 526.53 |
| 3816995 | K274594 | 9-Mar-15 | 8-Apr-15 | Invoice | 7% 30, Net 30 | -19 | $ 351.18 | $ 351.18 |
| 3817471 | W5490584 | 9-Mar-15 | 8-Apr-15 | Invoice | 7% 30, Net 30 | -19 | $ 187.12 | $ 187.12 |
| 3817472 | W5490583 | 9-Mar-15 | 8-Apr-15 | Invoice | 7% 30, Net 30 | -19 | $ 1,255.44 | $ 1,255.44 |
| 3816609 | J542 | 6-Mar-15 | 5-Apr-15 | Invoice | 7% 30, Net 30 | -16 | $ 427.50 | $ 427.50 |
| 3815047 | CL162673 | 6-Mar-15 | 5-Apr-15 | Invoice | 7% 30, Net 30 | -16 | $ 168.06 | $ 168.06 |
| 3814755 | EN239371 | 5-Mar-15 | 4-Apr-15 | Invoice | 7% 30, Net 30 | -15 | $ 55.53 | $ 55.53 |
| 3814016 | CL162673 | 5-Mar-15 | 4-Apr-15 | Invoice | 7% 30, Net 30 | -15 | $ 363.75 | $ 363.75 |
| 3814771 | J541 | 5-Mar-15 | 4-Apr-15 | Invoice | 7% 30, Net 30 | -15 | $ 196.36 | $ 196.36 |
| 3813189 | K262462 | 5-Mar-15 | 4-Apr-15 | Invoice | 7% 30, Net 30 | -15 | $ 99.11 | $ 99.11 |
| 3814778 | J540 | 5-Mar-15 | 4-Apr-15 | Invoice | 7% 30, Net 30 | -15 | $ 493.98 | $ 493.98 |
| 3812463 | K261182 | 4-Mar-15 | 3-Apr-15 | Invoice | 7% 30, Net 30 | -14 | $ 175.51 | $ 175.51 |
| 3811338 | EN238813 | 4-Mar-15 | 3-Apr-15 | Invoice | 7% 30, Net 30 | -14 | $ 435.00 | $ 435.00 |
| 3809967 | CT4523350 | 3-Mar-15 | 2-Apr-15 | Invoice | 7% 30, Net 30 | -13 | $ 113.49 | $ 113.49 |
| 3810017 | J539 | 3-Mar-15 | 2-Apr-15 | Invoice | 7% 30, Net 30 | -13 | $ 390.42 | $ 390.42 |
| 3810193 | EN238999 | 3-Mar-15 | 2-Apr-15 | Invoice | 7% 30, Net 30 | -13 | $ 1,419.48 | $ 1,419.48 |
| 3809999 | K254231 | 3-Mar-15 | 2-Apr-15 | Invoice | 7% 30, Net 30 | -13 | $ 99.11 | $ 99.11 |
| 3810268 | EN239021 | 3-Mar-15 | 2-Apr-15 | Invoice | 7% 30, Net 30 | -13 | $ 133.66 | $ 133.66 |
| 3810081 | EN239020 | 3-Mar-15 | 2-Apr-15 | Invoice | 7% 30, Net 30 | -13 | $ 1,158.55 | $ 1,158.55 |
| 3808840 | K253858 | 3-Mar-15 | 2-Apr-15 | Invoice | 7% 30, Net 30 | -13 | $ 251.79 | $ 251.79 |
| 3809108 | J539 | 3-Mar-15 | 2-Apr-15 | Invoice | 7% 30, Net 30 | -13 | $ 43.38 | $ 43.38 |
| 3809540 | K253634 | 3-Mar-15 | 2-Apr-15 | Invoice | 7% 30, Net 30 | -13 | $ 6,142.85 | $ 6,142.85 |
| 3807887 | EN238814 | 2-Mar-15 | 1-Apr-15 | Invoice | 7% 30, Net 30 | -12 | $ 309.40 | $ 309.40 |
| 3804561 | W5487516 | 27-Feb-15 | 29-Mar-15 | Invoice | 7% 30, Net 30 | -9 | $ 60.03 | $ 60.03 |
| 3806363 | X832947 | 27-Feb-15 | 29-Mar-15 | Invoice | 7% 30, Net 30 | -9 | $ 1,755.10 | $ 1,755.10 |
| 3806295 | j538 | 27-Feb-15 | 29-Mar-15 | Invoice | 7% 30, Net 30 | -9 | $ 204.30 | $ 204.30 |
| 3805797 | j535 | 27-Feb-15 | 29-Mar-15 | Invoice | 7% 30, Net 30 | -9 | $ 101.99 | $ 101.99 |
| 3806337 | j536 | 27-Feb-15 | 29-Mar-15 | Invoice | 7% 30, Net 30 | -9 | $ 756.96 | $ 756.96 |
| 3806329 | M6582163 | 27-Feb-15 | 29-Mar-15 | Invoice | 7% 30, Net 30 | -9 | $ 13,278.06 | $ 13,278.06 |
| 3805425 | en238707 | 27-Feb-15 | 29-Mar-15 | Invoice | 7% 30, Net 30 | -9 | $ 146.52 | $ 146.52 |
| 3805798 | j537 | 27-Feb-15 | 29-Mar-15 | Invoice | 7% 30, Net 30 | -9 | $ 136.28 | $ 136.28 |
| 3806365 | X833627 | 27-Feb-15 | 29-Mar-15 | Invoice | 7% 30, Net 30 | -9 | $ 351.02 | $ 351.02 |
| 3802800 | M6581713 | 26-Feb-15 | 28-Mar-15 | Invoice | 7% 30, Net 30 | -8 | $ 121.64 | $ 121.64 |

| Invoice | Ref | Date | Due Date | Type | Terms | Days | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 3804124 | M6581633 | 26-Feb-15 | 28-Mar-15 | Invoice | 7% 30, Net 30 | -8 | $ 6,649.42 | $ 6,649.42 |
| 3801233 | EN238383 | 25-Feb-15 | 27-Mar-15 | Invoice | 7% 30, Net 30 | -7 | $ 684.80 | $ 684.80 |
| 3802327 | EN238384 | 25-Feb-15 | 27-Mar-15 | Invoice | 7% 30, Net 30 | -7 | $ 1,512.00 | $ 1,512.00 |
| 3798553 | J534 | 24-Feb-15 | 26-Mar-15 | Invoice | 7% 30, Net 30 | -6 | $ 848.42 | $ 848.42 |
| 3798599 | EN238123 | 24-Feb-15 | 26-Mar-15 | Invoice | 7% 30, Net 30 | -6 | $ 890.14 | $ 890.14 |
| 3798279 | K219420 | 24-Feb-15 | 26-Mar-15 | Invoice | 7% 30, Net 30 | -6 | $ 99.11 | $ 99.11 |
| 3799250 | W5488567 | 24-Feb-15 | 26-Mar-15 | Invoice | 7% 30, Net 30 | -6 | $ 366.32 | $ 366.32 |
| 3800094 | K222396 | 24-Feb-15 | 26-Mar-15 | Invoice | 7% 30, Net 30 | -6 | $ 521.42 | $ 521.42 |
| 3799985 | W5488568 | 24-Feb-15 | 26-Mar-15 | Invoice | 7% 30, Net 30 | -6 | $ 539.98 | $ 539.98 |
| 3800056 | M6581713 | 24-Feb-15 | 26-Mar-15 | Invoice | 7% 30, Net 30 | -6 | $ 663.05 | $ 663.05 |
| 3799753 | EN238254 | 24-Feb-15 | 26-Mar-15 | Invoice | 7% 30, Net 30 | -6 | $ 306.48 | $ 306.48 |
| 3800059 | W5488575 | 24-Feb-15 | 26-Mar-15 | Invoice | 7% 30, Net 30 | -6 | $ 1,254.75 | $ 1,254.75 |
| 3799248 | W5488569 | 24-Feb-15 | 26-Mar-15 | Invoice | 7% 30, Net 30 | -6 | $ 363.99 | $ 363.99 |
| 3797562 | J533 | 23-Feb-15 | 25-Mar-15 | Invoice | 7% 30, Net 30 | -5 | $ 101.99 | $ 101.99 |
| 3795720 | EN237883 | 20-Feb-15 | 22-Mar-15 | Invoice | 7% 30, Net 30 | -2 | $ 306.48 | $ 306.48 |
| 3794258 | X780286 | 20-Feb-15 | 22-Mar-15 | Invoice | 7% 30, Net 30 | -2 | $ 297.46 | $ 297.46 |
| 3791878 | J522 | 19-Feb-15 | 21-Mar-15 | Invoice | 7% 30, Net 30 | -1 | $ 667.20 | $ 667.20 |
| 3791952 | K178460 | 19-Feb-15 | 21-Mar-15 | Invoice | 7% 30, Net 30 | -1 | $ 351.02 | $ 351.02 |
| 3793318 | J532 | 19-Feb-15 | 21-Mar-15 | Invoice | 7% 30, Net 30 | -1 | $ 287.60 | $ 287.60 |
| 3793155 | J528 | 19-Feb-15 | 21-Mar-15 | Invoice | 7% 30, Net 30 | -1 | $ 1,057.09 | $ 1,057.09 |
| 3793762 | J527 | 19-Feb-15 | 21-Mar-15 | Invoice | 7% 30, Net 30 | -1 | $ 101.99 | $ 101.99 |
| 3793301 | J529 | 19-Feb-15 | 21-Mar-15 | Invoice | 7% 30, Net 30 | -1 | $ 56.75 | $ 56.75 |
| 3792867 | J531 | 19-Feb-15 | 21-Mar-15 | Invoice | 7% 30, Net 30 | -1 | $ 166.15 | $ 166.15 |
| 3792866 | EN237692 | 19-Feb-15 | 21-Mar-15 | Invoice | 7% 30, Net 30 | -1 | $ 306.48 | $ 306.48 |
| 3792945 | K181552 | 19-Feb-15 | 21-Mar-15 | Invoice | 7% 30, Net 30 | -1 | $ 1,053.06 | $ 1,053.06 |
| 3793178 | J530 | 19-Feb-15 | 21-Mar-15 | Invoice | 7% 30, Net 30 | -1 | $ 56.75 | $ 56.75 |
| 3789762 | J525 | 17-Feb-15 | 19-Mar-15 | Invoice | 7% 30, Net 30 | 1 | $ 427.50 | $ 427.50 |
| 3789011 | K162080 | 17-Feb-15 | 19-Mar-15 | Invoice | 7% 30, Net 30 | 1 | $ 175.51 | $ 175.51 |
| 3886680 | W5487512 | 17-Feb-15 | 19-Mar-15 | Invoice | 7% 30, Net 30 | 1 | $ 365.39 | $ 365.39 |
| 3789451 | W5487514 | 17-Feb-15 | 19-Mar-15 | Invoice | 7% 30, Net 30 | 1 | $ 363.06 | $ 363.06 |
| 3789486 | W5487515 | 17-Feb-15 | 19-Mar-15 | Invoice | 7% 30, Net 30 | 1 | $ 363.06 | $ 363.06 |
| 3789734 | J526 | 17-Feb-15 | 19-Mar-15 | Invoice | 7% 30, Net 30 | 1 | $ 101.99 | $ 101.99 |
| 3788724 | W5487513 | 17-Feb-15 | 19-Mar-15 | Invoice | 7% 30, Net 30 | 1 | $ 716.67 | $ 716.67 |
| 3786559 | J514 | 16-Feb-15 | 18-Mar-15 | Invoice | 7% 30, Net 30 | 2 | $ 55.19 | $ 55.19 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3786560 | J513 | 16-Feb-15 | 18-Mar-15 | Invoice | 7% 30, Net 30 | 2 | $ | 55.19 | $ | 55.19 |
| 3786573 | EN236190 | 16-Feb-15 | 18-Mar-15 | Invoice | 7% 30, Net 30 | 2 | $ | 756.00 | $ | 756.00 |
| 3786561 | J515 | 16-Feb-15 | 18-Mar-15 | Invoice | 7% 30, Net 30 | 2 | $ | 56.39 | $ | 56.39 |
| 3787513 | EN237108 | 16-Feb-15 | 18-Mar-15 | Invoice | 7% 30, Net 30 | 2 | $ | 45.04 | $ | 45.04 |
| 3787701 | K149054 | 16-Feb-15 | 18-Mar-15 | Invoice | 7% 30, Net 30 | 2 | $ | 801.15 | $ | 801.15 |
| 3787789 | J524 | 16-Feb-15 | 18-Mar-15 | Invoice | 7% 30, Net 30 | 2 | $ | 101.99 | $ | 101.99 |
| 3786601 | J523 | 16-Feb-15 | 18-Mar-15 | Invoice | 7% 30, Net 30 | 2 | $ | 61.07 | $ | 61.07 |
| 3787052 | K148258 | 16-Feb-15 | 18-Mar-15 | Invoice | 7% 30, Net 30 | 2 | $ | 175.51 | $ | 175.51 |
| 3787698 | EN237110 | 16-Feb-15 | 18-Mar-15 | Invoice | 7% 30, Net 30 | 2 | $ | 890.14 | $ | 890.14 |
| 3787627 | K148806 | 16-Feb-15 | 18-Mar-15 | Invoice | 7% 30, Net 30 | 2 | $ | 351.02 | $ | 351.02 |
| 3787200 | EN237109 | 16-Feb-15 | 18-Mar-15 | Invoice | 7% 30, Net 30 | 2 | $ | 57.81 | $ | 57.81 |
| 3785149 | K038154 | 13-Feb-15 | 13-Feb-15 | Credit Memo | | 35 | $ | (110.00) | $ | (110.00) |
| 3785331 | J506 | 13-Feb-15 | 15-Mar-15 | Invoice | 7% 30, Net 30 | 5 | $ | 1,109.52 | $ | 1,109.52 |
| 3785404 | AU053250 | 13-Feb-15 | 15-Mar-15 | Invoice | 7% 30, Net 30 | 5 | $ | 101.99 | $ | 101.99 |
| 3784778 | M6581181 | 13-Feb-15 | 15-Mar-15 | Invoice | 7% 30, Net 30 | 5 | $ | 2,837.13 | $ | 2,837.13 |
| 3782869 | K136595 | 12-Feb-15 | 14-Mar-15 | Invoice | 7% 30, Net 30 | 6 | $ | 175.51 | $ | 175.51 |
| 3782568 | K136806 | 12-Feb-15 | 14-Mar-15 | Invoice | 7% 30, Net 30 | 6 | $ | 1,053.06 | $ | 1,053.06 |
| 3784240 | J521 | 12-Feb-15 | 14-Mar-15 | Invoice | 7% 30, Net 30 | 6 | $ | 196.48 | $ | 196.48 |
| 3782263 | J6579796 | 12-Feb-15 | 14-Mar-15 | Invoice | 7% 30, Net 30 | 6 | $ | 2,079.62 | $ | 2,079.62 |
| 3783428 | J520 | 12-Feb-15 | 14-Mar-15 | Invoice | 7% 30, Net 30 | 6 | $ | 2,055.11 | $ | 2,055.11 |
| 3783064 | K136789 | 12-Feb-15 | 14-Mar-15 | Invoice | 7% 30, Net 30 | 6 | $ | 34.95 | $ | 34.95 |
| 3782090 | AU053249 | 11-Feb-15 | 13-Mar-15 | Invoice | 7% 30, Net 30 | 7 | $ | 197.04 | $ | 197.04 |
| 3781460 | J518 | 11-Feb-15 | 13-Mar-15 | Invoice | 7% 30, Net 30 | 7 | $ | 104.32 | $ | 104.32 |
| 3781608 | J519 | 11-Feb-15 | 13-Mar-15 | Invoice | 7% 30, Net 30 | 7 | $ | 56.75 | $ | 56.75 |
| 3781545 | EN236641 | 11-Feb-15 | 13-Mar-15 | Invoice | 7% 30, Net 30 | 7 | $ | 1,165.26 | $ | 1,165.26 |
| 3780287 | K081908 | 11-Feb-15 | 13-Mar-15 | Invoice | 7% 30, Net 30 | 7 | $ | 378.00 | $ | 378.00 |
| 3780686 | K132618 | 11-Feb-15 | 13-Mar-15 | Invoice | 7% 30, Net 30 | 7 | $ | 175.51 | $ | 175.51 |
| 3780424 | M21 | 11-Feb-15 | 11-Feb-15 | Credit Memo | | 37 | $ | (728.96) | $ | (728.96) |
| 3780818 | K132499 | 11-Feb-15 | 13-Mar-15 | Invoice | 7% 30, Net 30 | 7 | $ | 48.92 | $ | 48.92 |
| 3781874 | EN236640 | 11-Feb-15 | 13-Mar-15 | Invoice | 7% 30, Net 30 | 7 | $ | 198.90 | $ | 198.90 |
| 3778866 | K124549 | 10-Feb-15 | 12-Mar-15 | Invoice | 7% 30, Net 30 | 8 | $ | 3,861.22 | $ | 3,861.22 |
| 3780048 | K130328 | 10-Feb-15 | 12-Mar-15 | Invoice | 7% 30, Net 30 | 8 | $ | 34.95 | $ | 34.95 |
| 3779712 | K130995 | 10-Feb-15 | 12-Mar-15 | Invoice | 7% 30, Net 30 | 8 | $ | 527.67 | $ | 527.67 |
| 3779707 | K130191 | 10-Feb-15 | 12-Mar-15 | Invoice | 7% 30, Net 30 | 8 | $ | 175.51 | $ | 175.51 |

| Invoice | PO | Date | Due | Terms | | Amount | | Balance |
|---|---|---|---|---|---|---|---|---|
| 3778955 | W5486227 | 10-Feb-15 | 12-Mar-15 | Invoice | 7% 30, Net 30 | 8 | $ 1,255.62 | $ 1,255.62 |
| 3775851 | K119030 | 9-Feb-15 | 11-Mar-15 | Invoice | 7% 30, Net 30 | 9 | $ 99.11 | $ 99.11 |
| 3776704 | K120606 | 9-Feb-15 | 11-Mar-15 | Invoice | 7% 30, Net 30 | 9 | $ 139.70 | $ 139.70 |
| 3775146 | J516 | 6-Feb-15 | 8-Mar-15 | Invoice | 7% 30, Net 30 | 12 | $ 460.69 | $ 460.69 |
| 3774237 | J512 | 6-Feb-15 | 8-Mar-15 | Invoice | 7% 30, Net 30 | 12 | $ 112.78 | $ 112.78 |
| 3774646 | K115746 | 6-Feb-15 | 8-Mar-15 | Invoice | 7% 30, Net 30 | 12 | $ 175.51 | $ 175.51 |
| 3774425 | J511 | 6-Feb-15 | 8-Mar-15 | Invoice | 7% 30, Net 30 | 12 | $ 86.76 | $ 86.76 |
| 3775116 | J517 | 6-Feb-15 | 8-Mar-15 | Invoice | 7% 30, Net 30 | 12 | $ 61.07 | $ 61.07 |
| 3773815 | W5485577 | 5-Feb-15 | 7-Mar-15 | Invoice | 7% 30, Net 30 | 13 | $ 187.22 | $ 187.22 |
| 3773665 | W5485576 | 5-Feb-15 | 7-Mar-15 | Invoice | 7% 30, Net 30 | 13 | $ 189.55 | $ 189.55 |
| 3773792 | EN236006 | 5-Feb-15 | 7-Mar-15 | Invoice | 7% 30, Net 30 | 13 | $ 5,265.30 | $ 5,265.30 |
| 3772564 | K070554 | 5-Feb-15 | 7-Mar-15 | Invoice | 7% 30, Net 30 | 13 | $ 5,089.79 | $ 5,089.79 |
| 3772035 | J6579796 | 5-Feb-15 | 7-Mar-15 | Invoice | 7% 30, Net 30 | 13 | $ 351.04 | $ 351.04 |
| 3733358 | W5485578 | 5-Feb-15 | 7-Mar-15 | Invoice | 7% 30, Net 30 | 13 | $ 84.13 | $ 84.13 |
| 3713388 | J6579796 | 4-Feb-15 | 6-Mar-15 | Invoice | 7% 30, Net 30 | 14 | $ 322.80 | $ 322.80 |
| 3771005 | EN235805 | 4-Feb-15 | 6-Mar-15 | Invoice | 7% 30, Net 30 | 14 | $ 1,053.06 | $ 1,053.06 |
| 3771128 | EN235803 | 4-Feb-15 | 6-Mar-15 | Invoice | 7% 30, Net 30 | 14 | $ 5,265.30 | $ 5,265.30 |
| 3770173 | K102144 | 4-Feb-15 | 6-Mar-15 | Invoice | 7% 30, Net 30 | 14 | $ 361.99 | $ 361.99 |
| 3770414 | EN235746 | 4-Feb-15 | 6-Mar-15 | Invoice | 7% 30, Net 30 | 14 | $ 899.17 | $ 899.17 |
| 3769823 | J510 | 4-Feb-15 | 6-Mar-15 | Invoice | 7% 30, Net 30 | 14 | $ 111.70 | $ 111.70 |
| 3769788 | J507 | 4-Feb-15 | 6-Mar-15 | Invoice | 7% 30, Net 30 | 14 | $ 58.18 | $ 58.18 |
| 3769895 | J509 | 4-Feb-15 | 6-Mar-15 | Invoice | 7% 30, Net 30 | 14 | $ 55.85 | $ 55.85 |
| 3768683 | EN235595 | 3-Feb-15 | 5-Mar-15 | Invoice | 7% 30, Net 30 | 15 | $ 150.00 | $ 150.00 |
| 3768126 | K091135 | 3-Feb-15 | 5-Mar-15 | Invoice | 7% 30, Net 30 | 15 | $ 4,036.73 | $ 4,036.73 |
| 3768110 | EN235593 | 3-Feb-15 | 5-Mar-15 | Invoice | 7% 30, Net 30 | 15 | $ 1,369.60 | $ 1,369.60 |
| 3768311 | EN235594 | 3-Feb-15 | 5-Mar-15 | Invoice | 7% 30, Net 30 | 15 | $ 1,095.68 | $ 1,095.68 |
| 3769085 | K092267 | 3-Feb-15 | 5-Mar-15 | Invoice | 7% 30, Net 30 | 15 | $ 175.51 | $ 175.51 |
| 3766318 | K088659 | 2-Feb-15 | 4-Mar-15 | Invoice | 7% 30, Net 30 | 16 | $ 702.04 | $ 702.04 |
| 3766675 | EN235484 | 2-Feb-15 | 4-Mar-15 | Invoice | 7% 30, Net 30 | 16 | $ 1,039.78 | $ 1,039.78 |
| 3765586 | K086592 | 30-Jan-15 | 1-Mar-15 | Invoice | 7% 30, Net 30 | 19 | $ 99.11 | $ 99.11 |
| 3765026 | EN235381 | 30-Jan-15 | 1-Mar-15 | Invoice | 7% 30, Net 30 | 19 | $ 251.79 | $ 251.79 |
| 3763884 | J495 | 30-Jan-15 | 1-Mar-15 | Invoice | 7% 30, Net 30 | 19 | $ 161.40 | $ 161.40 |
| 3764110 | K084220 | 30-Jan-15 | 1-Mar-15 | Invoice | 7% 30, Net 30 | 19 | $ 175.51 | $ 175.51 |
| 3764375 | EN234672 | 30-Jan-15 | 1-Mar-15 | Invoice | 7% 30, Net 30 | 19 | $ 130.71 | $ 130.71 |

| | | | | | |
|---|---|---|---|---|---|
| 3763566 | J502 | 30-Jan-15 | 1-Mar-15 | Invoice | 7% 30, Net 30 | 19 | $ | 561.60 | $ | 561.60 |
| 3765654 | J508 | 30-Jan-15 | 1-Mar-15 | Invoice | 7% 30, Net 30 | 19 | $ | 490.81 | $ | 490.81 |
| 3635577 | J504 | 30-Jan-15 | 1-Mar-15 | Invoice | 7% 30, Net 30 | 19 | $ | 55.79 | $ | 55.79 |
| 3763567 | J501 | 30-Jan-15 | 1-Mar-15 | Invoice | 7% 30, Net 30 | 19 | $ | 330.24 | $ | 330.24 |
| 3763572 | J603 | 30-Jan-15 | 1-Mar-15 | Invoice | 7% 30, Net 30 | 19 | $ | 55.79 | $ | 55.79 |
| 3763565 | J500 | 30-Jan-15 | 1-Mar-15 | Invoice | 7% 30, Net 30 | 19 | $ | 226.06 | $ | 226.06 |
| 3765641 | K085677 | 30-Jan-15 | 1-Mar-15 | Invoice | 7% 30, Net 30 | 19 | $ | 90.44 | $ | 90.44 |
| 3762362 | K081908 | 29-Jan-15 | 28-Feb-15 | Invoice | 7% 30, Net 30 | 20 | $ | 378.00 | $ | 378.00 |
| 3763183 | AU053248 | 29-Jan-15 | 28-Feb-15 | Invoice | 7% 30, Net 30 | 20 | $ | 111.58 | $ | 111.58 |
| 3762173 | K082695 | 29-Jan-15 | 28-Feb-15 | Invoice | 7% 30, Net 30 | 20 | $ | 166.94 | $ | 166.94 |
| 3759542 | X683049 | 28-Jan-15 | 27-Feb-15 | Invoice | 7% 30, Net 30 | 21 | $ | 263.03 | $ | 263.03 |
| 3760557 | K079455 | 28-Jan-15 | 27-Feb-15 | Invoice | 7% 30, Net 30 | 21 | $ | 521.30 | $ | 521.30 |
| 3761119 | W5484286 | 28-Jan-15 | 27-Feb-15 | Invoice | 7% 30, Net 30 | 21 | $ | 187.18 | $ | 187.18 |
| 3757995 | K072709 | 27-Jan-15 | 26-Feb-15 | Invoice | 7% 30, Net 30 | 22 | $ | 153.96 | $ | 153.96 |
| 3756934 | M6579491 | 26-Jan-15 | 25-Feb-15 | Invoice | 7% 30, Net 30 | 23 | $ | 731.85 | $ | 731.85 |
| 3755977 | EN187163 | 26-Jan-15 | 25-Feb-15 | Invoice | 7% 30, Net 30 | 23 | $ | 756.00 | $ | 756.00 |
| 3756148 | EN187165 | 26-Jan-15 | 25-Feb-15 | Invoice | 7% 30, Net 30 | 23 | $ | 1,338.96 | $ | 1,338.96 |
| 3755966 | J505 | 26-Jan-15 | 25-Feb-15 | Invoice | 7% 30, Net 30 | 23 | $ | 305.94 | $ | 305.94 |
| 3756170 | K064919 | 26-Jan-15 | 25-Feb-15 | Invoice | 7% 30, Net 30 | 23 | $ | 362.00 | $ | 362.00 |
| 3756948 | EN187259 | 26-Jan-15 | 25-Feb-15 | Invoice | 7% 30, Net 30 | 23 | $ | 271.41 | $ | 271.41 |
| 3755225 | J82105004 | 26-Jan-15 | 25-Jan-15 | Credit Memo | | 53 | $ | (83.92) | $ | (83.92) |
| 3755702 | W5479614 | 26-Jan-15 | 26-Jan-15 | Credit Memo | | 53 | $ | (115.92) | $ | (115.92) |
| 3755523 | K042545 | 26-Jan-15 | 25-Feb-15 | Invoice | 7% 30, Net 30 | 23 | $ | 30.84 | $ | 30.84 |
| 3755678 | K027331 | 26-Jan-15 | 25-Feb-15 | Invoice | 7% 30, Net 30 | 23 | $ | 359.63 | $ | 359.63 |
| 3755700 | K054055 | 26-Jan-15 | 25-Feb-15 | Invoice | 7% 30, Net 30 | 23 | $ | 160.08 | $ | 160.08 |
| 3756059 | EN187258 | 26-Jan-15 | 25-Feb-15 | Invoice | 7% 30, Net 30 | 23 | $ | 709.56 | $ | 709.56 |
| 3755214 | K027890 | 26-Jan-15 | 25-Feb-15 | Invoice | 7% 30, Net 30 | 23 | $ | 180.74 | $ | 180.74 |
| 3754332 | EN234673 | 23-Jan-15 | 22-Feb-15 | Invoice | 7% 30, Net 30 | 26 | $ | 1,245.28 | $ | 1,245.28 |
| 3754187 | EN234672 | 23-Jan-15 | 22-Feb-15 | Invoice | 7% 30, Net 30 | 26 | $ | 50.53 | $ | 50.53 |
| 3753672 | X550523 | 23-Jan-15 | 22-Feb-15 | Invoice | 7% 30, Net 30 | 26 | $ | 200.37 | $ | 200.37 |
| 3753933 | K059413 | 23-Jan-15 | 22-Feb-15 | Invoice | 7% 30, Net 30 | 26 | $ | 99.11 | $ | 99.11 |
| 3753947 | K059168 | 23-Jan-15 | 22-Feb-15 | Invoice | 7% 30, Net 30 | 26 | $ | 351.02 | $ | 351.02 |
| 3753830 | K059229 | 23-Jan-15 | 22-Feb-15 | Invoice | 7% 30, Net 30 | 26 | $ | 175.51 | $ | 175.51 |
| 3754276 | K059976 | 23-Jan-15 | 22-Feb-15 | Invoice | 7% 30, Net 30 | 26 | $ | 175.51 | $ | 175.51 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3754285 | K060415 | 23-Jan-15 | 22-Feb-15 | Invoice | 7% 30, Net 30 | 26 | $ | 175.51 | $ | 175.51 |
| 3751147 | K054040 | 22-Jan-15 | 21-Feb-15 | Invoice | 7% 30, Net 30 | 27 | $ | 99.11 | $ | 99.11 |
| 3751183 | AU053246 | 22-Jan-15 | 21-Feb-15 | Invoice | 7% 30, Net 30 | 27 | $ | 543.90 | $ | 543.90 |
| 3751181 | EN234363 | 22-Jan-15 | 21-Feb-15 | Invoice | 7% 30, Net 30 | 27 | $ | 388.92 | $ | 388.92 |
| 3752772 | K041448 | 22-Jan-15 | 21-Feb-15 | Invoice | 7% 30, Net 30 | 27 | $ | 351.02 | $ | 351.02 |
| 3752734 | K041749 | 22-Jan-15 | 21-Feb-15 | Invoice | 7% 30, Net 30 | 27 | $ | 1,053.06 | $ | 1,053.06 |
| 3752787 | K042299 | 22-Jan-15 | 21-Feb-15 | Invoice | 7% 30, Net 30 | 27 | $ | 702.04 | $ | 702.04 |
| 3752681 | K053482 | 22-Jan-15 | 21-Feb-15 | Invoice | 7% 30, Net 30 | 27 | $ | 351.02 | $ | 351.02 |
| 3751954 | K056752 | 22-Jan-15 | 21-Feb-15 | Invoice | 7% 30, Net 30 | 27 | $ | 99.11 | $ | 99.11 |
| 3751925 | BS003540 | 22-Jan-15 | 21-Feb-15 | Invoice | 7% 30, Net 30 | 27 | $ | 91.08 | $ | 91.08 |
| 3752694 | K036687 | 22-Jan-15 | 21-Feb-15 | Invoice | 7% 30, Net 30 | 27 | $ | 4,036.73 | $ | 4,036.73 |
| 3751806 | AU053247 | 22-Jan-15 | 21-Feb-15 | Invoice | 7% 30, Net 30 | 27 | $ | 1,072.77 | $ | 1,072.77 |
| 3750645 | AU053245 | 21-Jan-15 | 20-Feb-15 | Invoice | 7% 30, Net 30 | 28 | $ | 197.00 | $ | 197.00 |
| 3750223 | J499 | 21-Jan-15 | 20-Feb-15 | Invoice | 7% 30, Net 30 | 28 | $ | 56.71 | $ | 56.71 |
| 3747873 | J496 | 20-Jan-15 | 19-Feb-15 | Invoice | 7% 30, Net 30 | 29 | $ | 490.81 | $ | 490.81 |
| 3746939 | M22 | 20-Jan-15 | 19-Feb-15 | Invoice | 7% 30, Net 30 | 29 | $ | 1,968.84 | $ | 1,968.84 |
| 3748117 | EN234114 | 20-Jan-15 | 19-Feb-15 | Invoice | 7% 30, Net 30 | 29 | $ | 378.00 | $ | 378.00 |
| 3747995 | J498 | 20-Jan-15 | 19-Feb-15 | Invoice | 7% 30, Net 30 | 29 | $ | 1,128.06 | $ | 1,128.06 |
| 3747871 | J497 | 20-Jan-15 | 19-Feb-15 | Invoice | 7% 30, Net 30 | 29 | $ | 56.71 | $ | 56.71 |
| 3747023 | K038154 | 20-Jan-15 | 19-Feb-15 | Invoice | 7% 30, Net 30 | 29 | $ | 154.92 | $ | 154.92 |
| 3746854 | 53243 | 19-Jan-15 | 18-Feb-15 | Invoice | 7% 30, Net 30 | 30 | $ | 153.37 | $ | 153.37 |
| 3746853 | K029002 | 19-Jan-15 | 18-Feb-15 | Invoice | 7% 30, Net 30 | 30 | $ | 189.86 | $ | 189.86 |
| 3744207 | AU053242 | 16-Jan-15 | 15-Feb-15 | Invoice | 7% 30, Net 30 | 33 | $ | 101.95 | $ | 101.95 |
| 3741528 | EN233413 | 15-Jan-15 | 14-Feb-15 | Invoice | 7% 30, Net 30 | 34 | $ | 483.68 | $ | 483.68 |
| 3741532 | W5481936 | 15-Jan-15 | 14-Feb-15 | Invoice | 7% 30, Net 30 | 34 | $ | 189.50 | $ | 189.50 |
| 3742234 | J494 | 15-Jan-15 | 14-Feb-15 | Invoice | 7% 30, Net 30 | 34 | $ | 149.77 | $ | 149.77 |
| 3740606 | J493 | 14-Jan-15 | 13-Feb-15 | Invoice | 7% 30, Net 30 | 35 | $ | 59.03 | $ | 59.03 |
| 3738959 | CT452341 | 14-Jan-15 | 13-Feb-15 | Invoice | 7% 30, Net 30 | 35 | $ | 567.00 | $ | 567.00 |
| 3740620 | J492 | 14-Jan-15 | 13-Feb-15 | Invoice | 7% 30, Net 30 | 35 | $ | 56.71 | $ | 56.71 |
| 3740182 | EN233329 | 14-Jan-15 | 13-Feb-15 | Invoice | 7% 30, Net 30 | 35 | $ | 1,369.60 | $ | 1,369.60 |
| 3739172 | AU053239 | 14-Jan-15 | 13-Feb-15 | Invoice | 7% 30, Net 30 | 35 | $ | 244.55 | $ | 244.55 |
| 3739540 | AU053240 | 14-Jan-15 | 13-Feb-15 | Invoice | 7% 30, Net 30 | 35 | $ | 540.20 | $ | 540.20 |
| 3737177 | K010027 | 13-Jan-15 | 12-Feb-15 | Invoice | 7% 30, Net 30 | 36 | $ | 34.91 | $ | 34.91 |
| 3737153 | EN231626 | 13-Jan-15 | 12-Feb-15 | Invoice | 7% 30, Net 30 | 36 | $ | 165.29 | $ | 165.29 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3736928 | M6577971 | 13-Jan-15 | 12-Feb-15 | Invoice | 7% 30, Net 30 | 36 | $ 5,802.29 | $ 5,802.29 |
| 3738496 | K014120 | 13-Jan-15 | 12-Feb-15 | Invoice | 7% 30, Net 30 | 36 | $ 120.06 | $ 120.06 |
| 3738392 | K014261 | 13-Jan-15 | 12-Feb-15 | Invoice | 7% 30, Net 30 | 36 | $ 1,755.10 | $ 1,755.10 |
| 3736867 | K006068 | 13-Jan-15 | 12-Feb-15 | Invoice | 7% 30, Net 30 | 36 | $ 877.55 | $ 877.55 |
| 3737931 | W5481622 | 13-Jan-15 | 12-Feb-15 | Invoice | 7% 30, Net 30 | 36 | $ 189.50 | $ 189.50 |
| 3738663 | EN233131 | 13-Jan-15 | 12-Feb-15 | Invoice | 7% 30, Net 30 | 36 | $ 306.44 | $ 306.44 |
| 3738667 | W5481621 | 13-Jan-15 | 12-Feb-15 | Invoice | 7% 30, Net 30 | 36 | $ 2,495.59 | $ 2,495.59 |
| 3738121 | J491 | 13-Jan-15 | 12-Feb-15 | Invoice | 7% 30, Net 30 | 36 | $ 460.65 | $ 460.65 |
| 3738635 | W5481623 | 13-Jan-15 | 12-Feb-15 | Invoice | 7% 30, Net 30 | 36 | $ 73.36 | $ 73.36 |
| 3734601 | J991946 | 12-Jan-15 | 11-Feb-15 | Invoice | 7% 30, Net 30 | 37 | $ 1,053.06 | $ 1,053.06 |
| 3735895 | W5481300 | 12-Jan-15 | 11-Feb-15 | Invoice | 7% 30, Net 30 | 37 | $ 144.87 | $ 144.87 |
| 3735207 | J489 | 12-Jan-15 | 11-Feb-15 | Invoice | 7% 30, Net 30 | 37 | $ 101.95 | $ 101.95 |
| 3735300 | J488 | 12-Jan-15 | 11-Feb-15 | Invoice | 7% 30, Net 30 | 37 | $ 149.77 | $ 149.77 |
| 3734871 | J490 | 12-Jan-15 | 11-Feb-15 | Invoice | 7% 30, Net 30 | 37 | $ 1,109.52 | $ 1,109.52 |
| 3734922 | W5481299 | 12-Jan-15 | 11-Feb-15 | Invoice | 7% 30, Net 30 | 37 | $ 1,255.56 | $ 1,255.56 |
| 3734600 | J992125 | 12-Jan-15 | 11-Feb-15 | Invoice | 7% 30, Net 30 | 37 | $ 1,053.06 | $ 1,053.06 |
| 3734653 | EN231380 | 12-Jan-15 | 11-Feb-15 | Invoice | 7% 30, Net 30 | 37 | $ 299.87 | $ 299.87 |
| 3732772 | J932630 | 9-Jan-15 | 8-Feb-15 | Invoice | 7% 30, Net 30 | 40 | $ 1,140.13 | $ 1,140.13 |
| 3733644 | EN232679 | 9-Jan-15 | 8-Feb-15 | Invoice | 7% 30, Net 30 | 40 | $ 387.42 | $ 387.42 |
| 3733680 | J985509 | 9-Jan-15 | 8-Feb-15 | Invoice | 7% 30, Net 30 | 40 | $ 34.91 | $ 34.91 |
| 3732300 | J484 | 8-Jan-15 | 7-Feb-15 | Invoice | 7% 30, Net 30 | 41 | $ 56.71 | $ 56.71 |
| 3731806 | J487 | 8-Jan-15 | 7-Feb-15 | Invoice | 7% 30, Net 30 | 41 | $ 244.55 | $ 244.55 |
| 3731669 | J485 | 8-Jan-15 | 7-Feb-15 | Invoice | 7% 30, Net 30 | 41 | $ 101.95 | $ 101.95 |
| 3731726 | J978103 | 8-Jan-15 | 7-Feb-15 | Invoice | 7% 30, Net 30 | 41 | $ 55.88 | $ 55.88 |
| 3730759 | AU053238 | 8-Jan-15 | 7-Feb-15 | Invoice | 7% 30, Net 30 | 41 | $ 899.96 | $ 899.96 |
| 3730614 | W5480450 | 8-Jan-15 | 7-Feb-15 | Invoice | 7% 30, Net 30 | 41 | $ 187.18 | $ 187.18 |
| 3730913 | J928506 | 8-Jan-15 | 7-Feb-15 | Invoice | 7% 30, Net 30 | 41 | $ 120.87 | $ 120.87 |
| 3731862 | J486 | 8-Jan-15 | 7-Feb-15 | Invoice | 7% 30, Net 30 | 41 | $ 548.18 | $ 548.18 |
| 3729062 | J965160 | 7-Jan-15 | 6-Feb-15 | Invoice | 7% 30, Net 30 | 42 | $ 34.52 | $ 34.52 |
| 3729123 | J929545 | 7-Jan-15 | 6-Feb-15 | Invoice | 7% 30, Net 30 | 42 | $ 487.18 | $ 487.18 |
| 3730330 | J968397 | 7-Jan-15 | 6-Feb-15 | Invoice | 7% 30, Net 30 | 42 | $ 378.00 | $ 378.00 |
| 3730425 | J965349 | 7-Jan-15 | 6-Feb-15 | Invoice | 7% 30, Net 30 | 42 | $ 513.11 | $ 513.11 |
| 3729232 | J967219 | 7-Jan-15 | 6-Feb-15 | Invoice | 7% 30, Net 30 | 42 | $ 46.60 | $ 46.60 |
| 3726898 | J955043 | 6-Jan-15 | 5-Feb-15 | Invoice | 7% 30, Net 30 | 43 | $ 3,861.22 | $ 3,861.22 |

| | | | | | |
|---|---|---|---|---|---|
| 3728083 J957466 | 6-Jan-15 | 5-Feb-15 | Invoice | 7% 30, Net 30 | 43 | $ | 80.04 | $ | 80.04 |
| 3727181 J956758 | 6-Jan-15 | 5-Feb-15 | Invoice | 7% 30, Net 30 | 43 | $ | 351.02 | $ | 351.02 |
| 3727576 J483 | 6-Jan-15 | 5-Feb-15 | Invoice | 7% 30, Net 30 | 43 | $ | 958.82 | $ | 958.82 |
| 3726851 J956257 | 6-Jan-15 | 5-Feb-15 | Invoice | 7% 30, Net 30 | 43 | $ | 702.04 | $ | 702.04 |
| 3725366 AU053236 | 5-Jan-15 | 4-Feb-15 | Invoice | 7% 30, Net 30 | 44 | $ | 539.08 | $ | 539.08 |
| 3725164 J951996 | 5-Jan-15 | 4-Feb-15 | Invoice | 7% 30, Net 30 | 44 | $ | 297.33 | $ | 297.33 |
| 3725393 J951645 | 5-Jan-15 | 4-Feb-15 | Invoice | 7% 30, Net 30 | 44 | $ | 175.51 | $ | 175.51 |
| 3724330 W5479614 | 2-Jan-15 | 1-Feb-15 | Invoice | 7% 30, Net 30 | 47 | $ | 1,252.99 | $ | 1,252.99 |
| 3724302 W5479615 | 2-Jan-15 | 1-Feb-15 | Invoice | 7% 30, Net 30 | 47 | $ | 186.56 | $ | 186.56 |
| 3723952 J469 | 2-Jan-15 | 1-Feb-15 | Invoice | 7% 30, Net 30 | 47 | $ | 487.87 | $ | 487.87 |
| 3724457 J10215 | 2-Jan-15 | 1-Feb-15 | Invoice | 7% 30, Net 30 | 47 | $ | 93.60 | $ | 93.60 |
| 3724521 J482 | 2-Jan-15 | 1-Feb-15 | Invoice | 7% 30, Net 30 | 47 | $ | 101.19 | $ | 101.19 |
| 3724355 W5479616 | 2-Jan-15 | 1-Feb-15 | Invoice | 7% 30, Net 30 | 47 | $ | 362.43 | $ | 362.43 |
| 3723366 J479 | 31-Dec-14 | 30-Jan-15 | Invoice | 7% 30, Net 30 | 49 | $ | 56.07 | $ | 56.07 |
| 3723497 J480 | 31-Dec-14 | 30-Jan-15 | Invoice | 7% 30, Net 30 | 49 | $ | 109.89 | $ | 109.89 |
| 3723481 J470 | 31-Dec-14 | 30-Jan-15 | Invoice | 7% 30, Net 30 | 49 | $ | 369.84 | $ | 369.84 |
| 3723005 01-J944736 | 31-Dec-14 | 30-Jan-15 | Invoice | 7% 30, Net 30 | 49 | $ | 366.46 | $ | 366.46 |
| 3722984 01-J94382C | 31-Dec-14 | 30-Jan-15 | Invoice | 7% 30, Net 30 | 49 | $ | 931.50 | $ | 931.50 |
| 3721994 J478 | 30-Dec-14 | 29-Jan-15 | Invoice | 7% 30, Net 30 | 50 | $ | 554.76 | $ | 554.76 |
| 3722254 J479 | 30-Dec-14 | 29-Jan-15 | Invoice | 7% 30, Net 30 | 50 | $ | 438.17 | $ | 438.17 |
| 3722171 J466 | 30-Dec-14 | 29-Jan-15 | Invoice | 7% 30, Net 30 | 50 | $ | 101.19 | $ | 101.19 |
| 3722096 468 | 30-Dec-14 | 29-Jan-15 | Invoice | 7% 30, Net 30 | 50 | $ | 489.28 | $ | 489.28 |
| 3721872 467 | 30-Dec-14 | 29-Jan-15 | Invoice | 7% 30, Net 30 | 50 | $ | 56.07 | $ | 56.07 |
| 3722029 J474 | 30-Dec-14 | 29-Jan-15 | Invoice | 7% 30, Net 30 | 50 | $ | 56.07 | $ | 56.07 |
| 3721953 j472 | 30-Dec-14 | 29-Jan-15 | Invoice | 7% 30, Net 30 | 50 | $ | 101.19 | $ | 101.19 |
| 3721438 J473 | 30-Dec-14 | 29-Jan-15 | Invoice | 7% 30, Net 30 | 50 | $ | 3,439.80 | $ | 3,439.80 |
| 3722107 01-J935796 | 30-Dec-14 | 29-Jan-15 | Invoice | 7% 30, Net 30 | 50 | $ | 366.05 | $ | 366.05 |
| 3721400 01-J935936 | 30-Dec-14 | 29-Jan-15 | Invoice | 7% 30, Net 30 | 50 | $ | 1,504.18 | $ | 1,504.18 |
| 3721454 EN231535 | 30-Dec-14 | 29-Jan-15 | Invoice | 7% 30, Net 30 | 50 | $ | 847.94 | $ | 847.94 |
| 3719305 J471 | 29-Dec-14 | 28-Jan-15 | Invoice | 7% 30, Net 30 | 51 | $ | 364.62 | $ | 364.62 |
| 3720376 W5479327 | 29-Dec-14 | 28-Jan-15 | Invoice | 7% 30, Net 30 | 51 | $ | 539.11 | $ | 539.11 |
| 3719969 W5479326 | 29-Dec-14 | 28-Jan-15 | Invoice | 7% 30, Net 30 | 51 | $ | 101.19 | $ | 101.19 |
| 3719944 J475 | 29-Dec-14 | 28-Jan-15 | Invoice | 7% 30, Net 30 | 51 | $ | 56.07 | $ | 56.07 |
| 3719940 J476 | 29-Dec-14 | 28-Jan-15 | Invoice | 7% 30, Net 30 | 51 | $ | 56.07 | $ | 56.07 |

| Invoice | Ref | Date | Due Date | Type | Terms | Days | Amount |
|---|---|---|---|---|---|---|---|
| 3719948 | J477 | 29-Dec-14 | 28-Jan-15 | Invoice | 7% 30, Net 30 | 51 | $ 56.07 |
| 3719970 | W5479325 | 29-Dec-14 | 28-Jan-15 | Invoice | 7% 30, Net 30 | 51 | $ 186.56 |
| 3719988 | W5479324 | 29-Dec-14 | 28-Jan-15 | Invoice | 7% 30, Net 30 | 51 | $ 186.56 |
| 3717378 | 01-J918934 | 24-Dec-14 | 23-Jan-15 | Invoice | 7% 30, Net 30 | 56 | $ 3,361.59 |
| 3706996 | EN230249 | 16-Dec-14 | 15-Jan-15 | Invoice | 7% 30, Net 30 | 64 | $ 3,535.55 |
| 3707410 | J887557 | 16-Dec-14 | 15-Jan-15 | Invoice | 7% 30, Net 30 | 64 | $ 351.02 |
| 3707060 | M6574177 | 16-Dec-14 | 15-Jan-15 | Invoice | 7% 30, Net 30 | 64 | $ 1,982.40 |
| | | | | | | TOTAL: | $ 201,445.01 |