**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-----------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| The Standard Register Company, *et al.*,[1] | Case No. 15-10541-BLS |
| | (Jointly Administered) |

-----------------------------------------------------------------x

**NOTICE OF APPEARANCE AND REQUEST FOR**
**NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Blakeley LLP hereby appears in the above-captioned Chapter 11 case and any other Chapter 11 cases that are consolidated with the above-captioned case for administrative purposes (collectively, the "Cases") as attorneys for Volt Consulting Group, Ltd. ("Volt"), which is a party in interest in the Cases, and requests, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and Sections 102(1) and 1109(b) of Title 11 of the United States Code, that all notices given or required to be given in connection with the Cases, and all papers served or required to be served in connection therewith, be given and served upon:

> Scott. E Blakeley
> Blakeley LLP
> 2 Park Plaza, Suite 400
> Irvine, CA 92614
> Telephone: (949) 260-0611
> Facsimile: (949) 260-0613
> E-Mail: SEB@BlakeleyLLP.com

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company, Standard Register Technologies, Inc., Standard Register International, Inc., iMedConsent, LLC, Standard Register or Puerto Rico Inc., Standard Register Mexico Holding Company, Standard Register Holding, S. de R.L. de C.V., Standard Register de Mexico, S. de R.L. de C.V., Standard Register Servicios, S. de R.L. de C.V., and Standard Register Technologies Canada ULC.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order or any other paper filed in the Cases whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States Mail, electronic mail, expedited delivery service, telephone, telex, telecopy or otherwise.

This appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, consent to jurisdiction of the Court over Volt.  Further, this appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, a waiver of any of Volt's substantive or procedural rights, including without limitation: (i) Volt's right to have final orders in matters that the Bankruptcy Court lacks statutory or constitutional authority to determine entered only after *de novo* review by a District Court; (ii) Volt's right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) Volt's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs or recoupments Volt may have, which are expressly reserved.

Dated: Wilmington, Delaware
       March 24, 2015

                                          */s/ Peter M. Sweeney*
                                          Peter M. Sweeney (DE Bar 2671)
                                          BLAKELEY LLP
                                          1000 North West Street, Suite 1200
                                          Wilmington, DE 19801
                                          Telephone: (302) 415-9908
                                          Facsimile: (949) 260-0613

                                          *Counsel to Volt Information Sciences, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2015, a true and correct copy of this Notice of Appearance and Request for Notices and Service of Papers was served *via* Notice of Electronic Filing through the Court's ECF System upon the parties listed on the attached Service List or by First Class Mail, if applicable.

Dated: Wilmington, Delaware
March 24, 2015

>*/s/ Peter M. Sweeney*
>Peter M. Sweeney (DE Bar 2671)
>BLAKELEY LLP
>1000 North West Street, Suite 1200
>Wilmington, DE 19801
>Telephone: (302) 415-9908
>Facsimile: (949) 260-0613

**SERVICE LIST**

| | |
|---|---|
| **Jeremy L. Graves**<br>GIBSON DUNN & CRUTCHER LLP<br>1801 California Street<br>Suite 4200<br>Denver, CO 80202-2642<br><br>**Kara Hammond Coyle**<br>**Maris J. Kandestin**<br>**Andrew L Magaziner**<br>**Michael R. Nestor**<br>Young Conaway Stargatt & Taylor LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br><br>**Sabina Jacobs**<br>**Robert Klyman**<br>**Jeffrey C. Krause**<br>**Samuel A. Newman**<br>Gibson Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br><br>*Debtors' Counsel* | **Mark S. Kenney**<br>Office of the U.S. Trustee<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br><br>*Office of the United States Trustee* |