**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| The Standard Register Company, *et al.* | : | Case No. 15-10541 (BLS) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |
| --------------------------------- | | |

   Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1.  **Pension Benefit Guaranty Corporation**, Attn: Jack Butler, 1200 K. St., NW, Washington, DC 20005, Phone: 202-326-4070, Fax: 202-842-2643

2.  **Timothy V. Webb**, 4906 E. Desert Fairways Dr., Paradise Valley, AZ 85253, Phone: 847-370-0542

3.  **Georgia-Pacific Consumer Products LP**, Attn: Richard Lawless, 133 Peachtree St., NE, 7th Floor, Atlanta, GA 30303, Phone: 404-652-4975

4.  **Gary Becker**, 666 Barclay Ln., Broomall, PA 19008, Phone: 610-353-7707

5.  **Mark A. Platt**, 5048 James Hill Rd., Kettering, OH 45429, Phone: 937-623-9984

6.  **Veritiv Corporation**, Attn: James Salvadori, 850 N. Arlington Heights Rd., Itasca, IL 60143, Phone: 630-875-7821, Fax: 866-797-2681

7.  **The Flesh Company**, Attn: Gerard Winterbottom, CFO, 2118 59th St., St. Louis, MO 63110, Phone: 800-760-2968, Fax: 314-951-2003


          ANDREW R. VARA
          Acting United States Trustee, Region 3


          /s/ Mark S. Kenney for
          T. PATRICK TINKER
          ASSISTANT UNITED STATES TRUSTEE

DATED: March 24, 2015

Attorney assigned to this Case: Mark S. Kenney, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Kara Hammond Coyle, Esquire, Phone: (302) 571-6600, Fax: (302) 571-1253