UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:                              Chapter 11

Case No. 15 - 10541 (BLS)

Debtor: THE STANDARD REGISTER COMPANY, et al.

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of John M. Craig

to represent certain Utility Companies.

in this action.

*[signature: John D. Demmy]*

Firm Name: John D. Demmy
Address: Stevens & Lee, P.C.
1105 N. Market Street, 7th Floor
Phone: Wilmington, Delaware 19801
(302) 425-3308

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Commonwealth of Virginia and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*[signature: John M. Craig]*

Firm Name: Law Firm of Russell R. Johnson III, PLC
Address: 2258 Wheatland Drive
Phone: Manakin-Sabot, Virginia 23103
(804) 749-8861

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

SL1 1341321v1 018560.00187