**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____
                                  )
                                  )
                                  )
In re:                            ) **Chapter 11**
                                  )
**THE STANDARD REGISTER**         ) **Case No. 15-10541 (BLS)**
  **COMPANY,** *et al.*,          )
                                  )
         Debtors.                 ) **(Jointly Administered)**
_____)

**CERTIFICATE OF SERVICE**

     I hereby certify that in addition to the notice and service provided through the Court's ECF system, on March 25, 2015, I caused a true and correct copy of the (i) *Objection of Certain Utilities to the Motion For Interim and Final Orders (A) Prohibiting Utility Providers From Altering, Refusing or Discontinuing Service; (B) Approving the Debtors' Proposed Adequate Assurance of Payment for Postpetition Services; and (C) Establishing Procedures For Resolving Requests For Additional Adequate Assurance of Payment*, and (ii) *Motion and Order For Admission Pro Hac Vice* to be served by email on:

Michael R. Nestor
Kara Hammond Coyle
Maris J. Kandestin
Andrew J. Magaziner
Young, Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware  19801
Email:     mnestor@ycst.com
           kcoyle@ycst.com
           mkandestin@ycst.com
           amagaziner@ycst.com
*Debtors' Counsel*

1

SL1 1358395v1 018560.00192

Robert A. Klyman
Samuel A. Newman
Jeremy L. Graves
Sabina Jacobs
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, California  90071-1512
Email:     rklyman@gibsondunn.com
           snewman@gibsondunn.com
           jgraves@gibsondunn.com
           sjacobs@gibsondunn.com
*Debtors' Counsel*

Mark S. Kenney
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

                              By:   STEVENS & LEE, P.C.

                              /s/ John D. Demmy_____
                              John D. Demmy (Bar No. 2802)
                              1105 North Market Street, 7th Floor
                              Wilmington, Delaware 19801
                              Telephone:  (302) 425-3308
                              E-mail:    jdd@stevenslee.com

2