**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*, | ) Case No. 15-10541 (BLS) ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Related Docket Nos. 6, 55 & 100** |
| | ) **Obj. Deadline: 3/25/2015 @ 4:00 p.m.** |
| | ) **Hearing Date: 4/1/2015 @ 10:00 a.m.** |

**JOINDER OF METROPOLITAN EDISON COMPANY TO THE OBJECTION OF CERTAIN UTILITY COMPANIES TO THE DEBTORS' MOTION FOR INTERIM AND FINAL ORDERS (A) PROHIBITING UTILITY COMPANIES FROM ALTERING, REFUSING OR DISCONTINUING SERVICE; (B) APPROVING THE DEBTORS' PROPOSED ADEQUATE ASSURANCE OF PAYMEN FOR POSTPETITION SERVICES; AND (C) ESTABLISHING PROCEDURES FOR RESOLVING REQUESTS FOR ADDITIONAL ADEQUATE ASSURANCE OF PAYMENT**

Metropolitan Edison Company ("MetEd"), by counsel, hereby joins in the *Objection of Certain Utility Companies to the Debtors' Motion For Interim and Final Orders (A) Prohibiting Utility Providers From Altering, Refusing or Discontinuing Service; (B) Approving the Debtors' Proposed Adequate Assurance of Payment For Postpetition Services; and (C) Establishing Procedures For Resolving Requests For Additional Adequate Assurance of Payment* (the "Objection"), and sets forth the following:

**Introduction**

1. MetEd adopts and incorporates by reference herein the *Introduction* section set forth in the Objection.

ME1 20052278v.1

**Facts**

2.    MetEd adopts and incorporates by reference herein the *Facts* section set forth in the Objection.

**Facts Concerning the Utilities**

3.    MetEd adopts and incorporates by reference herein the *Facts Concerning the Utilities* section set forth in the Objection.

4.    In order to avoid the need to bring witnesses and have lengthy testimony regarding MetEd's regulated billing cycle, MetEd requests that this Court, pursuant to Rule 201 of the Federal Rules of Evidence, take judicial notice of MetEd's billing cycle. Pursuant to the foregoing request and based on the voluminous size of the applicable documents, MetEd is providing the following web site link to its tariffs:

> MetEd:
> https://www.firstenergycorp.com/content/customer/customer_choice/pennsylvania/pennsylvania_tariffs.html

5.    Subject to a reservation of MetEd's right to supplement its post-petition deposit request if additional accounts belonging to the Debtors are subsequently identified, MetEd's estimated prepetition debt and post-petition deposit request is as follows:

| Utility | No. of Accts. | Est. Prepet. Debt | Dep. Request |
|---|---|---|---|
| MetEd | 1 | $143,320.69 | $99,850 (2-month) |

**Discussion**

6.    MetEd incorporates and adopts by reference the legal and factual arguments set forth in the Objection.

WHEREFORE, MetEd respectfully requests that this Court enter an order:

(I) Denying the Utility Motion as to MetEd;

(II) Awarding MetEd the post-petition adequate assurance of payment pursuant to Section 366 in the amount and form satisfactory to MetEd; and

(III) Providing such other and further relief as the Court deems just and appropriate.

| | |
|---|---|
| Dated: March 25, 2015<br>Wilmington, DE | **McCARTER & ENGLISH, LLP**<br><br>*/s/ William F. Taylor, Jr.*<br>William F. Taylor, Jr. (#2936)<br>Renaissance Centre<br>405 North King Street, 8th Floor<br>Wilmington, DE  19801<br>Telephone: (302) 984-6300<br>Facsimile: (302) 984-6399<br>E-mail: wtaylor@mccarter.com;<br><br>and<br><br>Russell R. Johnson III<br>John M. Craig<br>Law Firm of Russell R. Johnson III, PLC<br>2258 Wheatlands Drive<br>Manakin-Sabot, Virginia  23103<br>Telephone: (804) 749-8861<br>Facsimile: (804) 749-8862<br>E-mail:  russj4478@aol.com<br><br>*Counsel for Metropolitan Edison Company* |