## CERTIFICATE OF SERVICE

I, William F. Taylor, Jr., do hereby certify that in addition to the notice and service provided through the Court's ECF system, on March 23, 2015, I caused a true and correct copy of the *Joinder of Metropolitan Edison Company To the Objection of Certain Utility Companies to the Debtors' Motion For Interim and Final Orders (A) Prohibiting Utility Providers From Altering, Refusing or Discontinuing Service; (B) Approving the Debtors' Proposed Adequate Assurance of Payment For Postpetition Services; and (C) Establishing Procedures For Resolving Requests For Additional Adequate Assurance of Payment* to be served by email on:

| | |
|---|---|
| Michael R. Nestor | Robert A. Klyman |
| Kara Hammond Coyle | Samuel A. Newman |
| Maris J. Kandestin | Jeremy L. Graves |
| Andrew J. Magaziner | Sabina Jacobs |
| Young, Conaway Stargett & Taylor, LLP | Gibson, Dunn & Crutcher LLP |
| Rodney Square | 333 South Grand Avenue |
| 1000 North King Street | Los Angeles, California  90071-1512 |
| Wilmington, Delaware  19801 | Email: rklyman@gibsondunn.com |
| Email: mnestor@ycst.com | snewman@gibsondunn.com |
| kcoyle@ycst.com | jgraves@gibsondunn.com |
| mkandestin@ycst.com | sjacobs@gibsondunn.com |
| amagaziner@ycst.com | *Debtors's Counsel* |
| *Debtors' Counsel* | |

Mark S. Kenney
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

 

                                                  McCARTER & ENGLISH, LLP

                                                  /s/ William F. Taylor, Jr.
                                                  William F. Taylor, Jr. (#2936)

ME1 20052278v.1