IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THAT STANDARD REGISTER COMPANY, et al.,[1] | Case No. 15-10541 (BLS) Jointly Administered |
| Debtors. | Ref. Docket No. 15, 59 |

**LIMITED OBJECTION OF RAYMOND LEASING CORPORATION AND RAYMOND STORAGE CONCEPTS, INC. TO THE DEBTORS' REQUEST FOR A FINAL ORDER (1) AUTHORIZING DEBTORS IN POSSESSION TO OBTAIN POSTPETITION FINANCING PURSUANT TO 11 U.S.C. §§ 105, 362, 363, AND 364, (II) GRANTING LIENS AND SUPERPRIORITY CLAIMS TO POSTPETITION LENDERS PURSUANT TO 11 U.S.C. §§ 364; (III) PROVIDING ADEQUATE PROTECTION TO PREPETITION CREDIT PARTIES AND MODIFYING AUTOMATIC STAY PURSUANT TO 11 U.S.C. §§ 361, 362, 363, AND 364; AND (IV) SCHEDULING FINAL HEARING PURSUANT TO BANKRUPTCY RULES 4001(B) AND (C) AND LOCAL BANKRUPTCY RULE 4001-2**

Raymond Leasing Corporation and Raymond Storage Concepts, Inc. (collectively, "Raymond"), by and through their undersigned counsel, hereby object (the "Limited Objection") to the Debtors' request for entry of a *Final Order (1) Authorizing Debtors In Possession To Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 362, 363, and 364, (II) Granting Liens and Superpriority Claims to Postpetition Lenders Pursuant to 11 U.S.C. §§ 364; (III) Providing Adequate Protection to Prepetition Credit Parties and Modifying Automatic Stay Pursuant to 11 U.S.C. §§ 361, 362, 363, and 364; and (IV) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(B) and (C) and Local Bankruptcy Rule 4001-2* (the "Financing Request"). In support of its Limited Objection, Raymond states the following:

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de Mexico, S. de R.L. de C.V. (4FNO); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

1. On March 12, 2015, (the "Petition Date") the Debtors and affiliates filed their respective petitions for relief pursuant to chapter 11 of the U.S. Bankruptcy Code.

2. The cases are being jointly administered pursuant to an Order of this Court.

3. On March 12, 2015, the Debtors filed the *Motion for Debtor-in-Possession Financing* [Docket No. 15].

4. On March 13, 2015, the Court entered the *Interim Order (1) Authorizing Debtors In Possession To Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 362, 363, and 364, (II) Granting Liens and Superpriority Claims to Postpetition Lenders Pursuant to 11 U.S.C. §§ 364; (III) Providing Adequate Protection to Prepetition Credit Parties and Modifying Automatic Stay Pursuant to 11 U.S.C. §§ 361, 362, 363, and 364; and (IV) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(B) and (C) and Local Bankruptcy Rule 4001-2* (the "Interim Financing Order") [Docket No. 59]. Pursuant to the Interim Financing Order, objections to entry of a Final DIP Financing Order, any objections are to be filed on March 25, 2015.

5. Upon information and belief, Raymond is party to numerous leases with one or more of the Debtors for various pieces of equipment (the "Equipment"). Attached as Exhibit "A" to this Objection is a list of existing term leases, all of which are subject to filed UCC-1 Financing Statements. Some of the Leases may be characterized by others as finance leases and some are true leases under applicable law. In addition, Raymond was in the process of leasing to one or more of the Debtors new equipment pursuant to various new lease agreements. Some, but not all of the new equipment has been delivered as of the Petition Date. In addition, Raymond is party to several rental agreements on a month to month basis with the Debtors (collectively, the "Raymond Leases).

6.Raymond has also provided the Debtors with parts and service of existing equipment and the disassembly and reassembly of racking/storage systems for one or more companies that are a part of The Standard Register Company family. Raymond may be asserting §503(b)(9) or other claims for that work.

7.It is unclear from the petition filings and the corporate structure chart which the Debtors have filed with the Court, whether all the counterparties to the Raymond Leases are all included in these jointly administered cases. Further, given the short period within which to evaluate the 60 page Interim Financing Order or the proposed Final DIP Financing Order, Raymond has not been able to determine what effect the Interim Financing Order or Final DIP Financing Order may have upon their existing and future leases and the related Raymond Equipment.

8.To the extent, the Debtors are seeking to grant to any DIP Lender a lien or security interest in any of the Raymond Equipment under 11 U.S.C. §364(d) which would purport to prime Raymond's liens on any of the Raymond Equipment, Raymond objects to the entry of any Final DIP Financing Order that does not exclude the Raymond Leases or Raymond Equipment from such priming treatment.

WHEREFORE, Raymond respectfully requests the Court deny the Debtors' request to approve or grant a priming lien on any of their Equipment, and, if granted, that the Debtor be required to provide Raymond with adequate protection of their secured claims.

PHILLIPS, GOLDMAN & SPENCE, P.A.

*/s/ Stephen W. Spence*
Stephen W. Spence, Esquire (#2033)
1200 North Broom Street
Wilmington, DE 19806
302-655-4200 (tel.)
302-655-4210 (fax)
sws@pgslaw.com
*Counsel to Raymond Leasing Corporation and Raymond Storage Concepts, Inc.*