# EXHIBIT "A"

STANDARD REGISTER
WORKFLOWONE, LLC
THE RELIZON CO
Statement of Account
As of March 20, 2015

| LEASE NAME | LEASE NUMBER | EQUIPMENT LOCATION | EQUIPMENT DESCRIPTION | MONTHLY RENTAL | PAST DUE | MONTH/S PAST-DUE |
|---|---|---|---|---|---|---|
| The Relizon Co<br>UCC FILED | 2178813 | Grove City, OH | Counterbalance W/ B & C<br>Cascade Clamp | $751.02 | $2,253.03 | 12/25/2014<br>1/25/2015<br>2/25/2015 |
| The Relizon Co<br>UCC FILED | 2178814 | Grove City, OH | Swingreach W/ (2) B & (2) C<br>Walkie W/ (2) B & (1) C | $1,690.29 | $0.00 | Current |
| The Relizon Co.<br>UCC FILED | 2178816 | Grove City, OH | (2) Reach Forklifts<br>(4) Batteries<br>(2) Chargers | $1,389.08 | $2,778.16 | 2/5/2015<br>3/5/2015 |
| The Relizon Co<br>FINANCED<br>UCC FILED | 2178817 | Grove City, OH | Tennant Scrubber | $418.77 | $1,256.31 | 1/10/2015<br>2/10/2015<br>3/10/2015 |
| WORKFLOWONE LLC<br>FMV<br>UCC FILED | 239141 | Grove City, OH | Walkie W/ B & C | $206.90 | $206.90 | 2/20/2015 |
| WORKFLOWONE LLC<br>UCC FILED | 239142 | Charlotte, NC | Counterbalance W/ B & C | $509.87 | $1,019.74 | 2/5/2015<br>3/5/2015 |
| WORKFLOWONE LLC<br>UCC FILED | 239143 | Lithia Springs, GA | Orderpicker W/ B & C | $513.79 | $1,027.58 | 2/5/2015<br>3/5/2015 |
| WORKFLOWONE LLC<br>UCC FILED | 239145 | Grove City, OH | (11) Orderpickers<br>(11) Batts & (6) Chargers<br>(3) Walkies W/ (3) Batt & (3) C | $5,892.01 | $11,784.02 | 2/15/2015<br>3/15/2015 |
| WORKFLOWONE LLC<br>UCC FILED | 239146 | Livermore, CA | (3) Toyota<br>(3) Batts & (3) Chargers | $2,414.14 | $4,828.28 | 2/10/2015<br>3/10/2015 |
| WORKFLOWONE LLC<br>UCC FILED | 239147 | Houston, TX | (1) Reach W/ B & C | $611.93 | $1,830.08 | 2/10/2015<br>3/10/2015<br>3/17/2015 |
| WORKFLOWONE LLC<br>UCC FILED | 307981 | Livermore, CA | (1) Orderpicker W/ B & C<br>(1) Reach W/ B & C | $1,047.00 | $1,047.00 | 2/25/2015 |
| WORKFLOWONE LLC<br>UCC FILED | 307982 | Coldwater, OH | (1) Counterbalance W/ B & C | $471.12 | $942.24 | 2/15/2015<br>3/15/2015 |
| WORKFLOWONE LLC<br>UCC FILED | 307983 | Ontario, CA | (3) Orderpickers<br>(3) Batteries<br>(3) Chargers | $1,427.74 | $2,855.48 | 2/20/2015<br>3/20/2015 |
| WORKFLOWONE LLC<br>UCC FILED | 307984 | Ontario, CA | (1) Swingreach W/ B & C | $1,445.30 | $2,890.06 | 2/20/2015<br>3/20/2015 |
| WORKFLOWONE LLC<br>UCC FILED | 307985 | Grove City, OH | (1) Swingreach W/ B & C | $1,352.55 | $2,705.10 | 2/15/2015<br>3/15/2015 |
| WORKFLOWONE LLC<br>FMV<br>UCC FILED | 307986 | Grove Cityu, OH | (1) Reach W/ B & C | $538.74 | $1,077.48 | 2/15/2015<br>3/15/2015 |
| WORKFLOWONE LLC<br>UCC FILED | 307987 | Grove City, OH | (1) Generac Generator | $2,176.18 | $2,176.18 | 2/25/2015 |
| TOTALS: | | | | $22,856.43 | $40,677.64 | |