## CERTIFICATE OF SERVICE

I, Celeste A. Hartman, Senior Paralegal, do hereby certify that I am over the age of 18 and that on March 25, 2015, I caused a copy of the foregoing *Limited Objection of Raymond Leasing Corporation and Raymond Storage Concepts, Inc to Final Order (1) Authorizing Debtors In Possession To Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 362, 363, and 364, (II) Granting Liens and Superpriority Claims to Postpetition Lenders Pursuant to 11 U.S.C. §§ 364; (III) Providing Adequate Protection to Prepetition Credit Parties and Modifying Automatic Stay Pursuant to 11 U.S.C. §§ 361, 362, 363, and 364; and (IV) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(B) and (C) and Local Bankruptcy Rule 4001-2* by all persons receiving notice through the Court's cm/ecf system and upon the parties in the manner indicated.

*Via Hand Delivery*
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801

*Via Email*
Gibson Dunn & Crutcher LLP
Robert Klyman, Esq.
333 South Grand Avenue
Los Angeles, California 90071-3197,
rklyman@gibsondunn.com

*Via Email*
Young Conaway Stargatt & Taylor, LLP
Michael R. Nestor, Esq.
Rodney Square
1000 North King Street
Wilmington Delaware 19801, Attn:
mnestor@ycst.com

*Via Email*
Parker Hudson Rainer & Dobbs LLP
C. Edward Dobbs, Esq.
1500 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, Georgia 30303
edobbs@phrd.com

*Via Email*
Richards Layton & Finger, P.A.
Mark D. Collins, Esq.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
collins@rlf.com

*Via Email*
Skadden, Arps, Slate, Meagher & Flom LLP
Ron E. Meisler, Esq.
155 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
ron.meisler@skadden.com

*Via Email*
Skadden, Arps, Slate, Meagher & Flom LLP
Sarah E. Pierce, Esq.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
sarah.pierce@skadden.com

Under penalty of perjury, I certify the foregoing to be true and correct.

/s/ Celeste A. Hartman
CELESTE A. HARTMAN