**GOLAN & CHRISTIE LLP**
Barbara L. Yong, Esq. (ARDC #6184000)
Caren A. Lederer, Esq. (ARDC #6244631)
70 W. Madison Street, Suite 1500
Chicago, Illinois 60602
312-263-2300
Barbara L. Yong, Esq.
Caren A. Lederer, Esq.
Counsel for Creditors, Bell & Howell Company
And BBH Financial Services

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re:<br><br>**THE STANDARD REGISTER COMPANY,**<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10541-BLS<br><br>Honorable Brendan L. Shannon |
|---|---|

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE THAT** Bell & Howell Company and BBH Financial Services (collectively "Creditors"), creditors and parties in interest in the above-captioned case, hereby appear in the above-captioned case through their counsel, Golan & Christie LLP, enters its appearance on behalf of the Creditors pursuant to Federal Rule of Bankruptcy Procedure ("Bankruptcy Rule") 9010(b), and hereby request, pursuant to Bankruptcy Rules 2002 and 9007, and section 342 of the Bankruptcy Code, that copies of all notice and pleadings given or filed in this case be given and served upon the following:

Barbara L. Yong, Esq. (blyong@golanchristie.com)
Caren A. Lederer, Esq. (calederer@golanchristie.com)
Golan & Christie LLP
70 W. Madison Street, Suite 1500
Chicago, Illinois 60602
Telephone No.:  312.263.2300
Facsimile No.:  312.263.0939

**PLEASE TAKE FURTHER NOTICE THAT**, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, any notice, including notice of rejection of leases, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, email, hand delivery, telephone, telecopy or otherwise filed or made with regard to the referenced case and proceedings herein.

**PLEASE TAKE FURTHER NOTICE THAT** this Notice of Appearance and Request for Service of Papers is without prejudice to the Creditors' rights, remedies and claims against the Debtor and any other entities either in this case or in any other action, or any objection which may be made to the jurisdiction of the Court and shall not be deemed or construed to be a waiver of any objection thereto. All rights, remedies and claims are hereby expressly reserved.

Dated:  March 25, 2015

BELL & HOWELL COMPANY and
BBH FINANCIAL SERVICES,
Creditors,

By:  /s/ Barbara L. Yong
         One of Their Attorneys

Barbara L. Yong, Esq. (ARDC #6184000)
Caren A. Lederer, Esq. (ARDC #6244631)
Golan & Christie LLP
70 W. Madison Street, Suite 1500
Chicago, Illinois 60602
312.263.2300
312.263.0939 (facsimile)