# **CERTIFICATE OF SERVICE**

I certify that on March 25, 2015, I caused to be served a copy/copies of the United States Trustee's Objection to the Debtors' Motion For (i) an Order (a) Establishing Sale Procedures Relating to the Sale of Substantially All of the Debtors' Assets; (b) Approving Bid Protections; (c) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts; (d) Approving Form and Manner of Notice of All Procedures, Protections, Schedules, and Agreements; (e) Scheduling a Hearing to Consider the Proposed Sale; and (f) Granting Certain Related Relief; and (ii) an Order (a) Approving the Sale of Substantially All of the Debtors' Assets and (b) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection With the Sale via electronic mail to the following:

Michael R. Nestor, Esquire
Kara Hammond Coyle, Esquire
Maris J. Kandestin, Esquire
Andrew L. Magaziner, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
mnestor@ycst.com
kcoyle@ycst.com
mkandestin@ycst.com
amagaziner@ycst.com

Robert A. Klyman, Esquire
Samuel A. Newman, Esquire
Jeremy L. Graves, Esquire
Sabina Jacobs, Esquire
GIBSON DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
rklyman@gibsondunn.com
snewman@gibsondunn.com
jgraves@gibsondunn.com
sjacobs@gibsondunn.com

/s/ Mark S. Kenney
Mark S. Kenney