UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>The Standard Register Company, et al.,[1] | Chapter 11<br><br>Case No. 15-10541-BLS<br><br>(Jointly Administered)<br><br>Hearing: April 1, 2015 at 10:00 a.m. (ET)<br>Re: Docket Nos. 14 & 58 |

**DECLARATION OF CHRIS BAILEY IN SUPPORT OF THE LIMITED OBJECTION BY VOLT CONSULTING GROUP, LTD. TO THE DEBTORS' MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING PAYMENT OF CERTAIN PREPETITION WORKFORCE CLAIMS, INCLUDING WAGES, SALARIES AND OTHER COMPENSATION, (II) AUTHORIZING PAYMENT OF CERTAIN EMPLOYEE BENEFITS AND CONFIRMING RIGHT TO CONTINUE EMPLOYEE BENEFITS ON POSTPETITION BASIS, (III) AUTHORIZING PAYMENT OF REIMBURSEMENT TO EMPLOYEES FOR EXPENSES INCURRED PREPETITION, (IV) AUTHORIZING PAYMENT OF WITHHOLDING AND PAYROLL-RELATED TAXES, (V) AUTHORIZING PAYMENT OF WORKERS' COMPENSATION OBLIGATIONS, AND (VI) AUTHORIZING PAYMENT OF PREPETITION CLAIMS OWING TO ADMINISTRATORS AND THIRD PARTY PROVIDERS**

I, Chris Bailey, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am the Director of Accounts Receivable for Volt Consulting Group, Ltd. ("Volt"). I submit this declaration in support of Volt's limited objection to the *Debtors' Motion For Entry of Interim And Final Orders (I) Authorizing Payment of Certain Prepetition Workforce Claims, Including Wages, Salaries And Other Compensation, (II) Authorizing Payment of Certain Employee Benefits And Confirming Right To Continue Employee Benefits on Postpetition Basis, (III) Authorizing Payment of Reimbursement To Employees For Expenses*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company, Standard Register Technologies, Inc., Standard Register International, Inc., iMedConsent, LLC, Standard Register or Puerto Rico Inc., Standard Register Mexico Holding Company, Standard Register Holding, S. de R.L. de C.V., Standard Register de Mexico, S. de R.L. de C.V., Standard Register Servicios, S. de R.L. de C.V., and Standard Register Technologies Canada ULC.

*Incurred Prepetition, (IV) Authorizing Payment of Withholding And Payroll-Related Taxes, (V) Authorizing Payment of Workers' Compensation Obligations, And (VI) Authorizing Payment of Prepetition Claims Owing To Administrators And Third Party Providers* (the "Motion") [D.I. 14]. Except as otherwise indicated, all facts set forth in this declaration are based upon my personal knowledge of Volt's operations and finances. If called upon to testify, I could and would competently testify to the facts set forth herein from my own personal knowledge.

2. Volt manages approximately thirty-five (35) vendor staffing companies (the "Vendors") that supply contract workers to the Debtors. Volt oversees the invoicing, billing, coordination, and payment of these Vendors for Debtors. In exchange, Volt receives a management fee of approximately three percent (3%).

3. Volt is owed least $2,012,495.93 by the Debtors from before the petition date. With the exception of its management fee, Volt would have paid this money to the Vendors it manages.

4. Volt is unaffiliated with Integrated HR.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 25, 2015

Chris Bailey