**CERTIFICATE OF SERVICE**

       I hereby certify that on March 25, 2015, a copy of the *Limited Objection by Volt Consulting Group, Ltd. to the Debtors' Motion For Entry of Interim And Final Orders (I) Authorizing Payment of Certain Prepetition Workforce Claims, Including Wages, Salaries And Other Compensation, (II) Authorizing Payment of Certain Employee Benefits And Confirming Right To Continue Employee Benefits on Postpetition Basis, (III) Authorizing Payment of Reimbursement To Employees For Expenses Incurred Prepetition, (IV) Authorizing Payment of Withholding And Payroll-Related Taxes, (V) Authorizing Payment of Workers' Compensation Obligations, And (VI) Authorizing Payment of Prepetition Claims Owing To Administrators And Third Party ProvidersObjection By Ad Hoc Committee Of Section 503(b)(9) Creditors To Motion Of The Debtors, Pursuant To Sections 105(A) And 503 Of The Bankruptcy Code And Bankruptcy Rules 3002 And 3003, For An Order Establishing Procedures For The Assertion Of Claims Arising Under Section 503(b)(9) Of The Bankruptcy Code* was caused to be served on the parties listed on the attached service list *via* CM/ECF electronic filing and first class mail.

                                                 */s/ Peter M. Sweeney*
                                                  Peter M. Sweeney (DE # 3671)

**SERVICE LIST**

| | |
|---|---|
| Michael R. Nestor (No. 3526)<br>Kara Hammond Coyle (No. 4410)<br>Maris J. Kandestin (No. 5294)<br>Andrew L. Magaziner (No. 5426)<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>mnestor@ycst.com<br>kcoyle@ycst.com<br>mkandestin@ycst.com<br>amagaziner@ycst.com<br><br>– and –<br><br>Robert A. Klyman (CA No. 142723)<br>Samuel A. Newman (CA No. 217042)<br>Jeremy L. Graves (CO No. 45522)<br>Sabina Jacobs (CA No. 274829)<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-1512<br>Telephone: (213) 229-7000<br>Facsimile: (213) 229-7520<br>rklyman@gibsondunn.com<br>snewman@gibsondunn.com<br>jgraves@gibsondunn.com<br>sjacobs@gibsondunn.com<br><br>*Proposed Counsel to the Debtors and Debtors-in-Possession* | Mark S. Kenney<br>(mark.kenney@usdoj.gov)<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>Telephone: (302) 573-6491<br>Facsimile: (302) 573-6497<br><br>*Counsel to the Office of the United States Trustee* |
| Ron E. Meisler, Esq.<br>Carl T. Tullson, Esq.<br>Christopher M. Dressel, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>155 North Wacker Drive, Suite 2700<br>Chicago, Illinois 60606-1720<br>Telephone: (312) 407-0700 | |

| | |
|---|---|
| Facsimile: (312) 407-0411<br>Ron.Meisler@skadden.com<br>Carl.Tullson@skadden.com<br>Christopher.Dressel@skadden.com<br><br>*Counsel for Silver Point Finance, LLC, and Standard Acquisition Holdings, LLC* | |