**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re*: <br><br> The Standard Register Company, *et al.*, | Chapter 11 <br><br> Case No. 15-10541-BLS <br><br> (Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of David Mannion to represent party-in-interest Volt Consulting Group, Ltd. in this jointly-administered bankruptcy case.

    */s/ Peter M. Sweeney*
Peter M. Sweeney (DE No. 3671)
BLAKELEY LLP
1000 N. West Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 415-9908
Email: psweeney@blakeleyllp.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New York and California, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/24/2014. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

    */s/ David M. Mannion*
David M. Mannion
BLAKELEY LLP
54 W. 40th Street
New York, NY 10018
Telephone: (917) 472-9587
E-Mail: dmannion@blakeleyllp.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.