## CERTIFICATE OF SERVICE

      I hereby certify that on March 25, 2015, a copy of the *Motion And Order For Admission Pro Hac Vice* was caused to be served on the parties listed on the attached service list *via* CM/ECF electronic filing and first class mail.

                                      */s/ Peter M. Sweeney*
                                       Peter M. Sweeney (DE # 3671)

1

**SERVICE LIST**

| | |
|---|---|
| Michael R. Nestor (No. 3526)<br>Kara Hammond Coyle (No. 4410)<br>Maris J. Kandestin (No. 5294)<br>Andrew L. Magaziner (No. 5426)<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>mnestor@ycst.com<br>kcoyle@ycst.com<br>mkandestin@ycst.com<br>amagaziner@ycst.com<br><br>– and –<br><br>Robert A. Klyman (CA No. 142723)<br>Samuel A. Newman (CA No. 217042)<br>Jeremy L. Graves (CO No. 45522)<br>Sabina Jacobs (CA No. 274829)<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-1512<br>Telephone: (213) 229-7000<br>Facsimile: (213) 229-7520<br>rklyman@gibsondunn.com<br>snewman@gibsondunn.com<br>jgraves@gibsondunn.com<br>sjacobs@gibsondunn.com<br><br>*Proposed Counsel to the Debtors and Debtors-in-Possession* | Mark S. Kenney<br>(mark.kenney@usdoj.gov)<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>Telephone: (302) 573-6491<br>Facsimile: (302) 573-6497<br><br>*Counsel to the Office of the United States Trustee* |
| Ron E. Meisler, Esq.<br>Carl T. Tullson, Esq.<br>Christopher M. Dressel, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>155 North Wacker Drive, Suite 2700<br>Chicago, Illinois 60606-1720<br>Telephone: (312) 407-0700 | |

| | |
|---|---|
| Facsimile: (312) 407-0411<br>Ron.Meisler@skadden.com<br>Carl.Tullson@skadden.com<br>Christopher.Dressel@skadden.com<br><br>*Counsel for Silver Point Finance, LLC, and Standard Acquisition Holdings, LLC* | |