## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:**<br><br>**THE STANDARD REGISTER COMPANY, et al.,**<br><br>               **Debtors.** | **Case No. 15-10541-BLS**<br><br>**Chapter 11**<br><br>**(Joint Administration Requested)** |

### AMENDED CERTIFICATE OF SERVICE FOR
### THE STANDARD REGISTER COMPANY'S
### NOTICE OF APPEARANCE
### AND DEMAND FOR SERVICE OF PAPERS

I HEREBY CERTIFY that on March 19, 2015, a true and correct copy of the "Notice of Appearance and Demand for Service of Papers" (Docket No. 82) was filed with the Clerk of the Court, by The Realty Associates Fund IX, using the Delaware Bankruptcy Court's eFiling Portal and furnished to those parties listed on the Certificate of Service via first-class mail.

FRIEDLANDER MISLER, PLLC


By: */s/ Robert E. Greenberg*
Robert E. Greenberg, Esq.
Thomas F. Murphy, Esq.
Lindsay A. Thompson, Esq.
5335 Wisconsin Avenue, NW
Suite 600
Washington, D.C.  20015
202-872-0800
*Counsel for The Realty Associates Fund IX*

## Certificate of Service

I hereby certify that on March 26, 2015, I served a copy of the foregoing by first class mail, postage prepaid, upon the following persons and entities listed below:

> The Standard Register Company, *et al.*
> 600 Albany Street
> Dayton, OH 45417
> *Debtor*
>
> Michael R. Nestor, Esq.
> Kara Hammond Coyle, Esq.
> Maris J. Kandestin, Esq.
> Andrew L. Magaziner, Esq.
> Young Conaway Stargatt & Taylor, LLP
> Rodney Square
> 1000 North King Street
> Wilmington, DE 19801
>
> and
>
> Robert A. Klyman, Esq.
> Samuel A. Newman, Esq.
> Jeremy L. Graves, Esq.
> Sabina Jacobs, Esq.
> Jeffrey C. Krause, Esq.
> Gibson, Dunn & Crutcher LLP
> 333 South Grand Avenue
> Los Angeles, CA 90071-1512
> *Proposed Counsel to the Debtors and*
> *Debtors in Possession*
>
> U.S. Trustee
> 844 King Street, Room 2207
> Lockbox # 35
> Wilmington, DE 19801-3519

Prime Clerk
www.primeclerk.com
830 Third Avenue
9th Floor
New York, NY 10022-6561

The Standard Register Company
Enterprise Search Associates, LLC
PO Box 293053
Dayton, OH 45429-9053

Dallas County
c/o Elizabeth Weller
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207-2328

PacerPro, Inc.
c/o McGrane LLP
Four Embarcadero Center
Suite 1400
San Francisco, CA 94111-4164

U.S. Bankruptcy Court
824 Market Street, 3rd Floor
Wilmington, DE 19801

The Pension Benefit Guaranty Corporation
PBGC
Attn: Erin C. Kim
1200 K Street, NW
Washington, DC 20005-4026

Timothy Webb
4906 E. Desert Fairways Dr.
Paradise Valley, AZ 85253

Georgia Pacific Corp.
Attention: General Counsel
PO Box 0102412
Atlanta, GA 30368-0412

3

Gary Becker
666 Barclay Lane
Broomall, PA 19008

Salesforce Com Inc.
Attn: General Counsel
PO Box 203141
Dallas, TX 75320-3141

Michael Spaul
296 Carmathen Way
Granville, OH 43023

Volt Consulting
Attn: General Counsel
Two Tower Center Blvd.
East Brunswick, NJ 08816

Mark Platt
5048 James Hill Road
Kettering, OH 45429

Craig Stockmal
1 Huntington Avenue
#1802
Boston, MA 02116-0000

Peter Redding
6470 Montreux Lane
Reno, NV 89511

Washington State Department of Ecology
Attention: General Counsel
PO Box 47600
Olympia, WA 98504-7600

Westborough
Attention: Ms. Sam Ajanaku
The Realty Associates Fund IX
c/o Lincoln Property Company
67 South Bedford Street
Burlington, MA 01803-0000

4

Avery Dennison
Attention: General Counsel
15178 Collections Center Drive
Chicago, IL 60693

Joseph Custer
Attention: General Counsel
2285 Nyce Way
Lansdale, PA 19446

Purchase Power
Attention: General Counsel
PO Box 856042
Louisville, KY 40285

Bank of America
Attention: General Counsel
200 N. College Street
Charlotte, NC 28255-0001

Carolinas Shared Services (subgroup
within Premier GPO)
Robert Boyd
5039 Airport Center Parkway
Building K, Suite A
Charlotte, NC 28208

Business Card Service
Attn: General Counsel
3200 143rd Circle
Burnsville, MN 55306-6945

Appvion Inc.
Attn: General Counsel
PO Box 638565
Cincinnati, OH 45263-8565

John Harden
5390 Cold Springs Road South
Concord, NC 28025

Dennis Rediker
737 Lakengren Cove
Eaton, OH 45320

Tenet (subgroup within MedAssets GPO
comprised of about 45 hospitals)
Richard Yonker
1445 Ross Avenue
Suite 1400
Dallas, TX 75202

HP Enterprise Services LLC
Attn: General Counsel
Hewlett Packard Express
PO Box 22160
Oakland, CA 94623

Kathryn Lamme
885 Greenhouse Drive
Kettering, OH 45419

GLS Graphic Label Solutions
Attn: General Counsel
2407 Pulaski Highway
Columbia, TN 38401

Earth Color
Attn: General Counsel
7021 Portwest Drive
Suite 190
Houston, TX 77024

Precision Dynamics Corp.
Attn: General Counsel
PO Box 71549
Chicago, IL 60694-1995

Craig Brown
60 Royal Birkdale
Springboro, OH 45066

Rajendra Mehta
220 Estates Drive
Dayton, OH 45459

Virginia Rafferty
235 Bellewood Drive
Aiken, SC 29803

Jack Marshall
470 Westwood
Barrington, IL 60010

Unisource Worldwide, Inc.
Attn: General Counsel
7575 Brewster
Philadelphia, PA 19153

Michael Wolk
1246 Homestead Creek Drive
Broadview Heights, OH 44147

Flexcon Company Inc.
Attn: Accounts Receivable
1 FLEXcon Industrial Park
Spencer, MA 01562-2642

Edward Keiper
22706 Whiteoaks
Mission Viejo, CA 92692

Xpedx LLC
Attn: General Counsel
6285 Tri-Ridge Blvd.
Loveland, OH 45140

Lithia Springs
Attention: Ericca Stokes
3475 Piedmont Road
Suite 650
Atlanta, GA 30305

7

Novation GPO
Mitchell Shepherd
75 Remittance Drive
Suite 1420
Chicago, IL 60675

Robert Assini
20 Rima Court
Danville, CA 94526

Sanmar Corp.
Attn: General Counsel
PO Box 643693
Cincinnati, OH 45264-3693

Partners Healthcare
Peter Markell
529 Main Street
Charlestown, MA 02129-0000

Nevs Ink Inc.
Attn: General Counsel
2500 W. Sunset Drive
Waukesha, WI 53189

Source Technologies Inc.
Attn: General Counsel
4205B Westinghouse Commons Drive
Charlotte, NC 28273

Domtar Paper Co. LLC
Attn: General Counsel
8800 Sterling Street
Irving, TX 75063-2535

Case Information Systems
Attn: General Counsel
12444 Powerscourt Drive
Suite 550
St. Louis, MO 63131

Dayton Mailing Services
Attn: General Counsel
PO Box 2436
Dayton, OH 45401

Bruce Moses
620 Hospitality Drive
Rancho Mirage, CA 92270

Catholic Contracting Group (CCG)
Attention: Mike Maguire
Premier Healthcare Alliance LP
13034 Ballantine Corporate Place
Charlotte, NC 28277

Independent Printing Co. Inc.
Attn: General Counsel
1801 Lawrence Drive
PO Box 5790
De Pere, WI 54115

Nissan Total
Attn: General Counsel
983 Nissan Drive
Smyrna, TN 37617-0003

                                        /s/ Robert E. Greenberg
                                        Robert E. Greenberg

9