**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| THE STANDARD REGISTER, | : | Case No. 15-10541 (BLS) |
| COMPANY, *et al.*, | : | Joint Administration Pending |
| Debtors. | : | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Katherine M. O'Malley of Reinhart Boerner Van Deuren s.c. to represent Nev's Ink, Inc. in this action.

SULLIVAN • HAZELTINE • ALLINSON LLC

*/s/ William A. Hazeltine*
William A. Hazeltine (No. 3294)
901 North Market Street, Suite 1300
Wilmington, DE  19801
(302) 428-8191

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Wisconsin and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Katherine M. O'Malley
Katherine M. O'Malley
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 1700
Milwaukee, WI  53202
(414) 298-1000

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

31669600