UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                      ) Chapter 11
                                            )
THE STANDARD REGISTER COMPANY, *et al.*,[1] ) Case No. 15-10541 (BLS)
                                            )
                                            ) (Jointly Administered)
        Debtors.                            )
                                            )

NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the below counsel hereby enter their appearance in the above-captioned bankruptcy case as counsel to Technicote, Inc. ("Technicote").

FURTHER, PLEASE TAKE NOTICE that, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, the below attorneys request that all notices and all other papers required to be served in this case be served upon the following and that the following be added to the mailing matrix in this case:

| Scott N. Schreiber | Shannon L. Deeby | Edward J. Kosmowski |
|---|---|---|
| CLARK HILL PLC | CLARK HILL PLC | CLARK HILL PLC |
| 150 N. Michigan Avenue | 151 South Old Woodward Avenue | 824 N. Market Street, Suite 710 |
| Suite 2700 | Suite 200 | Wilmington, Delaware 19801 |
| Chicago, Illinois 60601 | Birmingham, Michigan 48009 | Telephone: (302) 250-4748 |
| Telephone: (312) 985-5595 | Telephone: (248) 988-5889 | Facsimile: (302) 421-9439 |
| Facsimile: (312) 985-5984 | Facsimile: (248) 988-2504 | ekosmowski@clarkhill.com |
| sschreiber@clarkhill.com | sdeeby@clarkhill.com | |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

FURTHER, PLEASE TAKE NOTICE that the foregoing request includes not only the notices and papers referred to in the above-referenced Bankruptcy Rules but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal that is filed or made with regard to the above-referenced case and any proceedings therein.

Neither this Notice of Appearance, nor any subsequent appearance, pleading, claim or suit, is intended to waive (a) Technicote's right to have final orders in non-core matters entered only after *de novo* review by a federal district court judge; (b) Technicote's right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (c) Technicote's right to have the reference withdrawn by the federal district court in any matter subject to mandatory or discretional withdrawal; and (d) any other rights, claims, actions, or defenses to which Technicote is or may be entitled in law or in equity, all of which rights, claims, actions, and defenses are expressly reserved.

Dated: March 27, 2015

CLARK HILL PLC

/s/ Edward J. Kosmowski
Edward J. Kosmowski (DE ID #3849)
824 N. Market Street, Suite 710
Wilmington, Delaware 19801
Telephone: (302) 250-4748
Facsimile: (302) 421-9439
ekosmowski@clarkhill.com

and

Shannon L. Deeby (P60242)
151 South Old Woodward Avenue
Suite 200
Birmingham, Michigan 48009
Telephone: (248) 988-5889
Facsimile: (248) 988-2504
sdeeby@clarkhill.com

*Counsel to Technicote, Inc.*