# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] ) | Case No. 15-10541 (BLS) |
| ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |

## VERIFIED STATEMENT OF CLARK HILL PLC PURSUANT TO RULE 2019 OF FEDERAL RULES OF BANKRUPTCY PROCEDURE

Clark Hill PLC ("Clark Hill") submits this verified statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, and respectfully states as follows:

1. For purposes of this Statement, the address of Clark Hill is 150 N. Michigan Avenue, Suite 2700, Chicago, Illinois 60601. Subject to continued investigation, and reserving all rights, Clark Hill believes that it does not hold prepetition unsecured claims against the Debtors.

2. Clark Hill currently represents the following entities (the "Clients") as creditors and/or parties-in-interest with respect to the above-captioned bankruptcy case (the "Case"):

| | |
|---|---|
| Flexcon, Inc.<br>c/o Geoffrey B. Clark, Manager, Accounts Receivable and Investments<br>Flexcon Industrial Drive<br>Spencer, MA 01562 | Technicote, Inc.<br>c/o Melissa Crafton<br>222 Mound Avenue<br>Miamisburg, OH 45342 |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

3. Clark Hill has represented each of the Clients with respect to various matters prior to the date of commencement of the Case.

4. The claims of the Clients against the Debtors in this Case include, but are not necessarily limited to, claims for unpaid goods and services provided to one or more of the Debtors.

5. The amounts of these claims are currently subject to analysis and calculation by the Clients.

6. Reserving all rights, Technicote, Inc. has claims against the Debtors in the approximate aggregate amount of $73,33.95.

7. Reserving all rights, Flexcon Company, Inc. has claims against the Debtors in the approximate aggregate amount of $579,860.69.

8. Reserving all rights, the Debtors have listed Flexcon Company, Inc. as the holder of a general unsecured claim in the amount of $356,533.03 [D.I. 1].

9. Clark Hill is representing each of the Clients separately and individually; the Clients have not formed and do not constitute a committee. Clark Hill has no representation agreements with the Clients, other than standard engagement agreements.

10. Neither this Statement, nor any previous or subsequent appearance, pleading, claim or suit, is intended to waive: (a) any Client's right to have final orders in non-core matters entered only after *de novo* review by a federal district court judge; (b) any Client's right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (c) any Client's right to have the reference withdrawn by the federal district court in any matter subject to mandatory or discretional withdrawal; (d) any Client's right to object to the subject-matter jurisdiction of the Court and shall not be deemed or construed as a submission of

any Client to the jurisdiction of the Court; and (e) any other rights, claims, actions, defenses, setoffs, or recoupments to which any Client is or may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved by each Client.

## Verification

I hereby certify that, based on inquiry, the foregoing facts and statements are true and correct, to the best of my knowledge, information, and belief. Clark Hill reserves the right to revise and supplement this statement.

                                                  Respectfully submitted,

                                                  CLARK HILL PLC

                                                  /s/ Scott N. Schreiber
                                                  Scott N. Schreiber
                                                  150 N. Michigan Avenue
                                                  Suite 2700
                                                  Chicago, Illinois 60601
                                                  Telephone: (312) 985-5595
                                                  Facsimile:  (312) 985-5984
                                                  sschreiber@clarkhill.com

Dated:  March 27, 2015                     *Counsel to the Flexcon Company, Inc., Green Bay Packaging, Inc. and Technicote, Inc.*