## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of March, 2015, the Pension Benefit Guaranty Corporation's Objection to Debtors' Motion for (I) an Order (A) Establishing Sale Procedures Relating to the Sale of Substantially all of the Debtors' Assets; (B) Approving Bid Protections; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts; (D) Approving Form and Manner of Notice of all Procedures, Protections, Schedules, and Agreements; (E) Scheduling a Hearing to Consider the Proposed Sale; and (F) Granting Certain Related Relief; and (II) an Order (A) Approving the Sale of Substantially all of the Debtors' Assets and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale was served on the following:

| | |
|---|---|
| Kara Hammond Coyle<br>Maris J. Kandestin<br>Andrew L. Magaziner<br>Michael R. Nestor<br>Young Conaway Stargatt & Taylor LLC<br>1000 North King Street<br>Wilmington, DE 19801<br>**Debtors' Counsel**<br>**via CM/ECF** | Mark S. Kenney<br>Office of the U.S. Trustee<br>844 King Street, Room 2207<br>Wilmington, DE 19899-0035<br>**United States Trustee**<br>**via CM/ECF** |
| Jeremy L. Graves<br>Gibson Dunn & Crutcher LLP<br>1801 California Street<br>Suite 4200<br>Denver, CO 80202-2642<br>jgraves@gibsondunn.com<br>**Debtors' Counsel**<br>**via Electronic Mail** | Sabina Jacobs<br>Robert Klyman<br>Jeffrey C. Krause<br>Gibson Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>sjacobs@gibsondunn.com<br>rklyman@gibsondunn.com<br>jkrause@gibsondunn.com<br>**Debtors' Counsel**<br>**via Electronic Mail** |

/s/ Courtney L. Morgan
Courtney L. Morgan