**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE STANDARD REGISTER | ) | Case No. 15-10541 (BLS) |
| COMPANY, *et al.*[1] | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**CONSENT TO SERVICE OF DOCUMENTS BY RECEIPT OF ECF NOTICE**

      We, J. Cory Falgowski, Esquire and Amy M. Tonti, Esquire, on behalf of the Firm named below certify that we are registered ECF-users and that the Firm represents the Party named below.  The Firm consents to service of documents in the above-referenced case by receipt of the ECF Notice only.  The consent remains effective until it is withdrawn by submitting a signed written notice to the Clerk of the Bankruptcy Court and served on Debtor's counsel.

The Bank of New York, solely in its
<u>Capacity as Master Trustee</u>      <u>Reed Smith LLP</u>      Dated:  <u>3/27/15</u>

      When a document is filed electronically, a notification of electronic filing (the "ECF Notice") is automatically generated by the Court's electronic case filing system ("ECF").  The ECF Notice is sent electronically to the attorney filing the document and to registered participants of the Court's Case Management/Electronic Case Filing System (CM/ECF).  By completing the above, the Firm is consenting that the receipt of the ECF Notice shall constitute effective service for the Party represented of all papers and notices governed by Rule 7005 of the Federal Rules of Bankruptcy Procedure (incorporating Rule 5 of the Federal Rules of Civil Procedure), Rule 9022 of the Federal Rules of Bankruptcy Procedure, and all paper and notices governed by Rule 9014(b) of the Federal Rules of Bankruptcy Procedures, except as otherwise provided by law.  Service of initiating pleadings on a party to a proceeding, such as the summons and complaint in an adversary proceeding or an involuntary bankruptcy proceeding must be made as provided by the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, statute, Local Rule, or other applicable law.  The Return of Service of Summons or, as applicable, the Certificate of Service, may be made electronically.

      To enable proper service via the transmission of the ECF Notice in pending cases, registered participants in the Court's CM/ECF system shall not withdraw their email address from any case and shall not deactivate their email accounts while involved in an

---

[1]      The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

adversary proceeding or other contested matter without giving prior notification of a new email address to the Court Clerk's Office.


Dated: March 27, 2015                    Respectfully submitted,
      Wilmington, Delaware

      REED SMITH LLP


      By:    */s/ J. Cory Falgowski*
      J. Cory Falgowski, Esquire (No. 4546)
      REED SMITH LLP
      1201 N. Market Street, Suite 1500
      Wilmington, DE 19801
      Telephone:  (302) 778-7555
      Facsimile:  (302) 778-7575
      Email:  jfalgowski@reedsmith.com

      and

      Amy M. Tonti, Esquire
      225 Fifth Avenue. Suite 1200
      Pittsburgh PA 15222
      Telephone: (412) 288-3131
      Facsimile: (412) 288-3063
      Email:  atonti@reedsmith.com


      *Counsel to The Bank of New York Mellon,*
      *as successor to The Bank of New York,*
      *solely in its capacity as Master Trustee*
      *under the Master Trust Agreement between*
      *The Standard Register Company and The*
      *Bank of New York dated as of October 20,*
      *2000, as supplemented*