# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| STANDARD REGISTER COMPANY, | ) | Case No. 15-10541 (BLS) |
| *et al.*[1] | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

    I, J. Cory Falgowski, Esquire, do hereby certify that, on this 27th day of March, 2015, I caused a true and correct copy of the *CONSENT TO SERVICE OF DOCUMENTS BY RECEIPT OF ECF NOTICE*, to be served upon the addressees on the attached service list via First Class U.S. Mail.

                                                        By:   */s/ J. Cory Falgowski*
                                                                     J. Cory Falgowski, Esquire (No. 4546)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

## SERVICE LIST

| | |
|---|---|
| The Standard Register Company<br>600 Albany Street<br>Dayton, OH 45417<br><br>*Debtors* | Jeremy L. Graves, Esq.<br>Gibson Dunn & Crutcher LLP<br>1801 California Street<br>Suite 4200<br>Denver, CO 80202-2642<br><br>*Counsel for Debtors* |
| Sabina Jacobs, Esq.<br>Robert Klyman, Esq.<br>Jeffrey C. Krause, Esq.<br>Samuel A. Newman, Esq.<br>Gibson Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br><br>*Counsel for Debtors* | Kara Hammond Coyle, Esq.<br>Maris J. Kandestin, Esq.<br>Andrew L Magaziner, Esq.<br>Michael R. Nestor, Esq.<br>Young Conaway Stargatt & Taylor LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br><br>*Counsel for Debtors* |
| Mark S. Kenney<br>Office of the U.S. Trustee<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 | The Standard Register Company<br>c/o Prime Clerk, LLC<br>830 Third Avenue<br>9th Floor<br>New York, NY 10022<br><br>*Claims Agent* |