**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE STANDARD REGISTER | ) | Case No. 15-10541 (BLS) |
| COMPANY, *et al.*[1] | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES OF**
**THE BANK OF NEW YORK MELLON, SOLELY IN ITS CAPACITY AS**
**MASTER TRUSTEE UNDER THE BELOW REFERENCED MASTER**
**TRUST AGREEMENT, PURSUANT TO FED.R.BANKR.P. 2002 AND**
**9010 AND DEL.BANKR.L.R. 2002-1(d)**

Pursuant to Fed.R.Bankr.P. 2002 and 9010(b) and Del.Bankr.L.R. 2002-1(d), the undersigned counsel, enter their appearance for The Bank of New York Mellon, as successor to The Bank of New York, *solely in its capacity as Master Trustee* ("BNY Mellon"), under the Master Trust Agreement between The Standard Register Company and The Bank of New York dated as of October 20, 2000, as supplemented, and request that all notices given or required to be given and all papers served or required to be served in these Cases be delivered and served upon it at the address set forth below. An e-mail address in included and notice by email is affirmatively acknowledged as being acceptable, except service of initiating pleadings on a party to a proceeding, such as the summons and complaint in an adversary proceeding or an involuntary bankruptcy proceeding must be made as provided by the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, statute, Local Rule, or other applicable law:

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

| | |
|---|---|
| Amy M. Tonti, Esquire | J. Cory Falgowski, Esquire |
| REED SMITH LLP | REED SMITH LLP |
| Reed Smith Centre | 1201 N. Market Street, Suite 1500 |
| 225 Fifth Avenue, Suite 1200 | Wilmington, DE 19801 |
| Pittsburgh, PA 15230-2009 | Telephone: (302) 778-7555 |
| Telephone: (412) 288-3274 | Facsimile: (302) 778-7575 |
| Facsimile: (412) 288-3063 | Email: jfalgowski@reedsmith.com |
| Email: atonti@reedsmith.com | |

PLEASE TAKE FURTHER NOTICE, that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders and notices of applications, motions, petitions, pleadings, requests, complaints, disclosure statements, plans, or demands, whether formal or informal, written or oral or transmitted or conveyed by e-mail, mail delivery, telephone, telegraph or otherwise, in these cases.

This Notice of Appearance and any subsequent appearance, pleading, claim or suit is not intended nor shall be deemed a consent to or waiver of BNY Mellon, solely in its capacity as Master Trustee, of its: (i) right to have final orders in non-core matters entered only after de novo review by a United States District Judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claim, actions, defenses, setoffs or recoupments to which BNY Mellon is or may be entitled under any agreements, or in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are reserved.

- 3 -

Dated: March 27, 2015
      Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By:   */s/ J. Cory Falgowski*
     J. Cory Falgowski, Esquire (No. 4546)
     REED SMITH LLP
     1201 N. Market Street, Suite 1500
     Wilmington, DE 19801
     Telephone: (302) 778-7555
     Facsimile: (302) 778-7575
     Email: jfalgowski@reedsmith.com

and

Amy M. Tonti, Esquire
225 Fifth Avenue. Suite 1200
Pittsburgh PA 15222
Telephone: (412) 288-3131
Facsimile: (412) 288-3063
Email: atonti@reedsmith.com

*Counsel to The Bank of New York Mellon, as successor to The Bank of New York, solely in its capacity as Master Trustee under the Master Trust Agreement between The Standard Register Company and The Bank of New York dated as of October 20, 2000, as supplemented*