## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE ,STANDARD REGISTER | ) | Case No. 15-10541 (BLS) |
| COMPANY, *et al.*[1] | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

### <u>CERTIFICATE OF SERVICE</u>

I, J. Cory Falgowski, Esquire, do hereby certify that, on this 27th day of March, 2015, I caused a true and correct copy of the ENTRY OF APPEARANCE AND REQUEST FOR NOTICES OF THE BANK OF NEW YORK MELLON, AS SUCCESSOR TO THE BANK OF NEW YORK, SOLELY IN ITS CAPACITY AS MASTER TRUSTEE UNDER THE MASTER TRUST AGREEMENT BETWEEN THE STANDARD REGISTER COMPANY AND THE BANK OF NEW YORK DATED AS OF OCTOBER 20, 2000, AS SUPPLEMENTED, PURSUANT TO FED.R.BANKR.P. 2002 AND 9010 AND DEL.BANKR.L.R. 2002-1(d), to be served upon the addressees on the attached service list via First Class U.S. Mail.


By:     */s/ J. Cory Falgowski*
        J. Cory Falgowski, Esquire (No. 4546)

---

[1]      The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

## SERVICE LIST

| | |
|---|---|
| The Standard Register Company<br>600 Albany Street<br>Dayton, OH 45417<br><br>*Debtors* | Jeremy L. Graves, Esq.<br>Gibson Dunn & Crutcher LLP<br>1801 California Street<br>Suite 4200<br>Denver, CO 80202-2642<br><br>*Counsel for Debtors* |
| Sabina Jacobs, Esq.<br>Robert Klyman, Esq.<br>Jeffrey C. Krause, Esq.<br>Samuel A. Newman, Esq.<br>Gibson Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br><br>*Counsel for Debtors* | Kara Hammond Coyle, Esq.<br>Maris J. Kandestin, Esq.<br>Andrew L Magaziner, Esq.<br>Michael R. Nestor, Esq.<br>Young Conaway Stargatt & Taylor LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br><br>*Counsel for Debtors* |
| Mark S. Kenney<br>Office of the U.S. Trustee<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 | The Standard Register Company<br>c/o Prime Clerk, LLC<br>830 Third Avenue<br>9th Floor<br>New York, NY 10022<br><br>*Claims Agent* |