**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re The Standard Register Company, et al.
Debtors

Case No. 15-10541 (BLS)

# INITIAL MONTHLY OPERATING REPORT

**File report and attachments with Court and submit copy to United States Trustee within 15 days after order for relief.**

Certificates of insurance must name United States Trustee as a party to be notified in the event of policy cancellation. Bank accounts and checks must bear the name of the debtor, the case number, and the designation "Debtor in Possession." Examples of acceptable evidence of Debtor in Possession Bank accounts include voided checks, copy of bank deposit agreement/certificate of authority, signature card, and/or corporate checking resolution.

| REQUIRED DOCUMENTS | Document Attached | Explanation Attached |
|---|---|---|
| **12-Month Cash Flow Projection (Form IR-1)** | DIP/Cash Collateral Budget Attached | |
| **Certificates of Insurance:** | | |
| Workers Compensation | Attached | |
| Property | Attached | |
| General Liability | Attached | |
| Vehicle | Attached | |
| Other: | | |
| Identify areas of self-insurance w/liability caps | | |
| **Evidence of Debtor in Possession Bank Accounts** | | |
| Tax Escrow Account | Cash Management Order Attached | |
| General Operating Account | | |
| Money Market Account pursuant to Local Rule 4001-3. Refer to | | |
| http://www.deb.uscourts.gov/ | | |
| Other: | | |
| **Retainers Paid (Form IR-2)** | Attached | |
| | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the documents attached are true and correct to the best of my knowledge and belief.

Signature of Debtor ____________ Date ____________

Signature of Joint Debtor ____________ Date ____________

[signature] — Signature of Authorized Individual* — Date: 3/27/15

Benjamin Cutting — Printed Name of Authorized Individual

CFO — Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

**<u>Exhibit 1</u>**

**Cash Collateral Budget**

**Standard Register Cash Flow Projections**

| | Forecast 8-Mar-15 | Forecast 15-Mar-15 | Forecast 22-Mar-15 | Forecast 29-Mar-15 | Forecast 5-Apr-15 | Forecast 12-Apr-15 | Forecast 19-Apr-15 | Forecast 26-Apr-15 | Forecast 3-May-15 | Forecast 10-May-15 | Forecast 17-May-15 | Forecast 24-May-15 | Forecast 31-May-15 | 31-May-15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Customer Receipts / Inflows | 20,441 | 19,029 | 20,141 | 16,549 | 22,733 | 21,143 | 20,475 | 16,780 | 24,087 | 19,209 | 20,969 | 15,646 | 21,184 | 258,387 |
| Mexico Loan | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Inflows** | **20,441** | **19,029** | **20,141** | **16,549** | **22,733** | **21,143** | **20,475** | **16,780** | **24,087** | **19,209** | **20,969** | **15,646** | **21,184** | 258,387 |
| **Operating Disbursements** | | | | | | | | | | | | | | |
| Payroll | (10,401) | - | (7,679) | - | (8,601) | - | (7,679) | - | (8,601) | - | (7,679) | - | (8,501) | (59,243) |
| Health & Benefits | (1,066) | (518) | (1,039) | (539) | (1,039) | (539) | (1,039) | (539) | (1,039) | (539) | (1,039) | (539) | (1,039) | (10,513) |
| Paper | (2,094) | (2,235) | (2,366) | (2,741) | (1,758) | (1,247) | (1,293) | (1,923) | (2,169) | (1,103) | (1,336) | (1,088) | (2,462) | (23,814) |
| Leases - Rent | - | - | - | (1,045) | - | - | - | (1,038) | - | - | - | - | (1,038) | (3,122) |
| Leases - Equipment | (538) | (30) | (35) | (585) | (35) | (35) | (35) | (585) | (35) | (35) | (35) | (35) | (585) | (2,603) |
| Freight | (884) | (657) | (708) | (1,092) | (935) | (703) | (716) | (934) | (1,042) | (698) | (671) | (758) | (1,058) | (10,857) |
| Postage | (1,538) | (1,844) | (4,669) | (1,829) | (1,820) | (1,478) | (2,244) | (1,614) | (1,546) | (2,579) | (2,795) | (2,039) | (1,878) | (27,873) |
| Utilities | (112) | (280) | (1,043) | (281) | (238) | (275) | (231) | (133) | (119) | (180) | (368) | (246) | (168) | (3,675) |
| Taxes (ex. Payroll) | (4) | (155) | (558) | (591) | (236) | (388) | (1,418) | (1,345) | (101) | (456) | (480) | (231) | (231) | (6,196) |
| Customer Rebates | (87) | (671) | (38) | (371) | (13) | (10) | (293) | (901) | (263) | (10) | (21) | (27) | (371) | (3,075) |
| Employee T&E | (183) | (226) | (229) | (143) | (315) | (118) | (219) | (191) | (245) | (331) | (251) | (245) | (177) | (2,873) |
| Production Materials | (1,546) | (579) | (608) | (957) | (814) | (452) | (702) | (792) | (821) | (700) | (565) | (994) | (694) | (10,225) |
| IT Vendor | (1,187) | (714) | (498) | (492) | (376) | (1,544) | (324) | (107) | (969) | (478) | (89) | (807) | (880) | (8,464) |
| Subcon | (5,187) | (5,414) | (5,448) | (7,885) | (11,111) | (5,196) | (4,607) | (6,036) | (6,274) | (5,255) | (4,187) | (4,921) | (5,842) | (77,361) |
| Temp. Help | (232) | (440) | (200) | (437) | (354) | (366) | (334) | (328) | (144) | (529) | (409) | (353) | (343) | (4,468) |
| Other (Ordinary Course) | (1,257) | (1,273) | (1,325) | (1,385) | (1,289) | (1,280) | (2,116) | (1,376) | (1,450) | (1,387) | (1,327) | (1,160) | (1,257) | (17,882) |
| Subtotal Operating Disbursements | (26,316) | (15,033) | (26,444) | (20,373) | (28,933) | (13,631) | (23,249) | (17,844) | (24,820) | (14,279) | (21,253) | (13,443) | (26,624) | (272,243) |
| **Non-Operating Disbursements** | | | | | | | | | | | | | | |
| Pension Payments (Qualified and Non-Qualified) | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Principal Payments | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1st Lien Interest | - | - | - | - | (2,158) | - | - | - | - | - | - | - | - | (2,158) |
| 2nd Lien Interest | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Revolver Interest & LC Fees | (175) | (1,688) | (23) | (44) | (230) | (65) | (68) | (72) | (82) | (72) | (74) | (75) | (85) | (2,752) |
| Professional Fees | (3,360) | - | - | - | (80) | (2,638) | - | - | (80) | (2,508) | - | - | (80) | (8,747) |
| Audit Fees | - | - | - | (500) | - | - | - | (500) | - | - | - | - | - | (1,000) |
| PBGC Admin Claim Cost | - | - | - | (70) | - | - | - | (70) | - | - | - | - | (70) | (210) |
| Standard Register Mexico | - | - | - | - | - | - | (450) | - | - | - | - | - | - | (450) |
| Subtotal Non-Operating Disbursements | (3,535) | (1,688) | (23) | (614) | (2,467) | (2,703) | (518) | (642) | (162) | (2,580) | (74) | (75) | (235) | (15,316) |
| Total Disbursements | (29,851) | (16,721) | (26,467) | (20,988) | (31,400) | (16,334) | (23,767) | (18,486) | (24,982) | (16,859) | (21,326) | (13,518) | (26,859) | (287,559) |
| Cash Flow | (9,410) | 2,308 | (6,326) | (4,439) | (8,667) | 4,808 | (3,293) | (1,705) | (895) | 2,350 | (357) | 2,129 | (5,675) | (29,172) |
| Post Petition 4 Week Collection Paydown | - | (19,029) | (20,141) | (16,549) | (22,733) | - | - | - | - | - | - | - | - | (78,452) |
| Adjusted Cash Flow | (9,410) | (16,721) | (26,467) | (20,988) | (31,400) | 4,808 | (3,293) | (1,705) | (895) | 2,350 | (357) | 2,129 | (5,675) | (107,624) |
| Beginning Cash | - | 1,615 | 1,615 | 1,615 | 1,615 | 1,615 | 1,615 | 1,615 | 1,615 | 1,615 | 1,615 | 1,615 | 1,615 | - |
| Cash Flow | (9,410) | (16,721) | (26,467) | (20,988) | (31,400) | 4,808 | (3,293) | (1,705) | (895) | 2,350 | (357) | 2,129 | (5,675) | (107,624) |
| Cash for draw / (pay down) on DIP Loans | 11,025 | 16,721 | 26,467 | 20,988 | 31,400 | (4,808) | 3,293 | 1,705 | 895 | (2,350) | 357 | (2,129) | 5,675 | 109,239 |
| Ending Cash Balance | 1,615 | 1,615 | 1,615 | 1,615 | 1,615 | 1,615 | 1,615 | 1,615 | 1,615 | 1,615 | 1,615 | 1,615 | 1,615 | 1,615 |
| Beginning Revolver Loan Balance: ABL DIP | - | - | 16,721 | 43,188 | 54,176 | 93,024 | 88,215 | 86,311 | 88,016 | 88,911 | 86,561 | 84,283 | 82,154 | - |
| Net Borrowings / (Repayments) | - | 16,721 | 26,467 | 20,988 | 28,848 | (4,808) | (1,904) | 1,705 | 895 | (2,350) | (2,279) | (2,129) | 5,675 | 87,829 |
| Revolver Loan Balance: ABL DIP | - | 16,721 | 43,188 | 64,176 | 93,024 | 88,215 | 86,311 | 88,016 | 88,911 | 86,561 | 84,283 | 82,154 | 87,829 | 87,829 |
| Rollup of Pre-Petition Amount (including LCs) | - | - | - | - | 23,465 | 23,465 | 23,465 | 23,465 | 23,465 | 23,465 | 23,465 | 23,465 | 23,465 | 23,465 |
| **Total Outstanding ABL DIP Revolver** | - | **16,721** | **43,188** | **64,176** | **116,489** | **111,680** | **109,776** | **111,481** | **112,377** | **110,027** | **107,748** | **105,620** | **111,294** | **111,294** |
| Beginning Revolver Balance: Delay Draw Term Loan | - | - | - | - | - | 2,553 | 2,553 | 7,749 | 7,749 | 7,749 | 7,749 | 10,385 | 10,385 | - |
| Net Borrowings / (Repayments) | - | - | - | - | 2,553 | - | 5,197 | - | - | - | 2,636 | - | - | 10,385 |
| **Total Outstanding Delay Draw Term Loan** | - | - | - | - | **2,553** | **2,553** | **7,749** | **7,749** | **7,749** | **7,749** | **10,385** | **10,385** | **10,385** | **10,385** |
| Ending Balance: ABL DIP Revolver | - | 16,721 | 43,188 | 64,176 | 116,489 | 111,680 | 109,776 | 111,481 | 112,377 | 110,027 | 107,748 | 105,620 | 111,294 | 111,294 |
| Ending Balance: Delay Draw Term Loan | - | - | - | - | 2,553 | 2,553 | 7,749 | 7,749 | 7,749 | 7,749 | 10,385 | 10,385 | 10,385 | 10,385 |
| **Total Outstanding DIP** | - | **16,721** | **43,188** | **64,176** | **119,041** | **114,233** | **117,525** | **119,231** | **120,126** | **117,776** | **118,133** | **116,004** | **121,679** | **121,679** |
| Beginning Revolver Loan Balance: Bank of America | 87,322 | 98,347 | 79,318 | 59,178 | 42,628 | - | - | - | - | - | - | - | - | - |
| Post Petition 4 Week Collection Paydown | - | (19,029) | (20,141) | (16,549) | (22,733) | - | - | - | - | - | - | - | - | - |
| Net Borrowings / (Repayments) | 11,025 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Pre-Petition Revolver Loan Balance: Bank of America | 98,347 | 79,318 | 59,178 | 42,628 | 19,895 | - | - | - | - | - | - | - | - | - |
| Letters of Credit / Reserves | 3,571 | 3,571 | 3,571 | 3,571 | 3,571 | - | - | - | - | - | - | - | - | - |
| **Total Outstanding (end of period)** | **101,918** | **82,889** | **62,748** | **46,199** | **23,465** | - | - | - | - | - | - | - | - | - |

**Exhibit 2**

**Certificates of Insurance**

ACORD®

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY) 3/19/2015

**THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.**

**IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).**

| PRODUCER | CONTACT |
|---|---|
| Hylant - Cincinnati<br>50 E-Business Way, Ste 200<br>Cincinnati OH 45241 | CONTACT NAME:<br>PHONE (A/C, No, Ext): 513-985-2400 FAX (A/C, No): 513-985-2404<br>E-MAIL ADDRESS: cincinnati_hmi@hylant.com |

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A : Continental Casualty Company | 20443 |
| INSURER B : | |
| INSURER C : | |
| INSURER D : | |
| INSURER E : | |
| INSURER F : | |

INSURED STANREG-01

Standard Register
600 Albany Street
PO Box 1167
Dayton OH 45401-1167

**COVERAGES** **CERTIFICATE NUMBER:** 84849664 **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | GENERAL LIABILITY<br>COMMERCIAL GENERAL LIABILITY<br>CLAIMS-MADE OCCUR<br>GEN'L AGGREGATE LIMIT APPLIES PER: POLICY PRO-JECT LOC | | | | | | EACH OCCURRENCE<br>DAMAGE TO RENTED PREMISES (Ea occurrence)<br>MED EXP (Any one person)<br>PERSONAL & ADV INJURY<br>GENERAL AGGREGATE<br>PRODUCTS - COMP/OP AGG | $<br>$<br>$<br>$<br>$<br>$<br>$ |
| | AUTOMOBILE LIABILITY<br>ANY AUTO<br>ALL OWNED AUTOS SCHEDULED AUTOS<br>HIRED AUTOS NON-OWNED AUTOS | | | | | | COMBINED SINGLE LIMIT (Ea accident)<br>BODILY INJURY (Per person)<br>BODILY INJURY (Per accident)<br>PROPERTY DAMAGE (Per accident) | $<br>$<br>$<br>$<br>$ |
| | UMBRELLA LIAB OCCUR<br>EXCESS LIAB CLAIMS-MADE<br>DED RETENTION $ | | | | | | EACH OCCURRENCE<br>AGGREGATE | $<br>$<br>$ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | WC STATU-TORY LIMITS OTH-ER<br>E.L. EACH ACCIDENT<br>E.L. DISEASE - EA EMPLOYEE<br>E.L. DISEASE - POLICY LIMIT | <br>$<br>$<br>$ |
| A | Employee Dishonesty | | | [redacted]6395 | 5/31/2013 | 5/31/2016 | Crime<br>Deductible | [redacted] |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

**CERTIFICATE HOLDER**

Office of the United States Trustee
844 King Street, Suite 2207
Wilmington DE 19801

**CANCELLATION**

**SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.**

AUTHORIZED REPRESENTATIVE

[signature]

© 1988-2010 ACORD CORPORATION. All rights reserved.

 The ACORD name and logo are registered marks of ACORD

ACORD®

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY) 3/19/2015

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

**IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).**

| PRODUCER | CONTACT NAME: | |
|---|---|---|
| Hylant - Cincinnati<br>50 E-Business Way, Ste 200<br>Cincinnati OH 45241 | PHONE (A/C, No, Ext): 513-985-2400 | FAX (A/C, No): 513-985-2404 |
| | E-MAIL ADDRESS: cincinnati_hmi@hylant.com | |
| | INSURER(S) AFFORDING COVERAGE | NAIC # |
| | INSURER A : National Fire Ins Co Hartford | 20478 |
| INSURED STANREG-01 | INSURER B : | |
| Standard Register<br>600 Albany Street<br>PO Box 1167<br>Dayton OH 45401-1167 | INSURER C : | |
| | INSURER D : | |
| | INSURER E : | |
| | INSURER F : | |

**COVERAGES** **CERTIFICATE NUMBER:** 1058283520 **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | GENERAL LIABILITY | | | | | | EACH OCCURRENCE | $ |
| | [ ] COMMERCIAL GENERAL LIABILITY | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | [ ] CLAIMS-MADE [ ] OCCUR | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | | | | | | | GENERAL AGGREGATE | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | [ ] POLICY [ ] PRO-JECT [ ] LOC | | | | | | | $ |
| A | AUTOMOBILE LIABILITY | | | [redacted]0421 | 7/1/2014 | 7/1/2015 | COMBINED SINGLE LIMIT (Ea accident) | [redacted] |
| | [X] ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | [ ] ALL OWNED AUTOS [ ] SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | [X] HIRED AUTOS [X] NON-OWNED AUTOS | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | [ ] UMBRELLA LIAB [ ] OCCUR | | | | | | EACH OCCURRENCE | $ |
| | [ ] EXCESS LIAB [ ] CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | [ ] DED [ ] RETENTION $ | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N | | | | | | WC STATU-TORY LIMITS / OTH-ER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? [ ] (Mandatory in NH) | N/A | | | | | E.L. EACH ACCIDENT | $ |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Office of the United States Trustee<br>844 King Street, Suite 2207<br>Wilmington DE 19801 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE<br>[signature] |

© 1988-2010 ACORD CORPORATION. All rights reserved.



The ACORD name and logo are registered marks of ACORD

ACORD®

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY) 3/19/2015

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

PRODUCER
Hylant - Cincinnati
50 E-Business Way, Ste 200
Cincinnati OH 45241

CONTACT NAME:
PHONE (A/C, No, Ext): 513-985-2400 FAX (A/C, No): 513-985-2404
E-MAIL ADDRESS: cincinnati_hmi@hylant.com

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A : Continental Casualty Company | 20443 |
| INSURER B : Federal Insurance Company | 20281 |
| INSURER C : Travelers Prop Casualty Ins Co | 36161 |
| INSURER D : | |
| INSURER E : | |
| INSURER F : | |

INSURED STANREG-01
Standard Register
600 Albany Street
PO Box 1167
Dayton OH 45401-1167

## COVERAGES

CERTIFICATE NUMBER: 1795448831 REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | GENERAL LIABILITY<br>COMMERCIAL GENERAL LIABILITY<br>CLAIMS-MADE / OCCUR<br>GEN'L AGGREGATE LIMIT APPLIES PER: POLICY / PROJECT / LOC | | | | | | EACH OCCURRENCE<br>DAMAGE TO RENTED PREMISES (Ea occurrence)<br>MED EXP (Any one person)<br>PERSONAL & ADV INJURY<br>GENERAL AGGREGATE<br>PRODUCTS - COMP/OP AGG | $<br>$<br>$<br>$<br>$<br>$<br>$ |
| | AUTOMOBILE LIABILITY<br>ANY AUTO<br>ALL OWNED AUTOS / SCHEDULED AUTOS<br>HIRED AUTOS / NON-OWNED AUTOS | | | | | | COMBINED SINGLE LIMIT (Ea accident)<br>BODILY INJURY (Per person)<br>BODILY INJURY (Per accident)<br>PROPERTY DAMAGE (Per accident) | $<br>$<br>$<br>$<br>$ |
| | UMBRELLA LIAB / OCCUR<br>EXCESS LIAB / CLAIMS-MADE<br>DED / RETENTION $ | | | | | | EACH OCCURRENCE<br>AGGREGATE | $<br>$<br>$ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | WC STATU-TORY LIMITS / OTH-ER<br>E.L. EACH ACCIDENT<br>E.L. DISEASE - EA EMPLOYEE<br>E.L. DISEASE - POLICY LIMIT | <br>$<br>$<br>$ |
| A<br>B<br>C | Fiduciary<br>Fiduciary - Second Layer<br>Fiduciary - [redacted] | | | [redacted]9555<br>[redacted]4364<br>[redacted]9663 | 5/31/2014<br>5/31/2014<br>5/31/2014 | 5/31/2015<br>5/31/2015<br>5/31/2015 | Limit<br>[redacted]<br>$[redacted] | [redacted] |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

## CERTIFICATE HOLDER

Office of the United States Trustee
844 King Street, Suite 2207
Wilmington DE 19801

## CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

AUTHORIZED REPRESENTATIVE
[signature]

© 1988-2010 ACORD CORPORATION. All rights reserved.

 The ACORD name and logo are registered marks of ACORD

ACORD®

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY) 3/19/2015

**THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.**

**IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).**

| PRODUCER | CONTACT NAME: | |
|---|---|---|
| Hylant - Cincinnati<br>50 E-Business Way, Ste 200<br>Cincinnati OH 45241 | PHONE (A/C, No, Ext): 513-985-2400   FAX (A/C, No): 513-985-2404<br>E-MAIL ADDRESS: cincinnati_hmi@hylant.com | |
| | INSURER(S) AFFORDING COVERAGE | NAIC # |
| | INSURER A : National Fire Ins Co Hartford | 20478 |
| INSURED   STANREG-01 | INSURER B : | |
| Standard Register<br>600 Albany Street<br>PO Box 1167<br>Dayton OH 45401-1167 | INSURER C : | |
| | INSURER D : | |
| | INSURER E : | |
| | INSURER F : | |

**COVERAGES**   **CERTIFICATE NUMBER:** 513021184   **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | GENERAL LIABILITY<br>X COMMERCIAL GENERAL LIABILITY<br>CLAIMS-MADE X OCCUR<br>GEN'L AGGREGATE LIMIT APPLIES PER: POLICY PRO-JECT LOC | | | [redacted]0466 | 7/1/2014 | 7/1/2015 | EACH OCCURRENCE<br>DAMAGE TO RENTED PREMISES (Ea occurrence)<br>MED EXP (Any one person)<br>PERSONAL & ADV INJURY<br>GENERAL AGGREGATE<br>PRODUCTS - COMP/OP AGG | [redacted]<br>[redacted]<br>[redacted]<br>[redacted]<br>[redacted]<br>[redacted]<br>$ |
| | AUTOMOBILE LIABILITY<br>ANY AUTO<br>ALL OWNED AUTOS   SCHEDULED AUTOS<br>HIRED AUTOS   NON-OWNED AUTOS | | | | | | COMBINED SINGLE LIMIT (Ea accident)<br>BODILY INJURY (Per person)<br>BODILY INJURY (Per accident)<br>PROPERTY DAMAGE (Per accident) | $<br>$<br>$<br>$<br>$ |
| | UMBRELLA LIAB   OCCUR<br>EXCESS LIAB   CLAIMS-MADE<br>DED   RETENTION $ | | | | | | EACH OCCURRENCE<br>AGGREGATE | $<br>$<br>$ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | WC STATU-TORY LIMITS   OTH-ER<br>E.L. EACH ACCIDENT<br>E.L. DISEASE - EA EMPLOYEE<br>E.L. DISEASE - POLICY LIMIT | <br>$<br>$<br>$ |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Office of the United States Trustee<br>844 King Street, Suite 2207<br>Wilmington DE 19801 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE<br>[signature] |

© 1988-2010 ACORD CORPORATION. All rights reserved.



The ACORD name and logo are registered marks of ACORD

ACORD®

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY): 3/19/2015

**THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.**

**IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).**

PRODUCER
Hylant - Cincinnati
50 E-Business Way, Ste 200
Cincinnati OH 45241

CONTACT NAME:
PHONE (A/C, No, Ext): 513-985-2400 FAX (A/C, No): 513-985-2404
E-MAIL ADDRESS: cincinnati_hmi@hylant.com

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A : Federal Insurance Company | 20281 |
| INSURER B : | |
| INSURER C : | |
| INSURER D : | |
| INSURER E : | |
| INSURER F : | |

INSURED STANREG-01
Standard Register
600 Albany Street
PO Box 1167
Dayton OH 45401-1167

COVERAGES CERTIFICATE NUMBER: 759688960 REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | GENERAL LIABILITY<br>COMMERCIAL GENERAL LIABILITY<br>CLAIMS-MADE / OCCUR<br>GEN'L AGGREGATE LIMIT APPLIES PER: POLICY / PRO-JECT / LOC | | | | | | EACH OCCURRENCE<br>DAMAGE TO RENTED PREMISES (Ea occurrence)<br>MED EXP (Any one person)<br>PERSONAL & ADV INJURY<br>GENERAL AGGREGATE<br>PRODUCTS - COMP/OP AGG | $<br>$<br>$<br>$<br>$<br>$<br>$ |
| | AUTOMOBILE LIABILITY<br>ANY AUTO<br>ALL OWNED AUTOS / SCHEDULED AUTOS<br>HIRED AUTOS / NON-OWNED AUTOS | | | | | | COMBINED SINGLE LIMIT (Ea accident)<br>BODILY INJURY (Per person)<br>BODILY INJURY (Per accident)<br>PROPERTY DAMAGE (Per accident) | $<br>$<br>$<br>$<br>$ |
| | UMBRELLA LIAB / OCCUR<br>EXCESS LIAB / CLAIMS-MADE<br>DED / RETENTION $ | | | | | | EACH OCCURRENCE<br>AGGREGATE | $<br>$<br>$ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | WC STATU-TORY LIMITS / OTH-ER<br>E.L. EACH ACCIDENT<br>E.L. DISEASE - EA EMPLOYEE<br>E.L. DISEASE - POLICY LIMIT | <br>$<br>$<br>$ |
| A | Kidnap & Ransom | | | [REDACTED]8015 | 5/31/2014 | 5/31/2017 | Limit | [REDACTED] |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

CERTIFICATE HOLDER

Office of the United States Trustee
844 King Street, Suite 2207
Wilmington DE 19801

CANCELLATION

**SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.**

AUTHORIZED REPRESENTATIVE
[signature]

© 1988-2010 ACORD CORPORATION. All rights reserved.

 The ACORD name and logo are registered marks of ACORD

ACORD®

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY): 3/19/2015

**THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.**

**IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).**

| PRODUCER | CONTACT |
|---|---|
| Hylant - Cincinnati<br>50 E-Business Way, Ste 200<br>Cincinnati OH 45241 | CONTACT NAME:<br>PHONE (A/C, No, Ext): 513-985-2400 FAX (A/C, No): 513-985-2404<br>E-MAIL ADDRESS: cincinnati_hmi@hylant.com |

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A : Zurich American Insurance Co | 16535 |
| INSURER B : XL Specialty Insurance Company | 37885 |
| INSURER C : Navigators Insurance Company | 42307 |
| INSURER D : | |
| INSURER E : | |
| INSURER F : | |

INSURED STANREG-01

Standard Register
600 Albany Street
PO Box 1167
Dayton OH 45401-1167

**COVERAGES** CERTIFICATE NUMBER: 314464256 REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | GENERAL LIABILITY<br>COMMERCIAL GENERAL LIABILITY<br>CLAIMS-MADE / OCCUR<br>GEN'L AGGREGATE LIMIT APPLIES PER: POLICY / PRO-JECT / LOC | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | | | | | | | GENERAL AGGREGATE | $ |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | | | | | | | | $ |
| | AUTOMOBILE LIABILITY<br>ANY AUTO<br>ALL OWNED AUTOS / SCHEDULED AUTOS<br>HIRED AUTOS / NON-OWNED AUTOS | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | UMBRELLA LIAB / OCCUR<br>EXCESS LIAB / CLAIMS-MADE<br>DED / RETENTION $ | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | WC STATU-TORY LIMITS / OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A<br>B<br>C | D&O Primary<br>$[redacted]<br>$[redacted] | | | [redacted]0204<br>[redacted]8314<br>[redacted]96IV | 5/31/2014<br>5/31/2014<br>5/31/2014 | 12/31/2015<br>12/31/2015<br>12/31/2015 | Limit<br>Limit<br>Limit | [redacted] |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

D&O Side A DIC - Policy # 03090235 [redacted] - Term 5/31/14 to 12/31/15

The above includes 6-year tail coverage that will incept at the earlier of company disolution or at the 12/31/15 expiration of the policies.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Office of the United States Trustee<br>844 King Street, Suite 2207<br>Wilmington DE 19801 | **SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.**<br><br>AUTHORIZED REPRESENTATIVE<br>[signature] |

© 1988-2010 ACORD CORPORATION. All rights reserved.

 The ACORD name and logo are registered marks of ACORD

ACORD®

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY): 3/19/2015

**THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.**

**IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).**

PRODUCER
Hylant - Cincinnati
50 E-Business Way, Ste 200
Cincinnati OH 45241

CONTACT NAME:
PHONE (A/C, No, Ext): 513-985-2400 FAX (A/C, No): 513-985-2404
E-MAIL ADDRESS: cincinnati_hmi@hylant.com

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A : Continental Casualty Company | 20443 |
| INSURER B : | |
| INSURER C : | |
| INSURER D : | |
| INSURER E : | |
| INSURER F : | |

INSURED STANREG-01
Standard Register
600 Albany Street
PO Box 1167
Dayton OH 45401-1167

**COVERAGES** **CERTIFICATE NUMBER:** 909285376 **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | GENERAL LIABILITY<br>COMMERCIAL GENERAL LIABILITY<br>CLAIMS-MADE / OCCUR<br>GEN'L AGGREGATE LIMIT APPLIES PER: POLICY / PRO-JECT / LOC | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | | | | | | | GENERAL AGGREGATE | $ |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | | | | | | | | $ |
| | AUTOMOBILE LIABILITY<br>ANY AUTO<br>ALL OWNED AUTOS / SCHEDULED AUTOS<br>HIRED AUTOS / NON-OWNED AUTOS | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | UMBRELLA LIAB / OCCUR<br>EXCESS LIAB / CLAIMS-MADE<br>DED / RETENTION $ | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | WC STATU-TORY LIMITS / OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | Employment Practices | | | [REDACTED]5490 | 5/31/2014 | 5/31/2015 | Limit | [REDACTED] |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

**CERTIFICATE HOLDER**

Office of the United States Trustee
844 King Street, Suite 2207
Wilmington DE 19801

**CANCELLATION**

**SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.**

AUTHORIZED REPRESENTATIVE
[signature]

© 1988-2010 ACORD CORPORATION. All rights reserved.

 The ACORD name and logo are registered marks of ACORD

ACORD®

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY): 3/19/2015

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

**IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).**

PRODUCER
Hylant - Cincinnati
50 E-Business Way, Ste 200
Cincinnati OH 45241

CONTACT NAME:
PHONE (A/C, No, Ext): 513-985-2400 FAX (A/C, No): 513-985-2404
E-MAIL ADDRESS: cincinnati_hmi@hylant.com

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A : Wright National Flood Insurance Com | 11523 |
| INSURER B : | |
| INSURER C : | |
| INSURER D : | |
| INSURER E : | |
| INSURER F : | |

INSURED STANREG-01
Standard Register
600 Albany Street
PO Box 1167
Dayton OH 45401-1167

COVERAGES CERTIFICATE NUMBER: 1460895487 REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | GENERAL LIABILITY<br>COMMERCIAL GENERAL LIABILITY<br>CLAIMS-MADE / OCCUR<br>GEN'L AGGREGATE LIMIT APPLIES PER: POLICY / PRO-JECT / LOC | | | | | | EACH OCCURRENCE<br>DAMAGE TO RENTED PREMISES (Ea occurrence)<br>MED EXP (Any one person)<br>PERSONAL & ADV INJURY<br>GENERAL AGGREGATE<br>PRODUCTS - COMP/OP AGG | $<br>$<br>$<br>$<br>$<br>$<br>$ |
| | AUTOMOBILE LIABILITY<br>ANY AUTO<br>ALL OWNED AUTOS / SCHEDULED AUTOS<br>HIRED AUTOS / NON-OWNED AUTOS | | | | | | COMBINED SINGLE LIMIT (Ea accident)<br>BODILY INJURY (Per person)<br>BODILY INJURY (Per accident)<br>PROPERTY DAMAGE (Per accident) | $<br>$<br>$<br>$<br>$ |
| | UMBRELLA LIAB / OCCUR<br>EXCESS LIAB / CLAIMS-MADE<br>DED / RETENTION $ | | | | | | EACH OCCURRENCE<br>AGGREGATE | $<br>$<br>$ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | WC STATU-TORY LIMITS / OTH-ER<br>E.L. EACH ACCIDENT<br>E.L. DISEASE - EA EMPLOYEE<br>E.L. DISEASE - POLICY LIMIT | $<br>$<br>$ |
| A | Flood - Sacramento | | | [redacted]2036 | 6/30/2014 | 6/30/2015 | Building<br>Contents<br>Deductible | [redacted] |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

CERTIFICATE HOLDER

Office of the United States Trustee
844 King Street, Suite 2207
Wilmington DE 19801

CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

AUTHORIZED REPRESENTATIVE
[signature]

© 1988-2010 ACORD CORPORATION. All rights reserved.

 The ACORD name and logo are registered marks of ACORD

ACORD®

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY): 3/19/2015

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

**PRODUCER**
Hylant - Cincinnati
50 E-Business Way, Ste 200
Cincinnati OH 45241

CONTACT NAME:
PHONE (A/C, No, Ext): 513-985-2400 FAX (A/C, No): 513-985-2404
E-MAIL ADDRESS: cincinnati_hmi@hylant.com

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A : Continental Casualty Company | 20443 |
| INSURER B : Firemans Fund Insurance Co | 21873 |
| INSURER C : | |
| INSURER D : | |
| INSURER E : | |
| INSURER F : | |

**INSURED** STANREG-01
Standard Register
600 Albany Street
PO Box 1167
Dayton OH 45401-1167

**COVERAGES** CERTIFICATE NUMBER: 435357056 REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | GENERAL LIABILITY<br>COMMERCIAL GENERAL LIABILITY<br>CLAIMS-MADE / OCCUR<br>GEN'L AGGREGATE LIMIT APPLIES PER: POLICY / PRO-JECT / LOC | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | | | | | | | GENERAL AGGREGATE | $ |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | | | | | | | | $ |
| | AUTOMOBILE LIABILITY<br>ANY AUTO<br>ALL OWNED AUTOS / SCHEDULED AUTOS<br>HIRED AUTOS / NON-OWNED AUTOS | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| A<br>B | X UMBRELLA LIAB X OCCUR<br>X EXCESS LIAB CLAIMS-MADE<br>DED X RETENTION $0 | | | [redacted]2535<br>[redacted]04457 | 7/1/2014<br>7/1/2014 | 7/1/2015<br>7/1/2015 | EACH OCCURRENCE | [redacted] |
| | | | | | | | AGGREGATE | [redacted] |
| | | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | WC STATU-TORY LIMITS / OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

**CERTIFICATE HOLDER**

Office of the United States Trustee
844 King Street, Suite 2207
Wilmington DE 19801

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

AUTHORIZED REPRESENTATIVE
[signature]

© 1988-2010 ACORD CORPORATION. All rights reserved.

 The ACORD name and logo are registered marks of ACORD

ACORD®

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY): 3/19/2015

**THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.**

**IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).**

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| Hylant - Cincinnati<br>50 E-Business Way, Ste 200<br>Cincinnati OH 45241 | PHONE (A/C, No, Ext): 513-985-2400 | FAX (A/C, No): 513-985-2404 | |
| | E-MAIL ADDRESS: cincinnati_hmi@hylant.com | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | INSURER A : Vigilant Insurance Company | | 20397 |
| INSURED STANREG-01 | INSURER B : | | |
| Standard Register<br>600 Albany Street<br>PO Box 1167<br>Dayton OH 45401-1167 | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

**COVERAGES** **CERTIFICATE NUMBER:** 588594560 **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | GENERAL LIABILITY<br>X COMMERCIAL GENERAL LIABILITY<br>CLAIMS-MADE X OCCUR<br>X Foreign DIL<br>GEN'L AGGREGATE LIMIT APPLIES PER: POLICY PRO-JECT LOC | | | [redacted]4007 | 7/1/2014 | 7/1/2015 | EACH OCCURRENCE | [redacted] |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | [redacted] |
| | | | | | | | MED EXP (Any one person) | [redacted] |
| | | | | | | | PERSONAL & ADV INJURY | [redacted] |
| | | | | | | | GENERAL AGGREGATE | [redacted] |
| | | | | | | | PRODUCTS - COMP/OP AGG | [redacted] |
| | | | | | | | | $ |
| | AUTOMOBILE LIABILITY<br>ANY AUTO<br>ALL OWNED AUTOS SCHEDULED AUTOS<br>HIRED AUTOS NON-OWNED AUTOS | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | UMBRELLA LIAB OCCUR<br>EXCESS LIAB CLAIMS-MADE<br>DED RETENTION $0 | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | WC STATU-TORY LIMITS / OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

All Limits Are Shown in US Dollars.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Office of the United States Trustee<br>844 King Street, Suite 2207<br>Wilmington DE 19801 | **SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.**<br><br>AUTHORIZED REPRESENTATIVE<br>[signature] |

© 1988-2010 ACORD CORPORATION. All rights reserved.



The ACORD name and logo are registered marks of ACORD

ACORD®

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY) 3/19/2015

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

PRODUCER
Hylant - Cincinnati
50 E-Business Way, Ste 200
Cincinnati OH 45241

CONTACT NAME:
PHONE (A/C, No, Ext): 513-985-2400 | FAX (A/C, No): 513-985-2404
E-MAIL ADDRESS: cincinnati_hmi@hylant.com

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A : Safety National Casualty Corp | 15105 |
| INSURER B : | |
| INSURER C : | |
| INSURER D : | |
| INSURER E : | |
| INSURER F : | |

INSURED STANREG-01
Standard Register
600 Albany Street
PO Box 1167
Dayton OH 45401-1167

COVERAGES CERTIFICATE NUMBER: 1209168511 REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | GENERAL LIABILITY<br>COMMERCIAL GENERAL LIABILITY<br>CLAIMS-MADE / OCCUR<br>GEN'L AGGREGATE LIMIT APPLIES PER: POLICY / PRO-JECT / LOC | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | | | | | | | GENERAL AGGREGATE | $ |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | | | | | | | | $ |
| | AUTOMOBILE LIABILITY<br>ANY AUTO<br>ALL OWNED AUTOS / SCHEDULED AUTOS<br>HIRED AUTOS / NON-OWNED AUTOS | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | UMBRELLA LIAB / OCCUR<br>EXCESS LIAB / CLAIMS-MADE<br>DED / RETENTION $ | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | | | | | | | | $ |
| A | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | [redacted]1878 | 10/1/2014 | 10/1/2016 | X WC STATU-TORY LIMITS / OTH-ER | [redacted] |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

OHIO Excess Work Comp

CERTIFICATE HOLDER

Office of the United States Trustee
844 King Street, Suite 2207
Wilmington DE 19801

CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

AUTHORIZED REPRESENTATIVE
[signature]

© 1988-2010 ACORD CORPORATION. All rights reserved.



The ACORD name and logo are registered marks of ACORD

ACORD®

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY): 3/19/2015

**THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.**

**IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).**

| PRODUCER | |
|---|---|
| Hylant - Cincinnati<br>50 E-Business Way, Ste 200<br>Cincinnati OH 45241 | CONTACT NAME:<br>PHONE (A/C, No, Ext): 513-985-2400 FAX (A/C, No): 513-985-2404<br>E-MAIL ADDRESS: cincinnati_hmi@hylant.com |

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A : Columbia Casualty Company | 31127 |
| INSURER B : AIG Specialty Insurance Company | 26883 |
| INSURER C : Lloyd's Syndicate 2623 (Beazley Fur | |
| INSURER D : | |
| INSURER E : | |
| INSURER F : | |

INSURED STANREG-01

Standard Register
600 Albany Street
PO Box 1167
Dayton OH 45401-1167

**COVERAGES** **CERTIFICATE NUMBER:** 818044416 **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | GENERAL LIABILITY<br>COMMERCIAL GENERAL LIABILITY<br>CLAIMS-MADE / OCCUR<br>GEN'L AGGREGATE LIMIT APPLIES PER: POLICY / PRO-JECT / LOC | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | | | | | | | GENERAL AGGREGATE | $ |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | | | | | | | | $ |
| | AUTOMOBILE LIABILITY<br>ANY AUTO<br>ALL OWNED AUTOS / SCHEDULED AUTOS<br>HIRED AUTOS / NON-OWNED AUTOS | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | UMBRELLA LIAB / OCCUR<br>EXCESS LIAB / CLAIMS-MADE<br>DED / RETENTION $ | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | WC STATU-TORY LIMITS / OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| C | E&O / Network Security | | | [redacted]0201 | 12/1/2014 | 12/1/2015 | Limit | [redacted] |
| A | Excess Layer 1 | | | [redacted]1658 | 12/1/2014 | 12/1/2015 | Limit | |
| B | Excess Layer 2 | | | [redacted]2292 | 12/1/2014 | 12/1/2015 | Limit | |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

**CERTIFICATE HOLDER**

Office of the United States Trustee
844 King Street, Suite 2207
Wilmington DE 19801

**CANCELLATION**

**SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.**

AUTHORIZED REPRESENTATIVE

[signature]

© 1988-2010 ACORD CORPORATION. All rights reserved.

 The ACORD name and logo are registered marks of ACORD

ACORD®

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY): 3/19/2015

**THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.**

**IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).**

| PRODUCER | CONTACT NAME: | |
|---|---|---|
| Hylant - Cincinnati<br>50 E-Business Way, Ste 200<br>Cincinnati OH 45241 | PHONE (A/C, No, Ext): 513-985-2400 | FAX (A/C, No): 513-985-2404 |
| | E-MAIL ADDRESS: cincinnati_hmi@hylant.com | |
| | INSURER(S) AFFORDING COVERAGE | NAIC # |
| | INSURER A : Liberty Insurance Corporation | 42404 |
| INSURED STANREG-01 | INSURER B : | |
| Standard Register<br>600 Albany Street<br>PO Box 1167<br>Dayton OH 45401-1167 | INSURER C : | |
| | INSURER D : | |
| | INSURER E : | |
| | INSURER F : | |

**COVERAGES** **CERTIFICATE NUMBER:** 1332632831 **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | GENERAL LIABILITY<br>COMMERCIAL GENERAL LIABILITY<br>CLAIMS-MADE / OCCUR<br>GEN'L AGGREGATE LIMIT APPLIES PER: POLICY / PRO-JECT / LOC | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | | | | | | | GENERAL AGGREGATE | $ |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | | | | | | | | $ |
| | AUTOMOBILE LIABILITY<br>ANY AUTO<br>ALL OWNED AUTOS / SCHEDULED AUTOS<br>HIRED AUTOS / NON-OWNED AUTOS | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | UMBRELLA LIAB / OCCUR<br>EXCESS LIAB / CLAIMS-MADE<br>DED / RETENTION $ | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | | | | | | | | $ |
| A<br>A | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | [redacted]5014<br>[redacted]5024 | 7/1/2014<br>7/1/2014 | 7/1/2015<br>7/1/2015 | X WC STATU-TORY LIMITS / OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | [redacted] |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | [redacted] |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | [redacted] |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Office of the United States Trustee<br>844 King Street, Suite 2207<br>Wilmington DE 19801 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE<br>[signature] |

© 1988-2010 ACORD CORPORATION. All rights reserved.

 The ACORD name and logo are registered marks of ACORD



Factory Mutual Insurance Company
25050 Country Club Blvd.
Great Northern Corporate Center III
Suite 400
North Olmsted, Ohio
44070
United States of America
Tel: (1) 216 362-4820
Fax: (1) 216 362-4825

## POLICY INFORMATION FORM

This document is issued as a matter of information only and confers no rights upon the document holder. This Policy Information Form does not amend, extend, or alter the coverage, terms, exclusions, conditions, or other provisions afforded by the policy. We hereby certify that insurance coverage is now in force with our Company as outlined below.

**Policy No.:** [redacted]414
**Account No.:** [redacted]6774

**Policy Term**
**Effective Date:** 30 June 2014
**Expiration Date:** 30 June 2015

**NAMED INSURED:**
THE STANDARD REGISTER COMPANY

**DESCRIPTION AND LOCATION OF PROPERTY COVERED:**

Real and Personal Property

**Location No.:** 700
**INDEX No.:** 052521.55

Corporate and Miscellaneous
600 Albany Street
Dayton, Ohio 45417-3405, USA

**COVERAGE IN FORCE:** (subject to limits of liability, deductibles and conditions in the Policy)

| Insurance Provided: | Peril: | Limit Of Liability: |
|---|---|---|
| Property Damage | All Risk | USD [redacted] |

**CERTIFICATE TERM:**
**Effective:** 19 March 2015
**Expires:** 30 June 2015

This Policy Information Form is being issued as evidence of coverage to: Office of the United States Trustee.

Certificate No: 00057-001

Office of the United States Trustee
844 King Street
Suite 2207
Wilmington, Delaware 19801, USA

Authorized Signature / Issue Date
Thomas Mossbruger / 19 March 2015

For questions, contact: Lauren Jones



**CHUBB DE MEXICO,**
**COMPAÑIA DE SEGUROS, S.A. DE C.V.**
Av. Santa Fe No. 505, pisos 17 y 18, Col. Cruz Manca Santa Fe , Delegación Cuajimalpa, C.P. 05349, México, D.F.
Tel. 5081 5654 y 5081 5661 - Fax 50 81 5633 Email: vperez@chubb.com

## INSURANCE CERTIFICATE

March 19, 2015

Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801

Insured: Standard Register de México, S. de R.L. de C.V.
The Standard Register Co.
Standard Register Holding, S. de R.L. de C.V.
Standard Register Servicios, S. de R.L. de C.V.
Standard Register Co.
Fibra Prologis, Prologis L.P. and Affiliates

Policy Nr.: [redacted]06-4-7 Coverage: Fire all risk including flood/hurricane/wind

Term: July/01/2014 to July/01/2015

**CHUBB DE MEXICO, CIA. DE SEGUROS, SA DE CV**, confirms that as of December 02, 2014, current values in the above mentioned policy are as follows:

| Loc. No. 1 | Carr. A Huinala KM 2.8 404-A, Fracc. Las Américas, Apodaca, N.L. CP 66630 |
|---|---|
| Gral. Contents | $[redacted]SD |
| Inventories | $ [redacted]USD |
| Gross Profits | $[redacted]USD |
| Theft with violence | $ [redacted] USD |
| Civil Gral. Liability | $[redacted] USD (Premises & Operations, Products in México and Tenant's Liability) |

| Loc. No. 2 | Calle séptima #300, parque industrial monterrey, Apodaca nuevo león 66603 |
|---|---|
| Gral. Contents | $ [redacted] USD |
| Inventories | $[redacted] USD |
| Theft | $ [redacted] USD |
| Civil Gral. Liability | Included |

- Special Clauses included:
  - Waiver of subrogation of rights
  - In case of anticipated cancellation , Notice of Cancellation with thirty days before the policy is cancelled, should be sent to : Fibra Prologis, Prologis L.P. and Affiliates

Atentamente,

Verónica

**Verónica Pérez Velázquez | Suscripción Area Internacional | Chubb Multinational Solutions | Chubb de Mexico**
Av. Santa Fe 505, Piso 17, Col. Cruz Manca, Del. Cuajimalpa, CP 05349, Mexico DF | ☎(55)-50815661 | ✉ vperez@chubb.com

**THE STANDARD REGISTER COMPANY**
**INSURANCE COVERAGE DESCRIPTION AND SUMMARY**

AS OF: 10.01.14

| | COVERAGE: | DESCRIPTION: | INSURER: | A.M.BEST RATING: | POLICY EXPIRATION: | AGGREGATE LIMITS: | DEDUCTIBLES: | BROKER: | ANNUAL PREMIUM: | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| | NON-OWNED AIRCRAFT LIABILITY | Insures against claims for Bodily Injury and Property Damage Liability, Personal Liability (Including Passengers - non-SR) for Aircraft that we charter. | CFA | | 03.02.15 | OCC/AGG | NONE | HYLANT | $ - | Get CFA Aircraft COI each March |
| Executive Risk | DIRECTOR'S & OFFICER'S PRIMARY (Includes WFO) | Provides financial protection for SR and the directors and officers of SR in the event they are sued in conjunction with the performance of their duties as they relate to the Company. Our policy contains 3 "Sides". Side A ( - no deductible) covers a loss incurred by individual D&O's resulting from claims for which SR has not indemnified them. Side A excess policy provides directors and officers with their own dedicated limit of liability and helps protect their personal assets by covering claims where SR is unwilling or unable to indemnify them. i.e. covers the D & O personally if the corporation is bankrupt, does not have the resources to cover the D & O, or the D & O have done something outside of the bylaws of the company (unlawful act). Side B ( w/ deductible) covers any loss incurred by SR for indemnification of their D&O's - i.e the D & O have done something inside the bylaws of the company in fulfilling their duties as a D or O. Side C ( w/ deductible) covers losses incurred by SR as a result of securities claims made directly against SR - i.e. if the actual corporation is the defendant. | ZURICH | A+ | 05.31.14 to 05.31.15 - Policy 0204 (On File in Hylant Portal) | Ea. Occ / Agg | Side A -0- Per Person | HYLANT | $ | **Invoice 48075 Dated 06.03.14 (Payment 07.07.14)** and Credit Invoice 48075 Dated 07.14.14 ( ) Added WFO into policy effective: 05.31.14 - Mexican Placement Fee is 2.5k - Zurich had increase of 16% in 2014 Renewal |
| | D&O EXCESS - 1ST LAYER (Includes WFO) | | XL | A | 05.31.14 to 05.31.15 - Policy 8314 (On File in Hylant Portal) | EXCESS OF | Side B / C / Mexico | | $ | **Invoice 48396 Dated 06.03.14 (Payment 07.07.14)** Added WFO into policy effective: 05.31.14 - XL first year in Tower 05.31.14 - strategy was XL bid on Primary so this enables them to get into the program as excess (backup if Zurich pulls out in future years as primary) |
| | D&O EXCESS - 2ND LAYER (Includes WFO) | | NAVIGATORS | A | 05.31.14 to 05.31.15 - Policy 96IV (On File in Hylant Portal) | M EXCESS OF M | | | $ | **Invoice 48397 Dated 06.03.14 (Payment 07.07.14)** Added WFO into policy effective: 05.31.14 |
| | SIDE A D&O EXCESS (Includes WFO) | | Allied World | A | 05.31.14 to 05.31.15 - Policy 0235 (On File in Hylant Portal) | M EXCESS OF | Corporate Reimbursement (Indemnifiable Claims) and Entity Coverage | | $ | **Invoice 48395 Dated 06.03.14 (Payment 07.07.14)** Added WFO into policy effective: 05.31.14 - Allied World (AWAC) first year in Tower 05.31.14 - strategy was Allied World bid on Primary so this enables them to get into the program as excess (Additional backup to XL -- if Zurich pulls out in future years as primary) |
| | FIDUCIARY LIABILITY - PRIMARY (Includes WFO) | Covers wrongful acts committed, attempted or allegedly attempted by any person for whose wrongful acts SR is legally liable, within policy guidelines. Covers SR fiduciaries for losses as a result of their actions / inactions (ie: fiduciary responsibility over SR's 401k plan). | Continental Casualty (CNA) | A | 05.31.14 to 05.31.15 - Policy 9555 (Confirm on file - TBD) | Ea. Loss / Agg | Indemnifiable | HYLANT | $ | **Invoice 48394 Dated 06.03.14 (Payment 07.07.14)** Added WFO into policy effective: 05.31.14 - switched at 05.31.14 renewal to CNA from Zurich (improving deductible from to only and rate) |
| | FIDUCIARY LIABILITY - EXCESS 1ST LAYER (Includes WFO) | | TRAVELERS | A+ | 05.31.14 to 05.31.15 - Policy 9663 (Confirm on file - TBD) | EXCESS OF $10M | | | $ | **Invoice 48393 Dated 06.03.14 (Payment 07.07.14)** Added WFO into policy effective: 05.31.14 |
| | FIDUCIARY LIABILITY - EXCESS 2ND LAYER (Includes WFO) | | Federal Insurance Company (Chubb) | A++ | 05.31.14 to 05.31.15 - Policy 4364 (Confirm on file - TBD) | M EXCESS OF | | | $ | **Invoice 48390 Dated 06.03.14 (Payment 07.07.14)** Added WFO into policy effective: 05.31.14 |
| | EMPLOYMENT PRACTICES LIABILITY (Includes WFO) | Covers against employment related claims such as harrassment, discrimination, etc. | Continental Casualty (CNA) | A | 05.31.14 to 05.31.15 - Policy 5490 (Confirm on file - TBD) | Ea. Loss / Agg | | HYLANT | $ | **Invoice 48392 Dated 06.03.14 (Payment 07.07.14)** Added WFO into policy effective: 05.31.14. Previous to 2013 EPL was with Travelers |
| | KIDNAP/RANSOM & EXTORTION (Need to blend WFO into this program) | Covers any SR associate who is kidnapped / held for ransom / extorted during the course of their employment. Coverage includes ransom payments and any other costs associated with extricating the associate. | Federal Insurance Company (Chubb) | A++ | 05.31.14 to 05.31.17 - Policy 8015 (On File in Hylant Portal) | Ea. Occ / Agg | NONE | HYLANT | $ | **Invoice 48391 Dated 06.03.14 (Payment 07.07.14)** Added WFO into policy effective: 05.31.14. Three year rate guarantee: 2014, 2015, 2016 |
| | CRIME POLICY (Includes WFO) | This policy protects SR against loss of corporate assets from the following exposures: Employee Theft & Dishonesty, Loss of Money and Securities inside the premises (Includes Funds Transfer Fraud), Loss of Money and Securities outside the premises, Money Orders / Counterfeit Currency Coverage and Depositor's Forgery. | Continental Casualty (CNA) | A | 05.31.13 to 05.31.16 - Policy 395-13 (On File in Hylant Portal) | | | HYLANT | $ | **Invoice 7897 Dated 06.23.14 Paid (07.07.14) and Paid (07.10.14).** Three Year Term |
| ational | FOREIGN PROP (MEXICO) / CASUALTY / LIABILITY - Monterrey Pays Directly | The general liability portion of this policy provides the insured with protection against legal liability imposed by violations in tort in a foreign country. The automobile liability provides legal liability coverage against bodily injury and property damage arising out of the hired or non-owned use of a vehicle in a foreign country. The workers compensation covers SR associates while traveling in a foreign country on corporate business. The property portion covers any SR int'l assets. | CHUBB | A++ | 07.01.14 to 07.01.15 - Policy 406-4 (On File in Hylant Portal) | Contents M; Stock ; BI M (72 Hour Waiting Period); Machinery and Equipment (Need to review this coverage - Maquinaria y Equipo) | | HYLANT | $ | **Monterrey pays directly** |

**THE STANDARD REGISTER COMPANY**
**INSURANCE COVERAGE DESCRIPTION AND SUMMARY**

AS OF: 10.01.14

| | COVERAGE: | DESCRIPTION: | INSURER: | A.M.BEST RATING: | POLICY EXPIRATION: | AGGREGATE LIMITS: | DEDUCTIBLES: | BROKER: | ANNUAL PREMIUM: | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| Interr | INTERNATIONAL WORLDNET DIC / DIL (Includes WFO) | International DIC (Difference-in-conditions) and DIL (Difference in Limits) as well as Global Medical Assistance Cards covered under this policy. Covers headquarters individuals that are traveling internationally. General Liability. | Vigilante Insurance (Subsidiary of Chubb) | A++ | 07.01.14 to 07.01.15 - Policy 007 & 7CIN (On File in Hylant Portal) | Personal Property MM; BI M (72 Hour Waiting Period); Neighbors ; Indundation and MudFlow General Liability of aggregate. | | HYLANT | $ | Invoice 52625 Dated 07.14.14 & Invoice 53411 $ Dated 07.23.14 (Paid 07.23.14) Global Medical Assistance Cards covered under this item (Europ Assistance) - Medical Cards loaded to Risk SharePoint site annually |
| Property | ALL RISK PROPERTY (INCL BI) (Includes WFO) | Insures SR assets (ie:bldgs, m&e, f&f) for replacement value against damage for all covered losses. Also covers Business interruption, ordinary payroll, assets while in transit, and property of others while in our care, custody and control. | FM GLOBAL | A+ | 06.30.14 to 06.30.15 - Policy 0414 (On File in Hylant Portal) | BLANKET (~ ) - Extended Period of Liability 30 Days - Earthquake - High Hazard Zone Earth Movement - (CA,AK,HI) limit , New Madrid limit , Pacific Northwest Seismic Zone limit | (addl sublimits for various exposures ie: eq , flood ( / - Fayetteville, Seattle StanFast, Grove City, West Sacramento all 500k - All others ), transit ), etc...) | HYLANT | $ | Invoice PD-69832 Dated 06.26.14 & apply 2014 Membership Credit from same invoice ($ ) & Invoice PD-68023 credit ($ ) Dated 03.05.14 (Payment in Process 07.xx.14) 2012 Flood Premium increase (unfavorable) due to Sacramento Flood Plain issue; added WFO 08.01.13 - Membership Credit 2013 ( ), 2014 ( ) - not included in Premium amount |
| | FLOOD - SACREMENTO ONLY | Insures Sacramento SR assets (ie:bldgs, m&e, f&f) for coverage value against damage for flood losses. | WRIGHT National Flood Insurance Company - Coordinated by FM Global | A- | 06.30.14 to 06.30.15 - Policy 3600 (On File in Hylant Portal) | Building k; Contents | Building ; Contents k | HYLANT | $ | Paid to FM Global. Coordinated by FM Global (starting in 2013) through NFIP in order to keep Property Insurance premium down |
| Casualty | GENERAL LIABILITY (Includes WFO) | Coverage for third party claims relating to Bodily Injury and Property Damage Liability arising out of our products; Certain intangible injuries such as libel, slander, false arrest and contractual liability. | National Fire Insurance of Hartford (CNA) | A | 07.01.14 to 07.01.15 - Policy 0466 (On File in Hylant Portal) | M OCC / AGG / Medical any one person | NONE | HYLANT | $ | Invoice 52632 Dated 07.14.14 (Pd 07.23.14), Invoice 36091 Dated 09.02.14 (Pd 09.2014), Invoice 52518 Dated 12.04.14 (Payment in Process 12.17.14), Q2 2015 (Open) -- Added WFO into policy effective 07.01.14 |
| | AUTOMOBILE LIABILITY (Includes WFO) | Provides SR with protection against legal liability (both bodily injury and property damage) arising out of the ownership, maintenance or use of any owned, non-owned, or hired vehicle. This policy does not cover physical damage to sales associates' vehicles and acts as an excess liability policy to protect the company if the sales associates' liability limits are exhausted. *We also have separate coverage for physical damage of any rental vehicle that is rented using the corporate VISA card. | National Fire Insurance of Hartford (CNA) | A | 07.01.14 to 07.01.15 - Policy 0421 (On File in Hylant Portal) | Liability per accident / Auto Medical Payments | COLL / COMP - Exception is Freightliner and Ford F800 in Oklahoma City and Salt Lake City respectively - both at COLL / COMP | HYLANT | $ | Invoice 52934 Dated 07.18.14 (Paid 07.23.14), Invoice 52935 Dated 09.02.14 $ (Pd 09.2014), Invoice 52518 Dated 12.04.14 $ (Payment in Process 12.17.14), Q2 2015 (Open) -- Added WFO into policy effective 07.01.14 |
| | PRIMARY EXCESS LIABILITY (Lead Umbrella) (Includes WFO) | Provides following form excess / umbrella liability coverage over the Employee Practices Liability, General Liability, and Auto Liability policies. | Continental Casualty Company (CNA) | A | 07.01.14 to 07.01.15 - Policy 2535 (On File in Hylant Portal) | Ea. Loss / Agg | NONE | HYLANT | $ | Invoice 53157 Dated 07.21.14 (Pd 07.23.14), Invoice 52935 Dated 09.02.14 (Pd 09.2014), Invoice 52518 Dated 12.04.14 (Payment in Process 12.17.14), 04.01.15 (Open) - Added WFO into policy effective 07.01.14 - possibly market this to a l Limit in 2015 renewal |
| | SECOND LAYER EXCESS LIABILITY (Umbrella 15 xs 25) (Includes WFO) | | Fireman's Fund Ins. (USA sub of Allianz SE) | A | 07.01.14 to 07.01.15 - Policy 457 (On File in Hylant Portal) | Ea. Loss / Agg (15 xs 25) | NONE | HYLANT | $ | Invoice 52492 Dated 07.14.14 (Payment 07.23.14) - Possibly market this to aggregate xs of M in 2015 renewal |
| Work Comp | WORKERS' COMPENSATION & EMPLOYERS' LIABILITY (Includes WFO) | To provide benefits to associates who may suffer injury, death or the occurrence of any occupational disease, arising out of the course and scope of their employment, as is prescribed under the various Workers' Compensation laws in the states in which we operate. EL is a form of coverage designed to protect SR against any legal action that may be entered against SR by an associate or his representative if specific coverage is not provided under the various states Workers' Compensation laws. **(Ohio and Washington are not covered under this policy)** | LIBERTY MUTUAL | A | 07.01.14 to 07.01.15 - Policy xxxxxxx (Confirm on File - TBD) | WC - Statutory<br>EL - | Per Accident<br>Per Accident | HYLANT | $ | Invoice 11650314 Dated 08.03.14 (Payment in Process xx.xx.14) - eight remaining payments at each (25% up front / then 8 equal payments) Escrow at (flat to 2014); LOC (moved favorable to 2014); Insured Payroll at for 2015 - s/b reduction in 2016 Premium dollars if there is a reduction in WC Insured Payroll |
| | OHIO XS WORK COMP & EMPLOYERS LIABILITY (Includes WFO) | Same as above WC policy except it is for the monopolistic state of Ohio and it is an excess policy only. | Safety National | A+ | 10.01.14 to 10.01.16 - Policy 1878 (On File in Hylant Portal) | WC - STATUTORY<br>EL - | Per Accident<br>Per Accident | HYLANT | $ | Invoice 61162 Dated 10.08.14 (Payment 12.05.14) Increases can mainly be due to market swings in coverage in this area - AIG a dominant player in excess Work comp withdrew in 2012 causing other excess WC insurers to revisit their premiums - switched to former WFO OH XS 10.01.14 Safety National (formerly SRC Midwest Casualty) |

THE STANDARD REGISTER COMPANY
INSURANCE COVERAGE DESCRIPTION AND SUMMARY

AS OF: 10.01.14

| | COVERAGE: | DESCRIPTION: | INSURER: | A.M.BEST RATING: | POLICY EXPIRATION: | AGGREGATE LIMITS: | DEDUCTIBLES: | BROKER: | ANNUAL PREMIUM: | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| E&O / Cyber Media / Professional | PROF LIABILITY (E&O) PRIMARY & CYBER (Includes WFO) | Covers third party financial damage caused by any negligent act, error, omission, misstatement or misleading statement, committed in the preparation, utterance or dissemination of matter printed for third parties by Standard Register. Also covers cyber / privacy liability. | Beazley | A | 12.01.14 to 12.01.15 - Policy [REDACTED]0201 (Confirm on File - TBD) | [REDACTED] Ea. Occ / Agg — Total Tower 15M ea Occ / [REDACTED] Agg - Privacy Notification Costs Sublimit [REDACTED] | [REDACTED] OCC ALL OTHER / [REDACTED] for contingent bodily injury) | HYLANT | $ [REDACTED] | **Invoice 65373 Dated 11.26.14** [REDACTED] (Payment xx.xx.14) Added WFO into policy effective 12.01.13. Increased from [REDACTED] of coverage up to [REDACTED] of coverage - 12.01.13. Increased Cyber Liability and Notification Limit in 06.2012 - IMed Consent now has [REDACTED] vs previous year of [REDACTED] |
| | PROF LIABILITY (E&O) 1st EXCESS (Includes WFO) | | Columbia Casualty Company (CNA) | A | 12.01.14 to 12.01.15 - Policy [REDACTED]1658 (Confirm on File - TBD) | [REDACTED] xs [REDACTED] - Privacy Notification Costs Sublimit 2.5M | | | $ [REDACTED] | **Invoice 65373 Dated 11.26.14** [REDACTED] (Payment xx.xx.14) - Includes 5% Ohio Surplus Lines Tax. Added WFO into policy effective 12.01.13 - Increased from [REDACTED] of coverage up to [REDACTED] of coverage - 12.01.13 |
| | PROF LIABILITY (E&O) 2nd EXCESS (Includes WFO) | | Illinois National Ins Co (AIG) | A | 12.01.14 to 12.01.15 - Policy [REDACTED]22-92 (Confirm on File - TBD) | [REDACTED] xs [REDACTED] Privacy Notification Costs Sublimit 2.5M | | | $ [REDACTED] | **Invoice 65373 Dated 11.26.14** [REDACTED] (Payment xx.xx.14) - Includes 5% Ohio Surplus Lines Tax. Added WFO into policy effective 12.01.13. Increased from [REDACTED] of coverage up to [REDACTED] of coverage - 12.01.13 |
| | OHIO XS WORK COMP & EMPLOYERS LIABILITY (WFO) | Same as above WC policy except it is just for the monopolistic state of Ohio and it is an excess policy only. | Safety National | | 08.04.13 to 08.04.14 | WC - STATUTORY<br>EL - [REDACTED] | [REDACTED] Per Accident<br>[REDACTED] Per Accident | HYLANT | $ [REDACTED] | no additional premium for the Safety National 2 month extension. Any exposure will be picked up at audit. |
| | KIDNAP/RANSOM & EXTORTION (WFO) | Covers any SR associate who is kidnapped / held for ransom / extorted during the course of their employment. Coverage includes ransom payments and any other costs associated with extricating the associate. | National Union Fire Insurance Compan of Pittsburgh (Chartis/AIG) | | 07.31.12 to 07.31.15 | [REDACTED] Ea. Occ / Agg | NONE | HYLANT | $ [REDACTED] | BOR Letter need to be issued -- Marsh is Broker of Record until that point |

**THE STANDARD REGISTER COMPANY**
**INSURANCE COVERAGE DESCRIPTION AND SUMMARY**

AS OF: 02.02.15

Executive Risk

| COVERAGE: | DESCRIPTION: | INSURER: | A.M.BEST RATING: | POLICY EXPIRATION: | AGGREGATE LIMITS: | DEDUCTIBLES: | BROKER: | ANNUAL PREMIUM: | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| DIRECTOR'S & OFFICER'S PRIMARY (Includes WFO) | Provides financial protection for SR and the directors and officers of SR in the event they are sued in conjunction with the performance of their duties as they relate to the Company. Our policy contains 3 "Sides". Side A ( - no deductible) covers a loss incurred by individual D&O's resulting from claims for which SR has not indemnified them. Side A excess policy provides directors and officers with their own dedicated limit of liability and helps protect their personal assets by covering claims where SR is unwilling or unable to indemnify them. I.e. covers the D & O personally if the corporation is bankrupt, does not have the resources to cover the D & O, or the D & O have done something outside of the bylaws of the company (unlawful act). Side B ( deductible) covers any loss incurred by SR for indemnification of their D&O's - i.e the D & O have done something inside the bylaws of the company in fulfilling their duties as a D or O. Side C ( deductible) covers losses incurred by SR as a result of securities claims made directly against SR - i.e. if the actual corporation is the defendant. | ZURICH | A+ | 05.31.14 to 05.31.15 - Policy 0204 (On File in Hylant Portal) | | Side A -0- Per Person | HYLANT | $ | **Invoice 48075 Dated 06.03.14 (Payment 07.07.14)** and Credit Invoice 48075 Dated 07.14.14 Added WFO into policy effective: 05.31.14 - Mexican Placement Fee is 2.5k - Zurich had increase of 16% in 2014 Renewal |
| D&O EXCESS - 1ST LAYER (Includes WFO) | | XL | A | 05.31.14 to 05.31.15 - Policy 8314 (On File in Hylant Portal) | | Side B / C / Mexico | | $ | **Invoice 48396 Dated 06.03.14 (Payment 07.07.14)** Added WFO into policy effective: 05.31.14 - XL first year in Tower 05.31.14 - strategy was XL bid on Primary so this enables them to get into the program as excess (backup if Zurich pulls out in future years as primary) |
| D&O EXCESS - 2ND LAYER (Includes WFO) | | NAVIGATORS | A | 05.31.14 to 05.31.15 - Policy 96IV (On File in Hylant Portal) | | | | $ | **Invoice 48397 Dated 06.03.14 (Payment 07.07.14)** Added WFO into policy effective: 05.31.14 |
| SIDE A D&O EXCESS (Includes WFO) | | Allied World | A | 05.31.14 to 05.31.15 - Policy 0235 (On File in Hylant Portal) | | Corporate Reimbursement (Indemnifiable Claims) and Entity Coverage | | $ | **Invoice 48395 Dated 06.03.14 (Payment 07.07.14)** Added WFO into policy effective: 05.31.14 - Allied World (AWAC) first year in Tower 05.31.14 - strategy was Allied World bid on Primary so this enables them to get into the program as excess (Additional backup to XL -- if Zurich pulls out in future years as primary) |
| FIDUCIARY LIABILITY - PRIMARY (Includes WFO) | Covers wrongful acts committed, attempted or allegedly attempted by any person for whose wrongful acts SR is legally liable, within policy guidelines. Covers SR fiduciaries for losses as a result of their actions / inactions (ie: fiduciary responsibility over SR's 401k plan). | Continental Casualty (CNA) | A | 05.31.14 to 05.31.15 - Policy 9555 (On File in Hylant Portal) | | ndemnifiable | HYLANT | $ | **Invoice 48394 Dated 06.03.14 (Payment 07.07.14)** Added WFO into policy effective: 05.31.14 - switched at 05.31.14 renewal to CNA from Zurich (improving deductible from 1M to only 250k and rate) |
| FIDUCIARY LIABILITY - EXCESS 1ST LAYER (Includes WFO) | | TRAVELERS | A+ | 05.31.14 to 05.31.15 - Policy 9663 (On File in Hylant Portal) | | | | $ | **Invoice 48393 Dated 06.03.14 (Payment 07.07.14)** Added WFO into policy effective: 05.31.14 |
| FIDUCIARY LIABILITY - EXCESS 2ND LAYER (Includes WFO) | | Federal Insurance Company (Chubb) | A++ | 05.31.14 to 05.31.15 - Policy 4364 (On File in Hylant Portal) | | | | $ | **Invoice 48390 Dated 06.03.14 (Payment 07.07.14)** Added WFO into policy effective: 05.31.14 |
| EMPLOYMENT PRACTICES LIABILITY (Includes WFO) | Covers against employment related claims such as harrassment, discrimination, etc. | Continental Casualty (CNA) | A | 05.31.14 to 05.31.15 - Policy 6490 (On File in Hylant Portal) | | | HYLANT | $ | **Invoice 48392 Dated 06.03.14 (Payment 07.07.14)** Added WFO into policy effective: 05.31.14. Previous to 2013 EPL was with Travelers |
| KIDNAP/RANSOM & EXTORTION (Need to blend WFO into this program) | Covers any SR associate who is kidnapped / held for ransom / extorted during the course of their employment. Coverage includes ransom payments and any other costs associated with extricating the associate. | Federal Insurance Company (Chubb) | A++ | 05.31.14 to 05.31.17 - Policy 8015 (On File in Hylant Portal) | | NONE | HYLANT | $ | **Invoice 48391 Dated 06.03.14 (Payment 07.07.14)** Added WFO into policy effective: 05.31.14. Three year rate guarantee: 2014, 2015, 2016 |
| CRIME POLICY (Includes WFO) | This policy protects SR against loss of corporate assets from the following exposures: Employee Theft & Dishonesty, Loss of Money and Securities inside the premises (includes Funds Transfer Fraud), Loss of Money and Securities outside the premises, Money Orders / Counterfeit Currency Coverage and Depositor's Forgery. | Continental Casualty (CNA) | A | 05.31.13 to 05.31.16 - Policy 95-13 (On File in Hylant Portal) | | | HYLANT | $ | **Invoice 7897 Dated 06.23.14 Paid (07.07.14)** and Paid **(07.10.14)**. Three Year Term |

national

| COVERAGE: | DESCRIPTION: | INSURER: | A.M.BEST RATING: | POLICY EXPIRATION: | AGGREGATE LIMITS: | DEDUCTIBLES: | BROKER: | ANNUAL PREMIUM: | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| FOREIGN PROP (MEXICO) / CASUALTY / LIABILITY - Monterrey Pays Directly | The general liability portion of this policy provides the insured with protection against legal liability imposed by violations in tort in a foreign country. The automobile liability provides legal liability coverage against bodily injury and property damage arising out of the hired or non-owned use of a vehicle in a foreign country. The workers compensation covers SR associates while traveling in a foreign country on corporate business. The property portion covers any SR int'l assets. | CHUBB | A++ | 07.01.14 to 07.01.15 - Policy 406-4 (On File in Hylant Portal) | Contents 2.08MM; Stock 935k; BI 1.97MM (72 Hour Waiting Period); Machinery and Equipment (Need to review this coverage - Maquinaria y Equipo) | | HYLANT | $ | **Monterrey pays directly** |

**THE STANDARD REGISTER COMPANY**
**INSURANCE COVERAGE DESCRIPTION AND SUMMARY**

AS OF: 02.02.15

| | COVERAGE: | DESCRIPTION: | INSURER: | A.M.BEST RATING: | POLICY EXPIRATION: | AGGREGATE LIMITS: | DEDUCTIBLES: | BROKER: | ANNUAL PREMIUM: | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| Interr | INTERNATIONAL WORLDNET DIC / DIL (Includes WFO) | International DIC (Difference-in-conditions) and DIL (Difference in Limits) as well as Global Medical Assistance Cards covered under this policy. Covers headquarters individuals that are traveling internationally. General Liability. | Vigilante Insurance (Subsidiary of Chubb) | A++ | 07.01.14 to 07.01.15 - Policy 007 & 7CIN (On File in Hylant Portal) | Personal Property BI (72 Hour Waiting Period); Neighbors Indundation and MudFlow General Liability of aggregate. | | HYLANT | $ | Invoice 52625 Dated 07.14.14 $ & Invoice 53411 Dated 07.23.14 (Paid 07.23.14) Global Medical Assistance Cards covered under this item (Europ Assistance) - Medical Cards loaded to Risk SharePoint site annually |
| Property | ALL RISK PROPERTY (INCL BI) (Includes WFO) | Insures SR assets (ie:bldgs, m&e, f&f) for replacement value against damage for all covered losses. Also covers Business interruption, ordinary payroll, assets while in transit, and property of others while in our care, custody and control. | FM GLOBAL | A+ | 06.30.14 to 06.30.15 - Policy 0414 (On File in Hylant Portal) | BLANKET (~ $ ) - Extended Period of Liability 30 Days - Earthquake - High Hazard Zone Earth Movement - (CA,AK,HI) limit New Madrid limit Pacific Northwest Seismic Zone limit | (addl sublimits for various exposures ie: eq , flood - Fayetteville, Seattle StanFast, Grove City, West Sacramento all - All others ), transit ( , etc...) | HYLANT | $ | Invoice PD-69832 Dated 06.26.14 $ & apply 2014 Membership Credit from same invoice ($ ) & Invoice PD-68023 credit ( Dated 03.05.14 (Payment in Process 07.xx.14) 2012 Flood Premium increase unfavorable) due to Sacramento Flood Plain issue; added WFO 08.01.13 - Membership Credit 2013 , 2014 ( - not included in Premium amount |
| | FLOOD - SACREMENTO ONLY | Insures Sacramento SR assets (ie:bldgs, m&e, f&f) for coverage value against damage for flood losses. | WRIGHT National Flood Insurance Company - Coordinated by FM Global | A- | 06.30.14 to 06.30.15 - Policy 3600 (On File in Hylant Portal) | Building ; Contents | Building ; Contents | HYLANT | $ | Paid to FM Global. Coordinated by FM Global (starting in 2013) through NFIP in order to keep Property Insurance premium down |
| Casualty | GENERAL LIABILITY (Includes WFO) | Coverage for third party claims relating to Bodily Injury and Property Damage Liability arising out of our products; Certain intangible injuries such as libel, slander, false arrest and contractual liability. | National Fire Insurance of Hartford (CNA) | A | 07.01.14 to 07.01.15 - Policy 0466 (On File in Hylant Portal) | OCC / AGG / Medical any one person | NONE | HYLANT | $ | Invoice 52632 Dated 07.14.14 (Pd 07.23.14), Invoice 36091 Dated 09.02.14 (Pd 09.2014), Invoice 52518 Dated 12.04.14 (Payment in Process 12.17.14), Q2 2015 $ (Open) – Added WFO into policy effective 07.01.14 |
| | AUTOMOBILE LIABILITY (Includes WFO) | Provides SR with protection against legal liability (both bodily injury and property damage) arising out of the ownership, maintenance or use of any owned, non-owned, or hired vehicle. This policy does not cover physical damage to sales associates' vehicles and acts as an excess liability policy to protect the company if the sales associates' liability limits are exhausted. *We also have separate coverage for physical damage of any rental vehicle that is rented using the corporate VISA card. | National Fire Insurance of Hartford (CNA) | A | 07.01.14 to 07.01.15 - Policy 0421 (On File in Hylant Portal) | Liability per accident / Auto Medical Payments | COLL / COMP - Exception is Freightliner and Ford F800 in Oklahoma City and Salt Lake City respectively - both at COLL / COMP | HYLANT | $ | Invoice 52934 Dated 07.18.14 $ (Paid 07.23.14), Invoice 52935 Dated 09.02.14 (Pd 09.2014), Invoice 52518 Dated 12.04.14 (Payment in Process 12.17.14), Q2 2015 (Open) – Added WFO into policy effective 07.01.14 |
| | PRIMARY EXCESS LIABILITY (Lead Umbrella) (Includes WFO) | Provides following form excess / umbrella liability coverage over the Employee Practices Liability, General Liability, and Auto Liability policies. | Continental Casualty Company (CNA) | A | 07.01.14 to 07.01.15 - Policy 535 (On File in Hylant Portal) | Ea. Loss / Agg | NONE | HYLANT | $ | Invoice 53157 Dated 07.21.14 (Pd 07.23.14), Invoice 52935 Dated 09.02.14 (Pd 09.2014), Invoice 52518 Dated 12.04.14 (Payment in Process 12.17.14), 04.01.15 (Open) – Added WFO into policy effective 07.01.14 - possibly market this to a Limit in 2015 renewal |
| | SECOND LAYER EXCESS LIABILITY (Umbrella xs ) (Includes WFO) | | Fireman's Fund Ins. (USA sub of Allianz SE) | A | 07.01.14 to 07.01.15 - Policy 4457 (On File in Hylant Portal) | Ea. Loss / Agg ( xs ) | NONE | HYLANT | $ | Invoice 52492 Dated 07.14.14 (Payment 07.23.14) - Possibly market this to aggregate xs of in 2015 renewal |
| Work Comp | WORKERS' COMPENSATION & EMPLOYERS' LIABILITY (Includes WFO) | To provide benefits to associates who may suffer injury, death or the occurrence of any occupational disease, arising out of the course and scope of their employment, as is prescribed under the various Workers' Compensation laws in the states in which we operate. EL is a form of coverage designed to protect SR against any legal action that may be entered against SR by an associate or his representative if specific coverage is not provided under the various states Workers' Compensation laws. **(Ohio and Washington are not covered under this policy)** | LIBERTY MUTUAL | A | 07.01.14 to 07.01.15 - Policy 014 (On File in Hylant Portal) | WC - Statutory<br>EL - | Per Accident<br>Per Accident | HYLANT | $ | Invoice 11650314 Dated 08.03.14 (Payment in Process xx.xx.14) - two remaining payments at each (25% up front / then 8 equal payments) Escrow at (flat to 2014); LOC moved favorable to 2014); Insured Payroll at for 2015 - s/b reduction in 2016 Premium dollars if there is a reduction in WC Insured Payroll |
| | OHIO XS WORK COMP & EMPLOYERS' LIABILITY (Includes WFO) | Same as above WC policy except it is for the monopolistic state of Ohio and it is an excess policy only. | Safety National | A+ | 10.01.14 to 10.01.16 - Policy 1878 (On File in Hylant Portal) | WC - STATUTORY<br>EL - | Per Accident<br>Per Accident | HYLANT | $ | Invoice 61162 Dated 10.08.14 (Payment 12.05.14) Increases can mainly be due to market swings in coverage in this area - AIG a dominant player in excess Work comp withdrew in 2012 causing other excess WC insurers to revisit their premiums - switched to former WFO OH XS 10.01.14 Safety National (formerly SRC Midwest Casualty) |

THE STANDARD REGISTER COMPANY
INSURANCE COVERAGE DESCRIPTION AND SUMMARY

AS OF: 02.02.15

| | COVERAGE: | DESCRIPTION: | INSURER: | A.M.BEST RATING: | POLICY EXPIRATION: | AGGREGATE LIMITS: | DEDUCTIBLES: | BROKER: | ANNUAL PREMIUM: | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| E&O / Cyber Media / Professional | PROF LIABILITY (E&O) PRIMARY & CYBER (Includes WFO) | Covers third party financial damage caused by any negligent act, error, omission, misstatement or misleading statement, committed in the preparation, utterance or dissemination of matter printed for third parties by Standard Register. Also covers cyber / privacy liability. | Beazley | A | 12.01.14 to 12.01.15 - Policy [redacted]0201 (On file in Hylant Portal) | [redacted] Ea. Occ / Agg -- Total Tower [redacted] ea Occ / [redacted] Agg - Privacy Notification Costs Sublimit [redacted] | [redacted] OCC ALL OTHER / [redacted] for contingent bodily injury) | HYLANT | $ [redacted] | Invoice 65373 Dated 11.26.14 [redacted] (Payment xx.xx.14) Added WFO into policy effective: 12.01.13. Increased from [redacted] of coverage up to [redacted] of coverage - 12.01.13. Increased Cyber Liability and Notification Limit in 06.2012 - IMed Consent now has [redacted]s previous year of [redacted] |
| | PROF LIABILITY (E&O) 1st EXCESS (Includes WFO) | | Columbia Casualty Company (CNA) | A | 12.01.14 to 12.01.15 - Policy [redacted]1658 (On file in Hylant Portal) | [redacted] xs [redacted] - Privacy Notification Costs Sublimit [redacted] | | | $ [redacted] | Invoice 65373 Dated 11.26.14 [redacted] (Payment xx.xx.14) - Includes 5% Ohio Surplus Lines Tax. Added WFO into policy effective: 12.01.13. Increased from [redacted] of coverage up to [redacted] of coverage - 12.01.13 |
| | PROF LIABILITY (E&O) 2nd EXCESS (Includes WFO) | | Illinois National Ins Co (AIG) | A | 12.01.14 to 12.01.15 - Policy [redacted]22-92 (Confirm on File - TBD) | [redacted] xs [redacted] - Privacy Notification Costs Sublimit [redacted] | | | $ [redacted] | Invoice 65373 Dated 11.26.14 [redacted] (Payment xx.xx.14) - Includes 5% Ohio Surplus Lines Tax. Added WFO into policy effective: 12.01.13. Increased from [redacted] of coverage up to [redacted] of coverage - 12.01.13 |

**THE STANDARD REGISTER COMPANY**
**INSURANCE COVERAGE DESCRIPTION AND SUMMARY**

AS OF: 07.01.14

| COVERAGE: | DESCRIPTION: | INSURER: | A.M.BEST RATING: | POLICY EXPIRATION: | AGGREGATE LIMITS: | DEDUCTIBLES: | BROKER: | ANNUAL PREMIUM: | | Budget 2015 | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NON-OWNED AIRCRAFT LIABILITY | Insures against claims for Bodily Injury and Property Damage Liability, Personal Liability (Including Passengers - non-SR) for Aircraft that we charter. | CFA | | 03.02.15 | OCC/AGG | NONE | HYLANT | $ - | | $ - | Get CFA Aircraft COI each March |
| DIRECTOR'S & OFFICER'S PRIMARY (Includes WFO) | Provides financial protection for SR and the directors and officers of SR in the event they are sued in conjunction with the performance of their duties as they relate to the Company. Our policy contains 3 "Sides". Side A ( - no deductible) covers a loss incurred by individual D&O's resulting from claims for which SR has not indemnified them. Side A excess policy provides directors and officers with their own dedicated limit of liability and helps protect their personal assets by covering claims where SR is unwilling or unable to indemnify them. i.e. covers the D & O personally if the corporation is bankrupt, does not have the resources to cover the D & O, or the D & O have done something outside of the bylaws of the company (unlawful act). Side B w/ deductible) covers any loss incurred by SR for indemnification of their D&O's - i.e the D & O have done something inside the bylaws of the company in fulfilling their duties as a D or O. Side C w/ deductible) covers losses incurred by SR as a result of securities claims made directly against SR - i.e. if the actual corporation is the defendant. | ZURICH | A+ | 05.31.14 to 05.31.15 - Policy 204 (On File in Hylant Portal) | Ea. Occ / Agg | Side A -0- Per Person | HYLANT | $ | 2% | $ | **Invoice 48075 Dated 06.03.14 (Payment 07.07.14)** and Credit Invoice 48075 Dated 07.14.14 ( ) (Applied 07.xx.14) Added WFO into policy effective: 05.31.14 - Mexican Placement Fee is - Zurich had increase of 15% in 2014 Renewal |
| D&O EXCESS - 1ST LAYER (Includes WFO) | | XL | A | 05.31.14 to 05.31.15 - Policy 8314 (On File in Hylant Portal) | M EXCESS OF | Side B / C / Mexico | | $ | 2% | $ | **Invoice 48396 Dated 06.03.14 (Payment 07.07.14)** Added WFO into policy effective: 05.31.14 - XL first year in Tower 05.31.14 - strategy was XL bid on Primary so this enables them to get into the program as excess (backup if Zurich pulls out in future years as primary) |
| D&O EXCESS - 2ND LAYER (Includes WFO) | | NAVIGATORS | A | 05.31.14 to 05.31.15 - Policy 961V (On File in Hylant Portal) | EXCESS OF | | | $ | 2% | $ | **Invoice 48397 Dated 06.03.14 (Payment 07.07.14)** Added WFO into policy effective: 05.31.14 |
| SIDE A D&O EXCESS (Includes WFO) | | Allied World | A | 05.31.14 to 05.31.15 - Policy 0235 (On File in Hylant Portal) | M EXCESS OF | Corporate Reimbursement (Indemnifiable Claims) and Entity Coverage | | $ | 2% | $ | **Invoice 48395 Dated 06.03.14 (Payment 07.07.14)** Added WFO into policy effective: 05.31.14 - Allied World (AWAC) first year in Tower 05.31.14 - strategy was Allied World bid on Primary so this enables them to get into the program as excess (Additional backup to XL -- if Zurich pulls out in future years as primary) |
| FIDUCIARY LIABILITY - PRIMARY (Includes WFO) | Covers wrongful acts committed, attempted or allegedly attempted by any person for whose wrongful acts SR is legally liable, within policy guidelines. Covers SR fiduciaries for losses as a result of their actions / inactions (ie: fiduciary responsibility over SR's 401k plan). | Continental Casualty (CNA) | A | 05.31.14 to 05.31.15 - Policy 9555 (Confirm on file - TBD) | Ea. Loss / Agg | Indemnifiable | HYLANT | $ | 2% | $ | **Invoice 48394 Dated 06.03.14 (Payment 07.07.14)** Added WFO into policy effective: 05.31.14 - switched at 05.31.14 renewal to CNA from Zurich (improving deductible from to only and rate) |
| FIDUCIARY LIABILITY - EXCESS 1ST LAYER (Includes WFO) | | TRAVELERS | A+ | 05.31.14 to 05.31.15 - Policy 9663 (Confirm on file - TBD) | M EXCESS OF | | | $ | 2% | $ | **Invoice 48393 Dated 06.03.14 (Payment 07.07.14)** Added WFO into policy effective: 05.31.14 |
| FIDUCIARY LIABILITY - EXCESS 2ND LAYER (Includes WFO) | | Federal Insurance Company (Chubb) | A++ | 05.31.14 to 05.31.15 - Policy 4364 (Confirm on file - TBD) | EXCESS OF | | | $ | 2% | $ | **Invoice 48390 Dated 06.03.14 (Payment 07.07.14)** Added WFO into policy effective: 05.31.14 |
| EMPLOYMENT PRACTICES LIABILITY (Includes WFO) | Covers against employment related claims such as harrassment, discrimination, etc. | Continental Casualty (CNA) | A | 05.31.14 to 05.31.15 - Policy 5490 (Confirm on file - TBD) | Ea. Loss / Agg | | HYLANT | $ | 2% | $ | **Invoice 48392 Dated 06.03.14 (Payment 07.07.14)** Added WFO into policy effective: 05.31.14. Previous to 2013 EPL was with Travelers |
| KIDNAP/RANSOM & EXTORTION (Need to blend WFO into this program) | Covers any SR associate who is kidnapped / held for ransom / extorted during the course of their employment. Coverage includes ransom payments and any other costs associated with extricating the associate. | Federal Insurance Company (Chubb) | A++ | 05.31.14 to 05.31.17 - Policy 015 (On File in Hylant Portal) | Ea. Occ / Agg | NONE | HYLANT | $ | 0% | $ | **Invoice 48391 Dated 06.03.14 (Payment 07.07.14)** Added WFO into policy effective: 05.31.14. Three year rate guarantee: 2014, 2015, 2016 |
| CRIME POLICY (Includes WFO) | This policy protects SR against loss of corporate assets from the following exposures: Employee Theft & Dishonesty, Loss of Money and Securities inside the premises (includes Funds Transfer Fraud), Loss of Money and Securities outside the premises, Money Orders / Counterfeit Currency Coverage and Depositor's Forgery. | Continental Casualty (CNA) | A | 05.31.13 to 05.31.16 - Policy 5-13 (On File in Hylant Portal) | | | HYLANT | $ | 0% | $ | **Invoice 7897 Dated 06.23.14 - Paid (07.07.14) and Paid (07.10.14).** Three Year Term |
| FOREIGN PROP (MEXICO) / CASUALTY / LIABILITY - Monterrey Pays Directly | The general liability portion of this policy provides the insured with protection against legal liability imposed by violations in tort in a foreign country. The automobile liability provides legal liability coverage against bodily injury and property damage arising out of the hired or non-owned use of a vehicle in a foreign country. The workers compensation covers SR associates while traveling in a foreign country on corporate business. The property portion covers any SR int'l assets. | CHUBB | A++ | 07.01.14 to 07.01.15 - Policy 406-4 (On File in Hylant Portal) | Contents MM; Stock k; BI MM (72 Hour Waiting Period); Machinery and Equipment (Need to review this coverage - Maquinaria y Equipo) | | HYLANT | $ | 2% | $ | **Monterrey pays directly** |

**THE STANDARD REGISTER COMPANY**
**INSURANCE COVERAGE DESCRIPTION AND SUMMARY**

AS OF: 07.01.14

| COVERAGE: | DESCRIPTION: | INSURER: | A.M.BEST RATING: | POLICY EXPIRATION: | AGGREGATE LIMITS: | DEDUCTIBLES: | BROKER: | ANNUAL PREMIUM: | Budget 2015 | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| INTERNATIONAL WORLDNET DIC / DIL (Includes WFO) | International DIC and DIL as well as Global Medical Assistance Cards covered under this policy. Covers headquarters individuals that are traveling internationally. General Liability. | Vigilante Insurance (Subsidiary of Chubb) | A++ | 07.01.14 to 07.01.15 - Policy [redacted]007 & [redacted]7CIN (On File in Hylant Portal) | Personal Property [redacted]MM; BI [redacted]MM (72 Hour Waiting Period); Neighbors[redacted]; Indundation and MudFlow [redacted]. General Liability of [redacted] aggregate. | [redacted] | HYLANT | $ [redacted] | 2% $ [redacted] | Invoice 52625 Dated 07.14.14 $[redacted] & Invoice 53411 $[redacted] Dated 07.23.14 (Payment in Process 07.23.14) Global Medical Assistance Cards covered under this item (Europ Assistance) - Medical Cards loaded to Risk SharePoint site annually |
| ALL RISK PROPERTY (INCL BI) (Includes WFO) | Insures SR assets (ie:bldgs, m&e, f&f) for replacement value against damage for all covered losses. Also covers Business interruption, ordinary payroll, assets while in transit, and property of others while in our care, custody and control. | FM GLOBAL | A+ | 06.30.14 to 06.30.15 - Policy [redacted]414 (On File in Hylant Portal) | BLANKET (~ $[redacted]MM) - Extended Period of Liability 30 Days - Earthquake - High Hazard Zone Earth Movement - (CA,AK,HI) limit[redacted], New Madrid limit[redacted], Pacific Northwest Seismic Zone limit 5M | [redacted] (addl sublimits for various exposures ie: ec ([redacted], flood [redacted]-Fayetteville, Seattle StanFast, Grove City, West Sacramento all 500k - All others[redacted], transit ([redacted]), etc...) | HYLANT | $ [redacted] | 2% $ [redacted] | Invoice PD-69832 Dated 06.26.14 [redacted] & apply 2014 Membership Credit from same invoice ([redacted]) & Invoice PD-68023 credit ([redacted]) Dated 03.05.14 (Payment in Process 07.xx.14) 2012 Flood Premium increase [redacted] (unfavorable) due to Sacramento Flood Plain issue; added WFO 08.01.13 - Membership Credit 2013 [redacted], 2014 [redacted] - not included in Premium amount |
| FLOOD - SACREMENTO ONLY | Insures Sacramento SR assets (ie:bldgs, m&e, f&f) for coverage value against damage for flood losses. | WRIGHT National Flood Insurance Company - Coordinated by FM Global | A- | 06.30.14 to 06.30.15 - Policy [redacted]3600 (On File in Hylant Portal) | Building [redacted] Contents [redacted] | Building [redacted]k; Contents [redacted]k | HYLANT | $ [redacted] | 2% $ [redacted] | Paid [redacted] to FM Global. Coordinated by FM Global (starting in 2013) through NFIP in order to keep Property Insurance premium down |
| GENERAL LIABILITY (Includes WFO) | Coverage for third party claims relating to Bodily Injury and Property Damage Liability arising out of our products; Certain intangible injuries such as libel, slander, false arrest and contractual liability. | National Fire Insurance of Hartford (CNA) | A | 07.01.14 to 07.01.15 - Policy [redacted]0466 (On File in Hylant Portal) | [redacted] OCC / [redacted] AGG / [redacted] Medical any one person | NONE | HYLANT | $ [redacted] | 2% $ [redacted] | Invoice 52632 Dated 07.14.14 [redacted] (Payment in Process 07.23.14), Q4 2014 [redacted] (Open), Q1 2015 $[redacted] (Open), Q2 2015 [redacted] (Open) -- Added WFO into policy effective 07.01.14 |
| AUTOMOBILE LIABILITY (Includes WFO) | Provides SR with protection against legal liability (both bodily injury and property damage) arising out of the ownership, maintenance or use of any owned, non-owned, or hired vehicle. This policy does not cover physical damage to sales associates' vehicles and acts as an excess liability policy to protect the company if the sales associates' liability limits are exhausted. *We also have separate coverage for physical damage of any rental vehicle that is rented using the corporate VISA card. | National Fire Insurance of Hartford (CNA) | A | 07.01.14 to 07.01.15 - Policy [redacted]0421 (On File in Hylant Portal) | [redacted] Liability per accident / [redacted] Auto Medical Payments | [redacted] COLL / COMP - Exception is Freightliner and Ford F800 in Oklahoma City and Salt Lake City respectively - both at [redacted] COLL / COMP | HYLANT | $ [redacted] | 2% $ [redacted] | Invoice 52934 Dated 07.18.14 [redacted] (Payment in Process 07.23.14), Q4 2014 [redacted] (Open), Q1 2015 [redacted] (Open), Q2 2015 [redacted] (Open) -- Added WFO into policy effective 07.01.14 |
| PRIMARY EXCESS LIABILITY (Lead Umbrella) (Includes WFO) | Provides following form excess / umbrella liability coverage over the Employee Practices Liability, General Liability, and Auto Liability policies. | Continental Casualty Company (CNA) | A | 07.01.14 to 07.01.15 - Policy [redacted]2535 (On File in Hylant Portal) | [redacted] Ea. Loss / Agg | NONE | HYLANT | $ [redacted] | 2% $ [redacted] | Invoice 53157 Dated 07.21.14 $[redacted] (Payment in Process 07.23.14), 10.01.14 [redacted] (Open), 01.01.15 [redacted] (Open), 04.01.15 [redacted] (Open) -- Added WFO into policy effective 07.01.14 - possibly market this to a [redacted]M Limit in 2015 renewal |
| SECOND LAYER EXCESS LIABILITY (Umbrella 15 xs 25) (Includes WFO) | | Fireman's Fund Ins. (USA sub of Allianz SE) | A | 07.01.14 to 07.01.15 - Policy [redacted]4457 (On File in Hylant Portal) | [redacted] Ea. Loss / Agg [redacted] xs [redacted] | NONE | HYLANT | $ [redacted] | 2% $ [redacted] | Invoice 52492 Dated 07.14.14 [redacted] (Payment in Process 07.23.14) - Possibly market this to [redacted]M aggregate xs of [redacted]M in 2015 renewal |
| WORKERS' COMPENSATION & EMPLOYERS' LIABILITY (Includes WFO) | To provide benefits to associates who may suffer injury, death or the occurrence of any occupational disease, arising out of the course and scope of their employment, as is prescribed under the various Workers' Compensation laws in the states in which we operate. EL is a form of coverage designed to protect SR against any legal action that may be entered against SR by an associate or his representative if specific coverage is not provided under the various states Workers' Compensation laws. **(Ohio and Washington are not covered under this policy)** | LIBERTY MUTUAL | A | 07.01.14 to 07.01.15 - Policy xxxxxxx (Confirm on File - TBD) | WC - Statutory<br>EL - [redacted] | [redacted] Per Accident<br>[redacted] Per Accident | HYLANT | $ [redacted] | 2% $ [redacted] | Invoice 11650314 Dated 08.03.14 [redacted] (Payment in Process xx.xx.14) - eight remaining payments at [redacted] each (25% up front / then 8 equal payments) Escrow at [redacted] (flat to 2014); LOC [redacted] (moved [redacted] favorable to 2014); Insured Payroll at [redacted] for 2015 - s/b reduction in 2016 Premium dollars if there is a reduction in WC Insured Payroll |
| OHIO XS WORK COMP & EMPLOYERS' LIABILITY (Need to blend WFO into this program) | Same as above WC policy except it is just for the monopolistic state of Ohio and it is an excess policy only. | MIDWEST CASUALTY | A | 10.01.13 to 10.01.14 - Policy [redacted]5073 (On File in Hylant Portal) | WC - STATUTORY<br>EL [redacted] | [redacted] Per Accident<br>[redacted] Per Accident | HYLANT | $ [redacted] | 2% $ [redacted] | Increases can mainly be due to market swings in coverage in this area - AIG a dominant player in excess Work comp withdrew in 2012 causing other excess WC insurers to revisit their premiums |
| PROF LIABILITY (E&O) PRIMARY & CYBER (Includes WFO) | Covers third party financial damage caused by any negligent act, error, omission, misstatement or misleading statement, committed in the preparation, utterance or dissemination of matter printed for third parties by Standard Register. Also covers cyber / privacy liability. | Beazley | A | 12.01.13 to 12.01.14 - Policy [redacted]0101 (On File in Hylant Portal) | [redacted] Ea. Occ / Agg -- Total Tower [redacted] Ea Occ / [redacted] Agg | [redacted] OCC ALL OTHER / ([redacted]) for contingent bodily injury) | HYLANT | $ [redacted] | 2% $ [redacted] | Invoice 31411 Dated 11.27.13 $[redacted] (Payment 12.13.13) Added WFO into policy effective: 12.01.13. Increased from 10M of coverage up to 15M of coverage - 12.01.13. Increased Cyber Liability and Notification Limit in 06.2012 - IMed Consent now has $[redacted] vs previous year of $[redacted] |

**THE STANDARD REGISTER COMPANY**
**INSURANCE COVERAGE DESCRIPTION AND SUMMARY**

AS OF: 07.01.14

| COVERAGE: | DESCRIPTION: | INSURER: | A.M.BEST RATING: | POLICY EXPIRATION: | AGGREGATE LIMITS: | DEDUCTIBLES: | BROKER: | ANNUAL PREMIUM: | | Budget 2015 | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PROF LIABILITY (E&O) 1st EXCESS (Includes WFO) | | Columbia Casualty Company (CNA) | A | 12.01.13 to 12.01.14 - Policy [redacted]658 (On File in Hylant Portal) | [redacted] xs [redacted] | | | $ [redacted] | 2% | $ [redacted] | Invoice 31433 Dated 11.27.13 $[redacted] (Payment 12.13.13) - Includes 5% Ohio Surplus Lines Tax. Added WFO into policy effective: 12.01.13. Increased from [redacted] of coverage up to [redacted] of coverage - 12.01.13 |
| PROF LIABILITY (E&O) 2nd EXCESS (Includes WFO) | | Illinois National Ins Co (AIG) | A | 12.01.13 to 12.01.14 - Policy 01 [redacted]4-11 (On File in Hylant Portal) | [redacted] xs [redacted] | | | $ [redacted] | 2% | $ [redacted] | Invoice 31412 Dated 11.27.13 $[redacted] (Payment 12.13.13) - Includes 5% Ohio Surplus Lines Tax. Added WFO into policy effective: 12.01.13. Increased from [redacted] of coverage up to [redacted] of coverage - 12.01.13 |
| OHIO XS WORK COMP & EMPLOYERS LIABILITY (WFO) | Same as above WC policy except it is just for the monopolistic state of Ohio and it is an excess policy only. | Safety National | | 08.04.13 to 08.04.14 | WC - STATUTORY<br>EL - [redacted] | [redacted] Accident<br>[redacted] Accident | HYLANT | $ [redacted] | 2% | $ [redacted] | |
| KIDNAP/RANSOM & EXTORTION (WFO) | Covers any SR associate who is kidnapped / held for ransom / extorted during the course of their employment. Coverage includes ransom payments and any other costs associated with extricating the associate. | National Union Fire Insurance Compan of Pittsburgh (Chartis/AIG) | | 07.31.12 to 07.31.15 | [redacted] Ea. Occ / Agg | NONE | HYLANT | $ [redacted] | 2% | $ [redacted] | BOR Letter need to be issued -- Marsh is Broker of Record until that point |

# Exhibit 3

## Cash Management Order and List of Bank Accounts

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 5** |

**INTERIM ORDER AUTHORIZING (A) CONTINUED USE OF CASH MANAGEMENT SYSTEM; (B) MAINTENANCE OF EXISTING BANK ACCOUNTS; (C) CONTINUED USE OF EXISTING BUSINESS FORMS; (D) CONTINUED PERFORMANCE OF INTERCOMPANY TRANSACTIONS IN THE ORDINARY COURSE OF BUSINESS AND GRANT OF ADMINISTRATIVE EXPENSE STATUS FOR POSTPETITION INTERCOMPANY CLAIMS; AND (E) INTERIM WAIVER OF SECTION 345(b) DEPOSIT AND INVESTMENT REQUIREMENTS**

Upon the *Debtors' Motion for Order Authorizing (a) Continued Use of Cash Management System; (b) Maintenance of Existing Bank Accounts; (c) Continued Use of Existing Business Forms; (d) Continued Performance of Intercompany Transactions in the Ordinary Course of Business and Grant of Administrative Expense Status for Postpetition Intercompany Claims; and (e) Interim Waiver of Section 345(b) Deposit and Investment Requirements* (the "Motion")[2] filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334(b) and 157, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and the Court

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] All capitalized terms used and not defined herein shall have the meanings ascribed to them in the Motion.

having found that venue of these cases and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that notice of the Motion has been given as set forth in the Motion and that such notice is adequate and no other or further notice need be given; and the Court having determined that it may enter a final order consistent with Article III of the United States Constitution; and upon consideration of the First Day Declaration; and a hearing having been held to consider the relief requested in the Motion; and upon the record of the hearing and all of the proceedings had before the Court; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, their creditors and all other parties in interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED as set forth herein on an interim basis, *nunc pro tunc* to the Petition Date, until such time as the Court conducts a final hearing on this matter (the "Final Hearing").

2. The Final Hearing shall take place on April 1, 2015 at 10:00 a.m. (prevailing Eastern Time). Any objections or responses to the Motion shall be filed on or before 4:00 p.m. (prevailing Eastern Time) March 25, 2015 and served on the parties required by Local Rule 2002-1(b).

3. The Debtors are authorized, but not directed, to continue using the Cash Management System as described in the Motion, subject to the limitations in this Interim Order and solely to the extent permitted under the terms of the DIP Facility. The Debtors may transfer

funds into, out of, and through the Cash Management System, using ordinary transfer methods in accordance with the Debtors' prepetition practices, consistent with the cash dominion or other provisions of the DIP Facility. Unless otherwise ordered by the Court, Any change to the Cash Management System shall require the prior written consent of all agents under the DIP Facility; provided, however, that no Bank responding to any request for such a change shall be obligated to confirm or verify that such consent has been obtained, no Bank shall be liable to any agent under the DIP Facility in the event that Debtors fail to obtain such consent, and all Banks may rely upon instructions from the Debtors with respect to any such change. Without limiting the generality of the foregoing, but subject to all of the terms and conditions of this Interim Order, each Debtor is authorized to (a) designate, maintain and continue to use, with the same account numbers, all of its Bank Accounts and Credit Cards in existence on the Petition Date, including, without limitation, those accounts identified on Exhibit C to the Motion, (b) treat each Bank Account for all purposes as an account of a Debtor in its capacity as debtor in possession, and (c) use, in their present form, all Business Forms, without reference to their status as debtors in possession, except as otherwise provided in this Interim Order.

4. Each Bank at which any Bank Account is maintained is authorized to continue to service and administer such Bank Account as a depository account of a Debtor as debtor in possession, without interruption and in the usual and ordinary course of business, and to receive, process, honor and pay, in accordance with this Interim Order, any or all checks, drafts, wires or ACH Payments drawn on such Bank Account.

5. Each Bank is authorized to accept and rely upon, without further inquiry, all representations from a Debtor as to which checks, drafts, wires or ACH Payments are dated prior to, on or after the Petition Date and which checks are to be honored or dishonored, regardless of

01:16790610.4

whether or not such payment or honoring is or is not authorized by an order of the Court. No Bank shall incur, and each is hereby released from, any liability for relying upon a Debtor's instruction as to which checks, drafts, wires or ACH Payments should be honored or dishonored or for such Bank's inadvertence in honoring any check, draft, wire or ACH Payment at variance from a Debtor's instructions unless such inadvertence constituted gross negligence or willful misconduct on the part of such Bank. Each Debtor shall promptly provide a list of checks to each Bank for each Bank Account maintained at such Bank, specifying by check sequencing number, dollar amount and payee information those checks that are to be dishonored by such Bank, which checks may include those issued after the Petition Date as well as those issued prior to the Petition Date that are not to be honored or paid according to any order of the Court, and each Bank may honor all other checks.

6. Except for those checks, drafts, wires or ACH Payments that are authorized or required to be honored under an order of the Court, no Debtor shall instruct or request any Bank to pay or honor any check, draft or other payment item issued on a Bank Account prior to the Petition Date but presented to such Bank for payment after the Petition Date.

7. Notwithstanding anything to the contrary herein, no Bank shall be obligated to honor any check or other payment item drawn on a Bank Account at such Bank unless there are sufficient and collected funds in such Bank Account.

8. The Debtors and each Bank are hereby authorized to continue to perform pursuant to the terms of any pre-petition agreement that exists between them relating to any Bank Account, or other cash management service relating to the Cash Management System, except to the extent expressly prohibited by this Interim Order, and the parties to such agreements shall continue to enjoy the rights, benefits, liens, offset rights, privileges and remedies afforded them

under such agreements except to the extent expressly modified by the terms of this Interim Order or the order approving the DIP Facility.

9. Bank of America, N.A. ("BofA") shall be authorized to exercise rights of offset pursuant to the terms of any pre-petition agreement that exists between BofA and any Debtor with respect to any indebtedness owed by a Debtor to BofA that arises out of or relates to such Debtor's Cash Management System, regardless of whether such indebtedness was incurred or arose prior to or after the Petition Date, including, without limitation, (i) all fees and expenses (including, without limitation, analysis and overdraft fees or charges) related to the maintenance or administration of any Bank Account or lockbox or the processing of any ACH Transfer or wire transfer, (ii) all overdrafts in any Bank Account and any indebtedness arising from returned checks initially deposited in a Bank Account, (iii) all amounts payable or reimbursable to such Bank at any time in respect of ACH Transfers or wire transfers, and (iv) Credit Card balances or fees.

10. For Banks located in the United States at which the Debtors hold accounts that are party to a Uniform Depository Agreement with the Office of the U.S. Trustee for the District of Delaware, within fifteen (15) days of the date of entry of this Interim Order the Debtors shall (a) contact each bank, (b) provide the bank with each of the Debtors' employer identification numbers, and (c) identify each of their bank accounts held at such banks as being held by a debtor in possession in a bankruptcy case. For Banks that are not parties to a Uniform Depository Agreement, the Debtors shall direct such Banks to internally code the Debtors' bank accounts as "debtor-in-possession" accounts.

11. For Banks located outside of the United States, the Debtors shall file with their monthly operating reports copies of the monthly statements issued by such Banks and shall report the bank balances of such accounts in U.S. dollars.

12. For Banks located in the United States at which the Debtors hold accounts that are not party to a Uniform Depository Agreement with the Office of the U.S. Trustee for the District of Delaware, the Debtors shall use their good-faith efforts to cause such Banks to execute a Uniform Depository Agreement in a form prescribed by the Office of the U.S. Trustee within forty-five (45) days of the date of this Interim Order. In the event that the Debtors are unsuccessful in causing such Banks to execute a Uniform Depository Agreement, the Debtors shall make other arrangements with the U.S. Trustee that are reasonably satisfactory to the U.S. Trustee, with respect to such Banks and bank accounts.

13. The Debtors are authorized to open any new bank accounts or close any existing Bank Accounts as they may deem necessary and appropriate in their sole discretion; *provided* that (a) the opening, closing, or use of any such bank account is not prohibited or restricted by the terms of the DIP Facility, and (b) the Debtors give notice of the closing of any Bank Accounts or the opening of any new bank accounts within fifteen (15) days thereafter to the Office of the U.S. Trustee for the District of Delaware, all agents under the DIP Facility, and any statutory committees appointed in the Chapter 11 Cases; *provided, further*, that the Debtors shall only open any such new bank accounts at banks that have executed a Uniform Depository Agreement with the Office of the U.S. Trustee for the District of Delaware, or at banks that are willing to immediately execute such an agreement.

14. The Debtors are authorized to use their existing Business Forms; *provided*, that once the Debtors' existing check stock has been exhausted, the Debtors shall include, or direct

others to include, the designation "Debtor in Possession" and the corresponding bankruptcy case number on all checks as soon as it is reasonably practicable to do so.

15. The Debtors are authorized to continue performing Intercompany Transactions in the ordinary course of business; *provided* that (a) such Intercompany Transactions shall be conducted at arm's length and in good faith between the Debtors and (b) the Debtors shall maintain accurate and detailed records of all transfers, including intercompany transfers, so that all transactions, including Intercompany Transactions may be readily ascertained, traced, recorded properly, and distinguished between prepetition and post-petition transactions.

16. Pursuant to sections 503(b)(1) and 364(b) of the Bankruptcy Code, postpetition Intercompany Claims resulting from such Intercompany Transactions shall be accorded administrative priority and, subject to the DIP Budget and the order approving the DIP Facility, the Debtors are authorized to honor and pay Intercompany Claims arising in connection with Intercompany Transactions.

17. The Debtors' time to comply with section 345(b) of the Bankruptcy Code is hereby extended until the date that is 60 days after the date hereof, without prejudice to the Debtors' right to seek further waivers from the U.S. Trustee without further Order of this Court.

18. Notwithstanding use of a consolidated Cash Management System, the Debtors shall calculate quarterly fees under 28 U.S.C. § 1930(a)(6) based on the disbursements of each debtor, regardless of which entity pays those disbursements.

19. Notwithstanding the relief granted herein and any actions taken hereunder, nothing contained in the Motion or this Interim Order shall constitute, nor is it intended to constitute, an admission as to the validity or priority of any claim or lien against the Debtors or a waiver of the Debtors' rights to dispute any claim or lien.

20. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Interim Order in accordance with the Motion.

21. The requirements set forth in Bankruptcy Rule 6003(b) are satisfied.

22. Notice of the Motion as provided therein shall be deemed good and sufficient and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

23. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

24. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Interim Order.

Dated: 3/13, 2015
Wilmington, Delaware

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

01:16790610.4

**LIST OF BANK ACCOUNTS**

| Bank | Bank ID | Account Number | Account Name | Contact |
|---|---|---|---|---|
| Bank of America, N.A. | 061000052 | ****41 | The Standard Register Company | Stephen L. Burch, CTP |
| Bank of America, N.A. | 061000052 | ****58 | The Standard Register Company | Vice President |
| Bank of America, N.A. | 061000052 | ****66 | The Standard Register Company | Global Treasury Solutions Officer |
| Bank of America, N.A. | 111000012 | ****37 | The Standard Register Company | Bank of America Merrill Lynch |
| Bank of America, N.A. | 111000012 | ****60 | The Standard Register Company | 312 Walnut Street, Cincinnati, OH 45202 |
| Bank of America, N.A. | 111000012 | ****73 | The Standard Register Company | t: 513.929.5113 \| c: 312.965.3048 \| f: |
| Bank of America, N.A. | 111000012 | ****86 | The Standard Register Company | 312.453.5127 |
| Bank of America, N.A. | 111000012 | ****99 | The Standard Register Company | Stephen.L.Burch@baml.com |
| Bank of America, N.A. | 111000012 | ****09 | The Standard Register Company | |
| Bank of America, N.A. | 111000012 | ****12 | The Standard Register Company | |
| Bank of America, N.A. | 111000012 | ****25 | The Standard Register Company | |
| Bank of America, N.A. | 111000012 | ****38 | The Standard Register Company | |
| Bank of America, N.A. | 111000012 | ****41 | The Standard Register Company | |
| Bank of America, N.A. | 111000012 | ****54 | The Standard Register Company | |
| Bank of America, N.A. | 111000012 | ****67 | The Standard Register Company | |
| Bank of America, N.A. | 111000012 | ****70 | The Standard Register Company | |
| Bank of America, N.A. | 111000012 | ****68 | The Standard Register Company | |
| Bank of America, N.A. | 111000012 | ****74 | Standard Register Holding S De R L De CV | |
| Bank of America, N.A. | 111000012 | ****87 | Standard Register Servicios S De RL De CV | |
| Bank of America, N.A. | 111000012 | ****90 | Standard Register de Mexico S De R L De CV | |
| Fifth Third Bank (Western Ohio) | 42202196 | ****08 | WorkflowAP | Christa Jessee |
| Fifth Third Bank (Western Ohio) | 42202196 | ****66 | Workflow Concentration Acc | Assistant Vice President |
| Fifth Third Bank (Western Ohio) | 42202196 | ****81 | Workflow Workers Comp | Fifth Third Bank<br>Corporate Treasury Management<br>Ph: 937-227-6041<br>Fax: 937-227-6454<br>Christa.Jessee@53.com |
| PNC | '041000124 | ****93 | PNC Lockbox | Dave Ruther |
| PNC | '041000124 | ****13 | The Relizon Co | Vice President |
| PNC | '041000124 | ****03 | Utilities | Treasury Management Officer |
| PNC | '041000124 | ****15 | WORKFLOWONE LLC | PNC Bank |
| PNC | '041000124 | ****97 | WORKFLOWONE LLC | 201 E. 5th Street |
| PNC | '041000124 | ****26 | WORKFLOWONE LLC | Cincinnati, OH 45201 |
| PNC | '041000124 | ****73 | WORKFLOWONE LLC | Office Phone - 513-651-8651 |

| | | | | |
|---|---|---|---|---|
| Key Bank | 41001039 | ****74 | Business Checking | Lynn Parker Barclay<br>AVP, Sr. Treasury Client Manager<br>KeyBank Enterprise Commercial Payments<br>303 Broadway St., Suite 1700<br>Cincinnati, OH 45202- 4253<br>Ph. 513-830-1034<br>Fax 513-830-1996 |
| First Citizens Bank | 053 906 041 | ****01 | Business Checking | Raymond Shrader<br>First Citizens<br>3300 Cumberland Blvd., Ste 100<br>Atlanta, GA 30339<br>678-867-7856 |
| First Citizens Bank | 053 906 041 | ****01 | Business Checking | |
| First Citizens Bank | 053 906 041 | ****01 | Business Checking | |
| Royal Bank of Canada | ROYCCAT2 | ****12 | SRC Technologies Canada Business Checking | Lynn Parker Barclay<br>AVP, Sr. Treasury Client Manager<br>KeyBank Enterprise Commercial Payments<br>303 Broadway St., Suite 1700<br>Cincinnati, OH 45202- 4253<br>Ph. 513-830-1034<br>Fax 513-830-1996 |
| Santander Bank | 231372691 | ****04 | Standard Register Depository | 877.768.2265 |
| Banamex | BNMXMXMM | ****15 | STANDARD REGISTER HOLDING | USA and Canada: 1 855 295 7093<br>resuelve@banamex.com |
| Banamex | BNMXMXMM | ****70 | STANDARD REGISTER SERVICIO | |
| Banamex | BNMXMXMM | ****56 | STANDARD REGISTER DE MEXIC | |
| Banamex | BNMXMXMM | ****61 | STANDARD REGISTER DE MEXIC | |
| Banamex | BNMXMXMM | ****37 | STANDARD REGISTER HOLDING | |
| | | | | |

**Exhibit 4**

**Retainers Paid**

| Payee | Payment date | Amount | Retainer Balance | Name of Payor |
|---|---|---|---|---|
| AAG | 03/06/15 | $50,000 | Unknown | Standard Register |
| Silver Point | 03/10/15 | $41,261 | Unknown | Standard Register |
| Skadden | 03/09/15 | $1,085,231 | | Standard Register |
| Skadden | 01/22/15 | $266,162 | | Standard Register |
| Skadden | 02/26/15 | $242,451 | | Standard Register |
| | **Subtotal** | $1,593,844 | Unknown | |
| McKinsey RTS | 01/20/15 | $275,000 | | Standard Register |
| McKinsey RTS | 02/19/15 | $223,531 | | Standard Register |
| McKinsey RTS | 02/12/15 | $475,000 | | Standard Register |
| McKinsey RTS | 03/06/15 | $905,202 | | Standard Register |
| McKinsey RTS | 03/10/15 | $299,973 | | Standard Register |
| McKinsey RTS | 03/11/15 | $48,593 | | Standard Register |
| | **Subtotal** | $2,227,300 | Unknown | |
| Lazard | 01/09/15 | $150,000 | | Standard Register |
| Lazard | 01/30/15 | $100,000 | | Standard Register |
| Lazard | 03/04/15 | $109,696 | | Standard Register |
| | **Subtotal** | $359,696 | Unknown | |
| Gibson Dunn | 12/29/14 | $50,000 | | Standard Register |
| Gibson Dunn | 01/09/15 | $250,000 | | Standard Register |
| Gibson Dunn | 01/21/15 | $250,000 | | Standard Register |
| Gibson Dunn | 01/27/15 | $250,000 | | Standard Register |
| Gibson Dunn | 02/03/15 | $250,000 | | Standard Register |
| Gibson Dunn | 02/10/15 | $500,000 | | Standard Register |
| Gibson Dunn | 02/24/15 | $500,000 | | Standard Register |
| Gibson Dunn | 03/09/15 | $750,000 | | Standard Register |
| Gibson Dunn | 03/11/15 | $450,000 | | Standard Register |
| Gibson Dunn | 03/02/15 | $500,000 | | Standard Register |
| | **Subtotal** | $3,750,000 | Unknown | |
| Dinsmore | 03/09/15 | $100,000 | | Standard Register |
| Dinsmore | 03/09/15 | $250,000 | | Standard Register |
| Dinsmore | 03/04/15 | $150,000 | | Standard Register |
| Dinsmore | 01/20/15 | $80,000 | | Standard Register |
| Dinsmore | 01/27/15 | $42,584 | | Standard Register |
| Dinsmore | 02/10/15 | $175,000 | | Standard Register |
| Dinsmore | 02/19/15 | $125,000 | | Standard Register |
| Dinsmore | 02/27/15 | $150,000 | | Standard Register |
| | **Subtotal** | $1,072,584 | Unknown | |
| Prime Clerk | 03/06/15 | $22,157 | | Standard Register |
| Prime Clerk | 02/26/15 | $35,000 | | Standard Register |
| | **Subtotal** | $57,157 | Unknown | |
| Young Conway | 03/09/15 | $125,000 | | Standard Register |
| Young Conway | 03/09/15 | $2,500 | | Standard Register |
| Young Conway | 03/09/15 | $2,500 | | Standard Register |
| Young Conway | 03/09/15 | $2,500 | | Standard Register |
| Young Conway | 03/09/15 | $965 | | Standard Register |
| Young Conway | 03/11/15 | $50,000 | | Standard Register |
| | **Subtotal** | $183,465 | Unknown | |