# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| **THE STANDARD REGISTER COMPANY,** *et al.* | Case No.  15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE, that the Commissioner of the New York State Department of Taxation and Finance by and through Amanda Hiller, Deputy Commissioner and Counsel, by Robert L. Cook, District Tax Attorney (of Counsel), hereby appears in the above-captioned case for the State of New York, Department of Taxation and Finance (the "Department"), creditor of the Debtors in the above-captioned jointly administered case, and pursuant to Rules 2002, 9007 and 9010(b) of the Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, the Department requests that any and all notices given or required to be given in the above-captioned Chapter 11 case and all papers served or required to be served in the above-captioned Chapter 11 case be given to and served upon the undersigned at the offices, email, telephone and facsimile numbers set forth herein.

DATED: March 27, 2015

Amanda Hiller
Deputy Commissioner and Counsel

By: ___/s/ Robert L. Cook_____
Robert L. Cook, Esq. (New York Bar #1877703)
District Tax Attorney, Office of Counsel
New York State Department of Taxation and Finance
340 East Main St., Rochester, N.Y.  14604
Phone:  (585) 530-8465 Fax:  (518) 435-8490
Email:  Robert.Cook@tax.ny.gov