**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re: | Chapter 11 |
| **THE STANDARD REGISTER COMPANY,** *et al.* | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

**CERTIFICATION BY GOVERNMENT ATTORNEY
FOR APPEARANCE PURSUANT TO LOCAL RULE 9010-1(e)(i)**

Pursuant to Local Rule 9010-1(e)(i), I certify that I am an attorney admitted to practice in the State of New York and in the U.S. District Courts for the Northern and Western Districts of New York; that I am in good standing in all jurisdictions in which I am admitted; that I will be bound by this Court's Local Rules; and that I submit to the jurisdiction of this Court for disciplinary purposes.

This certification is made for purposes of appearing on behalf of the New York State Department of Taxation and Finance in the above-captioned matter.

DATED:  March 27, 2015

        Respectfully submitted,

        /s/ Robert L. Cook
        Robert L. Cook, Esq. (New York Bar #1877703)
        District Tax Attorney, Office of Counsel
        New York State Department of Taxation & Finance
        340 East Main St., Rochester, N.Y.  14604
        Phone:  (585) 530-8465 Fax:  (518) 435-8490
        Email:  Robert.Cook@tax.ny.gov