# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| **THE STANDARD REGISTER COMPANY,** *et al.* | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

### CERTIFICATE OF SERVICE

    I hereby certify that on, March 27, 2015, I electronically filed the attached Notice of Appearance and Government Attorney Certification with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to all those accepting electronic service.

    */s/Robert L. Cook*
Robert L. Cook, Esq. (New York Bar #1877703)
District Tax Attorney, Office of Counsel
New York State Department of Taxation & Finance
340 East Main St., Rochester, New York 14604
Phone: 585-530-8465 Fax: 518-435-8490
Email: Robert.Cook@tax.ny.gov