**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| *In re*:<br><br>The Standard Register Company, *et al.*,[1] | Chapter 11<br><br>Case No. 15-10541-BLS<br><br>(Jointly Administered)<br><br><u>Proposed</u> Hearing: April 1, 2015 at 10:00 a.m. (ET)<br><u>Proposed</u> Objection Deadline: At the Hearing |

**NOTICE OF MOTION OF VOLT CONSULTING GROUP, LTD. FOR RELIEF FROM**
**STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE**

To:    Young Conaway Stargatt & Taylor LLP/Gibson Dunn & Crutcher LLP
Mark S. Kenney, *Office of the U.S. Trustee*
Lowenstein Sandler, P.C., *Counsel to the Official Committee of Unsecured Creditors*

Volt Consulting Group, Ltd. (the "Movant"), has filed a Motion for Relief from Stay

which seeks the following relief: The entry of an order, on an emergency basis: (i) granting relief

from the automatic stay under 11 U.S.C. § 362(d)(1), to the extent the stay applies, so the

Movant can terminate its contract with the Debtors; or, alternatively, (ii) requiring the Debtors to

assume or reject the contract under 11 U.S.C. § 365(d)(2) and provide adequate assurance of

future performance.

HEARING ON THE MOTION WILL BE HELD ON April 1, 2015 at 10:00 a.m.

(subject to the approval of the Court.)

The hearing date specified above may be a preliminary hearing or may be consolidated

with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the motion in

advance for the purpose of determining whether a consent judgment may be entered and/or for

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company, Standard Register Technologies, Inc., Standard Register International, Inc., iMedConsent, LLC, Standard Register or Puerto Rico Inc., Standard Register Mexico Holding Company, Standard Register Holding, S. de R.L. de C.V., Standard Register de Mexico, S. de R.L. de C.V., Standard Register Servicios, S. de R.L. de C.V., and Standard Register Technologies Canada ULC.

1

the purpose of stipulating to relevant facts such as value of the property, and the extent and

validity of any security instrument.

                                         _/s/ Peter M. Sweeney_____
                                         Peter M. Sweeney (DE # 3671)
                                         BLAKELEY LLP
                                         1000 N. West Street, Suite 1200
                                         Wilmington, Delaware 19801
                                         Telephone: (302) 415-9908
                                         Email: psweeney@blakeleyllp.com

                                              – and –

                                         David M. Mannion
                                         BLAKELEY LLP
                                         54 W. 40th Street
                                         New York, NY 10018
                                         Telephone: (917) 472-9587
                                         Email: dmannion@blakeleyllp.com

                                         *Attorneys for Volt Consulting Group, Ltd.*