**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re:* <br><br> The Standard Register Company, *et al.*,[1] | Chapter 11 <br><br> Case No. 15-10541-BLS <br><br> (Jointly Administered) <br><br> <u>Proposed</u> Hearing: April 1, 2015 at 10:00 a.m. (ET) <br> <u>Proposed</u> Objection Deadline: At the Hearing |

**DECLARATION OF DANIEL ROTHENBERG IN SUPPORT OF THE EMERGENCY MOTION OF VOLT CONSULTING GROUP, LTD. FOR THE ENTRY OF AN ORDER: (I) GRANTING RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362(d)(1), TO THE EXTENT REQUIRED, TO TERMINATE ITS CONTRACT WITH THE DEBTORS; OR, ALTERNATIVELY, (II) REQUIRING THE DEBTORS TO ASSUME OR REJECT THE CONTRACT UNDER 11 U.S.C. § 365(d)(2) AND PROVIDE ADEQUATE ASSURANCE OF FUTURE PERFORMANCE**

I, Daniel Rothenberg, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1.  I am the Manager of Contracts for Volt Consulting Group, Ltd. ("<u>Volt</u>"). I submit this declaration in support of the *Emergency Motion of Volt Consulting Group, Ltd. for the Entry of an Order: (I) Granting Relief from the Automatic Stay Under 11 U.S.C. § 362(d)(1), to the extent required, to Terminate its Contract With The Debtors; or, Alternatively, (II) Requiring The Debtors To Assume or Reject The Contract Under 11 U.S.C. § 365(d)(2) And Provide Adequate Assurance of Future Performance*. Except as otherwise indicated, all facts set forth in this declaration are based upon my personal knowledge. If called upon to testify, I could and would competently testify to the facts set forth herein from my own personal knowledge.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company, Standard Register Technologies, Inc., Standard Register International, Inc., iMedConsent, LLC, Standard Register or Puerto Rico Inc., Standard Register Mexico Holding Company, Standard Register Holding, S. de R.L. de C.V., Standard Register de Mexico, S. de R.L. de C.V., Standard Register Servicios, S. de R.L. de C.V., and Standard Register Technologies Canada ULC.

1

2.     Among other things, my job responsibilities include maintaining and organizing Volt's contracts, including the contract between Volt and The Standard Register Company (the "<u>Contract</u>"). Attached hereto as Exhibit A are true and correct copies of excerpts of the Contract. The documents attached as Exhibit A were created at or near the dates shown on the documents by people with knowledge of the transactions detailed therein. In addition, the documents were kept in the course of Volt's regularly conducted business activity, which is supplying contract workers. Creating and keeping those documents is a regular practice of Volt's business activity.

3.     All highlighting on Exhibit A has been added for ease of reference.

4.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 27, 2015

*[signature]*
Dan Rothenberg