UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: <br><br> The Standard Register Company, *et al.*,[1] | Chapter 11 <br><br> Case No. 15-10541-BLS <br><br> (Jointly Administered) <br><br> Re: Dkt. No. ___ |

**ORDER GRANTING VOLT CONSULTING GROUP, LTD. RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362(d)(1) TO TERMINATE ITS CONTRACT WITH THE DEBTORS**

Upon the emergency motion (the "Motion")[2] of Volt Consulting Group, Ltd. ("Volt") for entry of an Order granting Volt relief from the automatic stay under 11 U.S.C. § 362(d), to the extent the automatic stay applies, to terminate its Contract with the Debtors; and the Court having reviewed the Motion, the declarations attached to the Motion, and any objections thereto; and the Court having determined that the legal and factual bases set forth in the Motion and the declarations attached thereto and any additional evidence presented at any hearing on the Motion establish just cause for the relief granted herein;

THE COURT HEREBY FINDS THAT:

A. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

B. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company, Standard Register Technologies, Inc., Standard Register International, Inc., iMedConsent, LLC, Standard Register or Puerto Rico Inc., Standard Register Mexico Holding Company, Standard Register Holding, S. de R.L. de C.V., Standard Register de Mexico, S. de R.L. de C.V., Standard Register Servicios, S. de R.L. de C.V., and Standard Register Technologies Canada ULC.

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

1

2

    C.    Notice of the Motion was sufficient under the circumstances.

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Volt is authorized to terminate its Contract with the Debtors.

3. The automatic stay provisions of section 362(d) of the Bankruptcy Code, to the extent they apply, are hereby terminated to enable Volt to terminate the Contract.

4. The fourteen day stay, to the extent it applies, as contemplated by Bankruptcy Rule 4001(a)(3) is hereby waived, and this Order shall become effective immediately upon its entry.

Dated: _____, 2015        _____
                                              The Honorable Brendan L. Shannon
                                              Chief United States Bankruptcy Judge