## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Richard M. Allen, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the proposed claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On March 23, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail (and email if available) on the Core/2002 Service List attached hereto as **Exhibit A**:

- Debtors' Application for an Order Approving the Employment and Retention of Gibson, Dunn & Crutcher LLP as General Bankruptcy and Restructuring Co-Counsel for the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date [Docket No. 85]

- Debtors' Application for an Order, Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Co-Counsel to the Debtors, *Nunc Pro Tunc* to the Petition Date [Docket No. 86]

- Debtors' Motion for Order Authorizing the Debtors to (I) Employ and Retain McKinsey Recovery & Transformation Services U.S., LLC to Provide Interim Management Services and (II) Designate Kevin Carmody as Chief Restructuring Officer *Nunc Pro Tunc* to the Petition Date [Docket No. 87]

- Debtors' Application for Entry of an Order Authorizing the Debtors to Employ and Retain Dinsmore & Shohl LLP as Special Counsel, Effective *Nunc Pro Tunc* to the Petition Date [Docket No. 88]

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

- Debtors' Application for Order (I) Authorizing the Retention and Employment of Lazard Freres & Co. LLC and Lazard Middle Market LLC as Investment Banker to the Debtors, *Nunc Pro Tunc* to the Petition Date and (II) Waiving Certain Information Requirements [Docket No. 89]

- Debtors' Application for an Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor Nunc Pro Tunc to the Petition Date [Docket No. 90]

- Debtors' Motion for an Administrative Order, Establishing Procedures for Interim Compensation and Reimbursement of Professionals [Docket No. 91]

- Debtors' Motion for Order Authorizing the Employment and Payment of Professionals Used in the Ordinary Course of Business [Docket No. 92]

- Debtors' Motion for Order Extending the Time to File Schedules and Statements [Docket No. 93]


On March 23, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail (and email if available) on the Professionals Service List attached hereto as **Exhibit B**:

- Debtors' Motion for Order Authorizing the Employment and Payment of Professionals Used in the Ordinary Course of Business [Docket No. 92]


Dated: March 26, 2015

_____

Richard M. Allen

State of New York
County of New York


Subscribed and sworn to (or affirmed) before me on March 26, 2015, by Richard M. Allen, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

ADAM ADLER
NOTARY PUBLIC-STATE OF NEW YORK
No. 02AD6306134
Qualified in Nassau County
My Commission Expires June 16, 2018

SRF 2162

**<u>Exhibit A</u>**

SRF 2162

Core/2002 Service List

Served via First Class Mail (and Email, if available)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL |
|---|---|---|---|---|---|---|---|---|
| Top 50 Creditor | APPVION INC | Attn: General Counsel | Po Box 638565 | | Cincinnati | OH | 45263-8565 | |
| Top 50 Creditor | Avery Dennison | Attention: General Counsel | 15178 Collections Ctr Dr | | Chicago | IL | 60693 | susan.miller@averydennison.com |
| Top 50 Creditor | Bank Of America | Attention: General Counsel | 200 N College St | | Charlotte | NC | 28255-0001 | i_r@bankofamerica.com |
| Administrative Agent under the Debtors' Amended and Restated Loan and Security Agreement | Bank of America, N.A. | James S. Rankin Jr., Parker, Hudson, Rainer & Dobbs LLP | 1500 Marquis Two Tower | 285 Peachtree Center Avenue NE | Atlanta | GA | 30303 | jrankin@phrd.com |
| Counsel for BMC Group, Inc | BMC Group, Inc | Attn T Feil | 300 Continental Boulevard | #570 | El Segundo | CA | 90245 | tfeil@bmcgroup.com |
| Top 50 Creditor | Bruce Moses | | 620 Hospitality Dr | | Rancho Mirage | CA | 92270 | |
| Top 50 Creditor | BUSINESS CARD SERVICE | Attn: General Counsel | 3200 143Rd Circle | | Burnsville | MN | 55306-6945 | emily.myers@printforce.com |
| Top 50 Creditor | Carolinas Shared Services (subgroup within Premier GPO) | Robert Boyd | 5039 Airport Center Parkway | Building K Suite A | Charlotte | NC | 28208 | |
| Top 50 Creditor | Cass Information Systems | Attn: General Counsel | 12444 Powerscourt Drive | Suite 550 | St. Louis | MO | 63131 | |
| Top 50 Creditor | Catholic Contracting Group (CCG) | Attention: Mike Maguire | Premier Healthcare Alliance Lp | 13034 Ballantine Corporate Place | Charlotte | NC | 28277 | |
| Counsel for Hewlett-Packard Company | Cole Schotz, P.C. | Attn: Patrick J. Rilley | 500 Delaware Avenue | Suite 1410 | Wilmington | DE | 19801 | preilley@coleschotz.com |
| Counsel for Hewlett-Packard Company | Cole Schotz, P.C. | Attn: Michael D. Warner | 301 Commerce Street | Ste. 1700 | Fort Worth | TX | 76102 | mwarner@coleschotz.com |
| Top 50 Creditor | Craig Brown | | 60 Royal Birkdale | | Springboro | OH | 45066 | |
| Top 50 Creditor | Craig Stockmal | | 1 Huntington Ave #1802 | | Boston | MA | 02116-0000 | |
| Top 50 Creditor | Dayton Mailing Services | Attn: General Counsel | Po Box 2436 | | Dayton | OH | 45401 | marketing@daytonmailing.com |
| Delaware Attorney General | Delaware Attorney General | Attn Bankruptcy Dept | Carvel State Office Bldg | 820 N French St 6th Fl | Wilmington | DE | 19801 | attorney.general@state.de.us |
| Delaware Division of Revenue | Delaware Division of Revenue | Zillah Frampton | 820 N French St | | Wilmington | DE | 19801 | FASNotify@state.de.us |
| Delaware Secretary of State | Delaware Secretary of State | Corporations Franchise Tax | PO Box 898 | | Dover | DE | 19903 | dosdoc_Ftax@state.de.us |
| Delaware State Treasury | Delaware State Treasury | Attn Bankruptcy Dept | 820 Silver Lake Blvd Ste 100 | | Dover | DE | 19904 | statetreasurer@state.de.us |
| Top 50 Creditor | Dennis Rediker | | 737 Lakengren Cove | | Eaton | OH | 45320 | |
| Special Corporate Counsel to the Debtors | Dinsmore & Shohl LLP | Christopher A. Deabler | 255 East Fifth Street | Suite 1900 | Cincinnati | OH | 45202 | christopher.deabler@dinsmore.com |
| Top 50 Creditor | Domtar Paper Co LLC | Attn: General Counsel | 8800 Sterling Street | | Irving | TX | 75063-2535 | |
| Top 50 Creditor | Earth Color | Attn: General Counsel | 7021 Portwest Drive | STE. 190 | Houston | TX | 77024 | thebaultinfo@earthcolor.com |
| Top 50 Creditor | Edward Keiper | | 22706 Whiteoaks | | Mission Viejo | CA | 92692 | |
| Environmental Protection Agency - Region 3 | Environmental Protection Agency | Attn Bankruptcy Dept | 1650 Arch Street | | Philadelphia | PA | 19103-2029 | r3public@epa.gov |
| Top 50 Creditor | Flexcon Company | Attn: Accounts Receivable | 1 Flexcon Industrial Park | | Spencer | MA | 01562-2642 | |
| Counsel for The Realty Associates Fund IX | Friedlander Misler, PLLC | Attn: Robert E. Greenburg, Thomas F. Murphy, Lindsay A. Thompson | 5335 Wisconsin Avenue, NW | Suite 600 | Washington | DC | 20015 | rgreenberg@dclawfirm.com; tmurphy@dclawfirm.com; lathompson@dclawfirm.com |
| Top 50 Creditor | Gary Becker | | 666 Barclay Lane | | Broomall | PA | 19008 | |
| Top 50 Creditor | Georgia Pacific Corp | Emily O. Valladares | 133 Peachtree Street, NE | | Atlanta | GA | 30303 | Emily.Valladares@gapac.com |
| Counsel for DG3 Croup America, Inc. | Gibbons P.C. | Attn: Natasha M. Songonuga | 1000 N. West Street | Suite 1200 | Wilmington | DE | 19801-1058 | nsongonuga@gibbonslaw.com |
| Counsel for DG3 Croup America, Inc. | Gibbons P.C. | Attn: Mark B. Conlan | One Gateway Center | | Newark | NJ | 07102-5310 | mconlan@gibbonslaw.com |
| Top 50 Creditor | GLS Graphic Label Solutions | Attn: General Counsel | 2407 Pulaski Highway | | Columbia | TN | 38401 | customerservice@graphiclablesolutions.com |
| Top 50 Creditor | HP Enterprise Services LLC | Attn: General Counsel | Hewlett Packard Express | PO BOX 22160 | Oakland | CA | 94623 | enterprisesolutions@hp.com |
| Top 50 Creditor | Independent Printing CO Inc | Attn: General Counsel | 1801 Lawrence Drive | PO Box 5790 | De Pere | WI | 54115 | contactus@independentinc.com |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | Mail Stop 5 Q30 133 | Philadelphia | PA | 19104-5016 | |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| Top 50 Creditor | Jack Marshall | | 470 Westwood | | Barrington | IL | 60010 | |
| Top 50 Creditor | John Harden | | 5390 Cold Springs Road South | | Concord | NC | 28025 | |
| Top 50 Creditor | Joseph Custer | Attention: General Counsel | 2285 Nyce Way | | Lansdale | PA | 19446 | |
| Top 50 Creditor | Kathryn Lamme | | 885 Greenhouse Dr | | Kettering | OH | 45419 | |
| Counsel for Dallas County | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller | 2777 N. Stemmons Freeway | Suite 1000 | Dallas | TX | 75207 | dallas.bankruptcy@publicans.com |
| Top 50 Creditor | Lithia Springs | Attention: Ericca Stokes | 3475 Piedmont Road | Suite 650 | Atlanta | GA | 30305 | estokes@prologis.com |
| Top 50 Creditor | Mark Platt | | 5048 James Hill Road | | Kettering | OH | 45429 | |
| Counsel for PacerPro, Inc. | McGRANE LLP | Attn: Gavin McGrane | Four Embarcadero Center | Suite 1400 | San Francisco | CA | 94111 | gavin.mcgrane@mcgranellp.com |
| Top 50 Creditor | Michael Spaul | | 296 Carmarthen Way | | Granville | OH | 43023 | |
| Top 50 Creditor | Michael Wolk | | 1246 Homestead Creek Dr | | Broadview Heights | OH | 44147 | |

Core/2002 Service List

Served via First Class Mail (and Email, if available)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL |
|---|---|---|---|---|---|---|---|---|
| Top 50 Creditor | NEVS INK INC | Attn: General Counsel | 2500 W Sunset Drive | | Waukesha | WI | 53189 | nevsink@nevsink.com |
| Top 50 Creditor | Nissan Total | Attn: General Counsel | 983 Nissan Drive | | Smyrna | TN | 37617-0003 | |
| Top 50 Creditor | Novation GPO | Mitchell Shepherd | 75 Remittance Dr Ste 1420 | | Chicago | IL | 60675 | |
| United States Trustee District of Delaware | Office of the United States Trustee | Mark Kinney | 844 King St Ste 2207 | | Wilmington | DE | 19801 | mark.kenney@usdoj.gov |
| Counsel for Unilever | Parker Ibrahim & Berg LLC | Attn: Joseph H. Lemkin | 270 Davidson Avenue | | Somerset | NJ | 07747-0000 | joseph.lemkin@piblaw.com |
| Counsel for Bank of America, N.A. | PARKER, HUDSON, RAINER & DOBBS LLP | Attn: C. Edward Dobbs, James S. Rankin, Jr., Jack C. Basham, Jr., Joshua J. Lewis | 1500 Marquis Two Tower | 285 Peachtree Center Avenue, NE | Atlanta | GA | 30303 | ced@phrd.com; jsr@phrd.com; jcb@phrd.com; jjl@phrd.com |
| Top 50 Creditor | Partners Healthcare | Peter Markell | 529 Main Street | | Charlestown | MA | 02129-0000 | |
| Top 50 Creditor | PBGC | Courtney Morgan | 1200 K Street NW | | Washington | DC | 20005-4026 | Morgan.Courtney@pbgc.gov |
| Counsel for the Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn:  Courtney L. Morgan | Office of the Chief Counsel | 1200 K Street NW | Washington | DC | 20005-4026 | morgan.courtney@pbgc.gov; efile@pbgc.gov |
| Top 50 Creditor | Peter Redding | | 6470 Montreux Lane | | Reno | NV | 89511 | |
| Top 50 Creditor | Precision Dynamics Corp | Mark Bouchard | Po Box 71549 | | Chicago | IL | 60694-1995 | markbouchard@pdcorp.com |
| Top 50 Creditor | Precision Dynamics Corp | Brady Corporation | JoAnne Marie Williams | 6555 West Good Hope Road | Milwaukee | WI | 53223 | joanne_williams@bradycorp.com |
| Top 50 Creditor | Purchase Power | Attention: General Counsel | Po Box 856042 | | Louisville | KY | 40285 | |
| Top 50 Creditor | Rajendra Mehta | | 220 Estates Dr | | Dayton | OH | 45459 | |
| Counsel for PJ Printers | Richard S. Price, II | | 1235 N. Harbor Blvd | Suite 200 | Fullerton | CA | 92832-1349 | rspriceii@aol.com |
| Counsel for Bank of America, N.A. | RICHARDS, LAYTON & FINGER, P.A. | Attn: Mark D. Collins, Tyler D. Semmelman | One Rodney Square | 920 North King Street | Wilmington | DE | 19801 | collins@rlf.com; semmelman@rlf.com |
| Top 50 Creditor | Robert Assini | | 20 Rima Court | | Danville | CA | 94526 | |
| Top 50 Creditor | Salesforce Com Inc | Aseem Gupta | PO BOX 203141 | | Dallas | TX | 75320-3141 | aseem.gupta@salesforce.com |
| Top 50 Creditor | Sanmar Corp | Attn: General Counsel | Po Box 643693 | | Cincinnati | OH | 45264-3693 | sales@sanmar.com |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | Washington | DC | 20549 | NYROBankruptcy@SEC.GOV |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn Bankruptcy Dept | Brookfield Place | 200 Vesey Street Ste 400 | New York | NY | 10281-1022 | bankruptcynoticeschr@sec.gov; NYROBankruptcy@SEC.GOV |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn Bankruptcy Dept | One Penn Center | 1617 JFK Blvd Ste 520 | Philadelphia | PA | 19103 | NYROBankruptcy@SEC.GOV |
| Administrative Agent under Debtors' First Lein Credit Agreement and Second Lein Credit Agreement | Silver Point Finance, LLC | Ron Meisler Chris Dressel c/o Skadden Arps | 155 N. Wacker Drive | | Chicago | IL | 60606 | ron.meisler@skadden.com; christopher.dressel@skadden.com |
| Counsel for Silver Point Finance, LLC and Standard Acquistion Holdings, LLC | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Sarah E. Pierce | One Rodney Square | P.O. Box 636 | Wilmington | DE | 19899-0636 | sarah.pierce@skadden.com |
| Counsel for Silver Point Finance, LLC and Standard Acquistion Holdings, LLC | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Ron E. Meisler Carl T. Tullson Christopher M. Dresel | 155 North Wacker Drive | Suite 2700 | Chicago | IL | 60606-1720 | ron.meisler@skadden.com; carl.tullson@skadden.com; christopher.dressel@skadden.com |
| Top 50 Creditor | Source Technologies Inc | Attn: General Counsel | 4205B Westinghouse Commons Drive | | Charlotte | NC | 28273 | Kimberly@sourcetechnologiesinc.com |
| Top 50 Creditor | Tenet (subgroup within MedAssets GPO comprised of about 45 hospitals) | Richard Yonker | 1445 Ross Avenue | Suite 1400 | Dallas | TX | 75202 | |
| Attorneys for the Texas Comptroller of Public Accounts | Texas Comptroller of Public Accounts | Attn: Jay W. Hurst - Assistant Attorney General | Bankruptcy & Collections Division MC 008 | P.O. Box 12548 | Austin | TX | 78711-2548 | Jay.Hurst@texasattorneygeneral.gov |
| Counsel for Timothy Webb | The Rosner Law Group LLC | Attn: Frederick B. Rosner, Jula B. Klein | 824 Market Street | Suite 810 | Wilmington | DE | 19801 | rosner@teamrosner.com; klein@teamrosner.com |
| Top 50 Creditor | Timothy Webb | | 4906 E. Desert Fairways Dr. | | Paradise Valley | AZ | 85253 | |
| Top 50 Creditor | Unisource Worldwide Inc | Attn: General Counsel | 7575 Brewster | | Philadelphia | PA | 19153 | |
| US Attorney for the District of Delaware | US Attorney for Delaware | Charles Oberly c/o Ellen Slights | 1007 Orange St Ste 700 | PO Box 2046 | Wilmington | DE | 19899-2046 | usade.ecfbankruptcy@usdoj.gov |
| Top 50 Creditor | Virginia Rafferty | | 235 Bellewood Drive | | Aiken | SC | 29803 | |
| Top 50 Creditor | Volt Consulting | Attn: General Counsel | Two Tower Center Blvd | | East Brunswick | NJ | 08816 | info@voltconsultinggroup.com |
| Top 50 Creditor | Washington State Department of Ecology | Attention: General Counsel | Po Box 47600 | | Olympia | WA | 98504-7600 | maia.bellon@ecy.wa.gov |

In re The Standard Register Company, *et al.*
Case No. 15-10541 (BLS)

Core/2002 Service List

Served via First Class Mail (and Email, if available)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL |
|---|---|---|---|---|---|---|---|---|
| Top 50 Creditor | Westborough | Attenion: Ms Sam Ajanaku | The Realty Associates Fund Ix C/O Lincoln Property Company | 67 South Bedford Street | Burlington | MA | 01803-0000 | sajanaku@lpc.com |
| Top 50 Creditor | XPEDX LLC | Attn: General Counsel | 6285 Tri-Ridge Blvd. | | Loveland | OH | 45140 | |

In re The Standard Register Company, *et al.*
Case No. 15-10541  (BLS)

**<u>Exhibit B</u>**

SRF 2162

Professionals Service List
Served via First Class Mail

| Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Beiser Greer & Landis, LLP. | Attn: David P. Williamson, Esq | Suite 400, PNC Center | 6 N. Main Street | Dayton | OH | 45402 | |
| Brightline CPAS and Associates | Attn General Counsel | 1300 N. West Shore Blvd., #240 | | Tampa | FL | 33607 | |
| Brixey & Meyer | Attn General Counsel | 2991 Newmark Dr. | | Miamisburg | OH | 45342 | |
| Bruce Garrison | 465 Kilkenny Ct | | | Kettering | OH | 45440 | |
| Charles Russell | Attention: David Berry | 5 Fleet Place | | London | | EC4M 7RD | United Kingdom |
| Coolidge Wall | Attn: David C. Korte, Esq. | Suite 600, 33 W. First Street | | Dayton | OH | 45402 | |
| Davis Wright Tremaine LLP | Attn: David J Ubaldi | 777 108th Avenue NE, Suite 2300 | | Bellevue | WA | 98004-5149 | |
| Deliotte & Touche LLP | Attn Thomas P. Haberman | 250 E Fifth Street, Suite 1900 | | Cincinnati | OH | 45202 | |
| Deliotte Tax LLC | Attn General Counsel | PO BOX 2079 | | Carol Stream | IL | 60132-2079 | |
| Doherty, Wallace, Pillsbury and Murphy PC | Attn: John L McCarthey | One Monarch Place, Suite 1900 | | Springfield | MA | 01144-1900 | |
| Ernst & Young LLP | Attn General Counsel | Pittsburg National BK | P.O. Box 640382 | Pittsburgh | PA | 15264-0382 | |
| Faruki, Ireland & Cox PLL | Attn: Jeff Ireland | 500 Courthouse Plaza, S.W. | 10 N. Ludlow Street | Dayton | OH | 45402 | |
| Frost Brown Todd LLC | Attn: Steve Haughey, Esq | 3300 Great American Tower | 301 E. Fourth Street | Cincinnati | OH | 45202 | |
| Funkunaga Malayoshi Hershey & Ching | Attn: James H. Hershey | Davies Pacific Center, Suite 1200 | 841 Bishop Street | Honolulu | HI | 96813 | |
| Jacobson Press & Fields PC | Attn:  Matthew R. Fields | 168 North Meranec Avenue | Suite 150 | Clayton | MO | 63105 | |
| Kaufman & Canoles, P.C. | Attn: L. Scott Seymour, Esq. | 150 W. Main Street, Suite 2100 | | Norfolk | VA | 23510-1665 | |
| Lucas and Cavalier LLC | Attn: Robert M. Cavalier | 1500 Walnut Street, Suite 1500 | | Philadelphia | PA | 19102 | |
| McConnell Valdes LLC | Attn General Counsel | PO BOX 364225 | | San Juan | PR | 00936-4225 | |
| McGladrey LLP | Attn: Daniel P. Steward | 2000 West Dorothy Lane | | Dayton | OH | 45439 | |
| McGuire Woods | Attn Douglas M. Foley | 2001 K Street,N.S. | Suite 400 | Washington | DC | 20006 | |
| McInnes Cooper | Attn: Barry D. Horne | 1300-1969 Upper Water Street | Purdy's Wharf Tower II PO BOX 730 | Halifax | NS | B3J 2V1 | Canada |
| McManis Faulkner | Attn: James McManis | 50 W San Fernando Street | Suite 1000 | San Jose | CA | 95113 | |
| Meisnner Tierney Fisher & Nichols | Attn: Mark Malloy | 111 e. Kilbourn Avenue | 19th Floor | Milwaukee | WI | 53202-6622 | |
| Offit Kurman | Attn: Scott Kaminis | 8171 Maple Lawn Boulevard | Suite 200 | Maple Lawn | MD | 20759 | |
| Ogier | Attn: Marc Yates | Oger House | The Esplanade | St. Helier | Jersey | JE4 9WG | United Kingdom |
| Ronald D. Niesley | 11853 Old Mill Road | | | Union | OH | 45322 | |
| Roshell Grigsby | 491 N. Preble County Line rd. | | | West Alexandria | OH | 45381 | |
| Rutan & Tucker LLP | Attn: Mark J. Payne | 611 Anton Blvd, Suite 1400 | | Costa Mesa | CA | 92626 | |
| Ryan Smith & Carbine LTD | Attn: Mark F. Werle, Gregory J. Boulbol, Esq., Jennifer McCave, Esq. | 98 Merchants Row, Mead Bldg. | PO BOX 310 | Rutland | VT | 05702-0310 | |
| Shumacher, Loop & Kendrick, LLP | Attn: Kevin Braig | 41 S. High Street, Suite 2400 | | Columbus | OH | 43215 | |
| Sidley Austin LLP | Attn: Scott J. Heyman | One S. Dearborn | | Chicago | IL | 60603 | |
| Taft Stettiniuis & Hollister | Attn: Jeffrey A. Mullins | 40 N. Main Street, Suite 1700 | | Dayton | OH | 45423 | |
| Thompson Hine | Attn: Stephen K. Axtell, Esq. | 100050 Innovation Drive, Suite 400 | | Dayton | OH | 45342 | |
| Von Wobeser | Attn Javier lizardi | Guillermo Gonzalez Camarena 1100, Piso 7 | Colonia Santa Fe, Centro de Ciudad, | Delegacion Alvaro Obregon, C.P. | DF | 01210 | Mexico |