# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*:<br><br>The Standard Register Company, *et al.*,[1] | Chapter 11<br><br>Case No. 15-10541-BLS<br><br>(Jointly Administered)<br><br>**Re: Dkt. No. 124, \_\_\_\_** |

### ORDER EXPEDITING CONSIDERATION OF, AND SHORTENING THE NOTICE PERIOD APPLICABLE TO, EMERGENCY MOTION OF VOLT CONSULTING GROUP, LTD. FOR THE ENTRY OF AN ORDER: (I) GRANTING RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362(d)(1), TO THE EXTENT REQUIRED, TO TERMINATE ITS CONTRACT WITH THE DEBTORS; OR, ALTERNATIVELY, (II) REQUIRING THE DEBTORS TO ASSUME OR REJECT THE CONTRACT UNDER 11 U.S.C. § 365(d)(2) AND PROVIDE <u>ADEQUATE ASSURANCE OF FUTURE PERFORMANCE</u>

Upon the *Motion For Order Expediting Consideration of, And Shortening The Notice Period Applicable To, Emergency Motion of Volt Consulting Group, Ltd. For The Entry of An Order: (I) Granting Relief From The Automatic Stay Under 11 U.S.C. § 362(D)(1), To The Extent Required, To Terminate Its Contract With The Debtors; or, Alternatively, (II) Requiring The Debtors To Assume Or Reject The Contract Under 11 U.S.C. § 365(d)(2) And Provide Adequate Assurance of Future Performance*s (the "<u>Motion to Shorten</u>"[2]); and the Court having reviewed the Motion to Shorten, and any objections thereto;

THE COURT HEREBY FINDS THAT:

A.     The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company, Standard Register Technologies, Inc., Standard Register International, Inc., iMedConsent, LLC, Standard Register or Puerto Rico Inc., Standard Register Mexico Holding Company, Standard Register Holding, S. de R.L. de C.V., Standard Register de Mexico, S. de R.L. de C.V., Standard Register Servicios, S. de R.L. de C.V., and Standard Register Technologies Canada ULC.

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion to Shorten.

1

1334.

      B.      This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

      C.      Notice of the Motion to Shorten was sufficient under the circumstances.

IT IS HEREBY ORDERED THAT:

1.      The Motion to Shorten is GRANTED as set forth herein.

2.      The Underlying Motion (D.I. 124) shall be heard on April 1, 2015, at 10:00 a.m., and any opposition shall be presented at the hearing.

3.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

Dated: _____, 2015
      Wilmington, Delaware      _____
                                                  The Honorable Brendan L. Shannon
                                                  Chief United States Bankruptcy Judge