# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| The Standard Register Company, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |

## NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that Lowenstein Sandler LLP and Polsinelli PC hereby enter their appearances, pursuant to section 1109(b) of chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), on behalf of the Official Committee of Unsecured Creditors (the "**Committee**"). Such attorneys hereby request, pursuant to Bankruptcy Rules 2002, 3017, and 9007, and sections 342, 1102(a)(1), and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the following persons at the addresses, facsimile numbers, or electronic mail addresses set forth below:

| **LOWENSTEIN SANDLER LLP** | **POLSINELLI PC** |
|---|---|
| Kenneth A. Rosen, Esq. | Christopher A. Ward, Esq. |
| Sharon L. Levine, Esq. | Shanti M. Katona, Esq. |
| 65 Livingston Avenue | Justin K. Edelson, Esq. |
| Roseland, NJ  07068 | 222 Delaware Avenue, Suite 1101 |
| Telephone:  (973) 597-2500 | Wilmington, DE 19801 |
| Facsimile:  (973) 597-2400 | Telephone:  (302) 252-0920 |
| | Facsimile:  (302) 252-0921 |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

-and-

**LOWENSTEIN SANDLER LLP**
Gerald C. Bender, Esq.
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, electronically, telephone, telegraph, telex or otherwise filed or made with regard to the referenced case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this notice of appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive the Committee's (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which the Committee is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated:  March 28, 2015

        **LOWENSTEIN SANDLER LLP**
        Kenneth A. Rosen, Esq.
        Sharon L. Levine, Esq.
        65 Livingston Avenue
        Roseland, NJ  07068
        Telephone:  (973) 597-2500
        Facsimile:  (973) 597-2400

        -and –

        Gerald C. Bender, Esq.
        1251 Avenue of the Americas
        New York, NY 10020
        Telephone:  (212) 262-6700
        Facsimile:  (212) 262-7402

        *Proposed Counsel to the Official Committee of Unsecured Creditors*

        -and-

        **POLSINELLI PC**

        */s/  Christopher A. Ward*
        Christopher A. Ward (Del. Bar No. 3877)
        Justin K. Edelson (Del. Bar No. 5002)
        Shanti M. Katona (Del. Bar No. 5352)
        222 Delaware Avenue, Suite 1101
        Wilmington, DE 19801
        Telephone:  (302) 252-0920
        Facsimile:  (302) 252-0921
        cward@polsinelli.com
        skatona@polsinelli.com
        jedelson@polsinelli.com

        *Proposed Delaware Bankruptcy Counsel to the Official Committee of Unsecured Creditors*

50098869.1