# Notice Recipients

| District/Off: 0311−1 | User: Margaret | Date Created: 3/30/2015 |
|---|---|---|
| Case: 15−10541−BLS | Form ID: van472 | Total: 12 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |
| aty | Andrew L Magaziner | bankfilings@ycst.com |
| aty | Kara Hammond Coyle | bankfilings@ycst.com |
| aty | Maris J. Kandestin | bankfilings@ycst.com |
| aty | Mark S. Kenney | mark.kenney@usdoj.gov |
| aty | Michael R. Nestor | bankfilings@ycst.com |
| aty | Samuel A. Newman | snewman@gibsondunn.com |

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | The Standard Register Company | 600 Albany Street | Dayton, OH 45417 | |
| aty | Jeffrey C. Krause | Gibson Dunn & Crutcher LLP | 333 South Grand Avenue | Los Angeles, CA 90071−3197 |
| aty | Jeremy L. Graves | GIBSON DUNN & CRUTCHER LLP | 1801 California Street    Suite 4200    Denver, CO 80202−2642 | |
| aty | Robert Klyman | Gibson Dunn & Crutcher | 333 South Grand Avenue | Los Angeles, CA 90071 |
| aty | Sabina Jacobs | Gibson Dunn & Crutcher LLP | 333 South Grand Avenue | Los Angeles, CA 90071−3197 |

TOTAL: 5