**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>Jointly Administered |

**NOTICE OF COMMENCEMENT OF CHAPTER 11 BANKRUPTCY CASES,
MEETING OF CREDITORS AND FIXING OF CERTAIN DATES**

On March 12, 2015, the above-captioned debtors and debtors-in-possession (each a "Debtor" and collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"). The Debtors and their respective addresses, case numbers, and federal tax identification numbers are as follows:

| DEBTOR<br>(Other names, if any, used by the Debtor in the last 8 years) | ADDRESS | CASE NO. | EIN |
|---|---|---|---|
| **iMedConsent, LLC**<br>(Dialog Medical) | 30 Perimeter Park Dr., Suite 200<br>Atlanta, GA 30341 | 15-10540 | 58-2556337 |
| **The Standard Register Company**<br>(Standard Register; WorkflowOne, LLC; WorkflowOne; Wilmer; ParthForward; Expadata; Industramark; Stanfast; SMARTworks; CopyConcepts) | 600 Albany Street<br>Dayton, OH 45417 | 15-10541 | 31-0455440 |
| **Standard Register Holding Company** | 600 Albany Street<br>Dayton, OH 45417 | 15-10542 | 02-0623186 |
| **Standard Register Technologies, Inc.** | 600 Albany Street<br>Dayton, OH 45417 | 15-10543 | 02-0623180 |
| **Standard Register International, Inc.** | 600 Albany Street<br>Dayton, OH 45417 | 15-10544 | 22-3891861 |
| **Standard Register of Puerto Rico, Inc.**<br>(WorkflowOne of Puerto Rico Inc.) | Metro Office Park<br>7 Calle 1, Suite 304<br>Guaynabo, PR 00968-1718 | 15-10545 | 27-5160578 |
| **Standard Register Mexico Holding Company** | 600 Albany Street<br>Dayton, OH 45417 | 15-10546 | 20-4101624 |
| **Standard Register Holding, S. de R.L. de C.V.** | Carretera a Huinala Km. 2.8 No. 404-A, C.P. 66634<br>Apodaca, Nuevo León, Mexico | 15-10547 | SRH 0620214 GR4 |
| **Standard Register de Mexico, S. de R.L. de C.V.** | Carretera a Huinala Km. 2.8 No. 404-A, C.P. 66634<br>Apodaca, Nuevo León, Mexico | 15-10548 | SRM 060214 FN0 |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

01:16773541.1

| DEBTOR<br>(Other names, if any, used by the Debtor in the last 8 years) | ADDRESS | CASE NO. | EIN |
|---|---|---|---|
| **Standard Register Servicios, S. de R.L. de C.V.** | Carretera a Huinala Km. 2.8 No. 404-A, C.P. 66634 Apodaca, Nuevo León, Mexico | 15-10549 | SRS 0606214 3K5 |
| **Standard Register Technologies Canada ULC** | 1300-1969 Upper Water Street Purdy's Warf Tower II Halifax, Nova Scotia B3J 2V1 | 15-10550 | 86198 9663 RC001 |

**DATE, TIME AND LOCATION OF MEETING OF CREDITORS**.  APRIL 21, 2015 AT 10:00 A.M. (ET), J. CALEB BOGGS FEDERAL BUILDING, 844 NORTH KING STREET, ROOM 2112, WILMINGTON, DELAWARE 19801.

**MEETING OF CREDITORS**.  The Debtors' representative, as specified in Rule 9001(5) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), is required to appear at the meeting of creditors on the date and at the place set forth above for the purpose of being examined under oath.  Attendance by creditors at the meeting is welcomed, but not required.  At the meeting, creditors may examine the Debtors and transact such other business as may properly come before the meeting.  The meeting may be continued or adjourned from time-to-time by notice at the meeting, without further written notice to the creditors.

**COMMENCEMENT OF CASES**.  Petitions under chapter 11 of the Bankruptcy Code have been filed in the United States Bankruptcy Court for the District of Delaware (the "Court") by each of the Debtors listed above, and orders for relief have been entered.  You will not receive notice of all documents filed in these cases.  All documents filed with the Court, including lists of the Debtors' property and debts, are or will be available for inspection at the Office of the Clerk of the Court (the "Clerk's Office").  In addition, such documents may be available at www.deb.uscourts.gov or at http://cases.primeclerk.com/standardregister.

**DEADLINE TO FILE A PROOF OF CLAIM**.  Notice of this deadline will be sent by and through a separate notice.

**THE DEADLINE TO FILE A COMPLAINT TO DETERMINE DISCHARGEABILITY OF CERTAIN DEBTS IS JUNE 22, 2015.**

**NAME, ADDRESS AND TELEPHONE NUMBER OF TRUSTEE**.  None appointed to date.

**PROPOSED COUNSEL FOR THE DEBTORS.**

GIBSON, DUNN & CRUTCHER LLP
Robert A. Klyman, Esq.
Samuel A. Newman, Esq.
Jeremy L. Graves, Esq.
Sabina Jacobs, Esq.
333 South Grand Avenue
Los Angeles, CA 90071-1512
Telephone:  (213) 229-7000
Facsimile:  (213) 229-7520

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Michael R. Nestor, Esq.
Kara Hammond Coyle, Esq.
Maris J. Kandestin, Esq.
Andrew Magaziner, Esq.
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

**PURPOSE OF CHAPTER 11 FILING**.  Chapter 11 of the Bankruptcy Code enables a debtor to reorganize pursuant to a plan.  A plan is not effective unless approved by the Court at a confirmation hearing.  Creditors will be given notice concerning any plan, or in the event the case is dismissed or converted to another chapter of the Bankruptcy Code.  The Debtors will remain in possession of their property and will continue to operate their businesses unless a trustee is appointed.

**CREDITORS MAY NOT TAKE CERTAIN ACTIONS**.  A creditor is anyone to whom a debtor owes money or property. Under the Bankruptcy Code, a debtor is granted certain protections against creditors.  Common examples of prohibited actions by creditors are contacting a debtor to demand repayment, taking action against a debtor to collect money owed to creditors or to take property of a debtor, and starting or continuing foreclosure actions or repossessions.  If unauthorized actions are taken by a creditor against the Debtors, the Court may penalize that creditor.  A creditor who is considering taking action against the Debtors or the Debtors' property should review section 362 of the Bankruptcy Code and may wish to seek legal advice.  **The staff of the Clerk's Office is not permitted to give legal advice.**

**CLAIMS**.  Schedules of creditors will be filed pursuant to Bankruptcy Rule 1007.  Any creditor holding a scheduled claim, which is not listed as disputed, contingent, or unliquidated as to amount, may, but is not required to, file a proof of claim in these cases.  Creditors whose claims are not scheduled or whose claims are listed as disputed, contingent, or unliquidated as to amount and who desire to participate in these cases or share in any distribution must file their proofs of claim.  A creditor who desires to rely on the schedules of creditors has the responsibility for determining that its claim is listed accurately.  **Separate notice of the deadlines to file proofs of claim and proofs of claim forms will be provided to the Debtors' known creditors**.  Proofs of claim forms are also available in the Clerk's Office of any bankruptcy court, from the Court's web site at www.deb.uscourts.gov and from the website of Prime Clerk LLC, the Court-appointed claims and noticing agent in these cases, at http://cases.primeclerk.com/standardregister.

**DISCHARGE OF DEBTS**.  Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt.  See 11 U.S.C. § 1141(d).  A discharge means that you may never try to collect the debt from the Debtors, except as provided in the plan.  If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141(d)(6)(A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debtors" listed on page 2 of this notice.  The bankruptcy Clerk's Office must receive the complaint and any required filing fee by that deadline.

Dated:  March 30, 2015            For the Court: */s/ David D. Bird*
                                  Clerk of the United States Bankruptcy Court
                                  for the District of Delaware