IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, *et al.*,<br><br>Debtors. | ) ) ) Chapter 11 ) ) Case No. 15-10541 (BLS) ) ) ) (Jointly Administered) ) |

### VERIFIED STATEMENT PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to the provisions of Rule 2019 of the Federal Rules of Bankruptcy Procedure, Russell R. Johnson III of the Law Firm of Russell R. Johnson III, PLC files this Verified Statement of his firm's (the "Firm") multiple representations in this case of the following utility companies (the "Utilities") that provided prepetition utility goods/services to the Debtors, and continue to provide post-petition utility goods/services to the Debtors:

1. The names and addresses of the Utilities represented by the Firm are:

    A.    American Electric Power
            Attn: Gregory Holland
            40 Franklin Road
            P.O. Box 2021
            Roanoke, VA 24022-2121

    B.    Duke Energy Florida, Inc.
            Duke Energy Indiana, Inc.
            Duke Energy Corporation
            Office of General Counsel
            550 South Tryon Street - DEC45A
            Charlotte, NC 28202

    C.     Georgia Power Company
           Attn: Jim Maynard
           2500 Patrick Henry Parkway
           McDonough, GA  30253

    D.     The Connecticut Light and Power Company
           Yankee Gas Services Company
           Attn:  Honor S. Heath, Esq.
           Northeast Utilities Service Company
           107 Selden Street
           Berlin, CT  06037

    E.     Metropolitan Edison Company
           Attn:  Kathy M. Hofacre
           FirstEnergy Corp.
           76 S. Main St., A-GO-15
           Akron, OH  44308

2.  The nature and the amount of claims (interests) of the Utilities, and the times of acquisition thereof are as follows:

(a)  American Electric Power, The Connecticut Light and Power Company, Duke Energy Florida, Inc., Duke Energy Indiana, Inc., Georgia Power Company, Yankee Gas Services Company and Metropolitan Edison Company have unsecured claims against the above-referenced Debtors arising from prepetition utility usage.

(b)  For more information regarding the claims and interests of the Utilities in these jointly-administered cases, refer to the (i) *Objection of Certain Utilities to the Motion For Interim and Final Orders (A) Prohibiting Utility Providers From Altering, Refusing or Discontinuing Service; (B) Approving the Debtors' Proposed Adequate Assurance of Payment For Postpetition Services; and (C) Establishing Procedures For Resolving Requests For Additional Adequate Assurance of Payment* (the "Objection") (Docket No. 100), and (ii) the *Joinder* (Docket No. 103) to the

Objection filed in the above-captioned, jointly-administered, bankruptcy cases.

3. The Law Firm of Russell R. Johnson III, PLC was retained to represent the foregoing Utilities in March 2015. The circumstances and terms and conditions of employment of the Firm by the Utilities is protected by the attorney-client privilege and attorney work product doctrine.

LAW FIRM OF RUSSELL R. JOHNSON III, PLC

By: /s/ Russell R. Johnson III
Russell R. Johnson III

Russell R. Johnson III appeared before me this 27th day of March 2015, and acknowledged that the representations in the foregoing statement are true to the best of his knowledge, information and belief.

NOTARY PUBLIC

My commission expires: 4/30/2017

LYNN S PLOTKIN
Notary Public
Commonwealth of Virginia
7556922
My Commission Expires Apr 30, 2017