**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE STANDARD REGISTER | ) | Case No. 15-10541 (BLS) |
| COMPANY, *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that CIT Group/Equipment Financing, Inc. ("CIT Group") hereby enters its appearance in the above-captioned case by and through its counsel, McCarter & English, LLP, and such counsel hereby requests, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and § 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases be given and served upon the following persons at the addresses, telephone, facsimile numbers and e-mail addresses indicated below:

| | |
|---|---|
| Katharine L. Mayer, Esq. | Lisa Bonsall, Esquire |
| McCarter & English, LLP | McCarter & English, LLP |
| Renaissance Centre | Four Gateway Center |
| 405 N. King Street, 8th Floor | 100 Mulberry Street |
| Wilmington, DE 19801 | Newark, NJ 07102 |
| Phone: (302) 984-6300 | Telephone: (973) 622-4444 |
| Fax: (302) 984-6399 | Facsimile: (215) 624-7070 |
| Email: kmayer@mccarter.com | Email: lbonsall@mccarter.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, electronic mail or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

ME1 20079233v.1

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the rights (1) to have final orders in non-core matters entered only after <u>de novo</u> review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these cases or any cases, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, setoffs, or recoupments to which CIT Group, is or may be entitled.

Date: March 30, 2015
Wilmington, DE

**McCARTER & ENGLISH LLP**

 */s/* Katharine L. Mayer
Katharine L. Mayer (DE ID #3758)
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE 19801
Telephone: (302) 984-6300
Facsimile: (302) 984-6399
Email: kmayer@mccarter.com

-and-

Lisa Bonsall, Esquire
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444
Facsimile: (973) 624.7070
Email: lbonsall@mccarter.com

*Counsel for CIT Group/Equipment Financing, Inc.*

2