## **CERTIFICATE OF SERVICE**

I, Katharine L. Mayer, do hereby certify that on March 27, 2015, I caused a true and correct copy of the *Notice of Appearance* to be served upon the below listed by U.S. Mail, postage pre-paid.

    /s/ Katharine L. Mayer
Katharine L. Mayer (DE ID #3758)

| | |
|---|---|
| Michael R. Nestor | Robert A. Klyman |
| Kara Hammond Coyle | Samuel A. Newman |
| Maris J. Kandestin | Jeremy L. Graves |
| Andrew J. Magaziner | Sabina Jacobs |
| Young, Conaway Stargett & Taylor, LLP | Gibson, Dunn & Crutcher LLP |
| Rodney Square | 333 South Grand Avenue |
| 1000 North King Street | Los Angeles, California  90071-1512 |
| Wilmington, Delaware  19801 | *Debtors's Counsel* |
| *Debtors' Counsel* | |

Mark S. Kenney
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801