**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON APRIL 1, 2015 AT 10:00 A.M. (ET)**

**ADJOURNED MATTERS**

1. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Payment of Certain Prepetition Workforce Claims, Including Wages, Salaries and Other Compensation, (II) Authorizing Payment of Certain Employee Benefits and Confirming Right to Continue Employee Benefits on a Postpetition Basis, (III) Authorizing Payment of Reimbursement to Employees for Expenses Incurred Prepetition, (IV) Authorizing Payment of Withholding and Payroll-Related Taxes, (V) Authorizing Payment of Workers' Compensation Obligations, and (VI) Authorizing Payment of Prepetition Claims Owing to Administrators and Third Party Providers [D.I. 14; 3/12/15]

   Related Documents:

   a) Interim Order (I) Authorizing Payment of Certain Prepetition Workforce Claims, Including Wages, Salaries and Other Compensation, (II) Authorizing Payment of Certain Employee Benefits and Confirming Right to Continue Employee Benefits on a Postpetition Basis, (III) Authorizing Payment of Reimbursement to Employees for Expenses Incurred Prepetition, (IV) Authorizing Payment of Withholding and Payroll-Related Taxes, (V) Authorizing Payment of Workers' Compensation Obligations, and (VI) Authorizing Payment of Prepetition Claims Owing to Administrators and Third Party Providers [D.I. 58; 3/13/15]

   b) Omnibus Notice of Pleadings and Hearing Thereon [D.I. 61; 3/13/15]

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

Objection Deadline: March 25, 2015 at 4:00 p.m. (ET)

Objections/Responses Received:

c) Limited Objection by Volt Consulting Group, Ltd. to the Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Payment of Certain Prepetition Workforce Claims, Including Wages, Salaries and Other Compensation, (II) Authorizing Payment of Certain Employee Benefits and Confirming Right to Continue Employee Benefits on a Postpetition Basis, (III) Authorizing Payment of Reimbursement to Employees for Expenses Incurred Prepetition, (IV) Authorizing Payment of Withholding and Payroll-Related Taxes, (V) Authorizing Payment of Workers' Compensation Obligations, and (VI) Authorizing Payment of Prepetition Claims Owing to Administrators and Third Party Providers [D.I. 107; 3/25/15]

Status: This matter is adjourned to April 13, 2015 at 10:00 a.m. (ET).

2. Debtors' Motion for Order (A) Authorizing Debtors (I) to Provide Adequate Protection to the Debtors' Secured Lenders, (II) to Obtain Interim Postpetition Financing on a Superpriority, Secured and Priming Basis in Favor of Silver Point Finance, LLC, as Administrative Agent for Proposed DIP Term Lenders, and Bank of America, N.A., as Administrative Agent for Proposed DIP ABL Lenders, and (III) to Modify the Automatic Stay; and (B) Scheduling, and Establishing Deadlines Relating to a Final Hearing and Entry of a Final Order on Postpetition Financing [D.I. 15; 3/12/15]

Related Documents:

a) Declaration of Dermott O'Flanagan in Support of the Financing Motion [D.I. 16; 3/12/15]

b) Interim Order (I) Authorizing Debtors in Possession to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 362, 363, and 364, (II) Granting Liens and Superpriority Claims to Postpetition Lenders Pursuant to 11 U.S.C. § 364; (III) Providing Adequate Protection to Prepetition Credit Parties and Modifying Automatic Stay Pursuant to 11 U.S.C. §§ 361, 362, 363, and 364; and (IV) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Bankruptcy Rule 4001-2 [D.I. 59; 3/13/15]

c) Omnibus Notice of Pleadings and Hearing Thereon [D.I. 61; 3/13/15]

Objection Deadline: March 25, 2015 at 4:00 p.m. (ET)

Objections/Responses Received:

01:16852444.2

      d) Limited Objection of Raymond Leasing Corporation and Raymond Storage Concepts, Inc. to the Debtors’ Request for a Final Order (I) Authorizing Debtors in Possession to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 362, 363, and 364, (II) Granting Liens and Superpriority Claims to Postpetition Lenders Pursuant to 11 U.S.C. § 364; (III) Providing Adequate Protection to Prepetition Credit Parties and Modifying Automatic Stay Pursuant to 11 U.S.C. §§ 361, 362, 363, and 364; and (IV) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Bankruptcy Rule 4001-2 [D.I. 104; 3/25/15]

e) Informal Response of the Official Committee of Unsecured Creditors

Status: This matter is adjourned to April 13, 2015 at 10:00 a.m. (ET).

3. Debtors' Motion for (I) an Order (A) Establishing Sale Procedures Relating to the Sale of Substantially All of the Debtors' Assets; (B) Approving Bid Protections; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts; (D) Approving Form and Manner of Notice of All Procedures, Protections, Schedules, and Agreements; (E) Scheduling a Hearing to Consider the Proposed Sale; and (F) Granting Certain Related Relief; and (II) an Order (A) Approving the Sale of Substantially All of the Debtors' Assets and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale [D.I. 23; 3/12/15]

Related Documents:

a) Declaration of Andrew Torgove in Support of Sale Motion [D.I. 25; 3/12/15]

b) Notice of Hearing [D.I. 62; 3/13/15]

Objection Deadline: March 25, 2015 at 4:00 p.m. (ET)

Objections/Responses Received:

c) United States Trustee’s Objection to Debtors' Motion for (I) an Order (A) Establishing Sale Procedures Relating to the Sale of Substantially All of the Debtors' Assets; (B) Approving Bid Protections; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts; (D) Approving Form and Manner of Notice of All Procedures, Protections, Schedules, and Agreements; (E) Scheduling a Hearing to Consider the Proposed Sale; and (F) Granting Certain Related Relief; and (II) an Order (A) Approving the Sale of Substantially All of the Debtors' Assets and (B) Authorizing the Assumption and Assignment

        of Certain Executory Contracts and Unexpired Leases in Connection with the Sale (D.I. 23) [D.I. 106; 3/25/15]

d)     Objection of the Pension Benefit Guaranty Corporation to Debtors' Motion for (I) an Order (A) Establishing Sale Procedures Relating to the Sale of Substantially All of the Debtors' Assets; (B) Approving Bid Protections; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts; (D) Approving Form and Manner of Notice of All Procedures, Protections, Schedules, and Agreements; (E) Scheduling a Hearing to Consider the Proposed Sale; and (F) Granting Certain Related Relief; and (II) an Order (A) Approving the Sale of Substantially All of the Debtors' Assets and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale (D.I. 23) [D.I. 119; 3/27/15]

e)     Informal Response of the Official Committee of Unsecured Creditors

Status:     This matter is adjourned to April 13, 2015 at 10:00 a.m. (ET).

4.     Emergency Motion of Volt Consulting Group, Ltd. for the Entry of an Order: (I) Granting Relief from the Automatic Stay Under 11 U.S.C. § 362(d)(1), to the Extent Required, to Terminate Its Contract with the Debtors; or, Alternatively, (II) Requiring the Debtors to Assume or Reject the Contract Under 11 U.S.C. § 365(d)(2) and Provide Adequate Assurance of Future Performance [D.I. 124; 3/27/15]

Related Documents:

a)     Motion for Order Expediting Consideration of, and Shortening the Notice Period Applicable to, the Emergency Motion of Volt Consulting Group, Ltd. for the Entry of an Order: (I) Granting Relief from the Automatic Stay Under 11 U.S.C. § 362(d)(1), to the Extent Required, to Terminate Its Contract with the Debtors; or, Alternatively, (II) Requiring the Debtors to Assume or Reject the Contract Under 11 U.S.C. § 365(d)(2) and Provide Adequate Assurance of Future Performance [D.I. 128; 3/27/15]

Objection Deadline:     At the hearing.

Objections/Responses Received:     None at this time.

Status:     The parties have agreed to adjourn this matter to April 13, 2015 at 10:00 a.m. (ET). Accordingly, the Motion to Shorten is moot.

**RESOLVED MATTER - CERTIFICATION TO BE FILED**

5. Debtors' Motion for Interim and Final Orders (A) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Service; (B) Approving the Debtors' Proposed Adequate Assurance of Payment for Postpetition Services; and (C) Establishing Procedures for Resolving Requests for Additional Adequate Assurance of Payment [D.I. 6; 3/12/15]

Related Documents:

a) Interim Order (A) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Service; (B) Approving the Debtors' Proposed Adequate Assurance of Payment for Postpetition Services; and (C) Establishing Procedures for Resolving Requests for Additional Adequate Assurance of Payment [D.I. 55; 3/13/15]

b) Omnibus Notice of Pleadings and Hearing Thereon [D.I. 61; 3/13/15]

Objection Deadline: March 25, 2015 at 4:00 p.m. (ET)

Objections/Responses Received:

c) Objection of Certain Utility Companies to the Debtors' Motion for Interim and Final Orders (A) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Service; (B) Approving the Debtors' Proposed Adequate Assurance of Payment for Postpetition Services; and (C) Establishing Procedures for Resolving Requests for Additional Adequate Assurance of Payment [D.I. 100; 3/25/15]

d) Joinder of Metropolitan Edison Company to the Objection of Certain Utility Companies to the Debtors' Motion for Interim and Final Orders (A) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Service; (B) Approving the Debtors' Proposed Adequate Assurance of Payment for Postpetition Services; and (C) Establishing Procedures for Resolving Requests for Additional Adequate Assurance of Payment [D.I. 103; 3/25/15]

Status: This matter has been resolved in principle. The Debtors intend to file a revised form of order under Certification of Counsel.

**CONTESTED MATTERS GOING FORWARD**

6. Debtors' Motion for Order Authorizing (A) Continued Use of Cash Management System; (B) Maintenance of Existing Bank Accounts; (C) Continued Use of Existing Business Forms; (D) Continued Performance of Intercompany Transactions in the Ordinary Course of Business and Grant of Administrative Expenses Status for Postpetition Intercompany

Claims; and (E) Limited Waiver of Section 345(b) Deposit and Investment Requirements [D.I. 5; 3/12/15]

Related Documents:

    a)    Interim Order Authorizing (A) Continued Use of Cash Management System; (B) Maintenance of Existing Bank Accounts; (C) Continued Use of Existing Business Forms; (D) Continued Performance of Intercompany Transactions in the Ordinary Course of Business and Grant of Administrative Expenses Status for Postpetition Intercompany Claims; and (E) Limited Waiver of Section 345(b) Deposit and Investment Requirements [D.I. 56; 3/13/15]

    b)    Omnibus Notice of Pleadings and Hearing Thereon [D.I. 61; 3/13/15]

Objection Deadline:    March 25, 2015 at 4:00 p.m. (ET) [Extended for KeyBank to March 27, 2015 at 4:00 p.m. (ET)]

Objections/Responses Received:

    c)    Informal Response of the Official Committee of Unsecured Creditors

Status:    The Debtors are working to address the comments of the Official Committee of Unsecured Creditors. This matter is going forward with respect to the final relief requested in the motion.

7.    Debtors' Motion for Interim and Final Orders Authorizing Debtors to Pay Certain Prepetition Claims of Critical Vendors, Shippers, and Freight Carriers [D.I. 9; 3/12/15]

Related Documents:

    a)    Interim Order Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors, Shippers, and Freight Carriers [D.I. 50; 3/13/15]

    b)    Omnibus Notice of Pleadings and Hearing Thereon [D.I. 61; 3/13/15]

Objection Deadline:    March 25, 2015 at 4:00 p.m. (ET)

Objections/Responses Received:

    c)    Informal Response of the Official Committee of Unsecured Creditors

Status:    The Debtors are working to address the comments of the Official Committee of Unsecured Creditors. This matter is going forward with respect to the final relief requested in the motion.

8.     Debtors' Motion for Entry of Interim and Final Orders Establishing Notification Procedures for Dispositions of, or Claims of Worthless Stock Deductions with Respect to, Standard Register Stock [D.I. 13; 3/12/15]

    Related Documents:

        a)     Interim Order, Establishing Notification Procedures for Dispositions of, or Claims of Worthless Stock Deductions with Respect to, Standard Register Stock [D.I. 57; 3/13/15]

        b)     Omnibus Notice of Pleadings and Hearing Thereon [D.I. 61; 3/13/15]

    Objection Deadline:     March 25, 2015 at 4:00 p.m. (ET)

    Objections/Responses Received:

        c)     Informal Response of the Official Committee of Unsecured Creditors

    Status:     The Debtors are working to address the comments of the Official Committee of Unsecured Creditors. This matter is going forward with respect to the final relief requested in the motion.

Dated: March 30, 2015
Wilmington, Delaware

*<u>/s/ Kara Hammond Coyle</u>*
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Maris J. Kandestin (No. 5294)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
mnestor@ycst.com
kcoyle@ycst.com
mkandestin@ycst.com
amagaziner@ycst.com

-and-

Robert A. Klyman (CA No. 142723)
Samuel A. Newman (CA No. 217042)
Jeremy L. Graves (CO No. 45522)
Sabina Jacobs (CA No. 274829)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-1512
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
rklyman@gibsondunn.com
snewman@gibsondunn.com
jgraves@gibsondunn.com
sjacobs@gibsondunn.com

*Proposed Counsel to the Debtors and Debtors in Possession*