**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| THE STANDARD REGISTER COMPANY, | ) Case No. 15-10541-BLS-11 |
| | ) Chapter 11 |
| Debtor(s) | ) |

### ENTRY OF APPEARANCE AND REQUEST FOR PLEADINGS, NOTICES AND DOCUMENTS

The Missouri Department of Revenue enters its appearance as a creditor of the captioned Debtor(s). This creditor requests service of all pleadings, notices and documents for which a request is required by the Bankruptcy Code and Rules.

All pleadings, notices and documents should preferably be served by e-mail at deecf@dor.mo.gov or by mail at the following address: Missouri Department of Revenue, Bankruptcy Unit, Attention: Sheryl L. Moreau, PO Box 475, Jefferson City, MO 65105-0475.

**This pleading constitutes a written and specific request for the disclosure statement and plan.**

                                            Chris Koster, Attorney General
                                            State of Missouri

                                            By: /s/ Sheryl L. Moreau
                                            Sheryl L. Moreau, Mo. Bar #34690
                                            Special Assistant Attorney General
                                            Missouri Department of Revenue
                                            General Counsel's Office
                                            301 W. High Street, Room 670
                                            PO Box 475
                                            Jefferson City, MO 65105-0475
                                            (573) 751-5531  FAX (573) 751-7232
                                            Attorney for Department of Revenue

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Entry of Appearance and Request for Pleadings, Notices, and Documents were electronically filed and served upon all those who receive electronic notification on March 30, 2015.

/s/ Sheryl L. Moreau