# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE STANDARD REGISTER COMPANY, *et al.*, | ) | Case No. 15-10541 (BLS) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Shannon L. Deeby of Clark Hill PLC to represent Flexcon, Inc. and Technicote, Inc. in this action.

Dated: March 26, 2015

/s/ *Edward J. Kosmowski*
Edward J. Kosmowski
CLARK HILL PLC
824 N. Market Street, Suite 710
Wilmington, Delaware 19801

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Michigan, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: March 26, 2015

/s/ *Shannon L. Deeby*
Shannon L. Deeby
CLARK HILL PLC
151 S. Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: March 30th, 2015
Wilmington, Delaware

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

202249039.1 45960/183984