IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE STANDARD REGISTER COMPANY, *et al.*, | ) ) | Case 15-10541 (BLS) |
| | ) | Jointly Administered |
| Debtors. | ) ) | |

## NOTICE OF RECLAMATION DEMAND

**PLEASE TAKE NOTICE** that Morgan Adhesives Company, LLC d/b/a MACtac ("MACtac"), by and through its undersigned counsel, files this notice of delivery of a written reclamation demand, a copy of which is attached hereto as **Exhibit A** (the "Reclamation Demand"), pursuant to 11 U.S.C. § 546(c) and applicable non-bankruptcy law, upon The Standard Register Company and its related debtors and debtors in possession (collectively, the "Debtors") with respect to certain goods (the "Goods") as further detailed in the Reclamation Demand. The Goods were sold in the ordinary course of MACtac's business with the Debtors, and were delivered to and received by the Debtors during the applicable statutory period prescribed by the Bankruptcy Code prior to the commencement of the Debtors' chapter 11 cases (the "Petition Date") when the Debtors were insolvent within the scope of 11 U.S.C. § 546, and such Goods have a value of not less than $315,861.86.

**PLEASE TAKE FURTHER NOTICE** that MACtac demands that the Debtors immediately inventory the Goods, keep them separate from all other inventory, and, upon further request, make arrangements for the return of the goods at the Debtors' expense.

**PLEASE TAKE FURTHER NOTICE** that MACtac reserves all of its rights and remedies under applicable law, including, without limitation, the right to assert an administrative

PAC 1185319v.1

claim for goods delivered to and received by the Debtors within twenty (20) days prior to the Petition Date pursuant to 11 U.S.C. § 503(b)(9).

**PLEASE TAKE FURTHER NOTICE** that MACTAC further reserves the right to amend and supplement the Reclamation Demand (including filing additional evidence in support thereof) or to file additional demands or claims; including without limitation, a proof of claim in the Debtors' chapter 11 cases and all other claims at law or in equity.

Dated: March 30, 2015
       Wilmington, Delaware

*(signature)*
Etta R. Mayers (DE Bar No. 4164)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
PO Box 951
Wilmington, DE 19899-0951
Phone: (302) 984 6000
Facsimile: (302) 658-1192

*Counsel to Morgan Adhesives Company, LLC d/b/a MACtac*

## EXHIBIT A

PAC 1185319v.1

MORGAN ADHESIVES COMPANY, LLC
4560 Darrow Road
Stow, Ohio 44224-1898
(330)688-1111
Fax (330)688-2540



March 30, 2015

VIA ELECTRONIC MAIL (Joann.Edwards@standardregister.com) AND OVERNIGHT DELIVERY

The Standard Register Company
600 Albany Street
Dayton, Ohio 45417

       Re: In re The Standard Register Company, Case No. 15-10541-BLS
           DEMAND FOR RECLAMATION OF GOODS

To Whom it May Concern:

  The Standard Register Company and its related debtors (collectively, the "Debtors") have received adhesive label stock (collectively, the "Goods") from Morgan Adhesives Company, LLC d/b/a MACtac ("MACtac") during the period of February 16, 2015 through and including March 30, 2015 (the "Reclamation Period"). Copies of the invoices for the Goods will be provided upon request. The purchase price for the Goods is $315,861.86 (the "Purchase Price"). A listing of the Reclamation Period invoices is attached hereto as Exhibit 1. No part of the Purchase Price for the Goods has been paid to MACtac.

  MACtac is aware that the Debtors received the Goods on credit while insolvent, and that on March 12, 2015, the Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware.

  MACtac hereby demands reclamation of the Goods from the Debtors pursuant to section 546(c) of the Bankruptcy Code and applicable state law including, without limitation, UCC § 2-702. MACtac further demands the immediate return of the Goods, as well as any other goods received by the Debtors from MACtac during the Reclamation Period. Further, the Debtors are admonished to immediately segregate and refrain from using, commingling or otherwise converting the Goods in the course of the Debtors' business or otherwise.

  We will be contacting you to make immediate arrangements for the return of the Goods.

  Nothing contained in this letter shall constitute a waiver of any rights, remedies and/or interests of MACtac.

  Please forward all future communications to the undersigned.

Very truly yours,
MORGAN ADHESIVES COMPANY, LLC d/b/a MACtac

By: R.C. Valentine

Encl.
cc: Lisa S. Gretchko
4848-4763-1138, v. 2

## RECLAMATION PERIOD INVOICES-STANDARD REGISTER

| Invoice | Invoice Date | Invoice Amt | City | St |
|---|---|---|---|---|
| 14296126 | 12/17/2014 | (476.79) | DAYTON | OH |
| 15317179 | 2/16/2015 | 4,612.44 | TAMPA | FL |
| 15318499 | 2/19/2015 | 2,853.90 | TAMPA | FL |
| 15318550 | 2/19/2015 | 1,262.68 | DAYTON | OH |
| 15318570 | 2/19/2015 | 180.20 | DAYTON | OH |
| 15318571 | 2/19/2015 | 1,012.45 | DAYTON | OH |
| 15318755 | 2/19/2015 | 3,684.32 | DAYTON | OH |
| 15319154 | 2/20/2015 | 1,092.08 | TAMPA | FL |
| 15319167 | 2/20/2015 | 16,128.00 | TAMPA | FL |
| 15319334 | 2/20/2015 | 469.09 | TAMPA | FL |
| 15319304 | 2/20/2015 | 8,340.14 | DAYTON | OH |
| 15319516 | 2/23/2015 | 16,196.80 | TAMPA | FL |
| 15319517 | 2/23/2015 | 15,600.00 | TAMPA | FL |
| 15319525 | 2/23/2015 | 2,971.49 | DAYTON | OH |
| 15319754 | 2/23/2015 | 1,743.89 | DAYTON | OH |
| 15319783 | 2/23/2015 | 2,486.27 | DAYTON | OH |
| 15320107 | 2/24/2015 | 1,490.78 | DAYTON | OH |
| 15320108 | 2/24/2015 | 3,466.31 | DAYTON | OH |
| 15320217 | 2/24/2015 | 933.56 | DAYTON | OH |
| 15320900 | 2/26/2015 | 6,227.52 | TAMPA | FL |
| 15321048 | 2/26/2015 | (199.00) | DAYTON | OH |
| 15321912 | 2/27/2015 | 638.68 | TAMPA | FL |
| 15321628 | 2/27/2015 | 28,592.00 | TAMPA | FL |
| 15321629 | 2/27/2015 | 11,112.95 | TAMPA | FL |
| 15321630 | 2/27/2015 | 5,901.00 | TAMPA | FL |
| 15322417 | 3/2/2015 | 28,104.00 | TAMPA | FL |
| 15322454 | 3/2/2015 | 6,967.93 | DAYTON | OH |
| 15322529 | 3/2/2015 | 3,773.20 | DAYTON | OH |
| 15322530 | 3/2/2015 | 974.81 | DAYTON | OH |
| 15322847 | 3/3/2015 | 10,474.40 | TAMPA | FL |
| 15322621 | 3/3/2015 | (1,087.60) | DAYTON | OH |
| 15323111 | 3/3/2015 | 2,769.96 | DAYTON | OH |
| 15323139 | 3/3/2015 | 17,981.72 | DAYTON | OH |
| 15323340 | 3/4/2015 | 2,605.26 | TAMPA | FL |
| 15323859 | 3/5/2015 | 8,201.79 | TAMPA | FL |
| 15324088 | 3/5/2015 | 14,702.87 | TAMPA | FL |
| 15324150 | 3/5/2015 | 226.48 | TAMPA | FL |
| 15324449 | 3/6/2015 | 17,136.81 | TAMPA | FL |
| 15324427 | 3/6/2015 | 16,061.29 | DAYTON | OH |
| 15324438 | 3/6/2015 | 1,659.14 | DAYTON | OH |
| 15324985 | 3/9/2015 | 20,112.00 | TAMPA | FL |
| 15324986 | 3/9/2015 | 905.37 | TAMPA | FL |
| 15325214 | 3/9/2015 | 2,701.76 | DAYTON | OH |
| 15325991 | 3/11/2015 | 5,343.74 | TAMPA | FL |
| 15326024 | 3/11/2015 | 15,401.74 | DAYTON | OH |
| 15326140 | 3/11/2015 | 2,690.50 | DAYTON | OH |
| 15326141 | 3/11/2015 | 493.46 | DAYTON | OH |
| 15326329 | 3/12/2015 | 1,340.47 | DAYTON | OH |
|  |  | 315,861.86 |  |  |

Valentine, Ronald C (MACtac)

| | |
|---|---|
| From: | Microsoft Outlook |
| To: | Joann.Edwards@standardregister.com |
| Sent: | Monday, March 30, 2015 2:58 PM |
| Subject: | Relayed: Reclamation |

Delivery to these recipients or distribution lists is complete, but delivery notification was not sent by the destination:

Joann.Edwards@standardregister.com

Subject: Reclamation

Sent by Microsoft Exchange Server 2007

1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE STANDARD REGISTER COMPANY, *et al.*, | ) ) | Case 15-10541 (BLS) |
| | ) | Jointly Administered |
| Debtors. | ) ) | |

### CERTIFICATE OF SERVICE

I, Etta R. Mayers, hereby certify that I am not less than 18 years of age and that on this 30th day of March 2015, I caused a true and correct copy of the foregoing **Notice of Reclamation Demand** to be served upon the parties on the attached service list *via* first class mail, postage pre-paid.

Under penalty of perjury, I declare the foregoing is true and correct.

_____
Etta R. Mayers (DE Bar No. 4164)

PAC 1185319v.1

## SERVICE LIST

Office of the US Trustee
844 King Street, Suite 2207
Wilmington, DE 19801

The Standard Register Company
600 Albany Street
Dayton, Ohio 45417

Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

PAC 1185319v.1