# THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | Case No. 15-10541-BLS |
| | ) | **(Jointly Administered)** |
| **THE STANDARD REGISTER** | ) | |
| **COMPANY, et al.,** | ) | |
| | ) | Chapter 11 |
| *Debtors.* | ) | |
| | ) | |

## REQUEST FOR SERVICE OF NOTICES AND PAPERS

The law firm of Frantz Ward LLP, on behalf of Creditor/Interested Party Avery Dennison, hereby requests that electronic copies of all notices and pleadings filed in this case be electronically served upon Frantz Ward LLP at the following email address:

**trichards@frantzward.com**

Respectfully submitted,

*/s/ Timothy J. Richards*
Timothy J. Richards (OH 0078198)
John F. Kostelnik (OH 0014919)
**FRANTZ WARD LLP**
200 Public Square
Suite 3000
Cleveland, OH 44114
Tel: (216) 515-1660
Fax: (216) 515-1650
trichards@frantzward.com
jkostelnik@frantzward.com

*Counsel for Avery Dennison*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing Request for Service of Notices and Papers has been served via the Court's electronic filing system to all parties receiving ECF Notice this 30th day of March 2015.

*/s/ Timothy J. Richards*
Counsel for Avery Dennison