IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | Re: Docket Nos. 124 & 128 |

**CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING STIPULATION SCHEDULING HEARING ON EMERGENCY MOTION OF VOLT CONSULTING GROUP, LTD. FOR THE ENTRY OF AN ORDER: (I) GRANTING RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362(d)(1), TO THE EXTENT REQUIRED, TO TERMINATE ITS CONTRACT WITH THE DEBTORS; OR, ALTERNATIVELY, (II) REQUIRING THE DEBTORS TO ASSUME OR REJECT THE CONTRACT UNDER 11 U.S.C. § 365(d)(2) AND PROVIDE <u>ADEQUATE ASSURANCE OF FUTURE PERFORMANCE</u>**

On March 27, 2015, Volt Consulting Group, Ltd. ("<u>Volt</u>") filed an *Emergency Motion of Volt Consulting Group, Ltd. for the Entry of an Order: (I) Granting Relief from the Automatic Stay Under 11 U.S.C. § 362(d)(1), to the Extent Required, to Terminate its Contract with the Debtors; or, Alternatively, (II) Requiring the Debtors to Assume or Reject the Contract Under 11 U.S.C. § 365(d)(2) and Provide Adequate Assurance of Future Performance* [Docket No. 124] (the "<u>Lift Stay Motion</u>"). Concurrently therewith, Volt also filed a *Motion for Order Expediting Consideration of, and Shortening the Notice Period Applicable to, the Emergency Motion of Volt Consulting Group, Ltd. for the Entry of an Order: (I) Granting Relief from the Automatic Stay Under 11 U.S.C. § 362(d)(1), to the Extent Required, to Terminate its Contract with the Debtors;*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

01:16880025.1

*or, Alternatively, (II) Requiring the Debtors to Assume or Reject the Contract Under 11 U.S.C. § 365(d)(2) and Provide Adequate Assurance of Future Performance* [Docket No. 128] (the "Motion to Shorten" and together with the Lift Stay Motion, the "Motions").

Subsequent to the filing of the Lift Stay Motion and the Motion to Shorten, The Standard Register Company ("Standard Register") and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors" and, together with Volt, the "Parties") negotiated with Volt in an effort to resolve the Motions. As a result of such negotiations, the Parties have entered into a stipulation (the "Stipulation"), a copy of which is attached as Exhibit 1 to the proposed form of order (the "Proposed Order") attached hereto as Exhibit A, scheduling the hearing on the Lift Stay Motion for April 13, 2015 at 10:00 a.m. (ET) and setting a briefing schedule related thereto.

The Debtors submit that the Stipulation and the Proposed Order are appropriate and consistent with the Parties' discussions, and that entry of the Proposed Order is in the best interests of the Debtors, their estates and creditors. Accordingly, the Debtors respectfully request entry of the Proposed Order, annexed hereto as Exhibit A, at the earliest convenience of the Court.

Dated: March 31, 2015
Wilmington, Delaware

*/s/ Kara Hammond Coyle*
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Maris J. Kandestin (No. 5294)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
mnestor@ycst.com
kcoyle@ycst.com
mkandestin@ycst.com
amagaziner@ycst.com

-and-

Robert A. Klyman (CA No. 142723)
Samuel A. Newman (CA No. 217042)
Jeremy L. Graves (CO No. 45522)
Sabina Jacobs (CA No. 274829)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-1512
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
rklyman@gibsondunn.com
snewman@gibsondunn.com
jgraves@gibsondunn.com
sjacobs@gibsondunn.com

*Proposed Counsel to Debtors*
*and Debtors in Possession*

01:16880025.1