## <u>EXHIBIT A</u>

**Proposed Form of Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | **Re: Docket Nos. 124 &128** |

**ORDER APPROVING STIPULATION SCHEDULING HEARING ON EMERGENCY
MOTION OF VOLT CONSULTING GROUP, LTD. FOR THE ENTRY OF AN ORDER:
(I) GRANTING RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. §
362(d)(1), TO THE EXTENT REQUIRED, TO TERMINATE ITS CONTRACT WITH
THE DEBTORS; OR, ALTERNATIVELY, (II) REQUIRING THE DEBTORS TO
ASSUME OR REJECT THE CONTRACT UNDER 11 U.S.C. § 365(d)(2) AND PROVIDE
<u>ADEQUATE ASSURANCE OF FUTURE PERFORMANCE</u>**

The Court having considered the *Stipulation Scheduling Hearing on Emergency Motion of Volt Consulting Group, Ltd. for the Entry of an Order: (I) Granting Relief from the Automatic Stay Under 11 U.S.C. § 362(d)(1), to the Extent Required, to Terminate its Contract with the Debtors; or, Alternatively, (II) Requiring the Debtors to Assume or Reject the Contract under 11 U.S.C. § 365(d)(2) and Provide Adequate Assurance of Future Performance* (the "<u>Stipulation</u>"), a copy of which is attached hereto as <u>Exhibit 1</u>, it is hereby:

1.      ORDERED, that the Stipulation is approved.

2.      ORDERED, that this is a final order within the meaning of 28 U.S.C. § 158 that is effective immediately upon entry.

---

[1]     The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001).  The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

3.       ORDERED, that this Court shall retain jurisdiction with respect to any matters,

claims, rights or disputes arising from or related to the implementation of this Order.


Dated: Wilmington, Delaware                    _____
             _____, 2015              Brendan L. Shannon
                                               Chief United States Bankruptcy Judge

01:16880025.1

## **EXHIBIT 1**

**Stipulation**

01:16880025.1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | **Re: Docket Nos. 124 &128** |

**STIPULATION SCHEDULING HEARING ON EMERGENCY MOTION OF
VOLT CONSULTING GROUP, LTD. FOR THE ENTRY OF AN ORDER: (I)
GRANTING RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362(d)(1),
TO THE EXTENT REQUIRED, TO TERMINATE ITS CONTRACT WITH THE
DEBTORS; OR, ALTERNATIVELY, (II) REQUIRING THE DEBTORS TO ASSUME
OR REJECT THE CONTRACT UNDER 11 U.S.C. § 365(d)(2) AND PROVIDE
<u>ADEQUATE ASSURANCE OF FUTURE PERFORMANCE</u>**

The Standard Register Company ("<u>Standard Register</u>") and its affiliated debtors and

debtors in possession in the above-captioned chapter 11 cases (collectively, the "<u>Debtors</u>") and

Volt Consulting Group, Ltd. ("<u>Volt</u>" and, together with the Debtors, the "<u>Parties</u>") through their

undersigned counsel, hereby stipulate and agree (this "<u>Stipulation</u>") as follows:

      A.      WHEREAS the Debtors and Volt are parties to a contract (the "<u>Contract</u>")

whereby Volt provides the Debtors with contract workers.

      B.      WHEREAS on March 27, 2015, Volt filed an *Emergency Motion of Volt*

*Consulting Group, Ltd. for the Entry of an Order: (I) Granting Relief from the Automatic Stay*

*Under 11 U.S.C. § 362(d)(1), to the Extent Required, to Terminate its Contract with the Debtors;*

*or, Alternatively, (II) Requiring the Debtors to Assume or Reject the Contract Under 11 U.S.C.*

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001).  The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

*§ 365(d)(2) and Provide Adequate Assurance of Future Performance* [Docket No. 124] (the "<u>Lift Stay Motion</u>").

C.        WHEREAS on March 27, 2015 Volt also filed a *Motion for Order Expediting Consideration of, and Shortening the Notice Period Applicable to, the Emergency Motion of Volt Consulting Group, Ltd. for the Entry of an Order: (I) Granting Relief from the Automatic Stay Under 11 U.S.C. § 362(d)(1), to the Extent Required, to Terminate its Contract with the Debtors; or, Alternatively, (II) Requiring the Debtors to Assume or Reject the Contract Under 11 U.S.C. § 365(d)(2) and Provide Adequate Assurance of Future Performance* [Docket No. 128] (the "<u>Motion to Shorten</u>").

D.        WHEREAS Rules 4001-1(b) and 9006-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "<u>Local Rules</u>") generally require a party  moving for stay relief to set a hearing with at least 18 days' notice.

E.        WHEREAS the Parties have agreed to set a hearing date on the Lift Stay Motion for April 13, 2015.

F.        WHEREAS the Parties are working to amicably resolve the dispute and hope to resolve all outstanding issues prior to April 13, 2015.

NOW, THEREFORE, it is hereby stipulated and agreed as follows:

1.        A hearing on the Lift Stay Motion shall be set for April 13, 2015 at 10:00 a.m. ET.

2.        Any opposition to the Lift Stay Motion shall be filed by April 2, 2015 by 9:00 p.m. ET.

3.        Any reply to such opposition shall be filed by April 8, 2015 by 9:00 p.m. ET.

01:16880243.1

2

4.      The Bankruptcy Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Stipulation.


Dated:    March 31, 2015                                    Dated:      March 31, 2015


*/s/ Kara Hammond Coyle*                                 */s/ Peter M. Sweeney*
Michael R. Nestor (No. 3526)                          Peter M. Sweeney (No. 3671)
Kara Hammond Coyle (No. 4410)                  BLAKELEY LLP
Maris J. Kandestin (No. 5294)                         1000 N. West Street, Suite 1200
Andrew Magaziner (No. 5426)                        Wilmington, Delaware 19801
YOUNG CONAWAY STARGATT                    Telephone:  (302) 415-9908
& TAYLOR, LLP                                                 psweeney@blakeleyllp.com
Rodney Square
1000 North King Street                                     -and-
Wilmington, Delaware 19801
Telephone:  (302) 571-6600                            David M. Mannion
Facsimile:  (302) 571-1253                             BLAKELEY LLP
mnestor@ycst.com                                            54 W. 40th Street
kcoyle@ycst.com                                             New York, New York 10018
mkandestin@ycst.com                                     Telephone: (917) 472-9587
amagaziner@ycst.com                                     dmannion@blakeleyllp.com

-and-                                                               *Counsel for Volt Consulting Group, Ltd.*

Robert A. Klyman (CA No. 142723)
Samuel A. Newman (CA No. 217042)
Jeremy L. Graves (CO No. 45522)
Sabina Jacobs (CA No. 274829)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-1512
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
rklyman@gibsondunn.com
snewman@gibsondunn.com
jgraves@gibsondunn.com
sjacobs@gibsondunn.com

*Proposed Counsel to the Debtors and
Debtors in Possession*