## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, *et al*,[1]<br><br><div align="right">Debtors.</div> | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 13 and 57** |

**LIMITED OBJECTION AND RESERVATION OF RIGHTS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE DEBTORS' MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS ESTABLISHING NOTIFICATION PROCEDURES FOR DISPOSITIONS OF, OR CLAIMS OF WORTHLESS STOCK DEDUCTIONS WITH RESPECT TO, STANDARD REGISTER'S STOCK**

The Official Committee of Unsecured Creditors (the "Committee") of The Standard Register Company and its affiliated debtors and debtors-in-possession (collectively, the "Debtors"), hereby submits this limited objection and reservation of rights (the "Limited Objection") to the *Debtors' Motion for Entry of Interim and Final Orders Establishing Notification Procedures for Dispositions of, or Claims of Worthless Stock Deductions With Respect To, Standard Register's Stock* [Docket No. 13] (the "NOL Motion").[2] In support of this Limited Objection, the Committee respectfully represents as follows:

<div align="center">BACKGROUND</div>

### A.    The Chapter 11 Cases.

1.    On March 12, 2015 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief (the "Chapter 11 Cases") under chapter 11 of title 11 the United States Code,

---

[1]  The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2]  Capitalized terms used but not defined herein shall have the meaning ascribed to such term in the NOL Motion.

11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware.  No trustee or examiner has been appointed in the Chapter 11 Cases.

2.      Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtors are continuing to manage their financial affairs as debtors in possession.

3.      On March 24, 2015, the Office of the United States Trustee appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code.  *See* Docket No. 99.  The Committee is comprised of seven members: (a) Pension Benefit Guaranty Corporation, (b) Timothy V. Webb, (c) Georgia-Pacific Consumer Products LP, (d) Gary Becker, (e) Mark A. Platt, (f) Veritiv Corporation, and (g) The Flesh Company.  On the same day, the Committee selected Lowenstein Sandler LLP and Polsinelli PC to serve as its co-counsel.

**B.      The NOL Motion.**

4.      The Debtor Standard Register is a publically traded company.  *See* NOL Motion at ¶ 7.  According to the Debtors, "unrestricted trading" of this stock and "claims of worthlessness with respect" to Standard Register's stock "could severely limit" the Debtors ability to use their net operating losses ("NOLs") in future tax years.  *Id.* at ¶¶ 8, 11.  The loss of the NOLs would cause a significant impact to the Debtors and their estates.  The Debtors estimate that their NOLs for 2001-2013 are $100.4 million and approximately $50 million for 2014.  *Id.* at ¶ 6.

5.      For these reasons, the Debtors are seeking authority to institute "Procedures for Trading in Stock" and "Procedures for Claiming Worthless Stock Deductions."  *Id.* at ¶ 10.

## LIMITED OBJECTION

6.      The Committee has no objection to the substance of the relief requested in the NOL Motion.  However, the Committee files this Limited Objection to the entry of the current

version of the proposed final order approving the NOL Motion ("Final Order") as it does not include the Committee as a notice party.

7.      As a fiduciary of the Debtors' estates, the Committee has a statutory obligation to investigate the Debtors' businesses and oversee their operations.  *See* 11 U.S.C. § 1103(b). For this reason, the Committee requests that its professionals be included among those to be notified pursuant to the procedures.  A revised Final Order reflecting this change is attached hereto as Exhibit A.[3]

8.      The Committee is in discussions with the Debtors regarding the issues raised in this Limited Objection.  As these issues are not yet resolved, the Committee files this Limited Objection out of an abundance of caution.  However, the Committee is hopeful that the issues will be resolved prior to the hearing on the NOL Motion.

## RESERVATION OF RIGHTS

9.      The Committee expressly reserves all of its rights to make additional comments to the Final Order and/or to amend or supplement this Limited Objection at any time prior to or at any hearing to consider the NOL Motion.

---

[3]  The Committee's revised proposed Final Order annexed hereto as Exhibit A is marked against the most recently circulated draft Final Order.

50129926.1

**WHEREFORE**, the Committee respectfully requests that the Court enter the revised form of Final Order attached hereto and grant the Committee such other and further relief as the Court deems just and proper.

Dated:  March 31, 2015
    Wilmington, Delaware

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Sharon L. Levine, Esq.
Wojciech F. Jung, Esq.
65 Livingston Avenue
Roseland, NJ  07068
Telephone:  (973) 597-2500
Facsimile:  (973) 597-2400

-and –

Gerald C. Bender, Esq.
1251 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 262-6700
Facsimile:  (212) 262-7402

*Proposed Counsel to the Official Committee of Unsecured Creditors*

-and-

**POLSINELLI PC**

_____*/s/ Christopher A. Ward*_____
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
Shanti M. Katona (Del. Bar No. 5352)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone:  (302) 252-0920
Facsimile:  (302) 252-0921

*Proposed Delaware Bankruptcy Counsel to the Official Committee of Unsecured Creditors*

50129926.1