**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| THE STANDARD REGISTER COMPANY, et al. | ) | Case No. 15-10541 (BLS) |
| | ) | Jointly Administered |
| Debtor. | ) | |
| _____ | ) | |

**NOTICE OF RECLAMATION DEMAND OF**
**ARLINGTON PRINTING AND STATIONERS, INC. – d/b/a  APEX COLOR**

Arlington Printing and Stationers, Inc., doing business as Apex Color ("Apex"), by and through its counsel, who files this notice of the delivery of written demand dated March 30, 2015, pursuant to 11 U.S.C. § 546(c) on the above captioned debtors and debtors-in-possession (the "Debtors") to reclaim certain goods (the "Goods") which were sold to Debtors by Apex in the ordinary course of business and which were received by Debtors during the 45 days prior to the filing of the Debtors' bankruptcy case.  Apex attaches as **Exhibit A** and incorporates herein by reference a copy of its formal reclamation demand letter, which was sent to the Debtors and its counsel.  The value of the Goods at issue is not less than $ 181,136.90.

PLEASE TAKE FURTHER NOTICE that Apex asserts an administrative claim under 11 U.S.C. § 503(b)(9) for certain Goods shipped by Apex within twenty (20) days of the commencements of the bankruptcy case.  The value of the Goods shipped within twenty days of the commencements of the bankruptcy case is not less than $78,417.65.

PLEASE TAKE FURTHER NOTICE that the filing of this Notice is not intended to constitute an election of remedies or to waive any of Apex's rights under the Bankruptcy Code or applicable non-bankruptcy law and that Apex reserves its rights to amend this Notice.

**THAMES MARKEY & HEEKIN, P.A.**

By */s/ Robert A. Heekin, Jr.*
Robert A. Heekin, Jr.

Florida Bar Number 0652083
50 N. Laura Street, Suite 1600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001 Facsimile
rah@stmhlaw.net

Attorneys for Arlington Printing and Stationers, Inc. doing business as Apex Color

**Certificate of Service**

I hereby certify that on March 31, 2015, the foregoing was transmitted to the Clerk of Court for uploading to the Case Management/Electronic Case Files ("CM/ECF") System, which will send a notice of electronic filing to all creditors and parties in interest who have consented to receiving electronic notices in this case, and was served by first class mail postage prepaid:

The Standard Register Company
600 Albany Street
Dayton, Ohio  45417

Jeremy L. Graves, Esq.
Gibson Dunn & Crutcher LLP
1801 California Street, Suite 4200
Denver, Colorado  80202-2642

Robert Klyman, Esq.
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, California  90071-1512

/s/ Robert A. Heekin, Jr.
————————————————
Attorney

5