LAW OFFICES

### THAMES MARKEY & HEEKIN

PROFESSIONAL ASSOCIATION

50 NORTH LAURA STREET, SUITE 1600

JACKSONVILLE, FLORIDA 32202

WWW.TMHLAW.NET

RICHARD R. THAMES
BRADLEY R. MARKEY
ROBERT A. HEEKIN, JR.
CHARLES H. KELLER
LORETTA A. TALBERT
RYAN T. HYDE
LAUREN B. WOODBURN

TELEPHONE
904-358-4000

FACSIMILE
904-358-4001

March 30, 2015

**<u>Via Federal Express</u>**

The Standard Register Company
600 Albany Street
Dayton, Ohio  45417

Jeremy L. Graves, Esq.
Gibson Dunn & Crutcher LLP
1801 California Street, Suite 4200
Denver, Colorado  80202-2642

Robert Klyman, Esq.
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, California  90071-1512

Re:     The Standard Register Company, debtor; United States Bankruptcy Court,
        District of Delaware; Case No. 15-10541-BLS

Dear Sirs:

We represent Arlington Printing and Stationers, Inc., doing business as Apex Color ("Apex") in pursuit of its' claims in the above referenced case.  The purpose of this letter is to provide notice of reclamation of the goods sold by Apex to The Standard Register Company ("Debtor") during the 45 days that preceded the filing of the above referenced bankruptcy case (the "Bankruptcy Case").

Pursuant to Uniform Commercial Code § 2-702, and 11 U.S.C. § 546(c) and any other laws of any jurisdiction that may be applicable, Apex hereby makes demand for the reclamation and return of the goods sold to Debtor (the "Goods") during the 45 days that preceded the filing of the Bankruptcy Case (the "Reclamation Period"), as evidenced by the invoices enclosed herewith.  During the Reclamation Period, Apex delivered goods having an agreed but unpaid price and reasonable value of approximately $181,136.90.  Further, Apex believes that Debtor was insolvent at the time it sold the Goods to Debtor.

The Standard Register Company
Jeremy L. Graves, Esq.
Robert Klyman, Esq.
Gibson Dunn & Crutcher LLP
March 30, 2015
Page 2

Apex states that this notice is not intended waive nor does it waive any rights under law or equity nor does it prejudice Apex's rights under 11 U.S.C. § 503(b)(9).

Apex reserves the right to amend, supplement, add, subtract and otherwise change this notice and demand, as well as any subsequent or parallel pleadings filed with the Bankruptcy Court in the Bankruptcy Case, or any other court in law or equity.

Should you have any questions concerning these matters, please feel free to contact us at your convenience.  Thank you in advance for your cooperation.

Very truly yours,

Robert A. Heekin, Jr.

RAH/pdc
Enclosures
3

**Apex Color**
**200 North Lee Street**
**Jacksonville, FL 32204**



3/16/15

Customer Id: STANR11

TO:    Standard Register Home Office
Attn: Corporate Subcontracting
PO BOX 1167
Dayton, OH 45401-1167

Fax:    (757) 622-8899

| Invoice/Pmt Date | Invoice/Chk Number | Purchase Order Number | Invoice Amount | Less Payments | Current Amount Due |
|---|---|---|---|---|---|
| 1/28/15 | 115834 | 9530425 | 1,256.03 | | 1,256.03 |
| 1/28/15 | 115839 | 9945171 | 1,063.90 | | 1,063.90 |
| 1/30/15 | 115879 | 2023413 | 201.18 | | 201.18 |
| 1/30/15 | 115895 | 9632423 | 9,123.70 | | 9,123.70 |
| 2/4/15 | 115927 | M6576426 | 785.10 | | 785.10 |
| 2/4/15 | 115928 | M6560833 | 2,019.07 | | 2,019.07 |
| 2/4/15 | 115929 | M457 | 1,657.74 | | 1,657.74 |
| 2/4/15 | 115930 | M458 | 1,755.08 | | 1,755.08 |
| 2/4/15 | 115931 | M6579924 | 501.75 | | 501.75 |
| 2/6/15 | 115953 | M6578687 | 248.25 | | 248.25 |
| 2/6/15 | 115954 | M6577865 | 3,201.37 | | 3,201.37 |
| 2/6/15 | 115955 | M6569766 | 1,009.46 | | 1,009.46 |
| 2/6/15 | 115956 | M6569766 | 233.19 | | 233.19 |
| 2/10/15 | 115994 | J1277170 | 482.68 | | 482.68 |
| 2/10/15 | 116000 | J180 | 5,519.72 | | 5,519.72 |
| 2/10/15 | 116001 | J178 | 2,017.67 | | 2,017.67 |
| 2/10/15 | 116002 | J181 | 1,013.84 | | 1,013.84 |

**Apex Color**
**200 North Lee Street**
**Jacksonville, FL 32204**



3/16/15

Customer Id: STANR11

**TO:**  Standard Register Home Office
Attn: Corporate Subcontracting
PO BOX 1167
Dayton, OH 45401-1167

**Fax:**  (757) 622-8899

| Invoice/Pmt Date | Invoice/Chk Number | Purchase Order Number | Invoice Amount | Less Payments | Current Amount Due |
|---|---|---|---|---|---|
| 2/10/15 | 116003 | M459 | 763.31 | | 763.31 |
| 2/10/15 | 116004 | M6577868 | 1,074.15 | | 1,074.15 |
| 2/10/15 | 116005 | M6576855 | 8,532.05 | | 8,532.05 |
| 2/10/15 | 116006 | M6579912 | 10,292.57 | | 10,292.57 |
| 2/11/15 | 116015 | EN231356 | 153.76 | | 153.76 |
| 2/11/15 | 116024 | M6577145 | 1,129.15 | | 1,129.15 |
| 2/11/15 | 116025 | M6478377 | 2,096.18 | | 2,096.18 |
| 2/11/15 | 116026 | M6579367 | 1,044.26 | | 1,044.26 |
| 2/11/15 | 116027 | J179 | 2,790.03 | | 2,790.03 |
| 2/12/15 | 116043 | M6579571 | 2,266.17 | | 2,266.17 |
| 2/12/15 | 116044 | M460 | 980.69 | | 980.69 |
| 2/12/15 | 116045 | M461 | 10,459.36 | | 10,459.36 |
| 2/12/15 | D97454011 | J182/1881695/29806 | 273.73 | | 273.73 |
| 2/17/15 | 116069 | 2448207 | 530.87 | | 530.87 |
| 2/17/15 | 116078 | M6579573 | 2,997.76 | | 2,997.76 |
| 2/17/15 | 116079 | M6580569 | 536.96 | | 536.96 |
| 2/17/15 | 116104 | 2480326 | 1,988.42 | | 1,988.42 |
| 2/17/15 | 116105 | 2480820 | 840.67 | | 840.67 |
| 2/17/15 | 116106 | 2502449 | 801.15 | | 801.15 |
| 2/17/15 | 116107 | 2502471 | 1,206.54 | | 1,206.54 |
| 2/17/15 | 116108 | 2502664 | 800.63 | | 800.63 |
| 2/17/15 | 116109 | 2502678 | 800.76 | | 800.76 |
| 2/17/15 | 116110 | 2506237 | 1,198.75 | | 1,198.75 |
| 2/17/15 | 116111 | 2617815 | 2,678.62 | | 2,678.62 |
| 2/18/15 | 116117 | EN235394 | 423.89 | | 423.89 |

**Apex Color**
**200 North Lee Street**
**Jacksonville, FL 32204**

 **STATEMENT**

3/16/15

Customer Id: STANR11

TO:     Standard Register Home Office
        Attn: Corporate Subcontracting
        PO BOX 1167
        Dayton, OH 45401-1167

Fax:    (757) 622-8899

| Invoice/Pmt Date | Invoice/Chk Number | Purchase Order Number | Invoice Amount | Less Payments | Current Amount Due |
|---|---|---|---|---|---|
| 2/18/15 | 116128 | 2481022 | 2,327.34 | | 2,327.34 |
| 2/18/15 | 116129 | 2502695 | 4,799.00 | | 4,799.00 |
| 2/18/15 | 116130 | 2502500 | 2,730.41 | | 2,730.41 |
| 2/18/15 | 116131 | 2506258 | 1,609.91 | | 1,609.91 |
| 2/18/15 | 116132 | 2480999 | 840.67 | | 840.67 |
| 2/18/15 | 116133 | M6580571 | 560.17 | | 560.17 |
| 2/19/15 | 116136 | 2389409 | 199.86 | | 199.86 |
| 2/19/15 | 116137 | 2408629 | 856.75 | | 856.75 |
| 2/23/15 | 116171 | EN236063 | 190.01 | | 190.01 |
| 2/23/15 | 116187 | M6577688 | 196.20 | | 196.20 |
| 2/23/15 | 116191 | 2480383 | 947.19 | | 947.19 |
| 2/23/15 | 116192 | 248542 | 1,011.87 | | 1,011.87 |
| 2/23/15 | 116193 | 2481013 | 2,097.36 | | 2,097.36 |
| 2/23/15 | 116194 | 2481031 | 4,799.00 | | 4,799.00 |
| 2/23/15 | D97542011 | GR019721/B5021315 | 201.14 | | 201.14 |
| 2/23/15 | D97569011 | J240278/0947 240278 | 103.28 | | 103.28 |
| 2/24/15 | 116202 | 2407791 | 403.47 | | 403.47 |
| 2/24/15 | 116203 | M6580860 | 8,620.89 | | 8,620.89 |
| 2/24/15 | 116204 | M6579370 | 7,356.42 | | 7,356.42 |
| 2/25/15 | 116216 | M6580861 | 4,309.43 | | 4,309.43 |
| 2/25/15 | 116217 | M6580859 | 4,107.50 | | 4,107.50 |
| 2/25/15 | 116218 | M6580862 | 8,362.17 | | 8,362.17 |
| 2/26/15 | 116232 | 2502598 | 403.07 | | 403.07 |
| 2/27/15 | 116269 | 2640903 | 984.67 | | 984.67 |
| 2/27/15 | 116270 | M6580444 | 5,576.49 | | 5,576.49 |

**Apex Color**
**200 North Lee Street**
**Jacksonville, FL 32204**



3/16/15

Customer Id: STANR11

**TO:**   Standard Register Home Office
Attn: Corporate Subcontracting
PO BOX 1167
Dayton, OH 45401-1167

**Fax:**   (757) 622-8899

| Invoice/Pmt Date | Invoice/Chk Number | Purchase Order Number | Invoice Amount | Less Payments | Current Amount Due |
|---|---|---|---|---|---|
| 2/27/15 | D97477011 | M9020616 & M20615 | 1,123.50 | | 1,123.50 |
| 2/28/15 | 116317 | EN237163 | 258.42 | | 258.42 |
| 3/4/15 | 116332 | EN238610 | 1,362.24 | | 1,362.24 |
| 3/5/15 | 116356 | 2768464 | 1,013.26 | | 1,013.26 |
| 3/10/15 | 116387 | 2859919 | 1,623.26 | | 1,623.26 |
| 3/10/15 | 116388 | 2768461 | 2,853.27 | | 2,853.27 |
| 3/10/15 | 116389 | 2768458 | 3,360.26 | | 3,360.26 |
| 3/10/15 | 116400 | J183 | 426.62 | | 426.62 |
| 3/10/15 | D97707011 | J7200305/0224-219855 | 496.89 | | 496.89 |
| 3/11/15 | 116423 | 2768457 | 14,451.39 | | 14,451.39 |
| 3/11/15 | 116424 | 2882176 | 2,599.82 | | 2,599.82 |
| 3/11/15 | D97658011 | J211800/0950 211800 | 850.00 | | 850.00 |
| 3/12/15 | 116427 | M6580862 | -1,671.44 | | -1,671.44 |

| CURRENT | OVER 30 | OVER 60 | OVER 90 | OVER 120 | BALANCE DUE |
|---|---|---|---|---|---|
| | | | | | |

Make all checks payable to: **Apex Color**

If you have any questions concerning this statement,
call: (800) 367-6790

Our email: **accounting@apexcolor.net**

A 1.50 % service charge may be added to
any unpaid balance.

THANK YOU FOR YOUR BUSINESS!