**UNITED STATES BANKRUPTCYCOURT**
**FOR THE DISTRICT OF DELAWARE**

In Re:  Chapter 11

Case No. 15-10541 (BLS)

Debtor: The Standard Register Company, et al.

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Gerald C. Bender, Esquire

to represent The Official Committee of Unsecured Creditors

in this action.

/s/ Christopher A. Ward

Firm Name: Polsinelli PC
Address: 222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Phone: 302-252-0920
Email: cward@polsinelli.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Gerald C. Bender

Firm Name: Lowenstein Sandler LLP
Address: 1251 Avenue of the Americas
New York, New York 10020
Phone: 212-262-6700
Email: gbender@lowenstein.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Local Form 105