## UNITED STATES BANKRUPTCYCOURT
## FOR THE DISTRICT OF DELAWARE

In Re:                                      Chapter  11

                                   Case No.  15 - 10541  ( BLS )

Debtor:  The Standard Register Company, et al.

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice

of  Kenneth A. Rosen, Esquire

to represent  The Official Committee of Unsecured Creditors

in this action.

/s/ Christopher A. Ward

Firm Name: Polsinelli PC

Address: 222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801

Phone: 302-252-0920

Email: cward@polsinelli.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of  New Jersey and New York  and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Kenneth A. Rosen

Firm Name: Lowenstein Sandler LLP

Address: 65 Livingston Avenue
Roseland, New Jersey 07068

Phone: 973-597-2500

Email: krosen@lowenstein.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.