## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Timothy R. Quinn, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On March 30, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served 1) via fax (and email if available) on the Core/2002 Service List attached hereto as **Exhibit A** and 2) via fax and email on the Objecting or Responding Party Service List attached hereto as **Exhibit B**:

- Notice of Agenda of Matters Scheduled for Hearing on April 1, 2015 at 10:00 A.M. (ET) [Docket No. 137]

Dated: March 31, 2015

                                                               Timothy R. Quinn

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on March 31, 2015, by Timothy R. Quinn, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

CHRISTINA PULLO
Notary Public, State of New York
No. 02PU6288253
Qualified in Nassau County
Commission Expires September 3, 20__

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

SRF 2227

**Exhibit A**

SRF 2227

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | FAX | EMAIL | METHOD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Top 50 Creditor | PBGC | Courtney Morgan | 1200 K Street NW | | Washington | DC | 20005-4026 | | 202-326-4112 | Morgan.Courtney@pbgc.gov | Fax and email |
| Counsel for the Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Courtney L. Morgan | Office of the Chief Counsel | 1200 K Street NW | Washington | DC | 20005-4026 | | 202-326-4112 | morgan.courtney@pbgc.gov; efile@pbgc.gov | Fax and email |
| Counsel for The Realty Associates Fund IX | Friedlander Misler, PLLC | Attn: Robert E. Greenburg, Thomas F. Murphy, Lindsay A. Thompson | 5335 Wisconsin Avenue, NW | Suite 600 | Washington | DC | 20015 | | 202-857-8343 | rgreenberg@dclawfirm.com; tmurphy@dclawfirm.com; lathompson@dclawfirm.com | Fax and email |
| Top 50 Creditor | Source Technologies Inc | Attn: General Counsel | 4205B Westinghouse Commons Drive | | Charlotte | NC | 28273 | | 203-284-9389 | Kimberly@sourcetechnologiesinc.com | Fax and email |
| Top 50 Creditor | Sanmar Corp | Attn: General Counsel | Po Box 643693 | | Cincinnati | OH | 45264-3693 | | 206-727-3203 | sales@sanmar.com | Fax and email |
| Counsel for the Official Committee of Unsecured Creditors | Lowenstein Sandler LLP | Attn: Gerald C. Bender | 1251 Avenue of the Americas | | New York | NY | 10020 | | 212-262-7402 | | Fax |
| Top 50 Creditor | Volt Consulting | Attn: General Counsel | Two Tower Center Blvd | | East Brunswick | NJ | 08816 | | 212-704-2413 | info@voltconsultinggroup.com | Fax and email |
| Counsel for Flexcon, Inc. & Technicote, Inc. | Clark Hill PLC | Attn: Shannon L. Deeby | 151 South Old Woodward Avenue | Suite 200 | Birmingham | MI | 48009 | | 248-988-2504 | sdeeby@clarkhill.com | Fax and email |
| Top 50 Creditor | Nevs Ink Inc | Attn: General Counsel | 2500 W Sunset Drive | | Waukesha | WI | 53189 | | 262-548-0655 | nevsink@nevsink.com | Fax and email |
| Top 50 Creditor | Domtar Paper Co LLC | Attn: General Counsel | 8800 Sterling Street | | Irving | TX | 75063-2535 | | 270-927-8714 | | Fax |
| Delaware Bankruptcy Counsel to the Official Committee of Unsecured Creditors | Polsinelli PC | Attn: Christopher A. Ward, Justin K. Edelson, Shanti M. Katona | 222 Delaware Avenue | Suite 1101 | Wilmington | DE | 19801 | | 302-252-0921 | cward@polsinelli.com; skatona@polsinelli.com; jedelson@polsinelli.com | Fax and email |
| Counsel for DG3 Croup America, Inc. | Gibbons P.C. | Attn: Natasha M. Songonuga | 1000 N. West Street | Suite 1200 | Wilmington | DE | 19801-1058 | | 302-295-4876 | nsongonuga@gibbonslaw.com | Fax and email |
| Counsel for Flexcon, Inc. & Technicote, Inc. | Clark Hill PLC | Attn: Edward J. Kosmowski | 824 N. Market Street | Suite 710 | Wilmington | DE | 19801 | | 302-421-9439 | ekosmowski@clarkhill.com | Fax and email |
| US Attorney for the District of Delaware | US Attorney for Delaware | Charles Oberly c/o Ellen Slights | 1007 Orange St Ste 700 | PO Box 2046 | Wilmington | DE | 19899-2046 | | 302-573-6220 | usade.ecfbankruptcy@usdoj.gov | Fax and email |
| United States Trustee District of Delaware | Office of the United States Trustee | Mark Kinney | 844 King St Ste 2207 | | Wilmington | DE | 19801 | | 302-573-6497 | mark.kenney@usdoj.gov | Fax and email |
| Delaware Division of Revenue | Delaware Division of Revenue | Zillah Frampton | 820 N French St | | Wilmington | DE | 19801 | | 302-577-8632 | FASNotify@state.de.us | Fax and email |
| Counsel for Silver Point Finance, LLC and Standard Acquistion Holdings, LLC | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Sarah E. Pierce | One Rodney Square | P.O. Box 636 | Wilmington | DE | 19899-0636 | | 302-651-3001 | sarah.pierce@skadden.com | Fax and email |
| Counsel for Bank of America, N.A. | Richards, Layton & Finger, P.A. | Attn: Mark D. Collins, Tyler D. Semmelman | One Rodney Square | 920 North King Street | Wilmington | DE | 19801 | | 302-651-7701 | collins@rlf.com; semmelman@rlf.com | Fax and email |
| Counsel for Hewlett-Packard Company | Cole Schotz, P.C. | Attn: Patrick J. Reilley | 500 Delaware Avenue | Suite 1410 | Wilmington | DE | 19801 | | 302-652-3117 | preilley@coleschotz.com | Fax and email |
| Delaware State Treasury | Delaware State Treasury | Attn Bankruptcy Dept | 820 Silver Lake Blvd Ste 100 | | Dover | DE | 19904 | | 302-739-5635 | statetreasurer@state.de.us | Fax and email |
| Delaware Secretary of State | Delaware Secretary of State | Corporations Franchise Tax | PO Box 898 | | Dover | DE | 19903 | | 302-739-5831 | dosdoc_Ftax@state.de.us | Fax and email |
| Counsel for The Bank of New York Mellon | Reed Smith LLP | Attn: J. Cory Falgowski | 1201 N. Market Street | Suite 1500 | Wilmington | DE | 19801 | | 302-778-7575 | jfalgowski@reedsmith.com | Fax and email |
| Counsel for CIT Group/Equipment Financing, Inc. | McCarter & English LLP | Attn: Katharine L. Mayer | Renaissance Centre | 405 N. King Street, 8th Floor | Wilmington | DE | 19801 | | 302-984-6399 | kmayer@mccarter.com | Fax and email |
| Counsel for Bell & Howell Company and BBH Financial Services | Golan & Christie LLP | Attn: Barbara L. Yong, Caren A. Lederer | 70 W. Madison Street | Suite 1500 | Chicago | IL | 60602 | | 312-263-0939 | blyong@golanchristie.com; calederer@golanchristie.com | Fax and email |
| Administrative Agent under Debtors' First Lein Credit Agreement and Second Lein Credit Agreement | Silver Point Finance, LLC | Ron Meisler Chris Dressel c/o Skadden Arps | 155 N. Wacker Drive | | Chicago | IL | 60606 | | 312-407-0411 | ron.meisler@skadden.com; christopher.dressel@skadden.com | Fax and email |
| Counsel for Silver Point Finance, LLC and Standard Acquistion Holdings, LLC | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Ron E. Meisler Carl T. Tullson Christopher M. Dresel | 155 North Wacker Drive | Suite 2700 | Chicago | IL | 60606-1720 | | 312-407-0411 | ron.meisler@skadden.com; carl.tullson@skadden.com; christopher.dressel@skadden.com | Fax and email |
| Counsel for Flexcon, Inc. & Technicote, Inc. | Clark Hill PLC | Attn: Scott N. Schreiber | 150 N. Michigan Avenue | Suite 2700 | Chicago | IL | 60601 | | 312-985-5984 | sschreiber@clarkhill.com | Fax and email |
| Top 50 Creditor | Cass Information Systems | Attn: General Counsel | 12444 Powerscourt Drive | Suite 550 | St. Louis | MO | 63131 | | 314-506-5955 | | Fax |
| Top 50 Creditor | Washington State Department of Ecology | Attention: General Counsel | Po Box 47600 | | Olympia | WA | 98504-7600 | | 360-407-6989 | maia.bellon@ecy.wa.gov | Fax and email |
| Top 50 Creditor | Georgia Pacific Corp | Emily O. Valladares | 133 Peachtree Street, NE | | Atlanta | GA | 30303 | | 404-487-4113 | Emily.Valladares@gapac.com | Fax and email |
| Administrative Agent under the Debtors' Amended and Restated Loan and Security Agreement | Bank of America, N.A. | James S. Rankin Jr., Parker, Hudson, Rainer & Dobbs LLP | 1500 Marquis Two Tower | 285 Peachtree Center Avenue NE | Atlanta | GA | 30303 | | 404-522-8409 | jrankin@phrd.com | Fax and email |
| Counsel for Bank of America, N.A. | Parker, Hudson, Rainer & Dobbs LLP | Attn: C. Edward Dobbs, James S. Rankin, Jr., Jack C. Basham, Jr., Joshua J. Lewis | 1500 Marquis Two Tower | 285 Peachtree Center Avenue, NE | Atlanta | GA | 30303 | | 404-522-8409 | ced@phrd.com; jsr@phrd.com; jcb@phrd.com; jjl@phrd.com | Fax and email |

In re The Standard Register Company., et al.
Case No. 15-10541 (BLS)

Page 1 of 2

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | FAX | EMAIL | METHOD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for The Bank of New York Mellon | Reed Smith LLP | Attn: Amy M. Tonti | Reed Smith Centre | 225 Fifth Avenue, Suite 1200 | Pittsburgh | PA | 15230-2009 | | 412-288-3063 | atonti@reedsmith.com | Fax and email |
| Counsel for Dallas County | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller | 2777 N. Stemmons Freeway | Suite 1000 | Dallas | TX | 75207 | | 469-221-5003 | dallas.bankruptcy@publicans.com | Fax and email |
| Top 50 Creditor | Flexcon Company | Attn: Accounts Receivable | 1 Flexcon Industrial Park | | Spencer | MA | 01562-2642 | | 508-885-8400 | | Fax |
| Attorneys for the Texas Comptroller of Public Accounts | Texas Comptroller of Public Accounts | Attn: Jay W. Hurst - Assistant Attorney General | Bankruptcy & Collections Division MC 008 | P.O. Box 12548 | Austin | TX | 78711-2548 | | 512-936-1409 | Jay.Hurst@texasattorneygeneral.gov | Fax and email |
| Counsel for United Radio, Inc. dba BlueStar | Graydon Head & Ritchey LLP | Attn: J. Michael Debbeler | 1900 Fifth Third Center | 511 Walnut Street | Cincinnati | OH | 45202 | | 513-651-3836 | mdebbeler@graydon.com | Fax and email |
| Top 50 Creditor | XPEDX LLC | Attn: General Counsel | 6285 Tri-Ridge Blvd. | | Loveland | OH | 45140 | | 513-965-2849 | | Fax |
| Special Corporate Counsel to the Debtors | Dinsmore & Shohl LLP | Christopher A. Deabler | 255 East Fifth Street | Suite 1900 | Cincinnati | OH | 45202 | | 513-977-8141 | christopher.deabler@dinsmore.com | Fax and email |
| Counsel for the Commissioner of the New York State Department of Taxation and Finance by and through Amanda Hiller, Deputy Commissioner and Counsel | New York State Department of Taxation and Finance | Attn: Robert L. Cook, District Tax Attorney, Office of Counsel | 340 East Main St. | | Rochester | NY | 14604 | | 518-435-8490 | Robert.Cook@tax.ny.gov | Fax and email |
| Counsel for the Missouri Department of Revenue | Missouri Department of Revenue | Attn: Sheryl L. Moreau | 301 W. High Street, Room 670 | PO Box 475 | Jefferson City | MO | 65105-0475 | | 573-751-7232 | | Fax |
| Counsel for Cypress-Fairbanks ISD, Washington County & Harris County | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman | PO Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3503 | houston_bankruptcy@lgbs.com | Fax and email |
| Counsel for PJ Printers | Richard S. Price, II | | 1235 N. Harbor Blvd | Suite 200 | Fullerton | CA | 92832-1349 | | 714-871-5620 | rspriceii@aol.com | Fax and email |
| Counsel for Hewlett-Packard Company | Cole Schotz, P.C. | Attn: Michael D. Warner | 301 Commerce Street | Ste. 1700 | Fort Worth | TX | 76102 | | 817-810-5255 | mwarner@coleschotz.com | Fax and email |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | Mail Stop 5 Q30 133 | Philadelphia | PA | 19104-5016 | | 855-235-6787 | | Fax |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 | | 855-235-6787 | | Fax |
| Top 50 Creditor | Independent Printing CO Inc | Attn: General Counsel | 1801 Lawrence Drive | PO Box 5790 | De Pere | WI | 54115 | | 888-336-6118 | contactus@independentinc.com | Fax and email |
| Counsel for Unilever | Parker Ibrahim & Berg LLC | Attn: Joseph H. Lemkin | 270 Davidson Avenue | | Somerset | NJ | 07747-0000 | | 908-333-6230 | joseph.lemkin@piblaw.com | Fax and email |
| Top 50 Creditor | Appvion Inc | Attn: General Counsel | Po Box 638565 | | Cincinnati | OH | 45263-8565 | | 920-991-8852 | | Fax |
| Top 50 Creditor | GLS Graphic Label Solutions | Attn: General Counsel | 2407 Pulaski Highway | | Columbia | TN | 38401 | | 931-490-0024 | customerservice@graphiclabelsolutions.com | Fax and email |
| Top 50 Creditor | Dayton Mailing Services | Attn: General Counsel | Po Box 2436 | | Dayton | OH | 45401 | | 937-222-2696 | marketing@daytonmailing.com | Fax and email |
| Counsel for Volt Consulting Group, Ltd. | Blakeley LLP | Attn: Scott E. Blakeley | 2 Park Plaza | Suite 400 | Irvine | CA | 92614 | | 949-260-0613 | SEB@BlakeleyLLP.com | Fax and email |
| Top 50 Creditor | Business Card Service | Attn: General Counsel | 3200 143rd Circle | | Burnsville | MN | 55306-6945 | | 952-894-5228 | emily.myers@printforce.com | Fax and email |
| Top 50 Creditor | HP Enterprise Services LLC | Attn: General Counsel | Hewlett Packard Express | PO BOX 22160 | Oakland | CA | 94623 | | 972-605-6033 | enterprisesolutions@hp.com | Fax and email |
| Counsel for DG3 Croup America, Inc. | Gibbons P.C. | Attn: Mark B. Conlan | One Gateway Center | | Newark | NJ | 07102-5310 | | 973-596-0545 | mconlan@gibbonslaw.com | Fax and email |
| Counsel for the Official Committee of Unsecured Creditors | Lowenstein Sandler LLP | Attn: Kenneth A. Rosen, Sharon L. Levine | 65 Livingston Avenue | | Roseland | NJ | 07068-0000 | | 973-597-2400 | | Fax |
| Counsel for CIT Group/Equipment Financing, Inc. | McCarter & English LLP | Attn: Lisa Bonsall | Four Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-0000 | | 973-624-7070 | lbonsall@mccarter.com | Fax and email |
| Top 50 Creditor | Earth Color | Attn: General Counsel | 7021 Portwest Drive | STE. 190 | Houston | TX | 77024 | | 973-952-8282 | thebaultinfo@earthcolor.com | Fax and email |
| Top 50 Creditor | Bank Of America | Attention: General Counsel | 200 N College St | | Charlotte | NC | 28255-0001 | | 980-386-6699 | i_r@bankofamerica.com | Fax and email |

In re The Standard Register Company., et al.
Case No. 15-10541 (BLS)

Page 2 of 2

SRF 2227

## **Exhibit B**

Objecting or Responding Party Service List
Served via Fax and Email

| OBJECTING PARTY | NAME | NOTICE NAME | FAX | EMAIL |
|---|---|---|---|---|
| Metropolitan Edison Company | McCarter & English, LLP | Attn: William F. Taylor, Jr. | 302-984-6399 | wtaylor@mccarter.com |
| Raymond Leasing Co | Phillips, Goldman & Spence, P.A. | Attn: Stephen W. Spence | 302-655-4210 | sws@pgslaw.com |
| Utility Co. | Stevens & Lee, P.C. | Attn: Russell R. Johnson III | 804-749-8862 | russj4478@aol.com |