IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*, | ) Case No. 15-10541 (BLS) |
| Debtors. | ) (Jointly Administered) |
| | ) Re: Docket Nos. 6, 100 |

**NOTICE OF WITHDRAWAL OF OBJECTION OF CERTAIN UTILITY COMPANIES TO THE DEBTORS' MOTION FOR INTERIM AND FINAL ORDERS (A) PROHIBITING UTILITY COMPANIES FROM ALTERING, REFUSING OR DISCONTINUING SERVICE; (B) APPROVING THE DEBTORS' PROPOSED ADEQUATE ASSURANCE OF PAYMENT FOR POSTPETITION SERVICES; AND (C) ESTABLISHING PROCEDURES FOR RESOLVING REQUESTS FOR ADDITIONAL ADEQUATE ASSURANCE OF PAYMENT**

American Electric Power, The Connecticut Light and Power Company, Duke Energy Florida, Inc., Duke Energy Indiana, Inc., Georgia Power Company and Yankee Gas Services Company (collectively, the "Utilities"), by counsel, hereby withdraw their *Objection* (Docket No. 100) to the *Debtors' Motion For Interim and Final Orders (A) Prohibiting Utility Providers From Altering, Refusing or Discontinuing Service; (B) Approving the Debtors' Proposed Adequate Assurance of Payment For Postpetition Services; and (C) Establishing Procedures For Resolving Requests For Additional Adequate Assurance of Payment* (Docket No. 6, pursuant to a settlement between the Debtors and the Utilities.

SL1 1360032v1 018560.00192

Dated: March 31, 2015

STEVENS & LEE, P.C.

/s/ John D. Demmy
John D. Demmy (Bar No. 2802)
1105 North Market Street, 7th Floor
Wilmington, Delaware 19801
Telephone:  (302) 425-3308
E-mail:   jdd@stevenslee.com

and

Russell R. Johnson III
John M. Craig
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia  23103
Telephone: (804) 749-8861
Facsimile: (804) 749-8862
E-mail:   russj4478@aol.com

*Counsel for American Electric Power, The Connecticut Light and Power Company, Duke Energy Florida, Inc., Duke Energy Indiana, Inc., Georgia Power Company and Yankee Gas Services Company*

2