IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

THE STANDARD REGISTER            Case No. 15-10541-BLS
  COMPANY *et al.*,                       (Jointly Administered)

           Debtors.                         Chapter 11

## MOTION TO APPROVE APPEARANCE PURSUANT TO LOCAL RULE 9019-1(e)(ii)

I, Andrew L. Cole, respectfully request the approval of this Court to appear in the above-captioned case on behalf of Computer Sciences Corporation pursuant to Local Rule 9010-1(e)(ii) of the United States Bankruptcy Court for the District of Delaware. Local Rule 9010-1(e)(ii) provides:

> Attorneys who are admitted to the Bar of the District Court and in good standing, but who do not maintain an office in the District of Delaware, may appear on behalf of parties upon approval by the Court.

I am admitted to and in good standing with the Bar of the United States District Court for the District of Delaware. I do not maintain an office in the District of Delaware. My office is located in Annapolis, Maryland, at the address listed below.

Accordingly, I respectfully request that the Court enter the attached proposed order approving my appearance in these proceedings pursuant to Local Bankruptcy Rule 9010-1(e)(ii).

Dated: March 31, 2015

                                           /s/ Andrew L. Cole
                                           Andrew L. Cole (5712)
                                           LeClairRyan
                                           180 Admiral Cochrane Drive, Suite 370
                                           Annapolis, Maryland 21401
                                           (410) 224-3000
                                           (410) 224-0098 (Facsimile)
                                           andrew.cole@leclairryan.com

                                           *Attorneys for Computer Sciences Corporation*

2

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing Request for Service of Notices and Papers has been served via the Court's electronic filing system to all parties receiving ECF Notice this 31st day of March 2015.

    /s/ Andrew L. Cole
Andrew L. Cole (5712)