IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

THE STANDARD REGISTER                Case No. 15-10541-BLS
 COMPANY *et al.*,                   (Jointly Administered)

                Debtors.             Chapter 11
_____/

ORDER APPROVING APPEARANCE PURSUANT TO LOCAL RULE 9019-1(e)(ii)

This Matter coming before the Court upon the motion of Andrew L. Cole to appear in the

above-captioned case on behalf of Computer Sciences Corporation pursuant to Local Rule 9010-

1(e)(ii) of the United States Bankruptcy Court for the District of Delaware; and the Court having

reviewed the motion and determined the relief sought is appropriate, it is hereby:

ORDERED, that Andrew L. Cole may appear in the above-captioned case pursuant to

Local Rule 9010-1(e)(ii).

Dated: _____, 2015

                                      _____
                                      The Honorable Brendan L. Shannon
                                      United States Bankruptcy Judge