IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE STANDARD REGISTER COMPANY, *et al.*, | ) ) ) | Case 15-10541 (BLS) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | § |
| | § SS: |
| COUNTY OF NEW CASTLE | § |

I, Etta R. Mayers, being duly sworn according to law, deposes and says that I am employed by the law firm of Potter Anderson & Corroon LLP, counsel to Morgan Adhesives Company, LLC d/b/a MACtac ("Morgan Adhesives"), in the above-captioned matter, and that on March 31, 2015, I caused a copy of the **Notice of Reclamation Demand** to be served upon the party listed below *via* facsimile.

Robert A. Klyman, Esquire
Samuel A. Newman, Esquire
Jeremy L. Graves, Esquire
Sabina Jacobs, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071-1512
Facsimile:  213-229-7520

_____
Etta R. Mayers

SWORN TO AND SUBSCRIBED before me this 31st day of March 2015.

MARY ALLEGRETTI
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires May 2, 2015

_____
Notary Public
My Commission Expires:
5/2/2015

PAC 1185485v.1