## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | **Re: Docket Nos. 124 &128** |

**ORDER APPROVING STIPULATION SCHEDULING HEARING ON EMERGENCY MOTION OF VOLT CONSULTING GROUP, LTD. FOR THE ENTRY OF AN ORDER: (I) GRANTING RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362(d)(1), TO THE EXTENT REQUIRED, TO TERMINATE ITS CONTRACT WITH THE DEBTORS; OR, ALTERNATIVELY, (II) REQUIRING THE DEBTORS TO ASSUME OR REJECT THE CONTRACT UNDER 11 U.S.C. § 365(d)(2) AND PROVIDE <u>ADEQUATE ASSURANCE OF FUTURE PERFORMANCE</u>**

The Court having considered the *Stipulation Scheduling Hearing on Emergency Motion of Volt Consulting Group, Ltd. for the Entry of an Order: (I) Granting Relief from the Automatic Stay Under 11 U.S.C. § 362(d)(1), to the Extent Required, to Terminate its Contract with the Debtors; or, Alternatively, (II) Requiring the Debtors to Assume or Reject the Contract under 11 U.S.C. § 365(d)(2) and Provide Adequate Assurance of Future Performance* (the "<u>Stipulation</u>"), a copy of which is attached hereto as <u>Exhibit 1</u>, it is hereby:

1.      ORDERED, that the Stipulation is approved.

2.      ORDERED, that this is a final order within the meaning of 28 U.S.C. § 158 that is effective immediately upon entry.

---

[1]   The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

3.      ORDERED, that this Court shall retain jurisdiction with respect to any matters,

claims, rights or disputes arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware

M  31  , 2015

Brendan L. Shannon
Chief United States Bankruptcy Judge