# EXHIBIT 1

**Stipulation**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, et al.,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | Re: Docket Nos. 124 & 128 |

### STIPULATION SCHEDULING HEARING ON EMERGENCY MOTION OF VOLT CONSULTING GROUP, LTD. FOR THE ENTRY OF AN ORDER: (I) GRANTING RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362(d)(1), TO THE EXTENT REQUIRED, TO TERMINATE ITS CONTRACT WITH THE DEBTORS; OR, ALTERNATIVELY, (II) REQUIRING THE DEBTORS TO ASSUME OR REJECT THE CONTRACT UNDER 11 U.S.C. § 365(d)(2) AND PROVIDE ADEQUATE ASSURANCE OF FUTURE PERFORMANCE

The Standard Register Company ("Standard Register") and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") and Volt Consulting Group, Ltd. ("Volt" and, together with the Debtors, the "Parties") through their undersigned counsel, hereby stipulate and agree (this "Stipulation") as follows:

A.  WHEREAS the Debtors and Volt are parties to a contract (the "Contract") whereby Volt provides the Debtors with contract workers.

B.  WHEREAS on March 27, 2015, Volt filed an *Emergency Motion of Volt Consulting Group, Ltd. for the Entry of an Order: (I) Granting Relief from the Automatic Stay Under 11 U.S.C. § 362(d)(1), to the Extent Required, to Terminate its Contract with the Debtors; or, Alternatively, (II) Requiring the Debtors to Assume or Reject the Contract Under 11 U.S.C.*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

01:16880243.1

*§ 365(d)(2) and Provide Adequate Assurance of Future Performance* [Docket No. 124] (the "Lift Stay Motion").

C. WHEREAS on March 27, 2015 Volt also filed a *Motion for Order Expediting Consideration of, and Shortening the Notice Period Applicable to, the Emergency Motion of Volt Consulting Group, Ltd. for the Entry of an Order: (I) Granting Relief from the Automatic Stay Under 11 U.S.C. § 362(d)(1), to the Extent Required, to Terminate its Contract with the Debtors; or, Alternatively, (II) Requiring the Debtors to Assume or Reject the Contract Under 11 U.S.C. § 365(d)(2) and Provide Adequate Assurance of Future Performance* [Docket No. 128] (the "Motion to Shorten").

D. WHEREAS Rules 4001-1(b) and 9006-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") generally require a party moving for stay relief to set a hearing with at least 18 days' notice.

E. WHEREAS the Parties have agreed to set a hearing date on the Lift Stay Motion for April 13, 2015.

F. WHEREAS the Parties are working to amicably resolve the dispute and hope to resolve all outstanding issues prior to April 13, 2015.

NOW, THEREFORE, it is hereby stipulated and agreed as follows:

1. A hearing on the Lift Stay Motion shall be set for April 13, 2015 at 10:00 a.m. ET.

2. Any opposition to the Lift Stay Motion shall be filed by April 2, 2015 by 9:00 p.m. ET.

3. Any reply to such opposition shall be filed by April 8, 2015 by 9:00 p.m. ET.

4.  The Bankruptcy Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Stipulation.

| | |
|---|---|
| Dated: March 31, 2015 | Dated: March 31, 2015 |
| /s/ Kara Hammond Coyle | /s/ Peter M. Sweeney |
| Michael R. Nestor (No. 3526) | Peter M. Sweeney (No. 3671) |
| Kara Hammond Coyle (No. 4410) | BLAKELEY LLP |
| Maris J. Kandestin (No. 5294) | 1000 N. West Street, Suite 1200 |
| Andrew Magaziner (No. 5426) | Wilmington, Delaware 19801 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | Telephone: (302) 415-9908 |
| | psweeney@blakeleyllp.com |
| Rodney Square | |
| 1000 North King Street | -and- |
| Wilmington, Delaware 19801 | |
| Telephone: (302) 571-6600 | David M. Mannion |
| Facsimile: (302) 571-1253 | BLAKELEY LLP |
| mnestor@ycst.com | 54 W. 40th Street |
| kcoyle@ycst.com | New York, New York 10018 |
| mkandestin@ycst.com | Telephone: (917) 472-9587 |
| amagaziner@ycst.com | dmannion@blakeleyllp.com |
| -and- | *Counsel for Volt Consulting Group, Ltd.* |
| Robert A. Klyman (CA No. 142723) | |
| Samuel A. Newman (CA No. 217042) | |
| Jeremy L. Graves (CO No. 45522) | |
| Sabina Jacobs (CA No. 274829) | |
| GIBSON, DUNN & CRUTCHER LLP | |
| 333 South Grand Avenue | |
| Los Angeles, CA 90071-1512 | |
| Telephone: (213) 229-7000 | |
| Facsimile: (213) 229-7520 | |
| rklyman@gibsondunn.com | |
| snewman@gibsondunn.com | |
| jgraves@gibsondunn.com | |
| sjacobs@gibsondunn.com | |
| *Proposed Counsel to the Debtors and Debtors in Possession* | |