# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | ) | Case No. 15-10541 (BLS) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) SS |
| NEW CASTLE COUNTY | ) |

Susan M. Ambrose, being duly affirmed according to law, deposes and says that she is employed by the law firm of Clark Hill PLC, counsel to Flexcon, Inc. and Technicote, Inc., in the above-captioned case, and that on the 27th day of March, 2015, she caused copies of the following pleading to be served by U.S. First Class Mail to those parties on the attached service list:

- **Notice of Appearance and Request for Service of Papers [D.I. 113]**
- **Notice of Appearance and Request for Service of Papers [D.I. 114]**
- **Motion and Order for Admission Pro Hac Vice [D.I. 115]**
- **Motion and Order for Admission Pro Hac Vice [D.I. 116]**
- **Verified Statement of Clark Hill PLC Pursuant to Rule 2019 of Federal Rules of Bankruptcy Procedure [D.I. 117]**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

Dated: March 30, 2015

_____
Susan M. Ambrose

AFFIRMED TO AND SUBSCRIBED before me this 30 day of March, 2015.

_____
Notary Public
Edward J. Kosmowski, Esq. (DE Bar ID 3849)
Authorized to perform notarial acts in
New Castle, Kent and Sussex County Delaware
pursuant to 29 Del. C. § 4323(a)(3).

Jeremy L. Graves
GIBSON DUNN & CRUTCHER LLP
1801 California Street
Suite 4200
Denver, CO 80202-2642
*Counsel for Debtor The Standard Register Company*

Kara Hammond Coyle
Maris J. Kandestin
Andrew L Magaziner
Michael R. Nestor
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
*Counsel for Debtor The Standard Register Company*

Sabina Jacobs
Robert Klyman
Jeffrey C. Krause
Samuel A. Newman
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
*Counsel for Debtor The Standard Register Company*

Mark S. Kenney
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
*U.S. Trustee*