IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                                                                  Chapter 11

THE STANDARD REGISTER COMPANY, et al,              Case No.: 15-10541 (BLS)

                       Debtor.                                              (Jointly Administered)

_____/

## NOTICE OF APPEARANCE
## AND DEMAND FOR SERVICE OF PAPERS

TO ALL PARTIES, PLEASE TAKE NOTICE THAT:

      Saddle Creek Corporation, files this Notice of Appearance and Demand for Service of Papers, pursuant to 11 U.S.C. §§ 342, and 1109, Fed. R. Bankr. P. 2002, 2018, 3017, 7005, 7024, 9007, 9010 and 9013, as applicable, and respectfully requests that all notices given or required to be served in this proceeding be served upon the attorneys listed at the addresses below:

                John J. Lamoureux, Esquire
                CARLTON FIELDS JORDEN BURT, P. A.
                4221 West Boy Scout Boulevard, 10th Floor
                Tampa, Florida  33607-5736
                Post Office Box 3239
                Tampa, Florida  33601-3239
                Telephone:  (813) 223-7000
                Fax:            (813) 229-4133
                E-mail: jlamoureux@cfjblaw.com

      PLEASE TAKE FURTHER NOTICE that the request for service of notice includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, disclosure statement or plan of reorganization in the above-styled bankruptcy case, whether transmitted or conveyed by mail, telephone or otherwise.

Respectfully submitted this 1st day of April, 2015.

/s/ John J. Lamoureux
John J. Lamoureux
Florida Bar Number 835218
CARLTON FIELDS JORDEN BURT, P.A.
4221 West Boy Scout Boulevard, 10th Floor
Tampa, Florida  33607-5736
Post Office Box 3239
Tampa, Florida  33601-3239
Telephone:  (813) 223-7000
Facsimile:  (813) 229-4133
E-mail:  jlamoureux@cfjblaw.com

Attorneys for Saddle Creek Corporation

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Notice of Appearance has been furnished by using the CM/ECF system which will send a notice of electronic filing this 1st day of April, 2015.

/s/ John J. Lamoureux
Attorney