**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>Jointly Administered |

**NOTICE OF RECLAMATION DEMAND OF APPVION, INC.**

COMES NOW Appvion, Inc. ("Appvion"), by and through its counsel, who files this notice of the delivery of a written demand dated April 1, 2015, pursuant to 11 U.S.C. § 546(c) on the above captioned debtors and debtors-in-possession (the "Debtors") to reclaim certain goods (the "Goods") which were sold to Debtors by Appvion in the ordinary course of business and which were received by Debtors during the 45 days prior to the filing of the Debtors' bankruptcy case. Appvion attaches as Exhibit A and incorporates herein by reference a copy of its formal reclamation demand letter, which was sent to the Debtors and their counsel. The value of the Goods at issue is $1,116,830.83.

PLEASE TAKE FURTHER NOTICE that Appvion asserts an administrative claim under 11 U.S.C. § 503(b)(9) for certain Goods shipped by Appvion and received by the Debtors within twenty (20) days of the commencement of the bankruptcy case. The value of the Goods shipped to and received by the Debtor within twenty days of the commencement of the bankruptcy case is $723,146.11.

PLEASE TAKE FURTHER NOTICE that the filing of this Notice is not intended to constitute an election of remedies or to waive any of Appvion's rights under the Bankruptcy Code or applicable non-bankruptcy law and that Appvion reserves its rights to amend this Notice.

| | |
|---|---|
| Dated:  April 1, 2015<br>           Wilmington, Delaware | DUANE MORRIS LLP<br><br>*/s/ Jarret P. Hitchings*<br>Jarret P. Hitchings (DE 5564)<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE  19801<br>Telephone:  (302) 657-4900<br>Facsimile:  (302)657-4901<br>E-mail: jphitchings@duanemorris.com<br><br>- and -<br><br>Jeffrey W. Spear, Esq.<br>1540 Broadway<br>New York, NY 10036<br>Telephone: (212) 692-1000<br>E-mail: jwspear@duanemorris.com<br><br>*Counsel to Appvion, Inc*. |