**EXHIBIT A**

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY

# Duane Morris®

FIRM and AFFILIATE OFFICES

JEFFREY W. SPEAR
DIRECT DIAL: +1 212 692 1038
PERSONAL FAX: +1 412 202 4303
E-MAIL: jwspear@duanemorris.com

www.duanemorris.com

ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO
SRI LANKA
ALLIANCE WITH
GOWERS INTERNATIONAL

April 1, 2015

**VIA E-MAIL AND FEDEX**

Samuel A. Newman, Esq.
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-1512
snewman@gibsondunn.com

The Standard Register Company
600 Albany Street
Dayton, OH 45417
Attn: Charles Buemi
charles.buemi@standardregister.com

> Re: **In re: The Standard Register Company, et al.;
> Case No. 15-10541 (BLS); Jointly Administered
> Demand for Reclamation by Appvion, Inc.**

To Whom it May Concern:

Our firm represents Appvion, Inc. ("Appvion"), a creditor in the above-captioned bankruptcy case of The Standard Register Company – d/b/a WorkflowOne (the "Debtor").

Pursuant to Uniform Commercial Code §2-702 and 11 U.S.C. §546(c), Appvion hereby demands from the Debtor the reclamation and return of all goods that were shipped to the Debtor by Appvion and not paid, where such goods were received by the Debtor within forty-five (45) days preceding the commencement of the Debtor's bankruptcy case filed on March 12, 2015 (the "Reclamation Period"). During the Reclamation Period, Appvion delivered goods having an agreed but unpaid value totaling approximately $1,116,830.83 (see attached summary spreadsheet and copies of invoices).

DUANE MORRIS LLP
1540 BROADWAY   NEW YORK, NY 10036-4086                PHONE: +1 212 692 1000   FAX: +1 212 692 1020

DuaneMorris

Samuel A. Newman, Esq.
The Standard Register Company
April 1, 2015
Page 2


      Appvion demands that all goods subject to Appvion's reclamation rights, including goods received during the Reclamation Period, be segregated and protected by you from any other goods in your possession and that you provide an immediate accounting of all such goods on-hand and their present location(s). Such goods shall not be used for any purpose whatsoever except those specifically authorized by the Bankruptcy Court following notice and a hearing.

      Appvion makes this demand for reclamation without prejudice to all other rights and remedies available to it, at law or in equity, including, but not limited to, its right to an allowed administrative expense claim under 11 U.S.C. §503(b)(9) and/or its right to amend and supplement this demand and to serve and file additional demands or claims.

      Please forward all communications concerning the matters discussed herein to my office as counsel for Appvion. Should you have any questions, please do not hesitate to contact me.

                                      Very truly yours,

                                      Jeffrey W. Spear


cc:      Matt Vosters
          Senior Legal Counsel, Appvion, Inc.

**Standard Register Pre-Petition Account Summary**
As of 3/31/2015

APPVION, INC.

3/12/2015 date of Ch. 11 filing
2/20/2015 20 days prior to filing
1/26/2015 45 days prior to filing

| Payor Number | Customer Number | Customer Name | Doc Type | Document Number | Invoice Date | Due Date | Open Amount | Trans Curr | Purchase Order / Reference # | Sales Order Doc Number | SO Type | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11515067 | 03/16/15 | 04/15/15 | 1,510.93 | USD | OH30021391 | 1058943 | SO | |
| 63759 | 186114 | STANDARD REGISTER - GOSHEN | IN | 11511571 | 03/11/15 | 04/15/15 | 24,623.00 | USD | 01401529 | 1057265 | SO | |
| 63759 | 186114 | STANDARD REGISTER - GOSHEN | IN | 11511570 | 03/11/15 | 04/15/15 | 3,270.86 | USD | 01401523 | 1057044 | SO | |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11511569 | 03/11/15 | 04/15/15 | 40,440.05 | USD | OH30021396 | 1058212 | SO | |
| 63759 | 56321 | STANDARD REGISTER - FAYETTEVILLE | IN | 11510599 | 03/11/15 | 04/15/15 | 292.45 | USD | 00720711 | 1057663 | SO | |
| 63759 | 186115 | STANDARD REGISTER - LIVERMORE | IN | 11510542 | 03/10/15 | 04/05/15 | 12,938.18 | USD | 08500293 | 1057993 | SO | |
| 63759 | 64891 | STANDARD REGISTER - RADCLIFF | IN | 11510525 | 03/10/15 | 03/31/15 | 224.32 | USD | 07705092 | 1053310 | SO | |
| 63759 | 56321 | STANDARD REGISTER - FAYETTEVILLE | IN | 11510390 | 03/10/15 | 04/05/15 | 6,719.96 | USD | 00720711 | 1057663 | SO | |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | DM | 11509810 | 03/10/15 | 04/05/15 | 2,105.67 | USD | OH30021364 | 80899 | DB | Cancels CR 11490107 issued in error, but taken incorrectly by customer on 3/5/2015 payment |
| 63759 | 59443 | STANDARD REGISTER - YORK | IN | 11509765 | 03/10/15 | 04/05/15 | 1,503.59 | USD | 00618441 | 1057285 | SO | |
| 63759 | 59443 | STANDARD REGISTER - YORK | IN | 11509764 | 03/10/15 | 04/05/15 | 13,819.03 | USD | 00618420 | 1056734 | SO | |
| 63759 | 186114 | STANDARD REGISTER - GOSHEN | IN | 11509715 | 03/09/15 | 04/05/15 | 1,858.58 | USD | 01401534 | 1057416 | SO | |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11509714 | 03/09/15 | 04/05/15 | 2,190.63 | USD | OH30021395 | 1057846 | SO | |
| 63759 | 186114 | STANDARD REGISTER - GOSHEN | IN | 11509713 | 03/09/15 | 04/05/15 | 12,760.82 | USD | OH30021374 | 1047431 | SO | |
| 63759 | 160698 | STANDARD REGISTER - SHELBYVILLE | IN | 11509705 | 03/09/15 | 04/05/15 | 7,562.58 | USD | 01114589 | 1074419 | SO | |
| 63759 | 186115 | STANDARD REGISTER - LIVERMORE | IN | 11507934 | 03/06/15 | 04/05/15 | 6,606.26 | USD | 08500289 | 1057717 | SO | |
| 63759 | 186115 | STANDARD REGISTER - LIVERMORE | IN | 11507933 | 03/06/15 | 04/05/15 | 528.39 | USD | 08500280 | 1057331 | SO | |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11507932 | 03/06/15 | 04/05/15 | 1,352.55 | USD | OH30021393 | 1057679 | SO | |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11507931 | 03/06/15 | 04/05/15 | 1,006.51 | USD | OH30021391 | 1057256 | SO | |
| 63759 | 186115 | STANDARD REGISTER - LIVERMORE | IN | 11507073 | 03/05/15 | 04/05/15 | 3,893.89 | USD | 08500282 | 1057383 | SO | |
| 63759 | 186115 | STANDARD REGISTER - LIVERMORE | IN | 11507072 | 03/05/15 | 04/05/15 | 592.99 | USD | 08500258 | 1055969 | SO | |
| 63759 | 186114 | STANDARD REGISTER - GOSHEN | IN | 11507071 | 03/05/15 | 04/05/15 | 1,726.36 | USD | 01401514 | 1056808 | SO | |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11507070 | 03/05/15 | 04/05/15 | 26,269.33 | USD | 01401461 | 1055533 | SO | |
| 63759 | 186114 | STANDARD REGISTER - GOSHEN | IN | 11507069 | 03/05/15 | 04/05/15 | 414.47 | USD | 01401492 | 1056379 | SO | |
| 63759 | 160698 | STANDARD REGISTER - SHELBYVILLE | IN | 11507057 | 03/05/15 | 04/05/15 | 1,375.79 | USD | 01114589 | 1057419 | SO | |
| 63759 | 59443 | STANDARD REGISTER - YORK | IN | 11507014 | 03/05/15 | 04/05/15 | 792.70 | USD | 00618454 | 1057453 | SO | |
| 63759 | 59443 | STANDARD REGISTER - YORK | IN | 11507013 | 03/05/15 | 04/05/15 | 23,415.44 | USD | 00618441 | 1057285 | SO | |
| 63759 | 186115 | STANDARD REGISTER - LIVERMORE | IN | 11506231 | 03/04/15 | 04/05/15 | 29,086.59 | USD | 08500280 | 1057331 | SO | |
| 63759 | 186114 | STANDARD REGISTER - GOSHEN | IN | 11506230 | 03/04/15 | 04/05/15 | 17,953.23 | USD | 01401522 | 1057043 | SO | |
| 63759 | 186114 | STANDARD REGISTER - GOSHEN | IN | 11506229 | 03/04/15 | 04/05/15 | 3,330.37 | USD | 01401492 | 1056379 | SO | |
| 63759 | 186114 | STANDARD REGISTER - GOSHEN | IN | 11506228 | 03/04/15 | 04/05/15 | 18,898.54 | USD | 01401491 | 1056377 | SO | |
| 63759 | 186114 | STANDARD REGISTER - GOSHEN | IN | 11506227 | 03/04/15 | 04/05/15 | 3,343.74 | USD | 01401416 | 1043351 | SO | |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11506226 | 03/04/15 | 04/05/15 | 22,667.34 | USD | OH30021391 | 1072256 | SO | |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11506225 | 03/04/15 | 04/05/15 | 1,627.58 | USD | OH30021388 | 1056858 | SO | |
| 63759 | 186114 | STANDARD REGISTER - GOSHEN | IN | 11506224 | 03/04/15 | 04/05/15 | 3,907.73 | USD | OH30021378 | 1055515 | SO | |
| 63759 | 186114 | STANDARD REGISTER - GOSHEN | IN | 11506223 | 03/04/15 | 04/05/15 | 442.85 | USD | OH30021375 | 1056377 | SO | |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11506222 | 03/04/15 | 04/05/15 | 15,054.02 | USD | OH30021374 | 1047431 | SO | |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11506221 | 03/04/15 | 04/05/15 | 1,176.79 | USD | OH30021370 | 1054198 | SO | |
| 63759 | 186114 | STANDARD REGISTER - GOSHEN | IN | 11506214 | 03/04/15 | 04/05/15 | 32,155.66 | USD | 01114586 | 1056912 | SO | |
| 63759 | 160698 | STANDARD REGISTER - SHELBYVILLE | IN | 11505517 | 03/03/15 | 04/05/15 | 2,247.63 | USD | 08500276 | 1057023 | SO | |
| 63759 | 186115 | STANDARD REGISTER - LIVERMORE | IN | 11505387 | 03/03/15 | 04/05/15 | 12,616.25 | USD | 08500275 | 1057022 | SO | |
| 63759 | 186115 | STANDARD REGISTER - LIVERMORE | IN | 11505386 | 03/03/15 | 04/05/15 | 1,271.69 | USD | 08500250 | 1055557 | SO | |
| 63759 | 186115 | STANDARD REGISTER - LIVERMORE | IN | 11505385 | 03/03/15 | 04/05/15 | 1,270.87 | USD | 08500250 | 1056380 | SO | |
| 63759 | 186114 | STANDARD REGISTER - GOSHEN | IN | 11504617 | 03/02/15 | 04/05/15 | 3,095.06 | USD | 01401493 | 1055858 | SO | |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11504616 | 03/02/15 | 04/05/15 | 45,970.10 | USD | OH30021388 | 1056858 | SO | |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11504615 | 03/02/15 | 04/05/15 | 725.87 | USD | OH30021370 | 1054198 | SO | |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11504614 | 03/02/15 | 04/05/15 | 2,602.63 | USD | OH30021360 | 1052869 | SO | |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11504613 | 03/02/15 | 04/05/15 | 1,048.61 | USD | OH30021358 | 1052582 | SO | |
| 63759 | 56471 | STANDARD REGISTER - MURFREESBORO | IN | 11504547 | 03/02/15 | 04/05/15 | 615.70 | USD | 00519378 | 1056834 | SO | |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11503911 | 03/01/15 | 04/05/15 | 5,278.08 | USD | 01401478 | 1055879 | SO | |
| 63759 | 186114 | STANDARD REGISTER - GOSHEN | IN | 11503910 | 03/01/15 | 04/05/15 | 1,059.88 | USD | OH30021386 | 1056673 | SO | |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11503909 | 03/01/15 | 04/05/15 | 1,063.97 | USD | OH30021370 | 1054198 | SO | |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11503908 | 03/01/15 | 04/05/15 | 8,405.40 | USD | OH30021358 | 1052582 | SO | |
| 63759 | 160698 | STANDARD REGISTER - SHELBYVILLE | IN | 11503906 | 03/01/15 | 04/04/15 | 20,637.78 | USD | 01114580 | 1056214 | SO | |
| 63759 | 56471 | STANDARD REGISTER - MURFREESBORO | IN | 11503879 | 02/28/15 | 04/05/15 | 32,944.82 | USD | 00519370 | 1056419 | SO | |
| 63759 | 59443 | STANDARD REGISTER - YORK | IN | 11502838 | 02/27/15 | 03/25/15 | 950.39 | USD | 00618387 | 1055964 | SO | |
| 63759 | 59443 | STANDARD REGISTER - YORK | IN | 11502837 | 02/27/15 | 03/25/15 | 60,507.56 | USD | 00618293 | 1054055 | SO | |

Standard Register Pre-Petition Account Summary
As of 3/31/2015

APPVION, INC.

3/12/2015 date of Ch. 11 filing
2/20/2015 20 days prior to filing
1/26/2015 45 days prior to filing

| Payor Number | Customer Number | Customer Name | Doc t Type | Document Number | Invoice Date | Due Date | Open Amount | Trans Curr | Purchase Order / Reference # | Sales Order Number | SO Doc Type | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 63759 | 56321 | STANDARD REGISTER - FAYETTEVILLE | IN | 11502760 | 02/27/15 | 03/25/15 | 767.15 | USD | 00720706 | 1056664 | SO | |
| 63759 | 102564 | STANDARD REGISTER - DAYTON | IN | 11502007 | 02/23/15 | 03/25/15 | 4,151.50 | USD | 2674256 | 12159080 | SO | |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | DM | 11501997 | 02/25/15 | 03/25/15 | 1,060.40 | USD | OH30021319 | 80680 | DB | |
| 63759 | 186114 | STANDARD REGISTER - GOSHEN | IN | 11501973 | 02/26/15 | 03/25/15 | 1,535.57 | USD | 01401479 | 1055945 | SO | |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11501972 | 02/26/15 | 03/25/15 | 20,132.92 | USD | OH30021381 | 1056453 | SO | |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11501971 | 02/26/15 | 03/25/15 | 3,734.24 | USD | OH30021374 | 1054731 | SO | |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11501970 | 02/26/15 | 03/25/15 | 1,294.40 | USD | OH30021358 | 1052582 | SO | |
| 63759 | 59443 | STANDARD REGISTER - YORK | IN | 11501931 | 02/26/15 | 03/25/15 | 761.44 | USD | 00618387 | 1055944 | SO | |
| 63759 | 186115 | STANDARD REGISTER - LIVERMORE | IN | 11501170 | 02/25/15 | 03/25/15 | 8,409.56 | USD | 08500261 | 1056247 | SO | |
| 63759 | 186115 | STANDARD REGISTER - LIVERMORE | IN | 11501169 | 02/25/15 | 03/25/15 | 7,396.79 | USD | 08500258 | 1055969 | SO | |
| 63759 | 186115 | STANDARD REGISTER - LIVERMORE | IN | 11501168 | 02/25/15 | 03/25/15 | 1,089.91 | USD | 08500249 | 1055226 | SO | |
| 63759 | 186114 | STANDARD REGISTER - GOSHEN | IN | 11501167 | 02/25/15 | 03/25/15 | 1,625.76 | USD | 01401467 | 1055577 | SO | |
| 63759 | 186114 | STANDARD REGISTER - GOSHEN | IN | 11501166 | 02/25/15 | 03/25/15 | 18,303.75 | USD | 01401466 | 1055556 | SO | |
| 63759 | 186114 | STANDARD REGISTER - GOSHEN | IN | 11501165 | 02/25/15 | 03/25/15 | 1,418.96 | USD | 01401460 | 1055532 | SO | |
| 63759 | 186114 | STANDARD REGISTER - GOSHEN | IN | 11501164 | 02/25/15 | 03/25/15 | 3,531.32 | USD | 01401458 | 1055530 | SO | |
| 63759 | 102564 | STANDARD REGISTER - DAYTON | IN | 11501147 | 02/25/15 | 03/25/15 | 5,998.18 | USD | 2603201 | 12159000 | SO | |
| 63759 | 59443 | STANDARD REGISTER - YORK | IN | 11500387 | 02/25/15 | 03/25/15 | 7,894.91 | USD | 00618387 | 1055944 | SO | |
| 63759 | 186114 | STANDARD REGISTER - GOSHEN | IN | 11499434 | 02/23/15 | 03/25/15 | 758.76 | USD | 01401432 | 1055000 | SO | |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11499433 | 02/23/15 | 03/25/15 | 19,993.49 | USD | OH30021379 | 1055801 | SO | |
| 63759 | 59443 | STANDARD REGISTER - YORK | IN | 11499379 | 02/23/15 | 03/25/15 | 3,193.37 | USD | 00618235 | 1052936 | SO | |
| 63759 | 186115 | STANDARD REGISTER - LIVERMORE | IN | 11498772 | 02/25/15 | 03/25/15 | 19,231.99 | USD | 08500258 | 1055441 | SO | |
| 63759 | 186114 | STANDARD REGISTER - GOSHEN | IN | 11498707 | 02/25/15 | 03/25/15 | 3,295.20 | USD | 01401416 | 1054351 | SO | |
| 63759 | 186115 | STANDARD REGISTER - LIVERMORE | IN | 11497878 | 02/20/15 | 03/15/15 | 7,601.55 | USD | 08500250 | 1055557 | SO | |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11497877 | 02/20/15 | 03/15/15 | 8,235.07 | USD | OH30021378 | 1055515 | SO | |
| 63759 | 57268 | STANDARD REGISTER - TAMPA | IN | 11497768 | 02/20/15 | 03/15/15 | 7,423.46 | USD | 01835370 | 1052524 | SO | |
| 63759 | 102564 | STANDARD REGISTER - DAYTON | IN | 11496213 | 02/19/15 | 03/15/15 | 12,554.40 | USD | 6961039. | 12158920 | SO | Planned delivery was 2/20/2015 |
| 63759 | 186115 | STANDARD REGISTER - LIVERMORE | IN | 11496107 | 02/18/15 | 03/15/15 | 14,619.34 | USD | 08500249 | 1055226 | SO | |
| 63759 | 186115 | STANDARD REGISTER - LIVERMORE | IN | 11496106 | 02/18/15 | 03/15/15 | 9,135.06 | USD | 08500249 | 1054437 | SO | |
| 63759 | 186114 | STANDARD REGISTER - GOSHEN | IN | 11496105 | 02/18/15 | 03/15/15 | 10,730.36 | USD | 01401420 | 1054384 | SO | |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11496104 | 02/18/15 | 03/15/15 | 39,156.00 | USD | 00618235 | 1054435 | SO | |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11496102 | 02/18/15 | 03/15/15 | 18,643.15 | USD | OH30021375 | 1055133 | SO | |
| 63759 | 59443 | STANDARD REGISTER - YORK | IN | 11494380 | 02/17/15 | 03/15/15 | 17,016.73 | USD | 000618235 | 1052936 | SO | |
| 63759 | 59443 | STANDARD REGISTER - YORK | IN | 11494379 | 02/17/15 | 03/15/15 | 1,167.09 | USD | 01401419 | 1054407 | SO | |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11494343 | 02/16/15 | 03/15/15 | 7,674.50 | USD | OH30021374 | 1054731 | SO | |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11494342 | 02/16/15 | 03/15/15 | 1,991.63 | USD | OH30021364 | 1053623 | SO | |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11494341 | 02/16/15 | 03/15/15 | 2,901.16 | USD | OH30021358 | 1052582 | SO | |
| 63759 | 59443 | STANDARD REGISTER - YORK | IN | 11493736 | 02/16/15 | 03/15/15 | 10,291.52 | USD | 00618235 | 1052936 | SO | |
| 63759 | 186114 | STANDARD REGISTER - GOSHEN | IN | 11493674 | 02/15/15 | 03/15/15 | 1,674.17 | USD | 01401393 | 1053602 | SO | |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11493673 | 02/15/15 | 03/15/15 | 1,823.29 | USD | OH30021368 | 1053928 | SO | |
| 63759 | 57268 | STANDARD REGISTER - TAMPA | IN | 11492519 | 02/13/15 | 03/15/15 | 3,909.29 | USD | 01835344 | 1052240 | SO | |
| 63759 | 160698 | STANDARD REGISTER - SHELBYVILLE | IN | 11491898 | 02/13/15 | 03/15/15 | 651.54 | USD | 01114561 | 1054186 | SO | |
| 63759 | 160698 | STANDARD REGISTER - SHELBYVILLE | IN | 11491897 | 02/13/15 | 03/15/15 | 10,522.67 | USD | 01114560 | 1054181 | SO | |
| 63759 | 59443 | STANDARD REGISTER - YORK | IN | 11491866 | 02/13/15 | 03/15/15 | 34,899.59 | USD | 00618308 | 1054189 | SO | |
| 63759 | 59443 | STANDARD REGISTER - YORK | IN | 11491865 | 02/13/15 | 03/15/15 | 5,797.29 | USD | 00618286 | 1053954 | SO | |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11491864 | 02/13/15 | 03/15/15 | 6,560.42 | USD | 00618208 | 1054309 | SO | |
| 63759 | 186115 | STANDARD REGISTER - LIVERMORE | IN | 11491784 | 02/12/15 | 03/15/15 | 12,243.30 | USD | 08502246 | 1052477 | SO | |
| 63759 | 186114 | STANDARD REGISTER - GOSHEN | IN | 11491783 | 02/12/15 | 03/15/15 | 8,912.02 | USD | 01401371 | 1053043 | SO | |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11491782 | 02/12/15 | 03/15/15 | 8,510.17 | USD | OH30021370 | 1054198 | SO | |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11491781 | 02/12/15 | 03/15/15 | 5,101.65 | USD | OH30021562 | 1053528 | SO | |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11491780 | 02/12/15 | 03/15/15 | 728.45 | USD | OH30021353 | 1052178 | SO | |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11491779 | 02/12/15 | 03/15/15 | 26,281.52 | USD | OH30021345 | 1051239 | SO | |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11491010 | 02/12/15 | 03/15/15 | 31,969.14 | USD | OH30021368 | 1051239 | SO | |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11491009 | 02/11/15 | 03/15/15 | 7,451.11 | USD | OH30021345 | 1053928 | SO | |
| 63759 | 186114 | STANDARD REGISTER - GOSHEN | IN | 11490920 | 02/11/15 | 03/15/15 | 80,042.21 | USD | 01401371 | 1053043 | SO | |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11490919 | 02/11/15 | 03/15/15 | 4,200.72 | USD | OH30021364 | 1053969 | SO | |

**Standard Register Pre-Petition Account Summary**
**As of 3/31/2015**

**APPVION, INC.**

3/12/2015 date of Ch. 11 filing
2/20/2015 20 days prior to filing
1/26/2015 45 days prior to filing

| Payor Number | Customer Number | Customer Name | Document Type | Doc Number | Invoice Date | Due Date | Open Amount | Trans Curr | Purchase Order / Reference # | Sales Order Number | SO Doc Type | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | CR | 11490106 | 02/11/15 | 03/15/15 | (2,105.67) | USD | OH30021364 | 80350 | CR | |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | DM | 11509811 | 03/10/15 | 04/05/15 | 2,105.67 | USD | OH30021364 | 80900 | DB | Cancels CR 11490106 issued in error |
| 63759 | 102564 | STANDARD REGISTER - DAYTON | IN | 11485342 | 02/04/15 | 03/05/15 | 4,161.72 | USD | 6961039A | 12158916 | SO | |
| 63759 | 186114 | STANDARD REGISTER - GOSHEN | IN | 11477387 | 01/25/15 | 02/25/15 | 1,614.94 | USD | 01401301 | 1050895 | SO | Planned delivery was 1/26/2015 |
| 63759 | 186114 | STANDARD REGISTER - GOSHEN | IN | 11477385 | 01/25/15 | 02/25/15 | 1,786.77 | USD | 01401285 | 1050360 | SO | Planned delivery was 1/26/2015 |

Total  1,116,830.83    all likely within 45 days of filing based on planned delivery dates

Within 20 days of chapter 11 filing date   723,146.11