# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>Jointly Administered |

### CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of April, 2015, a copy of the *Notice of Reclamation Demand of Appvion, Inc.*, was served on all parties requesting service via ECF notification and on the Debtor and its counsel by e-mail and overnight mail on the 1st day of April, 2015, as follows:

Samuel A. Newman, Esq.
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-1512

The Standard Register Company
600 Albany Street
Dayton, OH 45417
Attn: Charles Buemi


Dated: April 1, 2015
       Wilmington, Delaware

DUANE MORRIS LLP

*/s/ Jarret P. Hitchings*
Jarret P. Hitchings (DE 5564)
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
Telephone: (302) 657-4900
Facsimile: (302)657-4901
E-mail: jphitchings@duanemorris.com

*Counsel to Appvion, Inc.*