# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**THE STANDARD REGISTER COMPANY, et al.**<br><br>**Debtors.** | **Chapter 11**<br><br>Case No.: 15-10541 (BLS) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that LRP&P Graphics appears herein by and through its counsel, Richard M. Schlaifer, of EARP COHN, P.C., and enters its appearance and requests that all notices given or required to be given in this case, whether pursuant to Bankruptcy Rule 2002, 9007, 9010 or Bankruptcy Code Sections 102(1), 342 and 1109(b) or any other provisions of the Bankruptcy Code or Bankruptcy Rules, and all pleadings served or required to be served in this case be given to and served upon the undersigned at the following address and telephone number.

>Richard M. Schlaifer, Esquire
>EARP COHN, P.C.
>20 Brace Road, 4th Floor
>Cherry Hill, NJ 08034
>(856) 354-7700; (856) 354-0842 (Fax)
>rschlaifer@earpcohn.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and pleadings referred to in the Rules specified above, but also includes without limitation, orders and requests, complaints or demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which

affect the Debtor, estate or property of the estate.  The entry of an appearance in this case is not intended to waive any potential defenses to the jurisdiction of the United States Bankruptcy Court to hear any matter related to LRP&P Graphics.

                              EARP COHN, P.C.

April 1, 2015                      By: /s/Richard M. Schlaifer
                              Richard M. Schlaifer, Esq. (NJ Bar No. 013121981)
                              Earp Cohn, P.C.
                              20 Brace Rd., 4th Floor
                              Cherry Hill, NJ 08034
                              (856) 354-7700
                              (856) 354-0842 (fax)
                              Rschlaifer@earpcohn.com

                              Attorneys for LRP&P Graphics, Creditor