## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:**<br><br>**THE STANDARD REGISTER COMPANY, et al.**<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 15-10541 (BLS)**<br><br>**(Jointly Administered)** |

### NOTICE OF RECLAMATION DEMAND OF LRP&P GRAPHICS

Comes now LRP&P Graphics ("LRP&P"), by and through its counsel, who files this notice of the delivery of a written demand dated April 1, 2015, pursuant to 11 U.S.C. § 546(c) on the above captioned debtors and debtors-in-possession (the "Debtors") to reclaim certain goods (the "Goods") which were sold to Debtors by LRP&P in the ordinary course of business and which were received by Debtors during the 45 days prior to the filing of the Debtors' bankruptcy case. LRP&P attaches as Exhibit A and incorporates herein by reference a copy of its formal reclamation demand letter, which was sent to the Debtors and its counsel. The value of the Goods at issue is not less than $16,039.19.

PLEASE TAKE FURTHER NOTICE that the filing of this Notice is not intended to constitute an election of remedies or to waive any of LRP&P's rights under the Bankruptcy Code or applicable non-bankruptcy law and that LRP&P reserves its rights to amend this Notice.

Dated:  April 1, 2015            Respectfully Submitted,

/s/ Richard M. Schlaifer
Richard M. Schlaifer, Esq. (NJ Bar No. 013121981)
Earp Cohn, P.C.
20 Brace Rd., 4th Floor
Cherry Hill, NJ 08034
(856) 354-7700
(856) 354-0842 (fax)
Rschlaifer@earpcohn.com

Attorneys for LRP&P Graphics, Creditor

**CERTIFICATE OF SERVICE**

   I hereby certify that on the 1st day of April, 2015, a copy of the foregoing was served on all parties requesting service via ECF notification and on the following parties and/or attorney(s) of record to this action by facsimile and first class mail on the 1st day of April, 2015, as follows:

| | |
|---|---|
| Robert A. Klyman, Esquire<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-1512 | Jeremy L. Graves, Esquire<br>Gibson, Dunn & Crutcher LLP<br>1801 California Street, Suite 4200<br>Denver, CO 80202 |

Michael R. Nester, Esquire
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

The Standard Register Company
600 Albany Street
Dayton, OH 45417

                /s/ Richard M. Schlaifer
                Richard M. Schlaifer, Esq. (NJ Bar No. 013121981)