# EXHIBIT A

# EARP COHN P.C.

EDWARD F. BORDEN, JR. *■†
RICHARD B. COHN *■
MERRITT A. COLE *■^
BRIAN C. DARREFF *■
THOMAS L. EARP *
ALLEN A. ETISH *■
CAROL S. HARDING *■
RICHARD S. ISRAEL *■
DOUGLAS F. JOHNSON *■
IRVING KOFFLER *■
BLAIR C. LANE, SR. *■
HELENE R. LEONE *
MARTIN N. LISMAN *■
CHARLES P. MONTGOMERY *■
DONALD A. NOGOWSKI *■
JOHN H. REISNER *
ERIC P. SANDO *■
RICHARD M. SCHLAIFER *■

ADMITTED: NJ (*), PA (■), NY (^)

ATTORNEYS AT LAW
20 BRACE ROAD, 4TH FLOOR
CHERRY HILL, NEW JERSEY 08034
_____
TELEPHONE (856) 354-7700
FAX (856) 354-0766
www.earpcohn.com

PENNSYLVANIA OFFICE
123 SOUTH BROAD STREET
SUITE 2170
PHILADELPHIA, PENNSYLVANIA
19109-1022
TELEPHONE (215) 963-9520
FAX (215) 963-9620
_____

† *Certified by the Supreme Court of New Jersey as a Civil Trial Attorney*

† *Certified by the Supreme Court of New Jersey as a Criminal Trial Attorney*
_____

April 1, 2015

<u>*VIA FACSIMILE 213.229.7520 & FIRST CLASS MAIL*</u>

Robert A. Klyman, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-1512

<u>*VIA FACSIMILE 302.571.1253 & FIRST CLASS MAIL*</u>

Michael R. Nester, Esquire
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

<u>*VIA FACSIMILE 937.221.1205 & FIRST CLASS MAIL*</u>

The Standard Register Company
600 Albany Street
Dayton, OH 45417

<u>*VIA FACSIMILE 303.313.2819 & FIRST CLASS MAIL*</u>

Jeremy L. Graves, Esquire
Gibson, Dunn & Crutcher LLP
1801 California Street, Suite 4200
Denver, CO 80202

The Standard Register Company Claims Processing Center
c/o Prime Clerk LLC
830 3rd Avenue, 9th Floor
New York, NY 10022

    **In Re: The Standard Register Company**
        **Chapter 11: Delaware Bankruptcy Court**
        **Docket No.: 15-10541**
        **Petition Date: March 12, 2015**

**RECLAMATION DEMAND TO THE STANDARD REGISTER COMPANY FROM LRP&P GRAPHICS**

Dear Sir or Madam:

    My firm represents LRP&P Graphics and is authorized to send this reclamation demand to you.

    In accordance with Bankruptcy Code Section 546(c), LRP&P Graphics ("Creditor") hereby makes demand for reclamation of goods (the "Goods") received by The Standard Register

April 1, 2015
Page 2

Company ("Debtor") from Creditor within the forty-five (45) days prior to the petition filing date in the Debtor's bankruptcy case at a time when Debtor was insolvent, and which Goods are currently in Debtor's possession. (Accordingly, this would cover goods received by Debtor on or after January 26, 2015.) Attached hereto as Exhibit "A" is documentation describing or identifying the particular Goods for which Creditor asserts its reclamation claim, including copies of the relevant invoices specifically identifying the Goods in question. Creditor reserves the right to modify the scope of the Goods subject to its reclamation claim, following further investigation and subject to applicable law.

      Please contact the undersigned for instructions concerning the return of the Goods to creditor. You are further notified that all goods subject to Creditor's reclamation rights should be protected and segregated, and are not to be used for any purpose whatsoever except by agreement of the parties or following notice and a hearing by a court of competent jurisdiction.

      We appreciate your cooperation in this matter. Please call with any questions.

      Very truly yours

      Earp Cohn, P.C.

      /s/Richard M. Schlaifer

      Richard M. Schlaifer

RMS:vb

Enclosures

# Reclamation Invoice Sheet Pre

Petition Date 3/12/15        15-10541

| Invoice # | Date | Amount |
|---|---|---|
| | | |
| 28030 | 1/30/2015 | $ 11,570.71 |
| 28091 | 2/18/2015 | $ 4,465.48 |
| | | $ 16,036.19  TOTAL UNPAID |

Start Date 1/26/15

End Date 3/12/15



**LRP&P GRAPHICS**

UNPAID 3 OF 4



New Jersey-Certified
Small Business
Enterprise

Certified
WBENC
Women's Business Enterprise

| BILL TO |
|---|
| Accounts Payable |
| The Standard Register Co |
| PO Box 3933 |
| Dayton, OH  45401-3933 |

# Invoice

| DATE | INVOICE # |
|---|---|
| 1/30/2015 | 28030 |

| TERMS | Due Date | P.O. NO. | JOB NO. |
|---|---|---|---|
| 3 % 40, Net 41 | 3/11/2015 | EN230922 | |

| DESCRIPTION | QTY | AMOUNT |
|---|---|---|
| Subaru EZ View Transparency Comparison Guide Books | 2,347 | 11,570.71 |

Thank you for your order.

| | |
|---|---|
| Subtotal | $11,570.71 |
| Sales Tax (7.0%) | $0.00 |
| **Total** | **$11,570.71** |

1165-M Marlkress Road • P. O. Box 1536 • Cherry Hill, NJ 08034
tel: 856-424-0158 • fax: 856-424-5730 • www.lrpandp.com



**LRP&P GRAPHICS**

UNPAID 4 OF 4



New Jersey Certified Small Business Enterprise

Certified WBENC Women's Business Enterprise

| BILL TO |
|---|
| Accounts Payable |
| The Standard Register Co |
| PO Box 3933 |
| Dayton, OH 45401-3933 |

# Invoice

| DATE | INVOICE # |
|---|---|
| 2/18/2015 | 28091 |

| TERMS | Due Date | P.O. NO. | JOB NO. |
|---|---|---|---|
| 3 % 40, Net 41 | 3/30/2015 | EN235531 | |

| DESCRIPTION | QTY | AMOUNT |
|---|---|---|
| Subaru CPO-CB-R1 Multi State CPO Contract Books | 32,300 | 4,465.48 |

Thank you for your order.

| | |
|---|---|
| Subtotal | $4,465.48 |
| Sales Tax (7.0%) | $0.00 |
| **Total** | **$4,465.48** |

1165-M Marlkress Road • P.O. Box 1536 • Cherry Hill, NJ 08034
tel: 856-424-0158 • fax: 856-424-5730 • www.lrpandp.com