# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

David D. Bird
*Clerk of Court*

**To: Michael R. Nestor, Esq.**
**Young Conaway Stargatt & Taylor**
**Rodney Square**
**1000 North King Street**
**Wilmington, DE 19801**

**RE:** *The Standard Register Company 15–10541 (BLS)*

Please be advised that the United States Trustee's Office has filed a "Request to Schedule Section 341 Meeting". The 341 Meeting for the above–mentioned case is to be scheduled on **April 21, 2015** at **10:00 a.m.** , J. Caleb Boggs Federal Building, 844 King Street, Wilmington DE 19801.

Please prepare the "Notice of Commencement of Chapter 11 Bankruptcy Case, Meeting of Creditors, and Fixing of Certain Dates" (341 Notice). An electronic version of this form is available from the Court's website: www.deb.uscourts.gov. Should you want to make changes to this notice, you must contact David D. Bird, Clerk of Court, for approval prior to mailing.

Please mail the Notice to all creditors, in addition to the five (5) agencies listed below on or before March 31, 2015 and file the Notice and Certificate of Service with the Court no later than April 8, 2015.

Securities & Exchange Commission
100 F Street, NE
Washington, DC 20549

Securities & Exchange Commission
New York Regional Office
Attn: Andrew Calamari, Regional Director
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281–1022

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101–7346

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE 19903

Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904

Date: _3/30/15_

David D. Bird, *Clerk of Court*

(VAN–472)

United States Bankruptcy Court
District of Delaware

In re:                                                          Case No. 15-10541-BLS
The Standard Register Company                                   Chapter 11
        Debtor
## CERTIFICATE OF NOTICE

District/off: 0311-1          User: Margaret          Page 1 of 2          Date Rcvd: Mar 30, 2015
                             Form ID: van472          Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 01, 2015.
db      +The Standard Register Company,   600 Albany Street,   Dayton, OH 45417-3442
aty      Jeffrey C. Krause,   Gibson Dunn & Crutcher LLP,   333 South Grand Avenue,
         Los Angeles, CA  90071-3197
aty     +Jeremy L. Graves,   GIBSON DUNN & CRUTCHER LLP,   1801 California Street,   Suite 4200,
         Denver, CO 80202-2694
aty     +Robert Klyman,   Gibson Dunn & Crutcher,   333 South Grand Avenue,   Los Angeles, CA 90071-3197
aty      Sabina Jacobs,   Gibson Dunn & Crutcher LLP,   333 South Grand Avenue,
         Los Angeles, CA  90071-3197

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2015                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 30, 2015 at the address(es) listed below:
        Amy M. Tonti   on behalf of Interested Party   The Bank of New York Mellon, Solely in Its
         Capacity as Master Trustee Under the Referenced Master Trust Agreement atonti@reedsmith.com,
         slucas@reedsmith.com; atonti@reedsmith.com
        Andrew A. Harnisch   on behalf of Creditor   Cenveo Corporation andy@mhlawaz.com
        Andrew L Magaziner   on behalf of Debtor   The Standard Register Company bankfilings@ycst.com
        Barbara L. Yong   on behalf of Creditor   Bell & Howell, Bell & Howell Financial Services, Bell &
         Howell MMT blyong@golanchristie.com
        Christopher A. Ward   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
         cward@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
        Courtney L. Morgan   on behalf of Creditor   Pension Benefit Guaranty Corporation
         morgan.courtney@pbgc.gov,  efile@pbgc.gov
        Edward Kosmowski   on behalf of Interested Party   Technicote, Inc. ekosmowski@clarkhill.com,
         sambrose@clarkhill.com
        Edward Kosmowski   on behalf of Interested Party   Flexcon, Inc. ekosmowski@clarkhill.com,
         sambrose@clarkhill.com
        Frederick B. Rosner   on behalf of Creditor Timothy  Webb rosner@teamrosner.com
        Gerald C. Bender   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
         gbender@lowenstein.com,  eworenklein@lowenstein.com
        Helen Elizabeth Weller   on behalf of Creditor   Dallas County dallas.bankruptcy@publicans.com,
         evelyn.palmer@lgbs.com
        Jay Walton Hurst   on behalf of Creditor   Texas Comptroller of Public Accounts
         jay.hurst@texasattorneygeneral.gov,  sherri.simpson@texasattorneygeneral.gov
        John D. Demmy, Esq   on behalf of Creditor   American Electric Power; The Connecticut Light and
         Power Company; Duke Energy Florida, Inc.; Duke Energy Indiana, Inc.; Georgia Power Company;
         NStar Electric & Gas Corporation; and Yankee Gas Services jdd@stevenslee.com
        John M. Debbeler   on behalf of Creditor   United Radio, Inc. - d/b/a BlueStar
         mdebbeler@graydon.com
        John P. Dillman   on behalf of Creditor   Cypress Fairbanks ISD houston_bankruptcy@publicans.com
        John P. Dillman   on behalf of Creditor   Harris County houston_bankruptcy@publicans.com
        John P. Dillman   on behalf of Creditor   Washington County houston_bankruptcy@publicans.com
        Joseph H Lemkin   on behalf of Creditor   Conopco, Inc. d/b/a Unilever joseph.lemkin@piblaw.com
        Julia Bettina Klein   on behalf of Creditor Timothy  Webb klein@teamrosner.com
        Justin Cory Falgowski   on behalf of Interested Party   The Bank of New York Mellon, Solely in
         Its Capacity as Master Trustee Under the Referenced Master Trust Agreement
         jfalgowski@reedsmith.com,  jfalgowski@reedsmith.com
        Justin K. Edelson   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
         jedelson@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
        Kara Hammond Coyle   on behalf of Debtor   The Standard Register Company bankfilings@ycst.com

```
District/off: 0311-1        User: Margaret          Page 2 of 2          Date Rcvd: Mar 30, 2015
                           Form ID: van472          Total Noticed: 5
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
            Kenneth A. Rosen   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
             krosen@lowenstein.com,  kwaldron@lowenstein.com
            Maris J. Kandestin   on behalf of Debtor   The Standard Register Company bankfilings@ycst.com
            Mark B. Conlan   on behalf of Creditor   DG3 Group America, Inc. mconlan@gibbonslaw.com
            Mark D. Collins   on behalf of Interested Party   Bank Of America, N.A. rbgroup@rlf.com
            Mark S. Kenney   on behalf of U.S. Trustee   United States Trustee mark.kenney@usdoj.gov
            Michael D Warner   on behalf of Creditor   Hewlett-Packard Company mwarner@coleschotz.com,
             klabrada@coleschotz.com
            Michael R. Nestor   on behalf of Debtor   Standard Register Holding, S. De R.L. De C.V.
             bankfilings@ycst.com
            Michael R. Nestor   on behalf of Debtor   Standard Register Holding Company bankfilings@ycst.com
            Michael R. Nestor   on behalf of Debtor   Standard Register of Puerto Rico Inc.
             bankfilings@ycst.com
            Michael R. Nestor   on behalf of Debtor   The Standard Register Company bankfilings@ycst.com
            Michael R. Nestor   on behalf of Debtor   Standard Register Technologies, Inc.
             bankfilings@ycst.com
            Michael R. Nestor   on behalf of Debtor   Standard Register Servicios, S. De R.L. De C.V.
             bankfilings@ycst.com
            Michael R. Nestor   on behalf of Debtor   Standard Register Mexico Holding Company
             bankfilings@ycst.com
            Michael R. Nestor   on behalf of Debtor   Standard Register Technologies Canada ULC
             bankfilings@ycst.com
            Michael R. Nestor   on behalf of Debtor   iMedConsent, LLC bankfilings@ycst.com
            Michael R. Nestor   on behalf of Debtor   Standard Register de Mexico, S. De R.L. De C.V.
             bankfilings@ycst.com
            Michael R. Nestor   on behalf of Debtor   Standard Register International, Inc.
             bankfilings@ycst.com
            Natasha M. Songonuga   on behalf of Creditor   DG3 Group America, Inc. nsongonuga@gibbonslaw.com
            Patrick J. Reilley   on behalf of Creditor   Hewlett-Packard Company preilley@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
             otz.com
            Peter M Sweeney   on behalf of Creditor   Volt Consulting Group, Ltd. psweeney@blakeleyllp.com,
             ecf@blakeleyllp.com
            Ramona S. Neal   on behalf of Creditor   Hewlett-Packard Company ramona.neal@hp.com
            Robert E. Greenberg   on behalf of Creditor   The Realty Associates Fund IX
             rgreenberg@dclawfirm.com,  tmurphy@dclawfirm.com;vcoleman@dclawfirm.com
            Robert L. Cook   on behalf of Creditor   New York State Department of Taxation and Finance
             Robert.Cook@tax.ny.gov
            Ron E. Meisler   on behalf of Interested Party   Standard Acquisition Holdings, LLC
             Ron.Meisler@skadden.com,  chdocket@skadden.com
            Ron E. Meisler   on behalf of Interested Party   Silver Point Finance, LLC
             Ron.Meisler@skadden.com,  chdocket@skadden.com
            Samuel A. Newman   on behalf of Debtor   The Standard Register Company snewman@gibsondunn.com,
             jstern@gibsondunn.com
            Sarah E. Pierce   on behalf of Interested Party   Standard Acquisition Holdings, LLC
             sarah.pierce@skadden.com,
             debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com
            Sarah E. Pierce   on behalf of Interested Party   Silver Point Finance, LLC
             sarah.pierce@skadden.com,
             debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com
            Scott E. Blakeley   on behalf of Creditor   Volt Consulting Group, Ltd. seb@blakeleyllp.com,
             ecf@blakeleyllp.com
            Shanti M. Katona   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
             skatona@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
            Sharon L. Levine   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
             slevine@lowenstein.com
            Stephen W. Spence   on behalf of Creditor   Raymond Storage Concepts, Inc. ss@pgslaw.com,
             saa@pgslaw.com
            Stephen W. Spence   on behalf of Creditor   Raymond Leasing Corporation ss@pgslaw.com,
             saa@pgslaw.com
            Steven Phillip Ordaz   on behalf of Interested Party   BMC Group, Inc. sordaz@bmcgroup.com,
             ecfbk@bmcgroup.com
            Tyler D. Semmelman   on behalf of Interested Party   Bank Of America, N.A. semmelman@rlf.com,
             rbgroup@rlf.com
            United States Trustee   USTPREGION03.WL.ECF@USDOJ.GOV
            William A. Hazeltine   on behalf of Creditor   Nev's Ink, Inc. Bankruptcy001@sha-llc.com
            William F. Taylor, Jr.   on behalf of Interested Party   Metropolitan Edison Company
             bankruptcydel@mccarter.com,  bankruptcydel@mccarter.com
                                                                            TOTAL: 60
```