# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, *et al*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE OF REQUEST FOR PRODUCTION OF DOCUMENTS AND NOTICE OF DEPOSITION TO LAZARD FRERES & CO. LLC

**PLEASE TAKE NOTICE** that on March 31, 2015, proposed counsel to the Official Committee of Unsecured Creditors served *The Official Committee of Unsecured Creditors' Request for Production of Documents and Notice of Deposition of Lazard Freres & Co. LLC Pursuant to Rule 9014 of the Federal Rules of Bankruptcy Procedure and Rules 30(b)(6) and 45 of the Federal Rules of Civil Procedure* upon the following counsel for Lazard Freres & Co. LLC by Electronic Mail:

Arthur H. Ruegger
DENTONS
1221 Avenue of the Americas
New York, NY 10020
arthur.ruegger@dentons.com

Counsel for Lazard Freres & Co. LLC.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440) ("Standard Register"); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

27834/2
04/02/2015 23388460.1

-2-

| | |
|---|---|
| Dated: April 2, 2015<br>Wilmington, Delaware | **LOWENSTEIN SANDLER LLP**<br>Kenneth A. Rosen, Esq.<br>Sharon L. Levine, Esq.<br>Wojciech F. Jung, Esq.<br>65 Livingston Avenue<br>Roseland, NJ  07068<br>Telephone:  (973) 597-2500<br>Facsimile:  (973) 597-2400<br>krosen@lowenstein.com<br>slevine@lowenstein.com<br>wjung@lowenstein.com |

- and -

Gerald C. Bender, Esq.
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402
gbender@lowenstein.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

- and -

**POLSINELLI PC**

/s/ *Christopher A. Ward*
Christopher A. Ward (DE Bar No. 3877)
Justin K. Edelson (DE Bar No. 5002)
222 Delaware Avenue
Suite 1101
Wilmington, DE 19801
Telephone:  (302) 252-0920
Facsimile:  (302) 252-0921
cward@polsinelli.com
jedelson@polsinelli.com

*Proposed Delaware Counsel to the Official Committee of Unsecured Creditors*