# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, *et al*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE OF REQUEST FOR PRODUCTION OF DOCUMENTS
## AND NOTICE OF DEPOSITION TO LAZARD MIDDLE MARKET, LLC

**PLEASE TAKE NOTICE** that on March 30, 2015, proposed counsel to the Official Committee of Unsecured Creditors served *The Official Committee of Unsecured Creditors' Request for Production of Documents and Notice of Deposition of Lazard Middle Market LLC Pursuant to Rule 9014 of the Federal Rules of Bankruptcy Procedure and Rules 30 and 45 of the Federal Rules of Civil Procedure* upon the following counsel for Lazard Middle Market, LLC by Electronic Mail:

Arthur H. Ruegger
DENTONS
1221 Avenue of the Americas
New York, NY 10020
arthur.ruegger@dentons.com

Counsel for Lazard Middle Market, LLC.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440) ("Standard Register"); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

27834/2
04/02/2015 23388460.1

|  |  |
|---|---|
| Dated: April 2, 2015<br>Wilmington, Delaware | **LOWENSTEIN SANDLER LLP**<br>Kenneth A. Rosen, Esq.<br>Sharon L. Levine, Esq.<br>Wojciech F. Jung, Esq.<br>65 Livingston Avenue<br>Roseland, NJ  07068<br>Telephone:  (973) 597-2500<br>Facsimile:  (973) 597-2400<br>krosen@lowenstein.com<br>slevine@lowenstein.com<br>wjung@lowenstein.com<br><br>- and -<br><br>Gerald C. Bender, Esq.<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 262-6700<br>Facsimile: (212) 262-7402<br>gbender@lowenstein.com<br><br>*Proposed Counsel to the Official Committee of Unsecured Creditors*<br><br>- and -<br><br>**POLSINELLI PC**<br><br>/s/ *Christopher A. Ward*<br>Christopher A. Ward (DE Bar No. 3877)<br>Justin K. Edelson (DE Bar No. 5002)<br>222 Delaware Avenue<br>Suite 1101<br>Wilmington, DE 19801<br>Telephone:  (302) 252-0920<br>Facsimile:  (302) 252-0921<br>cward@polsinelli.com<br>jedelson@polsinelli.com<br><br>*Proposed Delaware Counsel to the Official Committee of Unsecured Creditors* |