# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, *et al*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.  15-10541 (BLS)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE OF REQUEST FOR PRODUCTION OF DOCUMENTS AND NOTICE OF DEPOSITION TO SILVER POINT FINANCE, LLC AND STANDARD ACQUISITION HOLDINGS, LLC

**PLEASE TAKE NOTICE** that on March 26, 2015, proposed counsel to the Official Committee of Unsecured Creditors served *The Official Committee of Unsecured Creditors' First Request to Silver Point Finance, LLC and Standard Acquisition Holdings, LLC for Production of Documents and Notice of Deposition Pursuant to Rule 9014 of the Federal Rules of Bankruptcy Procedure and Rules 30(b)(6) and 45 of the Federal Rules of Civil Procedure* upon the following counsel for Silver Point Finance, LLC and Standard Acquisition Holdings, LLC by Electronic Mail:

Ron E. Meisler
Carl T. Tullson
Christopher M. Dressel
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 N. Wacker Drive
Chicago, IL 60606
ron.meisler@skadden.com
carl.tullson@skadden.com
christopher.dressel@skadden.com

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440) ("Standard Register"); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

- and -

Sarah E. Pierce
One Rodney Square
920 N. King Street
Wilmington, DE 19801
sarah.pierce@skadden.com

Counsel for Silver Point Finance, LLC and Standard Acquisition Holdings, LLC.

Dated: April 2, 2015
       Wilmington, Delaware

**LOWENSTEIN SANDLER LLP**

Kenneth A. Rosen, Esq.
Sharon L. Levine, Esq.
Wojciech F. Jung, Esq.
65 Livingston Avenue
Roseland, NJ  07068
Telephone:  (973) 597-2500
Facsimile:  (973) 597-2400
krosen@lowenstein.com
slevine@lowenstein.com
wjung@lowenstein.com

- and -

Gerald C. Bender, Esq.
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402
gbender@lowenstein.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

- and -

**POLSINELLI PC**

/s/ *Christopher A. Ward*
Christopher A. Ward (DE Bar No. 3877)
Justin K. Edelson (DE Bar No. 5002)
222 Delaware Avenue
Suite 1101
Wilmington, DE 19801
Telephone:  (302) 252-0920
Facsimile:  (302) 252-0921
cward@polsinelli.com
jedelson@polsinelli.com

*Proposed Delaware Counsel to the Official Committee of Unsecured Creditors*