IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> THE STANDARD REGISTER COMPANY, *et al*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 15-10541 (BLS) <br><br> (Jointly Administered) |

**NOTICE OF SERVICE OF REQUEST FOR PRODUCTION OF DOCUMENTS
AND NOTICE OF DEPOSITION TO THE DEBTORS**

**PLEASE TAKE NOTICE** that on March 26, 2015, proposed counsel to the Official Committee of Unsecured Creditors served *The Official Committee of Unsecured Creditors' Request for Production of Documents and Notice of Deposition Pursuant to Rule 9014 of the Federal Rules of Bankruptcy Procedure and Rules 30(b)(6) and 45 of the Federal Rules of Civil Procedure* upon the following counsel for the Debtors by Electronic Mail:

Robert A. Klyman
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
RKlyman@gibsondunn.com

- and -

Michael R. Nestor
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
mnestor@ycst.com

Counsel for the Debtors and Debtors in Possession.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440) ("Standard Register"); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

27834/2
04/02/2015 23388460.1

Dated: April 2, 2015
   Wilmington, Delaware

**LOWENSTEIN SANDLER LLP**

Kenneth A. Rosen, Esq.
Sharon L. Levine, Esq.
Wojciech F. Jung, Esq.
65 Livingston Avenue
Roseland, NJ  07068
Telephone:  (973) 597-2500
Facsimile:  (973) 597-2400
krosen@lowenstein.com
slevine@lowenstein.com
wjung@lowenstein.com

- and -

Gerald C. Bender, Esq.
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402
gbender@lowenstein.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

- and -

**POLSINELLI PC**

/s/ *Christopher A. Ward*
Christopher A. Ward (DE Bar No. 3877)
Justin K. Edelson (DE Bar No. 5002)
222 Delaware Avenue
Suite 1101
Wilmington, DE 19801
Telephone:  (302) 252-0920
Facsimile:  (302) 252-0921
cward@polsinelli.com
jedelson@polsinelli.com

*Proposed Delaware Counsel to the Official Committee of Unsecured Creditors*