# SIGN-IN SHEET

**CASE NAME:** THE STANDARD REGISTER CO.  **COURTROOM NO.:** 1 - JUDGE SHANNON

**CASE NO.:** 15-10541  **DATE:** APRIL 1, 2015

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Michael Rosenthal | Gibson Dunn | Standard Register |
| Mark Kenny | | |
| Mark Collins | Richards Layton | US Trustee |
| Tyler Semmelman | " | Bank of America |
| Jason Powell | Fenty Joseph | " |
| Sarah Pierce | Skadden Arps | TFL Graphics |
| Ron Huisier | " | Silverpoint |
| Michael Webr | YCST | " |
| Jeremy Ryan | Gibson Dunn | Neffus |
| Aaron Baker | Phillips Goldman & Spence | ' |
| Justin Edelson | Polsinelli PC | Rosymon Leasing |
| Jeremy Graves | Gibson Dunn | Committee |
| | | Standard Register |