**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------x
:
In re: : Chapter 11
:
The Standard Register Company, et al. : Case No. 15-10541 (BLS)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------x

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that creditor ML-AI 125 Wacker, LLC, a Delaware limited liability company, enters its appearance by and through its counsel, Kevin H. Morse of Arnstein & Lehr LLP, pursuant to 11 U.S.C. § 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby requests, pursuant to Bankruptcy Rule 2002, 3017, and 9007 and 11 U.S.C. §§ 342 and 1109(b), that copies of all notices and pleadings given or filed in the above captioned case be given and served upon the parties listed below at the following address and e-mail address:

ML-AI 125 Wacker, LLC
c/o Kevin H. Morse
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, Illinois 60606
Tel: 312.876.7122
Fax: 312.876.6273
E-mail: khmorse@arnstein.com

**PLEASE TAKE FURTHER NOTICE** that this request for notice and service includes copies of all papers, including, but not limited to, reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements, and answering or reply papers filed in these cases

or any related adversary proceeding and that such service be by electronic mail, unless otherwise directed by the Court, to the parties listed above.

**PLEASE TAKE FURTHER NOTICE** that ML-AI 125 Wacker, LLC intends that neither this Notice of Appearance nor any former or later pleading, claim or suit shall waive (1) the right to have final orders in non-core matters entered only after de novo review by the United States District Court for the District of Delaware (the "District Court"), (2) the right to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (4) any other rights, claims, actions, defenses, set-offs, or recoupments to which ML-AI 125 Wacker, LLC is or may be entitled under agreements in law or in equity.

Dated: March 31, 2015                              **ARNSTEIN & LEHR LLP**

                                                    By:  /s/  Kevin H. Morse

                                                    Kevin H. Morse (06297244)
                                                    ARNSTEIN & LEHR, LLP
                                                    120 South Riverside Plaza, Suite 1200
                                                    Chicago, IL 60606
                                                    Phone: (312) 876-7100
                                                    Fax: (312) 876-0288
                                                    E-mail: khmorse@arnstein.com

                                                    *Counsel for ML-AI 125 Wacker, LLC*

112348528.1