# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, *et al*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered)<br><br>RE: Docket Nos. 124 and 187 |

**JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
IN SUPPORT OF THE DEBTORS' OBJECTION TO EMERGENCY MOTION OF
VOLT CONSULTING GROUP, LTD. FOR THE ENTRY OF AN ORDER:
(I) GRANTING RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C.
§ 362(d)(1), TO THE EXTENT REQUIRED, TO TERMINATE ITS CONTRACT WITH
THE DEBTORS; OR, ALTERNATIVELY, (II) REQUIRING THE DEBTORS TO
ASSUME OR REJECT THE CONTRACT UNDER 11 U.S.C. § 365(d)(2) AND
<u>PROVIDE ADEQUATE ASSURANCE OF FUTURE PERFORMANCE</u>**

The Official Committee of Unsecured Creditors (the "<u>Committee</u>") of the above-captioned debtors and debtors-in-possession (collectively, the "<u>Debtors</u>"), by and through its proposed counsel, submits this reservation of its rights and joins in the *Debtors' Objection to Emergency Motion of Volt Consulting Group, Ltd. for the Entry of an Order: (I) Granting Relief From the Automatic Stay Under 11 U.S.C. § 362(d)(1), to the Extent Required, to Terminate its Contract with the Debtors; or, Alternatively, (II) Requiring the Debtors to Assume or Reject the Contract Under 11 U.S.C. § 365(d)(2) and Provide Adequate Assurance of Future Performance* (the "<u>Debtors' Objection</u>") [Docket No. 187].[2] In support thereof, the Committee respectfully states as follows:

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440) ("<u>Standard Register</u>"); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] Unless otherwise specified, capitalized terms not defined herein shall have the meanings ascribed to them in the Debtors' Objection.

50156566.1

-2-

**BACKGROUND**

1.  On March 12, 2015 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief (the "Chapter 11 Cases") under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court"). No trustee or examiner has been appointed in the Chapter 11 Cases.

2.  Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtors are continuing to manage their financial affairs as debtors in possession.

3.  On March 24, 2015, the Office of the United States Trustee appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code. *See* Docket No. 99. The Committee is comprised of seven members: (a) Pension Benefit Guaranty Corporation, (b) Timothy V. Webb, (c) Georgia-Pacific Consumer Products LP, (d) Gary Becker, (e) Mark A. Platt, (f) Veritiv Corporation, and (g) The Flesh Company. On the same day, the Committee selected Lowenstein Sandler LLP and Polsinelli PC to serve as its co-counsel.

4.  On March 27, 2015, Volt Consulting Group, Ltd. ("Volt") filed its *Emergency Motion of Volt Consulting Group, Ltd. for the Entry of an Order: (I) Granting Relief from the Automatic Stay Under 11 U.S.C. § 362(d)(1), to the Extent Required, to Terminate its Contract with the Debtors; or, Alternatively, (II) Requiring the Debtors to Assume or Reject the Contract Under 11 U.S.C. § 365(d)(2) and Provide Adequate Assurance of Future Performance* [Docket No. 124] (the "Motion").

5.  On April 2, 2015, the Debtors filed the Debtors' Objection.

**JOINDER**

6. The Committee was just recently appointed and these Chapter 11 Cases are less than a month old. The relief sought by Volt in the Motion is premature and, if granted, could be detrimental to the Debtors' estates.

7. While the Committee understands Volt's desire to get paid on account of prepetition obligations, Volt's request for immediate payment or an immediate decision with respect to the assumption/rejection of its contract is not justified at this time. The Debtors need sufficient time to evaluate the benefits and burdens of the Volt contracts. The Committee likewise needs adequate time to evaluate Volt's contracts and the Debtors' eventual decision with respect thereto. Volt seeks to deprive the Debtors and the Committee of the right to evaluate Volt's contract under the time-frames set forth in the Bankruptcy Code. The Committee understands that the Debtors are current in postpetition payment obligations to Volt and, further, have made certain expedited payments to demonstrate and assure Volt of their ability to perform going forward.

8. Accordingly, for the reasons set forth in the Objection and herein, the Committee submits that the Motion should be denied.

**RESERVATION OF RIGHTS**

9. The Committee hereby reserves its right to raise other or further arguments with respect to the Motion. The Committee also reserves the right to supplement this Joinder as more information becomes available to the Committee.

**WHEREFORE**, the Committee respectfully requests that the Court deny the Motion.

| | |
|---|---|
| Dated: April 2, 2015<br>Wilmington, Delaware | **LOWENSTEIN SANDLER LLP**<br>Kenneth A. Rosen, Esq.<br>Sharon L. Levine, Esq.<br>Wojciech F. Jung, Esq.<br>65 Livingston Avenue<br>Roseland, NJ  07068<br>Telephone:  (973) 597-2500<br>Facsimile:  (973) 597-2400<br>krosen@lowenstein.com<br>slevine@lowenstein.com<br>wjung@lowenstein.com<br><br>- and -<br><br>Gerald C. Bender, Esq.<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 262-6700<br>Facsimile: (212) 262-7402<br>gbender@lowenstein.com<br><br>*Proposed Counsel to the Official Committee of Unsecured Creditors*<br><br>- and -<br><br>**POLSINELLI PC**<br><br>/s/ *Christopher A. Ward*<br>Christopher A. Ward (Del. Bar No. 3877)<br>Justin K. Edelson (Del. Bar No. 5002)<br>222 Delaware Avenue<br>Suite 1101<br>Wilmington, DE 19801<br>Telephone:  (302) 252-0920<br>Facsimile:  (302) 252-0921<br>cward@polsinelli.com<br>jedelson@polsinelli.com<br><br>*Proposed Delaware Counsel to the Official Committee of Unsecured Creditors* |