**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| The Standard Register Company, *et. al.*, | : | Case No. 15-10541 (BLS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

Pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and sections 102(1), 342 and 1109(b) of the United States Bankruptcy Code, 11 U.S.C. §§ 101, *et seq.*, Blank Rome LLP enters its appearance on behalf of Liberty Property Limited Partnership ("Liberty Property") in these bankruptcy cases and requests that all notices given or required to be given and all papers served in these cases be given to and served upon the following persons:

| | |
|---|---|
| John E. Lucian, Esq. | Alan M. Root, Esq. |
| **Blank Rome LLP** | **Blank Rome LLP** |
| One Logan Square | 1201 Market Street |
| 130 North 18th Street | Suite 800 |
| Philadelphia, PA 19103 | Wilmington, DE 19801 |
| Phone: (215) 569-5500 | Phone: (302) 425-6400 |
| Fax: (215) 832-5442 | Facsimile: (302) 425-6464 |
| Email: Lucian@BlankRome.com | Email: Root@BlankRome.com |

This request includes the notices and papers referred to in Bankruptcy Rule 2002, and also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, e-,mail or otherwise, which affect or seeks to affect in any way these debtors and debtors in possession (the

1

"Debtors") or the property of the Debtors, or any of the rights or interests held or asserted by Liberty Property with respect to the Debtors or property of the Debtors.

This request shall not be deemed or construed to be a waiver of any substantive or procedural rights of Liberty Property, including without limitation, to: (a) require that where any adversary proceeding is to be initiated against the Liberty Property in these cases or any related case or where any proceeding is to be initiated by complaint against Liberty Property under applicable non-bankruptcy law, service shall be made on Liberty Property, in accordance with applicable Bankruptcy Rules, the Federal Rules of Civil Procedure, and applicable non-bankruptcy law and that service upon undersigned counsel is insufficient for such purposes; (b) have final orders in non-core matters entered only after <u>de novo</u> review by the United States District Court for the District of Delaware; (c) trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (d) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (e) any other rights, claims, actions, defenses, setoffs or recoupments to which Liberty Property is or may be entitled in law or at equity, all of which rights, claims, actions, defenses, setoffs or recoupments Liberty Property expressly reserves and asserts.

Dated: April 3, 2015    **BLANK ROME LLP**

*/s/ Alan M. Root*
Alan M. Root (DE No. 5427)
1201 Market Street, Suite 800
Wilmington, DE  19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
Email: Root@BlankrRome.com

-and-

                    John E. Lucian, Esq.
**Blank Rome LLP**
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Phone: (215) 569-5500
Fax: (215) 832-5442
Email: <u>Lucian@BlankRome.com</u>

*Counsel for Liberty Property Limited Partnership*