IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re                                          :    Chapter 11
                                               :
THE STANDARD REGISTER           :    Case No. 15-10541 (BLS)
COMPANY, *et al.,*                       :    Jointly Administered
                      Debtors.            :
---------------------------------------------------------x

## NOTICE OF APPEARANCE OF COUNSEL
## AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that the undersigned firm of Reinhart Boerner Van Deuren s.c. hereby enters its appearance as counsel for Nev's Ink, Inc., a creditor in this case. Such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that hard copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the following persons at the following addresses, telephone numbers and facsimile numbers:

| | |
|---|---|
| Katherine M. O'Malley, Esq. | Michael D. Jankowski |
| Reinhart Boerner Van Deuren, s.c. | Reinhart Boerner Van Deuren, s.c. |
| 1000 North Water Street, Suite 1700 | 1000 North Water Street, Suite 1700 |
| P.O. Box 2965 | P.O. Box 2965 |
| Milwaukee, WI 53201-2965 | Milwaukee, WI 53201-2965 |
| Telephone: 414-298-8251 | Telephone: 414-298-8234 |
| Facsimile: 414-298-8097 | Facsimile: 414-298-8097 |
| komalley@reinhartlaw.com | mjankowski@reinhartlaw.com |

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by

31703914

mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of (a) the Creditor's rights (i) to have final orders in non-core matters entered only after de novo review by a District Court Judge, (ii) to trial by jury in any proceeding so triable in this case or in any case, controversy, or proceeding related to this case, and (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (b) any other rights, claims, actions, setoffs, or recoupments to which the Creditor is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Creditor expressly reserves.

Date:  April 3, 2015
       Milwaukee, WI

REINHART BOERNER VAN DEUREN S.C.

  /s/ Katherine M. O'Malley
Katherine M. O'Malley (WI Bar No. 1086597)

  /s/ Michael D. Jankowski
Michael D. Jankowski (WI Bar No. 1012353)

1000 North Water Street, Suite 1700
P.O. Box 2965
Milwaukee, WI 53201-2965
Telephone:  414-298-1000
Facsimile:  414-298-8097
komalley@reinhartlaw.com
mjankowski@reinhartlaw.com

*Attorneys for Nev's Ink, Inc., Creditor*