**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>Jointly Administered |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Duane Morris LLP hereby appears in the above-captioned chapter 11 cases as counsel for Appvion, Inc., and pursuant to the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), including, without limitation, Bankruptcy Rules 2002, 3017, 9007 and 9010 and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware ("Local Rules"), including, without limitation, Local Rules 2002-1, 3017-1 and 9006-1, hereby requests that copies of all notices and pleadings given or filed in these cases be given and served upon the undersigned attorneys at the following address and facsimile number:

| | |
|---|---|
| Jeffrey W. Spear, Esq.<br>DUANE MORRIS LLP<br>1540 Broadway<br>New York, NY 10036<br>Telephone: (212) 692-1000<br>Facsimile: (212) 692-1020<br>Email: JWSpear@duanemorris.com | Jarret P. Hitchings, Esq.<br>DUANE MORRIS LLP<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE 19801<br>Telephone: (302) 657-4900<br>Facsimile: (302) 657-4901<br>Email: JPHitchings@duanemorris.com |

PLEASE TAKE FURTHER NOTICE that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and Local Rules specified above, but also includes without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or

informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended, and shall not be deemed or construed, to be a waiver of any of the rights including, without limitation (i) the right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) the right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments under agreements, in law, in equity, or otherwise all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: April 3, 2015
      Wilmington, Delaware

DUANE MORRIS LLP

*/s/ Jarret P. Hitchings*
Jarret P. Hitchings (DE 4052)
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
Telephone: 302.657.4900
Facsimile: 302.657.4901
Email: JPHitchings@duanemorris.com

-and-

Jeffrey W. Spear, Esq.
1540 Broadway
New York, NY 10036
Telephone: (212) 692-1000
Facsimile: (212) 692-1020
Email: JWSpear@duanemorris.com

*Attorneys for Appvion, Inc.*