**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

IN RE:                                                         )
                                                              )
                                                              )
THE STANDARD REGISTER COMPANY, )
ET AL.,                                                       )          Case No. BK: 15-10541
                                                              )          Chapter    11
                                                              )
                                                              )
            Debtor.                                          )

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

COMES NOW the Oklahoma County Treasurer a creditor herein, and

enters it appearance herein and request that all notices, pleadings or other

documents filed herein be sent to its representatives at the following address:

> GRETCHEN CRAWFORD,
> Assistant District Attorney
> Oklahoma County Treasurer
> 320 Robert S. Kerr, Room 505
> Oklahoma City, Okla.  73102
> (405)-713-1685

Dated: APRIL 6, 2015

> Respectfully submitted,
>
> OKLAHOMA COUNTY TREASURER
> By:
>
> ____s/Gretchen Crawford____
> Gretchen Crawford, OBA #14651
> Assistant District Attorney
> Oklahoma County Treasurer
> 320 Robert S. Kerr, Room 505
> Oklahoma City, Okla.  73102
> (405)-713-1685

## CERTIFICATE OF SERVICE

I hereby certify that on the __6TH__ day of __APRIL__, 2015, I electronically transmitted the foregoing NOTICE to the Clerk of Court and upon the following Registrants using the CM/EFC System for filing and transmittal of Notice of Electronic Filing.

GIBSON, DUNN & CRUTCHER LLP
333 SOUTH GRAND AVENUE
LOS ANGELES, CA 90071-1512

YOUNG CONAWAY STARGATT & TAYLOR, LLP
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DE 19801

OFFICE OF THE U.S. TRUSTEE
844 KING STREET, STE 2207
WILMINGTON, DE 19801

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 MARKET STREET NORTH, 3RD FLOOR
WILMINGTON, DE 19801

s/Gretchen Crawford
Gretchen Crawford