## SCHEDULE 1

## REJECTED LEASES

| Property Location | Landlord |
|---|---|
| 60 Walnut Ave., Suite 310<br>Clark, NJ 07066 | TAK Realty and Investment, LLC<br>60 Walnut Ave., Suite 400<br>Clark, NJ 07066 |
| 13545 Barrett Parkway Dr., Suite 350<br>St. Louis, MO 63021 | BWC Exchangepoint LLC c/o Solon Gershman Inc.<br>13545 Barrett Parkway, Suite 102<br>St. Louis, MO 63021 |
| 2 International Dr., Suite 306<br>Nashville, TN 37217 | MPC Holdings, LLC<br>Metropolitan Nashville Airport<br>One Terminal Drive, Suite 501<br>Nashville, TN 37214 |
| 1609 S. Bluebell Rd.<br>Brenham, TX 77833 | Rita Blumenfeld<br>5100 San Felipe, #163E<br>Houston, TX 77056 |
| 1-5 Sassacus Dr.<br>Westborough, MA 01581 | The Realty Associates Fund IX<br>c/o Lincoln Property Company<br>67 South Bedford Street<br>Burlington, MA 01803 |
| 2481-B 152nd Ave.<br>Redmond, WA 98052 | PS Business Parks<br>2525 152nd Avenue NE<br>Redmond, WA 98052 |
| 1650 Westfork Dr., Suites 101-108<br>Lithia Springs, GA 30057 | ProLogis Trust<br>2791 Peterson Place<br>Norcross, GA 30071 |