UNITED STATES BANKRUPTCY COURT
IN THE DISTRICT OF DELAWARE

FILED
2015 APR -6  AM 11: 33
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------ x

In re:

STANDARD REGISTER COMPANY, *et al.*,

Debtors.

CHAPTER 11

CASE NO. 15-10541 (BLS)

(Jointly Administered)

Re: Docket No. 9

------------------------------------------------------------ x

## NOTICE OF APPEARANCE

The undersigned attorney respectfully requests the Clerk of the Court to enter his appearance on behalf of The Envelope Printery, a creditor.

Date: March 25, 2015

Respectfully submitted,

Daniel V. Iannotti, Attorney for The Envelope Printery

1475 Club Drive
Bloomfield Hills, MI  48302
313-433-6420
Dan@TheGeneralCounsel.com