**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 50 Creditor | Appvion Inc | Attn: General Counsel<br>Po Box 638565<br>Cincinnati OH 45263-8565 | | First Class Mail |
| Top 50 Creditor | Avery Dennison | Attention: General Counsel<br>15178 Collections Ctr Dr<br>Chicago IL 60693 | susan.miller@averydennison.com | First Class Mail and Email |
| Top 50 Creditor | Bank Of America | Attention: General Counsel<br>200 N College St<br>Charlotte NC 28255-0001 | i_r@bankofamerica.com | First Class Mail and Email |
| Administrative Agent under the Debtors' Amended and Restated Loan and Security Agreement | Bank of America, N.A. | James S. Rankin Jr., Parker, Hudson, Rainer & Dobbs LLP<br>1500 Marquis Two Tower<br>285 Peachtree Center Avenue NE<br>Atlanta GA 30303 | jrankin@phrd.com | First Class Mail and Email |
| Counsel for Volt Consulting Group, Ltd. | Blakeley LLP | Attn: Scott E. Blakeley<br>2 Park Plaza<br>Suite 400<br>Irvine CA 92614 | SEB@BlakeleyLLP.com | First Class Mail and Email |
| Counsel for BMC Group, Inc | BMC Group, Inc | Attn T Feil<br>300 Continental Boulevard<br>#570<br>El Segundo CA 90245 | tfeil@bmcgroup.com | First Class Mail and Email |
| Top 50 Creditor | Bruce Moses | 620 Hospitality Dr<br>Rancho Mirage CA 92270 | | First Class Mail |
| Top 50 Creditor | Business Card Service | Attn: General Counsel<br>3200 143rd Circle<br>Burnsville MN 55306-6945 | emily.myers@printforce.com | First Class Mail and Email |
| Top 50 Creditor | Carolinas Shared Services (subgroup within Premier GPO) | Robert Boyd<br>5039 Airport Center Parkway<br>Building K Suite A<br>Charlotte NC 28208 | | First Class Mail |
| Top 50 Creditor | Cass Information Systems | Attn: General Counsel<br>12444 Powerscourt Drive<br>Suite 550<br>St. Louis MO 63131 | | First Class Mail |
| Top 50 Creditor | Catholic Contracting Group (CCG) | Attention: Mike Maguire<br>Premier Healthcare Alliance Lp<br>13034 Ballantine Corporate Place<br>Charlotte NC 28277 | | First Class Mail |
| Counsel for Flexcon, Inc. & Technicote, Inc. | Clark Hill PLC | Attn: Edward J. Kosmowski<br>824 N. Market Street<br>Suite 710<br>Wilmington DE 19801 | ekosmowski@clarkhill.com | First Class Mail and Email |
| Counsel for Flexcon, Inc. & Technicote, Inc. | Clark Hill PLC | Attn: Scott N. Schreiber<br>150 N. Michigan Avenue<br>Suite 2700<br>Chicago IL 60601 | sschreiber@clarkhill.com | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Flexcon, Inc. & Technicote, Inc. | Clark Hill PLC | Attn: Shannon L. Deeby<br>151 South Old Woodward Avenue<br>Suite 200<br>Birmingham MI 48009 | sdeeby@clarkhill.com | First Class Mail and Email |
| Counsel for Hewlett-Packard Company | Cole Schotz, P.C. | Attn: Michael D. Warner<br>301 Commerce Street<br>Ste. 1700<br>Fort Worth TX 76102 | mwarner@coleschotz.com | First Class Mail and Email |
| Counsel for Hewlett-Packard Company | Cole Schotz, P.C. | Attn: Patrick J. Reilley<br>500 Delaware Avenue<br>Suite 1410<br>Wilmington DE 19801 | preilley@coleschotz.com | First Class Mail and Email |
| Top 50 Creditor | Craig Brown | 60 Royal Birkdale<br>Springboro OH 45066 | | First Class Mail |
| Top 50 Creditor | Craig Stockmal | 1 Huntington Ave #1802<br>Boston MA 02116-0000 | | First Class Mail |
| Top 50 Creditor | Dayton Mailing Services | Attn: General Counsel<br>Po Box 2436<br>Dayton OH 45401 | marketing@daytonmailing.com | First Class Mail and Email |
| Delaware Attorney General | Delaware Attorney General | Attn Bankruptcy Dept<br>Carvel State Office Bldg<br>820 N French St 6th Fl<br>Wilmington DE 19801 | attorney.general@state.de.us | First Class Mail and Email |
| Delaware Division of Revenue | Delaware Division of Revenue | Zillah Frampton<br>820 N French St<br>Wilmington DE 19801 | FASNotify@state.de.us | First Class Mail and Email |
| Delaware Secretary of State | Delaware Secretary of State | Corporations Franchise Tax<br>PO Box 898<br>Dover  DE 19903 | dosdoc_Ftax@state.de.us | First Class Mail and Email |
| Delaware State Treasury | Delaware State Treasury | Attn Bankruptcy Dept<br>820 Silver Lake Blvd Ste 100<br>Dover  DE 19904 | statetreasurer@state.de.us | First Class Mail and Email |
| Top 50 Creditor | Dennis  Rediker | 737 Lakengren Cove<br>Eaton OH 45320 | | First Class Mail |
| Special Corporate Counsel to the Debtors | Dinsmore & Shohl LLP | Christopher A. Deabler<br>255 East Fifth Street<br>Suite 1900<br>Cincinnati OH 45202 | christopher.deabler@dinsmore.com | First Class Mail and Email |
| Top 50 Creditor | Domtar Paper Co LLC | Attn: General Counsel<br>8800 Sterling Street<br>Irving TX 75063-2535 | | First Class Mail |
| Top 50 Creditor | Earth Color | Attn: General Counsel<br>7021 Portwest Drive<br>STE. 190<br>Houston TX 77024 | thebaultinfo@earthcolor.com | First Class Mail and Email |
| Top 50 Creditor | Edward Keiper | 22706 Whiteoaks<br>Mission Viejo CA 92692 | | First Class Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Environmental Protection Agency - Region 3 | Environmental Protection Agency | Attn Bankruptcy Dept<br>1650 Arch Street<br>Philadelphia PA 19103-2029 | r3public@epa.gov | First Class Mail and Email |
| Top 50 Creditor | Flexcon Company | Attn: Accounts Receivable<br>1 Flexcon Industrial Park<br>Spencer MA 01562-2642 | | First Class Mail |
| Counsel for The Realty Associates Fund IX | Friedlander Misler, PLLC | Attn: Robert E. Greenburg, Thomas F. Murphy, Lindsay A. Thompson<br>5335 Wisconsin Avenue, NW<br>Suite 600<br>Washington DC 20015 | rgreenberg@dclawfirm.com<br>tmurphy@dclawfirm.com<br>lathompson@dclawfirm.com | First Class Mail and Email |
| Top 50 Creditor | Gary Becker | 666 Barclay Lane<br>Broomall PA 19008 | | First Class Mail |
| Top 50 Creditor | Georgia Pacific Corp | Emily O. Valladares<br>133 Peachtree Street, NE<br>Atlanta GA 30303 | Emily.Valladares@gapac.com | First Class Mail and Email |
| Counsel for DG3 Croup America, Inc. | Gibbons P.C. | Attn: Mark B. Conlan<br>One Gateway Center<br>Newark NJ 07102-5310 | mconlan@gibbonslaw.com | First Class Mail and Email |
| Counsel for DG3 Croup America, Inc. | Gibbons P.C. | Attn: Natasha M. Songonuga<br>1000 N. West Street<br>Suite 1200<br>Wilmington DE 19801-1058 | nsongonuga@gibbonslaw.com | First Class Mail and Email |
| Top 50 Creditor | GLS Graphic Label Solutions | Attn: General Counsel<br>2407 Pulaski Highway<br>Columbia TN 38401 | customerservice@graphiclabelsolutions.com | First Class Mail and Email |
| Counsel for Bell & Howell Company and BBH Financial Services | Golan & Christie LLP | Attn: Barbara L. Yong, Caren A. Lederer<br>70 W. Madison Street<br>Suite 1500<br>Chicago IL 60602 | blyong@golanchristie.com<br>calederer@golanchristie.com | First Class Mail and Email |
| Counsel for United Radio, Inc. dba BlueStar | Graydon Head & Ritchey LLP | Attn: J. Michael Debbeler<br>1900 Fifth Third Center<br>511 Walnut Street<br>Cincinnati OH 45202 | mdebbeler@graydon.com | First Class Mail and Email |
| Top 50 Creditor | HP Enterprise Services LLC | Attn: General Counsel<br>Hewlett Packard Express<br>PO BOX 22160<br>Oakland CA 94623 | enterprisesolutions@hp.com | First Class Mail and Email |
| Top 50 Creditor | Independent Printing CO Inc | Attn: General Counsel<br>1801 Lawrence Drive<br>PO Box 5790<br>De Pere WI 54115 | contactus@independentinc.com | First Class Mail and Email |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market St<br>Mail Stop 5 Q30 133<br>Philadelphia PA 19104-5016 | | First Class Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia PA 19101-7346 | | First Class Mail |
| Top 50 Creditor | Jack Marshall | 470 Westwood<br>Barrington IL 60010 | | First Class Mail |
| Top 50 Creditor | John Harden | 5390 Cold Springs Road South<br>Concord NC 28025 | | First Class Mail |
| Top 50 Creditor | Joseph Custer | Attention: General Counsel<br>2285 Nyce Way<br>Lansdale PA 19446 | | First Class Mail |
| Top 50 Creditor | Kathryn Lamme | 885 Greenhouse Dr<br>Kettering OH 45419 | | First Class Mail |
| Counsel for Dallas County | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas TX 75207 | dallas.bankruptcy@publicans.com | First Class Mail and Email |
| Counsel for Cypress-Fairbanks ISD, Washington County & Harris County | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman<br>PO Box 3064<br>Houston TX 77253-3064 | houston_bankruptcy@lgbs.com | First Class Mail and Email |
| Top 50 Creditor | Lithia Springs | Attention: Ericca Stokes<br>3475 Piedmont Road<br>Suite 650<br>Atlanta GA 30305 | estokes@prologis.com | First Class Mail and Email |
| Counsel for the Official Committee of Unsecured Creditors | Lowenstein Sandler LLP | Attn: Gerald C. Bender<br>1251 Avenue of the Americas<br>New York NY 10020 | | First Class Mail |
| Counsel for the Official Committee of Unsecured Creditors | Lowenstein Sandler LLP | Attn: Kenneth A. Rosen, Sharon L. Levine<br>65 Livingston Avenue<br>Roseland NJ 07068-0000 | | First Class Mail |
| Top 50 Creditor | Mark Platt | 5048 James Hill Road<br>Kettering OH 45429 | | First Class Mail |
| Counsel for CIT Group/Equipment Financing, Inc. | McCarter & English LLP | Attn: Katharine L. Mayer<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington DE 19801 | kmayer@mccarter.com | First Class Mail and Email |
| Counsel for CIT Group/Equipment Financing, Inc. | McCarter & English LLP | Attn: Lisa Bonsall<br>Four Gateway Center<br>100 Mulberry Street<br>Newark NJ 07102-0000 | lbonsall@mccarter.com | First Class Mail and Email |
| Counsel for PacerPro, Inc. | McGrane LLP | Attn: Gavin McGrane<br>Four Embarcadero Center<br>Suite 1400<br>San Francisco CA 94111 | gavin.mcgrane@mcgranellp.com | First Class Mail and Email |
| Top 50 Creditor | Michael Spaul | 296 Carmarthen Way<br>Granville OH 43023 | | First Class Mail |
| Top 50 Creditor | Michael Wolk | 1246 Homestead Creek Dr<br>Broadview Heights OH 44147 | | First Class Mail |

In re The Standard Register Company, et al.
Case No. 15-10541

Page 4 of 8

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Cenveo Corporation | Minkin & Harnisch PLLC | Attn: Ethan B. Minkin, Andrew A. Harnisch<br>6515 N. 12th Street<br>Suite B<br>Phoenix AZ 85014 | ethan@mhlawaz.com<br>andy@mhlawaz.com | First Class Mail and Email |
| Counsel for the Missouri Department of Revenue | Missouri Department of Revenue | Attn: Sheryl L. Moreau<br>301 W. High Street, Room 670<br>PO Box 475<br>Jefferson City MO 65105-0475 | | First Class Mail |
| Top 50 Creditor | Nevs Ink Inc | Attn: General Counsel<br>2500 W Sunset Drive<br>Waukesha WI 53189 | nevsink@nevsink.com | First Class Mail and Email |
| Counsel for the Commissioner of the New York State Department of Taxation and Finance by and through Amanda Hiller, Deputy Commissioner and Counsel | New York State Department of Taxation and Finance | Attn: Robert L. Cook, District Tax Attorney, Office of Counsel<br>340 East Main St.<br>Rochester NY 14604 | Robert.Cook@tax.ny.gov | First Class Mail and Email |
| Top 50 Creditor | Nissan Total | Attn: General Counsel<br>983 Nissan Drive<br>Smyrna TN 37617-0003 | | First Class Mail |
| Top 50 Creditor | Novation GPO | Mitchell Shepherd<br>75 Remittance Dr Ste 1420<br>Chicago IL 60675 | | First Class Mail |
| United States Trustee District of Delaware | Office of the United States Trustee | Mark Kinney<br>844 King St Ste 2207<br>Wilmington DE 19801 | mark.kenney@usdoj.gov | First Class Mail and Email |
| Counsel for Unilever | Parker Ibrahim & Berg LLC | Attn: Joseph H. Lemkin<br>270 Davidson Avenue<br>Somerset NJ 07747-0000 | joseph.lemkin@piblaw.com | First Class Mail and Email |
| Counsel for Bank of America, N.A. | Parker, Hudson, Rainer & Dobbs LLP | Attn: C. Edward Dobbs, James S. Rankin, Jr., Jack C. Basham, Jr., Joshua J. Lewis<br>1500 Marquis Two Tower<br>285 Peachtree Center Avenue, NE<br>Atlanta GA 30303 | ced@phrd.com<br>jsr@phrd.com<br>jcb@phrd.com<br>jjl@phrd.com | First Class Mail and Email |
| Top 50 Creditor | Partners Healthcare | Peter Markell<br>529 Main Street<br>Charlestown MA 02129-0000 | | First Class Mail |
| Top 50 Creditor | PBGC | Courtney Morgan<br>1200 K Street NW<br>Washington DC 20005-4026 | Morgan.Courtney@pbgc.gov | First Class Mail and Email |
| Counsel for the Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Courtney L. Morgan<br>Office of the Chief Counsel<br>1200 K Street NW<br>Washington DC 20005-4026 | morgan.courtney@pbgc.gov<br>efile@pbgc.gov | First Class Mail and Email |
| Top 50 Creditor | Peter Redding | 6470 Montreux Lane<br>Reno NV 89511 | | First Class Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Delaware Bankruptcy Counsel to the Official Committee of Unsecured Creditors | Polsinelli PC | Attn: Christopher A. Ward, Justin K. Edelson, Shanti M. Katona<br>222 Delaware Avenue<br>Suite 1101<br>Wilmington DE 19801 | cward@polsinelli.com<br>skatona@polsinelli.com<br>jedelson@polsinelli.com | First Class Mail and Email |
| Top 50 Creditor | Precision Dynamics Corp | Brady Corporation<br>JoAnne Marie Williams<br>6555 West Good Hope Road<br>Milwaukee WI 53223 | joanne_williams@bradycorp.com | First Class Mail and Email |
| Top 50 Creditor | Precision Dynamics Corp | Mark Bouchard<br>Po Box 71549<br>Chicago IL 60694-1995 | markbouchard@pdcorp.com | First Class Mail and Email |
| Top 50 Creditor | Purchase Power | Attention: General Counsel<br>Po Box 856042<br>Louisville KY 40285 | | First Class Mail |
| Top 50 Creditor | Rajendra Mehta | 220 Estates Dr<br>Dayton OH 45459 | | First Class Mail |
| Counsel for The Bank of New York Mellon | Reed Smith LLP | Attn: Amy M. Tonti<br>Reed Smith Centre<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh PA 15230-2009 | atonti@reedsmith.com | First Class Mail and Email |
| Counsel for The Bank of New York Mellon | Reed Smith LLP | Attn: J. Cory Falgowski<br>1201 N. Market Street<br>Suite 1500<br>Wilmington DE 19801 | jfalgowski@reedsmith.com | First Class Mail and Email |
| Counsel for PJ Printers | Richard S. Price, II | 1235 N. Harbor Blvd<br>Suite 200<br>Fullerton CA 92832-1349 | rspriceii@aol.com | First Class Mail and Email |
| Counsel for Bank of America, N.A. | Richards, Layton & Finger, P.A. | Attn: Mark D. Collins, Tyler D. Semmelman<br>One Rodney Square<br>920 North King Street<br>Wilmington DE 19801 | collins@rlf.com<br>semmelman@rlf.com | First Class Mail and Email |
| Top 50 Creditor | Robert Assini | 20 Rima Court<br>Danville CA 94526 | | First Class Mail |
| Top 50 Creditor | Salesforce Com Inc | Aseem Gupta<br>PO BOX 203141<br>Dallas TX 75320-3141 | aseem.gupta@salesforce.com | First Class Mail and Email |
| Top 50 Creditor | Sanmar Corp | Attn: General Counsel<br>Po Box 643693<br>Cincinnati OH 45264-3693 | sales@sanmar.com | First Class Mail and Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury<br>100 F St NE<br>Washington DC 20549 | NYROBankruptcy@SEC.GOV | First Class Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn Bankruptcy Dept<br>Brookfield Place<br>200 Vesey Street Ste 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov<br>NYROBankruptcy@SEC.GOV | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn Bankruptcy Dept<br>One Penn Center<br>1617 JFK Blvd Ste 520<br>Philadelphia PA 19103 | NYROBankruptcy@SEC.GOV | First Class Mail and Email |
| Administrative Agent under Debtors' First Lein Credit Agreement and Second Lein Credit Agreement | Silver Point Finance, LLC | Ron Meisler<br>Chris Dressel c/o Skadden Arps<br>155 N. Wacker Drive<br>Chicago IL 60606 | ron.meisler@skadden.com<br>christopher.dressel@skadden.com | First Class Mail and Email |
| Counsel for Silver Point Finance, LLC and Standard Acquistion Holdings, LLC | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Ron E. Meisler Carl T. Tullson Christopher M. Dresel<br>155 North Wacker Drive<br>Suite 2700<br>Chicago IL 60606-1720 | ron.meisler@skadden.com<br>carl.tullson@skadden.com<br>christopher.dressel@skadden.com | First Class Mail and Email |
| Counsel for Silver Point Finance, LLC and Standard Acquistion Holdings, LLC | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Sarah E. Pierce<br>One Rodney Square<br>P.O. Box 636<br>Wilmington DE 19899-0636 | sarah.pierce@skadden.com | First Class Mail and Email |
| Top 50 Creditor | Source Technologies Inc | Attn: General Counsel<br>4205B Westinghouse Commons Drive<br>Charlotte NC 28273 | Kimberly@sourcetechnologiesinc.com | First Class Mail and Email |
| Top 50 Creditor | Tenet (subgroup within MedAssets GPO comprised of about 45 hospitals) | Richard Yonker<br>1445 Ross Avenue<br>Suite 1400<br>Dallas TX 75202 | | First Class Mail |
| Attorneys for the Texas Comptroller of Public Accounts | Texas Comptroller of Public Accounts | Attn: Jay W. Hurst - Assistant Attorney General<br>Bankruptcy & Collections Division MC 008<br>P.O. Box 12548<br>Austin TX 78711-2548 | Jay.Hurst@texasattorneygeneral.gov | First Class Mail and Email |
| Counsel for Timothy Webb | The Rosner Law Group LLC | Attn: Frederick B. Rosner, Jula B. Klein<br>824 Market Street<br>Suite 810<br>Wilmington DE 19801 | rosner@teamrosner.com<br>klein@teamrosner.com | First Class Mail and Email |
| Top 50 Creditor | Timothy Webb | 4906 E. Desert Fairways Dr.<br>Paradise Valley AZ 85253 | | First Class Mail |
| Top 50 Creditor | Unisource Worldwide Inc | Attn: General Counsel<br>7575 Brewster<br>Philadelphia PA 19153 | | First Class Mail |
| US Attorney for the District of Delaware | US Attorney for Delaware | Charles Oberly c/o Ellen Slights<br>1007 Orange St Ste 700<br>PO Box 2046<br>Wilmington DE 19899-2046 | usade.ecfbankruptcy@usdoj.gov | First Class Mail and Email |
| Top 50 Creditor | Virginia Rafferty | 235 Bellewood Drive<br>Aiken SC 29803 | | First Class Mail |
| Top 50 Creditor | Volt Consulting | Attn: General Counsel<br>Two Tower Center Blvd<br>East Brunswick NJ 08816 | info@voltconsultinggroup.com | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 50 Creditor | Washington State Department of Ecology | Attention: General Counsel<br>Po Box 47600<br>Olympia WA 98504-7600 | maia.bellon@ecy.wa.gov | First Class Mail and Email |
| Top 50 Creditor | Westborough | Attenion: Ms Sam Ajanaku<br>The Realty Associates Fund Ix C/O Lincoln Property Company<br>67 South Bedford Street<br>Burlington MA 01803-0000 | sajanaku@lpc.com | First Class Mail and Email |
| Top 50 Creditor | XPEDX LLC | Attn: General Counsel<br>6285 Tri-Ridge Blvd.<br>Loveland OH 45140 | | First Class Mail |