**Exhibit C**

**Exhibit C**

Exhibit C
Nominees Service List
Served via Overnight Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| BROADRIDGE | JOBS: N82276 | 51 MERCEDES WAY | | EDGEWOOD | NY | 11717 | |
| MEDIANT COMMUNICATIONS | ATTN: STEPHANIE FITZHENRY/PROXY CENTER | 100 DEMAREST DRIVE | | WAYNE | NJ | 07470 | |
| AMALGAMATED BANK (2352) | ATTN: BOB WINTERS OR PROXY MGR | 275 7TH AVENUE | | NEW YORK | NY | 10001 | |
| AMERICAN ENTERPRISE 0756) | ATTN: PROXY MGR | 2178 Ameriprise Financial Center | Routing: S6/2178 | MINNEAPOLIS | MN | 55474 | |
| APEX CLEARING CORPORATION (0158) | ATTN: SHERRY MUSMAR | 1700 PACIFIC AVENUE, SUITE 1400 | | DALLAS | TX | 75201 | |
| BARCLAYS CAPITAL INC. (0229/5101) | ATTN: CORPORATE ACTIONS | 400 JEFFERSON PARK 4TH FLOOR | | WHIPPANY | NJ | 07981 | |
| BB & T SECURITIES(0702) | ATTN: JESSE W SPROUSE OR PROXY DEPT. | 8006 DISCOVERY DRIVE | SUITE 200 | RICHMOND | VA | 23229 | |
| BB & T SECURITIES(0702) | ATTN: RICKY JACKSON OR PROXY DEPT. | CORPORATE ACTIONS | 8006 DISCOVERY DRIVE | RICHMOND | VA | 23229 | |
| BNP PARIBAS, NEW YORK BRANCH (1569/2787) | ATTN: DEAN GALLI OR PROXY MGR | 525 WASHINGTON BLVD 9TH FLOOR | | JERSEY CITY | NJ | 07310 | |
| BNY MELLON/ NEW ENGLAND (0954) | ATTN: BETH STIFFLER OR PROXY MGR | 525 WILLIAM PENN PLACE | SUITE 300 | PITTSBURGH | PA | 15259 | |
| BROWN BROTHERS HARRIMAN & CO. (0010) | ATTN: PAUL NONNON OR PROXY MGR | 525 WASHINGTON BLVD. NEW PORT | | JERSEY CITY | NJ | 07310- | |
| CHARLES SCHWAB & CO., INC. (0164) | ATTN: JANA TONGSON OR PROXY MGR | 2423 EAST LINCOLN DRIVE PHXPEAK-01- | | PHOENIX | AZ | 85016 | |
| CIBC WORLD MARKETS INC./CDS (5030) | ATTN: NICASTRO JERRY OR PROXY MGR | 161 BAY ST 10TH FL | | TORONTO | ON | M5J 258 | CANADA |
| CITIBANK, N.A. (0908) | ATTN: CAROLYN TREBUS OR PROXY MGR | 3800 CITIBANK CENTER B3-12 | | TAMPA | FL | 33610 | |
| CITIGROUP GLOBAL MARKETS INC. (0418/0505) | ATTN: ROSE MARIE YODICE OR PROXY MGR | 388 GREENWHICH STREET 11TH FLOOR | | NEW YORK | NY | 10013 | |
| COR LLC (0052) | ATTN: AMBRA MOORE OR PROXY MGR | 1200 LANDMARK CTR STE 800 | | OMAHA | NE | 68102- | |
| CREDIT SUISSE SECURITIES (0355) | ATTN: ASHWINEE SAWH OR PROXY MGR | 11 MADISON AVENUE | 23RD FLOOR | NEW YORK | NY | 10010 | |
| D.A. DAVIDSON & CO. (0361) | ATTN: RITA LINSKEY OR PROXY MGR | 8 THIRD STREET NORTH P.O. BOX 5015 | | GREAT FALLS | MT | 59403 | |
| DAVENPORT & COMPANY LLC (0715) | ATTN: KIM NIEDING OR PROXY MGR | 901 EAST CARY ST 11TH FLOOR | | RICHMOND | VA | 23219 | |
| DEPOSITORY TRUST CO. | ATTN: ED HAIDUK | 55 WATER STREET | 25TH FLOOR | NEW YORK | NY | 10041 | |
| DEPOSITORY TRUST CO. | ATTN: HORACE DALEY | 55 WATER STREET | 25TH FLOOR | NEW YORK | NY | 10041 | |
| DESJARDINS SECURITIES INC.** (5028) | ATTN: KARLA DIAZ OR PROXY MGR | VALEURS MOBILIARES DESJARDINS 2, COMPLEXE DESJARDINS TOUR EST | | MONTREAL | E1-22 QC | H5B 1J2 | CANADA |
| DESJARDINS SECURITIES INC.** (5028) | ATTN: MARTINE BLAIS OR PROXY MGR | 2 COMPLEXE DESJARDINS, E. TWR 15TH | | MONTREAL | QC | H5B 1J2 | CANADA |
| E*TRADE CLEARING LLC (0385) | ATTN: MATTHEW FRIEFELD OR PROXY MGR | 1981 MARCUS AVENUE 1ST FLOOR | | LAKE SUCCESS | NY | 11042 | |
| EDWARD D. JONES & CO. (0057) | ATTN: A.J. MAYTAS OR PROXY MGR | CORPORATE ACTIONS & DISTRIBUTION | | ST. LOUIS | MO | 63141 | |
| FIFTH THIRD BANK, THE (2116) | ATTN: CARRIE POTTER OR PROXY MGR | 5001 KINGSLEY DRIVE MAIL DROP | | CINCINNATI | OH | 45227 | |
| FIRST SOUTHWEST COMPANY (0309) | ATTN: JAMES FURINO OR PROXY MGR | 1700 PACIFIC AVENUE SUITE 500 | | DALLAS | TX | 75201 | |
| FIRST SOUTHWEST COMPANY (0309) | ATTN: KEVIN MILLER OR PROXY MGR | 911 W LOOP 281 STE. 411 | | LONGVIEW | TX | 75604 | |
| FOLIO (FN) INVESTMENTS, INC. (0728) | ATTN: ASHLEY THEOBALD OR PROXY MGR | 8180 GREENSBORO DRIVE 8TH FLOOR | | MCLEAN | VA | 22102 | |
| GOLDMAN, SACHS & CO. (0005) | ATTN: VINCE DOLCE OR PROXY MGR | 30 HUDSON STREET PROXY DEPARTMENT | | JERSEY CITY | NJ | 07302 | |

Exhibit C
Nominees Service List
Served via Overnight Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| GS EXECUTION & CLEARING (0501) | ATTN: ANTHONY BRUNO OR PROXY MGR | 30 HUDSON STREET PROXY | | JERSEY CITY | NJ | 07302- | |
| INTERACTIVE BROKERS (0534) | ATTN: MILTON OTERO OR PROXY MGR | GREENWICH OFFICE PARK BUILDING 8, | | GREENWICH | CT | 06831 | |
| J.J.B. HILLIARD, W.L. LYONS, LLC (0768) | ATTN: FRANCES COLEMAN OR PROXY MGR | 500 WEST JEFFERSON ST. 6TH FLOOR | | LOUISVILLE | KY | 40202 | |
| J.P. MORGAN CLEARING CORP. (0352) | ATTN: BRODERICK WALKER OR PROXY MGR | DEPT. C, CASHIERS DEPARTMENT ONE METROTECH | CENTER NORTH REORG DEPT 4TH FLOOR | BROOKLYN | NY | 11201-3862 | |
| JANNEY MONTGOMERY SCOTT INC. (0374) | ATTN: BOB MARTIN OR PROXY MGR | 1801 MARKET STREET 9TH FLOOR | | PHILADELPHIA | PA | 19103-1675 | |
| JPMORGAN CHASE BANK, NA (0902) | ATTN: JACOB BACK OR PROXY MGR | 14201 DALLAS PARKWAY | 12TH FLOOR | DALLAS | TX | 75254 | |
| KEYBANK NATIONAL ASSOCIATION (2205) | ATTN: ADAM BORYENACE OR PROXY MGR | 4900 TIEDEMAN ROAD | | BROOKLYN | OH | 44144 | |
| KEYBANK NATIONAL ASSOCIATION (2205) | ATTN: KAREN BEDNARSKI OR PROXY MGR | 4900 TIEDEMAN ROAD | | BROOKLYN | OH | 44144 | |
| KNIGHT CLEARING SERVICES LLC (0295) | ATTN: JANICA BRINK OR PROXY MGR | 545 WASHINGTON BLVD. | | JERSEY CITY | NJ | 07310 | |
| LEK SECURITIES CORPORATION (0512) | ATTN: DANIEL HANUKA OR PROXY MGR | 1 LIBERTY PLAZA 52ND FLOOR | | NEW YORK | NY | 10006 | |
| LPL FINANCIAL CORPORATION (0075) | ATTN: MARTHA LANG | 4828 PARKWAY PLAZA BLVD | | CHARLOTTE | NC | 28217 | |
| LPL FINANCIAL CORPORATION (0075) | ATTN: CORPORATE ACTIONS | 4707 EXECUTIVE DRIVE | | SAN DIEGO | CA | 92121 | |
| MARSCO INVESTMENT CORPORATION (0287) | ATTN: KAREN JACOBSEN OR PROXY MGR | 101 EISENHOWER PARKWAY | | ROSELAND | NJ | 07068 | |
| MERRILL LYNCH (5198/0161) | ATTN: VERONICA O'NEILL OR PROXY MGR | 101 HUDSON STREET 9TH FLOOR | | JERSEY CITY | NJ | 07302 | |
| MORGAN STANLEY & CO LLC. (0050) | ATTN: KENNETH EWING OR PROXY MGR | 1300 THAMES STREET WHARF 7TH FLOOR | | BALTIMORE | MD | 21231 | |
| MORGAN STANLEY & CO LLC. (0050) | ATTN: RAQUEL DEL MONTE OR PROXY MGR | ONE NEW YORK PLAZA 7TH FLOOR | | NEW YORK | NY | 10004 | |
| MORGAN STANLEY & CO LLC. (0050) | ATTN: JONATHAN GOLDMAN OR PROXY MGR | 1300 THAMES STREET WHARF 7TH FLOOR | | BALTIMORE | MD | 21231 | |
| MORGAN STANLEY SMITH BARNEY LLC (0015) | ATTN: JOHN BARRY OR PROXY MGR | 1300 THAMES STREET WHARF | | BALTIMORE | MD | 21231 | |
| MS SECURITIES SERVICES INC. (0101) | ATTN: BRIAN O'DOWD OR PROXY MGR | 901 SOUTH BOND STREET 6TH FLOOR | | BALTIMORE | MD | 21231 | |
| NATIONAL FINANCIAL SERVICES LLC (0226) | ATTN: SEAN COLE OR PROXY MGR | 499 WASHINGTON BLVD. | | JERSEY CITY | NJ | 07310 | |
| NBCN INC. /CDS (5008) | ATTN: BENOIT HENAULT OR PROXY MGR | 1010 RUE DE LA GAUCHETIERE ST. WEST SUITE 1925 | | MONTREAL | QC | H3B 5J2 | CANADA |
| NBCN INC. /CDS (5008) | ATTN: MASSIMO DEL PAPA OR PROXY MGR | 1010 RUE DE LA GAUCHETIERE ST. WEST SUITE 1925 | | MONTREAL | QC | H3B 5J2 | CANADA |
| NBCN INC.** (5008) | ATTN: DANIEL NTAP OR PROXY MGR | 1010 RUE DE LA GAUCHETIERE ST. WEST SUITE 1925 | | MONTREAL | QC | H3B 5J2 | CANADA |
| NORTHERN TRUST COMPANY, THE (2669) | ATTN: ROBERT VALENTIN OR PROXY MGR | 801 S. CANAL STREET | REORG DEPT, FLOOR C1N | CHICAGO | IL | 60607 | |
| OPPENHEIMER & CO. INC. (0571) | ATTN: OSCAR NAZARIO OR PROXY MGR | 85 BROAD STREET, 4TH FL | | NEW YORK | NY | 10004 | |
| OPTIONSXPRESS, INC (0338) | ATTN: RICH DRINH OR PROXY MGR | 311 W. MONROE STREET | | CHICAGO | IL | 60606 | |
| OPTIONSXPRESS, INC. (0338) | ATTN: SCOTT JOHNSON OR PROXY MGR | 311 W. MONROE STREET | | CHICAGO | IL | 60606 | |
| PERSHING LLC (0443) | ATTN: AL HERNANDEZ OR PROXY MGR | SECURITIES CORPORATION 1 PERSHING PLAZA 7TH FLOOR -REORG. | | JERSEY CITY | NJ | 07399 | |
| PRIMEVEST (0701) | ATTN: ANGELA HANDELAND OR PROXY MGR | 400 1ST STREET SOUTH SUITE 300 ST. | | CLOUD | MN | 56301 | |
| PRIMEVEST (0701) | ATTN: MARK SCHOUVILLER OR PROXY MGR | 400 1ST STREET SOUTH ST. | | CLOUD | MN | 56301 | |
| RAYMOND JAMES & ASSOCIATES, INC. (0725) | ATTN: ROBERTA GREEN OR PROXY MGR | 880 CARILION PARKWAY TOWER 2, 4TH FLOOR | | ST. PETERSBURG | FL | 33716 | |
| RBC CAPITAL MARKETS CORPORATION (0235) | ATTN: STEVE SCHAFER OR PROXY MGR | 510 MARQUETTE AVE SOUTH | | MINNEAPOLIS | MN | 55402 | |

In re The Standard Register Company, *et al.*
Case No. 15-10541  (BLS)

Exhibit C
Nominees Service List
Served via Overnight Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| RBC DOMINION /CDS (5002) | ATTN: KAREN OLIVERES OR PROXY MGR | 200 BAY STREET, 6TH FLOOR | ROYAL BANK PLAZA NORTH TOWER | TORONTO | ON | M5J 2W7 | CANADA |
| SCOTTRADE, INC. (0705) | ATTN: SONJA BRADLEY-WADLEY OR PROXY MGR | 12855 FLUSHING MEADOWS DRIVE | | ST. LOUIS | MO | 63131 | |
| SG AMERICAS SECURITIES, LLC (0286) | ATTN: CHARLES HUGHES OR PROXY MGR | 245 PARK AVE | | NEW YORK | NY | 10167 | |
| SOUTHWEST SECURITIES, INC. (0279) | ATTN: CHRISTINA FINZEN OR PROXY MGR | 1201 ELM STREET SUITE 3700 | | DALLAS | TX | 75270 | |
| STATE STREET (0997) | ATTN: MIKE FEELEY/ROB RAY OR PROXY MGR | CORP ACTIONS - JAB5E | 1776 HERITAGE DRIVE | NORTH QUINCY | MA | 02171 | |
| STEPHENS INC. (0419) | ATTN: LINDA THOMPSON OR PROXY MGR | 111 CENTER STREET 4TH FLOOR | | LITTLE ROCK | AR | 72201-4402 | |
| STOCKCROSS FINANCIAL (0445) | ATTN: ELEANOR PIMENTEL OR PROXY MGR | 77 SUMMER STREET 2ND FLOOR | | BOSTON | MA | 02210 | |
| TD AMERITRADE CLEARING, INC. (0188) | ATTN: GARY SWAIN OR PROXY MGR | 1005 AMERITRADE PLACE | | BELLEVUE | NE | 68005 | |
| TD WATERHOUSE CANADA INC. /CDS (5036) | ATTN: YOUSUF AHMED OR PROXY MGR | 77 BLOOR STREET WEST 3RD FLOOR | | TORONTO | ON | M5S 1M2 | |
| TEXAS TREASURY SAFEKEEPING (2622) | ATTN: JANIE DOMINGUEZ OR PROXY MGR | 208 E. 10TH STREET ROOM 410 | | AUSTIN | TX | 78701 | |
| THE BANK OF NEW YORK MELLON (0901) | ATTN: MARIA SASINOSKI OR PROXY MGR | 525 WILLIAM PENN PLACE | ROOM 0300 | PITTSBURGH | PA | 15259 | |
| TRADESTATION (0271) | ATTN: RICK GORDON OR PROXY MGR | 8050 SW 10TH ST SUITE 2000 | | PLANTATION | FL | 33324 | |
| U.S. BANCORP INVESTMENTS, INC. (0280) | ATTN: KATHY DABRUZZI OR PROXY MGR | 60 LIVINGSTON AVE EP-MN-WN2H | | ST. PAUL | MN | 55107-1419 | |
| U.S. BANK N.A. (2803) | ATTN: PAUL KUXHAUS OR PROXY MGR | 1555 N. RIVER CENTER DRIVE SUITE 302 | | MILWAUKEE | WI | 53212 | |
| UBS FINANCIAL SERVICES LLC (0221) | ATTN: JANE FLOOD OR PROXY MGR | 1000 HARBOR BLVD | | WEEHAWKEN | NJ | 07086 | |
| UBS SECURITIES LLC (0642) | ATTN: JOSEPH POZOLANTE OR PROXY MGR | 315 DEADERICK STREET | | NASHVILLE | TN | 37238 | |
| US BANCORP INVESTMENTS, INC. (0280) | ATTN: TARA TUCHSCHERER OR PROXY MGR | 60 LIVINGSTON AVENUE EP-MN-WN2H | | ST. PAUL | MN | 55107-1419 | |
| VANGUARD (0062) | ATTN: CORPORATE ACTION | 14321 N. NORTHSIGHT BLVD | | SCOTTSDALE | AZ | 85260 | |
| VANGUARD MARKETING CORPORATION (0062) | ATTN: CORPORATE ACTIONS | 100 VANGUARD BOULEVARD | | MALVERN | PA | 19355 | |
| WEDBUSH MORGAN SECURITIES, INC. (0103) | ATTN: ALAN FERREIRA OR PROXY MGR | 1000 WILSHIRE BLVD | | LOS ANGELES | CA | 90017 | |