**Exhibit D**

3

**Exhibit D**

Exhibit D
Depositories/Nominees Service List
Served via Email

| Company | Email |
|---|---|
| Broadridge | SpecialProcessing@broadridge.com |
| Clearstream | nathalie.chataigner@clearstream.com; Hulya.Din@clearstream.com; cherifa.maameri@clearstream.com; deborah.lambert@clearstream.com; monica.goncalves@clearstream.com ca_mandatory.events@clearstream.com; ca_luxembourg@clearstream.com |
| Depository Trust & Clearing Corporation | mandatoryreorgannouncements@dtcc.com; lensnotices@dtcc.com; rgiordano@dtcc.com |
| Euroclear | drit@euroclear.com |
| Mediant | mjones@mediantonline.com; mtaylor@mediantonline.com; mdickens@mediantonline.com; zyang@mediantonline.com |
| SIX Securities Clearing | corpactionsoverseas.group@sisclear.com |