**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| The Standard Register Company, *et al.*, | ) | Case No. 15-10541-BLS |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**NOTICE OF MOTION OF GEORGIA-PACIFIC CONSUMER PRODUCTS LP**
**FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. §§ 362 AND 553**

To:   Debtor; Debtor's counsel; Counsel for the Creditors' Committee; Counsel for the DIP Lenders; and The Office of the United States Trustee

On April 6, 2015, Georgia-Pacific Consumer Products LP ("*Movant*") filed a motion (the "*Motion*") for relief from the automatic stay under Sections 362 and 553 of the Bankruptcy Code to set off its prepetition debt against The Standard Register Company.

A HEARING ON THE MOTION WILL BE HELD ON MAY 12, 2015 AT 10:00 A.M.

You are required to file a response (and the supporting documentation required by Local Rule 4001-1(c)) to the attached motion **on or prior to May 5, 2015 at 4:00 p.m**. At the same time, you must also serve a copy of the response upon the Movant's attorneys:

| | |
|---|---|
| Jeffrey R. Waxman, Esquire | David A. Wender (GA Bar No. 748117) |
| **MORRIS JAMES LLP** | Jonathan T. Edwards (GA Bar No. 134100) |
| 500 Delaware Avenue, Suite 1500 | **ALSTON & BIRD LLP** |
| Wilmington, Delaware  19801-1494 | One Atlantic Center |
| Telephone:  (302) 888-6800 | 1201 West Peachtree Street |
| | Atlanta, GA  30309-3424 |

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the Motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as the value of the property and the extent and validity of any security instrument.

_____
Jeffrey R. Waxman
Counsel for the Movant