# EXHIBIT A

[Prepetition Credit Amounts]

| Description | Amount |
|---|---:|
| *January 2015 Standard Register Program Rebate Pay | -556,183.53 |
| *January 2015 Standard Register Volume Rebate Paym | -356,296.91 |
| *January 2015 Standard Register Prompt Pay Rebate | -47,942.75 |
| *February 2015 Standard Register Program Rebate Pa | -643,290.57 |
| *February 2015 Standard Register Volume Rebate Pay | -350,984.22 |
| *February 2015 Standard Register Prompt Pay Rebate | -55,738.52 |
| March rebate (accrued through March 11) | -235,307.51 |
| **Total rebates due:** | **-2,245,744.01** |