# EXHIBIT B

[Georgia-Pacific Prepetition A/R]

| DocumentNo | Text | Doc. Date | Net due dt | Amount |
|---|---|---|---|---|
| 1606489879 | Quality or Complaint deduction | 09/04/2014 | 09/04/2014 | -182.27 |
| 1606775751 | Cash Collector | 03/13/2015 | 03/13/2015 | 238.85 |
| 901829732 | | 02/16/2015 | 03/18/2015 | 815.65 |
| 901821204 | | 02/11/2015 | 03/10/2015 | 1,619.52 |
| 901821205 | | 02/11/2015 | 03/10/2015 | 538.72 |
| 901821444 | | 02/11/2015 | 03/10/2015 | 568.96 |
| 901821445 | | 02/11/2015 | 03/10/2015 | 13,883.10 |
| 901821446 | | 02/11/2015 | 03/10/2015 | 3,250.50 |
| 901821447 | | 02/11/2015 | 03/10/2015 | 4,557.84 |
| 901821448 | | 02/11/2015 | 03/10/2015 | 8,609.70 |
| 901821449 | | 02/11/2015 | 03/10/2015 | 4,309.80 |
| 901823708 | | 02/12/2015 | 03/10/2015 | 2,687.44 |
| 901823709 | | 02/12/2015 | 03/10/2015 | 1,078.56 |
| 901823710 | | 02/12/2015 | 03/10/2015 | 1,137.92 |
| 901823711 | | 02/12/2015 | 03/10/2015 | 3,986.64 |
| 901823712 | | 02/12/2015 | 03/10/2015 | 10,850.40 |
| 901823713 | | 02/12/2015 | 03/10/2015 | 2,308.90 |
| 901823714 | | 02/12/2015 | 03/10/2015 | 1,155.00 |
| 901823715 | | 02/12/2015 | 03/10/2015 | 7,747.85 |
| 901823716 | | 02/12/2015 | 03/10/2015 | 576.95 |
| 901823717 | | 02/12/2015 | 03/10/2015 | 2,886.95 |
| 901823718 | | 02/12/2015 | 03/10/2015 | 2,294.60 |
| 901823719 | | 02/12/2015 | 03/10/2015 | 6,311.80 |
| 901823720 | | 02/12/2015 | 03/10/2015 | 1,150.05 |
| 901823721 | | 02/12/2015 | 03/10/2015 | 3,266.45 |
| 901823722 | | 02/12/2015 | 03/10/2015 | 1,073.05 |
| 901823723 | | 02/12/2015 | 03/10/2015 | 1,153.90 |
| 901823724 | | 02/12/2015 | 03/10/2015 | 5,120.64 |
| 901823725 | | 02/12/2015 | 03/10/2015 | 1,137.92 |
| 901823726 | | 02/12/2015 | 03/10/2015 | 3,984.96 |
| 901823727 | | 02/12/2015 | 03/10/2015 | 2,869.90 |
| 901823728 | | 02/12/2015 | 03/10/2015 | 8,037.15 |
| 901823729 | | 02/12/2015 | 03/10/2015 | 1,147.85 |
| 901823730 | | 02/12/2015 | 03/10/2015 | 1,147.85 |
| 901823731 | | 02/12/2015 | 03/10/2015 | 6,875.00 |
| 901823732 | | 02/12/2015 | 03/10/2015 | 3,438.05 |
| 901823733 | | 02/12/2015 | 03/10/2015 | 3,445.75 |
| 901823734 | | 02/12/2015 | 03/10/2015 | 2,297.90 |
| 901823735 | | 02/12/2015 | 03/10/2015 | 948.20 |
| 901823736 | | 02/12/2015 | 03/10/2015 | 9,699.80 |
| 901823737 | | 02/12/2015 | 03/10/2015 | 4,435.75 |
| 901823738 | | 02/12/2015 | 03/10/2015 | 5,512.65 |
| 901823739 | | 02/12/2015 | 03/10/2015 | 1,135.12 |

| | | | |
|---|---|---|---:|
| 901824120 | 02/12/2015 | 03/10/2015 | 818.16 |
| 901824121 | 02/12/2015 | 03/10/2015 | 11,397.10 |
| 901824122 | 02/12/2015 | 03/10/2015 | 568.40 |
| 901824123 | 02/12/2015 | 03/10/2015 | 3,431.12 |
| 901824124 | 02/12/2015 | 03/10/2015 | 1,555.68 |
| 901824125 | 02/12/2015 | 03/10/2015 | 3,978.24 |
| 901824126 | 02/12/2015 | 03/10/2015 | 815.65 |
| 901824127 | 02/12/2015 | 03/10/2015 | 5,718.35 |
| 901824128 | 02/12/2015 | 03/10/2015 | 814.55 |
| 901824129 | 02/12/2015 | 03/10/2015 | 3,258.75 |
| 901824130 | 02/12/2015 | 03/10/2015 | 1,113.75 |
| 901826133 | 02/13/2015 | 03/10/2015 | 10,251.36 |
| 901826134 | 02/13/2015 | 03/10/2015 | 1,137.92 |
| 901826135 | 02/13/2015 | 03/10/2015 | 1,140.16 |
| 901826136 | 02/13/2015 | 03/10/2015 | 19,337.92 |
| 901826137 | 02/13/2015 | 03/10/2015 | 571.45 |
| 901826138 | 02/13/2015 | 03/10/2015 | 1,715.45 |
| 901826139 | 02/13/2015 | 03/10/2015 | 1,730.30 |
| 901826140 | 02/13/2015 | 03/10/2015 | 6,345.35 |
| 901826141 | 02/13/2015 | 03/10/2015 | 3,412.64 |
| 901826142 | 02/13/2015 | 03/10/2015 | 3,413.20 |
| 901826143 | 02/13/2015 | 03/10/2015 | 1,135.75 |
| 901826144 | 02/13/2015 | 03/10/2015 | 570.64 |
| 901826145 | 02/13/2015 | 03/10/2015 | 2,203.30 |
| 901826146 | 02/13/2015 | 03/10/2015 | 2,197.25 |
| 901826147 | 02/13/2015 | 03/10/2015 | 574.75 |
| 901826148 | 02/13/2015 | 03/10/2015 | 575.30 |
| 901826149 | 02/13/2015 | 03/10/2015 | 2,525.05 |
| 901826267 | 02/13/2015 | 03/10/2015 | 3,212.72 |
| 901826268 | 02/13/2015 | 03/10/2015 | 539.28 |
| 901826269 | 02/13/2015 | 03/10/2015 | 538.45 |
| 901826378 | 02/13/2015 | 03/10/2015 | 815.36 |
| 901826379 | 02/13/2015 | 03/10/2015 | 2,450.56 |
| 901826380 | 02/13/2015 | 03/10/2015 | 8,974.90 |
| 901826381 | 02/13/2015 | 03/10/2015 | 12,274.90 |
| 901826382 | 02/13/2015 | 03/10/2015 | 566.72 |
| 901826383 | 02/13/2015 | 03/10/2015 | 8,989.12 |
| 901826384 | 02/13/2015 | 03/10/2015 | 5,685.68 |
| 901826385 | 02/13/2015 | 03/10/2015 | 1,633.50 |
| 901828397 | 02/14/2015 | 03/10/2015 | 2,182.40 |
| 901828398 | 02/14/2015 | 03/10/2015 | 4,360.40 |
| 901828399 | 02/14/2015 | 03/10/2015 | 10,291.68 |
| 901828448 | 02/14/2015 | 03/10/2015 | 1,137.92 |
| 901828449 | 02/14/2015 | 03/10/2015 | 1,137.92 |
| 901828451 | 02/14/2015 | 03/10/2015 | 1,137.92 |
| 901828453 | 02/14/2015 | 03/10/2015 | 1,138.48 |
| 901828455 | 02/14/2015 | 03/10/2015 | 1,136.80 |

| | | | |
|---|---|---|---:|
| 901828457 | 02/14/2015 | 03/10/2015 | 1,136.80 |
| 901828539 | 02/14/2015 | 03/10/2015 | 537.04 |
| 901828540 | 02/14/2015 | 03/10/2015 | 1,078.56 |
| 901828541 | 02/14/2015 | 03/10/2015 | 2,154.90 |
| 901828700 | 02/14/2015 | 03/10/2015 | 3,414.88 |
| 901828701 | 02/14/2015 | 03/10/2015 | 10,337.60 |
| 901828702 | 02/14/2015 | 03/10/2015 | 931.28 |
| 901828703 | 02/14/2015 | 03/10/2015 | 2,150.40 |
| 901828704 | 02/14/2015 | 03/10/2015 | 2,496.12 |
| 901828705 | 02/14/2015 | 03/10/2015 | 27,431.70 |
| 901828706 | 02/14/2015 | 03/10/2015 | 16,186.96 |
| 901828707 | 02/14/2015 | 03/10/2015 | 32,270.70 |
| 901828708 | 02/14/2015 | 03/10/2015 | 2,204.40 |
| 901828709 | 02/14/2015 | 03/10/2015 | 2,676.85 |
| 901828710 | 02/14/2015 | 03/10/2015 | 946.55 |
| 901828817 | 02/14/2015 | 03/10/2015 | 4,090.35 |
| 901828818 | 02/14/2015 | 03/10/2015 | 5,726.56 |
| 901828819 | 02/14/2015 | 03/10/2015 | 7,971.60 |
| 901828820 | 02/14/2015 | 03/10/2015 | 9,817.50 |
| 901828821 | 02/14/2015 | 03/10/2015 | 8,169.15 |
| 901829365 | 02/15/2015 | 03/12/2015 | 24,470.88 |
| 901829541 | 02/14/2015 | 03/12/2015 | 11,759.58 |
| 901830846 | 02/15/2015 | 03/12/2015 | 9,892.96 |
| 901832878 | 02/17/2015 | 03/10/2015 | 1,138.48 |
| 901832879 | 02/17/2015 | 03/10/2015 | 1,136.24 |
| 901832880 | 02/17/2015 | 03/10/2015 | 1,136.24 |
| 901832881 | 02/17/2015 | 03/10/2015 | 1,136.24 |
| 901832882 | 02/17/2015 | 03/10/2015 | 4,547.20 |
| 901832883 | 02/17/2015 | 03/10/2015 | 1,129.70 |
| 901832884 | 02/17/2015 | 03/10/2015 | 572.55 |
| 901832885 | 02/17/2015 | 03/10/2015 | 1,719.30 |
| 901832886 | 02/17/2015 | 03/10/2015 | 576.95 |
| 901832887 | 02/17/2015 | 03/10/2015 | 576.95 |
| 901832888 | 02/17/2015 | 03/10/2015 | 574.20 |
| 901832889 | 02/17/2015 | 03/10/2015 | 1,722.60 |
| 901832890 | 02/17/2015 | 03/10/2015 | 1,135.75 |
| 901832891 | 02/17/2015 | 03/10/2015 | 948.08 |
| 901832892 | 02/17/2015 | 03/10/2015 | 948.08 |
| 901832893 | 02/17/2015 | 03/10/2015 | 1,142.40 |
| 901832894 | 02/17/2015 | 03/10/2015 | 1,137.92 |
| 901832895 | 02/17/2015 | 03/10/2015 | 14,792.40 |
| 901832896 | 02/17/2015 | 03/10/2015 | 1,135.68 |
| 901832897 | 02/17/2015 | 03/10/2015 | 19,304.32 |
| 901832898 | 02/17/2015 | 03/10/2015 | 574.75 |
| 901832899 | 02/17/2015 | 03/10/2015 | 575.30 |
| 901834455 | 02/17/2015 | 03/10/2015 | 1,617.28 |
| 901834456 | 02/17/2015 | 03/10/2015 | 536.80 |

| Invoice | Inv Date | Due Date | Amount |
|---|---|---|---|
| 901834457 | 02/17/2015 | 03/10/2015 | 538.72 |
| 901834458 | 02/17/2015 | 03/10/2015 | 3,234.55 |
| 901834500 | 02/17/2015 | 03/10/2015 | 1,678.60 |
| 901834501 | 02/17/2015 | 03/10/2015 | 950.88 |
| 901834502 | 02/17/2015 | 03/10/2015 | 950.88 |
| 901834503 | 02/17/2015 | 03/10/2015 | 1,136.24 |
| 901834504 | 02/17/2015 | 03/10/2015 | 3,408.72 |
| 901834505 | 02/17/2015 | 03/10/2015 | 1,135.68 |
| 901834506 | 02/17/2015 | 03/10/2015 | 15,892.80 |
| 901834507 | 02/17/2015 | 03/10/2015 | 4,557.30 |
| 901834508 | 02/17/2015 | 03/10/2015 | 5,696.90 |
| 901834509 | 02/17/2015 | 03/10/2015 | 6,902.50 |
| 901834510 | 02/17/2015 | 03/10/2015 | 6,903.05 |
| 901834511 | 02/17/2015 | 03/10/2015 | 2,292.40 |
| 901834512 | 02/17/2015 | 03/10/2015 | 2,866.60 |
| 901834513 | 02/17/2015 | 03/10/2015 | 2,303.40 |
| 901834514 | 02/17/2015 | 03/10/2015 | 2,880.35 |
| 901834515 | 02/17/2015 | 03/10/2015 | 575.30 |
| 901834516 | 02/17/2015 | 03/10/2015 | 1,727.55 |
| 901834517 | 02/17/2015 | 03/10/2015 | 5,673.25 |
| 901834518 | 02/17/2015 | 03/10/2015 | 2,848.72 |
| 901834519 | 02/17/2015 | 03/10/2015 | 949.76 |
| 901834575 | 02/17/2015 | 03/10/2015 | 5,604.50 |
| 901834576 | 02/17/2015 | 03/10/2015 | 4,325.20 |
| 901834577 | 02/17/2015 | 03/10/2015 | 1,078.00 |
| 901834578 | 02/17/2015 | 03/10/2015 | 1,070.30 |
| 901834625 | 02/17/2015 | 03/10/2015 | 2,444.96 |
| 901834626 | 02/17/2015 | 03/10/2015 | 817.04 |
| 901834627 | 02/17/2015 | 03/10/2015 | 2,845.36 |
| 901834628 | 02/17/2015 | 03/10/2015 | 1,706.32 |
| 901834629 | 02/17/2015 | 03/10/2015 | 8,953.45 |
| 901834630 | 02/17/2015 | 03/10/2015 | 2,454.10 |
| 901834884 | 02/17/2015 | 03/12/2015 | 24,307.36 |
| 901834885 | 02/17/2015 | 03/13/2015 | 24,211.60 |
| 901834886 | 02/18/2015 | 03/10/2015 | 1,137.92 |
| 901834887 | 02/18/2015 | 03/10/2015 | 5,687.92 |
| 901834888 | 02/18/2015 | 03/10/2015 | 5,688.48 |
| 901834889 | 02/18/2015 | 03/10/2015 | 14,792.96 |
| 901834890 | 02/18/2015 | 03/10/2015 | 953.12 |
| 901834891 | 02/18/2015 | 03/10/2015 | 7,891.52 |
| 901834892 | 02/18/2015 | 03/10/2015 | 13,273.12 |
| 901834893 | 02/18/2015 | 03/10/2015 | 8,686.72 |
| 901834894 | 02/18/2015 | 03/10/2015 | 9,446.80 |
| 901834895 | 02/18/2015 | 03/10/2015 | 1,152.80 |
| 901834896 | 02/18/2015 | 03/10/2015 | 2,306.15 |
| 901834897 | 02/18/2015 | 03/10/2015 | 1,725.90 |
| 901834898 | 02/18/2015 | 03/10/2015 | 2,877.60 |

| Invoice | Invoice Date | Due Date | Amount |
|---|---|---|---|
| 901834899 | 02/18/2015 | 03/10/2015 | 1,730.30 |
| 901836559 | 02/18/2015 | 03/10/2015 | 1,079.12 |
| 901836560 | 02/18/2015 | 03/10/2015 | 4,843.30 |
| 901836800 | 02/18/2015 | 03/10/2015 | 1,730.30 |
| 901836801 | 02/18/2015 | 03/10/2015 | 5,720.00 |
| 901836802 | 02/18/2015 | 03/10/2015 | 5,674.90 |
| 901837117 | 02/18/2015 | 03/10/2015 | 4,549.44 |
| 901837118 | 02/18/2015 | 03/10/2015 | 1,624.70 |
| 901837129 | 02/18/2015 | 03/10/2015 | 13,454.10 |
| 901837581 | 02/18/2015 | 03/12/2015 | 24,301.76 |
| 901837756 | 02/19/2015 | 03/10/2015 | 4,303.75 |
| 901837757 | 02/19/2015 | 03/10/2015 | 539.84 |
| 901838814 | 02/19/2015 | 03/10/2015 | 1,134.00 |
| 901838815 | 02/19/2015 | 03/10/2015 | 18,163.60 |
| 901838816 | 02/19/2015 | 03/10/2015 | 1,127.84 |
| 901838817 | 02/19/2015 | 03/10/2015 | 8,529.92 |
| 901838818 | 02/19/2015 | 03/10/2015 | 2,082.08 |
| 901838819 | 02/19/2015 | 03/10/2015 | 1,210.55 |
| 901838820 | 02/19/2015 | 03/10/2015 | 2,373.80 |
| 901838821 | 02/19/2015 | 03/10/2015 | 2,307.80 |
| 901838822 | 02/19/2015 | 03/10/2015 | 2,305.05 |
| 901838824 | 02/19/2015 | 03/10/2015 | 6,916.80 |
| 901838825 | 02/19/2015 | 03/10/2015 | 14,224.10 |
| 901838826 | 02/19/2015 | 03/10/2015 | 577.50 |
| 901838827 | 02/19/2015 | 03/10/2015 | 1,142.90 |
| 901838828 | 02/19/2015 | 03/10/2015 | 3,430.35 |
| 901838829 | 02/19/2015 | 03/10/2015 | 19,050.90 |
| 901838830 | 02/19/2015 | 03/10/2015 | 1,145.10 |
| 901838831 | 02/19/2015 | 03/10/2015 | 1,145.65 |
| 901838832 | 02/19/2015 | 03/10/2015 | 3,440.80 |
| 901838833 | 02/19/2015 | 03/10/2015 | 4,015.00 |
| 901838834 | 02/19/2015 | 03/10/2015 | 7,951.44 |
| 901838835 | 02/19/2015 | 03/10/2015 | 1,140.16 |
| 901838964 | 02/19/2015 | 03/10/2015 | 5,120.64 |
| 901838965 | 02/19/2015 | 03/10/2015 | 2,448.88 |
| 901838966 | 02/19/2015 | 03/10/2015 | 4,897.20 |
| 901838967 | 02/19/2015 | 03/10/2015 | 4,092.00 |
| 901839821 | 02/20/2015 | 03/10/2015 | 5,937.25 |
| 901839822 | 02/20/2015 | 03/10/2015 | 8,527.68 |
| 901839823 | 02/20/2015 | 03/10/2015 | 1,136.24 |
| 901839824 | 02/20/2015 | 03/10/2015 | 2,842.40 |
| 901839825 | 02/20/2015 | 03/10/2015 | 1,155.55 |
| 901839826 | 02/20/2015 | 03/10/2015 | 2,311.65 |
| 901839827 | 02/20/2015 | 03/10/2015 | 574.20 |
| 901839828 | 02/20/2015 | 03/10/2015 | 1,722.60 |
| 901839829 | 02/20/2015 | 03/10/2015 | 2,297.90 |
| 901839830 | 02/20/2015 | 03/10/2015 | 10,341.65 |

| | | | |
|---|---|---|---|
| 901839831 | 02/20/2015 | 03/10/2015 | 1,152.25 |
| 901839832 | 02/20/2015 | 03/10/2015 | 1,152.25 |
| 901839833 | 02/20/2015 | 03/10/2015 | 1,140.70 |
| 901839834 | 02/20/2015 | 03/10/2015 | 1,141.25 |
| 901839835 | 02/20/2015 | 03/10/2015 | 1,155.00 |
| 901839836 | 02/20/2015 | 03/10/2015 | 1,155.00 |
| 901839837 | 02/20/2015 | 03/10/2015 | 1,134.65 |
| 901839838 | 02/20/2015 | 03/10/2015 | 19,308.80 |
| 901839839 | 02/20/2015 | 03/10/2015 | 4,753.65 |
| 901839840 | 02/20/2015 | 03/10/2015 | 14,326.40 |
| 901839841 | 02/20/2015 | 03/10/2015 | 1,900.25 |
| 901839842 | 02/20/2015 | 03/10/2015 | 24,979.36 |
| 901841794 | 02/20/2015 | 03/16/2015 | 12,914.00 |
| 901841852 | 02/20/2015 | 03/10/2015 | 16,346.00 |
| 901841853 | 02/20/2015 | 03/10/2015 | 817.85 |
| 901841854 | 02/20/2015 | 03/10/2015 | 4,080.45 |
| 901841855 | 02/20/2015 | 03/10/2015 | 7,379.68 |
| 901843321 | 02/21/2015 | 03/20/2015 | 1,080.24 |
| 901843322 | 02/21/2015 | 03/20/2015 | 3,775.75 |
| 901843659 | 02/20/2015 | 03/13/2015 | 24,288.88 |
| 901843660 | 02/21/2015 | 03/20/2015 | 6,809.04 |
| 901843661 | 02/21/2015 | 03/20/2015 | 1,048.32 |
| 901843662 | 02/21/2015 | 03/20/2015 | 11,387.60 |
| 901843663 | 02/21/2015 | 03/20/2015 | 11,362.40 |
| 901843664 | 02/21/2015 | 03/20/2015 | 13,683.60 |
| 901843665 | 02/21/2015 | 03/20/2015 | 1,135.12 |
| 901843666 | 02/21/2015 | 03/20/2015 | 1,145.20 |
| 901843667 | 02/21/2015 | 03/20/2015 | 2,107.84 |
| 901843668 | 02/21/2015 | 03/20/2015 | 5,680.64 |
| 901843669 | 02/21/2015 | 03/20/2015 | 5,709.55 |
| 901843670 | 02/21/2015 | 03/20/2015 | 11,471.90 |
| 901843671 | 02/21/2015 | 03/20/2015 | 1,144.55 |
| 901843672 | 02/21/2015 | 03/20/2015 | 8,015.15 |
| 901843673 | 02/21/2015 | 03/20/2015 | 1,157.20 |
| 901843674 | 02/21/2015 | 03/20/2015 | 1,154.45 |
| 901843675 | 02/21/2015 | 03/20/2015 | 2,309.45 |
| 901843676 | 02/21/2015 | 03/20/2015 | 578.60 |
| 901843677 | 02/21/2015 | 03/20/2015 | 949.30 |
| 901843970 | 02/21/2015 | 03/20/2015 | 573.10 |
| 901843981 | 02/21/2015 | 03/23/2015 | 7,208.32 |
| 901844143 | 02/21/2015 | 03/20/2015 | 6,849.36 |
| 901844144 | 02/21/2015 | 03/20/2015 | 1,127.84 |
| 901844145 | 02/21/2015 | 03/20/2015 | 3,270.85 |
| 901844146 | 02/21/2015 | 03/20/2015 | 8,159.25 |
| 901844147 | 02/21/2015 | 03/20/2015 | 13,901.25 |
| 901844151 | 02/21/2015 | 03/20/2015 | 3,663.96 |
| 901844221 | 02/21/2015 | 03/23/2015 | 24,338.72 |

| | | | |
|---|---|---|---:|
| 901844314 | 02/21/2015 | 03/22/2015 | 22,905.45 |
| 901846177 | 02/24/2015 | 03/20/2015 | 5,924.60 |
| 901846178 | 02/24/2015 | 03/20/2015 | 537.90 |
| 901846179 | 02/24/2015 | 03/20/2015 | 1,140.16 |
| 901846180 | 02/24/2015 | 03/20/2015 | 5,700.24 |
| 901846181 | 02/24/2015 | 03/20/2015 | 4,421.45 |
| 901846182 | 02/24/2015 | 03/20/2015 | 10,935.65 |
| 901846183 | 02/24/2015 | 03/20/2015 | 2,306.70 |
| 901846184 | 02/24/2015 | 03/20/2015 | 2,303.95 |
| 901846185 | 02/24/2015 | 03/20/2015 | 19,586.05 |
| 901846186 | 02/24/2015 | 03/20/2015 | 1,155.00 |
| 901846187 | 02/24/2015 | 03/20/2015 | 1,155.00 |
| 901846188 | 02/24/2015 | 03/20/2015 | 2,884.75 |
| 901846189 | 02/24/2015 | 03/20/2015 | 2,885.30 |
| 901846190 | 02/24/2015 | 03/20/2015 | 838.75 |
| 901846191 | 02/24/2015 | 03/20/2015 | 1,139.60 |
| 901846192 | 02/24/2015 | 03/20/2015 | 10,251.92 |
| 901846193 | 02/24/2015 | 03/20/2015 | 1,140.16 |
| 901846194 | 02/24/2015 | 03/20/2015 | 10,261.44 |
| 901846195 | 02/24/2015 | 03/20/2015 | 1,135.12 |
| 901846196 | 02/24/2015 | 03/20/2015 | 4,615.60 |
| 901846197 | 02/24/2015 | 03/20/2015 | 20,768.55 |
| 901846198 | 02/24/2015 | 03/20/2015 | 2,296.80 |
| 901846199 | 02/24/2015 | 03/20/2015 | 12,629.10 |
| 901846563 | 02/23/2015 | 03/20/2015 | 21,726.41 |
| 901850000 | 02/24/2015 | 03/20/2015 | 5,168.90 |
| 901850001 | 02/24/2015 | 03/20/2015 | 4,020.50 |
| 901850002 | 02/24/2015 | 03/20/2015 | 6,924.50 |
| 901850003 | 02/24/2015 | 03/20/2015 | 5,770.60 |
| 901850004 | 02/24/2015 | 03/20/2015 | 3,981.60 |
| 901850005 | 02/24/2015 | 03/20/2015 | 1,140.16 |
| 901850006 | 02/24/2015 | 03/20/2015 | 18,238.08 |
| 901850007 | 02/24/2015 | 03/20/2015 | 2,297.35 |
| 901850008 | 02/24/2015 | 03/20/2015 | 6,891.50 |
| 901850009 | 02/24/2015 | 03/20/2015 | 1,155.55 |
| 901850010 | 02/24/2015 | 03/20/2015 | 1,155.55 |
| 901850056 | 02/24/2015 | 03/20/2015 | 3,252.48 |
| 901850057 | 02/24/2015 | 03/20/2015 | 806.85 |
| 901850058 | 02/24/2015 | 03/20/2015 | 15,479.20 |
| 901850059 | 02/24/2015 | 03/20/2015 | 6,548.30 |
| 901850060 | 02/24/2015 | 03/20/2015 | 11,398.80 |
| 901850061 | 02/24/2015 | 03/20/2015 | 4,532.08 |
| 901850062 | 02/24/2015 | 03/20/2015 | 4,904.35 |
| 901850063 | 02/24/2015 | 03/20/2015 | 557.15 |
| 901850064 | 02/24/2015 | 03/20/2015 | 556.05 |
| 901850128 | 02/24/2015 | 03/20/2015 | 14,003.00 |
| 901850129 | 02/24/2015 | 03/20/2015 | 1,625.80 |

| | | | |
|---|---|---|---:|
| 901850130 | 02/24/2015 | 03/20/2015 | 2,709.30 |
| 901850204 | 02/24/2015 | 03/20/2015 | 4,349.95 |
| 901850205 | 02/24/2015 | 03/20/2015 | 3,275.25 |
| 901850206 | 02/24/2015 | 03/20/2015 | 1,085.15 |
| 901850207 | 02/24/2015 | 03/20/2015 | 28,701.72 |
| 901850208 | 02/24/2015 | 03/20/2015 | 17,207.30 |
| 901850209 | 02/24/2015 | 03/20/2015 | 7,082.90 |
| 901850210 | 02/24/2015 | 03/20/2015 | 7,526.18 |
| 901850211 | 02/24/2015 | 03/20/2015 | 1,141.28 |
| 901850212 | 02/24/2015 | 03/20/2015 | 10,326.25 |
| 901850213 | 02/24/2015 | 03/20/2015 | 952.05 |
| 901850214 | 02/24/2015 | 03/20/2015 | 4,132.70 |
| 901850215 | 02/24/2015 | 03/20/2015 | 4,398.90 |
| 901850595 | 02/25/2015 | 03/20/2015 | 5,399.35 |
| 901850597 | 02/25/2015 | 03/20/2015 | 1,618.40 |
| 901850599 | 02/25/2015 | 03/20/2015 | 3,770.80 |
| 901851093 | 02/25/2015 | 03/20/2015 | 1,135.12 |
| 901851094 | 02/25/2015 | 03/20/2015 | 578.60 |
| 901851095 | 02/25/2015 | 03/20/2015 | 2,845.92 |
| 901851096 | 02/25/2015 | 03/20/2015 | 1,149.50 |
| 901851097 | 02/25/2015 | 03/20/2015 | 9,199.30 |
| 901851098 | 02/25/2015 | 03/20/2015 | 5,063.85 |
| 901851099 | 02/25/2015 | 03/20/2015 | 2,296.80 |
| 901852462 | 02/25/2015 | 03/20/2015 | 817.04 |
| 901852463 | 02/25/2015 | 03/20/2015 | 3,430.56 |
| 901852464 | 02/25/2015 | 03/20/2015 | 2,452.80 |
| 901852465 | 02/25/2015 | 03/20/2015 | 2,405.76 |
| 901852466 | 02/25/2015 | 03/20/2015 | 572.88 |
| 901852467 | 02/25/2015 | 03/20/2015 | 1,134.00 |
| 901852468 | 02/25/2015 | 03/20/2015 | 816.75 |
| 901852469 | 02/25/2015 | 03/20/2015 | 819.50 |
| 901852470 | 02/25/2015 | 03/20/2015 | 12,269.95 |
| 901852471 | 02/25/2015 | 03/20/2015 | 810.70 |
| 901852472 | 02/25/2015 | 03/20/2015 | 557.15 |
| 901852473 | 02/25/2015 | 03/20/2015 | 2,782.45 |
| 901852500 | 02/25/2015 | 03/20/2015 | 1,723.15 |
| 901852501 | 02/25/2015 | 03/20/2015 | 1,138.48 |
| 901852502 | 02/25/2015 | 03/20/2015 | 5,692.40 |
| 901852503 | 02/25/2015 | 03/20/2015 | 17,085.04 |
| 901852504 | 02/25/2015 | 03/20/2015 | 3,205.95 |
| 901853245 | 02/25/2015 | 03/20/2015 | 21,887.85 |
| 901854698 | 02/26/2015 | 03/20/2015 | 1,079.12 |
| 901854699 | 02/26/2015 | 03/20/2015 | 543.40 |
| 901854700 | 02/26/2015 | 03/20/2015 | 537.90 |
| 901854701 | 02/26/2015 | 03/20/2015 | 1,616.16 |
| 901854702 | 02/26/2015 | 03/20/2015 | 2,690.05 |
| 901854765 | 02/26/2015 | 03/20/2015 | 1,107.70 |

| | | | |
|---|---|---|---|
| 901854766 | 02/26/2015 | 03/20/2015 | 556.60 |
| 901854767 | 02/26/2015 | 03/20/2015 | 1,115.95 |
| 901854768 | 02/25/2015 | 03/22/2015 | 23,661.27 |
| 901854919 | 02/26/2015 | 03/20/2015 | 2,275.28 |
| 901854920 | 02/26/2015 | 03/20/2015 | 2,279.20 |
| 901854921 | 02/26/2015 | 03/20/2015 | 15,974.56 |
| 901854922 | 02/26/2015 | 03/20/2015 | 1,139.04 |
| 901854923 | 02/26/2015 | 03/20/2015 | 4,547.76 |
| 901854924 | 02/26/2015 | 03/20/2015 | 608.30 |
| 901854925 | 02/26/2015 | 03/20/2015 | 4,269.65 |
| 901854926 | 02/26/2015 | 03/20/2015 | 1,148.95 |
| 901854927 | 02/26/2015 | 03/20/2015 | 1,148.40 |
| 901854928 | 02/26/2015 | 03/20/2015 | 5,744.75 |
| 901854929 | 02/26/2015 | 03/20/2015 | 1,152.25 |
| 901854930 | 02/26/2015 | 03/20/2015 | 1,152.25 |
| 901854931 | 02/26/2015 | 03/20/2015 | 2,289.10 |
| 901854932 | 02/26/2015 | 03/20/2015 | 1,717.10 |
| 901854933 | 02/26/2015 | 03/20/2015 | 577.50 |
| 901854934 | 02/26/2015 | 03/20/2015 | 578.05 |
| 901854935 | 02/26/2015 | 03/20/2015 | 2,305.60 |
| 901854936 | 02/26/2015 | 03/20/2015 | 17,289.25 |
| 901854937 | 02/26/2015 | 03/20/2015 | 1,151.15 |
| 901854938 | 02/26/2015 | 03/20/2015 | 1,151.70 |
| 901854939 | 02/26/2015 | 03/20/2015 | 576.40 |
| 901854940 | 02/26/2015 | 03/20/2015 | 576.40 |
| 901855066 | 02/26/2015 | 03/20/2015 | 3,429.44 |
| 901855067 | 02/26/2015 | 03/20/2015 | 14,229.04 |
| 901855068 | 02/26/2015 | 03/20/2015 | 1,629.60 |
| 901855069 | 02/26/2015 | 03/20/2015 | 5,727.15 |
| 901855070 | 02/26/2015 | 03/20/2015 | 7,371.10 |
| 901855476 | 02/26/2015 | 03/21/2015 | 1,136.85 |
| 901857027 | 02/27/2015 | 03/20/2015 | 2,700.32 |
| 901857028 | 02/27/2015 | 03/20/2015 | 4,846.60 |
| 901857029 | 02/27/2015 | 03/20/2015 | 1,084.05 |
| 901857139 | 02/27/2015 | 03/20/2015 | 2,272.48 |
| 901857140 | 02/27/2015 | 03/20/2015 | 21,630.56 |
| 901857141 | 02/27/2015 | 03/20/2015 | 3,413.20 |
| 901857142 | 02/27/2015 | 03/20/2015 | 1,135.12 |
| 901857143 | 02/27/2015 | 03/20/2015 | 3,420.48 |
| 901857144 | 02/27/2015 | 03/20/2015 | 6,404.20 |
| 901857145 | 02/27/2015 | 03/20/2015 | 1,153.35 |
| 901857146 | 02/27/2015 | 03/20/2015 | 5,767.85 |
| 901857147 | 02/27/2015 | 03/20/2015 | 1,157.75 |
| 901857148 | 02/27/2015 | 03/20/2015 | 1,158.30 |
| 901857149 | 02/27/2015 | 03/20/2015 | 1,148.95 |
| 901857150 | 02/27/2015 | 03/20/2015 | 1,148.95 |
| 901857151 | 02/27/2015 | 03/20/2015 | 7,968.80 |

| | | | |
|---|---|---|---:|
| 901857152 | 02/27/2015 | 03/20/2015 | 6,819.68 |
| 901857153 | 02/27/2015 | 03/20/2015 | 1,107.15 |
| 901857154 | 02/27/2015 | 03/20/2015 | 1,153.90 |
| 901857155 | 02/27/2015 | 03/20/2015 | 11,535.70 |
| 901857156 | 02/27/2015 | 03/20/2015 | 5,548.40 |
| 901857157 | 02/27/2015 | 03/20/2015 | 572.55 |
| 901857158 | 02/27/2015 | 03/20/2015 | 572.55 |
| 901857455 | 02/27/2015 | 03/20/2015 | 817.04 |
| 901857456 | 02/27/2015 | 03/20/2015 | 5,129.60 |
| 901857457 | 02/27/2015 | 03/20/2015 | 13,678.56 |
| 901857458 | 02/27/2015 | 03/20/2015 | 11,472.45 |
| 901857459 | 02/27/2015 | 03/20/2015 | 1,664.30 |
| 901857460 | 02/27/2015 | 03/20/2015 | 2,240.70 |
| 901857461 | 02/27/2015 | 03/20/2015 | 8,050.90 |
| 901857462 | 02/27/2015 | 03/20/2015 | 541.20 |
| 901857463 | 02/27/2015 | 03/20/2015 | 541.20 |
| 901857464 | 02/27/2015 | 03/20/2015 | 1,086.25 |
| 901857465 | 02/27/2015 | 03/20/2015 | 3,257.65 |
| 901857466 | 02/27/2015 | 03/20/2015 | 19,499.15 |
| 901857467 | 02/27/2015 | 03/20/2015 | 12,617.55 |
| 901857468 | 02/27/2015 | 03/20/2015 | 4,132.70 |
| 901857469 | 02/27/2015 | 03/20/2015 | 1,645.60 |
| 901857470 | 02/27/2015 | 03/20/2015 | 1,149.12 |
| 901857471 | 02/27/2015 | 03/20/2015 | 2,173.92 |
| 901857472 | 02/27/2015 | 03/20/2015 | 7,098.30 |
| 901857473 | 02/27/2015 | 03/20/2015 | 1,140.16 |
| 901858056 | 02/27/2015 | 03/20/2015 | 21,886.31 |
| 901858121 | 02/28/2015 | 03/20/2015 | 939.68 |
| 901858122 | 02/28/2015 | 03/20/2015 | 5,631.92 |
| 901858123 | 02/28/2015 | 03/20/2015 | 939.12 |
| 901858124 | 02/28/2015 | 03/20/2015 | 3,415.44 |
| 901858125 | 02/28/2015 | 03/20/2015 | 1,141.28 |
| 901858126 | 02/28/2015 | 03/20/2015 | 4,561.76 |
| 901858127 | 02/28/2015 | 03/20/2015 | 1,152.25 |
| 901858128 | 02/28/2015 | 03/20/2015 | 1,152.80 |
| 901858129 | 02/28/2015 | 03/20/2015 | 1,154.45 |
| 901858130 | 02/28/2015 | 03/20/2015 | 21,924.65 |
| 901858131 | 02/28/2015 | 03/20/2015 | 1,151.15 |
| 901858132 | 02/28/2015 | 03/20/2015 | 1,158.85 |
| 901858133 | 02/28/2015 | 03/20/2015 | 1,160.50 |
| 901858134 | 02/28/2015 | 03/20/2015 | 1,160.50 |
| 901858135 | 02/28/2015 | 03/20/2015 | 1,109.35 |
| 901858136 | 02/28/2015 | 03/20/2015 | 578.05 |
| 901858137 | 02/28/2015 | 03/20/2015 | 578.05 |
| 901858138 | 02/28/2015 | 03/20/2015 | 570.90 |
| 901858139 | 02/28/2015 | 03/20/2015 | 1,142.35 |
| 901858140 | 02/28/2015 | 03/20/2015 | 9,213.05 |

| | | | |
|---|---|---|---:|
| 901858141 | | 02/28/2015 | 03/20/2015 | 12,510.96 |
| 901858142 | | 02/28/2015 | 03/20/2015 | 7,940.90 |
| 901858143 | | 02/28/2015 | 03/20/2015 | 4,259.20 |
| 901858144 | | 02/28/2015 | 03/20/2015 | 2,882.55 |
| 901858145 | | 02/28/2015 | 03/20/2015 | 10,927.95 |
| 901859279 | | 02/28/2015 | 03/20/2015 | 7,559.20 |
| 901859280 | | 02/28/2015 | 03/20/2015 | 2,702.00 |
| 901859281 | | 02/28/2015 | 03/20/2015 | 1,619.20 |
| 901859313 | | 02/28/2015 | 03/20/2015 | 1,147.30 |
| 901859314 | | 02/28/2015 | 03/20/2015 | 2,221.45 |
| 901859414 | | 02/28/2015 | 03/20/2015 | 11,390.96 |
| 901859415 | | 02/28/2015 | 03/20/2015 | 6,255.76 |
| 901859416 | | 02/28/2015 | 03/20/2015 | 5,744.20 |
| 901859417 | | 02/28/2015 | 03/20/2015 | 7,375.50 |
| 901862869 | | 03/03/2015 | 03/30/2015 | 5,772.80 |
| 901862870 | | 03/03/2015 | 03/30/2015 | 9,236.70 |
| 901862871 | | 03/03/2015 | 03/30/2015 | 11,263.84 |
| 901862872 | | 03/03/2015 | 03/30/2015 | 2,271.92 |
| 901862873 | | 03/03/2015 | 03/30/2015 | 3,407.04 |
| 901862874 | | 03/03/2015 | 03/30/2015 | 4,532.08 |
| 901862875 | | 03/03/2015 | 03/30/2015 | 3,422.16 |
| 901862876 | | 03/03/2015 | 03/30/2015 | 4,553.92 |
| 901862877 | | 03/03/2015 | 03/30/2015 | 1,139.04 |
| 901862878 | | 03/03/2015 | 03/30/2015 | 3,197.70 |
| 901862879 | | 03/03/2015 | 03/30/2015 | 5,748.05 |
| 901862880 | | 03/03/2015 | 03/30/2015 | 9,198.20 |
| 901862881 | | 03/03/2015 | 03/30/2015 | 1,144.00 |
| 901862882 | | 03/03/2015 | 03/30/2015 | 575.30 |
| 901862883 | | 03/03/2015 | 03/30/2015 | 1,151.15 |
| 901862884 | | 03/03/2015 | 03/30/2015 | 575.30 |
| 901862885 | | 03/03/2015 | 03/30/2015 | 575.85 |
| 901863361 | | 03/03/2015 | 03/30/2015 | 1,080.24 |
| 901863362 | | 03/03/2015 | 03/30/2015 | 4,315.85 |
| 901863363 | | 03/03/2015 | 03/30/2015 | 2,704.80 |
| 901863956 | | 03/03/2015 | 03/30/2015 | 4,920.85 |
| 901863957 | | 03/03/2015 | 03/30/2015 | 9,110.08 |
| 901863961 | | 03/03/2015 | 03/30/2015 | 3,480.99 |
| 901864048 | | 03/03/2015 | 03/30/2015 | 1,119.80 |
| 901864049 | | 03/03/2015 | 03/30/2015 | 5,943.30 |
| 901864050 | | 03/03/2015 | 03/30/2015 | 540.65 |
| 901864051 | | 03/03/2015 | 03/30/2015 | 1,621.95 |
| 901864054 | | 03/03/2015 | 03/30/2015 | 3,279.10 |
| 901864055 | | 03/03/2015 | 03/30/2015 | 3,248.85 |
| 901864056 | | 03/03/2015 | 03/30/2015 | 1,087.90 |
| 901864087 | | 03/02/2015 | 03/30/2015 | 21,989.84 |
| 901864604 | | 03/03/2015 | 03/30/2015 | 556.05 |
| 901864605 | | 03/03/2015 | 03/30/2015 | 1,705.00 |

| | | | |
|---|---|---|---:|
| 901865263 | 03/04/2015 | 03/30/2015 | 2,091.25 |
| 901865264 | 03/04/2015 | 03/30/2015 | 938.56 |
| 901865265 | 03/04/2015 | 03/30/2015 | 3,414.32 |
| 901865266 | 03/04/2015 | 03/30/2015 | 3,466.10 |
| 901865267 | 03/04/2015 | 03/30/2015 | 6,932.20 |
| 901865268 | 03/04/2015 | 03/30/2015 | 1,139.05 |
| 901865269 | 03/04/2015 | 03/30/2015 | 1,136.85 |
| 901865270 | 03/04/2015 | 03/30/2015 | 2,127.95 |
| 901868277 | 03/04/2015 | 03/30/2015 | 2,156.55 |
| 901868278 | 03/04/2015 | 03/30/2015 | 2,697.52 |
| 901868631 | 03/04/2015 | 03/30/2015 | 819.50 |
| 901868632 | 03/04/2015 | 03/30/2015 | 5,750.25 |
| 901868633 | 03/04/2015 | 03/30/2015 | 3,433.10 |
| 901868634 | 03/04/2015 | 03/30/2015 | 1,144.00 |
| 901868635 | 03/04/2015 | 03/30/2015 | 556.05 |
| 901870850 | 03/04/2015 | 03/30/2015 | 21,773.56 |
| 901870851 | 03/04/2015 | 03/30/2015 | 21,960.63 |
| 901871268 | 03/05/2015 | 03/30/2015 | 4,312.00 |
| 901871269 | 03/05/2015 | 03/30/2015 | 538.16 |
| 901871270 | 03/05/2015 | 03/30/2015 | 2,699.76 |
| 901871271 | 03/05/2015 | 03/30/2015 | 6,656.65 |
| 901871272 | 03/05/2015 | 03/30/2015 | 1,158.85 |
| 901871273 | 03/05/2015 | 03/30/2015 | 14,786.80 |
| 901871274 | 03/05/2015 | 03/30/2015 | 2,273.04 |
| 901871275 | 03/05/2015 | 03/30/2015 | 1,065.90 |
| 901871276 | 03/05/2015 | 03/30/2015 | 1,157.20 |
| 901871277 | 03/05/2015 | 03/30/2015 | 2,314.95 |
| 901871278 | 03/05/2015 | 03/30/2015 | 1,139.04 |
| 901871279 | 03/05/2015 | 03/30/2015 | 1,139.04 |
| 901871280 | 03/05/2015 | 03/30/2015 | 568.96 |
| 901871281 | 03/05/2015 | 03/30/2015 | 5,116.10 |
| 901871282 | 03/05/2015 | 03/30/2015 | 2,304.50 |
| 901872679 | 03/05/2015 | 03/30/2015 | 6,565.90 |
| 901872680 | 03/05/2015 | 03/30/2015 | 1,608.20 |
| 901872869 | 03/05/2015 | 03/30/2015 | 4,577.65 |
| 901872870 | 03/05/2015 | 03/30/2015 | 2,226.95 |
| 901873514 | 03/05/2015 | 04/03/2015 | 23,895.20 |
| 901873515 | 03/05/2015 | 04/03/2015 | 8,767.00 |
| 901873549 | 03/05/2015 | 03/31/2015 | 22,924.55 |
| 901874398 | 03/06/2015 | 03/30/2015 | 2,698.85 |
| 901874399 | 03/06/2015 | 03/30/2015 | 1,618.96 |
| 901875054 | 03/06/2015 | 03/30/2015 | 21,913.48 |
| 901875200 | 03/06/2015 | 03/30/2015 | 2,695.84 |
| 901875201 | 03/06/2015 | 03/30/2015 | 2,135.10 |
| 901875202 | 03/06/2015 | 03/30/2015 | 8,049.25 |
| 901875203 | 03/06/2015 | 03/30/2015 | 12,649.45 |
| 901875204 | 03/06/2015 | 03/30/2015 | 15,492.95 |

| | | | |
|---|---|---|---:|
| 901875205 | 03/06/2015 | 03/30/2015 | 13,669.60 |
| 901875206 | 03/06/2015 | 03/30/2015 | 3,293.95 |
| 901875207 | 03/06/2015 | 03/30/2015 | 607.75 |
| 901875419 | 03/06/2015 | 03/30/2015 | 5,678.20 |
| 901878106 | 03/07/2015 | 03/30/2015 | 4,868.64 |
| 901878107 | 03/07/2015 | 03/30/2015 | 539.28 |
| 901878108 | 03/07/2015 | 03/30/2015 | 2,161.50 |
| 901878109 | 03/07/2015 | 03/30/2015 | 1,057.65 |
| 901878110 | 03/07/2015 | 03/30/2015 | 9,105.60 |
| 901878111 | 03/07/2015 | 03/30/2015 | 2,278.08 |
| 901878112 | 03/07/2015 | 03/30/2015 | 2,274.16 |
| 901878113 | 03/07/2015 | 03/30/2015 | 1,696.20 |
| 901878114 | 03/07/2015 | 03/30/2015 | 2,300.10 |
| 901878115 | 03/07/2015 | 03/30/2015 | 4,600.20 |
| 901878116 | 03/07/2015 | 03/30/2015 | 1,153.90 |
| 901878117 | 03/07/2015 | 03/30/2015 | 5,522.55 |
| 901878118 | 03/07/2015 | 03/30/2015 | 1,151.15 |
| 901878119 | 03/07/2015 | 03/30/2015 | 3,454.00 |
| 901878120 | 03/07/2015 | 03/30/2015 | 1,153.90 |
| 901878121 | 03/07/2015 | 03/30/2015 | 2,308.35 |
| 901878271 | 03/07/2015 | 03/30/2015 | 2,445.85 |
| 901878272 | 03/07/2015 | 03/30/2015 | 6,531.80 |
| 901878273 | 03/07/2015 | 03/30/2015 | 2,186.25 |
| 901878274 | 03/07/2015 | 03/30/2015 | 30,584.95 |
| 901878275 | 03/07/2015 | 03/30/2015 | 4,095.84 |
| 901878276 | 03/07/2015 | 03/30/2015 | 3,805.20 |
| 901878277 | 03/07/2015 | 03/30/2015 | 3,272.64 |
| 901878278 | 03/07/2015 | 03/30/2015 | 4,387.90 |
| 901878279 | 03/07/2015 | 03/30/2015 | 2,299.00 |
| 901878280 | 03/07/2015 | 03/30/2015 | 2,739.00 |
| 901878281 | 03/07/2015 | 03/30/2015 | 10,085.35 |
| 901878282 | 03/07/2015 | 03/30/2015 | 14,912.70 |
| 901878391 | 03/07/2015 | 03/30/2015 | 4,582.05 |
| 901878392 | 03/07/2015 | 03/30/2015 | 1,113.20 |
| 901878393 | 03/07/2015 | 03/30/2015 | 576.95 |
| 901880697 | 03/10/2015 | 03/30/2015 | 538.72 |
| 901880698 | 03/10/2015 | 03/30/2015 | 2,696.40 |
| 901880699 | 03/10/2015 | 03/30/2015 | 1,620.30 |
| 901881015 | 03/09/2015 | 03/30/2015 | 21,871.45 |
| 901881016 | 03/09/2015 | 03/30/2015 | 21,947.30 |
| 901883925 | 03/10/2015 | 03/30/2015 | 17,088.96 |
| 901883926 | 03/10/2015 | 03/30/2015 | 1,104.32 |
| 901883927 | 03/10/2015 | 03/30/2015 | 2,134.00 |
| 901883928 | 03/10/2015 | 03/30/2015 | 581.35 |
| 901883929 | 03/10/2015 | 03/30/2015 | 1,148.95 |
| 901883930 | 03/10/2015 | 03/30/2015 | 1,139.04 |
| 901883931 | 03/10/2015 | 03/30/2015 | 1,156.10 |

| | | | |
|---|---|---|---|
| 901883932 | 03/10/2015 | 03/30/2015 | 1,156.10 |
| 901884064 | 03/10/2015 | 03/30/2015 | 4,083.75 |
| 901884100 | 03/10/2015 | 03/30/2015 | 2,161.50 |
| 901884146 | 03/10/2015 | 03/30/2015 | 1,116.50 |
| 901884147 | 03/10/2015 | 03/30/2015 | 1,080.20 |
| 901884148 | 03/10/2015 | 03/30/2015 | 3,215.30 |
| 901884149 | 03/10/2015 | 03/30/2015 | 1,080.75 |
| 901884150 | 03/10/2015 | 03/30/2015 | 2,160.95 |
| 901884785 | 03/11/2015 | 04/10/2015 | 1,084.16 |
| 901884786 | 03/11/2015 | 04/10/2015 | 4,850.72 |
| 901884787 | 03/11/2015 | 04/10/2015 | 1,619.75 |
| 901885392 | 03/10/2015 | 03/31/2015 | 1,113.60 |
| 901886937 | 03/11/2015 | 04/10/2015 | 2,274.16 |
| 901886938 | 03/11/2015 | 04/10/2015 | 25,038.16 |
| 901886939 | 03/11/2015 | 04/10/2015 | 5,704.16 |
| 901886940 | 03/11/2015 | 04/10/2015 | 568.96 |
| 901886941 | 03/11/2015 | 04/10/2015 | 4,560.64 |
| 901886942 | 03/11/2015 | 04/10/2015 | 1,799.84 |
| 901886943 | 03/11/2015 | 04/10/2015 | 575.85 |
| 901886944 | 03/11/2015 | 04/10/2015 | 1,151.70 |
| 901886945 | 03/11/2015 | 04/10/2015 | 1,134.00 |
| 901886946 | 03/11/2015 | 04/10/2015 | 575.85 |
| 901886947 | 03/11/2015 | 04/10/2015 | 575.85 |
| 901886948 | 03/11/2015 | 04/10/2015 | 9,278.50 |
| 901886949 | 03/11/2015 | 04/10/2015 | 6,959.15 |
| 901886950 | 03/11/2015 | 04/10/2015 | 4,610.65 |
| 901886951 | 03/11/2015 | 04/10/2015 | 3,458.40 |
| 901887250 | 03/11/2015 | 04/10/2015 | 4,906.16 |
| 901887251 | 03/11/2015 | 04/10/2015 | 4,855.40 |
| 901887252 | 03/11/2015 | 04/10/2015 | 2,439.36 |
| 901887253 | 03/11/2015 | 04/10/2015 | 5,563.80 |
| 901887254 | 03/11/2015 | 04/10/2015 | 5,722.75 |
| 901887255 | 03/11/2015 | 04/10/2015 | 1,667.60 |
| 901887256 | 03/11/2015 | 04/10/2015 | 2,220.35 |
| 901887825 | 03/11/2015 | 04/10/2015 | 22,012.90 |
| 901889093 | 03/12/2015 | 04/10/2015 | 3,237.36 |
| 901889094 | 03/12/2015 | 04/10/2015 | 2,688.40 |
| 901889095 | 03/12/2015 | 04/10/2015 | 1,081.30 |
| 901889519 | 03/12/2015 | 04/10/2015 | 2,272.48 |
| 901889520 | 03/12/2015 | 04/10/2015 | 19,381.60 |
| 901889521 | 03/12/2015 | 04/10/2015 | 5,687.36 |
| 901889522 | 03/12/2015 | 04/10/2015 | 1,200.64 |
| 901889523 | 03/12/2015 | 04/10/2015 | 3,196.60 |
| 901889524 | 03/12/2015 | 04/10/2015 | 577.50 |
| 901889525 | 03/12/2015 | 04/10/2015 | 1,153.35 |
| 901889526 | 03/12/2015 | 04/10/2015 | 1,153.90 |
| 901889527 | 03/12/2015 | 04/10/2015 | 4,181.10 |

| | | | | |
|---|---|---|---|---|
| 901889528 | | 03/12/2015 | 04/10/2015 | 1,157.75 |
| 901889529 | | 03/12/2015 | 04/10/2015 | 2,315.50 |
| 901889530 | | 03/12/2015 | 04/10/2015 | 9,256.50 |
| 901889531 | | 03/12/2015 | 04/10/2015 | 5,786.00 |
| 901889532 | | 03/12/2015 | 04/10/2015 | 3,445.75 |
| 901889533 | | 03/12/2015 | 04/10/2015 | 3,446.30 |
| 901889576 | | 03/12/2015 | 04/10/2015 | 1,109.90 |
| 901889577 | | 03/12/2015 | 04/10/2015 | 556.05 |
| 901889578 | | 03/12/2015 | 04/10/2015 | 572.55 |
| 901889859 | | 03/12/2015 | 04/10/2015 | 3,274.88 |
| 901889860 | | 03/12/2015 | 04/10/2015 | 5,697.44 |
| 901889861 | | 03/12/2015 | 04/10/2015 | 8,968.85 |
| 901889862 | | 03/12/2015 | 04/10/2015 | 5,668.85 |
| 901889863 | | 03/12/2015 | 04/10/2015 | 1,166.79 |
| 1606721702 | Quality or Complaint deduction | 02/02/2015 | 02/02/2015 | -65.36 |
| 1606119186 | Short/Over/Damaged | 01/16/2014 | 01/16/2014 | 166.40 |
| 901824105 | | 02/11/2015 | 03/12/2015 | 25,197.20 |
| 901824106 | | 02/12/2015 | 03/10/2015 | 6,078.60 |
| 901824107 | | 02/12/2015 | 03/10/2015 | 1,640.10 |
| 901824108 | | 02/12/2015 | 03/10/2015 | 3,284.60 |
| 901824109 | | 02/12/2015 | 03/10/2015 | 1,119.80 |
| 901824110 | | 02/12/2015 | 03/10/2015 | 5,560.50 |
| 901824111 | | 02/12/2015 | 03/10/2015 | 3,891.80 |
| 901824112 | | 02/12/2015 | 03/10/2015 | 10,678.25 |
| 901826368 | | 02/13/2015 | 03/10/2015 | 1,667.05 |
| 901826369 | | 02/13/2015 | 03/10/2015 | 7,137.90 |
| 901826370 | | 02/13/2015 | 03/10/2015 | 6,563.15 |
| 901826371 | | 02/13/2015 | 03/10/2015 | 559.90 |
| 901828813 | | 02/13/2015 | 03/10/2015 | 21,871.45 |
| 901831437 | | 02/16/2015 | 03/10/2015 | 21,867.86 |
| 901831438 | | 02/16/2015 | 03/10/2015 | 21,871.45 |
| 901831439 | | 02/16/2015 | 03/10/2015 | 21,871.45 |
| 901834568 | | 02/17/2015 | 03/10/2015 | 4,859.12 |
| 901834569 | | 02/17/2015 | 03/10/2015 | 7,313.04 |
| 901834570 | | 02/17/2015 | 03/10/2015 | 4,416.50 |
| 901834619 | | 02/17/2015 | 03/10/2015 | 1,115.95 |
| 901834620 | | 02/17/2015 | 03/10/2015 | 8,814.85 |
| 901836986 | | 02/18/2015 | 03/10/2015 | 2,748.35 |
| 901837724 | | 02/17/2015 | 03/13/2015 | 24,444.56 |
| 901838962 | | 02/19/2015 | 03/10/2015 | 3,267.55 |
| 901838963 | | 02/19/2015 | 03/10/2015 | 3,880.80 |
| 901840061 | | 02/19/2015 | 03/09/2015 | 21,796.11 |
| 901841679 | | 02/20/2015 | 03/10/2015 | 8,329.20 |
| 901841680 | | 02/20/2015 | 03/10/2015 | 8,844.00 |
| 901844133 | | 02/21/2015 | 03/20/2015 | 4,409.35 |
| 901844134 | | 02/21/2015 | 03/20/2015 | 5,986.96 |
| 901844135 | | 02/21/2015 | 03/20/2015 | 2,214.30 |

| | | | |
|---|---|---|---|
| 901847003 | 02/23/2015 | 03/20/2015 | 21,963.19 |
| 901847004 | 02/23/2015 | 03/17/2015 | 21,908.35 |
| 901847005 | 02/23/2015 | 03/20/2015 | 21,935.51 |
| 901850121 | 02/24/2015 | 03/20/2015 | 8,847.30 |
| 901850122 | 02/24/2015 | 03/20/2015 | 8,851.15 |
| 901852536 | 02/25/2015 | 03/20/2015 | 1,109.90 |
| 901852537 | 02/25/2015 | 03/20/2015 | 1,107.70 |
| 901863734 | 03/03/2015 | 03/30/2015 | 1,675.85 |
| 901863735 | 03/03/2015 | 03/30/2015 | 2,803.35 |
| 901864592 | 03/02/2015 | 03/30/2015 | 21,863.76 |
| 901865373 | 03/03/2015 | 03/29/2015 | 22,044.16 |
| 901871202 | 03/04/2015 | 04/01/2015 | 24,457.44 |
| 901872862 | 03/05/2015 | 03/30/2015 | 546.70 |
| 901872863 | 03/05/2015 | 03/30/2015 | 9,452.30 |
| 901878183 | 03/07/2015 | 03/30/2015 | 559.90 |
| 901878184 | 03/07/2015 | 03/30/2015 | 556.60 |
| 901878185 | 03/07/2015 | 03/30/2015 | 2,747.80 |
| 901881078 | 03/09/2015 | 03/30/2015 | 21,911.43 |
| 901881079 | 03/09/2015 | 03/30/2015 | 21,939.61 |
| 901889856 | 03/12/2015 | 04/10/2015 | 7,747.85 |
| 901889857 | 03/12/2015 | 04/10/2015 | 2,225.30 |
| | | | 3,681,585.45 |