# EXHIBIT C

[Proposed Order]

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| The Standard Register Company, *et al.*, ) | Case No. 15-10541-BLS |
| ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | D.I. _____ |
| ) | |

### ORDER GRANTING MOTION OF GEORGIA-PACIFIC CONSUMER PRODUCTS LP FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT SETOFF UNDER SECTION 553 OF THE BANKRUPTCY CODE

Upon the motion (the "**Motion**") of Georgia-Pacific Consumer Products LP ("**Georgia-Pacific**") for relief from the automatic stay to permit setoff under Section 553 of the Bankruptcy Code, the Court finding that it has jurisdiction to consider the Motion; and finding adequate notice of such Motion having been given; and after notice and an opportunity for hearing, and the Court having concluded that cause exists to grant the relief sought by Georgia-Pacific; it is hereby

ORDERED THAT, the Motion is GRANTED; and it is further

ORDERED THAT, the automatic stay is lifted to permit Georgia-Pacific to effectuate the setoff of all claims owed by Georgia-Pacific to the Debtor as of the March 12, 2015 petition date against the claims of Georgia-Pacific in the Debtor's bankruptcy case by first applying the monies owed to the Debtor against Georgia-Pacific's oldest outstanding invoices.

This _____ day of _____, 2015

_____
Hon. Brendan L. Shannon
United States Bankruptcy Judge