# EXHIBIT A
*[Silver Point's Trading Activity in Standard Register]*

# The Standard Register Company



Silver Point Capital Trading History

## Stock Price Performance



## Recent Stock Trading History

| | Date | Transaction |
|---|---|---|
| 11 | 12/05/14 | Sold 57,000 shares at an average price of $3.777 for a total amount of $215,272 |
| 10 | 12/02/14 | Sold 12,200 shares at an average price of $4.065 for a total amount of $49,597 |
| 9 | 11/26/14 | Sold 1,100 shares at an average price of $4.300 for a total amount of $4,730 |
| 8 | 11/21/14 | Sold 18,000 shares at an average price of $4.450 for a total amount of $80,096 |
| 7 | 11/14/14 | Sold 5,000 shares at an average price of $4.514 for a total amount of $22,571 |
| 6 | 11/07/14 | Sold 5,300 shares at an average price of $4.800 for a total amount of $25,440 |
| 5 | 11/05/14 | Sold 13,800 shares at an average price of $5.006 for a total amount of $69,081 |
| 4 | 09/18/14 | Sold 1,800 shares at an average price of $5.214 for a total amount of $9,385 |
| 3 | 09/15/14 | Sold 7,800 shares at an average price of $5.434 for a total amount of $42,388 |
| 2 | 09/10/14 | Sold 12,000 shares at an average price of $5.821 for a total amount of $69,843 |
| 1 | 06/11/14 | Sold 230,200 shares at an average price of $5.016 for a total amount of $1,154,683 |

Source: SEC Filing, Capital IQ.