# EXHIBIT A

[Proposed Order]

50174350.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, *et al*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.  15-10541 (BLS)<br><br>(Jointly Administered)<br><br>RE:  Docket No. ____ |

**ORDER AUTHORIZING THE COMMITTEE TO FILE UNDER SEAL
THE OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS TO THE DEBTORS' MOTION TO APPROVE
POSTPETITION FINANCING**

Upon the Motion[2] of the Committee for entry of an order (the "Order") pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1(b), authorizing the Committee to file: (i) an un-redacted version of the Committee DIP Objection only under seal; and (ii) a redacted version of the Committee DIP Objection in its current form on the docket; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Committee's notice of the Motion and opportunity for a hearing on the Motion was appropriate under the circumstance and

---

[1]  The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

50174350.1

no other notice need be provided; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Clerk of the Court, and/or any claims and noticing agent serving in this capacity, shall keep the un-redacted copies of the Committee DIP Objection under seal, and shall not make them publicly available. The un-redacted copies of the Committee DIP Objection may not be unsealed unless and until permitted by further order of this Court.

3. The filed version of the redacted Committee DIP Objection is approved as filed in its current form on the docket. The Committee is under no further filing obligation with respect to the Committee DIP Objection, *provided, however*, that the Committee shall make copies of the un-redacted Committee DIP Objection and Confidential Exhibits available to the Confidential Parties.

4. The Committee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

5. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, this Order shall be immediately effective and enforceable upon entry.

6. The Court retains jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Date: _____, 2015

                                                  THE HONORABLE BRENDAN L. SHANNON
                                                  UNITED STATES BANKRUPTCY JUDGE

50174350.1