## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | CHAPTER 11 |
| THE STANDARD REGISTER ) | |
| COMPANY, et al ) | |
| ) | |
| ) | |
| ) | CASE NO.   15-10541 BLS |
| ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that the undersigned attorneys, hereby enter their appearance as attorneys of record for the Treasurer of Arapahoe County ("Arapahoe County Treasurer").

The Arapahoe County Treasurer requests that all notices, pleadings and other documents filed in this proceeding be mailed to:

ROBERT HILL, Esq.
5334 S. Prince Street
Littleton, CO  80166

and via email to:  rhill@arapahoegov.com and kmetzger@arapahoegov.com  and wrossman@arapahoegov.com

Respectfully submitted this 7th day of  April, 2015.

          RONALD A. CARL #21673
          ARAPAHOE COUNTY ATTORNEY

          By: /s/ Robert Hill
          Senior Assistant Arapahoe County Attorney
          5334 S. Prince Street
          Littleton, CO  80120-1136
          303.795.4639

## CERTIFICATE OF SERVICE

This is to certify that on this 7th day of April, 2015 a true and correct copy of Notice of Appearance was served via ECF Electronic filing.

          _____/s/ Wendy Rossman_____