**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*[1], | Case No. 15-10541 (BLS) Jointly Administered |
| Debtors. | |

### NOTICE OF RECLAMATION DEMAND

**COMES NOW** DG3 Group America, Inc. ("DG3"), by and through its counsel, and files this notice of delivery of a formal reclamation demand letter dated March 12, 2015 (the "Reclamation Demand"), pursuant to 11 U.S.C. § 546(c), on the above-captioned debtors (the "Debtors") to reclaim certain goods ("Goods") that DG3 shipped during the 45 days immediately preceding the March 12, 2015 petition date.  The Reclamation Demand is attached hereto as Exhibit A.  The value of the Goods at issue is not less than $128,833.10.

**PLEASE TAKE FURTHER NOTICE** that the filing this *Notice of Reclamation Demand* is not intended to be an election of remedies or a waiver of any of DG3's rights under

---

[1] The Debtors and the last four digits of their respective U.S. federal taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (n/a); Standard Register de México, S. de R.L. de C.V. (n/a); Standard Register Servicios, S. de R.L. de C.V. (n/a); and Standard Register Technologies Canada ULC (n/a).

the Bankruptcy Code or applicable law and DG3 reserves its rights to amend this *Notice of Reclamation Demand.*

Dated: April 7, 2015
Wilmington, Delaware

**GIBBONS P.C.**

*/s/ Natasha M. Songonuga*
Natasha M. Songonuga, Esq. (Bar No. 5391)
1000 N. West Street, Suite 1200
Wilmington, DE 19801-1058
Telephone: (302) 295-4875
Facsimile: (302) 295-4876
E-mail: nsongonuga@gibbonslaw.com

-and-

Mark B. Conlan
One Gateway Center
Newark, NJ 07102-5310
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
E-mail: mconlan@gibbonslaw.com

*Counsel to DG3 Group America, Inc.*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER<br>COMPANY, *et al.*[2],<br><br>                    Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br>Jointly Administered |

## CERTIFICATE OF SERVICE

1.      I, Natasha M. Songonuga, certify that I am not less than 18 years of age and not a party in this matter.

2.      On April 7, 2015, I caused to be electronically filed through the Court's CM/ECF system and served the following documents on all parties who have electronically entered a notice of appearance by means of the Court's CM/ECF System:

- *Notice of Reclamation Demand*

3.      In addition, on April 7, 2015, I caused the above-referenced document to be served via regular U.S. mail, postage prepaid, upon the following:

| | |
|---|---|
| Mark S. Kenney<br>Office of the U.S. Trustee<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>*U.S. Trustee* | Michael R. Nestor, Esq.<br>Kara Hammond Coyle, Esq.<br>Maris J. Kandestin, Esq.<br>Andrew Magaziner, Esq.<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>*Counsel for the Debtors* |

---

[2] The Debtors and the last four digits of their respective U.S. federal taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (n/a); Standard Register de México, S. de R.L. de C.V. (n/a); Standard Register Servicios, S. de R.L. de C.V. (n/a); and Standard Register Technologies Canada ULC (n/a).

| | |
|---|---|
| Robert A. Klyman, Esq.<br>Samuel A. Newman, Esq.<br>Jeremy L. Graves, Esq.<br>Sabina Jacobs, Esq.<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-1512<br>*Counsel for the Debtors* | Andrew D. Behlmann<br>Wojciech F. Jung<br>Sharon L. Levine<br>Kenneth A. Rosen<br>LOWENSTEIN SANDLER LLP<br>65 Livingston Avenue<br>Roseland, NJ 07068<br>*Counsel for the Official Committee of*<br>*Unsecured Creditors* |
| Justin K. Edelson<br>Shanti M. Katona<br>Christopher A. Ward<br>POLSINELLI PC<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801<br>*Counsel for the Official Committee of*<br>*Unsecured Creditors* | PRIME CLERK<br>830 Third Avenue<br>9th Floor<br>New York, NY 10022<br>*Claims Agent* |

4.      I certify that the foregoing statements made by me are true.  I am aware that if any

of the above statements are false, I am subject to punishment.


Dated: Wilmington, Delaware          **GIBBONS P.C.**
          April 7, 2015

/s/ *Natasha M. Songonuga*
Natasha M. Songonuga, Esq. (Bar No. 5391)
1000 N. West Street, Suite 1200
Wilmington, DE  19801-1058
Telephone:  (302) 295-4875
Facsimile:  (302) 295-4876
E-mail:  nsongonuga@gibbonslaw.com

*Co-Counsel for the Official Committee of Unsecured*
*Creditors*

4