# EXHIBIT A



MARK CONLAN
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4545 Fax: (973) 639-6356
mconlan@gibbonslaw.com

March 12, 2015

**VIA ELECTRONIC & REGULAR MAIL** mnestor@ycst.com

Michael R. Nestor, Esq.
Young Conaway Stargatt & Taylor
Rodney Square
1000 North King Street
Wilmington, DE 19801

      Re:  In re The Standard Register Company, et al.,
            Case No. 15-10541- BLS

Dear Counsel:

      This firm represents DG3 Group America, Inc. ("DG3") in the above-captioned bankruptcy cases.  I am writing to you concerning certain goods and products that were shipped and delivered to The Standard Register Company ("Debtor") during the forty-five (45) days immediately preceding March 12, 2015 ("Petition Date").  Those goods or products consist of various items utilized in connection with the Debtor's business, as set forth on the schedule of invoices attached hereto as Exhibit A.

      As set forth in the sales documents identified on Exhibit A hereto, DG3 shipped goods valued at $128,833 ("Goods") to the Debtor that the Debtor received between February 20, 2015 and March 12, 2015, and for which DG3 has not received payment.  Within the Goods shipped during the 45-day period, there are two subsets of goods that we wish to point out: (1) during the twenty (20) day period immediately preceding the Petition Date, DGE shipped goods valued at $121,025; and (2) DGE has shipped goods valued at $53,525 that remain in transit.

      Pursuant to Section 2-702(2) of the Uniform Commercial Code and 11 U.S.C. § 546(c)(1) and subject to the final paragraph of this letter, DG3 hereby demands the immediate return of all of the ("Goods") or the proceeds thereof, of any kind or character shipped by DG3 that were received by the Debtor between February 20, 2015 and March 12, 2015 (said Goods being, hereafter, the "Reclaimed Goods").  The Reclaimed Goods include, but are not limited to those Goods identified on Exhibit A hereto.

      Please advise the Debtor to immediately inventory the Reclaimed Goods and keep the Reclaimed Goods segregated from all other inventory.  Further neither the Debtor, its bankruptcy estate nor any other parties are permitted to use, sell, encumber or transfer the Reclaimed Goods to any other party.

      Please have the Debtor contact DG3 to arrange for the immediate return of the Reclaimed Goods, or the proceeds thereof, to DG3.

GIBBONS P.C.

Michael R. Nestor, Esq.
March 12, 2015
Page 2

      Your anticipated cooperation is appreciated.

      In the event that DG3 is designated a critical vendor in the above-captioned cases and receives payment on its pre-petition claims as a critical vendor, DG3 will withdraw this reclamation demand.

Very truly yours,

*/s/ Mark Conlan*

Mark Conlan
Director

cc:    Lawrence A. Goldman, Esq.
        L.J. Baillargeon

#2193940 v1
106903-57498



dg3 North America, Inc
Job Booking Report - Invoice Total - Main and Subjobs

Date Entered From Wed-01/01/14 To Wed-04/01/15

| Date Entered | Date Due Ship | LOB / SC | CustID Customer | Sales Person | Job / Sub ID | Job Description | Job Status | Est Y/N | Quantity Ordered | Total Pages | Invoice Total | Invoice Freight | Jobs in house not shipped or invoiced | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/23/14 | 01/06/15 | CO / C10 | 34137 SR "BNY Dreyfus" | Eric_L | 280243 | Focus Funds Catalog - 12/.23/14 Project: Catalog Client: BY Mellon Job #: 14-BNY-0047   Finished Size: 8.5 x 11  Pages: 36 page Closed | N | 500 | | 3,000.00 | 0.00 | | |
| 01/02/15 | 01/08/15 | CO / C10 | 34137 SR "BNY Dreyfus" | Eric_L | 280243-1 | Reprint - Customer changes using new copy supplied - Focus Funds Catalog - 12/.23/14 Project: Catalog Client: BY Mellon Job #: Closed | N | 500 | | 5,081.03 | 81.03 | | |
| 12/24/14 | 01/08/15 | CO / C10 | 34137 SR "BNY Dreyfus" | Eric_L | 280305 | BNY Mellon newsletter Project: Newsletter Client: BY Mellon Job #: 14-BNY-0044 12 pages self cover page Size: 10"w x 13"h  C Closed | N | 500 | | 5,035.21 | 185.21 | | |
| 01/09/15 | 01/14/15 | CO / C10 | 34137 SR "BNY Dreyfus" | Eric_L | 280988 | 2014 Tax Information Guide - Form 1099-DIV  DRY-1099DIV-14  QUANTITY 200,215  FLAT SIZE: 14.875 X 9  FINAL SIZE: 3.75 X 9 Closed | Y | 200,215 | | 16,736.77 | 1,709.38 | | |
| 01/09/15 | 01/14/15 | CO / C10 | 34137 SR "BNY Dreyfus" | Eric_L | 280991 | 2014 Tax Information Guide - Form 1099-Q  DRY-1099-Q-14  QUANTITY 1180  FLAT SIZE: 14.875 X 9  FINAL SIZE: 3.75 X 9  COL Closed | Y | 1,180 | | 1,130.11 | 265.35 | | |
| 01/09/15 | 01/14/15 | CO / C10 | 34137 SR "BNY Dreyfus" | Eric_L | 280992 | 2014 Tax Information Guide - Form 1099-R  DRY-1099-R-14  QUANTITY 25,185  FLAT SIZE: 14.875 X 9  FINAL SIZE: 3.75 X 9  CC Closed | Y | 25,185 | | 3,490.18 | 259.34 | | |
| 01/09/15 | 01/20/15 | CO / C10 | 34137 SR "BNY Dreyfus" | Eric_L | 280994 | DRYTAX-14 -- Dreyfus 2014 Tax Guide - Form DRYTAX-14  QUAN: 100,190  FINAL SIZE: 5.375 X 8.375  COLORS: K/K  STOCK: Closed | Y | 100,190 | | 16,438.55 | 838.43 | | |
| 01/28/15 | 02/02/15 | CO / C10 | 34137 SR "BNY Dreyfus" | Eric_L | 281987 | RET-6144INS-0215  Statement insert 2 page 45,180  pieces - 4/4 + satin aq. on 100 # silk text - trim 4 sides to 3.75x8.5 - convenient b Closed | N | 45,180 | 2 | 3,129.95 | 213.90 | | |
| 01/28/15 | 02/04/15 | CO / C10 | 34137 SR "BNY Dreyfus" | Eric_L | 281990 | BNYM-FIFLD-1014 BNY Mellon Fixed Income Pocket Folder, 4pp die cut pocket folders 9.x11.5 + two 5" glued pockets with business c Closed | N | 500 | 4/2/2/2 | 3,563.95 | 140.30 | | |
| 02/11/15 | 02/12/15 | CO / C10 | 34137 SR "BNY Dreyfus" | Eric_L | 282904 | Investment management quick facts with union bug on page 4 printing cmyk 2 sides - size 17 x 11 flat / 8.5 x 11 scored + folded on Silk Open | N | 450 | 4 | 460.00 | 0.00 | | sent invoice |
| 02/12/15 | 02/18/15 | CO / C10 | 34137 SR "BNY Dreyfus" | Eric_L | 283031 | Public Funds Quick Facts with union bug on page 4 printing cmyk 2 sides  on 100# McCoy Silk Cover   Flat size: 11X17   Final Size: 8 Open | N | 250 | 4 | 300.00 | 0.00 | | sent invoice |
| 02/13/15 | 02/24/15 | CO / C10 | 34137 SR "BNY Dreyfus" | Eric_L | 283087 | DRY-FBNWL-0115.zip Front Burner Newsletter    12 pages self cover  page Size: 10"w x 13"h   Colors cmyk + satin aq. 4/4 heavy co Open | N | 25,060 | 12 | 13,500.00 | 0.00 | | sent invoice |
| 02/13/15 | 02/24/15 | CO / C10 | 34137 SR "BNY Dreyfus" | Eric_L | 283107 | Focus Funds Catalog Q414      Finished Size: 8.5 x 11  Pages: 36 pages + 4 page cover  Colors: cmyk uv inks 4/4      Cover Mohawk Open | N | 5,000 cv+36tx | | 20,000.00 | 0.00 | | sent invoice |
| 02/25/15 | 03/04/15 | CO / C10 | 34137 SR "BNY Dreyfus" | Eric_L | 283669 | RET-6144INS-0315  Statement insert 2 page 62,180  pieces - 4/4 + satin aq. on 100 # silk text - trim 4 sides to 3.75x8.5 - convenient b Open | N | 62,180 | 2 | 0.00 | 0.00 | $ 1,400.00 | shipped needs to invoice |
| 02/26/15 | 03/04/15 | CO / C10 | 34137 SR "BNY Dreyfus" | Eric_L | 283730 | DRY-MTAC-0512 Booklet 8 page self cover  8.25 x 10.75  1/1- k  70# Uncoated Text   SWS | Open | Y | 20,000 | 8 | 0.00 | 0.00 | $ 2,500.00 | shipped needs to invoice |
| 03/06/15 | 03/12/15 | CO / C10 | 34137 SR "BNY Dreyfus" | Eric_L | 284260 | Dreyfus Equity Income Fund - Self Mailer RET-6144M-0315   self Mailer -4pp - 4/4 cmyk + satin aq. on 100lb Silk Cvr    9 x 12 scores + Open | N | 12,370 | 4 | 0.00 | 0.00 | $ 2,600.00 | working |
| 03/06/15 | 03/18/15 | CO / C10 | 34137 SR "BNY Dreyfus" | Eric_L | 284268 | RET-LFTL-0315 (Letter from the Lion - Retail Version) (4 pages)11x17 flat, 8.5x5.5 folded head out - 130,180 pieces - printed 4/4 cm Open | N | 147,095 x 2 lots | | 0.00 | 0.00 | $ 9,050.00 | working |
| 03/09/15 | 03/16/15 | CO / C10 | 34137 SR "BNY Dreyfus" | Eric_L | 284322 | BNY-FLD-0313A Dreyfus/BNY Mellon pocket folder, 4-pp   4c + satin aq/0, 130# Silk Cvr, die cut, glue and fold to 9.5 x 12.5 Bulk in car Open | N | 10,000 die cut | | 0.00 | 0.00 | $ 8,050.00 | working |
| | | | | | | | | | | | 91,865.75 | 3,692.94 | $ 23,600.00 | |

\\hg20101\hsi\GC_Apps\JM\JobBookedQtyOrdrdPagesInv.rpt 03/12/15 13:13         Page 1 of 1         Printed: 03/12/15 13:14 / Data as of: 3/12/2015 13:14

**Other Standard Register jobs**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/11/15 | | | | | Webster Financial Corp AR – job # 279617 | | | | | | | | 34,000.00 | Shipped on 3/11/15 |
| | | | | | Sell = $34,000 (includes OT marked up and AAs marked up) | | | | | | | | | |
| | | | | | Pacific Gas & Electric: | | | | | | | | 17,500 | |
| | | | | | Annual Report = $17,500 + typesetting and EDGAR charges | | | | | | | | | |
| | | | | | Proxy = $12,425 + typesetting and EDGAR charges | | | | | | | | 12,425 | |
| | | | | | Total | | | | | | 91,865.75 | 3,692.94 | 87,525 | |