UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| The Standard Register Company, *et al.*, ) | Case No. 15-10541-BLS |
| ) | (Jointly Administered) |
| ) | |
| Debtors. ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

COMES NOW the undersigned firms of Morris James LLP and Alston Bird LLP, counsel for and on behalf of Georgia-Pacific Consumer Products LP ("Georgia Pacific"), a party-in-interest in the above-captioned bankruptcy case (the "Bankruptcy Case"), who hereby file this Notice of Appearance and Request for Notices, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, Georgia-Pacific hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in the Bankruptcy Case be given to and served upon:

Jeffrey R. Waxman, Esquire
**MORRIS JAMES LLP**
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1494
Telephone: (302) 888-6800

David A. Wender, Esquire
Jonathan T. Edwards, Esquire
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

Please take further notice that, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, the foregoing request includes not only the notice and papers referred to in the Rules specified above, but all other notices and papers, including, but not limited to: notices of any application, petition, pleadings, requests, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, telecopier, e-mail, or otherwise filed in the Bankruptcy which may affect or impair or relate to Georgia-Pacific's interests.

7711188/

Please take further notice that it is Georgia-Pacific's intent that this Notice of Appearance and Request for Notices shall shall not waive (i) Georgia-Pacific's right to have final orders in noncore proceedings entered only after de novo review by the District Court, (ii) Georgia-Pacific's right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) Georgia-Pacific's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights or defenses to which Georgia-Pacific is or may be entitled under any agreements, in law or in equity, all of which Georgia-Pacific expressly reserves.

Dated: April 7, 2015

**MORRIS JAMES LLP**

/s/ Jeffrey R. Waxman

Jeffrey R. Waxman (Bar No. 4159)
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1494
Telephone: (302) 888-6800
Email: jwaxman@morrisjames.com

-and-

David A. Wender (GA Bar No. 748117)
Jonathan T. Edwards (GA Bar No. 134100)
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: 404-881-7000

Counsel for Georgia-Pacific Consumer Products LP