IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>The Standard Register Company, *et al.*,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS) |

### AFFIDAVIT OF JAMIE L. DAWSON, PARALEGAL

STATE OF DELAWARE      :
                                          : SS:
NEW CASTLE COUNTY   :

    I, Jamie L. Dawson, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on April 7, 2015 I caused to be served:

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

    Service was completed upon the following individuals listed on the attached list as indicated thereon.

Date:   April 7, 2015

_____
Jamie L. Dawson

SWORN AND SUBSCRIBED before me this 7th day of April, 2015.

_____
Notary

**VIA HAND DELIVERY**
Michael R. Nestor, Esq.
Kara Hammond Coyle, Esq.
Maris J. Kandestin, Esq.
Andrew L. Magaziner, Esq.
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
[Proposed Counsel to the Debtors]

Christopher A. Ward, Esq.
Justin K. Edelson, Eq.
Polsinelli PC
222 Delaware Avenue, Suite 11011
Wilmington, DE 19801
[Proposed Counsel to the Official Committee of Unsecured Creditors]

Mark S. Kenney
United States Trustee
Office of the United States Trustee
884 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Michael Rosenthal, Esq.
Robert A. Klyman, Esq.
Gibson, Dubb & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071
[Proposed Counsel to the Debtors]

Kenneth A. Rosen, Esq.
Sharon L. Levine, Esq.
Wojciech F. Jung, Esq.
Lowenstein Sandler LLP
65 Livingston Avenue
Roseland, NJ 07068
[Proposed Counsel to the Official Committee of Unsecured Creditors]

Gerald C. Bender, Esq.
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, NY 10020
[Proposed Counsel to the Official Committee of Unsecured Creditors]