# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, *et al*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered)<br><br>RE: Docket No. 204 |

**ORDER PURSUANT TO 11 U.S.C. §§ 102(1) AND 105, FED. BANKR. R. 9006 AND DEL. BANKR. L.R. 9006-1(E) SHORTENING NOTICE WITH RESPECT TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR AN ORDER AUTHORIZING THE COMMITTEE TO FILE UNDER SEAL THE OBJECTION TO THE DEBTORS' MOTION TO APPROVE POSTPETITION FINANCING**

Upon the motion (the "Motion to Shorten")[2] of the Committee for entry of an order (this "Order"), as more fully described in the Motion to Shorten, pursuant to sections 102(1) and 105(a) of the Bankruptcy Code, Bankruptcy Rule 9006, and Local Rule 9006-1(e): (i) shortening the notice period for the Seal Motion, filed contemporaneously herewith the Motion to Shorten; (ii) scheduling the Seal Motion to be heard at the hearing currently scheduled for April 13, 2015 at 10:00 a.m. (ET); (iii) requiring objections, if any, to the Seal Motion to be filed at or before the hearing on the Seal Motion; and (iv) granting such other relief as the Court deems just and proper; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion to Shorten.

50174352.1

§ 157(b)(2); and the Court having found that venue of this proceeding and the Motion to Shorten in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion to Shorten is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Committee having provided appropriate notice of the Motion to Shorten under the circumstances; and the Court having reviewed the Motion to Shorten; and the Court having determined that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED as set forth herein.

2. The Seal Motion will be considered at the hearing scheduled for Monday, April 13, 2015 at 10:00 a.m. (the "Hearing").

3. Objections, if any, to the Seal Motion shall be lodged at or before the Hearing.

4. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, this Order shall be immediately effective and enforceable upon its entry.

5. The Court retains jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Date: April 7, 2015

THE HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

50174352.1