IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, *et al*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered)<br><br>**Hearing Date: April 13, 2015 at 10:00 a.m. (ET)**<br>**Objection Deadline: At the hearing.**<br><br>**Re: Docket No. 203** |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on April 6, 2015, The Official Committee of Unsecured Creditors filed *The Official Committee of Unsecured Creditors' Motion for an Order Authorizing the Committee to File Under Seal the Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion to Approve Postpetition Financing* [Docket No. 203] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"). A copy of the Motion is being served contemporaneously with this notice.

**PLEASE TAKE FURTHER NOTICE** that on April 7, 2015, the Bankruptcy Court entered the *Order Pursuant to 11 U.S.C. §§ 102(1) and 105, Fed. Bankr. R. 9006 and Del. Bankr. L.R. 9006-1(e) Shortening Notice with Respect to The Official Committee of Unsecured Creditors' Motion for an Order Authorizing the Committee to File Under Seal the Objection to*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

50177996.1
50177996.1

*the Debtors' Motion to Approve Postpetition Financing* [Docket No. 213] (the "**Order**"). Pursuant to the Order, any responses or objections to the entry of an order approving the Motion may be made at the hearing (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **April 13, 2015 at 10:00 a.m. (ET)** before the Honorable Brendan L. Shannon at the Bankruptcy Court, 824 N. Market Street, 6th floor, Courtroom No. 1, Wilmington, Delaware 19801.

Dated:  April 7, 2015
         Wilmington, Delaware

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Sharon L. Levine, Esq.
65 Livingston Avenue
Roseland, NJ  07068
Telephone:  (973) 597-2500
Facsimile:  (973) 597-2400

-and –

Gerald C. Bender, Esq.
1251 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 262-6700
Facsimile:  (212) 262-7402

*Proposed Counsel to the Official Committee of Unsecured Creditors*

-and-

**POLSINELLI PC**

   */s/ Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone:  (302) 252-0920
Facsimile:  (302) 252-0921

*Proposed Delaware Bankruptcy Counsel to the Official Committee of Unsecured Creditors*