# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
The Standard Register Company
600 Albany Street
Dayton, OH 45417
  **EIN:** 31−0455440
Standard Register
Industramark
WorkflowOne, LLC
SMARTworks
ParthForward

**Chapter:** 11

*Case No*.:  15−10541−BLS

### NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on 4−1−2015 was filed on 4−8−2015 . The following deadlines apply:

The parties have  7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 4−29−2015 .

If a request for redaction is filed, the redacted transcript is due 5−11−2015 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 7−7−2015 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

*David D. Bird*

Clerk of Court

Date: 4/8/15

(ntc)