# Notice Recipients

District/Off: 0311−1  User: MichaelM  Date Created: 4/8/2015
Case: 15−10541−BLS  Form ID: ntcBK  Total: 13

**Recipients of Notice of Electronic Filing:**
ust  United States Trustee  USTPREGION03.WL.ECF@USDOJ.GOV
aty  Andrew L Magaziner  bankfilings@ycst.com
aty  Kara Hammond Coyle  bankfilings@ycst.com
aty  Maris J. Kandestin  bankfilings@ycst.com
aty  Mark S. Kenney  mark.kenney@usdoj.gov
aty  Michael A. Rosenthal  mrosenthal@gibsondunn.com
aty  Michael R. Nestor  bankfilings@ycst.com
aty  Samuel A. Newman  snewman@gibsondunn.com

TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db  The Standard Register Company  600 Albany Street  Dayton, OH 45417
aty  Jeffrey C. Krause  Gibson Dunn & Crutcher LLP  333 South Grand Avenue  Los Angeles, CA 90071−3197
aty  Jeremy L. Graves  GIBSON DUNN & CRUTCHER LLP  1801 California Street  Suite 4200  Denver, CO 80202−2642
aty  Robert Klyman  Gibson Dunn & Crutcher  333 South Grand Avenue  Los Angeles, CA 90071
aty  Sabina Jacobs  Gibson Dunn & Crutcher LLP  333 South Grand Avenue  Los Angeles, CA 90071−3197

TOTAL: 5