## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2015, a copy of the following document(s):

- **REPLY OF VOLT CONSULTING GROUP, LTD. IN SUPPORT OF MOTION FOR THE ENTRY OF AN ORDER: (I) GRANTING RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362(d)(1), TO THE EXTENT REQUIRED, TO TERMINATE ITS CONTRACT WITH THE DEBTORS; OR, ALTERNATIVELY, (II) REQUIRING THE DEBTORS TO ASSUME OR REJECT THE CONTRACT UNDER 11 U.S.C. § 365(d)(2) AND PROVIDE ADEQUATE ASSURANCE OF FUTURE PERFORMANCE**

was caused to be served on the parties listed on the attached service list *via* CM/ECF electronic filing and first class mail.


                                                                    */s/ Peter M. Sweeney*
                                                                Peter M. Sweeney (DE # 3671)

**SERVICE LIST**

| | |
|---|---|
| Michael R. Nestor (No. 3526)<br>Kara Hammond Coyle (No. 4410)<br>Maris J. Kandestin (No. 5294)<br>Andrew L. Magaziner (No. 5426)<br>YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>mnestor@ycst.com<br>kcoyle@ycst.com<br>mkandestin@ycst.com<br>amagaziner@ycst.com<br><br>– and –<br><br>Robert A. Klyman (CA No. 142723)<br>Samuel A. Newman (CA No. 217042)<br>Jeremy L. Graves (CO No. 45522)<br>Sabina Jacobs (CA No. 274829)<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-1512<br>Telephone: (213) 229-7000<br>Facsimile: (213) 229-7520<br>rklyman@gibsondunn.com<br>snewman@gibsondunn.com<br>jgraves@gibsondunn.com<br>sjacobs@gibsondunn.com<br><br>*Proposed Counsel to the Debtors and*<br>*Debtors-in-Possession* | Christopher A. Ward, Esq.<br>Justin K. Edelson, Esq.<br>POLSINELLI PC<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801<br>Telephone: (302) 252-0920<br>Facsimile: (302) 252-0921<br>cward@polsinelli.com<br>jedelson@polsinelli.com<br><br>– and –<br><br>Gerald C. Bender<br>LOWENSTEIN SANDLER LLP<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 262-6700<br>Facsimile: (212) 262-7402<br><br>– and –<br><br>Kenneth A. Rosen<br>Sharon L. Levine<br>LOWENSTEIN SANDLER LLP<br>65 Livingston Avenue<br>Roseland, NJ 07068<br>Telephone: (973) 597-2500<br>Facsimile: (973) 597-2400<br><br>*Proposed Counsel to the Official Committee of*<br>*Unsecured Creditors* |
| Ron E. Meisler, Esq.<br>Carl T. Tullson, Esq.<br>Christopher M. Dressel, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>155 North Wacker Drive, Suite 2700<br>Chicago, Illinois 60606-1720 | Mark D. Collins<br>Tyler D. Semmelman<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>302 651-7700 |

| | |
|---|---|
| Telephone: (312) 407-0700<br>Facsimile: (312) 407-0411<br>Ron.Meisler@skadden.com<br>Carl.Tullson@skadden.com<br>Christopher.Dressel@skadden.com<br><br>*Counsel for Silver Point Finance, LLC, and Standard Acquisition Holdings, LLC* | 302-651-7701 (fax)<br>collins@RLF.com<br><br>– and –<br><br>Jack Basham<br>C. Edward Dobbs<br>Joshua J. Lewis<br>James S. Rankin, Jr.<br>PARKER HUDSON RAINER & DOBBS LLP<br>1500 Marquis Two Tower<br>285 Peachtree Center Avenue, NE<br>Atlanta, GA 30303<br>JCB@phrd.com<br><br>*Counsel for Bank Of America, N.A.* |
| Mark S. Kenney<br>(mark.kenney@usdoj.gov)<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>Telephone: (302) 573-6491<br>Facsimile: (302) 573-6497<br><br>*Counsel to the Office of the United States Trustee* | |