IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | Re: Docket Nos. 14 & 58 |

**NOTICE OF FILING OF <u>REVISED</u> FINAL ORDER (I) AUTHORIZING PAYMENT OF CERTAIN PREPETITION WORKFORCE CLAIMS, INCLUDING WAGES, SALARIES AND OTHER COMPENSATION, (II) AUTHORIZING PAYMENT OF CERTAIN EMPLOYEE BENEFITS AND CONFIRMING RIGHT TO CONTINUE EMPLOYEE BENEFITS ON POSTPETITION BASIS, (III) AUTHORIZING PAYMENT OF REIMBURSEMENT TO EMPLOYEES FOR PREPETITION EXPENSES, (IV) AUTHORIZING PAYMENT OF WITHHOLDING AND PAYROLL-RELATED TAXES, (V) AUTHORIZING PAYMENT OF WORKERS' COMPENSATION OBLIGATIONS, AND (VI) AUTHORIZING PAYMENT OF PREPETITION CLAIMS <u>OWING TO ADMINISTRATORS AND THIRD PARTY PROVIDERS</u>**

**PLEASE TAKE NOTICE** that, on March 12, 2015, the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") filed the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Payment of Certain Prepetition Workforce Claims, Including Wages, Salaries and Other Compensation, (II) Authorizing Payment of Certain Employee Benefits and Confirming Right to Continue Employee Benefits on Postpetition Basis, (III) Authorizing Payment of Reimbursement to Employees for Expenses Incurred Prepetition, (IV) Authorizing Payment of Workers' Compensation Obligations, and (VI) Authorizing Payment of Prepetition Claims Owing to Administrators and Third Party Providers* [Docket No. 14] (the "<u>Wage Motion</u>"). A proposed form of order (the "<u>Proposed Final Order</u>") approving the relief requested in the Wage Motion on a final basis was attached to the Wage Motion as Exhibit B.

**PLEASE TAKE FURTHER NOTICE** that, on March 13, 2015, the Court entered that certain *Interim Order (I) Authorizing Payment of Certain Prepetition Workforce Claims, Including Wages, Salaries and Other Compensation, (II) Authorizing Payment of Certain Employee Benefits and Confirming Right to Continue Employee Benefits on Postpetition Basis, (III) Authorizing Payment of Reimbursement to Employees for Prepetition Expenses,*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

01:16931064.2

*(IV) Authorizing Payment of Workers' Compensation Obligations, and (VI) Authorizing Payment of Prepetition Claims Owing to Administrators and Third Party Providers* [Docket No. 58] (the "<u>Interim Order</u>").

**PLEASE TAKE FURTHER NOTICE** that, subsequent to entry of the Interim Order, the Debtors received (i) a formal limited objection [Docket No. 107] (the "<u>Volt Objection</u>") from Volt Consulting Group, Ltd., and (ii) informal comments from the Official Committee of Unsecured Creditors (the "<u>Committee</u>") and the Debtors' postpetition lenders, respectively, regarding the terms of the Proposed Final Order.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have resolved the informal comments received from the Committee and the Debtors' postpetition lenders pursuant to the terms of the revised form of final order (the "<u>Revised Final Order</u>") attached hereto as <u>Exhibit A</u>.  The Debtors intend to the address the Volt Objection, and set forth why it should be overruled, in a separate reply to be filed prior to the hearing scheduled for April 13, 2015 at 10:00 a.m. (ET).

**PLEASE TAKE FURTHER NOTICE** that, for the convenience of the Court and other interested parties, a blackline comparing the Revised Final Order against the Proposed Final Order is attached hereto as <u>Exhibit B</u>.

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to present the Revised Final Order for approval at the hearing scheduled for **April 13, 2015 at 10:00 a.m. (ET)** before the Honorable Brendan L. Shannon, in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom #1, Wilmington, Delaware 19801.

*[Remainder of Page Intentionally Left Blank]*

Dated: April 8, 2015
Wilmington, Delaware

*/s/ Andrew L. Magaziner*
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Maris J. Kandestin (No. 5294)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
mnestor@ycst.com
kcoyle@ycst.com
mkandestin@ycst.com
amagaziner@ycst.com

-and-

Michael Rosenthal (NY No. 4697561)
Robert A. Klyman (CA No. 142723)
Samuel A. Newman (CA No. 217042)
Jeremy L. Graves (CO No. 45522)
Sabina Jacobs (CA No. 274829)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-1512
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
mrosenthal@gibsondunn.com
rklyman@gibsondunn.com
snewman@gibsondunn.com
jgraves@gibsondunn.com
sjacobs@gibsondunn.com

*Proposed Counsel to the Debtors and Debtors in Possession*

01:16931064.2