IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 88 |

**SUPPLEMENTAL DECLARATION OF KIM MARTIN LEWIS IN SUPPORT OF DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO EMPLOY AND RETAIN DINSMORE & SHOHL LLP AS SPECIAL COUNSEL EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE**

**KIM MARTIN LEWIS, ESQUIRE**, being duly sworn, deposes and says:

1. I am a partner in the firm of Dinsmore & Shohl LLP ("Dinsmore" or the "Firm"), 255 East Fifth St., Suite 1900, Cincinnati, Ohio 452002. I am admitted to practice in the Supreme Court of Ohio and the United States District Court for the Southern District of Ohio. I am authorized to make this Supplemental Declaration on the Firm's behalf. This supplemental declaration (the "Supplemental Declaration") is submitted pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rules 2014-1(a) and 2016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, in order to supplement my initial declaration (the "Initial Declaration"), submitted as *Exhibit A* to the *Debtors' Application for Entry of an Order Authorizing the Debtors to Employ and*

---

[1] The Debtors and the last four digits of their respective U.S. federal taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (n/a); Standard Register de México, S. de R.L. de C.V. (n/a); Standard Register Servicios, S. de R.L. de C.V. (n/a); and Standard Register Technologies Canada ULC (n/a). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

1

*Retain Dinsmore & Shohl LLP as Special Counsel, Pursuant to 11 U.S.C. § 327(e), Effective* Nunc Pro Tunc *to the Petition Date* (the "Application") [Docket No. 88].[2]

2.     Pursuant to the Initial Declaration, Dinsmore set forth and described the conflicts and connections search that it conducted with respect to its representation of the Debtors and listed its connections with the Debtors and other parties in interest in these chapter 11 cases. Dinsmore provided that it would supplement the Initial Declaration, as necessary, with disclosures of additional information if and when additional information developed or became available.

3.     Since the filing of the Application and Initial Declaration, Dinsmore determined that, in its role as special local counsel to the Debtors in connection with the financing agreements that were entered into by the Debtors in connection with the purchase of Workflow One, Dinsmore provided certain opinion letters (the "Opinion Letters") to: (i) the Lenders and the Agent party to the First Lien Credit Agreement, (ii) the Lenders and the Agent party to the Second Lien Credit Agreement, and (iii) the Lenders and the Agent party to the Loan Agreement (collectively, the "Lenders").[3]

4.     Dinsmore is not aware of any conflict that may arise out of its representation of the Debtors as Special Counsel, nor any contested issues with respect to its actions in providing the Lenders the Opinion Letters under the applicable financing documents, and therefore makes this additional disclosure out of an abundance of caution.

5.     Further, Dinsmore has identified several additional parties which Dinsmore has represented on matters unrelated to the Debtors. Accordingly, Schedule 2 to the Initial Declaration will be supplemented by the addition of the following entities:

---

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Application.
[3] A full list of the Lenders and Agent parties is listed on Exhibit A, attached hereto.

| Name of Entity Searched | Name of Potential Affiliate of Entity that is a Dinsmore Client | Status of Relationship | Brief Description of Representation |
|---|---|---|---|
| ACCO Brands | ACCO Brands Corporation | Current | General Representation Unrelated to the Debtors |
| Bank of New York Mellon | Bank of New York Mellon Wealth Management Bank of New York | Current | General Representation Unrelated to the Debtors |
| Cintas | Cintas Corporation | Current | General Representation Unrelated to the Debtors |
| CIT | CIT Group | Current | General Representation Unrelated to the Debtors |
| Computer Sciences Corporation | Computer Sciences Corporation | Current | General Representation Unrelated to the Debtors |
| Henkel Corporation | Henkel Corportion | Current | General Representation Unrelated to the Debtors |
| Lowes | Lowe's Home Center, Inc. Lowe's Companies, Inc. | Current | General Representation Unrelated to the Debtors |
| Robert Bosch Tool Corp. | Robert Bosch Tool Corporation | Current | General Representation Unrelated to the Debtors |
| Ryder Integrated Logistics Ryder Truck Rental | Ryder System, Inc. Ryder Integrated | Current | General Representation Unrelated to the Debtors |

6. Dinsmore will continue to supplement the Application, the Initial Declaration, and this Supplemental Declaration, as necessary, with additional information as the same develops or becomes available.

7. The facts set forth in this Supplemental Declaration are true and correct to the best of my knowledge, information and belief.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

/s/ Kim Martin Lewis
Kim Martin Lewis, Esq.
Dinsmore & Shohl LLP
255 East Fifth St., Suite 1900
Cincinnati, OH 45202
513-977-8200 (telephone)
513-977-8141 (facsimile)
kim.lewis@dinsmore.com

01:16942974.2

4

# EXHIBIT A

# TO SUPPLEMENTAL DECLARATION OF KIM MARTIN LEWIS

- Silver Point Finance, LLC
- Credit Suisse Loan Funding LLC
- Credit Suisse AG, Cayman Islands Branch
- SPCP Group, LLC
- SPF CDO I, Ltd
- SPCP Group III LLC
- Sargas CLO II Ltd
- WG Horizons CLO I
- DLJ Investment Partners, L.P.
- DLJ Investment Partners II, L.P.
- DLJ IP Holdings, L.P.
- SP Workflow Holdings, Inc.
- Silver Point Capital Fund, L.P.
- Bank of America, N.A.
- Wells Fargo Bank, National Association