**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON APRIL 13, 2015 AT 10:00 A.M. (ET)**

**RESOLVED MATTER**

1.      Debtors' First Omnibus Motion for Order Authorizing Rejection of Certain Unexpired Leases of Non-Residential Real Property *Nunc Pro Tunc* to the Petition Date [D.I. 26; 3/12/15]

       Related Documents:

              a)        Certificate of No Objection [D.I. 176; 4/1/15]

              b)        Order Authorizing the Debtors to Reject Certain Unexpired Leases Effective as of the Petition Date [D.I. 194; 4/6/15]

       Objection Deadline:        April 6, 2015 at 4:00 p.m. (ET)

       Objections/Responses Received:      None.

       Status:        An order has been entered by the Court.  No hearing is necessary.

**UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION**

2.      Debtors' Motion for Order Extending the Time to File Schedules and Statements [D.I. 93; 3/23/15]

---

[1]      The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001).  The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

Related Documents:

      a)      Certificate of No Objection [D.I. 217; 4/8/15]

      b)      Proposed Order

Objection Deadline:      April 6, 2015 at 4:00 p.m. (ET)

Objections/Responses Received:      None.

Status:      A certificate of no objection has been filed.  A hearing is only necessary to the extent the Court has any questions.

## UNCONTESTED MATTER GOING FORWARD

3.      The Official Committee of Unsecured Creditors' Motion for an Order Authorizing the Committee to File Under Seal the Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion to Approve Postpetition Financing [D.I. 203; 4/6/15]

Related Documents:

      a)      Order Pursuant to 11 U.S.C. §§ 102(1) and 105, Fed. Bankr. R. 9006 and Del. Bankr. L.R. 9006-1(e) Shortening Notice with Respect to The Official Committee of Unsecured Creditors' Motion for an Order Authorizing the Committee to File Under Seal the Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion to Approve Postpetition Financing [D.I. 213; 4/7/15]

      b)      Notice of Hearing [D.I. 214; 4/7/15]

Objection Deadline:      At the hearing.

Objections/Responses Received:      None to date.

Status:      This matter is going forward.

## CONTESTED MATTERS GOING FORWARD

4.      Debtors' Motion for Order Authorizing (A) Continued Use of Cash Management System; (B) Maintenance of Existing Bank Accounts; (C) Continued Use of Existing Business Forms; (D) Continued Performance of Intercompany Transactions in the Ordinary Course of Business and Grant of Administrative Expenses Status for Postpetition Intercompany Claims; and (E) Limited Waiver of Section 345(b) Deposit and Investment Requirements [D.I. 5; 3/12/15]

Related Documents:

a)   Interim Order Authorizing (A) Continued Use of Cash Management System; (B) Maintenance of Existing Bank Accounts; (C) Continued Use of Existing Business Forms; (D) Continued Performance of Intercompany Transactions in the Ordinary Course of Business and Grant of Administrative Expenses Status for Postpetition Intercompany Claims; and (E) Limited Waiver of Section 345(b) Deposit and Investment Requirements [D.I. 56; 3/13/15]

b)   Omnibus Notice of Pleadings and Hearing Thereon [D.I. 61; 3/13/15]

Objection Deadline:    March 25, 2015 at 4:00 p.m. (ET) [Extended for KeyBank to March 27, 2015 at 4:00 p.m. (ET); Extended for the Official Committee of Unsecured Creditors]

Objections/Responses Received:

c)   Limited Objection and Reservation of Rights of the Official Committee of Unsecured Creditors to the Relief Requested in the Debtors' Cash Management Motion [D.I. 201; 4/6/15]

Status:    The Debtors intend to file a reply prior to the hearing.  This matter is going forward.

5.    Debtors' Motion for Interim and Final Orders Authorizing Debtors to Pay Certain Prepetition Claims of Critical Vendors, Shippers, and Freight Carriers [D.I. 9; 3/12/15]

Related Documents:

a)   Interim Order Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors, Shippers, and Freight Carriers [D.I. 50; 3/13/15]

b)   Omnibus Notice of Pleadings and Hearing Thereon [D.I. 61; 3/13/15]

Objection Deadline:    March 25, 2015 at 4:00 p.m. (ET)

Objections/Responses Received:

c)   Limited Objection and Reservation of Rights of the Official Committee of Unsecured Creditors to the Relief Requested in Debtors' Critical Vendor Motion [D.I. 149; 3/31/15]

Status:    The Debtors intend to file a reply prior to the hearing.  This matter is going forward.

01:16931314.1

6.      Debtors' Motion for Entry of Interim and Final Orders Establishing Notification Procedures for Dispositions of, or Claims of Worthless Stock Deductions with Respect to, Standard Register Stock [D.I. 13; 3/12/15]

Related Documents:

      a)      Interim Order, Establishing Notification Procedures for Dispositions of, or Claims of Worthless Stock Deductions with Respect to, Standard Register Stock [D.I. 57; 3/13/15]

      b)      Omnibus Notice of Pleadings and Hearing Thereon [D.I. 61; 3/13/15]

Objection Deadline:          March 25, 2015 at 4:00 p.m. (ET)

Objections/Responses Received:

      c)      Limited Objection and Reservation of Rights of the Official Committee of Unsecured Creditors to the Debtors' Motion for Entry of Interim and Final Orders Establishing Notification Procedures for Dispositions of, or Claims of Worthless Stock Deductions with Respect to, Standard Register Stock [D.I. 151; 3/31/15]

Status:          The Debtors intend to file a reply prior to the hearing.  This matter is going forward.

7.      Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Payment of Certain Prepetition Workforce Claims, Including Wages, Salaries and Other Compensation, (II) Authorizing Payment of Certain Employee Benefits and Confirming Right to Continue Employee Benefits on a Postpetition Basis, (III) Authorizing Payment of Reimbursement to Employees for Expenses Incurred Prepetition, (IV) Authorizing Payment of Withholding and Payroll-Related Taxes, (V) Authorizing Payment of Workers' Compensation Obligations, and (VI) Authorizing Payment of Prepetition Claims Owing to Administrators and Third Party Providers [D.I. 14; 3/12/15]

Related Documents:

      a)      Interim Order (I) Authorizing Payment of Certain Prepetition Workforce Claims, Including Wages, Salaries and Other Compensation, (II) Authorizing Payment of Certain Employee Benefits and Confirming Right to Continue Employee Benefits on a Postpetition Basis, (III) Authorizing Payment of Reimbursement to Employees for Expenses Incurred Prepetition, (IV) Authorizing Payment of Withholding and Payroll-Related Taxes, (V) Authorizing Payment of Workers' Compensation Obligations, and (VI) Authorizing Payment of Prepetition Claims Owing to Administrators and Third Party Providers [D.I. 58; 3/13/15]

01:16931314.1

    b)       Omnibus Notice of Pleadings and Hearing Thereon [D.I. 61; 3/13/15]

    c)       Notice of Filing of Revised Final Order [D.I. 220; 4/8/15]

    d)       Debtors' Reply in Support of Motion [D.I. 221; 4/8/15]

Objection Deadline:       March 25, 2015 at 4:00 p.m. (ET)

Objections/Responses Received:

    e)       Limited Objection by Volt Consulting Group, Ltd. to the Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Payment of Certain Prepetition Workforce Claims, Including Wages, Salaries and Other Compensation, (II) Authorizing Payment of Certain Employee Benefits and Confirming Right to Continue Employee Benefits on a Postpetition Basis, (III) Authorizing Payment of Reimbursement to Employees for Expenses Incurred Prepetition, (IV) Authorizing Payment of Withholding and Payroll-Related Taxes, (V) Authorizing Payment of Workers' Compensation Obligations, and (VI) Authorizing Payment of Prepetition Claims Owing to Administrators and Third Party Providers [D.I. 107; 3/25/15]

Status:       This matter is going forward.

8.    Debtors' Motion for Order (A) Authorizing Debtors (I) to Provide Adequate Protection to the Debtors' Secured Lenders, (II) to Obtain Interim Postpetition Financing on a Superpriority, Secured and Priming Basis in Favor of Silver Point Finance, LLC, as Administrative Agent for Proposed DIP Term Lenders, and Bank of America, N.A., as Administrative Agent for Proposed DIP ABL Lenders, and (III) to Modify the Automatic Stay; and (B) Scheduling, and Establishing Deadlines Relating to a Final Hearing and Entry of a Final Order on Postpetition Financing [D.I. 15; 3/12/15]

Related Documents:

    a)       Declaration of Dermott O'Flanagan in Support of the Financing Motion [D.I. 16; 3/12/15]

    b)       Interim Order (I) Authorizing Debtors in Possession to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 362, 363, and 364, (II) Granting Liens and Superpriority Claims to Postpetition Lenders Pursuant to 11 U.S.C. § 364; (III) Providing Adequate Protection to Prepetition Credit Parties and Modifying Automatic Stay Pursuant to 11 U.S.C. §§ 361, 362, 363, and 364; and (IV) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Bankruptcy Rule 4001-2 [D.I. 59; 3/13/15]

01:16931314.1

c)       Omnibus Notice of Pleadings and Hearing Thereon [D.I. 61; 3/13/15]

Objection Deadline:       March 25, 2015 at 4:00 p.m. (ET) [Extended for the Official Committee of Unsecured Creditors]

Objections/Responses Received:

d)       Limited Objection of Raymond Leasing Corporation and Raymond Storage Concepts, Inc. to the Debtors' Request for a Final Order (I) Authorizing Debtors in Possession to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 362, 363, and 364, (II) Granting Liens and Superpriority Claims to Postpetition Lenders Pursuant to 11 U.S.C. § 364; (III) Providing Adequate Protection to Prepetition Credit Parties and Modifying Automatic Stay Pursuant to 11 U.S.C. §§ 361, 362, 363, and 364; and (IV) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Bankruptcy Rule 4001-2 [D.I. 104; 3/25/15]

e)       (Sealed) Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion to Approve Postpetition Financing [D.I. 202; 4/6/15]

Status:       The Debtors intend to file a reply prior to the hearing and intend to present two witnesses in support of the relief requested. This matter is going forward.

9.       Debtors' Motion for (I) an Order (A) Establishing Sale Procedures Relating to the Sale of Substantially All of the Debtors' Assets; (B) Approving Bid Protections; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts; (D) Approving Form and Manner of Notice of All Procedures, Protections, Schedules, and Agreements; (E) Scheduling a Hearing to Consider the Proposed Sale; and (F) Granting Certain Related Relief; and (II) an Order (A) Approving the Sale of Substantially All of the Debtors' Assets and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale [D.I. 23; 3/12/15]

Related Documents:

a)       Declaration of Andrew Torgove in Support of Sale Motion [D.I. 25; 3/12/15]

b)       Notice of Hearing [D.I. 62; 3/13/15]

Objection Deadline:       March 25, 2015 at 4:00 p.m. (ET) [Extended for the Official Committee of Unsecured Creditors]

Objections/Responses Received:

01:16931314.1

      c)      United States Trustee's Objection to Debtors' Motion for (I) an Order (A) Establishing Sale Procedures Relating to the Sale of Substantially All of the Debtors' Assets; (B) Approving Bid Protections; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts; (D) Approving Form and Manner of Notice of All Procedures, Protections, Schedules, and Agreements; (E) Scheduling a Hearing to Consider the Proposed Sale; and (F) Granting Certain Related Relief; and (II) an Order (A) Approving the Sale of Substantially All of the Debtors' Assets and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale (D.I. 23) [D.I. 106; 3/25/15]

      d)      Objection of the Pension Benefit Guaranty Corporation to Debtors' Motion for (I) an Order (A) Establishing Sale Procedures Relating to the Sale of Substantially All of the Debtors' Assets; (B) Approving Bid Protections; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts; (D) Approving Form and Manner of Notice of All Procedures, Protections, Schedules, and Agreements; (E) Scheduling a Hearing to Consider the Proposed Sale; and (F) Granting Certain Related Relief; and (II) an Order (A) Approving the Sale of Substantially All of the Debtors' Assets and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale (D.I. 23) [D.I. 119; 3/27/15]

      e)      Objection of the Official Committee of Unsecured Creditors to the Relief Sought in the Debtors' Sale Motion [D.I. 200; 4/6/15]

Status:      The Debtors intend to file a reply prior to the hearing and intend to present two witnesses in support of the relief requested.  This matter is going forward.

10.      Debtors' Application for an Order Approving the Employment and Retention of Gibson, Dunn & Crutcher LLP as General Bankruptcy and Restructuring Co-Counsel for the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date [D.I. 85; 3/23/15]

      Related Documents:      None.

      Objection Deadline:      April 6, 2015 at 4:00 p.m. (ET) [Extended for Bank of America, Wells Fargo, and Silver Point Finance to April 9, 2015 at 4:00 p.m. (ET)]

      Objections/Responses Received:

      a)      Informal Response from Bank of America

b)      Informal Response from the Office of the United States Trustee

Status:          This matter has been resolved in principle.  The Debtors anticipate filing a revised form of order under certification of counsel prior to the hearing. As of now, this matter is going forward.

11.     Debtors' Application for an Order, Pursuant to Section 327(a) of the Bankruptcy Code, Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLC as Co-Counsel to the Debtors, *Nunc Pro Tunc* to the Petition Date [D.I. 86; 3/23/15]

Related Documents:          None.

Objection Deadline:          April 6, 2015 at 4:00 p.m. (ET) [Extended for Bank of America, Wells Fargo, and Silver Point Finance to April 9, 2015 at 4:00 p.m. (ET)]

Objections/Responses Received:

a)      Informal Response from Bank of America

Status:          This matter has been resolved in principle.  The Debtors anticipate filing a revised form of order under certification of counsel prior to the hearing. As of now, this matter is going forward.

12.     Debtors' Motion for Order Authorizing the Debtors to (I) Employ and Retain McKinsey Recovery & Transformation Services U.S., LLC to Provide Interim Management Services Pursuant to 11 U.S.C. § 363, and (II) Designate Kevin Carmody as Chief Restructuring Officer *Nunc Pro Tunc* to the Petition Date [D.I. 87; 3/23/15]

Related Documents:          None.

Objection Deadline:          April 6, 2015 at 4:00 p.m. (ET) [Extended for Bank of America, Wells Fargo, and Silver Point Finance to April 9, 2015 at 4:00 p.m. (ET)]

Objections/Responses Received:

a)      Informal Response from Bank of America

b)      Informal Response from the Office of the United States Trustee

Status:          This matter has been resolved in principle.  The Debtors anticipate filing a revised form of order under certification of counsel prior to the hearing. As of now, this matter is going forward.

13.    Debtors' Application for Entry of an Order Authorizing the Debtors to Employ and Retain Dinsmore & Shohl LLP as Special Counsel, Pursuant to 11 U.S.C. § 327(e), Effective *Nunc Pro Tunc* to the Petition Date [D.I. 88; 3/23/15]

Related Documents:

a)    Supplemental Declaration of Kim Martin Lewis in Support of Debtors' Application for Entry of an Order Authorizing the Debtors to Employ and Retain Dinsmore & Shohl LLP as Special Counsel Effective *Nunc Pro Tunc* to the Petition Date [D.I. 223; 4/9/15]

Objection Deadline:    April 6, 2015 at 4:00 p.m. (ET) [Extended for Bank of America, Wells Fargo, and Silver Point Finance to April 9, 2015 at 4:00 p.m. (ET)]

Objections/Responses Received:

b)    Informal Response from Bank of America

Status:    This matter has been resolved in principle.  The Debtors anticipate filing a revised form of order under certification of counsel prior to the hearing.  As of now, this matter is going forward.

14.    Debtors' Application for Order (I) Authorizing the Retention and Employment of Lazard Frères & Co. LLC and Lazard Middle Market LLC as Investment Banker to the Debtors, *Nunc Pro Tunc* to the Petition Date and (II) Waiving Certain Information Requirements of Local Rule 2016-2 [D.I. 89; 3/23/15]

Related Documents:    None.

Objection Deadline:    April 6, 2015 at 4:00 p.m. (ET) [Extended for Bank of America, Wells Fargo, and Silver Point Finance to April 9, 2015 at 4:00 p.m. (ET)]

Objections/Responses Received:

a)    Informal Response from Bank of America

b)    Informal Response from the Office of the United States Trustee

c)    Informal Response from Silver Point Finance

Status:    At this time, negotiations amongst the parties are ongoing.  This matter is going forward.

01:16931314.1

15.     Debtors' Application for an Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor *Nunc Pro Tunc* to the Petition Date [D.I. 90; 3/23/15]

    Related Documents:          None.

    Objection Deadline:         April 6, 2015 at 4:00 p.m. (ET) [Extended for Bank of America, Wells Fargo, and Silver Point Finance to April 9, 2015 at 4:00 p.m. (ET)]

    Objections/Responses Received:

        a)      Informal Response from Bank of America

    Status:         This matter has been resolved in principle. The Debtors anticipate filing a revised form of order under certification of counsel prior to the hearing. As of now, this matter is going forward.

16.     Debtors' Motion for an Administrative Order, Pursuant to Sections 331 and 105(a) of the Bankruptcy Code, Bankruptcy Rule 2016(a), and Local Rule 2016-2, Establishing Procedures for Interim Compensation and Reimbursement of Professionals [D.I. 91; 3/23/15]

    Related Documents:          None.

    Objection Deadline:         April 6, 2015 at 4:00 p.m. (ET) [Extended for Bank of America, Wells Fargo, Silver Point Finance, and the Office of the United States Trustee to April 9, 2015 at 4:00 p.m. (ET)]

    Objections/Responses Received:

        a)      Informal Response from Bank of America

        b)      Informal Response from the Office of the United States Trustee

    Status:         The Debtors have resolved the informal comments of the United States Trustee. This matter is going forward.

17.     Debtors' Motion for Order Authorizing the Employment and Payment of Professionals Used in the Ordinary Course of Business [D.I. 92; 3/23/15]

    Related Documents:          None.

Objection Deadline:        April 6, 2015 at 4:00 p.m. (ET) [Extended for Bank of America, Wells Fargo, and Silver Point Finance to April 9, 2015 at 4:00 p.m. (ET)]

Objections/Responses Received:

      a)      Informal Response from Bank of America

      b)      Informal Response from the Office of the United States Trustee

Status:        The Debtors have resolved the informal comments of the United States Trustee. This matter is going forward.

18.      Emergency Motion of Volt Consulting Group, Ltd. for the Entry of an Order: (I) Granting Relief from the Automatic Stay Under 11 U.S.C. § 362(d)(1), to the Extent Required, to Terminate Its Contract with the Debtors; or, Alternatively, (II) Requiring the Debtors to Assume or Reject the Contract Under 11 U.S.C. § 365(d)(2) and Provide Adequate Assurance of Future Performance [D.I. 124; 3/27/15]

Related Documents:

      a)      Order Approving Stipulation Scheduling Hearing on Emergency Motion of Volt Consulting Group, Ltd. for the Entry of an Order: (I) Granting Relief from the Automatic Stay Under 11 U.S.C. § 362(d)(1), to the Extent Required, to Terminate Its Contract with the Debtors; or, Alternatively, (II) Requiring the Debtors to Assume or Reject the Contract Under 11 U.S.C. § 365(d)(2) and Provide Adequate Assurance of Future Performance [D.I. 170; 4/1/15]

      b)      Reply of Volt Consulting Group, Ltd. in Support of Emergency Motion of Volt Consulting Group, Ltd. for the Entry of an Order: (I) Granting Relief from the Automatic Stay Under 11 U.S.C. § 362(d)(1), to the Extent Required, to Terminate Its Contract with the Debtors; or, Alternatively, (II) Requiring the Debtors to Assume or Reject the Contract Under 11 U.S.C. § 365(d)(2) and Provide Adequate Assurance of Future Performance [D.I. 219; 4/8/15]

Objection Deadline:        April 2, 2015 at 9:00 p.m. (ET)

Objections/Responses Received:

      c)      Debtors' Objection to Emergency Motion of Volt Consulting Group, Ltd. for the Entry of an Order: (I) Granting Relief from the Automatic Stay Under 11 U.S.C. § 362(d)(1), to the Extent Required, to Terminate Its Contract with the Debtors; or, Alternatively, (II) Requiring the Debtors to

Assume or Reject the Contract Under 11 U.S.C. § 365(d)(2) and Provide Adequate Assurance of Future Performance [D.I. 187; 4/2/15]

d)      Joinder of the Official Committee of Unsecured Creditors in Support of the Debtors' Objection to Emergency Motion of Volt Consulting Group, Ltd. for the Entry of an Order: (I) Granting Relief from the Automatic Stay Under 11 U.S.C. § 362(d)(1), to the Extent Required, to Terminate Its Contract with the Debtors; or, Alternatively, (II) Requiring the Debtors to Assume or Reject the Contract Under 11 U.S.C. § 365(d)(2) and Provide Adequate Assurance of Future Performance [D.I. 188; 4/2/15]

Status:      This matter is going forward.  The Debtors will have one witness available at the hearing.

01:16931314.1

Dated:   April 9, 2015
         Wilmington, Delaware

*/s/ Kara Hammond Coyle*
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Maris J. Kandestin (No. 5294)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
mnestor@ycst.com
kcoyle@ycst.com
mkandestin@ycst.com
amagaziner@ycst.com

-and-

Michael A. Rosenthal (NY No. 4697561)
Robert A. Klyman (CA No. 142723)
Samuel A. Newman (CA No. 217042)
Jeremy L. Graves (CO No. 45522)
Sabina Jacobs (CA No. 274829)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-1512
Telephone:  (213) 229-7000
Facsimile:  (213) 229-7520
mrosenthal@gibsondunn.com
rklyman@gibsondunn.com
snewman@gibsondunn.com
jgraves@gibsondunn.com
sjacobs@gibsondunn.com

*Proposed Counsel to the Debtors and
Debtors in Possession*

01:16931314.1