IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

THE STANDARD REGISTER COMPANY, et al.[1]

Debtors.

Chapter 11
Case No. 15-10541
(Jointly Administered)

Docket Ref. Nos. 13, 57

## DECLARATION REGARDING STATUS AS A SUBSTANTIAL SHAREHOLDER[2]

PLEASE TAKE NOTICE that the undersigned Trust (the "Holder") files this Declaration as owner of Stock in The Standard Register Company ("Standard Register"). As needed and upon Standard Register's reasonable request, the Holder will provide to Standard Register on a confidential basis the last four digits of the Holder's taxpayer identification number.

PLEASE TAKE FURTHER NOTICE that as of April 6, 2015, the Holder has ownership of 183,283 shares of Common Stock and 83,895 shares of Class A Stock. The following table sets forth the date(s) on which the Holder purchased, acquired or otherwise accumulated ownership or otherwise has obtained ownership of such Stock:

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de Mexico, S. de R.L. de C.V. (4FNO); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). According to the Debtors, the headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] For purposes of this Declaration: (i) a "Substantial Shareholder" is any (a) entity with (or entities who would own as a result of the proposed transfer) Beneficial Ownership of at least 378,014 shares of Standard Register's Common Stock (i. e., approximately 4.5% of the outstanding 8,400,320 shares of Common Stock), or (b) entity (or entities who would own as a result of the proposed transfer) with Beneficial Ownership of shares of Standard Register's Class A Stock; (ii) "Beneficial Ownership" of Stock with respect to any holder shall be determined in accordance with the applicable rules of IRC section 382 and the Treasury Regulations thereunder, and shall include, but not be limited to, indirect and constructive ownership, for example, (A) a holding company is considered to beneficially own Stock owned by its subsidiaries, (B) a partner in a partnership (or other entity treated as a partnership for U.S. federal income tax purposes) is considered to beneficially own a proportionate interest in Stock owned by the partnership, (C) an individual and such individual's family members may be treated as one individual, (D) persons or entities acting in concert with a holder to make a coordinated acquisition may be treated as a single entity), and (E) a holder is considered to beneficially own any stock that such holder has an Option to acquire; and (iii) an "Option" to acquire stock includes all interests described in Treasury Regulations section 1.382-4(d)(9), including any contingent purchase, warrant, convertible debt, put, Stock subject to risk of forfeiture, contract to acquire Stock or similar interest, regardless of whether it is contingent or otherwise not currently exercisable. Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the *Debtors' Motion For Entry of Interim and Final Orders Establishing Notification Procedures For Dispositions of Or Claims of Worthless Stock Deductions With Respect To, Standard Register's Stock* [Docket No. 13] filed in the above-captioned chapter 11 cases.

14758444.1

| **Number of Shares of Common Stock or Class A Stock** | **Date Purchased, Acquired or Otherwise Accumulated** |
|---|---|
| 183,283 shares of Common Stock | December 29, 1939 |
| 83,895 shares of Class A Stock | December 29, 1939 |

PLEASE TAKE FURTHER NOTICE that pursuant to that certain *Interim Order Establishing Notification Procedures For Dispositions of Or Claims of Worthless Stock Deductions With Respect To, Standard Register's Stock* [Docket No. 57], this Declaration is being filed with the Court and served upon proposed counsel to the above-captioned debtors and debtors-in-possession, Gibson, Dunn & Crutcher, LLP, 333 South Grand Avenue, Los Angeles, CA 90071-1512 (Attn: Robert A. Klyman), and Young Conaway Stargatt & Taylor, LLP, 1000 North King Street, Rodney Square, Wilmington, DE 19801 (Attn: Michael R. Nestor).

PLEASE TAKE FURTHER NOTICE that pursuant to 28 U.S.C. § 1746, under penalty of perjury, the Holder hereby declares that the Holder has examined this Declaration and the accompanying Attachment and, to the best of the Holder's knowledge and belief, this Declaration and such Attachment, which is part of this Declaration, are true, correct and complete.

Respectfully submitted,

**Testamentary Trust Established Under the Last Will and Testament of John Q. Sherman fbo Helen Louise Sherman Tormey**

By: _____
Arthur McMahon, III, as
Attorney-in-Fact
425 Walnut Street, Suite 1800
Cincinnati, OH  45202
Telephone:  (513) 381-2838
Facsimile:  (513) 381-0205
Dated:  April 8, 2015

14758444.1