**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | **Re: Docket No. 87** |

**CERTIFICATION OF COUNSEL REGARDING REVISED ORDER AUTHORIZING
THE DEBTORS TO (I) EMPLOY AND RETAIN MCKINSEY RECOVERY &
TRANSFORMATION SERVICES U.S., LLC TO PROVIDE INTERIM MANAGEMENT
SERVICES PURSUANT TO 11 U.S.C. § 363, AND (II) DESIGNATE
KEVIN CARMODY AS CHIEF RESTRUCTURING OFFICER
*NUNC PRO TUNC* TO THE PETITION DATE**

The undersigned hereby certifies as follows:

1.    On March 23, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Order Authorizing the Debtors to (I) Employ and Retain McKinsey Recovery & Transformation Services U.S., LLC to Provide Interim Management Services Pursuant to 11 U.S.C. 11 U.S.C. § 363, and (II) Designate Kevin Carmody as Chief Restructuring Officer* Nunc Pro Tunc *to the Petition Date* [Docket No. 87] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). The deadline to file objections or respond to the Motion was established as April 6, 2015 at 4:00 p.m. (ET) (the "Objection Deadline").[2]

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2]    The Objection Deadline was extended by the Debtors until April 9, 2015 at 4:00 p.m. (ET) for Bank of America, Wells Fargo and Silver Point Finance.

2.      Prior to the Objection Deadline, the Debtors received informal comments from the Debtors' postpetition lenders and the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") regarding the proposed form of order (the "Proposed Order") attached to the Motion.  No formal objections were received prior to the Objection Deadline, and the Debtors have conferred with the parties for which the Objection Deadline was extended, and confirmed that such parties do not object to the relief requested in the Motion on the terms described herein.

3.      Following discussions with their postpetition lenders and the U.S. Trustee, the Debtors have agreed to a revised form of order (the "Revised Order"), a copy of which is attached hereto as Exhibit A, which consensually resolves the responses received from such parties.

4.      For the convenience of the Court and other interested parties, a blackline comparing the Revised Order against the Proposed Order is attached hereto as Exhibit B.

*[Remainder of Page Intentionally Left Blank]*

01:16947384.1

WHEREFORE, as the Debtors did not receive any objections or responses other than those described herein, and the Debtors have resolved the informal comments provided by the Debtors' postpetition lenders and the U.S. Trustee, the Debtors respectfully request that the Court enter the Revised Order without further notice or hearing at the Court's earliest convenience.

Dated:    April 9, 2015
          Wilmington, Delaware          */s/ Andrew L. Magaziner*
                                        Michael R. Nestor (No. 3526)
                                        Kara Hammond Coyle (No. 4410)
                                        Maris J. Kandestin (No. 5294)
                                        Andrew L. Magaziner (No. 5426)
                                        YOUNG CONAWAY STARGATT & TAYLOR, LLP
                                        Rodney Square
                                        1000 North King Street
                                        Wilmington, Delaware 19801
                                        Telephone:  (302) 571-6600
                                        Facsimile:  (302) 571-1253
                                        mnestor@ycst.com
                                        kcoyle@ycst.com
                                        mkandestin@ycst.com
                                        amagaziner@ycst.com

                                        -and-

                                        Michael A. Rosenthal (NY No. 4697561)
                                        Samuel A. Newman (CA No. 217042)
                                        Jeremy L. Graves (CO No. 45522)
                                        Sabina Jacobs (CA No. 274829)
                                        GIBSON, DUNN & CRUTCHER LLP
                                        333 South Grand Avenue
                                        Los Angeles, CA 90071-1512
                                        Telephone:  (213) 229-7000
                                        Facsimile:  (213) 229-7520
                                        mrosenthal@gibsondunn.com
                                        snewman@gibsondunn.com
                                        jgraves@gibsondunn.com
                                        sjacobs@gibsondunn.com

                                        *Proposed Counsel to the Debtors and*
                                        *Debtors in Possession*