## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15- 10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 85** |

**SUPPLEMENTAL DECLARATION OF SAMUEL A. NEWMAN IN SUPPORT OF THE DEBTORS' APPLICATION FOR AN ORDER APPROVING THE EMPLOYMENT AND RETENTION OF GIBSON, DUNN & CRUTCHER LLP AS GENERAL BANKRUPTCY AND RESTRUCTURING CO-COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION *NUNC PRO TUNC* TO THE PETITION DATE**

I, Samuel A. Newman, hereby declare and state as follows:

1.      I am a partner in the law firm of Gibson, Dunn & Crutcher LLP ("Gibson Dunn"). I am admitted to practice before, among others, the courts of the State of California; the United States District Court for the Central District of California and the United States Court of Appeals for the Ninth Circuit; and I have been admitted before this Court *pro hac vice* in the above-captioned chapter 11 cases (these "Chapter 11 Cases").

2.      Unless otherwise stated in this declaration, I have personal knowledge of the facts set forth herein.

3.      My partner Robert Klyman previously filed a declaration (the "Original Declaration") in support of the *Debtors' Application for an Order Approving the Employment*

---

[1]      The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001).  The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

*and Retention of Gibson, Dunn & Crutcher LLP as General Bankruptcy and Restructuring Co-Counsel For the Debtors and Debtors in Possession* Nunc Pro Tunc *to the Petition Date*

(the "<u>Application</u>") [Docket No. 85].[2]

4.      I submit this supplemental declaration (this "<u>Supplemental Declaration</u>") to (i) correct the payment information included in the Original Declaration at paragraph 9 and the Application at paragraph 15, [Docket No. 85-3, ¶ 9; Docket No. 85, ¶ 15], and (ii) provide supplemental disclosures of Gibson Dunn's connections and conflict review as described in the Original Declaration.

5.      During the 90 days before the Petition Date, Gibson Dunn received a total of $3,845,923.35 from the Debtors which was either applied to fees and expenses or put on account. This number differs from the number provided in the Original Declaration because it was determined on later review that an amount for a separate, unrelated client was misapplied.  This misapplication has been corrected.

6.      As of the Petition Date Gibson Dunn received advance payment for all professional services and expenses rendered to the Debtors prior to the Petition Date.  The Remaining Advance Payment as of the date hereof is approximately $699,264.87.[3]

7.      Pursuant to the Original Declaration, Gibson Dunn set forth and described the conflicts and connections search that it conducted with respect to its representation of the Debtors and listed its connections with the Debtors and other parties in interest in these Chapter 11 Cases.   Gibson Dunn provided that it would supplement the Original Declaration, as necessary, with disclosures of additional information if and when additional information developed or became available.

---

[2]  Capitalized terms used but not defined herein shall have the meanings set forth in the Application.
[3]  Gibson Dunn reserves its right to update this figure if subsequent reconciliation is done.  Any application will be done in accordance with Court approval.

8.      Further to our disclosure in paragraph 4 of the Original Declaration, we hereby disclose that as part of its long-standing representation of the Debtors, Gibson Dunn represented the Debtors in connection with the acquisition of Workflow One in 2013.  This representation included the provision of corporate and transactional advice which involved the issuance of customary legal opinions.  Gibson Dunn is not aware of any conflict that may arise out of its representation of the Debtors in the Workflow One acquisition but makes this additional disclosure out of an abundance of caution.

9.      Gibson Dunn has continued to search its internal client database regarding newly identified interested parties in these Chapter 11 Cases.  Gibson Dunn previously filed, as Exhibit 4 to the Original Declaration, a list of entities of whom Gibson Dunn currently represents or has represented within the past three years.  An updated list of disclosures is attached hereto as Exhibit A.  The parties that have been added are Bank of New York Mellon, BBH Financial Services, Canon, Conopco, Inc. dba Unilever and Robert Bosch GmbH.

10.      Gibson Dunn reserves the right to provide additional supplements to the Original Declaration as provided in the Application.


The foregoing constitutes the revised statement of Gibson Dunn pursuant to sections 327(a), 329 and 504 of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016(b), and Local Rule 2014-

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


Dated:    April 10, 2015

                                                            */s/ Samuel A. Newman*
                                                            Samuel A. Newman

# Exhibit A

## Disclosures of Representation

Set forth below are the Interested Parties (other than the Debtors) whom Gibson Dunn currently represents or has represented within the past three years in matters unrelated to the matters on which Gibson Dunn is proposed to be retained.  In some instances Gibson Dunn's representation may be of an affiliated or otherwise related entity as identified in Gibson Dunn's master client database:

1.  3M
2.  Adobe Systems Inc.
3.  AIG
4.  Allianz
5.  American Honda Motor Company
6.  American Standard
7.  Anheuser-Busch, Inc.
8.  AT&T, Inc.
9.  Atmos Energy Corp
10. Avaya
11. Bank of America
12. Bank of New York Melon
13. BBH Financial Services
14. Canon
15. CBS Corp.
16. CenturyLink, Inc.
17. Chartis Insurance Company
18. Cisco Systems, Inc.
19. Citibank
20. Comcast Corporation
21. Computer Sciences Corporation
22. Conopco, Inc. dba Unilever
23. Cox Communications, Inc.
24. Crane Co.
25. Credit Suisse
26. Crown Cork & Seal Co.
27. Cushman & Wakefield, Inc.
28. Deloitte & Touche
29. Dow Chemical Company
30. Duke Energy Corporation
31. E.J. DuPont de Nemours  Company
32. Eaton Corporation
33. Eli Lilly and Company
34. Ernst & Young LLP
35. Flowerserve Corporation
36. Fluor Corporation
37. Ford Motor Company
38. Frontier Communications
39. FUJIFILM Corporation
40. Gardner Denver, Inc.
41. General Electric Company
42. Georgia-Pacific LLC
43. GlaxcoSmithKline
44. Goodrich Corporation
45. Greif, Inc.
46. Hawaiian Electric Company, Inc.

47. Hawaiian Telecom Services Company, Inc.
48. Hewlett-Packard Company
49. Honeywell, Inc.
50. IBM Corporation
51. International Paper Company
52. Kimberly-Clark Corporation
53. Kroger Company
54. Lazard Freres & Co.
55. Liberty Mutual Insurance Company
56. Lincoln Property Company
57. MCI, Inc.
58. MeadWestvaco
59. Metropolitan Life Insurance company
60. National Grid USA
61. National Oilwell Varco (fka Ameron)
62. NCR Corp
63. Newell Rubbermaid
64. Nissan Total
65. Novation LLC
66. Occidental Chemical Corporation
67. Pfizer
68. PG&E Corporation
69. Quest Diagnostics Incorporated
70. Raytheon Company
71. Robert Bosch GmbH
72. Rohm and Haas
73. Rutan & Tucker LLP
74. Salesforce.com Inc.
75. Sargas CLO II Ltd.
76. Securitas Security Systems USA, Inc.
77. Silver Point Capital, LP
78. Sprint Nextel Corporation
79. Superior Essex, Inc.
80. Taft Stettinius & Hollister LLP
81. Tenet
82. Thomson Reuters
83. Time Warner Cable, Inc.
84. Toyota Motor Sales U.S.A., Inc.
85. Travelers Companies, Inc.
86. TRW Automotive
87. TXU Energy
88. Tyco International Ltd.
89. Unisource Worldwide, Inc.
90. United Parcel Service, Inc.
91. Verizon
92. Viacom

93.   Wells Fargo Bank
94.   Xerox Corporation
95.   Zurich US
96.   [Confidential/Potential Purchaser]
97.   [Confidential/Potential Purchaser]
98.   [Confidential/Potential Purchaser]

101905515.4