IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | Re: Docket No. 85 |

**CERTIFICATION OF COUNSEL REGARDING REVISED ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF GIBSON, DUNN & CRUTCHER, LLP AS GENERAL BANKRUPTCY AND RESTRUCTURING CO-COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION *NUNC PRO TUNC* TO THE PETITION DATE**

The undersigned hereby certifies as follows:

1. On March 23, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Application for an Order Approving the Employment and Retention of Gibson, Dunn & Crutcher LLP as General Bankruptcy and Restructuring Co-Counsel for the Debtors and Debtors in Possession* Nunc Pro Tunc *to the Petition Date* [Docket No. 85] (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Court"). The deadline to file objections or respond to the Application was established as April 6, 2015 at 4:00 p.m. (ET) (the "Objection Deadline").[2] Subsequent to the Objection Deadline, Gibson, Dunn & Crutcher LLP also filed a supplemental declaration in support of the Application. See Docket No. 242.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] The Objection Deadline was extended by the Debtors until April 9, 2015 at 4:00 p.m. (ET) for Bank of America, Wells Fargo and Silver Point Finance.

01:16947369.1

2

2. Prior to the Objection Deadline, the Debtors received informal comments from the Debtors' postpetition lenders and the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") regarding the proposed form of order (the "Proposed Order") attached to the Application. No formal objections were received prior to the Objection Deadline, and the Debtors have conferred with the parties for which the Objection Deadline was extended, and confirmed that such parties do not object to the relief requested in the Application on the terms described herein.

3. Following discussions with their postpetition lenders, the Debtors have agreed to a revised form of order (the "Revised Order"), a copy of which is attached hereto as Exhibit A, which consensually resolves their informal comments. The Debtors also provided certain supplemental information to the U.S. Trustee, which has advised the Debtors that it does not object to entry of the Revised Order.

4. For the convenience of the Court and other interested parties, a blackline comparing the Revised Order against the Proposed Order is attached hereto as Exhibit B.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, as the Debtors did not receive any objections or responses other than those described herein, and the Debtors have resolved the informal comments provided by the Debtors' postpetition lenders, the Debtors respectfully request that the Court enter the Revised Order without further notice or hearing at the Court's earliest convenience.

Dated: April 10, 2015
Wilmington, Delaware

*/s/ Andrew L. Magaziner*
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Maris J. Kandestin (No. 5294)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
mnestor@ycst.com
kcoyle@ycst.com
mkandestin@ycst.com
amagaziner@ycst.com

-and-

Michael A. Rosenthal (NY No. 4697561)
Samuel A. Newman (CA No. 217042)
Jeremy L. Graves (CO No. 45522)
Sabina Jacobs (CA No. 274829)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-1512
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
mrosenthal@gibsondunn.com
snewman@gibsondunn.com
jgraves@gibsondunn.com
sjacobs@gibsondunn.com

*Proposed Counsel to the Debtors and Debtors in Possession*