# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | **Re: Docket Nos. 237, 241 & 247** |

## DEBTORS' MOTION FOR ENTRY OF AN ORDER, PURSUANT TO LOCAL RULE 9006-1(d), GRANTING THE DEBTORS LEAVE AND PERMISSION TO FILE (I) AN OMNIBUS REPLY IN SUPPORT OF ENTRY OF FINAL ORDERS ON CERTAIN FIRST DAY MOTIONS, (II) AN OMNIBUS REPLY IN SUPPORT OF MOTION FOR POSTPETITION FINANCING, AND (III) AN OMNIBUS REPLY IN SUPPORT OF DEBTORS' SALE PROCEDURES MOTION

The Standard Register Company and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), by and through their proposed undersigned counsel, hereby move (this "Motion") for entry of an order, substantially in the form attached hereto as Exhibit A, pursuant to Rule 9006-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), granting the Debtors leave and permission to file (i) the *Debtors' Omnibus Reply in Support of Entry of Final Orders on Certain First Day Motions*, (ii) the *Debtors' Reply in Support of Motion for Postpetition Financing*, and (iii) the *Debtors' Omnibus Reply in Support of Debtors' Motion for (I) an Order (A) Establishing Sale Procedures Relating to the Sale of Substantially all of the Debtors' Assets; (B) Approving Bid Protections;*

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001).  The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

*(C) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts; (D) Approving Form and Manner of Notice of all Procedures, Protections, Schedules, and Agreements; (E) Scheduling A Hearing to Consider the Proposed Sale; and (F) Granting Certain Related Relief; and (II) an Order (A) Approving the Sale of Substantially all of the Debtors' Assets and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale* (each an "Omnibus Reply," and collectively, the "Omnibus Replies").  In support of this Motion, the Debtors respectfully represent as follows:

1.      On March 12, 2015, each of the Debtors filed a voluntary petition with the Court for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq.

2.      In conjunction therewith, the Debtors filed, among other things, the following motions:

- *Debtors' Motion for Order Authorizing (A) Continued Use of Cash Management System; (B) Maintenance of Existing Bank Accounts; (C) Continued Use of Existing Business Forms; (D) Continued Performance of Intercompany Transactions in the Ordinary Course of Business and Grant of Administrative Expense Status for Postpetition Intercompany Claims; and (E) Interim Waiver of Section 345(b) Deposit and Investment Requirements* [Docket No. 5] (the "Cash Management Motion");

- *Debtors' Motion for Interim and Final Orders Authorizing Debtors to Pay Certain Prepetition Claims of Critical Vendors, Shippers and Freight Carriers* [Docket No. 9] (the "Critical Vendors Motion");

- *Debtors' Motion for Entry of Interim and Final Orders Establishing Notification Procedures for Dispositions of, or Claims of Worthless Stock Deductions with Respect to, Standard Register's Stock* [Docket No. 13] (the "NOL Motion" and, collectively with the Cash Management Motion and the Critical Vendors Motion, the "Miscellaneous First Day Motions");

- *Debtors' Motion for Order (A) Authorizing Debtors (I) to Provide Adequate Protection to the Debtors' Secured Lenders, (II) to Obtain Interim Postpetition Financing on a Superpriority, Secured and Priming Basis in Favor of Silver Point Finance, LLC, as Administrative Agent for Proposed DIP Term Lenders, and Bank of America, N.A. as*

01:16937198.3

> *Administrative Agent for Proposed DIP ABL Lenders, and (III) to Modify the Automatic Stay; and (B) Scheduling, and Establishing Deadlines Relating to a Final Hearing and Entry of a Final Order on Postpetition Financing* [Docket No. 15] (the "<u>DIP Motion</u>"); and

- *Debtors' Motion for (I) an Order (A) Establishing Sale Procedures Relating to the Sale of Substantially all of the Debtors' Assets; (B) Approving Bid Protections; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts; (D) Approving Form and Manner of Notice of all Procedures, Protections, Schedules, and Agreements; (E) Scheduling a Hearing to Consider the Proposed Sale; and (F) Granting Certain Related Relief; and (II) an Order (A) Approving the Sale of Substantially all of the Debtors' Assets and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale* [Docket No. 23] (the "<u>Sale Procedures Motion</u>").

3.     On March 13, 2015, the Court entered orders approving the relief requested in the Miscellaneous First Day Motions and the DIP Motion, respectively, on an interim basis.  *See* Docket Nos. 50, 56, 57, & 59 (collectively, the "<u>First Day Orders</u>").

4.     On March 24, 2015, the Office of the United States Trustee for the District of Delaware (the "<u>U.S. Trustee</u>") appointed the Official Committee of Unsecured Creditors (the "<u>Committee</u>").

5.     Pursuant to the First Day Orders, the deadline to file and serve objections to entry of respective orders approving the relief requested in the Miscellaneous First Day Motions and the DIP Motion on a final basis, and to the relief requested in the Sale Procedures Motion with respect to certain proposed bid procedures, was established as March 25, 2015 at 4:00 p.m. (ET) (the "<u>Objection Deadline</u>"), and a hearing (the "<u>Hearing</u>") with respect to the Miscellaneous First Day Motions, the DIP Motion and the Sale Procedures Motion was scheduled for April 1, 2015 at 10:00 a.m. (ET).  The Hearing was subsequently adjourned until April 13, 2015 at 10:00 a.m. (ET) and, in conjunction therewith, the Objection Deadline was extended for the Committee until April 9, 2015 at 4:00 p.m. (ET).

6.      As more fully described in the Omnibus Replies, the following objections (collectively, the "Objections") were filed with respect to the Miscellaneous First Day Motions, the DIP Motion, and the Sale Procedures Motion, as applicable, by the following parties:

- Raymond Leasing Corporation and Raymond Storage Concepts, Inc. filed a limited objection to the DIP Motion [Docket No. 104];

- The U.S. Trustee filed an objection to the Sale Procedures Motion [Docket No. 106];

- The Pension Benefit Guaranty Corporation filed an objection to the Sale Procedures Motion [Docket No. 119];

- The Committee filed objections to the Critical Vendors Motion [Docket No. 149] and the NOL Motion [Docket No. 151], and on April 7, 2015, additional objections to the Sale Procedures Motion [Docket No. 200], the Cash Management Motion [Docket No. 201], and the DIP Motion [Docket No. 202].

7.      Pursuant to Local Rule 9006-1(d), "[r]eply papers . . . may be filed and, if filed, shall be served so as to be received by 4:00 p.m. prevailing Eastern Time the day prior to the deadline for filing the agenda."  Del. Bankr. LR 9006-1(d).  Consequently, the agenda for the Hearing was required to be filed on April 9, 2015 at 12:00 Noon (ET), and the Debtors' deadline to file the Omnibus Replies was April 8, 2015 at 4:00 p.m. (ET) (the "Reply Deadline").

8.      By this Motion, the Debtors respectfully request that the Court enter an order granting the Debtors leave and permission to file the Omnibus Replies, which have been filed concurrently herewith.  The Omnibus Replies are being filed in support of the Miscellaneous First Day Motions, the DIP Motion and the Sale Procedures Motion, and respond to the various factual and legal arguments made in the Objections.  Many of the arguments set forth in the Objections, and particularly with respect to those put forth by the Committee, raise complex legal and factual disputes that the Debtors believe necessitate a thorough and comprehensive response.  Given the scope of the issues raised, the multiple parties implicated, and the Debtors' ongoing negotiations with the Committee regarding the proposed sale process,

the Debtors required additional time to respond to the Objections in a comprehensive manner. The respective Omnibus Replies set forth the reasons why the arguments raised in the Objections should be overruled, and the relief requested approved, and, as such, the Debtors believe that the Omnibus Replies will assist the Court in its consideration of the Miscellaneous First Day Motions, the DIP Motion, and the Sale Motion, and the various Objections thereto.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE,  the Debtors respectfully request that the Court enter an order, in substantially the form attached hereto as <u>Exhibit A</u>, granting them leave and permission to file the Omnibus Replies and such other and further relief as the Court deems just and proper.

Dated:   April 10, 2015
         Wilmington, Delaware

*/s/ Andrew L. Magaziner*
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Maris J. Kandestin (No. 5294)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
mnestor@ycst.com
kcoyle@ycst.com
mkandestin@ycst.com
amagaziner@ycst.com

-and-

Michael Rosenthal (NY No. 4697561)
Robert A. Klyman (CA No. 142723)
Samuel A. Newman (CA No. 217042)
Jeremy L. Graves (CO No. 45522)
Sabina Jacobs (CA No. 274829)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-1512
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
mrosenthal@gibsondunn.com
rklyman@gibsondunn.com
snewman@gibsondunn.com
jgraves@gibsondunn.com
sjacobs@gibsondunn.com

*Proposed Counsel to the Debtors and*
*Debtors in Possession*

01:16937198.3