## **CERTIFICATE OF SERVICE**

I, Sarah E. Pierce, hereby certify that on April 10, 2015, I caused the foregoing *Motion Of Silver Point Finance, LLC For Entry Of An Order, Pursuant To Bankruptcy Rule 9006(b) And Local Rule 9006-1(d) For Leave To File Reply To The Objection Of The Official Committee To Entry Of A Final Order Approving Postpetition Financing* to be served on the parties listed below in the manner indicated.

| | |
|---|---|
| Michael R. Nestor, Esq.<br>Kara Hammond Coyle, Esq.<br>Maris J. Kandestin, Esq.<br>Andrew Magaziner, Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>**(By Hand Delivery)** | Robert A. Klyman, Esq.<br>Samuel A. Newman, Esq.<br>Jeremy L. Graves, Esq.<br>Sabina Jacobs, Esq.<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA   90071-1512<br>**(By Overnight Courier)** |
| Christopher A. Ward, Esq.<br>Justin K. Edelson, Esq.<br>Polsinelli PC<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE  19801<br>**(By Hand Delivery)** | Kenneth A. Rosen, Esq.<br>Sharon L. Levine, Esq.<br>Lowenstein Sandler LLP<br>65 Livingston Avenue<br>Roseland, NJ  07068<br>**(By Overnight Courier)** |
| Mark S. Kenney, Esq.<br>Office of the United States Trustee<br>Lockbox 35<br>844 North King Street, Room 2207<br>Wilmington, Delaware 19801<br>**(By Hand Delivery)** | Gerald C. Bender, Esq.<br>Lowenstein Sandler LLP<br>1251 Avenue of the Americas<br>New York, NY 10020<br>**(By Overnight Courier)** |
| Stephen W. Spence, Esq.<br>Phillips, Goldman & Spence, P.A.<br>1200 N. Broom Street<br>Wilmington, DE  19806<br>**(By First Class Mail)** | |

*/s/ Sarah E. Pierce*
Sarah E. Pierce