**EXHIBIT A**

**PROPOSED ORDER**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
    In re                                 :   Chapter 11
                                          :
THE STANDARD REGISTER COMPANY,            :   Case No. 15-10541 (BLS)
et al.,                                   :
                                          :   (Jointly Administered)
                                          :
            Debtors.                      :   Re: Docket Nos. 23, 106, 119, and 200, ___
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**ORDER, PURSUANT TO BANKRUPTCY RULE 9006(b) AND LOCAL RULE 9006-1(d), GRANTING SILVER POINT LEAVE TO FILE A REPLY TO THE OBJECTIONS OF THE OFFICIAL COMMITTEE TO ENTRY OF THE SALE PROCEDURES ORDER**

Upon consideration of the motion (the "**Motion**")[1] of Silver Point Finance, LLC for entry of an order, pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Local Rule 9006-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), granting Silver Point leave and permission to file a reply to the Committee Objection; and this Court finding that it has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and it appearing that venue of these chapter 11 cases and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that it may enter a final order consistent with Article III of the United States Constitution; and after due deliberation and sufficient cause appearing therefor.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

**IT IS HEREBY ORDERED THAT:**

       1.      The Motion is granted, as set forth herein.

       2.      Pursuant to Bankruptcy Rule 9006(b) and Local Rule 9006-1(d), Silver Point is granted leave to file a Sale Reply to the Committee Objection.

       3.      This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this order.

DATED:    April \_\_\_\_, 2015
              Wilmington, Delaware

                                              THE HONORABLE BRENDAN L. SHANNON
                                              CHIEF UNITED STATES BANKRUPTCY JUDGE