# CERTIFICATE OF SERVICE

I, Sarah E. Pierce, hereby certify that on April 10, 2015, I caused the foregoing *Motion Of Silver Point Finance, LLC For Entry Of An Order, Pursuant To Bankruptcy Rule 9006(b) And Local Rule 9006-1(d) For Leave To File Reply To The Objection Of The Official Committee To Entry Of The Sale Procedures Order* to be served on the parties listed below in the manner indicated.

Michael R. Nestor, Esq.
Kara Hammond Coyle, Esq.
Maris J. Kandestin, Esq.
Andrew Magaziner, Esq.
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
**(By Hand Delivery)**

Robert A. Klyman, Esq.
Samuel A. Newman, Esq.
Jeremy L. Graves, Esq.
Sabina Jacobs, Esq.
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-1512
**(By Overnight Courier)**

Christopher A. Ward, Esq.
Justin K. Edelson, Esq.
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
**(By Hand Delivery)**

Kenneth A. Rosen, Esq.
Sharon L. Levine, Esq.
Lowenstein Sandler LLP
65 Livingston Avenue
Roseland, NJ 07068
**(By Overnight Courier)**

Mark S. Kenney, Esq.
Office of the United States Trustee
Lockbox 35
844 North King Street, Room 2207
Wilmington, Delaware 19801
**(By Hand Delivery)**

Gerald C. Bender, Esq.
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, NY 10020
**(By Overnight Courier)**

Courtney L. Morgan, Esq.
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Washington, DC 20005
**(By Overnight Courier)**

*/s/ Sarah E. Pierce*
Sarah E. Pierce