# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, David Malo, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On April 1, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail (and email if available) on the Core/2002 Service List attached hereto as **Exhibit A**:

- Order Approving Stipulation Scheduling Hearing on Emergency Motion of Volt Consulting Group, Ltd. For the Entry of an Order: (I) Granting Relief From the Automatic Stay, to the Extent Required, to Terminate Its Contract With the Debtors; or, Alternatively, (II) Requiring the Debtors to Assume or Reject the Contract and Provide Adequate Assurance of Future Performance [Docket No. 170]

- Final Order (A) Prohibiting Utility Providers From Altering, Refusing or Discontinuing Service; (B) Approving the Debtors' Proposed Adequate Assurance of Payment for Postpetition Services; and (C) Establishing Procedures for Resolving Requests for Additional Adequate Assurance of Payment [Docket No. 171]

On April 1, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on 1) the Banks Service List attached hereto as **Exhibit B** and 2) the Utilities Service List attached hereto as **Exhibit C**:

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

- Final Order (A) Prohibiting Utility Providers From Altering, Refusing or Discontinuing Service; (B) Approving the Debtors' Proposed Adequate Assurance of Payment for Postpetition Services; and (C) Establishing Procedures for Resolving Requests for Additional Adequate Assurance of Payment [Docket No. 171]

Dated: April 7, 2015

*David R. Malo*

David Malo

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on April 7, 2015, by David Malo, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

DAVID M. SMITH
NOTARY PUBLIC-STATE OF NEW YORK
No. 02SM6300826
Qualified in New York County
My Commission Expires April 07, 2018

SRF 2250

**Exhibit A**

SRF 2250

Exhibit A
Core/2002 Service List
Served via First Class Mail (and Emial, if available)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL |
|---|---|---|---|---|---|---|---|---|
| Top 50 Creditor | Appvion Inc | Attn: General Counsel | Po Box 638565 | | Cincinnati | OH | 45263-8565 | |
| Top 50 Creditor | Avery Dennison | Attention: General Counsel | 15178 Collections Ctr Dr | | Chicago | IL | 60693 | susan.miller@averydennison.com |
| Top 50 Creditor | Bank Of America | Attention: General Counsel | 200 N College St | | Charlotte | NC | 28255-0001 | j_r@bankofamerica.com |
| Administrative Agent under the Debtors' Amended and Restated Loan and Security Agreement | Bank of America, N.A. | James S. Rankin Jr., Parker, Hudson, Rainer & Do | 1500 Marquis Two Tower | 285 Peachtree Center Avenue NE | Atlanta | GA | 30303 | jrankin@phrd.com |
| Counsel for Volt Consulting Group, Ltd. | Blakeley LLP | Attn: Scott E. Blakeley | 2 Park Plaza | Suite 400 | Irvine | CA | 92614 | SEB@BlakeleyLLP.com |
| Counsel for BMC Group, Inc | BMC Group, Inc | Attn T Feil | 300 Continental Boulevard | #570 | El Segundo | CA | 90245 | tfeil@bmcgroup.com |
| Top 50 Creditor | Bruce Moses | | 620 Hospitality Dr | | Rancho Mirage | CA | 92270 | |
| Top 50 Creditor | Business Card Service | Attn: General Counsel | 3200 143rd Circle | | Burnsville | MN | 55306-6945 | emily.myers@printforce.com |
| Top 50 Creditor | Carolinas Shared Services (subgroup within Premier GPO) | Robert Boyd | 5039 Airport Center Parkway | Building K Suite A | Charlotte | NC | 28208 | |
| Top 50 Creditor | Cass Information Systems | Attn: General Counsel | 12444 Powerscourt Drive | Suite 550 | St. Louis | MO | 63131 | |
| | Catholic Contracting Group (CCG) | Attention: Mike Maguire | Premier Healthcare Alliance Lp | 13034 Ballantine Corporate Place | Charlotte | NC | 28277 | |
| Counsel for Flexcon, Inc. & Technicote, Inc. | Clark Hill PLC | Attn: Scott N. Schreiber | 150 N. Michigan Avenue | Suite 2700 | Chicago | IL | 60601 | sschreiber@clarkhill.com |
| Counsel for Flexcon, Inc. & Technicote, Inc. | Clark Hill PLC | Attn: Shannon L. Deeby | 151 South Old Woodward Avenue | Suite 200 | Birmingham | MI | 48009 | sdeeby@clarkhill.com |
| Counsel for Flexcon, Inc. & Technicote, Inc. | Clark Hill PLC | Attn: Edward J. Kosmowski | 824 N. Market Street | Suite 710 | Wilmington | DE | 19801 | ekosmowski@clarkhill.com |
| Counsel for Hewlett-Packard Company | Cole Schotz, P.C. | Attn: Patrick J. Reilley | 500 Delaware Avenue | Suite 1410 | Wilmington | DE | 19801 | preilley@coleschotz.com |
| Counsel for Hewlett-Packard Company | Cole Schotz, P.C. | Attn: Michael D. Warner | 301 Commerce Street | Ste. 1700 | Fort Worth | TX | 76102 | mwarner@coleschotz.com |
| Top 50 Creditor | Craig Brown | | 60 Royal Birkdale | | Springboro | OH | 45066 | |
| Top 50 Creditor | Craig Stockmal | | 1 Huntington Ave #1802 | | Boston | MA | 02116-0000 | |
| Top 50 Creditor | Dayton Mailing Services | Attn: General Counsel | Po Box 2436 | | Dayton | OH | 45401 | marketing@daytonmailing.com |
| Delaware Attorney General | Delaware Attorney General | Attn Bankruptcy Dept | Carvel State Office Bldg | 820 N French St 6th Fl | Wilmington | DE | 19801 | attorney.general@state.de.us |
| Delaware Division of Revenue | Delaware Division of Revenue | Zillah Frampton | 820 N French St | | Wilmington | DE | 19801 | FASNotify@state.de.us |
| Delaware Secretary of State | Delaware Secretary of State | Corporations Franchise Tax | PO Box 898 | | Dover | DE | 19903 | dosdoc_Ftax@state.de.us |
| Delaware State Treasury | Delaware State Treasury | Attn Bankruptcy Dept | 820 Silver Lake Blvd Ste 100 | | Dover | DE | 19904 | statetreasurer@state.de.us |
| Top 50 Creditor | Dennis Rediker | | 737 Lakengren Cove | | Eaton | OH | 45320 | |
| Special Corporate Counsel to the Debtors | Dinsmore & Shohl LLP | Christopher A. Deabler | 255 East Fifth Street | Suite 1900 | Cincinnati | OH | 45202 | christopher.deabler@dinsmore.com |
| Top 50 Creditor | Domtar Paper Co LLC | Attn: General Counsel | 8800 Sterling Street | | Irving | TX | 75063-2535 | |
| Top 50 Creditor | Earth Color | Attn: General Counsel | 7021 Portwest Drive | STE. 190 | Houston | TX | 77024 | thebaultinfo@earthcolor.com |
| Top 50 Creditor | Edward Keiper | | 22706 Whiteoaks | | Mission Viejo | CA | 92692 | |
| Environmental Protection Agency - Region 3 | Environmental Protection Agency | Attn Bankruptcy Dept | 1650 Arch Street | | Philadelphia | PA | 19103-2029 | r3public@epa.gov |
| Top 50 Creditor | Flexcon Company | Attn: Accounts Receivable | 1 Flexcon Industrial Park | | Spencer | MA | 01562-2642 | |
| Counsel for Avery Dennison | Frantz Ward LLP | Attn: Timothy J. Richards, John F. Kostelnik | 200 Public Square | Suite 3000 | Cleveland | OH | 44114 | trichards@frantzward.com; jkostelnik@frantzward.com |
| Counsel for The Realty Associates Fund IX | Friedlander Misler, PLLC | Attn: Robert E. Greenburg, Thomas F. Murphy, Lindsay A. Thompson | 5335 Wisconsin Avenue, NW | Suite 600 | Washington | DC | 20015 | rgreenberg@dclawfirm.com; tmurphy@dclawfirm.com; lathompson@dclawfirm.com |
| Top 50 Creditor | Gary Becker | | 666 Barclay Lane | | Broomall | PA | 19008 | |
| Top 50 Creditor | Georgia Pacific Corp | Emily O. Valladares | 133 Peachtree Street, NE | | Atlanta | GA | 30303 | Emily.Valladares@gapac.com |
| Counsel for DG3 Group America, Inc. | Gibbons P.C. | Attn: Natasha M. Songonuga | 1000 N. West Street | Suite 1200 | Wilmington | DE | 19801-1058 | nsongonuga@gibbonslaw.com |
| Counsel for DG3 Group America, Inc. | Gibbons P.C. | Attn: Mark B. Conlan | One Gateway Center | | Newark | NJ | 07102-5310 | mconlan@gibbonslaw.com |
| Top 50 Creditor | GLS Graphic Label Solutions | Attn: General Counsel | 2407 Pulaski Highway | | Columbia | TN | 38401 | customerservice@graphiclabelsolutions.com |
| Counsel for Bell & Howell Company and BBH Financial Services | Golan & Christie LLP | Attn: Barbara L. Yong, Caren A. Lederer | 70 W. Madison Street | Suite 1500 | Chicago | IL | 60602 | blyong@golanchristie.com; calederer@golanchristie.com |
| Counsel for United Radio, Inc. dba BlueStar | Graydon Head & Ritchey LLP | Attn: J. Michael Debbeler | 1900 Fifth Third Center | 511 Walnut Street | Cincinnati | OH | 45202 | mdebbeler@graydon.com |
| Top 50 Creditor | HP Enterprise Services LLC | Attn: General Counsel | Hewlett Packard Express | PO BOX 22160 | Oakland | CA | 94623 | enterprisesolutions@hp.com |
| Top 50 Creditor | Independent Printing CO Inc | Attn: General Counsel | 1801 Lawrence Drive | PO Box 5790 | De Pere | WI | 54115 | contactus@independentinc.com |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | Mail Stop 5 Q30 133 | Philadelphia | PA | 19104-5016 | |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| Top 50 Creditor | Jack Marshall | | 470 Westwood | | Barrington | IL | 60010 | |
| Top 50 Creditor | John Harden | | 5390 Cold Springs Road South | | Concord | NC | 28025 | |
| Top 50 Creditor | Joseph Custer | Attention: General Counsel | 2285 Nyce Way | | Lansdale | PA | 19446 | |
| Top 50 Creditor | Kathryn Lamme | | 885 Greenhouse Dr | | Kettering | OH | 45419 | |
| Counsel for Computer Sciences Corporation | LeClairRyan | Attn: Andrew L. Cole | 180 Admiral Cochrane Drive | Suite 370 | Annapolis | MD | 21401 | andrew.cole@leclairryan.com |
| Counsel for Dallas County | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller | 2777 N. Stemmons Freeway | Suite 1000 | Dallas | TX | 75207 | dallas.bankruptcy@publicans.com |
| Counsel for Cypress-Fairbanks ISD, Washington County & Harris County | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman | PO Box 3064 | | Houston | TX | 77253-3064 | houston_bankruptcy@lgbs.com |
| Top 50 Creditor | Lithia Springs | Attention: Erica Stokes | 3475 Piedmont Road | Suite 650 | Atlanta | GA | 30305 | estokes@prologis.com |
| Counsel for the Official Committee of Unsecured Creditors | Lowenstein Sandler LLP | Attn: Kenneth A. Rosen, Sharon L. Levine | 65 Livingston Avenue | | Roseland | NJ | 07068-0000 | |

Exhibit A
Core/2002 Service List
Served via First Class Mail (and Emial, if available)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL |
|---|---|---|---|---|---|---|---|---|
| Counsel for the Official Committee of Unsecured Creditors | Lowenstein Sandler LLP | Attn: Gerald C. Bender | 1251 Avenue of the Americas | | New York | NY | 10020 | |
| Top 50 Creditor | Mark Platt | | 5048 James Hill Road | | Kettering | OH | 45429 | |
| Counsel for CIT Group/Equipment Financing, Inc. | McCarter & English LLP | Attn: Katharine L. Mayer | Renaissance Centre | 405 N. King Street, 8th Floor | Wilmington | DE | 19801 | kmayer@mccarter.com |
| Counsel for CIT Group/Equipment Financing, Inc. | McCarter & English LLP | Attn: Lisa Bonsall | Four Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-0000 | lbonsall@mccarter.com |
| Counsel for PacerPro, Inc. | McGrane LLP | Attn: Gavin McGrane | Four Embarcadero Center | Suite 1400 | San Francisco | CA | 94111 | gavin.mcgrane@mcgranellp.com |
| Top 50 Creditor | Michael Spaul | | 296 Carmarthen Way | | Granville | OH | 43023 | |
| Top 50 Creditor | Michael Wolk | | 1246 Homestead Creek Dr | | Broadview Heights | OH | 44147 | |
| Top 50 Creditor | Minkin & Harnisch PLLC | Attn: Ethan B. Minkin, Andrew A. Harnisch | 6515 N. 12th Street | Suite B | Phoenix | AZ | 85014 | ethan@mhlawaz.com; andy@mhlawaz.com |
| Counsel for Cenveo Corporation | | | | | | | | |
| Counsel for the Missouri Department of Revenue | Missouri Department of Revenue | Attn: Sheryl L. Moreau | 301 W. High Street, Room 670 | PO Box 475 | Jefferson City | MO | 65105-0475 | |
| Top 50 Creditor | Nevs Ink Inc | Attn: General Counsel | 2500 W Sunset Drive | | Waukesha | WI | 53189 | nevsink@nevsink.com |
| Counsel for the Commissioner of the New York State Department of Taxation and Finance by and through Amanda Hiller, Deputy Commissioner and Counsel | New York State Department of Taxation and Finance | Attn: Robert L. Cook, District Tax Attorney, Office of Counsel | 340 East Main St. | | Rochester | NY | 14604 | Robert.Cook@tax.ny.gov |
| Top 50 Creditor | Nissan Total | Attn: General Counsel | 983 Nissan Drive | | Smyrna | TN | 37617-0003 | |
| Top 50 Creditor | Novation GPO | Mitchell Shepherd | 75 Remittance Dr Ste 1420 | | Chicago | IL | 60675 | |
| United States Trustee District of Delaware | Office of the United States Trustee | Mark Kinney | 844 King St Ste 2207 | | Wilmington | DE | 19801 | mark.kenney@usdoj.gov |
| Counsel for Unilever | Parker Ibrahim & Berg LLC | Attn: Joseph H. Lemkin | 270 Davidson Avenue | | Somerset | NJ | 08873-0000 | joseph.lemkin@piblaw.com |
| Counsel for Bank of America, N.A. | Parker, Hudson, Rainer & Dobbs LLP | Attn: C. Edward Dobbs, James S. Rankin, Jr.; Jack C. Basham, Jr., Joshua J. Lewis | 1500 Marquis Two Tower | 285 Peachtree Center Avenue, NE | Atlanta | GA | 30303 | ced@phrd.com; jsr@phrd.com; jcb@phrd.com; jjl@phrd.com |
| Top 50 Creditor | Partners Healthcare | Peter Markell | 529 Main Street | | Charlestown | MA | 02129-0000 | |
| Top 50 Creditor | PBGC | Courtney Morgan | 1200 K Street NW | | Washington | DC | 20005-4026 | Morgan.Courtney@pbgc.gov |
| Counsel for the Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn:  Courtney L. Morgan | Office of the Chief Counsel | 1200 K Street NW | Washington | DC | 20005-4026 | morgan.courtney@pbgc.gov; efile@pbgc.gov |
| Top 50 Creditor | Peter Redding | | 6470 Montreux Lane | | Reno | NV | 89511 | |
| Delaware Bankruptcy Counsel to the Official Committee of Unsecured Creditors | Polsinelli PC | Attn: Christopher A. Ward, Justin K. Edelson, Shanti M. Katona | 222 Delaware Avenue | Suite 1101 | Wilmington | DE | 19801 | cward@polsinelli.com; skatona@polsinelli.com; jedelson@polsinelli.com |
| Top 50 Creditor | Precision Dynamics Corp | Mark Bouchard | Po Box 71549 | | Chicago | IL | 60694-1995 | markbouchard@pdcorp.com |
| Top 50 Creditor | Precision Dynamics Corp | Brady Corporation | JoAnne Marie Williams | 6555 West Good Hope Road | Milwaukee | WI | 53223 | joanne_williams@bradycorp.com |
| Top 50 Creditor | Purchase Power | Attention: General Counsel | Po Box 856042 | | Louisville | KY | 40285 | |
| Top 50 Creditor | Rajendra Mehta | | 220 Estates Dr | | Dayton | OH | 45459 | |
| Counsel for The Bank of New York Mellon | Reed Smith LLP | Attn: Amy M. Tonti | Reed Smith Centre | 225 Fifth Avenue, Suite 1200 | Pittsburgh | PA | 15230-2009 | atonti@reedsmith.com |
| Counsel for The Bank of New York Mellon | Reed Smith LLP | Attn: J. Cory Falgowski | 1201 N. Market Street | Suite 1500 | Wilmington | DE | 19801 | jfalgowski@reedsmith.com |
| Counsel for PJ Printers | Richard S. Price, II | | 1235 N. Harbor Blvd | Suite 200 | Fullerton | CA | 92832-1349 | rspriceii@aol.com |
| Counsel for Bank of America, N.A. | Richards, Layton & Finger, P.A. | Attn: Mark D. Collins, Tyler D. Semmelman | One Rodney Square | 920 North King Street | Wilmington | DE | 19801 | collins@rlf.com; semmelman@rlf.com |
| Top 50 Creditor | Robert Assini | | 20 Rima Court | | Danville | CA | 94526 | |
| Top 50 Creditor | Salesforce Com Inc | Aseem Gupta | PO BOX 203141 | | Dallas | TX | 75320-3141 | aseem.gupta@salesforce.com |
| Top 50 Creditor | Sanmar Corp | Attn: General Counsel | Po Box 643693 | | Cincinnati | OH | 45264-3693 | sales@sanmar.com |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | Washington | DC | 20549 | NYROBankruptcy@SEC.GOV |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn Bankruptcy Dept | Brookfield Place | 200 Vesey Street Ste 400 | New York | NY | 10281-1022 | bankruptcynoticeschr@sec.gov; NYROBankruptcy@SEC.GOV |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn Bankruptcy Dept | One Penn Center | 1617 JFK Blvd Ste 520 | Philadelphia | PA | 19103 | NYROBankruptcy@SEC.GOV |
| Administrative Agent under Debtors' First Lein Credit Agreement and Second Lein Credit Agreement | Silver Point Finance, LLC | Ron Meisler Chris Dressel c/o Skadden Arps | 155 N. Wacker Drive | | Chicago | IL | 60606 | ron.meisler@skadden.com; christopher.dressel@skadden.com |
| Counsel for Silver Point Finance, LLC and Standard Acquistion Holdings, LLC | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Sarah F. Pierce | One Rodney Square | P.O. Box 636 | Wilmington | DE | 19899-0636 | sarah.pierce@skadden.com |
| Counsel for Silver Point Finance, LLC and Standard Acquistion Holdings, LLC | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Ron E. Meisler Carl T. Tullson Christopher P. Dressel | 155 North Wacker Drive | Suite 2700 | Chicago | IL | 60606-1720 | ron.meisler@skadden.com; carl.tullson@skadden.com; christopher.dressel@skadden.com |
| Top 50 Creditor | Source Technologies Inc | Attn: General Counsel | 4205B Westinghouse Commons Drive | | Charlotte | NC | 28273 | Kimberly@sourcetechnologiesinc.com |
| Top 50 Creditor | Tenet (subgroup within MedAssets GPO comprised of about 45 hospitals) | Richard Yonker | 1445 Ross Avenue | Suite 1400 | Dallas | TX | 75202 | |
| Attorneys for the Texas Comptroller of Public Accounts | Texas Comptroller of Public Accounts | Attn: Jay W. Hurst - Assistant Attorney General | Bankruptcy & Collections Division MC 008 | P.O. Box 12548 | Austin | TX | 78711-2548 | Jay.Hurst@texasattorneygeneral.gov |
| Counsel for Timothy Webb | The Rosner Law Group LLC | Attn: Frederick B. Rosner, Jula B. Klein | 824 Market Street | Suite 810 | Wilmington | DE | 19801 | rosner@teamrosner.com; klein@teamrosner.com |

In re The Standard Register Company, et al.
Case No. 15-10541

Page 2 of 3

Exhibit A
Core/2002 Service List
Served via First Class Mail (and Emial, if available)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL |
|---|---|---|---|---|---|---|---|---|
| Top 50 Creditor | Timothy Webb | | 4906 E. Desert Fairways Dr. | | Paradise Valley | AZ | 85253 | |
| Top 50 Creditor | Unisource Worldwide Inc | Attn: General Counsel | 7575 Brewster | | Philadelphia | PA | 19153 | |
| US Attorney for the District of Delaware | US Attorney for Delaware | Charles Oberly c/o Ellen Slights | 1007 Orange St Ste 700 | PO Box 2046 | Wilmington | DE | 19899-2046 | usade.ecfbankruptcy@usdoj.gov |
| Top 50 Creditor | Virginia Rafferty | | 235 Bellewood Drive | | Aiken | SC | 29803 | |
| Top 50 Creditor | Volt Consulting | Attn: General Counsel | Two Tower Center Blvd | | East Brunswick | NJ | 08816 | info@voltconsultinggroup.com |
| Top 50 Creditor | Washington State Department of Ecology | Attention: General Counsel | Po Box 47600 | | Olympia | WA | 98504-7600 | maia.bellon@ecy.wa.gov |
| Top 50 Creditor | Westborough | Attenion: Ms Sam Ajanaku | The Realty Associates Fund Ix C/O Lincoln Property | 67 South Bedford Street | Burlington | MA | 01803-0000 | sajanaku@lpc.com |
| Top 50 Creditor | XPEDX LLC | Attn: General Counsel | 6285 Tri-Ridge Blvd. | | Loveland | OH | 45140 | |

**<u>Exhibit B</u>**

SRF 2250

Exhibit B
Banks Service List
Served via First Class Mail

| Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Banamex | Alberto Montemayor | Calzada del Valle 350 | | Garza Garcia | N.L. | 66220 | Mexico |
| Bank of America, Customer Connection | Stephen L. Burch, CTP | 312 Walnut Street | | Cincinnati | OH | 45202 | |
| Bank of America, Georgia | Stephen L. Burch, CTP | 312 Walnut Street | | Cincinnati | OH | 45202 | |
| Fifth Third Bank (Western Ohio) | Christa Jessee | 38 Fountain Square Plaza | | Cincinnati | OH | 45263 | |
| First Citizens Bank | Raymond Shrader | 3300 Cumberland Blvd. | Ste 100 | Atlanta | GA | 30339 | |
| Key Bank | Lynn Parker Barclay | 303 Broadway St. | Suite 1700 | Cincinnati | OH | 45202-4253 | |
| PNC | Dave Ruther | 201 E. 5th Street | | Cincinnati | OH | 45201 | |
| Royal Bank of Canada | Lynn Parker Barclay | 303 Broadway St. | Suite 1700 | Cincinnati | OH | 45202-4253 | |
| Santander Bank | Mail Code: 10-421-CR1 | PO Box 12646 | | Reading | PA | 19612 | |

In re The Standard Register Company, et al.
Case No. 15-10541

**Exhibit C**

SRF 2250

Utilities Service List
Served via First Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| ACCESSLINE COMMUNICATIONS | DEPT LA 22266 | | PASADENA | CA | 91185-2266 |
| ALASKA COMMUNICATIONS SYSTEMS | 600 Teephone Ave | | ANCHORAGE | AK | 99503 |
| ALASKA COMMUNICATIONS SYSTEMS | P O BOX 196666 | | ANCHORAGE | AK | 99519-6666 |
| AMEREN ILLINOIS | P O BOX 66884 | | ST LOUIS | MO | 63166-6884 |
| AMEREN ILLINOIS | PO BOX 88034 | | CHICAGO | IL | 60680-1034 |
| AMEREN MISSOURI | 1901 Chouteau Ave | | ST. LOUIS | MO | 63103 |
| AMEREN MISSOURI | PO BOX 88068 | | CHICAGO | IL | 60680-1068 |
| AMEREN UE | P O BOX 66301 | | ST LOUIS | MO | 63166 |
| AMERICAN ELECTRIC POWER CO | 1 Riverside Plaza | | COLUMBUS | OH | 43215-2372 |
| AMERICAN ELECTRIC POWER CO | PO BOX 24418 | | CANTON | OH | 44701-4418 |
| AMERICAN ELECTRIC POWER CO | PO BOX 24422 | | CANTON | OH | 44701-4422 |
| AT&T | GEORGIA | 85 ANNEX | ATLANTA | GA | 30385-0001 |
| AT&T | GEORGIA | P O BOX 105262 | ATLANTA | GA | 30348-5262 |
| AT&T | NORTH CAROLINA | P O BOX 105262 | ATLANTA | GA | 30348-5262 |
| AT&T | P O BOX 105320 | | ATLANTA | GA | 30348-5320 |
| AT&T | P O BOX 105503 | | ATLANTA | GA | 30348-5503 |
| AT&T | P O BOX 5014 | | CAROL STREAM | IL | 60197-5014 |
| AT&T | P O BOX 5091 | | CAROL STREAM | IL | 60197-5091 |
| AT&T | PO BOX 105068 | | ATLANTA | GA | 30348 |
| AT&T | PO BOX 105262 | | ATLANTA | GA | 30348 |
| AT&T | PO BOX 105320 | ATTN REGIONAL SUMMARY BILL | ATLANTA | GA | 30348 |
| AT&T | PO BOX 105414 | | ATLANTA | GA | 30348-5414 |
| AT&T | PO BOX 5001 | | CAROL STREAM | IL | 60197-5001 |
| AT&T | PO BOX 5012 | | CAROL STREAM | IL | 60197 |
| AT&T | PO BOX 5025 | | CAROL STREAM | IL | 60197-5025 |
| AT&T | PO BOX 5080 | | CAROL STREAM | IL | 60197-5080 |
| ATMOS ENERGY | 5430 LBJ Freeway | Suite 1800 | DALLAS | TX | 75240 |
| ATMOS ENERGY | P O BOX 790311 | | ST LOUIS | MO | 63179-0311 |
| ATMOS ENERGY | PO BOX 790311 | | SAINT LOUIS | MO | 63179-0311 |
| AUSTELL GAS SYSTEM | P. O. BOX 685 | | AUSTELL | GA | 30168-0685 |
| AUSTELL NATURAL GAS SYSTEM | 2838 JOE JERKINS BLVD | P O BOX 685 | AUSTELL | GA | 30168-0685 |
| AVAYA FINANCIAL SERVICES | 5430 LBJ Freeway | | SANTA CLARA | CA | 95054-1233 |
| AVAYA FINANCIAL SERVICES | PO BOX 93000 | | CHICAGO | IL | 60673-3000 |
| BLAIR TELEPHONE COMPANY | 1605 Washington St | | BLAIR | NE | 68008-0201 |
| BLAIR TELEPHONE COMPANY | P O BOX 200 | | BLAIR | NE | 68008-0200 |
| BRANDENBURG TELEPHONE CO | 200 TELCO DR | P O BOX 599 | BRANDENBURG | KY | 40108-0599 |
| CENTURY LINK | 100 CenturyTel Drive | | MONROE | LA | 71203 |
| CENTURY TELEPHONE | 100 CenturyTel Drive | | MONROE | LA | 71203 |
| CENTURY TELEPHONE | P O BOX 4300 | | CAROL STREAM | IL | 60197-4300 |
| CHARTER BUSINESS | 400 Atlantic St | 10TH FLOOR | STAMFORD | CT | 06901-0000 |
| CHARTER BUSINESS | P O BOX 3019 | | MILWAUKEE | WI | 53201-3019 |
| CHARTER BUSINESS | P O BOX 60187 | | LOS ANGELES | CA | 90060-0187 |
| CHESAPEAKE Utility CORP | 909 Silver Lake Boulevard | | DOVER | DE | 19904 |
| CHESAPEAKE Utility CORP | PO BOX 1678 | | SALISBURY | MD | 21802-1678 |
| CINCINNATI BELL | P O BOX 787 | | FLORENCE | KY | 45401-1167 |
| CINCINNATI BELL | PO BOX 748001 | | CINCINNATI | OH | 45274 |
| CINCINNATI BELL | PO BOX 748003 | | CINCINNATI | OH | 45274-8003 |
| CINCINNATI BELL TELEPHONE | 221 E. 4th Street | | CINCINNATI | OH | 45202 |
| CINCINNATI BELL TELEPHONE | PO BOX 787 | | FLORENCE | KY | 41022-0787 |

In re The Standard Register Company, et al.
Case No. 15-10541

Utilities Service List
Served via First Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| CITY OF BRENHAM Utility | 200 W. Vulcan St. | | BRENHAM | TX | 77833 |
| CITY OF BRENHAM Utility | PO BOX 1059 | | BRENHAM | TX | 77834-1059 |
| CITY OF DARLINGTON | 1701 Harry Byrd Hwy | | DARLINGTON | SC | 29532 |
| CITY OF DARLINGTON | PO BOX 57 | | DARLINGTON | SC | 29540 |
| CITY OF DARLINGTON | WATER & SEWER DEPT | PO BOX 629 | DARLINGTON | SC | 29540 |
| CITY OF FAYETTEVILLE | 113 W. MOUNTAIN STREET | | FAYETTEVILLE | AR | 72701 |
| CITY OF LIVERMORE | 1052 S. LIVERMORE AVE. | FINANCE DEPT. | LIVERMORE | CA | 94550-4899 |
| CITY OF LIVERMORE | 3560 NEVADA STREET | LIVERMORE-PLEASANTON FIRE DEPT | PLEASANTON | CA | 94566 |
| CITY OF LIVERMORE | PO BOX 45152 | | SAN FRANCISCO | CA | 94145-0152 |
| CITY OF MESQUITE Utility | 757 North Galloway Avenue | | MESQUITE | TX | 75149 |
| CITY OF MESQUITE Utility | PO BOX 850287 | | MESQUITE | TX | 75185-0287 |
| CITY OF ONTARIO | 1333 S BON VIEW AVE | | ONTARIO | CA | 91761-1076 |
| CITY OF ONTARIO | REVENUE DEPARTMENT | 303 EAST "B" STREET | ONTARIO | CA | 91764 |
| CITY OF ORANGE CALIFORNIA | 300 E. Chapman Avenue | | ORANGE | CA | 92866 |
| CITY OF ORANGE CALIFORNIA | PO BOX 11024 | | ORANGE | CA | 92856 |
| CITY OF SALISBURY | 125 N. DIVISION STREET | | SALISBURY | MD | 21801-4940 |
| CITY OF TAMPA UTILITIES | 306 East Jackson Street | | TAMPA | FL | 33602 |
| CITY OF TOCCOA | 92 North Alexander Street | | TOCCOA | GA | 30577 |
| CITY OF TOCCOA | PO BOX 1010 | | TOCCOA | GA | 30577 |
| CLECO POWER LLC | 2030 Donahue Ferry Road | P.O. Box 5000 | PINEVILLE | LA | 71361-5000 |
| CLECO POWER LLC | PO BOX 660228 | | DALLAS | TX | 75266-0228 |
| COLUMBIA GAS | 843 Piatt Ave | | CHILLICOTHE | OH | 45601 |
| COLUMBIA GAS OF MA | P O BOX 742514 | | CINCINNATI | OH | 45274-2514 |
| COLUMBIA GAS OF MASSACHUSETTS | PO BOX 742514 | | CINCINNATI | OH | 45274 |
| COLUMBIA GAS OF OHIO | PO BOX 742510 | | CINCINNATI | OH | 45274-2510 |
| COLUMBIA GAS OF PA | P O BOX 742537 | | CINCINNATI | OH | 45274-2537 |
| COLUMBIA GAS OF PENNSYLVANIA | PO BOX 742537 | | CINCINNATI | OH | 45274-2537 |
| COMCAST | One Comcast Center | | PHILADELPHIA | PA | 19103 |
| COMCAST | P O BOX 3006 | | SOUTHEASTERN | PA | 19398-3006 |
| COMCAST | PO BOX 1577 | | NEWARK | NJ | 07101-1577 |
| COMCAST | PO BOX 3005 | | SOUTHEASTERN | PA | 19398 |
| COMCAST | PO BOX 34227 | | SEATTLE | WA | 98124-1227 |
| COMCAST | PO BOX 34744 | | SEATTLE | WA | 98124 |
| COMCAST | PO BOX 530098 | | ATLANTA | GA | 30353 |
| COMCAST | PO BOX 530099 | | ATLANTA | GA | 30353-0099 |
| COMED | 10 S. Dearborn Street | 48TH FLOOR | CHICAGO | IL | 60680 |
| COMED | PO BOX 6111 | | CAROL STREAM | IL | 60197-6111 |
| COMED | PO BOX 6112 | | CAROL STREAM | IL | 60197-6112 |
| COMPASS ENERGY GAS SERVICES LLC | 1313 East Main St. | | RICHMOND | VA | 23219 |
| COMPASS ENERGY GAS SERVICES LLC | PO BOX 78934 | | MILWAUKEE | WI | 53278-8934 |
| CONNECTICUT LIGHT & POWER | 107 Selden Street | | BERLIN | CT | 06037-0000 |
| CONNECTICUT LIGHT & POWER | P O BOX 150493 | | HARTFORD | CT | 06115-0493 |
| CONNECTICUT LIGHT & POWER | PO BOX 650032 | | DALLAS | TX | 75265 |
| CONNECTICUT WATER CO CRWC | PO BOX 981015 | | BOSTON | MA | 02298-1015 |
| CONNECTICUT WATER COMPANY | 93 West Main Street | | CLINTON | CT | 06413-0000 |
| CONNECTICUT WATER COMPANY | P O BOX 981015 | | BOSTON | MA | 02298-1015 |
| CONSOLIDATED COMMUNICATIONS | 121 South 17th Street | | MATTOON | IL | 61938 |
| CONSOLIDATED COMMUNICATIONS | P O BOX 66523 | | ST LOUIS | MO | 63166-6523 |
| CONSTELLATION NEWENERGY INC | BANK OF AMERICA LKBX SERVS | 15246 COLLECTIONS CTR DRIVE | CHICAGO | IL | 60693-0001 |

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| CONSTELLATION NEWENERGY INC | BANK OF AMERICA LOCKBOX SERVICES | 15246 COLLECTIONS CENTER DR | CHICAGO | IL | 60693-0001 |
| COX COMMUNICATIONS | PO BOX 61027 | | NEW ORLEANS | LA | 70161-1027 |
| COX COMMUNICATIONS INC | P O BOX 182318 | | COLUMBUS | OH | 43218-2318 |
| DAYTON POWER & LIGHT CO | 1065 Woodman Drive | | DAYTON | OH | 45432 |
| DAYTON POWER & LIGHT CO | PO BOX 1247 | | DAYTON | OH | 45401-1247 |
| DAYTON POWER & LIGHT CO | PO BOX 2631 | | DAYTON | OH | 45401-2631 |
| DAYTON POWER & LIGHT CO | PO BOX 740598 | | CINCINNATI | OH | 45274-0598 |
| DELMARVA POWER | 630 Martin Luther King Blvd | | WILMINGTON | DE | 19801-2306 |
| DELMARVA POWER | PO BOX 13609 | | PHILADELPHIA | PA | 19101-3609 |
| DIRECT ENERGY BUSINESS | 1001 Liberty Avenue | | PHILADELPHIA | PA | 15222 |
| DIRECT ENERGY BUSINESS | PO BOX 70220 | | PHILADELPHIA | PA | 19176-0220 |
| DOMINION EAST OHIO | 120 Tredegar Street | | RICHMOND | VA | 23219 |
| DOMINION EAST OHIO | PO BOX 26785 | | RICHMOND | VA | 23261-6785 |
| DPL ENERGY RESOURCES INC | 1065 Woodman Drive | | DAYTON | OH | 45432 |
| DPL ENERGY RESOURCES INC | 1065 Woodman Dr | | Dayton | OH | 45432 |
| DPL ENERGY RESOURCES INC | PO BOX 9001023 | | LOUISVILLE | KY | 40290-1023 |
| DPLER | 1065 WOODMAN DRIVE | ATTN: REMITTANCE PROCESSING | DAYTON | OH | 45432 |
| DPLER | ATTN REMITTANCE PROCESSING | 1065 WOODMAN DR | DAYTON | OH | 45432 |
| DUKE ENERGY | 550 South Tryon Street | | CHARLOTTE | NC | 28202 |
| DUKE ENERGY | P O BOX 1004 | | CHARLOTTE | NC | 28201-1004 |
| DUKE ENERGY | P O BOX 1326 | | CHARLOTTE | NC | 28201-1326 |
| DUKE ENERGY PROGRESS | PO BOX 1003 | | CHARLOTTE | NC | 28201-1003 |
| DUKE ENERGY PROGRESS | PO BOX 1004 | | CHARLOTTE | NC | 28201-1004 |
| DUKE ENERGY-CHARLOTTE | PO BOX 70515 | | CHARLOTTE | NC | 28272 |
| DUKE ENERGY-CHARLOTTE | PO BOX 70516 | | CHARLOTTE | NC | 28272-0516 |
| DUKE ENERGY-LOUISVILLE | PO BOX 1326 | | CHARLOTTE | NC | 28201-1326 |
| DUKE ENERGY-LOUISVILLE | PO BOX 1327 | | CHARLOTTE | NC | 28201-1327 |
| FAIRPOINT COMMUNICATIONS | 521 E. Morehead St. | SUITE 500 | CHARLOTTE | NC | 28202 |
| FAIRPOINT COMMUNICATIONS | P O BOX 11021 | | LEWISTON | ME | 04243-9472 |
| FRONTIER | P O BOX 20567 | | ROCHESTER | NY | 14602-0567 |
| FRONTIER COMMUNICATIONS | P O BOX 20550 | | ROCHESTER | NY | 14602-0550 |
| FRONTIER TELEPHONE | 180 South Clinton Ave | | ROCHESTER | NY | 14646 |
| FRONTIER TELEPHONE | PO BOX 20550 | | ROCHESTER | NY | 14602-0550 |
| GAS CO | 1600 Corporate Center Dr | | MONTEREY PARK | CA | 91754 |
| GAS CO | PO BOX C | | MONTEREY PARK | CA | 91756 |
| GCI COMMUNICATIONS CORP | 2550 Denali Street | Suite 1000 | ANCHORAGE | AK | 99503 |
| GCI COMMUNICATIONS CORP | P O BOX 99001 | | ANCHORAGE | AK | 99509 |
| GEORGIA POWER CO | 96 ANNEX | | ATLANTA | GA | 30396-0001 |
| GEXA ENERGY LP | 204-55 State Hwy 249 | #200 | HOUSTON | TX | 77070 |
| GEXA ENERGY LP | PO BOX 660100 | | DALLAS | TX | 75266-0100 |
| GOSHEN WATER & SEWER | 308 North 5th Street | | GOSHEN | IN | 46528-2802 |
| GOSHEN WATER & SEWER | P O BOX 238 | | GOSHEN | IN | 46527-0238 |
| GRANITE TELECOMMUNICATIONS | 100 Newport Avenue Extension | | QUINCY | MA | 02171-0000 |
| GRANITE TELECOMMUNICATIONS | CLIENT ID #31 | P O BOX 983119 | BOSTON | MA | 02298-3119 |
| GREYSTONE POWER CORP | 4040 Bankhead Highway | | DOUGLASVILLE | GA | 30134 |
| GREYSTONE POWER CORP | PO BOX 6071 | | DOUGLASVILLE | GA | 30154-6071 |
| HARDIN COUNTY WATER DIST 1 | 1400 ROGERSVILLE RD | | RADCLIFF | KY | 40160-9343 |
| HAWAIIAN ELECTRIC CO | 820 Ward Avenue | | HONOLULU | HI | 96814 |
| HAWAIIAN ELECTRIC CO | PO BOX 3978 | | HONOLULU | HI | 96812 |

In re The Standard Register Company, et al.
Case No. 15-10541

Page 3 of 6

| Name | Address 1 | Address 2 | City | State | Zip |
|------|-----------|-----------|------|-------|-----|
| HAWAIIAN TELCOM | P O BOX 30770 | | HONOLULU | HI | 96820-0770 |
| HAWAIIAN TELECOM | 1177 Bishop Street | | HONOLULU | HI | 96813 |
| HAWAIIAN TELECOM | PO BOX 30770 | | HONOLULU | HI | 96820 |
| HILLSBOROUGH COUNTY WATER DEPT | 332 N FALKENBURG RD | | TAMPA | FL | 33619 |
| HUDSON ENERGY SERVICES TEXAS | 1619 Common St | | New Braunfels | TX | 78130 |
| HUDSON ENERGY SERVICES TEXAS | P O BOX 29193 | | NEW YORK | NY | 10087-9193 |
| HUDSON ENERGY SERVICES TEXAS | PO BOX 731137 | | DALLAS | TX | 75373-1137 |
| INDIANA AMERICAN WATER CO | PO BOX 94551 | | PALATINE | IL | 60094-4551 |
| INDIANA AMERICAN WATER CO INC | 555 East County Line Road | | Greenwood | IL | 46143 |
| INDIANA AMERICAN WATER CO INC | P O BOX 94551 | | PALATINE | IL | 60094-4551 |
| INTERCALL | 8420 West Bryn Mawr | | CHICAGO | IL | 60631 |
| INTERCALL | PO BOX 281866 | | ATLANTA | GA | 30384 |
| JEFFERSONVILLE SEWER DEPARTMENT | 700 East 11th Street | | JEFFERSONVILLE | IN | 47130 |
| JEFFERSONVILLE SEWER DEPARTMENT | PO BOX 1588 | | JEFFERSONVILLE | IN | 47131-1149 |
| KENTUCKY Utility CO | 1 Quality St | | LEXINGTON | KY | 40507 |
| KENTUCKY Utility CO | PO BOX 9001954 | | LOUISVILLE | KY | 40290-1954 |
| LACLEDE GAS CO | DRAWER 2 | | SAINT LOUIS | MO | 63101-2389 |
| LACLEDE GAS COMPANY | 720 OLIVE ST | | ST LOUIS | MO | 63101 |
| LEVEL 3 COMMUNICATIONS | 1025 Eldorado Blvd | | BROOMFIELD | CO | 80021 |
| LEVEL 3 COMMUNICATIONS | P O BOX 910182 | | DENVER | CO | 80291-0182 |
| LOUISVILLE GAS & ELECTRIC CO | P O BOX 9001960 | | LOUISVILLE | KY | 40290-1960 |
| LOUISVILLE GAS & ELECTRICK CO | 220 West Main St | #1400 | LOUISVILLE | KY | 40202 |
| LOUISVILLE GAS & ELECTRICK CO | PO BOX 901960 | | LOUISVILLE | KY | 40290 |
| MANCHESTER TOWNSHIP | SEWER & TRASH | 3200 FARMTRAIL ROAD | YORK | PA | 17402 |
| MCI WORLDCOM | 400 INTERNATIONAL PKWY | | RICHARDSON | TX | 75081-6606 |
| MCI WORLDCOM | P O BOX 660794 | | DALLAS | TX | 75266-0794 |
| MET ED | PO BOX 3687 | | AKRON | OH | 44309-3687 |
| MET-ED | 76 South Main Street | | AKRON | OH | 44308 |
| MET-ED | P O BOX 3687 | | AKRON | OH | 44309-3687 |
| MINNESOTA ENERGY RESOURCES | 2665 145th Street West | | ROSEMOUNT | MN | 55068 |
| MINNESOTA ENERGY RESOURCES | PO BOX 70022 | | PRESCOTT | AZ | 86304-7022 |
| MURFREESBORO ELECTRIC DEPT | P O BOX 9 | | MURFREESBORO | TN | 37133 |
| MURFREESBORO ELECTRIC DEPT TN | 205 N Walnut St | | MURFREESBORO | TN | 37130 |
| MURFREESBORO ELECTRIC DEPT TN | PO BOX 9 | | MURFREESBORO | TN | 37133-0009 |
| MURFREESBORO WATER AND SEWER | 300 Northwest Broad Street | | MURFREESBORO | TN | 37130 |
| NATIONAL FUEL GAS DISTRIBUTION CORPORATION | 409 MAIN STREET | | BUFFALO | NY | 14203 |
| NATIONAL FUEL GAS DISTRIBUTION CORPORATION | PO BOX 371835 | | PITTSBURGH | PA | 15250-7835 |
| NATIONAL FUEL GAS DISTRIBUTION CORPORATION | PO BOX 4103 | | BUFFALO | NY | 14264 |
| NATIONAL GRID | 40 Sylvan Road | | WALTHAM | MA | 2451 |
| NATIONAL GRID | PO BOX 11737 | | NEWARK | NJ | 07101-0000 |
| NICOR GAS | 1844 Ferry Rd | | NAPERVILLE | IL | 60563 |
| NICOR GAS | PO BOX 5407 | | CAROL STREAM | IL | 60197-5407 |
| NIPSCO | 300 E Kercher Rd | | GOSHEN | IN | 46526 |
| NIPSCO | PO BOX 13007 | | MERRILLVILLE | IN | 46411-3007 |
| NORTH STATE COMMUNICATIONS | 111 NORTH MAIN STREET | | HIGH POINT | NC | 27260 |
| NSTAR | One NSTAR Way | | WESTWOOD | MA | 02090-0000 |
| NSTAR | One NSTAR Way | | Westwood | MA | 02090 |
| NSTAR | PO BOX 660369 | | DALLAS | TX | 75266 |
| OG & E | 321 N Harvey Ave | | OKLAHOMA CITY | OK | 73102 |

In re The Standard Register Company, et al.
Case No. 15-10541

Page 4 of 6

Utilities Service List
Served via First Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| OG & E | PO BOX 24990 | | OKLAHOMA CITY | OK | 73124-0990 |
| OKLAHOMA NATURAL GAS CO | 401 N. Harvey | | OKLAHOMA CITY | OK | 73101-0401 |
| OKLAHOMA NATURAL GAS CO | PO BOX 219296 | | KANSAS CITY | MO | 64121-9296 |
| PACIFIC GAS & ELECTRIC CO | P O BOX 997300 | | SACRAMENTO | CA | 95899 |
| PG & E | 8110 LORRAINE AVENUE | STE. 403 | STOCKTON | CA | 95210 |
| PG & E | BOX 997300 | | SACRAMENTO | CA | 95899-7300 |
| PG & E | SAVING ASSISTANCE PROGRAM | 77 BEALE STREET | SAN FRANCISCO | CA | 94105 |
| PIEDMONT NATURAL GAS | 4720 Piedmont Row Drive | | CHARLOTTE | NC | 28210 |
| PIEDMONT NATURAL GAS | PO BOX 660920 | | DALLAS | TX | 75266-9020 |
| PUERTO RICO TELEPHONE | P O BOX 70367 | | SAN JUAN | PR | 00936-8367 |
| PUERTO RICO TELEPHONE CO | 1515 FD Roosevelt Ave. | | Guaynabo | PR | 00968-0000 |
| PUERTO RICO TELEPHONE CO | PO BOX 70366 | | SAN JUAN | PR | 00936-8366 |
| PUGET SOUND ENERGY | 10885 N.E. 4th Street | | BELLEVUE | WA | 98004-5591 |
| PUGET SOUND ENERGY | BOT-01H | P O BOX 91269 | BELLEVUE | WA | 98009 |
| PUGET SOUND POWER & LIGHT CO | 10885 N.E. 4th Street | | BELLEVUE | WA | 98004-5591 |
| PUGET SOUND POWER & LIGHT CO | PO BOX 91269 | PAYMENT PROC. BOT-01H | BELLEVUE | WA | 98009-9269 |
| QUESTAR GAS COMPANY | 1140 W 200 S | | SALT LAKE CITY | UT | 84104 |
| QUESTAR GAS COMPANY | PO BOX 45841 | | SALT LAKE CITY | UT | 84139-0001 |
| QWEST | 1801 California Street | | DENVER | CO | 80202 |
| QWEST | P O BOX 52187 | | PHOENIX | AZ | 85072-2187 |
| RIVER RIDGE DEVELOPMENT AUTHORITY | 6200 E. HIGHWAY 62 | BLDG. 2501 STE. 600 | JEFFERSONVILLE | IN | 47130 |
| RIVER RIDGE DEVELOPMENT AUTHORITY | 6200 EAST HIGHWAY 62 | BLDG 2501 STE 600 | JEFFERSONVILLE | IN | 47130 |
| ROAD RUNNER | One Time Warner Center | | NEW YORK | NY | 10019-8016 |
| ROAD RUNNER | P O BOX 223085 | | PITTSBURGH | PA | 15251-2085 |
| ROCKY MTN POWER-UTAH | 201 South Main St. | Suite 2300 | SALT LAKE CITY | UT | 84111 |
| ROCKY MTN POWER-UTAH | PO BOX 26000 | | PORTLAND | OR | 97256-0001 |
| SALT LAKE CITY CORP | 1530 S WEST TEMPLE | | SALT LAKE CITY | UT | 84115-5223 |
| SALT LAKE CITY CORP | PO BOX 145458 | | SALT LAKE CITY | UT | 84114 |
| SALT LAKE CITY CORP | PO BOX 30881 | | SALT LAKE CITY | UT | 84130-0881 |
| SHELBYVILLE PUBLIC Utility | 44 West Washington Street | | SHELBYVILLE | IN | 46176 |
| SHELBYVILLE PUBLIC Utility | PO BOX 171 | | SHELBYVILLE | IN | 46176 |
| SOURCEGAS ARKANSAS INC | MAIN STREET | | GUION | AR | 72540 |
| SOUTHERN CALIFORNIA EDISON | 2244 Walnut Grove Ave | | ROSEMEAD | CA | 91770 |
| SOUTHERN CALIFORNIA EDISON | PO BOX 300 | | ROSEMEAD | CA | 91772-0001 |
| SOUTHERN CALIFORNIA EDISON | PO BOX 600 | | ROSEMEAD | CA | 91771-0001 |
| SPRINGETTSBURY TOWNSHIP SEWER | 1501 Mt. Zion Road | | YORK | PA | 17402 |
| SPRINGETTSBURY TOWNSHIP SEWER | P O BOX 413 | | LITITZ | PA | 17543 |
| SPRINGETTSBURY TOWNSHIP SEWER | P O BOX 824907 | | PHILADELPHIA | PA | 19182-4907 |
| SPRINT | 6200 Sprint Pkwy | | OVERLAND PARK | KS | 66251 |
| SPRINT | PO BOX 219530 | | KANSAS CITY | MO | 64121 |
| TAMPA ELECTRIC | 702 N Franklin St. | | TAMPA | FL | 33602 |
| TAMPA ELECTRIC | P O BOX 31318 | | TAMPA | FL | 33631 |
| TDS METROCOM | 3416 University Ave. | | MADISON | WI | 53705-2139 |
| TDS METROCOM | PO BOX 94510 | | PALATINE | IL | 60094 |
| TECO TAMPA ELECTRIC CO | 702 N Franklin St. | | TAMPA | FL | 33602 |
| TECO TAMPA ELECTRIC CO | PO BOX 31318 | | TAMPA | FL | 33631-3318 |
| TIME WARNER CABLE | One Time Warner Center | | NEW YORK | NY | 10019-8016 |
| TIME WARNER CABLE | P O BOX 70872 | | CHARLOTTE | NC | 28272-0872 |
| TOCCOA NATURAL GAS | 92 North Alexander Street | | TOCCOA | GA | 30577 |

Exhibit

Utilities Service List
Served via First Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| TOCCOA NATURAL GAS | PO BOX 1010 | | TOCCOA | GA | 30577-0579 |
| TOWN OF TOLLAND | 21 TOLLAND GREEN | | TOLLAND | CT | 06084 |
| TOWN OF TOLLAND | PO BOX 948 | | TOLLAND | CT | 06084-0948 |
| TOWN OF TOLLAND | SEWER FUND | 21 TOLLAND GREEN | TOLLAND | CT | 06084 |
| TW TELECOM | 10475 Park Meadows Drive | | LITTLETON | CO | 80124 |
| TW TELECOM | PO BOX 172567 | | DENVER | CO | 80217-2567 |
| TXU ENERGY | 6555 Sierra Drive | | IRVING | TX | 75039 |
| TXU ENERGY | PO BOX 650638 | | DALLAS | TX | 75265-0638 |
| UNION POWER COOPERATIVE | 1525 Rocky River Rd. N. | | MONROE | NC | 28111-5015 |
| UNION POWER COOPERATIVE | PO BOX 5014 | | MONROE | NC | 28111-5014 |
| UNITED COMMUNICATIONS | P O BOX 38 | | CHAPEL HILL | TN | 37034-0038 |
| UNITED TELEPHONE COMPANY | 120 Taylor St | | CHAPEL HILL | TN | 37034 |
| UNITED TELEPHONE COMPANY | PO BOX 38 | | CHAPEL HILL | TN | 37034 |
| VCOM SOLUTIONS | 12657 Alcosta Blvd | | SAN RAMON | CA | 94583 |
| VCOM SOLUTIONS | PO BOX 849491 | | LOS ANGELES | CA | 90084-9491 |
| VECTREN | P O BOX 6248 | | INDIANAPOLIS | IN | 46206-6248 |
| VECTREN | P O BOX 6262 | | INDIANAPOLIS | IN | 46206-6262 |
| VECTREN ENERGY DELIVERY | 211 NW Riverside Dr | | EVANSVILLE | IN | 47708 |
| VECTREN ENERGY DELIVERY | PO BOX 6248 | | INDIANAPOLIS | IN | 46206-6248 |
| VECTREN ENERGY DELIVERY | PO BOX 6262 | | INDIANAPOLIS | IN | 46206-6262 |
| VERIZON | 140 West Street | | NEW YORK | NY | 10013 |
| VERIZON | 200 CORPORATE DRIVE | VZW-PROCUREMENT ATTN: A. MCGRADE | ORANGEBURG | NY | 10962 |
| VERIZON | P O BOX 371973 | | PITTSBURGH | PA | 15251-7973 |
| VERIZON | P O BOX 660072 | | DALLAS | TX | 75266-0072 |
| VERIZON | P O BOX 660794 | | DALLAS | TX | 75266-0794 |
| VERIZON | PO BOX 15124 | | ALBANY | NY | 12212-5124 |
| VERIZON | PO BOX 382040 | | PITTSBURGH | PA | 15251-8040 |
| VERIZON | PO BOX 660720 | | DALLAS | TX | 75266 |
| VERIZON | PO BOX 660748 | | DALLAS | TX | 75266 |
| VERIZON | PO BOX 920041 | | DALLAS | TX | 75392-0041 |
| VERIZON WIRELESS | 140 West Street | | NEW YORK | NY | 10013 |
| VERIZON WIRELESS | PO BOX 25505 | | LEHIGH VALLEY | PA | 18002 |
| VERIZON WIRELESS | PO BOX 660108 | | DALLAS | TX | 75266 |
| VILLAGE OF COLDWATER | 610 W SYCAMORE STREET | | COLDWATER | OH | 45828-1699 |
| VILLAGE OF HOWARD | 1336 Cornell Road | | GREEN BAY | WI | 54313 |
| VILLAGE OF HOWARD | PO BOX 12207 | WATER & SEWER DEPARTMENT | GREEN BAY | WI | 54307-2207 |
| WALTON EMC NATURAL GAS | 842 U.S. Hwy 78 | | MONROE | GA | 30655 |
| WALTON EMC NATURAL GAS | PO BOX 1347 | | MONROE | GA | 30655-1347 |
| WINDSTREAM | 4001 N Rodney Parham Rd | | LITTLE ROCK | AR | 72212-2442 |
| XCEL ENERGY | 414 Nicollet Mall | | MINNEAPOLIS | MN | 55401 |
| XCEL ENERGY | PO BOX 9477 | | MINNEAPOLIS | MN | 55484-9477 |
| YANKEE GAS SERVICES | 107 Selden Street | | BERLIN | CT | 06037-0000 |
| YANKEE GAS SERVICES | PO BOX 650034 | | DALLAS | TX | 75265-0034 |
| YORK WATER CO | 130 E MARKET ST | P O BOX 15089 | YORK | PA | 17405 |
| YORK WATER CO | 130 EAST MARKET STREET | PO BOX 15089 | YORK | PA | 17405-7089 |

In re The Standard Register Company, et al.
Case No. 15-10541

Page 6 of 6