# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
The Standard Register Company
600 Albany Street
Dayton, OH 45417
 **EIN:** 31−0455440
Standard Register
Industramark
WorkflowOne, LLC
SMARTworks
ParthForward

**Chapter:** 11

*Case No*.:  15−10541−BLS

### NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on 4−1−2015 was filed on 4−8−2015 . The following deadlines apply:

The parties have  7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 4−29−2015 .

If a request for redaction is filed, the redacted transcript is due 5−11−2015 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 7−7−2015 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

Clerk of Court

Date: 4/8/15

(ntc)

United States Bankruptcy Court
District of Delaware

In re:                                                          Case No. 15-10541-BLS
The Standard Register Company                                   Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0311-1        User: MichaelM        Page 1 of 1        Date Rcvd: Apr 08, 2015
                           Form ID: ntcBK         Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 10, 2015.
db          +The Standard Register Company,    600 Albany Street,   Dayton, OH 45417-3442
aty          Jeffrey C. Krause,    Gibson Dunn & Crutcher LLP,    333 South Grand Avenue,
             Los Angeles, CA  90071-3197
aty         +Jeremy L. Graves,    GIBSON DUNN & CRUTCHER LLP,    1801 California Street,    Suite 4200,
             Denver, CO 80202-2694
aty         +Robert Klyman,    Gibson Dunn & Crutcher,    333 South Grand Avenue,    Los Angeles, CA 90071-3197
aty          Sabina Jacobs,    Gibson Dunn & Crutcher LLP,    333 South Grand Avenue,
             Los Angeles, CA  90071-3197

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2015                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 8, 2015 at the address(es) listed below:
NONE.                                                                              TOTAL: 0