# EXHIBIT B-1

## Ordinary Course Professionals
## Subject to $50,000 OCP Cap

| Ordinary Course Professional | Mailing Address | Type of Service |
|---|---|---|
| Ernst & Young LLP | Pittsburg National Bk<br>P.O. Box 640382<br>Pittsburgh, PA 15264-0382 | SOC 1 audit services |
| Frost Brown Todd LLC | 3300 Great American Tower<br>301 E. Fourth Street<br>Cincinnati, OH 45202<br>Attn: Steve Haughey, Esq. | Litigation services |
| Kaufman & Canoles, P.C. | 150 W. Main Street, Suite 2100<br>Norfolk, VA 23510-1665<br>Attn: L. Scott Seymour, Esq. | General legal services |
| McGladrey LLP | 2000 West Dorothy Lane<br>Dayton, OH 45439<br>Attn: Daniel P. Steward | External auditors |