## EXHIBIT B-2

## Ordinary Course Professionals
## Subject to $25,000 OCP Cap

| Ordinary Course Professional | Mailing Address | Type of Service |
|---|---|---|
| Beiser Greer & Landis, LLP. | Suite 400, PNC Center<br>6 N. Main Street<br>Dayton, OH 45402<br>Attn: David P. Williamson, Esq | Litigation services |
| Brightline CPAS and Associates | 1300 N. West Shore Blvd., #240<br>Tampa, FL 33607 | SOC 1 audit services |
| Brixey & Meyer | 2991 Newmark Dr.<br>Miamisburg, OH 45342 | Accounting services |
| Bruce Garrison | 465 Kilkenny Ct<br>Kettering, OH 45440 | Ohio sales tax consultant |
| Charles Russell | 5 Fleet Place,<br>London EC4M 7RD<br>Attn: David Berry, Esq. | Legal services related to UK commercial matters |
| Coolidge Wall | Suite 600, 33 W. First Street<br>Dayton, OH 45402<br>Attn: David C. Korte, Esq. | Legal services related to workers' compensation |
| Davis Wright Tremaine LLP | 777 108th Avenue NE, Suite 2300<br>Bellevue, WA 98004-5149<br>Attn: David J. Ubaldi, Esq. | Legal services |
| Deloitte & Touche LLP | 250 E. Fifth Street, Suite 1900<br>Cincinnati, OH 45202<br>Attn: Thomas P. Haberman | Audit and accounting services |
| Deloitte Tax LLC | P.O. Box 2079<br>Carol Stream, IL 60132-2079 | Tax auditor |
| Doherty, Wallace, Pillsbury and Murphy, P.C. | One Monarch Place, Suite 1900<br>Springfield, MA 01144-1900<br>Attn: John L. McCarthey, Esq. | Litigation services |
| Faruki, Ireland & Cox P.L.L. | 500 Courthouse Plaza, S.W.<br>10 N. Ludlow Street<br>Dayton, OH 45402<br>Attn: Jeff Ireland, Esq. | Litigation services |
| Funkunaga Malayoshi Hershey & Ching | Davies Pacific Center, Suite 1200<br>841 Bishop Street<br>Honolulu, Hawaii 96813<br>Attn: James H. Hershey, Esq. | Litigation services |
| Jacobson Press & Fields P.C. | 168 North Merarnec: Avenue<br>Suite 150<br>Clayton, MO 63105<br>Attn:  Matthew R. Fields, Esq. | Litigation services |
| Lucas and Cavalier, LLC | 1500 Walnut Street, Suite 1500<br>Philadelphia, PA 19102<br>Attn: Robert M. Cavalier, Esq. | Litigation services |

01:16952459.1

| Ordinary Course Professional | Mailing Address | Type of Service |
|---|---|---|
| McConnell Valdes LLC | P.O. Box 364225<br>San Juan, PR 00936-4225 | Puerto Rico counsel |
| McGuireWoods | 2001 K Street, N.S., Suite 400<br>Washington, DC 20006<br>Attn: Douglas M. Foley, Esq. | Litigation services |
| McInnes Cooper | 1300-1969 Upper Water Street<br>Purdy's Wharf Tower II<br>P.O. Box 730<br>Halifax, NS B 3J 2V1 Canada<br>Attn: Barry D. Horne, Esq. | Canada counsel |
| McManis Faulkner | 50 W. San Fernando Street, Suite 1000,<br>Tenth Floor<br>San Jose, CA 95113<br>Attn: James McManis, Esq. | Legal services related to workers compensation |
| Meissner Tierney Fisher & Nichols | 111 E. Kilbourn Avenue, 19th Floor<br>Milwaukee, WI 53202-6622<br>Attn: Mark Malloy, Esq. | Litigation services |
| Offit Kurman | 8171 Maple Lawn Boulevard<br>Suite 200<br>Maple Lawn, MD 20759<br>Attn: Scott Kamins, Esq. | Legal services related to labor and employment |
| Ogier | Oger House<br>The Esplanade<br>St. Helier, Jersey JE4 9WG<br>Attn: Marc Yates | UK counsel |
| Ronald D. Niesley | 11853 Old Mill Road<br>Union, OH 5322 | Tax consultant |
| Roshell Grigsby | 491 N. Preble County Line Rd.<br>West Alexandria, OH 45381 | Revenue recognition consultant |
| Rutan & Tucker LLP | 611 Anton Blvd, Suite 1400<br>Costa Mesa, CA 92626<br>Attn: Mark J. Payne, Esq. | Legal services related to labor and employment |
| Ryan Smith & Carbine Ltd | 98 Merchants Row, Mead Bldg.<br>P.O. Box 310<br>Rutland, VT 05702-0310<br>Attn: Mark F. Werle, Gregory J. Boulbol, Esq., Jennifer McCave, Esq. | Litigation services |
| Shumacher, Loop & Kendrick, LLP | Huntington Center<br>41 S. High Street, Suite 2400<br>Columbus, OH 43215<br>Attn: Kevin Braig, Esq. | Litigation services |
| Sidley Austin LLP | One S. Dearborn<br>Chicago, IL 60603<br>Attn: Scott J. HeymanEsq. | Litigation services |
| Taft Stettinius & Hollister | 40 N. Main Street, Suite 1700<br>Dayton, OH 45423<br>Attn: Jeffrey A. Mullins, Esq. | Legal services related to workers compensation |
| Thompson Hine | Austin Landing I<br>100050 Innovation Drive, Suite 400<br>Dayton, OH 45342<br>Attn: Stephen J. Axtell, Esq. | Legal services related to environmental matters |

01:16952459.1

2

| Ordinary Course Professional | Mailing Address | Type of Service |
|---|---|---|
| Von Wobeser | Guillermo Gonzalez Camarena 1100, Piso 7<br>Colonia Santa Fe, Centro de Ciudad, Delegacion Alvaro Obregon, C.P. 01210 Mexico, D.F.<br>Attn: Javier Lizardi, Esq. | Mexico counsel |

01:16952459.1