## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | Re: Docket No. 248 |

**ORDER, PURSUANT TO LOCAL RULE 9006-1(d), GRANTING THE DEBTORS LEAVE AND PERMISSION TO FILE (I) AN OMNIBUS REPLY IN SUPPORT OF ENTRY OF FINAL ORDERS ON CERTAIN FIRST DAY MOTIONS, (II) AN OMNIBUS REPLY IN SUPPORT OF MOTION FOR POSTPETITION FINANCING, AND (III) AN OMNIBUS REPLY IN SUPPORT OF DEBTORS' SALE PROCEDURES MOTION**

Upon consideration of the Debtors' motion (the "Motion")[2] for entry of an order, pursuant to Rule 9006-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), granting the Debtors leave and permission to file the Omnibus Replies; and this Court finding that it has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and it appearing that venue of these chapter 11 cases and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that it may enter a final order consistent with Article III of the United States Constitution; and after due deliberation and sufficient cause appearing therefor.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

01:16937198.3

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted, as set forth herein.

2. The Debtors are granted leave and permission, pursuant to Local Rule 9006-1(d), to file the Omnibus Replies.

3. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: April 13, 2015
Wilmington, Delaware

_____
BRENDAN L. SHANNON
CHIEF UNITED STATES BANKRUPTCY JUDGE

01:16937198.3

2