IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| THE STANDARD REGISTER | § | |
| COMPANY, *et al.*[1] | § | Case No. 15-10541 (BLS) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICE AND SERVICE OF PLEADINGS

*To the Clerk of the Bankruptcy Court:*

**PLEASE TAKE NOTICE** that ColFin Cobalt I-II Owner, LLC and ColFin Cobalt III Owner, LLC (together referred to singularly as "**ColFin**"), by and through their counsel Singer & Levick, P.C., file this, their Notice of Appearance.

Pursuant to Bankruptcy Rules 2002 and 9007, and Sections 102(1), 342, and 1109(b) of the Bankruptcy Code, ColFin respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings be served upon their counsel at the address, telephone number and email address listed below.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

---

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF PLEADINGS – Page 1

Michelle E. Shriro, Esq.<br>
Singer & Levick, P.C.<br>
16200 Addison Road, Suite 140<br>
Addison, Texas 75001<br>
Phone: 972.380.5533<br>
Fax: 972.380.5748<br>
Email: mshriro@singerlevick.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109 (b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, Orders and notices of any Application, Motion, Petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Notice and Service of Pleadings is without prejudice to: (1) ColFin's rights, remedies, claims, actions, defenses, setoffs, or recoupments, in law or in equity, against the Debtor and any other entities either in this case or in any other action, all of which rights, remedies, claims, actions, defenses, setoff and recoupments are expressly reserved, and (2) any objection which may be made to the jurisdiction of the Court, and shall not be deemed or construed to submit ColFin to the jurisdiction of the Court.

DATED this 13th day of April, 2015.

Respectfully submitted,

SINGER & LEVICK, P.C.

By: /s/ Michelle E. Shriro
    Michelle E. Shriro
    State Bar No. 18310900

16200 Addison Road, Suite 140
Addison, Texas  75001
Tel. (972) 380-5533
Fax (972) 380-5748
mshriro@singerlevick.com

ATTORNEYS FOR COLFIN COBALT I-II OWNER, LLC
AND COLFIN COBALT III OWNER, LLC

### CERTIFICATE OF SERVICE

    I hereby certify that Notice of this document will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District on this 13th day of April, 2015.

    /s/ Michelle E. Shriro
    Michelle E. Shriro