# SIGN-IN SHEET

**CASE NAME:** THE STANDARD REGISTER CO.  **COURTROOM NO.:** 1 – JUDGE SHANNON

**CASE NO.:** 15-10541  **DATE:** APRIL 13, 2015

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Sharon Levine | Lowenstein Sandler LLP | Creditors Committee |
| Paul Kizel | " | " |
| Andrew Behlmann | " | " |
| Ron Meisler | Skadden, Arps | Silverpoint |
| Al Hogan | " | " |
| Sarah Pierce | " | " |
| Carl Tullson | " | " |
| Chris Dressel | " | " |
| Aaron Barker | Phillips Goldman & Spence | Raymond Leasing Corp |

# SIGN-IN SHEET

**CASE NAME: THE STANDARD REGISTER CO.**   **COURTROOM NO.: 1 - JUDGE SHANNON**   **DATE: APRIL 13, 2015**

**CASE NO.: 15-10541**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Michael A. Rosenthal | Gibson Dunn | Standard Register |
| Jeremy Graves | " | " |
| Sam Newman | " | " |
| Dylan Cassidy | " | " |
| Mike Neston | YCST | " |
| Kevin Coyle | " | " |
| Courtney Morgan | Pension Benefit Guaranty Corp | PBGC |
| Peter M. Sweeney | Blakeley, LLP | Volt Consulting Group, Ltd. |
| Michael Joyce | Cross & Simon | Case Source |
| Justin Edelson | Polsinelli | Committee |
| Mark Kenny | U.S. Trustee | U.S. Trustee |
| Ed Dobbs | Parker Hudson | Bank of America |
| James Rankin | " | " |
| Mark Collins | Richards Layton | " |
| Jason Powell | Ferry Joseph | TPL Graphics |

# Court Conference

**U.S. Bankruptcy Court-Delaware (DE - US)**
**Confirmed Telephonic Appearance Schedule**
**Honorable Brendan L. Shannon**
**#1**

Calendar Date: 04/13/2015
Calendar Time: 10:00 AM ET

2nd Revision 04/13/2015 06:32 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | The Standard Register Company | 15-10541 | Hearing | 6854198 | Jay Basham | 404-420-5559 | Parker Hudson Rainer & Dobbs | Creditor, Bank of America, N.A. / LIVE |
| | | The Standard Register Company | 15-10541 | Hearing | 6857449 | David Botter | (212) 872-1055 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LISTEN ONLY |
| | | The Standard Register Company | 15-10541 | Hearing | 6856963 | Matthew Bouslog | (949) 451-3841 | Gibson, Dunn & Crutcher LLP | Debtor, The Standard Register Company / LISTEN ONLY |
| | | The Standard Register Company | 15-10541 | Hearing | 6851188 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | The Standard Register Company | 15-10541 | Hearing | 6858674 | Kimberly A. DeBeers | (312) 407-0982 | Skadden Arps Slate Meagher & Flom | Interested Party, Silver Point Finance, LLC and Standard Acquisition Holdings, LLC / LIVE |
| | | The Standard Register Company | 15-10541 | Hearing | 6856150 | Anthony DiNello | (203) 542-4212 ext. 00 | Silver Point Capital | Interested Party, Silver Point Finance, LLC and Standard Acquisition Holdings, LLC / LIVE |
| | | The Standard Register Company | 15-10541 | Hearing | 6856154 | Rene Ghadimi | (312) 407-0929 | Skadden Arps Slate Meagher & Flom | Interested Party, Silver Point Finance, LLC and Standard Acquisition Holdings, LLC / LIVE |
| | | The Standard Register Company | 15-10541 | Hearing | 6856610 | Andrew Harnisch | (602) 639-3563 | Minkin & Harnish, PLLC | Creditor, Cenveo Corporation / LISTEN ONLY |
| | | The Standard Register Company | 15-10541 | Hearing | 6857370 | Patrick Holohan | (646) 378-3155 | Merger Market | Interested Party, Merger Market / LISTEN ONLY |
| | | The Standard Register Company | 15-10541 | Hearing | 6853686 | Peter Ivanick | (310) 785-4600 ext. 4748 | Hogan Lovells US LLP | Debtor, The Standard Register Company / LISTEN ONLY |
| | | The Standard Register Company | 15-10541 | Hearing | 6856974 | Sabina Jacobs | 213-229-7381 | Gibson, Dunn & Crutcher LLP | Debtor, The Standard Register Company / LISTEN ONLY |

| Party | Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | 15-10541 | Hearing | 6856206 | Andrew M. Kramer | (212) 661-9100 ext. 345 | Otterbourg P.C. | Interested Party, Otterbourg P.C. / LIVE |
| The Standard Register Company | 15-10541 | Hearing | 6854188 | Joshua Lewis | (404) 420-5550 ext. 00 | Parker Hudson Rainer & Dobbs | Creditor, Bank of America, N.A. / LIVE |
| The Standard Register Company | 15-10541 | Hearing | 6856123 | Kim Martin Lewis | 513-977-8200 ext. 8259 | Dinsmore & Shohl LLP | Interested Party, Kim Martin Lewis / LISTEN ONLY |
| The Standard Register Company | 15-10541 | Hearing | 6856148 | Taylor Montague | (203) 542-4211 | Silverpoint Capital | Interested Party, Silver Point Finance, LLC and Standard Acquisition Holdings, LLC / LIVE |
| The Standard Register Company | 15-10541 | Hearing | 6856134 | Hal F. Morris | (512) 475-4550 | Attorney General of Texas-Bankruptcy | Creditor, Texas Comptroller of Public Accounts / LIVE |
| The Standard Register Company | 15-10541 | Hearing | 6854175 | Todd Nakamoto | (310) 453-7329 | Wells Fargo Capital Finance | Interested Party, Wells Fargo Bank, N.A. / LIVE |
| The Standard Register Company | 15-10541 | Hearing | 6854163 | John O'Leary Nocita | (310) 453-7329 | Wells Fargo Capital Finance | Interested Party, Wells Fargo Bank, N.A. / LIVE |
| The Standard Register Company | 15-10541 | Hearing | 6851314 | Michelle E. Shriro | (972) 380-5533 | Singer & Levick, PC | Creditor, ColFin / LISTEN ONLY |
| The Standard Register Company | 15-10541 | Hearing | 6825383 | David A. Wender | (404) 881-7599 | Alston & Bird LLP | Interested Party, Georgia Pacific / LISTEN ONLY |