B26 (Official Form 26) (12/8)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, et al.,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

## PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY ENTITIES IN WHICH THE ESTATES OF THE STANDARD REGISTER COMPANY, *ET AL.* HOLD A SUBSTANTIAL OR CONTROLLING INTEREST

This is the report as of December 31, 2014, on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Rule 2015.3 of the Federal Rules of Bankruptcy Procedure. The estates of The Standard Register Company, *et al.* holds a substantial or controlling interest in the following entities:

| Name of Entity | Interest of the Estates | Tab # |
|---|---|---|
| VeriLogic, LLC | 25% | 1 |

This periodic report (the "Periodic Report") contains a report (the "Entity Report") on the value, operations, and profitability of the entity listed above.

The Entity Report shall consist of three exhibits. Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report. It also contains a description of the valuation method used. Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report. Exhibit C contains a description of the entity's business operations.

---

[1] The Debtors and the last four digits of their respective U.S. federal taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (n/a); Standard Register de México, S. de R.L. de C.V. (n/a); Standard Register Servicios, S. de R.L. de C.V. (n/a); and Standard Register Technologies Canada ULC (n/a). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE
OF THE TRUSTEE OR DEBTOR IN POSSESSION.

      The undersigned, having reviewed the above listing of entity in which the estates of The Standard Register Company, *et al.* holds a substantial or controlling interest, and being familiar with the Debtors, financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

Date: April 14, 2015

                                        Benjamin Cutting
                                        Chief Financial Officer

01:16959250.1

The Standard Register Company
VeriLogic, LLC 2015.3 Report - Valuation Estimate

## Exhibit A
### Valuation Estimate for VeriLogic, LLC

| | |
|---|---|
| Valuation Estimate | $330,230.84 |
| Basis for Valuation | Debtors' Fair Market Value Estimate |
| Date of Valuation | As of March 31, 2015 |
| Source of Valuation | Unaudited Financials |

Exhibit B-1
Balance Sheet for VeriLogic, LLC

|  | December 31, 2014 | December 31, 2013 |
|---|---:|---:|
| Current assets | 768,935 | 624,991 |
| Fixed assets | 17,682 | 22,301 |
| Other assets | 0 | 0 |
| **Total assets** | **786,617** | **647,292** |
|  |  |  |
| Current liabilities | 251,211 | 166,167 |
| Long-term liabilities | 0 | 0 |
| **Total liabilities** | **251,211** | **166,167** |
|  |  |  |
| Investing member equity | 862,353 | 848,783 |
| Managing member equity | (326,947) | (367,659) |
| **Equity** | **535,407** | **481,125** |
|  |  |  |
| **Total liabilities & equity** | **786,617** | **647,292** |

The Standard Register Company
VeriLogic, LLC 2015.3 Report - Statement of Income (Loss)

**Exhibit B-2**
**Statement of Income (Loss) for VeriLogic, LLC**

|  | 2014 | 2013 |
|---|---|---|
| Revenue | 2,089,127 | 2,480,920 |
| Cost of sales | 976,709 | 1,337,389 |
| **Gross margin** | **1,112,418** | **1,143,531** |
| | | |
| Selling administrative expense | 1,061,900 | 984,436 |
| **Net operating income** | **50,518** | **159,095** |
| | | |
| Other income & expense | (3,765) | (3,762) |
| **Net income** | **54,283** | **162,857** |

The Standard Register Company
VeriLogic, LLC 2015.3 Report - Statement of Cash Flows

**Exhibit B-3**
**Statement of Cash Flows for VeriLogic, LLC**

The Managing Member does not provide statements of cash flows for VeriLogic, LLC

The Standard Register Company
VeriLogic, LLC 2015.3 Report - Statement of Changes in Shareholders' Equity

**Exhibit B-4**
**Statement of Changes in Members' Equity for VeriLogic, LLC**

|  | Managing Member | Investing Member | Total |
|---|---|---|---|
| Balance as of December 31, 2013 | (367,659) | 848,783 | 481,124 |
| Net income (loss) | 40,712 | 13,571 | 54,283 |
| Balance as of December 31, 2014 | (326,947) | 862,354 | 535,407 |

The Standard Register Company
VeriLogic, LLC 2015.3 Report - Description of Operations

**Exhibit C**
**Description of Operations**

VeriLogic, LLC is a leading systems integrator in Industrial Automatic Identification Technologies. It provides a full range of services including systems design, installation and integration. The Debtors entered into a joint agreement in May 2001 to better participate in the Auto-ID and Radio Frequency ID (RFID) supplier marketplace which integrates best-in-class suppliers of hardware (printers, verifiers, scanners, readers/writers), software, and consumables (ribbons, barcode labels, toner, supplies).