## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Richard M. Allen, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On April 6, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served 1) in the manners set forth on the Core/2002 Service List attached hereto as **Exhibit A** and 2) via first class on the Landlord service list attached hereto as **Exhibit B**:

- Order Authorizing the Debtors to Reject Certain Unexpired Leases Effective as of the Petition Date [Docket No. 194]

Dated: April 14, 2015

_____
Richard M. Allen

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on April 14, 2015, by Richard M. Allen, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

ADAM ADLER
NOTARY PUBLIC-STATE OF NEW YORK
No. 02AD6306134
Qualified in Nassau County
My Commission Expires June 16, 2018

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

SRF 2284

## Exhibit A

Exhibit A
Core/2002 Service List

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| Administrative Agent under the Debtors' Amended and Restated Loan and Security Agreement | Bank of America, N.A. | James S. Rankin Jr., Parker, Hudson, Rainer & Dobbs LLP | 1500 Marquis Two Tower | 285 Peachtree Center Avenue NE | Atlanta | GA | 30303 | jrankin@phrd.com | FIRST CLASS MAIL & EMAIL |
| Counsel for Volt Consulting Group, Ltd. | Blakeley LLP | Attn: Scott E. Blakeley | 2 Park Plaza | Suite 400 | Irvine | CA | 92614 | SEB@BlakeleyLLP.com | FIRST CLASS MAIL & EMAIL |
| Counsel for Liberty Property Limited Partnership | Blank Rome LLP | Attn: John E. Lucian | One Logan Square | 130 North 18th Street | Philadelphia | PA | 19103 | Lucian@BlankRome.com | FIRST CLASS MAIL & EMAIL |
| Counsel for Liberty Property Limited Partnership | Blank Rome LLP | Attn: Alan M. Root | 1201 Market Street | Suite 800 | Wilmington | DE | 19801 | Root@BlankRome.com | FIRST CLASS MAIL & EMAIL |
| Counsel for BMC Group, Inc | BMC Group, Inc | Attn T Feil | 300 Continental Boulevard | #570 | El Segundo | CA | 90245 | tfeil@bmcgroup.com | FIRST CLASS MAIL & EMAIL |
| Counsel for CareSource | Bricker & Eckler LLP | Attn: David M. Whittaker | 100 South Third Street | | Columbus | OH | 43215 | dwhittaker@bricker.com | FIRST CLASS MAIL & EMAIL |
| Counsel for Saddle Creek Corporation | Carlton Fields Jorden Burt, P.A. | Attn: John J. Lamoureux | 4221 West Boy Scout Boulevard, 10th Floor | PO Box 3239 | Tampa | FL | 33601-3239 | jlamoureux@cfjblaw.com | FIRST CLASS MAIL & EMAIL |
| Counsel for Flexcon, Inc. & Technicote, Inc. | Clark Hill PLC | Attn: Edward J. Kosmowski | 824 N. Market Street | Suite 710 | Wilmington | DE | 19801 | ekosmowski@clarkhill.com | FIRST CLASS MAIL & EMAIL |
| Counsel for Flexcon, Inc. & Technicote, Inc. | Clark Hill PLC | Attn: Shannon L. Deeby | 151 South Old Woodward Avenue | Suite 200 | Birmingham | MI | 48009 | sdeeby@clarkhill.com | FIRST CLASS MAIL & EMAIL |
| Counsel for Flexcon, Inc. & Technicote, Inc. | Clark Hill PLC | Attn: Scott N. Schreiber | 150 N. Michigan Avenue | Suite 2700 | Chicago | IL | 60601 | sschreiber@clarkhill.com | FIRST CLASS MAIL & EMAIL |
| Counsel for Hewlett-Packard Company | Cole Schotz, P.C. | Attn: Michael D. Warner | 301 Commerce Street | Ste. 1700 | Fort Worth | TX | 76102 | mwarner@coleschotz.com | FIRST CLASS MAIL & EMAIL |
| Counsel for Hewlett-Packard Company | Cole Schotz, P.C. | Attn: Patrick J. Reilley | 500 Delaware Avenue | Suite 1410 | Wilmington | DE | 19801 | preilley@coleschotz.com | FIRST CLASS MAIL & EMAIL |
| Counsel for CareSource | Cross & Simon, LLC | Attn: Christopher P. Simon | 1105 North Market Street | Suite 901 | Wilmington | DE | 19801 | csimon@crosslaw.com | FIRST CLASS MAIL & EMAIL |
| Delaware Attorney General | Delaware Attorney General | Attn Bankruptcy Dept | Carvel State Office Bldg | 820 N French St 6th Fl | Wilmington | DE | 19801 | attorney.general@state.de.us | FIRST CLASS MAIL & EMAIL |
| Delaware Division of Revenue | Delaware Division of Revenue | Zillah Frampton | 820 N French St | | Wilmington | DE | 19801 | FASNotify@state.de.us | FIRST CLASS MAIL & EMAIL |
| Delaware Secretary of State | Delaware Secretary of State | Corporations Franchise Tax | PO Box 898 | | Dover | DE | 19903 | dosdoc_Ftax@state.de.us | FIRST CLASS MAIL & EMAIL |
| Delaware State Treasury | Delaware State Treasury | Attn Bankruptcy Dept | 820 Silver Lake Blvd Ste 100 | | Dover | DE | 19904 | statetreasurer@state.de.us | FIRST CLASS MAIL & EMAIL |
| Special Corporate Counsel to the Debtors | Dinsmore & Shohl LLP | Christopher A. Deabler | 255 East Fifth Street | Suite 1900 | Cincinnati | OH | 45202 | christopher.deabler@dinsmore.com | FIRST CLASS MAIL & EMAIL |
| Counsel for Appvion, Inc. | Duane Morris LLP | Attn: Jarret P. Hitchings | 222 Delaware Avenue | Suite 1600 | Wilmington | DE | 19801 | JPHitchings@duanemorris.com | FIRST CLASS MAIL & EMAIL |
| Counsel for Appvion, Inc. | Duane Morris LLP | Attn: Jeffrey W. Spear | 1540 Broadway | | New York | NY | 10036 | JWSpear@duanemorris.com | FIRST CLASS MAIL & EMAIL |
| Counsel for LRP&P Graphics | Earp Cohn, P.C. | Attn: Richard M. Schlaifer | 20 Brace Road | 4th Floor | Cherry Hill | NJ | 08034-0000 | rsclaifer@earpcohn.com | FIRST CLASS MAIL & EMAIL |
| Environmental Protection Agency - Region 3 | Environmental Protection Agency | Attn Bankruptcy Dept | 1650 Arch Street | | Philadelphia | PA | 19103-2029 | r3public@epa.gov | FIRST CLASS MAIL & EMAIL |
| Counsel for Avery Dennison | Frantz Ward LLP | Attn: Timothy J. Richards, John F. Kostelnik | 200 Public Square | Suite 3000 | Cleveland | OH | 44114 | trichards@frantzward.com; jkostelnik@frantzward.com | FIRST CLASS MAIL & EMAIL |
| Counsel for The Realty Associates Fund IX | Friedlander Misler, PLLC | Attn: Robert E. Greenburg, Thomas F. Murphy, Lindsay A. Thompson | 5335 Wisconsin Avenue, NW | Suite 600 | Washington | DC | 20015 | rgreenberg@dclawfirm.com; tmurphy@dclawfirm.com; lathompson@dclawfirm.com | FIRST CLASS MAIL & EMAIL |
| Committee Member | Gary Becker | | 666 Barclay Lane | | Broomall | PA | 19008 | | FIRST CLASS MAIL |
| Committee Member | Georgia Pacific Corp | Emily O. Valladares | 133 Peachtree Street, NE | | Atlanta | GA | 30303 | Emily.Valladares@gapac.com | FIRST CLASS MAIL & EMAIL |
| Counsel for DG3 Croup America, Inc. | Gibbons P.C. | Attn: Mark B. Conlan | One Gateway Center | | Newark | NJ | 07102-5310 | mconlan@gibbonslaw.com | FIRST CLASS MAIL & EMAIL |
| Counsel for DG3 Croup America, Inc. | Gibbons P.C. | Attn: Natasha M. Songonuga | 1000 N. West Street | Suite 1200 | Wilmington | DE | 19801-1058 | nsongonuga@gibbonslaw.com | FIRST CLASS MAIL & EMAIL |
| Counsel for Bell & Howell Company and BBH Financial Services | Golan & Christie LLP | Attn: Barbara L. Yong, Caren A. Lederer | 70 W. Madison Street | Suite 1500 | Chicago | IL | 60602 | blyong@golanchristie.com; calederer@golanchristie.com | FIRST CLASS MAIL & EMAIL |
| Counsel for United Radio, Inc. dba BlueStar | Graydon Head & Ritchey LLP | Attn: J. Michael Debbeler | 1900 Fifth Third Center | 511 Walnut Street | Cincinnati | OH | 45202 | mdebbeler@graydon.com | FIRST CLASS MAIL & EMAIL |
| Counsel for The Envelope Printery | Iannotti & Associates PLC | Attn: Daniel V. Iannotti | 1475 Club Drive | | Bloomfield Hills | MI | 48302 | Dan@TheGeneralCounsel.com | FIRST CLASS MAIL & EMAIL |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | Mail Stop 5 Q30 133 | Philadelphia | PA | 19104-5016 | | FIRST CLASS MAIL |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 | | FIRST CLASS MAIL |
| Counsel for Computer Sciences Corporation | LeClairRyan | Attn: Andrew L. Cole | 180 Admiral Cochrane Drive | Suite 370 | Annapolis | MD | 21401 | andrew.cole@leclairryan.com | FIRST CLASS MAIL & EMAIL |

In re The Standard Register Company, et al.
Case No. 15-10541

Page 1 of 2

Exhibit A
Core/2002 Service List

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| Counsel for Dallas County | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller | 2777 N. Stemmons Freeway | Suite 1000 | Dallas | TX | 75207 | dallas.bankruptcy@publicans.com | FIRST CLASS MAIL & EMAIL |
| Counsel for Cypress-Fairbanks ISD, Washington County & Harris County | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman | PO Box 3064 | | Houston | TX | 77253-3064 | houston_bankruptcy@lgbs.com | FIRST CLASS MAIL & EMAIL |
| Counsel for the Official Committee of Unsecured Creditors | Lowenstein Sandler LLP | Attn: Kenneth A. Rosen, Sharon L. Levine | 65 Livingston Avenue | | Roseland | NJ | 07068-0000 | | FIRST CLASS MAIL |
| Counsel for the Official Committee of Unsecured Creditors | Lowenstein Sandler LLP | Attn: Gerald C. Bender | 1251 Avenue of the Americas | | New York | NY | 10020 | | FIRST CLASS MAIL |
| Committee Member | Mark Platt | | 5048 James Hill Road | | Kettering | OH | 45429 | | FIRST CLASS MAIL |
| Counsel for CIT Group/Equipment Financing, Inc. | McCarter & English LLP | Attn: Katharine L. Mayer | Renaissance Centre | 405 N. King Street, 8th Floor | Wilmington | DE | 19801 | kmayer@mccarter.com | FIRST CLASS MAIL & EMAIL |
| Counsel for CIT Group/Equipment Financing, Inc. | McCarter & English LLP | Attn: Lisa Bonsall | Four Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-0000 | lbonsall@mccarter.com | FIRST CLASS MAIL & EMAIL |
| Counsel for PacerPro, Inc. | McGrane LLP | Attn: Gavin McGrane | Four Embarcadero Center | Suite 1400 | San Francisco | CA | 94111 | gavin.mcgrane@mcgranellp.com | FIRST CLASS MAIL & EMAIL |
| Counsel for Cenveo Corporation | Minkin & Harnisch PLLC | Attn: Ethan B. Minkin, Andrew A. Harnisch | 6515 N. 12th Street | Suite B | Phoenix | AZ | 85014 | ethan@mhlawaz.com; andy@mhlawaz.com | FIRST CLASS MAIL & EMAIL |
| Counsel for the Missouri Department of Revenue | Missouri Department of Revenue | Attn: Sheryl L. Moreau | 301 W. High Street, Room 670 | PO Box 475 | Jefferson City | MO | 65105-0475 | | FIRST CLASS MAIL |
| Counsel for the Commissioner of the New York State Department of Taxation and Finance by and through Amanda Hiller, Deputy Commissioner and Counsel | New York State Department of Taxation and Finance | Attn: Robert L. Cook, District Tax Attorney, Office of Counsel | 340 East Main St. | | Rochester | NY | 14604 | Robert.Cook@tax.ny.gov | FIRST CLASS MAIL & EMAIL |
| United States Trustee District of Delaware | Office of the United States Trustee | Mark Kinney | 844 King St Ste 2207 | | Wilmington | DE | 19801 | mark.kenney@usdoj.gov | FIRST CLASS MAIL & EMAIL |
| Counsel for the Oklahoma County Treasurer | Oklahoma County Treasurer | Attn: Gretchen Crawford - Assistant District Attorney | 320 Robert S. Kerr | Room 505 | Oklahoma City | OK | 73102 | grecra@oklahomacounty.org | FIRST CLASS MAIL & EMAIL |
| Counsel for Unilever | Parker Ibrahim & Berg LLC | Attn: Joseph H. Lemkin | 270 Davidson Avenue | | Somerset | NJ | 08873-0000 | joseph.lemkin@piblaw.com | FIRST CLASS MAIL & EMAIL |
| Counsel for Bank of America, N.A. | Parker, Hudson, Rainer & Dobbs LLP | Attn: C. Edward Dobbs, James S. Rankin, Jr., Jack C. Basham, Jr., Joshua J. Lewis | 1500 Marquis Two Tower | 285 Peachtree Center Avenue, NE | Atlanta | GA | 30303 | ced@phrd.com; jsr@phrd.com; jcb@phrd.com; jjl@phrd.com | FIRST CLASS MAIL & EMAIL |
| Committee Member | PBGC | Attn Jack Butler | 1200 K Street NW | | Washington | DC | 20005-4026 | Morgan.Courtney@pbgc.gov | FIRST CLASS MAIL & EMAIL |
| Counsel for the Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Courtney L. Morgan | Office of the Chief Counsel | 1200 K Street NW | Washington | DC | 20005-4026 | morgan.courtney@pbgc.gov; efile@pbgc.gov | FIRST CLASS MAIL & EMAIL |
| Delaware Bankruptcy Counsel to the Official Committee of Unsecured Creditors | Polsinelli PC | Attn: Christopher A. Ward, Justin K. Edelson, Shanti M. Katona | 222 Delaware Avenue | Suite 1101 | Wilmington | DE | 19801 | cward@polsinelli.com; skatona@polsinelli.com; jedelson@polsinelli.com | FIRST CLASS MAIL & EMAIL |
| Counsel for The Bank of New York Mellon | Reed Smith LLP | Attn: Amy M. Tonti | Reed Smith Centre | 225 Fifth Avenue, Suite 1200 | Pittsburgh | PA | 15230-2009 | atonti@reedsmith.com | FIRST CLASS MAIL & EMAIL |
| Counsel for The Bank of New York Mellon | Reed Smith LLP | Attn: J. Cory Falgowski | 1201 N. Market Street | Suite 1500 | Wilmington | DE | 19801 | jfalgowski@reedsmith.com | FIRST CLASS MAIL & EMAIL |
| Counsel for Nev's Ink, Inc. | Reinhart Boerner Van Deuren | Attn: Katherine M. O'Malley, Michael D. Jankowski | 1000 North Water Street, Suite 1700 | PO Box 2965 | Milwaukee | WI | 53201-2965 | komalley@reinhartlaw.com; mjankowski@reinhartlaw.com | FIRST CLASS MAIL & EMAIL |
| Counsel for PJ Printers | Richard S. Price, II | | 1235 N. Harbor Blvd | Suite 200 | Fullerton | CA | 92832-1349 | rspriceii@aol.com | FIRST CLASS MAIL & EMAIL |
| Counsel for Bank of America, N.A. | Richards, Layton & Finger, P.A. | Attn: Mark D. Collins, Tyler D. Semmelman | One Rodney Square | 920 North King Street | Wilmington | DE | 19801 | collins@rlf.com; semmelman@rlf.com | FIRST CLASS MAIL & EMAIL |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | Washington | DC | 20549 | NYROBankruptcy@SEC.GOV | FIRST CLASS MAIL & EMAIL |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn Bankruptcy Dept | Brookfield Place | 200 Vesey Street Ste 400 | New York | NY | 10281-1022 | bankruptcynoticeschr@sec.gov; NYROBankruptcy@SEC.GOV | FIRST CLASS MAIL & EMAIL |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn Bankruptcy Dept | One Penn Center | 1617 JFK Blvd Ste 520 | Philadelphia | PA | 19103 | NYROBankruptcy@SEC.GOV | FIRST CLASS MAIL & EMAIL |
| Administrative Agent under Debtors' First Lein Credit Agreement and Second Lein Credit Agreement | Silver Point Finance, LLC | Ron Meisler Chris Dressel c/o Skadden Arps | 155 N. Wacker Drive | | Chicago | IL | 60606 | ron.meisler@skadden.com; christopher.dressel@skadden.com | FIRST CLASS MAIL & EMAIL |
| Counsel for Silver Point Finance, LLC and Standard Acquistion Holdings, LLC | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Ron E. Meisler Carl T. Tullson Christopher M. Dressel | 155 North Wacker Drive | Suite 2700 | Chicago | IL | 60606-1720 | ron.meisler@skadden.com; carl.tullson@skadden.com; christopher.dressel@skadden.com | FIRST CLASS MAIL & EMAIL |
| Counsel for Silver Point Finance, LLC and Standard Acquistion Holdings, LLC | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Sarah E. Pierce | One Rodney Square | P.O. Box 636 | Wilmington | DE | 19899-0636 | sarah.pierce@skadden.com | FIRST CLASS MAIL & EMAIL |
| Attorneys for the Texas Comptroller of Public Accounts | Texas Comptroller of Public Accounts | Attn: Jay W. Hurst - Assistant Attorney General | Bankruptcy & Collections Division MC 008 | P.O. Box 12548 | Austin | TX | 78711-2548 | Jay.Hurst@texasattorneygeneral.gov | FIRST CLASS MAIL & EMAIL |
| Committee Member | The Flesh Company | Attn: Gerard Winterbottom | 2118 59th St. | | St Louis | MO | 63110 | | FIRST CLASS MAIL |
| Counsel for Timothy Webb | The Rosner Law Group LLC | Attn: Frederick B. Rosner, Jula B. Klein | 824 Market Street | Suite 810 | Wilmington | DE | 19801 | rosner@teamrosner.com; klein@teamrosner.com | FIRST CLASS MAIL & EMAIL |
| Committee Member | Timothy Webb | | 4906 E. Desert Fairways Dr. | | Paradise Valley | AZ | 85253 | | FIRST CLASS MAIL |
| US Attorney for the District of Delaware | US Attorney for Delaware | Charles Oberly c/o Ellen Slights | 1007 Orange St Ste 700 | PO Box 2046 | Wilmington | DE | 19899-2046 | usade.ecfbankruptcy@usdoj.gov | FIRST CLASS MAIL & EMAIL |
| Committee Member | Veritiv Corporation | Attn: James Salvadori | 850 N. Arlington Heights Rd | | Itasca | IL | 60143 | | FIRST CLASS MAIL |

In re The Standard Register Company, et al.
Case No. 15-10541

Page 2 of 2

**<u>Exhibit B</u>**

SRF 2284

## Exhibit B

Landlord Service List

| NAME | NOTICE NAME | ADDRESS 1 | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Bwc Exchangepoint LLC | c/o Solon Gershman Inc. | 13545 Barret Parkway, Suite 102 | St Louis | MO | 63021 |
| MPC Holdings, LLC | Metropolitan Nashville Airport | One Terminal Drive, Suite 501 | Nashville | TN | 37214 |
| Prologis Trust | Attn General Counsel | 2791 Petereson Place | Norcross | GA | 30071 |
| PS Business Park | Attn General Counsel | 2525 152nd Avenue NE | Redmond | WA | 98052 |
| Rita Blumenfeld | 5100 San Felipe, #163E | | Houston | TX | 77056 |
| Tak Realty and Investment, LLC | Attn General Counsel | 60 Walnut Avenue, Suite 400 | Clark | NJ | 07066-0000 |
| The Realty Associates Fund IX | c/o Lincoln Property Company | 67 South Bedford Street | Burlington | MA | 01803-0000 |

In re The Standard Register Company, *et al.*
Case No. 15-10541