**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Richard M. Allen, depose and say that I am employed by Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On April 9, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served in the manners set forth on the 1) Core/2002 Service List attached hereto as **Exhibit A** and 2) Objecting Parties service list attached hereto as **Exhibit B**:

- Notice of Agenda of Matters Scheduled for Hearing on April 13, 2015 at 10:00 A.M. (ET) [Docket No. 224]

Dated: April 14, 2015

Richard M. Allen

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on April 14, 2015, by Richard M. Allen, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

ADAM ADLER
NOTARY PUBLIC-STATE OF NEW YORK
No. 02AD6306134
Qualified In Nassau County
My Commission Expires June 16, 2018

---

[1]   The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

SRF 2314

**Exhibit A**

SRF 2314

Exhibit A
Core/2002 Service List

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for Georgia-Pacific Consumer Products LP | Alston & Bird LLP | Attn: David A. Wender, Jonathan T. Edwards | One Atlantic Center | 1201 West Peachtree Street | Atlanta | GA | 30309-3424 | | david.wender@alston.com jonathan.edwards@alston.com | Email |
| Counsel for the Treasurer of Arapahoe County | Arapahoe County Attorney | Attn: Robert Hill | 5334 S. Prince Street | | Littleton | CO | 80166 | | rhill@arapahoegov.com kmetzger@arapahoegov.com wrossman@arapahoegov.com | Email |
| Counsel for ML-AI 125 Wacker, LLC | Arnstein & Lehr LLP | Attn: Kevin H. Morse | 120 S. Riverside Plaza, Suite 1200 | | Chicago | IL | 60606 | 312-876-6273 | khmorse@arnstein.com | Fax & Email |
| Administrative Agent under the Debtors' Amended and Restated Loan and Security Agreement | Bank of America, N.A. | James S. Rankin Jr., Parker, Hudson, Rainer & Dobbs LLP | 1500 Marquis Two Tower | 285 Peachtree Center Avenue NE | Atlanta | GA | 30303 | 404-522-8409 | jrankin@phrd.com | Fax & Email |
| Counsel for Volt Consulting Group, Ltd. | Blakeley LLP | Attn: Scott E. Blakeley | 2 Park Plaza | Suite 400 | Irvine | CA | 92614 | 949-260-0613 | SEB@BlakeleyLLP.com | Fax & Email |
| Counsel for Liberty Property Limited Partnership | Blank Rome LLP | Attn: John E. Lucian | One Logan Square | 130 North 18th Street | Philadelphia | PA | 19103 | 215-832-5442 | Lucian@BlankRome.com | Fax & Email |
| Counsel for Liberty Property Limited Partnership | Blank Rome LLP | Attn: Alan M. Root | 1201 Market Street | Suite 800 | Wilmington | DE | 19801 | 302-425-6464 | Root@BlankRome.com | Fax & Email |
| Counsel for BMC Group, Inc | BMC Group, Inc | Attn T Feil | 300 Continental Boulevard | #570 | El Segundo | CA | 90245 | | tfeil@bmcgroup.com | Email |
| Counsel for CareSource | Bricker & Eckler LLP | Attn: David M. Whittaker | 100 South Third Street | | Columbus | OH | 43215 | 614-227-2390 | dwhittaker@bricker.com | Fax & Email |
| Counsel for Saddle Creek Corporation | Carlton Fields Jorden Burt, P.A. | Attn: John J. Lamoureux | 4221 West Boy Scout Boulevard, 10th Floor | PO Box 3239 | Tampa | FL | 33601-3239 | 813-229-4133 | jlamoureux@cfjblaw.com | Fax & Email |
| Counsel for Flexcon, Inc. & Technicote, Inc. | Clark Hill PLC | Attn: Scott N. Schreiber | 150 N. Michigan Avenue | Suite 2700 | Chicago | IL | 60601 | 312-985-5984 | sschreiber@clarkhill.com | Fax & Email |
| Counsel for Flexcon, Inc. & Technicote, Inc. | Clark Hill PLC | Attn: Shannon L. Deeby | 151 South Old Woodward Avenue | Suite 200 | Birmingham | MI | 48009 | 248-988-2504 | sdeeby@clarkhill.com | Fax & Email |
| Counsel for Flexcon, Inc. & Technicote, Inc. | Clark Hill PLC | Attn: Edward J. Kosmowski | 824 N. Market Street | Suite 710 | Wilmington | DE | 19801 | 302-421-9439 | ekosmowski@clarkhill.com | Fax & Email |
| Counsel for Hewlett-Packard Company | Cole Schotz, P.C. | Attn: Patrick J. Reilley | 500 Delaware Avenue | Suite 1410 | Wilmington | DE | 19801 | 302-652-3117 | preilley@coleschotz.com | Fax & Email |
| Counsel for Hewlett-Packard Company | Cole Schotz, P.C. | Attn: Michael D. Warner | 301 Commerce Street | Ste. 1700 | Fort Worth | TX | 76102 | 817-810-5255 | mwarner@coleschotz.com | Fax & Email |
| Counsel for CareSource | Cross & Simon, LLC | Attn: Christopher P. Simon | 1105 North Market Street | Suite 901 | Wilmington | DE | 19801 | 302-777-4224 | csimon@crosslaw.com | Fax & Email |
| Delaware Attorney General | Delaware Attorney General | Attn Bankruptcy Dept | Carvel State Office Bldg | 820 N French St 6th Fl | Wilmington | DE | 19801 | | attorney.general@state.de.us | Email |
| Delaware Division of Revenue | Delaware Division of Revenue | Zillah Frampton | 820 N French St | | Wilmington | DE | 19801 | 302-577-8632 | FASNotify@state.de.us | Fax & Email |
| Delaware Secretary of State | Delaware Secretary of State | Corporations Franchise Tax | PO Box 898 | | Dover | DE | 19903 | 302-739-5831 | dosdoc_Ftax@state.de.us | Fax & Email |
| Delaware State Treasury | Delaware State Treasury | Attn Bankruptcy Dept | 820 Silver Lake Blvd Ste 100 | | Dover | DE | 19904 | 302-739-5635 | statetreasurer@state.de.us | Fax & Email |
| Special Corporate Counsel to the Debtors | Dinsmore & Shohl LLP | Christopher A. Deabler | 255 East Fifth Street | Suite 1900 | Cincinnati | OH | 45202 | 513-977-8141 | christopher.deabler@dinsmore.com | Fax & Email |
| Counsel for Appvion, Inc. | Duane Morris LLP | Attn: Jeffrey W. Spear | 1540 Broadway | | New York | NY | 10036 | 212-692-1020 | JWSpear@duanemorris.com | Fax & Email |
| Counsel for Appvion, Inc. | Duane Morris LLP | Attn: Jarret P. Hitchings | 222 Delaware Avenue | Suite 1600 | Wilmington | DE | 19801 | 302-657-4901 | JPHitchings@duanemorris.com | Fax & Email |
| Counsel for LRP&P Graphics | Earp Cohn, P.C. | Attn: Richard M. Schlaifer | 20 Brace Road | 4th Floor | Cherry Hill | NJ | 08034-0000 | 856-354-0842 | rsclaifer@earpcohn.com | Fax & Email |
| Environmental Protection Agency - Region 3 | Environmental Protection Agency | Attn Bankruptcy Dept | 1650 Arch Street | | Philadelphia | PA | 19103-2029 | | r3public@epa.gov | Email |
| Counsel for Avery Dennison | Frantz Ward LLP | Attn: Timothy J. Richards, John F. Kostelnik | 200 Public Square | Suite 3000 | Cleveland | OH | 44114 | 216-515-1650 | trichards@frantzward.com jkostelnik@frantzward.com | Fax & Email |
| Counsel for The Realty Associates Fund IX | Friedlander Misler, PLLC | Attn: Robert E. Greenburg, Thomas F. Murphy, Lindsay A. Thompson | 5335 Wisconsin Avenue, NW | Suite 600 | Washington | DC | 20015 | 202-857-8343 | rgreenberg@dclawfirm.com tmurphy@dclawfirm.com lathompson@dclawfirm.com | Fax & Email |
| Committee Member | Georgia Pacific Corp | Emily O. Valladares | 133 Peachtree Street, NE | | Atlanta | GA | 30303 | 404-487-4113 | Emily.Valladares@gapac.com | Fax & Email |
| Counsel for DG3 Croup America, Inc. | Gibbons P.C. | Attn: Natasha M. Songonuga | 1000 N. West Street | Suite 1200 | Wilmington | DE | 19801-1058 | 302-295-4876 | nsongonuga@gibbonslaw.com | Fax & Email |
| Counsel for DG3 Croup America, Inc. | Gibbons P.C. | Attn: Mark B. Conlan | One Gateway Center | | Newark | NJ | 07102-5310 | 973-596-0545 | mconlan@gibbonslaw.com | Fax & Email |
| Counsel for Bell & Howell Company and BBH Financial Services | Golan & Christie LLP | Attn: Barbara L. Yong, Caren A. Lederer | 70 W. Madison Street | Suite 1500 | Chicago | IL | 60602 | 312-263-0939 | blyong@golanchristie.com calederer@golanchristie.com | Fax & Email |
| Counsel for United Radio, Inc. dba BlueStar | Graydon Head & Ritchey LLP | Attn: J. Michael Debbeler | 1900 Fifth Third Center | 511 Walnut Street | Cincinnati | OH | 45202 | 513-651-3836 | mdebbeler@graydon.com | Fax & Email |

In re The Standard Register Company, *et al.*
Case No. 15-10541

Page 1 of 3

Exhibit A
Core/2002 Service List

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for The Envelope Printery | Iannotti & Associates PLC | Attn: Daniel V. Iannotti | 1475 Club Drive | | Bloomfield Hills | MI | 48302 | | Dan@TheGeneralCounsel.com | Email |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | Mail Stop 5 Q30 133 | Philadelphia | PA | 19104-5016 | 855-235-6787 | | Fax |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 | 855-235-6787 | | Fax |
| Counsel for Computer Sciences Corporation | LeClairRyan | Attn: Andrew L. Cole | 180 Admiral Cochrane Drive | Suite 370 | Annapolis | MD | 21401 | 410-224-0098 | andrew.cole@leclairryan.com | Fax & Email |
| Counsel for Dallas County | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller | 2777 N. Stemmons Freeway | Suite 1000 | Dallas | TX | 75207 | 469-221-5003 | dallas.bankruptcy@publicans.com | Fax & Email |
| Counsel for Cypress-Fairbanks ISD, Washington County & Harris County | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman | PO Box 3064 | | Houston | TX | 77253-3064 | 713-844-3503 | houston_bankruptcy@lgbs.com | Fax & Email |
| Counsel for the Official Committee of Unsecured Creditors | Lowenstein Sandler LLP | Attn: Kenneth A. Rosen, Sharon L. Levine | 65 Livingston Avenue | | Roseland | NJ | 07068-0000 | 973-597-2400 | | Fax |
| Counsel for the Official Committee of Unsecured Creditors | Lowenstein Sandler LLP | Attn: Gerald C. Bender | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-262-7402 | | Fax |
| Counsel for CIT Group/Equipment Financing, Inc. | McCarter & English LLP | Attn: Katharine L. Mayer | Renaissance Centre | 405 N. King Street, 8th Floor | Wilmington | DE | 19801 | 302-984-6399 | kmayer@mccarter.com | Fax & Email |
| Counsel for CIT Group/Equipment Financing, Inc. | McCarter & English LLP | Attn: Lisa Bonsall | Four Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-0000 | 973-624-7070 | lbonsall@mccarter.com | Fax & Email |
| Counsel for PacerPro, Inc. | McGrane LLP | Attn: Gavin McGrane | Four Embarcadero Center | Suite 1400 | San Francisco | CA | 94111 | | gavin.mcgrane@mcgranellp.com | Email |
| Counsel for Cenveo Corporation | Minkin & Harnisch PLLC | Attn: Ethan B. Minkin, Andrew A. Harnisch | 6515 N. 12th Street | Suite B | Phoenix | AZ | 85014 | | ethan@mhlawaz.com andy@mhlawaz.com | Email |
| Counsel for the Missouri Department of Revenue | Missouri Department of Revenue | Attn: Sheryl L. Moreau | 301 W. High Street, Room 670 | PO Box 475 | Jefferson City | MO | 65105-0475 | 573-751-7232 | | Fax |
| Counsel for Georgia-Pacific Consumer Products LP | Morris James LLP | Attn: Jeffrey R. Waxman | 500 Delaware Avenue | Suite 1500 | Wilmington | DE | 19801-1494 | | jwaxman@morrisjames.com | Email |
| Counsel for the Commissioner of the New York State Department of Taxation and Finance by and through Amanda Hiller, Deputy Commissioner and Counsel | New York State Department of Taxation and Finance | Attn: Robert L. Cook, District Tax Attorney, Office of Counsel | 340 East Main St. | | Rochester | NY | 14604 | 518-435-8490 | Robert.Cook@tax.ny.gov | Fax & Email |
| United States Trustee District of Delaware | Office of the United States Trustee | Mark Kinney | 844 King St Ste 2207 | | Wilmington | DE | 19801 | 302-573-6497 | mark.kenney@usdoj.gov | Fax & Email |
| Counsel for the Oklahoma County Treasurer | Oklahoma County Treasurer | Attn: Gretchen Crawford - Assistant District Attorney | 320 Robert S. Kerr | Room 505 | Oklahoma City | OK | 73102 | 405-713-1685 | grecra@oklahomacounty.org | Fax & Email |
| Counsel for Unilever | Parker Ibrahim & Berg LLC | Attn: Joseph H. Lemkin | 270 Davidson Avenue | | Somerset | NJ | 08873-0000 | 908-333-6230 | joseph.lemkin@piblaw.com | Fax & Email |
| Counsel for Bank of America, N.A. | Parker, Hudson, Rainer & Dobbs LLP | Attn: C. Edward Dobbs, James S. Rankin, Jr., Jack C. Basham, Jr., Joshua J. Lewis | 1500 Marquis Two Tower | 285 Peachtree Center Avenue, NE | Atlanta | GA | 30303 | 404-522-8409 | ced@phrd.com jsr@phrd.com jcb@phrd.com jjl@phrd.com | Fax & Email |
| Committee Member | PBGC | Attn Jack Butler | 1200 K Street NW | | Washington | DC | 20005-4026 | 202-842-2643 | Morgan.Courtney@pbgc.gov | Fax & Email |
| Counsel for the Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn:  Courtney L. Morgan | Office of the Chief Counsel | 1200 K Street NW | Washington | DC | 20005-4026 | 202-326-4112 | morgan.courtney@pbgc.gov efile@pbgc.gov | Fax & Email |
| Delaware Bankruptcy Counsel to the Official Committee of Unsecured Creditors | Polsinelli PC | Attn: Christopher A. Ward, Justin K. Edelson, Shanti M. Katona | 222 Delaware Avenue | Suite 1101 | Wilmington | DE | 19801 | 302-252-0921 | cward@polsinelli.com skatona@polsinelli.com jedelson@polsinelli.com | Fax & Email |
| Counsel for The Bank of New York Mellon | Reed Smith LLP | Attn: Amy M. Tonti | Reed Smith Centre | 225 Fifth Avenue, Suite 1200 | Pittsburgh | PA | 15230-2009 | 412-288-3063 | atonti@reedsmith.com | Fax & Email |
| Counsel for The Bank of New York Mellon | Reed Smith LLP | Attn: J. Cory Falgowski | 1201 N. Market Street | Suite 1500 | Wilmington | DE | 19801 | 302-778-7575 | jfalgowski@reedsmith.com | Fax & Email |

Exhibit A
Core/2002 Service List

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for Nev's Ink, Inc. | Reinhart Boerner Van Deuren | Attn: Katherine M. O'Malley, Michael D. Jankowski | 1000 North Water Street, Suite 1700 | PO Box 2965 | Milwaukee | WI | 53201-2965 | 414-298-8097 | komalley@reinhartlaw.com mjankowski@reinhartlaw.com | Fax & Email |
| Counsel for PJ Printers | Richard S. Price, II | | 1235 N. Harbor Blvd | Suite 200 | Fullerton | CA | 92832-1349 | 714-871-5620 | rspriceii@aol.com | Fax & Email |
| Counsel for Bank of America, N.A. | Richards, Layton & Finger, P.A. | Attn: Mark D. Collins, Tyler D. Semmelman | One Rodney Square | 920 North King Street | Wilmington | DE | 19801 | 302-651-7701 | collins@rlf.com semmelman@rlf.com | Fax & Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | Washington | DC | 20549 | | NYROBankruptcy@SEC.GOV | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn Bankruptcy Dept | Brookfield Place | 200 Vesey Street Ste 400 | New York | NY | 10281-1022 | | bankruptcynoticeschr@sec.gov NYROBankruptcy@SEC.GOV | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn Bankruptcy Dept | One Penn Center | 1617 JFK Blvd Ste 520 | Philadelphia | PA | 19103 | | NYROBankruptcy@SEC.GOV | Email |
| Administrative Agent under Debtors' First Lein Credit Agreement and Second Lein Credit Agreement | Silver Point Finance, LLC | Ron Meisler Chris Dressel c/o Skadden Arps | 155 N. Wacker Drive | | Chicago | IL | 60606 | 312-407-0411 | ron.meisler@skadden.com christopher.dressel@skadden.com | Fax & Email |
| Counsel for Silver Point Finance, LLC and Standard Acquistion Holdings, LLC | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Sarah E. Pierce | One Rodney Square | P.O. Box 636 | Wilmington | DE | 19899-0636 | 302-651-3001 | sarah.pierce@skadden.com | Fax & Email |
| Counsel for Silver Point Finance, LLC and Standard Acquistion Holdings, LLC | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Ron E. Meisler Carl T. Tullson Christopher M. Dresel | 155 North Wacker Drive | Suite 2700 | Chicago | IL | 60606-1720 | 312-407-0411 | ron.meisler@skadden.com carl.tullson@skadden.com christopher.dressel@skadden.com | Fax & Email |
| Attorneys for the Texas Comptroller of Public Accounts | Texas Comptroller of Public Accounts | Attn: Jay W. Hurst - Assistant Attorney General | Bankruptcy & Collections Division MC 008 | P.O. Box 12548 | Austin | TX | 78711-2548 | 512-936-1409 | Jay.Hurst@texasattorneygeneral.gov | Fax & Email |
| Committee Member | The Flesh Company | Attn: Gerard Winterbottom | 2118 59th St. | | St Louis | MO | 63110 | 314-951-2003 | | Fax |
| Counsel for Timothy Webb | The Rosner Law Group LLC | Attn: Frederick B. Rosner, Jula B. Klein | 824 Market Street | Suite 810 | Wilmington | DE | 19801 | | rosner@teamrosner.com klein@teamrosner.com | Email |
| US Attorney for the District of Delaware | US Attorney for Delaware | Charles Oberly c/o Ellen Slights | 1007 Orange St Ste 700 | PO Box 2046 | Wilmington | DE | 19899-2046 | 302-573-6220 | usade.ecfbankruptcy@usdoj.gov | Fax & Email |
| Committee Member | Veritiv Corporation | Attn: James Salvadori | 850 N. Arlington Heights Rd | | Itasca | IL | 60143 | 866-797-2681 | | Fax |

SRF 2314

**Exhibit B**

**Exhibit B**

Exhibit B

Objecting Parties Service List

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | CITY | STATE | ZIP | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| Attorneys for Ad Hoc Committee of Section 503(b)(9) Creditors | Blakeley LLP | David M. Mannion | 54 W 40th Street | New York | NY | 10018 | | dmannion@blakeleyllp.com | Overnight & Email |
| Attorneys for Ad Hoc Committee of Section 503(b)(9) Creditors | Blakeley LLP | Peter M. Sweeney | 1000 N. West Street, Suite 1200 | Wilmington | DE | 19801 | | psweeney@blakeleyllp.com | Overnight & Email |
| Counsel to Raymond Leasing Corporation and Raymond Storage Concepts, Inc. | Phillips, Goldman & Sepnce, P.A. | Stephen W. Spence | 1200 North Broom Street | Wilmington | DE | 19806 | 302-655-4210 | sws@pgslaw.com | Fax and Email |

In re The Standard Register Company, *et al.*
Case No. 15-10541