# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL
## NOTICE AND DOCUMENTS OF SALESFORCE.COM, INC.

**PLEASE TAKE NOTICE** that Salesforce.com, Inc. ("Salesforce"), a creditor and party in interest in the above-entitled bankruptcy cases, hereby enters its appearance by and through its counsel, Bialson, Bergen & Schwab, a Professional Corporation, and Ashby & Geddes, P.A. pursuant to 11 U.S.C. 1109(b) and Rule 9010 of the Federal Rules of Bankruptcy Procedure ("Rule 9010").

**PLEASE TAKE FURTHER NOTICE** that Salesforce hereby requests that all notices, pleadings, documents, and correspondence required to be served on creditors, all duly appointed committees, and any other party-in-interest pursuant to 11 U.S.C. §§ 102(1) and 342, Rule 2002 and Rule 9007 of the Federal Rules of Bankruptcy Procedure, order of the Court and otherwise, whether sent by the Court, the debtor, or any other party-in-interest in these cases, be served on the following counsel for Salesforce and that the following counsel be added to the Court's master mailing list:

| BIALSON, BERGEN & SCHWAB,<br>a Professional Corporation<br>Lawrence M. Schwab, Esq.<br>Thomas M. Gaa, Esq.<br>2600 El Camino Real, Suite 300<br>Palo Alto, CA 94306<br>Tel:  (650) 857-9500<br>Facsimile:  (650) 494-2738<br>Email: Tgaa@bbslaw.com | ASHBY & GEDDES, P.A.<br>Ricardo Palacio. Esq.<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>Telephone: (302) 654-1888<br>Facsimile: (302) 654-2067<br>E-mail: rpalacio@ashby-geddes.com |
|---|---|

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

{00974068;v1 }

**PLEASE TAKE FURTHER NOTICE** that, pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy, email or otherwise filed or made with regard to the above-referenced cases and any proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that filing this Appearance and Request for Notice and Documents (A) is not, and may not be deemed or construed to be, (1) a waiver of Salesforce's substantive or procedural rights (collectively, "Salesforce's Rights"), including without limitation: (i) the right entry of a final order in noncore matters only after *de novo* review by a Federal District Court, (ii) the right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the reference withdrawn by a Federal District Court in any matter subject to mandatory or discretionary withdrawal, and (iv) any other rights, interests, claims, actions, setoffs, or recoupments, or (2) consent to the jurisdiction of the Court, and (C) hereby reserves all Salesforce's Rights.

Dated: Wilmington, DE
April 15, 2015

        **ASHBY & GEDDES, P.A.**
        /s/ *Ricardo Palacio*
        Ricardo Palacio (#3765)
        500 Delaware Avenue, 8th Floor
        P.O. Box 1150
        Wilmington, DE 19899
        Telephone: (302) 654-1888
        Facsimile: (302) 654-2067
        E-mail: rpalacio@ashby-geddes.com

        -and-

        **BIALSON, BERGEN & SCHWAB,**
        **A Professional Corporation**

        /s/ *Thomas M. Gaa*
        Thomas M. Gaa, Esq. [Cal. Bar # 130720]
        2600 El Camino Real, Suite 300
        Palo Alto, CA 94306

Telephone: (650) 857-9500
Facsimile:  (650) 494-2738
E-mail: tgaa@bbslaw.com

*Attorneys for Creditor Salesforce.com, Inc.*

{00974068;v1 }

3