IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re: : Chapter 11
:
THE STANDARD REGISTER COMPANY, *et al.*, : Case No. 15-10541 (BLS)
:
Debtors. : Jointly Administered
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Albert L. Hogan III to represent Silver Point Finance, LLC and Standard Acquisition Holdings, LLC in this action.

Dated: April 10, 2015

                     */s/ Sarah E. Pierce*
                     Sarah E. Pierce (I.D. No. 4648)
                     SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                     One Rodney Square
                     P.O. Box 636
                     Wilmington, Delaware 19899-0636

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: April 10, 2015

                     */s/ Albert L. Hogan III*
                     Albert L. Hogan III
                     SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                     155 North Wacker Drive
                     Suite 2700
                     Chicago, Illinois 60606-1720

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: April 15th, 2015
Wilmington, Delaware

                     BRENDAN L. SHANNON
                     UNITED STATES BANKRUPTCY JUDGE