**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, <u>et</u> <u>al.</u>,<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

   Pursuant to Rule 9010-1 of the Local Rules of Practice and Procedure for the United States Bankruptcy Court for the District of Delaware and the attached certification, the undersigned counsel hereby moves the admission *pro hac* vice of Thomas M. Gaa to represent Salesforce.com, Inc. in the above-captioned cases.

Dated: April 15, 2015           **ASHBY & GEDDES, P.A.**

                   */s/Ricardo Palacio*
                   Ricardo Palacio (#3765)
                   500 Delaware Avenue, 8th Floor
                   P.O. Box 1150
                   Wilmington, DE 19899
                   Telephone: (302) 654-1888
                   Facsimile: (302) 654-2067

                   *Counsel to Salesforce.com, Inc.*

**ORDER GRANTING MOTION**

   IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

**Dated: April 15th, 2015**
**Wilmington, Delaware**

                   **BRENDAN L. SHANNON**
                   **UNITED STATES BANKRUPTCY JUDGE**

{00974084;v1 }

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Rule 9010-1 of the Local Rules of Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised on July 23, 2009.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

                /s/Thomas M. Gaa_____
                Thomas M. Gaa, Esq.
                BIALSON, BERGEN & SCHWAB,
                a Professional Corporation
                2600 El Camino Real, Suite 300
                Palo Alto, CA 94306
                Telephone: (650) 857-9500
                Facsimile: (650) 494-2738
                Email: Tgaa@bbslaw.com