# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | Re: Docket Nos. 23, 106, 119, 200, 245 & 247 |

**CERTIFICATION OF COUNSEL REGARDING REVISED ORDER
(I) ESTABLISHING SALE PROCEDURES RELATING TO THE SALE OF
SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS; (II) APPROVING BID
PROTECTIONS; (III) ESTABLISHING PROCEDURES RELATING TO THE
ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS
AND UNEXPIRED LEASES, INCLUDING NOTICE OF PROPOSED CURE
AMOUNTS; (IV) APPROVING FORM AND MANNER OF NOTICE OF ALL
PROCEDURES, PROTECTIONS, SCHEDULES, AND AGREEMENTS;
(V) SCHEDULING A HEARING TO CONSIDER THE PROPOSED SALE;
AND (VI) GRANTING CERTAIN RELATED RELIEF**

The undersigned hereby certifies as follows:

1. On March 12, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for (I) an Order (A) Establishing Sale Procedures Relating to the Sale of Substantially All of the Debtors' Assets; (B) Approving Bid Protections; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts; (D) Approving Form and Manner of Notice of all Procedures, Protections, Schedules, and Agreements; (E) Scheduling a Hearing to Consider the Proposed Sale; and (F) Granting Certain Related Relief; and (II) an Order (A) Approving the Sale of Substantially*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

*all of the Debtors' Assets and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale* [Docket No. 23] (the "Motion")[2] with the United States Bankruptcy Court for the District of Delaware (the "Court").

2. The Office of the United States Trustee for the District of Delaware, Pension Benefit Guaranty Corporation, and the Official Committee of Unsecured Creditors (the "Committee," and collectively with the other responding parties, the "Objecting Parties") filed formal objections (each an "Objection" and collectively, the "Objections") regarding the proposed form of bid procedures order (the "Proposed Bid Procedures Order") attached to the Motion. *See* Docket Nos. 106, 119 & 200.

3. On April 10, 2015, Silver Point Finance, LLC ("Silver Point") filed a reply to the Committee's Objection [Docket No. 245] and the Debtors filed a reply in support of the Motion [Docket No. 247].

4. On April 13, 2015, the Court held a hearing (the "Hearing") to consider the relief requested in the Motion and the Objections thereto.

5. Following the Hearing and discussions with Silver Point and the Objecting Parties, the Debtors have agreed upon a revised form of bid procedures order (the "Revised Bid Procedures Order"), a copy of which is attached hereto as Exhibit A, which consensually resolves the Objections. The Objecting Parties and Silver Point have reviewed the Revised Bid Procedures Order and advised the Debtors that they do not object to its entry.

6. For the convenience of the Court and other interested parties, a blackline comparing the Revised Bid Procedures Order against the Proposed Bid Procedures Order is attached hereto as Exhibit B.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

WHEREFORE, as the Debtors have resolved the Objections, and the Revised Bid Procedures Order is consistent with the Court's ruling at the Hearing, the Debtors respectfully request that the Court enter the Revised Bid Procedures Order without further notice or hearing at the Court's earliest convenience.

Dated: April 15, 2015
Wilmington, Delaware

*/s/ Kara Hammond Coyle*
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Maris J. Kandestin (No. 5294)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
mnestor@ycst.com
kcoyle@ycst.com
mkandestin@ycst.com
amagaziner@ycst.com

-and-

Michael A. Rosenthal (NY No. 4697561)
Samuel A. Newman (CA No. 217042)
Jeremy L. Graves (CO No. 45522)
Sabina Jacobs (CA No. 274829)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-1512
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
mrosenthal@gibsondunn.com
snewman@gibsondunn.com
jgraves@gibsondunn.com
sjacobs@gibsondunn.com

*Counsel to the Debtors and Debtors in Possession*