## EXHIBIT 1

**Professional Fee Budget**

01:16976444.1

## Professional Fee Budget

| Professional | March 2015 (post-petition) | April 2015 | May 2015 | June 2015 | July 2015 | August 2015 |
|---|---|---|---|---|---|---|
| Lazard | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 |
| McKinsey | 600,000 | 750,000 | 750,000 | 600,000 | 450,000 | 100,000 |
| Gibson Dunn | 1,000,000 | 750,000 | 1,000,000 | 1,000,000 | 500,000 | 500,000 |
| Dinsmore | 125,000 | 125,000 | 125,000 | 125,000 | 125,000 | 125,000 |
| Young Conaway | 150,000 | 150,000 | 150,000 | 150,000 | 100,000 | 100,000 |
| Prime Clerk | 475,000 | 420,000 | 40,000 | 25,000 | 40,000 | 25,000 |
| Ordinary Course Professionals | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 |
| UCC Legal | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | -- |
| UCC Financial | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | -- |

101906135.1