Court Conference

Calendar Date: **04/15/2015**

Calendar Time: **02:30 PM ET**

# U.S. Bankruptcy Court-Delaware (DE - US)

## Confirmed Telephonic Appearance Schedule

### Honorable Brendan L. Shannon

#1

2nd Revision 04/15/2015 09:00 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | The Standard Register Company | 15-10541 | Hearing | 6864554 | Jay Basham | 404-420-5559 | Parker Hudson Rainer & Dobbs | Creditor, Bank of America, N.A. / LIVE |
| | | The Standard Register Company | 15-10541 | Hearing | 6864560 | Mark D. Collins | 302-651-7531 | Richards, Layton & Finger, P.A. | Creditor, Bank of America, N.A. / LIVE |
| | | The Standard Register Company | 15-10541 | Hearing | 6864468 | Kara Coyle | (302) 571-6600 | Young, Conaway Stargatt & Taylor, Ll | Debtor, The Standard Register Company / LIVE |
| | | The Standard Register Company | 15-10541 | Hearing | 6864610 | Christopher Dressell | 312-407-0968 | Skadden Arps Slate Meagher & Flom ( | Interested Party, Silver Point Finance and Standard Acquisitions Holdings, LLC / LISTEN ONLY |
| | | The Standard Register Company | 15-10541 | Hearing | 6864528 | Justin Edelson | (302) 252-0925 | Polsinelli PC | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | The Standard Register Company | 15-10541 | Hearing | 6864462 | Jeremy L. Graves | (214) 698-3225 | Gibson, Dunn & Crutcher LLP | Debtor, The Standard Register Company / LIVE |
| | | The Standard Register Company | 15-10541 | Hearing | 6864520 | Paul Kizel | (973) 247-2478 | Lowenstein Sandler, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | The Standard Register Company | 15-10541 | Hearing | 6864472 | Andrew Magaziner | (302) 576-3592 | Young, Conaway Stargatt & Taylor, Ll | Debtor, The Standard Register Company / LIVE |
| | | The Standard Register Company | 15-10541 | Hearing | 6864589 | Ron Meisler | (312) 402-7086 | Skadden Arps Slate Meagher & Flom ( | Interested Party, Silver Point Finance, LLC and Standard Acquisition Holdings, LLC / LIVE |
| | | The Standard Register Company | 15-10541 | Hearing | 6864579 | Courtney Morgan | (202) 326-4020 ext. 3738 | Pension Benefit Guaranty Corporation | Creditor, Pension Benefit Guaranty Corporation / LIVE |
| | | The Standard Register Company | 15-10541 | Hearing | 6864475 | Michael Nestor | (302) 571-6600 | Young, Conaway Stargatt & Taylor, Ll | Debtor, The Standard Register Company / LIVE |

| The Standard Register Company | 15-10541 | Hearing | 6864606 | Sarah E. Pierce | (302) 651-3127 | Skadden, Arps, Slate, Meagher & Flom | Interested Party, Silver Point Finance, LLC and Standard Acquisition Holdings, LLC / LIVE |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | 15-10541 | Hearing | 6864460 | Michael A Rosenthal | 212-351-3969 | Gibson, Dunn & Crutcher LLP | Debtor, The Standard Register Company / LIVE |
| The Standard Register Company | 15-10541 | Hearing | 6864478 | Andrew Torgove | (212) 418-3211 | Lazard Middle Market | Debtor, The Standard Register Company / LIVE |
| The Standard Register Company | 15-10541 | Hearing | 6864593 | Carl Tullson | (312) 407-0379 | Skadden Arps Slate Meagher & Flom | Interested Party, Silver Point Finance, LLC and Standard Acquisition Holdings, LLC / LIVE |
| The Standard Register Company | 15-10541 | Hearing | 6864524 | Christopher A. Ward | (302) 252-0922 | Polsinelli PC | Creditor, Official Committee of Unsecured Creditors / LIVE |