## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | **Re: Docket Nos. 5, 56 & 201** |

### CERTIFICATION OF COUNSEL REGARDING FINAL ORDER AUTHORIZING (A) CONTINUED USE OF CASH MANAGEMENT SYSTEM; (B) MAINTENANCE OF EXISTING BANK ACCOUNTS; (C) CONTINUED USE OF EXISTING BUSINESS FORMS; (D) CONTINUED PERFORMANCE OF INTERCOMPANY TRANSACTIONS IN THE ORDINARY COURSE OF BUSINESS AND GRANT OF ADMINISTRATIVE EXPENSE STATUS FOR POSTPETITION INTERCOMPANY CLAIMS; AND (E) INTERIM WAIVER OF SECTION 345(b) DEPOSIT AND INVESTMENT REQUIREMENTS

The undersigned hereby certifies as follows:

1.       On March 12, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Order Authorizing (A) Continued Use of Cash Management System; (B) Maintenance of Existing Bank Accounts; (C) Continued Use of Existing Business Forms; (D) Continued Performance of Intercompany Transactions in the Ordinary Course of Business and Grant of Administrative Expenses Status for Postpetition Intercompany Claims; and (E) Limited Waiver of Section 345(b) Deposit and Investment Requirements* [Docket No. 5] (the "Motion").[2]

---

[1]       The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001).  The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2]       Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2.      On March 13, 2015, the Court entered that certain *Interim Order Authorizing (A) Continued Use of Cash Management System; (B) Maintenance of Existing Bank Accounts; (C) Continued Use of Existing Business Forms; (D) Continued Performance of Intercompany Transactions in the Ordinary Course of Business and Grant of Administrative Expenses Status for Postpetition Intercompany Claims; and (E) Limited Waiver of Section 345(b) Deposit and Investment Requirements* [Docket No. 56] (the "Interim Order").

3.      Subsequent to entry of the Interim Order, the Debtors received a formal limited objection and reservation of rights from the Official Committee of Unsecured Creditors regarding the final relief requested in the Motion [Docket No. 201] (the "Objection").

4.      On April 13, 2015, the Court held a hearing on the above-referenced matters (the "Hearing").   At the Hearing, the Court approved the Motion on a final basis with certain modifications.   The Debtors were directed to submit a revised final order approving the Motion, consistent with the statements made on the record at the Hearing, under Certification of Counsel.

5.      Attached hereto as **Exhibit A** is a revised form of final order (the "Final Order") which the Debtors submit is consistent with the Court's ruling at the Hearing.   For the convenience of the Court, and all parties in interest, a blackline highlighting changes made to the Interim Order is attached hereto as **Exhibit B**.   The Debtors have circulated the Final Order to counsel to the DIP lenders, Silver Point Finance, LLC, the Official Committee of Unsecured Creditors, and the United States Trustee and none of these parties has objected to its entry.

01:16970121.1

WHEREFORE, the Debtors respectfully request that the Court enter the Final Order without further notice or hearing at the Court's earliest convenience.

Dated:    April 16, 2015
           Wilmington, Delaware         */s/ Kara Hammond Coyle*
                                         Michael R. Nestor (No. 3526)
                                         Kara Hammond Coyle (No. 4410)
                                         Maris J. Kandestin (No. 5294)
                                         Andrew L. Magaziner (No. 5426)
                                         YOUNG CONAWAY STARGATT & TAYLOR, LLP
                                         Rodney Square
                                         1000 North King Street
                                         Wilmington, Delaware 19801
                                         Telephone:  (302) 571-6600
                                         Facsimile:  (302) 571-1253
                                         mnestor@ycst.com
                                         kcoyle@ycst.com
                                         mkandestin@ycst.com
                                         amagaziner@ycst.com

                                         -and-

                                         Michael A. Rosenthal (NY No. 4697561)
                                         Samuel A. Newman (CA No. 217042)
                                         Jeremy L. Graves (CO No. 45522)
                                         Sabina Jacobs (CA No. 274829)
                                         GIBSON, DUNN & CRUTCHER LLP
                                         333 South Grand Avenue
                                         Los Angeles, CA 90071-1512
                                         Telephone:  (213) 229-7000
                                         Facsimile:  (213) 229-7520
                                         mrosenthal@gibsondunn.com
                                         snewman@gibsondunn.com
                                         jgraves@gibsondunn.com
                                         sjacobs@gibsondunn.com

                                         *Counsel to the Debtors and*
                                         *Debtors in Possession*