**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: April 27, 2015 at 4:00 p.m. (EST)** |
| | **Re: Docket No. 261** |

**NOTICE OF FILING OF DECLARATION OF DISINTERESTEDNESS BY**
**ORDINARY COURSE PROFESSIONAL COOLIDGE WALL CO., LPA**

**PLEASE TAKE NOTICE** that on April 13, 2015, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order Authorizing the Employment and Payment of Professionals Used in the Ordinary Course of Business* (the "Order") [Docket No. 261].[2]

**PLEASE TAKE FURTHER NOTICE** that in accordance with the procedures set forth in the Order, the Debtors hereby file the Declaration of Disinterestedness, attached hereto as Exhibit A, for Coolidge Wall Co., LPA.

**PLEASE TAKE FURTHER NOTICE** that any objections to the retention of Coolidge Wall Co., LPA must be filed with the Court, and at the same time served upon the Notice Parties, on or before **April 27, 2015, at 4:00 p.m. (EST).**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Order.

01:16986076.1

Dated: April 17, 2015
Wilmington, Delaware

*/s/ Andrew L. Magaziner*
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Maris J. Kandestin (No. 5294)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 571-6600
Facsimile:    (302) 571-1253
mnestor@ycst.com
kcoyle@ycst.com
mkandestin@ycst.com
amagaziner@ycst.com

-and-

Michael A. Rosenthal (NY No. 4697561)
Robert A. Klyman (CA No. 142723)
Samuel A. Newman (CA No. 217042)
Jeremy L. Graves (CO No. 45522)
Sabina Jacobs (CA No. 274829)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-1512
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
mrosenthal@gibsondunn.com
rklyman@gibsondunn.com
snewman@gibsondunn.com
jgraves@gibsondunn.com
sjacobs@gibsondunn.com

*Counsel to the Debtors and
Debtors in Possession*

# EXHIBIT A

## DECLARATION OF DISINTERESTEDNESS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, et al.,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |

## DECLARATION OF DISINTERESTEDNESS BY ATTORNEY USED IN THE ORDINARY COURSE OF BUSINESS

I, J. Stephen Herbert, declare under penalty of perjury:

1. I am the President of Coolidge Wall Co., LPA, located at 33 West First Street, Suite 200, Dayton, Ohio 45402 (the "Firm").

2. The Standard Register Company and its affiliates, as debtors and debtors in possession (collectively, the "Debtors") have requested that the Firm provide legal services to the Debtors in connection with workers' compensation matters, and the Firm has consented to provide such services.

3. The Firm may have performed legal services in the past, may currently perform legal services, and may perform legal services in the future, in matters unrelated to the above-captioned chapter 11 cases (the "Chapter 11 Cases"), for persons that are parties-in-interest in these Chapter 11 Cases. The Firm does not perform legal services for any such person in connection with these Chapter 11 Cases, or have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

4. The Firm has provided services to the Debtors prior to the commencement of these Chapter 11 Cases.

5. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties-in-interest in these Chapter 11 Cases.

6. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

7. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

8. The Debtors owe the Firm $10,803.00 for prepetition services, the payment of which is subject to limitations contained in title 11 of the United States Code.

9. As of the date the Chapter 11 Cases were commenced, March 12, 2015 (the "Petition Date"), the Firm was not party to an agreement for indemnification with certain of the Debtors.

10. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon the conclusion of such inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

3

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NAUGHT.

_____
J. Stephen Herbert
President of Coolidge Wall Co., LPA

Sworn to before me and subscribed in my presence this 17TH day of April, 2015, by J. Stephen Herbert, President of Coolidge Wall Co., LPA.

_____
Notary Public

PATRICIA J. FRIESINGER
ATTORNEY AT LAW
Notary Public, State of Ohio
My Commission Has No Expiration Date
Section 147.03 ORC