## CERTIFICATE OF SERVICE

I, Sarah E. Pierce, hereby certify that on April 17, 2015, I caused the foregoing *Declaration of Status as a Substantial Shareholder* to be served on the parties listed below by first-class U.S. mail.

| | |
|---|---|
| Michael R. Nestor, Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801 | Robert A. Klyman, Esq.<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA  90071-1512 |
| Christopher A. Ward, Esq.<br>Polsinelli PC<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE  19801 | Sharon L. Levine, Esq.<br>Lowenstein Sandler LLP<br>65 Livingston Avenue<br>Roseland, NJ  07068 |

*/s/ Sarah E. Pierce*
Sarah E. Pierce