## EXHIBIT A

### NON-DISCLOSURE DECLARATION

I, _Gary N Becker_, declare under penalty of perjury, the following:

I reside at in the City/ County of _Broomall/Delaware_ and State of _Pennsylvania_;

I have read the annexed Protective Order, dated _April 7th_, 2015, in the above-captioned matter.

I am fully familiar with and agree to comply with and be bound by the provisions of that Protective Order and consent to the jurisdiction of the United States Bankruptcy Court for the District of Delaware.

I will not divulge to persons other than those specifically authorized by the Protective Order, and will not copy or use, except solely for the purpose of this proceeding, any information designated as Confidential or Advisors' Eyes Only.[1]

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: _4/8/15_

_Gary N Becker_

---

[1] Capitalized terms not otherwise defined herein have the meaning ascribed to them in the Protective Order.

## EXHIBIT B

### ACKNOWLEDGMENT

The undersigned hereby acknowledges and agrees to the following terms and conditions:

I have read the annexed Protective Order, dated ___April 7th___, 2015, in the above-captioned matter.

I am fully familiar with and agree to comply with and be bound by the provisions of that Protective Order and consent to the jurisdiction of the United States Bankruptcy Court for the District of Delaware.

I will not divulge to persons other than those specifically authorized by the Protective Order, and will not copy or use, except solely for the purpose of this proceeding, any information designated as Confidential or Advisors' Eyes Only.[3]

Dated: ___4/8/15___

___[signature]___

---

[3] Capitalized terms not otherwise defined herein have the meaning ascribed to them in the Protective Order.

# EXHIBIT A

## NON-DISCLOSURE DECLARATION

I, _MARK PLATT_, declare under penalty of perjury, the following:

I reside at in the City/ County of _Montgomery_ and State of _Ohio_;

I have read the annexed Protective Order, dated _April 17_, 2015, in the above-captioned matter.

I am fully familiar with and agree to comply with and be bound by the provisions of that Protective Order and consent to the jurisdiction of the United States Bankruptcy Court for the District of Delaware.

I will not divulge to persons other than those specifically authorized by the Protective Order, and will not copy or use, except solely for the purpose of this proceeding, any information designated as Confidential or Advisors' Eyes Only.[1]

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: _April 8, 2015_

_Mark G. Platt_

---

[1] Capitalized terms not otherwise defined herein have the meaning ascribed to them in the Protective Order.

## EXHIBIT B

### ACKNOWLEDGMENT

The undersigned hereby acknowledges and agrees to the following terms and conditions:

I have read the annexed Protective Order, dated April 7, 2015, in the above-captioned matter.

I am fully familiar with and agree to comply with and be bound by the provisions of that Protective Order and consent to the jurisdiction of the United States Bankruptcy Court for the District of Delaware.

I will not divulge to persons other than those specifically authorized by the Protective Order, and will not copy or use, except solely for the purpose of this proceeding, any information designated as Confidential or Advisors' Eyes Only.[3]

Dated: April 8 2015

Mark G. Platt

---

[3] Capitalized terms not otherwise defined herein have the meaning ascribed to them in the Protective Order.


## EXHIBIT A

### NON-DISCLOSURE DECLARATION

I, _James Salvador_, declare under penalty of perjury, the following:

I reside at in the City/ County of _Bartlett_ and State of _Illinois_;

I have read the annexed Protective Order, dated _April 8_, 2015, in the above-captioned matter.

I am fully familiar with and agree to comply with and be bound by the provisions of that Protective Order and consent to the jurisdiction of the United States Bankruptcy Court for the District of Delaware.

I will not divulge to persons other than those specifically authorized by the Protective Order, and will not copy or use, except solely for the purpose of this proceeding, any information designated as Confidential or Advisors' Eyes Only.[1]

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: _4-8-15_

_[signature]_
c/o Veritiv Corporation

---

[1] Capitalized terms not otherwise defined herein have the meaning ascribed to them in the Protective Order.

# EXHIBIT B

## ACKNOWLEDGMENT

The undersigned hereby acknowledges and agrees to the following terms and conditions:

I have read the annexed Protective Order, dated __04-08__, 2015, in the above-captioned matter.

I am fully familiar with and agree to comply with and be bound by the provisions of that Protective Order and consent to the jurisdiction of the United States Bankruptcy Court for the District of Delaware.

I will not divulge to persons other than those specifically authorized by the Protective Order, and will not copy or use, except solely for the purpose of this proceeding, any information designated as Confidential or Advisors' Eyes Only.[3]

Dated: __4-8-15__

_[signature]_
c/o VERITIV CORPORATION

---

[3] Capitalized terms not otherwise defined herein have the meaning ascribed to them in the Protective Order.

2

## EXHIBIT A

### NON-DISCLOSURE DECLARATION

I, _Timothy J Webb_, declare under penalty of perjury, the following:

I reside at in the City/ County of _Maricopa_ and State of _AZ_;

I have read the annexed Protective Order, dated _April 8_, 2015, in the above-captioned matter.

I am fully familiar with and agree to comply with and be bound by the provisions of that Protective Order and consent to the jurisdiction of the United States Bankruptcy Court for the District of Delaware.

I will not divulge to persons other than those specifically authorized by the Protective Order, and will not copy or use, except solely for the purpose of this proceeding, any information designated as Confidential or Advisors' Eyes Only.[1]

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: _4-8-15_

_Timothy J Webb_ (signature)

---

[1] Capitalized terms not otherwise defined herein have the meaning ascribed to them in the Protective Order.

## EXHIBIT B

### ACKNOWLEDGMENT

The undersigned hereby acknowledges and agrees to the following terms and conditions:

I have read the annexed Protective Order, dated \_\_\_4-8-15\_\_\_, 2015, in the above-captioned matter.

I am fully familiar with and agree to comply with and be bound by the provisions of that Protective Order and consent to the jurisdiction of the United States Bankruptcy Court for the District of Delaware.

I will not divulge to persons other than those specifically authorized by the Protective Order, and will not copy or use, except solely for the purpose of this proceeding, any information designated as Confidential or Advisors' Eyes Only.[3]

Dated: \_\_\_4-8-15\_\_\_

\_\_\_Timothy J Webb\_\_\_

---

[3] Capitalized terms not otherwise defined herein have the meaning ascribed to them in the Protective Order.

## EXHIBIT A

### NON-DISCLOSURE DECLARATION

I, _Jack Butler_, declare under penalty of perjury, the following:

I reside at in the City/ County of _Bay Village_ and State of _Ohio_ ;

I have read the annexed Protective Order, dated _April 7_, 2015, in the above-captioned matter.

I am fully familiar with and agree to comply with and be bound by the provisions of that Protective Order and consent to the jurisdiction of the United States Bankruptcy Court for the District of Delaware.

I will not divulge to persons other than those specifically authorized by the Protective Order, and will not copy or use, except solely for the purpose of this proceeding, any information designated as Confidential or Advisors' Eyes Only.[1]

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: _4/8/15_

_[signature]_

---

[1] Capitalized terms not otherwise defined herein have the meaning ascribed to them in the Protective Order.

## EXHIBIT B

### ACKNOWLEDGMENT

The undersigned hereby acknowledges and agrees to the following terms and conditions:

I have read the annexed Protective Order, dated April 7, 2015, in the above-captioned matter.

I am fully familiar with and agree to comply with and be bound by the provisions of that Protective Order and consent to the jurisdiction of the United States Bankruptcy Court for the District of Delaware.

I will not divulge to persons other than those specifically authorized by the Protective Order, and will not copy or use, except solely for the purpose of this proceeding, any information designated as Confidential or Advisors' Eyes Only.[3]

Dated: 4/8/15

_[signature]_

---

[3] Capitalized terms not otherwise defined herein have the meaning ascribed to them in the Protective Order.

2

## EXHIBIT A

### NON-DISCLOSURE DECLARATION

I, _Craig Winterbottom_ declare under penalty of perjury, the following:

I reside at in the City/ County of _Glen Carbon_ and State of _Illinois_ ;

I have read the annexed Protective Order, dated _April 7_, 2015, in the above-captioned matter.

I am fully familiar with and agree to comply with and be bound by the provisions of that Protective Order and consent to the jurisdiction of the United States Bankruptcy Court for the District of Delaware.

I will not divulge to persons other than those specifically authorized by the Protective Order, and will not copy or use, except solely for the purpose of this proceeding, any information designated as Confidential or Advisors' Eyes Only.[1]

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: _April 8, 2015_

_Craig Winterbottom_ (signature)

---

[1] Capitalized terms not otherwise defined herein have the meaning ascribed to them in the Protective Order.

# EXHIBIT B

## ACKNOWLEDGMENT

The undersigned hereby acknowledges and agrees to the following terms and conditions:

I have read the annexed Protective Order, dated _April 7_, 2015, in the above-captioned matter.

I am fully familiar with and agree to comply with and be bound by the provisions of that Protective Order and consent to the jurisdiction of the United States Bankruptcy Court for the District of Delaware.

I will not divulge to persons other than those specifically authorized by the Protective Order, and will not copy or use, except solely for the purpose of this proceeding, any information designated as Confidential or Advisors' Eyes Only.[3]

Dated: _April 8, 2015_

_[signature]_

---

[3] Capitalized terms not otherwise defined herein have the meaning ascribed to them in the Protective Order.

2

## EXHIBIT A

### NON-DISCLOSURE DECLARATION

I, Richard Lawler, declare under penalty of perjury, the following:

I reside at in the City/ County of Stockbridge/ Henry and State of Georgia;

I have read the annexed Protective Order, dated 4-7-15, 2015, in the above-captioned matter.

I am fully familiar with and agree to comply with and be bound by the provisions of that Protective Order and consent to the jurisdiction of the United States Bankruptcy Court for the District of Delaware.

I will not divulge to persons other than those specifically authorized by the Protective Order, and will not copy or use, except solely for the purpose of this proceeding, any information designated as Confidential or Advisors' Eyes Only.[1]

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: 4-9-15

_Richard Lawler_ (signature)

---

[1] Capitalized terms not otherwise defined herein have the meaning ascribed to them in the Protective Order.

## EXHIBIT B

### ACKNOWLEDGMENT

The undersigned hereby acknowledges and agrees to the following terms and conditions:

I have read the annexed Protective Order, dated 4-7-15, 2015, in the above-captioned matter.

I am fully familiar with and agree to comply with and be bound by the provisions of that Protective Order and consent to the jurisdiction of the United States Bankruptcy Court for the District of Delaware.

I will not divulge to persons other than those specifically authorized by the Protective Order, and will not copy or use, except solely for the purpose of this proceeding, any information designated as Confidential or Advisors' Eyes Only.[3]

Dated: 4-9-15

*[signature: Richard N. Crane]*

---

[3] Capitalized terms not otherwise defined herein have the meaning ascribed to them in the Protective Order.

## EXHIBIT A

### NON-DISCLOSURE DECLARATION

I, ELIZABETH S. KRAUS declare under penalty of perjury, the following:

I reside at in the City/ County of Essex and State of NJ;

I have read the annexed Protective Order, dated April 8, 2015, in the above-captioned matter.

I am fully familiar with and agree to comply with and be bound by the provisions of that Protective Order and consent to the jurisdiction of the United States Bankruptcy Court for the District of Delaware.

I will not divulge to persons other than those specifically authorized by the Protective Order, and will not copy or use, except solely for the purpose of this proceeding, any information designated as Confidential or Advisors' Eyes Only.[1]

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: 4-8-15

_[signature]_

---

[1] Capitalized terms not otherwise defined herein have the meaning ascribed to them in the Protective Order.

## EXHIBIT B

### ACKNOWLEDGMENT

The undersigned hereby acknowledges and agrees to the following terms and conditions:

I have read the annexed Protective Order, dated _APRIL 8_, 2015, in the above-captioned matter.

I am fully familiar with and agree to comply with and be bound by the provisions of that Protective Order and consent to the jurisdiction of the United States Bankruptcy Court for the District of Delaware.

I will not divulge to persons other than those specifically authorized by the Protective Order, and will not copy or use, except solely for the purpose of this proceeding, any information designated as Confidential or Advisors' Eyes Only.[3]

Dated: _4-8-15_

_[signature]_

---

[3] Capitalized terms not otherwise defined herein have the meaning ascribed to them in the Protective Order.

## EXHIBIT A

### NON-DISCLOSURE DECLARATION

I, **LEON SZLEZINGER**, declare under penalty of perjury, the following:

I reside at in the City/ County of **BRONX** and State of **NEW YORK**;

I have read the annexed Protective Order, dated **4/7/15**, 2015, in the above-captioned matter.

I am fully familiar with and agree to comply with and be bound by the provisions of that Protective Order and consent to the jurisdiction of the United States Bankruptcy Court for the District of Delaware.

I will not divulge to persons other than those specifically authorized by the Protective Order, and will not copy or use, except solely for the purpose of this proceeding, any information designated as Confidential or Advisors' Eyes Only.[1]

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: **4/10/15**

_[signature]_

---

[1] Capitalized terms not otherwise defined herein have the meaning ascribed to them in the Protective Order.

# EXHIBIT B

## ACKNOWLEDGMENT

The undersigned hereby acknowledges and agrees to the following terms and conditions:

I have read the annexed Protective Order, dated ___4/7___, 2015, in the above-captioned matter.

I am fully familiar with and agree to comply with and be bound by the provisions of that Protective Order and consent to the jurisdiction of the United States Bankruptcy Court for the District of Delaware.

I will not divulge to persons other than those specifically authorized by the Protective Order, and will not copy or use, except solely for the purpose of this proceeding, any information designated as Confidential or Advisors' Eyes Only.[3]

Dated: ___4/10/15___

_[signature]_

---

[3] Capitalized terms not otherwise defined herein have the meaning ascribed to them in the Protective Order.

2