# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| THE STANDARD REGISTER COMPANY, ) *et al.* ) | Case No. 15-10541 (BLS) |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS PURSUANT BANKRUPTCY RULES 2002(g) AND 9010**

NOTICE IS HEREBY GIVEN pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure that Jonathan S. Hawkins of Thompson Hine LLP appears as counsel for The Reynolds and Reynolds Company ("Reynolds"), creditor of the above-captioned Debtors ("Debtors") and a party-in-interest in this Chapter 11 case.

NOTICE IS FURTHER GIVEN that the Reynolds requests copies of all filed **pleadings** and all **notices** given or required to be given in the above-captioned Chapter 11 case (including, but not limited to, all notices filed and served in all adversary proceedings in such case). Reynolds requests that pleadings and notices be mailed to, given to, and served upon Jonathan S. Hawkins at the following address:

> Jonathan S. Hawkins, Esq.
> THOMPSON HINE LLP
> Austin Landing I
> 10050 Innovation Drive, Suite 400
> Miamisburg, OH 45342-4934
> 937.443.6860 (telephone)
> 937.443.6635 (facsimile)
> jonathan.hawkins@thompsonhine.com

NOTICE IS FURTHER GIVEN that the foregoing request includes not only pleadings and notices referred to in Bankruptcy Rule 2002, but also includes, without limitation, all other

notices and all other pleadings, such as orders, applications, motions, petitions, complaints, demands, or otherwise, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, CM/ECF, telephone, telegraph, telex, telecopy or otherwise, that affect the above-captioned Debtors, the property of such Debtors or the Debtors' estate.

*/s/ Jonathan S. Hawkins*
Jonathan S. Hawkins (0082860)
**THOMPSON HINE LLP**
Austin Landing I
10050 Innovation Drive, Suite 400
Miamisburg, OH 45342
937.443.6860 (telephone)
937.443.6635 (facsimile)
Jonathan.Hawkins@ThompsonHine.com

*Counsel for The Reynolds and Reynolds Company*

**CERTIFICATE OF SERVICE**

I certify that on April 17, 2015 a true and correct copy of the foregoing *Notice of Appearance* was served via the Court's Electronic Filing System on these entities and individuals who are listed on the Court's Electronic Mail notification list.

                                        */s/ Jonathan S. Hawkins*
                                        Jonathan S. Hawkins

821530.1