**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>THE STANDARD REGISTER COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Timothy R. Quinn, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On April 16, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served 1) in the manners set forth on Core/2002 Service List attached hereto as **Exhibit A**, 2) via First Class Mail on the Landlord Service List attached hereto as **Exhibit B**, 3) via First Class Mail on the UCC Lien Service List attached hereto as **Exhibit C**, and 4) via First Class Mail on the Bank Service List attached hereto as **Exhibit D**:

- Final Order (I) Authorizing Debtors in Possession to Obtain Postpetition Financing, (II) Granting Liens and Superpriority Claims to Postpetition Lenders, and (III) Providing Adequate Protection to Prepetition Credit Parties and Modifying Automatic Stay [Docket No. 290]

Dated: April 17, 2015

_____
Timothy R. Quinn

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on April 17, 2015, by Timothy R. Quinn, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

James Daloia
Notary Public, State of New York
No. 02DA6171472
Qualified in Suffolk County New York County
Commission Expires July 23, 2011 November 22, 2015

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

SRF 2408

2

# Exhibit A

SRF 2408

Exhibit A

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Georgia-Pacific Consumer Products LP | Alston & Bird LLP | Attn: David A. Wender, Jonathan T. Edwards<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta GA 30309-3424 | david.wender@alston.com<br>jonathan.edwards@alston.com | First Class Mail and Email |
| Counsel for the Treasurer of Arapahoe County | Arapahoe County Attorney | Attn: Robert Hill<br>5334 S. Prince Street<br>Littleton CO 80166 | rhill@arapahoegov.com<br>kmetzger@arapahoegov.com<br>wrossman@arapahoegov.com | First Class Mail and Email |
| Counsel for ML-AI 125 Wacker, LLC | Arnstein & Lehr LLP | Attn: Kevin H. Morse<br>120 S. Riverside Plaza, Suite 1200<br>Chicago IL 60606 | khmorse@arnstein.com | First Class Mail and Email |
| Counsel for Salesforce.com, Inc. | Ashby & Geddes, P.A. | Attn: Ricardo Palacio<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington DE 19899 | rpalacio@ashby-geddes.com | First Class Mail and Email |
| Administrative Agent under the Debtors' Amended and Restated Loan and Security Agreement | Bank of America, N.A. | James S. Rankin Jr., Parker, Hudson, Rainer & Dobbs LLP<br>1500 Marquis Two Tower<br>285 Peachtree Center Avenue NE<br>Atlanta GA 30303 | jrankin@phrd.com | First Class Mail and Email |
| Counsel for United Parcel Service, Inc. | Bialson, Bergen & Schwab | Attn: Lawrence M. Schwab, Kenneth T. Law<br>2600 El Camino Real<br>Suite 300<br>Palo Alto CA 94306 | Klaw@bbslaw.com | First Class Mail and Email |
| Counsel for Salesforce.com, Inc. | Bialson, Bergen & Schwab | Attn: Lawrence M. Schwab, Thomas M. Gaa<br>2600 El Camino Real<br>Suite 300<br>Palo Alto CA 94306 | Tgaa@bbslaw.com | First Class Mail and Email |
| Counsel for Volt Consulting Group, Ltd. | Blakeley LLP | Attn: Scott E. Blakeley<br>2 Park Plaza<br>Suite 400<br>Irvine CA 92614 | SEB@BlakeleyLLP.com | First Class Mail and Email |
| Counsel for Liberty Property Limited Partnership | Blank Rome LLP | Attn: Alan M. Root<br>1201 Market Street<br>Suite 800<br>Wilmington DE 19801 | Root@BlankRome.com | First Class Mail and Email |
| Counsel for Liberty Property Limited Partnership | Blank Rome LLP | Attn: John E. Lucian<br>One Logan Square<br>130 North 18th Street<br>Philadelphia PA 19103 | Lucian@BlankRome.com | First Class Mail and Email |
| Counsel for BMC Group, Inc | BMC Group, Inc | Attn T Feil<br>300 Continental Boulevard<br>#570<br>El Segundo CA 90245 | tfeil@bmcgroup.com | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for CareSource | Bricker & Eckler LLP | Attn: David M. Whittaker<br>100 South Third Street<br>Columbus OH 43215 | dwhittaker@bricker.com | First Class Mail and Email |
| Counsel for Saddle Creek Corporation | Carlton Fields Jorden Burt, P.A. | Attn: John J. Lamoureux<br>4221 West Boy Scout Boulevard, 10th Floor<br>PO Box 3239<br>Tampa FL 33601-3239 | jlamoureux@cfjblaw.com | First Class Mail and Email |
| Counsel for Flexcon, Inc. & Technicote, Inc. | Clark Hill PLC | Attn: Edward J. Kosmowski<br>824 N. Market Street<br>Suite 710<br>Wilmington DE 19801 | ekosmowski@clarkhill.com | First Class Mail and Email |
| Counsel for Flexcon, Inc. & Technicote, Inc. | Clark Hill PLC | Attn: Scott N. Schreiber<br>150 N. Michigan Avenue<br>Suite 2700<br>Chicago IL 60601 | sschreiber@clarkhill.com | First Class Mail and Email |
| Counsel for Flexcon, Inc. & Technicote, Inc. | Clark Hill PLC | Attn: Shannon L. Deeby<br>151 South Old Woodward Avenue<br>Suite 200<br>Birmingham MI 48009 | sdeeby@clarkhill.com | First Class Mail and Email |
| Counsel for Hewlett-Packard Company | Cole Schotz, P.C. | Attn: Michael D. Warner<br>301 Commerce Street<br>Ste. 1700<br>Fort Worth TX 76102 | mwarner@coleschotz.com | First Class Mail and Email |
| Counsel for Hewlett-Packard Company | Cole Schotz, P.C. | Attn: Patrick J. Reilley<br>500 Delaware Avenue<br>Suite 1410<br>Wilmington DE 19801 | preilley@coleschotz.com | First Class Mail and Email |
| Counsel for CareSource | Cross & Simon, LLC | Attn: Christopher P. Simon<br>1105 North Market Street | csimon@crosslaw.com | First Class Mail and Email |
| Delaware Attorney General | Delaware Attorney General | Attn Bankruptcy Dept<br>Carvel State Office Bldg<br>820 N French St 6th Fl<br>Wilmington DE 19801 | attorney.general@state.de.us | First Class Mail and Email |
| Delaware Division of Revenue | Delaware Division of Revenue | Zillah Frampton<br>820 N French St<br>Wilmington DE 19801 | FASNotify@state.de.us | First Class Mail and Email |
| Delaware Secretary of State | Delaware Secretary of State | Corporations Franchise Tax<br>PO Box 898<br>Dover DE 19903 | dosdoc_Ftax@state.de.us | First Class Mail and Email |
| Delaware State Treasury | Delaware State Treasury | Attn Bankruptcy Dept<br>820 Silver Lake Blvd Ste 100<br>Dover DE 19904 | statetreasurer@state.de.us | First Class Mail and Email |
| Counsel for Lazard Freres & Co. LLC; Lazard Middle Market, LLC | Dentons | Attn: Arthur H. Ruegger<br>1221 Avenue of the Americas<br>New York NY 10020 | arthur.ruegger@dentons.com | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Special Corporate Counsel to the Debtors | Dinsmore & Shohl LLP | Christopher A. Deabler<br>255 East Fifth Street<br>Suite 1900<br>Cincinnati OH 45202 | christopher.deabler@dinsmore.com | First Class Mail and Email |
| Counsel for Appvion, Inc. | Duane Morris LLP | Attn: Jarret P. Hitchings<br>222 Delaware Avenue<br>Suite 1600<br>Wilmington DE 19801 | JPHitchings@duanemorris.com | First Class Mail and Email |
| Counsel for Appvion, Inc. | Duane Morris LLP | Attn: Jeffrey W. Spear<br>1540 Broadway<br>New York NY 10036 | JWSpear@duanemorris.com | First Class Mail and Email |
| Counsel for LRP&P Graphics | Earp Cohn, P.C. | Attn: Richard M. Schlaifer<br>20 Brace Road<br>4th Floor<br>Cherry Hill NJ 08034-0000 | rsclaifer@earpcohn.com | First Class Mail and Email |
| Environmental Protection Agency - Region 3 | Environmental Protection Agency | Attn Bankruptcy Dept<br>1650 Arch Street<br>Philadelphia PA 19103-2029 | r3public@epa.gov | First Class Mail and Email |
| Counsel for Canon Financial Services | Fleischer, Fleischer & Suglia | Attn: Nicola G. Suglia, Allison L. Domowitch<br>Plaza 1000 at Main Street<br>Suite 208<br>Voorhees NJ 08043- | consult@fleischerlaw.com | First Class Mail and Email |
| Counsel for Avery Dennison | Frantz Ward LLP | Attn: Timothy J. Richards, John F. Kostelnik<br>200 Public Square<br>Suite 3000<br>Cleveland OH 44114 | trichards@frantzward.com<br>jkostelnik@frantzward.com | First Class Mail and Email |
| Counsel for The Realty Associates Fund IX | Friedlander Misler, PLLC | Attn: Robert E. Greenburg, Thomas F. Murphy, Lindsay A. Thompson<br>5335 Wisconsin Avenue, NW<br>Suite 600<br>Washington DC 20015 | rgreenberg@dclawfirm.com<br>tmurphy@dclawfirm.com<br>lathompson@dclawfirm.com | First Class Mail and Email |
| Committee Member | Gary Becker | 666 Barclay Lane<br>Broomall PA 19008 | | First Class Mail |
| Committee Member | Georgia Pacific Corp | Emily O. Valladares<br>133 Peachtree Street, NE<br>Atlanta GA 30303 | Emily.Valladares@gapac.com | First Class Mail and Email |
| Counsel for DG3 Croup America, Inc. | Gibbons P.C. | Attn: Mark B. Conlan<br>One Gateway Center<br>Newark NJ 07102-5310 | mconlan@gibbonslaw.com | First Class Mail and Email |
| Counsel for DG3 Croup America, Inc. | Gibbons P.C. | Attn: Natasha M. Songonuga<br>1000 N. West Street<br>Suite 1200<br>Wilmington DE 19801-1058 | nsongonuga@gibbonslaw.com | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Bell & Howell Company and BBH Financial Services | Golan & Christie LLP | Attn: Barbara L. Yong, Caren A. Lederer<br>70 W. Madison Street<br>Suite 1500<br>Chicago IL 60602 | blyong@golanchristie.com<br>calederer@golanchristie.com | First Class Mail and Email |
| Counsel for United Radio, Inc. dba BlueStar | Graydon Head & Ritchey LLP | Attn: J. Michael Debbeler<br>1900 Fifth Third Center<br>511 Walnut Street<br>Cincinnati OH 45202 | mdebbeler@graydon.com | First Class Mail and Email |
| Counsel for The Envelope Printery | Iannotti & Associates PLC | Attn: Daniel V. Iannotti<br>1475 Club Drive<br>Bloomfield Hills MI 48302 | Dan@TheGeneralCounsel.com | First Class Mail and Email |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market St<br>Mail Stop 5 Q30 133<br>Philadelphia PA 19104-5016 | | First Class Mail |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia PA 19101-7346 | | First Class Mail |
| Counsel for Computer Sciences Corporation | LeClairRyan | Attn: Andrew L. Cole<br>180 Admiral Cochrane Drive<br>Suite 370<br>Annapolis MD 21401 | andrew.cole@leclairryan.com | First Class Mail and Email |
| Counsel for Dallas County | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas TX 75207 | dallas.bankruptcy@publicans.com | First Class Mail and Email |
| Counsel for Cypress-Fairbanks ISD, Washington County & Harris County | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman<br>PO Box 3064<br>Houston TX 77253-3064 | houston_bankruptcy@lgbs.com | First Class Mail and Email |
| Counsel for the Official Committee of Unsecured Creditors | Lowenstein Sandler LLP | Attn: Gerald C. Bender<br>1251 Avenue of the Americas<br>New York NY 10020 | | First Class Mail |
| Counsel for the Official Committee of Unsecured Creditors | Lowenstein Sandler LLP | Attn: Kenneth A. Rosen, Sharon L. Levine<br>65 Livingston Avenue<br>Roseland NJ 07068-0000 | | First Class Mail |
| Committee Member | Mark Platt | 5048 James Hill Road<br>Kettering OH 45429 | | First Class Mail |
| Counsel for CIT Group/Equipment Financing, Inc. | McCarter & English LLP | Attn: Katharine L. Mayer<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington DE 19801 | kmayer@mccarter.com | First Class Mail and Email |

**Exhibit A**
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for CIT Group/Equipment Financing, Inc. | McCarter & English LLP | Attn: Lisa Bonsall<br>Four Gateway Center<br>100 Mulberry Street<br>Newark NJ 07102-0000 | lbonsall@mccarter.com | First Class Mail and Email |
| Counsel for PacerPro, Inc. | McGrane LLP | Attn: Gavin McGrane<br>Four Embarcadero Center<br>Suite 1400<br>San Francisco CA 94111 | gavin.mcgrane@mcgranellp.com | First Class Mail and Email |
| Counsel for Cenveo Corporation | Minkin & Harnisch PLLC | Attn: Ethan B. Minkin, Andrew A. Harnisch<br>6515 N. 12th Street<br>Suite B<br>Phoenix AZ 85014 | ethan@mhlawaz.com<br>andy@mhlawaz.com | First Class Mail and Email |
| Counsel for the Missouri Department of Revenue | Missouri Department of Revenue | Attn: Sheryl L. Moreau<br>301 W. High Street, Room 670<br>PO Box 475<br>Jefferson City MO 65105-0475 | | First Class Mail |
| Counsel for Georgia-Pacific Consumer Products LP | Morris James LLP | Attn: Jeffrey R. Waxman<br>500 Delaware Avenue<br>Suite 1500<br>Wilmington DE 19801-1494 | jwaxman@morrisjames.com | First Class Mail and Email |
| Counsel for the Commissioner of the New York State Department of Taxation and Finance by and through Amanda Hiller, Deputy Commissioner and Counsel | New York State Department of Taxation and Finance | Attn: Robert L. Cook, District Tax Attorney, Office of Counsel<br>340 East Main St.<br>Rochester NY 14604 | Robert.Cook@tax.ny.gov | First Class Mail and Email |
| United States Trustee District of Delaware | Office of the United States Trustee | Mark Kinney<br>844 King St Ste 2207<br>Wilmington DE 19801 | mark.kenney@usdoj.gov | First Class Mail and Email |
| Counsel for the Oklahoma County Treasurer | Oklahoma County Treasurer | Attn: Gretchen Crawford - Assistant District Attorney<br>320 Robert S. Kerr<br>Room 505<br>Oklahoma City OK 73102 | grecra@oklahomacounty.org | First Class Mail and Email |
| Counsel for Unilever | Parker Ibrahim & Berg LLC | Attn: Joseph H. Lemkin<br>270 Davidson Avenue<br>Somerset NJ 08873-0000 | joseph.lemkin@piblaw.com | First Class Mail and Email |
| Counsel for Bank of America, N.A. | Parker, Hudson, Rainer & Dobbs LLP | Attn: C. Edward Dobbs, James S. Rankin, Jr., Jack C. Basham, Jr., Joshua J. Lewis<br>1500 Marquis Two Tower<br>285 Peachtree Center Avenue, NE<br>Atlanta GA 30303 | ced@phrd.com<br>jsr@phrd.com<br>jcb@phrd.com<br>jjl@phrd.com | First Class Mail and Email |
| Committee Member | PBGC | Attn Jack Butler<br>1200 K Street NW<br>Washington DC 20005-4026 | Morgan.Courtney@pbgc.gov | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for the Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Courtney L. Morgan<br>Office of the Chief Counsel<br>1200 K Street NW<br>Washington DC 20005-4026 | morgan.courtney@pbgc.gov<br>efile@pbgc.gov | First Class Mail and Email |
| Delaware Bankruptcy Counsel to the Official Committee of Unsecured Creditors | Polsinelli PC | Attn: Christopher A. Ward, Justin K. Edelson, Shanti M. Katona<br>222 Delaware Avenue<br>Suite 1101<br>Wilmington DE 19801 | cward@polsinelli.com<br>skatona@polsinelli.com<br>jedelson@polsinelli.com | First Class Mail and Email |
| Counsel for The Bank of New York Mellon | Reed Smith LLP | Attn: Amy M. Tonti<br>Reed Smith Centre<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh PA 15230-2009 | atonti@reedsmith.com | First Class Mail and Email |
| Counsel for The Bank of New York Mellon | Reed Smith LLP | Attn: J. Cory Falgowski<br>1201 N. Market Street<br>Suite 1500<br>Wilmington DE 19801 | jfalgowski@reedsmith.com | First Class Mail and Email |
| Counsel for Nev's Ink, Inc. | Reinhart Boerner Van Deuren | Attn: Katherine M. O'Malley, Michael D. Jankowski<br>1000 North Water Street, Suite 1700<br>PO Box 2965<br>Milwaukee WI 53201-2965 | komalley@reinhartlaw.com<br>mjankowski@reinhartlaw.com | First Class Mail and Email |
| Counsel for PJ Printers | Richard S. Price, II | 1235 N. Harbor Blvd<br>Suite 200<br>Fullerton CA 92832-1349 | rspriceii@aol.com | First Class Mail and Email |
| Counsel for Bank of America, N.A. | Richards, Layton & Finger, P.A. | Attn: Mark D. Collins, Tyler D. Semmelman<br>One Rodney Square<br>920 North King Street<br>Wilmington DE 19801 | collins@rlf.com<br>semmelman@rlf.com | First Class Mail and Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury<br>100 F St NE<br>Washington DC 20549 | NYROBankruptcy@SEC.GOV | First Class Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn Bankruptcy Dept<br>Brookfield Place<br>200 Vesey Street Ste 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov<br>NYROBankruptcy@SEC.GOV | First Class Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn Bankruptcy Dept<br>One Penn Center<br>1617 JFK Blvd Ste 520<br>Philadelphia PA 19103 | NYROBankruptcy@SEC.GOV | First Class Mail and Email |
| Administrative Agent under Debtors' First Lein Credit Agreement and Second Lein Credit Agreement | Silver Point Finance, LLC | Ron Meisler<br>Chris Dressel c/o Skadden Arps<br>155 N. Wacker Drive<br>Chicago IL 60606 | ron.meisler@skadden.com<br>christopher.dressel@skadden.com | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for ColFin Cobalt I-II Owner, LLC and ColFin Cobalt III Owner, LLC | Singer & Levick, P.C. | Attn: Michelle E. Shriro<br>16200 Addison Road<br>Suite 1400<br>Addison TX 75001 | mshriro@singerlevick.com | First Class Mail and Email |
| Counsel for Silver Point Finance, LLC and Standard Acquistion Holdings, LLC | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Ron E. Meisler Carl T. Tullson Christopher M. Dresel<br>155 North Wacker Drive<br>Suite 2700<br>Chicago IL 60606-1720 | ron.meisler@skadden.com<br>carl.tullson@skadden.com<br>christopher.dressel@skadden.com | First Class Mail and Email |
| Counsel for Silver Point Finance, LLC and Standard Acquistion Holdings, LLC | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Sarah E. Pierce<br>One Rodney Square<br>P.O. Box 636<br>Wilmington DE 19899-0636 | sarah.pierce@skadden.com | First Class Mail and Email |
| Attorneys for the Texas Comptroller of Public Accounts | Texas Comptroller of Public Accounts | Attn: Jay W. Hurst - Assistant Attorney General<br>Bankruptcy & Collections Division MC 008<br>P.O. Box 12548<br>Austin TX 78711-2548 | Jay.Hurst@texasattorneygeneral.gov | First Class Mail and Email |
| Committee Member | The Flesh Company | Attn: Gerard Winterbottom<br>2118 59th St.<br>St Louis MO 63110 | | First Class Mail |
| Counsel for Timothy Webb | The Rosner Law Group LLC | Attn: Frederick B. Rosner, Jula B. Klein<br>824 Market Street<br>Suite 810<br>Wilmington DE 19801 | rosner@teamrosner.com<br>klein@teamrosner.com | First Class Mail and Email |
| Committee Member | Timothy Webb | 4906 E. Desert Fairways Dr.<br>Paradise Valley AZ 85253 | | First Class Mail |
| US Attorney for the District of Delaware | US Attorney for Delaware | Charles Oberly c/o Ellen Slights<br>1007 Orange St Ste 700<br>PO Box 2046<br>Wilmington DE 19899-2046 | usade.ecfbankruptcy@usdoj.gov | First Class Mail and Email |
| Committee Member | Veritiv Corporation | Attn: James Salvadori<br>850 N. Arlington Heights Rd<br>Itasca IL 60143 | | First Class Mail |

**Exhibit B**

SRF 2408

**Exhibit B**

Exhibit B
Landlord Service List
Served via First Class Mail

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| 100-200 CCC, Inc | David Cohen, Prop Mgr; Marian Galbraith, Acctg | 1060 N. King Highway | Suite 250 | Cherry Hill | NJ | 08034 | |
| 1040 Ave of the Americas LLC | Matteh T. Leon | 13-15 West 54th Street 1st flo | | New York | NY | 10019 | |
| 21 Parker Drive, LLC | Ted Parker, Landlord | 21 Parker Drive | | Avon | MA | 02322-0000 | |
| 30 P-Park LLC @ 30 Perimeter Drive: | Rocky Coffman, Landlord | 11 Perimeter Center Place | Suite 100 | Atlanta | GA | 30346 | |
| 55 Broadway Associates, LLC | Chavonne Howell, Tenant Services Coordinator | Harbor Group Management Compan | 55 Broadway, Suite 205 | New York | NY | 10006 | |
| 588 Associates, LP | Becky Stillman, Property Manager | G&E Real Estate Management Services Inc | d/b/a Newmark Grubb Knight Frank, 880E Swedesford Road, Suite 100 | Wayne | PA | 19087 | |
| A&B Properties Inc, 822 Bishop | Nicole Taylor, Property Manager | Colliers International | 220 South King Street Suite 1800 | Honolulu | HI | 96813 | |
| Alan D Palmer | Alan Palmer | 5576 Dorset St | | Shelburne | VT | 05482 | |
| American Heart Association | Herman Taylor | 7272 Greenville Avenue | | Dallas | TX | 23514-3037 | |
| Beavercreek Corp Apt @ 2651 Saffron Lane | The Promenade at Beavercreek | Lindsay Dilday, Assistant Property Manager | 4026 Promenade Boulevard | Beavercreek | OH | 45431 | |
| Blue Water Road LLC | Karen Hoffman | 4590 Scott Trail, Ste 103 | | Eagan | MN | 55122 | |
| Blumenfeld | Frank Family Blumenfeld, LTD | 5100 San Felipe | #163E | Houston | TX | 77056 | |
| BRE/COS 1 LLC | Michelle Vaughn - Property Manager, or Pam Padget (Accounting) | Lincoln Property Company | 2500 Northwinds Parkway, Suite 160 | Alpharetta | GA | 30009 | |
| BRE/Industrial Portfolio Holdings LLC | John Fiore, Real Estate Manager/Property Manager; Jana Polte, Assistant Real Estate Manager | CBRE Inc, as agent for BRE/FL | 101 E Kennedy Boulevard, Suite 1500 | Tampa | FL | 33602 | |
| Brookwood Four Points Investor | Virginia Repoll | c/o Hill Properties | 7825 Fay Avenue, Suite 340 | La Jolla | CA | 92037 | |
| Burt Jordan Realtors | Burt Jordan or Betty Campbell | PO Box 742 | | Darlington | SC | 29540 | |
| BWC Exchangepoint LLC | Cindy Noory | c/o Solon Gershman Inc. | 13545 Barrett Parkway, Suite 102 | St. Louis | MO | 63021 | |
| C.K. Enterprises of Watseka, I | Jennifer L. Dixon, its Secretary | 1858 E 1870 North Road | | Watseka | IL | 60970 | |
| Carlsen Investment, LLC | Anna Ross, Property Manager | Juno Commercial Real Estate, I | 3604 Fair Oaks Boulevard, Suite 180 | Sacramento | CA | 95864 | |
| Chipman Miles | Shelly N. Roy, Property Manager | Oliver and Company, Inc. | 1300 South 51st Street | Richmond | CA | 94804 | |
| CIR III-1 Reit | Will (William) Mura, Director of Property Management | Block Hawley Commercial Real Estate Services | 16253 Swingley Ridge Rd, Suite 150 | Chesterfield | MO | 63017 | |
| ColFin Cobalt Industrial REIT II | Aleshia Lane, Associate Director, Jordan Wright, Real Estate Services Administrator (Asset Services) | Attn: Asset Manager | 5605 N MacArthur Blvd, Suite 350 | Irving | TX | 75038 | |
| Commodore Drive, LP | Jim Swanson, Property Manager | Swanson Holdings LLC | 4520 Keller Hicks Rd, Suite 106 | Ft Worth | TX | 76244 | |
| CRA-CAR, LLC | Fred Carmichael, Its Member Duly Authorized | 235 Hartford Turnpike | | Tolland | CT | 06084-0000 | |
| CRP-2 Holdings, AA, LP | Michael Mulligan, Property Manager | Colliers International Asset & | 1333 Butterfield Road, Suite 100 | Downers Grove | IL | 60515 | |
| Duetsche Bank Mexico SA Instit | Mario M | American Industries, Duetsche | Ave. Washington #3701. Edif. 18, Parque Industrial | 31200 Chihuahua, Chihuahua | MX | | Mexico |
| Exeter 700 Patrol, LLC | Doug Randol, Property Manager | Attn: Doug Randol, Property Manager | 541 Industry Rd | Louisville | KY | 40208 | |
| Fairview Plaza JLC LLC | Kathy Thompson, Property Manager | American Asset Corporation | 5950 Fairview Road, Suite 18 | Charlotte | NC | 28210 | |
| First National Bank Alaska | Steve Thorn, Lease & Contract Manager | 1821 Gambell Street | | Anchorage | AK | 99501 | |
| Flexible Office Solutions, LLC | Jennifer DAvignon | 1518 Willow Lawn Drive | | Richmond | VA | 23230 | |
| FSBT, Inc (First State Bank Pr | Melissa Davis | c/o The Charter Group | 3000 S 31st #500 | Temple | TX | 76502 | |

In re The Standard Register Company, *et al.*
Case No. 15-10541

Page 1 of 3

Exhibit B
Landlord Service List
Served via First Class Mail

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| GCCFC 2005-GG5 1255 Terminus I | Deborah Warren, Property Manager | Transwestern Commercial Servic | 200 Galleria Pkwy, Suite 300 | Atlanta | GA | 30339 | |
| Harris Bank | Evangelos D. Axarlis, AVP Strategis Sourcing | BMO Harris Bank N.A. | Commodity Sourcing & Supplier Management, 111 W. Monroe St. | Chicago | IL | 60603 | |
| HART NJ8A-I LLC | Karen A Hromin, RPA, Portfolio Manager | c/o Cushman & Wakefield of NJ Inc | One Meadowlands Plaza, 7th Floor | East Rugherford | NJ | 07073 | |
| Hillcrest Real Estate Development Co LLC | Eric Pewthers, Vice President | 1145 S Utica Avenue, Suite G-00 | | Tulsa | OK | 74104 | |
| Inversiones Chevere, S.E. | Diego Chevere | Metro Office park | 7 Call 1, Suite 204 | Guaynabo | PR | 00968-0000 | |
| Kyrene 919280, LLC | Lance Clodfelter, Property Manager | Wilson Property Services, Inc. | 8120 East Cactus Road, Suite 300 | Scottsdale | AZ | 85260 | |
| Liberty Property Trust | Lindsay Janek - PM Liberty Prop. Trust | 8827 N Sam Houston Parkway Wes | | Houston | TX | 77064 | |
| LSOP 3 MD 2, LLC | Andrew Ingalls, Senior Property Manager | c/o Mackenzie Mgmt Company | 2328 W. Joppa Road, Suite 200 | Lutherville | MD | 21093 | |
| MCI CIF LLC | Jay Brownlow | c/o Mallard Creek Investors LL | 200 S Tryon Street, Suite 520 | Charlotte | NC | 28202 | |
| ML-AI 125 Wacker LLC | Mason Taylor, Vice President & General Manager | C/O Jones Lang LaSalle America | 125 South Wacker Drive, Ste 210 | Chicago | IL | 60606 | |
| MPC Holdings, LLC | John Canova, Manager of Properties, MPC | Metropo;litan Nashville Airpor | One Terminal Drive, Suite 501 | Nashville | TN | 37214 | |
| Naifco Realty | Gerry Gamble | dba Meridian Business Park. | PO BOX 269015 | Oklahoma City | OK | 73126-9015 | |
| Ninth 209, LLC | Scott Glover | 834 Ridge Avenue | | Pittsburgh | PA | 15212 | |
| One Telcom, LLC | Daniel Gentile | PO Box 2316 | | Orland Park | IL | 60467 | |
| Owen Properties | C. Reeco Owen Jr. | 3327 Pontchartrain Drive | Suite 101 | Slidell | LA | 70458 | |
| Pacific Realty Associates, | Matt Krueger | 15350 SW Sequoia Parkway | Suite 300 | Portland | OR | 97224 | |
| Paragano Holdings, LLC | Victor Kelly, Executive Vice President, Commercial | Larken Associates | 390 Amwell Road, Building 5, Suite 507 | Hillsborough | NJ | 08844-0000 | |
| Pattillo Foundation | John C. Drake, Director of Leasing & Development | Patillo Insustrial Real Estate | 5830 East Ponce de Leon Avenue | Stone Mountain | GA | 30083 | |
| Peachtree II and III, | Chris Brown | c/o CBRE, Inc. | 3550 Engineering Drive, Suite 250 | Peachtree Corners | GA | 30092 | |
| Princetons Properties Inc | Tom Pappas | Shekley | One Sheakley Way | Cincinnati | OH | 45246 | |
| ProLogis | Celeste Kotick | 3765 Interchange Road | | Columbus | OH | 43204 | |
| ProLogis Trust | Attn: Errica Stokes | 3475 Piedmont Road | Suite 650 | Atlanta | GA | 30305 | |
| ProLogis Trust | Erica Bloom | 3621 S Harbor Blvd | Suite 110 | Santa Anna | CA | 92704 | |
| ProLogis Trust | Attn: Errica Stokes | 3475 Piedmont Road | Suite 650 | Atlanta | GA | 30305 | |
| PS Business Parks | Ursula Heenan | 2525 152nd Avenue NE | | Redmond | WA | 98052 | |
| Rita Blumenfeld | Frank Family Blumenfeld, LTD | 5100 San Felipe | #163E | Houston | TX | 77056 | |
| Robert J. DiLeonardo | Robert J. DiLeonardo / Barbara Imondi | 2348 Post Road | | Warwick | RI | 02886 | |
| Sandusky Investments LTD dba S | Charles Ulrey | Bruns Building and Development | 1429 Cranberry Rd | St Henry | OH | 45883 | |
| Stonegate Partners I, LLC | Denise Bloom, Property Manager | CAM , Inc. | 1525 Corporate Woods Parkway, Suite 100 | Uniontown | OH | 44658 | |
| Sublease - Czarnowski Display | Scott Levitt | 2287 South Blue Island Avenue | | Chicago | IL | 60608 | |
| TAK Realty and Investment, LLC | Komal (accounting/billing) | 60 Walnut Ave. Suite 400 | | Clark | NJ | 07066 | |
| Tel-Bingham Associates | Tracey Das | Core Partners | 30100 Telegraph Road, Suite 366 | Bingham Farms | MI | 48025 | |
| The Arbor, LLC | Jim Brannock | 8500 Mehaffey Road | | Midland | GA | 31820 | |
| The Paragon, LP | Christiana Fox, Property Manager | Westside Investment Partners, | 7100 E Belleview Avenue, Suite 350 | Greenwood Village | CO | 80111 | |
| The Realty Associates Fund IX | Attn: Ms Sam Ajanaku | c/o Lincoln Property Company | 67 South Bedford Street | Burlington | MA | 01803 | |
| The Realty Associates Fund IX | Attn: Ms Sam Ajanaku | c/o Lincoln Property Company | 67 South Bedford Street | Burlington | MA | 01803 | |

In re The Standard Register Company, *et al.*
Case No. 15-10541

Exhibit B
Landlord Service List
Served via First Class Mail

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| The Realty Associates Fund IX, | Ms. Sam Ajanaku | c/o Lincoln Property Company | 67 South Bedford Street | Burlington | MA | 01803 | |
| TR Crownpointe Corp | Attn:  Margie Scott, Property Manager | Colliers International | 622 E Washington Street, Suite 300 | Orlando | FL | 32801 | |
| TR Crownpointe Corp | Attn:  Margie Scott, Property Manager | Colliers International | 622 E Washington Street, Suite 300 | Orlando | FL | 32801 | |
| TR Crownpointe Corp. | Margie Scott, Property Manager | Colliers International | 622 E Washington Street, Suite 300 | Orlando | FL | 32801 | |
| Trafalgar Investments LLC | Elisa Owsley, VP Property Management | Newmark Grubb Memphis | 555 Perkins Ext, Suite 410 | Memphis | TN | 38117 | |
| Trotter Holdings LLC dba | Cathy Johnson | Bridlewood Executive Suites | 204 Muirs Chapel Road, Suite 100 | Greensboro | NC | 27410 | |
| Twenty Park Plaza, LLC | Lisa M. Saunders, Senior Vice Prsident, Director o | The D.L. Saunders Real Estate | 20 Park Plaza | Boston | MA | 02116-0000 | |
| Valley Freeway Corporate Park, | Michelle Harrington, Assistant Property Manager | Northwest Building LLC | 801 Second Avenue, Suite 1300 | Seattle | WA | 98104 | |
| West Willows Amherst Portfolio | Marissa Tarapat, Lease Administrator -Rob, Maint Mgr -Dave Schiller & Ben Schiller, negotiate lease | c/o Property Management Associates of WNY Inc | 403 Main Street Suite 628 | Buffalo | NY | 14203 | |
| Westboro Two LLC | Kevin Bousquite, Sr Property Manager or Lucinda R. Cleary | Carruth Capital LLC | 116 Flanders Road, Suite 2000 | Westborough | MA | 01581-0000 | |
| Windmill 1, c/o Double Nickel | Paul Piper/Kelli Piper | 185 Wild Willow Drive | | Francis | UT | 84036 | |

In re The Standard Register Company, et al.
Case No. 15-10541

Page 3 of 3

**Exhibit C**

SRF 2408

Exhibit C
UCC Lien Service List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| BANK OF AMERICA, N.A., AS AGENT | 100 FRONT ST | | WORCESTER | MA | 01608-1425 |
| BANK OF AMERICA, N.A., AS AGENT | 13341 NEWPORT AVE | 15621 RED HILL AVE # 20 | TUSTIN | CA | 92780-3421 |
| BANK OF AMERICA, N.A., AS AGENT | 200 N COLLEGE ST | | CHARLOTTE | NC | 28255-0001 |
| BANK OF AMERICA, N.A., AS AGENT | 200 N COLLEGE ST NC10040515 | | CHARLOTTE | NC | 28255-0001 |
| BANK OF AMERICA, N.A., AS AGENT | 3523 S LANCASTER RD | | DALLAS | TX | 75216-5626 |
| BANK OF AMERICA, N.A., AS AGENT | 4804 DEER LAKE DR EAST | | JACKSONVILLE | FL | 32246-6484 |
| BANK OF AMERICA, N.A., AS AGENT | AP NC1002181SUPPLIES | 127 N TRYON ST  2ND FL | CHARLOTTE | NC | 28255-0001 |
| BANK OF AMERICA, N.A., AS AGENT | ELECTRONIC COMMERCE | 200 N COLLEGE ST | CHARLOTTE | NC | 28255-0001 |
| BANK OF AMERICA, N.A., AS AGENT | HEALTH SAVINGS FULFILLMENT | 525 N TRYON ST | CHARLOTTE | NC | 28255-0001 |
| BANK OF AMERICA, N.A., AS AGENT | NC1 022 04 24 | 201 N TRYON ST | CHARLOTTE | NC | 28255-0001 |
| CANON SOLUTIONS AMERICA, INC. | CANON BUSINESS PROCESS SVCS | 460 W 34TH ST | NEW YORK | NY | 10001-2320 |
| CISCO SYSTEMS CAPITAL CORPORATION | PO BOX 641570 | | SAN JOSE | CA | 95164-1570 |
| CIT FINANCE LLC | 1 CIT DRIVE | | LIVINGSTON | NJ | 07039 |
| CIT TECHNOLOGIES CORPORATION D/B/A CIT SYSTEMS LEASING | 1 CIT DRIVE | | LIVINGSTON | NJ | 07039 |
| CROWN CREDIT COMPANY | PO BOX 640352 | | CINCINNATI | OH | 45264-0352 |
| DAINIPPON SCREEN GRAPHICS (USA), LLC | 5110 TOLLVIEW DRIVE | | ROLLING MEADOWS | IL | 60008 |

In re The Standard Register Company, *et al.*
Case No. 15-10541

Page 1 of 3

Exhibit C
UCC Lien Service List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| DELL FINANCIAL SERVICES, L.P. | PO BOX 81577 | | AUSTIN | TX | 78708-1577 |
| E. I. DUPONT DE NEMOURS AND COMPANY | 1007 MARKET STREET | | WILMINGTON | DE | 19898 |
| FUJIFILM | DEPT AT 952142 | | ATLANTA | GA | 31192-2142 |
| FUJIFILM | DEPT CH 10764 | | PALATINE | IL | 60055-0764 |
| FUJIFILM | DEPT LA 22221 | | PASADENA | CA | 91185-2221 |
| FUJIFILM | P O BOX 200308 | | PITTSBURGH | PA | 15251-0308 |
| FUJIFILM NORTH AMERICA CORPORATION | DEPT AT 952142 | | ATLANTA | GA | 31192-2142 |
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP | 133 PEACHTREE ST | | ATLANTA | GA | 30303-1804 |
| HAROLD M. PITMAN COMPANY | 611 RIVER DRIVE | CENTER 3 | ELMWOOD PARK | NJ | 07407 |
| HEWLETT-PACKARD FINANCIAL SERVICES COMPANY | PO BOX 402582 | | ATLANTA | GA | 30384-2582 |
| NORTHSTAR RECYCLING COMPANY, INC. | 94 MAPLE STREET | | EAST LONGMEADOW | MA | 01028 |
| NORTHSTAR RECYCLING GROUP, INC. | 94 MAPLE STREET | | EAST LONGMEADOW | MA | 01028 |
| OCE FINANCIAL SERVICES, INC. | 13824 COLLECTIONS CENTER DR | | CHICAGO | IL | 60693 |
| OCE NORTH AMERICA, INC. | 100 Oakview Drive | | Trumbull | CT | 06611 |
| RAYMOND LEASING CORPORATION | PO BOX 301590 | | DALLAS | TX | 75303-1590 |
| SILVER POINT FINANCE, LLC, AS FIRST LIEN ADMINISTRATIVE AGENT | 2 GREENWICH PLAZA | | GREENWICH | CT | 06830 |
| SILVER POINT FINANCE, LLC, AS SECOND LIEN ADMINISTRATIVE AGENT | 2 GREENWICH PLAZA | | GREENWICH | CT | 06830 |

In re The Standard Register Company, *et al.*
Case No. 15-10541

Exhibit C
UCC Lien Service List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| SOFTWARE PROFESSIONALS, INC. | PO BOX 952121 | | DALLAS | TX | 75395-2121 |
| TILT-LOCK INC | 12070 43RD STREET NE | | ST.MICHAEL | MN | 55376 |
| XEROX CORPORATION | PO BOX 650361 | | DALLAS | TX | 75265-0361 |
| XEROX CORPORATION | PO BOX 7405 | | PASADENA | CA | 91109-7405 |
| XEROX CORPORATION | PO BOX 802555 | | CHICAGO | IL | 60680-2555 |
| XEROX CORPORATION | PO BOX 827598 | | PHILADELPHIA | PA | 19182-7598 |
| XEROX CORPORATION | PO BOX 829166 | | PHILADELPHIA | PA | 19182 |
| XEROX CORPORATION | XEROX OFFICE GROUP | 25720 NETWORK PLACE | CHICAGO | IL | 60673 |

**Exhibit D**

SRF 2408

Exhibit D
Bank Service List
Served via First Class Mail

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| Banamex | Alberto Montemayor | Calzada del Valle 350 | | Garza Garcia | N.L. | 66220 | Mexico |
| Bank of America, Georgia | Stephen L. Burch, CTP | 312 Walnut Street | | Cincinnati | OH | 45202 | |
| Fifth Third Bank (Western Ohio) | Christa Jessee | 38 Fountain Square Plaza | | Cincinnati | OH | 45263 | |
| First Citizens Bank | Raymond Shrader | 3300 Cumberland Blvd. | Ste 100 | Atlanta | GA | 30339 | |
| Key Bank | Lynn Parker Barclay | 303 Broadway St. | Suite 1700 | Cincinnati | OH | 45202-4253 | |
| PNC | Dave Ruther | 201 E. 5th Street | | Cincinnati | OH | 45201 | |
| Royal Bank of Canada | Lynn Parker Barclay | 303 Broadway St. | Suite 1700 | Cincinnati | OH | 45202-4253 | |
| Santander Bank | Attn General Counsel | Mail Code: 10-421-CR1 | PO Box 12646 | Reading | PA | 19612 | |

In re The Standard Register Company, *et al.*
Case No. 15-10541