## Exhibit B

**Key Employee Incentive Plan – Summary**

**(FILED UNDER SEAL)**