## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | **Hearing Date: May 12, 2015 at 10:00 a.m. (ET)**<br>**Obj. Deadline: May 4, 2015 at 4:00 p.m. (ET)** |

## NOTICE OF MOTION

TO:    (I) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF
       DELAWARE; (II) PROPOSED COUNSEL TO THE COMMITTEE; (III) COUNSEL
       FOR SILVER POINT FINANCE, LLC, IN ITS CAPACITY AS ADMINISTRATIVE
       AGENT UNDER THE DEBTORS' FIRST LIEN CREDIT AGREEMENT AND
       SECOND LIEN CREDIT AGREEMENT; (IV) COUNSEL FOR BANK OF AMERICA,
       N.A., IN ITS CAPACITY AS ADMINISTRATIVE AGENT UNDER THE DEBTORS'
       AMENDED AND RESTATED LOAN AND SECURITY AGREEMENT;
       (V) COUNSEL TO THE AGENTS UNDER THE DEBTORS' DEBTOR-IN-
       POSSESSION FINANCING FACILITY; AND (VI) ALL PARTIES THAT HAVE
       FILED A NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS
       PURSUANT TO BANKRUPTCY RULE 2002.

   PLEASE TAKE NOTICE that The Standard Register Company and its affiliated
debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the
"Debtors") have filed the attached **Debtors' Motion for Entry of an Order, Pursuant to
Section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018 and Local Rule 9018-1(b),
Authorizing the Debtors to File a Summary of Their Key Employee Incentive Plan,
Including the Exhibits Attached Thereto, Under Seal and (II) Directing Parties to Redact
Confidential Information** (the "Motion") with the United States Bankruptcy Court for the
District of Delaware (the "Court").

   PLEASE TAKE FURTHER NOTICE that any objections to the relief requested
in the Motion must be filed on or before **May 4, 2015 at 4:00 p.m. (ET)** (the "Objection
Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  The
Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register
Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard
Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register
Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard
Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001).  The
headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

N. Market Street, Wilmington, Delaware 19801.  At the same time, you must serve a copy of any objection upon the undersigned counsel to the Debtors so as to be received on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE THAT A HEARING TO CONSIDER THE MOTION WILL BE HELD ON **MAY 12, 2015 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE BRENDAN L. SHANNON, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM #1, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

*[Signature Page Follows]*

Dated:   April 19, 2015
         Wilmington, Delaware

*/s/ Andrew L. Magaziner*
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Maris J. Kandestin (No. 5294)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
mnestor@ycst.com
kcoyle@ycst.com
mkandestin@ycst.com
amagaziner@ycst.com

-and-

Michael A. Rosenthal (NY No. 4697561)
Robert A. Klyman (CA No. 142723)
Samuel A. Newman (CA No. 217042)
Jeremy L. Graves (CO No. 45522)
Sabina Jacobs (CA No. 274829)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-1512
Telephone:  (213) 229-7000
Facsimile:  (213) 229-7520
mrosenthal@gibsondunn.com
rklyman@gibsondunn.com
snewman@gibsondunn.com
jgraves@gibsondunn.com
sjacobs@gibsondunn.com

*Counsel to the Debtors and
Debtors in Possession*