# EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | **Re: Docket No. \_\_\_** |

**ORDER, PURSUANT TO SECTION 107(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 9018 AND LOCAL RULE 9018-1(b), AUTHORIZING THE DEBTORS TO FILE A SUMMARY OF THEIR KEY EMPLOYEE INCENTIVE PLAN, INCLUDING THE EXHIBITS ATTACHED THERETO, UNDER SEAL AND (II) DIRECTING PARTIES TO <u>REDACT CONFIDENTIAL INFORMATION</u>**

Upon the motion (the "<u>Seal Motion</u>")[2] of The Standard Register Company and its affiliated debtors as debtors in possession in the above-captioned cases (collectively, the "<u>Debtors</u>") for entry of an order (i) authorizing the Debtors to file the KEIP Summary and the KEIP Exhibits under seal and (ii) directing parties to redact Confidential Information; and upon consideration of the KEIP Motion; and it appearing that the relief requested in the Seal Motion is in the best interests of the Debtors' estates, its creditors and other parties in interest; and the Court having jurisdiction to consider the Seal Motion and the relief therein pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and consideration of the Seal

---

[1] The Debtors and the last four digits of their respective U.S. federal taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (n/a); Standard Register de México, S. de R.L. de C.V. (n/a); Standard Register Servicios, S. de R.L. de C.V. (n/a); and Standard Register Technologies Canada ULC (n/a). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Seal Motion.

Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Seal Motion having been provided under the particular circumstances; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor; it is hereby ORDERED THAT:

1. The Seal Motion is GRANTED as set forth herein.

2. The Debtors are authorized to file the KEIP Summary and the KEIP Exhibits under seal, which will remain under seal and confidential and not be made available to anyone, except that copies will be provided to (i) the Court, (ii) the Office of the United States Trustee for the District of Delaware, (iii) the Committee, (iv) the Debtors' postpetition lenders, and (v) others upon further Court order.

3. Each of the parties in the preceding paragraph receiving an unredacted copy of the KEIP Summary and the KEIP Exhibits shall keep such information confidential.

4. In the event that any party files a responsive pleading to the KEIP Motion, such party shall redact any Confidential Information from its pleading(s).

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

6. This Court shall retain jurisdiction with respect to all matters relating to the implementation or interpretation of this Order.

Dated: _____, 2015  
Wilmington, Delaware

                                                                                            _____  
                                                                                            Brendan L. Shannon  
                                                                                           Chief United States Bankruptcy Judge

01:16924952.5