**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, *et al*,[1]<br><br>              Debtors. | Chapter 11<br><br>Case No.  15-10541 (BLS)<br><br>(Jointly Administered) |

**DECLARATION OF SHARON L. LEVINE IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF LOWENSTEIN SANDLER LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF MARCH 24, 2015**

Sharon L. Levine, hereby declares, pursuant to 28 U.S.C. § 1746, as follows:

1.       I am a partner at the law firm of Lowenstein Sandler LLP ("Lowenstein" or the "Lowenstein Sandler"), which maintains primary offices for the practice of law in New York, New York; Roseland, New Jersey; Palo Alto, California and Washington, D.C.  I am an attorney at law, duly admitted and a member in good standing of the bars of the State of New Jersey and the United States District Court for the District of New Jersey.  I am admitted to this Court *pro hac vice*.

2.       This Declaration is submitted in support of the application (the "Application")[2] of the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") for entry of an

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

2 Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to such terms in the Application.

order authorizing and approving the Committee's employment and retention of Lowenstein Sandler as lead counsel to the Committee, effective as of March 24, 2015.

3.     The professional services that Lowenstein Sandler will provide to the Committee include, but are not limited to:

(a)    advise the Committee with respect to its rights, duties, and powers in these Chapter 11 Cases;

(b)    assist and advise the Committee in its consultations with the Debtors relative to the administration of these Chapter 11 Cases;

(c)    assist the Committee in analyzing the claims of the Debtors' creditors and the Debtors' capital structure and in negotiating with holders of claims and equity interests;

(d)    assist the Committee in its investigation of the acts, conduct, assets, liabilities, and financial condition of the Debtors and of the operation of the Debtors' businesses;

(e)    assist the Committee in its investigation of the liens and claims of the holders of the Debtors' pre-petition debt and the prosecution of any claims or causes of action revealed by such investigation;

(f)    assist the Committee in its analysis of, and negotiations with, the Debtors or any third party concerning matters related to, among other things, the assumption or rejection of certain leases of nonresidential real property and executory contracts, asset dispositions, financing of other transactions and the terms of one or more plans of reorganization for the Debtors and accompanying disclosure statements and related plan documents;

(g)    assist and advise the Committee as to its communications to unsecured creditors regarding significant matters in these Chapter 11 Cases;

(h)    represent the Committee at hearings and other proceedings;

(i)    review and analyze applications, orders, statements of operations, and schedules filed with the Court and advise the Committee as to their propriety;

(j)    assist the Committee in preparing pleadings and applications as may be necessary in furtherance of the Committee's interests and objectives;

(k)    prepare, on behalf of the Committee, any pleadings, including without limitation, motions, memoranda, complaints, adversary complaints, objections, or comments in connection with any of the foregoing; and

(l)     perform such other legal services as may be required or are otherwise deemed to be in the interests of the Committee in accordance with the Committee's powers and duties as set forth in the Bankruptcy Code, Bankruptcy Rules, or other applicable law.

4.      As of the date of this Declaration, Lowenstein Sandler has not received a retainer or compensation in connection with its proposed representation of the Committee in these Chapter 11 Cases.

5.      Subject to the Court's approval and pursuant to sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules and the rules and other procedures which this Court may fix, Lowenstein Sandler shall seek compensation on an hourly basis, plus reimbursement of the actual and necessary expenses that Lowenstein Sandler incurs in accordance with the ordinary and customary rates which are in effect on the date the services are rendered.

6.      Lowenstein Sandler intends to apply for compensation for professional services rendered in connection with this bankruptcy case subject to the approval of this Court and in compliance with applicable provisions of the Bankruptcy Code, applicable Federal Rules of Bankruptcy Procedure, and any Order of this Court, on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by Lowenstein Sandler.  Set forth below is a schedule of hourly rates:

| Partners of the Firm | $500 - $995 |
|---|---|
| Senior Counsel and Counsel (generally 10 or more years' experience) | $385 - $695 |
| Associates (generally less than 6 years' experience) | $275 - $515 |
| Paralegals and Assistants | $110 - $280 |

7.      The hourly charges for the attorneys and legal assistants who will render services to the Committee are based upon the experience and expertise of the attorney or legal assistant involved.  The hourly rates set forth above are subject to periodic adjustments, which occur annually on or about July 1, to reflect economic and other conditions.  Lowenstein Sandler will advise the Debtors and the United States Trustee of any increases in its hourly rates.

8.      Lowenstein Sandler's disbursement policies pass through all out-of-pocket expenses at actual cost, or at estimated actual cost when the actual cost is difficult to determine.  These expenses include photocopying, express or overnight delivery charges, facsimiles, toll calls, overtime meals, computerized research, deliveries, court costs, transcript fees, travel, clerk fees, certain secretarial and other overtime expenses, and other expenses.

9.      In connection with its proposed retention by the Committee in these Chapter 11 Cases, Lowenstein Sandler undertook to determine whether it had any contacts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors' estates with respect to the matters on which it will be engaged.  Lowenstein Sandler obtained the names of individuals and entities that may be parties in interest in these Chapter 11 Cases from the Debtors and such parties are listed on **Schedule 1** attached hereto (the "Potential Party List").  Lowenstein Sandler has searched on its electronic database for its connections to the entities listed on the Potential Party List.

10.     Attached hereto as **Schedule 2** is a list of parties who appear on the Potential Party List who Lowenstein Sandler may currently represent or has represented on matters wholly unrelated to these Chapter 11 Cases.

11.     To the best of my knowledge, except as may otherwise be set forth herein, none of the entities from the Potential Party List that appear on Schedule 2 represent one percent (1%) or more of Lowenstein Sandler's gross revenue in calendar year 2013, calendar year 2014 or calendar year to day for 2015.

12.     Except as disclosed herein, neither I, Lowenstein Sandler, nor any member, counsel, or associate thereof, insofar as I have been able to ascertain, have any

connection with the Debtors, their creditors, or any other parties in interest, their respective attorneys and accountants, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee"), any person employed in the Office of the U.S. Trustee, or any Bankruptcy Judge currently serving on the United States Bankruptcy Court for the District of Delaware.

13.    Lowenstein Sandler does not represent the Debtors or any of the current officers and directors of the Debtors that are identified on the Potential Party List, nor does Lowenstein Sandler represent the shareholders of the Debtors identified on **Schedule 1**.

14.    To the best of my knowledge, after diligent inquiry, Lowenstein Sandler is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as Lowenstein Sandler, its partners, counsel, and associates (a) are not creditors, equity security holders, or insiders of the Debtors; (b) are not and were not, within two (2) years before the date of the filing of the Debtors' chapter 11 petitions, a director, officer, or employee of the Debtors; and (c) do not represent or hold an interest adverse to the interests of the estate with respect to the matters in which Lowenstein Sandler is proposed to be employed.

15.    Lowenstein Sandler, which employs approximately 300 attorneys, has a large and diversified legal practice that encompasses the representation of, and representations adverse to many entities and individuals, some of which are or may consider themselves to be creditors or parties in interest in the Debtors' Chapter 11 Cases, or otherwise to have interests in these cases.

16.    In addition, Lowenstein Sandler likely represents, and may in the future represent, creditors of the Debtors or their affiliates who have not yet been disclosed by the Debtors in matters unrelated to the Debtors, their affiliates, or these Chapter 11 Cases.

17.    Lowenstein Sandler, from time to time, may work with, represent, engage, and receive referrals from the attorneys and financial advisors or consultants retained by the Debtors, the Committee, or creditors of the Debtors.

18.    Lowenstein Sandler will not represent any entity other than the Committee in matters related to these Chapter 11 Cases.

19.    No promises have been received by Lowenstein Sandler or any member, counsel, or associate thereof as to payment or compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code.  Lowenstein Sandler has no agreement with any other entity to share any compensation received by Lowenstein Sandler in connection with this case.

20.    Consistent with the United State Trustees' Appendix B - Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases (the "U.S. Trustee Guidelines"), which became effective on November 1, 2013, I state as follows:

(a)    Lowenstein Sandler has not agreed to a variation of its standard of customary billing arrangements for the engagement;

(b)    Lowenstein Sandler's professionals included in the engagement have not varied their rate based on the geographic location of these Chapter 11 Cases; and

(c)    The Committee has approved or will be approving a prospective budget and staffing plan for Lowenstein Sandler's engagement for the post-petition period as appropriate.  In accordance with the U.S. Trustee Guidelines, the budget may be amended as necessary to reflect changed or unanticipated developments in these Chapter 11 Cases.[3]

21.    By separate application, the Committee asked the Court to approve the retention of Polsinelli PC ("Polsinelli") as counsel with respect to the Chapter 11 Cases. Lowenstein Sandler has discussed the division of responsibilities with Polsinelli and will make every effort to avoid duplication of efforts in connection with these Chapter 11 Cases.

22.    The foregoing constitutes the statement of Lowenstein Sandler pursuant to Bankruptcy Rule 2014.

---

[3] The U.S. Trustee Guidelines themselves acknowledge that "the Guidelines do not supersede local rules, court orders, or other controlling authority." While the Committee and Lowenstein Sandler intend to work cooperatively with the U.S. Trustee to address requests for information and any concerns that may have led to the adoption of the U.S. Trustee Guidelines, neither the filing of this Declaration, nor anything contained herein, is intended to or shall be deemed to be an admission by Lowenstein Sandler that Lowenstein Sandler is required to comply with the U.S. Trustee Guidelines.  Lowenstein Sandler reserves any and all rights with respect to the application of the U.S. Trustee Guidelines in respect of any application for employment or compensation filed in these Chapter 11 Cases.

I hereby declare under the penalty of perjury that the foregoing statements made by me are true and correct to the best of my knowledge, information and belief.

Dated:   April 20, 2015                              _____/s/ *Sharon L. Levine*_____
                                                                     Sharon L. Levine, Esq.

## SCHEDULE 1

## LIST OF INTERESTED PARTIES[1]

**A.      Debtors and their non-debtor subsidiaries**

1.      The Standard Register Company
2.      Standard Register Technologies, Inc.
3.      iMedConsent, LLC
4.      Standard Register Technologies Canada ULC
5.      Standard Register Mexico Holding Company
6.      Standard Register Holding Company
7.      Standard Register International, Inc.
8.      Standard Register of Puerto Rico Inc.
9.      Standard Register Holding, S. de R.L. de C.V.
10.     Standard Register Servicios, S. de R.L. de C.V.
11.     Standard Register de Mexico, S. de R.L. de C.V.
12.     WorkflowOne, LLC

**B.      Debtors' officers and directors**

1.      Joseph P. Morgan, Jr.
2.      Robert M. Ginnan ("Bob")
3.      John G. King
4.      Greg J. Greve
5.      Joseph L. Klenke
6.      Jeffrey L. Moder ("Jeff")
7.      Amy L. Reilly
8.      Gerard D. Sowar ("Gerry")
9.      Diana Tullio
10.     Terry Williams
11.     F. David Clarke, III
12.     Roy W. Begley ("Robin")
13.     Anthony J. DiNello
14.     Frederic F. Brace ("Jake")
15.     R. Eric McCarthey
16.     Robert A. Peiser
17.     John J. Schiff, Jr.
18.     John Q. Sherman, II
19.     William P. Lee
20.     David P. Bailis
21.     Julie D. Klapstein
22.     Joanne Cummins
23.     Williams Lee

**C.**     **Major business affiliations of the debtors' officers and directors and related persons**

1.     Clarke-Hook Corporation
2.     Anixter International Inc.
3.     The Shelty-Viking Capital Group LLC
4.     Vistage International
5.     Crestlight Venture Productions
6.     Ginzinga Naturals, LLC
7.     USA Truck, Inc.
8.     Primary Energy Recycling Company Corp.
9.     Cincinnati Financial Corporation
10.    The Cincinnati Insurance Company
11.    Fifth Third Bancorp
12.    The Fifth Third Bank
13.    Cincinnati Bengals, Inc.
14.    John J. and Thomas R. Schiff & Co., Inc.
15.    A. Rifkin Company
16.    Silver Point Capital, L.P.
17.    Granite Broadcasting, Inc.
18.    Nautic Global Group, Inc.
19.    Novasep Holdings, S.A.S.
20.    Annies, Inc.

**D.**     **Debtors' secured creditors**

1.     Silver Point Capital
2.     Silver Point Capital, L.P.
3.     Silver Point Finance, LLC
4.     Silver Point Capital Fund, L.P.
5.     SPCP Group, LLC
6.     SPF CDO I, LTD
7.     SPCP Group III LLC
8.     Credit Suisse AG, Cayman Island Branch
9.     Credit Suisse Loan Funding LLC
10.    Sargas CLO II Ltd.
11.    WG Horizons CLO I
12.    West Gate Horizons Advisors LLC
13.    DLJ Investment Partners, L.P.
14.    DLJ Investment Partners II, L.P.
15.    DLJIP II Holdings, L.P.
16.    Credit Suisse
17.    Bank of America, N.A.
18.    Wells Fargo
19.    Canon Solutions America, Inc.
20.    Cisco Systems Capital Corporation
21.    Crown Credit Company
22.    Dell Financial Services LP

23.    E. I. Dupont De Nemours And Company
24.    Fujifilm
25.    Fujifilm North America Corporation
26.    Harold M. Pitman Company
27.    Hewlett-Packard Financial Services Company
28.    Northstar Recycling Company, Inc.
29.    Northstar Recycling Group, Inc.
30.    Oce Financial Services, Inc.
31.    Oce North America, Inc.
32.    Software Professionals, Inc.
33.    Tilt-Lock Inc.
34.    Xerox Corporation
35.    CIT Technologies Corporation d/b/a CIT Systems Leasing
36.    CIT Finance LLC
37.    Georgia-Pacific Consumer Products LP
38.    Raymond Leasing Corporation
39.    Dainippon Screen Graphics (USA), LLC
40.    SmartWorks.com, Inc.

**E.    Debtors' 50 largest unsecured creditors on a consolidated basis as identified in their chapter 11 petitions**

1.     The Pension Benefit Guaranty Corporation
2.     Timothy Webb
3.     Georgia Pacific Corp
4.     Gary Becker
5.     Salesforce Com Inc.
6.     Michael Spaul
7.     Volt Consulting
8.     Mark Platt
9.     Craig Stockmal
10.    Peter Redding
11.    Washington State Department of Ecology
12.    Westborough (The Realty Associates Fund IX, c/o Lincoln Property Company)
13.    Avery Dennison
14.    Joseph Custer
15.    Purchase Power
16.    Bank Of America
17.    Carolinas Shared Services (subgroup within Premier GPO)
18.    Business Card Service
19.    Appvion Inc
20.    John Harden
21.    Dennis Rediker
22.    Tenet (subgroup within MedAssets GPO comprised of about 45 hospitals)
23.    HP Enterprise Services LLC
24.    Kathryn Lamme
25.    GLS Graphic Label Solutions

26.    Earth Color
27.    Precision Dynamics Corp
28.    Craig Brown
29.    Rajendra Mehta
30.    Virginia Rafferty
31.    Jack Marshall
32.    Unisource Worldwide Inc
33.    Michael Wolk
34.    Flexcon Company Inc.
35.    Edward Keiper
36.    Xpedx LLC
37.    Lithia Springs
38.    Novation GPO
39.    Robert Assini
40.    Sanmar Corp.
41.    Partners Healthcare
42.    Nevs Ink Inc
43.    Source Technologies Inc
44.    Domtar Paper Co LLC
45.    Cass Information Systems
46.    Dayton Mailing Services
47.    Bruce Moses
48.    Catholic Contracting Group (CCG)
49.    Independent Printing Co Inc.
50.    Nissan Total

**F.    Debtor's landlords**

1.    ColFin Cobalt Industrial Reit II
2.    ProLogis Trust
3.    Liberty Property Trust
4.    Windmill 1
5.    Double Nickel
6.    The Realty Associates Fund IX
7.    Lincoln Property Company
8.    Ninth 209, LLC
9.    Sandusky Investments LTD
10.    BRE/COS 1 LLC
11.    Alan D Palmer
12.    Brookwood Four Points Investor
13.    First National Bank Alaska
14.    Rita Blumenfeld
15.    MCI CIF LLC
16.    Naifco Realty
17.    Owen Properties
18.    Pacific Realty Associates,
19.    ProLogis

20.     GCCFC 2005-GG5 1255 Terminus I
21.     21 Parker Drive, LLC
22.     Twenty Park Plaza, LLC
23.     American Heart Association
24.     The Arbor, LLC
25.     PS Business Parks
26.     Robert J. DiLeonardo
27.     West Willows Amherst Portfolio
28.     Burt Jordan Realtors
29.     Sublease - Czarnowski Display
30.     Tel-Bingham Associates
31.     CRP-2 Holdings, AA, LP
32.     HART NJ8A-I LLC
33.     100-200 CCC, Inc
34.     TAK Realty and Investment, LLC
35.     LSOP 3 MD 2, LLC
36.     Fairview Plaza JLC LLC
37.     One Telcom, LLC
38.     FSBT, Inc
39.     Peachtree II and III,
40.     BWC Exchangepoint LLC
41.     588 Associates, LP
42.     1040 Ave. of the Americas LLC
43.     Flexible Office Solutions, LLC
44.     Harris Bank
45.     ML-AI 125 Wacker LLC
46.     Inversiones Chevere, S.E.
47.     Stonegate Partners I, LLC
48.     Commodore Drive, LP
49.     The Paragon, LP
50.     Trotter Holdings LLC dba
51.     A&B Properties Inc, 822 Bishop
52.     Exeter 700 Patrol, LLC
53.     Trafalgar Investments LLC
54.     Duetsche Bank Mexico SA
55.     MPC Holdings, LLC
56.     Paragano Holdings, LLC
57.     55 Broadway Associates, LLC
58.     Chipman Miles
59.     TR Crownpointe Corp.
60.     Carlsen Investment, LLC
61.     Valley Freeway Corporate Park,
62.     CIR III-1 Reit
63.     BRE/Industrial Portfolio Holdings LLC
64.     Kyrene 919280, LLC
65.     Pattillo Foundation

66.    CRA-CAR, LLC
67.    Hillcrest Real Estate Development Co LLC
68.    Blue Water Road LLC
69.    C.K. Enterprises of Watseka, I
70.    Princetons Properties Inc
71.    Westboro Two LLC
72.    American Asset Corporation
73.    Block Hawley Commercial Real Estate Services
74.    BMO Harris Bank N.A.
75.    Bridlewood Executive Suites
76.    Bruns Building and Development
77.    CAM, Inc.
78.    Carruth Capital LLC
79.    CBRE, Inc.
80.    Colliers International
81.    Colliers International Asset
82.    Core Partners
83.    Cushman & Wakefield of NJ Inc.
84.    D.L. Saunders Real Estate
85.    Double Nickel
86.    G&E Real Estate Management Services Inc
87.    Harbor Group Management Company
88.    Hill Properties
89.    Jones Lang LaSalle America
90.    Juno Commercial Real Estate, I
91.    Larken Associates
92.    Lincoln Property Company
93.    Mackenzie Mgmt Company
94.    Mallard Creek Investors LLC
95.    Meridian Business Park
96.    Metro Office Park
97.    Newmark Grubb Knight Frank
98.    Newmark Grubb Memphis
99.    Northwest Building LLC
100.   Oliver and Company, Inc.
101.   Patillo Industrial Real Estate
102.   Property Management Associates of WNY Inc
103.   Shekley
104.   Solon Gershman Inc.
105.   Swanson Holdings LLC
106.   The Charter Group
107.   Transwestern Commercial Service
108.   Westside Investment Partners
109.   Wilson Property Services, Inc.

**G.      Largest vendors and subcontracting vendors**

1.      Adair Printing Technologies
2.      Adecco Employment Services
3.      Appvion Inc.
4.      Avery Dennison
5.      Bay State Envelope
6.      Bestforms Inc.
7.      Business Card Service Inc.
8.      Business Stationery
9.      Cass
10.     Cenveo
11.     Customgraphix
12.     Data Card Corp.
13.     Domtar Paper Co. LLC
14.     Ennis Business Forms Inc
15.     Enterprise Group/A Division of Domtar Paper Co. LLC
16.     Fasson
17.     FCL Graphics Inc.
18.     Flesh Company
19.     Flexcon Company
20.     Georgia Pacific Corp.
21.     Glatfelter
22.     GLS Graphic Label Solutions
23.     Hewlett-Packard
24.     HM Graphics Inc.
25.     International Paper
26.     JDS Graphics Inc.
27.     Kirkwood Printing
28.     Multi Packaging Solutions
29.     Nationwide Envelope Specialists Inc.
30.     Nevs Ink Inc.
31.     Novation LLC
32.     PJ Printers
33.     Precision Dynamics Corp.
34.     Raff Printing Inc.
35.     Rollsource
36.     Seebridge Media LLC
37.     Total Printing Services LLC
38.     Unisource Worldwide Inc.
39.     Volt Consulting
40.     Wright Enterprises Holding Co.
41.     Xerox Corp.
42.     XGS.IT
43.     Xpedx

**H.     Largest freight vendors/providers**

1.      Dayton Freight Lines Inc.
2.      Dynamex Operations East
3.      Fedex Corp.
4.      Fedex Freight East Inc.
5.      J B Hunt Transport Inc.
6.      Old Dominion Freight Line Inc.
7.      Rush Transportation & Logis
8.      United Parcel (Package)
9.      UPS Supply Chain Solutions Inc.
10.     Velocity Express

**I.     Other "significant" vendors as identified by Debtors**

1.      Adobe
2.      Corepoint
3.      FIS
4.      IBM
5.      Instream
6.      L&H Signs
7.      Salar
8.      Salar OEM
9.      Smart-ER
10.     Viridian
11.     Zafesoft

**J.     Parties relating to significant litigation involving the Debtors**

1.      3M CO
2.      A. Schulman Inc
3.      A.E. Fickert and Sons Inc.
4.      A.E. Fickert, Inc.
5.      Abbott Laboratories
6.      ABCO Construction
7.      Abex Corp
8.      Acon Inc.
9.      Acoustical Systems Inc.
10.     Affinity Express, Inc.
11.     AK Steel Corporation
12.     Alcatel Lucent Usa, Inc.
13.     Alliance Machine Co
14.     American Axle And Manufacturing
15.     American Business Forms
16.     American Honda Motor Co
17.     American Optical Corp
18.     American Solutions for Business

| | |
|---|---|
| 19. | American Standard Inc |
| 20. | Ameron International Corp |
| 21. | Anchor Danly LLC |
| 22. | Anchor Glass Container Corp |
| 23. | Anheuser Busch LLC |
| 24. | AO Smith Corp |
| 25. | Aqua-Chem, Inc. |
| 26. | Ardagh Glass Inc |
| 27. | Armco |
| 28. | Armstrong Pumps Inc |
| 29. | Arvinmetiro, Inc. |
| 30. | Astenjohnson Inc |
| 31. | AT&T Corp |
| 32. | Aurora Pump Co |
| 33. | Avery Dennison Corp |
| 34. | Avocet Enterprises Inc |
| 35. | Bacou Dalloz |
| 36. | Barry Controls |
| 37. | Basf Corp |
| 38. | Beazer East |
| 39. | Bechtel Inc |
| 40. | Bf Goodrich Co |
| 41. | Bingham Pumps |
| 42. | Blaylock Trucking and Waste Removal |
| 43. | Bondstrand |
| 44. | Borg Warner Morse Tec Inc |
| 45. | Borg-Warner Corp. |
| 46. | Bradford Soap International, Inc. |
| 47. | Bridgestone Americas Tire Operations LLC |
| 48. | Bridgestone Firestone Inc. |
| 49. | Bridgestone/Firestone America's Holding, Inc. |
| 50. | Britisher Htg And Cooling |
| 51. | Brush Wellman Int'l Inc |
| 52. | Burns International Services Corp |
| 53. | Butt Construction Co Inc |
| 54. | Butt Construction Co LLC |
| 55. | BW/IP International Inc |
| 56. | Byron Jackson Pump Division |
| 57. | Carborundum Co |
| 58. | Cargill, Inc. |
| 59. | Carrier Corp |
| 60. | Catalystic |
| 61. | CBS Corp |
| 62. | Certain-Teed Corp |
| 63. | Chaotic Moon LLC |
| 64. | Chass Brass And Copper Co LLC |

65.     Chemineer, Inc.
66.     Chicago Bridge And Iron Co
67.     Chicago Gasket Co
68.     Cintas Corporation
69.     City of Dayton, Ohio
70.     CL Zimmerman Co
71.     Clark Asbestos Hi Statutory Agent, Inc.
72.     Clark Industrial Insulation Co
73.     Clark-Reliance Corp
74.     Cleaver Brooks
75.     Coca-Cola Refreshments USA, Inc.
76.     Conagra Grocery Products Company
77.     Container Services Inc.
78.     Continental Fibre Drum, Inc.
79.     Continental Teves
80.     Conwed Corp
81.     Cooper Industries Inc
82.     Copes Vulcan Inc
83.     Core Furnace Systems Corp
84.     Cox Media Group Ohio Inc.
85.     Crane Co
86.     Crown Cork & Seal USA Inc
87.     CSR, Inc
88.     CSR, Ltd
89.     Cutler Hammer, Inc.
90.     Dana Companies LLC
91.     Daniel International Corp
92.     DAP Inc.
93.     DAP Products, Inc.
94.     Day International Inc.
95.     Dayton Board of Education
96.     Dayton Daily News
97.     Dayton Industrial Drum, Inc.
98.     Dayton Journal Herald
99.     Dayton Power and Light Company
100.    Dayton Rubber Company
101.    Dayton Tire and Rubber Company
102.    Deborah Gelinas
103.    Despatch Industries Inc
104.    Devcon Corp
105.    Domtar Industries LLC
106.    Dow Chemical Co
107.    Dravo Corp
108.    Durco
109.    Duriron Corporation
110.    Duro Dyne Corp

111.   Eagle Technologies Group
112.   Eaton Corp
113.   Ecodyne Limited
114.   Edward Valve Co
115.   Eli Lilly And Co
116.   Emerson Electric Co
117.   Essex Wire Corp
118.   Ferro Engineering
119.   Fickert Devco Inc.
120.   Flowserve Corporation
121.   Flowserve US Inc
122.   Fluor Corp
123.   Fluor Enterprises Inc
124.   Ford Motor Co
125.   Formosa Plastics Corp USA
126.   Foster Wheeler Corp
127.   Franklin Iron & Metal Corp.
128.   Fruehauf Corp
129.   Fruehauf Trailer Corp
130.   Gardner Denver Inc
131.   General Electric Co
132.   General Refractories Co
133.   General Refuse Service Inc.
134.   Georgia Pacific Consumer Operations LLC
135.   Georgia Pacific Corporation
136.   Georgia-Pacific LLC
137.   GlaxoSmithKline LLC
138.   GMZ INC
139.   Goodrich Corp
140.   Goodyear Tire And Rubber Co
141.   Goulds Pumps Ipg Inc
142.   Greif Inc
143.   Grinnell LLC
144.   Guide Corp
145.   H.K. Ferguson
146.   Hamilton Sundstrand Corp
147.   Hanson Systems LLC
148.   Harris Corporation
149.   Harris Seybold Co.
150.   Health Conservation Inc
151.   Hercules Inc
152.   Hewitt Soap Works, Inc.
153.   Hobart Corporation
154.   Homasote Co
155.   Honeywell Inc
156.   Honeywell International Inc

157.   Huffy Corp
158.   IDEX Corp
159.   Illinois Tool Works Inc
160.   IMO Industries Inc
161.   Indiana Department of Environmental Management
162.   Inductotherm Corp
163.   Inductotherm Group Co
164.   Industrial Holding Corp
165.   Industrial Waste Disposal Co. Inc.
166.   Ingersoll Rand Co
167.   International Business Machine Corp
168.   International Comfort Products Corp
169.   ITT Corp
170.   J.E. Lonergan
171.   Jaxcine Guzon
172.   JH France Refractories Co
173.   JM AC
174.   JM Manufacturing Co Inc
175.   John Crane Inc
176.   Kaiser Gypsum Co Inc
177.   KC Wall Products, Inc
178.   KCG INC
179.   Kelsey-Hayes Company
180.   Kimberly-Clark Corporation
181.   Kunkle Valve
182.   L.M. Berry and Company LLC
183.   La Mirada Products Co., Inc.
184.   Lau Industries Inc
185.   Lennox Industries Inc
186.   Lindberg
187.   LPL Licensing, L.L.C.
188.   Lucent Technologies, Inc.
189.   Lynden Keala
190.   Marley Cooling Tower
191.   Materion Brush Inc
192.   McCall Corp.
193.   MCI Telecommunications
194.   Meadwestvaco Corp
195.   Merck Sharp And Dohme Corp
196.   Metropolitan Life Insurance
197.   Milliken And Co
198.   Monsanto Company
199.   Monsanto Research Company
200.   Morrison Knudsen Corp
201.   Mount Vernon Mills Inc
202.   National Can Corp

203. National Oilwell Varco Inc
204. NCR Corporation
205. Newell Rubbermaid Inc
206. Newmark LLC
207. Nooter Corp
208. Norma Duttera
209. Occidental Chemical Corp
210. Oglebay Norton
211. Ohio Bell Telephone Company
212. P-Americas, LLC
213. Panelag
214. Pasco Sanitary Landfill Industrial Waste Group
215. Peerless Heater Co
216. Peerless Industries Inc
217. Peerless Pump Co Inc
218. Peerless Transportation Company
219. Pepsi Cola General Bottlers of Ohio, Inc.
220. Pfizer Inc
221. Pharmacia Corp
222. Pharmacia LLC
223. Phoenix Licensing, L.L.C.
224. Plastics Engineering Co
225. Pneumo Abex Llc
226. PPG Industries, Inc.
227. Process Equipment Co Of Tipp City
228. Quigley Inc
229. R J Reynolds Tobacco Company
230. Raytheon Engineering & Constructors
231. Rebecca Goodwin
232. Relizon Company
233. Resco Holdings LLC
234. Reunion Industries Inc
235. Rew Materials, Inc
236. Rexam Beverage Can Co
237. Reynolds and Reynolds Company
238. Rheem Manufacturing Co
239. Richard Goodwin
240. Ric-Will, Inc.
241. Riley Power Inc
242. Riley Stocker Corp
243. Rockwell Manufacturing Co
244. Rogers Corp
245. Rohm And Haas Co
246. Ross Laboratories
247. Rucco Equipment And Magnum Products
248. Rust Engineering Co

249.    Rust International Inc
250.    Ruud Heating Cooling And Water Heating
251.    Saint Gobain Abrasives Inc
252.    Sanford Duttera
253.    SCA Services of Ohio Inc.
254.    Securitas Security Services Usa Inc
255.    Sharon Brown-Henry
256.    Sherwin-Williams Company
257.    Skipprint LLC
258.    Special Electric Co Inc
259.    Special Materials, Inc
260.    Special Shipping Inc.
261.    Spence Engineering Co Inc
262.    Spirax Sarco Inc
263.    Sprint Corporation
264.    Sprint Spectrum L.P.
265.    Spx Cooling Technologies Inc
266.    State of Ohio
267.    Stearns-Rogers Corp
268.    Sulzer Pumps Us Inc
269.    Sun Chemical Corp
270.    Sunoco, Inc.
271.    Superior Boiler Works Inc.
272.    Superior Essex Inc
273.    Tecumseh Products Co
274.    Tenneco Automotive Operatinc Co, Inc
275.    Tenova Core
276.    The Duriron Co Inc
277.    The Gorman Rupp Co
278.    The Kroger Co
279.    The Mead Corp
280.    The Procter And Gamble Co
281.    The William Powell Co
282.    Thiem
283.    Total Petrochemicals And Refining USA Inc
284.    Toyota Motor Sales USA Inc
285.    TPI Corp Succ To Fostoria Industries Inc
286.    Trane US Inc
287.    Treco Constructions Service
288.    TRW Automotive Us LLC
289.    Tyco Flow Control
290.    Tyco International US Inc
291.    Tyco Valves & Controls
292.    Union Carbide Corp
293.    Union City Body Co
294.    United Engineers & Constructor

295. United States Department of Defense
296. United States Department of Energy
297. United States of America
298. United States Steel Corpora
299. Universal Refaractories
300. University of Dayton
301. URS Corp
302. URS Energy & Construction Inc
303. Utilimaster Corp
304. Valley Asphalt Corporation
305. Van Dyne-Crotty, Inc.
306. Ventfabrics, Inc.
307. Verizon New York Inc
308. Verizon North LLC
309. Viacom
310. Warren Pumps LLC
311. Warren Pumps, Inc.
312. Warren Rupp Inc
313. Washington Department of Ecology
314. Washington Group International Inc
315. Waste Management of Ohio, Inc.
316. Welco Manufacturing Co
317. Weldun International Ltd
318. Westinghouse Electric Corp
319. Weyerhaeuser Co
320. Willamette Industries Inc
321. Willson Safety Products
322. Wood Conversion Co
323. Workflow Solutions, LLC
324. York International Corp
325. Zurn Industries Inc
326. Zurn Industries LLC

**K.    Debtors' equity holders (greater than 5%)**

1. Roy W. Begley, Jr.
2. Gary P. Kreider
3. William C. Martin
4. Raging Capital Management, LLC
5. Raging Capital Master Fund, Ltd.
6. Charles Francis Sherman
7. James L. Sherman
8. James Louis Sherman
9. John Q. Sherman
10. William Patrick Sherman
11. Patricia Lucille Sherman Begley
12. Mary Catherine Sherman Newshawg

13.    Helen Louise Sherman Tormey
14.    Silver Point Capital L.P.
15.    The Fifth Third Bank

**L.    Debtor's largest customers**

1.    Automatic Data Processing, Inc.
2.    Bank of America Corp.
3.    Citibank
4.    Liberty Mutual Insurance
5.    Quest Diagnostics Inc.
6.    SR DE Mexico-National
7.    TD Bank
8.    Verizon

**M.    Insurance companies**

1.    AIG
2.    Allianz SE
3.    Allied World
4.    Beazley
5.    Chartis
6.    Chubb
7.    CNA Financial Corp.
8.    Columbia Casualty Company
9.    Continental Casualty
10.    Federal Insurance Company
11.    Fireman's Fund Ins.
12.    FM Global
13.    Illinois National Ins Co
14.    Liberty Mutual
15.    National Fire Insurance of Hartford
16.    National Union Fire Insurance Company of Pittsburgh
17.    Navigators
18.    Safety National
19.    Travelers
20.    Vigilante Insurance
21.    Wright National Flood Insurance Company
22.    XL
23.    Zurich

**N.    Utility providers**

1.    Accessline Communications
2.    Alaska Communications Systems
3.    Ameren Illinois
4.    Ameren Missouri

5.      Ameren UE
6.      American Electric Power Co.
7.      AT&T
8.      Atmos Energy
9.      Austell Gas System
10.     Austell Natural Gas System
11.     Avaya Financial Services
12.     Blair Telephone Company
13.     Brandenburg Telephone Co.
14.     Century Link
15.     Century Telephone
16.     Charter Business
17.     Chesapeake Utility Corp.
18.     Cincinnati Bell
19.     City of Brenham Utility
20.     City of Darlington
21.     City of Fayetteville
22.     City of Livermore
23.     City of Mesquite
24.     City of Ontario
25.     City of Orange California
26.     City of Salisbury
27.     City of Tampa Utilities
28.     City of Toccoa
29.     Cleco Power LLC
30.     Columbia Gas of Massachusetts
31.     Columbia Gas of Ohio
32.     Columbia Gas of Pennsylvania
33.     Comcast
34.     Comed
35.     Compass Energy Gas Services LLC
36.     Connecticut Light & Power
37.     Connecticut Water Co. Crwc
38.     Connecticut Water Company
39.     Consolidated Communications
40.     Constellation Newenergy Inc.
41.     Cox Communications Inc.
42.     Dayton Power & Light Co.
43.     Delmarva Power
44.     Direct Energy Business
45.     Dominion East Ohio
46.     DPL Energy Resources Inc.
47.     DPLER
48.     Duke Energy
49.     Duke Energy Progress
50.     Duke Energy-Charlotte

51.     Duke Energy-Louisville
52.     Fairpoint Communications
53.     Frontier
54.     Frontier Communications
55.     Frontier Telephone
56.     Gas Co.
57.     GCI Communications Corp.
58.     Georgia Power Co.
59.     Gexa Energy LP
60.     Goshen Water & Sewer
61.     Granite Telecommunications
62.     Greystone Power Corp.
63.     Hardin County Water Dist. 1
64.     Hawaiian Electric Co.
65.     Hawaiian Telecom
66.     Hillsborough County Water Dept.
67.     Hudson Energy Services Texas
68.     Indiana American Water Co.
69.     Intercall
70.     Jeffersonville Sewer Department
71.     Kentucky Utility Co.
72.     Laclede Gas Company
73.     Level 3 Communications
74.     Louisville Gas & Electric Co.
75.     Manchester Township
76.     MCI Worldcom
77.     Met Ed
78.     Minnesota Energy Resources
79.     Murfreesboro Electric Dept.
80.     Murfreesboro Water And Sewer
81.     National Fuel Gas Distribution Corporation
82.     National Grid
83.     Nicor Gas
84.     Nipsco
85.     North State Communications
86.     NSTAR
87.     OG & E
88.     Oklahoma Natural Gas Co.
89.     Pacific Gas & Electric Co.
90.     PG & E
91.     Piedmont Natural Gas
92.     Puerto Rico Telephone
93.     Puget Sound Energy
94.     Puget Sound Power & Light Co.
95.     Questar Gas Company
96.     Qwest

97.    River Ridge Development Authority
98.    Road Runner
99.    Rocky Mtn Power-Utah
100.   Salt Lake City Corp
101.   Shelbyville Public Utilities
102.   Sourcegas Arkansas Inc.
103.   Southern California Edison
104.   Springettsbury Township Sewer
105.   Sprint
106.   Tampa Electric
107.   TDS Metrocom
108.   Teco Tampa Electric Co.
109.   Time Warner Cable
110.   Toccoa Natural Gas
111.   Town of Tolland
112.   TW Telecom
113.   TXU Energy
114.   Union Power Cooperative
115.   United Communications
116.   United Telephone Company
117.   VCOM Solutions
118.   Vectren
119.   Vectren Energy Delivery
120.   Verizon
121.   Verizon Wireless
122.   Village of Coldwater
123.   Village of Howard
124.   Walton EMC Natural Gas
125.   Windstream
126.   Xcel Energy
127.   Yankee Gas Services
128.   York Water Co.

**O.    Ordinary course professionals**

1.    Stephen J. Axtell, Esq.
2.    Beiser Greer & Landis, LLP
3.    David Berry, Esq.
4.    Gregory J. Boulbol,  Esq.,
5.    Kevin Braig, Esq.
6.    Brightline CPAs And Associates
7.    Brixey & Meyer
8.    Robert M. Cavalier, Esq.
9.    Harvey J. Cohen, Esq.
10.   Davis Wright Tremaine LLP
11.   Deloitte & Touche LLP
12.   Deloitte Tax LLC

13.    Doherty, Wallace, Pillsbury and Murphy, P.C.
14.    Ernst & Young LLP
15.    Michael Ewing, Esq.
16.    Faruki, Ireland & Cox P.L.L.
17.    Douglas M. Foley, Esq.
18.    Frost Brown Todd LLC
19.    Funkunaga Malayoshi Hershey & Ching
20.    Bruce Garrison
21.    Roshell Grigsby
22.    Steve Haughey, Esq.
23.    James H. Hershey, Esq.
24.    Scott J. Heyman, Esq.
25.    Barry D. Horne, Esq.
26.    Jeff Ireland, Esq.
27.    Scott Kamins, Esq.
28.    Kaufman & Canoles
29.    David C. Korte, Esq.
30.    Thomas H. Lee, Esq.
31.    Javier Lizardi, Esq.
32.    Lucas and Cavalier, LLC
33.    Mark Malloy, Esq.
34.    John L. McCarthey, Esq.
35.    Jennifer McCave, Esq.
36.    McConnell Valdes LLC
37.    McGladrey LLP
38.    McGuireWoods
39.    McInnes Cooper
40.    McManis Faulkner
41.    James McManis, Esq.
42.    Meissner Tierney Fisher & Nichols
43.    Jeffrey A. Mullins, Esq.
44.    Ronald D Niesley
45.    Offit Kurman
46.    Ogier
47.    Mark J. Payne, Esq.
48.    Charles Russell
49.    Rutan & Tucker LLP
50.    Ryan Smith & Carbine Ltd.
51.    L. Scott Seymour, Esq.
52.    Shumacher, Loop & Kendrick, LLP
53.    Sidley Austin LLP
54.    Taft Stettinius & Hollister
55.    Thompson Hine
56.    Thomson Reuters
57.    David J. Ubaldi, Esq.
58.    Coolidge Wall

59. Von Wobeser
60. Mark F. Werle
61. David P. Williamson, Esq.
62. Marc Yates

**P.     Chapter 11 case professionals for Debtors**

1. Dinsmore & Shohl LLP
2. Gibson Dunn & Crutcher LLP
3. Lazard Freres & Co. LLC
4. Lazard Middle Market, LLC
5. McKinsey Recovery & Transformation Services U.S., LLC
6. Palisades Pension Financial Advisory
7. Prime Clerk
8. Young Conaway Stargatt & Taylor LLP

**Q.     Counsel and other advisors retained by other significant parties**

1. Skadden, Arps, Slate, Meagher & Flom LLP
2. Parker Hudson Rainer & Dobbs LLP

**R.     United States Bankruptcy Judges in the District of Delaware**

1. Kevin J. Carey
2. Kevin Gross
3. Brendan L. Shannon
4. Laurie Selber Silverstein
5. Christopher S. Sontchi
6. Mary F. Walrath

**S.     United States Trustee for the District of Delaware, or any person employed by the Office of the United States Trustee for the District of Delaware**

1. Lauren Attix
2. David Buchbinder
3. Shakima L. Dortch
4. Timothy J. Fox, Jr.
5. Diane Giordano
6. Christine Green
7. Benjamin Hackman
8. Jeffrey Heck
9. Mark Kenney
10. Jane Leamy
11. Tony Murray
12. James R. O'Malley
13. Michael Panacio
14. Tiiara Patton
15. Juliet Sarkessian

16.    Richard Schepacarter
17.    T. Patrick Tinker
18.    Ramona Vinson
19.    Michael West
20.    Dion Wynn

**T.    Potential §363 Purchasers [Confidential]**

**U.    Reclamation claimants**

1.    DG3 Group America, Inc.

**V.    Other significant parties in interest -**

1.    John Q. Sherman Trust
2.    William C. Sherman Trust
3.    William C. Sherman Inter Vivos Trust

## SCHEDULE 2

| Entity | Relationship to Debtors[4] | Relationship to Lowenstein Sandler |
|---|---|---|
| 3M Health Information Systems | Litigation Party | Current Client |
| Automatic Data Processing Inc. | Customer | Former Client |
| Alcatel-Lucent | Litigation Party | Current Client |
| Allianz Compania De Seguros y Reaseguros | Insurance Company | Former Client |
| Allianz Risk Transfer, Inc. | Insurance Company | Former Client |
| American Axle & Manufacturing | Litigation Party | Former Client |
| Anchor Glass Container Corporation | Litigation Party | Former Client |
| Anixter Inc. | Business Affiliate of Debtors' Officers and Directors and Related Persons | Former Client |
| Avaya Financial Services | Utility Provider | Former Client |
| BASF Corporation | Litigation Party | Current Client |
| B.F. Goodrich | Litigation Party | Former Client |
| Cargill, Inc. | Litigation Party | Current Client |
| CBS Broadcasting Inc. | Litigation Party | Current Client |
| Chartis Insurance Co. | Insurance Company | Former Client |
| Cisco Systems, Inc. | Secured Creditor | Current Client or an Affiliate or Subsidiary of Current Client |
| CIT Group | Business Affiliate of Debtors' Officers and Directors and Related Persons | Current Client |
| Chubb Group of Insurance Companies | Insurance Company | Former Client |
| Citigroup, Inc./Citicorp Real Estate, Inc. | Customer | Former Client or an Affiliate or Subsidiary of Former Client |
| CNA Global Specialty Lines | Insurance Company | Affiliate of Former Client |
| Comcast | Utility Provider | Current Client |
| Cooper Industries | Litigation Party | Current Client |
| Crane Company | Litigation Party | Current Client |
| Earth Color Inc. | Unsecured Creditor | Current Client |

[4] This schedule is for disclosure purposes only and the Committee expressly reserves all rights, including, without limitation, with respect to the nature, extent and validity of any party's alleged lien or claim.

| Eaton Corporation | Litigation Party | Current Client |
|---|---|---|
| Fedex Ground Package System, Inc. | Freight Vendor | Former Client or an Affiliate or Subsidiary of Former Client |
| Ford Motor Company | Litigation Party | Current Client |
| Foster Wheeler Inc. | Litigation Party | Former Client or an Affiliate or Subsidiary of Former Client |
| Frontier Insurance Group, Inc. | Insurance Company | Former Client |
| Fujifilm Corporation | Secured Creditor | Current Client |
| Georgia Pacific Corp. | Unsecured Creditor | Current Client |
| Goulds Pumps (IPG), Inc. | Litigation Party | Affiliate/Subsidiary of Current Client |
| International Paper | Vendor | Current Client |
| Lucent Technologies, Inc. | Litigation Party | Current Client |
| Merck & Company | Litigation Party | Former Client or an Affiliate or Subsidiary of Former Client |
| Milliken Company | Litigation Party | Former Client |
| Monsanto Company | Litigation Party | Current Client |
| National Fuel Gas Company | Utility Provider | Current Client or an Affiliate or Subsidiary of Current Client |
| PBGC (Pension Benefit Guaranty Corporation) | Unsecured Creditor | Current Client |
| PPG Industries, Inc. | Litigation Party | Former Client |
| Quigley Company, Inc. | Litigation Party | Former Client or an Affiliate or Subsidiary of Former Client |
| Saint-Gobain Corporation | Litigation Party | Former Client or an Affiliate or Subsidiary of Former Client |
| Salesforce.com | Unsecured Creditor | Current Client |
| Silver Point Capital, L.P. | Secured Creditor | Former Client |
| Special Materials Company | Litigation Party | Current Client or an Affiliate or Subsidiary of Current Client |
| SPF Investments | Secured Creditor | Former Client or an Affiliate or Subsidiary of Former Client |
| Time Warner Cable | Utility Provider | Current Client |
| Trane Inc. | Litigation Party | Former Client or an Affiliate or Subsidiary of Former Client |
| Travelers Insurance | Insurance Company | Former Client |
| Union Carbide Corporation | Litigation Party | Affiliate/Subsidiary of Current Client |
| Velocity Express | Vendor | Former Client |
| Verizon Communications | Utility Provider | Current Client or an Affiliate or Subsidiary of Current Client |
| Viridian Systems, LLC | Vendor | Current Client or an Affiliate |

| | | or Subsidiary of Current Client |
|---|---|---|
| Wells Fargo Bank, NA | Secured Creditor | Former Client |
| XL Financial Solutions | Insurance Company | Former Client or an Affiliate or Subsidiary of Former Client |
| XL Specialty Insurance Company | Insurance Company | Former Client or an Affiliate or Subsidiary of Former Client |
| XPEDX f/k/a Resource Net International, an International Paper Company | Unsecured Creditor | Current Client |