# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | Docket Ref. Nos. 92 & 261 |

## NOTICE OF FIRST SUPPLEMENTAL
## LIST OF ORDINARY COURSE PROFESSIONALS

**PLEASE TAKE NOTICE** that, in accordance with the procedures set forth in that certain *Order Authorizing the Employment and Payment of Professionals Used in the Ordinary Course of Business* [Docket No. 261] (the "OCP Order"),[2] The Standard Register Company and its affiliates, as debtors and debtors in possession (collectively, the "Debtors") hereby provide notice (the "Notice") of their intent to supplement Exhibits B-1 and B-2 to the *Debtors' Motion for an Order Authorizing the Employment and Payment of Professionals Used In the Ordinary Course Of Business* [Docket No. 92] for purposes of retaining the Ordinary Course Professionals listed on Exhibit 1 hereto.

**PLEASE TAKE FURTHER NOTICE** that a copy of this Notice has been served on the Notice Parties identified in the OCP Order.

**PLEASE TAKE FURTHER NOTICE** that the retention and compensation of the Ordinary Course Professionals listed on Exhibit 1 are subject to the OCP Procedures set forth in the OCP Order. As such, the retention of each Ordinary Course Professionals shall not be approved until such time as the OCP Procedures have been complied with by such Ordinary Course Professional.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the OCP Order.

Dated: April 20, 2015
Wilmington, Delaware

    */s/ Andrew L. Magaziner*
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Maris J. Kandestin (No. 5294)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
mnestor@ycst.com
kcoyle@ycst.com
mkandestin@ycst.com
amagaziner@ycst.com

-and-

Michael A. Rosenthal (NY No. 4697561)
Robert A. Klyman (CA No. 142723)
Samuel A. Newman (CA No. 217042)
Jeremy L. Graves (CO No. 45522)
Sabina Jacobs (CA No. 274829)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-1512
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
mrosenthal@gibsondunn.com
rklyman@gibsondunn.com
snewman@gibsondunn.com
jgraves@gibsondunn.com
sjacobs@gibsondunn.com

*Counsel to the Debtors and Debtors in Possession*

# EXHIBIT 1
**First Supplemental OCP List**

01:16992237.1

| | Professional | Description of Services |
|---|---|---|
| Supplement to Exhibit B-1: Ordinary Course Professionals Subject to $50,000 OCP Cap | | |
| 1. | Compensation Strategies, Inc.<br>3000 Lakeside Drive, Suite 115N<br>Bannockbum, IL 60015 | Compensation Consultant |
| Supplement to Exhibit B-2: Ordinary Course Professionals Subject to $25,000 OCP Cap | | |
| 2. | RSM ROC & Company<br>P.O. Box 10528<br>San Juan, PR 00922-0528 | Accounting Services Provider |

01:16992237.1