# EXHIBIT A

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[2] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |

**DECLARATION OF CHRISTOPHER A. WARD, ESQ. IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER UNDER BANKRUPTCY CODE SECTIONS 328(a) AND 1103(a) AND BANKRUPTCY RULES 2014(a) AND 2016(b) APPROVING THE EMPLOYMENT AND RETENTION OF POLSINELLI PC *NUNC PRO TUNC* TO MARCH 24, 2015, AS DELAWARE COUNSEL AND CONFLICTS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Christopher A. Ward, Esq., a shareholder of POLSINELLI PC, makes this Declaration pursuant to 28 U.S.C. § 1746 and states:

1.      I am the Managing Shareholder of the Wilmington, Delaware office of POLSINELLI PC ("**Polsinelli**"), which maintains offices for the practice of law at 222 Delaware Avenue, Suite 1101, Wilmington, Delaware 19801, among 19 other locations.  I also serve as Co-Chair of Polsinelli's Bankruptcy and Financial Restructuring Practice.  I am an attorney-at-law, duly admitted and in good standing to practice in the State of Delaware, as well as the United States Court of Appeals for the Third Circuit, and the United States District Court for the District of Delaware.

---

[2] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

50187276.3

2.      Polsinelli is an AmLaw 100 national full-service law firm with over 740 lawyers and 20 offices that is a recognized leader in the areas of health care, financial services (including all aspects of debt from origination through enforcement), real estate, litigation, and business. Polsinelli has approximately 30 lawyers dedicated to its national bankruptcy and financial restructuring practice and was recently recognized by Chambers USA in Band 3 for Delaware Bankruptcy/Restructuring as well as individual attorney recognition in Delaware, Chicago, and Los Angeles.

3.      Polsinelli has extensive experience in numerous other chapter 11 bankruptcy cases including, *inter alia*, recent engagements as:  Delaware bankruptcy counsel and conflicts counsel to the Official Committee of TCEH Unsecured Creditors of Energy Future Competitive Holdings Company LLC, Texas Competitive Electric Holdings Company LLC, and their direct and indirect subsidiaries; Delaware bankruptcy counsel to the Official Committee of Unsecured Creditors of Allied Nevada Gold; Delaware Bankruptcy Counsel to Official Committee of Unsecured Creditors of Saab Cars North America; and Delaware bankruptcy counsel to the Official Committee of Unsecured Creditors in the chapter 11 case of Simplexity, LLC.

4.      I submit this declaration (the "**Declaration**") in connection with the application (the "**Application**") of the Official Committee of Unsecured Creditors (the "**Creditors' Committee**") appointed on March 24, 2015, in the above-captioned chapter 11 cases of The Standard Register Company and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") for an order approving the retention of Polsinelli as Delaware counsel and conflicts counsel to the Creditors' Committee *nunc pro tunc* to March 24, 2015 (the "**Formation Date**"), and to provide the disclosures required under section 1103 of Title 11 of the United States Code (the "**Bankruptcy Code**"), Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy

Procedure (the "**Bankruptcy Rules**"), and Local Rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**").

5.       I hereby incorporate by reference the Application as if it were set forth in full herein.

6.       All terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

7.       Unless otherwise stated in this Declaration, I have personal knowledge of the facts hereinafter set forth.    To the extent that any information disclosed herein requires amendment or modification upon Polsinelli's completion of further analysis or as additional creditor information becomes available to Polsinelli, a supplemental declaration will be submitted to this Court.

8.       In connection with the proposed retention by the Creditors' Committee in these Cases, Polsinelli received a list identifying more than 900 parties-in-interest.  Polsinelli has, and is continuing to, examine its client database to determine whether it had or has any connections with the list of parties-in-interest as provided by the Debtors and set forth on Exhibit 1.

9.       Insofar as I have been able to ascertain, neither I, nor Polsinelli, nor any shareholder, counsel, of counsel, senior partner, or associate of Polsinelli, represents any other party-in-interest in these Cases, or their attorneys or accountants, except as hereinafter set forth on Exhibit 2.  Further, Polsinelli has no connection (as such term is used in § 101(14) of the Bankruptcy Code and Bankruptcy Rule 2014(a)) with the Debtors, their creditors, any other party-in-interest herein, the Debtors' current respective attorneys or professionals, the United States Trustee, or any person employed in the Office of the United States Trustee, nor does

50187276.3

Polsinelli hold any adverse interest or represent any entity having an adverse interest in connection with the Cases except as disclosed herein.

10.     To the extent set forth on the Disclosures attached hereto, I, Polsinelli, and certain of its shareholders, counsel, of counsel, senior partners, and associates may currently represent, or may have previously represented, and may in the future represent, persons, entities, and their affiliates that are claimants, interest holders, other parties-in-interest, or professionals of the Debtors (and other professionals to be retained in these Cases) in matters totally unrelated to the Debtors or these Cases.

11.     Attached hereto as <u>Exhibit B</u> is a list of potential parties-in-interest that Polsinelli has represented in the past, currently represents, or may in the future continue to represent in matters wholly unrelated to the Cases.

12.     Polsinelli discloses that it currently represents Silver Point Finance, LLC in a completely unrelated matter regarding Missouri gaming issues.  Polsinelli also discloses that prior to the Petition Date, it represented a third party entity that was conducting due diligence with respect to certain of the Debtors' assets that are currently being marketed for purchase. Polsinelli no longer represents that entity in connection with these Cases.  Finally, The Flesh Company, a member of the Creditors' Committee, is a firm client in completely unrelated matters.  Polsinelli does not represent The Flesh Company in connection with these Cases.

13.     Polsinelli is a "disinterested person" as that term is defined in § 101(14) of the Bankruptcy Code in that Polsinelli, its shareholders, counsel, and associates:

   a.   are not creditors, equity security holders, or insiders;

   b.   are not and were not, within two (2) years before the date of the filing of the petitions, directors, officers, or employees of the Debtors; and

50187276.3

c.  do not have interests materially adverse to the interests of the estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

11 U.S.C. § 101(14).

14.    By reason of the foregoing, I believe that Polsinelli is eligible for employment and retention by the Creditors' Committee pursuant to the Bankruptcy Code and the applicable Bankruptcy Rules.

15.    In conjunction with its co-counsel, Lowenstein Sandler LLP ("**Lowenstein**"), and in order to avoid duplication of services rendered, the professional services that Polsinelli has rendered and may be required to render for the Creditors' Committee include, without limitation, the following:

(a)    in conjunction with Lowenstein, providing legal advice with respect to the powers and duties available to the Creditors' Committee, an official committee appointed under section 1102 of the Bankruptcy Code;

(b)    assisting Lowenstein in the investigation of the acts, conduct, assets, liabilities and financial condition of the Debtors, the operation of the Debtors' businesses, and any other matter relevant to these cases or to the formulation of a plan or plans of reorganization or liquidation;

(c)    assisting Lowenstein in preparing on behalf of the Creditors' Committee necessary applications, motions, complaints, answers, orders, agreements and other legal papers;

(d)    reviewing, analyzing, and assisting Lowenstein in responding to all pleadings filed by the Debtors or other parties-in-interest in these Cases and appearing in Court

to present necessary motions, applications and pleadings and to otherwise protect the interest of the Creditors' Committee;

(e)    consulting with the Debtors and their professionals, other parties-in-interest and their professionals, and the United States Trustee concerning the administration of the Debtors' respective estates;

(f)    representing the Creditors' Committee at hearings and other judicial proceedings;

(g)    advising the Creditors' Committee on practice and procedure in the United States Bankruptcy Court for the District of Delaware and with respect to the Local Rules and local practice; and

(h)    performing all other legal services for the Creditors' Committee in connection with these chapter 11 cases.

16.    Polsinelli has advised the Creditors' Committee that Polsinelli's discounted hourly rates for professionals who will be primarily responsible for this matter range from $270 to $900 per hour for shareholders, from $180 to $405 per hour for associates and senior counsel, and from $90 to $270 per hour for paraprofessionals.  The primary attorneys and paralegals expected to represent the Creditors' Committee, and their respective discounted hourly rates are:

| | | |
|---|---|---|
| (a) | Christopher A. Ward (Delaware shareholder) | $585 per hour |
| (b) | Justin K. Edelson (Delaware associate) | $378 per hour |
| (c) | Jarrett K. Vine (Delaware associate) | $324 per hour |
| (d) | Lindsey M. Suprum (Delaware paralegal) | $238.50 per hour |

Other attorneys and paralegals will render services to the Creditors' Committee as needed. These rates are commensurate with the standard national rates charged by Polsinelli to other

50187276.3

similarly situated clients and on similar matters. The hourly rates set forth above are subject to periodic adjustment to reflect economic and other conditions.

17.     These rates are set at a level designed to fairly compensate Polsinelli for the work of its attorneys and paralegals, and to cover fixed and routine overhead expenses. All Polsinelli professionals shall invoice at a 10% discount from their standard hourly rates for these Cases.

18.     It is Polsinelli's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, telephone and telecopier charges, printing and scanning charges, toll charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, travel expenses, expenses for "working meals," computerized research, and transcription costs, as well as non-ordinary overhead expenses such as overtime for secretarial personnel and other staff. Polsinelli will charge for these expenses in a manner and at rates consistent with charges made generally to the firm's other clients and with the Local Rules.

19.     No promises have been received by Polsinelli or by any shareholder, counsel, of counsel, or associate thereof as to payment or compensation in connection with these Cases other than in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules. Polsinelli has no agreement with any other entity to share with such entity any compensation received by Polsinelli in connection with these Cases, other than with the shareholders, counsel, and associates of Polsinelli.

20.     While Polsinelli has taken reasonable steps to ascertain whether past and current clients are creditors of the Debtors, affiliated with the Debtors, or are otherwise parties-in-interest, Polsinelli's analysis is ongoing. Accordingly, Polsinelli shall supplement this Declaration as appropriate and necessary.

50187276.3

21.     The Office of the U.S. Trustee recently adopted new Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 USC § 330 by Attorneys in Larger Chapter 11 Cases (the "**UST Guidelines**").  The UST Guidelines apply to the U.S. Trustee's review of applications for compensation filed by attorneys in larger chapter 11 cases and are intended as an update to the original guidelines adopted in 1996.

22.     Polsinelli responds to the following questions in the UST Guidelines in compliance with paragraph D, section 1 as follows:

a.  **Question**:  Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement?  **Response**:  Yes.  All Polsinelli professionals shall invoice at a 10% discount from their standard hourly rates.

b.  **Question**:  Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case?  **Response**:  No, however, Polsinelli does maintain different rates for its professionals but those rates are not based on the geographic location of the bankruptcy case or the client.

c.  **Question**:  If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition.  If your billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.  **Response**:  Polsinelli did not represent the client prepetition.

d.  **Question**:  Has your client approved your prospective budget and staffing plan, and, if so, for what budget period?  **Response**:  The Creditors' Committee,

Lowenstein, and Polsinelli have developed a budget and staffing plan to comply with the U.S. Trustee's requests for information and additional disclosures, and any orders of this Court for the period from March 24, 2015 to April 30, 2015.

23.     By reason of the foregoing, I believe Polsinelli is eligible for employment and retention by the Creditors' Committee pursuant to sections 328 and 1103 of the Bankruptcy Code and the applicable Bankruptcy Rules.

I certify under penalty of perjury under the laws of the United States that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Dated:  April 20, 2015

_____*/s/ Christopher A. Ward*_____
Christopher A. Ward (Del. Bar No. 3877)

18

## EXHIBIT 1

**Schedule of Searched Parties**

50187276.3

**Interested Parties**

**A. Debtors and their non-debtor subsidiaries**
1. The Standard Register Company
2. Standard Register Technologies, Inc.
3. iMedConsent, LLC
4. Standard Register Technologies Canada ULC
5. Standard Register Mexico Holding Company
6. Standard Register Holding Company
7. Standard Register International, Inc.
8. Standard Register of Puerto Rico Inc.
9. Standard Register Holding, S. de R.L. de C.V.
10. Standard Register Servicios, S. de R.L. de C.V.
11. Standard Register de Mexico, S. de R.L. de C.V.
12. WorkflowOne, LLC

**B. Debtors' officers and directors**
1. Joseph P. Morgan, Jr.
2. Robert M. Ginnan ("Bob")
3. John G. King
4. Greg J. Greve
5. Joseph L. Klenke
6. Jeffrey L. Moder ("Jeff")
7. Amy L. Reilly
8. Gerard D. Sowar ("Gerry")
9. Diana Tullio
10. Terry Williams
11. F. David Clarke, III
12. Roy W. Begley ("Robin")
13. Anthony J. DiNello
14. Frederic F. Brace ("Jake")
15. R. Eric McCarthey
16. Robert A. Peiser
17. John J. Schiff, Jr.
18. John Q. Sherman, II
19. William P. Lee
20. David P. Bailis
21. Julie D. Klapstein
22. Joanne Cummins
23. Williams Lee

**C. Major business affiliations of the debtors' officers and directors and related persons**
1. Clarke-Hook Corporation
2. Anixter International Inc.
3. The Shelty-Viking Capital Group LLC
4. Vistage International
5. Crestlight Venture Productions
6. Ginzinga Naturals, LLC
7. USA Truck, Inc.
8. Primary Energy Recycling Company Corp.
9. Cincinnati Financial Corporation
10. The Cincinnati Insurance Company
11. Fifth Third Bancorp
12. The Fifth Third Bank
13. Cincinnati Bengals, Inc.
14. John J. and Thomas R. Schiff & Co., Inc.
15. A. Rifkin Company
16. Silver Point Capital, L.P.
17. Granite Broadcasting, Inc.
18. Nautic Global Group, Inc.
19. Novasep Holdings, S.A.S.
20. Annies, Inc.

**D. Debtors' secured creditors**
1. Silver Point Capital
2. Silver Point Capital, L.P.
3. Silver Point Finance, LLC
4. Silver Point Capital Fund, L.P.
5. SPCP Group, LLC
6. SPF CDO I, LTD
7. SPCP Group III LLC
8. Credit Suisse AG, Cayman Island Branch
9. Credit Suisse Loan Funding LLC
10. Sargas CLO II Ltd.
11. WG Horizons CLO I
12. West Gate Horizons Advisors LLC
13. DLJ Investment Partners, L.P.
14. DLJ Investment Partners II, L.P.
15. DLJIP II Holdings, L.P.
16. Credit Suisse
17. Bank of America, N.A.
18. Wells Fargo
19. Canon Solutions America, Inc.
20. Cisco Systems Capital Corporation
21. Crown Credit Company
22. Dell Financial Services LP
23. E. I. Dupont De Nemours And Company
24. Fujifilm
25. Fujifilm North America Corporation
26. Harold M. Pitman Company
27. Hewlett-Packard Financial Services Company
28. Northstar Recycling Company, Inc.
29. Northstar Recycling Group, Inc.
30. Oce Financial Services, Inc.
31. Oce North America, Inc.
32. Software Professionals, Inc.
33. Tilt-Lock Inc.
34. Xerox Corporation
35. CIT Technologies Corporation d/b/a CIT Systems Leasing
36. CIT Finance LLC
37. Georgia-Pacific Consumer Products LP
38. Raymond Leasing Corporation
39. Dainippon Screen Graphics (USA), LLC
40. SmartWorks.com, Inc.

**E.  Debtors' 50 largest unsecured creditors on a consolidated basis as identified in their chapter 11 petitions**

1.  The Pension Benefit Guaranty Corporation
2.  Timothy Webb
3.  Georgia Pacific Corp
4.  Gary Becker
5.  Salesforce Com Inc.
6.  Michael Spaul
7.  Volt Consulting
8.  Mark Platt
9.  Craig Stockmal
10.  Peter Redding
11.  Washington State Department of Ecology
12.  Westborough (The Realty Associates Fund IX, c/o Lincoln Property Company)
13.  Avery Dennison
14.  Joseph Custer
15.  Purchase Power
16.  Bank Of America
17.  Carolinas Shared Services (subgroup within Premier GPO)
18.  Business Card Service
19.  Appvion Inc
20.  John Harden
21.  Dennis  Rediker
22.  Tenet (subgroup within MedAssets GPO comprised of about 45 hospitals)
23.  HP Enterprise Services LLC
24.  Kathryn Lamme
25.  GLS Graphic Label Solutions
26.  Earth Color
27.  Precision Dynamics Corp
28.  Craig Brown
29.  Rajendra Mehta
30.  Virginia Rafferty
31.  Jack Marshall
32.  Unisource Worldwide Inc
33.  Michael Wolk
34.  Flexcon Company Inc.
35.  Edward Keiper
36.  Xpedx LLC
37.  Lithia Springs
38.  Novation GPO
39.  Robert Assini
40.  Sanmar Corp.
41.  Partners Healthcare
42.  Nevs Ink Inc
43.  Source Technologies Inc
44.  Domtar Paper Co LLC
45.  Cass Information Systems
46.  Dayton Mailing Services
47.  Bruce Moses
48.  Catholic Contracting Group (CCG)
49.  Independent Printing Co Inc.
50.  Nissan Total

**F.  Debtor's landlords**

1.  ColFin Cobalt Industrial Reit II
2.  ProLogis Trust
3.  Liberty Property Trust
4.  Windmill 1
5.  Double Nickel
6.  The Realty Associates Fund IX
7.  Lincoln Property Company
8.  Ninth 209, LLC
9.  Sandusky Investments LTD
10.  BRE/COS 1 LLC
11.  Alan D Palmer
12.  Brookwood Four Points Investor
13.  First National Bank Alaska
14.  Rita Blumenfeld
15.  MCI CIF LLC
16.  Naifco Realty
17.  Owen Properties
18.  Pacific Realty Associates,
19.  ProLogis
20.  GCCFC 2005-GG5 1255 Terminus I
21.  21 Parker Drive, LLC
22.  Twenty Park Plaza, LLC
23.  American Heart Association
24.  The Arbor, LLC
25.  PS Business Parks
26.  Robert J. DiLeonardo
27.  West Willows Amherst Portfolio
28.  Burt Jordan Realtors
29.  Sublease - Czarnowski Display
30.  Tel-Bingham Associates
31.  CRP-2 Holdings, AA, LP
32.  HART NJ8A-I LLC
33.  100-200 CCC, Inc
34.  TAK Realty and Investment, LLC
35.  LSOP 3 MD 2, LLC
36.  Fairview Plaza JLC LLC
37.  One Telcom, LLC
38.  FSBT, Inc
39.  Peachtree II and III,
40.  BWC Exchangepoint LLC
41.  588 Associates, LP
42.  1040 Ave. of the Americas LLC
43.  Flexible Office Solutions, LLC
44.  Harris Bank
45.  ML-AI 125 Wacker LLC
46.  Inversiones Chevere, S.E.
47.  Stonegate Partners I, LLC
48.  Commodore Drive, LP
49.  The Paragon, LP
50.  Trotter Holdings LLC dba
51.  A&B Properties Inc, 822 Bishop
52.  Exeter 700 Patrol, LLC
53.  Trafalgar Investments LLC
54.  Duetsche Bank Mexico SA
55.  MPC Holdings, LLC

56. Paragano Holdings, LLC
57. 55 Broadway Associates, LLC
58. Chipman Miles
59. TR Crownpointe Corp.
60. Carlsen Investment, LLC
61. Valley Freeway Corporate Park,
62. CIR III-1 Reit
63. BRE/Industrial Portfolio Holdings LLC
64. Kyrene 919280, LLC
65. Pattillo Foundation
66. CRA-CAR, LLC
67. Hillcrest Real Estate Development Co LLC
68. Blue Water Road LLC
69. C.K. Enterprises of Watseka, I
70. Princetons Properties Inc
71. Westboro Two LLC
72. American Asset Corporation
73. Block Hawley Commercial Real Estate Services
74. BMO Harris Bank N.A.
75. Bridlewood Executive Suites
76. Bruns Building and Development
77. CAM, Inc.
78. Carruth Capital LLC
79. CBRE, Inc.
80. Colliers International
81. Colliers International Asset
82. Core Partners
83. Cushman & Wakefield of NJ Inc.
84. D.L. Saunders Real Estate
85. Double Nickel
86. G&E Real Estate Management Services Inc
87. Harbor Group Management Company
88. Hill Properties
89. Jones Lang LaSalle America
90. Juno Commercial Real Estate, I
91. Larken Associates
92. Lincoln Property Company
93. Mackenzie Mgmt Company
94. Mallard Creek Investors LLC
95. Meridian Business Park
96. Metro Office Park
97. Newmark Grubb Knight Frank
98. Newmark Grubb Memphis
99. Northwest Building LLC
100. Oliver and Company, Inc.
101. Patillo Industrial Real Estate
102. Property Management Associates of WNY Inc
103. Shekley
104. Solon Gershman Inc.
105. Swanson Holdings LLC
106. The Charter Group
107. Transwestern Commercial Service

108. Westside Investment Partners
109. Wilson Property Services, Inc.

**G. Largest vendors and subcontracting vendors**
1. Adair Printing Technologies
2. Adecco Employment Services
3. Appvion Inc.
4. Avery Dennison
5. Bay State Envelope
6. Bestforms Inc.
7. Business Card Service Inc.
8. Business Stationery
9. Cass
10. Cenveo
11. Customgraphix
12. Data Card Corp.
13. Domtar Paper Co. LLC
14. Ennis Business Forms Inc
15. Enterprise Group/A Division of Domtar Paper Co. LLC
16. Fasson
17. FCL Graphics Inc.
18. Flesh Company
19. Flexcon Company
20. Georgia Pacific Corp.
21. Glatfelter
22. GLS Graphic Label Solutions
23. Hewlett-Packard
24. HM Graphics Inc.
25. International Paper
26. JDS Graphics Inc.
27. Kirkwood Printing
28. Multi Packaging Solutions
29. Nationwide Envelope Specialists Inc.
30. Nevs Ink Inc.
31. Novation LLC
32. PJ Printers
33. Precision Dynamics Corp.
34. Raff Printing Inc.
35. Rollsource
36. Seebridge Media LLC
37. Total Printing Services LLC
38. Unisource Worldwide Inc.
39. Volt Consulting
40. Wright Enterprises Holding Co.
41. Xerox Corp.
42. XGS.IT
43. Xpedx

**H. Largest freight vendors/providers**
1. Dayton Freight Lines Inc.
2. Dynamex Operations East
3. Fedex Corp.
4. Fedex Freight East Inc.
5. J B Hunt Transport Inc.
6. Old Dominion Freight Line Inc.
7. Rush Transportation & Logis
8. United Parcel (Package)

9. UPS Supply Chain Solutions Inc.
10. Velocity Express

**I. Other "significant" vendors as identified by Debtors**

1. Adobe
2. Corepoint
3. FIS
4. IBM
5. Instream
6. L&H Signs
7. Salar
8. Salar OEM
9. Smart-ER
10. Viridian
11. Zafesoft

**J. Parties relating to significant litigation involving the Debtors**

1. 3M CO
2. A. Schulman Inc
3. A.E. Fickert and Sons Inc.
4. A.E. Fickert, Inc.
5. Abbott Laboratories
6. ABCO Construction
7. Abex Corp
8. Acon Inc.
9. Acoustical Systems Inc.
10. Affinity Express, Inc.
11. AK Steel Corporation
12. Alcatel Lucent Usa, Inc.
13. Alliance Machine Co
14. American Axle And Manufacturing
15. American Business Forms
16. American Honda Motor Co
17. American Optical Corp
18. American Solutions for Business
19. American Standard Inc
20. Ameron International Corp
21. Anchor Danly LLC
22. Anchor Glass Container Corp
23. Anheuser Busch LLC
24. AO Smith Corp
25. Aqua-Chem, Inc.
26. Ardagh Glass Inc
27. Armco
28. Armstrong Pumps Inc
29. Arvinmetiro, Inc.
30. Astenjohnson Inc
31. AT&T Corp
32. Aurora Pump Co
33. Avery Dennison Corp
34. Avocet Enterprises Inc
35. Bacou Dalloz
36. Barry Controls
37. Basf Corp
38. Beazer East
39. Bechtel Inc
40. Bf Goodrich Co
41. Bingham Pumps
42. Blaylock Trucking and Waste Removal
43. Bondstrand
44. Borg Warner Morse Tec Inc
45. Borg-Warner Corp.
46. Bradford Soap International, Inc.
47. Bridgestone Americas Tire Operations LLC
48. Bridgestone Firestone Inc.
49. Bridgestone/Firestone America's Holding, Inc.
50. Britisher Htg And Cooling
51. Brush Wellman Int'l Inc
52. Burns International Services Corp
53. Butt Construction Co Inc
54. Butt Construction Co LLC
55. BW/IP International Inc
56. Byron Jackson Pump Division
57. Carborundum Co
58. Cargill, Inc.
59. Carrier Corp
60. Catalystic
61. CBS Corp
62. Certain-Teed Corp
63. Chaotic Moon LLC
64. Chass Brass And Copper Co LLC
65. Chemineer, Inc.
66. Chicago Bridge And Iron Co
67. Chicago Gasket Co
68. Cintas Corporation
69. City of Dayton, Ohio
70. CL Zimmerman Co
71. Clark Asbestos Hi Statutory Agent, Inc.
72. Clark Industrial Insulation Co
73. Clark-Reliance Corp
74. Cleaver Brooks
75. Coca-Cola Refreshments USA, Inc.
76. Conagra Grocery Products Company
77. Container Services Inc.
78. Continental Fibre Drum, Inc.
79. Continental Teves
80. Conwed Corp
81. Cooper Industries Inc
82. Copes Vulcan Inc
83. Core Furnace Systems Corp
84. Cox Media Group Ohio Inc.
85. Crane Co
86. Crown Cork & Seal USA Inc
87. CSR, Inc
88. CSR, Ltd
89. Cutler Hammer, Inc.
90. Dana Companies LLC
91. Daniel International Corp
92. DAP Inc.
93. DAP Products, Inc.

94. Day International Inc.
95. Dayton Board of Education
96. Dayton Daily News
97. Dayton Industrial Drum, Inc.
98. Dayton Journal Herald
99. Dayton Power and Light Company
100. Dayton Rubber Company
101. Dayton Tire and Rubber Company
102. Deborah Gelinas
103. Despatch Industries Inc
104. Devcon Corp
105. Domtar Industries LLC
106. Dow Chemical Co
107. Dravo Corp
108. Durco
109. Duriron Corporation
110. Duro Dyne Corp
111. Eagle Technologies Group
112. Eaton Corp
113. Ecodyne Limited
114. Edward Valve Co
115. Eli Lilly And Co
116. Emerson Electric Co
117. Essex Wire Corp
118. Ferro Engineering
119. Fickert Devco Inc.
120. Flowserve Corporation
121. Flowserve US Inc
122. Fluor Corp
123. Fluor Enterprises Inc
124. Ford Motor Co
125. Formosa Plastics Corp USA
126. Foster Wheeler Corp
127. Franklin Iron & Metal Corp.
128. Fruehauf Corp
129. Fruehauf Trailer Corp
130. Gardner Denver Inc
131. General Electric Co
132. General Refractories Co
133. General Refuse Service Inc.
134. Georgia Pacific Consumer Operations LLC
135. Georgia Pacific Corporation
136. Georgia-Pacific LLC
137. GlaxoSmithKline LLC
138. GMZ INC
139. Goodrich Corp
140. Goodyear Tire And Rubber Co
141. Goulds Pumps Ipg Inc
142. Greif Inc
143. Grinnell LLC
144. Guide Corp
145. H.K. Ferguson
146. Hamilton Sundstrand Corp
147. Hanson Systems LLC
148. Harris Corporation
149. Harris Seybold Co.
150. Health Conservation Inc
151. Hercules Inc
152. Hewitt Soap Works, Inc.
153. Hobart Corporation
154. Homasote Co
155. Honeywell Inc
156. Honeywell International Inc
157. Huffy Corp
158. IDEX Corp
159. Illinois Tool Works Inc
160. IMO Industries Inc
161. Indiana Department of Environmental Management
162. Inductotherm Corp
163. Inductotherm Group Co
164. Industrial Holding Corp
165. Industrial Waste Disposal Co. Inc.
166. Ingersoll Rand Co
167. International Business Machine Corp
168. International Comfort Products Corp
169. ITT Corp
170. J.E. Lonergan
171. Jaxcine Guzon
172. JH France Refractories Co
173. JM AC
174. JM Manufacturing Co Inc
175. John Crane Inc
176. Kaiser Gypsum Co Inc
177. KC Wall Products, Inc
178. KCG INC
179. Kelsey-Hayes Company
180. Kimberly-Clark Corporation
181. Kunkle Valve
182. L.M. Berry and Company LLC
183. La Mirada Products Co., Inc.
184. Lau Industries Inc
185. Lennox Industries Inc
186. Lindberg
187. LPL Licensing, L.L.C.
188. Lucent Technologies, Inc.
189. Lynden Keala
190. Marley Cooling Tower
191. Materion Brush Inc
192. McCall Corp.
193. MCI Telecommunications
194. Meadwestvaco Corp
195. Merck Sharp And Dohme Corp
196. Metropolitan Life Insurance
197. Milliken And Co
198. Monsanto Company
199. Monsanto Research Company
200. Morrison Knudsen Corp
201. Mount Vernon Mills Inc
202. National Can Corp
203. National Oilwell Varco Inc

204. NCR Corporation
205. Newell Rubbermaid Inc
206. Newmark LLC
207. Nooter Corp
208. Norma Duttera
209. Occidental Chemical Corp
210. Oglebay Norton
211. Ohio Bell Telephone Company
212. P-Americas, LLC
213. Panelag
214. Pasco Sanitary Landfill Industrial Waste Group
215. Peerless Heater Co
216. Peerless Industries Inc
217. Peerless Pump Co Inc
218. Peerless Transportation Company
219. Pepsi Cola General Bottlers of Ohio, Inc.
220. Pfizer Inc
221. Pharmacia Corp
222. Pharmacia LLC
223. Phoenix Licensing, L.L.C.
224. Plastics Engineering Co
225. Pneumo Abex Llc
226. PPG Industries, Inc.
227. Process Equipment Co Of Tipp City
228. Quigley Inc
229. R J Reynolds Tobacco Company
230. Raytheon Engineering & Constructors
231. Rebecca Goodwin
232. Relizon Company
233. Resco Holdings LLC
234. Reunion Industries Inc
235. Rew Materials, Inc
236. Rexam Beverage Can Co
237. Reynolds and Reynolds Company
238. Rheem Manufacturing Co
239. Richard Goodwin
240. Ric-Will, Inc.
241. Riley Power Inc
242. Riley Stocker Corp
243. Rockwell Manufacturing Co
244. Rogers Corp
245. Rohm And Haas Co
246. Ross Laboratories
247. Rucco Equipment And Magnum Products
248. Rust Engineering Co
249. Rust International Inc
250. Ruud Heating Cooling And Water Heating
251. Saint Gobain Abrasives Inc
252. Sanford Duttera
253. SCA Services of Ohio Inc.
254. Securitas Security Services Usa Inc
255. Sharon Brown-Henry
256. Sherwin-Williams Company
257. Skipprint LLC
258. Special Electric Co Inc
259. Special Materials, Inc
260. Special Shipping Inc.
261. Spence Engineering Co Inc
262. Spirax Sarco Inc
263. Sprint Corporation
264. Sprint Spectrum L.P.
265. Spx Cooling Technologies Inc
266. State of Ohio
267. Stearns-Rogers Corp
268. Sulzer Pumps Us Inc
269. Sun Chemical Corp
270. Sunoco, Inc.
271. Superior Boiler Works Inc.
272. Superior Essex Inc
273. Tecumseh Products Co
274. Tenneco Automotive Operatinc Co, Inc
275. Tenova Core
276. The Duriron Co Inc
277. The Gorman Rupp Co
278. The Kroger Co
279. The Mead Corp
280. The Procter And Gamble Co
281. The William Powell Co
282. Thiem
283. Total Petrochemicals And Refining USA Inc
284. Toyota Motor Sales USA Inc
285. TPI Corp Succ To Fostoria Industries Inc
286. Trane US Inc
287. Treco Constructions Service
288. TRW Automotive Us LLC
289. Tyco Flow Control
290. Tyco International US Inc
291. Tyco Valves & Controls
292. Union Carbide Corp
293. Union City Body Co
294. United Engineers & Constructor
295. United States Department of Defense
296. United States Department of Energy
297. United States of America
298. United States Steel Corpora
299. Universal Refaractories
300. University of Dayton
301. URS Corp
302. URS Energy & Construction Inc
303. Utilimaster Corp
304. Valley Asphalt Corporation
305. Van Dyne-Crotty, Inc.
306. Ventfabrics, Inc.
307. Verizon New York Inc
308. Verizon North LLC
309. Viacom
310. Warren Pumps LLC
311. Warren Pumps, Inc.
312. Warren Rupp Inc

313. Washington Department of Ecology
314. Washington Group International Inc
315. Waste Management of Ohio, Inc.
316. Welco Manufacturing Co
317. Weldun International Ltd
318. Westinghouse Electric Corp
319. Weyerhaeuser Co
320. Willamette Industries Inc
321. Willson Safety Products
322. Wood Conversion Co
323. Workflow Solutions, LLC
324. York International Corp
325. Zurn Industries Inc
326. Zurn Industries LLC

**K. Debtors' equity holders (greater than 5%)**
1. Roy W. Begley, Jr.
2. Gary P. Kreider
3. William C. Martin
4. Raging Capital Management, LLC
5. Raging Capital Master Fund, Ltd.
6. Charles Francis Sherman
7. James L. Sherman
8. James Louis Sherman
9. John Q. Sherman
10. William Patrick Sherman
11. Patricia Lucille Sherman Begley
12. Mary Catherine Sherman Newshawg
13. Helen Louise Sherman Tormey
14. Silver Point Capital L.P.
15. The Fifth Third Bank

**L. Debtor's largest customers**
1. Automatic Data Processing, Inc.
2. Bank of America Corp.
3. Citibank
4. Liberty Mutual Insurance
5. Quest Diagnostics Inc.
6. SR DE Mexico-National
7. TD Bank
8. Verizon

**M. Insurance companies**
1. AIG
2. Allianz SE
3. Allied World
4. Beazley
5. Chartis
6. Chubb
7. CNA Financial Corp.
8. Columbia Casualty Company
9. Continental Casualty
10. Federal Insurance Company
11. Fireman's Fund Ins.
12. FM Global
13. Illinois National Ins Co
14. Liberty Mutual
15. National Fire Insurance of Hartford

16. National Union Fire Insurance Company of Pittsburgh
17. Navigators
18. Safety National
19. Travelers
20. Vigilante Insurance
21. Wright National Flood Insurance Company
22. XL
23. Zurich

**N. Utility providers**
1. Accessline Communications
2. Alaska Communications Systems
3. Ameren Illinois
4. Ameren Missouri
5. Ameren UE
6. American Electric Power Co.
7. AT&T
8. Atmos Energy
9. Austell Gas System
10. Austell Natural Gas System
11. Avaya Financial Services
12. Blair Telephone Company
13. Brandenburg Telephone Co.
14. Century Link
15. Century Telephone
16. Charter Business
17. Chesapeake Utility Corp.
18. Cincinnati Bell
19. City of Brenham Utility
20. City of Darlington
21. City of Fayetteville
22. City of Livermore
23. City of Mesquite
24. City of Ontario
25. City of Orange California
26. City of Salisbury
27. City of Tampa Utilities
28. City of Toccoa
29. Cleco Power LLC
30. Columbia Gas of Massachusetts
31. Columbia Gas of Ohio
32. Columbia Gas of Pennsylvania
33. Comcast
34. Comed
35. Compass Energy Gas Services LLC
36. Connecticut Light & Power
37. Connecticut Water Co. Crwc
38. Connecticut Water Company
39. Consolidated Communications
40. Constellation Newenergy Inc.
41. Cox Communications Inc.
42. Dayton Power & Light Co.
43. Delmarva Power
44. Direct Energy Business
45. Dominion East Ohio

46. DPL Energy Resources Inc.
47. DPLER
48. Duke Energy
49. Duke Energy Progress
50. Duke Energy-Charlotte
51. Duke Energy-Louisville
52. Fairpoint Communications
53. Frontier
54. Frontier Communications
55. Frontier Telephone
56. Gas Co.
57. GCI Communications Corp.
58. Georgia Power Co.
59. Gexa Energy LP
60. Goshen Water & Sewer
61. Granite Telecommunications
62. Greystone Power Corp.
63. Hardin County Water Dist. 1
64. Hawaiian Electric Co.
65. Hawaiian Telecom
66. Hillsborough County Water Dept.
67. Hudson Energy Services Texas
68. Indiana American Water Co.
69. Intercall
70. Jeffersonville Sewer Department
71. Kentucky Utility Co.
72. Laclede Gas Company
73. Level 3 Communications
74. Louisville Gas & Electric Co.
75. Manchester Township
76. MCI Worldcom
77. Met Ed
78. Minnesota Energy Resources
79. Murfreesboro Electric Dept.
80. Murfreesboro Water And Sewer
81. National Fuel Gas Distribution Corporation
82. National Grid
83. Nicor Gas
84. Nipsco
85. North State Communications
86. NSTAR
87. OG & E
88. Oklahoma Natural Gas Co.
89. Pacific Gas & Electric Co.
90. PG & E
91. Piedmont Natural Gas
92. Puerto Rico Telephone
93. Puget Sound Energy
94. Puget Sound Power & Light Co.
95. Questar Gas Company
96. Qwest
97. River Ridge Development Authority
98. Road Runner
99. Rocky Mtn Power-Utah
100. Salt Lake City Corp

101. Shelbyville Public Utilities
102. Sourcegas Arkansas Inc.
103. Southern California Edison
104. Springettsbury Township Sewer
105. Sprint
106. Tampa Electric
107. TDS Metrocom
108. Teco Tampa Electric Co.
109. Time Warner Cable
110. Toccoa Natural Gas
111. Town of Tolland
112. TW Telecom
113. TXU Energy
114. Union Power Cooperative
115. United Communications
116. United Telephone Company
117. VCOM Solutions
118. Vectren
119. Vectren Energy Delivery
120. Verizon
121. Verizon Wireless
122. Village of Coldwater
123. Village of Howard
124. Walton EMC Natural Gas
125. Windstream
126. Xcel Energy
127. Yankee Gas Services
128. York Water Co.

**O.  Ordinary course professionals**

1. Stephen J. Axtell, Esq.
2. Beiser Greer & Landis, LLP
3. David Berry, Esq.
4. Gregory J. Boulbol,  Esq.,
5. Kevin Braig, Esq.
6. Brightline CPAs And Associates
7. Brixey & Meyer
8. Robert M. Cavalier, Esq.
9. Harvey J. Cohen, Esq.
10. Davis Wright Tremaine LLP
11. Deloitte & Touche LLP
12. Deloitte Tax LLC
13. Doherty, Wallace, Pillsbury and Murphy, P.C.
14. Ernst & Young LLP
15. Michael Ewing, Esq.
16. Faruki, Ireland & Cox P.L.L.
17. Douglas M. Foley, Esq.
18. Frost Brown Todd LLC
19. Funkunaga Malayoshi Hershey & Ching
20. Bruce Garrison
21. Roshell Grigsby
22. Steve Haughey, Esq.
23. James H. Hershey, Esq.
24. Scott J. Heyman, Esq.
25. Barry D. Horne, Esq.
26. Jeff Ireland, Esq.

27. Scott Kamins, Esq.
28. Kaufman & Canoles
29. David C. Korte, Esq.
30. Thomas H. Lee, Esq.
31. Javier Lizardi, Esq.
32. Lucas and Cavalier, LLC
33. Mark Malloy, Esq.
34. John L. McCarthey, Esq.
35. Jennifer McCave, Esq.
36. McConnell Valdes LLC
37. McGladrey LLP
38. McGuireWoods
39. McInnes Cooper
40. McManis Faulkner
41. James McManis, Esq.
42. Meissner Tierney Fisher & Nichols
43. Jeffrey A. Mullins, Esq.
44. Ronald D Niesley
45. Offit Kurman
46. Ogier
47. Mark J. Payne, Esq.
48. Charles Russell
49. Rutan & Tucker LLP
50. Ryan Smith & Carbine Ltd.
51. L. Scott Seymour, Esq.
52. Shumacher, Loop & Kendrick, LLP
53. Sidley Austin LLP
54. Taft Stettinius & Hollister
55. Thompson Hine
56. Thomson Reuters
57. David J. Ubaldi, Esq.
58. Coolidge Wall
59. Von Wobeser
60. Mark F. Werle
61. David P. Williamson, Esq.
62. Marc Yates

**P. Chapter 11 case professionals for Debtors**
1. Dinsmore & Shohl LLP
2. Gibson Dunn & Crutcher LLP
3. Lazard Freres & Co. LLC
4. Lazard Middle Market, LLC
5. McKinsey Recovery & Transformation Services U.S., LLC
6. Palisades Pension Financial Advisory
7. Prime Clerk
8. Young Conaway Stargatt & Taylor LLP

**Q. Counsel and other advisors retained by other significant parties**
1. Skadden, Arps, Slate, Meagher & Flom LLP
2. Parker Hudson Rainer & Dobbs LLP

**R. United States Bankruptcy Judges in the District of Delaware**
1. Kevin J. Carey
2. Kevin Gross
3. Brendan L. Shannon

4. Laurie Selber Silverstein
5. Christopher S. Sontchi
6. Mary F. Walrath

**S. United States Trustee for the District of Delaware, or any person employed by the Office of the United States Trustee for the District of Delaware**
1. Lauren Attix
2. David Buchbinder
3. Shakima L. Dortch
4. Timothy J. Fox, Jr.
5. Diane Giordano
6. Christine Green
7. Benjamin Hackman
8. Jeffrey Heck
9. Mark Kenney
10. Jane Leamy
11. Tony Murray
12. James R. O'Malley
13. Michael Panacio
14. Tiiara Patton
15. Juliet Sarkessian
16. Richard Schepacarter
17. T. Patrick Tinker
18. Ramona Vinson
19. Michael West
20. Dion Wynn

**T. Potential §363 Purchasers**
1. Novitex Enterprise Solutions, Inc. (Apollo)
2. Paragon EU
3. Pitney Bowes Management Services
4. RR Donnelley
5. Silver Point
6. Taylor Corporation

**U. Reclamation claimants**
1. DG3 Group America, Inc.

**V. Other significant parties in interest -**
1. John Q. Sherman Trust
2. William C. Sherman Trust
3. William C. Sherman Inter Vivos Trust

# EXHIBIT 2

### SR- CONFLICT DISCLOSURES

| Name Searched/<br>Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| Alcatel Lucent USA, Inc. | **Parties relating to significant litigation involving the Debtors** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| American Heart Association | **Debtor's landlords** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| American Honda Motor Co. and its related entities | **Parties relating to significant litigation involving the Debtors** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Anheuser Busch LLC | **Parties relating to significant litigation involving the Debtors** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Bechtel Inc. | **Parties relating to significant litigation involving the Debtors** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

50188775.3

**SR- CONFLICT DISCLOSURES**

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| Block Hawley Commercial Real Estate Services | **Debtor's landlords** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| BMO Harris Bank and its related entities | **Debtor's landlords** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Borg- Warner Corp. | **Parties relating to significant litigation involving the Debtors** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Cargill, Inc. | **Parties relating to significant litigation involving the Debtors** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Cass Information Systems | **Debtors' 50 largest unsecured creditors on a consolidated basis as identified in their chapter 11 petitions** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

2

## SR- CONFLICT DISCLOSURES

| Name Searched/<br>Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| CBRE, Inc. | Debtor's landlords | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| CBS Corp. and its related entities | Parties relating to significant litigation involving the Debtors | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Cenveo Corp. | Largest vendors and subcontracting vendors | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Certain-Teed Corp. | Parties relating to significant litigation involving the Debtors | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Cisco Systems Inc. and its related entities | Debtors' secured creditors | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

3

## SR- Conflict Disclosures

| Name Searched/<br>Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| Coca-Cola Co. and its related entities | **Parties relating to significant litigation involving the Debtors** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Colliers International | **Debtor's landlords** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Comcast and its related entities | **Utility providers** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Conagra Inc. and its related entities | **Parties relating to significant litigation involving the Debtors** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Cox Media Group | **Parties relating to significant litigation involving the Debtors** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

## SR- CONFLICT DISCLOSURES

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| Crane Co. | Parties relating to significant litigation involving the Debtors | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Cushman & Wakefield Inc. and its related entities | Debtor's landlords | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Dana Companies LLC | Parties relating to significant litigation involving the Debtors | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| DAP Inc. and its related entities | Parties relating to significant litigation involving the Debtors | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Dell Inc. and its related entities | Debtors' secured creditors | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

50188775.3

## SR- CONFLICT DISCLOSURES

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| Dow Chemical Co. | **Parties relating to significant litigation involving the Debtors** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Eaton Corp. | **Parties relating to significant litigation involving the Debtors** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Emerson Electric Co. | **Parties relating to significant litigation involving the Debtors** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Ernst & Young LLP | **Ordinary course professionals** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Fifth Third Bank | **Major business affiliations of the debtors' officers and directors and related persons** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

6

### SR- CONFLICT DISCLOSURES

| Name Searched/<br>Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| Flesh Company | **Largest vendors and subcontracting vendors** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Flexcon Company Inc. | **Debtors' 50 largest unsecured creditors on a consolidated basis as identified in their chapter 11 petitions** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Flowserve Corporation | **Parties relating to significant litigation involving the Debtors** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Ford Motor Co. | **Parties relating to significant litigation involving the Debtors** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Fujifilm and its related entities | **Debtors' secured creditors** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

7

50188775.3

### SR- CONFLICT DISCLOSURES

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| General Electric and its related entities | **Parties relating to significant litigation involving the Debtors** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| GlaxoSmithKline LLC | **Parties relating to significant litigation involving the Debtors** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Goodyear Tire and Rubber Co. | **Parties relating to significant litigation involving the Debtors** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Harbor Group Management Company | **Debtor's landlords** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Honeywell, Inc. and its related entities (disclose over 1%) | **Parties relating to significant litigation involving the Debtors** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

50188775.3

## SR- CONFLICT DISCLOSURES

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| IBM and its related entities | Other "significant" vendors as identified by Debtors | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Illinois Tool Works Inc. | Parties relating to significant litigation involving the Debtors | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| IMO Industries Inc. | Parties relating to significant litigation involving the Debtors | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| ITT Corp. | Parties relating to significant litigation involving the Debtors | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Jones Lang LaSalle America | Debtor's landlords | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

9

## SR- CONFLICT DISCLOSURES

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| KCG Inc. | **Parties relating to significant litigation involving the Debtors** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Level 3 Communications | **Utility providers** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Lucent Technologies, Inc. | **Parties relating to significant litigation involving the Debtors** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Marley Cooling Tower | **Parties relating to significant litigation involving the Debtors** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Materion Corp. and its related entities | **Parties relating to significant litigation involving the Debtors** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

50188775.3

## SR- CONFLICT DISCLOSURES

| Name Searched/<br>Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| Metropolitan Life Insurance Co. | **Parties relating to significant litigation involving the Debtors** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Monsanto Company | **Parties relating to significant litigation involving the Debtors** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Multi Packaging Solutions | **Largest vendors and subcontracting vendors** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Newell Rubbermaid Inc. and its related entities | **Parties relating to significant litigation involving the Debtors** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Nissan North America Inc. | **Debtors' 50 largest unsecured creditors on a consolidated basis as identified in their chapter 11 petitions** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

11

### SR- CONFLICT DISCLOSURES

| Name Searched/<br>Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| Occidental Chemical Corp. | **Parties relating to significant litigation involving the Debtors** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| PepsiCo and its related entities | **Parties relating to significant litigation involving the Debtors** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Pharmacia Corp. | **Parties relating to significant litigation involving the Debtors** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Pharmacia LLC | **Parties relating to significant litigation involving the Debtors** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Pitney Bowes and its related entities | **Potential §363 Purchasers** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

12

<u>**SR- CONFLICT DISCLOSURES**</u>

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| ProLogis Trust | **Debtor's landlords** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| PS Business Parks | **Debtor's landlords** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Quest Diagnostics Inc. | **Debtor's largest customers** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Rew Materials, Inc. and its related entities | **Parties relating to significant litigation involving the Debtors** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Reynolds and Reynolds Company | **Parties relating to significant litigation involving the Debtors** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

## SR- CONFLICT DISCLOSURES

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| Rohm and Hass Co. | **Parties relating to significant litigation involving the Debtors** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Rust International Inc. | **Parties relating to significant litigation involving the Debtors** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Safety National | **Insurance companies** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Saint Gobain Abrasives, Inc. and its related entities | **Insurance companies** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Solon Gershman Inc. | **Debtor's landlords** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

50188775.3

## SR- CONFLICT DISCLOSURES

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| Special Materials, Inc. | **Parties relating to significant litigation involving the Debtors** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Sprint Corporation and its related entities | **Parties relating to significant litigation involving the Debtors** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Spx Cooling Technologies Inc. | **Parties relating to significant litigation involving the Debtors** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Tenet Healthcare Corp. | **Debtors' 50 largest unsecured creditors on a consolidated basis as identified in their chapter 11 petitions** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| The Kroger Co. | **Parties relating to significant litigation involving the Debtors** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

50188775.3

## SR- CONFLICT DISCLOSURES

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| The Procter and Gamble Co. | **Parties relating to significant litigation involving the Debtors** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Thomson Reuters | **Ordinary course professionals** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Toyota Motor Corp. and its related entities | **Parties relating to significant litigation involving the Debtors** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Tyco International and its related entities | **Parties relating to significant litigation involving the Debtors** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Union Carbide Corp. | **Parties relating to significant litigation involving the Debtors** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

16

## SR- CONFLICT DISCLOSURES

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| Unisource Worldwide Inc. | **Debtors' 50 largest unsecured creditors on a consolidated basis as identified in their chapter 11 petitions** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| United Parcel Service, Inc. and its related entities | **Largest freight vendors/providers** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| URS Corp. | **Parties relating to significant litigation involving the Debtors** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Verizon and its related entities | **Debtor's largest customers** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Viacom | **Parties relating to significant litigation involving the Debtors** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

17

## **SR- CONFLICT DISCLOSURES**

| Name Searched/<br>Name Provided by Client | Category of Party<br>in Interest | Comments and Status |
|---|---|---|
| Westborough (The Realty Associates Fund) | **Debtors' 50 largest unsecured creditors on a consolidated basis as identified in their chapter 11 petitions** | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

50188775.3