## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, *et al*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered) |

**DECLARATION OF TIMOTHY WEBB IN SUPPORT OF APPLICATIONS FOR ORDERS AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF (I) LOWENSTEIN SANDLER LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF MARCH 24, 2015 AND (II) THE POLSINELLI PC AS DELAWARE COUNSEL TO THE COMMITTEE EFFECTIVE AS OF MARH 24, 2015**

Pursuant to 28 U.S.C. § 1746, Timothy Webb, solely in his capacity as a Co-Chair of the Official Committee of Unsecured Creditors (the "Committee") appointed in the bankruptcy case of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby submits this declaration (the "Declaration") under penalty of perjury:

1.      The Committee was appointed by the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") on March 24, 2015 [D.I. 99].

2.      Also on March 24, 2015, the Committee selected Lowenstein Sandler LLP ("Lowenstein Sandler") as its lead counsel in these chapter 11 cases, subject to Court approval.

3.      On March 24, 2015, the Committee selected Polsinelli PC ("Polsinelli") as its Delaware counsel in these Chapter 11 Cases, subject to Court approval.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

4.      I have read and am familiar with the contents of the Committee's Application for an Order Authorizing and Approving the Employment and Retention of Lowenstein Sandler LLP ("Lowenstein Sandler") as Counsel for the Committee Effective as of March 24, 2015 submitted contemporaneously herewith.

5.      I have read and am familiar with the contents of the Committee's Application for an Order Authorizing and Approving the Employment and Retention of Polsinelli PC as Counsel for the Committee Effective as of March 24, 2015 submitted contemporaneously herewith.

6.      The Committee selected Lowenstein Sandler as its counsel because of Lowenstein Sandler's attorneys' experience and knowledge in complex chapter 11 restructurings.  The Committee believes that Lowenstein Sandler is well-qualified to represent its interests in these Chapter 11 Cases.  Prior to selecting Lowenstein Sandler as its counsel in these Chapter 11 Cases, the Committee interviewed several firms.

7.      The Committee selected Polsinelli as its Delaware counsel because of the firm's extensive experience and knowledge in the field of creditors' rights, business reorganizations and liquidations under chapter 11 of the Bankruptcy Code, its expertise, experience, and knowledge practicing before this Court, its proximity to the Court and its ability to respond quickly to emergency hearings and other emergency matters in this Court.  The Committee believes that Polsinelli is both well qualified and able to represent it in these Chapter 11 Cases in a most efficient and timely manner.  Prior to selecting Polsinelli as its Delaware counsel in these Chapter 11 Cases, the Committee interviewed several firms.

8.      Lowenstein Sandler and Polsinelli have informed the Committee that their current hourly rates are their respective standard hourly rates for work of this nature.  Both firms further informed the Committee that each firm operates in a national and regional marketplace for legal services in which rates are driven by multiple factors relating to the individual lawyer, his or her area of specialty, the firm's expertise, performance and reputation, the nature of the work

involved, and other factors.  Lowenstein Sandler and Polsinelli further informed the Committee (and disclosed in their respective retention applications) that their respective hourly rates are subject to periodic adjustments to reflect economic and other conditions.

9.      The Committee has approved a prospective budget for the Committee's professionals from the date of their retention through April 30, 2015, recognizing that in the course of a large chapter 11 case like these Chapter 11 Cases, it is possible and in fact may be likely, that there may be a number of unforeseen fees and expenses that will need to be addressed by the Committee and its counsel and that the budget and staffing plans may need to be substantially amended and modified.  The Committee further recognizes that it is its responsibility to review the billing practices of its counsel to ensure that the fees and expenses paid by the Debtors' estates remain consistent with the Committee's expectations and the exigencies of these Chapter 11 Cases. The Committee will continue to review the invoices that Lowenstein Sandler and Polsinelli regularly submit and, together Lowenstein Sandler and Polsinelli, as necessary, periodically amend the budget and any staffing plans as these cases develop.

[ *signature page follows* ]

I am authorized to submit this Declaration on behalf of the Committee and, if called upon

to testify, I could and would testify competently to the facts set forth herein.

Dated: April 17, 2015

Respectfully submitted,

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE STANDARD REGISTER COMPANY**, by its Co-Chair, solely in his capacity as Designated Signatory of the Committee and not in any individual capacity

By: _Timothy S. Webb_____

Timothy Webb
Co-Chairperson of Committee