## Exhibit B

## MacGreevey Affidavit

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| **THE STANDARD REGISTER COMPANY,** *et al.*[1] | Case No.  15-10541 (BLS) |
| Debtors. | |

**AFFIDAVIT OF DAVID MACGREEVEY IN SUPPORT OF THE APPLICATION
OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
THE STANDARD REGISTER COMPANY FOR ENTRY OF AN ORDER
AUTHORIZING THE EMPLOYMENT AND RETENTION OF
ZOLFO COOPER, LLC AS FINANCIAL AND FORENSIC ADVISORS,
NUNC PRO TUNC TO MARCH 24, 2015**

STATE OF NEW YORK   )
                                          )  ss.:
COUNTY OF NEW YORK )

**DAVID MACGREEVEY**, being duly sworn according to law, upon his oath, deposes and says:

1.        I am a managing director of the firm Zolfo Cooper, LLC ("Zolfo Cooper" or the "Firm"), a New Jersey limited liability company.  The information included in this Affidavit concerning Zolfo Cooper is based upon my personal knowledge.

2.        This affidavit is being submitted in connection with the proposed retention of Zolfo Cooper as financial and forensic advisors to the Official Committee of the Unsecured Creditors of The Standard Register Company, et al.  (the "Committee") to perform services as set forth below.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

3.      To the best of my knowledge and belief, insofar as I have been able to ascertain after due inquiry, no member or employee of Zolfo Cooper is related to The Standard Register Company, the debtor and debtor-in-possession, (the "Debtor" or the "Company"), its creditors, other parties in interest identified herein, or the U.S. Trustee or anyone employed in the Office of the U.S. Trustee, or holds or represents any interest adverse to any such party, except that Zolfo Cooper is connected with the Committee by virtue of this engagement, and Zolfo Cooper may represent or have represented certain of the Debtor's creditors or other parties in interest herein, or interests adverse to such creditors or other parties in interest herein, in matters unrelated to this case.

4.      In connection with the preparation of this Affidavit, Zolfo Cooper conducted a review of its professional contacts with the Debtor, its affiliates and other interested parties identified on a list ("Interested Party List"), attached hereto as Schedule 2, provided to Zolfo Cooper by the Committee's proposed counsel in this proceeding.   Zolfo Cooper ran the Interested Party List through Zolfo Cooper's relationship database ("Database"), which is an Access computer database containing names of individuals and entities that are present or recent former clients of Zolfo Cooper.   Zolfo Cooper then reviewed those results, which review was completed under the supervision of the in-house General Counsel of Zolfo Cooper.   A summary of such relationships is set forth in Schedule 1 to this Affidavit.   None of the services that were or will be provided in the course of these other engagements: (i) is connected in any way to this proceeding; (ii) will impact or conflict with or be adverse to the rights of the Debtor in this proceeding; and (iii) will compromise Zolfo Cooper's ability to provide services in this proceeding.   The Committee names will be added to Zolfo Cooper's Database.

5.      It should be understood that Zolfo Cooper's present or former clients and its affiliates, officers, directors, principal shareholders and their respective affiliates may have had relationships with parties in interest in this bankruptcy case of which Zolfo Cooper was not informed or, subsequent to the performance of Zolfo Cooper's services, may have developed relationships with such parties of which Zolfo Cooper is unaware.

6.      Further, it should be understood that the "Zolfo Cooper" trademark name is owned by Zolfo Cooper Holdings, LLC, Zolfo Cooper's parent company, and it is used in the United States by Zolfo Cooper, LLC and its subsidiaries. The Zolfo Cooper trademark is used in the Cayman Islands, the British Virgin Islands, Hong Kong and the People's Republic of China under license agreements, without common ownership with Zolfo Cooper.

7.      To the best of Zolfo Cooper's knowledge and belief, except as set forth in Schedule 1 to this Affidavit, none of Zolfo Cooper's current or former clients (including their affiliates, officers, directors, principal shareholders and their respective affiliates) is connected to the entities listed below, other parties in interest herein or interests adverse to such parties:

> (a) the Debtors and their non-debtor subsidiaries;
> (b) the Debtors' officers and directors;
> (c) the major business affiliations of the Debtors' officers and directors and related persons;
> (d) secured creditors;
> (e) 50 largest unsecured creditors;
> (f) landlords;
> (g) vendors, subcontracting vendors and freight vendors/providers;
> (h) other significant vendors;
> (i) parties to significant litigation;
> (j) equity holders (greater tan 5%);
> (k) largest customers;
> (l) insurance companies;
> (m) utility providers;
> (n) chapter 11 professionals;
> (o) ordinary course professionals;
> (p) reclamation claimants; and
> (q) other significant parties in interest.

8.      Zolfo Cooper will promptly update and supplement this Affidavit, disclosing

any material developments regarding the Debtor or any other pertinent relationships that require disclosure in the above-captioned case, if and when any such developments or relationships come to Zolfo Cooper's attention.

9.      On March 24, 2015, the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed the Committee, and on March 24, 2015, the Committee interviewed and selected Zolfo Cooper as its financial advisor.

10.     The Committee requires the services of experienced financial and forensic advisors to assist it in analyzing the Debtor's business and financial affairs.  Because of Zolfo Cooper's expertise and experience at a national level in providing reorganization and a broad range of consulting services to Debtor and other parties in interest in financially complex troubled situations, the Committee has requested that Zolfo Cooper provide such services to it. Upon the Committee's request, Zolfo Cooper began to provide assistance to the Committee on March 24, 2015.

11.     Zolfo Cooper has begun to provide assistance, as agreed, to the Committee in accordance with the terms and conditions set forth herein, in the Committee's application to employ Zolfo Cooper (the "Application") and in the Engagement Letter which is appended to this Affidavit as Schedule 3 and incorporated herein by reference.  Accordingly, I make this Affidavit in support of an entry of order authorizing such retention.

12.     All of the services that the Firm will provide to the Committee will be: (i) at the request of the Committee and (ii) appropriately directed by the Committee so as to avoid duplicative efforts among the professionals retained in the case.  It is presently anticipated that Zolfo Cooper will provide a broad range of services to the Committee, including, but not limited to:

(a)      Monitor the Debtors' cash flow and operating performance, including:

(i)      Comparing actual financial and operating results to plans,

3

(ii)     Evaluating the adequacy of financial and operating controls,

(iii)    Tracking the status of the Debtors'/Debtors' professionals' progress relative to developing and implementing programs such as preparation of a business plan, identifying and disposing of non-productive assets, and other such activities,

(iv)    Preparing periodic presentations to the Committee summarizing findings and observations resulting from ZC's monitoring activities;

(b)    Analyze and comment on operating and cash flow projections, business plans, operating results, financial statements, other documents and information provided by the Debtors/Debtors' professionals, and other information and data pursuant to the Committee's request;

(c)    Advise the Committee concerning interfacing with the Debtors, other constituencies and their respective professionals;

(d)    Prepare for and attend meetings of the Committee and subcommittees thereof;

(e)    Analyze claims and perform investigations of potential preferential transfers, fraudulent conveyances, related-party transactions and such other transactions as may be requested by the Committee;

(f)    Analyze and advise the Committee about the Debtors' proposed Plan of Reorganization, the underlying Business Plan, including the related assumptions and rationale, and the related Disclosure Statement;

(g)    Provide forensic and litigation consulting services at the direction of the Committee's legal counsel; and

(h)    Provide other services as requested by the Committee.

**Qualifications**

14.     As one of the world's leading financial advisory, interim management, and litigation support firms, with a team of restructuring, litigation and forensic specialists in North America and Europe/UK, specializing in advising debtors, creditors, investors and court-appointed officials in formal bankruptcy proceedings and out-of-court workouts, Zolfo Cooper has significant qualifications and experience in these matters.   Zolfo Cooper has a reputation for quality and breadth of experience, and a proven track record for success, earned by serving clients in numerous nationally prominent bankruptcy proceedings.   A statement setting forth the Firm's qualifications is attached to this Affidavit as Schedule 4.

**Staffing and Approach**

15.     A substantial portion of Zolfo Cooper's work is advisory and involves Zolfo Cooper's professionals counseling senior client personnel regarding high-level strategic and tactical issues.   Indeeed, more than 50% of Zolfo Cooper's professionals have in excess of 20 years of relevant business experience.   Both the Firm's internal structure and work approach are designed around its unusual staff composition of senior professionals.   Individual staff members are assigned project roles, to bring to bear their particular talents and experience in view of the specific requirements of the engagement.   Zolfo Cooper provides high value for its fees, efficiently leveraging its experienced professionals by directing Debtor personnel regarding the informational requirements of the Committee.

16.    I, David MacGreevey, the managing director who will be responsible for this engagement, have more than 15 years of professional experience advising stakeholders on strategic transactions, including restructuring, M&A and capital raises.    I have advised committees, management teams, boards of directors and investors on over 40 complex transactions across a variety of industries.  I am a graduate of the University of Richmond and a Certified Insolvency and Restructuring Advisor.

17.    Integral to any team approach, and essential to minimize misunderstandings and assure continuity of service in a large, multifaceted case such as this one, are conferences, meetings and worksessions among the members of the engagement team.    Ongoing communications and review of workproduct facilitate the sharing of information and assure continued alignment with established priorities and objectives, thereby reducing the time expended and avoiding duplicative efforts.  Zolfo Cooper communicates continually with its clients on the status and results of its work efforts and interfaces with other professionals to improve coordination and ensure that it does not duplicate services rendered by other professionals retained in this case.

## Billing Practices

18.    It is the intention of Zolfo Cooper to seek compensation for its services as described herein and in the Application in accordance with its customary practices and in accordance the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, this Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the "Compensation Procedures Order") [Dkt. No. ____], and any other applicable orders of this Court and guidelines established by the U.S. Trustee.

19.    Zolfo Cooper's fees will be based on actual hours expended to perform its services at standard hourly rates established for each employee, as adjusted semi-annually. It is the customary practice of the Firm to bill clients for travel time consistent with guidelines of the jurisdiction. For this jurisdiction, therefore, Zolfo Cooper will apply a 50% discount rate to non-working travel time billed. Time entries are recorded in six minute increments. Fees reflect economies resulting from the use of paraprofessional and support personnel to develop schedules and analyses, input computer data, perform research, work on fee applications, and other activities necessary to the efficient administration of a case. Zolfo Cooper does not include support services in the Firm's overhead for the purpose of establishing billing rates. Billing rates are generally representative of prevailing market rates, as awarded by other Courts in similar circumstances, based on the customary compensation charged by comparably skilled practitioners in bankruptcy and non-bankruptcy engagements. The billing rates for professionals who may be assigned to this engagement in effect as of January 1, 2015, are as follows:

| Managing Directors | $775 - $925 |
| Professional Staff | $265 - $770 |
| Support Personnel | $ 60 - $310 |

20.    Zolfo Cooper charges its clients only for reasonably incurred, out-of-pocket expenses associated with an assignment including, but not limited to, costs of reproduction, typing, our legal counsel, any applicable state sales or excise taxes and other direct expenses. Except as necessary to comply with the Compensation Procedures Order, all such expense billings are in accordance with the Firm's customary practices. Zolfo Cooper personnel stay at convenient, quality hotels and eat at quality restaurants; Zolfo Cooper does not incur costs for luxury accommodations or deluxe meals and, when prohibited by applicable Compensation Procedure Order. Zolfo Cooper does not bill clients for first class airfare. Except as follows, all expenses will be billed at actual cost, exclusive of amortization of the cost of any investment,

equipment or capital outlay: (i) internal charges for outgoing out-of-town facsimile transmissions will be billed at $1.00 per page for domestic transmissions and $2.50 per page for foreign transmissions, and (ii) internal photocopy charges will be billed at $.10 per page.

21.    Zolfo Cooper maintains contemporaneous records of the time expended and out-of-pocket expenses incurred in support of its billings for services. All such records are located in the Firm's offices and are available for inspection, subject to certain matters contained therein that may be privileged.

22.    The hours worked, the results achieved and the ultimate benefit to the parties represented by the Committee of the work performed in connection with this proposed retention may be variable, and the Committee and Zolfo Cooper have taken this into account in setting the fees hereunder. No fee payable to any other person or entity by the Debtor, the Committee or any other party shall affect any fee payable to Zolfo Cooper under Zolfo Cooper's retention.

23.    Zolfo Cooper will provide a Monthly Fee Application (as defined in the Compensation Procedures Order) for services rendered and out-of-pocket expenses incurred during each month that will be submitted to the Debtor, filed with this Court and served on the Notice Parties (as defined in the Compensation Procedures Order), on or after the twenty-fifth (25th) day of each month following the month for which compensation is sought, and in compliance with the Compensation Procedures Order. Accordingly, each such Monthly Fee Application will be accompanied by a list of professional, paraprofessional and support personnel providing services, their respective billing rates; the aggregate hours expended by each such person; and a general description of the services rendered, summarized by discrete project; a detailed description of the services performed by each professional, paraprofessional and support person providing such services; the time expended organized by debtor, by discrete

project, by day and a reasonably detailed breakdown of the disbursements incurred.  Zolfo

Cooper will also file interim and final fee applications in accordance with the Compensation

Procedures Order.

David MacGreevey
Managing Director

Sworn and subscribed to before me
this 8 day of April 2015

Notary Public

ANDREW T GETTLER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01GE6254819
Qualified in Bronx County
My Commission Expires January 23, 2016

9

| Party in Interest | Nature of Interest in Standard Register Chapter 11 Case | Description of Current Relationship of Zolfo Cooper, LLC  ("ZC") |
|---|---|---|
| 3M Company | party to litigation | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where 3M Company is a potentially responsible party, litigant and/or asbestos contract counterparty.<br><br>ZC is currently in the process of being retained by the official committee of unsecured creditors in the Allied Nevada chapter 11 case where 3M Company is an interested party. |
| Abbott Laboratories | party to litigation | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Abbott Laboratories is an asbestos litigant. |
| Acon Funds Management, LLC, Acon Inc., Acon Investment Limited and Acon Funds Management, LLC ("Acon") | party to litigation | ZC is currently providing management services in an out-of-court situation where Acon is a shareholder. |
| Addecco | Vendor | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Addecco is a major vendor and contract party. |
| Automated Data Processing, Inc. ("ADP") | customer | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where ADP is a major vendor and contract party.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where ADP is a vendor. |
| Alcatel | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Alcatel is a major customer.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Alcatel is an asbestos litigant. |

| | | |
|---|---|---|
| Alliance Machine Co. ("Alliance") | party to litigation | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Alliance is an asbestos litigant. |
| Allianz, Allianz Global Investors US LLC and Allianz GI Income and Growth High Yield ("Allianz") | insurer | ZC is currently providing post-confirmation services to the Section 1114 Retiree Committee in the AMR chapter 11 case where Allianz was a potentially adverse party.<br><br>ZC is currently retained to serve as an independent member of the board of managers of NII in connection with the NII chapter 11 case where Allianz is an insurer/broker.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Allianz is a secured bondholder.<br><br>ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Allianz is a bondholder. |
| Allied World Assurance | insurer | ZC is currently retained by the DIP lenders in the James River chapter 11 case where Allied World Assurance is a dynamic sales services international limited insurer.<br><br>ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Allied World Assurance is a surety provider/insurance carrier.<br><br>ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Allied World Assurance is an insurer. |
| Ameren Corp., Ameren Ue, Amerenue – Union Electric Company ("Ameren") | utility provider | ZC is currently providing post-confirmation services to the Section 1114 Retiree Committee in the AMR chapter 11 case where Ameren was a utility provider.<br><br>ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Ameren is a utility provider.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Ameren is an asbestos litigant. |

| American Electric Power | utility provider | ZC is currently providing post-confirmation services to the Section 1114 Retiree Committee in the AMR chapter 11 case where American Electric Power was a utility provider.<br><br>ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where American Electric Power is a major vendors and contract party.<br><br>ZC is currently retained by the DIP lenders in the James River chapter 11 case where American Electric Power is a utility provider and an affiliation of a director of the company.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where American Electric Power is a significant vendor. |
|---|---|---|
| American Honda Motor Co. ("American Honda") | party to litigation | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where American Honda is an asbestos litigant. |
| American International Group a/k/a Chartis Insurance, Chartis Excess Limited, Chartis Property & Casualty Company, and Illinois National Insurance Co., AIG PEP IV Co-Investment, LP, AIG Rail Services and AIG Vantage Capital LP  ("AIG" or "Chartis" or "INI") | insurer | AIG is ZC's insurance carrier for excess policies.<br><br>ZC and AIG are party to a Master Service Agreement dated as of 4-26-11.  ZC is not currently providing services under this agreement.<br><br>ZC is currently providing services to the liquidation trust of the TOUSA chapter 11 case where AIG was a lien holder.<br><br>ZC is currently retained by counsel to the agent in a situation where AIG is a lender.<br><br>ZC is currently providing litigation consulting services in situations where AIG is a related party.<br><br>ZC is currently providing post-confirmation services to the Section 1114 Retiree Committee in the AMR chapter 11 case where Chartis was an insurer.<br><br>ZC is currently providing management services in an out-of-court situation where AIG is a shareholder.<br><br>ZC is currently retained to serve as an independent member of the board of managers of NII in connection with the NII chapter 11 case where Chartis is an insurer. |

| | | |
|---|---|---|
| | | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where AIG is an insurer.<br><br>ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where AIG is an insurer.<br><br>ZC is currently in the process of being retained by the official committee of unsecured creditors in the Allied Nevada chapter 11 case where AIG is an insurer and/or financing party. |
| American Optical Corp. ("American Optical") | party to litigation | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where American Optical is an asbestos litigant. |
| American Standard, Inc. ("American Standard") | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where American Standard is a party to litigation.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where American Standard is a party to litigation. |
| Ameron International Corp. ("Ameron") | party to litigation | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Ameron is an asbestos litigation and contract counterparty. |
| Anheuser Busch | party to litigation and affiliation of the debtors' officers and directors | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Anheuser Busch is an asbestos litigant. |
| Aqua-Chem Inc. | party to litigation | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Aqua-Chem Inc. is an asbestos litigant. |
| Armstrong Pumps Inc. | party to litigation | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Armstrong Pumps Inc. |
| Asten Johnson Inc. | party to litigation | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Asten Johnson Inc. is an asbestos litigant. |

| Atmos Energy, Atmos Energy Louisiana, and Atmos Pipeline Texas ("Atmos") | utility provider | ZC is currently providing services to the liquidation trust of the TOUSA chapter 11 case where Atmos was a utility provider. |
|---|---|---|
| | | ZC is currently providing post-confirmation services to the Section 1114 Retiree Committee in the AMR chapter 11 case where Atmos was a utility provider. |
| | | ZC is currently retained by the DIP lenders in the James River chapter 11 case where Atmos is a utility provider. |
| | | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where utility provider, contract counterparty and party to litigation. |
| | | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Atmos is a utility provider. |
| AT&T, AT&T Bellsouth, AT&T Communications, AT&T Florida, AT&T Mobile, AT&T Credit Corp., AT&T Midwest, AT&T Data, ATAT Global Information Solutions, AT&T Mobility National Accounts, AT&T Opus, AT&T Southeast, AT&T Southwest, AT&T U Verse, AT&T West, AT&T Wireless, AT&T Technologies, fka Ameritech (collectively, "AT&T") | utility provider and party to litigation | ZC is currently providing services to the liquidation trust in the TOUSA chapter 11 case where AT&T was a party-in-interest. |
| | | ZC is currently providing services to the liquidation trust in the Dewey & LeBoeuf case where AT&T was a top 50 creditor. |
| | | ZC is currently retained by the retiree committee in the AMR chapter 11 case where Ameritech is a party in interest. |
| | | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where AT&T is a utility provider and major customer. |
| | | ZC is currently retained by the DIP lenders in the James River chapter 11 case where AT&T is a utility provider. |
| | | ZC is currently retained to serve as an independent member of the board of managers of NII in connection with the NII chapter 11 case where AT&T is an unsecured creditor. |
| | | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where AT&T is a utility provider and significant vendor. |
| | | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where AT&T is a utility provider and contract |

| | | |
|---|---|---|
| | | counterparty.<br><br>ZC is currently in the process of being retained to provide management services in the Doral chapter 11 case where AT&T is a creditor and contract counterparty.<br><br>ZC is currently in the process of being retained by the official committee of unsecured creditors in the Allied Nevada chapter 11 case where AT&T is a vendor and utility provider. |
| Aurora Pump Company ("Aurora") | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Aurora is a party to litigation. |
| Avaya Inc., Avaya Financial Services, and Avaya Globalconnect Ltd. ("Avaya") | utility provider | ZC is currently providing post-confirmation services to the Section 1114 Retiree Committee in the AMR chapter 11 case where Avaya was a utility provider.<br><br>ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Avaya Inc. is a utility provider.<br><br>ZC is currently retained by the DIP lenders in the James River chapter 11 case where Atmos Energy is a utility provider.<br><br>ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Avaya is a utility provider. |
| Avocet Enterprises Inc. ("Avocet") | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Avocet is a party to litigation. |
| Bank of America, Bank of America Funding, Bank of America Leasing & Capital, LLC ("Bank of Americas") | secured and unsecured creditor and customer | ZC is currently providing services to the American Home Mortgage Trust where the Bank of America is a potentially adverse party.<br><br>ZC is currently providing services to the liquidation trust of the TOUSA chapter 11 case where the Bank of America was a party-in-interest.<br><br>ZC is currently providing litigation consulting services in a situation where the Bank of America is an adverse party.<br>ZC is currently providing litigation consulting services in a situation where Bank of America was a defendant.<br><br>ZC is currently providing services to the liquidation trust in the Dewey & LeBoeuf case where the Bank of America was a top 50 creditor. |

| | | |
|---|---|---|
| | | ZC is currently providing post-confirmation services to the Section 1114 Retiree Committee in the AMR chapter 11 case where the Bank of America was a banking facility. |
| | | ZC is currently retained by the DIP lenders in the James River chapter 11 case where Bank of America is a participant in selling shareholders exchange. |
| | | ZC is currently retained to serve as an independent member of the board of managers of NII in connection with the NII chapter 11 case where Bank of America is a letter of credit holder. |
| | | ZC is currently retained by the debtors in an out-of-court situation where Bank of America is the asset based lender. |
| | | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Bank of America is a DIP lender, debtholder, bank, investment bank and party to litigation. |
| | | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Bank of America is a lender, contract counterparty, agent, indenture trustee, holds a letter of credit and bondholder. |
| | | ZC is currently in the process of being retained by the official committee of unsecured creditors in the Allied Nevada chapter 11 case where Bank of America is an equipment lessor. |
| | | ZC is currently retained by the debtors in an out-of-court situation where Bank of America is a second lien lender. |
| BASF Corp. and BASF Catalysts LLC ("BASF") | party to litigation | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where BASF is an asbestos litigant. |
| Beazer East | party to litigation | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Beazer East is an asbestos litigant. |

| Beazley | insurer | Beazley is currently serving as an insurance broker to ZC.<br><br>ZC is currently retained by the DIP lenders in the James River chapter 11 case where Beazley is an insurer.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Beazley is an insurer.<br><br>ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Beazley is an insurer.<br><br>ZC is currently retained by the debtors in an out-of-court situation where Beazley is an insurer. |
|---|---|---|
| Bechtel | party to litigation | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Bechtel is an asbestos litigant. |
| BF Goodrich Co. | party to litigation | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where BF Goodrich Co. is an asbestos litigant. |
| BMO Asset Management Inc., BMO Harris Bank, BMO Nesbitt ("BMO") | unsecured creditor | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where BMO is a secured bondholder.<br><br>ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where BMO is a lender and bondholder. |
| Bondstrand | party to litigation | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Bondstrand is an asbestos litigant. |
| Borg-Warner Corp., Borge-Warner Morse Tec, Borge-Warner TorqTransfer Systems ("Borg-Warner") | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Borg-Warner is a party to litigation.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Borg-Warner is a contract counterparty. |

| | | |
|---|---|---|
| Bridgestone Americas Tire Operations LLC | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Bridgestone is a party to litigation.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Bridgestone is a vendor and contract counterparty. |
| Brookwood Four Points Investor and Brookwood SARL ("Brookwood") | unsecured creditor | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Brookwood is a lender. |
| Burns International Services Corp. ("Burns International") | party to litigation | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Burns International is an asbestos litigant. |
| BW/IP International Co. and BW/IP Inc. ("BW/IP") | unsecured creditor and party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where BW/IP is a party to litigation.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where BW/IP is an asbestos litigant. |
| Byron Jackson Pumps and Byron Jackson Pump Division ("Byron Jackson") | party to litigation | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Byron Jackson is an asbestos litigant. |
| Cannon | secured creditor | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Cannon is a contract counterparty. |
| Carborundum Co. | party to litigation | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Carborundum Co. is an asbestos litigant. |
| Carrier Corp. | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Carrier Corp. is a party to litigation.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Carrier Corp. is an asbestos litigant. |

| Cass Information Systems Inc. ("Cass") | vendor and unsecured creditor | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Cass is a utility provide, contract counterparty and unsecured creditor. |
|---|---|---|
| CBS Corp. ("CBS") | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where CBS is a party to litigation.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where CBS is an asbestos litigant. |
| CB Richard Ellis, Inc., CBRE Inc., CBRE ITF Calstrs, CBRE Investors AAf Strategic Partners ("CBRE") | unsecured creditor and party to litigation | ZC is currently providing services to the American Home Mortgage Trust where CBRE is a related party.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where CBRE is a vendor. |
| CenturyLink | utility provider | ZC is currently providing post-confirmation services to the Section 1114 Retiree Committee in the AMR chapter 11 case where CenturyLink was a party in interest.<br><br>ZC is current retained by the official committee of unsecured creditors in the Exide chapter 11 case where CenturyLink is a utility provider.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where CenturyLink is a utility provider and significant vendor.<br><br>ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where CenturyLink is a utility provider.<br><br>ZC is currently in the process of being retained to provide management services in the Doral chapter 11 case where CenturyLink is a contract counterparty. |
| Certainteed Corporation ("Certainteed") | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Certainteed is a party to litigation.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Certainteed is a contract counterparty. |

| Chaotic Moon LLC | party to litigation | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Chaotic Moon LLC is an unsecured creditor. |
|---|---|---|
| Chubb | insurer | ZC is currently retained to serve as an independent member of the board of managers of NII in connection with the NII chapter 11 case where Chubb is an insurer.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Chubb is an insurer and vendor.<br><br>ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Chubb is an insurer.<br><br>ZC is currently retained by the debtors in an out-of-court situation where Chubb is an insurer. |
| Cintas ("Cintas") | party to litigation | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Cintas is a contract counterparty. |
| CIT and CIT Technology Financing Services, CIT Group, CIT Rail and CIT Bank ("CIT") | secured creditor | ZC is currently providing services to the liquidation trust of the TOUSA chapter 11 case where CIT was a vendor.<br><br>ZC is currently retained by counsel to the agent in a situation where CIT is lender.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where CIT is a significant vendor.<br><br>ZC is currently in the process of being retained by the official committee of unsecured creditors in the Allied Nevada chapter 11 case where CIT is a UCC fixture and judgment lien party. |
| Citibank/Citicorp/ Citigroup/Citicapital, Citibank Canada, Citibank Switzerland, Citicorp Del Lease, Inc., Citicorp Vendor Finance, Inc., Citicapital Technology Finance, Citicorp North America, CitiFinancial, Citicorp Credit Services, Citi Investment Research, Citimortgage, Citigroup Pension Plan, Citigroup Global Markets, Citigroup Financial, Citigroup Energy and | customer | ZC is currently providing services to the liquidation trust of the TOUSA chapter 11 case where Citigroup was creditor and a party to a joint venture or land bank agreement and a lien holder.<br><br>ZC is currently providing services to the American Home Mortgage Trust where Citibank is a creditor and potentially adverse party.<br><br>ZC is currently retained by counsel to the agent in a situation where Citibank is lender.<br><br>ZC is currently providing services to the liquidation trust in the Dewey & LeBoeuf case where Citibank was a |

| | | |
|---|---|---|
| Citigroup Venture Capital, CVC (collectively "Citibank") | | secured creditor.<br><br>ZC is currently providing post-confirmation services to the Section 1114 Retiree Committee in the AMR chapter 11 case where Citibank was a secured creditor, banking facility, aircraft lender, financial derivative counterparty and an affiliate of a director.<br><br>ZC is currently retained by the liquidating trust the Orchard Supply chapter 11 case where Citibank is a lender.<br><br>ZC is currently retained by the DIP lenders in the James River chapter 11 case where Citibank is a debt holder.<br><br>ZC is currently retained by counsel to certain investors in a situation where Citibank is an adverse party.<br><br>ZC is currently providing litigation consulting services to defendant in a situation where Citibank is a creditor.<br><br>ZC is currently providing litigation consulting services to defendants in a situation where Citibank is a defendant.<br><br>ZC is current retained by the official committee of unsecured creditors in the Exide chapter 11 case where Citibank is a holder of senior convertible floating notes and a depository bank.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Citibank is a debtholder, shareholder, lienholder, significant vendor, top 50 unsecured creditor, bank, indenture trustee, creditor, contract counterparty, investment bank, professional, DIP lender, secured bondholder and party to litigation.<br><br>ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Citibank is a lender, agent, indenture trustee, contract counterparty and bondholder.<br><br>ZC is currently in the process of being retained to provide management services in the Doral chapter 11 case where Citibank is a bondholder, trustee and banking facility.<br><br>ZC is currently retained by the debtors in an out-of-court situation where Citibank is a second lien lender. |

| | | |
|---|---|---|
| Cleaver-Brooks Co. Inc. ("Cleaver-Brooks") | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Cleaver-Brooks is a party to litigation. ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Cleaver-Brooks is an asbestos litigant. |
| CAN Financial Corp. ("CNA") | insurer | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where CNA is an insurer. |
| Coca-Cola | party to litigation | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Coca-Cola is a debtholder and contract counterparty. |
| Colliers International ("Colliers") | unsecured creditor | ZC is currently in the process of being retained by the official committee of unsecured creditors in the Allied Nevada chapter 11 case where Colliers is a landlord and related party. |
| Columbia Casualty Company ("Columbia Casualty") | insurer | ZC is currently in the process of being retained to provide management services in the Doral chapter 11 case where Columbia Casualty is an insurer. |
| Comcast | utility provider | ZC is currently providing services to the liquidation trust of the TOUSA chapter 11 case where Comcast was a utility provider. ZC is currently providing post-confirmation services to the Section 1114 Retiree Committee in the AMR chapter 11 case where Comcast was a utility provider and an affiliate of a board member. |
| ComEd | utility provider | ZC is current retained by the official committee of unsecured creditors in the Exide chapter 11 case where ComEd is a utility provider. ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where ComEd is a utility provider. |
| Consolidated Communications | utility provider | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Consolidated Communications is a vendor and utility provider. |

| Constellation Capital, Constellation Energy, Constellation Energy Commodities Group Inc., Constellation New Energy, Constellation New Energy – Gas Divisions LLC ("Constellation") | utility provider | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Constellation is a vendor and contract counterparty.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Constellation is a debtholder, significant vendor, contract counterparty.<br><br>ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Constellation is a utility provider. |
|---|---|---|
| Continental Casualty Co. ("Continental") | insurer | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Continental is an insurer/carrier/surety provider.<br><br>ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Continental is an insurer.<br><br>ZC is currently in the process of being retained by the official committee of unsecured creditors in the Allied Nevada chapter 11 case where Continental is an insurer, financing party and vendor. |
| Continental Teves | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Continental Teves is a party to litigation. |
| Conwed Corp. | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Conwed Corp. is a party to litigation.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Conwed Corp. is an asbestos litigant. |
| Cooper Industries | party to litigation | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Cooper Industries is a party to litigation. |
| Copes Vulcan Inc. | party to litigation | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Copes Vulcan Inc. is an asbestos litigant. |

| Cox Communications | utility provider | ZC is currently providing services to the liquidation trust of the TOUSA chapter 11 case where Cox Communications was a utility provider.<br><br>ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Cox Communication is a utility provider and contract counterparty. |
|---|---|---|
| Crane Co. | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Crane Co. is a party to litigation.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Crane Co. is an asbestos litigant. |
| Credit Suisse Asset Management, CSAM, Credit Suisse Capital, Credit Suisse Loan Funding LLC, CS Syndication, Credit Suisse AG, Cayman Islands Branch, Credit Suisse Tronoto, Credit Suisse International, Credit Suisse Floating Rate High Income Fund, Credit Suisse Global Hybrid Income Fund, Credit Suisse First Boston, et al.  And BLT 12 LLC, BLT 14 LLC, BLT 30 LLC, BLT 24 LLC, BLT 27 LCL, BLT 1 LLC, BLT VI LLC, BLT 33 LLC, BLT 2009-1 Ltd. ("CSFB ") | secured creditor | ZC is currently providing services to the American Home Mortgage Trust where CSFB is a creditor.<br><br>ZC is currently retained by counsel to the agent in a situation where CSFB is lender.<br><br>ZC is currently providing post-confirmation services to the Section 1114 Retiree Committee in the AMR chapter 11 case where CSFB was a banking facility and financial derivatives counterparty.<br><br>ZC is currently providing management services in an out-of-court situation where Credit Suisse is a lender.<br><br>ZC is currently retained by the official committee of unsecured creditors in the Deb Stores chapter 11 case where Credit Suisse is an equity holder.<br><br>ZC is currently retained by the creditors in an out-of-court situation where CSFB is a lender.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where CSFB is a secured and unsecured bondholder, debtholder, indenture trustee, investment bank, party to litigation, contract counterparty and significant vendor.<br><br>ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where CSFB is a lender, letter of credit holder, contract counterparty and bondholder.<br><br> ZC is currently retained by the debtors in an out-of-court situation where CSFB is a second lien lender. |

| | | |
|---|---|---|
| Crown Cork & Seal | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Crown Cork & Seal is a party to litigation. |
| Crown Credit Company ("Crown") | secured creditor | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Crown is an asset based lender. |
| CSR Inc. and CSR Ltd. ("CSR") | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where CSR is a party to litigation. |
| DAP Inc., DAP Products Inc. ("DAP") | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where DAP is a party to litigation.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where DAP is an asbestos litigant. |
| Davis Wright Tremaine LLP | ordinary course professional | ZC is currently retained to serve as an independent member of the board of managers of NII in connection with the NII chapter 11 case where Davis Wright Tremaine LLP is a professional. |
| Dell Inc., Dell USA LP, Dell Service Sales, Dell Financial Services, Dell Marketing LP Inc., Dell Computer, Dell Commercial Credit, Dell Receivables LP et al. (collectively, "Dell") | secured creditor | ZC is currently providing services to the liquidation trust of the TOUSA chapter 11 case where Dell was a party-in-interest.<br><br>ZC is currently providing services to the liquidation trust in the Dewey & LeBoeuf case where Dell was a secured creditor, top 50 creditor, and top 30 account debtor.<br><br>ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Dell is a top 20 unsecured creditor.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Dell is a significant vendor and contract counterparty.<br><br>ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Dell is a contract counterparty and significant unsecured creditor. |

| Deloitte & Touche, Deloitte Consulting LLP, Deloitte Abogados, SL, Deloitte Financial Advisory Services LLP, Deloitte, Haskins & Sells, Deloitte Tax LLP, Deloitte Touche Tohmatsu India, Deloitte Tax Products Company LLC ("Deloitte & Touche") | ordinary course professional | ZC is currently providing post-confirmation services to the Section 1114 Retiree Committee in the AMR chapter 11 case where Deloitte & Touche was a party in interest.<br><br>ZC is currently retained to serve as an independent member of the board of managers of NII in connection with the NII chapter 11 case where Deloitte & Touche is a professional.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Deloitte & Touche is a professional, contract counterparty, significant vendor and top 50 unsecured creditor.<br><br>ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Deloitte & Touche is a professional, contract counterparty and significant unsecured creditor.<br><br>ZC is currently in the process of being retained to provide management services in the Doral chapter 11 case where Deloitte & Touche is a creditor and contract counterparty. |
| Deutsche Bank, Deutsche Bank Securities, Inc., Deutsche Bank Investment Management, Deutsche Asset Management, Deutsche Bank Trust Co., Deutsche Bank Mambai Branch, India, Deutsche Vehrkers Bank, Deutsche Mortgage, Deutsche Alt-A Securities, Deutsche Bank AG New York and DG Bank ("Deutsche Bank") | unsecured creditor | ZC is currently providing services to the liquidation trust of the TOUSA chapter 11 case where Deutsche Bank was a lien holder.<br><br>ZC is currently providing services to the American Home Mortgage Trust where Deutsche Bank is a creditor.<br><br>ZC is currently providing services to the liquidation trust in the Dewey & LeBoeuf case where Deutsche was a top 50 creditor.<br><br>ZC is currently providing post-confirmation services to the Section 1114 Retiree Committee in the AMR chapter 11 case where Deutsche Bank was an aircraft lender/lessor.<br><br>ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Deutsche Bank is a lender.<br><br>ZC is currently retained by counsel to certain investors in a situation where Deutsche Bank is an investor.<br><br>ZC is currently retained to serve as an independent member of the board of managers of NII in connection with the NII chapter 11 case where Deutsche Bank is a depository/disbursement bank. |

| | | |
|---|---|---|
| | | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Deutsche Bank is a DIP lender, secured and unsecured bondholder, debtholder, indenture trustee, contract counterparty, professional and party to litigation.<br><br>ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Deutsche Bank is a lender, bondholder, agent, indenture trustee, contract counterparty.<br><br>ZC is currently retained by the debtors in an out-of-court situation where Deutsche Bank is a public shareholder and second lien lender. |
| Dinsmore & Shohl LLP | professionals | ZC is currently retained by the DIP lenders in the James River chapter 11 case where Dinsmore & Shohl LLP are professionals. |
| Direct Energy Business and Direct Energy LP ("Direct Energy") | utility provider | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Direct Energy is a utility provider and contract counterparty.<br><br>ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Direct Energy is a utility provider. |
| Dominion East Ohio and Dominion Virginia Power ("Dominion") | utility provider | ZC is currently retained by the debtors in the ZC is currently providing post-confirmation services to the Section 1114 Retiree Committee in the AMR chapter 11 case where Dominion was a utility provider.<br><br>ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Dominion is a utility provider. |
| Dow Chemical, Dow Employees Pension Plan, Dow Retirement Group Trust ("Dow") | unsecured creditor | ZC is currently providing post-confirmation services to the Section 1114 Retiree Committee in the AMR chapter 11 case where Dow was a potentially adverse party.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Dow is a debtholder. |
| Dravo Corp. | unsecured creditor | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Dravo Corp. is a party to litigation. |

| Duke Power and Duke Energy ("Duke") | utility provider | ZC is currently providing post-confirmation services to the Section 1114 Retiree Committee in the AMR chapter 11 case where Duke was a related party.<br><br>ZC is currently retained by the DIP lenders in the James River chapter 11 case where Duke is an affiliation of a director of the company and utility provider.<br><br>ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Duke is a utility provider. |
|---|---|---|
| Eaton Corp. | party to litigation | ZC is currently retained by the Section 111 Retiree Committee in the AMR chapter 11 case where Eaton Corp. was a potentially adverse party.<br><br>ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Eaton Corp. is a party to litigation.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Eaton Corp. is an asbestos litigant and significant vendor. |
| Emerson Electric, Emerson Electric & Components and Emerson Network Power ("Emerson") | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Emerson is a customer.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Emerson is a vendor. |
| Ernst & Young ("E&Y") | ordinary course professional | In addition to current and prior client relationships, Zolfo Cooper has been involved in assignments where E&Y have provided accounting services or been potential defendants. In addition, several of our Firm's professionals are alumni of this public accounting firm.<br><br>ZC is currently providing services to the liquidation trust of the TOUSA chapter 11 case where E&Y was a professional.<br><br>ZC is currently providing post-confirmation services to the Section 1114 Retiree Committee in the AMR chapter 11 case where E&Y was a professional.<br><br>ZC is currently retained to serve as an independent member of the board of managers of NII in connection with the NII chapter 11 case where E&Y is a professional and unsecured creditor. |

| | | |
|---|---|---|
| | | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where E&Y is a professional, contract counterparty and significant vendor.<br><br>ZC is currently in the process of being retained by the official committee of unsecured creditors in the Allied Nevada chapter 11 case where E&Y is a professional. |
| Federal Express, Fedex, Fedex Corp. Employees Pension Trust ("Fedex") | vendor | ZC is currently providing services to the liquidation trust of the TOUSA chapter 11 case where Fedex was a party-in-interest.<br><br>ZC is currently providing post-confirmation services to the Section 1114 Retiree Committee in the AMR chapter 11 case where Fedex was a trade creditor.<br><br>ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Fedex is a shipper.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Fedex is a debtholder.<br><br>ZC is currently in the process of being retained to provide management services in the Doral chapter 11 case where Fedex is a creditor.<br><br>ZC is currently in the process of being retained by the official committee of unsecured creditors in the Allied Nevada chapter 11 case where Fedex is a vendor. |
| Federal Insurance | insurer | ZC is currently providing post-confirmation services to the Section 1114 Retiree Committee in the AMR chapter 11 case where Federal Insurance was an insurer.<br><br>ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Federal Insurance is an insurer/surety provider.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Federal Insurance is an insurer.<br><br>ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Federal Insurance is an insurer.<br><br>ZC is currently in the process of being retained by the official committee of unsecured creditors in the Allied Nevada chapter 11 case where Federal Insurance is an insurer and financing party. |

| | | ZC is currently retained by the debtors in an out-of-court situation where Federal Insurance is a bondholder and insurer. |
|---|---|---|
| Fifth Third Bank | business affiliation of an officer/director of the debtor and an equity holder | ZC is currently providing services to the liquidation trust in the Dewey & LeBoeuf case where Fifth Third Bank was a secured creditor.<br><br>ZC is currently providing post-confirmation services to the Section 1114 Retiree Committee in the AMR chapter 11 case where Fifth Third Bank was a banking facility and aircraft lender/lessor.<br><br>ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Fifth Third Banks is a bondholder. |
| Flowserve US Inc. and Flowserve Corp. ("Flowserve") | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Flowserve is a vendor and contract counterparty.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Flowserve is an asbestos litigant. |
| Fluor Corp., Fluor Daniels Maintenance Services Inc., Fluor Daniels Williams Brothers, Fluor Daniels Services Corp. and Fluor Enterprises, Fluor Global Services, Fluor Holding Co. LLC, Fluor Texas Inc. ("Fluor Corp.") | party to litigation | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Flour Corp. is a vendor and asbestos litigant.<br><br>ZC is currently in the process of being retained by the official committee of unsecured creditors in the Allied Nevada chapter 11 case where Fluor Corp. is an unsecured creditor. |
| FM Global | insurer | ZC is currently retained to serve as an independent member of the board of managers of NII in connection with the NII chapter 11 case where FM Global is an insurer.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where FM Global is an insurer. |

| Foley & Lardner LLP | ordinary course professional | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Foley & Lardner LLP is a professional.<br><br>ZC is currently providing litigation consulting services to defendants in a situation where Foley & Lardner LLP was counsel to a defendant/terminated.<br><br>ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Foley & Lardner LLP is a creditor.<br><br>ZC is currently in the process of being retained by the official committee of unsecured creditors in the Allied Nevada chapter 11 case where Foley & Lardner LLP is a notice party. |
| --- | --- | --- |
| Ford Motor Co. and Ford Motor Credit Co. ("Ford") | party to litigation | ZC is currently providing post-confirmation services to the Section 1114 Retiree Committee in the AMR Corp. chapter 11 case where Ford was a potentially adverse party.<br><br>ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Ford is a party to litigation.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Ford is a party to asbestos litigation. |
| Formosa Plastics Corp. USA ("Formosa Plastics") | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Formosa Plastics is a party to litigation. |
| Frontier | utility provider | ZC is currently providing post-confirmation services to the Section 1114 Retiree Committee in the AMR Corp. chapter 11 case where Frontier was a related party.<br><br>ZC is currently retained by the DIP lenders in the James River chapter 11 case where frontier is a utility provider.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Frontier is a significant vendor.<br><br>ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Frontier is a utility provider. |

| Gardner Denver Inc. and Gardner Denver Nash ("Gardner Denver") | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Gardner Denver is a vendor. <br><br> ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Gardner Denver is a vendor. |
|---|---|---|
| Gas Company, The ("Gas Co.") | utility provider | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Gas Co. is a utility provider. |
| General Electric, General Electric Capital Corp., GE Capital, GE International, GE Energy, GE Supply, GE Antares GE Appliances, General Electric Commercial Finance, GE Commercial Equipment Financing, GE Canada Finance, GE Healthcare Financial Services, GE Asset Management, GE Capital Aviation, General Electric Mortgage Insurance Corp., GE Mining, GE Energy Control Solutions, GE Energy Motors, GE Energy Parts, GE Foodland Inc., GE Inspection Technologies LP, GE Intelligent Platforms Inc., GE Mobile Water Inc. and GE Medical Systems (collectively "GE") | party to litigation | ZC is currently providing services to the liquidation trust of the TOUSA chapter 11 case where GE was a party-in-interest. <br><br> ZC is currently retained by counsel to the agent in a situation where GE is lender. <br><br> ZC is currently providing services to the liquidation trust in the Dewey & LeBoeuf case where GE is a top 50 creditor. <br><br> ZC is currently providing post-confirmation services to the Section 1114 Retiree Committee in the AMR chapter 11 case where GE was an aircraft lender/lessor. <br><br> ZC is currently retained by the DIP lenders in the James River chapter 11 case where GE is an equipment lessor, unsecured creditor, significant supplier and lender. <br><br> ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where GE is a lender. <br><br> ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where GE is a significant vendor, party to asbestos litigation, debtholder and contract counterparty. |
| General Refractories Company ("General Refractories") | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where General Refractories is a party to litigation. <br><br> ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where General Refractories is an asbestos litigant. |

| Georgia Pacific Corp. ("GPC") | unsecured creditor, vendor and party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where GPC is a party to litigation.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where GPC is an asbestos litigant and contract counterparty. |
|---|---|---|
| Gibson Dunn & Crutcher, LLP ("GDC") | professional | ZC is currently providing litigation consulting services to defendants in a situation where GDC is counsel to another defendant.<br><br>ZC is currently providing post-confirmation services to the Section 1114 Retiree Committee in the AMR chapter 11 case where the GDC was a related party.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where GDC is a professional and significant vendor.<br><br>ZC is currently in the process of being retained to provide management services in the Doral chapter 11 case where GDC is a professional. |
| Goodrich Corp. | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Goodrich Corp. is a party to litigation.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Goodrich Corp. is an asbestos litigant. |
| Goodyear Tire and Ruber Co. ("Goodyear") | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Goodyear is a party to litigation.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Goodyear is an asbestos litigant. |
| Goulds Pumps | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Goulds Pumps is a shipper and party to litigation.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Goulds Pumps is a party to litigation. |

| Granite Broadcasting | affiliation of a member of the board | ZC is currently retained by the debtors in an out-of-court situation where a member of the board is related to Granite Broadcasting. |
|---|---|---|
| Granite Telecommunications | utility provider | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Granite Telecommunications is an unsecured creditor. |
| Grinnell LLC and Grinnell Corporation ("Grinnell") | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Grinnell is a party to litigation. |
| Hercules, Inc. | unsecured creditor | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Hercules, Inc. is a party to litigation. |
| Hewlett Packard | vendor and secured creditor | ZC is currently providing post-confirmation services to the Section 1114 Retiree Committee in the AMR chapter 11 case where Hewlett Packard was a trade creditor and unsecured creditor. <br><br> ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Hewlett Packard is a contract counterparty and significant vendor. |
| Homasote Co. | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Homasote Co. is a party to litigation. |
| Honeywell | party to litigation | ZC is currently providing post-confirmation services to the Section 1114 Retiree Committee in the AMR chapter 11 case where Honeywell was a trade creditor and an unsecured creditor. <br><br> ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Honeywell is a party to litigation. <br><br> ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Honeywell is a significant vendors and party to asbestos litigation. |

| Ikon | insurer | ZC is currently providing services to the liquidation trust of the TOUSA chapter 11 case where Ikon was a vendor.<br><br>ZC is currently in the process of being retained to provide management services in the Doral chapter 11 case where Ikon is a creditor. |
|---|---|---|
| Illinois National Insurance Co. | | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where the Illinois National Insurance Co. is an insurer/surety provider.<br><br>ZC is currently retained by the debtors in an out-of-court situation where Illinois National Insurance Co. is an insurer. |
| Illinois Tool Works, Inc. | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Illinois Tool Works, Inc. is a party to litigation. |
| IMO Delaval Inc., IMO Industries, Inc. ("IMO") | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where IMO is a party to litigation.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where IMO is an asbestos litigant. |
| Indiana Department of Environmental Management ("IDEM") | party to litigation | ZC is currently retained by the DIP lenders in the James River chapter 11 case where IDEM is a regulatory agency.<br><br>ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where the IDEM is a government authority.<br><br>ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where the IDEM is a taxing authority. |
| Industrial Holding Corp. | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Industrial Holding Corp. is a party to litigation.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Industrial Holding Corp. is an asbestos litigant. |

| Ingersoll Rand | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Ingersoll Rand is a party to litigation. ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Ingersoll Rand is a significant vendor, contract counterparty and asbestos litigant. |
|---|---|---|
| Intercall Inc. | utility provider | ZC is currently providing services to the liquidation trust of the TOUSA chapter 11 case where Intercall Inc. was a utility provider. ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Intercall is a vendor and contract counterparty. |
| International Business Machines ("IBM") | vendor | ZC is currently providing post-confirmation services to the Section 1114 Retiree Committee in the AMR chapter 11 case where IBM was counterparty to a significant contract. ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where IBM is a contract counterparty, significant vendor and debtholder. ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where IBM is a significant unsecured creditors and contract counterparty. ZC is currently in the process of being retained to provide management services in the Doral chapter 11 case where IBM is a contract counterparty. |
| International Paper | vendor | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where International Paper is a debtholder and contract counterparty vendor. |
| ITT Corp. | party to litigation | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where ITT Corp. is a vendor and asbestos litigant. |
| JB Hunt Transport Inc. ("JB Hunt") | freight vendor/provider | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where JB Hunt is a shipper. |

| | | |
|---|---|---|
| JM Manufacturing Co., Inc. ("JM") | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where JM is a party to litigation.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where JM is an asbestos litigant. |
| John Crane Inc. | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where John Crane Inc. is a party to litigation. |
| KCG Inc. ("KCG") | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where KCG is a party to litigation.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where KCG is an asbestos litigant. |
| Kelsey-Hayes Company ("Kelsey-Hayes") | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Kelsey-Hayes is a party to litigation. |
| Kentucky Department of Revenue | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where KCG is a party to litigation.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where KCG is an asbestos litigant. |
| Kentucky Utility Co. | utility provider | ZC is currently retained by the DIP lenders in the James River chapter 11 case Kentucky Utility Co. is a letter of credit and surety bond provider and beneficiary. |
| Kimberly-Clark | party to litigation | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Kimberly-Clark is a contract counterparty. |
| Laclede Gas Company | utility provider | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Laclede Gas Company is a utility provider. |

| Lazard | professiona | A current managing director of ZC was an employee of Lazard. |
| | | ZC is currently providing services to the liquidation trust of the TOUSA chapter 11 case where Lazard was a professional. |
| | | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Lazard is a professional. |
| | | ZC is currently retained by the DIP lenders in the James River chapter 11 case where Lazard is a participant in selling shareholders exchange. |
| | | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Lazard is a significant vendor. |
| Lennox Industries ("Lennox") | party to litigation | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Lennox is an asbestos litigant. |
| Level 3 Communications LLC ("Level 3") | utility provider | ZC is currently retained by the DIP lenders in the James River chapter 11 case where Level 3 is a utility provider. |
| | | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Level 3 is a significant vendor and utility provider. |
| | | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Level 3 is a utility provider. |
| Liberty Mutual Fire Insurance, Liberty Mutual Insurance Co., and Liberty Mutual, Liberty Insurance ("Liberty") | insurer and customer | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Liberty is an insurer/surety provider. |
| | | ZC is currently retained to serve as an independent member of the board of managers of NII in connection with the NII chapter 11 case where Liberty is an insurer. |
| | | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Liberty is a debtholder, surety bond and significant vendor. |
| | | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Liberty is an insurer and surety bond. |

| | | ZC is currently retained by the debtors in an out-of-court situation where Liberty is an insurer. |
|---|---|---|
| Lucent Technologies and Lucent Technologies Master Pension Trust ("Lucent") | party to litigation | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Lucent is a debtholder and asbestos litigant. |
| McGuireWoods LLP and McGuireWoods Consulting LLC ("McGuireWoods") | ordinary course professional | ZC is currently providing post-confirmation services to the Section 1114 Retiree Committee in the AMR chapter 11 case where McGuireWoods was a related party.<br><br>ZC is currently retained to serve as an independent member of the board of managers of NII in connection with the NII chapter 11 case where McGuire Woods is a professional.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where McGuireWoods is a significant vendor. |
| MCI Communications Service ("MCI") | utility provider and party to litigation | ZC is currently providing post-confirmation services to the Section 1114 Retiree Committee in the AMR Corp. chapter 11 case where MCI was a related party. |
| McKinsey & Company, Inc. and McKinsey Recovery & Transformation Services ("McKinsey & Company") | professional | ZC is currently providing services to the liquidation trust in the Dewey & LeBoeuf case where McKinsey & Company is a creditor.<br><br>ZC is currently providing post-confirmation services to the Section 1114 Retiree Committee in the AMR chapter 11 case where McKinsey & Company was a professional.<br><br>ZC is currently retained to serve as an independent member of the board of managers of NII in connection with the NII chapter 11 case where McKinsey & Company is a professional.<br><br>ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where McKinsey & Company is a significant unsecured creditor and contract counterparty. |
| Meadwestvaco Corp. | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Meadwetvaco Corp. |

| Met-Ed | utility provider | ZC is currently providing services to the liquidation trust of the TOUSA chapter 11 case where Met-Ed was a utility provider. |
|---|---|---|
| Metropolitan Life Insurance Company, MetLife ("Met Life") | party to litigation | ZC is currently providing services to the liquidation trust of the TOUSA chapter 11 case where Met Life was a party-in-interest.<br><br>ZC is currently retained by counsel to the agent in a situation where Met Life is lender.<br><br>ZC is currently providing post-confirmation services to the Section 1114 Retiree Committee in the AMR chapter 11 case where Met Life was a trade creditor and unsecured creditor.<br><br>ZC is currently retained by counsel to certain investors in a situation where Met Life is an investor.<br><br>ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Met Life is a party to litigation.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Met Life is a secured bondholder, significant vendor and party to asbestos litigation.<br><br>ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Met Life is a contract counterparty.<br><br>ZC is currently in the process of being retained to provide management services in the Doral chapter 11 case where Met Life is a creditor. |
| Monsanto Company ("Monsanto") | party to litigation | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Monsanto is an asbestos litigant. |
| Moody's Investor Service ("Moody's") | vendor | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Moody's is a vendor. |
| National Fire Insurance ("National Fire") | insurer | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where National Fire is an insurer. |

| | | |
|---|---|---|
| National Oilwell Varco Inc. ("National Oilwell") | party to litigation | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where National Oilwell is an asbestos litigant. |
| National Union Fire Insurance ("National Union") | insurer | National Union is an insurer of ZC.<br><br>ZC is currently providing post-confirmation services to the Section 1114 Retiree Committee in the AMR chapter 11 case where National Union was an insurer.<br><br>ZC is currently retained by the DIP lenders in the James River chapter 11 case where National Union is an insurer and beneficiary to a letter of credit.<br><br>ZC is currently retained to serve as an independent member of the board of managers of NII in connection with the NII chapter 11 case where National Union is an insurer.<br><br>ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where National Union is an insurer.<br><br>ZC is currently in the process of being retained by the official committee of unsecured creditors in the Allied Nevada chapter 11 case where National Union is an insurer, surety provider and financing party. |
| Navigator CDO 2003 Ltd., Navigator CDO 2004 Ltd., Navigator CDO 2006 Ltd., Navigator, Navigator Insurance Company ("Navigator") | insurer | ZC is currently retained by the liquidating trust in the Orchard Supply chapter 11 case where Navigator is a lender.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Navigator is an insurer. |
| NCR Corporation ("NCR") | party to litigation | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where NCR is a contract counterparty. |
| Newell Rubbermaid Inc. ("Newell") | party to litigation | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Newell is a contract counteryparty. |

| | | |
|---|---|---|
| Newmark Capital LLC, Newmark Capital Funding 2013-1 CLO Ltd., Newmark Capital LLC Nob Hill CLO Ltd., Newmark LLC, Newmark Grubb Knight Frank ("Newmark") | unsecured creditor and party to litigation | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Newmark is a lender and bondholder. |
| Nicor Gas | utility provider | ZC is currently providing post-confirmation services to the Section 1114 Retiree Committee in the AMR chapter 11 case where Nicor Gas was a potentially adverse party.<br><br>ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Nicor Gas is a utility provider. |
| NIPSCO | utility provider | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where NIPSCO is a utility provider. |
| Nissan | unsecured creditor | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Nissan is a customer.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Nissan is a contract counterparty. |
| Nooter Corp. ("Nooter") | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Nooter is a party to litigation. |
| Occidental Chemical Corp. ("Occidental") | party to litigation | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Occidental is a party to asbestos litigation. |
| Old Dominion Freight Line Inc. ("Old Dominion") | freight vendor/provider | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Old Dominion is a shipper. |
| Oregon Public Employees Retirement Fund ("OPERF") | second lien lender | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where OPERF is a debtholder.<br><br>ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where OPERF is a lender. |

| Pacific Gas & Electric and PG&E Retirement Master Fund ("PG&E") | utility provider | ZC is currently providing post-confirmation services to the Section 1114 Retiree Committee in the AMR chapter 11 case where the PG&E was a utility provider.<br><br>ZC is currently retained to serve as an independent member of the board of managers of NII in connection with the NII chapter 11 case where PG&E is a major current business affiliation.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where PG&E is a debtholder. |
| --- | --- | --- |
| Peerless Industries, Peerless Pump Company, Peerless Transportation ("Peerless") | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Peerless is party to litigation.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Peerless is an asbestos litigant. |
| Pension Benefit Guaranty Corp. ("PBGC") | unsecured creditor | ZC is currently providing services to the liquidation trust in the Dewey & LeBoeuf case where PBGC is a top 50 creditor and potentially adverse party.<br><br>ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where PBGC is a top 20 unsecured creditor.<br><br>ZC is currently retained by the debtors in an out-of-court situation where PBGC is a second lien lender. |
| Pepsi Bottling Group, PepsiCo. Food Service, Pepsi-Cola Fountain Co., Inc., PepsiCo Inc. ("Pepsi") | party to litigation | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Pepsi is a contract counterparty.<br><br>ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Pepsi is an unsecured creditor and contract counterparty. |
| Pharmacia Corp. and Pharmacia LLC ("Pharmacia") | party to litigation | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Pharmacia is an asbestos litigant. |
| Piedmont Natural Gas ("Piedmont") | utility provider | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Piedmont is a utility provider, vendor and contract counterparty. |

| Plastics Engineering Company ("Plastics Engineering") | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Plastics Engineering is a party to litigation. |
|---|---|---|
| PrimeClerk | business affiliation of a member of the debtors' board | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Prime Clerk is a professional.<br><br>ZC is currently in the process of being retained by the official committee of unsecured creditors in the Allied Nevada chapter 11 case where PrimeClerk is a professional. |
| Prologis Trust ("Prologis") | unsecured creditor | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Prologis is a landlord.<br><br>ZC is currently in the process of being retained by the official committee of unsecured creditors in the Allied Nevada chapter 11 case where Prologis is a contract counterparty. |
| Puget Sound Energy and Puget Sound Power & Light Co. ("Puget Sound") | utility provider | ZC is currently providing post-confirmation services to the Section 1114 Retiree Committee in the AMR chapter 11 case where the Puget Sound was a related party.<br><br>ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Puget Sound was a utility provider |
| Raymond Leasing Corporation ("Raymond") | secured creditor | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Raymond is an asset based lender. |
| Raytheon Engineering & Constructors ("Raytheon") | party to litigation | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Raytheon is an asbestos litigant. |
| Resco Holdings LLC and Resco Holdings Inc. ("Resco") | party to litigation | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Resco is an asbestos litigant. |
| Rheem Manufacturing Co. ("Rheem") | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Rheem Manufacturing Co. is a party to litigation. |

| | | |
|---|---|---|
| Riley Power Inc. ("Riley Power") | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Riley Power is a party to litigation.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Riley Power is an asbestos litigant. |
| Riley Stocker Corp. | party to litigation | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Riley Stocker Corp. is an asbestos litigant. |
| Rogers Corporation ("Rogers") | party to litigation | ZC is currently providing post-confirmation services to the Section 1114 Retiree Committee in the AMR chapter 11 case where the Rogers is a party to litigation. |
| Rohn & Haas Co. ("Rohn & Haas?) | party to litigation | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Rohm & Haas is a potentially responsible party. |
| Ross Laboratories | party to litigation | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Ross Laboratories is an asbestos litigant. |
| Rust International | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Rust International, Inc. is a party to litigation. |
| Saint Gobain Abrasives Inc. ("Saint Gobain") | party to litigation | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Saint Gobain is an asbestos litigant. |
| Salesforce.com Inc. | unsecured creditor | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Salesforce.com Inc. is a contract counterparty and vendor.<br><br>ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Salesforce.com Inc. is a contract counterparty. |

| | | |
|---|---|---|
| Securitas Security Services USA Inc. ("Securitas") | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Securitas is a vendor and contract counterparty.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Securitas is a vendor, contract counterparty and unsecured creditor. |
| Sherman-Williams Company ("Sherman-Williams") | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Sherman-Williams is a party to litigation.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Sherman-Williams is a vendor and contract counterparty. |
| Sidley Austin LLP ("Sidley") | ordinary course professional | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Sidley is a professional and vendor. |
| Silver Point Capital ("Silver Point") | secured creditor, equity holder and business affiliation of a member of the board | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Silver Point is a debtholder.<br><br>ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Silver Point is a lender and bondholder. |
| Skadden Arps Slate Meagher & Flom ("Skadden") | professional | ZC is currently providing post-confirmation services to the Section 1114 Retiree Committee in the AMR chapter 11 case where the Skadden was counsel to the unsecured creditors committee.<br><br>ZC is currently providing litigation support services to the defendants in a situation where Skadden is counsel to a defendant.<br><br>ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Skadden is counsel to the debtors.<br><br>ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Skadden is a professional. |

| Southern California Edison | utility provider | ZC is currently providing post-confirmation services to the Section 1114 Retiree Committee in the AMR chapter 11 case where the Southern California Edison was a utility provider.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Southern California Edison is a contract counterparty.<br><br>ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Southern California Edison is a utility provider. |
|---|---|---|
| SPCP Group LLC ("SPCP") | secured creditor | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where SPCP is a debtholder.<br><br>ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where SPCP is a lender. |
| Spence Engineering Company, Inc. ("Spence") | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Spence is a party to litigation. |
| Spirax Sarco Inc. ("Spirax") | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Spirax is a party to litigation. |
| Sprint, Sprint Long Distance, Sprint Solutions, and Sprint Wireless ("Sprint") | utility provider and party to litigation | ZC is currently providing services to the liquidation trust of the TOUSA chapter 11 case where Sprint was a party-in-interest.<br><br>ZC is currently providing post-confirmation services to the Section 1114 Retiree Committee in the AMR chapter 11 case where Sprint was a utility provider.<br><br>ZC is currently retained to serve as an independent member of the board of managers of NII in connection with the NII chapter 11 case where Sprint is a party to a material contract, license agreement and/or permit but not a large unsecured creditor.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Sprint is a significant vendor and utility provider.<br><br>ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 |

| | | case where Sprint is a utility provider and contract counterparty. |
|---|---|---|
| SPX Corp., SPX Cooling Technologies, SPX Flow Control, SPX Heat Transfer Inc., SPX Heat Transfer LLC, SPX Transformer Solutions Inc., SPX Valves & Controls ("SPX") | party to litigation | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where SPX is a vendor and contract counterparty. |
| State of Ohio | party to litigation | ZC is currently retained by the DIP lenders in the James River chapter 11 case where the State of Ohio is a taxing authority. |
| Stearns-Rogers Corp. | party to litigation | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Stearns-Rogers Corp. is an asbestos litigant. |
| Sunoco, Inc. | party to litigation | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Sunoco, Inc. is an asbestos litigant. |
| Superior Boiler Works Inc. ("Superior Boiler") | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Superior Boiler is a party to litigation.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Superior Boiler is an asbestos litigant. |
| Taft Stettinius & Hollister LLP ("TSH") | ordinary course professional | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where TSH is a professional.<br><br>ZC is currently retained to provide management services in the NII chapter 11 case where TSH is an unsecured creditor, professional and service provider. |
| TD Bank, TD Ameritrade Clearing Inc. ("TD") | customer | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where TD is a bondholder.<br><br>ZC is currently in the process of being retained by the official committee of unsecured creditors in the Allied Nevada chapter 11 case where TD is an equity security holder. |

| | | |
|---|---|---|
| TECO-Tampa Electric Co., TECO-Westinghouse Motor Co. ("TECO") | utility provider | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where TECO is a utility provider.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where TECO is a contract counterparty and vendor. |
| Tenet Healthcare Corp., Tenet HealthSystem Medical Inc. ("Tenet") | unsecured creditor | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Tenet is a contract counterparty. |
| Tenneco Automotive Operating Co. Inc. ("Tenneco") | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Tenneco is a party to litigation. |
| Time Warner Cable ("TWC") | utility provider | ZC is currently retained by the DIP lenders in the James River Coal chapter 11 case where TWC is a utility provider.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where TWC is a utility provider and vendor. |
| Total Petrochemicals and Refining USA Inc. and Total Petrochemicals USA Inc. ("Total Petrochemicals") | party to litigation | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Total Petrochemicals is an asbestos litigant. |
| Toyota | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Toyota is a customer. |
| Transwestern | unsecured creditor | ZC is currently retained by the Trustee in the American Home Mortgage case where Transwestern is a related party.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Transwestern is a contract counterparty and significant vendor. |

| Travelers Insurance Company, St. Paul Fire, St. Paul Mercury, St. Paul Surplus, St. Paul Travelers, Travelers Special Services, LTD, Travelers Indemnity, Travelers Casualty & Surety Co. of America, Travelers Excess & Surplus Lines Co. ("Travelers") | unsecured creditor | ZC is currently providing services to the liquidation trust of the TOUSA chapter 11 case where Travelers was a party-in-interest.

ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Travelers is a lender, surety provider and insurer.

ZC is currently retained by the DIP lenders in the James River chapter 11 case where Travelers is a letter of credit beneficiary.

ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Travelers is an insurer.

ZC is currently retained by the debtors in an out-of-court situation where Travelers is an insurer. |
| TW Telcom | utility provider | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where TW Telcom is a utility provider. |
| TXU Energy, TXU Gas and TXU Electric, TXU Electric Delivery, TWU Energy Retail Co., TXU Europe, TXU Finance, TXU Receivables, TXU SEM et al. ("TXU") | utility provider | ZC is currently providing services to the liquidation trust of the TOUSA chapter 11 case where TXU was a utility provider.

ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case Energy Future Holdings was formerly known as TXU Corporation. |
| Tyco Flow Control, Tyco Integrated Security, Tyco International, Tyco Valve & Controls | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Tyco is a utility provider and party to litigation. |
| Union Carbide Corp. ("Union Carbide") | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Union Carbide is a party to litigation.

ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Union Carbide is an asbestos litigant. |
| Unisource Worldwide Inc. ("Unisource") | unsecured creditor and vendor | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Unisource is an unsecured creditor, shipper and customer. |

| | | |
|---|---|---|
| United States Steel Corp. ("US Steel") | party to litigation | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where US Steel is an asbestos litigant. |
| United Parcel Service, UPS Freight Inc., UPS Supply Chain ("UPS") | freight vendor/provider | ZC is currently retained by the official committee of unsecured creditors in the Deb Stores chapter 11 case where UPS is an unsecured creditor<br><br>ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where UPS is a shipper.<br><br>ZC is currently in the process of being retained to provide management services in the Doral chapter 11 case where UPS is a creditor.<br><br>ZC is currently in the process of being retained by the official committee of unsecured creditors in the Allied Nevada chapter 11 case where USP is a vendor. |
| United States Department of Energy("USDE") | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where the USDE is a government authority.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where the USDE is a vendor. |
| URS Corp. ("URS") | party to litigation | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where URS is an asbestos litigant, vendor, and contract counterparty. |
| Vectren Energy Delivery ("Vectren") | utility provider | ZC is currently retained by the DIP lenders in the James River chapter 11 case where Vectren is a utility provider. |
| Verizon, Verizon Business, Verizon East, Verizon West, Verizon Wireless ("Verizon") | customer and utility provider | ZC is currently providing services to the liquidation trust of the TOUSA chapter 11 case where Verizon was an unsecured creditor.<br><br>ZC is currently providing post-confirmation services to the Section 1114 Retiree Committee in the AMR chapter 11 case where Verizon was a trade creditor and utility provider.<br><br>ZC is currently retained by the DIP lenders in the James River chapter 11 case where Verizon is a utility provider.<br><br>ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Verizon is a customer. |

| | | ZC is currently retained to serve as an independent member of the board of managers of NII in connection with the NII chapter 11 case where Verizon is a service provider.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Verizon is a significant vendor, utility provider and party to litigation.<br><br>ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Verizon is a utility provider and contract counterparties.<br><br>ZC is currently in the process of being retained by the official committee of unsecured creditors in the Allied Nevada chapter 11 case where Verizon is a vendor and utility provider. |
|---|---|---|
| Viacom Inc. | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Viacom is a related party.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Viacom is asbestos litigant. |
| Vigilant Insurance Company ("Vigilant") | insurer | ZC is currently retained by the debtors in an out-of-court situation where Vigilant is an insurer. |
| Warren Pumps LLC | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Warren Pumps is a party to litigation.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Warren Pumps is an asbestos litigant. |
| Waste Management | party to litigation | ZC is currently providing services to the liquidation trust of the TOUSA chapter 11 case where Waste Management was a utility provider.<br><br>ZC is currently providing post-confirmation services to the Section 1114 Retiree Committee in the AMR chapter 11 case where Waste Management was a potentially adverse party.<br><br>ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Waste Management is a utility provider. |

| | | |
|---|---|---|
| | | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Waste Management is a significant vendor and utility provider.<br><br>ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Waste Management is a utility provider. |
| Welco Manufacturing Co. ("Welco") | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Welco is a party to litigation. |
| Wells Fargo ("aka First Union National Bank), Wells Capital Management, Wells Fargo Advantage, Wells Fargo Credit, Wells Fargo Foothill, Wells Fargo Trade, Wells Fargo Floating Rate, Wells Capital Management and Wells Fargo Equipment ("First Union" or "Wachovia" nka "Wells Fargo") | secured creditor | ZC is currently providing services to the American Home Mortgage Trust where Wachovia is an advisor.<br><br>ZC is currently providing services to the liquidation trust of the TOUSA chapter 11 case where Wachovia was a creditor.<br><br>ZC is currently providing services to the liquidation trust in the Dewey & LeBoeuf case where Wells Fargo is a secured creditor.<br><br>ZC is currently providing post-confirmation services to the Section 1114 Retiree Committee in the AMR chapter 11 case where Wells Fargo was a banking facility and aircraft lender/lessor.<br><br>ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Wells Fargo is a banking facility.<br><br>ZC is currently retained by the DIP lenders in the James River chapter 11 case where Wells Fargo is an unsecured creditor.<br><br>ZC is currently retained by counsel to certain investors in a situation where Wells Fargo is an investor.<br><br>ZC is currently providing management services in an out-of-court situation where Wells Fargo is a lender.<br><br>ZC is currently retained by the official committee of unsecured creditors in the Deb Stores chapter 11 case where Wells Fargo is an unsecured creditor<br><br>A managing director of ZC, is a partner of a company which has a portfolio company to which Wells Fargo is a vendor.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings |

| | | chapter 11 case where Wells Fargo is a secured bondholder, lienholder, debtholder, significant vendor, contract counterparty, landlord and party to litigation. |
|---|---|---|
| | | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case Wells Fargo is a lender, bondholder and contract counterparty. |
| | | ZC is currently retained by the debtors in an out-of-court situation where Wells Fargo is a second lien lender. |
| | | ZC is currently in the process of being retained by the official committee of unsecured creditors in the Allied Nevada chapter 11 case where Wells Fargo is a financial institution. |
| West Gate Horizons Advisors LLC ("West Gate") | secured creditor | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where West Gate is a debtholder. |
| | | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where West Gate is a lender and bondholder. |
| Westinghouse Electric Corp. ("Westinghouse") | party to litigation | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Westinghouse is a vender, contract counterparty and unsecured creditor. |
| WG Horizons CLO I ("WG Horizons") | secured creditor | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where WG Horizons is a debtholder. |
| | | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where WG Horizons is a lender and bondholder. |
| Weyerhaeuser Co. | party to litigation | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Weyerhaeuser Co. is a vendor. |
| William Powell Co. ("William Powell") | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where William Powell is a party to litigation. |
| | | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where William Powell is an asbestos litigant. |

| Windstream | utility provider | ZC is currently retained by the DIP lenders in the James River chapter 11 case where Windstream is a utility provider. |
|---|---|---|
| | | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Windstream is a utility provider. |
| | | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Windstream is a significant vendor and utility provider. |
| | | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Windstream is a utility provider. |
| Xcel Energy Services Inc. ("Xcel") | utility provider | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Xcel is an asbestos litigant. |
| XL Insurance, XL Capital, XL Bermuda, XL Insurance Bermuda Ltd., XL Insurance America Inc. and XL Specialty ("XL") | insurer | ZC is currently providing post-confirmation services to the Section 1114 Retiree Committee in the AMR chapter 11 case where XL was an insurer. |
| | | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where XL is a secured lender. |
| | | ZC is currently retained by the DIP lenders in the James River chapter 11 case where XL is an insurer. |
| | | ZC is currently retained to serve as an independent member of the board of managers of NII in connection with the NII chapter 11 case where XL is an insurer. |
| | | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where XL is a debtholder. |
| | | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where XL is an insurer. |
| | | (Doral)ZC is currently retained by a debtor in an out-of-court situation where XL is an insurer. |
| | | ZC is currently retained by the debtors in an out-of-court situation where XL is a second lien lender. |
| | | ZC is currently in the process of being retained by the |

| | | official committee of unsecured creditors in the Allied Nevada chapter 11 case where XL is an insurer and financing party. |
|---|---|---|
| Xpedx LLC ("Xpedx") | unsecured creditor | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Xpedx is a vendor and contract counterparty. |
| York Capital Management Global Advisors LLC, York Capital Management LP, York Credit Opportunities Fund LP, York Credit Opportunities Fund LP, York Global Finance BDH, LLC, York International Corp. ("York") | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where York is a party to litigation. ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where York is a vendor, unsecured bondholder and asbestos litigant. |
| Young Conaway Stargatt & Taylor ("YCST") | professional | ZC is currently providing services to the American Home Mortgage Trust where YCST is counsel to the Debtors. ZC is currently providing post-confirmation services to the Section 1114 Retiree Committee in the AMR chapter 11 case where YCST was a related party. ZC is currently providing management services in an out-of-court situation where YCST is counsel to the debtors. ZC is currently in the process of being retained by the official committee of unsecured creditors in the Allied Nevada chapter 11 case where YCST is a professional. |
| Zurich, Zurich American, Zurich North America, Zurich Financial, Zurich American Insurance, Zurich Guarantee & Liability, Zurich Energy - Casualty and Zurich Insurance ("Zurich") | insurer | ZC is currently providing services to the American Home Mortgage Trust where Zurich is a potentially adverse party. ZC is currently providing post-confirmation services to the Section 1114 Retiree Committee in the AMR chapter 11 case where Zurich was an insurer. ZC is currently retained by the DIP lenders in the James River chapter 11 case where Zurich is an insurer. ZC is currently retained by the official committee of unsecured creditors of Exide chapter 11 case where Zurich is a lender, surety bond provider/insurance carrier. ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Zurich is an insurer, contract counterparty and letter of credit holder. ZC is currently in the process of being retained by the official committee of unsecured creditors in the Allied |

| | | |
|---|---|---|
| | | Nevada chapter 11 case where Zurich is an insurer and financing party. |
| Zurn Industries ("Zurn") | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Zurn is a party to litigation.<br><br>ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Zurn is an asbestos litigant. |

## SCHEDULE 2

## LIST OF INTERESTED PARTIES

**Debtors and their non-debtor subsidiaries**

Standard Register Company, The
Standard Register Technologies, Inc.
iMedConsent, LLC
Standard Register Technologies Canada ULC
Standard Register Mexico Holding Company
Standard Register Holding Company
Standard Register International, Inc.
Standard Register of Puerto Rico Inc.
Standard Register Holding, S. de R.L. de C.V.
Standard Register Servicios, S. de R.L. de C.V.
Standard Register de Mexico, S. de R.L. de C.V.
WorkflowOne, LLC

**Debtors' officers and directors**

Morgan, Jr., Joseph P.
Ginnan, Robert M.
King, John G.
Greve, Greg J.
Klenke, Joseph L.
Moder, Jeffrey L.
Reilly, Amy L.
Sowar, Gerard D.
Tullio, Diana
Terry Williams
Clarke, III, F. David
Begley, Roy W.
DiNello, Anthony J.
Brace, Frederic F.
McCarthey, R. Eric
Peiser, Robert A.
Schiff, Jr., John J.
Sherman, II, John Q.
Lee, William P.
Bailis, David P.
Klapstein, Julie D.
Cummins, Joanne
Lee, Williams

**Major business affiliations of the debtors' officers and directors and related persons**

Clarke-Hook Corporation
Anixter International Inc.
The Shelty-Viking Capital Group LLC
Vistage International
Crestlight Venture Productions
Ginzinga Naturals, LLC
USA Truck, Inc.
Primary Energy Recycling Company Corp.
Cincinnati Financial Corporation
The Cincinnati Insurance Company
Fifth Third Bancorp
Fifth Third Bank, The
Cincinnati Bengals, Inc.
John J. and Thomas R. Schiff & Co., Inc.
A. Rifkin Company
Silver Point Capital, L.P.
Granite Broadcasting, Inc.
Nautic Global Group, Inc.
Novasep Holdings, S.A.S.
Annies, Inc.

**Debtors' secured creditors**

Silver Point Capital
Silver Point Capital, L.P.
Silver Point Finance, LLC
Silver Point Capital Fund, L.P.
SPCP Group, LLC
SPF CDO I, LTD
SPCP Group III LLC
Credit Suisse AG, Cayman Island Branch
Credit Suisse Loan Funding LLC
Sargas CLO II Ltd.
WG Horizons CLO I
West Gate Horizons Advisors LLC
DLJ Investment Partners, L.P.
DLJ Investment Partners II, L.P.
DLJIP II Holdings, L.P.
Credit Suisse
Bank of America, N.A.
Wells Fargo
Canon Solutions America, Inc.
Cisco Systems Capital Corporation
Crown Credit Company
Dell Financial Services LP
E. I. Dupont De Nemours and Company
Fujifilm

Fujifilm North America Corporation
Harold M. Pitman Company
Hewlett-Packard Financial Services Company
Northstar Recycling Company, Inc.
Northstar Recycling Group, Inc.
Oce Financial Services, Inc.
Oce North America, Inc.
Software Professionals, Inc.
Tilt-Lock Inc.
Xerox Corporation
CIT Technologies Corporation d/b/a CIT Systems Leasing
CIT Finance LLC
Georgia-Pacific Consumer Products LP
Raymond Leasing Corporation
Dainippon Screen Graphics (USA), LLC
SmartWorks.com, Inc.

**Debtors' 50 largest unsecured creditors on a consolidated basis as identified in their chapter 11 petitions**

Pension Benefit Guaranty Corporation, The
Webb, Timothy
Georgia Pacific Corp
Becker, Gary
Salesforce Com Inc.
Spaul, Michael
Volt Consulting
Platt, Mark
Stockmal, Craig
Redding, Peter
Washington State Department of Ecology
Westborough (The Realty Associates Fund IX, c/o Lincoln Property Company)
Dennison, Avery
Custer, Joseph
Purchase Power
Bank of America
Carolinas Shared Services (subgroup within Premier GPO)
Business Card Service
Appvion Inc.
Harden, John
Rediker, Dennis
Tenet (subgroup within MedAssets GPO comprised of about 45 hospitals)
HP Enterprise Services LLC
Kathryn Lamme
GLS Graphic Label Solutions
Earth Color
Precision Dynamics Corp

Brown, Craig
Mehta, Rajendra
Rafferty, Virginia
Marshall, Jack
Unisource Worldwide Inc
Wolk, Michael
Flexcon Company Inc.
Keiper, Edward
Xpedx LLC
Springs, Lithia
Novation GPO
Assini, Robert
Sanmar Corp.
Partners Healthcare
Nevs Ink Inc.
Source Technologies Inc.
Domtar Paper Co LLC
Cass Information Systems
Dayton Mailing Services
Moses, Bruce
Catholic Contracting Group (CCG)
Independent Printing Co Inc.
Nissan Total

**Debtor's landlords**

ColFin Cobalt Industrial Reit II
ProLogis Trust
Liberty Property Trust
Windmill 1
Double Nickel
Realty Associates Fund IX, The
Lincoln Property Company
Ninth 209, LLC
Sandusky Investments LTD
BRE/COS 1 LLC
Palmer, Alan D
Brookwood Four Points Investor
First National Bank Alaska
Blumenfeld, Rita
MCI CIF LLC
Naifco Realty
Owen Properties
Pacific Realty Associates,
ProLogis
GCCFC 2005-GG5 1255 Terminus I
21 Parker Drive, LLC

Twenty Park Plaza, LLC
American Heart Association
The Arbor, LLC
PS Business Parks
DiLeonardo, Robert J.
West Willows Amherst Portfolio
Burt Jordan Realtors
Sublease - Czarnowski Display
Tel-Bingham Associates
CRP-2 Holdings, AA, LP
HART NJ8A-I LLC
100-200 CCC, Inc.
TAK Realty and Investment, LLC
LSOP 3 MD 2, LLC
Fairview Plaza JLC LLC
One Telcom, LLC
FSBT, Inc
Peachtree II and III,
BWC Exchangepoint LLC
588 Associates, LP
1040 Ave. of the Americas LLC
Flexible Office Solutions, LLC
Harris Bank
ML-AI 125 Wacker LLC
Inversiones Chevere, S.E.
Stonegate Partners I, LLC
Commodore Drive, LP
Paragon, LP, The
Trotter Holdings LLC dba
A&B Properties Inc, 822 Bishop
Exeter 700 Patrol, LLC
Trafalgar Investments LLC
Duetsche Bank Mexico SA
MPC Holdings, LLC
Paragano Holdings, LLC
55 Broadway Associates, LLC
Chipman Miles
TR Crownpointe Corp.
Carlsen Investment, LLC
Valley Freeway Corporate Park,
CIR III-1 Reit
BRE/Industrial Portfolio Holdings LLC
Kyrene 919280, LLC
Pattillo Foundation
CRA-CAR, LLC
Hillcrest Real Estate Development Co LLC

Blue Water Road LLC
C.K. Enterprises of Watseka, I
Princetons Properties Inc.
Westboro Two LLC
American Asset Corporation
Block Hawley Commercial Real Estate Services
BMO Harris Bank N.A.
Bridlewood Executive Suites
Bruns Building and Development
CAM, Inc.
Carruth Capital LLC
CBRE, Inc.
Colliers International
Colliers International Asset
Core Partners
Cushman & Wakefield of NJ Inc.
D.L. Saunders Real Estate
Double Nickel
G&E Real Estate Management Services Inc.
Harbor Group Management Company
Hill Properties
Jones Lang LaSalle America
Juno Commercial Real Estate, I
Larken Associates
Lincoln Property Company
Mackenzie Management Company
Mallard Creek Investors LLC
Meridian Business Park
Metro Office Park
Newmark Grubb Knight Frank
Newmark Grubb Memphis
Northwest Building LLC
Oliver and Company, Inc.
Patillo Industrial Real Estate
Property Management Associates of WNY Inc.
Shekley
Solon Gershman Inc.
Swanson Holdings LLC
Charter Group. The
Transwestern Commercial Service
Westside Investment Partners
Wilson Property Services, Inc.

**Largest vendors and subcontracting vendors**

Adair Printing Technologies
Adecco Employment Services

Appvion Inc.
Avery Dennison
Bay State Envelope
Bestforms Inc.
Business Card Service Inc.
Business Stationery
Cass
Cenveo
Customgraphix
Data Card Corp.
Domtar Paper Co. LLC
Ennis Business Forms Inc
Enterprise Group/A Division of Domtar Paper Co. LLC
Fasson
FCL Graphics Inc.
Flesh Company
Flexcon Company
Georgia Pacific Corp.
Glatfelter
GLS Graphic Label Solutions
Hewlett-Packard
HM Graphics Inc.
International Paper
JDS Graphics Inc.
Kirkwood Printing
Multi Packaging Solutions
Nationwide Envelope Specialists Inc.
Nevs Ink Inc.
Novation LLC
PJ Printers
Precision Dynamics Corp.
Raff Printing Inc.
Rollsource
Seebridge Media LLC
Total Printing Services LLC
Unisource Worldwide Inc.
Volt Consulting
Wright Enterprises Holding Co.
Xerox Corp.
XGS.IT
Xpedx

**Largest freight vendors/providers**

Dayton Freight Lines Inc.
Dynamex Operations East
Fedex Corp.

Fedex Freight East Inc.
J B Hunt Transport Inc.
Old Dominion Freight Line Inc.
Rush Transportation & Logis
United Parcel Service
UPS
UPS Supply Chain Solutions Inc.
Velocity Express

**Other "significant" vendors as identified by Debtors**

Adobe
Corepoint
FIS
IBM
Instream
L&H Signs
Salar
Salar OEM
Smart-ER
Viridian
Zafesoft

**Parties relating to significant litigation involving the Debtors**

3M CO
A. Schulman Inc.
A.E. Fickert and Sons Inc.
A.E. Fickert, Inc.
Abbott Laboratories
ABCO Construction
Abex Corp.
Acon Inc.
Acoustical Systems Inc.
Affinity Express, Inc.
AK Steel Corporation
Alcatel Lucent USA, Inc.
Alliance Machine Co
American Axle and Manufacturing
American Business Forms
American Honda Motor Co.
American Optical Corp.
American Solutions for Business
American Standard Inc.
Ameron International Corp.
Anchor Danly LLC
Anchor Glass Container Corp

Anheuser Busch LLC
AO Smith Corp
Aqua-Chem, Inc.
Ardagh Glass Inc.
Armco
Armstrong Pumps Inc.
Arvinmetiro, Inc.
Astenjohnson Inc.
AT&T Corp.
Aurora Pump Co.
Avery Dennison Corp.
Avocet Enterprises Inc.
Dalloz, Bacou
Barry Controls
BASF Corp.
Beazer East
Bechtel Inc.
BF Goodrich Co.
Bingham Pumps
Blaylock Trucking and Waste Removal
Bondstrand
Borg Warner Morse Tec Inc.
Borg-Warner Corp.
Bradford Soap International, Inc.
Bridgestone Americas Tire Operations LLC
Bridgestone Firestone Inc.
Bridgestone/Firestone America's Holding, Inc.
Britisher Htg And Cooling
Brush Wellman Int'l Inc.
Burns International Services Corp
Butt Construction Co. Inc.
Butt Construction Co. LLC
BW/IP International Inc.
Byron Jackson Pump Division
Carborundum Co.
Cargill, Inc.
Carrier Corp.
Catalystic
CBS Corp
Certain-Teed Corp.
Chaotic Moon LLC
Chass Brass and Copper Co. LLC
Chemineer, Inc.
Chicago Bridge and Iron Co.
Chicago Gasket Co.
Cintas Corporation

City of Dayton, Ohio
CL Zimmerman Co
Clark Asbestos Hi Statutory Agent, Inc.
Clark Industrial Insulation Co.
Clark-Reliance Corp.
Cleaver Brooks
Coca-Cola Refreshments USA, Inc.
Conagra Grocery Products Company
Container Services Inc.
Continental Fibre Drum, Inc.
Continental Teves
Conwed Corp.
Cooper Industries Inc.
Copes Vulcan Inc.
Core Furnace Systems Corp.
Cox Media Group Ohio Inc.
Crane Co.
Crown Cork & Seal USA Inc.
CSR, Inc.
CSR, Ltd
Cutler Hammer, Inc.
Dana Companies LLC
Daniel International Corp
DAP Inc.
DAP Products, Inc.
Day International Inc.
Dayton Board of Education
Dayton Daily News
Dayton Industrial Drum, Inc.
Dayton Journal Herald
Dayton Power and Light Company
Dayton Rubber Company
Dayton Tire and Rubber Company
Gelinas, Deborah
Despatch Industries Inc
Devcon Corp.
Domtar Industries LLC
Dow Chemical Co.
Dravo Corp.
Durco
Duriron Corporation
Duro Dyne Corp.
Eagle Technologies Group
Eaton Corp.
Ecodyne Limited
Edward Valve Co.

Eli Lilly and Co.
Emerson Electric Co.
Essex Wire Corp.
Ferro Engineering
Fickert Devco Inc.
Flowserve Corporation
Flowserve US Inc.
Fluor Corp.
Fluor Enterprises Inc.
Ford Motor Co.
Formosa Plastics Corp. USA
Foster Wheeler Corp.
Franklin Iron & Metal Corp.
Fruehauf Corp.
Fruehauf Trailer Corp.
Gardner Denver Inc.
General Electric Co.
General Refractories Co.
General Refuse Service Inc.
Georgia Pacific Consumer Operations LLC
Georgia Pacific Corporation
Georgia-Pacific LLC
GlaxoSmithKline LLC
GMZ Inc.
Goodrich Corp.
Goodyear Tire and Rubber Co.
Goulds Pumps IPG Inc.
Greif Inc.
Grinnell LLC
Guide Corp.
H.K. Ferguson
Hamilton Sundstrand Corp.
Hanson Systems LLC
Harris Corporation
Harris Seybold Co.
Health Conservation Inc.
Hercules Inc.
Hewitt Soap Works, Inc.
Hobart Corporation
Homasote Co.
Honeywell Inc.
Honeywell International Inc.
Huffy Corp.
IDEX Corp.
Illinois Tool Works Inc.
IMO Industries Inc.

Indiana Department of Environmental Management
Inductotherm Corp.
Inductotherm Group Co.
Industrial Holding Corp
Industrial Waste Disposal Co. Inc.
Ingersoll Rand Co
International Business Machine Corp.
International Comfort Products Corp.
ITT Corp.
Lonergan, J.E.
Guzon. Jaxcine
JH France Refractories Co
JM AC
JM Manufacturing Co Inc.
John Crane Inc.
Kaiser Gypsum Co Inc.
KC Wall Products, Inc.
KCG INC
Kelsey-Hayes Company
Kimberly-Clark Corporation
Kunkle Valve
L.M. Berry and Company LLC
La Mirada Products Co., Inc.
Lau Industries Inc
Lennox Industries Inc
Lindberg
LPL Licensing, L.L.C.
Lucent Technologies, Inc.
Keala. Lynden
Marley Cooling Tower
Materion Brush Inc.
McCall Corp.
MCI Telecommunications
Meadwestvaco Corp.
Merck Sharp And Dohme Corp.
Metropolitan Life Insurance
Milliken and Co.
Monsanto Company
Monsanto Research Company
Morrison Knudsen Corp.
Mount Vernon Mills Inc.
National Can Corp
National Oilwell Varco Inc.
NCR Corporation
Newell Rubbermaid Inc.
Newmark LLC

Nooter Corp.
Duttera. Norma
Occidental Chemical Corp.
Oglebay Norton
Ohio Bell Telephone Company
P-Americas, LLC
Panelag
Pasco Sanitary Landfill Industrial Waste Group
Peerless Heater Co.
Peerless Industries Inc.
Peerless Pump Co Inc.
Peerless Transportation Company
Pepsi Cola General Bottlers of Ohio, Inc.
Pfizer Inc.
Pharmacia Corp.
Pharmacia LLC
Phoenix Licensing, L.L.C.
Plastics Engineering Co.
Pneumo Abex LLC
PPG Industries, Inc.
Process Equipment Co. of Tipp City
Quigley Inc.
R J Reynolds Tobacco Company
Raytheon Engineering & Constructors
Goodwin, Rebecca
Relizon Company
Resco Holdings LLC
Reunion Industries Inc.
Rew Materials, Inc.
Rexam Beverage Can Co.
Reynolds and Reynolds Company
Rheem Manufacturing Co.
Goodwin, Richard
Ric-Will, Inc.
Riley Power Inc.
Riley Stocker Corp.
Rockwell Manufacturing Co.
Rogers Corp.
Rohm and Haas Co.
Ross Laboratories
Rucco Equipment And Magnum Products
Rust Engineering Co.
Rust International Inc.
Ruud Heating Cooling And Water Heating
Saint Gobain Abrasives Inc.
Duttera, Sanford

SCA Services of Ohio Inc.
Securitas Security Services USA Inc.
Sharon Brown-Henry
Sherwin-Williams Company
Skipprint LLC
Special Electric Co Inc.
Special Materials, Inc.
Special Shipping Inc.
Spence Engineering Co. Inc.
Spirax Sarco Inc.
Sprint Corporation
Sprint Spectrum L.P.
Spx Cooling Technologies Inc.
State of Ohio
Stearns-Rogers Corp.
Sulzer Pumps Us Inc.
Sun Chemical Corp.
Sunoco, Inc.
Superior Boiler Works Inc.
Superior Essex Inc.
Tecumseh Products Co.
Tenneco Automotive Operatinc Co, Inc.
Tenova Core
Duriron Co Inc., The
Gorman Rupp Co., The
Kroger Co., The
Mead Corp., The
Procter And Gamble Co., The
William Powell Co., The
Thiem
Total Petrochemicals and Refining USA Inc.
Toyota Motor Sales USA Inc.
TPI Corp Successor to Fostoria Industries Inc.
Trane US Inc.
Treco Constructions Service
TRW Automotive Us LLC
Tyco Flow Control
Tyco International US Inc.
Tyco Valves & Controls
Union Carbide Corp.
Union City Body Co.
United Engineers & Constructor
United States Department of Defense
United States Department of Energy
United States of America
United States Steel Corporation

Universal Refractories
University of Dayton
URS Corp.
URS Energy & Construction Inc.
Utilimaster Corp.
Valley Asphalt Corporation
Van Dyne-Crotty, Inc.
Ventfabrics, Inc.
Verizon New York Inc.
Verizon North LLC
Viacom
Warren Pumps LLC
Warren Pumps, Inc.
Warren Rupp Inc.
Washington Department of Ecology
Washington Group International Inc.
Waste Management of Ohio, Inc.
Welco Manufacturing Co.
Weldun International Ltd
Westinghouse Electric Corp.
Weyerhaeuser Co.
Willamette Industries Inc.
Willson Safety Products
Wood Conversion Co.
Workflow Solutions, LLC
York International Corp.
Zurn Industries Inc.
Zurn Industries LLC

**Debtors' equity holders (greater than 5%)**

Begley, Jr., Roy W.
Kreider, Gary P.
Martin, William C.
Raging Capital Management, LLC
Raging Capital Master Fund, Ltd.
Sherman, Charles Francis
Sherman, James L.
Sherman, James Louis
Sherman, John Q.
Sherman, William Patrick
Begley, Patricia Lucille Sherman
Newshawg, Mary Catherine Sherman
Tormey, Helen Louise Sherman
Silver Point Capital L.P.
Fifth Third Bank, The

**Debtor's largest customers**

Automatic Data Processing, Inc.
Bank of America Corp.
Citibank
Liberty Mutual Insurance
Quest Diagnostics Inc.
SR DE Mexico-National
TD Bank
Verizon

**Insurance companies**

AIG
Allianz SE
Allied World
Beazley
Chartis
Chubb
CNA Financial Corp.
Columbia Casualty Company
Continental Casualty
Federal Insurance Company
Fireman's Fund Insurance
FM Global
Illinois National Ins Co.
Liberty Mutual
National Fire Insurance of Hartford
National Union Fire Insurance Company of Pittsburgh
Navigators
Safety National
Travelers
Vigilante Insurance
Wright National Flood Insurance Company
XL
Zurich

**Utility providers**

Accessline Communications
Alaska Communications Systems
Ameren Illinois
Ameren Missouri
Ameren UE
American Electric Power Co.
AT&T
Atmos Energy

Austell Gas System
Austell Natural Gas System
Avaya Financial Services
Blair Telephone Company
Brandenburg Telephone Co.
Century Link
Century Telephone
Charter Business
Chesapeake Utility Corp.
Cincinnati Bell
City of Brenham Utility
City of Darlington
City of Fayetteville
City of Livermore
City of Mesquite
City of Ontario
City of Orange California
City of Salisbury
City of Tampa Utilities
City of Toccoa
Cleco Power LLC
Columbia Gas of Massachusetts
Columbia Gas of Ohio
Columbia Gas of Pennsylvania
Comcast
Comed
Compass Energy Gas Services LLC
Connecticut Light & Power
Connecticut Water Company
Consolidated Communications
Constellation Newenergy Inc.
Cox Communications Inc.
Dayton Power & Light Co.
Delmarva Power
Direct Energy Business
Dominion East Ohio
DPL Energy Resources Inc.
DPLER
Duke Energy
Duke Energy Progress
Duke Energy-Charlotte
Duke Energy-Louisville
Fairpoint Communications
Frontier
Frontier Communications
Frontier Telephone

Gas Co.
GCI Communications Corp.
Georgia Power Co.
Gexa Energy LP
Goshen Water & Sewer
Granite Telecommunications
Greystone Power Corp.
Hardin County Water Dist. 1
Hawaiian Electric Co.
Hawaiian Telecom
Hillsborough County Water Dept.
Hudson Energy Services Texas
Indiana American Water Co.
Intercall
Jeffersonville Sewer Department
Kentucky Utility Co.
Laclede Gas Company
Level 3 Communications
Louisville Gas & Electric Co.
Manchester Township
MCI Worldcom
Met Ed
Minnesota Energy Resources
Murfreesboro Electric Dept.
Murfreesboro Water And Sewer
National Fuel Gas Distribution Corporation
National Grid
Nicor Gas
Nipsco
North State Communications
NSTAR
OG & E
Oklahoma Natural Gas Co.
Pacific Gas & Electric Co.
PG & E
Piedmont Natural Gas
Puerto Rico Telephone
Puget Sound Energy
Puget Sound Power & Light Co.
Questar Gas Company
Qwest
River Ridge Development Authority
Road Runner
Rocky Mtn Power-Utah
Salt Lake City Corp.
Shelbyville Public Utilities

Sourcegas Arkansas Inc.
Southern California Edison
Springettsbury Township Sewer
Sprint
Tampa Electric
TDS Metrocom
Teco Tampa Electric Co.
Time Warner Cable
Toccoa Natural Gas
Town of Tolland
TW Telecom
TXU Energy
Union Power Cooperative
United Communications
United Telephone Company
VCOM Solutions
Vectren
Vectren Energy Delivery
Verizon
Verizon Wireless
Village of Coldwater
Village of Howard
Walton EMC Natural Gas
Windstream
Xcel Energy
Yankee Gas Services
York Water Co.

**Ordinary course professionals**

Axtell, Esq., Stephen J.
Beiser Greer & Landis, LLP
Berry, Esq., David
Boulbol, Esq., Gregory J.
Braig, Esq., Kevin
Brightline CPAs and Associates
Brixey & Meyer
Cavalier, Esq., Robert M.
Cohen, Esq., Harvey J.
Davis Wright Tremaine LLP
Deloitte & Touche LLP
Deloitte Tax LLC
Doherty, Wallace, Pillsbury and Murphy, P.C.
Ernst & Young LLP
Ewing, Esq., Michael
Faruki, Ireland & Cox P.L.L.
Foley, Esq., Douglas M.

Frost Brown Todd LLC
Funkunaga Malayoshi Hershey & Ching
Garrison, Bruce
Grigsby, Roshell
Haughey, Esq., Steve
Hershey, Esq., James H.
Heyman, Esq., Scott J.
Horne, Esq., Barry D.
Ireland, Esq., Jeff
Kamins, Esq., Scott
Kaufman & Canoles
Korte, Esq., David C.
Lee, Esq., Thomas H.
Lizardi, Esq., Javier
Lucas and Cavalier, LLC
Malloy, Esq. Mark
McCarthey, Esq., John L.
McCave, Esq., Jennifer
McConnell Valdes LLC
McGladrey LLP
McGuireWoods
McInnes Cooper
Faulkner, McManis
McManis, Esq., James
Meissner Tierney Fisher & Nichols
Mullins, Esq., Jeffrey A.
Niesley, Ronald D
Kurman, Offit
Ogier
Payne, Esq., Mark J.
Russell, Charles
Rutan & Tucker LLP
Ryan Smith & Carbine Ltd.
Seymour, Esq., L. Scott
Shumacher, Loop & Kendrick, LLP
Sidley Austin LLP
Taft Stettinius & Hollister
Hine, Thompson
Reuters, Thomson
Ubaldi, Esq., David J.
Wall, Coolidge
Wobeser, Von
Werle, Mark F.
Williamson, Esq., David P.
Yates, Marc

**Chapter 11 case professionals for Debtors**

Dinsmore & Shohl LLP
Gibson Dunn & Crutcher LLP
Lazard Freres & Co. LLC
Lazard Middle Market, LLC
McKinsey Recovery & Transformation Services U.S., LLC
Palisades Pension Financial Advisory
Prime Clerk
Young Conaway Stargatt & Taylor LLP

**Counsel and other advisors retained by other significant parties**

Skadden, Arps, Slate, Meagher & Flom LLP
Parker Hudson Rainer & Dobbs LLP

**United States Bankruptcy Judges in the District of Delaware**

Carey, Kevin J.
Gross, Kevin
Shannon, Brendan L.
Silverstein, Laurie Selber
Sontchi, Christopher S.
Walrath, Mary F.

**United States Trustee for the District of Delaware, or any person employed by the Office of the United States Trustee for the District of Delaware**

Lauren Attix
Buchbinder, David
Dortch, Shakima L.
Fox, Jr., Timothy J.
Giordano, Diane
Green, Christine
Hackman, Benjamin
Heck, Jeffrey
Kenney, Mark
Leamy, Jane
Murray, Tony
O'Malley, James R.
Panacio, Michael
Patton, Tiiara
Sarkessian, Juliet
Schepacarter, Richard
Tinker, T. Patrick
Vinson, Ramona
West, Michael
Wynn, Dion

**Potential §363 Purchasers [Confidential]**

**Reclamation claimants**

DG3 Group America, Inc.

**Other significant parties in interest -**

Sherman, John Q. Trust
Sherman, William C. Trust
Sherman, William C., Inter Vivos Trust

SCHEDULE 3



March 24, 2015

The Official Committee of Unsecured Creditors of
      The Standard Register Company, et al.

Mr. Jack Butler                        Mr. Timothy Webb
Pension Benefit Guaranty Corporation      Mayfair Partners, LLC
Corporate Financing and Restructuring Dept.
1200 K Street, NW
Washington, DC 20005
Butler.jack@pbgc.gov                   Twebb0802@msn.com

Dear Sirs:

This letter confirms the engagement of Zolfo Cooper, LLC ("ZC") as Financial and Forensic Advisors to the Official Committee of Unsecured Creditors of The Standard Register Company, et al. (the "Committee"). You have informed us that the Committee requires the assistance of experienced Financial and Forensic Advisors to assist it in analyzing The Standard Register Company, et al.'s ("Debtors") business and financial affairs as described more fully below.

We have agreed to provide such services, contingent upon the Bankruptcy Court's approving our retention on our customary terms and conditions of employment and our compensation for our services and reimbursement for our out-of-pocket expenses in accordance with our customary billing practices which are outlined in the Affidavit of David MacGreevey (the "Affidavit") to which this engagement letter is appended. Accordingly, until the requisite approval of the Bankruptcy Court has been obtained, we are not obliged to perform any services hereunder, and, in our sole discretion at any time, we may decide not to provide or to cease providing such services.

It is presently anticipated that, at the request of the Committee, ZC will provide the following services:

      (a)      Monitor the Debtors' cash flow and operating performance, including:

           (i)      Comparing actual financial and operating results to plans,

           (ii)      Evaluating the adequacy of financial and operating controls,

           (iii)      Tracking the status of the Debtors'/Debtors' professionals' progress relative to developing and implementing programs such as preparation of a business plan, identifying and disposing of non-productive assets, and other such activities,

           (iv)      Preparing periodic presentations to the Committee summarizing findings and observations resulting from ZC's monitoring activities;



(b)  Analyze and comment on operating and cash flow projections, business plans, operating results, financial statements, other documents and information provided by the Debtors/Debtors' professionals, and other information and data pursuant to the Committee's request;

(c)  Advise the Committee concerning interfacing with the Debtors, other constituencies and their respective professionals;

(d)  Prepare for and attend meetings of the Committee and subcommittees thereof;

(e)  Analyze claims and perform investigations of potential preferential transfers, fraudulent conveyances, related-party transactions and such other transactions as may be requested by the Committee;

(f)  Analyze and advise the Committee about the Debtors' proposed Plan of Reorganization, the underlying Business Plan, including the related assumptions and rationale, and the related Disclosure Statement;

(g)  Provide forensic and litigation consulting services at the direction of the Committee's legal counsel; and

(h)  Provide other services as requested by the Committee.

In addition to the specific services listed above that we will perform, we understand that we will participate, at your request and to the extent appropriate, in meetings and discussions with the Debtors, the Lenders, other constituencies, and with their respective professionals.

Our work will be performed on a "level-of- effort" basis; that is, the depth of our analyses and extent of our authentication of the information on which our advice to you will be predicated may be limited in some respects due to the extent and sufficiency of available information, time constraints dictated by the circumstances of our engagement, and other factors.  Moreover, we do not contemplate examining any such information in accordance with generally accepted auditing or attestation standards.  Rather, it is understood that, in general, we are to rely on information disclosed or supplied to us by employees and representatives of the Debtors without audit or other detailed verification of their accuracy and validity.

ZC's engagement commenced on March 24, 2015, pending the Committee's obtaining Bankruptcy Court approval, which will be sought to be nunc pro tunc to March 24, 2015.

It is our intention to work closely with the Committee throughout our engagement.  Regular discussions with the Committee of our engagement should facilitate our progress, enable the Committee to appropriately direct our efforts so as to avoid duplicative efforts among the professionals retained in the case, and provide the Committee with relevant information and an ongoing opportunity to confirm or request that we modify the scope of our engagement to best serve the Committee's objectives.



In order for us to perform our services, it will be necessary for our personnel to have access to the Debtors' facilities and to certain books, records and reports of the Debtors. In addition, we will need to have discussions with Debtors' management and certain other personnel. We will perform our services in a manner which will permit the business operations of the Debtors to proceed in an orderly fashion, subject to the requirements of this engagement. We understand that the Debtors have agreed to cooperate with our personnel, and to make available to us their personnel and their books, records and other data sources relevant to our needs.

We will submit periodic oral and/or written reports summarizing our evaluations and analyses based on our work pursuant to this engagement letter. Our reports will encompass only matters that come to our attention in the course of our work that we perceive to be significant in relation to the objectives of our engagement. However, because of the time and scope limitations implicit in our engagement and the related limitations on the depth of our analyses and the extent of our verification of information, we may not discover all such matters or perceive their significance. Accordingly, we will be unable to and will not provide assurances in our reports concerning the integrity of the information used in our analyses and on which our findings and advice to the Committee may be based. In addition, we will state that we have no obligation to and will not update our reports or extend our activities beyond the scope set forth herein unless the Committee requests and we agree to do so.

We understand that the Committee has agreed to treat any information received from ZC, whether orally or in writing, with utmost confidentiality and, except as provided in this letter, will not publish, distribute or disclose in any manner any information developed by or received from us without our prior written approval. Such approval shall not be unreasonably withheld. Our approval is not needed to disclose such information to the Committee's legal counsel or if the information sought is either required to be disclosed by process of law or such information is otherwise publicly available.

We agree that all information, not publicly available, which is received by us from the Debtors, the Committee or the Committee's counsel in connection with this engagement will be treated confidentially by our Firm, except as required by process of law, required to be disclosed as a reportable relationship in any of ZC's Bankruptcy Court retentions or as authorized by the Committee.

Our fees will be based on the actual hours expended at our standard hourly rates which are in effect when the services are rendered; our rates generally are revised semi-annually. We will also be reimbursed for our reasonable out-of-pocket expenses including, but not limited to, costs of travel, reproduction, our legal counsel, any applicable state sales or excise taxes and other direct expenses. All such billings will be in accordance with our customary practices and in accordance with applicable guidelines of the Bankruptcy Court. The billing rates for professionals who may be assigned to this engagement in effect as of January 1, 2015, are as follows:

| | |
|---|---|
| Managing Directors | $775 - $925 |
| Professional Staff | $265 - $770 |
| Support Personnel | $ 60 - $310 |

ZC reserves the right to seek court approval for additional compensation in circumstances where extraordinary results may warrant such additional compensation. ZC further reserves the right, subject to court approval, to receive payment for compensation awarded in a form other than cash.



We will submit to the Debtors monthly invoices for all services rendered and expenses incurred; our invoices are payable upon receipt. We understand that the Committee will obtain a Bankruptcy Court Order approving this arrangement. All such payments will be subject to final approval by the Bankruptcy Court.

The Committee acknowledges and agrees that the hours worked, the results achieved and the ultimate benefit to the parties represented by the Committee of the work performed in connection with this engagement may be variable and that the Committee and ZC have taken this into account in setting the fees hereunder. No fee payable to any other person or entity by the Debtors, the Committee or any other party shall affect any fee payable to ZC hereunder.

The Committee agrees that if any of the employees of ZC is required to testify, prepare for and appear at a deposition or produce documents, at any administrative or judicial proceeding relating to this matter, our Firm will be compensated for our associated time charges at our regular hourly rates, in effect at the time, and reimbursed for reasonable out-of-pocket expenses, including counsel fees.

We confirm that to the best of our knowledge and belief, insofar as we have been able to ascertain after due inquiry, no one of the employees of ZC[1] is related to the Debtors, their creditors, other parties in interest in the pending proceedings, or the United States Trustee or anyone employed in the Office of the United States Trustee, or holds or represents any interest adverse to any such party, except that ZC is connected with the Committee by virtue of this engagement, and ZC may represent or have represented certain of the Debtors' creditors or other parties in interest in the proceedings, or interests adverse to such creditors or other parties in interest, in matters unrelated to the Debtors' bankruptcy cases.

In connection with our proposed retention by the Committee in these cases, ZC undertook to determine whether we had any conflicts or other relationships that might bear on our retention. ZC conducted a review of its professional contacts with the Debtors, their affiliates and other interested parties identified on a list ("Interested Party List") provided to ZC by counsel in this proceeding. ZC ran the Interested Party List through ZC's relationship database ("Database"), which is an Access computer database containing names of individuals and entities that are present or recent former clients of ZC. ZC then reviewed those results, which review was completed under the supervision of the in-house General Counsel of ZC. A summary of such relationships is set forth in Schedule 1 to the Affidavit of David MacGreevey. None of the services, that were or will be provided in the course of these other engagements: (i) is connected in any way to this proceeding; (ii) will impact or conflict with or be adverse to the rights of the Debtors in this proceeding; and (iii) will compromise ZC's ability to provide services in this proceeding. The Committee understands and agrees that its name will be added to ZC's Database.

It is understood and agreed that ZC may accept the representation of other persons whose general business interest may compete with Client's interests or be adverse to Client's interest, so long as there is no actual or direct conflict of interest.

---

[1] The "Zolfo Cooper" name is owned by ZC Holdings, LLC, ZC's parent company, and is used in the United States by ZC and its subsidiaries. The Zolfo Cooper name is used in the Cayman Islands, British Virgin Islands, Hong Kong and the People's Republic of China under license agreements, without any common ownership with ZC.



It should be understood that ZC's former clients and their affiliates, officers, directors, principal shareholders and their respective affiliates may have had relationships with parties in interest in these bankruptcy cases of which we were not informed or, subsequent to the performance of our services, may have developed relationships with such parties of which we are unaware

To the best of ZC's knowledge and belief, except as we have reported to you and set forth in a schedule appended to the Affidavit we prepared to be filed with the Bankruptcy Court in support of our retention, none of our current or former clients (including their affiliates, officers, directors, principal shareholders and their respective affiliates) is connected to the entities listed below, other parties in interest herein or interests adverse to such parties:

     (a) the Debtors and their non-debtor subsidiaries;
     (b) the Debtors' officers and directors;
     (c) the major business affiliations of the Debtors' officers and directors and related persons;
     (d) secured creditors;
     (e) 50 largest unsecured creditors;
     (f) landlords;
     (g) vendors, subcontracting vendors and freight vendors/providers;
     (h) other significant vendors;
     (i) parties to significant litigation;
     (j) equity holders (greater tan 5%);
     (k) largest customers;
     (l) insurance companies;
     (m)utility providers;
     (n) chapter 11 professionals;
     (o) ordinary course professionals;
     (p) reclamation claimants; and
     (q) other significant parties in interest.

To the extent that we discover additional relationships that meet the above criteria, we will report them to you and the Court promptly.

The Committee agrees to use its best efforts, through the application for retention of ZC, to have the Debtor provide an indemnification to ZC and its principals, employees, subcontractors, representatives, agents and counsel, whereby:

The Debtors agree to indemnify and hold harmless ZC against any and all losses, claims, damages, liabilities, penalties, judgments, awards, costs, fees, expenses and disbursements including, without limitation, the costs, fees, expenses and disbursements, as and when incurred, of investigating, preparing or defending any action, suit, proceeding or investigation (whether or not in connection with proceedings or litigation in which ZC is a party), directly or indirectly, caused by, relating to, based upon, arising out of or in connection with the engagement of ZC by the Committee or any services rendered pursuant to such engagement, unless there is a final non-appealable order of a Court of competent jurisdiction, at the trial level, finding ZC directly liable for gross negligence or willful misconduct. These indemnification provisions extend to the principals, employees, representatives, agents and counsel of ZC.



The Committee agrees that ZC and its personnel will not be liable to the Committee for any claims, liabilities, or expenses relating to this engagement in excess of the fees paid by them to ZC pursuant to this engagement, unless there is a final non-appealable order of a Court of competent jurisdiction, at the trial level, finding ZC directly liable for gross negligence or willful misconduct. In no event will ZC or its personnel be liable for consequential, special, indirect, incidental, punitive or exemplary loss, damages or expenses relating to this engagement. These limitations on liability provisions extend to the employees, representatives, agents and counsel of ZC.

The limitation on liability and indemnification contained in this engagement letter shall survive the completion or termination of this engagement.

The Committee agrees that neither it nor any of its assignees or successors shall (a) seek a jury trial in any lawsuit, proceeding, counterclaim or any other action based upon, or arising out of or in connection with the engagement of ZC by Committee or any services rendered pursuant to such engagement, or (b) seek to consolidate any such action with any other action in which a jury trial cannot be or has not been waived. The provisions of this paragraph have been fully discussed by Committee and ZC and these provisions shall be subject to no exceptions. Neither party has agreed with or represented to the other that the provisions of this section will not be fully enforced in all instances.

The Committee hereby irrevocably and unconditionally (a) submits for itself and its property in any legal action or proceeding relating to the engagement of ZC by Committee or any services rendered pursuant to such engagement, to the non-exclusive general jurisdiction of the Bankruptcy Courts of the United States of America for the District of Delaware, and appellate courts from any thereof; (b) consents that any such action or proceeding may be brought in such courts and waives any objection that it may now or hereafter have to the venue of any such action or proceeding in any such court or that such action or proceeding was brought in an inconvenient court and agrees not to plead or claim the same; (c) agrees that service of process in any such action or proceeding may be effected by mailing a copy thereof by registered or certified mail (or any substantially similar form of mail), postage prepaid, to Committee at its address set forth above or at such other address of which ZC shall have been notified pursuant thereto; (d) agrees that nothing herein shall affect the right to effect service of process in any other manner permitted by law or shall limit the right to sue in any other jurisdiction; and (e) waives, to the maximum extent not prohibited by law, any right it may have to claim or recover in any legal action or proceeding referred to in this subsection any special, exemplary or punitive or consequential damages.

If any provision of this engagement letter is invalid or unenforceable, the remainder of this engagement letter shall not be affected.

This engagement letter may be executed in several counterparts, each of which shall be deemed an original, and all of which shall together constitute one and the same instrument.

Notwithstanding anything to the contrary contained herein, ZC shall have the right to disclose its retention by the Committee or the successful completion of its services hereunder in advertisements describing its services placed, at its own expense, in financial and other newspapers or otherwise.



We look forward to working with the Committee on this important matter. Please return a copy of this engagement letter, signed in the space provided to signify your agreement with the terms and provisions herein. If you have any questions, please call David MacGreevey at (212) 561-4187.

Very truly yours,

Zolfo Cooper, LLC

Agreed by:

The Official Committee of Unsecured Creditors of
    The Standard Register Company, et al.

Co-Chairperson of Committee

The Official Committee of Unsecured Creditors of
    The Standard Register Company, et al.

Timothy Webb
Co-Chairperson of Committee

7



We look forward to working with the Committee on this important matter. Please return a copy of this engagement letter, signed in the space provided to signify your agreement with the terms and provisions herein. If you have any questions, please call David MacGreevey at (212) 561-4187.

Very truly yours,

*Zolfo Cooper LLC*

Zolfo Cooper, LLC

Agreed by:

The Official Committee of Unsecured Creditors of
    The Standard Register Company, et al.

_____

Co-Chairperson of Committee

The Official Committee of Unsecured Creditors of
    The Standard Register Company, et al.

*Timothy J. Webb*
_____
Timothy Webb
Co-Chairperson of Committee

*April 17, 2015*

SCHEDULE 4

  

# ZC Qualifications

## Official Committee of Unsecured Creditors of
## The Standard Register Company



April 2015

## Table of Contents

1. Who We Are

    – Background

    – Services Provided

    – Experience

2. Biographies

    – David MacGreevey

    – Richard Collura

ZOLFO COOPER



# WHO WE ARE



# Who We Are
## Zolfo Cooper Company Background

- Privately held, independent financial advisory and interim management firm serving leading companies, financial institutions, investment funds and law firms
- New York based firm with global reach
  - Offices and affiliates in Europe, Asia, and the Caribbean
  - Worldwide team of more than 400 professionals
- Founded in 1985, one of the first to pioneer the specialized practice of turnarounds and restructuring advisory
- Over 30 years of experience providing leadership in more than 1,000 client engagements
- Longstanding credibility with financial stakeholders, earned through numerous successful turnarounds and restructurings



Zolfo Cooper has exclusive arrangements with Talbot Hughes McKillop in Europe, and Ferrier Hodgson in the Asia Pacific region, both recognized leaders in turnaround and restructuring



# Who We Are
## Why Zolfo Cooper

**Relevant Expertise**

- Zolfo Cooper has the relevant expertise required to assess key issues facing this Committee, including:

    — Asset Sale and Valuation: with substantial experience in the printing and publishing sector, detailed below and on pg 8, the Zolfo Cooper deal team professionals have the expertise required to represent this Committee in any valuation dispute, particularly given the low sale price relative to the Debtor's recent performance

    — DIP Financing: leveraging our extensive experience with creditors committees, we are able to quick identify and address issues related to the marketing, terms, size and fees of the DIP facility with the Debtor's prepetition lender

**Extensive Industry Experience**

- Zolfo Cooper has advised on both sides of restructurings in the printing and publishing sector, including 363 asset sales, providing us with the experience and relationships to add value to the UCC in this process

    — **Cygnus Business Media:** served in key executive positions to facilitate the preparation and negotiation of a **prepackaged** bankruptcy

    — **Source Interlink:** advised the lenders on short term liquidity and other bankruptcy concerns, including the successful negotiation of a new capital structure as part of the bankruptcy process

    — **The Dolan Company:** served as the chief restructuring officer, successfully negotiated with lenders and assisted in completion of rapid bankruptcy process (81 days)

    — **Cenveo:** advised the company on its attempted acquisition of National Envelope in a 363 sale process

    — **ST Paper:** advised the company on its recapitalization in an out of court refinancing

    — **Philadelphia Newspapers:** advised the Unsecured Creditors Committee throughout the bankruptcy process

**Small Teams / Tailored Solutions**

- We work in small teams and bring all of the complementary skill sets necessary to effectively serve our clients, including expertise in operations, strategy, capital markets, forensics and restructuring



# Who We Are
## Services Provided by Zolfo Cooper

| Turnaround/ Restructuring Advisory | Interim Management | Creditor Advisory | Acquisition/ Due Diligence |
|---|---|---|---|
|    |   |    |   |
| ▪ 13-week Cash Flow Forecasts<br>▪ Business Plan Development<br>▪ Operational Restructuring<br>▪ Performance Improvement<br>▪ Restructuring Advisory<br>▪ Cash Management | ▪ Senior Executives Roles, including CEO, COO, CFO<br>▪ Chief Restructuring Officer<br>▪ Liquidity and Business Stabilization | ▪ Develop and Evaluate Recapitalization Proposals<br>▪ Amendment Advisory<br>▪ Business Plan Diligence<br>▪ Liquidity Analysis<br>▪ Enterprise Valuation<br>▪ Private Loan Sales | ▪ Business Plan Diligence<br>▪ Identification and Implementation of Value Driving Opportunities<br>▪ Deal Structuring<br>▪ Stakeholder Negotiations |

▪ Unmatched skill set and experience assisting clients unlock and increase value from both their business operations and capital structure

▪ Longstanding credibility and relationships with key financial stakeholders and relevant constituents in the restructuring community



# Who We Are
## Experience with Large, Complex Assignments

Zolfo Cooper has provided financial advisory services in numerous complex situations across a variety of industries. Below is a representative sample:

    

   

   

    

    

    



# Who We Are
## Committee Advisory Experience

Proposed deal team members focus on representing Unsecured Creditor Committees and have deep experience as noted below:

| Zolfo Cooper Committee Advisory Experience | |
| --- | --- |
| Caesars Entertainment | Casino and hotel operator |
| Nevada Gold | Gold and silver mining company |
| Exide Technologies | Automotive and industrial battery manufacturer |
| Powerwave | Wireless communications networks |
| HMX (Hart Schaffner Marx) | Retail and apparel manufacturer |
| Eastman Kodak | Leading imaging technology provider |
| American Airlines | National airline carrier |
| Mesa Airlines | Regional airline carrier |
| Philadelphia Newspapers | Publisher of Philadelphia Inquirer and Daily News |
| Eclipse Aviation | Very light jet "VLJ" manufacturer |
| Dana Corp | Global Tier 1 auto parts supplier |
| Dura Automotive | Global Tier 1 auto parts supplier |
| Supra Telecom | Southeastern competitive local exchange carrier |
| Corban Communications | Southwestern competitive local exchange carrier |
| Encompass Services | Construction and facilities services provider |
| Adelphia Communications | Multiple cable system "MSO" operator |
| Philip Services | Environmental services provider and metals recycler |
| Global Crossing | Global telecom services provider |
| IT Group | Engineering and construction services company |



# Who We Are
## ZC Publishing and Related Industry Experience

| Zolfo Cooper Experience – Media, Communications and Entertainment Industry | |
|---|---|
| 24/7 Media, Inc. | Publishing solutions, advertising, direct mail and internet |
| Advertising Company "Confidential" | Integrated advertising and marketing (for retailers, advertising agencies, corporations, newspapers, and packagers) |
| Baker Communications | Newspaper publishing |
| Basix Corporation | Financial printing |
| Chiliad Publishing | Publishing and development of business software |
| Cygnus Business Media | Magazines (B2B) publishing |
| Daily News/Maxwell Newspapers | Newspaper publishing |
| General Media, Inc. * | Magazine publishing, movies, internet, and live entertainment clubs |
| Kelmscott Communications * | Commercial printing |
| Lang Communications | Magazine publishing |
| Packard Press | Publishing and printing |
| Rand McNally | Manufacturing and distribution of maps and travel service books |
| Source Interlink Companies | Publishing – magazines, distributor of CD's and DVD's, magazines, games and books |
| The Dolan Company | Publishing – business journals, court and commercial newspapers and other publications |
| Thomas Nelson | Book publishing |
| Unidigital, Inc. | Media, printing |
| Vertis Inc. | Marketing services and production of newspaper inserts |
| Webcraft Technologies, Inc. | Commercial printing |

  \* Zolfo Cooper professional served as a principal or provided financial advisory services.



 **BIOGRAPHIES**



# Biographies



t: +1 212 561 4090

f: +1 212 213 1749

c: +1 516 361 9575

e:  ccarnaval@zolfocooper.com

## David MacGreevey

### *Head of Creditor Services*

- David MacGreevey leads Zolfo Cooper's creditor services practice. He has 15 years of experience advising stakeholders on strategic transactions, including restructuring, M&A and capital raises. He has advised creditor committees, management teams, boards of directors and investors on over 40 complex transactions across a variety of industries.

- David has extensive experience advising clients on all aspects of distressed transactions, including financial and operational restructurings, exchange offers, asset sales, distressed financing and valuation opinions, both in-court and out-of-court.

- His expertise spans diverse industry sectors including airline, automotive, cable and telecom, engineering and construction, gaming and hospitality, general industrial, media and entertainment and retail.

- David has advised Official Committees in Caesars Entertainment, Exide Technologies, Powerwave Technologies, Hartmarx, American Airlines, Kodak, Mesa Airlines, Philadelphia Newspapers, Eclipse Aviation, Dura Automotive, Adelphia, Supra Telecom, Corban Communications, Philip Services, Encompass Services, Global Crossing and IT Group as well as Ad Hoc Committees in Dana Corp and Insight Health. He also advised the Examiner in the Dynegy Chapter 11 cases.

- He has advised management and boards of directors in numerous assignments including C&D Technologies, ST Paper, Hilite International, Key Plastics, Fedders, Arlington Hospitality, LSG Sky Chefs, Aker Kvaerner, Song Networks, Lucent Technologies, American Medical Response and Corrections Corporation of America.

- David joined Zolfo Cooper in 2000 and prior to re-joining the firm in 2011, spent ten years at Chanin Capital Partners and Macquarie Capital where he served as a senior vice president in each firm's restructuring and special situations group. David began his career in the assurance and advisory group at Ernst & Young.

- David has a B.S.B.A. in accounting from the University of Richmond.

- He is a Certified Insolvency and Restructuring Advisor, a CPA (Inactive) and holds Series 7, 63 & 79 designations.



# Biographies



**t:** +1 212 561 4146

**f:** +1 212 213 1749

**c:** +1 646 235 6870

**e:**  rcollura@zolfocooper.com

## Richard Collura

*Managing Director*

- Richie is a managing director at Zolfo Cooper with more than 18 years of experience providing forensic accounting, investigative, dispute consulting and auditing services. He specializes in providing complex forensic accounting and litigation consulting services and conducting large-scale financial investigations.

- Richie has worked with counsel to represent companies, boards of directors, audit and special committees, debtors, creditors' committees, lenders and trustees. Richie has extensive experience in investigating allegations involving fraudulent financial reporting, accounting malpractice, misappropriation of assets, embezzlement and kick-back schemes. Richie also has experience conducting fact finding investigations, performing flow of funds and tracing analyses, analyzing intercompany accounts and identifying undisclosed related party transactions.

- Richie has experience performing complex forensic accounting and dispute related services in bankruptcy engagements. His bankruptcy litigation experience includes working on matters involving preference and fraudulent conveyance actions, solvency determinations and valuation disputes.

- Richie has wide-ranging commercial litigation experience. He has provided advisory services in matters involving breach of contract and fiduciary duty, veil piercing, alter ego theory, de facto merger theory, quantification of damages and business valuation.

- Richie was a director in FTI Consulting's forensic and litigation consulting practice for 9 years. He also worked in the litigation and investigations practice of a global business consulting company. Richie worked as a senior auditor at Ernst & Young.

- Richie is a Certified Public Accountant, Certified Fraud Examiner and Certified Insolvency and Restructuring Advisor.  Richie is also certified in financial forensics by the AICPA.  Richie holds a B.S. in accounting from Fordham University.

