## **Exhibit C**

**Szlezinger Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |

**DECLARATION OF LEON SZLEZINGER IN SUPPORT OF THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER (I) AUTHORIZING THE COMMITTEE TO RETAIN AND EMPLOY JEFFERIES LLC AS ITS INVESTMENT BANKER, *NUNC PRO TUNC* TO MARCH 24, 2015 AND (II) WAIVING CERTAIN REQUIREMENTS OF LOCAL RULE 2016-2**

I, Leon Szlezinger, hereby declare under penalty of perjury that, to the best of my knowledge and belief, and after reasonable inquiry, the following is true and correct:

1.      I am a Managing Director and Joint Global Head of Restructuring & Recapitalization at Jefferies LLC ("Jefferies"), an investment banking and financial advisory firm with principal offices located at 520 Madison Avenue, New York, New York 10022, as well as at other locations worldwide.

2.      I submit this Declaration (this "Declaration") in support of the application (the "Application")[2] of the official committee of unsecured creditors (the "Committee") of The Standard Register Company and its affiliated debtors and debtors in possession (collectively, the "Debtors") for an order pursuant to sections 328(a) and 1103(a) of the Bankruptcy Code,

---

[1]     The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001).  The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2]     Each capitalized term used but not otherwise defined herein shall have the meaning ascribed to such term in the Application.

Bankruptcy Rule 2014, and Local Rule 2014-1, authorizing the Committee's retention and employment of Jefferies as its exclusive investment banker, *nunc pro tunc* to March 24, 2015, the date that the Committee selected Jefferies as its investment banker.

3.      Except as otherwise noted, I have personal knowledge of the matters set forth herein, and, if called as a witness, I would testify thereto.  Certain of the disclosures herein, however, relate to matters within the personal knowledge of other professionals at Jefferies and are based on information provided by such professionals.

### JEFFERIES' QUALIFICATIONS

4.      I believe that Jefferies and the professionals it employs are uniquely qualified to advise the Committee on the matters for which Jefferies is proposed to be employed in a cost-effective, efficient, and timely manner.

5.      Jefferies is a registered broker-dealer with the United States Securities and Exchange Commission and a member of the Boston Stock Exchange, the International Stock Exchange, the Financial Industry Regulatory Authority, the Pacific Stock Exchange, the Philadelphia Stock Exchange and the Securities Investor Protection Corporation.  Jefferies was founded in 1962 and is a wholly-owned subsidiary of Jefferies Group LLC, which, together with its subsidiaries, has gross assets of approximately $45 billion and approximately 3,900 employees in more than 30 offices around the world.

6.      Jefferies provides a broad range of corporate advisory services to its clients including, without limitation, services relating to the following: (a) general financial advice; (b) mergers, acquisitions, and divestitures; (c) special committee assignments; (d) capital raising; and (e) corporate restructurings.  Jefferies and its senior professionals have extensive experience in the reorganization and restructuring of troubled companies, both out of court and in chapter 11

proceedings. Jefferies has advised debtors, creditor and equity constituencies, and purchasers in numerous reorganizations in the United States and worldwide. Since 2007, Jefferies has been involved in over 100 restructurings representing over $200 billion in restructured liabilities.

7.     Jefferies has extensive experience in reorganization cases, including, without limitation, gaming industry experience, and has an excellent reputation for services it has rendered in large and complex chapter 11 cases on behalf of debtors, creditors, and creditors' committees throughout the United States. Jefferies has advised on the following chapter 11 cases, among others: In re Caesars Entm't Operating Co., Inc., No. 15-01145 (ABG) (Bankr. N.D. Ill. Mar. 26, 2015); In re MPM Silicones, LLC, No. 14-22503 (RDD) (Bankr. S.D.N.Y. June 10, 2014); In re Brookstone Holdings Corp., No. 14-10752 (BLS) (Bankr. D. Del. Apr. 23, 2014); In re Event Rentals, Inc., No. 14-10282 (PJW) (Bankr. D. Del. Mar. 14, 2014); In re Velti Inc., No. 13-12878 (PJW) (Bankr. D. Del. Dec. 2, 2013); In re Excel Maritime Carriers Ltd., Case No. 13-23030 (Bankr. S.D.N.Y. July 1, 2013) (RDD); In re OnCure Holdings, Inc., No. 13-11540 (KG) (Bankr. D. Del. June 14, 2013); In re GMX Res. Inc., No. 13-11456 (SAH) (Bankr. W.D. Okla. May 17, 2013); In re K-V Discovery Solutions, Inc., No. 12-13346 (ALG) (Bankr. S.D.N.Y. Oct. 10, 2012); In re ATP Oil & Gas Corp., No. 12-36187 (MI) (Bankr. S.D. Tex. Oct. 4, 2012); In re Eastman Kodak Co., No. 12-10202 (ALG) (Bankr. S.D.N.Y. Apr. 19, 2012); In re Borders Grp., Inc., No. 11-10614 (MG) (Bankr. S.D.N.Y. Feb. 16, 2011); In re MSR Golf Resort LLC, No. 11-10372 (SHL) (Bankr. S.D.N.Y. Feb. 1, 2011); In re InSight Health Servs. Holdings Corp., No. 10-16564 (AJG) (Bankr. S.D.N.Y. Dec. 10, 2010); In re Caribbean Petroleum Corp., No. 10-12553 (KG) (Bankr. D. Del. Aug. 12, 2010); In re Innkeepers USA Trust, No. 10-13800 (SCC) (Bankr. S.D.N.Y. July 19, 2010); In re RathGibson, Inc., No. 09-12452 (CSS) (Bankr. D. Del. Jul. 13, 2010); In re Med. Staffing Network Holdings Inc., No. 10-29101 (BKC-EPK)

3

(Bankr. S.D. Fla. July 2, 2010); In re Sea Launch Co., LLC, No. 09-12153 (BLS) (Bankr. D. Del. June 22, 2010); In re Spheris Inc., No. 10-10352 (KG) (Bankr. D. Del. Feb. 3, 2010); In re Uno Rest. Holdings Corp., No. 10-10209 (MG) (Bankr. S.D.N.Y. Jan. 20, 2010); In re FairPoint Commc'ns, Inc., No. 09-16335 (BRL) (Bankr. S.D.N.Y. Oct. 26, 2009); In re Accuride Corp., No. 09-13449 (BLS) (Bankr. D. Del. Oct. 8, 2009); In re Extended Stay Inc., No. 09-13764 (JMP) (Bankr. S.D.N.Y. June 15, 2009); In re DBSD N. Am., Inc., No. 09-13061 (REG) (Bankr. S.D.N.Y. May 15, 2009); In re AbitibiBowater, Inc., No. 09-11296 (KJC) (Bankr. D. Del. Apr. 16, 2009); In re Aventine Renewable Energy Holdings, Inc., No. 09-11214 (KG) (Bankr. D. Del. Apr. 7, 2009); In re Bally Total Fitness of Greater New York, Inc., No. 08-14818 (BRL) (Bankr. S.D.N.Y. Feb. 10, 2009); In re Nortel Networks, Inc., No. 09-10138 (KG) (Bankr. D. Del. Jan. 14, 2009); In re Tronox Inc., No. 09-10156 (ALG) (Bankr. S.D.N.Y. Jan. 12, 2009); In re Circuit City Stores Inc., No. 08-35663 (KRH) (Bankr. E.D. Va. Nov. 10, 2008); In re Quebecor World (USA) Inc., No. 08-10152 (JMP) (Bankr. S.D.N.Y. Jan. 21, 2008); In re Delphi Corp., No. 05-44481 (RDD) (Bankr. S.D.N.Y. June 9, 2006); In re Federal-Mogul Corp., No. 01-10578 (JKF) (Bankr. D. Del. Jan. 24, 2002).

## JEFFERIES' DISCLOSURES CONCERNING ITS CONNECTIONS WITH THE DEBTORS AND OTHER PARTIES IN INTEREST

8.    In connection with its retention by the Committee, Jefferies undertook to determine whether Jefferies, its principals and professionals (a) have any connection with the Debtors, their affiliates, their creditors or any other parties in interest in these chapter 11 cases or (b) have an interest adverse to the interests of the Debtors' estates or of any class of creditors or equity security holders.

9.    To check potential connections with the Debtors and other parties in interest in these chapter 11 cases, Jefferies searched to determine whether it had any relationships with the

entities identified by the Debtors and its representatives as potential parties in interest listed on

Schedule 1 hereto (the "Potential Parties in Interest").  Specifically, Jefferies entered the names

of the Potential Parties in Interest into a certain database containing the names of Jefferies'

current and former investment banking clients.  To the extent that this inquiry revealed that

certain Potential Parties in Interest were current or former clients of Jefferies, these parties are

identified on a list (the "Client Match List") annexed hereto as Schedule 2.  Through the

information generated from the above-mentioned inquiry and through follow-up inquiries to

Jefferies professionals responsible for certain clients listed on the Client Match List, Jefferies

determined that the representation of the clients on the Client Match List, if any, concerned

matters unrelated to the Debtors.  As to the Potential Parties in Interest not identified on the

Client Match List, Jefferies has not been employed by or rendered advisory services to any such

parties within the past three years.

   10. As part of its diverse global activities, Jefferies is involved in numerous cases,

proceedings, and transactions involving many different attorneys, accountants, investment

bankers, and financial consultants, some of whom may represent claimants and parties in interest

in these chapter 11 cases.   Further, Jefferies has in the past, and may in the future, be represented

by several attorneys and law firms, some of whom may be involved in these chapter 11 cases.

Finally, Jefferies has in the past, and will likely in the future, be working with or against other

professionals involved in these chapter 11 cases in matters wholly unrelated to these chapter 11

cases.   Based upon our current knowledge of the professionals involved in these chapter 11 cases,

and, to the best of my knowledge, none of these business relationships constitute interests adverse

to the interests of the Debtors' estates or of any class of creditors or equity security holders in

matters upon which Jefferies is to be employed, and none are in connection with these chapter 11 cases.

11.    Jefferies is a global investment banking firm with broad activities covering, among other things, trading in equities, convertible securities, and corporate bonds in addition to its investment banking and financial advisory practice.  With more than 80,000 customer accounts and thousands of relationships and transactions around the world, it is possible that one or more of Jefferies' clients or a counterparty to a securities transaction may hold a claim or interest or otherwise be Potential Parties in Interest in these chapter 11 cases and that Jefferies and/or its affiliates may have other business relationships and/or connections with such Potential Parties in Interest.  Further, as a major market maker in equity securities as well as a major trader of corporate bonds and convertible securities, including those of creditors or parties in interest in these chapter 11 cases, Jefferies regularly enters into securities transactions with other registered broker-dealers as a part of its daily activities.  Some of these counterparties may be creditors, equity holders or other parties in interest in these cases.  Jefferies believes that none of these business relationships constitute interests adverse to the interests of the Debtors' estates or of any class of creditors or equity security holders in matters upon which Jefferies is to be employed, and none are in connection with these chapter 11 cases.

12.    Certain affiliates of Jefferies serve as managers for a number of investment vehicles (collectively, the "Managed Funds").  The Managed Funds are principally intended for investments by third parties unrelated to Jefferies.  However, such investors may also include financial institutions (some of which may be parties in interest in these chapter 11 cases), affiliates of Jefferies, or their respective officers and employees (some of whom may be Jefferies' employees providing services in connection with these chapter 11 cases).  Jefferies' employees

working in connection with these chapter 11 cases have no control over or involvement in investment decisions made for the Managed Funds.   With respect to the Managed Funds, Jefferies makes the following additional disclosures:

(a)      Among other things, the Managed Funds are (i) active direct investors in a number of portfolio companies (the "Equity Investments") and (ii) investors in a variety of debt instruments and mezzanine loans or similar securities (the "Income Investments" and, together with the Equity Investments, the "Portfolio Holdings"); and

(b)      The fund managers of the Managed Funds maintain control over investment decisions with respect to the Portfolio Holdings.  Many financial institutions and parties in interest who may be involved in these chapter 11 cases may also be investors in the Managed Funds.  Moreover, the Managed Funds may invest from time to time in Portfolio Holdings relating to the Debtor or parties in interest in these chapter 11 cases.  In order to comply with securities laws and to avoid any appearance of impropriety, the employees of the Managed Funds are strictly separated from the employees of Jefferies.  Jefferies maintains a strict separation between its employees assigned to these chapter 11 cases and employees involved in the management of Jefferies' investment banking division, on the one hand, and other employees of Jefferies (e.g., sales and trading employees) and its affiliates (including the employees of the Managed Funds), on the other hand.  This separation is maintained through the use of information walls.  These information walls include physical and technological barriers, compliance, and surveillance mechanisms and policies and procedures designed to prevent confidential information from being shared improperly.  Consequently, as no confidential information concerning the Debtors is permitted to be communicated to any persons working for the Managed Funds, Jefferies does not believe that the relationships outlined above constitute interests adverse to the estates or render Jefferies not disinterested in these chapter 11 cases.

13.      In addition, as part of its regular business operations, Jefferies may trade securities and other instruments of the Debtors on behalf of third parties (some of whom may be parties in interest in these chapter 11 cases).   Jefferies may also trade securities and other instruments of the Potential Parties in Interest on behalf of itself or its affiliates or third parties.  Any such trading operations are separated from Jefferies' investment banking department, and its managing directors and employees (including the investment banking professionals working on these chapter 11 cases) by an information barrier.

14.    The Debtors have numerous creditors and relationships with a large number of individuals and entities that may be parties in interest in these chapter 11 cases.  Consequently, although every reasonable effort has been made to discover and eliminate the possibility of any conflict including the efforts outlined above, Jefferies is unable to state with certainty whether any of its clients or an affiliated entity of a client holds a claim or otherwise is a party in interest in these chapter 11 cases.   If Jefferies discovers any information that is contrary or pertinent to the statements made herein, Jefferies will promptly disclose such information to the Court.

15.    Jefferies does not advise, has not advised and will not advise any entity other than the Committee in matters related to these chapter 11 cases.    Jefferies will, however, continue to provide professional services to entities or persons that may be creditors of the Debtors or parties in interest in these chapter 11 cases, provided that such services do not relate to, or have any direct connection with, these chapter 11 cases or the Debtors.

16.    Except as otherwise set forth herein, to the best of my knowledge, information, and belief, Jefferies (i) is not a creditor, equity security holder or an insider of the Debtors and (ii) is not or was not, within two years before the Petition Date, a director, officer, or employee of any of the Debtors.  In addition, none of the Jefferies' professionals expected to assist the Committee in these chapter 11 cases are related or connected to any United States Bankruptcy Judge for the District of Delaware, the U.S. Trustee, or any person employed in the office of the U.S. Trustee.

## **PROFESSIONAL COMPENSATION**

17.    As of the date of this Declaration, Jefferies has received no compensation for its work on behalf of the Committee.

18.     The Fee and Expense Structure set forth in the Application is consistent with Jefferies' typical fee for work of this nature.  The fees are set at a level designed to compensate Jefferies fairly for the work of its professionals and assistants and to cover fixed and routine overhead expenses.  It is Jefferies' policy to charge its clients for all disbursements and expenses incurred in the rendition of services.

19.     It is not the general practice of investment banking firms to keep detailed time records similar to those customarily kept by attorneys.  Jefferies' restructuring professionals, when formally retained in chapter 11 cases, and when required by local rules, do, and in these cases will, keep time records in half-hour increments describing their daily activities and the identity of persons who performed such tasks.  Jefferies will also supplement this information with a list of the non-restructuring professionals who assist the restructuring department on this matter but who do not, as a matter of general practice, keep records in the same manner.

20.     The Fee and Expense Structure is comparable to those generally charged by investment banking firms of similar stature to Jefferies and for comparable engagements, both in and out of court, and reflect a balance between a fixed, monthly fee, and a contingency amount which are tied to the consummation and closing of a Transaction as contemplated in the Engagement Letter.

21.     The Engagement Letter was negotiated at arm's length and in good faith, and I believe that the provisions contained therein are reasonable terms and conditions of Jefferies' employment by the Committee.  With respect to the Engagement Letter's indemnification provisions, unlike the market for other professionals that a debtor or committee may retain, indemnification is a standard term of the market for investment bankers.  The indemnity,

moreover, is comparable to those generally obtained by investment banking firms of similar stature to Jefferies and for comparable engagements, both in and out of court.

22.     Other than as set forth above, there is no proposed arrangement between the Committee and Jefferies for compensation to be paid in these cases.  Jefferies has no agreement with any other entity to share any compensation received, nor will any be made, except as permitted under section 504(b)(1) of the Bankruptcy Code.

23.     The foregoing constitutes the statement of Jefferies pursuant to section 504 of the Bankruptcy Code, and Bankruptcy Rules 2014(a) and 5002.


*Signature Page Follows*

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 20, 2015
New York, New York

**JEFFERIES LLC**

*/s/ Leon Szlezinger*
Leon Szlezinger
Managing Director

## Schedule 1

**Potential Parties in Interest**

**Debtors and their non-debtor subsidiaries**

1. The Standard Register Company
2. Standard Register Technologies, Inc.
3. iMedConsent, LLC
4. Standard Register Technologies Canada ULC
5. Standard Register Mexico Holding Company
6. Standard Register Holding Company
7. Standard Register International, Inc.
8. Standard Register of Puerto Rico Inc.
9. Standard Register Holding, S. de R.L. de C.V.
10. Standard Register Servicios, S. de R.L. de C.V.
11. Standard Register de Mexico, S. de R.L. de C.V.
12. WorkflowOne, LLC

**Debtors' officers and directors**

1. Joseph P. Morgan, Jr.
2. Robert M. Ginnan ("Bob")
3. John G. King
4. Greg J. Greve
5. Joseph L. Klenke
6. Jeffrey L. Moder ("Jeff")
7. Amy L. Reilly
8. Gerard D. Sowar ("Gerry")
9. Diana Tullio
10. Terry Williams
11. F. David Clarke, III
12. Roy W. Begley ("Robin")
13. Anthony J. DiNello
14. Frederic F. Brace ("Jake")
15. R. Eric McCarthey
16. Robert A. Peiser
17. John J. Schiff, Jr.
18. John Q. Sherman, II
19. William P. Lee
20. David P. Bailis
21. Julie D. Klapstein
22. Joanne Cummins
23. Williams Lee

**Major business affiliations of the debtors' officers and directors and related persons**

1. Clarke-Hook Corporation
2. Anixter International Inc.
3. The Shelty-Viking Capital Group LLC
4. Vistage International
5. Crestlight Venture Productions
6. Ginzinga Naturals, LLC
7. USA Truck, Inc.
8. Primary Energy Recycling Company Corp.
9. Cincinnati Financial Corporation
10. The Cincinnati Insurance Company

**Debtors' secured creditors**

1. Silver Point Capital
2. Silver Point Capital, L.P.
3. Silver Point Finance, LLC
4. Silver Point Capital Fund, L.P.
5. SPCP Group, LLC
6. SPF CDO I, LTD
7. SPCP Group III LLC
8. Credit Suisse AG, Cayman Island Branch
9. Credit Suisse Loan Funding LLC
10. Sargas CLO II Ltd.
11. WG Horizons CLO I
12. West Gate Horizons Advisors LLC
13. DLJ Investment Partners, L.P.
14. DLJ Investment Partners II, L.P.
15. DLJIP II Holdings, L.P.
16. Credit Suisse
17. Bank of America, N.A.
18. Wells Fargo
19. Canon Solutions America, Inc.
20. Cisco Systems Capital Corporation
21. Crown Credit Company
22. Dell Financial Services LP
23. E. I. Dupont De Nemours And Company
24. Fujifilm
25. Fujifilm North America Corporation
26. Harold M. Pitman Company
27. Hewlett-Packard Financial Services Company
28. Northstar Recycling Company, Inc.
29. Northstar Recycling Group, Inc.
30. Oce Financial Services, Inc.
31. Oce North America, Inc.
32. Software Professionals, Inc.
33. Tilt-Lock Inc.
34. Xerox Corporation
35. CIT Technologies Corporation d/b/a CIT Systems Leasing
36. CIT Finance LLC
37. Georgia-Pacific Consumer Products LP
38. Raymond Leasing Corporation
39. Dainippon Screen Graphics (USA), LLC
40. SmartWorks.com, Inc.

**Debtors' 50 largest unsecured creditors on a consolidated basis as identified in their chapter 11 petitions**

1. The Pension Benefit Guaranty Corporation
2. Timothy Webb
3. Georgia Pacific Corp
4. Gary Becker
5. Salesforce Com Inc.
6. Michael Spaul
7. Volt Consulting
8. Mark Platt

9. Craig Stockmal
10. Peter Redding
11. Washington State Department of Ecology
12. Westborough (The Realty Associates Fund IX, c/o Lincoln Property Company)
13. Avery Dennison
14. Joseph Custer
15. Purchase Power
16. Bank Of America
17. Carolinas Shared Services (subgroup within Premier GPO)
18. Business Card
19. Appvion Inc
20. John Harden
21. Dennis Rediker
22. Tenet (subgroup within MedAssets GPO comprised of about 45 hospitals)
23. HP Enterprise Services LLC
24. Kathryn Lamme
25. GLS Graphic Label Solutions
26. Earth Color
27. Precision Dynamics Corp
28. Craig Brown
29. Rajendra Mehta
30. Virginia Rafferty
31. Jack Marshall
32. Unisource Worldwide Inc
33. Michael Wolk
34. Flexcon Company Inc.
35. Edward Keiper
36. Xpedx LLC
37. Lithia Springs
38. Novation GPO
39. Robert Assini
40. Sanmar Corp.
41. Partners Healthcare
42. Nevs Ink Inc
43. Source Technologies Inc
44. Domtar Paper Co LLC
45. Cass Information Systems
46. Dayton Mailing Services
47. Bruce Moses
48. Catholic Contracting Group (CCG)
49. Independent Printing Co Inc.
50. Nissan Total

**Debtors' landlords**

1. ColFin Cobalt Industrial Reit II
2. ProLogis Trust
3. Liberty Property Trust
4. Windmill 1
5. Double Nickel
6. The Realty Associates Fund IX
7. Lincoln Property Company
8. Ninth 209, LLC
9. Sandusky Investments LTD 10.

10. BRE/COS 1 LLC
11. Alan D Palmer
12. Brookwood Four Points Investor
13. First National Bank Alaska
14. Rita Blumenfeld
15. MCI CIF LLC
16. Naifco Realty
17. Owen Properties
18. Pacific Realty Associates,
19. ProLogis
20. GCCFC 2005-GG5 1255 Terminus I
21. 21 Parker Drive, LLC
22. Twenty Park Plaza, LLC
23. American Heart Association
24. The Arbor, LLC
25. PS Business Parks
26. Robert J. DiLeonardo
27. West Willows Amherst Portfolio
28. Burt Jordan Realtors
29. Sublease - Czarnowski Display
30. Tel-Bingham Associates
31. CRP-2 Holdings, AA, LP
32. HART NJ8A-I LLC
33. 100-200 CCC, Inc
34. TAK Realty and Investment, LLC
35. LSOP 3 MD 2, LLC
36. Fairview Plaza JLC LLC
37. One Telcom, LLC
38. FSBT, Inc
39. Peachtree II and III,
40. BWC Exchangepoint LLC
41. 588 Associates, LP 4
42. 1040 Ave. of the Americas LLC
43. Flexible Office Solutions, LLC
44. Harris Bank
45. ML-AI 125 Wacker LLC
46. Inversiones Chevere, S.E.
47. Stonegate Partners I, LLC
48. Commodore Drive, LP
49. The Paragon, LP
50. Trotter Holdings LLC dba
51. A&B Properties Inc, 822 Bishop
52. Exeter 700 Patrol, LLC
53. Trafalgar Investments LLC
54. Deutsche Bank Mexico SA
55. MPC Holdings, LLC
56. Paragano Holdings, LLC
57. 55 Broadway Associates, LLC
58. Chipman Miles
59. TR Crownpointe Corp.
60. Carlsen Investment, LLC
61. Valley Freeway Corporate Park,
62. CIR III-1 Reit
63. BRE/Industrial Portfolio Holdings LLC
64. Kyrene 919280, LLC
65. Pattillo Foundation

2

66. CRA-CAR,LLC
67. Hillcrest Real Estate Development Co LLC
68. Blue Water Road LLC
69. C.K. Enterprises of Watseka, I
70. Princetons Properties Inc
71. Westboro Two LLC
72. American Asset Corporation
73. Block Hawley Commercial Real Estate Services
74. BMO Harris Bank N.A.
75. Bridlewood Executive Suites
76. Bruns Building and Development
77. CAM, Inc.
78. Carruth Capital LLC
79. CBRE, Inc.
80. Colliers International
81. Colliers International Asset
82. Core Partners
83. Cushman & Wakefield of NJ Inc.
84. D.L. Saunders Real Estate
85. Double Nickel
86.  G&E Real Estate Management Services Inc
87. Harbor Group Management Company
88. Hill Properties
89.  Jones Lang LaSalle America
90. Juno Commercial Real Estate, I
91. Larken Associates
92. Lincoln Property Company
93. Mackenzie Mgmt Company
94. Mallard Creek Investors LLC
95. Meridian Business Park
96. Metro Office Park
97. Newmark Grubb Knight Frank
98. Newmark Grubb Memphis
99. Northwest Building LLC
100. Oliver and Company, Inc.
101. Patillo Industrial Real Estate
102. Property Management Associates of WNY Inc
103. Shekley
104. Solon Gershman Inc.
105. Swanson Holdings LLC
106. The Charter Group
107. Transwestern Commercial Service
108. Westside Investment Partners
109. Wilson Property Services, Inc.

**Largest vendors and subcontracting vendors**

1. Adair Printing Technologies
2. Adecco Employment Services
3. Appvion Inc.
4. Avery Dennison
5. Bay State Envelope
6. Bestforms Inc.
7. Business Card Service Inc.
8. Business Stationery
9. Cass

10. Cenveo
11. Customgraphix
12. Data Card Corp.
13. Domtar Paper Co. LLC
14. Ennis Business Forms Inc
15. Enterprise Group/A Division of Domtar Paper
   Co. LLC
16. Fasson
17. FCL Graphics Inc.
18. Flesh Company
19. Flexcon Company
20. Georgia Pacific Corp.
21. Glatfelter
22. GLS Graphic Label Solutions
23. Hewlett-Packard
24. HM Graphics Inc.
25. International Paper
26. JDS Graphics Inc.
27. Kirkwood Printing
28. Multi Packaging Solutions
29. Nationwide Envelope Specialists Inc.
30. Nevs Ink Inc.
31. Novation LLC
32. PJ Printers
33. Precision Dynamics Corp.
34. Raff Printing Inc.
35. Rollsource
36. Seebridge Media LLC
37. Total Printing Services LLC
38. Unisource Worldwide Inc.
39. Volt Consulting
40. Wright Enterprises Holding Co.
41. Xerox Corp.
42. XGS.IT
43. Xpedx

**Largest freight vendors/providers**

1. Dayton Freight Lines Inc
2. Dynamex Operations East
3. Fedex Corp.
4. Fedex Freight East Inc.
5. J B Hunt Transport Inc.
6. Old Dominion Freight Line Inc.
7. Rush Transportation & Logis
8. United Parcel (Package)
9. UPS Supply Chain Solutions Inc.
10. Velocity Express

**Other "significant" vendors as identified by Debtors**

1. Adobe
2. Corepoint
3. FIS
4. IBM

5. Instream
6. L&H Signs
7. Salar
8. Salar OEM
9. Smart-ER
10. Viridian
11. Zafesoft

**Parties relating to significant litigation involving
the Debtors**

1. 3M CO
2. Schulman Inc
3. A.E. Fickert and Sons Inc.
4. A.E. Fickert, Inc.
5. Abbott Laboratories
6. ABCO Construction
7. Abex Corp
8. Acon Inc.
9. Acoustical Systems Inc.
10. Affinity Express, Inc.
11. AK Steel Corporation
12. Alcatel Lucent Usa, Inc.
13. Alliance Machine Co
14. American Axle And Manufacturing
15. American Business Forms
16. American Honda Motor Co
17. American Optical Corp
18. American Solutions for Business
19. American Standard Inc
20. Ameron International Corp
21. Anchor Danly LLC
22. Anchor Glass Container Corp
23. Anheuser Busch LLC
24. AO Smith Corp
25. Aqua-Chem, Inc.
26. Ardagh Glass Inc
27. Armco
28. Armstrong Pumps Inc
29. Arvinmetiro, Inc.
30. Astenjohnson Inc
31. AT&T Corp
32. Aurora Pump Co
33. Avery Dennison Corp
34. Avocet Enterprises Inc
35. Bacou Dalloz
36. Barry Controls
37. Basf Corp
38. Beazer East
39. Bechtel Inc
40. Bf Goodrich Co
41. Bingham Pumps
42. Blaylock Trucking and Waste Removal
43. Bondstrand
44. Borg Warner Morse Tec Inc
45. Borg-Warner Corp.

46. Bradford Soap International, Inc.
47. Bridgestone Americas Tire Operations LLC
48. Bridgestone Firestone Inc.
49. Bridgestone/Firestone America's Holding, Inc.
50. Britisher Htg And Cooling
51. Brush Wellman Int'l Inc
52. Burns International Services Corp.
53. Butt Construction Co Inc
54. Butt Construction Co LLC
55. BW/IP International Inc
56. Byron Jackson Pump Division
57. Carborundum Co
58. Cargill, Inc.
59. Carrier Corp
60. Catalystic
61. CBS Corp
62. Certain-Teed Corp
63. Chaotic Moon LLC
64. Chass Brass And Copper Co LLC
65. Chemineer, Inc.
66. Chicago Bridge And Iron Co
67. Chicago Gasket Co
68. Cintas Corporation
69. City of Dayton, Ohio
70. CL Zimmerman Co
71. Clark Asbestos Hi Statutory Agent, Inc.
72. Clark Industrial Insulation Co
73. Clark-Reliance Corp
74. Cleaver Brooks
75. Coca-Cola Refreshments USA, Inc.
76. Conagra Grocery Products Company
77. Container Services Inc.
78. Continental Fibre Drum, Inc.
79. Continental Teves
80. Conwed Corp
81. Cooper Industries Inc
82. Copes Vulcan Inc
83. Core Furnace Systems Corp
84. Cox Media Group Ohio Inc.
85. Crane Co
86. Crown Cork & Seal USA Inc
87. CSR, Inc
88. CSR, Ltd
89. Cutler Hammer, Inc.
90. Dana Companies LLC
91. Daniel International Corp
92. DAP Inc.
93. DAP Products, Inc.
94. Day International Inc.
95. Dayton Board of Education
96. Dayton Daily News
97. Dayton Industrial Drum, Inc.
98. Dayton Journal Herald
99. Dayton Power and Light Company
100. Dayton Rubber Company
101. Dayton Tire and Rubber Company

4

102. Deborah Gelinas
103. Despatch Industries Inc
104. Devcon Corp
105. Domtar Industries LLC
106. Dow Chemical Co
107. Dravo Corp
108. Durco
109. Duriron Corporation
110. Duro Dyne Corp
111. Eagle Technologies Group
112. Eaton Corp
113. Ecodyne Limited
114. Edward Valve Co
115. Eli Lilly And Co
116. Emerson Electric Co
117. Essex Wire Corp
118. Ferro Engineering
119. Fickert Devco Inc.
120. Flowserve Corporation
121. Flowserve US Inc
122. Fluor Corp
123. Fluor Enterprises Inc
124. Ford Motor Co
125. Formosa Plastics Corp USA
126. Foster Wheeler Corp
127. Franklin Iron & Metal Corp.
128. Fruehauf Corp
129. Fruehauf Trailer Corp
130. Gardner Denver Inc
131. General Electric Co
132. General Refractories Co
133. General Refuse Service Inc.
134. Georgia Pacific Consumer Operations LLC
135. Georgia Pacific Corporation
136. Georgia-Pacific LLC
137. GlaxoSmithKline LLC
138. GMZ INC
139. Goodrich Corp
140. Goodyear Tire And Rubber Co
141. Goulds Pumps Ipg Inc
142. Greif Inc
143. Grinnell LLC
144. Guide Corp
145. H.K. Ferguson
146. Hamilton Sundstrand Corp
147. Hanson Systems LLC
148. Harris Corporation
149. Harris Seybold Co.
150. Health Conservation Inc
151. Hercules Inc
152. Hewitt Soap Works, Inc.
153. Hobart Corporation
154. Homasote Co
155. Honeywell Inc.
156. Honeywell International Inc
157. Huffy Corp

158. IDEX Corp
159. Illinois Tool Works Inc
160. IMO Industries Inc
161. Indiana Department of Environmental
    Management
162. Inductotherm Corp
163. Inductotherm Group Co
164. Industrial Holding Corp
165. Industrial Waste Disposal Co. Inc.
166. Ingersoll Rand Co
167. International Business Machine Corp
168. International Comfort Products Corp
169. ITT Corp
170. J.E. Lonergan
171. Jaxcine Guzon
172. JH France Refractories Co
173. JM AC
174. JM Manufacturing Co Inc
175. John Crane Inc
176. Kaiser Gypsum Co Inc
177. KC Wall Products, Inc
178. KCG INC
179. Kelsey-Hayes Company
180. Kimberly-Clark Corporation
181. Kunkle Valve
182. L.M. Berry and Company LLC
183. La Mirada Products Co., Inc.
184. Lau Industries Inc
185. Lennox Industries Inc
186. Lindberg
187. LPL Licensing, L.L.C.
188. Lucent Technologies, Inc.
189. Lynden Keala
190. Marley Cooling Tower
191. Materion Brush Inc
192. McCall Corp.
193. MCI Telecommunications
194. Meadwestvaco Corp
195. Merck Sharp And Dohme Corp
196. Metropolitan Life Insurance
197. Milliken And
198. Monsanto Company
199. Monsanto Research Company
200. Morrison Knudsen Corp
201. Mount Vernon Mills Inc
202. National Can Corp
203. National Oilwell Varco Inc
204. NCR Corporation
205. Newell Rubbermaid Inc
206. Newmark LLC
207. Nooter Corp
208. Norma Duttera
209. Occidental Chemical Corp
210. Oglebay Norton
211. Ohio Bell Telephone Company
212. P-Americas, LLC

213. Panelag
214. Pasco Sanitary Landfill Industrial Waste Group
215. Peerless Heater Co
216. Peerless Industries Inc
217. Peerless Pump Co Inc
218. Peerless Transportation Company
219. Pepsi Cola General Bottlers of Ohio, Inc.
220. Pfizer Inc
221. Pharmacia Corp
222. Pharmacia LLC
223. Phoenix Licensing, L.L.C.
224. Plastics Engineering Co
225. Pneumo Abex Llc
226. PPG Industries, Inc.
227. Process Equipment Co Of Tipp City
228. Quigley Inc
229. R J Reynolds Tobacco Company
230. Raytheon Engineering & Constructors
231. Rebecca Goodwin
232. Relizon Company
233. Resco Holdings LLC
234. Reunion Industries Inc
235. Rew Materials, Inc
236. Rexam Beverage Can Co
237. Reynolds and Reynolds Company
238. Rheem Manufacturing Co
239. Richard Goodwin
240. Ric-Will, Inc.
241. Riley Power Inc
242. Riley Stocker Corp
243. Rockwell Manufacturing Co
244. Rogers Corp
245. Rohm And Haas Co
246. Ross Laboratories
247. Rucco Equipment And Magnum Products
248. Rust Engineering Co
249. Rust International Inc
250. Ruud Heating Cooling And Water Heating
251. Saint Gobain Abrasives Inc
252. Sanford Duttera
253. SCA Services of Ohio Inc.
254. Security Services Usa Inc
255. Sharon Brown-Henry
256. Sherwin-Williams Company
257. Skipprint LLC
258. Special Electric Co Inc
259. Special Materials, Inc
260. Special Shipping Inc.
261. Spence Engineering Co Inc
262. Spirax Sarco Inc
263. Sprint Corporation
264. Sprint Spectrum L.P.
265. Spx Cooling Technologies Inc
266. State of Ohio
267. Stearns-Rogers Corp
268. Sulzer Pumps Us Inc

269. Sun Chemical Corp
270. Sunoco, Inc.
271. Superior Boiler Works Inc.
272. Superior Essex Inc
273. Tecumseh Products Co
274. Tenneco Automotive Operatinc Co, Inc
275. Tenova Core
276. The Duriron Co Inc
277. The Gorman Rupp Co
278. The Kroger Co
279. The Mead Corp
280. The Procter And Gamble Co
281. The William Powell Co
282. Thiem
283. Total Petrochemicals And Refining USA Inc
284. Toyota Motor Sales USA Inc
285. TPI Corp Succ To Fostoria Industries Inc
286. Trane US Inc
287. Treco Constructions Service
288. TRW Automotive Us LLC
289. Tyco Flow Control
290. Tyco International US Inc
291. Tyco Valves & Controls
292. Union Carbide Corp
293. Union City Body Co
294. United Engineers & Constructor
295. United States Department of Defense
296. United States Department of Energy
297. United States of America
298. United States Steel Corpora
299. Universal Refaractories
300. University of Dayton
301. URS Corp
302. URS Energy & Construction Inc
303. Utilimaster Corp
304. Valley Asphalt Corporation
305. Van Dyne-Crotty, Inc.
306. Ventfabrics, Inc.
307. Verizon New York Inc
308. Verizon North LLC
309. Viacom
310. Warren Pumps LLC
311. Warren Pumps, Inc.
312. Warren Rupp Inc
313. Washington Department of Ecology
314. Washington Group International Inc
315. Waste Management of Ohio, Inc.
316. Welco Manufacturing Co
317. Weldun International Ltd
318. Westinghouse Electric Corp
319. Weyerhaeuser Co
320. Willamette Industries Inc
321. Willson Safety Products
322. Wood Conversion Co
323. Workflow Solutions, LLC
324. York International Corp

325. Zurn Industries Inc
326. Zurn Industries LLC

**<u>Debtors' equity holders (greater than 5%)</u>**

1. Roy W. Begley, Jr.
2. Gary P. Kreider
3. William C. Martin
4. Raging Capital Management, LLC
5. Raging Capital Master Fund, Ltd.
6. Charles Francis Sherman
7. James L. Sherman
8. James Louis Sherman
9. John Q. Sherman
10. William Patrick Sherman
11. Patricia Lucille Sherman Begley
12. Mary Catherine Sherman Newshawg
13. Helen Louise Sherman Tormey
14. Silver Point Capital L.P.
15. The Fifth Third Bank

**<u>Debtors' largest customers</u>**

1. Automatic Data Processing, Inc.
2. Bank of America Corp.
3. Citibank
4. Liberty Mutual Insurance
5. Quest Diagnostics Inc.
6. SR DE Mexico-National
7. TD Bank
8. Verizon

**<u>Insurance companies</u>**

1. AIG
2. Allianz SE
3. Allied World
4. Beazley
5. Chartis
6. Chubb
7. CNA Financial Corp.
8. Columbia Casualty Company
9. Continental Casualty
10. Federal Insurance Company
11. Fireman's Fund Ins.
12. FM Global
13. Illinois National Ins Co
14. Liberty Mutual
15. National Fire Insurance of Hartford
16. National Union Fire Insurance Company of Pittsburgh
17. Navigators
18. Safety National
19. Travelers
20. Vigilante Insurance

21. Wright National Flood Insurance Company
22. XL
23. Zurich

**<u>Utility providers</u>**

1. Accessline Communications
2. Alaska Communications
3. Ameren Illinois
4. Ameren Missouri
5. Ameren UE
6. American Electric Power Co.
7. AT&T
8. Atmos Energy
9. Austell Gas System
10. Austell Natural Gas System
11. Avaya Financial Services
12. Blair Telephone Company
13. Brandenburg Telephone Co.
14. Century Link
15. Century Telephone
16. Charter Business
17. Chesapeake Utility Corp.
18. Cincinnati Bell
19. City of Brenham
20. City of Darlington
21. City of Fayetteville
22. City of Livermore
23. City of Mesquite
24. City of Ontario
25. City of Orange California
26. City of Salisbury
27. City of Tampa Utilities
28. City of Toccoa
29. Cleco Power LLC
30. Columbia Gas of Massachusetts
31. Columbia Gas of Ohio
32. Columbia Gas of Pennsylvania
33. Comcast
34. Comed
35. Compass Energy Gas Services LLC
36. Connecticut Light & Power
37. Connecticut Water Co. Crwc
38. Connecticut Water Company
39. Consolidated Communications
40. Constellation Newenergy Inc.
41. Cox Communications Inc.
42. Dayton Power & Light Co.
43. Delmarva Power
44. Direct Energy Business
45. Dominion East Ohio
46. DPL Energy Resources Inc.
47. DPLER
48. Duke Energy
49. Duke Energy Progress
50. Duke Energy-Charlotte

51. Duke Energy-Louisville
52. Fairpoint Communications
53. Frontier
54. Frontier Communications
55. Frontier Telephone
56. Gas Co.
57. GCI Communications Corp.
58. Georgia Power Co.
59. Gexa Energy LP
60. Goshen Water & Sewer
61. Granite Telecommunications
62. Greystone Power Corp.
63. Hardin County Water Dist.
64. Hawaiian Electric Co.
65. Hawaiian Telecom
66. Hillsborough County Water Dept.
67. Hudson Energy Services Texas
68. Indiana American Water Co.
69. Intercall
70. Jeffersonville Sewer Department
71. Kentucky Utility Co.
72. Laclede Gas Company
73. Level 3 Communications
74. Louisville Gas & Electric Co.
75. Manchester Township
76. MCI Worldcom
77. Met Ed
78. Minnesota Energy Resources
79. Murfreesboro Electric Dept.
80. Murfreesboro Water And Sewer
81. National Fuel Gas Distribution Corporation
82. National Grid
83. Nicor Gas
84. Nipsco
85. North State Communications
86. NSTAR
87. OG & E
88. Oklahoma Natural Gas Co.
89. Pacific Gas & Electric Co.
90. PG & E
91. Piedmont Natural Gas
92. Puerto Rico Telephone
93. Puget Sound Energy
94. Puget Sound Power & Light Co.
95. Questar Gas Company
96. Qwest
97. River Ridge Development Authority
98. Road Runner
99. Rocky Mtn Power-Utah
100. Salt Lake City Corp
101. Shelbyville Public Utilities
102. Sourcegas Arkansas Inc.
103. Southern California Edison
104. Springettsbury Township Sewer
105. Sprint
106. Tampa Electric

107. TDS Metrocom
108. Teco Tampa Electric Co.
109. Time Warner Cable
110. Toccoa Natural Gas
111. Town of Tolland
112. TW Telecom
113. TXU Energy
114. Union Power Cooperative
115. United Communications
116. United Telephone Company
117. VCOM Solutions
118. Vectren
119. Vectren Energy Delivery
120. Verizon
121. Verizon Wireless
122. Village of Coldwater
123. Village of Howard
124. Walton EMC Natural Gas
125. Windstream
126. Xcel Energy
127. Yankee Gas Services
128. York Water Co.

**Ordinary course professionals**

1. Stephen J. Axtell, Esq.
2. Beiser Greer & Landis, LLP
3. David Berry, Esq.
4. Gregory J. Boulbol, Esq.
5. Kevin Braig, Esq.
6. Brightline CPAs And Associates
7. Brixey & Meyer
8. Robert M. Cavalier, Esq.
9. Davis Wright Tremaine LLP
10. Deloitte & Touche LLP
11. Deloitte Tax LLC
12. Doherty, Wallace, Pillsbury and Murphy, P.C.
13. Ernst & Young LLP
14. Michael Ewing, Esq.
15. Faruki, Ireland & Cox P.L.L.
16. Douglas M. Foley, Esq.
17. Frost Brown Todd LLC
18. Funkunaga Malayoshi Hershey & Ching
19. Bruce Garrison
20. Roshell Grigsby
21. Steve Haughey, Esq.
22. James H. Hershey, Esq.
23. Scott J. Heyman, Esq.
24. Barry D. Horne, Esq.
25. Jeff Ireland, Esq.
26. Scott Kamins, Esq.
27. Kaufman & Canoles
28. David C. Korte, Esq.
29. Thomas H. Lee, Esq.
30. Javier Lizardi, Esq.
31. Lucas and Cavalier, LLC

8

32. Mark Malloy, Esq.
33. John L. McCarthey, Esq.
34. Jennifer McCave, Esq.
35. McConnell Valdes LLC
36. McGladrey LLP
37. McGuireWoods
38. McInnes Cooper
39. McManis Faulkner
40. James McManis, Esq.
41.  Meissner Tierney Fisher & Nichols
42. Jeffrey A. Mullins, Esq.
43. Ronald D Niesley
44. Offit Kurman
45. Ogier
46. Mark J. Payne, Esq.
47. Charles Russell
48. Rutan & Tucker LLP
49. Ryan Smith & Carbine Ltd
50. L. Scott Seymour, Esq.
51. Shumacher, Loop & Kendrick, LLP
52. Sidley Austin LLP
53. Taft Stettinius & Hollister
54. Thompson Hine
55. Thomson Reuters
56. David J. Ubaldi, Esq.
57. Coolidge Wall
58. Von Wobeser
59. Mark F. Werle
60. David P. Williamson, Esq.
61. Marc Yates

**Chapter 11 case professionals for Debtors**

1. Dinsmore & Shohl LLP
2. Gibson Dunn & Crutcher LLP
3. Lazard Frères & Co. LLC
4. Lazard Middle Market, LLC
5. McKinsey Recovery & Transformation Services U.S., LLC
6. Palisades Pension Financial Advisory
7. Prime Clerk
8. Young Conaway Stargatt & Taylor LLP

**Counsel and other advisors retained by other significant parties**

1. Skadden, Arps, Slate, Meagher & Flom LLP
2. Parker Hudson Rainer & Dobbs LLP

**United States Bankruptcy Judges in the District of Delaware**

1. Kevin J. Carey
2. Kevin Gross
3. Brendan L. Shannon
4. Laurie Selber Silverstein

5. Christopher S. Sontchi
6. Mary F. Walrath

**United States Trustee for the District of Delaware, or any person employed by the Office of the United States Trustee for the District of Delaware**

1. Lauren Attix
2. David Buchbinder
3. Shakima L. Dortch
4. Timothy J. Fox, Jr.
5. Diane Giordano
6. Christine Green
7. Benjamin Hackman
8. Jeffrey Heck
9. Mark Kenney
10. Jane Leamy
11. Tony Murray
12. James R. O'Malley
13. Michael Panacio
14. Tiiara Patton
15. Juliet Sarkessian
16. Richard Schepacarter
17. T. Patrick Tinker
18. Ramona Vinson
19. Michael West
20. Dion Wynn

**Potential Section 363 Purchasers**

1. [Confidential]

**Reclamation claimants**

1. DG3 Group America, Inc.

**Other significant parties in interest**

1. John Q. Sherman Trust
2. William C. Sherman Trust
3. William C. Sherman Inter Vivos Trust

## Schedule 2

**Client Match List**

| | |
|---|---|
| 3M | Current or former client on matters unrelated to these cases. |
| Anchor Glass | Current or former client on matters unrelated to these cases. |
| Appvion Inc. | Current or former client on matters unrelated to these cases. |
| Bank of America | Jefferies has numerous relationships with this party in matters unrelated to these cases. |
| Cenevo | Current or former client on matters unrelated to these cases. |
| Citibank | Jefferies has numerous relationships with this party in matters unrelated to these cases. |
| Comcast | Current or former client on matters unrelated to these cases. |
| Credit Suisse | Jefferies has numerous relationships with this party in matters unrelated to these cases. |
| Dana Companies | Current or former client on matters unrelated to these cases. |
| Deloitte & Touche (and affiliates) | Jefferies has numerous relationships with this party in matters unrelated to these cases. |
| Dow Chemical | Current or former client on matters unrelated to these cases. |
| Ernst & Young (and affiliates) | Jefferies has numerous relationships with this party in matters unrelated to these cases. |
| Fairpoint Communications | Current or former client on matters unrelated to these cases. |
| Fedex Corp | Jefferies has numerous relationships with this party in matters unrelated to these cases. |
| Gibson Dunn & Crutcher | Jefferies has numerous relationships with this party in matters unrelated to these cases. |
| GlazoSmithKline | Current or former client on matters unrelated to these cases. |
| Lazard | Jefferies has numerous relationships with this party in matters unrelated to these cases. |
| Level 3 Communications | Current or former client on matters unrelated to these cases. |
| Pfizer | Current or former client on matters unrelated to these cases. |
| Sidley Austin LLP | Jefferies has numerous relationships with this party in matters unrelated to these cases. |
| Skadden, Arps, Slate, Meagher & Flom | Jefferies has numerous relationships with this party in matters unrelated to these cases. |
| Sprint Corporation | Current or former client on matters unrelated to these cases. |
| TD Bank | Jefferies has numerous relationships with this party in matters |

|  | unrelated to these cases. |
|---|---|
| Tecumseh Products | Current or former client on matters unrelated to these cases. |
| The Fifth Third Bank | Current or former client on matters unrelated to these cases. |
| Thomson Reuters | Current or former client on matters unrelated to these cases. |
| Wells Fargo | Jefferies has numerous relationships with this party in matters unrelated to these cases. |
| XL Health | Current or former client on matters unrelated to these cases. |