UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

The Standard Register Company, et al.

Case No. 15-10541 (BLS)
Reporting Period: 3/12/15 - 3/29/15

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | x | | |
| Schedule of Cash Receipts and Disbursements by Legal entity | | x | | |
| Bank Reconciliation | MOR-1a | | x | |
| Schedule of Professional Fees Paid | MOR-1b | x | | |
| Copies of bank statements | | | x | |
| Cash disbursements journals | | | x | |
| Statement of Operations | MOR-2 | x | | |
| Balance Sheet | MOR-3 | x | | |
| Status of Postpetition Taxes | MOR-4a | | x | |
| Summary of Unpaid Postpetition Debts | MOR-4b | x | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | x | | |
| Debtor Questionnaire | MOR-5 | x | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____    4-20-15
Signature of Debtor           Date

_____    4-20-15
Signature of Benjamin Cutting  Date
Title: Chief Financial Officer

*Authorized individual must be an officer, director or shareholder if debtor is a corporation, a partner if debtor is a partnership, a manager or member if debtor is a limited liability company

The Standard Register Company, *et al.*  Case No. 15-10541 (BLS)

## GENERAL NOTES AND DISCLAIMER TO MONTHLY OPERATING REPORT (1/2)

General: The report includes activities from the following Debtors and related case numbers:

| Case # | Debtor's Name |
|---|---|
| 15-10540 | iMedConsent, LLC |
| 15-10541 | The Standard Register Company |
| 15-10542 | Standard Register Holding Company |
| 15-10543 | Standard Register Technologies, Inc. |
| 15-10544 | Standard Register International, Inc. |
| 15-10545 | Standard Register of Puerto Rico, Inc. |
| 15-10546 | Standard Register Mexico Holding Company |
| 15-10547 | Standard Register Holding, S. de R.L. de C.V. |
| 15-10548 | Standard Register de Mexico, S. de R.L. de C.V. |
| 15-10549 | Standard Register Servicios, S. de R.L. de C.V. |
| 15-10550 | Standard Register Technologies Canada ULC |

The financial statements and supplemental information contained herein are unaudited, preliminary, and may not comply with generally accepted accounting principles ("GAAP") in all material respects. In addition, the financial statements and supplemental information contained herein is provided to fulfill the requirements of the Office of the United States Trustee and have been derived from the books and records of the Debtors.

The results of operations contained herein are not necessarily indicative of results that are expected from any other period or for the full year and are not reflective of the results of operations, financial position, and cash flow of the Debtors in the future.

The Standard Register Company, *et al.*

Case No. 15-10541 (BLS)

## GENERAL NOTES AND DISCLAIMER TO MONTHLY OPERATING REPORT (2/2)

The Monthly Operating Report ("MOR") filed by Standard Register Company, *et al.* and its affiliated debtors in these jointly administered chapter 11 cases (collectively, the "Debtors") is limited in scope, covers a limited time period and has been prepared by management of the Debtors with the assistance of their court-appointed advisors solely for the purpose of complying with reporting requirements of the Bankruptcy Court and title 11 of the United States Code (the "Bankruptcy Code"). The financial information contained in the MOR is preliminary and unaudited and does not purport to show the financial statements of any of the Debtors in accordance with accounting principles generally accepted in the United States of America ("GAAP") and, therefore, may exclude items required by GAAP, such as certain reclassifications, eliminations, accruals and disclosure items. The Debtors caution readers not to place undue reliance on the MOR. The MOR may be subject to revision. The MOR is in a format required by the Bankruptcy Court and the Bankruptcy Code and should not be used for investment purposes. The information in the MOR should not be viewed as indicative of future results. While the Debtors' management has exercised its best efforts to ensure that the MOR is accurate and complete based on information that was available at the time of preparation, inadvertent errors or omissions may exist. The Debtors reserve the right to amend the MOR from time to time as may be necessary or appropriate.

**Notes to MOR-1**
Cash balances may be different from cash balance in Balance Sheet because Balance Sheet balance includes petty cash.

In lieu of bank reconciliations, bank and book balances are provided.

**Notes to MOR-4**
The accounts payable aging is presented at a consolidated level as of March 29, 2015

**Notes to MOR-5**
The gross accounts receivable reconciliation and aging are presented at a consolidated level as of March 29, 2015

STATEMENT OF RECEIPTS AND DISBURSEMENTS
The Standard Register Company
For the Period of March 12, 2015- March 29, 2015
*(Amounts in Thousands)*

| | Standard Register (A) | Standard Register - Mexico | iMedConsent, LLC | Standard Register Consolidated |
|---|---:|---:|---:|---:|
| **Inflows** | | | | |
| Total Customer Receipts / Inflows | 51,030 | 1,079 | 16 | 52,124 |
| Mexico Loan | — | — | — | — |
| **Total Inflows** | **51,030** | **1,079** | **16** | **52,124** |
| | | | | |
| **Operating Disbursements** | | | | |
| Payroll | (6,940) | (121) | — | (7,061) |
| Health & Benefits | (2,123) | — | — | (2,123) |
| Paper | (616) | — | — | (616) |
| Leases - Rent | (1,056) | — | — | (1,056) |
| Leases - Equipment | (17) | — | — | (17) |
| Freight | (289) | — | — | (289) |
| Postage | (3,898) | — | — | (3,898) |
| Utilities | (118) | — | — | (118) |
| Taxes (ex Payroll) | (2,253) | (78) | — | (2,331) |
| Customer Rebates | (522) | — | — | (522) |
| Employee T&E | (448) | — | — | (448) |
| Production Materials | (1,712) | (634) | — | (2,346) |
| IT Vendor | (215) | — | — | (215) |
| Subcontracted products and services | (4,981) | (191) | — | (5,172) |
| Temp Help | (372) | — | — | (372) |
| Other (Ordinary Course) | (1,086) | (72) | — | (1,158) |
| **Subtotal Operating Disbursements** | **(26,649)** | **(1,096)** | **—** | **(27,744)** |
| | | | | |
| **Non-Operating Disbursements** | | | | |
| Pension Payments (Qualified and Non-Qualified) | — | — | — | — |
| Principal Payments | — | — | — | — |
| 1st Lien Interest | (2,366) | — | — | (2,366) |
| 2nd Lien Interest | — | — | — | — |
| Revolver Interest & LC Fees | — | — | — | — |
| Professional Fees | — | — | — | — |
| Audit Fees | — | — | — | — |
| PBGC Admin Claim Cost | — | — | — | — |
| Standard Register Mexico | — | — | — | — |
| **Subtotal Non-Operating Disbursements** | **(2,366)** | **—** | **—** | **(2,366)** |
| | | | | |
| **Total Disbursements** | **(29,015)** | **(1,096)** | **—** | **(30,111)** |

A - All receipts and disbursements are reported at The Standard Register Company entity with the exception of Standard Register Mexico (receipts and disbursements) and minority receipts for iMedConsent, LLC. Schedule only includes those Debtors that received or disbursed funds

Case No. 15-10541 (BLS)
The Standard Register Company, et al.

### Schedule of Cash Disbursements by Legal Entity

| Debtor Entity | Bankruptcy Case Number | Disbursements | Estimated fee owed to trustee |
|---|---|---|---|
| iMedConsent, LLC | 15-10540 | $ - | $ 325 |
| The Standard Register Company | 15-10541 | $ 29,015,074 | $ 20,000 |
| Standard Register Holding Company | 15-10542 | $ - | $ 325 |
| Standard Register Technologies, Inc. | 15-10543 | $ - | $ 325 |
| Standard Register International, Inc. | 15-10544 | $ - | $ 325 |
| Standard Register of Puerto Rico, Inc. | 15-10545 | $ - | $ 325 |
| Standard Register Mexico Holding Company | 15-10546 | $ - | $ 325 |
| Standard Register Holding, S. de R.L. de C.V. | 15-10547 | $ - | $ 325 |
| Standard Register de Mexico, S. de R.L. de C.V. | 15-10548 | $ 948,274 | $ 4,875 |
| Standard Register Servicios, S. de R.L. de C.V. | 15-10549 | $ 147,448 | $ 975 |
| Standard Register Technologies Canada ULC | 15-10550 | $ - | $ 325 |
|  |  | $ 30,110,796 | $ 28,450 |

Case No. 15-10541 (BLS)
The Standard Register Company, et al.

## Declaration Regarding the Cash Disbursement Schedule

Benjamin Cutting hereby declares under penalty of perjury:

1) I am the Chief Financial Officer for The Standard Register Company, et al., the above-captioned debtors and debtors in possession (collectively, the "Debtors"). I am familiar with the Debtors day-to-day operations, business affairs and books and records.

2) The Debtors submit this Declaration regarding cash disbursements in lieu of providing copies of the cash disbursement schedule.

3) All statements in the Declaration are based on my personal knowledge, my review of the relevant documents, my discussions with other employees of the Debtors, or my opinion based upon my experience and knowledge of the Debtors operations and financial condition. If I were called upon to testify, I could and would testify to each of these facts set forth herein based on such personal knowledge, review of documents or opinion. I am authorized to submit this Declaration on behalf of the Debtors.

4) The Debtors have, on a timely basis, disbursed approximately $30,110,796 for post-petition and allowable pre-petition amounts for the period March 12, 2015 to March 29, 2015. Copies of the cash disbursement schedules are available for inspection upon request by the Office of the United States Trustee.

Respectfully submitted

Signature: [signature]

Dated: 4-20-15

By: Benjamin Cutting
Title: Chief Financial Officer

Case No. 15-10541 (BLS)
The Standard Register Company, et al.

## Bank Accounts Reconciliation [1,2,3]

| Bank | Account # [1] | Debtor | Description | Bank Balance | Book Balance [2] | Reconciled as of 03/29/15 [3] |
|---|---|---|---|---|---|---|
| PNC Bank | 6693 | The Standard Register Company | Dallas & Pittsburgh Lockbox | 2,600,092.92 | 2,619,719.39 | Y |
| Fifth Third Bank | 2708 | The Standard Register Company | A/P Disbursement Account | - | - | Y |
| PNC Bank | 4113 | The Standard Register Company | ACH Deposits Account | 5,000.00 | 5,000.00 | Y |
| PNC Bank | 0273 | The Standard Register Company | ACH Deposits Account | - | - | Y |
| PNC Bank | 9815 | The Standard Register Company | A/P Disbursement Account | - | - | Y |
| Santander Bank | 2304 | The Standard Register Company | Deposits Account | (50.00) | (50.00) | Y |
| Royal Bank - Canada | 6912 | The Standard Register Company | Concentration Account | 5,473.78 | 5,473.78 | Y |
| Key Bank | 0074 | The Standard Register Company | Concentration Account | 54,321.43 | 62,044.71 | Y |
| Fifth Third Bank | 2466 | The Standard Register Company | Concentration Account | 134,353.00 | 134,237.00 | Y |
| Bank of America | 6268 | The Standard Register Company | Disbursements Account | 9,449.81 | 9,449.81 | Y |
| Bank of America | 4099 | The Standard Register Company | Concentration Account | 32,448.60 | 33,759.35 | Y |
| Bank of America | 5541 | The Standard Register Company | A/P Disbursement Account | 797,186.10 | (2,394,605.09) | Y |
| Bank of America | 5558 | The Standard Register Company | Payroll Disbursement Account | 438,318.30 | 401,167.11 | Y |
| Bank of America | 4141 | The Standard Register Company | Workers Compensation Disbursement Account | 2,892.24 | 6,700.37 | Y |
| Bank of America | 4125 | The Standard Register Company | Anthem Disbursement Account | 15,909.79 | 6,618.97 | Y |
| Bank of America | 4167 | The Standard Register Company | Customer Postage Deposits | 88,751.43 | 88,751.43 | Y |
| Bank of America | 0637 | The Standard Register Company | Dallas Lockbox Account | 3,789,851.44 | 3,789,851.44 | Y |
| Bank of America | 4109 | The Standard Register Company | Concentration Account | 13,505.95 | 13,505.95 | Y |
| Bank of America | 5566 | The Standard Register Company | A/P Disbursement Account | 5,810.48 | 5,810.48 | Y |
| Bank of America | 4060 | The Standard Register Company | Restricted Cash | - | - | Y |
| Bank of America | 1171 | The Standard Register Company | Utility Deposits | 591,520.00 | 591,520.00 | Y |
| Bank of America | 4170 | The Standard Register Company | Customer Postage Deposits | 26,464.50 | 26,464.50 | Y |
| Bank of America | 4073 | The Standard Register Company | Customer Postage Deposits | - | - | Y |
| Bank of America | 4086 | The Standard Register Company | Customer Postage Deposits | - | - | Y |
| Bank of America | 4154 | The Standard Register Company | Customer Postage Deposits | - | - | Y |
| PNC Bank | 0097 | The Standard Register Company | EE Flexible Spending Account | 50,324.45 | 50,324.45 | Y |
| PNC Bank | 0126 | The Standard Register Company | Concentration Account | - | - | Y |
| TD Account | 4086 | The Standard Register Company | Cash Equivalent Securities | 25,530.97 | 25,530.97 | Y |
| First Citizens | 9201 | IMedConsent LLC | A/P Disbursement Account | - | - | Y |
| First Citizens | 3101 | IMedConsent LLC | Concentration Account | 125,036.00 | 125,036.00 | Y |
| Banamex MXN | 3370 | Mexico SRS | Payroll Disbursement Account | 4,922.44 | (1,573.63) | Y |
| Banamex MXN | 0091 | Mexico SRS | Debit Cards | 483.80 | 483.80 | Y |
| Banamex MXN | 7856 | Mexico SRM | A/P Disbursement Account | 15,283.57 | 12,451.05 | Y |
| Banamex USD | 6661 | Mexico SRM | Concentration Account | 49,229.65 | 241,051.52 | Y |
| Banamex MXN | 1815 | Mexico SRH | Concentration Account | 745.77 | 745.77 | Y |
| Banamex USD | 6637 | Mexico SRH | Concentration Account | 540.05 | 540.05 | Y |
| Bank of America | 1474 | Mexico SRH | Concentration Account | 500.00 | 3,000.00 | Y |
| Bank of America | 1490 | Mexico SRM | Concentration Account | 500.00 | 3,000.00 | Y |
| Bank of America | 1487 | Mexico SRS | Concentration Account | 500.00 | 3,000.00 | Y |
| Banregio MXN | 0019 | Mexico SRM | Concentration Account | 4,271.78 | 6,560.52 | Y |

(1) The numbers shown represent the last four digits of the Debtors' bank account numbers.
(2) The amounts presented exclude certain items contained in the "Cash and Cash Equivalents" line of the Balance Sheet (e.g. petty cash and the reclass of negative cash to current liabilities).
(3) Copies of the bank statements or detailed reconciliations are not attached to the MOR. The Debtors will make this information available as soon as practical if requested by the U.S. Trustee.

Case No. 15-10541 (BLS)
The Standard Register Company, et al.

---

**Declaration Regarding the Bank Reconciliations**

---

Benjamin Cutting hereby declares under penalty of perjury:

1) I am the Chief Financial Officer for The Standard Register Company, et al., the above-captioned debtors and debtors in possession (collectively, the "Debtors"). I am familiar with the Debtors day-to-day operations, business affairs and books and records.

2) All statements in the Declaration are based on my personal knowledge, my review of the relevant documents, my discussions with other employees of the Debtors, or my opinion based upon my experience and knowledge of the Debtors operations and financial condition. If I were called upon to testify, I could and would testify to each of these facts set forth herein based on such personal knowledge, review of documents or opinion. I am authorized to submit this Declaration on behalf of the Debtors.

3) To the best of my knowledge, all of the Debtors' bank balances as of March 29th, 2015 have been reconciled in an accurate and timely manner.

Respectfully submitted

Signature: _____

Dated: 4-20-15

By: Benjamin Cutting
Title: Chief Financial Officer

Case No. 15-10541 (BLS)
The Standard Register Company, *et al.*
For the Period of March 2, 2015- March 29, 2015

| Advisor Fee Schedule | | | | |
|---|---|---|---|---|
| Payee | Payment date | Amount | Retainer Balance | Name of Payor |
| None paid for the reporting period | | | | |

Case No. 15-10541 (BLS)
The Standard Register Company, et al.

**For the Period of March 2, 2015- March 29, 2015**

### Consolidated Statement of Operations

*(Amounts in Thousands)*

|  | Standard Register Co (A) | Standard Register - Puerto Rico (B) | Standard Register - Mexico (C) | Standard Register Consolidated |
|---|---:|---:|---:|---:|
| **REVENUE** | $ 66,213 | $ 400 | $ 1,043 | $ 67,656 |
| **COST OF SALES** | 48,085 | 289 | 1,114 | 49,488 |
| **GROSS MARGIN** | 18,128 | 111 | (71) | 18,168 |
| **OPERATING EXPENSES** | | | | |
| Selling, general and administrative (1) | 22,758 | 30 | 136 | 22,924 |
| Integration costs | 949 | — | — | 949 |
| Restructuring and other exit costs | 499 | — | — | 499 |
| Total operating expenses | 24,206 | 30 | 136 | 24,372 |
| **(LOSS) INCOME FROM OPERATIONS** | (6,078) | 81 | (207) | (6,204) |
| **OTHER INCOME (EXPENSE)** | | | | |
| Reorganization costs (2) | (6,176) | — | — | (6,176) |
| Interest expense | (1,557) | — | — | (1,557) |
| Other income | 10 | — | — | 10 |
| Total other expense | (7,723) | — | — | (7,723) |
| **LOSS BEFORE INCOME TAXES** | (13,801) | 81 | (207) | (13,927) |
| **INCOME TAX (BENEFIT) EXPENSE** | (60) | 2 | 28 | (30) |
| **NET (LOSS) INCOME** | $ (13,741) | $ 79 | $ (235) | $ (13,897) |

A - The Standard Register Company; Standard Register Holding Company; Standard Register Technologies, Inc.; Standard Register International, Inc.; iMedConsent, LLC; Standard Register Technologies Canada ULC; Entities consolidated with Standard Register Company are legal entities with no material operations

B - Standard Register Puerto Rico Inc.

C - Standard Register Mexico Holding Company; Standard Register Holding, S. De R.L. De C.V.; Standard Register Servicios, S. De R.L. De C.V.; Standard Register de Mexico, S. De R.L. De C.V.; Entities consolidated with Standard Register Mexico Holding Company are legal entities with no material operations

(1) - Includes pre-petition reorganization costs incurred

(2) - Reorganization costs consist of the following:

| | | |
|---|---:|---:|
| Professional fees | $ | 4,395 |
| US Trustee fees | | 39 |
| DIP financing costs | | 1,742 |
| | $ | 6,176 |

Case No. 15-10541 (BLS)
The Standard Register Company, *et al.*
March 29, 2015

## Balance Sheet

*(Amounts in Thousands)*

| ASSETS | Standard Register Co (A) | Standard Register - Puerto Rico (B) | Standard Register - Mexico (C) | Standard Register Consolidated |
|---|---:|---:|---:|---:|
| **CURRENT ASSETS** | | | | |
| Cash and cash equivalents | $ 7,411 | $ — | $ 269 | $ 7,680 |
| Restricted cash | 591 | — | — | 591 |
| Accounts receivable, net | 146,931 | 883 | 3,158 | 150,972 |
| Inventories, net | 58,924 | 575 | 1,331 | 60,830 |
| Prepaid expense | 16,259 | — | 418 | 16,677 |
| Total current assets | 230,116 | 1,458 | 5,176 | 236,750 |
| | | | | |
| **LONG-TERM ASSETS** | | | | |
| Plant and equipment, net | 84,057 | 2 | 1,208 | 85,267 |
| Goodwill | 78,634 | — | — | 78,634 |
| Intangible assets, net | 42,301 | — | — | 42,301 |
| Deferred tax asset | — | — | 5 | 5 |
| Other | 10,689 | — | 25 | 10,714 |
| Total other assets | 215,681 | 2 | 1,238 | 216,921 |
| Total assets | $ 445,797 | $ 1,460 | $ 6,414 | $ 453,671 |
| | | | | |
| **LIABILITIES AND SHAREHOLDERS' DEFICIT** | | | | |
| **LIABILITIES NOT SUBJECT TO COMPROMISE** | | | | |
| **CURRENT LIABILITIES** | | | | |
| Current portion of long-term debt | $ 194,261 | $ — | $ — | $ 194,261 |
| Accounts payable | 26,888 | 57 | 193 | 27,138 |
| Other current liabilities | 36,897 | 120 | 731 | 37,748 |
| Total current liabilities | 258,046 | 177 | 924 | 259,147 |
| | | | | |
| Long-term liabilities | 1,162 | — | — | 1,162 |
| Total liabilities not subject to compromise | 259,208 | 177 | 924 | 260,309 |
| | | | | |
| **LIABILITIES SUBJECT TO COMPROMISE** | | | | |
| Pre-petition accounts payable | 75,792 | 291 | 678 | 76,761 |
| Accrued liabilities | 16,929 | — | 154 | 17,083 |
| Secured debt | 106,992 | — | — | 106,992 |
| Pension benefit liabilities | 213,220 | — | — | 213,220 |
| Deferred Compensation | 2,151 | — | — | 2,151 |
| Environmental liabilities | 3,790 | — | — | 3,790 |
| Other | 3,028 | — | — | 3,028 |
| Total liablities subject to compromise | 421,902 | 291 | 832 | 423,025 |
| | | | | |
| **SHAREHOLDERS' (DEFICIT) EQUITY** | (235,313) | 992 | 4,658 | (229,663) |
| Total liabilities and shareholders' deficit | $ 445,797 | $ 1,460 | $ 6,414 | $ 453,671 |

A - The Standard Register Company; Standard Register Holding Company; Standard Register Technologies, Inc.; Standard Register International, Inc.; iMedConsent, LLC; Standard Register Technologies Canada ULC; Entities consolidated with Standard Register Company are legal entities with no material operations

B - Standard Register Puerto Rico Inc

C - Standard Register Mexico Holding Company, Standard Register Holding, S. De R.L. De C.V., Standard Register Servicios, S. De R.L. De C.V.; Standard Register de Mexico, S. De R.L. De C.V.; Entities consolidated with Standard Register Mexico Holding Company are legal entities with no material operations

Case No. 15-10541 (BLS)
The Standard Register Company, *et al.*
For the Period of March 2, 2015- March 29, 2015

**Declaration Regarding Status of Postpetition Taxes**

Benjamin Cutting hereby declares under penalty of perjury:

1) I am the Chief Financial Officer for The Standard Register Company, et al., the above-captioned debtors and debtors in possession (collectively, the "Debtors"). I am familiar with the Debtors' day-to-day operations, business affairs and books and records.

2) All statements in the Declaration are based on my personal knowledge, my review of the relevant documents, or my discussions with Debtor's employees. I am authorized to submit this Declaration on behalf of the Debtors.

3) To the best of my knowledge, all of the Debtors have filed all necessary federal, state and local tax returns and made all required post-petition tax payments in connection therewith on a timely basis or have promptly remedied any late filing or payments that may have occurred due to unintentional oversight.

Respectfully submitted

Signature: [signature]

Dated: 4-20-15

By: Benjamin Cutting
Title: Chief Financial Officer

## Case No. 15-10541 (BLS)

The Standard Register Company, *et al.*

For the Period of March 2, 2015- March 29, 2015

### Declaration Regarding Status of Postpetition Payables [1]

| Accounts Payable Aging | Amount |
|---|---|
| 0-30 | $ 7,542,393 |
| 31-60 | $ - |
| 61-90 | $ - |
| Over 90 | $ - |
| **Total Gross Accounts Payable** | $ 7,542,393 |

(1) The amounts included herein represent trade payables for which the Debtors has received invoices and do not include any accounting estimates or accruals. Aging is on the invoice date and includes invoices dated prepetition for goods shipped postpetition.

Case No. 15-10541 (BLS)
The Standard Register Company, *et al.*
For the Period of March 2, 2015- March 29, 2015

### Accounts Receivable Reconciliation and Aging

| Accounts Receivable Aging | Amount |
|---|---:|
| Current | $ 78,604,077 |
| 1 - 30 days old | $ 23,507,043 |
| 31 - 60 days old | $ 5,999,206 |
| 61 - 90 days old | $ 2,829,810 |
| 91+ days old | $ 5,694,629 |
| Total Accounts Receivable (1) | $ 116,634,764 |
| Amount considered uncollectible (Bad Debt) (2) | $ (4,613,043) |
| Accounts Receivable (Net) | $ 112,021,721 |

(1) The amounts included herein represent trade accounts receivable for which the Debtors has invoiced customers for product shipped and / or service provided and do not include any accounting estimates or accruals. Aging is on the due date based on payment terms

(2) The gross accounts receivable is reduced by a calculated bad debt reserve formula.

In re The Standard Register Company, et al.
For the Period of March 2, 2015- March 29, 2015
    Debtor

### Debtor Questionnaire

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | x |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | x |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. (1) | x | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | x | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. (2) | x | |

(1) Income tax returns have not been filed in Canada for SRTC.

(2) The utility deposit account, #1171 Bank of America, was opened in compliance with the Interim Utility order - docket #71