# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, *et al.* [1],<br><br>                             Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the law firm of Meyer, Suozzi, English & Klein, P.C. hereby appears as counsel in this case on behalf of Pitney Bowes Inc., and its affiliates (collectively, "Pitney Bowes"), creditors and parties in interest, and requests that, pursuant to Bankruptcy Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 102(1), 342 and 1109(b), all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served as set forth below:

> Edward J. LoBello, Esq.
> Meyer, Suozzi, English & Klein, P.C.
> 1350 Broadway, Suite 501
> P.O. Box 822
> New York, New York  10018-0822
> (212) 763-7030 (Tel.)
> (212) 763-7031 (Fax)
> elobello@msek.com (E-mail)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

1051504v.1 22105/0020

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices of papers referred to in the Bankruptcy Rules and Code provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statements of affairs, operating reports, plans of reorganization and liquidation, and disclosure statements, including all amendments to any of the foregoing, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telex or otherwise.

This Notice of Appearance is not a general authorization or consent for service of process, and any subsequent appearance, pleading, claim, or suit is not intended nor shall it be deemed to waive Pitney Bowes': (i) right to have final orders in non-core matters entered only after *de novo* review by a United States District Court Judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Pitney Bowes is or may be entitled under agreements, in law, or in equity,

1051504v.1 22105/0020

all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated:    New York, New York
          April 21, 2015

**MEYER, SUOZZI, ENGLISH & KLEIN, P.C.**


By:    /s/ *Edward J. LoBello*
       Edward J. LoBello
       A Member of the Firm
1350 Broadway, Suite 501
P.O. Box 822
New York, New York  10018-0822
Telephone (212) 763-7030
Fax (212) 763-7031

*Counsel to Pitney Bowes Inc., and its Affiliates*

1051504v.1 22105/0020