IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, *et al*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered)<br><br>RE: Docket No. 130 |

**CERTIFICATION OF COUNSEL REGARDING ORDER
ESTABLISHING PROCEDURES FOR COMPLIANCE WITH 11 U.S.C. §§
1102(B)(3) AND 1103(C) BY THE OFFICIAL COMMITTEE OF
<u>UNSECURED CREDITORS</u>**

I, Justin K. Edelson, of Polsinelli PC, counsel to the Official Committee of Unsecured Creditors (the "**Committee**") appointed in the chapter 11 cases (the "**Chapter 11 Cases**") of the above-captioned debtors and debtors-in-possession (the "**Debtors**"), hereby certify as follows:

1. On March 28, 2015, the Committee filed the *Motion of the Official Committee of Unsecured Creditors for an Order Establishing Procedures for Compliance with 11 U.S.C. §§ 1102(b)(3) and 1103(c)* [Docket No. 130] (the "**Motion**").

2. The objection deadline for the Motion was April 17, 2015 at 4:00 p.m. (ET).

3. The Committee received informal comments from the Debtors. No other objections or responses were received.

4. The Committee has revised the form of order (the "**Order**") to incorporate the comments of the Debtors, which is attached hereto as <u>Exhibit A</u>.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

50251304.1

5.   Attached as Exhibit B is a blackline showing the changes made to the Order as compared to the form of order originally filed with the Motion.

6.   Accordingly, the Committee respectfully requests that the Court enter the Order attached hereto as Exhibit A at its earliest convenience.

Dated: April 21, 2015

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Sharon L. Levine, Esq.
Andrew Behlmann, Esq.
65 Livingston Avenue
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

-*and* -

Gerald C. Bender, Esq.
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402

*Proposed Counsel to the Committee*

-and-

**POLSINELLI PC**

/s/ *Justin K. Edelson*
Christopher A. Ward (DE Bar No. 3877)
Justin K. Edelson (DE Bar No. 5002)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
jedelson@polsinelli.com

*Proposed Delaware Counsel to the Committee*