# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, *et al.* [1],<br><br>                                 Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

      I, Edward J. LoBello, hereby certify that on April 22, 2015, I caused a true and correct copy of the *Notice of Appearance and Demand for Service of Papers* to be served by first class mail, on the persons listed on the attached service list.

                                                          */s/ Edward J. LoBello*
                                                               Edward J. LoBello

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

Kara Hammond Coyle, Esq.  
Young Conaway Stargatt & Taylor LLP  
1000 West Street, 17th Floor  
Brandywine Building  
Wilmington, DE 19801

The Standard Register Company  
600 Albany Street  
Dayton, Ohio 45417

Barbara L. Yong, Esq.  
Caren A. Lederer, Esq.  
Golan & Christie LLP  
70 W. Madison Street, Suite 1500  
Chicago, Illinois 60602

LOWENSTEIN SANDLER LLP  
Kenneth A. Rosen, Esq.  
Sharon L. Levine, Esq.  
65 Livingston Avenue  
Roseland, NJ 07068

Scott E. Blakeley, Esq.  
Blakeley & Blakeley LLP  
2 Park Plaza, Suite 400  
Irvine, CA 92614

Robert L. Cook, Esq.  
Off. of Counsel, NYS Dept. Tax & Finance  
340 East Main Street  
Rochester, NY 14604

John M. Debbeler, Esq.  
Graydon Head & Ritchey LLP  
1900 Fifth Third Center  
511 Walnut Street  
Cincinnati, OH 45202

U.S. Trustee  
844 King Street, Room 2207  
LockBox #35  
Wilmington, DE 19899-0035

Elizabeth Weller, Esq.  
Linebarger Goggan Blair &  
& Sampson, LLP  
2777 N. Stemmons Freeway, Suite 1000  
Dallas, TX 75207

Christopher A. Ward, Esq.  
Shanti M. Katona, Esq.  
Justin K. Edelson, Esq.  
POLSINELLI PC  
222 Delaware Avenue, Suite 1101  
Wilmington, DE 19801

Gerald C. Bender, Esq.  
LOWENSTEIN SANDLER LLP  
1251 Avenue of the Americas  
New York, NY 10020

Mark D. Collins, Esq.  
Richards, Layton & Finger, P.A.  
One Rodney Square  
920 North King Street  
Wilmington, DE 19801

Gretchen A. Crawford  
Oklahoma County Treasurer  
320 Robert S. Kerr, Suite 505  
Oklahoma City, Ok 73102

John P. Dillman, Esq.  
Linebarger Goggan Blair & Sampson, LLP  
P.O. Box 3064  
Houston, TX 77253-3064

Justin Cory Falgowski, Esq.
Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801

Jonathan S. Hawkins, Esq.
Thompson Hine LLP
Austin Landing I
10050 Innovation Drive, Suite 400
Miamisburg, OH 45342-4934

Jarret P. Hitchings, Esq.
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801

Daniel Iannotti
1475 Club Drive
Bloomfield Hills, MI 48302

Julia Bettina Klein, Esq.
The Rosner Law Group LLC
824 Market Street, Suite 810
Wilmington, DE 19801

John J Lamoureux
Carlton Fields Jorden Burt, P.A.
Corperate Center Three at Interational P
P.O.Box 3239
4221 W. Boy Scout Blvd., 10th Floor
Tampa, FL 33601

Joseph H Lemkin, Esq.
Parker Ibrahim & Berg LLC
270 Davidson Avenue
Somerset, NJ 08873

Robert E. Greenberg, Esq.
Friedlander Misler
1101 Seventeenth Street, NW
Suite 700
Washington, DC 20036

Robert Hill, Esq.
5334 S. Prince Street
Littleton, CO 80120-1136

Jay Walton Hurst, Esq.
Office of the Texas Attorney General
300 W. 15th Street, 8th Floor
Austin, TX 78701

Michael David Jankowski, Esq.
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 1700
P.O Box 2965
Milwaukee, WI 53201

Edward Kosmowski, Esq.
Clark Hill Thorp Reed
824 Market Street, Suite 710
Wilmington, DE 19801

Kenneth Thomas Law
Bialson, Bergen & Schwab
2600 El Camino Real,
Suite 300
Palo Alto, CA 94306

Katharine L. Mayer, Esq.
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801

| | |
|---|---|
| Sheryl L. Moreau, Esq.<br>Missouri Department of Revenue<br>P.O. Box 475<br>301 W. High Street , Room 670<br>Jefferson City, MO 65105 | Courtney L. Morgan<br>Pension Benefit Guaranty Corporation<br>Office of the Chief Counsel<br>1200 K Street, N.W., Suite 340<br>Washington, DC 20005 |
| Steven Phillip Ordaz<br>BMC GROUP<br>444 North Nash St<br>El Sugundo, CA 90245 | Ricardo Palacio, Esq<br>Ashby & Geddes, P. A.<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19801 |
| Sarah E. Pierce, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899 | Patrick J. Reilley, Esq.<br>Cole Schotz P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801 |
| Alan Michael Root, Esq.<br>Blank Rome LLP<br>1201 North Market Street, Suite 800<br>Wilmington, DE 19801 | Richard Schlaifer, Esq.<br>Earp Cohn PC<br>20 Brace Road, 4th Floor<br>Cherry Hill, NJ 08034 |
| Michelle E. Shriro, Esq.<br>Singer & Levick, P.C.<br>16200 Addison Road, Suite 140<br>Addison, TX 75001 | Christopher Page Simon, Esq.<br>Cross & Simon, LLC<br>1105 North Market Street, Suite 901<br>Wilmington, DE 19899 |
| Natasha M. Songonuga, Esq.<br>Gibbons PC<br>1000 N. West Street , Suite 1200<br>Wilmington, DE 19801 | Nicola G. Suglia, Esq.<br>Fleischer, Fleischer & Suglia<br>Plaza 1000 At Main Street, Suite 208<br>Voorhees, NJ 08043 |
| Peter M Sweeney, Esq.<br>Blakeley & Blakeley LLP<br>1000 N. West Street, Suite 200<br>Wilmington, DE 19801 | Jack Basham, Esq.<br>Parker Hudson Rainer & Dobbs LLP<br>1500 Marquis Two Tower<br>285 Peachtree Center Avenue, NE<br>Atlanta, GA 30303 |

Andrew D. Behlmann, Esq.  
Kenneth A. Rosen, Sharon L. Levine  
Lowenstein Sandler LLP  
65 Livingston Avenue  
Roseland, NJ 07068

Gerald C. Bender, Esq.  
Lowenstein Sandler LLP  
1251 Avenue of the Americas  
New York, NY 10020

1051711