# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*, [1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Darleen Sahagun, am employed in the county of Los Angeles, State of California. I hereby certify that on April 20, 2015, I caused true and correct copies of the following document(s) to be served via first-class mail, postage pre-paid, to the parties listed in **Exhibit A** attached hereto:

- **Application of the Official Committee of Unsecured Creditors for an Order Authorizing and Approving the Employment and Retention of Lowenstein Sandler LLP as Counsel to the Official Committee of Unsecured Creditors Effective as of March 24, 2015 [Docket No. 314]**

- **Application of the Official Committee of Unsecured Creditors for an Order Under Bankruptcy Code Sections 328(a) and 1103(a) and Bankruptcy Rules 2014(a) and 2016(b) Approving the Employment and Retention of Polsinelli PC *Nunc Pro Tunc* to March 24, 2015, as Delaware Counsel and Conflicts Counsel to the Official Committee of Unsecured Creditors [Docket No. 316]**

- **Application of the Official Committee of Unsecured Creditors of the Standard Register Company., et al. for Entry of an Order Authorizing the Employment and Retention of Zolfo Cooper, LLC as Financial and Forensic Advisors, *Nunc Pro Tunc* to March 24, 2015 [Docket No. 317]**

///

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

- **Application of the Official Committee of Unsecured Creditors for an Order (I) Authorizing the Committee to Retain and Employ Jefferies LLC as its Investment Banker, *Nunc Pro Tunc* to March 24, 2015 and (II) Waiving Certain Requirements of Local Rule 2016-2 [Docket No. 318]**

Dated: April 21, 2015

_____

Darleen Sahagun
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, California 91367
(818) 906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this _21_ day of _April_, 20 _15_, by Darleen Sahagun proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

> JENNIFER MARLENE CASTILLO
> Commission # 2085977
> Notary Public - California
> Los Angeles County
> My Comm. Expires Oct 14, 2018

**<u>EXHIBIT A</u>**

**THE STANDARD REGISTER COMPANY, et al., - U.S. Mail**

BANK OF AMERICA, N.A.
RAINER & DOBBS LLP
JAMES S. RANKIN JR., PARKER, HUDSON
1500 MARQUIS TWO TOWER
285 PEACHTREE CENTER AVE NE
ATLANTA GA 30303

BLAKELEY LLP
ATTN: SCOTT E. BLAKELEY
2 PARK PLAZA., SUITE 400
IRVINE CA 92614

BLANK ROME LLP
ATTN: ALAN M. ROOT
1201 MARKET ST., SUITE 800
WILMINGTON DE 19801

BLANK ROME LLP
ATTN: JOHN E. LUCIAN
ONE LOGAN SQUARE
130 NORTH 18TH STREET
PHILADELPHIA PA 19103

BMC GROUP, INC
ATTN T FEIL
300 CONTINENTAL BOULEVARD #570
EL SEGUNDO CA 90245

BRICKER & ECKLER LLP
ATTN: DAVID M. WHITTAKER
100 SOUTH THIRD STREET
COLUMBUS OH 43215

CARLTON FIELDS JORDEN BURT, P.A.
ATTN: JOHN J. LAMOUREUX
4221 WEST BOY SCOUT BOULEVARD, 10TH FLOOR
PO BOX 3239
TAMPA FL 33601-3239

CLARK HILL PLC
ATTN: EDWARD J. KOSMOWSKI
824 N. MARKET ST., SUITE 710
WILMINGTON DE 19801

CLARK HILL PLC
ATTN: SCOTT N. SCHREIBER
150 N. MICHIGAN AVE., SUITE 2700
CHICAGO IL 60601

CLARK HILL PLC
ATTN: SHANNON L. DEEBY
151 SOUTH OLD WOODWARD AVE., SUITE 200
BIRMINGHAM MI 48009

COLE SCHOTZ, P.C.
ATTN: MICHAEL D. WARNER
301 COMMERCE ST., SUITE 1700
FORT WORTH TX 76102

COLE SCHOTZ, P.C.
ATTN: PATRICK J. REILLEY
500 DELAWARE AVE., SUITE 1410
WILMINGTON DE 19801

CROSS & SIMON, LLC
ATTN: CHRISTOPHER P. SIMON
1105 NORTH MARKET ST., SUITE 901
WILMINGTON DE 19801

DELAWARE ATTORNEY GENERAL
ATTN BANKRUPTCY DEPT
CARVEL STATE OFFICE BLDG
820 N FRENCH ST 6TH FL
WILMINGTON DE 19801

DELAWARE DIVISION OF REVENUE
ZILLAH FRAMPTON
820 N FRENCH ST
WILMINGTON DE 19801

DELAWARE SECRETARY OF STATE
CORPORATIONS FRANCHISE TAX
PO BOX 898
DOVER DE 19903

DELAWARE STATE TREASURY
ATTN BANKRUPTCY DEPT
820 SILVER LAKE BLVD STE 100
DOVER DE 19904

DINSMORE & SHOHL LLP
CHRISTOPHER A. DEABLER
255 EAST FIFTH STREET., SUITE 1900
CINCINNATI OH 45202

DUANE MORRIS LLP
ATTN: JARRET P. HITCHINGS
222 DELAWARE AVENUE
SUITE 1600
WILMINGTON DE 19801

DUANE MORRIS LLP
ATTN: JEFFREY W. SPEAR
1540 BROADWAY
NEW YORK NY 10036

EARP COHN, P.C.
ATTN: RICHARD M. SCHLAIFER
20 BRACE ROAD., 4TH FLOOR
CHERRY HILL NJ 08034-0000

ENVIRONMENTAL PROTECTION AGENCY
ATTN BANKRUPTCY DEPT
1650 ARCH STREET
PHILADELPHIA PA 19103-2029

FRANTZ WARD LLP
ATTN: TIMOTHY J. RICHARDS
JOHN F. KOSTELNIK
200 PUBLIC SQUARE., SUITE 3000
CLEVELAND OH 44114

FRIEDLANDER MISLER, PLLC
ATTN: ROBERT E. GREENBURG
THOMAS F. MURPHY, LINDSAY A. THOMPSON
5335 WISCONSIN AVE, NW., STE 600
WASHINGTON DC 20015

GARY BECKER
666 BARCLAY LANE
BROOMALL PA 19008

GEORGIA PACIFIC CORP
EMILY O. VALLADARES
133 PEACHTREE STREET, NE
ATLANTA GA 30303

GIBBONS P.C.
ATTN: MARK B. CONLAN
ONE GATEWAY CENTER
NEWARK NJ 07102-5310

GIBBONS P.C.
ATTN: NATASHA M. SONGONUGA
1000 N. WEST STREET
SUITE 1200
WILMINGTON DE 19801-1058

GIBSON, DUNN & CRUTCHER LLP
ROBERT A. KLYMAN/SAMUEL A. NEWMAN
JEREMY L. GRAVES/SABINA JACOBS
333 SOUTH GRAND AVENUE
LOS ANGELES CA 90071-1512

GOLAN & CHRISTIE LLP
ATTN: BARBARA L. YONG, CAREN A. LEDERER
70 W. MADISON STREET
SUITE 1500
CHICAGO IL 60602

GRAYDON HEAD & RITCHEY LLP
ATTN: J. MICHAEL DEBBELER
1900 FIFTH THIRD CENTER
511 WALNUT STREET
CINCINNATI OH 45202

IANNOTTI & ASSOCIATES PLC
ATTN: DANIEL V. IANNOTTI
1475 CLUB DRIVE
BLOOMFIELD HILLS MI 48302

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
2970 MARKET ST
MAIL STOP 5 Q30 133
PHILADELPHIA PA 19104-5016

THE STANDARD REGISTER COMPANY, et al., – U.S. Mail                                                    Served 4/20/2015

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

LECLAIRRYAN
ATTN: ANDREW L. COLE
180 ADMIRAL COCHRANE DR., SUITE 370
ANNAPOLIS MD 21401

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: ELIZABETH WELLER
2777 N. STEMMONS FREEWAY., SUITE 1000
DALLAS TX 75207

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: JOHN P. DILLMAN
PO BOX 3064
HOUSTON TX 77253-3064

LOWENSTEIN SANDLER LLP
ATTN: GERALD C. BENDER
1251 AVENUE OF THE AMERICAS
NEW YORK NY 10020

LOWENSTEIN SANDLER LLP
ATTN: KENNETH A. ROSEN, SHARON L. LEVINE
65 LIVINGSTON AVENUE
ROSELAND NJ 07068-0000

MARK PLATT
5048 JAMES HILL ROAD
KETTERING OH 45429

MCCARTER & ENGLISH LLP
ATTN: KATHARINE L. MAYER
RENAISSANCE CENTRE
405 N. KING STREET, 8TH FLOOR
WILMINGTON DE 19801

MCCARTER & ENGLISH LLP
ATTN: LISA BONSALL
FOUR GATEWAY CENTER
100 MULBERRY STREET
NEWARK NJ 07102-0000

MCGRANE LLP
ATTN: GAVIN MCGRANE
FOUR EMBARCADERO CENTER., SUITE 1400
SAN FRANCISCO CA 94111

MCKINSEY RECOVERY & TRANSFORMATION SERVICE
KEVIN CARMODY AND MARK W. HOJNACKI
55 EAST 52ND STREET
NEW YORK NY 10055

MINKIN & HARNISCH PLLC
ATTN: ETHAN B. MINKIN, ANDREW A. HARNISCH
6515 N. 12TH ST., SUITE B
PHOENIX AZ 85014

MISSOURI DEPARTMENT OF REVENUE
ATTN: SHERYL L. MOREAU
301 W. HIGH STREET, ROOM 670
PO BOX 475
JEFFERSON CITY MO 65105-0475

NEW YORK STATE DEPT OF TAXATION & FINANCE
DISTRICT TAX ATTORNEY, OFFICE OF COUNSEL
ATTN: ROBERT L. COOK
340 EAST MAIN ST.
ROCHESTER NY 14604

OFFICE OF THE UNITED STATES TRUSTEE
MARK KINNEY
844 KING ST STE 2207
WILMINGTON DE 19801

OKLAHOMA COUNTY TREASURER
ASSISTANT DISTRICT ATTORNEY
ATTN: GRETCHEN CRAWFORD
320 ROBERT S. KERR., ROOM 505
OKLAHOMA CITY OK 73102

PARKER IBRAHIM & BERG LLC
ATTN: JOSEPH H. LEMKIN
270 DAVIDSON AVENUE
SOMERSET NJ 08873-0000

PARKER, HUDSON, RAINER & DOBBS LLP
ATTN: C. EDWARD DOBBS, JAMES S. RANKIN, JR.
ATTN: JACK C. BASHAM, JR., JOSHUA J. LEWIS
1500 MARQUIS TWO TOWER
285 PEACHTREE CENTER AVE, NE
ATLANTA GA 30303

PBGC
ATTN JACK BUTLER
1200 K STREET NW
WASHINGTON DC 20005-4026

PENSION BENEFIT GUARANTY CORPORATION
ATTN:  COURTNEY L. MORGAN
OFFICE OF THE CHIEF COUNSEL
1200 K STREET NW
WASHINGTON DC 20005-4026

POLSINELLI PC
ATTN: CHRISTOPHER A. WARD
ATTN: JUSTIN K. EDELSON, SHANTI M. KATONA
222 DELAWARE AVE., SUITE 1101
WILMINGTON DE 19801

PRIME CLERK LLC
DAVID M. SMITH
830 3RD AVE FL 9
NEW YORK NY 10022

REED SMITH LLP
ATTN: AMY M. TONTI
REED SMITH CENTRE
225 FIFTH AVENUE, SUITE 1200
PITTSBURGH PA 15230-2009

REED SMITH LLP
ATTN: J. CORY FALGOWSKI
1201 N. MARKET STREET., SUITE 1500
WILMINGTON DE 19801

REINHART BOERNER VAN DEUREN
ATTN: KATHERINE M. O'MALLEY
ATTN:  MICHAEL D. JANKOWSKI
1000 NORTH WATER STREET, SUITE 1700
PO BOX 2965
MILWAUKEE WI 53201-2965

RICHARD S. PRICE, II
1235 N. HARBOR BLVD., SUITE 200
FULLERTON CA 92832-1349

RICHARDS, LAYTON & FINGER, P.A.
ATTN: MARK D. COLLINS, TYLER D. SEMMELMAN
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON DE 19801

SECURITIES & EXCHANGE COMMISSION
SECRETARY OF THE TREASURY
100 F ST NE
WASHINGTON DC 20549

SECURITIES & EXCHANGE COMMISSION - NY OFFICE
ATTN BANKRUPTCY DEPT
BROOKFIELD PLACE
200 VESEY STREET STE 400
NEW YORK NY 10281-1022

SECURITIES & EXCHANGE COMMISSION P.A. OFFICE
ATTN BANKRUPTCY DEPT
ONE PENN CENTER
1617 JFK BLVD STE 520
PHILADELPHIA PA 19103

SILVER POINT FINANCE, LLC
CHRIS DRESSEL C/O SKADDEN ARPS
RON MEISLER
155 N. WACKER DRIVE
CHICAGO IL 60606

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: RON E. MEISLER/ CARL T. TULLSON
ATTN: CHRISTOPHER M. DRESEL
155 NORTH WACKER DRIVE., SUITE 2700
CHICAGO IL 60606-1720

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: SARAH E. PIERCE
ONE RODNEY SQUARE
P.O. BOX 636
WILMINGTON DE 19899-0636

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
JAY W. HURST - ASSISTANT ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION MC 008
P.O. BOX 12548
AUSTIN TX 78711-2548

THE FLESH COMPANY
ATTN: GERARD WINTERBOTTOM
2118 59TH ST.
ST LOUIS MO 63110

THE ROSNER LAW GROUP LLC
ATTN: FREDERICK B. ROSNER, JULA B. KLEIN
824 MARKET ST., SUITE 810
WILMINGTON DE 19801

THE STANDARD REGISTER
600 ALBANY STREET
DAYTON OH 45417

TIMOTHY WEBB
4906 E. DESERT FAIRWAYS DR.
PARADISE VALLEY AZ 85253

US ATTORNEY FOR DELAWARE
CHARLES OBERLY C/O ELLEN SLIGHTS
1007 ORANGE ST STE 700
PO BOX 2046
WILMINGTON DE 19899-2046

VERITIV CORPORATION
ATTN: JAMES SALVADORI
850 N. ARLINGTON HEIGHTS RD
ITASCA IL 60143

YOUNG CONAWAY STARGATT & TAYLOR LLP
MICHAEL R. NESTOR
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON DE 19801

Parties Served: 74