IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| THE STANDARD REGISTER | ) | |
| COMPANY, et al., | ) | |
| | ) | Case No. 15-10541 (BLS) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, Teresa K.D. Currier, hereby certify that on April 23, 2015, I caused a copy of the foregoing **Notice of Appearance and Request for Service of Papers Pursuant to § 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002(g) and 9010** to be served by Hand Delivery and First Class Mail on the parties set forth on the attached service list.

SAUL EWING LLP

By: _____
Teresa K.D. Currier (No. 6080)
222 Delaware Avenue, Suite 1200
P. O. Box 1266
Wilmington, DE 19899
(302) 421-6826

*Counsel to 588 Associates, L.P.*

Dated: April 23, 2015

641389.1 4/23/15

**VIA HAND DELIVERY**

Justin K. Edelson
Shanti M. Katona
Christopher A. Ward
Polsinelli PC
222 Delaware Avenue
Suite 1101
Wilmington, DE 19801

Michael R. Nestor
Kara Hammond Coyle
Maris J. Kandestin
Andrew L Magaziner
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

Mark S. Kenney
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

Jeremy L. Graves
Gibson Dunn & Crutcher LLP
1801 California Street
Suite 4200
Denver, CO 80202-2642

Robert Klyman
Samuel A. Newman
Jeffrey C. Krause
Sabina Jacobs
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

Kyle J. Kolb
Brian M. Lutz
Michael A. Rosenthal
Gibson, Dunn & Crutcher LLP
200 Park Avenue
47th Floor
New York, NY 10166-0193

Andrew D. Behlmann
Wojciech F. Jung
Sharon L. Levine
Kenneth A. Rosen
Lowenstein Sandler LLP
65 Livingston Avenue
Roseland, NJ 07068

Gerald C. Bender
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, NY 10020

641389.1 4/23/15