UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>THE STANDARD REGISTER COMPANY, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Delicia De Souza, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On April 23, 2015, at my direction and under my supervision, employees of Prime Clerk caused a Notice of Transfer of Claim based on Official Form 210B to be served via first class mail upon the Transferor(s) and Transferee(s) listed on **Exhibit A** hereto.

Dated: April 23, 2015

Delicia De Souza

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on April 23, 2015, by Delicia De Souza, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: 

ADAM ADLER
NOTARY PUBLIC-STATE OF NEW YORK
No. 02AD6306134
Qualified in Nassau County
My Commission Expires June 16, 2018

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

**Exhibit A**

Exhibit A
Notice of Transfer Service List
Served via First Class Mail

| Docket # | Transferor | Transferee |
|---|---|---|
| 326 | REP Industries, Inc.<br>312 Walnut St.<br>Lansdale, PA 19446 | Tannor Partners Credit Fund, LP<br>150 Grand Street, Suite 401<br>White Plains, NY 10601 |