IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Bankruptcy No.:    15-10541-BLS |
| THE STANDARD REGISTER COMPANY, | Chapter 11 |
| Debtor. | |

NOTICE OF ENTRY OF APPEARANCE ON BEHALF OF
RAFF PRINTING

TO THE CLERK, U.S. BANKRUPTCY COURT:

Kindly enter my appearance on behalf of Creditor, Raff Printing, in the above-captioned matter, and add my name to the mailing matrix to receive notices of all matters in this case.

Respectfully submitted,

GOLDBERG, KAMIN & GARVIN, LLP

By: /s/ Robert J. Garvin
Robert J. Garvin, Esquire
PA I.D. No.:  38598
robertg@gkgattorneys.com
1806 Frick Building
437 Grant Street
Pittsburgh, PA 15219-6101
Tel: (412) 281-1119
Fax: (410) 281-1121

Attorney for Creditor, Raff Printing

Dated:  April 24, 2015