## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, et al.,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |

FILED
15 APR 24  AM 9: 54
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## DECLARATION OF DISINTERESTEDNESS BY
## ATTORNEY USED IN THE ORDINARY COURSE OF BUSINESS

I, Matthew R. Fields, declare under penalty of perjury:

1.      I am a principal of Jacobson Press & Fields P.C., located at 168 N. Meramec Avenue, Suite 150, Clayton, MO 63105 (the "Firm").

2.      The Standard Register Company and its affiliates, as debtors and debtors in possession (collectively, the "Debtors") have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services.

3.      The Firm may have performed legal services in the past, may currently perform legal services, and may perform legal services in the future, in matters unrelated to the above-captioned chapter 11 cases (the "Chapter 11 Cases"), for persons that are parties-in-interest in these Chapter 11 Cases. The Firm does not

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de Mexico, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, OH 45417.

perform legal services for any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4.     The Firm has provided services to the Debtors prior to the commencement of these Chapter 11 Cases.

5.     As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties-in-interest in these Chapter 11 Cases.

6.     Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm has agreed to share or will share any portion of these compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

7.     Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

8.     The Debtors owe the Firm $961.50 for prepetition services, the payment of which is subject to limitations contained in title 11 of the United States Code.

9.     As of the date the Chapter 11 Cases were commenced, March 12, 2015 (the "Petition Date"), the Firm was not party to an agreement for indemnification with certain of the Debtors.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: _April 15_, 2015

Matthew R. Fields
JACOBSON PRESS & FIELDS, P.C.
168 N. Meramec Avenue, Suite 150
St. Louis, MO 63105
Telephone:   (314) 899-9789
Facsimile:   (314) 899-0282
Email:  fields@archcitylawyers.com