Robert J. Miller (AZ#013334)
Justin A. Sabin (AZ#026359)
**BRYAN CAVE LLP**
Two N. Central Avenue, 22nd Floor
Phoenix, Arizona  85004-4406
Telephone: (602) 364-7000
Telecopier: (602) 364-7070
Internet:   rjmiller@bryancave.com
              justin.sabin@bryancave.com

Michelle McMahon, Esq. (DE#3900)
**BRYAN CAVE LLP**
1290 Avenue of the Americas
New York, NY 10104-3300
Telephone:  (212) 541-2000
Telecopier:  (212) 541-1439
Internet:  michelle.mcmahon@bryancave.com

Counsel for Bank of America, N.A.

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| In re:                                      | Chapter 11 Proceedings     |
|---------------------------------------------|----------------------------|
| THE STANDARD REGISTER COMPANY, *et al.*,    | Case No. 15-10541 (BLS)    |
|                             Debtors.        | (Jointly Administered)     |

**NOTICE OF APPEARANCE**

**NOTICE IS HEREBY GIVEN** that the counsel listed below hereby appear in this Chapter 11 proceeding as counsel for Bank of America, N.A.:

| Robert J. Miller, Esq. | Michelle McMahon, Esq. |
|---|---|
| Justin A. Sabin, Esq. | **BRYAN CAVE LLP** |
| **BRYAN CAVE LLP** | 1290 Avenue of the Americas |
| Two North Central Avenue, Suite 2200 | New York, NY 10104-3300 |
| Phoenix, Arizona  85004-4406 | Telecopier:  (212) 541-1439 |
| Telecopier: (602) 364-7070 | michelle.mcmahon@bryancave.com |
| rjmiller@bryancave.com | |
| justin.sabin@bryancave.com | |

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA  85004-4406
(602) 364-7000

761104.2\0369813

The above listed counsel formally request that all notices and copies of any and all filings and/or notices of hearing in the above-captioned proceedings be sent to them at the addresses set forth above; that this request shall remain a continuing request and demand for notices to be provided to the above-listed counsel.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002 shall not be deemed or construed to be a waiver of any of the rights of Bank of America, N.A, including, without limitation, to (i) have final orders in non-core matters entered only after de novo review by a higher court, (ii) trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this case, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Bank of America, N.A may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

RESPECTFULLY SUBMITTED this 24th day of April, 2015.

**BRYAN CAVE LLP**

By: /s/ Michele McMahon
Michelle McMahon (DE#3900)
1290 Avenue of the Americas
New York, NY 10104-3300

Robert J. Miller
Justin A. Sabin
Two North Central Avenue, Suite 2200
Phoenix, AZ  85004

Counsel for Bank of America, N.A.

2

761104.2\0369813

**CERTIFICATE OF SERVICE**

I, Michelle McMahon, hereby certify that a copy of the foregoing Notice of Appearance was served via first class U.S. Mail on the parties listed below and electronically by the Court's cm/ecf system on all other parties entitled to notice in this case on this 24th day of April, 2015.

Michael R. Nestor
Kara Hammond Coyle
Maris J. Kandestin
Andrew L. Magaziner
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware  19801
mnestor@ycst.com
kcoyle@ycst.com
mkandestin@ycst.com
amagainer@ycst.com
Attorneys for Debtors

Robert A. Klyman
Samuel A. Newman
Jeremy L. Graves
Sabina Jacobs
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-1512
rklyman@gibsondunn.com
snowman@gibsondunn.com
jgraves@gibsondunn.com
sjacobs@gibsondunn.com
Attorneys for Debtors

/s/ Michelle McMahon
Michelle McMahon (DE#3900)

761104.2\0369813

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000