## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Sebastian V. Higgins, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the proposed claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On April 20, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Supplemental Service List attached hereto as **Exhibit A**:

- Notice of Interim Order Establishing Notification Procedures for Dispositions of, or Claims of Worthless Stock Deductions With Respect to, Standard Register's Stock [Docket No. 67]

Dated: April 24, 2015

Sebastian V. Higgins

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on April 24, 2015, by Sebastian V. Higgins, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

DAVID M. SMITH
NOTARY PUBLIC-STATE OF NEW YORK
No. 02SM6300826
Qualified in New York County
My Commission Expires April 07, 2018

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

SRF2067-2438

**<u>Exhibit A</u>**

SRF 2067-2438

Supplemental Service List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| DONOVAN, DOROTHY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| JOHN A CAMOZZI & MURIEL JANE CAMOZZI JT TEN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Krull, Jeremy | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| MARTIN, ELMERDEANE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| PORTER H J HOYT | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| SANDERS, RICHARD E | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| SCHOCH, IMOGENE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| WINCHESTER, JERRY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

In re The Standard Register Company, *et al.*
Case No. 15-10541  (BLS)