# **EXHIBIT B**

DISBURSEMENTS
90441-00012

Detail Costs/Charges:
Computer Supplies

| Date | Amount | Description |
|---|---|---|
| 03/15/15 | 474.11 | VENDOR: SAMUEL NEWMAN INVOICE#: 0795861503301939 DATE: 3/17/2015 COMPUTER SUPPLIES/BROOKSTONE/TRAVEL TO DAYTON TO MEET CLIENT. |

Data Line Charge

| Date | Amount | Description |
|---|---|---|
| 03/30/15 | 27.95 | VENDOR: BRIAN LUTZ INVOICE#: 0801478604031900 DATE: 4/1/2015 INTERNET CHARGES/GOGO/TRIP TO DAYTON FOR KEVIN CARMODY DEPOSITION AND PREP. |

In House Duplication

| Date | Amount | Description |
|---|---|---|
| 03/12/15 | 61.10 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 03/12/15 |
| 03/13/15 | 17.20 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 03/13/15 |
| 03/15/15 | 0.20 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 03/15/15 |
| 03/16/15 | 96.00 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 03/16/15 |
| 03/17/15 | 76.40 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 03/17/15 |
| 03/18/15 | 76.80 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 03/18/15 |
| 03/19/15 | 25.70 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 03/19/15 |
| 03/20/15 | 78.60 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 03/20/15 |
| 03/21/15 | 0.30 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 03/21/15 |
| 03/23/15 | 49.30 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 03/23/15 |
| 03/24/15 | 13.70 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 03/24/15 |
| 03/25/15 | 24.80 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 03/25/15 |
| 03/26/15 | 28.70 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 03/26/15 |

| Date | Amount | Description |
|---|---|---|
| 03/27/15 | 25.00 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 03/27/15 |
| 03/30/15 | 17.70 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 03/30/15 |
| 03/31/15 | 83.30 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 03/31/15 |

Lodging

| Date | Amount | Description |
|---|---|---|
| 03/12/15 | 924.13 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0783123703141201 DATE: 3/12/2015 MATTHEW BOUSLOG/LODGING/DAYTON, OHIO/MARRIOTT 03/08/2015 - 03/12/2015 MEET WITH CLIENTS AND TEAM RE: FIRST DAY MOTIONS AND FILINGS. |
| 03/13/15 | 361.90 | VENDOR: ROBERT A. KLYMAN INVOICE#: 0786301903181207 DATE: 3/13/2015 ROBERT KLYMAN/LODGING/DELAWARE/HOTEL DUPONT 03/12/2015 - 03/13/2015 TRAVEL TO DELAWARE FOR FIRST DAY FILINGS |
| 03/24/15 | 365.46 | VENDOR: SAMUEL NEWMAN INVOICE#: 0793100403261936 DATE: 3/24/2015 SAMUEL A. NEWMAN/LODGING/DELAWARE/WESTIN 03/23/2015 - 03/24/2015 2015-03-23 TRAVEL TO DELAWARE FOR FORMATION MEETING |

Meals

| Date | Amount | Description |
|---|---|---|
| 03/12/15 | 9.92 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0783123703141201 DATE: 3/12/2015 MEALS/DAYTON, OH/AVI STANDARD REGISTER/MATTHEW BOUSLOG/MEET WITH CLIENTS AND TEAM RE: FIRST DAY MOTIONS AND FILINGS. |
| 03/12/15 | 73.30 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0783123703141201 DATE: 3/12/2015 MATTHEW BOUSLOG/MEALS/DAYTON, OHIO/MARRIOTT 03/08/2015 - 03/12/2015 MATTHEW BOUSLOG/MEET WITH CLIENTS AND TEAM RE: FIRST DAY MOTIONS AND FILINGS. |
| 03/12/15 | 337.00 | VENDOR: ROBERT A. KLYMAN INVOICE#: 0786301903181207 DATE: 3/13/2015 ROBERT KLYMAN/MEALS/DELAWARE/HOTEL DUPONT 03/12/2015 - 03/13/2015 ROBERT KLYMAN/TRAVEL TO DELAWARE FOR FIRST DAY FILINGS |
| 03/13/15 | 4.00 | VENDOR: SAMUEL NEWMAN INVOICE#: 0786354703261220 DATE: 3/17/2015 MEALS/LAX/US AIRWAYS/SAMUEL NEWMAN/TRAVEL TO DAYTON, OHIO AND DELAWARE RE: FILING. |

| Date | Amount | Description |
|---|---|---|
| 03/13/15 | 36.60 | VENDOR: ROBERT A. KLYMAN INVOICE#: 0786301903181207 DATE: 3/13/2015 ROBERT KLYMAN/MEALS/DELAWARE/HOTEL DUPONT 03/12/2015 - 03/13/2015 ROBERT KLYMAN/TRAVEL TO DELAWARE FOR FIRST DAY FILINGS |
| 03/15/15 | 13.26 | VENDOR: SAMUEL NEWMAN INVOICE#: 0795861503301939 DATE: 3/17/2015 MEALS/CHICAGO AIRPORT/TORTAS FRONTERA/SAMUEL NEWMAN/TRAVEL TO DAYTON TO MEET CLIENT. |
| 03/16/15 | 326.17 | VENDOR: SAMUEL NEWMAN INVOICE#: 0795861503301939 DATE: 3/17/2015 MEALS/WORTHINGTON, OHIO/CAMERON'S AMERICAN BISTRO/SAMUEL NEWMAN/TRAVEL TO DAYTON TO MEET CLIENT. |
| 03/17/15 | 5.65 | VENDOR: SAMUEL NEWMAN INVOICE#: 0795861503301939 DATE: 3/17/2015 MEALS/COLUMBUS INTERNATIONAL AIRPORT/STARBUCKS COFFEE/SAMUEL NEWMAN/TRAVEL TO DAYTON TO MEET CLIENT. |
| 03/23/15 | 48.00 | VENDOR: SAMUEL NEWMAN INVOICE#: 0793100403261936 DATE: 3/24/2015 SAMUEL A. NEWMAN/MEALS/DELAWARE/WESTIN 03/23/2015 - 03/24/2015 SAMUEL NEWMAN/2015-03-23 TRAVEL TO DELAWARE FOR FORMATION MEETING |
| 03/24/15 | 36.19 | VENDOR: SAMUEL NEWMAN INVOICE#: 0795861003301939 DATE: 3/24/2015 MEALS/PHILADELPHIA AIRPORT/LEGAL SEA FOODS/SAMUEL NEWMAN/TRAVEL TO DELAWARE FOR FORMATION MEETING. |
| 03/30/15 | 22.75 | VENDOR: BRIAN LUTZ INVOICE#: 0801478604031900 DATE: 4/1/2015 MEALS/SAN FRANCISCO AIRPORT/NAPA FARMS MARKET/BRIAN LUTZ/TRIP TO DAYTON FOR KEVIN CARMODY DEPOSITION AND PREP. |
| 03/30/15 | 23.07 | VENDOR: BRIAN LUTZ INVOICE#: 0801478604031900 DATE: 4/1/2015 MEALS/DFW AIRPORT/TGI FRIDAYS/BRIAN LUTZ/TRIP TO DAYTON FOR KEVIN CARMODY DEPOSITION AND PREP. |
| 03/30/15 | 22.72 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0802792004071218 DATE: 4/3/2015 MEALS/DAYTON, OH/DEWEYS/MATTHEW BOUSLOG/MEET WITH CLIENTS RE PREPARATION OF SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS |
| 03/30/15 | 7.97 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0802792004071218 DATE: 4/3/2015 MEALS/DAYTON, OH/CHICK FIL A DAYTON INT'L |

| | | |
|---|---|---|
| | | AIRPORT/MATTHEW BOUSLOG/MEET WITH CLIENTS RE PREPARATION OF SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS |
| 03/31/15 | 11.04 | VENDOR: BRIAN LUTZ INVOICE#: 0801478604031900 DATE: 4/1/2015  MEALS/DAYTON, OH/JIMMY JOHNS/BRIAN LUTZ/TRIP TO DAYTON FOR KEVIN CARMODY DEPOSITION AND PREP. |
| 03/31/15 | 29.02 | VENDOR: BRIAN LUTZ INVOICE#: 0801478604031900 DATE: 4/1/2015  MEALS/DAYTON, OH/DEWEYS PIZZA/BRIAN LUTZ/TRIP TO DAYTON FOR KEVIN CARMODY DEPOSITION AND PREP. |
| 03/31/15 | 31.88 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0802792004071218 DATE: 4/3/2015  MATTHEW BOUSLOG/MEALS/DAYTON, OH/MARRIOTT 03/30/2015 - 04/03/2015 MATTHEW BOUSLOG/MEET WITH CLIENTS RE PREPARATION OF SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS |
| 03/31/15 | 10.19 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0802792004071218 DATE: 4/3/2015  MEALS/DAYTON, OH/AVI STANDARD REGISTER/MATTHEW BOUSLOG/MEET WITH CLIENTS RE PREPARATION OF SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS |

<u>Messenger and Courier Expense</u>

| | | |
|---|---|---|
| 03/20/15 | 45.14 | VENDOR: UNITED PARCEL SERVICE, INC. INVOICE#: UPS-20150328 DATE: 3/28/2015  SHIP DATE 03/20/2015  TRACKING NO: 1Z6E996W0198377840  FROM: LYNDA D'AMICO, GIBSON, DUNN & CRUTCHER LLP, DENVER, CO  TO: GERARD SOWAR, STANDARD REGISTER, DAYTON, OH |
| 03/30/15 | 35.39 | VENDOR: FEDERAL EXPRESS CORPORATION INVOICE#: FEDX-20150403 DATE: 4/3/2015  SHIP DATE 03/30/2015  AIRBILL NO: 773252028618  FROM: QUINTON FARRAR, GIBSON DUNN & CRUTCHER LLP, NEW YORK, NY  TO: ATTN: GERRY SOWAR, THE STANDARD REGISTER, DAYTON, OH |
| 03/31/15 | 18.17 | VENDOR: FEDERAL EXPRESS CORPORATION INVOICE#: FEDX-20150403 DATE: 4/3/2015  SHIP DATE 03/31/2015  AIRBILL NO: 773262639715  FROM: MARGARET MICELI, GIBSON DUNN & CRUTCHER LLP, NEW YORK, NY  TO: JOSHUAA J. LEWIS, PARKER HUDSON RAINER & DOBBS, ATLANTA, GA |
| 03/31/15 | 18.17 | VENDOR: FEDERAL EXPRESS CORPORATION INVOICE#: FEDX-20150403 DATE: 4/3/2015  SHIP DATE 03/31/2015  AIRBILL NO: 773262518427  FROM: MARGARET MICELI, GIBSON DUNN & CRUTCHER LLP, NEW YORK, NY  TO: KYLE P. GILLEN  ESQ., |

SKADDEN ARPS SLATE MEAGHER & F, CHICAGO, IL

On-Line Research (Lexis)

| Date | Amount | Name | Date | Matter | Description |
|---|---|---|---|---|---|
| 03/20/15 | 114.00 | BACHYRITA, PETER | 03/20/15 | 90441-00001 | LEXIS RESEARCH |
| 03/23/15 | 292.35 | BACHYRITA, PETER | 03/23/15 | 90441-00001 | LEXIS RESEARCH |
| 03/24/15 | 515.25 | BACHYRITA, PETER | 03/24/15 | 90441-00001 | LEXIS RESEARCH |
| 03/26/15 | 250.80 | BACHYRITA, PETER | 03/26/15 | 90441-00001 | LEXIS RESEARCH |
| 03/29/15 | 275.10 | BACHYRITA, PETER | 03/29/15 | 90441-00030 | LEXIS RESEARCH |
| 03/30/15 | 22.80 | BACHYRITA, PETER | 03/30/15 | 90441-00030 | LEXIS RESEARCH |
| 03/31/15 | 114.00 | BACHYRITA, PETER | 03/31/15 | 90441-00030 | LEXIS RESEARCH |

On-Line Research (Westlaw)

| Date | Amount | Name | Date | Matter | Description |
|---|---|---|---|---|---|
| 03/20/15 | 32.00 | BACH-Y-RITA, PETER | 03/20/15 | 90441-00001 | WESTLAW RESEARCH AND PRINTING CHARGES |
| 03/23/15 | 320.00 | BACH-Y-RITA, PETER | 03/23/15 | 90441-00001 | WESTLAW RESEARCH AND PRINTING CHARGES |
| 03/27/15 | 296.00 | JACOBS, SABINA | 03/27/15 | 90441-00012 | WESTLAW RESEARCH AND PRINTING CHARGES |
| 03/29/15 | 98.40 | BOUSLOG, MATTHEW G | 03/29/15 | 90441-00012 | WESTLAW RESEARCH AND PRINTING CHARGES |
| 03/29/15 | 96.00 | BACH-Y-RITA, PETER | 03/29/15 | 90441-00030 | WESTLAW RESEARCH AND PRINTING CHARGES |

On-Line Research Lexis - Corp

| Date | Amount | Description |
|---|---|---|
| 03/17/15 | 111.60 | LEXIS 88888-10472 2/24/15 186.00 111.60 |

Invoice Date: April 17, 2015

**Due and Payable Upon Receipt**

Invoice No. 2015042430

On-Line Research Nexis - Main
| | | | | | |
|---|---|---|---|---|---|
| 03/23/15 | 223.00 | BACHYRITA, PETER | 03/23/15 | 90441-00001 | NEXIS RESEARCH |

Outside Process Server
03/16/15   59.51   VENDOR: FIRST LEGAL NETWORK, LLC INVOICE#: FLC-20150323 DATE: 3/23/2015  JOB DATE 03/16/2015 CONTROL NO 2625669 FROM: SAM NEWMAN, MANHATTAN BEACH, CA   TO: GIBSON DUNN & CRUTCHER (M),LOS ANGELES, CA   ATTY: NEWMAN - P/U 1 BOX, WILL BE ON FRONT PORCH RTN BACK TO GD&C

Searches-(UCC & Others)
03/12/15   445.08   VENDOR: CSC INVOICE#: 81102947556 DATE: 3/12/2015 ACCT#4311681/SEARCHES-(UCC & OTHERS)/STATUS CHECK THE STANDARD REGISTER COMPANY AND 6 OTHERS COMPANIES

Specialized Research/Filing Fees
03/12/15   26.08   SCOTT, NATALIE K.  03/12/2015  SECURITIES MOSAIC

03/26/15   151.80   PACER 02/01/2015-02/28/2015  COURT RESEARCH

03/26/15   17.00   PACER 02/01/2015-02/28/2015  COURT RESEARCH

03/27/15   36.60   PACER 02/01/2015-02/28/2015  COURT RESEARCH

03/30/15   80.90   PACER 02/01/2015-02/28/2015  COURT RESEARCH

03/30/15   129.76   COURTLINK 02/10/15  COURT RESEARCH  (C. JONES)

03/30/15   12.00   TLO 02/11/15  ONLINE RESEARCH (S. RABER)

Telephone Charges
03/12/15   2.86   VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-031515 DATE: 3/15/2015  CONFERENCING SERVICES BY JEREMY GRAVES

03/17/15   21.28   1(212)257-5451    03/17/2015 NEW YORK  NY

03/17/15   1.90   1(203)690-7159    03/17/2015 BRIDGEPORT CT

| Date | Amount | Number | Location |
|---|---|---|---|
| 03/17/15 | 2.28 | 1(408)313-6603 | 03/17/2015 SAN JOSE W CA |
| 03/18/15 | 11.78 | 1(212)798-0808 | 03/18/2015 NEW YORK NY |
| 03/18/15 | 4.94 | 1(212)798-0808 | 03/18/2015 NEW YORK NY |
| 03/18/15 | 5.32 | 1(937)221-1940 | 03/18/2015 DAYTON OH |
| 03/18/15 | 26.98 | 1(212)798-0808 | 03/18/2015 NEW YORK NY |
| 03/19/15 | 1.14 | 1(937)221-3246 | 03/19/2015 DAYTON OH |
| 03/19/15 | 9.88 | 1(212)257-5451 | 03/19/2015 NEW YORK NY |
| 03/19/15 | 20.14 | 1(212)798-0808 | 03/19/2015 NEW YORK NY |
| 03/19/15 | 1.52 | 1(937)321-1875 | 03/19/2015 DAYTON OH |
| 03/20/15 | 3.80 | 1(212)798-0808 | 03/20/2015 NEW YORK NY |
| 03/23/15 | 1.14 | 1(630)240-3743 | 03/23/2015 LA GRANGE IL |
| 03/23/15 | 2.66 | 1(937)221-3302 | 03/23/2015 DAYTON OH |
| 03/23/15 | 1.52 | 1(937)221-3302 | 03/23/2015 DAYTON OH |
| 03/23/15 | 1.52 | 1(302)571-6550 | 03/23/2015 WILMINGTON DE |
| 03/23/15 | 1.52 | 1(802)453-3864 | 03/23/2015 BRISTOL VT |
| 03/24/15 | 1.90 | 1(937)221-3302 | 03/24/2015 DAYTON OH |
| 03/24/15 | 1.14 | 1(716)857-7850 | 03/24/2015 BUFFALO NY |
| 03/24/15 | 2.28 | 1(864)349-4561 | 03/24/2015 GREENVILLE SC |
| 03/25/15 | 2.28 | 1(937)221-2228 | 03/25/2015 DAYTON OH |

| | | | |
|---|---|---|---|
| 03/26/15 | 2.28 | 1(937)221-1994 | 03/26/2015 DAYTON     OH |
| 03/26/15 | 3.80 | 1(214)727-9147 | 03/26/2015 DALLAS     TX |
| 03/26/15 | 18.24 | 1(212)257-5451 | 03/26/2015 NEW YORK   NY |
| 03/26/15 | 4.18 | 1(262)548-0345 | 03/26/2015 WAUKESHA   WI |
| 03/26/15 | 2.28 | 1(713)554-2330 | 03/26/2015 HOUSTON    TX |
| 03/26/15 | 1.52 | 1(415)316-8544 | 03/26/2015 AREASUMMRY CA |
| 03/27/15 | 4.18 | 1(302)571-6712 | 03/27/2015 WILMINGTON DE |
| 03/28/15 | 1.14 | 1(937)221-1940 | 03/28/2015 DAYTON     OH |
| 03/28/15 | 1.14 | 1(937)221-1940 | 03/28/2015 DAYTON     OH |
| 03/30/15 | 6.08 | 1(937)221-1940 | 03/30/2015 DAYTON     OH |
| 03/30/15 | 9.88 | 1(937)221-1517 | 03/30/2015 DAYTON     OH |
| 03/31/15 | 2.28 | 1(312)407-0549 | 03/31/2015 CHICAGO    IL |
| 03/31/15 | 6.46 | 1(630)240-3743 | 03/31/2015 LA GRANGE  IL |
| 03/31/15 | 1.52 | 1(312)407-0700 | 03/31/2015 CHICAGO    IL |

Travel - Air & Rail

| | | |
|---|---|---|
| 03/13/15 | 1,525.59 | VENDOR: SAMUEL NEWMAN INVOICE#: 0786354703261220 DATE: 3/17/2015  SAM NEWMAN/AIRFARE/ZZ 7580118995/03/15/2015 - 03/17/2015 LAX-CHICAGO- COLUMBUS-DALLAS-LAX/TRAVEL TO DAYTON, OHIO AND DELAWARE RE: FILING. |
| 03/13/15 | 49.25 | VENDOR: SAMUEL NEWMAN INVOICE#: 0786354703261220 DATE: 3/17/2015  SAMNEWMAN/SERVICE FEE/XD 0645035032 03/15/2015 - 03/17/2015 LAX-CHICAGO-COLUMBUS-DALLAS-LAX/TRAVEL TO DAYTON, OHIO AND DELAWARE RE: FILING. |

| Date | Amount | Description |
|---|---:|---|
| 03/13/15 | 520.35 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150402-2 DATE: 3/14/2015  TRAVEL INVOICE#/DATE: 136593 03/13/2015 TICKET NO: 7580118964 TRAVEL DATES: 03/13/2015 - 03/14/2015 PASSENGER: GRAVES/JEREMY LEE ITINERARY: PHL/DEN |
| 03/13/15 | 89.00 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150402-2 DATE: 3/14/2015  TICKET NO: 2183508387 CHARGE DATE: 03/13/2015 PASSENGER: NEWMAN/SAMUELASHER ITINERARY: US |
| 03/13/15 | 89.00 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150402-2 DATE: 3/14/2015  TICKET NO: 2183507875 CHARGE DATE: 03/13/2015 PASSENGER: KLYMAN/ROBERTA ITINERARY: US |
| 03/13/15 | 200.00 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150402-2 DATE: 3/14/2015  TICKET NO: 2395105290 CHARGE DATE: 03/13/2015 PASSENGER: NEWMAN/SAMUELASHER ITINERARY: US |
| 03/13/15 | 5.00 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150402-2 DATE: 3/14/2015  TICKET NO: 2395105087 DEPART DATE: 03/13/2015 PASSENGER: NEWMAN/SAMUELASHER ITINERARY: PHL/LAX |
| 03/13/15 | 49.25 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150402-2 DATE: 3/14/2015  TRAVEL INVOICE#/DATE: 136541 03/13/2015 TICKET NO: 0644988288 CHARGE DATE: 03/13/2015 PASSENGER: KLYMAN/ROBERT A |
| 03/23/15 | 1,959.45 | VENDOR: SAMUEL NEWMAN INVOICE#: 0793100403261936 DATE: 3/24/2015  SAMUEL A. NEWMAN/AIRFARE/0377581195101/03/23/2015 - 03/24/2015 LAX TO PHILLY, PHILLY TO LAX/2015-03-23 TRAVEL TO DELAWARE FOR FORMATION MEETING |
| 03/26/15 | 1,146.20 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0802792004071218 DATE: 4/3/2015  MATTHEW BOUSLOG/AIRFARE/0162443758835/03/30/2015 - 04/03/2015 SNA TO DEN TO DAY; DAY TO DEN TO SNA/MEET WITH CLIENTS RE PREPARATION OF SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS |
| 03/26/15 | 76.00 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0802792004071218 |

Invoice Date: April 17, 2015                                                                                       Invoice No. 2015042430
Due and Payable Upon Receipt

|  |  |  |
|---|---|---|
|  |  | DATE: 4/3/2015  MATTHEW BOUSLOG/AIRFARE/01629295450753/03/30/2015 - 04/03/2015 SNA TO DEN TO DAY; DAY TO DEN TO SNA/MEET WITH CLIENTS RE PREPARATION OF SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS |
| 03/26/15 | 77.00 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0802792004071218 DATE: 4/3/2015  MATTHEW BOUSLOG/AIRFARE/01629295450742/03/30/2015 - 04/03/2015 SNA TO DEN TO DAY; DAY TO DEN TO SNA/MEET WITH CLIENTS RE PREPARATION OF SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS |
| 03/26/15 | 72.00 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0802792004071218 DATE: 4/3/2015  MATTHEW BOUSLOG/AIRFARE/01629295450731/03/30/2015 - 04/03/2015 SNA TO DEN TO DAY; DAY TO DEN TO SNA/MEET WITH CLIENTS RE PREPARATION OF SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS |
| 03/29/15 | 54.00 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0802792004071218 DATE: 4/3/2015  MATTHEW BOUSLOG/AIRFARE/01629298008041/03/30/2015 - 04/03/2015 SNA TO DEN TO DAY; DAY TO DEN TO SNA/MEET WITH CLIENTS RE PREPARATION OF SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS |

Travel - Miscellaneous (tips)

| 03/12/15 | 20.00 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0783123703141201 DATE: 3/12/2015  TIPS/MEET WITH CLIENTS AND TEAM RE: FIRST DAY MOTIONS AND FILINGS. |
|---|---|---|

Travel - Taxi & Other Modes/Miles

| 03/12/15 | 78.00 | VENDOR: SAMUEL NEWMAN INVOICE#: 0783207503141201 DATE: 3/12/2015  CAB FARE/PHILADELPHIA/TRAVEL TO DELAWARE |
|---|---|---|
| 03/12/15 | 13.80 | VENDOR: SAEE MUZUMDAR INVOICE#: 0782866403141201 DATE: 3/12/2015  CAB FARE/NEW YORK/TAXI |
| 03/12/15 | 14.75 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0783123703141201 DATE: 3/12/2015  CAB FARE/DAYTON, OH/MEET WITH CLIENTS AND TEAM RE: FIRST DAY MOTIONS AND FILINGS. |
| 03/13/15 | 25.45 | VENDOR: SAMUEL NEWMAN INVOICE#: 0786354703261220 DATE: 3/17/2015  CAB FARE/LOS ANGELES/TRAVEL TO DAYTON, OHIO AND DELAWARE RE: FILING. |

Invoice Date: April 17, 2015

Due and Payable Upon Receipt

Invoice No. 2015042430

| Date | Amount | Description |
|---|---|---|
| 03/14/15 | 81.00 | VENDOR: ROBERT A. KLYMAN INVOICE#: 0785084003171929 DATE: 3/14/2015 CAB FARE/LAX-LOS ANGELES/RELAXTOLAX CAR SERVICE FROM LAX TO HOME (TRAVEL TO HEARING IN DELAWARE). |
| 03/15/15 | 41.91 | VENDOR: SAMUEL NEWMAN INVOICE#: 0785080103171216 DATE: 3/15/2015 CAB FARE/MANHATTAN BEACH TO LAX/UBER CAR SERVICE TO LAX FOR TRAVEL TO DAYTON, OHIO, TO MEET CLIENT. |
| 03/16/15 | 554.24 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0789573803231922 DATE: 3/16/2015 CAR RENTAL/DAYTON INT'L AIRPORT/HERTZ/ATTEND MEETINGS WITH CLIENTS AND TEAM RE: FILINGS |
| 03/17/15 | 324.81 | VENDOR: SAMUEL NEWMAN INVOICE#: 0786354703261220 DATE: 3/17/2015 CAR RENTAL/COLUMBUS, OHIO/HERTZ/TRAVEL TO DAYTON, OHIO AND DELAWARE RE: FILING. |
| 03/17/15 | 30.00 | VENDOR: SAMUEL NEWMAN INVOICE#: 0795861503301939 DATE: 3/17/2015 CAB FARE/LOS ANGELES, CA/TRAVEL TO DAYTON TO MEET CLIENT. |
| 03/23/15 | 84.00 | VENDOR: SAMUEL NEWMAN INVOICE#: 0793100403261936 DATE: 3/24/2015 CAB FARE/PHILADELPHIA/2015-03-23 TRAVEL TO DELAWARE FOR FORMATION MEETING |
| 03/24/15 | 55.50 | VENDOR: SAMUEL NEWMAN INVOICE#: 0793100403261936 DATE: 3/24/2015 CAB FARE/DELAWARE/2015-03-23 TRAVEL TO DELAWARE FOR FORMATION MEETING |
| 03/24/15 | 30.00 | VENDOR: SAMUEL NEWMAN INVOICE#: 0795861003301939 DATE: 3/24/2015 CAB FARE/LOS ANGELES, CA/TRAVEL TO DELAWARE FOR FORMATION MEETING. |
| 03/30/15 | 55.00 | VENDOR: BRIAN LUTZ INVOICE#: 0801478604031900 DATE: 4/1/2015 CAB FARE/SAN FRANCISCO, CA TO SFO AIRPORT/TRIP TO DAYTON FOR KEVIN CARMODY DEPOSITION AND PREP. |
| 03/30/15 | 30.38 | VENDOR: KYLE J. KOLB INVOICE#: 0800434404021907 DATE: 3/31/2015 CAB FARE/NEW YORK/WORKING LATE. |
| 03/31/15 | 29.76 | VENDOR: KYLE J. KOLB INVOICE#: 0800434404021907 DATE: 3/31/2015 CAB FARE/NEW YORK, NY/WORKING LATE. |

Invoice Date: April 17, 2015

**Due and Payable Upon Receipt**

Invoice No. 2015042430

The Standard Register Company
Attn: Gerard D. Sowar, Esq.
600 Albany Street
Dayton, OH 45408

EMPLOYEE BENEFITS AND PENSIONS
90441-00013

---

For Services Rendered Through March 31, 2015

| NAME | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| BARBARA L. BECKER | 2.00 | $1,225.00 | $ 2,450.00 |
| ROBERT A. KLYMAN | 1.20 | 1,170.00 | 1,404.00 |
| MICHAEL J. COLLINS | 8.40 | 995.00 | 8,358.00 |
| SAMUEL A. NEWMAN | 7.00 | 860.00 | 6,020.00 |
| JEREMY L. GRAVES | 4.70 | 755.00 | 3,548.50 |
| MATTHEW G. BOUSLOG | 25.30 | 625.00 | 15,812.50 |

**Total Services** $ 37,593.00

**Total Services, Costs/Charges** 37,593.00

**BALANCE DUE** $   37,593.00

Invoice Date: April 17, 2015                                         Invoice No. 2015042430

**Due and Payable Upon Receipt**