**<u>EXHIBIT C</u>**

## <u>EXHIBIT C-1</u>
**BUDGET**

This interim fee application covers the commencement of the case and Gibson Dunn did not have an approved budget in place for this period.  A budget has been approved by the Debtors and the secured lender as set forth in the *Final Order (I) Authorizing Debtors in Possession to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 362, 363 and 364, (II) Granting Liens and Superpriority Claims to Postpetition Lenders Pursuant to 11 U.S.C. §§ 364; and (III) Providing Adequate Protection to Prepetition Credit Parties and Modifying Automatic Stay Pursuant to 11 U.S.C. §§ 361, 362, 363 and 364 (*Docket No. 290].

| | |
|---|---|
| Case Name: | *Standard Register Company, et al.* |
| Case Number: | 15-10541 (BLS) |
| Applicant's Name: | Gibson, Dunn & Crutcher LLP |
| Date of Application: | April 24, 2015 |
| Interim or Final: | Interim |

**EXHIBIT C-2**
**STAFFING PLAN**

This interim fee application covers the commencement of the case and Gibson Dunn did not have an approved staffing plan in place for this period.  Gibson Dunn has discussed its staffing plan with the Debtors and have established a staffing plan consistent with the expectations underlying the approved budget as set forth in the *Final Order (I) Authorizing Debtors in Possession to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 362, 363 and 364, (II) Granting Liens and Superpriority Claims to Postpetition Lenders Pursuant to 11 U.S.C. §§ 364; and (III) Providing Adequate Protection to Prepetition Credit Parties and Modifying Automatic Stay Pursuant to 11 U.S.C. §§ 361, 362, 363 and 364 (*Docket No. 290].  This budget and staffing plan are subject to change.

| | |
|---|---|
| Case Name: | *Standard Register Company, et al.* |
| Case Number: | 15-10541 (BLS) |
| Applicant's Name: | Gibson, Dunn & Crutcher LLP |
| Date of Application: | April 24, 2015 |
| Interim or Final: | Interim |

01:17016536.1