# EXHIBIT B

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
Billing Period Through March 31, 2015

## AGGREGATE ITEMIZED DISBURSEMENTS

| Description | Amount |
| --- | --- |
| Reproduction Charges | 1,105.40 |
| Delivery / Courier | 42.50 |
| Working Meals | 472.70 |
| Teleconference / Video Conference | 174.00 |
| Total Disbursements: | $1,794.60 |

```
CONTROL:    714616                       Young, Conaway, Stargatt and Taylor                        Page 90 (90)
                                           FOR BILLING PROFORMA BILLING WORKSHEET                    RUN: 04/17/15
                                                                                                    TIME: 14:35:32
CLIENT: 073986 Standard Register                        MATTER: 073986.1001 Debtor Representation
```

| MATTER | | TIMEKEEPER | RECORDED VALUE | BILLING VALUE | ALLOCATED VALUE | REVISED ALLOCATED VALUE | PERCENT ALLOCATED |
|---|---|---|---|---|---|---|---|
| 1029 | AMAGA | Andrew Magaziner | 9,640.00 | 9,640.00 | 9,640.00 | | 6.93 |
| 1031 | MKAND | Maris J. Kandestin | 26,404.00 | 26,404.00 | 26,404.00 | | 18.99 |
| 1081 | EJUST | Elizabeth S. Justison | 14,384.00 | 14,384.00 | 14,384.00 | | 10.34 |
| 0968 | TBOLL | Troy Bollman | 7,657.00 | 7,657.00 | 7,657.00 | | 5.51 |

```
TOTALS FOR MATTER: 073986.1001           139,057.00      139,057.00      139,057.00
                                        ============    ============    ============

TOTALS FOR INSTRUCTION:   272043          139,057.00      139,057.00      139,057.00
                                        ============    ============    ============
```

```
                        UNBILLED EXPENSE DETAILS THROUGH 03/31/2015
```

UNBILLED EXPENSES    MATTER: 073986.1001  Debtor Representation

| DATE | EXPENSE CODE | INDEX NO. | CHECK # INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | STATUS BNC B/O H X BNP |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/13/15 | 053 | 4684381 | 90009648 | JPATT | Delivery / Courier - From: Young Conaway Stargatt & Taylor - To: Judge Sontchi's Courtroom 6 | 17.50 | 17.50 | | B | |
| | | | | | VENDOR NAME: Parcels, Inc. - D.D.R. | | | | | |
| 03/13/15 | 053 | 4684382 | 90009648 | JPATT | Delivery / Courier - From: Judge Sontchi's Courtroom - To: Young Conaway Stargatt & Taylor | 17.50 | 17.50 | | B | |
| | | | | | VENDOR NAME: Parcels, Inc. - D.D.R. | | | | | |
| 03/13/15 | 096 | 4681497 | 90009586 | MNEST | Working Meals - From: Sugarfoot - To: YCST | 190.00 | 190.00 | | B | |
| | | | | | VENDOR NAME: Parcels, Inc. - D.D.R. | | | | | |
| 03/13/15 | 096D | 4681498 | 90009586 | MNEST | Working Meals - Delivery | 28.00 | 28.00 | | B | |
| | | | | | VENDOR NAME: Parcels, Inc. - D.D.R. | | | | | |
| 03/13/15 | S001 | 4677803 | | TBOLL | Photocopy Charges Duplication BW 0968 | 35.00 | 17.50 | | B | |
| | | | | | VENDOR NAME: | | | | | |
| 03/13/15 | S001 | 4677804 | | TBOLL | Photocopy Charges Duplication BW 0968 | 90.20 | 45.10 | | B | |
| | | | | | VENDOR NAME: | | | | | |
| 03/13/15 | S001 | 4677805 | | TBOLL | Photocopy Charges Duplication BW | 111.60 | 55.80 | | B | |

CONTROL:   714616

Young, Conaway, Stargatt and Taylor
PROFORMA BILLING WORKSHEET
FOR BILLING PROFORMA NUMBER   272043

Page 91 (91)
RUN: 04/17/15
TIME: 14:35:40

CLIENT: 073986 Standard Register       (Continued)

MATTER: 073986.1001 Debtor Representation

UNBILLED EXPENSES

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | STATUS ENC B/O H X BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 0968 | | | | | | |
| 03/13/15 | S001 | VENDOR NAME: 4677806 | | | | TBOLLPhotocopy Charges Duplication BW 0968 | 40.20 | 20.10 | | B | |
| 03/13/15 | S001 | VENDOR NAME: 4677807 | | | | TBOLLPhotocopy Charges Duplication BW 0968 | 1.00 | 0.50 | | B | |
| 03/13/15 | S001 | VENDOR NAME: 4677808 | | | | TBOLLPhotocopy Charges Duplication BW 0968 | 3.20 | 1.60 | | B | |
| 03/13/15 | S001 | VENDOR NAME: 4677809 | | | | TBOLLPhotocopy Charges Duplication BW 0968 | 3.20 | 1.60 | | B | |
| 03/13/15 | S001 | VENDOR NAME: 4677810 | | | | TBOLLPhotocopy Charges Duplication BW 0968 | 1.60 | 0.80 | | B | |
| 03/13/15 | S001 | VENDOR NAME: 4677811 | | | | TBOLLPhotocopy Charges Duplication BW 0968 | 4.80 | 2.40 | | B | |
| 03/13/15 | S001 | VENDOR NAME: 4677812 | | | | TBOLLPhotocopy Charges Duplication BW 0968 | 1.60 | 0.80 | | B | |
| 03/13/15 | S001 | VENDOR NAME: 4677813 | | | | TBOLLPhotocopy Charges Duplication BW 0968 | 12.60 | 6.30 | | B | |
| 03/13/15 | S001 | VENDOR NAME: 4677814 | | | | TBOLLPhotocopy Charges Duplication BW 0968 | 1.00 | 0.50 | | B | |
| 03/13/15 | S001 | VENDOR NAME: 4677815 | | | | TBOLLPhotocopy Charges Duplication BW 0968 | 1.20 | 0.60 | | B | |
| 03/13/15 | S001 | VENDOR NAME: 4677816 | | | | TBOLLPhotocopy Charges Duplication BW 0968 | 12.60 | 6.30 | | B | |
| 03/13/15 | S001 | VENDOR NAME: 4677817 | | | | TBOLLPhotocopy Charges | 47.00 | 23.50 | | B | |

Young, Conaway, Stargatt and Taylor
PROFORMA BILLING WORKSHEET
FOR BILLING PROFORMA NUMBER    272043

CONTROL:    714616

CLIENT: 073986 Standard Register    (Continued)

MATTER: 073986.1001 Debtor Representation

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | STATUS BNC B/O H X BNP |
|------|------|------|------|------|------|------|------|------|------|------|------|
| | | | | | | Duplication BW 0968 | | | | | |
| 03/13/15 | S001 | VENDOR NAME: 4677818 | | | MKAND | Photocopy Charges Duplication BW 1031 | 2.60 | 1.30 | | B | — — — |
| 03/13/15 | S001 | VENDOR NAME: 4677819 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 6.80 | 3.40 | | B | — — — |
| 03/13/15 | S001 | VENDOR NAME: 4677820 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 1.40 | 0.70 | | B | — — — |
| 03/13/15 | S001 | VENDOR NAME: 4677821 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 7.00 | 3.50 | | B | — — — |
| 03/13/15 | S001 | VENDOR NAME: 4677822 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 1.40 | 0.70 | | B | — — — |
| 03/13/15 | S001 | VENDOR NAME: 4677823 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 1.00 | 0.50 | | B | — — — |
| 03/13/15 | S001 | VENDOR NAME: 4677824 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 1.20 | 0.60 | | B | — — — |
| 03/13/15 | S001 | VENDOR NAME: 4677825 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 1.80 | 0.90 | | B | — — — |
| 03/13/15 | S001 | VENDOR NAME: 4677826 | | | SMERG | Photocopy Charges Duplication BW 1072 | 60.00 | 30.00 | | B | — — — |
| 03/13/15 | S001 | VENDOR NAME: 4677827 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 2.00 | 1.00 | | B | — — — |
| 03/13/15 | S001 | VENDOR NAME: 4677828 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 1.60 | 0.80 | | B | — — — |
| | | VENDOR NAME: | | | | | | | | | |

CONTROL:    714616

Young, Conaway, Stargatt and Taylor
FOR PROFORMA BILLING WORKSHEET
FOR BILLING PROFORMA NUMBER    272043

Page 93 (93)
RUN: 04/17/15
TIME: 14:35:40

CLIENT: 073986 Standard Register    (Continued)

MATTER: 073986.1001 Debtor Representation

| UNBILLED EXPENSES DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | BNC | B/O | STATUS H | X | BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/13/15 | S001 | 4677829 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 1.60 | 0.80 | | B | | | | | |
| 03/13/15 | S001 | VENDOR NAME: 4677830 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 1.20 | 0.60 | | B | | | | | |
| 03/13/15 | S001 | VENDOR NAME: 4677831 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 2.00 | 1.00 | | B | | | | | |
| 03/13/15 | S001 | VENDOR NAME: 4677832 | | | MKAND | Photocopy Charges Duplication BW 1031 | 3.60 | 1.80 | | B | | | | | |
| 03/13/15 | S001 | VENDOR NAME: 4677833 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 2.60 | 1.30 | | B | | | | | |
| 03/13/15 | S001 | VENDOR NAME: 4677834 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 1.80 | 0.90 | | B | | | | | |
| 03/13/15 | S001 | VENDOR NAME: 4677835 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 1.20 | 0.60 | | B | | | | | |
| 03/13/15 | S001 | VENDOR NAME: 4677836 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 1.60 | 0.80 | | B | | | | | |
| 03/13/15 | S001 | VENDOR NAME: 4677837 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 1.00 | 0.50 | | B | | | | | |
| 03/13/15 | S001 | VENDOR NAME: 4677838 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 1.00 | 0.50 | | B | | | | | |
| 03/13/15 | S001 | VENDOR NAME: 4677839 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 7.00 | 3.50 | | B | | | | | |
| 03/13/15 | S001 | VENDOR NAME: 4677840 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 16.00 | 8.00 | | B | | | | | |

Young, Conaway, Stargatt and Taylor
PROFORMA BILLING WORKSHEET
FOR BILLING PROFORMA NUMBER 272043

CONTROL: 714616

CLIENT: 073986 Standard Register    (Continued)

MATTER: 073986.1001 Debtor Representation

UNBILLED EXPENSES

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | STATUS BNC B/O H X ENP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/13/15 | S001 | VENDOR NAME: 4677841 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 1.60 | 0.80 | | B | — — — — |
| 03/13/15 | S001 | VENDOR NAME: 4677842 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 1.40 | 0.70 | | B | — — — — |
| 03/13/15 | S001 | VENDOR NAME: 4677843 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 2.40 | 1.20 | | B | — — — — |
| 03/13/15 | S001 | VENDOR NAME: 4677844 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 1.40 | 0.70 | | B | — — — — |
| 03/13/15 | S001 | VENDOR NAME: 4677845 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 1.40 | 0.70 | | B | — — — — |
| 03/13/15 | S001 | VENDOR NAME: 4677846 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 1.20 | 0.60 | | B | — — — — |
| 03/13/15 | S001 | VENDOR NAME: 4677847 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 1.20 | 0.60 | | B | — — — — |
| 03/13/15 | S001 | VENDOR NAME: 4677848 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 13.60 | 6.80 | | B | — — — — |
| 03/13/15 | S001 | VENDOR NAME: 4677849 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 1.80 | 0.90 | | B | — — — — |
| 03/13/15 | S001 | VENDOR NAME: 4677850 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 2.00 | 1.00 | | B | — — — — |
| 03/13/15 | S001 | VENDOR NAME: 4677851 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 1.60 | 0.80 | | B | — — — — |
| 03/13/15 | S001 | VENDOR NAME: 4677852 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 1.00 | 0.50 | | B | — — — — |

```
CONTROL:  714616                                      Young, Conaway, Stargatt and Taylor                          Page 95 (95)
                                                      PROFORMA BILLING WORKSHEET                                   RUN: 04/17/15
                                                      FOR BILLING PROFORMA NUMBER   272043                        TIME: 14:35:40

CLIENT: 073986 Standard Register   (Continued)       MATTER: 073986.1001 Debtor Representation
```

| UNBILLED EXPENSES | | | | | | | | RECORDED | BILLING | REVISED | CURRENT | STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | | VALUE | VALUE | VALUE | | ENC B/O H X ENP |
| | | | | | 0968 | | | | | | | |
| 03/13/15 | S001 | VENDOR NAME: 46778853 | | | | TBOLI.Photocopy Charges Duplication BW 0968 | | 1.20 | 0.60 | | B | — — — — — |
| 03/13/15 | S001 | VENDOR NAME: 46778854 | | | | TBOLI.Photocopy Charges Duplication BW 0968 | | 1.40 | 0.70 | | B | — — — — — |
| 03/13/15 | S001 | VENDOR NAME: 46778855 | | | | TBOLI.Photocopy Charges Duplication BW 0968 | | 1.00 | 0.50 | | B | — — — — — |
| 03/13/15 | S001 | VENDOR NAME: 46778856 | | | | TBOLI.Photocopy Charges Duplication BW 0968 | | 9.00 | 4.50 | | B | — — — — — |
| 03/13/15 | S001 | VENDOR NAME: 46778857 | | | | TBOLI.Photocopy Charges Duplication BW 0968 | | 9.80 | 4.90 | | B | — — — — — |
| 03/13/15 | S001 | VENDOR NAME: 46778858 | | | | TBOLI.Photocopy Charges Duplication BW 0968 | | 1.20 | 0.60 | | B | — — — — — |
| 03/13/15 | S001 | VENDOR NAME: 46778859 | | | | TBOLI.Photocopy Charges Duplication BW 0968 | | 2.40 | 1.20 | | B | — — — — — |
| 03/13/15 | S001 | VENDOR NAME: 46778860 | | | | TBOLI.Photocopy Charges Duplication BW 0968 | | 1.60 | 0.80 | | B | — — — — — |
| 03/13/15 | S001 | VENDOR NAME: 46778861 | | | | TBOLI.Photocopy Charges Duplication BW 0968 | | 12.60 | 6.30 | | B | — — — — — |
| 03/13/15 | S001 | VENDOR NAME: 46778862 | | | | TBOLI.Photocopy Charges Duplication BW 0968 | | 12.40 | 6.20 | | B | — — — — — |
| 03/13/15 | S001 | VENDOR NAME: 46778863 | | | | TBOLI.Photocopy Charges Duplication BW 0968 | | 16.00 | 8.00 | | B | — — — — — |
| 03/13/15 | S001 | VENDOR NAME: 46778864 | | | | TBOLI.Photocopy Charges | | 2.40 | 1.20 | | B | — — — — — |

CONTROL:    714616

Young, Conaway, Stargatt and Taylor
PROFORMA BILLING WORKSHEET
FOR BILLING PROFORMA NUMBER    272043

Page 96 (96)
RUN: 04/17/15
TIME: 14:35:40

CLIENT: 073986 Standard Register          (Continued)

MATTER: 073986.1001 Debtor Representation

UNBILLED EXPENSES

| DATE | CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | STATUS ENC B/O H X EXP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Duplication BW 0968 | | | | | |
| 03/13/15 | S904 | VENDOR NAME: 4690774 | | | MNEST | Case Num:15-10541 / CCID 68001103 Appr Atty: Sabina Jacobs CourtCall0315.xls Court Call | 58.00 | 58.00 | | B | |
| 03/13/15 | S904 | VENDOR NAME: 4690775 | | | MNEST | Case Num:15-10541 / CCID 68001108 Appr Atty: Matthew G. Bouslog CourtCall0315.xls Court Call | 58.00 | 58.00 | | B | |
| 03/13/15 | S904 | VENDOR NAME: 4690776 | | | MNEST | Case Num:15-10541 / CCID 68008946 Appr Atty: Mark Hojnacki CourtCall0315.xls Court Call | 58.00 | 58.00 | | B | |
| 03/16/15 | S001 | VENDOR NAME: 4678908 | | | TBOLI | Photocopy Charges Duplication BW 0968 | 1.20 | 0.60 | | B | |
| 03/17/15 | S001 | VENDOR NAME: 4679669 | | | SMERG | Photocopy Charges Duplication BW 1072 | 1.80 | 0.90 | | B | |
| 03/17/15 | S001 | VENDOR NAME: 4679670 | | | SMERG | Photocopy Charges Duplication BW 1072 | 5.20 | 2.60 | | B | |
| 03/17/15 | S001 | VENDOR NAME: 4679671 | | | SMERG | Photocopy Charges Duplication BW 1072 | 5.80 | 2.90 | | B | |
| 03/17/15 | S001 | VENDOR NAME: 4679672 | | | SMERG | Photocopy Charges Duplication BW 1072 | 6.40 | 3.20 | | B | |
| 03/17/15 | S001 | VENDOR NAME: 4679673 | | | SMERG | Photocopy Charges Duplication BW 1072 | 2.80 | 1.40 | | B | |

CONTROL:   714616

Young, Conaway, Stargatt and Taylor
FOR PROFORMA BILLING WORKSHEET
FOR BILLING PROFORMA NUMBER   272043

Page  97  (97)
RUN:  04/17/15
TIME:  14:35:40

CLIENT: 073986 Standard Register        (Continued)

MATTER: 073986.1001 Debtor Representation

UNBILLED EXPENSES

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | STATUS BNC B/O H X BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 1072 | | | | | | |
| 03/17/15 | S001 | VENDOR NAME: 46796474 | | | | SMERGPhotocopy Charges Duplication BW 1072 | 1.80 | 0.90 | | B | |
| 03/17/15 | S001 | VENDOR NAME: 46796475 | | | | SMERGPhotocopy Charges Duplication BW 1072 | 6.00 | 3.00 | | B | |
| 03/17/15 | S001SCN | VENDOR NAME: 46796476 | | | | TBOLLScanning Charges 0968 | 0.20 | 0.10 | | B | |
| 03/18/15 | S001 | VENDOR NAME: 46804449 | | | | SMERGPhotocopy Charges Duplication BW 1072 | 3.80 | 1.90 | | B | |
| 03/18/15 | S001 | VENDOR NAME: 46804450 | | | | SMERGPhotocopy Charges Duplication BW 1072 | 4.60 | 2.30 | | B | |
| 03/18/15 | S001 | VENDOR NAME: 46804451 | | | | EJUSTPhotocopy Charges Duplication BW 1081 | 1.40 | 0.70 | | B | |
| 03/18/15 | S001 | VENDOR NAME: 46804452 | | | | SMERGPhotocopy Charges Duplication BW 1072 | 30.60 | 15.30 | | B | |
| 03/18/15 | S001 | VENDOR NAME: 46804453 | | | | SMERGPhotocopy Charges Duplication BW 1072 | 3.00 | 1.50 | | B | |
| 03/18/15 | S001 | VENDOR NAME: 46804454 | | | | SMERGPhotocopy Charges Duplication BW 1072 | 18.40 | 9.20 | | B | |
| 03/18/15 | S001 | VENDOR NAME: 46804455 | | | | SMERGPhotocopy Charges Duplication BW 1072 | 3.80 | 1.90 | | B | |
| 03/18/15 | S001 | VENDOR NAME: 46804456 | | | | EJUSTPhotocopy Charges Duplication BW 1081 | 7.80 | 3.90 | | B | |
| 03/18/15 | S001SCN | VENDOR NAME: 46804457 | | | | SMERGScanning Charges 1072 | 0.60 | 0.30 | | B | |

Young, Conaway, Stargatt and Taylor
PROFORMA BILLING WORKSHEET
FOR BILLING PROFORMA NUMBER    272043

Page 98 (98)
RUN: 04/17/15
TIME: 14:35:40

CONTROL:    714616

CLIENT: 073986 Standard Register    (Continued)

MATTER: 073986.1001 Debtor Representation

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | STATUS ENC B/O H X BNP |
|------|--------------|-----------|---------|---------|------|-------------|----------------|---------------|---------------|---------|------------------------|
| | | VENDOR NAME: | | | | | | | | | |
| 03/19/15 | 053 | 4690893 | 90009696 | | JPATT | Delivery / Courier - From: Young Conaway Stargatt & Taylor - To: Office of the U.S. Trustee - D.D.R. | 7.50 | 7.50 | | B | |
| | | VENDOR NAME: | Parcels, Inc. | | | | | | | | |
| 03/19/15 | S001 | 4681117 | | | NKAND | Photocopy Charges Duplication BW 1031 | 152.40 | 76.20 | | B | |
| | | VENDOR NAME: | | | | | | | | | |
| 03/19/15 | S001 | 4681118 | | | EJUST | Photocopy Charges Duplication BW 1081 | 2.40 | 1.20 | | B | |
| | | VENDOR NAME: | | | | | | | | | |
| 03/19/15 | S001 | 4681119 | | | SMERG | Photocopy Charges Duplication BW 1072 | 1.20 | 0.60 | | B | |
| | | VENDOR NAME: | | | | | | | | | |
| 03/19/15 | S001 | 4681120 | | | SMERG | Photocopy Charges Duplication BW 1072 | 2.40 | 1.20 | | B | |
| | | VENDOR NAME: | | | | | | | | | |
| 03/19/15 | S001 | 4681121 | | | KCOYL | Photocopy Charges Duplication BW 0754 | 3.80 | 1.90 | | B | |
| | | VENDOR NAME: | | | | | | | | | |
| 03/19/15 | S001 | 4681122 | | | KCOYL | Photocopy Charges Duplication BW 0754 | 5.20 | 2.60 | | B | |
| | | VENDOR NAME: | | | | | | | | | |
| 03/19/15 | S001 | 4681123 | | | KCOYL | Photocopy Charges Duplication BW 0754 | 5.80 | 2.90 | | B | |
| | | VENDOR NAME: | | | | | | | | | |
| 03/19/15 | S001 | 4681124 | | | SMERG | Photocopy Charges Duplication BW 1072 | 5.60 | 2.80 | | B | |
| | | VENDOR NAME: | | | | | | | | | |
| 03/19/15 | S001 | 4681125 | | | EJUST | Photocopy Charges Duplication BW 1081 | 1.20 | 0.60 | | B | |
| | | VENDOR NAME: | | | | | | | | | |
| 03/19/15 | S001 | 4681126 | | | KCOYL | Photocopy Charges Duplication BW 0754 | 5.60 | 2.80 | | B | |

Young, Conaway, Stargatt and Taylor
PROFORMA BILLING WORKSHEET
FOR BILLING PROFORMA NUMBER    272043

CONTROL:    714616

MATTER: 073986.1001 Debtor Representation

CLIENT: 073986 Standard Register    (Continued)

UNBILLED EXPENSES

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | STATUS BNC B/O H X BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/19/15 | S001 | 4681127 | | | | VENDOR NAME: KCOYL Photocopy Charges Duplication BW 0754 | 2.60 | 1.30 | | B | — — — — — |
| 03/19/15 | S001 | 4681128 | | | | VENDOR NAME: EJUST Photocopy Charges Duplication BW 1081 | 2.40 | 1.20 | | B | — — — — — |
| 03/19/15 | S001 | 4681129 | | | | VENDOR NAME: KCOYL Photocopy Charges Duplication BW 0754 | 8.00 | 4.00 | | B | — — — — — |
| 03/19/15 | S001 | 4681130 | | | | VENDOR NAME: KCOYL Photocopy Charges Duplication BW 0754 | 5.20 | 2.60 | | B | — — — — — |
| 03/19/15 | S001 | 4681131 | | | | VENDOR NAME: KCOYL Photocopy Charges Duplication BW 0754 | 3.60 | 1.80 | | B | — — — — — |
| 03/19/15 | S001 | 4681132 | | | | VENDOR NAME: KCOYL Photocopy Charges Duplication BW 0754 | 5.80 | 2.90 | | B | — — — — — |
| 03/19/15 | S001 | 4681133 | | | | VENDOR NAME: KCOYL Photocopy Charges Duplication BW 0754 | 1.80 | 0.90 | | B | — — — — — |
| 03/20/15 | S001SCN | 4682190 | | | | VENDOR NAME: SMERGS Scanning Charges 1072 | 0.20 | 0.10 | | B | — — — — — |
| 03/20/15 | S001SCN | 4682191 | | | | VENDOR NAME: SMERGS Scanning Charges 1072 | 0.20 | 0.10 | | B | — — — — — |
| 03/20/15 | S001SCN | 4682192 | | | | VENDOR NAME: SMERGS Scanning Charges 1072 | 0.20 | 0.10 | | B | — — — — — |
| 03/20/15 | S001SCN | 4682193 | | | | VENDOR NAME: SMERGS Scanning Charges 1072 | 0.20 | 0.10 | | B | — — — — — |
| 03/20/15 | S001SCN | 4682194 | | | | VENDOR NAME: SMERGS Scanning Charges 1072 | 0.20 | 0.10 | | B | — — — — — |
| 03/20/15 | S001SCN | 4682195 | | | | VENDOR NAME: SMERGS Scanning Charges 1072 | 0.20 | 0.10 | | B | — — — — — |
| | | | | | | VENDOR NAME: | | | | | |

CONTROL:    714616

Young, Conaway, Stargatt and Taylor
PROFORMA BILLING WORKSHEET
FOR BILLING PROFORMA NUMBER    272043

Page 100 (100)
RUN: 04/17/15
TIME: 14:35:40

CLIENT: 073986 Standard Register    (Continued)

MATTER: 073986.1001 Debtor Representation

UNBILLED EXPENSES

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | STATUS BNC B/O H X ENP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/20/15 | S001SCN | 4682196 | | | SMERGS | Scanning Charges 1072 | 0.20 | 0.10 | | B | — — — — — |
| | | VENDOR NAME: | | | | | | | | | |
| 03/20/15 | S001SCN | 4682197 | | | SMERGS | Scanning Charges 1072 | 0.20 | 0.10 | | B | — — — — — |
| | | VENDOR NAME: | | | | | | | | | |
| 03/20/15 | S001SCN | 4682198 | | | SMERGS | Scanning Charges 1072 | 0.20 | 0.10 | | B | — — — — — |
| | | VENDOR NAME: | | | | | | | | | |
| 03/20/15 | S001SCN | 4682199 | | | SMERGS | Scanning Charges 1072 | 0.20 | 0.10 | | B | — — — — — |
| | | VENDOR NAME: | | | | | | | | | |
| 03/20/15 | S001SCN | 4682200 | | | SMERGS | Scanning Charges 1072 | 0.60 | 0.30 | | B | — — — — — |
| | | VENDOR NAME: | | | | | | | | | |
| 03/20/15 | S001SCN | 4682201 | | | SMERGS | Scanning Charges 1072 | 0.60 | 0.30 | | B | — — — — — |
| | | VENDOR NAME: | | | | | | | | | |
| 03/20/15 | S001SCN | 4682202 | | | SMERGS | Scanning Charges 1072 | 0.20 | 0.10 | | B | — — — — — |
| | | VENDOR NAME: | | | | | | | | | |
| 03/20/15 | S001SCN | 4682203 | | | SMERGS | Scanning Charges 1072 | 0.20 | 0.10 | | B | — — — — — |
| | | VENDOR NAME: | | | | | | | | | |
| 03/20/15 | S001SCN | 4682204 | | | SMERGS | Scanning Charges 1072 | 0.60 | 0.30 | | B | — — — — — |
| | | VENDOR NAME: | | | | | | | | | |
| 03/20/15 | S001SCN | 4682205 | | | SMERGS | Scanning Charges 1072 | 0.20 | 0.10 | | B | — — — — — |
| | | VENDOR NAME: | | | | | | | | | |
| 03/20/15 | S001SCN | 4682206 | | | SMERGS | Scanning Charges 1072 | 0.20 | 0.10 | | B | — — — — — |
| | | VENDOR NAME: | | | | | | | | | |
| 03/20/15 | S001SCN | 4682207 | | | SMERGS | Scanning Charges 1072 | 0.20 | 0.10 | | B | — — — — — |
| | | VENDOR NAME: | | | | | | | | | |
| 03/20/15 | S001SCN | 4682208 | | | SMERGS | Scanning Charges 1072 | 0.20 | 0.10 | | B | — — — — — |
| | | VENDOR NAME: | | | | | | | | | |
| 03/23/15 | S001 | 4683268 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 2.60 | 1.30 | | B | — — — — — |
| | | VENDOR NAME: | | | | | | | | | |
| 03/23/15 | S001 | 4683269 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 13.80 | 6.90 | | B | — — — — — |
| | | VENDOR NAME: | | | | | | | | | |

CONTROL: 714616

Young, Conaway, Stargatt and Taylor
PROFORMA BILLING WORKSHEET
FOR BILLING PROFORMA NUMBER    272043

Page 101 (101)
RUN: 04/17/15
TIME: 14:35:40

CLIENT: 073986 Standard Register          (continued)

MATTER: 073986.1001 Debtor Representation

UNBILLED EXPENSES

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | BNC | B/O | H | X | BNP |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 03/23/15 | S001 | 4683270 | | | | TBOLLPhotocopy Charges Duplication BW 0968 | 2.00 | 1.00 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/23/15 | S001 | 4683271 | | | | KCOYLPhotocopy Charges Duplication BW 0754 | 8.20 | 4.10 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/23/15 | S001 | 4683272 | | | | KCOYLPhotocopy Charges Duplication BW 0754 | 1.80 | 0.90 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/23/15 | S001 | 4683273 | | | | TBOLLPhotocopy Charges Duplication BW 0968 | 13.00 | 6.50 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/23/15 | S001 | 4683274 | | | | KCOYLPhotocopy Charges Duplication BW 0754 | 1.00 | 0.50 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/23/15 | S001 | 4683275 | | | | KCOYLPhotocopy Charges Duplication BW 0754 | 1.20 | 0.60 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/23/15 | S001 | 4683276 | | | | TBOLLPhotocopy Charges Duplication BW 0968 | 13.80 | 6.90 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/23/15 | S001 | 4683277 | | | | KCOYLPhotocopy Charges Duplication BW 0754 | 1.20 | 0.60 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/23/15 | S001 | 4683278 | | | | TBOLLPhotocopy Charges Duplication BW 0968 | 6.40 | 3.20 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/23/15 | S001 | 4683279 | | | | TBOLLPhotocopy Charges Duplication BW 0968 | 14.00 | 7.00 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/23/15 | S001 | 4683280 | | | | TBOLLPhotocopy Charges Duplication BW 0968 | 1.00 | 0.50 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/23/15 | S001 | 4683281 | | | | TBOLLPhotocopy Charges Duplication BW 0968 | 2.00 | 1.00 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |

CONTROL:      714616

Young, Conaway, Stargatt and Taylor
PROFORMA BILLING WORKSHEET
FOR BILLING PROFORMA NUMBER    272043

Page 102 (102)
RUN: 06/17/15
TIME: 14:35:40

CLIENT: 073986 Standard Register          (Continued)

MATTER: 073986.1001 Debtor Representation

UNBILLED EXPENSES

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | STATUS ENC B/O H X BNP |
|------|--------------|-----------|---------|---------|------|-------------|----------------|---------------|---------------|---------|------------------------|
| | | VENDOR NAME: | | | | | | | | | |
| 03/23/15 | S001 | 4683282 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 12.60 | 6.30 | | B | — — — — — |
| | | VENDOR NAME: | | | | | | | | | |
| 03/23/15 | S001 | 4683283 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 6.60 | 3.30 | | B | — — — — — |
| | | VENDOR NAME: | | | | | | | | | |
| 03/23/15 | S001 | 4683284 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 4.20 | 2.10 | | B | — — — — — |
| | | VENDOR NAME: | | | | | | | | | |
| 03/23/15 | S001 | 4683285 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 3.00 | 1.50 | | B | — — — — — |
| | | VENDOR NAME: | | | | | | | | | |
| 03/23/15 | S001 | 4683286 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 15.20 | 7.60 | | B | — — — — — |
| | | VENDOR NAME: | | | | | | | | | |
| 03/23/15 | S001SCN | 4683287 | | | PMORE | Scanning Charges 0572 | 26.20 | 13.10 | | B | — — — — — |
| | | VENDOR NAME: | | | | | | | | | |
| 03/23/15 | S001SCN | 4683288 | | | TBOLL | Scanning Charges 0968 | 0.80 | 0.40 | | B | — — — — — |
| | | VENDOR NAME: | | | | | | | | | |
| 03/23/15 | S001SCN | 4683289 | | | TBOLL | Scanning Charges 0968 | 3.00 | 1.50 | | B | — — — — — |
| | | VENDOR NAME: | | | | | | | | | |
| 03/23/15 | S001SCN | 4683290 | | | TBOLL | Scanning Charges 0968 | 0.80 | 0.40 | | B | — — — — — |
| | | VENDOR NAME: | | | | | | | | | |
| 03/23/15 | S001SCN | 4683291 | | | PMORE | Scanning Charges 0572 | 0.40 | 0.20 | | B | — — — — — |
| | | VENDOR NAME: | | | | | | | | | |
| 03/23/15 | S001SCN | 4683292 | | | TBOLL | Scanning Charges 0968 | 0.60 | 0.30 | | B | — — — — — |
| | | VENDOR NAME: | | | | | | | | | |
| 03/23/15 | S001SCN | 4683293 | | | TBOLL | Scanning Charges 0968 | 2.20 | 1.10 | | B | — — — — — |
| | | VENDOR NAME: | | | | | | | | | |
| 03/23/15 | S001SCN | 4683294 | | | TBOLL | Scanning Charges 0968 | 0.80 | 0.40 | | B | — — — — — |
| | | VENDOR NAME: | | | | | | | | | |
| 03/23/15 | S001SCN | 4683295 | | | TBOLL | Scanning Charges 0968 | 1.20 | 0.60 | | B | — — — — — |

Young, Conaway, Stargatt and Taylor
FOR PROFORMA BILLING WORKSHEET
FOR BILLING PROFORMA NUMBER    272043

CONTROL:    714616

CLIENT: 073986 Standard Register        (Continued)

MATTER: 073986.1001 Debtor Representation

UNBILLED EXPENSES

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | ENC | B/O | H | X | ENP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/23/15 | S001SCN | 4683296 | | | TBOLLScanning Charges 0968 | | 1.20 | 0.60 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/23/15 | S001SCN | 4683297 | | | SMERGScanning Charges 1072 | | 0.20 | 0.10 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/23/15 | S001SCN | 4683298 | | | TBOLLScanning Charges 0968 | | 4.40 | 2.20 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/23/15 | S001SCN | 4683299 | | | TBOLLScanning Charges 0968 | | 0.80 | 0.40 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/23/15 | S001SCN | 4683300 | | | PMOREScanning Charges 0572 | | 0.40 | 0.20 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/24/15 | S001 | 4683996 | | | KCOYLPhotocopy Charges Duplication BW 0754 | | 1.60 | 0.80 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/24/15 | S001 | 4683997 | | | KCOYLPhotocopy Charges Duplication BW 0754 | | 3.00 | 1.50 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/24/15 | S001 | 4683998 | | | EJUSTPhotocopy Charges Duplication BW 1081 | | 3.80 | 1.90 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/24/15 | S001 | 4683999 | | | KCOYLPhotocopy Charges Duplication BW 0754 | | 1.60 | 0.80 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/24/15 | S001 | 4684000 | | | TBOLLPhotocopy Charges Duplication BW 0968 | | 10.00 | 5.00 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/25/15 | S001 | 4684774 | | | KCOYLPhotocopy Charges Duplication BW 0754 | | 1.40 | 0.70 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/25/15 | S001 | 4684775 | | | KCOYLPhotocopy Charges Duplication BW 0754 | | 1.20 | 0.60 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/25/15 | S001 | 4684776 | | | AMAGAPhotocopy Charges Duplication BW 1029 | | 4.60 | 2.30 | | B | | | | | |

CONTROL:   714616

Young, Conaway, Stargatt and Taylor
PROFORMA BILLING WORKSHEET
FOR BILLING PROFORMA NUMBER   272043

CLIENT: 073986  Standard Register    (Continued)

MATTER: 073986.1001 Debtor Representation

UNBILLED EXPENSES

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | STATUS ENC B/O H X BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | VENDOR NAME: | | | | | |
| 03/25/15 | S001 | 4684777 | | | | TBOLLPhotocopy Charges Duplication BW 0968 | 4.80 | 2.40 | | B | |
| | | | | | | VENDOR NAME: | | | | | |
| 03/25/15 | S001 | 4684778 | | | | KCOYLPhotocopy Charges Duplication BW 0754 | 5.40 | 2.70 | | B | |
| | | | | | | VENDOR NAME: | | | | | |
| 03/25/15 | S001 | 4684779 | | | | KCOYLPhotocopy Charges Duplication BW 0754 | 10.00 | 5.00 | | B | |
| | | | | | | VENDOR NAME: | | | | | |
| 03/25/15 | S001 | 4684780 | | | | KCOYLPhotocopy Charges Duplication BW 0754 | 1.40 | 0.70 | | B | |
| | | | | | | VENDOR NAME: | | | | | |
| 03/25/15 | S001 | 4684781 | | | | KCOYLPhotocopy Charges Duplication BW 0754 | 1.20 | 0.60 | | B | |
| | | | | | | VENDOR NAME: | | | | | |
| 03/26/15 | S001 | 4685422 | | | | KCOYLPhotocopy Charges Duplication BW 0754 | 1.00 | 0.50 | | B | |
| | | | | | | VENDOR NAME: | | | | | |
| 03/27/15 | S001 | 4688544 | | | | TBOLLPhotocopy Charges Duplication BW 0968 | 576.80 | 288.40 | | B | |
| | | | | | | VENDOR NAME: | | | | | |
| 03/27/15 | S001 | 4688545 | | | | TBOLLPhotocopy Charges Duplication BW 0968 | 75.20 | 37.60 | | B | |
| | | | | | | VENDOR NAME: | | | | | |
| 03/27/15 | S001 | 4688546 | | | | TBOLLPhotocopy Charges Duplication BW 0968 | 1.60 | 0.80 | | B | |
| | | | | | | VENDOR NAME: | | | | | |
| 03/27/15 | S001 | 4688547 | | | | JDORSPhotocopy Charges Duplication BW 0731 | 3.60 | 1.80 | | B | |
| | | | | | | VENDOR NAME: | | | | | |
| 03/27/15 | S001 | 4688548 | | | | TBOLLPhotocopy Charges Duplication BW 0968 | 8.20 | 4.10 | | B | |
| | | | | | | VENDOR NAME: | | | | | |
| 03/27/15 | S001SCN | 4688549 | | | | SMERGScanning Charges 1072 | 22.20 | 11.10 | | B | |

CONTROL:     714616

Young, Conaway, Stargatt and Taylor
FOR BILLING PROFORMA BILLING WORKSHEET
FOR BILLING PROFORMA NUMBER     272043

CLIENT: 073986 Standard Register     (Continued)

MATTER: 073986.1001 Debtor Representation

UNBILLED EXPENSES

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | STATUS BNC B/O H X BNP |
|------|--------------|-----------|---------|---------|------|-------------|----------------|---------------|---------------|---------|------------------------|
| | | VENDOR NAME: | | | | | | | | | |
| 03/27/15 | S001SCN | 4688550 | | | TBOLL | Scanning Charges 0968 | 8.20 | 4.10 | | B | — — — — — |
| | | VENDOR NAME: | | | | | | | | | |
| 03/27/15 | S001SCN | 4688551 | | | SMERG | Scanning Charges 1072 | 0.40 | 0.20 | | B | — — — — — |
| | | VENDOR NAME: | | | | | | | | | |
| 03/27/15 | S001SCN | 4688552 | | | SMERG | Scanning Charges 1072 | 0.20 | 0.10 | | B | — — — — — |
| | | VENDOR NAME: | | | | | | | | | |
| 03/30/15 | S001 | 4689000 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 196.80 | 98.40 | | B | — — — — — |
| | | VENDOR NAME: | | | | | | | | | |
| 03/30/15 | S001 | 4689001 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 3.20 | 1.60 | | B | — — — — — |
| | | VENDOR NAME: | | | | | | | | | |
| 03/30/15 | S001 | 4689002 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 21.80 | 10.90 | | B | — — — — — |
| | | VENDOR NAME: | | | | | | | | | |
| 03/30/15 | S001 | 4689003 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 2.20 | 1.10 | | B | — — — — — |
| | | VENDOR NAME: | | | | | | | | | |
| 03/30/15 | S001 | 4689004 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 1.80 | 0.90 | | B | — — — — — |
| | | VENDOR NAME: | | | | | | | | | |
| 03/31/15 | 096 | 4689256 | 162793 | | MKAND | Working Meals - Payee: Rodney Grille, Inc. Working breakfast for 10 people on 3/12/15 re: preparation for first day hearing | 94.70 | 94.70 | | B | — — — — — |
| | | VENDOR NAME: Rodney Grille, Inc. | | | | | | | | | |
| 03/31/15 | 096 | 4689259 | 162763 | | MKAND | Working Meals - Payee: Colby Brands LLC (Cosi) Working lunch for 10 people on 3/12/15 re: preparation for first day hearing | 160.00 | 160.00 | | B | — — — — — |

CONTROL:   714616

Young, Conaway, Stargatt and Taylor
PROFORMA BILLING WORKSHEET
FOR BILLING PROFORMA NUMBER   272043

Page 106 (106)
RUN: 04/17/15
TIME: 14:35:40

CLIENT: 073986 Standard Register     (Continued)

MATTER: 073986.1001 Debtor Representation

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | STATUS BNC B/O H X BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | VENDOR NAME: Colby Brands LLC (Cosi) | | | | | |
| 03/31/15 | S001 | 4690155 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 37.20 | 18.60 | _____ | B | — — — — — — |
| | | | | | | VENDOR NAME: | | | | | |
| 03/31/15 | S001 | 4690156 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 2.00 | 1.00 | _____ | B | — — — — — — |
| | | | | | | VENDOR NAME: | | | | | |
| 03/31/15 | S001 | 4690157 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 1.40 | 0.70 | _____ | B | — — — — — — |
| | | | | | | VENDOR NAME: | | | | | |
| 03/31/15 | S001 | 4690158 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 7.80 | 3.90 | _____ | B | — — — — — — |
| | | | | | | VENDOR NAME: | | | | | |
| 03/31/15 | S001 | 4690159 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 2.00 | 1.00 | _____ | B | — — — — — — |
| | | | | | | VENDOR NAME: | | | | | |
| 03/31/15 | S001 | 4690160 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 3.60 | 1.80 | _____ | B | — — — — — — |
| | | | | | | VENDOR NAME: | | | | | |
| 03/31/15 | S001 | 4690161 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 10.80 | 5.40 | _____ | B | — — — — — — |
| | | | | | | VENDOR NAME: | | | | | |
| 03/31/15 | S001 | 4690162 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 23.40 | 11.70 | _____ | B | — — — — — — |
| | | | | | | VENDOR NAME: | | | | | |
| 03/31/15 | S001 | 4690163 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 2.60 | 1.30 | _____ | B | — — — — — — |
| | | | | | | VENDOR NAME: | | | | | |
| 03/31/15 | S001 | 4690164 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 3.60 | 1.80 | _____ | B | — — — — — — |
| | | | | | | VENDOR NAME: | | | | | |
| 03/31/15 | S001 | 4690165 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 1.60 | 0.80 | _____ | B | — — — — — — |
| | | | | | | VENDOR NAME: | | | | | |
| 03/31/15 | S001 | 4690166 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 4.80 | 2.40 | _____ | B | — — — — — — |

CONTROL:     714616

Young, Conaway, Stargatt and Taylor
FOR PROFORMA BILLING WORKSHEET      272043
FOR BILLING PROFORMA NUMBER

CLIENT: 073986 Standard Register    (Continued)

MATTER: 073986.1001 Debtor Representation

UNBILLED EXPENSES

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | STATUS BNC B/O H X EMP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | VENDOR NAME: | | | 0968 | | | | | | |
| 03/31/15 | S001 | 4690167 | | | | TBOLLPhotocopy Charges Duplication BW 0968 | 8.00 | 4.00 | | B | |
| | | VENDOR NAME: | | | | | | | | | |
| 03/31/15 | S001 | 4690168 | | | | TBOLLPhotocopy Charges Duplication BW 0968 | 11.00 | 5.50 | | B | |
| | | VENDOR NAME: | | | | | | | | | |
| 03/31/15 | S001 | 4690169 | | | | TBOLLPhotocopy Charges Duplication BW 0968 | 1.60 | 0.80 | | B | |
| | | VENDOR NAME: | | | | | | | | | |
| 03/31/15 | S001 | 4690170 | | | | TBOLLPhotocopy Charges Duplication BW 0968 | 7.80 | 3.90 | | B | |
| | | VENDOR NAME: | | | | | | | | | |
| 03/31/15 | S001 | 4690171 | | | | TBOLLPhotocopy Charges Duplication BW 0968 | 1.60 | 0.80 | | B | |
| | | VENDOR NAME: | | | | | | | | | |
| 03/31/15 | S001 | 4690172 | | | | TBOLLPhotocopy Charges Duplication BW 0968 | 3.60 | 1.80 | | B | |
| | | VENDOR NAME: | | | | | | | | | |
| 03/31/15 | S001 | 4690173 | | | | TBOLLPhotocopy Charges Duplication BW 0968 | 7.00 | 3.50 | | B | |
| | | VENDOR NAME: | | | | | | | | | |
| 03/31/15 | S001 | 4690174 | | | | TBOLLPhotocopy Charges Duplication BW 0968 | 2.40 | 1.20 | | B | |
| | | VENDOR NAME: | | | | | | | | | |
| 03/31/15 | S001 | 4690175 | | | | TBOLLPhotocopy Charges Duplication BW 0968 | 4.80 | 2.40 | | B | |
| | | VENDOR NAME: | | | | | | | | | |
| 03/31/15 | S001SCN | 4690179 | | | | TBOLLScanning Charges 0968 | 0.20 | 0.10 | | B | |
| | | VENDOR NAME: | | | | | | | | | |
| 03/31/15 | S001SCN | 4690180 | | | | TBOLLScanning Charges 0968 | 0.20 | 0.10 | | B | |
| | | VENDOR NAME: | | | | | | | | | |
| 03/31/15 | S001SCN | 4690181 | | | | SMERGScanning Charges 1072 | 0.80 | 0.40 | | B | |
| | | VENDOR NAME: | | | | | | | | | |

Young, Conaway, Stargatt and Taylor
PROFORMA BILLING WORKSHEET
FOR BILLING PROFORMA NUMBER   272043

Page 108 (108)
RUN: 04/17/15
TIME: 14:35:40

CONTROL:    714616

CLIENT: 073986 Standard Register                    MATTER: 073986.1001 Debtor Representation

UNBILLED EXPENSES          (Continued)

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | STATUS BNC B/O H X BNP |
|------|------|------|------|------|------|------|------|------|------|------|------|
| 03/31/15 | S001SCN | 4690182 | | | | TB011Sscanning Charges | 0.20 | 0.10 | | B | |
| | | | | | | 0968 | | | | | |

VENDOR NAME:

| | RECORDED VALUE | BILLING VALUE |
|---|---|---|
| INCLUDED EXPENSES FOR MATTER: 073986.1001 | 2,900.00 | 1,794.60 |
| EXCLUDED EXPENSES (Expenses on Hold) | 0.00 | 0.00 |
| EXPENSES AFTER CUTOFF DATE | | 23,926.07 |

STATUS CODE LEGEND
B    Billable                              H    Expense on Hold (Excluded)          NB    Non-Billable
BNC  Bill - No Charge                      X    Excluded from Instruction           BNP   Expense will not show on Statement
B/O  Billable - reduce value to "0"

EXPENSE CODE SUMMARY

| EXPENSE CODE | DESCRIPTION | RECORDED VALUE | BILLING VALUE |
|------|------|------|------|
| 053 | Delivery / Courier | 42.50 | 42.50 |
| 096 | Working Meals | 444.70 | 444.70 |
| 096D | Working Meals - Delivery | 28.00 | 28.00 |
| S001 | Photocopy Charges | 2,129.60 | 1,064.80 |
| S001SCN | Scanning Charges | 81.20 | 40.60 |
| S904 | Teleconference / Video Conference | 174.00 | 174.00 |
| | EXPENSE TOTAL | 2,900.00 | 1,794.60 |

| | | |
|---|---|---|
| TOTAL EXPENSES FOR INSTRUCTION: | 272043 | 2,900.00 | 1,794.60 |