# EXHIBIT C

01:16998785.1

## BUDGETED AMOUNT
### March
$150,000

## PROFESSIONAL RATES
### March

| | March |
|---|---|
| John T. Dorsey | $765.00 |
| Michael R. Nestor | $725.00 |
| Kara Hammond Coyle | $485.00 |
| Maris J. Kandestin | $460.00 |
| Andrew Magaziner | $400.00 |
| Elizabeth S. Justison | $310.00 |
| Troy Bollman | $190.00 |

## BUDGETED HOURS
### March

| | March |
|---|---|
| John T. Dorsey | 5 |
| Michael R. Nestor | 45.4 |
| Kara Hammond Coyle | 91.2 |
| Maris J. Kandestin | 57.4 |
| Andrew Magaziner | 24.1 |
| Elizabeth S. Justison | 46.4 |
| Troy Bollman | 40.3 |
| TOTAL | 309.8 |

## BUDGETED FEES
### March

| | March |
|---|---|
| John T. Dorsey | $3,825.00 |
| Michael R. Nestor | $32,915.00 |
| Kara Hammond Coyle | $44,232.00 |
| Maris J. Kandestin | $26,404.00 |
| Andrew Magaziner | $9,640.00 |
| Elizabeth S. Justison | $14,384.00 |
| Troy Bollman | $7,657.00 |
| TOTAL | $139,057.00 |

## BUDGETED EXPENSES
### March
$1,794.60

| | |
|---|---|
| TOTAL FEES & EXPENSES | $140,851.60 |

| PROFESSIONAL | POSITION OF PROFESSIONAL; NUMBER OF YEARS IN THAT POSITION; YEAR OBTAINING LICENSE TO PRACTICE, IF APPLICABLE |
|---|---|
| John T. Dorsey | Partner since 2004. Joined firm as special counsel in 2003. Member of DE Bar since 1990. |
| Michael R. Nestor | Partner since 2003; joined firm as associate in 1998; member of PA and NJ bars since 1995; member of DE bar since 1996. |
| Kara Hammond Coyle | Partner since 2014. Joined firm as an associate in 2003. Member of DE Bar since 2003. |
| Maris J. Kandestin | Joined firm as an associate in 2009. Member of PA and NJ bars since 2004; member of DE bar since 2009. |
| Andrew Magaziner | Joined firm as an associate in 2009. Member of DE Bar since 2009. |
| Elizabeth S. Justison | Joined firm as an associate in 2013. Member of DE Bar since 2013. |
| Troy Bollman | Paralegal |