UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>THE STANDARD REGISTER COMPANY, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Sebastian V. Higgins, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On April 20, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Supplemental Service List attached hereto as **Exhibit A**:

- Notice of Commencement of Chapter 11 Bankruptcy Cases, Meeting of Creditors and Fixing of Certain Dates [Docket No. 132]

Dated: April 24, 2015

_____
Sebastian V. Higgins

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on April 24, 2015, by Sebastian V. Higgins, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

ADAM ADLER
NOTARY PUBLIC-STATE OF NEW YORK
No. 02AD6306134
Qualified in Nassau County
My Commission Expires June 16, 2018

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

SRF 2230-2439

**Exhibit A**

SRF 2230-2439

| NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| AARP | PO BOX 2842 | Clinton | IA | 52733-2842 |
| ACADIA LEAD MANAGEMENT SERVICES | 4738 Gateway Cir STE A | Dayton | OH | 45440-1724 |
| ALLIANCE IDENTIFICATION & SECURITY SYSTEMS INC. | PO BOX 676 | Dayton | OH | 45401-0676 |
| Axiall, LLC | 1000 ABERNATHY RD STE 1200 | Atlanta | GA | 30328-5653 |
| BEST IMAGING SOLUTIONS INC | 55 E Monroe St Lowr Level | CHICAGO | IL | 60603-5790 |
| BRADY IMPLEMENT COMPANY | PO BOX 880 | Coleman | TX | 76834-0880 |
| BRAILLE CO INC | 38 Peterson Rd | FALMOUTH | MA | 02540-3346 |
| Centric Consulting, LLC | 1215 Lyons Rd # F | Dayton | OH | 45458-1858 |
| CK & M DIRECT MAIL ADVERTISING INC | 1250 Northmeadow Pkwy Ste 116 | ROSWELL | GA | 30076-4914 |
| CONNECT CHEMICALS USA LLC | 7000 Peachtree Dunwoody RD Bldg 9-100 | Atlanta | GA | 30328-5757 |
| CONNECTICUT LIGHT & POWER | PO Box 650032 | Dallas | TX | 75265-0032 |
| CREATE PLUS INC | 26500 Agoura Rd Ste 102 | Calabasas | CA | 91302-3571 |
| DAVA PHARMACY | PO Box 1204. | LANSDOWNE | PA | 19050-8204 |
| DEBRA HICKMAN | REDACTED | REDACTED | REDACTED | REDACTED |
| DIAGNOSTIC PATHOLOGY LLC | 5700 SOUTHWYCK BLVD. | TOLEDO | OH | 43614-1509 |
| DIEBOLD INC | PO BOX 3077 | NORTH CANTON | OH | 44720-8077 |
| DONOVAN, DOROTHY | REDACTED | REDACTED | REDACTED | REDACTED |
| DOOR SYSTEMS INC | 2019 Coporate Ln STE 159 | Naperville | IL | 60563-9748 |
| DYNAMIC PRINTING OF BRANDON | 6014 Tealside CT | Lithia | FL | 33547-3872 |
| EASTERN BUSINESS FORMS INC | 2845 Jerusalem RD | LEXINGTON | NC | 27292-7262 |
| Eckman, James R. | REDACTED | REDACTED | REDACTED | REDACTED |
| Enterprise Search Associates, LLC | PO BOX 293053 | Kettering | OH | 45429-9053 |
| ENVIROSAX LLC | 5520 Ruffin RD STE 201 | SAN DIEGO | CA | 92123-1320 |
| EXPEDATA LLC | 8073 Washington Village Dr # 100 | Dayton | OH | 45458-1847 |
| First Technology Federal Credit Union | 1335 Terra Bella Ave | Mountain View | CA | 94043-1835 |
| FRANK W ABAGNALE & ASSOC | 116 Iron Bottom Ln | CHARLESTON | SC | 29492-7995 |
| GERISCRIPT | 220 W Parkway Ste 4 | Pompton Plns | NJ | 07444-1048 |
| GRAPHIC DESIGNS UNLIMITED | PO BOX 1410 | Agoura Hills | CA | 91376-1410 |
| Graziano, Cristina | REDACTED | REDACTED | REDACTED | REDACTED |
| GULISTAN CARPET INC (DIP) | PO BOX 1059 | Rocky Mount | VA | 24151-8059 |
| HALL GRAPHICS | PO BOX 250927 | Plano | TX | 75025-2927 |

Exhibit A
Supplemental Service List
Served via First Class Mail

| NAME | ADDRESS | CITY | STATE | ZIP |
| --- | --- | --- | --- | --- |
| HEALTH MANAGEMENT ASSOCIATES INC | 4000 Meridian Blvd | Franklin | TN | 37067-6325 |
| Hill, Christopher L. | REDACTED | REDACTED | REDACTED | REDACTED |
| HUDSON VALLEY PAPER COMPANY | 20 Towne Dr # 212 | Bluffton | SC | 29910-4204 |
| HUTCHISON ALLGOOD PRINTING CO | 4301 Waterleaf CT | Greensboro | NC | 27410-8106 |
| INFINITI VACUUM AND MACHINE WORKS | 11925 Main St Unit 152 | Sunol | CA | 94586-5007 |
| INGERSOLL RAND | PO BOX 1989 | Midland | MI | 48641-1989 |
| International Masters Publishers, Inc. | 40 W 27TH ST FL 5 | New York | NY | 10001-6908 |
| IT Xcel Consulting LLC dba XGS.IT | 7112 Office Park Dr | West Chester Park Dr | OH | 45069-2261 |
| JACQUELINE STANFIELD | 7200 Jaywick Ave Apt 701 | FT WASHINGTON | MD | 20744-2070 |
| JAMI MADEWELL | 2405 Bushwick Dr | Dayton | OH | 45439-3111 |
| JOHN A CAMOZZI & MURIEL JANE CAMOZZI JT TEN | REDACTED | REDACTED | REDACTED | REDACTED |
| KENCO LABEL & TAG | 6543 N Sidney Pl | MILWAUKEE | WI | 53209-3215 |
| KEY CONSTRUCTION LLC | 141 Silverstone Dr | MURFREESBORO | TN | 37130-1542 |
| KEY ENERGY 4045 OPERATIONS | 1301 Mckinney Ste 1800 | Houston | TX | 77010-3057 |
| KRULL, JEREMY | REDACTED | REDACTED | REDACTED | REDACTED |
| LAUER ENTERPRISES  INC | 20806 Springfield CIR | CLEVELAND | OH | 44149-5834 |
| LBUBS 2006-C1 NORCROSS OFF. L P | 1230 Peachtree St NE STE 800 | ATLANTA | GA | 30309-7536 |
| LIGHTHOUSE BRANDING & MERCHANDISING | 1255 Corporate Dr | Holland | OH | 43528-9590 |
| LOGOIT | 16224 E 13 Mile RD | ROSEVILLE | MI | 48066-1524 |
| LONG RUN PRESS INC | 3300 Eastern Blvd | Montgomery | AL | 36116-1408 |
| Mack, James A. | REDACTED | REDACTED | REDACTED | REDACTED |
| MARSH & MCLENNAN AGENCY LLC | Park 80 Plaza 2 250 Pehle W Ste 400 | Saddle Brook | NJ | 07663 |
| MARTIN, ELMERDEANE | REDACTED | REDACTED | REDACTED | REDACTED |
| MASSEY COMPANY | 9006 Perimeter Woods Dr Ste A | Charlotte | NC | 28216-2404 |
| MEDERICARETENDERSBREESE | 496 MEMORIAL DR | BREESE | IL | 62230-1096 |
| METCALF FAMILY TRUST | 1030 Sunrise Ridge DR | LAFAYETTE | CA | 94549-1751 |
| MIDWEST GRAPHIC CONSULTANTS | 111 Erick St STE 128 | CRYSTAL LAKE | IL | 60014-1314 |
| Moody, JoAnn E. | REDACTED | REDACTED | REDACTED | REDACTED |
| NATIONAL GRID | PO BOX 11791 | Newark | NJ | 07101-4791 |
| NORTH COUNTRY FEDERAL CREDIT UNION | PO Box 64709 | Burlington | VT | 05406-4709 |
| OCA INNOVATION GROUP LLC | 6470 SW 41st St Apt 24 | MIAMI | FL | 33155-5100 |

| NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| OCI OFFICE CONCEPTS INC | 100 CUMMINGS CTR STE 139F | BEVERLY | MA | 01915-6168 |
| ONESOURCE PRINTING | P O BOX 560 | Auburn | ME | 04212-0560 |
| OPTICAL IMAGING SYSTEMS | 100 Waterfront Pl | Dayton | OH | 45458-3864 |
| P M I COMPUTER SUPPLIES | 1834 Walton Rd | SAINT LOUIS | MO | 63114-5820 |
| PAPER CLIP STATIONERS | PO BOX 6651 | BIG BEAR LAKE | CA | 92315-6651 |
| PARAMOUNT FARMING COMPANY | 6801 E Lerdo HWY | Shafter | CA | 93263-9610 |
| Peachtree II and III, | 3567 Parkway Ln STE 150 | Peachtree Corners | GA | 30092-2846 |
| PLASTECH | 920 S Frandsen Ave | RUSH CITY | MN | 55069-3006 |
| Price, Aaron M. | REDACTED | REDACTED | REDACTED | REDACTED |
| PRIDE TECHNOLOGIES | 4445 Lake Forest Dr Ste 490 | Blue Ash | OH | 45242-3744 |
| PRINT MANAGEMENT GROUP | 1650 Elm St Ste 202 | Manchester | NH | 03101-1217 |
| QUALITY MEDICAL TRANSCRIPTION | PO BOX 497 | DSRT HOT SPGS | CA | 92240-0497 |
| QUIK PRINT OF FLORENCE | PO Box 4338 | FLORENCE | SC | 29502-4338 |
| RAINMEN USA INC | 10 Maple St | Norwood | NJ | 07648-2004 |
| Rickey, Tamatha I. | REDACTED | REDACTED | REDACTED | REDACTED |
| SANDERS, RICHARD E | REDACTED | REDACTED | REDACTED | REDACTED |
| Sashington, Richelle A. | REDACTED | REDACTED | REDACTED | REDACTED |
| SCHOCH, IMOGENE | REDACTED | REDACTED | REDACTED | REDACTED |
| SOUTHERN BUSINESS SYSTEMS INC | 1865 Corporate DR STE 200 | NORCROSS | GA | 30093-2927 |
| SPECTRUM BRANDS INC | PO Box 620992 | MIDDLETON | WI | 53562-0992 |
| STEPHANIE M JONES | REDACTED | REDACTED | REDACTED | REDACTED |
| SUPERIOR IMAGE | PO BOX 868 | Mason | OH | 45040-0868 |
| TECHNOLOGY RECOVERY GROUP | 31390 Viking Pkwy | WESTLAKE | OH | 44145-1063 |
| TEMPIL LA CO INDUSTRIES | 1201 Pratt Blvd | Elk Grove VLG | IL | 60007-5708 |
| TERMINIX INTERNATIONAL | 2423 Sand Lake Rd # 100 | ORLANDO | FL | 32809-7641 |
| TL SPORTSWEAR | 2340 Havana TRL | The Villages | FL | 32162-5063 |
| Tully, Kate | REDACTED | REDACTED | REDACTED | REDACTED |
| TYLER TECHNOLOGIES INC | 1 Tyler Dr | YARMOUTH | ME | 04096-6828 |
| UCSF MEDICAL CENTER-A/P DEPT | PO BOX 7236 | SAN FRANCISCO | CA | 94120-7236 |
| USADATA INC | 477 Madison AVE STE 1220 | NEW YORK | NY | 10022-5839 |
| WEST OHIO X-RAY | PO BOX L-3602 | Columbus | OH | 43260-0001 |

Supplemental Service List
Served via First Class Mail

| NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| WEST SIDE WASH & OIL CHANGE | 118 Kestrel Way | Hartland | WI | 53029-2914 |
| WILLIAM GREGG | REDACTED | REDACTED | REDACTED | REDACTED |
| WINCHESTER, JERRY | REDACTED | REDACTED | REDACTED | REDACTED |
| WORKFLOWONE GRAPHICS SUPPORT | PO BOX 1167 | DAYTON | OH | 45401-1167 |
| WORKFLOWONE SERVICES | PO BOX 1157 | DAYTON | OHIO | 45401-1167 |
| YANKEE GAS SERVICES | PO BOx 650034 | Dallas | TX | 75265-0034 |