**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF MONTHLY FEE APPLICATION**
**OF PRIME CLERK LLC, ADMINISTRATIVE ADVISOR**
**TO THE DEBTORS, FOR COMPENSATION FOR SERVICES**
**AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD**
**FROM MARCH 12, 2015 THROUGH MARCH 31, 2015**

TO:  (I) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) THE DEBTORS AND THEIR COUNSEL; (III) COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS; AND (IV) ALL OTHER PARTIES REQUIRED TO RECEIVE NOTICE PURSUANT TO THE INTERIM COMPENSATION ORDER.

**PLEASE TAKE NOTICE** that Prime Clerk LLC filed the attached *Monthly Fee Application of Prime Clerk LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from March 12, 2015 through March 31, 2015* (the "**Application**").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Application, Prime Clerk LLC seeks allowance and approval of fees in the amount of $1,740.50 (of which Prime Clerk LLC seeks payment of 80% or $1,392.40) and reimbursement of expenses in the amount of $0.00.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Application must be filed on or before **May 13, 2015 at 4:00 p.m. (ET)** (the "**Objection Deadline**") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of any objection so as to be received by the following on or before the Objection Deadline: (i) the Standard Register Company, 600 Albany Street, Dayton, OH 45417 (Attn: Kevin Carmody, CRO), (ii) the attorneys for the Debtors, (A) Gibson, Dunn & Crutcher LLP, 333 South Grand

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

Avenue, Los Angeles, CA 90071 (Attn: Robert A. Klyman) and (B) Young Conaway Stargatt & Taylor, LLP, 1000 N. King Street, Rodney Square, Wilmington, DE 19801 (Attn: Michael R. Nestor); (iii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Mark Kenney); (iv) counsel for Silver Point Finance, LLC, Skadden, Arps, Slate, Meagher & Flom LLP, 155 N. Wacker Drive, Chicago, IL 60606-1720 (Attn: Ron E. Meisler); (v) counsel for Bank of America, N.A., Parker, Hudson, Rainer & Dobbs LLP, 1500 Marquis Two Tower, 285 Peachtree Center Avenue, Atlanta, GA 30303 (Attn: C. Edward Dobbs, Esq.); and (vi) counsel for the Official Committee of Unsecured Creditors, Lowenstein Sandler LLP, 1251 Avenue of the Americas, New York, NY 10020 (Attn: Wojciech F. Jung, Esq.); and (vii) Prime Clerk LLC, 830 Third Avenue, 9th Floor, New York, New York 10022 (Attn: Adam M. Adler).

**PLEASE TAKE FURTHER NOTICE** that pursuant to the order establishing procedures for interim compensation and reimbursement of expenses for retained professionals [Docket No. 260], if no objections are filed and served in accordance with the above procedure, the Debtors will be authorized to pay 80% of the requested interim fees and 100% of the requested interim expenses without further order of the court.

**PLEASE TAKE FURTHER NOTICE** that only if an objection is properly and timely filed in accordance with the above procedure will a hearing be held on the Application.

Dated: April 28, 2015
      New York, New York

                                PRIME CLERK LLC

                            By:    */s/ Adam M. Adler*
                                      Adam M. Adler
                                      830 Third Avenue, 9th Floor
                                      New York, New York 10022

                                      Administrative Advisor to the Debtors

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered)<br>**Objection Deadline: May 13, 2015 at 4:00 p.m. (ET)** |

**MONTHLY FEE APPLICATION OF PRIME CLERK LLC,
ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD FROM MARCH 12, 2015 THROUGH MARCH 31, 2015**

| | |
|---|---|
| Name of Applicant: | Prime Clerk LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Effective Date of Retention: | March, 12 2014 |
| Period for which compensation and reimbursement is sought: | March 12, 2015 through March 31, 2015 (collectively, the "**Fee Period**") |
| Amount of compensation sought as actual, reasonable and necessary: | $1,740.50 (of which Prime Clerk LLC seeks payment of 80% or $1,392.40) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is a:   __X__   monthly _____ final application.

The total time expended for the preparation of Prime Clerk LLC's monthly fee application is approximately 2.0 hours. The corresponding compensation is not included herein but will be requested in a future application.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

**Prior Applications**

No prior applications have been filed.

**Summary of Hours Billed by Prime Clerk Employees During the Fee Period**

| Prime Clerk Employee | Position of the Applicant | Total Hours | Hourly Rate | Total Fees Requested |
|---|---|---|---|---|
| Daloia, James F. | Director of Solicitation | 0.20 | $210.00 | $42.00 |
| Smith, David M. | Director | 5.60 | $190.00 | $1,064.00 |
| Steele, Benjamin J. | Director | 1.90 | $190.00 | $370.50 |
| Malo, David R. | Senior Consultant | 1.60 | $165.00 | $264.00 |
| | **Total:** | **9.30** | | **$1,740.50** |
| | **Blended Rate** | | **$187.15** | |

**Summary of Fees Billed by Subject Matter During the Fee Period**

| Matter Description | Total Hours | Total Fees Requested |
|---|---|---|
| Schedules & SOFA | 9.10 | $1,698.50 |
| Solicitation | 0.20 | $42.00 |
| **Total** | **9.30** | **$1,740.50** |

2

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered)<br>**Objection Deadline: May 13, 2015<br>at 4:00 p.m. (ET)** |

**MONTHLY FEE APPLICATION OF PRIME CLERK LLC,
ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD FROM MARCH 12, 2015 THROUGH MARCH 31, 2015**

Prime Clerk LLC ("**Prime Clerk**"), administrative advisor to The Standard Register Company and certain of its affiliates, as debtors and debtors in possession (collectively, "**Debtors**"), files this monthly fee application (the "**Application**"), pursuant to sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Bankruptcy Rules**") and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated April 13, 2015 [Docket No. 260] (the "**Interim Compensation Order**"), for payment of compensation for professional services rendered to the Debtors and for reimbursement of actual and necessary expenses incurred in connection with such services for the period from March 12, 2015 through

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

March 31, 2015 (the "**Fee Period**").  In support of the Application, Prime Clerk respectfully represents as follows:

**Preliminary Statement**

1.  Pursuant to the Application, Prime Clerk seeks allowance and approval of fees in the amount of $1,740.50 (of which Prime Clerk LLC seeks payment of 80% or $1,392.40) and reimbursement of expenses in the amount of $0.00.

2.  Pursuant to the *Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor Nunc Pro Tunc to the Petition Date*, dated April 13, 2015 [Docket No. 259], the Court authorized the Debtors to retain Prime Clerk as administrative advisor in these chapter 11 cases *nunc pro tunc* to March 12, 2015.  Accordingly, pursuant to the Interim Compensation Order, the Court authorized Prime Clerk to file the Application for monthly compensation and authorized the Debtors to compensate Prime Clerk in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and such other procedures as may be fixed by order of the Court.

3.  Pursuant to the Interim Compensation Order, upon the expiration of the Objection Deadline (as defined in the Interim Compensation Order), the Debtors are authorized and directed to pay Prime Clerk an amount equal to the lesser of:  (a) 80% of the fees and 100% of the expenses requested in the Application; or (b) 80% of the fees and 100% of the expenses requested in the Application that are not subject to an Objection (as defined in the Interim Compensation Order).

4.  During the Fee Period, Prime Clerk worked with the Debtors' and their professionals on, among other things, preparation of the Debtors' schedules of assets and liabilities (collectively, the "**Schedules**") and statements of financial affairs (collectively, the "**SOFAs**").

**Jurisdiction**

5.      The United States Bankruptcy Court for the District of Delaware has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

6.      Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

7.      The statutory bases for the relief requested herein are sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Bankruptcy Rule 2016-2.

**Relief Requested**

8.      By the Application, Prime Clerk requests:  (a) allowance and approval of fees in the amount of $1,740.50 (of which Prime Clerk LLC seeks payment of 80% or $1,392.40) on account of reasonable and necessary professional services rendered to the Debtors by Prime Clerk and (b) reimbursement of actual and necessary costs and expenses in the amount of $0.00.

**Background**

9.      On March 12, 2015 (the "**Petition Date**"), each of the Debtors filed a voluntary petition with the Court under chapter 11 of the Bankruptcy Code.  The Debtors are operating their businesses and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  These chapter 11 cases are being jointly administered pursuant to Bankruptcy Rule 1015(b).

**Compliance with the Interim Compensation Order**

10.     Prime Clerk has prepared the Application in accordance with the procedures set forth in the Interim Compensation Order.  During the Fee Period, Prime Clerk professionals billed a total of 9.30 hours for which compensation is requested.  Prime Clerk seeks allowance and approval of (a) fees in the amount of $1,740.50 (of which Prime Clerk LLC seeks payment of 80% or $1,392.40) and (b) $0.00 for actual and necessary costs and expenses.

11. Prime Clerk's hourly rates are set at a level designed to fairly compensate Prime Clerk for the work of its professionals and to cover routine overhead expenses. Hourly rates vary with the experience and seniority of the individuals assigned. These hourly rates are subject to periodic adjustments to reflect economic and other conditions and are consistent with the rates charged elsewhere.

12. Further, **Exhibit A** hereto: (a) identifies the individual that rendered services in each subject matter; (b) describes each activity or service that the individual performed; and (c) states the number of hours (in increments of tenths of an hour) spent by the individual providing the services.

### Summary of Professional Services Rendered

13. The professional services that Prime Clerk rendered during the Fee Period are grouped by subject matter and summarized as follows:

- Schedules & SOFA

    Fees: $1,698.50; Hours: 9.1

    Schedules & SOFA services provided included: (i) multiple conferencing with Debtors' counsel, other professionals and the Debtors regarding preparation of the Schedules and SOFAs; and (ii) preparing a memo regarding the Schedules and SOFAs process for Debtors' counsel and conferencing with Debtors' counsel regarding same.

- Solicitation

    Fees: $42.00; Hours: 0.20

    Solicitation services provided included updating the internal case calendar.

### Representations and Reservation of Rights

14. The undersigned has reviewed the requirements of Local Bankruptcy Rule 2016-2 and hereby attests that this Application conforms to such requirements.

15. Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in the Application due to delays caused by accounting and processing during the Fee Period. Prime Clerk reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, Local Bankruptcy Rules, and the Interim Compensation Order.

### Notice

16. Prime Clerk has provided notice of this Application to: (a) the Office of the United States Trustee for the District of Delaware; (b) the Debtors; (c) counsel to the Debtors; and (d) to all parties required to be served pursuant to the Interim Compensation Order.

17. In light of the nature of the relief requested herein, Prime Clerk respectfully submits that no further notice is necessary.

## **CONCLUSION**

**WHEREFORE**, pursuant to the Interim Compensation Order, Prime Clerk requests: (a) allowance and approval of fees in the amount of $1,740.50 (of which Prime Clerk LLC seeks payment of 80% or $1,392.40); and (b) reimbursement of actual and necessary costs and expenses in the amount of $0.00.

Dated:  April 28, 2015
      New York, New York

*/s/ Adam M. Adler*
Adam M. Adler
Director of Quality Assurance & Legal Affairs
Prime Clerk LLC
830 Third Avenue, 9th Floor
New York, New York 10022
Phone: (212) 257-5445
Fax: (212) 257-5452
aadler@primeclerk.com

## VERIFICATION

STATE OF NEW YORK        )
                         )   SS:
COUNTY OF NEW YORK       )

    I, Adam M. Adler, after being duly sworn according to law, deposes and says:

1. I am the Director of Quality Assurance & Legal Affairs of Prime Clerk LLC.

2. I am generally familiar with the work performed on behalf of the Debtors by Prime Clerk professionals.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief.

4. I have reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware, and to the best of my knowledge, information and belief, the foregoing Application complies with such Local Rule.

                                                                                              Adam M. Adler

SWORN TO AND SUBSCRIBED before me this 28th day of April, 2015.

                                                               Notary Public

CHRISTINA PULLO
Notary Public, State of New York
No. 02PU6288253
Qualified in Nassau County
Commission Expires September 3, 20___

**Exhibit A**

**Fee Detail**



830 Third Avenue, 9th Floor
New York, NY 10022

primeclerk.com

## Hourly Fees by Employee through March 2015

| Initial | Employee Name | Title | Hours | Rate | Total |
|---|---|---|---|---|---|
| DRM | Malo, David R | SC - Senior Consultant | 1.60 | $165.00 | $264.00 |
| DMS | Smith, David M | DI - Director | 5.60 | $190.00 | $1,064.00 |
| BJS | Steele, Benjamin J | DI - Director | 1.90 | $195.00 | $370.50 |
| JFD | Daloia, James F | DS - Director of Solicitation | 0.20 | $210.00 | $42.00 |
| | | **TOTAL:** | **9.30** | | **$1,740.50** |

## Hourly Fees by Task Code through March 2015

| Task Code | Task Code Description | Hours | Total |
|---|---|---|---|
| CASE | Case Administration | 1.60 | $264.00 |
| SOFA | Schedules & SOFA | 7.50 | $1,434.50 |
| SOLI | Solicitation | 0.20 | $42.00 |
| | **TOTAL:** | **9.30** | **$1,740.50** |

The Standard Register Company

---

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|---|---|---|---|---|---|
| 03/25/15 | DRM | SC | Confer and correspond with Gibson Dunn and client regarding preparation of SOFAs and SOALs | Case Administration | 1.60 |
| 03/13/15 | DMS | DI | Prepare memos for schedules and SOFA for Gibson; confer with Gibson re same | Schedules & SOFA | 0.40 |
| 03/19/15 | JFD | DS | Update to internal case calendar | Solicitation | 0.20 |
| 03/25/15 | BJS | DI | Prepare for and attend SOFA/Schedule kickoff call with advisors and company | Schedules & SOFA | 1.70 |
| 03/26/15 | BJS | DI | Attend SOFA/Schedule call with Gibson Dunn | Schedules & SOFA | 0.20 |
| 03/31/15 | DMS | DI | Confer with Alix, McKinsey and Gibson re preparation of SOFA 7 and SOFA 24 and Schedules B18-B23, and E | Schedules & SOFA | 0.60 |
| 03/31/15 | DMS | DI | Confer with Alix, McKinsey and Gibson re preparation of SOFA 15 and Schedule A | Schedules & SOFA | 0.30 |
| 03/31/15 | DMS | DI | Confer with Alix and Gibson re preparation of SOFA 3b, 3c, 11, 12 and 13 and Schedules B1-B3, and D-H | Schedules & SOFA | 1.50 |
| 03/31/15 | DMS | DI | Confer with Alix and Gibson re preparation of SOFA 3b, 3c, and 25 and Schedule B20 | Schedules & SOFA | 0.70 |
| 03/31/15 | DMS | DI | Confer with Alix and Gibson re preparation of Schedules B24 | Schedules & SOFA | 0.20 |
| 03/31/15 | DMS | DI | Confer with Alix and Gibson re preparation of Schedules 14, 20a, and 20b | Schedules & SOFA | 0.70 |
| 03/31/15 | DMS | DI | Confer with Alix and Gibson re preparation of Schedules B3,B4,B5,B9,B10,B12,B19,B25,B26,B27,B28,B29,B30,B31,B32,B33,B34,B35 and SOFAs 1,2,8,10a,10b,19a,19b,19c, and 19d | Schedules & SOFA | 1.20 |

**Total Hours**     **9.30**