UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                   :        Bankruptcy No.  15-10541-BLS
                                         :
The Standard Register Company,           :        Chapter  11
                                         :
                                         :
                    Debtor               :


**<u>NOTICE OF APPEARANCE</u>**


TO THE CLERK OF COURT:

        Kindly enter my appearance on behalf of the Commonwealth of Pennsylvania,

Department of Revenue in this case.

        PLEASE TAKE NOTICE that the Commonwealth of Pennsylvania, Department of

Revenue respectfully requests that all notices given or required to be given in this case by the

Court and/or any party be given to the Commonwealth by serving the undersigned counsel.


                                         KATHLEEN G. KANE
                                         ATTORNEY GENERAL


DATED:  4/28/2015            BY:   /s/  Carol E. Momjian
                                         Carol E. Momjian
                                         Senior Deputy Attorney General
                                         Attorney I.D. No. 49219
                                         Office of Attorney General
                                         21 S. 12th Street, 3rd Floor
                                         Philadelphia, PA 19107-3603
                                         Tel: (215) 560-2128
                                         Fax: (215) 560-2202
                                         E-mail:  cmomjian@attorneygeneral.gov