UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 15-10541-BLS |
| | : | |
| The Standard Register Company, | : | Chapter 11 |
| | : | |
| | : | |
| Debtor | : | |

CERTIFICATE OF SERVICE

I, Carol E. Momjian, hereby certify that Notice of Appearance has been filed electronically on April 28, 2015, and is available for viewing and downloading from the Court's Electronic Case Filing System.

I further certify that I have this day served the foregoing document by first class mail, postage prepaid, on the following: Not Applicable.

KATHLEEN G. KANE
ATTORNEY GENERAL

BY:  */s/ Carol E. Momjian*
Carol E. Momjian
Senior Deputy Attorney General
Attorney I.D. No. 49219
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603
Tel: (215) 560-2128
Fax: (215) 560-2202
E-mail: cmomjian@attorneygeneral.gov