## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re:

THE STANDARD REGISTER COMPANY, *et al.,*

       Debtors.

Chapter 11

Case No. 15-10541 (BLS)

(Jointly Administered)

### NOTICE OF APPEARANCE, REQUEST FOR NOTICE
### AND RESERVATION OF RIGHTS

Pursuant to Bankruptcy Rules 9010(b) and 2002(g) and (i), the undersigned hereby notes his appearance on behalf of Customgraphix Printing Corp. ("Customgraphix") and requests that a copy of all notices given and all papers (including pleadings, motions, applications, orders and reports) served or filed in this case, be served upon the undersigned at the office, address and telephone number set forth below:

> Michael F. McGrath, Esq.
> Ravich Meyer Kirkman McGrath
> Nauman & Tansey, P.A.
> 4545 IDS Center
> 80 South Eighth Street
> Minneapolis, MN  55402
> (612) 332-8511 - Telephone
> (612) 332-8302 - Facsimile
> Email: mfmcgrath@ravichmeyer.com

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive (i) Customgraphix' right to have final orders in non-core matters entered only after de novo review by a district court judge; (ii) Customgraphix' right to a jury trial in any proceedings so triable herein, or in any case, controversy or proceeding related hereto; (iii) Customgraphix' right

{00232754  }

to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which Customgraphix is or may be entitled under agreements, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: April 29, 2015                    RAVICH MEYER KIRKMAN McGRATH
                                         NAUMAN & TANSEY,
                                         A PROFESSIONAL ASSOCIATION


                                         s/  Michael F. McGrath
                                              Michael F. McGrath (MN I.D. 168610)
                                              Will R. Tansey (MN I.D. 323056)
                                              Michael D. Howard (MN I.D. 0391164)
                                         4545 IDS Center
                                         80 South Eighth Street
                                         Minneapolis, MN  55402
                                         (612) 332-8511 - Telephone
                                         (612) 332-8302 - Facsimile

                                         ATTORNEYS FOR CUSTOMGRAPHIX PRINTING
                                         CORP.

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

In re:

Chapter 11

THE STANDARD REGISTER COMPANY, *et al.*,

Case No. 15-10541 (BLS)

Debtors.

(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Michael F. McGrath, declare under penalty of perjury that on April 29, 2015, he caused the following document(s) to be served:

1.      Notice of Appearance, Request for Notice and Reservation of Rights;

by sending true and correct copies via ECF to the following parties:

Michael R. Nestor
Kara Hammond Coyle
Maris J. Kandestin
Andrew L. Magaziner
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801

Robert A. Klyman
Samuel A. Newman
Jeremy L. Graves
Sabina Jacobs
Gibson, Dunn & Crutcher LLP
333 S. Grand Avenue
Los Angeles, CA  90071-1512

Claims Agent
Prime Clerk
830 Third Avenue, 9th Fl.
New York, NY  10022

Office of the United States Trustee
U.S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE  19899-0035

Executed on: April 29, 2015

s/   Michael F. McGrath
Michael F. McGrath (MN I.D. 168610)

{00232755 }