**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | Obj. Deadline: May 15, 2015 at 4:00 p.m. (ET) |

## NOTICE OF MONTHLY FEE APPLICATION

TO: (I) THE DEBTORS; (II) THE OFFICE OF THE UNITED STATES TRUSTEE; (III) COUNSEL FOR SILVER POINT FINANCE, LLC; (IV) COUNSEL FOR BANK OF AMERICA, N.A.; AND (V) COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

       **PLEASE TAKE NOTICE** that the **First Monthly Application of Dinsmore & Shohl LLP, as Special Counsel to the Debtors and Debtors in Possession, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period from March 12, 2015 through March 31, 2015** (the "Application") has been filed with the United States Bankruptcy Court for the District of Delaware (the "Court"). The Application seeks allowance of interim fees in the amount of $120,852.00 and interim expenses in the amount of $8,885.60.

       **PLEASE TAKE FURTHER NOTICE** that objections to the Application, if any, are required to be filed on or before **May 15, 2015 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801. You must also serve any such objection so as to be received by the following on or before the Objection Deadline: (i) the Standard Register Company, 600 Albany Street, Dayton, OH 45417 (Attn: Kevin Carmody, CRO), (ii) the attorneys for the Debtors, (A) Gibson, Dunn & Crutcher LLP, 333 South Grand Avenue, Los Angeles, CA 90071 (Attn: Robert A. Klyman) and (B) Young Conaway Stargatt & Taylor, LLP, 1000 N. King Street, Rodney Square, Wilmington, DE 19801 (Attn: Michael R. Nestor); (iii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Mark Kenney); (iv) counsel for Silver Point Finance, LLC, Skadden, Arps, Slate, Meagher & Flom LLP, 155 N. Wacker Drive, Chicago, IL 60606-

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

1720 (Attn: Ron E. Meisler); (v) counsel for Bank of America, N.A., Parker, Hudson, Rainer & Dobbs LLP, 1500 Marquis Two Tower, 285 Peachtree Center Avenue, Atlanta, GA 30303 (Attn: C. Edward Dobbs, Esq.); and (vi) counsel for the Official Committee of Unsecured Creditors (the "Committee"), Lowenstein Sandler LLP, 1251 Avenue of the Americas, New York, NY 10020 (Attn: Wojciech F. Jung, Esq.).

**PLEASE TAKE FURTHER NOTICE** THAT PURSUANT TO THE ADMINISTRATIVE ORDER, PURSUANT TO SECTIONS 331 AND 105(A) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 2016(A), AND LOCAL RULE 2016-2, ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF PROFESSIONALS [DOCKET NO. 260], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF THE REQUESTED FEES AND 100% OF THE REQUESTED EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

**PLEASE TAKE FURTHER NOTICE** THAT ONLY IF AN OBJECTION IS PROPERLY AND TIMELY FILED IN ACCORDANCE WITH THE ABOVE PROCEDURE WILL A HEARING BE HELD ON THE APPLICATION.

Dated:  April 30, 2015
        Wilmington, Delaware      */s/ Maris J. Kandestin*
                                          Michael R. Nestor (No. 3526)
                                          Kara Hammond Coyle (No. 4410)
                                          Maris J. Kandestin (No. 5294)
                                          Andrew L. Magaziner (No. 5426)
                                          YOUNG CONAWAY STARGATT & TAYLOR, LLP
                                          Rodney Square
                                          1000 North King Street
                                          Wilmington, Delaware 19801
                                          Telephone:   (302) 571-6600
                                          Facsimile:    (302) 571-1253
                                          mnestor@ycst.com
                                          kcoyle@ycst.com
                                          mkandestin@ycst.com
                                          amagaziner@ycst.com

                                          -and-

                                          Michael A. Rosenthal (NY No. 4697561)
                                          Robert A. Klyman (CA No. 142723)
                                          Samuel A. Newman (CA No. 217042)
                                          Jeremy L. Graves (CO No. 45522)
                                          Sabina Jacobs (CA No. 274829)
                                          GIBSON, DUNN & CRUTCHER LLP
                                          333 South Grand Avenue
                                          Los Angeles, CA 90071-1512
                                          Telephone: (213) 229-7000
                                          Facsimile: (213) 229-7520
                                          mrosenthal@gibsondunn.com
                                          rklyman@gibsondunn.com
                                          snewman@gibsondunn.com
                                          jgraves@gibsondunn.com
                                          sjacobs@gibsondunn.com

                                          *Counsel to the Debtors and*
                                          *Debtors in Possession*

01:17035401.1