<u>EXHIBIT A</u>

FEE SUMMARY

**The Standard Register Company, et al.**
**(Case No. 15-10541 (BLS))**

**March 12, 2015 through March 31, 2015**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery (#3) | 0.0 | $       0.00 |
| Asset Disposition (#34) | 303.6 | 78,981.30 |
| Assumption/Rejection of Leases/Contracts (#5) | 3.1 | 897.30 |
| Avoidance Action Analysis (#6) | 0.0 | 0.00 |
| Budgeting (Case) (#7) | 0.2 | 117.00 |
| Business Operations (#8) | 7.1 | 2,418.75 |
| Case Administration (#9) | 4.2 | 2,457.00 |
| Claims Administration and Objections (#10) | 0.0 | 0.00 |
| Corporate Governance and Board Matters (#11) | 0.0 | 0.00 |
| Employee Benefits and Pensions (#12) | 49.3 | 16,306.20 |
| Employment and Fee Applications (#13) | 35.0 | 11,591.10 |
| Employment and Fee Application Objection (#14) | 0.0 | 0.00 |
| Financing and Cash Collateral (#15) | 0.0 | 0.00 |
| Fee Application – Privileged Review (#16) | 0.0 | 0.00 |
| Litigation (#17) | 17.0 | 4,325.85 |
| Meetings/Communications with Creditors (#18) | 0.4 | 109.80 |
| Non-Working Travel (#19) | 0.0 | 0.00 |
| Plan and Disclosure Statement (#20) | 0.0 | 0.00 |
| Real Estate (#21) | 1.1 | 460.35 |
| Relief From Stay and Adequate Protection (#22) | 0.0 | 0.00 |
| Reporting (#23) | 4.0 | 1,980.00 |
| Tax (#24) | 0.0 | 0.00 |
| Valuation (#25) | 0.0 | 0.00 |
| Intellectual Property (#26) | 4.5 | 1,207.35 |
| **TOTAL** | **429.50** | **$120,852.00** |

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV*
*Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

The Standard Register Company
PO Box 1167
600 Albany Street
Dayton OH 45417-3405

April 30, 2015
Invoice # 3348663

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.4
Matter: Asset Disposition

## Remittance Advice

For Professional Services Rendered Through March 31, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 87,757.00 |
| Less Discount | $ -8,775.70 |
| Attorney Costs | $ 793.95 |
| Total Due for Professional Services | $ 79,775.25 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*



April 30, 2015
Invoice # 3348663

Dinsmore & Shohl LLP
Client Number – 92211.4
**Matter: Asset Disposition**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours |
|---|---|---|
| Allan R. Daily | Partner | 70.30 |
| Harvey J. Cohen | Partner | 10.90 |
| Kim Martin Lewis | Partner | 8.20 |
| R. Warner Off | Partner | 2.80 |
| Christopher A. Deabler | Of Counsel | 78.50 |
| Adam M. Vernick | Associate | 7.10 |
| Amir J Nahavandi | Associate | 6.80 |
| Corinne E. Keel | Associate | 0.50 |
| Daniel D. Briscoe, Jr. | Associate | 6.00 |
| Grant B. Schweikert | Associate | 16.00 |
| Jay B. Stolkin | Associate | 10.70 |
| Jenna G. Moran | Associate | 0.40 |
| Jerrad T Howard | Associate | 0.60 |
| Joshua D. Grossman | Associate | 4.40 |
| Lauren E Smith | Associate | 1.40 |
| Maxwell W. Gerwin | Associate | 2.80 |
| Patrick D Burns | Associate | 6.80 |
| Ryan A. Morrison | Associate | 6.50 |
| Sean C. Garin | Associate | 6.50 |
| Thomas M. Lockwood | Associate | 4.90 |
| Beth A Bane | Paralegal | 7.20 |
| Deborah J. Watkins | Paralegal | 5.30 |
| Gloria S. Stemple | Paralegal | 0.50 |
| Gregory S Hribik | Paralegal | 4.00 |
| Hillary R. Dabney | Paralegal | 8.00 |
| Jim Peretzky | Paralegal | 8.10 |
| Marilyn Z Nash | Paralegal | 3.00 |
| Natalie B. Taylor | Paralegal | 3.40 |
| Sara B. Hubbard | Paralegal | 12.00 |
| Total Hours / Fees | | 303.60 |

$ 87,757.00

April 30, 2015
Invoice # 3348663

Dinsmore & Shohl LLP
Client Number – 92211.4
**Matter: Asset Disposition**

| | |
|---|---|
| Less Discount | $ -8,775.70 |
| Current Fee for Hours Worked | $ 78,981.30 |

### Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Color Copies | $ 60.00 |
| Photocopies | $ 137.70 |
| C.T. Corporation Fees | $ 596.25 |
| Total Attorney Costs | $793.95 |
| Current Amount Due This Invoice | $79,775.25 |

April 30, 2015
Invoice # 3348663

Dinsmore & Shohl LLP
Client Number – 92211.4
**Matter: Asset Disposition**

**Detail of Current Hours Worked**

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/12/15 | CAD | 2.30 | Review and analyze intellectual property schedules and disclosures. |
| 03/12/15 | CAD | 1.80 | Review data room materials for disclosure schedules supplementation |
| 03/12/15 | HJC | 0.90 | Attention to post filing APA Schedules matters, APA correspondence and document review (.5); attention to notes, and next steps on schedules listings (.4). |
| 03/12/15 | HJC | 0.60 | Call regarding schedule NDA and other contracts listing (.4); related call (.2). |
| 03/12/15 | PDB | 1.60 | Continue review of APA and disclosure schedules. |
| 03/12/15 | ARD | 0.90 | Attend to disclosure schedules matters. |
| 03/13/15 | CAD | 2.40 | Review of first day pleadings and attachments for disclosure schedules supplementation. |
| 03/13/15 | CAD | 0.60 | Conferences with P. Burns regarding revision of disclosure schedules and action items. |
| 03/13/15 | CAD | 6.20 | Review of data room materials and UCC search for supplementation of disclosure schedules. |
| 03/13/15 | PDB | 0.90 | Attention to issues regarding executory contract and APA schedules review. |
| 03/14/15 | CAD | 0.40 | Conference with A. Daily regarding supplementation of disclosure schedules. |
| 03/14/15 | CAD | 1.30 | Review of UCC items. |
| 03/14/15 | HJC | 1.50 | Calls regarding third-party contracts timing, roles, next steps (.8); client call regarding next steps (.4). |
| 03/14/15 | ARD | 0.20 | Correspondence regarding matters related to bankruptcy filing. |
| 03/15/15 | CAD | 3.40 | Review of UCC items for supplementation of disclosure schedules. |
| 03/16/15 | ARD | 1.50 | Conferences regarding amendments to disclosure schedules and list of executory contracts. |
| 03/16/15 | ARD | 0.50 | Telephone conference with G. Sowar regarding amendment to disclosure schedules. |
| 03/16/15 | ARD | 3.50 | Review existing disclosure schedules and identify potential additional items for disclosure in amended disclosure schedules. |
| 03/16/15 | CAD | 0.40 | Correspondence with D. Deptula regarding tax items in disclosure schedules. |
| 03/16/15 | CAD | 0.70 | Correspondence to S. Muzumdar and A. Noblett of Gibson Dunn regarding lien search materials. |
| 03/16/15 | CAD | 1.00 | Conference with K. Lewis, A. Daily and P. Burns regarding updates to disclosure schedule. |
| 03/16/15 | CAD | 0.50 | Conference with A. Daily regarding updates to disclosure schedules. |
| 03/16/15 | CAD | 0.20 | Correspondence with A. Midha of McKinsey regarding data room review capabilities. |
| 03/16/15 | CAD | 3.40 | Review equipment lease materials in data room. |

April 30, 2015
Invoice # 3348663

Dinsmore & Shohl LLP
Client Number – 92211.4
**Matter: Asset Disposition**

| 03/16/15 | CAD | 1.70 | Review capital lease issues. |
|---|---|---|---|
| 03/16/15 | CAD | 1.60 | Review of data room materials for completion of disclosure schedules. |
| 03/16/15 | PDB | 0.50 | Team meeting regarding contract review issues. |
| 03/16/15 | PDB | 0.90 | Attention to executory contract and APA issues. |
| 03/17/15 | CAD | 0.80 | Review equipment leases related to updated schedules. |
| 03/17/15 | CAD | 0.30 | Conference and correspondence with D. Deptula regarding update of tax disclosures. |
| 03/17/15 | CAD | 7.40 | Review of UCC lien materials and equipment lease documentation for completion of disclosure schedules. |
| 03/17/15 | CAD | 0.30 | Correspondence with M. LoMonaco regarding UCC lien materials. |
| 03/17/15 | CAD | 0.20 | Correspondence with A. Mehta of McKinsey regarding data room. |
| 03/17/15 | CAD | 0.80 | Conference with D. Balys regarding customer contracts. |
| 03/17/15 | CAD | 0.30 | Conference with A. Daily regarding post-filing document review. |
| 03/17/15 | CAD | 0.40 | Conference with M. LoMonaco regarding vendor contracts. |
| 03/17/15 | HJC | 0.60 | Client call on schedules review by client, status, and next steps. |
| 03/17/15 | ARD | 2.50 | Conferences with G. Sowar and H. Glaser to review and discuss amendment to disclosure schedules. |
| 03/17/15 | ARD | 0.30 | Correspondence with Gibson Dunn regarding amendment to disclosure schedules. |
| 03/17/15 | ARD | 0.40 | Manage review of additional documents (.2); correspondence regarding same (.2). |
| 03/17/15 | ARD | 1.30 | Review documents in connection with amendment to disclosure schedules. |
| 03/17/15 | ARD | 1.30 | Revise disclosure schedules. |
| 03/17/15 | PDB | 0.50 | Conference call regarding contract review. |
| 03/17/15 | PDB | 0.90 | Update issues regarding contracts and APA schedules. |
| 03/17/15 | AMV | 0.30 | Correspond with assigning attorneys regarding updates to material contracts schedules. |
| 03/17/15 | KML | 0.50 | Conference with Allan Daily regarding schedules information. |
| 03/17/15 | KML | 1.00 | Conference call regarding schedules update and reps and warranties. |
| 03/18/15 | JTH | 0.60 | Conferences with Mr. Schweikert regarding review of due diligence materials. |
| 03/18/15 | BB | 2.40 | Review vendor/customer contracts and populate the diligence review spreadsheet with the relevant information. |
| 03/18/15 | MN | 3.00 | Analyze and review contracts. |
| 03/18/15 | JDG | 3.40 | Review and analyze contracts. |
| 03/18/15 | JDG | 1.00 | Review and analyze contracts. |
| 03/18/15 | TML | 4.00 | Review customer contracts. |

April 30, 2015
Invoice # 3348663

Dinsmore & Shohl LLP
Client Number – 92211.4
**Matter: Asset Disposition**

| 03/18/15 | RAM | 2.90 | Review of vendor contracts. |
|---|---|---|---|
| 03/18/15 | JP | 2.20 | Review of assigned data room contracts for completion of purchase agreement disclosure schedule. |
| 03/18/15 | DW | 2.30 | Review of assigned data room contracts for completion of purchase agreement disclosure schedules. |
| 03/18/15 | JBS | 3.20 | Review and anlayze chart for disclosure schedules. |
| 03/18/15 | MWG | 2.80 | Review vendor contracts |
| 03/18/15 | GBS | 8.10 | Coordination efforts to facilitate expanded contract review (.2); review data room for new materials (.5); revise prior spreadsheet for review process (1.1); create and assign relevant folders to review team (1.2); email instructions and template to review team (0.6); field questions regarding review tasking (1.7); review data room study (1.3); update review team and provide new folder assignments (1.5). |
| 03/18/15 | SCG | 4.50 | Review vendor contracts regarding disclosure schedules. |
| 03/18/15 | HD | 3.60 | Review and analyze contracts. |
| 03/18/15 | LES | 1.40 | Review contracts, and record contract attributes. |
| 03/18/15 | SH | 5.50 | Review contracts for disclosure schedules. |
| 03/18/15 | GH | 0.40 | Attend conference call regarding review of vendor/customer contracts. |
| 03/18/15 | GH | 3.60 | Review vendor/customer contracts and populate the diligence review spreadsheet with the relevant information. |
| 03/18/15 | CAD | 0.80 | Conference with A. Vernick and G. Schweikert regarding review template, instructions and assignments for Dinsmore review team members. |
| 03/18/15 | CAD | 0.20 | Conferences with G. Schweikert regarding distribution of data room review assignments. |
| 03/18/15 | CAD | 0.30 | Correspondence to A. Daily regarding UCC items in connection with completion of document review for disclosure schedules. |
| 03/18/15 | CAD | 0.70 | Prepare for conference call with Mexican representatives regarding Mexican sellers. |
| 03/18/15 | CAD | 1.50 | Conference call with H. Cohen, A. Daily, N. Vasquez and M. Sanchez regarding disclosure schedule items. |
| 03/18/15 | CAD | 0.50 | Conference with A. Daily regarding Mexican seller and UCC follow up items. |
| 03/18/15 | CAD | 1.20 | Review of data room materials for completion of schedules. |
| 03/18/15 | GS | 0.50 | Begin review of contracts and preparation of spreadsheet. |
| 03/18/15 | ARD | 3.20 | Telephone conferences with G. Sowar, H. Glaser and personnel from Mexico operations to review and discuss amendment to disclosure schedules. |
| 03/18/15 | ARD | 1.30 | Review documents in connection with amendment to disclosure schedules. |
| 03/18/15 | ARD | 1.70 | Revise disclosure schedules. |
| 03/18/15 | ARD | 1.40 | Conferences regarding amendment to disclosure schedules. |

April 30, 2015
Invoice # 3348663

Dinsmore & Shohl LLP
Client Number – 92211.4
**Matter: Asset Disposition**

| 03/18/15 | ARD | 0.20 | Correspondence regarding amendment to disclosure schedules and related matters. |
| 03/18/15 | ARD | 0.30 | Correspondence with client regarding amendment to disclosure schedules. |
| 03/18/15 | HJC | 1.20 | Call to client regarding uploading of new documents and e-mails related to same (.3); prepare for and participate in call regarding Mexican issues (.6); e-mail with local Mexican counsel and notes (.3). |
| 03/18/15 | AJN | 5.30 | Analyze and review contracts and recorded information. |
| 03/18/15 | PDB | 0.50 | Review issues with contract review and APA schedules. |
| 03/18/15 | AMV | 0.20 | Create new contract review chart template for purposes of updating certain disclosure schedules. |
| 03/18/15 | AMV | 0.50 | Conference call regarding subsequent contract review for purposes of updating disclosure schedules. |
| 03/18/15 | AMV | 0.90 | Prepare new contract review chart and instructions for review team. |
| 03/18/15 | AMV | 2.60 | Review new customer contracts for purposes of updating disclosure schedules. |
| 03/18/15 | RWO | 1.00 | Review datasite due diligence. |
| 03/18/15 | KML | 0.40 | Emails regarding schedules update issues. |
| 03/18/15 | KML | 0.20 | Conference with Allan Daily regarding schedules update issues. |
| 03/18/15 | KML | 0.60 | Conference call regarding executory contracts/schedules for APA. |
| 03/18/15 | KML | 0.20 | Telephone call with Gerry Sowar regarding budgeting issues related to revised schedules and APA. |
| 03/18/15 | KML | 0.20 | Telephone call with Robert Klyman regarding strategy issues. |
| 03/18/15 | CEK | 0.50 | Analyze and chart contracts. |
| 03/19/15 | BB | 4.80 | Review vendor/customer contracts for disclosure schedules. |
| 03/19/15 | DW | 3.00 | Review of assigned data room contracts for completion of purchase agreement disclosure schedules. |
| 03/19/15 | DDB | 6.00 | Review and analyze contracts to disclosure schedules. |
| 03/19/15 | SCG | 2.00 | Review contracts for disclosure schedule updates. |
| 03/19/15 | HD | 4.40 | Review and analyze contracts for disclosure schedules. |
| 03/19/15 | SH | 6.50 | Review contracts for purposes of disclosure schedule. |
| 03/19/15 | TML | 0.90 | Review customer contracts. |
| 03/19/15 | CAD | 0.20 | Conference with A. Daily regarding UCC matters for disclosure schedules. |
| 03/19/15 | CAD | 0.30 | Correspondence with D. Williams regarding UCC matters for disclosure schedules. |
| 03/19/15 | CAD | 1.30 | Review of equipment lease materials for completion of disclosure schedules. |
| 03/19/15 | CAD | 0.40 | Conference with A. Daily regarding review completion of remaining disclosure schedule items. |
| 03/19/15 | CAD | 1.30 | Review of notes of required revisions to disclosure schedules. |

April 30, 2015
Invoice # 3348663

Dinsmore & Shohl LLP
Client Number – 92211.4
**Matter: Asset Disposition**

| 03/19/15 | CAD | 0.40 | Revise disclosure schedule checklist from A. Daily. |
|---|---|---|---|
| 03/19/15 | JBS | 3.80 | Review document storage/customer contracts (2.0); chart for disclosure schedule purposes (1.8). |
| 03/19/15 | JP | 5.90 | Review of assigned data room contracts for completion of purchase agreement disclosure schedules. |
| 03/19/15 | ARD | 0.50 | Conferences regarding review of additional contracts in connection with amendment to disclosure schedules ( .3); conferences regarding amendment to disclosure schedules (.2). |
| 03/19/15 | ARD | 0.50 | Conference with client and outside counsel regarding review of additional contracts in connection with amendment to disclosure schedules. |
| 03/19/15 | ARD | 0.40 | Manage review team (.2); draft correspondence to review team regarding review of additional contracts (.2). |
| 03/19/15 | ARD | 3.20 | Draft checklist for amendment to disclosure schedules (1.0); draft memorandum regarding review of additional contracts (1.0); revise disclosure schedules (1.2). |
| 03/19/15 | ARD | 1.50 | Review documents in connection with amendment to disclosure schedules. |
| 03/19/15 | RAM | 3.60 | Review of vendor contracts. |
| 03/19/15 | HJC | 2.00 | Call with Allan Daily regarding Mexican information (.2); e-mail to client regarding schedules (.2). |
| 03/19/15 | AJN | 1.50 | Analyze contracts for disclosure schedules. |
| 03/19/15 | JGM | 0.40 | Document review of contracts. |
| 03/19/15 | NT | 3.40 | Review agreements for disclosure schedules. |
| 03/19/15 | AMV | 0.50 | Conference on next steps for contract review and disclosure schedule updating with core  team. |
| 03/19/15 | RWO | 1.80 | Review Standard Register contracts for disclosure schedules updates. |
| 03/19/15 | KML | 0.80 | Conference call with client and Gibson Dunn regarding schedules update. |
| 03/19/15 | KML | 0.30 | Conference with Allan Daily regarding schedules update and review. |
| 03/20/15 | CAD | 0.30 | Correspondence with M. LoMonaco, H. Glaser and A. Daily regarding completion of certain schedules. |
| 03/20/15 | CAD | 0.10 | Conference with M. LoMonaco regarding vendor agreements. |
| 03/20/15 | CAD | 0.10 | Conference with J. Beyer regarding updates to client intellectual property schedules. |
| 03/20/15 | CAD | 0.20 | Revise intellectual property disclosure schedule. |
| 03/20/15 | CAD | 0.40 | Review of Mexico contracts and other Mexico schedules. |
| 03/20/15 | CAD | 0.20 | Correspondence with A. Daily regarding review of Mexico contracts and other updates. |
| 03/20/15 | HJC | 0.90 | Conference call on next steps related to Mexican e-mail and data (.3); large vendor and customer issues (.1); further weekend e-mails and call on vendor/customer issues (.3); Mexican bankruptcy law e-mails (.2). |
| 03/20/15 | ARD | 2.90 | Revise disclosure schedules. |

April 30, 2015
Invoice # 3348663

Dinsmore & Shohl LLP
Client Number – 92211.4
**Matter: Asset Disposition**

| | | | |
|---|---|---|---|
| 03/20/15 | ARD | 0.80 | Correspondence with client regarding disclosure schedules. |
| 03/20/15 | ARD | 0.10 | Correspondence with outside Mexican counsel regarding disclosure schedule matters. |
| 03/20/15 | ARD | 1.20 | Telephone conferences with client regarding disclosure schedules. |
| 03/20/15 | ARD | 0.90 | Conferences regarding disclosure schedules. |
| 03/23/15 | AMV | 1.50 | Review additional vendor and customer agreements associated with top 20 vendors and customers for purposes of updating disclosure schedules. |
| 03/23/15 | JBS | 1.20 | Charting newly uploaded contracts with top 20 suppliers for disclosure schedules. |
| 03/23/15 | GBS | 2.50 | Review recently added contracts in the data room for any associated with the Top 20 Vendors and Customers for addition to the disclosure schedules. |
| 03/23/15 | HJC | 0.70 | Client call on dispositon methodology timing, next steps, and lists (.3); update on schedules draft for Gibson Dunn timing and Mexican issues (.4). |
| 03/23/15 | CAD | 0.20 | Conference with A. Daily regarding revisions to disclosure schedules. |
| 03/23/15 | CAD | 0.20 | Correspondence and conference with J. Beyer regarding intellectual property issues for disclosure schedules |
| 03/23/15 | CAD | 0.20 | Revise intellectual property disclosure schedules. |
| 03/23/15 | CAD | 2.30 | Review certain agreements for completion of disclosure schedules. |
| 03/23/15 | CAD | 0.60 | Revise material contracts disclosure schedules. |
| 03/23/15 | CAD | 0.70 | Review of Mexico entity contracts. |
| 03/23/15 | CAD | 1.40 | Review of revisions to amended disclosure schedules. |
| 03/23/15 | CAD | 0.20 | Correspondence with A. Daily regarding revisions to revised disclosure schedules. |
| 03/23/15 | CAD | 0.10 | Correspondence with A. Daily regarding supplemental Mexico documentation. |
| 03/23/15 | CAD | 0.30 | Review of data room for additional documentation responsive to disclosure schedules. |
| 03/23/15 | JBS | 2.50 | Review newly uploaded information (1.5); revise disclosure schedule accordingly (1.0). |
| 03/23/15 | ARD | 7.80 | Draft Amended and Restated Disclosure Schedules and attend to related matters (6.0); revise disclosure schedule checklist (1.8). |
| 03/23/15 | ARD | 0.80 | Correspondence with client regarding Amended and Restated Disclosure Schedules and related matters. |
| 03/23/15 | ARD | 1.50 | Conferences regarding Amended and Restated Disclosure Schedules and related matters. |
| 03/23/15 | KML | 0.90 | Review and respond to numerous emails regarding schedules update info. |
| 03/24/15 | GBS | 1.60 | Complete review of recently added contracts and cross-check list with the previous version of the disclosure schedules (1.4); email finalized list for consolidation (.2). |
| 03/24/15 | CAD | 0.30 | Review of supplemental Mexico contracts for inclusion in disclosure schedules. |

April 30, 2015
Invoice # 3348663

Dinsmore & Shohl LLP
Client Number – 92211.4
**Matter: Asset Disposition**

| 03/24/15 | CAD | 0.80 | Correspondence to A. Daily regarding supplement of revised disclosure schedules and supplemental Mexico documentation. |
| 03/24/15 | CAD | 2.30 | Review of emloyee plans information for revisions of disclosure schedules. |
| 03/24/15 | CAD | 0.20 | Correspondence to A. Daily regarding review of employee plans for disclosure schedule revisions. |
| 03/24/15 | CAD | 0.10 | Review correspondence from A. Daily regarding revisions to tax disclosure schedules. |
| 03/24/15 | ARD | 5.00 | Draft Amended and Restated Disclosure Schedules and attend to related matters (3.5); revise disclosure schedule checklist (1.5). |
| 03/24/15 | ARD | 1.10 | Correspondence with client regarding Amended and Restated Disclosure Schedules and related matters. |
| 03/24/15 | ARD | 0.80 | Conferences regarding Amended and Restated Disclosure Schedules and related matters. |
| 03/24/15 | ARD | 1.50 | Telephone conferences with client regarding Amended and Restated Disclosure Schedules. |
| 03/24/15 | ARD | 0.20 | Draft correspondence to outside Mexican counsel regarding matters related to Mexico operations. |
| 03/24/15 | KML | 0.80 | Review emails regarding schedules update information. |
| 03/25/15 | AMV | 0.60 | Update material contract disclosure schedules to APA. |
| 03/25/15 | HJC | 2.20 | Conference call with client and Dinsmore team regarding final disclosure schedules revisions (1.5); emails regarding pending Mexican related information (.3); several e-mails on Mexican facts and disclosure schedules (.4). |
| 03/25/15 | CAD | 0.80 | Review of sole source agreement materials for inclusion in disclosure schedules. |
| 03/25/15 | CAD | 0.50 | Correspondence with G. Sowar, H. Glaser and M. LoMonaco regarding sole source agreements. |
| 03/25/15 | CAD | 1.20 | Prepare for client conference call for final client review of revised disclosure schedules. |
| 03/25/15 | CAD | 1.50 | Conference call with G. Sowar, H. Glaser, K. Lewis, H. Cohen and A. Daily regarding final client review of revised disclosure schedules. |
| 03/25/15 | CAD | 0.80 | Reviw of Mexico employee information for completion of disclosure schedules. |
| 03/25/15 | CAD | 1.30 | Review of Mexico operations local contracts for completion of disclosure schedules. |
| 03/25/15 | CAD | 1.20 | Review of employee plan materials for disclosure schedules. |
| 03/25/15 | CAD | 0.20 | Conference with G. Schweikert regarding revisions of disclosure schedules. |
| 03/25/15 | CAD | 0.60 | Correspondence with N. Vasquez and M. Sanchez regarding Mexico operations, employees and local contracts. |
| 03/25/15 | CAD | 0.80 | Conferences and correspondence with H. Glaser regarding documentation relating to Mexico operations and revisions of disclosure schedules. |
| 03/25/15 | CAD | 1.40 | Conferences and correspondence with A. Daily regarding revisions, completion and assembly of revised disclosure schedules. |
| 03/25/15 | CAD | 1.60 | Draft and revise disclosure schedules. |

April 30, 2015
Invoice # 3348663

Dinsmore & Shohl LLP
Client Number – 92211.4
**Matter: Asset Disposition**

| | | | |
|---|---|---|---|
| 03/25/15 | GBS | 3.80 | Review and revise Schedule 3.16(a)(xii) to reflect changes in the Top 20 Customers provided by client via email (0.8); review schedule 3.16(a)(xii) (Suppliers) and data room for supplier contracts associated with the Top 20 customers (1.8); remove duplicates and locate and verify documents that were moved in the data room reorganization (1.2). |
| 03/25/15 | ARD | 2.10 | Conference calls with client to review Amended and Restated Disclosure Schedules. |
| 03/25/15 | ARD | 5.10 | Draft Amended and Restated Disclosure Schedules (4.0); revise disclosure schedule checklist (1.1). |
| 03/25/15 | ARD | 1.50 | Correspondence with and analysis to client regarding Amended and Restated Disclosure Schedules. |
| 03/25/15 | ARD | 0.50 | Correspondence regarding matters related to Amended and Restated Disclosure Schedules. |
| 03/25/15 | PDB | 0.40 | Review bankruptcy docket and APA issues. |
| 03/25/15 | PDB | 0.60 | Review executory contracts chart and APA schedules. |
| 03/25/15 | KML | 0.80 | Review emails regarding schedules updates. |
| 03/25/15 | KML | 1.50 | Conference call with Company and Allan Daily regarding review of updated schedules. |
| 03/26/15 | HJC | 0.30 | Client call regarding status and next steps. |
| 03/26/15 | CAD | 2.20 | Review and revise draft amended and restated disclosure schedules. |
| 03/26/15 | CAD | 1.70 | Review supplemental materials from Mexico representatives for amended and restated disclosure schedules. |
| 03/26/15 | CAD | 0.40 | Review correspondence from S. Muzumdar, D. Deptula, G. Sowar, B. Wells and A. Daily regarding amended and restated disclosure schedules. |
| 03/26/15 | CAD | 1.20 | Correspondence to and conferences with A. Daily regarding revisions to amended and restated disclosure schedules. |
| 03/26/15 | ARD | 0.30 | Correspondence with Gibson Dunn regarding disclosure schedules. |
| 03/26/15 | ARD | 5.80 | Review and revise disclosure schedules (3.8); prepare and send final version (2.0). |
| 03/26/15 | ARD | 0.20 | Correspondence with client regarding disclosure schedules. |
| 03/26/15 | ARD | 0.30 | Telephone conferences with client regarding disclosure schedules. |
| 03/27/15 | CAD | 0.80 | Conferences with A. Daily regarding transaction matters and materials for client file. |
| 03/27/15 | CAD | 1.60 | Collect materials for client file fordisclosure schedules. |
| 03/27/15 | ARD | 3.30 | Attend to matters related to draft and delivery of disclosure schedules. |

Total Hours    303.60

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV*
*Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

The Standard Register Company
PO Box 1167
600 Albany Street
Dayton OH 45417-3405

April 23, 2015
Invoice # 3348664

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.5
Matter: Assumption/Rejection of Leases/Contracts

## Remittance Advice

For Professional Services Rendered Through March 31, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 997.00 |
| Less Discount | $ -99.70 |
| Attorney Costs | $ 0.00 |
| Total Due for Professional Services | $ 897.30 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*

  

April 23, 2015
Invoice # 3348664

Dinsmore & Shohl LLP
Client Number – 92211.5
**Matter: Assumption/Rejection of Leases/Contracts**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Kim Martin Lewis | Partner | 0.20 | |
| Christopher A. Deabler | Of Counsel | 1.00 | |
| Adam M. Vernick | Associate | 0.50 | |
| Patrick D Burns | Associate | 1.40 | |
| Total Hours / Fees | | 3.10 | $ 997.00 |
| Less Discount | | | $ -99.70 |
| Current Fee for Hours Worked | | | $ 897.30 |

Current Amount Due This Invoice                $897.30

April 23, 2015
Invoice # 3348664

Dinsmore & Shohl LLP
Client Number – 92211.5
**Matter: Assumption/Rejection of Leases/Contracts**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/12/15 | AMV | 0.50 | Collect and describe contract charts to pass on to third-party bankruptcy services firm, per client's request, in support of its preparation of executory contract list. |
| 03/12/15 | CAD | 1.00 | Conference call with P. Burns, H. Glaser, M. LoMonaco, D. Balys, A. Midha of McKinsey, D. Smith of Prime Clerk regarding review of materials for executory contract list. |
| 03/12/15 | KML | 0.20 | Telephone call with G. Sowar regarding executory contracts and emails related to same. |
| 03/24/15 | PDB | 0.50 | Participate in bi-weekly conference call regarding contracts. |
| 03/26/15 | PDB | 0.60 | Participate in contracts call with McKinsey, Company and Prime Clerk. |
| 03/31/15 | PDB | 0.30 | Review contract regarding ordinary course operations. |

Total Hours     3.10

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV*
*Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

---

The Standard Register Company
PO Box 1167
600 Albany Street
Dayton OH 45417-3405

April 23, 2015
Invoice # 3348665

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.7
Matter: Budgeting (case)

---

## Remittance Advice

For Professional Services Rendered Through March 31, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 130.00 |
| Less Discount | $ -13.00 |
| Attorney Costs | $ 0.00 |
| | |
| Total Due for Professional Services | $ 117.00 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*

 

April 23, 2015
Invoice # 3348665

Dinsmore & Shohl LLP
Client Number – 92211.7
**Matter: Budgeting (case)**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Kim Martin Lewis | Partner | 0.20 | |
| | Total Hours / Fees | 0.20 | $ 130.00 |
| | Less Discount | | $ -13.00 |
| | Current Fee for Hours Worked | | $ 117.00 |

Current Amount Due This Invoice          $117.00

April 23, 2015
Invoice # 3348665

Dinsmore & Shohl LLP
Client Number – 92211.7
**Matter: Budgeting (case)**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/19/15 | KML | 0.20 | Telephone call with Gerry Sowar regarding budget and staffing issues. |

| | Total Hours | 0.20 | |

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV*
*Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

---

The Standard Register Company                                    April 23, 2015
PO Box 1167                                                 Invoice # 3348666
600 Albany Street
Dayton OH 45417-3405

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.8
Matter: Business Operations

---

### Remittance Advice

For Professional Services Rendered Through March 31, 2015:

| | |
|---|---|
| Current Fee for Hours Worked | $ 2,687.50 |
| Less Discount | $ -268.75 |
| Attorney Costs | $ 17.40 |
| Total Due for Professional Services | $ 2,436.15 |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*



April 23, 2015
Invoice # 3348666

Dinsmore & Shohl LLP
Client Number – 92211.8
**Matter: Business Operations**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Harvey J. Cohen | Partner | 0.80 | |
| Kim Martin Lewis | Partner | 0.40 | |
| Peter A Draugelis | Partner | 5.90 | |
| Total Hours / Fees | | 7.10 | $ 2,687.50 |
| Less Discount | | | $ -268.75 |
| Current Fee for Hours Worked | | | $ 2,418.75 |

### Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 17.40 |
| Total Attorney Costs | $17.40 |
| Current Amount Due This Invoice | $2,436.15 |

April 23, 2015
Invoice # 3348666

Dinsmore & Shohl LLP
Client Number – 92211.8
**Matter: Business Operations**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/13/15 | PAD | 0.50 | Telephone conversation with Scott Wallace regarding commerical agreement. |
| 03/19/15 | KML | 0.40 | Numerous emails regarding business issues. |
| 03/24/15 | HJC | 0.40 | Commerical agreement e-mail and calls. |
| 03/24/15 | PAD | 3.20 | Draft commerical agreement. |
| 03/25/15 | PAD | 1.00 | Draft commerical agreement. |
| 03/31/15 | HJC | 0.40 | Call and e-mails regarding  commerical agreement. |
| 03/31/15 | PAD | 1.20 | Revise commercial agreement (1.0); e-mail to Scott Wallace regarding same (.2). |

Total Hours     7.10

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV*
*Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

---

The Standard Register Company                                   April 23, 2015
PO Box 1167                                                   Invoice # 3348667
600 Albany Street
Dayton OH 45417-3405

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.9
Matter: Case Administration

---

### Remittance Advice

For Professional Services Rendered Through March 31, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 2,730.00 |
| Less Discount | $ -273.00 |
| Attorney Costs | $ 4.70 |
| Total Due for Professional Services | $ 2,461.70 |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*



April 23, 2015
Invoice # 3348667

Dinsmore & Shohl LLP
Client Number – 92211.9
**Matter: Case Administration**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Kim Martin Lewis | Partner | 4.20 | |
| | Total Hours / Fees | 4.20 | $ 2,730.00 |
| | Less Discount | | $ -273.00 |
| | Current Fee for Hours Worked | | $ 2,457.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 4.70 | |
| | Total Attorney Costs | $4.70 |
| | Current Amount Due This Invoice | $2,461.70 |

April 23, 2015
Invoice # 3348667

Dinsmore & Shohl LLP
Client Number – 92211.9
**Matter: Case Administration**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 03/12/15 | KML | 0.50 | Telephone call with G. Sowar regarding litigation hold and other issues regarding communications to team regarding executory contract lists and emails regarding same. |
| 03/13/15 | KML | 2.00 | Listen to first day hearings via CourtCall. |
| 03/16/15 | KML | 0.40 | Conference call with Robert Klyman and Gerard Sowar regarding strategy. |
| 03/16/15 | KML | 0.60 | Review and revise first day motions and orders regarding certain payment issues and emails regarding same. |
| 03/30/15 | KML | 0.20 | Telephone call with Robert Klyman regarding status issues. |
| 03/31/15 | KML | 0.20 | Emails with Howard Blaunstein regarding SOFAs and Schedules updates. |
| 03/31/15 | KML | 0.30 | Telephone call with Jeremy Graves regarding status issues. |

Total Hours      4.20

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV*
*Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

---

The Standard Register Company
PO Box 1167
600 Albany Street
Dayton OH 45417-3405

April 30, 2015
Invoice # 3348668

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.12
Matter: Employee Benefits and Pensions

---

## Remittance Advice

For Professional Services Rendered Through March 31, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 18,118.00 |
| Less Discount | $ -1,811.80 |
| Attorney Costs | $ 38.50 |
| Total Due for Professional Services | $ 16,344.70 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*

 

April 30, 2015
Invoice # 3348668

Dinsmore & Shohl LLP
Client Number – 92211.12
**Matter: Employee Benefits and Pensions**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Ben F. Wells | Partner | 3.80 | |
| David A. Whaley | Partner | 11.90 | |
| Kim Martin Lewis | Partner | 8.50 | |
| Matthew S Arend | Partner | 2.60 | |
| Kevin L. Burch | Associate | 22.50 | |
| Total Hours / Fees | | 49.30 | $ 18,118.00 |
| Less Discount | | | $ -1,811.80 |
| Current Fee for Hours Worked | | | $ 16,306.20 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | | $ 38.50 |
| Total Attorney Costs | | $38.50 |
| Current Amount Due This Invoice | | $16,344.70 |

April 30, 2015
Invoice # 3348668

Dinsmore & Shohl LLP
Client Number – 92211.12
**Matter: Employee Benefits and Pensions**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 03/12/15 | KLB | 4.20 | Discuss with David A. Whaley notices (.9); drafts of notices (2.5); multiple emails to Kim Lewis regarding same (.8). |
| 03/12/15 | DAW | 0.90 | Review information pertaining to [redacted]. |
| 03/12/15 | KML | 1.20 | Draft and review and revise draft letter regarding benefit issues. |
| 03/13/15 | KLB | 1.40 | Teleconference regarding [redacted] discussion (.6); discuss same with David A. Whaley (.4); review documents and spreadsheets regarding benefits issues (.4). |
| 03/13/15 | DAW | 1.70 | Prepare for and participate in conference call pertaining to terms of [redacted] on a post-closing basis. |
| 03/13/15 | KML | 0.50 | Conference call regarding employee benefits issues. |
| 03/16/15 | BFW | 1.80 | Review of certain company's benefits plans and related documents. |
| 03/16/15 | KLB | 5.30 | Multiple emails regarding benefit plans (1.6); review [redacted] plan (3.0); teleconference with Gibson Dunn and client regarding [redacted]. |
| 03/16/15 | DAW | 1.70 | Prepare for and participate in conference call pertaining to employee benefits and plan issues. |
| 03/16/15 | KML | 0.40 | Telephone call with Hermina Glaser and Gerry Sowar regarding numerous issues related to employees and vendors. |
| 03/16/15 | KML | 0.60 | Telephone call with Lawrence Taschenberger, Amy Reilly, Gerry Sowar and Hermina Glaser regarding issues related to vendors and employees. |
| 03/16/15 | KML | 0.70 | Conference call with Skadden and Company regarding [redacted] and emails regarding same. |
| 03/17/15 | KLB | 2.70 | Teleconference regarding employee benefit issues (.9); discussion with Ben F. Wells regarding same (.5); legal research regarding [redacted] (1.3). |
| 03/17/15 | BFW | 1.60 | Research and document review in preparation for conference call regarding benefit issues. |
| 03/17/15 | DAW | 0.60 | Review information pertaining to benefit plans. |
| 03/17/15 | KML | 0.40 | Review first day order regarding payments of certain parties and emails regarding same. |
| 03/17/15 | KML | 0.50 | Telephone calls with Gerry Sowar regarding employee benefits issues. |
| 03/18/15 | KLB | 1.50 | Legal research regarding employee benefits plans (1.2); email Kim Lewis regarding same (.3). |
| 03/18/15 | DAW | 0.40 | Review communications and respond to same in connection with employee benefits plans. |
| 03/18/15 | KML | 0.30 | Telephone call with Jeremy Graves regarding employee benefits issues. |
| 03/19/15 | KLB | 0.50 | Teleconference with client and Gibson Dunn regarding [redacted] solution. |
| 03/19/15 | DAW | 3.50 | Prepare for and participate in conference calls pertaining to[redacted] (1.5); review information in connection with same (2.0). |

April 30, 2015
Invoice # 3348668

Dinsmore & Shohl LLP
Client Number – 92211.12
**Matter: Employee Benefits and Pensions**

| | | | |
|---|---|---|---|
| 03/19/15 | KML | 0.50 | Conference call with Company regarding [redacted] issues. |
| 03/19/15 | KML | 0.50 | Conference call with Skadden regarding [redacted] issues. |
| 03/20/15 | DAW | 1.00 | Review information pertaining to benefit issues. |
| 03/20/15 | KLB | 2.30 | Review employee benefits plans. |
| 03/20/15 | KML | 0.90 | Telephone calls with Gerry Sowar and Amy Reilly regarding employee issues. |
| 03/20/15 | KML | 0.40 | Emails regarding [redacted] issues. |
| 03/23/15 | DAW | 0.60 | Review information pertaining to terms of [redacted] agreement (.2); participate in conference call regarding same (.4). |
| 03/23/15 | KLB | 0.60 | Teleconference with Gerald Sowar, Lawrence Taschenberger, Kim Lewis and David Whaley regarding benefits issues. |
| 03/23/15 | KML | 0.70 | Telephone call with Company regarding benefits issues. |
| 03/23/15 | KML | 0.20 | Review emails regarding benefits issues. |
| 03/24/15 | MSA | 1.30 | Review and revise [redacted] Agreement. |
| 03/24/15 | MSA | 0.60 | Review and revise [redacted] Agreement. |
| 03/25/15 | BFW | 0.40 | Review proposed letter to participants [redacted]. |
| 03/25/15 | KLB | 3.10 | Emails, calls and review benefits plans issues. |
| 03/25/15 | DAW | 1.10 | Review information pertaining to [redacted]. |
| 03/25/15 | KML | 0.20 | Emails regarding filings remaining for benefit plans. |
| 03/26/15 | MSA | 0.70 | Review and revise [redacted] Agreement. |
| 03/30/15 | DAW | 0.40 | Review information pertaining to terms of [redacted] services agreements. |
| 03/30/15 | KLB | 0.90 | Discussion regarding benefits issues. |
| 03/30/15 | KML | 0.50 | Emails regarding employee benefits issues. |

Total Hours     49.30

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV*
*Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

The Standard Register Company
PO Box 1167
600 Albany Street
Dayton OH 45417-3405

April 30, 2015
Invoice # 3348669

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.13
Matter: Employment and Fee Applications

## Remittance Advice

For Professional Services Rendered Through March 31, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 12,879.00 |
| Less Discount | $ -1,287.90 |
| Attorney Costs | $ 186.50 |
| Total Due for Professional Services | $ 11,777.60 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*

  

April 30, 2015
Invoice # 3348669

Dinsmore & Shohl LLP
Client Number – 92211.13
**Matter: Employment and Fee Applications**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Harvey J. Cohen | Partner | 0.70 | |
| Kim Martin Lewis | Partner | 5.80 | |
| Tim J. Robinson | Partner | 0.30 | |
| Patrick D Burns | Associate | 28.20 | |
| Total Hours / Fees | | 35.00 | $ 12,879.00 |
| Less Discount | | | $ -1,287.90 |
| Current Fee for Hours Worked | | | $ 11,591.10 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | | $ 186.50 |
| | Total Attorney Costs | $186.50 |
| | Current Amount Due This Invoice | $11,777.60 |

April 30, 2015
Invoice # 3348669

Dinsmore & Shohl LLP
Client Number – 92211.13
**Matter: Employment and Fee Applications**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/12/15 | PDB | 0.40 | Attention to Dinsmore Retention Application. |
| 03/12/15 | PDB | 1.10 | Continue review of conflict check results. |
| 03/13/15 | PDB | 1.30 | Continue review of conflicts. |
| 03/13/15 | PDB | 0.30 | Review DE rules regarding engagement. |
| 03/13/15 | PDB | 1.30 | Attention to Dinsmore retention application. |
| 03/16/15 | PDB | 2.90 | Continue drafting and review of Dinsmore retention application and related documents. |
| 03/16/15 | PDB | 1.50 | Continue reviewing and following up on conflicts. |
| 03/17/15 | KML | 0.30 | Telephone calls with Hermina Glaser regarding OCPs. |
| 03/17/15 | KML | 0.80 | Review and revise Dinsmore application and review related chart. |
| 03/18/15 | HJC | 0.70 | Review retention application. |
| 03/18/15 | PDB | 2.80 | Revise Dinsmore Application and related documents. |
| 03/18/15 | PDB | 0.60 | Meeting with H. Cohen and K. Lewis regarding Dinsmore Application. |
| 03/18/15 | PDB | 1.60 | Follow up on conflict results and payment information. |
| 03/18/15 | TJR | 0.30 | Correspondence with K. Lewis and telephone conference with P. Burns regarding Section 327(e) retention (.1); review M. Kandestin's correspondence regarding same (.2). |
| 03/18/15 | KML | 1.10 | Review and revise Dinsmore Application and Declaration. |
| 03/19/15 | PDB | 4.50 | Continue review of and revisions to Retention Application. |
| 03/19/15 | KML | 0.80 | Emails regarding KML Declaration (.2); review and revise Dinsmore Application and Declaration (.2). |
| 03/20/15 | PDB | 1.60 | Continue revisions to Dinsmore employment application. |
| 03/20/15 | PDB | 0.40 | Review employment applications of other professionals. |
| 03/20/15 | KML | 1.00 | Review and revise Sowar Declaration. |
| 03/20/15 | KML | 0.40 | Telephone call with Gerry Sowar regarding declarations. |
| 03/21/15 | PDB | 1.30 | Continue review and revisions to Dinsmore employment application. |
| 03/21/15 | KML | 0.40 | Calls with Pat Burns regarding Dinsmore Application and Declaration. |
| 03/21/15 | KML | 0.70 | Review and revise Dinsmore application and KML Declaration. |
| 03/21/15 | KML | 0.30 | Calls with Gerry Sowar regarding comments to applications. |
| 03/23/15 | PDB | 1.30 | Finalize Dinsmore Retention Application and prepare same for filing. |
| 03/23/15 | PDB | 1.20 | Review conflicts chart and update Kim Martin Lewis Declaration. |

April 30, 2015
Invoice # 3348669

Dinsmore & Shohl LLP
Client Number – 92211.13
**Matter: Employment and Fee Applications**

| 03/24/15 | PDB | 0.30 | Finalize conflict review and respond to conflict questions. |
| 03/30/15 | PDB | 0.70 | Begin drafting supplement to KML Declaration. |
| 03/31/15 | PDB | 3.10 | Prepare KML Supplemental Declaration. |

Total Hours    35.00

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV*
*Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

---

The Standard Register Company
PO Box 1167
600 Albany Street
Dayton OH 45417-3405

April 23, 2015
Invoice # 3348670

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.17
Matter: Litigation

---

### Remittance Advice

For Professional Services Rendered Through March 31, 2015:

| | |
|---|---|
| Current Fee for Hours Worked | $ 4,806.50 |
| Less Discount | $ -480.65 |
| Attorney Costs | $ 6,638.15 |
| Total Due for Professional Services | $ 10,964.00 |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*

  

April 23, 2015
Invoice # 3348670

Dinsmore & Shohl LLP
Client Number – 92211.17
**Matter: Litigation**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Harvey J. Cohen | Partner | 0.80 | |
| Kim Martin Lewis | Partner | 0.30 | |
| Ryan W. Green | Partner | 1.60 | |
| Diana H. Givand | Associate | 0.50 | |
| Jason W. Hilliard | Associate | 13.00 | |
| Patrick D Burns | Associate | 0.30 | |
| Jodi Weaver | Paralegal | 0.50 | |
| | Total Hours / Fees | 17.00 | $ 4,806.50 |
| | Less Discount | | $ -480.65 |
| | Current Fee for Hours Worked | | $ 4,325.85 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 3,148.80 | |
| Court Reporter | $ 3,489.35 | |
| | Total Attorney Costs | $6,638.15 |
| | Current Amount Due This Invoice | $10,964.00 |

April 23, 2015
Invoice # 3348670

Dinsmore & Shohl LLP
Client Number – 92211.17
**Matter: Litigation**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/13/15 | JW | 0.50 | Discuss SR bankruptcy and conflicts;  Discuss litigation hold. |
| 03/13/15 | JWH | 0.30 | Hawaii Litigation: Review deposition transcript of defendant Brown-Henry. |
| 03/13/15 | PDB | 0.30 | Attention to questions regarding ongoing litigation and suggestions of stay. |
| 03/16/15 | JWH | 1.50 | Hawaii Litigation: Draft outline of contested facts in the individual defendant's motion for summary judgment. |
| 03/16/15 | HJC | 0.80 | E-mails regarding stayed three cases (.4); e-mail and call regarding company (as plaintiff) employment case (.4). |
| 03/16/15 | DHG | 0.30 | Draft Suggestion of Bankruptcy notice with respect to pending Texas litigation captioned Chaotic Moon v. Standard Register, case no. D-1-GN-14-005362. |
| 03/16/15 | DHG | 0.10 | Telephone conference with local counsel Derek Quick on Chaotic Moon v. Standard Register, case no. D-1-GN-14-005362, regarding Standard Register's filing of bankruptcy and notice of the same to be filed today. |
| 03/16/15 | DHG | 0.10 | Email correspondence with local counsel Derek Quick on Chaotic Moon v. Standard Register, case no. D-1-GN-14-005362, attaching Suggestion of Bankruptcy for review and filing this afternoon. |
| 03/16/15 | KML | 0.30 | Telephone call with Hermina Glaser regarding outside litigation issues. |
| 03/16/15 | RWG | 1.50 | Hawaii Litigation: Further analyze individual defendants' statement of facts and motion for summary judgment in order to develop strategy for response. |
| 03/17/15 | JWH | 0.50 | Hawaii Litigation - Review documents from defendants' hard drive. |
| 03/17/15 | JWH | 0.10 | Hawaii Litigation - Review notice of stay from H. Glaser. |
| 03/18/15 | JWH | 0.40 | Hawaii Litigation - Review arguments in ASB motion for summary judgment and case law to prepare response. |
| 03/22/15 | RWG | 0.10 | Review suggestion of bankruptcy and communicate with local counsel. |
| 03/23/15 | JWH | 0.30 | Hawaii Litigation: Review counter-claims to be included in the bankruptcy schedules and answer. |
| 03/23/15 | JWH | 1.30 | Hawaii Litigation: Review transcript of B. Riddle deposition and draft deposition summary of same. |
| 03/24/15 | JWH | 1.90 | Hawaii Litigation: Review deposition transcript of B. Riddle regarding draft deposition summary. |
| 03/24/15 | JWH | 1.50 | Hawaii Litigation:  Draft outline of response to ASB's motion for summary judgment. |
| 03/25/15 | JWH | 2.50 | Hawaii Litigation: Draft outline for memorandum in opposition to the individual defendants' motion for summary judgment. |
| 03/31/15 | JWH | 1.40 | Hawaii Litigation: Review discovery documents on the case. |
| 03/31/15 | JWH | 1.30 | Hawaii Litigation: Draft deposition summary for B. Riddle. |

April 23, 2015
Invoice # 3348670

Dinsmore & Shohl LLP
Client Number – 92211.17
**Matter: Litigation**

Total Hours    17.00

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV*
*Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

---

The Standard Register Company                                  April 23, 2015
PO Box 1167                                              Invoice # 3348671
600 Albany Street
Dayton OH 45417-3405

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.18
Matter: Meeting/Communication with Creditors

---

## Remittance Advice

For Professional Services Rendered Through March 31, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 122.00 |
| Less Discount | $ -12.20 |
| Attorney Costs | $ 0.00 |
| Total Due for Professional Services | $ 109.80 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*

  

April 23, 2015
Invoice # 3348671

Dinsmore & Shohl LLP
Client Number – 92211.18
**Matter: Meeting/Communication with Creditors**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Patrick D Burns | Associate | 0.40 | |
| | Total Hours / Fees | 0.40 | $ 122.00 |
| | Less Discount | | $ -12.20 |
| | Current Fee for Hours Worked | | $ 109.80 |

Current Amount Due This Invoice     $109.80

April 23, 2015
Invoice # 3348671

Dinsmore & Shohl LLP
Client Number – 92211.18
**Matter: Meeting/Communication with Creditors**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/31/15 | PDB | 0.40 | Respond to inquiry regarding vendor request based on Chapter 11 filing. |

|  | Total Hours | 0.40 |

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV
Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

---

The Standard Register Company
PO Box 1167
600 Albany Street
Dayton OH 45417-3405

April 23, 2015
Invoice # 3349184

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.21
Matter: Real Estate

---

## Remittance Advice

For Professional Services Rendered Through March 31, 2015:

| | |
|---|---|
| Current Fee for Hours Worked | $ 511.50 |
| Less Discount | $ -51.15 |
| Attorney Costs | $ 0.00 |
| Total Due for Professional Services | $ 460.35 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*



April 23, 2015
Invoice # 3349184

Dinsmore & Shohl LLP
Client Number – 92211.21
**Matter: Real Estate**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Merideth A. Trott | Partner | 1.10 | |
| | Total Hours / Fees | 1.10 | $ 511.50 |
| | Less Discount | | $ -51.15 |
| | Current Fee for Hours Worked | | $ 460.35 |

| | | |
|---|---|---|
| Current Amount Due This Invoice | | $460.35 |

April 23, 2015
Invoice # 3349184

Dinsmore & Shohl LLP
Client Number – 92211.21
**Matter: Real Estate**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/19/15 | MAT | 1.10 | Harris County, TX: Review information received from Hermina Glaser regarding pending condemnation (.6); draft bullet points describing options for next steps (.5). |

Total Hours    1.10

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV*
*Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

---

The Standard Register Company
PO Box 1167
600 Albany Street
Dayton OH 45417-3405

April 23, 2015
Invoice # 3348672

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.23
Matter: Reporting

---

## Remittance Advice

For Professional Services Rendered Through March 31, 2015:

| | |
|---|---|
| Current Fee for Hours Worked | $ 2,200.00 |
| Less Discount | $ -220.00 |
| Attorney Costs | $ 0.00 |
| Total Due for Professional Services | $ 1,980.00 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*

  

April 23, 2015
Invoice # 3348672

Dinsmore & Shohl LLP
Client Number – 92211.23
**Matter: Reporting**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Charles F. Hertlein, Jr. | Partner | 4.00 | |
| | Total Hours / Fees | 4.00 | $ 2,200.00 |
| | Less Discount | | $ -220.00 |
| | Current Fee for Hours Worked | | $ 1,980.00 |

Current Amount Due This Invoice          $1,980.00

April 23, 2015
Invoice # 3348672

Dinsmore & Shohl LLP
Client Number – 92211.23
**Matter: Reporting**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/12/15 | CFH | 1.10 | Conference with Kim Martin Lewis (.3); review draft 8-K (.4); calls to/from Gerry Sowar regarding OTC matters (.4). |
| 03/13/15 | CFH | 2.20 | Multiple calls to/from Gerry Sowar (.8); review 8-K documents for filing, etc. (1.4). |
| 03/16/15 | CFH | 0.30 | Emails to/from Gerry Sowar regarding internal control requirements. |
| 03/31/15 | CFH | 0.40 | Call with Gerry Sowar regarding stock trading issues. |

Total Hours        4.00

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago Il.  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV*
*Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

---

The Standard Register Company                                            April 23, 2015
PO Box 1167                                                      Invoice # 3348673
600 Albany Street
Dayton OH 45417-3405

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.26
Matter: IP

---

## Remittance Advice

For Professional Services Rendered Through March 31, 2015:

| | |
|---|---|
| Current Fee for Hours Worked | $ 1,341.50 |
| Less Discount | $ -134.15 |
| Attorney Costs | $ 1,206.40 |
| | |
| Total Due for Professional Services | $ 2,413.75 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*

   

April 23, 2015
Invoice # 3348673

Dinsmore & Shohl LLP
Client Number – 92211.26
**Matter: IP**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| James F. Gottman | Partner | 1.00 | |
| Christopher I. Meyer | Associate | 1.80 | |
| Angela C. Powell | Paralegal | 0.60 | |
| Beth A Bane | Paralegal | 0.70 | |
| Kathy A. Adams | Paralegal | 0.40 | |
| Total Hours / Fees | | 4.50 | $ 1,341.50 |
| Less Discount | | | $ -134.15 |
| Current Fee for Hours Worked | | | $ 1,207.35 |

### Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 6.40 |
| Govt. Filing Fee paid to US Patent & Trademark Office | $ 1,200.00 |
| Total Attorney Costs | $1,206.40 |
| Current Amount Due This Invoice | $2,413.75 |

April 23, 2015
Invoice # 3348673

Dinsmore & Shohl LLP
Client Number – 92211.26
**Matter: IP**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/13/15 | KA | 0.40 | Review Final Office Action and prepare reporting letter regarding patent (.3); prepare current set of claims (.1). |
| 03/13/15 | AP | 0.60 | File Annual Report with the Georgia Secretary of State (.3); obtain good standing certificate for iMedConsent, LLC (.3). |
| 03/16/15 | BB | 0.70 | Review Issue Notification (.1); calculate Patent Term Adjustment to determine accuracy (.6) |
| 03/17/15 | CIM | 1.80 | Review and Analyze Examiner's Answer to Brief on Appeal (.8); draft Reply Brief (1.0). |
| 03/19/15 | JFG | 1.00 | Review Office Action regarding patent. |

Total Hours        4.50