## EXHIBIT B

## EXPENSE SUMMARY

### The Standard Register Company, et al.
### (Case No. 15-10541 (BLS))

### March 12, 2015 through March 31, 2015

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Color Copies | | $60.00 |
| Court Reporter | | 3,489.35 |
| CT Corporation Fees | | 596.25 |
| Filing and Recording Fees | | 1,200.00 |
| Photocopies | | 3,540.00 |
| **Grand Total Expenses** | | **$8,885.60** |

01:17035314.1