## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, *et al.*,[1]<br><br>        Debtors.<br>_____/ | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered) |

## MOTION TO APPROVE APPEARANCE
## PURSUANT TO LOCAL RULE 9010-1(e)(ii)

I, Sundeep S. Sidhu, respectfully request the approval of this Court to appear in the above-captioned case on behalf of The Ultimate Software Group, Inc., pursuant to Local Rule 9010-1(e)(ii) of the United States Bankruptcy Court for the District of Delaware.

Local Rule 9010-1(e)(ii) provides:

> Attorneys who are admitted to the Bar of the District Court and in good standing, but who do not maintain an office in the District of Delaware, may appear on behalf of parties upon approval by the Court.

I am admitted to and in good standing with the Bar of the United States District Court for the District of Delaware. I do not maintain an office in the District of Delaware. My office is located in Orlando, Florida at the address listed below.

Accordingly, I respectfully request that the Court enter the attached proposed order approving my appearance in this case pursuant to Local Bankruptcy Rule 9010-1(e)(ii).

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

{30901297;1}

Dated: May 1, 2015

/s/ Sundeep S. Sidhu
Sundeep S. Sidhu, Esq.
Delaware Bar No. 5417
sunny.sidhu@akerman.com
AKERMAN LLP
420 S. Orange Avenue, Suite 1200
Orlando, FL  32801-4904
Phone:  (407) 423-4000
Facsimile:  (407) 843-6610

*Attorney for The Ultimate Software Group, Inc.*

{30901297;1}                    2