**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*, | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| _____/ | Docket No. _____ |

**ORDER GRANTING MOTION TO APPROVE**
**APPEARANCE  PURSUANT TO LOCAL RULE 9010-1(e)(ii)**

This matter coming before the Court upon the motion of Sundeep S. Sidhu to appear in the above-captioned case on behalf of The Ultimate Software Group, Inc., pursuant to Local Rule 9010-1(e)(ii) of the United States Bankruptcy Court for the District of Delaware; and the Court having reviewed the motion and determined the relief sought is appropriate; it is hereby

ORDERED, that Sundeep S. Sidhu may appear in the above-captioned case pursuant to Local Rule 9010-1(e)(ii).