George C. Scherer
LAW OFFICES OF ROBERT E. LUNA, P.C.
4411 N. Central Expressway
Dallas, TX  75205
(214) 521-8000
(214) 521-1738 FACSIMILE
scherer@txschoollaw.com

ATTORNEY FOR LEWISVILLE
INDEPENDENT SCHOOL DISTRICT

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | § § § | |
| **THE STANDARD REGISTER COMPANY** | § § § § § | **CASE NO. 15-10541(BLS)** |
| **Debtor** | § | **CHAPTER 11** |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

Please take notice that pursuant to §1109(b) of the United States Bankruptcy Code, if applicable, and Rules 2002 and 9010(b) of the Bankruptcy Rules, the undersigned requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

> LEWISVILLE INDEPENDENT SCHOOL DISTRICT
> c/o George C. Scherer, Esq.
> LAW OFFICES OF ROBERT E. LUNA, P.C.
> 4411 N. Central Expressway
> Dallas, Texas 75205
> (214) 521-8000
> (214) 521-1738 FACSIMILE
> scherer@txschoollaw.com

Please take further notice that pursuant to §1109(b) of the United States Bankruptcy Code, if applicable, the foregoing request includes the notices and papers referred to in Rule

2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronic delivery, facsimile or otherwise.

Respectfully submitted,

LAW OFFICES OF ROBERT E. LUNA, P.C.
4411 N. Central Expressway
Dallas, Texas 75205
(214) 521-8000
(214) 521-1738 FACSIMILE
scherer@txschoollaw.com

By:  /s/ George C. Scherer
     George C. Scherer
     State Bar No. 00784916

Attorney for LEWISVILLE
INDEPENDENT SCHOOL DISTRICT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request for Service of Papers was served upon the parties listed below via electronic delivery through the Court's CM/ECF system and/or first class U.S. mail this 1st day of May, 2015.

/s/ George C. Scherer
GEORGE C. SCHERER

| | |
|---|---|
| Prime Clerk | Mark S. Kenney |
| www.primeclerk.com | Office ofthe U.S. Trustee |
| 830 Third Avenue | 844 King Street, Suite 2207 |
| 9th Floor | Lockbox 35 |
| New York, NY 10022 | Wilmington, DE 19801 |