## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | **Related Dkt. Nos: 124, 187, 188, 219.** |

**CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING STIPULATION WITHDRAWING EMERGENCY MOTION OF VOLT CONSULTING GROUP, LTD. FOR THE ENTRY OF AN ORDER: (I) GRANTING RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362(D)(1), TO THE EXTENT REQUIRED, TO TERMINATE ITS CONTRACT WITH THE DEBTORS; OR, ALTERNATIVELY, (II) REQUIRING THE DEBTORS TO ASSUME OR REJECT THE CONTRACT UNDER 11 U.S.C. § 365(D)(2) AND PROVIDE ADEQUATE ASSURANCE OF FUTURE PERFORMANCE**

On March 27, 2015, Volt Consulting Group, Ltd. ("Volt") filed an *Emergency Motion of Volt Consulting Group, Ltd. for the Entry of an Order: (I) Granting Relief from the Automatic Stay Under 11 U.S.C. § 362(d)(1), to the Extent Required, to Terminate its Contract with the Debtors; or, Alternatively, (II) Requiring the Debtors to Assume or Reject the Contract Under 11 U.S.C. § 365(d)(2) and Provide Adequate Assurance of Future Performance* [Docket No. 124] (the "Lift Stay Motion").

Subsequent to the filing of the Lift Stay Motion, The Standard Register Company ("Standard Register") and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors" and, together with Volt, the "Parties") negotiated with Volt in an effort to resolve the relief sought in the Lift Stay Motion. As a result of such

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

negotiations, the Parties have entered into a stipulation (the "Stipulation"), a copy of which is

attached as Exhibit 1 to the proposed form of order (the "Proposed Order") attached hereto as

Exhibit A.

       The Parties submit that the Stipulation and the Proposed Order are appropriate and

consistent with the Parties' discussions, and that entry of the Proposed Order is in the best

interests of the Debtors and their estates.  Accordingly, Volt respectfully requests entry of the

Proposed Order, annexed hereto as Exhibit A, at the earliest convenience of the Court.

Dated:    May 1, 2015                              Respectfully submitted,


                              */s/ Peter M. Sweeney*
                              Peter M. Sweeney (No. 3671)
                              BLAKELEY LLP
                              1000 N. West Street, Suite 1200
                              Wilmington, Delaware 19801
                              Telephone:  (302) 415-9908
                              psweeney@blakeleyllp.com


                              -and-

                              David M. Mannion
                              BLAKELEY LLP
                              54 W. 40th Street
                              New York, New York 10018
                              Telephone: (917) 472-9587
                              dmannion@blakeleyllp.com

                              *Counsel for Volt Consulting Group, Ltd.*