# EXHIBIT A

**Proposed Form of Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | **Related Dkt. Nos: 124, 187, 188, 219.** |

**ORDER APPROVING STIPULATION WITHDRAWING EMERGENCY MOTION OF VOLT CONSULTING GROUP, LTD. FOR THE ENTRY OF AN ORDER: (I) GRANTING RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362(D)(1), TO THE EXTENT REQUIRED, TO TERMINATE ITS CONTRACT WITH THE DEBTORS; OR, ALTERNATIVELY, (II) REQUIRING THE DEBTORS TO ASSUME OR REJECT THE CONTRACT UNDER 11 U.S.C. § 365(D)(2) AND PROVIDE ADEQUATE ASSURANCE OF FUTURE PERFORMANCE**

The Court having considered the *Stipulation Withdrawing Emergency Motion of Volt Consulting Group, Ltd. for the Entry of an Order: (I) Granting Relief From The Automatic Stay Under 11 U.S.C. § 362(d)(1), To The Extent Required, To Terminate Its Contract With The Debtors; or, Alternatively, (II) Requiring The Debtors To Assume or Reject The Contract Under 11 U.S.C. § 365(d)(2) And Provide Adequate Assurance of Future Performance* (the "Stipulation"), a copy of which is attached hereto as Exhibit 1, it is hereby:

1. ORDERED, that the Stipulation is approved.

2. ORDERED, that this is a final order within the meaning of 28 U.S.C. § 158 that is effective immediately upon entry.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

1

2

3.    ORDERED, that this Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware        _____
       May ____, 2015              Brendan L. Shannon
                                   Chief United States Bankruptcy Judge

# **EXHIBIT 1**

**Stipulation**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>Jointly Administered<br><br>Hearing: May 12, 2015 at 10:00 a.m. (ET)<br>Related Dkt. Nos: 124, 187, 188, 219. |

**STIPULATION WITHDRAWING EMERGENCY MOTION OF
VOLT CONSULTING GROUP, LTD. FOR THE ENTRY OF AN ORDER:
(I) GRANTING RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. §
362(D)(1), TO THE EXTENT REQUIRED, TO TERMINATE ITS CONTRACT WITH
THE DEBTORS; OR, ALTERNATIVELY, (II) REQUIRING THE DEBTORS TO
ASSUME OR REJECT THE CONTRACT UNDER 11 U.S.C. § 365(D)(2) AND PROVIDE
<u>ADEQUATE ASSURANCE OF FUTURE PERFORMANCE</u>**

The Standard Register Company ("<u>Standard Register</u>") and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "<u>Debtors</u>") and Volt Consulting Group, Ltd. ("<u>Volt</u>" and, together with the Debtors, the "<u>Parties</u>") through their undersigned counsel, hereby stipulate and agree (this "<u>Stipulation</u>") as follows:

A.    WHEREAS the Debtors and Volt are parties to a contract (the "<u>Contract</u>") whereby Volt provides the Debtors with managed services related to Debtors staffing workers.

B.    WHEREAS on March 27, 2015, Volt filed an *Emergency Motion of Volt Consulting Group, Ltd. for the Entry of an Order: (I) Granting Relief from the Automatic Stay Under 11 U.S.C. § 362(d)(1), to the Extent Required, to Terminate its Contract with the Debtors; or, Alternatively, (II) Requiring the Debtors to Assume or Reject the Contract Under 11 U.S.C.*

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

1

*§ 365(d)(2) and Provide Adequate Assurance of Future Performance* [Docket No. 124] (the "Lift Stay Motion").

C.  WHEREAS the Parties have resolved the Lift Stay Motion on the terms set forth below.

NOW, THEREFORE, it is hereby stipulated and agreed as follows:

1. The Lift Stay Motion is hereby withdrawn without prejudice.

2. Upon the execution hereof, the Debtors shall begin paying Volt's post-petition invoices no later than fifteen (15) days after the Debtors receive each invoice.

3. Within one (1) business day of the entry of the Bankruptcy Court's order approving this Stipulation, the Debtors will make a catch-up payment to Volt *via* electronic funds transfer (the "Catch-up Payment"), which the Debtors agree are for services rendered and invoiced post-petition for the weeks ending April 5, 2015 and April 12, 2015, in the amount of $592,044.09, less any payments previously made on account of such invoices.

4. The Catch-up Payment shall be applied to Volt's aforementioned existing post-petition invoices which are more than fifteen (15) days from invoice date, and the Debtors shall make any additional Catch-up Payment for post-petition invoices unpaid more than fifteen (15) days after the Debtors receive such invoices.

5. The Debtors warrant and represent that they have the financial ability to comply with the terms of this Stipulation and that Volt is adequately protected and assured of payment with respect to its post-petition invoices.

6. In the event of a default by the Debtors under this Stipulation, which is not cured within one (1) business day of Volt providing written notice *via* email to the Debtors' counsel, Volt may file any motion to be heard on the next available omnibus hearing date, and the

Debtors agree not to oppose any motion for an order shortening time filed in connection with such motion.

7. The Bankruptcy Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Stipulation.

Dated:   May 1, 2015

 /s/ Andrew L. Magaziner 
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Maris J. Kandestin (No. 5294)
Andrew Magaziner (No. 5426)
YOUNG CONAWAY STARGATT
& TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
mnestor@ycst.com
kcoyle@ycst.com
mkandestin@ycst.com
amagaziner@ycst.com

      -and-

Robert A. Klyman (CA No. 142723)
Samuel A. Newman (CA No. 217042)
Jeremy L. Graves (CO No. 45522)
Sabina Jacobs (CA No. 274829)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-1512
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
rklyman@gibsondunn.com
snewman@gibsondunn.com
jgraves@gibsondunn.com
sjacobs@gibsondunn.com

*Proposed Counsel to the Debtors and Debtors in Possession*

Dated:   May 1, 2015

 /s/ Peter M. Sweeney 
Peter M. Sweeney (No. 3671)
BLAKELEY LLP
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801
Telephone:  (302) 415-9908
psweeney@blakeleyllp.com

      -and-

David M. Mannion
BLAKELEY LLP
54 W. 40th Street
New York, New York 10018
Telephone: (917) 472-9587
dmannion@blakeleyllp.com

*Counsel for Volt Consulting Group, Ltd.*