**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | ) ) ) | Case No. 15-10541 (BLS) |
| | ) | Jointly Administered |
| Debtors. | ) ) | **Re: Docket Nos. 23 & 286, 307, 356** |
| | ) | |

---

**LIMITED OBJECTION OF RAYMOND LEASING CORPORATION, RAYMOND STORAGE CONCEPTS, INC. AND RAYMOND OF NEW JERSEY, LLC TO CURE AMOUNTS LISTED IN THE NOTICE OF (I) ENTRY INTO STALKING HORSE AGREEMENT AND (II) POTENTIAL ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS, AS AMENDED**

---

Raymond Leasing Corporation ("Raymond Leasing"), Raymond Storage Concepts, Inc. ("Raymond Storage") and Raymond of New Jersey, LLC ("NJ Raymond"), (collectively, "Raymond"), by and through their undersigned counsel, hereby objects (the "Objection") to the cure amounts listed in the *Notice of (i) Entry Into Stalking Horse Agreement and (ii) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially all of the Debtors' Assets* [Docket No. 307], and as it was amended [Docket No. 356]. In support of its Objection, Raymond states the following:

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

1