# EXHIBIT "A"

| Contract Counterparty | Description of Agreement | Proposed Cure Amount ($) |
|---|---|---|
| Raff Printing Inc. | SUBCONTRACTOR CONFIDENTIALITY, INDEMNIFICATION, INTELLECTUAL PROPERTY AND NON-COMPETION AGREEMENT | $0.00 |
| Raff Printing Inc. | Increase in fees (rebates) paid to SRC | $0.00 |
| Raff Printing Inc. | Global Sourcing Solutions Agreement | $390,211.74 |
| Rand Graphics Inc. | Preferred Subcontractor Confidentiality Indemnification, Intellectual Property and Non-Competition Agreement | $51,995.13 |
| Rand Graphics Inc. | Preferred Subcontractor Confidentiality Indemnification, Intellectual Property and Non-Competition Agreement | $0.00 |
| RanRoy Printing Company | Global Sourcing Solutions Agreement | $62,212.13 |
| RanRoy Printing Company | Global Sourcing Solutions Agreement | $0.00 |
| Rapid Direction | Non-Disclosure Agreement | $0.00 |
| Rastar Inc | Preferred Certified Supplier Agreement | $0.00 |
| RASTAR, INC | Preferred Certified Supplier Agreement | $0.00 |
| Ratner Companies, LC | Non-Disclosure Agreement | $0.00 |
| Raymond Leasing Corporation | Raymond Leasing Corporation | $0.00 |
| Raymond Leasing Corporation | Equipment Master Lease Agreement | $36,541.48 |
| Raymond Leasing Corporation | Equipment Master Lease Agreement | $0.00 |
| Raymond Leasing Corporation | Equipment Master Lease Agreement | $0.00 |
| Raymond Leasing Corporation | Equipment Lease | $0.00 |
| Raymond Storage Concepts, Inc. | Rental Agreement | $0.00 |

| Contract Counterparty | Description of Agreement | Proposed Cure Amount ($) |
|---|---|---|
| Raymond Storage Concepts, Inc. | Raymond Leasing Corporation Equipment Master Lease Agreement Terms and Conditions | $43,596.02 |
| Raymond Storage Concepts, Inc. | Comprehensive Fixed Price Maintenance Contract | $0.00 |
| RDM Corp | Purchase order for 2 year extended warranty | $0.00 |
| RDM COrp | Extended Warranty Purchase Order | $0.00 |
| RDM Corp | PURCHASE REQUISITION | $0.00 |
| RDM Corp | PURCHASE REQUISITION | $0.00 |
| RDP Marathon, Inc. | Non-Disclosure Agreement | $0.00 |
| Recall Secure Destructions Services | Non-Disclosure Agreement | $0.00 |
| Recovery Site Logisitics | Standard Register Purchase Order | $21,755.02 |
| RECOVERY SITE LOGISTICS | Purchase Order | $0.00 |
| Recycling Industries | Services Agreement | $0.00 |
| Reddington, Terrance P. | Release | $0.00 |
| Repacorp | Vendor Agreement | $0.00 |
| Repacorp Label Products, Inc. | Subcontractor Confidentiality, Indemnification, Intellectual Proprety and Non-Competition Agreement | $79,037.45 |
| Repacorp Label Products, Inc. | Subcontractor Confidentiality, Indemnification, Intellectual Property and Non-Competition Agreement | $0.00 |
| Repacorp Label Products, Inc. | Subcontractor Confidentiality, Indemnification, Intellectual Property and Non-Competition Agreement | $0.00 |
| Repacorp, Inc. | Modification of Subcontractor Rebate agreement | $0.00 |