# EXHIBIT "B"

STANDARD REGISTER
WORKFLOWONE, LLC
WORKFLOW SOLUTIONS LLC
THE RELIZON CO
Statement of Account as of April 23, 2015

| LEASE NAME | LEASE NUMBER | EQUIPMENT LOCATION | EQUIPMENT DESCRIPTION | MONTHLY RENTAL | MONTH/S PAST-DUE PRE-PETITION | MONTH/S PAST-DUE POST-PETITION |
|---|---|---|---|---|---|---|
| The Relizon Co | 2178813 | Grove City, OH | Counterbalance W/ B & C Cascade Clamp | $751.01 | 12-25-14 - $751.01<br>1-25-15 - $751.01<br>2-25-15 - $751.01 | 3-25-15 - $751.01 |
| | | | Totals for Lease # 2178813: | | $2,253.03 | $751.01 |
| The Relizon Co | 2178814 | Grove City, OH | Swingreach W/ (2) B & (2) C<br>Walkie W/ (2) B & (1) C | $1,690.29 | . | 3-25-15 - $1,690.29 |
| | | | Totals for Lease # 2178814: | | $0.00 | $1,690.29 |
| The Relizon Co. | 2178816 | Grove City, OH | (2) Reach Forklifts<br>(4) Batteries<br>(2) Chargers | $1,389.08 | 2-5-15 - $1,398.08<br>3-5-15 - $1,398.08 | 4-5-15 - $1,398.08 |
| | | | Totals for Lease # 2178816: | | $2,796.16 | $1,398.08 |
| The Relizon Co | 2178817 | Grove City, OH | Tennant Scrubber | $418.77 | 1-10-15 - $418.77<br>2-10-15 - $418.77<br>3-10-15 - $418.77 | 4-10-15 - $418.77 |
| | | | Totals for Lease # 2178817: | | $1,256.31 | $418.77 |
| WORKFLOWONE LLC | 239141 | Grove City, OH | Walkie W/ B & C | $206.90 | 2-20-15 - $206.90 | 3-20-15 - $206.90<br>4-20-15 - $206.90 |
| | | | Totals for Lease # 239141: | | $206.90 | $413.80 |
| WORKFLOWONE LLC | 239142 | Charlotte, NC | Couunterbalance W/ B & C | $509.87 | 2-5-15 - $509.87<br>3-5-15 - $509.87 | 4-5-15 - $509.87 |
| | | | Totals for Lease # 239142: | | $1,019.74 | $509.87 |
| WORKFLOWONE LLC | 239143 | Lithia Springs, GA | Orderpicker W/ B & C | $513.79 | 2-5-15 - $513.79<br>3-5-15 - $513.79 | 4-5-15 - $513.79 |
| | | | Totals for Lease # 239143: | | $1,027.58 | $513.79 |
| WORKFLOWONE LLC | 239145 | Grove City, OH | (11) Orderpickers<br>(11) Batts & (6) Chargers<br>(3) Walkies W/ (3) Batt & (3) C | $5,892.01 | 2/15/2015 - $5,892.01<br>3/15/2015 - $5,892.01 | 4-15-15 - $5,892.01 |
| | | | Totals for Lease # 239145: | | $11,784.02 | $5,892.01 |
| WORKFLOWONE LLC | 239146 | Livermore, CA | (3) Toyota<br>(3) Batts & (3) Chargers | $2,414.14 | 2-10-15 - $2,414.14<br>3-10-15 - $2,414.14 | 4-10-15 - $2,414,14 |
| | | | Totals for Lease # 239146: | | $4,828.28 | $2,414.14 |
| WORKFLOWONE LLC | 239147 | Houston, TX | (1) Reach W/ B & C | $611.93 | 2-10-15 - $611.93<br>3-10-15 - $611.93 | 3-17-15 - $606.22<br>4-10-15 - $611.93 |
| | | | Totals for Lease # 239147: | | $1,223.86 | $1,218.15 |
| WORKFLOWONE LLC | 307981 | Livermore, CA | (1) Orderpicker W/ B & C<br>(1) Reach W/ B & C | $1,047.00 | 2-25-15 - $1,047.00 | 3-25-15 - $1,047.00 |
| | | | Totals for Lease # 307981: | | $1,047.00 | $1,047.00 |
| WORKFLOWONE LLC | 307982 | Coldwater, OH | (1) Counterbalance W/ B & C | $471.12 | 2-15-15 - $471.12<br>3-15-15 - $471.12 | 4-15-15 - $471.12 |
| | | | Totals for Lease # 307982: | | $942.24 | $471.12 |
| WORKFLOWONE LLC | 307983 | Ontario, CA | (3) Orderpickers<br>(3) Batteries<br>(3) Chargers | $1,427.74 | 2-20-15 - $1,427.74<br>3-20-15 - $1,427.74 | 4-20-15 - $1,427.14 |
| | | | Totals for Lease # 307983: | | $2,855.48 | $1,427.14 |
| WORKFLOWONE LLC | 307984 | Ontario, CA | (1) Swingreach W/ B & C | $1,445.30 | 2-20-15 - $1,445.30<br>3-20-15 - $1,445.30 | 4-20-15 - $1,445.30 |
| | | | Totals for Lease # 307984: | | $2,890.60 | $1,445.30 |
| WORKFLOWONE LLC | 307985 | Grove City, OH | (1) Swingreach W/ B & C | $1,352.55 | 2-15-15 - $1,352.55<br>3-15-15- $1,352.55 | 4-15-15 - $1,352.55 |
| | | | Totals for Lease # 307985: | | $2,705.10 | $1,352.55 |
| WORKFLOWONE LLC | 307986 | Grove City, OH | (1) Reach W/ B & C | $538.74 | 2-15-15 - $538.74<br>3-15-15- $538.74 | 4-15-15 - $538.74 |
| | | | Totals for Lease # 307986: | | $1,077.48 | $1,352.55 |
| WORKFLOWONE LLC | 307987 | Grove City, OH | (1) Generac Generator | $2,176.18 | 2-25-15 - $2,176.18 | 3-25-15 - $2,176.18 |
| | | | Totals for Lease # 307987: | | $2,176.18 | $1,352.55 |
| WORKFLOW SOLUTIONS | 200304 | Elgin, IL | (8) Orderpicker W/ B & C's<br>(1) Swingreach W/ B & C<br>(1) Walkie W/ B & C | $5,810.91 | 2-20-15 - $5,810.91 | 3-20-15 - $5,810.91<br>4-20-15 - $5,810.91 |
| | | | Totals for Lease # 200304: | | $5,810.91 | $11,621.81 |
| | | | GRAND TOTALS: | | $45,900.87 | $35,289.93 |