EXHIBIT "C"



# *Rental Quote*

## Raymond of New Jersey, LLC

**1000 Brighton Street, Union, NJ 07083**
**Tel: 908-624-9570    Fax: 908-624-9540**



| BILL TO | CUSTOMER: | Worldow One |
|---|---|---|
| | ADDRESS: | 7 Costco Dr |
| | CITY: | Monroe |
| | STATE: | NJ |
| CONTACT: | Mr. Allen Jackson | |
| PHONE: | | |
| FAX: | | |

| DATE: | 11/07/13 | Deliver: ASAP |
|---|---|---|
| Ship To: | | |
| | SAME | |
| Quoted By: | Dave Nelson | |
| Cell Phone # | 856-981-9710 | |

| QUANTITY | DESCRIPTION | TOTAL PRICE |
|---|---|---|
| 1 | **Rental of an 18-125-11 Battery** | (Price Each) |
| 2 | **\*\*Monthly Rate** | $250.00 |
| | \*\*\*\*\*\*(Please Circle Your Choice Above)\*\*\*\*\*\* | \*\*\*\*\* |
| 1 | **DELIVERY AND PICK UP OF THIS RENTAL**  *(One Time Charge)* | $250.00 |

**\*\*\*\*Tax not included**

Rental Price Includes Truck and Battery (Taxes not included)

All equipment quoted is subject to availability at receipt of order
Monthly rate is equal to four (4) weeks (28 days) and is based on a single shift usage
\*\*(Single shift Usage is considered 8 Hours per day, 40 Hours per week, or 160 Hours per month)
All early monthly rental returns will be calculated at the weekly rate. \*(Weekly Rate = Monthly Rate x 40%)
All early weekly rental returns will be calculated at the daily rate. \*(Daily Rate = Weekly Rate x 50%)
Damage due to abuse or misuse, to include but not limited to: unauthorized decals, graffiti, or other markings
and coatings, missing equipment, and missing or damaged covers, guards, tires, etc. will result in additional charges.
\*\* Normal maintenance is included during Raymond of New Jersey, LLC's normal operating hours.

**Responsibilities of the customer:**

Notify Raymond of New Jersey, LLC at least 2 business days prior to requested end of billing cycle and equipment pickup.
All early monthly rental returns  will be calculated at the weekly rate. All early weekly rental returns will be calculated at the daily rate
Have the charger installed by a qualified electrician, (if required)
Perform proper battery charging and watering
You must have properly trained truck operators at all times
Check engine oil, water and gas daily on I.C. Units
Refill of Propane tank, if needed, is customer's responsibility.
Notify Raymond of New Jersey, LLC immediately of any mechanical problems or accidents with the rental unit's

All quotes will have state sales tax and freight charges for both delivery and pick-up added to the base rental price.

Raymond of New Jersey, LLC terms are ten (10) days from receipt of Invoice.

Raymond of New Jersey, LLC reserves the right to inspect it's rental equipment at a mutually agreed upon time.

Customer is not to transport rental equipment belonging to Raymond of New Jersey, LLC from delivery location without
prior notification and approval from Raymond of New Jersey, LLC.

Raymond of New Jersey, LLC has advised and given customer a copy of OSHA's new forklift operator training
requirement, 29CFR1910.178, Para. (L), Operator Training; Powered Industrial Trucks, dated 12-1-98.

**Insurance Requirement**
It is a requirement that Raymond of New Jersey LLC be included as an Additional Insured and Loss Payee on your
General Liability policy which should have a minimum limit of liability of $1,000,000 Each Occurrence and $2,000,000 Aggregate
$1,000,000 Each Occurrence and $2,000,000 Aggregate.  A certificate of insurance evidencing coverage must be submitted to
Raymond of New Jersey LLC prior to commencement of the rental.

**PLEASE ENTER OUR ORDER FOR THE ABOVE**

| Accepted by: (Print Name) | AUTHORIZED BY: (SIGNATURE) | Date: | Purchase Order # |
|---|---|---|---|
| JAmes R York | | 11/7/13 | |

*as soon as possible to 908-624-9540. Thank You.*




# *Rental Quote*

## Raymond of New Jersey, LLC

1000 Brighton Street, Union, NJ  07083
Tel: 908-624-9570    Fax: 908-624-9540

| BILL TO | | | DATE: | 12/18/13 | Deliver: ASAP |
|---|---|---|---|---|---|
| | CUSTOMER: | Workflow One | Ship To: | | |
| | ADDRESS: | 7 Costco Dr. | | | |
| | CITY: | Monroe | | SAME | |
| | STATE: | NJ | | | |
| CONTACT: | Allen Jackson | | | | |
| PHONE: | | | Quoted By | Dave Nelson | |
| FAX: | | | Cell Phone # | 856-981-9710 | |

| QUANTITY | DESCRIPTION | TOTAL PRICE |
|---|---|---|
| 3 | Rental of an Order Picker to reach an Elevated Height of | (Price Each) |
| 30?' | ??' Including chargers | |
| | **Subject to Availability | |
| | Monthly Rate*** | $1,400.00 |
| | Set Up and Tear Down/Cradle | $690.00 |
| 1 | DELIVERY AND PICK UP OF THIS RENTAL  *(One Time Charge)* | $300.00 |

****Tax not included

Rental Price Includes Truck and Battery (Trailer not included)

All equipment quoted is subject to availability at receipt of order
Monthly rate is equal to four (4) weeks (28 days) and is based on a single shift usage
(175 hour shift usage is considered 8 hours per day, 40 hours per week or 160 hours per month)
All early monthly rental returns will be calculated at the weekly rate. (weekly rate = monthly rate x 40%)
All early weekly rental returns will be calculated at the daily rate. (daily rate = weekly rate x 30%)
Damage due to abuse or misuse, to include but not limited to: unauthorized decals, graffiti, or other markings
and coatings, missing equipment, and missing or damaged covers, guards, tires etc. will result in additional charges.
**Normal maintenance is included during Raymond of New Jersey, LLC's normal operating hours.

Responsibilities of the customer:
Notify Raymond of New Jersey, LLC at least 2 business days prior to requested end of billing cycle and equipment pick-up.
All early monthly rental returns will be calculated at the weekly rate. All early weekly rental returns will be calculated at the daily rate.
Have the charger installed by a qualified electrician. (if required)
Perform proper battery charging and watering.
You must have a trained truck operator at all times.
Check engine oil, water and gas daily on all units.
Refill of Propane Tank, if needed, is customer's responsibility.
Notify Raymond of New Jersey, LLC immediately of any mechanical problems or accidents with the rental units.

All models will have a one set of forks and the charge for both delivery and pick-up added to the basic rental price.

Raymond of New Jersey, LLC terms are ten (10) days from date of invoice.

Raymond of New Jersey, LLC reserves the right to restock its rental equipment at a mutually agreed upon time.

Customer is not to transport rental equipment belonging to Raymond of New Jersey, LLC from property location without
prior notification and approval from Raymond of New Jersey, LLC.

Raymond of New Jersey, LLC has provided each customer a copy of OSHA's new forklift operator training
requirement 29CFR1910.178, Part L - "Operator Training - Powered Industrial Trucks" dated 12/1/99.

Insurance Requirement
It is a requirement that Raymond of New Jersey, LLC be included as an Additional Insured and Loss Payee on your
General Liability policy which should have a minimum of not liability of $1,000,000 Each Occurrence and $2,000,000 Aggregate,
$1,000,000 Each Occurrence and $2,000,000 Aggregate. A certificate of insurance evidencing coverage must be submitted to
Raymond of New Jersey, LLC prior to commencement of the rental.

**PLEASE ENTER OUR ORDER FOR THE ABOVE**

| Accepted by: (print name) | AUTHORIZED BY: (SIGNATURE) | Date | Purchase Order # |
|---|---|---|---|
| | | | |

*as soon as possible to 908-624-9540 - Thank You,*



# *Rental Quote*

## Raymond of New Jersey, LLC

1000 Brighton Street, Union, NJ  07083
Tel: 908-624-9570    Fax: 908-624-9540



| BILL TO | CUSTOMER: Workflow One | | DATE: | 05/19/14 | Deliver: ASAP |
|---|---|---|---|---|---|
| | ADDRESS: 7 Costco Dr. | | Ship To: | | |
| | CITY: Monroe | | | SAME | |
| | STATE: NJ | | | | |
| CONTACT: Mr. Joseph Mellor | | | | | |
| PHONE: 732-561-8229 | | | Quoted By: | Dave Nelson | |
| FAX: | | | Cell Phone # | 856-981-9710 | |

| QUANTITY | DESCRIPTION | TOTAL PRICE |
|---|---|---|
| | | (Price Each) |
| 2 | **Raymond Order Picker 153/366" Including Chargers** | |
| | **Monthly Rate\*\*\*** | $1,405.00 |
| 2 | **Set Up/Tear Down and Cradle** | $1,100.00 |
| 1 | **DELIVERY AND PICK UP OF THIS RENTAL** *(One Time Charge)* | $550.00 |
| | | \*\*\*\*Tax not included |

Rental Price Includes Truck and Battery *(Taxes not included)*

All equipment quoted is subject to availability at receipt of order
Monthly rate is equal to four (4) weeks (28 days) and is based on a single shift usage
\*\**(Single shift Usage is considered 8 Hours per day, 40 Hours per week, or 160 Hours per month)*
All early monthly rental returns will be calculated at the weekly rate. *\*(Weekly Rate = Monthly Rate x 40%)*
All early weekly rental returns will be calculated at the daily rate. *\*(Daily Rate = Weekly Rate x 50%)*
Damage due to abuse or misuse, to include but not limited to:  unauthorized decals, graffiti, or other markings
and coatings, missing equipment, and missing or damaged covers, guards, tires, etc. will result in additional charges.
\*\* Normal maintenance is included during Raymond of New Jersey, LLC's normal operating hours.

### Responsibilities of the customer:

Notify Raymond of New Jersey, LLC at least 2 business days prior to requested end of billing cycle and equipment pickup.
All early monthly rental returns will be calculated at the weekly rate.  All early weekly rental returns will be calculated at the daily rate
Have the charger installed by a qualified electrician, (if required)
Perform proper battery charging and watering
You must have properly trained truck operators at all times
Check engine oil, water and gas daily on I.C. Units
Refill of Propane tank, if needed, is customer's responsibility.
Notify Raymond of New Jersey, LLC immediately of any mechanical problems or accidents with the rental unit's

All quotes will have state sales tax and freight charges for both delivery and pick-up added to the base rental price.

Raymond of New Jersey, LLC terms are ten (10) days from receipt of invoice.

Raymond of New Jersey, LLC reserves the right to inspect it's rental equipment at a mutually agreed upon time.

Customer is not to transport rental equipment belonging to Raymond of New Jersey, LLC from delivery location without
prior notification and approval from Raymond of New Jersey, LLC.

Raymond of New Jersey, LLC has advised and given customer a copy of OSHA's new forklift operator training
requirement, 29CFR1910.178, Para. (L), Operator Training, Powered Industrial Trucks, dated 12-1-98.

### Insurance Requirement

It is a requirement that Raymond of New Jersey LLC be included as an Additional Insured and Loss Payee on your
General Liability policy which should have a minimum limit of liability of $1,000,000 Each Occurrence and $2,000,000 Aggregate
$1,000,000 Each Occurrence and $2,000,000 Aggregate.  A certificate of insurance evidencing coverage must be submitted to
Raymond of New Jersey LLC prior to commencement of the rental.

### PLEASE ENTER OUR ORDER FOR THE ABOVE

| Accepted by: (Print Name) | AUTHORIZED BY: (SIGNATURE) | Date: | Purchase Order # |
|---|---|---|---|
| JAmes Mell | *(signature)* | | |

as soon as possible to 908-624-9540. Thank You.

**Pam Haskell**

| | |
|---|---|
| **From:** | David Nelson |
| **Sent:** | Friday, February 20, 2015 3:24 PM |
| **To:** | Pam Haskell |
| **Subject:** | Re: 0085 - Workflow One.xls |



David Nelson
Raymond of NJ
856-981-9710
Sent from my iPhone

On Feb 20, 2015, at 3:04 PM, Pam Haskell <pamh@raymond-nj.com> wrote:

> Revised quote
>
> Pam Haskell
> Rental Manager
> Raymond of NJ LLC
> 1000 Brighton Street
> Union, NJ 07083
> (908) 624-9570 X221
> Fax (908) 624-9540



1



# *Rental Quote*

## Raymond of New Jersey, LLC

**1000 Brighton Street, Union, NJ  07083**
**Tel:  908-624-9570      Fax:  908-624-9540**



| | | | Date | 02/20/15 | Deliver: TBA |
|---|---|---|---|---|---|
| **BILL TO** | CUSTOMER: | Workflow One | Ship To: | Same | |
| | ADDRESS: | 7 Costco Drive | | | |
| | CITY: | Monroe Township | | | |
| | STATE: | NJ 08831 | | | |
| CONTACT: | Joe Mellor | | Quote # | 0085WORK | |
| PHONE: | | | Quoted by: | Dave Nelson | |
| FAX: | | | Cell Phone # | | |

| QUANTITY | DESCRIPTION | PRICE "Per Unit" |
|---|---|---|
| 2 | **48V Batteries for swing reach** | $495.00 per unit |
| | 24-125-13 battery | per month |
| | | |
| | | |
| | | |
| | | |
| 1 | **DELIVERY AND PICK UP OF THIS RENTAL** *(One Time Charge)* | $450.00 |
| | | |

****Tax not included**

Rental Price Includes Truck and Battery (Taxes not included)
All equipment quoted is subject to availability at receipt of order
Monthly rate quoted is equal to four (4) weeks (28 days) and is based on a single shift usage
***(Single shift Usage is considered 8 Hours per day, 40 Hours per week, or 160 Hours per month)*
All early monthly rental returns  will be calculated at the weekly rate. *(Weekly Rate = Monthly Rate x 40%)*
All early weekly rental returns will be calculated at the daily rate. *(Daily Rate = Weekly Rate x 50%)*
Damage due to abuse or misuse, to include but not limited to:  unauthorized decals, graffiti, or other markings
and coatings, missing equipment, and missing or damaged covers, guards, tires, etc. will result in additional charges.

**Responsibilities of the customer:**
Carefully read and understand the attached "Terms and Conditions" form prior to signing this proposal.
Notify Raymond of New Jersey, LLC at least 2 business days prior to requested end of billing cycle and equipment pickup.
All early monthly rental returns  will be calculated at the weekly rate.  All early weekly rental returns will be calculated at the daily rate
*Have hard wired  charger installed and disconnected by a qualified electrician,*
*Perform proper battery charging and watering (Watering service is available at additional cost)*
*You must have properly trained truck operators at all times*
*Check engine oil, water and gas daily on I.C. Units*
*Refill of Propane tank, if needed, is customer's responsibility.*
*Notify Raymond of New Jersey, LLC immediately of any mechanical problems or accidents with the rental unit's*

*All quotes will have state sales tax and freight charges for both delivery and pick-up added to the base rental price.*

*Raymond of New Jersey, LLC terms are ten (10) days from receipt of invoice.*

*Raymond of New Jersey, LLC reserves the right to inspect and /or exchange it's rental equipment at a mutually agreed upon time.*

*Customer is not to transport rental equipment belonging to Raymond of New Jersey, LLC from delivery location without*
*prior notification and approval from Raymond of New Jersey, LLC.*

*Raymond of New Jersey, LLC has advised and given customer a copy of OSHA's new forklift operator training*
*requirement, 29CFR1910.178, Para. (L), Operator Training, Powered Industrial Trucks, dated 12-1-98.*

**Insurance Requirement**
It is a requirement that Raymond of New Jersey LLC be included as an Additional Insured and Loss Payee on your
General Liability policy which should have a minimum limit of liability of $1,000,000 Each Occurrence and $2,000,000 Aggregate
$1,000,000 Each Occurrence and $2,000,000 Aggregate.  A certificate of insurance evidencing coverage must be submitted to
Raymond of New Jersey LLC prior to commencement of the rental.

## *PLEASE ENTER OUR ORDER FOR THE ABOVE !*

| Accepted by:  (Print Name) | AUTHORIZED BY: (SIGNATURE) | Date: | Purchase Order # |
|---|---|---|---|
| | | | |

*To ensure prompt and courteous service, please complete this form and fax back*
*as soon as possible to 908-624-9540. Thank You.*

RAYMOND OF NEW JERSEY, LLC
1000 BRIGHTON ST
UNION, NJ  07083
PH: 908/624-9570

| Account# | Work Ord | Br | Sls | W O R K   O R D E R | Date | Invoice # | Page |
|----------|----------|----|----|-------------------|------|-----------|------|
| 191569 | 1521531 | 01 | 0 | I N V O I C E | 01-29-15 | 13169578 | 1 |

Sold To:                    000                  Ship To:
        Workflow One                         WORKFLOW ONE
        7 Costco Dr                          7 COSTCO DR

        Monroe Township    NJ 08831      MONROE TOWNSHIP      NJ 08831
                                         Ship Via:

| Purchase order | Date | Job Number | Job Contact |
|----------------|------|------------|-------------|
| DENISE | 01-20-15 | | DAN |

Seg# 000  Mfr:RAY   Model:960-CSR30T    S/N:960-10-01334      Meter:     0
                                                 Equip ID:01334

          TROUBLESHOOT

          BATTERY

    FOUND FAILED INJECTOR IN WATERING SYSTEM FOR CELL NUMBER 9.
    REPLACED INJECTOR AND WATERED CELL.  SPOKE TO CUSTOMER RECOMMEND
    EQUALIZE CHARGER BATTERY FOR 3 CYCLES.  RAYMOND MODEL 550-0PC30T
    SNB00908.  CROWN BATTERY MODEL 12-125-15 SN 8725811..  DAMAGED
    INJECTOR IN WATERING SYSTEM CELL NUMBER 1.  REPLACED INJECTOR AND
    TESTED.  CHECKED OK WATERED BATTERY.  CHARGER MODEL EF3-24-775 SN
    IF64754.  3 PHASE FERRO 24 CELL 775 AH 350 BLUE CONNECTOR.  FOUND
    BAD CONTROL BOARD IN CHARGER.  REPLACED CONTROL BOARD.  POWERED
    CHARGER UP AND TESTED.  CHARGER TESTED OK.  JOE WOULD LIKE WATERING
    GUN.  DELIVERED WATER GUN.

          Total for segment  ..........................    971.13
-------------------------------------------------------------------------------

Total parts    0.00  Total labor    0.00  Total misc    971.13
                                          Sub Total     971.13
          06NJ           NJ SALES TAX                     67.98

                                              Amount Due
                                              Due By:    ┌──────────┐
                                              02/08/15   │ 1,039.11 │
                                                         └──────────┘

IF YOU HAVE NOT BEEN INVOICED FOR SALES TAX, YOU
ARE RESPONSIBLE FOR REMITTING ANY SALES OR USE TAX
DUE TO YOUR STATE AND LOCAL MUNICIPALITIES.

# EnerSys

# INVOICE

Remit Payment To: EnerSys
1604 Solutions Center
Chicago, IL 60677-1006

Ref B: MTX_311725

| | | | |
|---|---|---|---|
| INVOICE NO. SLS35175091 | RVSN 0 | DATE 01-22-2015 | PAGE 1 of 1 |
| BILL OF LADING NO. 0 | SALES ORDER NO. 8858048 | ORD.DATE 01-22-2015 |
| CUSTOMER PO NO. 1521531 | DATE OF SHIPMENT 01-22-2015 |
| SHIPPED VIA | Freight Code 002 |
| S.A. 3500 | TAXABLE Y | LINE OF BUSINESS MPS |

**BILL TO CUSTOMER ▲** 962498

**BILL TO:**
RAYMOND OF NEW JERSEY, LLC
ACCOUNTS PAYABLE
1000 BRIGHTON STREET
UNION, NJ
07083

**SHIP TO CUSTOMER ▲**

**SHIP TO:** (if different than Bill To)
WORKFLOW ONE
7 COSTCO DRIVE
MONROE TOWNSHIP, NJ
08831

Reminder: A 3.5% convenience fee will be charged if a credit card is used to pay an invoice greater than 10 days from invoice date.

| ITEM | PRODUCT NUMBER | DESCRIPTION | TAX | QTY. SHIPPED | QTY. BACK | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | | EL - 335/3590/1216 | | | | | |
| | | TASK NUMBER 181377. ARRIVED 1-21-15 9:45 AM | | | | | |
| | | RAYMOND MODEL 960-CSR30T SN 01334 | | | | | |
| | | BATTERY MODEL 24-125P-13 SN MIG128147 | | | | | |
| | | TOTAL VOLTAGE 48.74 GRAVITY 1265 | | | | | |
| | | VPC 2.09 #2.10 EXCEPT CELL NUMBER 9 2.00 | | | | | |
| | | REPLACED INJECTOR IN WATERING SYSTEM FOR CELL NUMBER 9 | | | | | |
| | | SPOKE TO CUSTOMER RECOMMEND EQUALIZE CHARGER BATTERY FOR 3 CYCLES | | | | | |
| | | RAYMOND MODEL 550-OPC30T SN B09978 | | | | | |
| | | CROWN BATTERY MODEL 12-125-15 SN 8728811 | | | | | |
| | | DAMAGED INJECTOR IN WATERING SYSTEM CELL NUMBER 1 | | | | | |
| | | REPLACED INJECTOR AND TESTED | | | | | |
| | | CHECKED OK WATERED BATTERY | | | | | |
| | | CHARGER MODEL EF3-24-775 SN IF64754 | | | | | |
| | | 3 PHASE FERRO 24 CELL 775 AH 350 BLUE CONNECTOR | | | | | |
| | | FOUND BAD CONTROL BOARD IN CHARGER | | | | | |
| | | REPLACED CONTROL BOARD | | | | | |
| | | POWERED CHARGER UP AND TESTED | | | | | |
| | | CHARGER TESTED OK | | | | | |
| | | JOE WOULD LIKE WATERING GUN. WILL PICK UP PART FROM SHOP AND DELIVER. PART | | | | | |
| | | NUMBER PSI-92755 | | | | | |
| | | RETURNED 1-22-15 8:20 AM | | | | | |
| | | DELIVERED WATER GUN | | | | | |
| 5 | PSI-92755 | WATERING GUN, MODEL X (SS=140) | Q | 1.00 | 0.00 | 80.4300 | 80.43 |
| 10 | X1060-99-DGF-1 | BOARD,CIR.DELUX GOLD FERRO(80) | Q | 1.00 | 0.00 | 135.5800 | 135.58 |
| 15 | SERVICE.CALL MP | SERVICE CALL MOTIVE POWER | Q | 1.00 | 0.00 | 185.5000 | 185.50 |
| 20 | LOCAL PURCH MP | LOCAL PURCHASE MOTIVE POWER INJECTORS | Q | 2.00 | 0.00 | 22.8900 | 45.78 |
| 25 | LABOR REPAIR MP | REPAIR LABOR MOTIVE POWER | Q | 2.50 | 0.00 | 93.0000 | 232.50 |
| | | Goods: 679.79 | Costs: | | Tax: | Total: | $ 679.79 |

Approved By: _____

Date Approved: _____

G/L Account: _____

Please state with your payment : SLS/35175091
Delivery : PrePaid, EnerSys Expense Fright
Payment : NET 30 DAYS

ORIGINAL          CUSTOMER COPY

Caution-We are not liable for loss or damage to goods in transit. All claims for loss or damage in transit should be made against carrier within proper time limits.

Seller represents that with respect to the production of the articles and/or the performance of the services covered by this invoice, it has fully complied with the Fair Labor Standards Act of 1938, as amended. Address correspondence to: EnerSys P.O. Box 14145, Reading, PA 19612-4145 Phone: 610-208-1991

We certify, that to the best of our knowledge and belief, the prices invoiced are in compliance with the Rules and Regulations of the Federal Price Commission.

RAYMOND OF NEW JERSEY, LLC
1000 BRIGHTON ST
UNION, NJ  07083
PH: 908/624-9570

| Account# | Order # | Brc | Sls | | Date | Invoice # | Page |
|----------|---------|-----|-----|--|------|-----------|------|
| 191569 | 1065764 | 01 | C01 | I N V O I C E | 01-29-15 | 13169804 | 1 |

Sold To:                000                    Ship To:              #  12
        Workflow One                          WORKFLOW ONE
        7 Costco Dr                           7 Costco Dr

    Monroe Township     NJ  08831        Monroe Township          NJ  08831
                                          Ship Via RNJ

| Entered By | Customer Purchase Order | | Customer Contact<br>JOSEPH MELLOR | Ord Date<br>03-25-14 |
|------------|-------------------------|--|----------------------------------|----------------------|
| | | Equip ID | Customer Job number<br>732-561-8210 | Customer Phone # |

| Ord | Ship | B/O | Part Number | Description | Unit Price | UM | Extended |
|-----|------|-----|-------------|-------------|------------|----|----------|
| | 1 | | Id# 9026B<br>Model-18-125-11<br>36V BATTERY | FROM: 01-27-15  THRU: 02-23-15  28  Days<br>Serial#-3204AT | | | |
| | | | | | | | 250.00 |
| | | | | Sub Total | | | 250.00 |
| | | 06NJ | | NJ SALES TAX | | | 17.50 |

Total Invoice
Due By:            | 267.50
02/08/15

IF YOU HAVE NOT BEEN INVOICED FOR SALES TAX, YOU
ARE RESPONSIBLE FOR REMITTING ANY SALES OR USE TAX
DUE TO YOUR STATE AND LOCAL MUNICIPALITIES.

RAYMOND OF NEW JERSEY, LLC
1000 BRIGHTON ST
UNION, NJ  07083
PH: 908/624-9570

| Account# | Order # | Brc | Sls | | Date | Invoice # | Page |
|---|---|---|---|---|---|---|---|
| 191569 | 1071310 | 01 | C01 | I N V O I C E | 01-29-15 | 13169807 | 1 |

Sold To:           000                    Ship To:              #  10
    Workflow One                        Workflow One
    7 Costco Dr                         7 Costco Dr

   Monroe Township   NJ  08831      Monroe Township       NJ 08831
                                             Ship Via RNJ

| Entered By | Customer Purchase Order | | Customer Contact<br>JOSEPH MELLOR | | Ord Date<br>05-21-14 |
|---|---|---|---|---|---|
| | | Equip ID | Customer Job number<br>732-561-8229 | Customer Phone #<br>732-561-8210 | |

| Ord | Ship | B/O | Part Number | Description | Unit Price | UM | Extended |
|---|---|---|---|---|---|---|---|
| | 1 | | Id# 8846<br>Model-5600PC30TT<br>RAYMOND ORDERPICKER | FROM: 01-28-15  THRU: 02-24-15  28  Days<br>   Serial#-560-13-B17523 | | | |
| | | | | | | | 1,405.00 |
| | 1 | | Id# 9560B<br>Model-18-140-13<br>BATTERY | FROM: 01-28-15  THRU: 02-24-15  28  Days<br>   Serial#-3228LP | | | |
| | | | | | | | 0.00 |
| | 1 | | Id# 8867<br>Model-5600PC30TT<br>RAYMOND ORDERPICKER | FROM: 01-28-15  THRU: 02-24-15  28  Days<br>   Serial#-560-13-B17749 | | | |
| | | | | | | | 1,405.00 |
| | 1 | | Id# 10242B<br>Model-18-125-13<br>36V BATTERY | FROM: 01-28-15  THRU: 02-24-15  28  Days<br>   Serial#-98320209 | | | |
| | | | | | | | 0.00 |
| | | | | Sub Total | | | 2,810.00 |
| | | | 06NJ | NJ SALES TAX | | | 196.70 |

Total Invoice
Due By:     [ 3,006.70 ]
02/08/15

IF YOU HAVE NOT BEEN INVOICED FOR SALES TAX, YOU
ARE RESPONSIBLE FOR REMITTING ANY SALES OR USE TAX
DUE TO YOUR STATE AND LOCAL MUNICIPALITIES.

RAYMOND OF NEW JERSEY, LLC
1000 BRIGHTON ST
UNION, NJ  07083
PH: 908/624-9570

| Account# | Order # | Brc | Sls | | Date | Invoice # | Page |
|----------|---------|-----|-----|---|------|-----------|------|
| 191569 | 1053714 | 01 | C01 | I N V O I C E | 02-02-15 | 13170383 | 1 |

Sold To:          000                    Ship To:          #  17
       Workflow One                         WORKFLOW ONE
       7 Costco Dr                          7 Costco Dr

    Monroe Township    NJ  08831      Monroe Township        NJ 08831
                                      Ship Via RNJ

| Entered By | Customer Purchase Order<br>242240 | | Customer Contact<br>ALLEN JACKSON | Ord Date<br>11-11-13 |
|------------|-----------|----------|------------|----------|
| | | Equip ID | Customer Job number | Customer Phone # |
| | | | | |

| Ord | Ship | B/O | Part Number | Description | Unit Price | UM | Extended |
|-----|------|-----|-------------|-------------|------------|----|----------|
| | 1 | | Id# 9011B<br>Model-18-125-11<br>BATTERY | FROM: 02-02-15  THRU: 03-01-15  28  Days<br>   Serial#-2565JS | | | |
| | | | | | | | 250.00 |
| | 1 | | Id# 9486B<br>Model-18-125-11<br>BATTERY | FROM: 02-02-15  THRU: 03-01-15  28  Days<br>   Serial#-4711IA | | | |
| | | | | | | | 250.00 |
| | | | | Sub Total | | | 500.00 |
| | | | 06NJ      NJ SALES TAX | | | | 35.00 |

Total Invoice
   Due By:                     535.00
   02/12/15

IF YOU HAVE NOT BEEN INVOICED FOR SALES TAX, YOU
ARE RESPONSIBLE FOR REMITTING ANY SALES OR USE TAX
DUE TO YOUR STATE AND LOCAL MUNICIPALITIES.

RAYMOND OF NEW JERSEY, LLC
1000 BRIGHTON ST
UNION, NJ  07083
PH: 908/624-9570

| Account#<br>191569 | Order #<br>1058585 | Brc<br>01 | Sls<br>C01 | I N V O I C E | Date<br>02-04-15 | Invoice #<br>13170822 | Page<br>1 |
|---|---|---|---|---|---|---|---|

Sold To:                    000              Ship To:              #  15
    Workflow One                          Workflow One
    7 Costco Dr                           7 Costco Dr

    Monroe Township    NJ   08831     Monroe Township         NJ 08831
                               Ship Via RNJ

| Entered By | Customer Purchase Order | | Customer Contact<br>ALLEN JACKSON | Ord Date<br>01-08-14 |
|---|---|---|---|---|
| | | Equip ID | Customer Job number | Customer Phone #<br>732-561-8210 |

| Ord | Ship | B/O Part Number | Description | Unit Price | UM | Extended |
|---|---|---|---|---|---|---|

|  | 1 | Id# 8993<br>Model-560OPC30TT<br>RAYMOND ORDERPICKER | FROM: 02-04-15  THRU: 03-03-15  28  Days<br>  Serial#-560-14-B19026 |  |  | 1,405.00 |
|  | 1 | Id# 6995<br>Model-18H120-13<br>36V BATTERY | FROM: 02-04-15  THRU: 03-03-15  28  Days<br>  Serial#-2929KP |  |  | 0.00 |
|  | 1 | Id# 8996<br>Model-560OPC30TT<br>RAYMOND ORDERPICKER | FROM: 02-04-15  THRU: 03-03-15  28  Days<br>  Serial#-560-14-B19008 |  |  | 1,405.00 |
|  | 1 | Id# 9975B<br>Model-18-125-13<br>DEKA 36V BATTERY | FROM: 02-04-15  THRU: 03-03-15  28  Days<br>  Serial#-2842BA |  |  | 0.00 |
|  | 1 | Id# 8991<br>Model-560OPC30TT<br>RAYMOND ORDERPICKER | FROM: 02-04-15  THRU: 03-03-15  28  Days<br>  Serial#-560-14-B19030 |  |  | 1,405.00 |

Sub Total                    4,215.00

06NJ        NJ SALES TAX                      295.05

Total Invoice
Due By:        4,510.05
02/14/15

IF YOU HAVE NOT BEEN INVOICED FOR SALES TAX, YOU
ARE RESPONSIBLE FOR REMITTING ANY SALES OR USE TAX
DUE TO YOUR STATE AND LOCAL MUNICIPALITIES.

RAYMOND OF NEW JERSEY, LLC
1000 BRIGHTON ST
UNION, NJ  07083
PH: 908/624-9570

| Account# | Order # | Brc | Sls | | Date | Invoice # | Page |
|---|---|---|---|---|---|---|---|
| 191569 | 1058585 | 01 | C01 | C R E D I T | 02-26-15 | 13170822 | 1 |

Sold To:        000                    Ship To:
        Workflow One                    Workflow One
        7 Costco Dr                     7 Costco Dr

        Monroe Township    NJ  08831    Monroe Township         NJ 08831
                                        Ship Via RNJ

| Entered By | Customer Purchase Order | | Customer Contact | Ord Date |
|---|---|---|---|---|
| dawnl | | | ALLEN JACKSON | 01-08-14 |
| | | Equip ID | Customer Job number | Customer Phone # |
| | | | | 732-561-8210 |

| Ord | Ship | B/O | Part Number | Description | Unit Price | UM | Extended |
|---|---|---|---|---|---|---|---|

```
        1       Id# 8993        FROM: 02-04-15  THRU: 02-24-15  20  Days
                Model-5600PC30TT        Serial#-560-14-B19026
                RAYMOND ORDERPICKER
                mtr in:    0  mtr out    0  mtr used:    0      401.43-
                Credit for period 02/25/15 thru 03/03/15
        0       Id# 6995      *** This item not returned, Rent Continues.
                Model-18H120-13         Serial#-2929KP
                36V BATTERY
                mtr in:    0  mtr out    0  mtr used:    0        0.00
        0       Id# 8996      *** This item not returned, Rent Continues.
                Model-5600PC30TT        Serial#-560-14-B19008
                RAYMOND ORDERPICKER
                mtr in:    0  mtr out    0  mtr used:    0        0.00
                Credit for period 02/25/15 thru 03/03/15
        0       Id# 9975B     *** This item not returned, Rent Continues.
                Model-18-125-13         Serial#-2842BA
                DEKA 36V BATTERY
                mtr in:    0  mtr out    0  mtr used:    0        0.00
        0       Id# 8991      *** This item not returned, Rent Continues.
                Model-5600PC30TT        Serial#-560-14-B19030
                RAYMOND ORDERPICKER
                mtr in:    0  mtr out    0  mtr used:    0        0.00
                Credit for period 02/25/15 thru 03/03/15

                                Sub Total                      401.43-

        06NJ        NJ SALES TAX                                28.10-


                                Total Credit
                                                    429.53-
                                03/08/15
```

IF YOU HAVE NOT BEEN INVOICED FOR SALES TAX, YOU
ARE RESPONSIBLE FOR REMITTING ANY SALES OR USE TAX
DUE TO YOUR STATE AND LOCAL MUNICIPALITIES.

RAYMOND OF NEW JERSEY, LLC
1000 BRIGHTON ST
UNION, NJ  07083
PH: 908/624-9570

| Account# | Work Ord | Br | Sls | | Date | Invoice # | Page |
|----------|----------|----|----|-----|------|-----------|------|
| 191569 | 1524762 | 01 | 0 | W O R K   O R D E R<br>I N V O I C E | 02-18-15 | 13172911 | 1 |

Sold To:            000
   Workflow One
   7 Costco Dr

Ship To:
WORKFLOW ONE
7 COSTCO DR

Monroe Township    NJ 08831        MONROE TOWNSHIP      NJ 08831

Ship Via:

| Purchase order<br>DENISE | Date<br>02-13-15 | Job Number | Job Contact |
|---|---|---|---|

Seg# 000  Mfr:CRO   Model:35SCTT      S/N:1A100836          Meter:  6462
                                Equip ID:K997

   TROUBLESHOOT
   CARD TRAVEL
   DRIVE

                 LABOR                        53.70

       Total for segment   ..........................      53.70
--------------------------------------------------------------------
Seg# 010  Mfr:CRO   Model:35SCTT      S/N:1A100836          Meter:    0
                                Equip ID:K997

                          Total Labor        60.00
       Total for segment   ..........................      60.00
--------------------------------------------------------------------

Total parts     0.00  Total labor    113.70  Total misc      0.00
                              Sub Total      113.70
      06NJ            NJ SALES TAX                       7.96

Amount Due
Due By:                  121.66
02/28/15

IF YOU HAVE NOT BEEN INVOICED FOR SALES TAX, YOU
ARE RESPONSIBLE FOR REMITTING ANY SALES OR USE TAX
DUE TO YOUR STATE AND LOCAL MUNICIPALITIES.

# Work Order Form v8.6

**Updated EBS Dispatch Log:** 02/17/2015 01:22:20 PM GMT-05:00

**If Parts are Needed Do You Have a Work Order Number:** N/A
*Yes will automatically e-mail parts/ No dispatch will e-mail parts/ N/A you do not need parts*

### Work Order

*1000 Brighton Street*
*Union, NJ 07083*
*Tel: (908) 624-9570*
*Fax: (908) 624-9553*



**Date:** 02/17/2015

**Customer Name:** Workflow One

**Customer Location:** 7 Costco Dr , Monroe Township NJ
*Use building # if customer has multiple locations*

**Contact Phone:** 732-561-8210

**Complaint(1):** NOT GOING INO GEAR WONT DRIVE

**Complaint(2):** 830-6PM

**Work Order Type:**
    ✓ T&M

**Work Order #:** 1524762

**Service Technician:** CARLOS ARIAS

**Technician Number:** 155

**Make:** CRO

**Model Number:** 35SCTT

**Serial Number:** 1A100836

**Hour Meter:** 6462
*Put N/A If Machine Does NOT have Hour Meter*

**Job Status:** Complete

**Did You Travel to this repair:** yes

**Start Travel Time:** 02/17/2015 11:06:44 AM GMT-05:00

**Start Location:**
    Latitude (degrees): 40.358482
    Longitude (degrees): -74.458057
    Altitude (meters): -0.8 meters
    Accuracy (meters): 11.0 meters

**Arrived:** 02/17/2015 11:36:55 AM GMT-05:00

2/18/2015                                                    doForms

**Arrived Location:**
    Latitude (degrees): 40.358482
    Longitude (degrees): -74.458057
    Altitude (meters): -0.8 meters
    Accuracy (meters): 11.0 meters

**Travel Time d:**  0.5

**Travel Time:**  0.5

**Time In(1):**  02/17/2015 11:36:00 AM GMT-05:00

**Time Out(1):**  02/17/2015 12:12:29 PM GMT-05:00

**Repair Time d(1):**  0.6

**Labor Time:**  0.6

**Labor Type:**  Regular Time

**Diagnosis:**

| Technician's Onsite Diagnosis | AD |
|---|---|
| Loose connection on the EV100 Card. | |
| | |
| | |

**Repair Description:**  Reinstall and secure the connection to the EV100 card. Test drive.
*Give a detailed description of all work performed*

**Job Description(1):**  Troubleshoot

**Job Code(1):**  00

**Modifier(1):**  Drive

**Modifier Code(1):**  8

**Component Category(1):**  CARDS/TRANS

**Component(1):**  Card - Travel System

**Component Code(1):**  452

**Is the customer available for signature?:**  Yes

**Customer Authorization of Above Listed Repairs:**
*Do not use for avoidable damage*



**CUSTOMER E-MAIL :**
  - daniel.rabchuk@standardregister.com

**Dispatch E-Mail:**
*Enter your dispatchers e-mail address*
  - ramons@raymond-nj.com

Were there Avoidable Damages?:  No

*A waste disposal fee of &#36;5.00 &amp;standard travel will be added to each repair order.*
*Customer herin agrees to pay interest at a rate of 1 1/2% per onth on the unpaid balance for any amounts outstanding for more than 10 days.*

**Form Record:**  raymond$$01142014160326$$Published&&44189

RAYMOND OF NEW JERSEY, LLC
1000 BRIGHTON ST
UNION, NJ   07083
PH: 908/624-9570

| Account# | Order # | Brc | Sls | | Date | Invoice # | Page |
|----------|---------|-----|-----|--------|----------|-----------|------|
| 191569 | 1065764 | 01 | C01 | I N V O I C E | 02-25-15 | 13174190 | 1 |

Sold To:          000
   Workflow One
   7 Costco Dr

Ship To:                # 13
WORKFLOW ONE
7 Costco Dr

   Monroe Township    NJ   08831

Monroe Township          NJ 08831
Ship Via RNJ

| Entered By | Customer Purchase Order | | Customer Contact ·  JOSEPH MELLOR | Ord Date 03-25-14 |
|------------|-------------------------|--------|-----------------------------------|-------------------|
| | | Equip ID | Customer Job number | Customer Phone # |
| | | | 732-561-8210 | |

| Ord | Ship | B/O | Part Number | Description | Unit Price | UM | Extended |
|-----|------|-----|-------------|-------------|------------|----|----------|
| | 1 | | Id# 9026B  Model-18-125-11  36V BATTERY | FROM: 02-24-15  THRU: 03-23-15  28  Days  Serial#-3204AT | | | |
| | | | | | | | 250.00 |
| | | | | Sub Total | | | 250.00 |
| | | | 06NJ | NJ SALES TAX | | | 17.50 |

*Customer paid $114.64 on ck # 27922*
*on 4/2/15*

| | |
|---|---|
| Total Invoice  Due By:  03/07/15 | 267.50 |
| | 152.86 |

IF YOU HAVE NOT BEEN INVOICED FOR SALES TAX, YOU
ARE RESPONSIBLE FOR REMITTING ANY SALES OR USE TAX
DUE TO YOUR STATE AND LOCAL MUNICIPALITIES.

RAYMOND OF NEW JERSEY, LLC
1000 BRIGHTON ST
UNION, NJ  07083
PH: 908/624-9570

| Account# | Order # | Brc | Sls | | Date | Invoice # | Page |
|----------|---------|-----|-----|---|------|-----------|------|
| 191569 | 1071310 | 01 | C01 | I N V O I C E | 02-25-15 | 13174193 | 1 |

Sold To:          000                    Ship To:              #  11
     Workflow One                            Workflow One
     7 Costco Dr                             7 Costco Dr

     Monroe Township    NJ  08831     Monroe Township        NJ 08831
                                      Ship Via RNJ

| Entered By | Customer Purchase Order | | Customer Contact JOSEPH MELLOR | | Ord Date 05-21-14 |
|------------|-------------------------|---|-------------------------------|---|--------|
| | | Equip ID | Customer Job number 732-561-8229 | Customer Phone # 732-561-8210 | |

| Ord | Ship | B/O | Part Number | Description | Unit Price | UM | Extended |
|-----|------|-----|-------------|-------------|------------|----|----------|
| | 1 | | Id# 8846<br>Model-5600PC30TT<br>RAYMOND ORDERPICKER | FROM: 02-25-15  THRU: 03-24-15  28  Days<br>      Serial#-560-13-B17523 | | | |
| | | | | | | | 1,405.00 |
| | 1 | | Id# 9560B<br>Model-18-140-13<br>BATTERY | FROM: 02-25-15  THRU: 03-24-15  28  Days<br>      Serial#-3228LP | | | |
| | | | | | | | 0.00 |
| | 1 | | Id# 8867<br>Model-5600PC30TT<br>RAYMOND ORDERPICKER | FROM: 02-25-15  THRU: 03-24-15  28  Days<br>      Serial#-560-13-B17749 | | | |
| | | | | | | | 1,405.00 |
| | 1 | | Id# 10242B<br>Model-18-125-13<br>36V BATTERY | FROM: 02-25-15  THRU: 03-24-15  28  Days<br>      Serial#-98320209 | | | |
| | | | | | | | 0.00 |
| | | | | Sub Total | | | 2,810.00 |
| | | | 06NJ | NJ SALES TAX | | | 196.70 |

*Customer paid $1,395.97 on check# 27922 on 4/2/15*

                                          Total Invoice
                                          Due By:          | 3,006.70 |
                                          03/07/15

IF YOU HAVE NOT BEEN INVOICED FOR SALES TAX, YOU
ARE RESPONSIBLE FOR REMITTING ANY SALES OR USE TAX
DUE TO YOUR STATE AND LOCAL MUNICIPALITIES.

RAYMOND OF NEW JERSEY, LLC
1000 BRIGHTON ST
UNION, NJ  07083
PH: 908/624-9570

| Account# | Order # | Brc | Sls |
|----------|---------|-----|-----|
| 191569 | 1071310 | 01 | C01 |

C R E D I T

| Date | Invoice # | Page |
|------|-----------|------|
| 02-26-15 | 13174193 | 1 |

Sold To:          000                    Ship To:
        Workflow One                        Workflow One
        7 Costco Dr                         7 Costco Dr

      Monroe Township    NJ  08831     Monroe Township           NJ 08831
                                       Ship Via RNJ

| Entered By dawnl | Customer Purchase Order | | Customer Contact JOSEPH MELLOR | | Ord Date 05-21-14 |
|------------------|-------------------------|--|-------------------------------|--|-------------------|
| | | Equip ID | Customer Job number 732-561-8229 | Customer Phone # 732-561-8210 | |

| Ord | Ship | B/O | Part Number | Description | Unit Price | UM | Extended |
|-----|------|-----|-------------|-------------|------------|----|----------|

```
            1        Id# 8846        FROM: 01-25-15  THRU: 02-24-15  27 Days
                     Model-5600PC30TT       Serial#-560-13-B17523
                     RAYMOND ORDERPICKER
                     mtr in:     0  mtr out     0  mtr used:     0        50.18-
                     Credit for period 02/25/15 thru 03/24/15
            1        Id# 9560B        FROM: 01-25-15  THRU: 02-24-15  27 Days
                     Model-18-140-13        Serial#-3228LP
                     BATTERY
                     mtr in:     0  mtr out  9560  mtr used:     0         0.00
            0        Id# 8867     *** This item not returned, Rent Continues.
                     Model-5600PC30TT       Serial#-560-13-B17749
                     RAYMOND ORDERPICKER
                     mtr in:     0  mtr out   707  mtr used:     0         0.00
                     Credit for period 02/25/15 thru 03/24/15
            0        Id# 10242B    *** This item not returned, Rent Continues.
                     Model-18-125-13        Serial#-98320209
                     36V BATTERY
                     mtr in:     0  mtr out     0  mtr used:     0         0.00

                                    Sub Total                             50.18-

            06NJ           NJ SALES TAX                                     3.51-
```

Total Credit
03/08/15

| |
|--|
| 53.69- |

IF YOU HAVE NOT BEEN INVOICED FOR SALES TAX, YOU
ARE RESPONSIBLE FOR REMITTING ANY SALES OR USE TAX
DUE TO YOUR STATE AND LOCAL MUNICIPALITIES.

RAYMOND OF NEW JERSEY, LLC
1000 BRIGHTON ST
UNION, NJ  07083
PH: 908/624-9570

| Account# | Order # | Brc | Sls | I N V O I C E | Date | Invoice # | Page |
|----------|---------|-----|-----|---------------|------|-----------|------|
| 191569 | 1099630 | 01 | C01 | | 02-27-15 | 13175010 | 1 |

Sold To:        000                    Ship To:
        Workflow One                          Workflow One
        7 Costco Dr                           7 Costco Dr

    Monroe Township    NJ   08831      Monroe Township          NJ  08831
                                       Ship Via RNJ

| Entered By dawnl | Customer Purchase Order | | Customer Contact JOE MELLOR | Ord Date 02-26-15 |
|------------------|-------------------------|-----------|-----------------------------|-------------------|
| | | Equip ID | Customer Job number | Customer Phone # 732-561-8210 |

| Ord | Ship | B/O | Part Number | Description | Unit Price | UM | Extended |
|-----|------|-----|-------------|-------------|------------|-----|----------|
| | 1 | | Id# 10159B | FROM: 02-26-15  THRU: 03-25-15  28  Days | | | |
| | | | Model-24-140-13 | Serial#-1166AR | | | |
| | | | 48V BATTERY | | | | |
| | | | | mtr out   0 | | | 495.00 |
| | 1 | | Id# 9922B | FROM: 02-26-15  THRU: 03-25-15  28  Days | | | |
| | | | Model-24-140-3 | Serial#-7718LA | | | |
| | | | DEKA 48V BATTERY | | | | |
| | | | | mtr out   0 | | | 495.00 |
| | | | | Sub Total | | | 990.00 |
| | 1 | | RENTAL TRUCKING | | 450.00 | | 450.00 |
| | | | 06NJ | NJ SALES TAX | | | 100.80 |

*Customer paid $770.40 on ck# 1100677 on 4/3/15*

| | |
|---|---|
| Total Invoice Due By: 03/09/15 | 1,540.80 |

IF YOU HAVE NOT BEEN INVOICED FOR SALES TAX, YOU
ARE RESPONSIBLE FOR REMITTING ANY SALES OR USE TAX
DUE TO YOUR STATE AND LOCAL MUNICIPALITIES.

RAYMOND OF NEW JERSEY, LLC
1000 BRIGHTON ST
UNION, NJ  07083
PH: 908/624-9570

| Account# | Order # | Brc | Sls | INVOICE | Date | Invoice # | Page |
|----------|---------|-----|-----|---------|------|-----------|------|
| 191569 | 1053714 | 01 | C01 | | 03-02-15 | 13175456 | 1 |

Sold To:                000                 Ship To:              #  18
         Workflow One                       WORKFLOW ONE
         7 Costco Dr                         7 Costco Dr

     Monroe Township    NJ   08831      Monroe Township         NJ 08831
                                        Ship Via RNJ

| Entered By | Customer Purchase Order | | Customer Contact | Ord Date |
|------------|-------------------------|--|------------------|----------|
| | 242240 | | ALLEN JACKSON | 11-11-13 |
| | | Equip ID | Customer Job number | Customer Phone # |

| Ord | Ship | B/O | Part Number | Description | Unit Price | UM | Extended |
|-----|------|-----|-------------|-------------|------------|----|----------|
| | 1 | | Id# 9011B | FROM: 03-02-15  THRU: 03-29-15 | 28  Days | | |
| | | | Model-18-125-11 | Serial#-2565JS | | | |
| | | | BATTERY | | | | |
| | | | | | | | 250.00 |
| | 1 | | Id# 9486B | FROM: 03-02-15  THRU: 03-29-15 | 28  Days | | |
| | | | Model-18-125-11 | Serial#-4711IA | | | |
| | | | BATTERY | | | | |
| | | | | | | | 250.00 |
| | | | | Sub Total | | | 500.00 |
| | | | 06NJ | NJ SALES TAX | | | 35.00 |

*Customer paid $343.93 on ck# 1100800 on 4/6/15*

|  | Total Invoice Due By: 03/12/15 | 535.00 |
|--|--------------------------------|--------|

IF YOU HAVE NOT BEEN INVOICED FOR SALES TAX, YOU
ARE RESPONSIBLE FOR REMITTING ANY SALES OR USE TAX
DUE TO YOUR STATE AND LOCAL MUNICIPALITIES.

RAYMOND OF NEW JERSEY, LLC
1000 BRIGHTON ST
UNION, NJ  07083
PH: 908/624-9570

| Account# | Order # | Brc | Sls | | Date | Invoice # | Page |
|----------|---------|-----|-----|--|------|-----------|------|
| 191569 | 1058585 | 01 | C01 | I N V O I C E | 03-04-15 | 13175895 | 1 |

Sold To:          000
        Workflow One
        7 Costco Dr

Ship To:          #  16
        Workflow One
        7 Costco Dr

     Monroe Township    NJ  08831        Monroe Township          NJ 08831
                                         Ship Via RNJ

| Entered By | Customer Purchase Order | | Customer Contact ALLEN JACKSON | Ord Date 01-08-14 |
|------------|-------------------------|--|--------------------------------|-------------------|
| | | Equip ID | Customer Job number | Customer Phone # 732-561-8210 |

| Ord | Ship | B/O | Part Number | Description | Unit Price | UM | Extended |
|-----|------|-----|-------------|-------------|------------|----|----------|
| | 1 | | Id# 6995 Model-18H120-13 36V BATTERY | FROM: 03-04-15  THRU: 03-31-15  28 Days   Serial#-2929KP | | | 0.00 |
| | 1 | | Id# 8996 Model-5600PC30TT RAYMOND ORDERPICKER | FROM: 03-04-15  THRU: 03-31-15  28 Days   Serial#-560-14-B19008 | | | 1,405.00 |
| | 1 | | Id# 9975B Model-18-125-13 DEKA 36V BATTERY | FROM: 03-04-15  THRU: 03-31-15  28 Days   Serial#-2842BA | | | 0.00 |
| | 1 | | Id# 8991 Model-5600PC30TT RAYMOND ORDERPICKER | FROM: 03-04-15  THRU: 03-31-15  28 Days   Serial#-560-14-B19030 | | | 1,405.00 |
| | | | | Sub Total | | | 2,810.00 |
| | | | 06NJ | NJ SALES TAX | | | 196.70 |

*Customer paid $2,147.64 on ck# 1100977 on 4/6/15* [handwritten]

| Total Invoice Due By: 03/14/15 | 3,006.70 |
|-------------------------------|----------|

IF YOU HAVE NOT BEEN INVOICED FOR SALES TAX, YOU
ARE RESPONSIBLE FOR REMITTING ANY SALES OR USE TAX
DUE TO YOUR STATE AND LOCAL MUNICIPALITIES.

**RAYMOND**

RAYMOND OF NEW JERSEY, LLC
1000 BRIGHTON ST
UNION, NJ  07083
PH: 908/624-9570

| Account# | Work Ord | Br | Sls | | Date | Invoice # | Page |
|----------|----------|----|-----|----|------|-----------|------|
| 191569 | 1525130 | 01 | 0 | W O R K   O R D E R<br>I N V O I C E | 03-30-15 | 13180162 | 1 |

Sold To:          000

    Workflow One
    7 Costco Dr

    Monroe Township      NJ 08831

Ship To:
WORKFLOW ONE
7 COSTCO DR

MONROE TOWNSHIP        NJ 08831
Ship Via:

| Purchase order<br>DENISE | Date<br>02-18-15 | Job Number | Job Contact |
|---|---|---|---|

Seg# 000  Mfr:RAY   Model:SACSR30T      S/N:SA-01-01957        Meter:      0

    Equip ID:01957

      INSPECT(CHECK)

      BATTERY

    RAY SACSR30T SA0101957 ENERSYS 2412513 RZJ 105139.
    BATTERY IS NO GOOD.  MULTIPLE BAD CELLS AND IS 14 YEARS OLD.  TRUCK
    WILL NOT MOVE.

        Total for segment  ............................    185.71

Total parts      0.00  Total labor      0.00  Total misc    185.71

                             Sub Total     185.71

      06NJ              NJ SALES TAX                        13.00

| Amount Due | |
|---|---|
| Due By:<br>04/09/15 | 198.71 |

IF YOU HAVE NOT BEEN INVOICED FOR SALES TAX, YOU
ARE RESPONSIBLE FOR REMITTING ANY SALES OR USE TAX
DUE TO YOUR STATE AND LOCAL MUNICIPALITIES.

# ELECTRIC BATTERY COMPANY LLC



178-15 EVELETH ROAD JAMAICA, N.Y. 11434-3405
(718) 978-1900 • (909) 558-0555 • FAX (718) 978-1912

**WORK ORDER FORM** - Thursday, February 19, 2015 8:49:47 AM (Joe Fusco)

| | |
|---|---|
| User Name | Joe Fusco |
| User # | 2014194040 |
| Form Started | 2/19/2015 8:49:47 AM |
| WORK ORDER # | 02190845JF |
| BILL TO | |
| NAME | RAYMOND |
| TELEPHONE | (___) ___-____ |
| CONTACT | LORI |
| SERVICE LOCATION | |
| NAME | WORKFLOW ONE |
| STREET | 7 COSTCO DRIVE |
| CITY, ST, & ZIP | MONROE TWSP, NJ 08831 |
| TELEPHONE | (732) 561-8210 |
| CONTACT | ALEX REYNOSO |
| CUSTOMER CODE | A |
| EMAIL | loriv@raymond-nj.com SERVICE_DISPATCH@RAYMOND-NJ.COM |
| PO# | 1525130 |
| EQUIPMENT DETAILS | |
| DESCRIPTION OF WORK PERFORMED: | RAY SACSR30T SA0101957 ENERSYS 2412513 RZJ 105139 BATTERY IS NO GOOD  MULTIPLE BAD CELLS AND IS 14 YEARS OLD.  TRUCK WILL NOT MOVE |
| RECOMMENDATIONS: | INSTALLED ENERSYS 2412513 MIG1028147 FROM INDIANA TRUCK SO THIS TRUCK WAS UP AND GOING. |
| MATERIAL & SERVICES | |
| 1 QTY: | 1 |
| MATERIAL & SERVICES: | 110-0000 (SERVICE CALL) |
| LABOR | |
| PICTURES | |
| TYPE OF SERVICE | REGULAR |

I HAVE AUTHORITY TO    ALEX REYNOSO
ORDER THE WORK
OUTLINED ABOVE WHICH
HAS BEEN SATISFACTORY
COMPLETED.  I AGREE
THAT SELLER RETAINS
TITLE TO
EQUIPMENT/MATERIALS
FURNISHED UNTIL FINAL
PAYMENT IS MADE.  IF
PAYMENT IS NOT MADE
AS AGREED, SELLER CAN
REMOVE SAID
EQUIPMENT/MATERIALS
AT SELLER'S EXPENSE.
ANY DAMAGE RESULTING
FROM SAID REMOVAL
SHALL NOT BE THE
RESPONSIBILITY OF
SELLER.



DATE:                Thursday, February 19, 2015 9:21:00 AM

RAYMOND OF NJ, LLC
1000 BRIGHTON ST
UNION, NJ  07083
PH: 908/624-9570

| Account# | Order # | Brc | Sls | | Date | Invoice # | Page |
|---|---|---|---|---|---|---|---|
| 191569 | 1000392 | 09 | 0 | **I N V O I C E** | 02-03-15 | 90013693 | 1 |

Sold To:          000                 Ship To:              #  11
         Workflow One                     Workflow One
         7 Costco Dr                      7 Costco Dr

       Monroe Township    NJ  08831    Monroe Township       NJ 08831
                                       Ship Via

| Entered By | Customer Purchase Order | | Customer Contact | | Ord Date 04-01-14 |
|---|---|---|---|---|---|
| | | Equip ID | Customer Job number 14041569 | Customer Phone # 732-561-8210 | |

| Ord | Ship | B/O | Part Number | Description | Unit Price | UM | Extended |
|---|---|---|---|---|---|---|---|
| | 1 | | Id# FP01957 | FROM: 02-01-15  THRU: 02-28-15 | 28 | Days | |
| | | | Model-SACSR30T | Serial#-SA-01-01957 | | | |
| | | | COMPREHENSIVE FIXED PRICE MAINTENANCE | | | | 699.55 |
| | 1 | | Id# FP01958 | FROM: 02-01-15  THRU: 02-28-15 | 28 | Days | |
| | | | Model-SACSR30T | Serial#-SA-01-01958 | | | |
| | | | COMPREHENSIVE FIXED PRICE MAINTENANCE | | | | 699.55 |
| | 1 | | Id# FP01334 | FROM: 02-01-15  THRU: 02-28-15 | 28 | Days | |
| | | | Model-960-CSR30T | Serial#-960-10-01334 | | | |
| | | | COMPREHENSIVE FIXED PRICE MAINTENANCE | | | | 495.00 |
| | 1 | | Id# FP09906 | FROM: 02-01-15  THRU: 02-28-15 | 28 | Days | |
| | | | Model-550-OPC30TT | Serial#-550-10-B09906 | | | |
| | | | COMPREHENSIVE FIXED PRICE MAINTENANCE | | | | 149.95 |
| | 1 | | Id# FP09908 | FROM: 02-01-15  THRU: 02-28-15 | 28 | Days | |
| | | | Model-550-OPC30TT | Serial#-550-10-B09908 | | | |
| | | | COMPREHENSIVE FIXED PRICE MAINTENANCE | | | | 149.95 |
| | 1 | | Id# FP09909 | FROM: 02-01-15  THRU: 02-28-15 | 28 | Days | |
| | | | Model-550-OPC30TT | Serial#-550-10-B09909 | | | |
| | | | COMPREHENSIVE FIXED PRICE MAINTENANCE | | | | 149.95 |
| | 1 | | Id# FP09910 | FROM: 02-01-15  THRU: 02-28-15 | 28 | Days | |
| | | | Model-550-OPC30TT | Serial#-550-10-B09910 | | | |
| | | | COMPREHENSIVE FIXED PRICE MAINTENANCE | | | | 149.95 |

Total Invoice
Due By:          | Continued |

IF YOU HAVE NOT BEEN INVOICED FOR SALES TAX, YOU
ARE RESPONISBLE FOR REMITTING ANY SALES OR USE TAX
DUE TO YOUR STATE AND LOCAL MUNICIPALITIES.

RAYMOND OF NJ, LLC
1000 BRIGHTON ST
UNION, NJ  07083
PH: 908/624-9570

| Account# | Order # | Brc | Sls | | Date | Invoice # | Page |
|----------|---------|-----|-----|--|------|-----------|------|
| 191569 | 1000392 | 09 | 0 | I N V O I C E | 02-03-15 | 90013693 | 2 |

Sold To:          000                    Ship To:          # 11
    Workflow One                          Workflow One
    7 Costco Dr                           7 Costco Dr

  Monroe Township    NJ  08831      Monroe Township          NJ 08831
                        Ship Via

| Entered By | Customer Purchase Order | | Customer Contact | Ord Date 04-01-14 |
|------------|-------------------------|--|------------------|-------------------|
| | | Equip ID | Customer Job number 14041569 | Customer Phone # 732-561-8210 |

| Ord | Ship | B/O | Part Number | Description | Unit Price | UM | Extended |
|-----|------|-----|-------------|-------------|------------|----|----|

```
        1       Id# FP85327      FROM: 02-01-15  THRU: 02-28-15  28  Days
                Model-840-FRE60L       Serial#-840-10-85327
                COMPREHENSIVE FIXED PRICE MAINTENANCE
                                                                138.60
        1       Id# FP70674      FROM: 02-01-15  THRU: 02-28-15  28  Days
                Model-840-FRE60L       Serial#-840-05-70674
                COMPREHENSIVE FIXED PRICE MAINTENANCE
                                                                138.60
        1       Id# FP69665      FROM: 02-01-15  THRU: 02-28-15  28  Days
                Model-840-F60L         Serial#-840-06-69665
                COMPREHENSIVE FIXED PRICE MAINTENANCE
                                                                189.55
        1       Id# FP70681      FROM: 02-01-15  THRU: 02-28-15  28  Days
                Model-840-F60L         Serial#-840-06-70681
                COMPREHENSIVE FIXED PRICE MAINTENANCE
                                                                189.55
        1       Id# FP-02478     FROM: 02-01-15  THRU: 02-28-15  28  Days
                Model-RTW30            Serial#-RTW-07-02478
                COMPREHENSIVE FIXED PRICE MAINTENANCE
                                                                185.00
        1       Id# FP29588      FROM: 02-01-15  THRU: 02-28-15  28  Days
                Model-EZOPC30TT       Serial#-EASI-01-AR29588
                COMPREHENSIVE FIXED PRICE MAINTENANCE
                                                                199.40
        1       Id# FP29589      FROM: 02-01-15  THRU: 02-28-15  28  Days
                Model-EZOPC30TT        Serial#-EASI-01-AR29589
                COMPREHENSIVE FIXED PRICE MAINTENANCE
                                                                199.40
```

Total Invoice
Due By:          | Continued |

IF YOU HAVE NOT BEEN INVOICED FOR SALES TAX, YOU
ARE RESPONSIBLE FOR REMITTING ANY SALES OR USE TAX
DUE TO YOUR STATE AND LOCAL MUNICIPALITIES.

RAYMOND OF NJ, LLC
1000 BRIGHTON ST
UNION, NJ  07083
PH: 908/624-9570

| Account# | Order # | Brc | Sls | | Date | Invoice # | Page |
|----------|---------|-----|-----|---|------|-----------|------|
| 191569 | 1000392 | 09 | 0 | I N V O I C E | 02-03-15 | 90013693 | 3 |

Sold To:        000                    Ship To:          #  11
    Workflow One                      Workflow One
    7 Costco Dr                        7 Costco Dr

    Monroe Township   NJ  08831    Monroe Township        NJ 08831
                         Ship Via

| Entered By | Customer Purchase Order | Customer Contact | | Ord Date |
|------------|-------------------------|------------------|---|----------|
| | | | | 04-01-14 |
| | | Equip ID | Customer Job number | Customer Phone # |
| | | | 14041569 | 732-561-8210 |

| Ord | Ship | B/O | Part Number | Description | Unit Price | UM | Extended |
|-----|------|-----|-------------|-------------|------------|-----|----------|

```
          1       Id# FP-33083        FROM: 02-01-15  THRU: 02-28-15  28  Days
                  Model-EZOPC30TT         Serial#-EASI-03-AR33083
                  COMPREHENSIVE FIXED PRICE MAINTENANCE
                                                           199.40

                                 Sub Total                3,933.40

          06NJ        NJ SALES TAX                          275.34
```

```
                                      Total Invoice  ┌──────────────┐
                                        Due By:      │   4,208.74   │
                                      02/13/15       └──────────────┘
```

IF YOU HAVE NOT BEEN INVOICED FOR SALES TAX, YOU
ARE RESPONISBLE FOR REMITTING ANY SALES OR USE TAX
DUE TO YOUR STATE AND LOCAL MUNICIPALITIES.

RAYMOND OF NJ, LLC
1000 BRIGHTON ST
UNION, NJ 07083
PH: 908/624-9570

| Account# | Order # | Brc | Sls | | Date | Invoice # | Page |
|----------|---------|-----|-----|---|------|-----------|------|
| 191569 | 1000392 | 09 | 0 | I N V O I C E | 03-04-15 | 90014164 | 1 |

Sold To:                    000
     Workflow One
     7 Costco Dr

Ship To:                    # 12
     Workflow One
     7 Costco Dr

     Monroe Township    NJ  08831

     Monroe Township         NJ 08831
     Ship Via

| Entered By | Customer Purchase Order | | Customer Contact | | Ord Date 04-01-14 |
|------------|-------------------------|--|------------------|--|--------|
| | | Equip ID | Customer Job number 14041569 | Customer Phone # 732-561-8210 | |

| Ord | Ship | B/O | Part Number | Description | Unit Price | UM | Extended |
|-----|------|-----|-------------|-------------|------------|----|----------|
| | 1 | | Id# FP01957   Model-SACSR30T   COMPREHENSIVE FIXED PRICE MAINTENANCE | FROM: 03-01-15  THRU: 03-31-15   Serial#-SA-01-01957 | | 31  Days | 699.55 |
| | 1 | | Id# FP01958   Model-SACSR30T   COMPREHENSIVE FIXED PRICE MAINTENANCE | FROM: 03-01-15  THRU: 03-31-15   Serial#-SA-01-01958 | | 31  Days | 699.55 |
| | 1 | | Id# FP01334   Model-960-CSR30T   COMPREHENSIVE FIXED PRICE MAINTENANCE | FROM: 03-01-15  THRU: 03-31-15   Serial#-960-10-01334 | | 31  Days | 495.00 |
| | 1 | | Id# FP09906   Model-550-OPC30TT   COMPREHENSIVE FIXED PRICE MAINTENANCE | FROM: 03-01-15  THRU: 03-31-15   Serial#-550-10-B09906 | | 31  Days | 149.95 |
| | 1 | | Id# FP09908   Model-550-OPC30TT   COMPREHENSIVE FIXED PRICE MAINTENANCE | FROM: 03-01-15  THRU: 03-31-15   Serial#-550-10-B09908 | | 31  Days | 149.95 |
| | 1 | | Id# FP09909   Model-550-OPC30TT   COMPREHENSIVE FIXED PRICE MAINTENANCE | FROM: 03-01-15  THRU: 03-31-15   Serial#-550-10-B09909 | | 31  Days | 149.95 |
| | 1 | | Id# FP09910   Model-550-OPC30TT   COMPREHENSIVE FIXED PRICE MAINTENANCE | FROM: 03-01-15  THRU: 03-31-15   Serial#-550-10-B09910 | | 31  Days | 149.95 |

Total Invoice
Due By:          Continued

IF YOU HAVE NOT BEEN INVOICED FOR SALES TAX, YOU
ARE RESPONISBLE FOR REMITTING ANY SALES OR USE TAX
DUE TO YOUR STATE AND LOCAL MUNICIPALITIES.

RAYMOND OF NJ, LLC
1000 BRIGHTON ST
UNION, NJ 07083
PH: 908/624-9570

| Account# | Order # | Brc | Sls | | Date | Invoice # | Page |
|---|---|---|---|---|---|---|---|
| 191569 | 1000392 | 09 | 0 | I N V O I C E | 03-04-15 | 90014164 | 2 |

Sold To:                    000                  Ship To:                    # 12
        Workflow One                                 Workflow One
        7 Costco Dr                                  7 Costco Dr

        Monroe Township    NJ  08831       Monroe Township        NJ  08831
                                           Ship Via

| Entered By | Customer Purchase Order | | Customer Contact | Ord Date 04-01-14 |
|---|---|---|---|---|
| | | Equip ID | Customer Job number 14041569 | Customer Phone # 732-561-8210 |

| Ord | Ship | B/O | Part Number | Description | Unit Price | UM | Extended |
|---|---|---|---|---|---|---|---|
| | 1 | | Id# FP85327   FROM: 03-01-15  THRU: 03-31-15  31  Days Model-840-FRE60L       Serial#-840-10-85327 COMPREHENSIVE FIXED PRICE MAINTENANCE | | | 138.60 |
| | 1 | | Id# FP70674   FROM: 03-01-15  THRU: 03-31-15  31  Days Model-840-FRE60L       Serial#-840-05-70674 COMPREHENSIVE FIXED PRICE MAINTENANCE | | | 138.60 |
| | 1 | | Id# FP69665   FROM: 03-01-15  THRU: 03-31-15  31  Days Model-840-F60L         Serial#-840-06-69665 COMPREHENSIVE FIXED PRICE MAINTENANCE | | | 189.55 |
| | 1 | | Id# FP70681   FROM: 03-01-15  THRU: 03-31-15  31  Days Model-840-F60L         Serial#-840-06-70681 COMPREHENSIVE FIXED PRICE MAINTENANCE | | | 189.55 |
| | 1 | | Id# FP-02478  FROM: 03-01-15  THRU: 03-31-15  31  Days Model-RTW30            Serial#-RTW-07-02478 COMPREHENSIVE FIXED PRICE MAINTENANCE | | | 185.00 |
| | 1 | | Id# FP29588   FROM: 03-01-15  THRU: 03-31-15  31  Days Model-EZOPC30TT        Serial#-EASI-01-AR29588 COMPREHENSIVE FIXED PRICE MAINTENANCE | | | 199.40 |
| | 1 | | Id# FP29589   FROM: 03-01-15  THRU: 03-31-15  31  Days Model-EZOPC30TT        Serial#-EASI-01-AR29589 COMPREHENSIVE FIXED PRICE MAINTENANCE | | | 199.40 |

Total Invoice
Due By:          | Continued |

IF YOU HAVE NOT BEEN INVOICED FOR SALES TAX, YOU
ARE RESPONSIBLE FOR REMITTING ANY SALES OR USE TAX
DUE TO YOUR STATE AND LOCAL MUNICIPALITIES.

RAYMOND OF NJ, LLC
1000 BRIGHTON ST
UNION, NJ  07083
PH: 908/624-9570

| Account# | Order # | Brc | Sls |
|----------|---------|-----|-----|
| 191569 | 1000392 | 09 | 0 |

I N V O I C E

| Date | Invoice # | Page |
|------|-----------|------|
| 03-04-15 | 90014164 | 3 |

Sold To:                     000
        Workflow One
        7 Costco Dr

Ship To:                # 12
        Workflow One
        7 Costco Dr

        Monroe Township    NJ  08831

Monroe Township          NJ  08831
Ship Via

| Entered By | Customer Purchase Order | | Customer Contact | | Ord Date 04-01-14 |
|------------|-------------------------|--|------------------|--|---------|
| | | Equip ID | Customer Job number 14041569 | Customer Phone # 732-561-8210 | |

| Ord | Ship | B/O | Part Number | Description | Unit Price | UM | Extended |
|-----|------|-----|-------------|-------------|------------|----|----------|
| | 1 | | Id# FP-33083 | FROM: 03-01-15 THRU: 03-31-15  31  Days | | | |
| | | | Model-EZOPC30TT | Serial#-EASI-03-AR33083 | | | |
| | | | COMPREHENSIVE FIXED PRICE MAINTENANCE | | | | |
| | | | | | 199.40 | | |
| | | | | Sub Total | 3,933.40 | | |
| | | 06NJ | NJ SALES TAX | | 275.34 | | |

CUSTOMER IS RESPONSIBLE FOR PAYING $1,683.48 OF THIS INVOICE (3/12/15 - 3/31/15).

WE ARE SENDING THIS INVOICE TO THE BANKRUPTCY COURT IN THE AMOUNT OF **$2,525.26.**

Total Invoice
Due By:            | 4,208.74 |
03/14/15

IF YOU HAVE NOT BEEN INVOICED FOR SALES TAX, YOU
ARE RESPONISBLE FOR REMITTING ANY SALES OR USE TAX
DUE TO YOUR STATE AND LOCAL MUNICIPALITIES.