# EXHIBIT "D"

RAYMOND

Raymond of New Jersey, LLC
Accounts Receivable Detail Aging (Company)
As of 04-17-15
For Invoices Equal to or Greater than 000 Days Old

| Src | Sls | Invoice | Document | | Date | Due Date | St | Age | Amount | Current | 31 - 60 | 61 - 90 | 91 - 120 | 121 & Over |
|-----|-----|---------|----------|---|------|----------|----|-----|--------|---------|---------|---------|----------|-----------|
| 191569 | | Workflow | | | One | | | | | | | | | |
| | | | 10,000 | | 732-561-8210 | | | | | | | | | |
| WO | 0 | 13169578 | 1521531 | 1 | 1/29/2015 | 2/8/2015 | | 77 | 1,039.11 | | | 1,039.11 | | |
| RO | C01 | 13169804 | 1065764 | 1 | 1/29/2015 | 2/8/2015 | 10 | 77 | 267.50 | | | 267.50 | | |
| RO | C01 | 13169807 | 1071310 | 1 | 1/29/2015 | 2/8/2015 | 10 | 77 | 3,006.70 | | | 3,006.70 | | |
| RO | C01 | 13170383 | 1053714 | 1 | 2/2/2015 | 2/12/2015 | 10 | 73 | 535.00 | | | 535.00 | | |
| RO | C01 | 13170822 | 1058585 | 1 | 2/4/2015 | 2/14/2015 | 10 | 71 | 4,510.05 | | | 4,510.05 | | |
| RR | C01 | 13170822 | 1058585 | 1 | 2/26/2015 | 3/8/2015 | | | (429.53) | | | (429.53) | | |
| | | | Total for Invoice | | | ----> | | | 4,080.52 | | | 4,080.52 | | |
| WO | 0 | 13172911 | 1524762 | 1 | 2/18/2015 | 2/28/2015 | | 57 | 121.66 | | 121.66 | | | |
| RO | C01 | 13174190 | 1065764 | 1 | 2/25/2015 | 3/7/2015 | 10 | 50 | 267.50 | | 267.50 | | | |
| CR | | 13174190 | 27922 | | 4/2/2015 | Customer Payment | | | (114.64) | | (114.64) | | | |
| | | | Total for Invoice | | | ----> | | | 152.86 | | 152.86 | | | |
| RO | C01 | 13174193 | 1071310 | 1 | 2/25/2015 | 3/7/2015 | 10 | 50 | 3,006.70 | | 3,006.70 | | | |
| RR | C01 | 13174193 | 1071310 | 1 | 2/26/2015 | 3/8/2015 | | | (53.69) | | (53.69) | | | |
| CR | | 13174193 | 27922 | | 4/2/2015 | Customer Payment | | | (1,395.97) | | (1,395.97) | | | |
| | | | Total for Invoice | | | ----> | | | 1,557.04 | | 1,557.04 | | | |
| RO | C01 | 13175010 | 1099630 | 1 | 2/27/2015 | 3/9/2015 | 10 | 48 | 1,540.80 | | 1,540.80 | | | |
| CR | | 13175010 | 1100677 | | 4/3/2015 | Customer Payment | | | (770.40) | | (770.40) | | | |
| | | | Total for Invoice | | | ----> | | | 770.40 | | 770.40 | | | |
| RO | C01 | 13175456 | 1053714 | 1 | 3/2/2015 | 3/12/2015 | 10 | 45 | 535.00 | | 535.00 | | | |
| CR | | 13175456 | 1100800 | | 4/6/2015 | Customer Payment | | | (343.93) | | (343.93) | | | |
| | | | Total for Invoice | | | ----> | | | 191.07 | | 191.07 | | | |
| RO | C01 | 13175895 | 1058585 | 1 | 3/4/2015 | 3/14/2015 | 10 | 43 | 3,006.70 | | 3,006.70 | | | |
| CR | | 13175895 | 1100977 | | 4/6/2015 | Customer Payment | | | (2,147.64) | | (2,147.64) | | | |
| | | | Total for Invoice | | | ----> | | | 859.06 | | 859.06 | | | |
| WO | | 13180162 | 1525130 | 1 | 3/30/2015 | 4/9/2015 | 10 | 18 | 198.71 | 198.71 | | | | |
| RO | | 90013693 | 1000392 | 9 | 2/3/2015 | 2/13/2015 | 10 | 73 | 4,208.74 | | | 4,208.74 | | |
| RO | | 90014164 | 1000392 | 9 | 3/4/2015 | 3/14/2015 | 10 | 44 | 4,208.74 | | 4,208.74 | | | |
| | | 90014164 | 1000392 | | Adjustment due to 3/12/15 bankruptcy filing | | | | (1,683.48) | | (1,683.48) | | | |
| | | | Total for Invoice | | | ----> | | | 2,525.26 | | 2,525.26 | | | |
| | | Total for | Customer | | --------- | ----> | | | 19,513.63 | 198.71 | 6,177.35 | 13,137.57 | 0.00 | 0.00 |
| | | Total for | All Branches | | ------ | ----> | | | 19,513.63 | | 6,177.35 | | 0.00 | |
| | | | | | | | | | | 198.71 | | 13,137.57 | | 0.00 |
| | | Total Invoice | Amount | | --------- | ----> | | | 19,513.63 | | 6,177.35 | | 0.00 | |
| | | | | | | | | | | 198.71 | | 13,137.57 | | 0.00 |
| | | Total Svc | Chg | | --------- | ----> | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |