EXHIBIT "E"


**Raymond Storage Concepts**

# Rental Agreement

| Date | Customer Purchase Order Number | Contract Number |
|---|---|---|
| 6/17/13 | | |

| Ship To: | Invoice To: |
|---|---|
| Standard Register | Standard Register |
| 700 Patrol Rd | PO Box 1167 |
| Jeffersonville, IN 47130 | Dayton, OH 45401 |

| Salesperson: | Date Required: | Attention: | Ship Via: | F.O.B. |
|---|---|---|---|---|
| Brian Dumke | 6/17/13 | Penny Ballard | Best | Local/Cincinnati, OH |

| Qty | Description | Id No | Model | Serial No | Rental Rate Per Unit | Total Rental Rate (28 day billing cycle) |
|---|---|---|---|---|---|---|
| 2 | Sit Down lifts | | | See Invoice | $990.00 | $1,980.00 |

CHARGER REQUIRED: _____ YES _____ NO
(IF YES – AC INPUT SETTINGS REQUIRED: ____ 208 ____ 240 ____ 480 ____ Other ____ 3 Phase or ____ Phase)

| RENTAL PERIOD | Total Rental Rate per 28 days | $1,980.00 |
|---|---|---|
| From: 6/17/13    To: Call to return | Misc Charges: | |
| | Delivery $220 & Return Freight $220 | $440.00 |
| Start Hour Meter _____ End Hour Meter _____ Total Hours Used _____ | Stand Up & Lay Down | n/a |
| | Safety Harness/Tether Replacement Fee (if not returned at completion of rental) | TBD |
| Rental Rates based on 167 HD Hours Usage Per Month | | |
| Excess Usage Charge $2.00 Per Hour | Tax | Any Applicable |
| | Total | SEE INVOICE |

Summary of Customer Responsibilities:
a) See Rental Terms & Conditions for full details.
b) Use the rental equipment within the defined manufacturer's limitations, and only for the purpose for which it was designed.
c) Connection of each charger to A/C power and disconnection at completion of rental, palletizing charger for return.
d) Daily charging of each battery and weekly check proper water level is maintained.
e) Only Raymond Storage Concepts, Inc. personnel may service, repair or adjust equipment.
f) Dealer costs and expenses for any damage as a result of improper use or abuse, negligence, and improper battery maintenance.
g) Equipment insurance coverage.
h) Notification to Raymond Storage Concepts, Inc. of rental completion.
i) Customer is responsible for all freight costs associated with transport of equipment.
j) Customer responsible for loading and unloading equipment. If Raymond Storage Concepts, Inc. is requested to load or unload, our current hourly labor rates will be charged.
k) Customer responsible for palletizing and banding batteries of additional batteries. If Raymond Storage Concepts is requested to palletize and band batteries, our current hourly labor rate will be charged.

*The undersigned renter accepts delivery of the above equipment as is, and agrees to pay the charges resulting from the rates indicated above and to comply with all of the terms and conditions expressed on both pages of this agreement.*

Date____6/17/13_____          *Linda Harmon*
                                  Linda Harmon - Rental Manager, Raymond Storage Concepts, Inc.

Date 6/18/2013                    Customer Signature: _(signature)_
                                  Print Name: David M. Coughlin
                                  Purchaser Order Number_____

|  | 4350 Indeco Ct. Cincinnati, OH 45241 | 4333 Directors Blvd Groveport, OH 43125 | 11921 Carrier Ct Louisville, KY 40299 |
|---|---|---|---|
| Tel: | (513) 891-7290 | (614) 275-3494 | (502) 491-2237 |
| Fax: | (513) 891-7299 | (614) 275-3493 | (502) 499-0240 |



# Rental Agreement

| Date | Customer Purchase Order Number | Contract Number |
|---|---|---|
| 9/10/13 | | |

| Ship To: | Invoice To: |
|---|---|
| Standard Register<br>700 Patrol Rd<br>Jeffersonville, IN 47130 | Standard Register<br>PO Box 1167<br>Dayton, OH 45401 |

| Salesperson: | Date Required: | Attention: | Ship Via: | F.O.B. |
|---|---|---|---|---|
| Brian Dumke | 6/17/13 | Penny Ballard | Best | Local |

| Qty | Description | Id No | Model | Serial No | Rental Rate Per Unit | Total Rental Rate (28 day billing cycle) |
|---|---|---|---|---|---|---|
| 2 | Sit Down lifts | | | See Invoice | $990.00 | $1,980.00 |

CHARGER REQUIRED: ___YES ___NO
(IF YES – AC INPUT SETTINGS REQUIRED: ___208 ___240 ___480 ___Other ___3 Phase or ___Phase)

| RENTAL PERIOD | Total Rental Rate per 28 days | $1,980.00 |
|---|---|---|
| From: 9/17/13    To: Monthly - Call to return | Misc Charges:<br>Delivery $220 & Return Freight $220<br>Stand Up & Lay Down<br>Safety Harness/Tether Replacement Fee<br>(if not returned at completion of rental) | $440.00<br>n/a<br>TBD |
| Start Hour Meter___ End Hour Meter___ Total Hours Used ___<br>Rental Rates based on 167 HD Hours Usage Per Month<br>Excess Usage Charge $2.00 Per Hour | Tax<br>Total | Any Applicable<br>SEE INVOICE |

Summary of Customer Responsibilities:
a) See Rental Terms & Conditions for full details.
b) Use the rental equipment within the defined manufacturer's limitations, and only for the purpose for which it was designed.
c) Connection of each charger to A/C power and disconnection at completion of rental, palletizing charger for return.
d) Daily charging of each battery and weekly check proper water level is maintained.
e) Only Raymond Storage Concepts, Inc. personnel may service, repair or adjust equipment.
f) Dealer costs and expenses for any damage as a result of improper use or abuse, negligence, and improper battery maintenance.
g) Equipment insurance coverage.
h) Notification to Raymond Storage Concepts, Inc. of rental completion.
i) Customer is responsible for all freight costs associated with transport of equipment.
j) Customer responsible for loading and unloading equipment. If Raymond Storage Concepts, Inc. is requested to load or unload, our current hourly labor rates will be charged.
k) Customer responsible for palletizing and banding batteries of additional batteries. If Raymond Storage Concepts is requested to palletize and band batteries, our current hourly labor rate will be charged.

*The undersigned renter accepts delivery of the above equipment as is, and agrees to pay the charges resulting from the rates indicated above and to comply with all of the terms and conditions expressed on both pages of this agreement.*

Date____9/10/13_____    _____*Linda Harmon*_____
                           Linda Harmon - Rental Manager, Raymond Storage Concepts, Inc.

Date_____        Customer Signature: _____

                           Print Name: _____

                           Purchaser Order Number _____

|  | 4350 Indeco Ct.<br>Cincinnati, OH 45241 | 4333 Directors Blvd<br>Groveport, OH 43125 | 11921 Carrier Ct<br>Louisville, KY 40299 |
|---|---|---|---|
| Tel:<br>Fax: | (513) 891-7290<br>(513) 891-7299 | (614) 275-3494<br>(614) 275-3493 | (502) 491-2237<br>(502) 499-0240 |



# Rental Agreement

## 1 - Rental of Equipment

Customer is renting, purchasing (in the event of a rent-to-own arrangement) or otherwise being furnished the use of the Equipment by Dealer. The terms "Customer", "Dealer" and "Equipment" refer to the parties and items identified on the reverse side of this page, and Customer's rental or use of the Equipment is governed by all of the terms and conditions appearing on this page and the reverse side hereof. Any inconsistent or additional terms in Customer's purchase order, acknowledgement form or other document are hereby expressly objected to and shall not to any extent become a part of this Agreement between Dealer and Customer. Customer's acceptance of any part of the Equipment shall be deemed an acceptance of all of the terms and conditions set forth in this Agreement.

## 2 - Fees

All rentals are F.O.B. Dealer's warehouse, and Customer agrees to pay the specified rental and cartage charges in advance during the term hereof. Customer agrees to return the Equipment at the expiration or termination of the term or any extended term hereof to Dealer's warehouse or such other receiving point as is designated by Dealer, and to pay all freight, storage or other charges against the Equipment from the time the Equipment leaves Dealer's possession through the time of the return to Dealer's possession as provided above.

## 3 - Selection, Acceptance and Use of Equipment

Customer hereby accepts the Equipment as being in good repair, and acknowledges that the Equipment has been selected by it as suitable for its purposes, being of a size, design, capacity and manufacture selected by Customer. Customer further acknowledges that it is fully familiar with the Equipment and fully understands the Equipment's operating instructions. Customer acknowledges that it is aware of the limitations of the Equipment and agrees not to exceed them. Customer shall use the Equipment in a careful and proper manner and within its rated capacity and only for purposes for which it is designed. Customer agrees to comply with and conform to all federal, state and local laws, regulations and ordinances relating to the operation, use, possession or maintenance of the Equipment and to pay all costs and expenses of every character occasioned by or involving the use or operation of the Equipment, other than those expressly assumed by Dealer herein. Customer agrees to show the operation instructions and explain the Equipment limitations to any person before that person operates the Equipment and that the Equipment shall not be operated: (a) by any untrained personnel; (b) in any race or speed test or contest; (c) to propel or tow any vehicle; (d) by any person under the influence of intoxicants or narcotics; (e) for any illegal purpose; (f) recklessly as to speed or otherwise; (g) at any time when liability insurance is not in full force and effect as required herein; (h) contrary to instructions governing the use of the Equipment. The Equipment is rented or furnished for use by Customer at the address designated on the reverse side hereof, and Customer agrees not to relocate the Equipment without the prior written consent of Dealer.

## 4 - Warranties

WARRANTIES FOR THE EQUIPMENT RENTED, SOLD OR OTHERWISE FURNISHED HEREUNDER ARE LIMITED TO: (A) THOSE (IF ANY) PROVIDED IN WRITING FOR THE BENEFIT OF CUSTOMER BY DEALER'S SUPPLIER OR THE ORIGINAL MANUFACTURER THEREOF, AND (B) THOSE (IF ANY) PROVIDED BY DEALER FOR CUSTOMER'S BENEFIT IN A SEPARATE WRITTEN DOCUMENT PREPARED OR SIGNED BY DEALER. OTHER THAN AS PROVIDED ABOVE, THERE ARE NO WARRANTIES, WHICH EXTEND BEYOND THE DESCRIPTION ON THE REVERSE SIDE HEREOF. THE EXPRESS WARRANTIES SPECIFIED IN THIS PARAGRAPH ARE GIVEN IN LIEU OF ANY AND ALL OTHER WARRANTIES, AND THERE ARE NO OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION, THOSE OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR INTENDED USE, ALL OF WHICH WARRANTIES ARE HEREBY EXPRESSLY EXCLUDED. FURTHER, IN NO EVENT SHALL DEALER BE LIABLE FOR ANY CONSEQUENTIAL, INCIDENTAL OR SPECIAL DAMAGES, AND IN NO EVENT SHALL DEALER BE LIABLE FOR ANY LOSS, INJURY OR DAMAGE RESULTING IN WHOLE OR IN PART FROM ANY ACT OF GOD OR PUBLIC OR QUASIPUBLIC AUTHORITY, FIRE, THEFT, ACCIDENT OR ANY OTHER CAUSE OR CAUSES BEYOND THE CONTROL OF DEALER.

## 5 - Taxes, Liens and Public Laws

Customer shall be liable for and shall pay all charges, fees, taxes and the like imposed upon the rental, maintenance, possession or use of the Equipment during the term hereof, and shall keep the Equipment free of levies, liens and encumbrances.

## 6 - Maintenance

Customer agrees to care for the Equipment properly, to prohibit anyone other than Dealer's authorized personnel to repair or adjust the Equipment, and to notify Dealer within 24 hours following any and all accidents, disabilities, and failures or like situations concerning the Equipment. Customer shall take care of the normal needs of the Equipment, including supplying fuel, LP gas and cylinders, oil and water, and on a daily and weekly basis watering and recharging batteries, checking and topping off as necessary the cooling system and oil levels and checking the general condition of the Equipment. Customer agrees not to make any alterations, additions or modifications to the Equipment without the prior written consent of Dealer. Customer agrees to return the Equipment to Dealer at the expiration or termination of the term or any extended term hereof in as good condition as when received by Customer, usual and ordinary wear and tear excepted. Dealer will service and maintain the Equipment in proper working condition and Customer agrees to make it available for servicing by Dealer at reasonable times during Dealer's business hours. If Customer requires service at times other than Dealer's business hours, Customer agrees to pay the difference between the straight time and overtime rates for Dealer's personnel. Customer agrees that Dealer shall not be liable to Customer nor shall this Agreement be invalidated for Dealer's failure for any reason whatsoever to repair the Equipment or furnish substitute Equipment. Customer further agrees to pay for all damage to the Equipment resulting from improper use or abuse, upon receipt of invoices from Dealer for Dealer's costs and expense of repair thereof. Dealer shall have the right to inspect the Equipment from time to time during Customer's business hours and to retake the Equipment and terminate the Agreement if in Dealer's opinion the Equipment is being used in violation of the above restrictions or otherwise misused.

## 7 - Liability and Indemnification

Customer shall bear the entire risk and liability arising from Customer's rental and/or possession and/or operation and/or use of the Equipment or any part thereof. Customer shall, and does hereby, indemnify, hold harmless and agree to defend Dealer from any and all liability, costs and expenses (including, without limitation, attorneys' fees), for damage to property or injury to persons (including, without limitation, damages or injuries to workers, third parties or their property), arising from, out of or in connection with the possession, use, operation or storage of the Equipment during the term hereof. No loss, damage, theft, destruction or disrepair of the Equipment shall relieve Customer of the obligation to pay rent or from any other obligation hereunder, and in the event of any of the above, Customer shall, upon demand, pay Dealer an amount equal to the cost of repairing or replacing the Equipment or any part thereof. Customer agrees to report every accident, no matter how trivial, to Dealer within 24 hours after the occurrence of the accident. Customer agrees to fully cooperate in any investigation Dealer or Dealer's agents or insurer(s) conducts following any such accident.

## 8 - Insurance

Customer shall at its own expense keep the Equipment insured at its full insurable value against all risks of loss, fire, theft and all damage from every cause whatsoever. Customer shall also at its own expense carry at all times public liability insurance with coverage insuring against all damages and claims for personal injury, death and property damage. Such liability insurance shall include contractual insurance covering the hold harmless indemnity clause included in paragraph 7 hereof. The minimum coverage limits for such liability insurance shall be $1,000,000.00 per occurrence. All such insurance shall be in form, in amounts and through insurers satisfactory to Dealer, and shall insure to the benefit of both Dealer and Customer. Dealer shall be named as an additional insured under all such policies procured by Customer. Certificates showing such coverage to be in effect shall be furnished to Dealer upon request. Each insurer shall agree, by proper endorsement, that it will give Dealer thirty (30) days written notice before the policy in question shall be altered or cancelled and that any proceeds thereof shall be paid jointly to Dealer and Customer as their interests may appear. At the option of Dealer, the proceeds of such insurance shall be applied toward the replacement, restoration or repair of the Equipment or toward payment of the obligations of Customer hereunder.

## 9 - Default

If Customer fails to pay any rental or other sum payable hereunder when due, or if Customer becomes subject to any state or federal insolvency, bankruptcy, receivership, trusteeship or similar proceeding, or if Customer defaults with respect to any term of the Agreement, Dealer may immediately terminate this Agreement by notice in writing to Customer, and Customer hereby authorizes Dealer to repossess any or all items of Equipment wherever they may be found, without liability for trespass. If any such default occurs, at the option of Dealer all future payments under this Agreement shall become immediately due and payable. Even if Dealer terminates this Agreement or repossesses the Equipment (or both), Customer shall remain liable for all sums then unpaid as well as all future rentals due under this Agreement, less rentals actually received by Dealer from third parties for the identical Equipment with respect to the rental of the Equipment during the then remaining term of this Agreement (net of all of Dealer's expenses incurred in leasing or renting the Equipment to such third parties). Customer also agrees to pay on demand all of Dealer's costs, expenses and fees (all referred to as "expenses") incurred pursuing the enforcement of Dealer's rights under this Agreement, the collection of any of the sums owed to Dealer, the repossession or repair of the Equipment, or the fulfillment of any other obligation of Customer to Dealer. The term "expenses" includes all attorney's fee and other third party fees and expenses, court costs, and other expenses incurred, regardless of whether legal proceedings are involved, and expressly including expenses incurred in bankruptcy proceedings. The remedies provided herein in favor of Dealer are cumulative and not exclusive, and shall be in addition to other remedies in Dealer's favor existing at law or in equity. Any notice hereunder shall be deemed sufficiently given if in writing and either delivered to Customer personally or sent by mail addressed to Customer at the address set forth on the face hereof.

## 10 - Title

This is an Agreement of rental only and nothing herein conveys to Customer any right, title or interest in or to any of the Equipment, except as a Customer. However, if Customer and Dealer have entered into a separate written agreement granting Customer a "rent-to-own" option, such separate agreement shall be deemed a part hereof and shall govern the transfer of title to the Equipment.

## 11 - Entire Agreement, Assignment

This Agreement, together with any attachments hereto, constitutes the entire agreement between Customer and Dealer pertaining to the subject matter hereof, and shall not be amended, altered or changed except by a written Agreement signed by all parties. This Agreement and all related rights, duties, powers, privileges and remedies shall be governed by and subject to the substantive laws of the State of Ohio (without regard to its conflict or choice of laws rules), and this Agreement shall be interpreted and construed in accordance with such laws. Any action arising hereunder shall be subject to the exclusive jurisdiction of competent courts in the State of Ohio. The parties hereby irrevocably consent to such jurisdiction and



# Rental Agreement

waive any other jurisdiction or venue that might otherwise apply by reason of presence or any other circumstances. Customer many not assign, transfer, pledge or hypothecate this

Agreement or the Equipment without the prior express written consent of Dealer.



# Rental Agreement

| Date | Customer Purchase Order Number | Contract Number |
|---|---|---|
| 9/10/13 | | |

| Ship To: | Invoice To: |
|---|---|
| Standard Register<br>700 Patrol Rd<br>Jeffersonville, IN 47130 | Standard Register<br>PO Box 1167<br>Dayton, OH 45401 |

| Salesperson: | Date Required: | Attention: | Ship Via: | F.O.B. |
|---|---|---|---|---|
| Brian Dumke | 9/25/13 | Penny Ballard | Best | Local |

| Qty | Description | Id No | Model | Serial No | Rental Rate Per Unit | Total Rental Rate (28 day billing cycle) |
|---|---|---|---|---|---|---|
| 2 | Orderpickers 118/273" lift 24V | | | See Invoice | $800.00 | $1,600.00 |

CHARGER REQUIRED: _____YES _____NO
(IF YES – AC INPUT SETTINGS REQUIRED: ____208 ____240 ____480 ____Other ____3 Phase or ____Phase)

| RENTAL PERIOD | Total Rental Rate per 28 days | $1,600.00 |
|---|---|---|
| From: 9/25/13   To: Monthly - Call to return | Misc Charges:<br>Delivery $290 & Return Freight $290<br>Stand Up & Lay Down<br>Safety Harness/Tether Replacement Fee<br>(if not returned at completion of rental) | $580.00<br>n/a<br>TBD |
| Start Hour Meter____ End Hour Meter____ Total Hours Used____<br>Rental Rates based on 167 HD Hours Usage Per Month<br>Excess Usage Charge $2.00 Per Hour | Tax<br>Total | Any Applicable<br>SEE INVOICE |

Summary of Customer Responsibilities:
a) See Rental Terms & Conditions for full details.
b) Use the rental equipment within the defined manufacturer's limitations, and only for the purpose for which it was designed.
c) Connection of each charger to A/C power and disconnection at completion of rental, palletizing charger for return.
d) Daily charging of each battery and weekly check proper water level is maintained.
e) Only Raymond Storage Concepts, Inc. personnel may service, repair or adjust equipment.
f) Dealer costs and expenses for any damage as a result of improper use or abuse, negligence, and improper battery maintenance.
g) Equipment insurance coverage.
h) Notification to Raymond Storage Concepts, Inc. of rental completion.
i) Customer is responsible for all freight costs associated with transport of equipment.
j) Customer responsible for loading and unloading equipment. If Raymond Storage Concepts, Inc. is requested to load or unload, our current hourly labor rates will be charged.
k) Customer responsible for palletizing and banding batteries of additional batteries. If Raymond Storage Concepts is requested to palletize and band batteries, our current hourly labor rate will be charged.

*The undersigned renter accepts delivery of the above equipment as is, and agrees to pay the charges resulting from the rates indicated above and to comply with all of the terms and conditions expressed on both pages of this agreement.*

Date___9/25/13___   _Linda Harmon_
Linda Harmon - Rental Manager, Raymond Storage Concepts, Inc.

Date_____   Customer Signature: _____

Print Name: _____

Purchaser Order Number _____

|  | 4350 Indeco Ct.<br>Cincinnati, OH 45241 | 4333 Directors Blvd<br>Groveport, OH 43125 | 11921 Carrier Ct<br>Louisville, KY 40299 |
|---|---|---|---|
| Tel: | (513) 891-7290 | (614) 275-3494 | (502) 491-2237 |
| Fax: | (513) 891-7299 | (614) 275-3493 | (502) 499-0240 |



# Rental Agreement

| Date | Customer Purchase Order Number | Contract Number |
|---|---|---|
| 11/12/14 | 203498 | |

| Ship To: | Invoice To: |
|---|---|
| Standard Register<br>700 Patrol Rd<br>Jeffersonville, IN 47130 | Same |

| Salesperson: | Date Required: | Attention: | Ship Via: | F.O.B. |
|---|---|---|---|---|
| Brian Dumke | 11/17 | Jordan Buck | Best | Local |

| Qty | Description | Id No | Model | Serial No | Rental Rate Per Unit | Total Rental Rate (28 day billing cycle) |
|---|---|---|---|---|---|---|
| 1 | Sit down LP Truck | | | See Invoice | $950.00 | $950.00 |

CHARGER REQUIRED: ____ YES ____ NO
(IF YES – AC INPUT SETTINGS REQUIRED: ____ 208 ____ 240 ____ 480 ____ Other ____ 3 Phase or ____ Phase)

| RENTAL PERIOD | | Total Rental Rate per 28 days | $950.00 |
|---|---|---|---|
| From: | To: Monthly – Call RSCI to return | Misc Charges:<br>Delivery ($165) & Return Freight ($165)<br>Propane Tank (1 time charge)<br>Safety Harness/Tether Replacement Fee<br>(if not returned at completion of rental) | $330.00<br>$45.00<br>n/a |
| Start Hour Meter_____ End Hour Meter_____ Total Hours Used_____ | | | |
| Rental Rates based on 167 HD Hours Usage Per Month<br>Excess Usage Charge $2.00 Per Hour | | Tax<br>Total | Any Applicable<br>SEE INVOICE |

Summary of Customer Responsibilities:
a) See Rental Terms & Conditions for full details.
b) Use the rental equipment within the defined manufacturer's limitations, and only for the purpose for which it was designed.
c) Connection of each charger to A/C power and disconnection at completion of rental, palletizing charger for return.
d) Daily charging of each battery and weekly check proper water level is maintained.
e) Only Raymond Storage Concepts, Inc. personnel may service, repair or adjust equipment.
f) Dealer costs and expenses for any damage as a result of improper use or abuse, negligence, and improper battery maintenance.
g) Equipment insurance coverage.
h) Notification to Raymond Storage Concepts, Inc. of rental completion.
i) Customer is responsible for all freight costs associated with transport of equipment.
j) Customer responsible for loading and unloading equipment. If Raymond Storage Concepts, Inc. is requested to load or unload, our current hourly labor rates will be charged.
k) Customer responsible for palletizing and banding batteries of additional batteries. If Raymond Storage Concepts is requested to palletize and band batteries, our current hourly labor rate will be charged.

*The undersigned renter accepts delivery of the above equipment as is, and agrees to pay the charges resulting from the rates indicated above and to comply with all of the terms and conditions expressed on both pages of this agreement.*

Date____11/12/14____   _____Linda Harmon_____
Linda Harmon - Rental Manager, Raymond Storage Concepts, Inc.

Date____11/13/14____   Customer Signature: _____

Print Name: ____Jordan Buck____

Purchaser Order Number____203498____

|  | 4350 Indeco Ct.<br>Cincinnati, OH 45241 | 4333 Directors Blvd<br>Groveport, OH 43125 | 11921 Carrier Ct<br>Louisville, KY 40299 |
|---|---|---|---|
| Tel: | (513) 891-7290 | (614) 275-3494 | (502) 491-2237 |
| Fax: | (513) 891-7299 | (614) 275-3493 | (502) 499-0240 |


Storage Concepts

# Rental Agreement

### 1 - Rental of Equipment

Customer is renting, purchasing (in the event of a rent-to-own arrangement) or otherwise being furnished the use of the Equipment by Dealer. The terms "Customer", "Dealer" and "Equipment" refer to the parties and items identified on the reverse side of this page, and Customer's rental or use of the Equipment is governed by all of the terms and conditions appearing on this page and the reverse side hereof. Any inconsistent or additional terms in Customer's purchase order, acknowledgement form or other document are hereby expressly objected to and shall not to any extent become a part of this Agreement between Dealer and Customer. Customer's acceptance of any part of the Equipment shall be deemed an acceptance of all of the terms and conditions set forth in this Agreement.

### 2 - Fees

All rentals are F.O.B. Dealer's warehouse, and Customer agrees to pay the specified rental and cartage charges in advance during the term hereof. Customer agrees to return the Equipment at the expiration or termination of the term or any extended term hereof to Dealer's warehouse or such other receiving point as is designated by Dealer, and to pay all freight, storage or other charges against the Equipment from the time the Equipment leaves Dealer's possession through the time of the return to Dealer's possession as provided above.

### 3 - Selection, Acceptance and Use of Equipment

Customer hereby accepts the Equipment as being in good repair, and acknowledges that the Equipment has been selected by it as suitable for its purposes, being of a size, design, capacity and manufacture selected by Customer. Customer further acknowledges that it is fully familiar with the Equipment and fully understands the Equipment's operating instructions. Customer acknowledges that it is aware of the limitations of the Equipment and agrees not to exceed them. Customer shall use the Equipment in a careful and proper manner and within its rated capacity and only for purposes for which it is designed. Customer agrees to comply with and conform to all federal, state and local laws, regulations and ordinances relating to the operation, use, possession or maintenance of the Equipment and to pay all costs and expenses of every character occasioned by or involving the use or operation of the Equipment, other than those expressly assumed by Dealer herein. Customer agrees to show the operation instructions and explain the Equipment limitations to any person before that person operates the Equipment and that the Equipment shall not be operated: (a) by any untrained personnel; (b) in any race or speed test or contest; (c) to propel or tow any vehicle; (d) by any person under the influence of intoxicants or narcotics; (e) for any illegal purpose; (f) recklessly as to speed or otherwise; (g) at any time when liability insurance is not in full force and effect as required herein; (h) contrary to instructions governing the use of the Equipment. The Equipment is rented or furnished for use by Customer at the address designated on the reverse side hereof, and Customer agrees not to relocate the Equipment without the prior written consent of Dealer.

### 4 - Warranties

WARRANTIES FOR THE EQUIPMENT RENTED, SOLD OR OTHERWISE FURNISHED HEREUNDER ARE LIMITED TO: (A) THOSE (IF ANY) PROVIDED IN WRITING FOR THE BENEFIT OF CUSTOMER BY DEALER'S SUPPLIER OR THE ORIGINAL MANUFACTURER THEREOF, AND (B) THOSE (IF ANY) PROVIDED BY DEALER FOR CUSTOMER'S BENEFIT IN A SEPARATE WRITTEN DOCUMENT PREPARED OR SIGNED BY DEALER. OTHER THAN AS PROVIDED ABOVE, THERE ARE NO WARRANTIES, WHICH EXTEND BEYOND THE DESCRIPTION ON THE REVERSE SIDE HEREOF. THE EXPRESS WARRANTIES SPECIFIED IN THIS PARAGRAPH ARE GIVEN IN LIEU OF ANY AND ALL OTHER WARRANTIES, AND THERE ARE NO OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION, THOSE OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR INTENDED USE, ALL OF WHICH WARRANTIES ARE HEREBY EXPRESSLY EXCLUDED. FURTHER, IN NO EVENT SHALL DEALER BE LIABLE FOR ANY CONSEQUENTIAL, INCIDENTAL OR SPECIAL DAMAGES, AND IN NO EVENT SHALL DEALER BE LIABLE FOR ANY LOSS, INJURY OR DAMAGE RESULTING IN WHOLE OR IN PART FROM ANY ACT OF GOD OR PUBLIC OR QUASIPUBLIC AUTHORITY, FIRE, THEFT, ACCIDENT OR ANY OTHER CAUSE OR CAUSES BEYOND THE CONTROL OF DEALER.

### 5 - Taxes, Liens and Public Laws

Customer shall be liable for and shall pay all charges, fees, taxes and the like imposed upon the rental, maintenance, possession or use of the Equipment during the term hereof, and shall keep the Equipment free of levies, liens and encumbrances.

### 6 - Maintenance

Customer agrees to care for the Equipment properly, to prohibit anyone other than Dealer's authorized personnel to repair or adjust the Equipment, and to notify Dealer within 24 hours following any and all accidents, disabilities, and failures or like situations concerning the Equipment. Customer shall take care of the normal needs of the Equipment, including supplying fuel, LP gas and cylinders, oil and water, and on a daily and weekly basis watering and recharging batteries, checking and topping off as necessary the cooling system and oil levels and checking the general condition of the Equipment. Customer agrees not to make any alterations, additions or modifications to the Equipment without the prior written consent of Dealer. Customer agrees to return the Equipment to Dealer at the expiration or termination of the term or any extended term hereof in as good condition as when received by Customer, usual and ordinary wear and tear excepted. Dealer will service and maintain the Equipment in proper working condition and Customer agrees to make it available for servicing by Dealer at reasonable times during Dealer's business hours. If Customer requires service at times other than Dealer's business hours, Customer agrees to pay the difference between the straight time and overtime rates for Dealer's personnel. Customer agrees that Dealer shall not be liable to Customer nor shall this Agreement be invalidated for Dealer's failure for any reason whatsoever to repair the Equipment or furnish substitute Equipment. Customer further agrees to pay for all damage to the Equipment resulting from improper use or abuse, upon receipt of invoices from Dealer for Dealer's costs and expense of repair thereof. Dealer shall have the right to inspect the Equipment from time to time during Customer's business hours and to retake the Equipment and terminate the Agreement if in Dealer's opinion the Equipment is being used in violation of the above restrictions or otherwise misused.

### 7 - Liability and Indemnification

Customer shall bear the entire risk and liability arising from Customer's rental and/or possession and/or use of the Equipment or any part thereof. Customer shall, and does hereby, indemnify, hold harmless and agree to defend Dealer from any and all liability, costs and expenses (including, without limitation, attorneys' fees), for damage to property or injury to persons (including, without limitation, damages or injuries to workers, third parties or their property), arising from, out of or in connection with the possession, use, operation or storage of the Equipment during the term hereof. No loss, damage, theft, destruction or disrepair of the Equipment shall relieve Customer of the obligation to pay rent or from any other obligation hereunder, and in the event of any of the above, Customer shall, upon demand, pay Dealer an amount equal to the cost of repairing or replacing the Equipment or any part thereof. Customer agrees to report every accident, no matter how trivial, to Dealer within 24 hours after the occurrence of the accident. Customer agrees to fully cooperate in any investigation Dealer or Dealer's agents or insurer(s) conducts following any such accident.

### 8 - Insurance

Customer shall at its own expense keep the Equipment insured at its full insurable value against all risks of loss, fire, theft and all damage from every cause whatsoever. Customer shall also at its own expense carry at all times public liability insurance with coverage insuring against all damages and claims for personal injury, death and property damage. Such liability insurance shall include contractual insurance covering the hold harmless indemnity clause included in paragraph 7 hereof. The minimum coverage limits for such liability insurance shall be $1,000,000.00 per occurrence. All such insurance shall be in form, in amounts and through insurers satisfactory to Dealer, and shall insure to the benefit of both Dealer and Customer. Dealer shall be named as an additional insured under all such policies procured by Customer. Certificates showing such coverage to be in effect shall be furnished to Dealer upon request. Each insurer shall agree, by proper endorsement, that it will give Dealer thirty (30) days written notice before the policy in question shall be altered or cancelled and that any proceeds thereof shall be paid jointly to Dealer and Customer as their interests may appear. At the option of Dealer, the proceeds of such insurance shall be applied toward the replacement, restoration or repair of the Equipment or toward payment of the obligations of Customer hereunder.

### 9 - Default

If Customer fails to pay any rental or other sum payable hereunder when due, or if Customer becomes subject to any state or federal insolvency, bankruptcy, receivership, trusteeship or similar proceeding, or if Customer defaults with respect to any term of the Agreement, Dealer may immediately terminate this Agreement by notice in writing to Customer, and Customer hereby authorizes Dealer to repossess all items of Equipment wherever they may be found, without liability for trespass. If any such default occurs, at the option of Dealer all future payments under this Agreement shall become immediately due and payable. Even if Dealer terminates this Agreement or repossesses the Equipment (or both), Customer shall remain liable for all sums then unpaid as well as all future rentals due under this Agreement, less rentals actually received by Dealer from third parties for the identical Equipment with respect to the rental of the Equipment during the then remaining term of this Agreement (net of all of Dealer's expenses incurred in leasing or renting the Equipment to such third parties). Customer also agrees to pay on demand all of Dealer's costs, expenses and fees (all referred to as "expenses") incurred pursuing the enforcement of Dealer's rights under this Agreement, the collection of any of the sums owed to Dealer, the repossession or repair of the Equipment, or the fulfillment of any other obligation of Customer to Dealer. The term "expenses" includes all attorney's fee and other third party fees and expenses, court costs, and other expenses incurred, regardless of whether legal proceedings are involved, and expressly including expenses incurred in bankruptcy proceedings. The remedies provided herein in favor of Dealer are cumulative and not exclusive, and shall be in addition to other remedies in Dealer's favor existing at law or in equity. Any notice hereunder shall be deemed sufficiently given if in writing and either delivered to Customer personally or sent by mail addressed to Customer at the address set forth on the face hereof.

### 10 - Title

This is an Agreement of rental only and nothing herein conveys to Customer any right, title or interest in or to any of the Equipment, except as a Customer. However, if Customer and Dealer have entered into a separate written agreement granting Customer a "rent-to-own" option, such separate agreement shall be deemed a part hereof and shall govern the transfer of title to the Equipment.

### 11 - Entire Agreement, Assignment

This Agreement, together with any attachments hereto, constitutes the entire agreement between Customer and Dealer pertaining to the subject matter hereof, and shall not be amended, altered or changed except by a written Agreement signed by all parties. This Agreement and all related rights, duties, powers, privileges and remedies shall be governed by and subject to the substantive laws of the State of Ohio (without regard to its conflict or choice of laws rules), and this Agreement shall be interpreted and construed in accordance with such laws. Any action arising hereunder shall be subject to the exclusive jurisdiction of competent courts in the State of Ohio. The parties hereby irrevocably consent to such jurisdiction and waive any other jurisdiction or venue that might otherwise apply by reason of presence or any other circumstances. Customer many not assign, transfer, pledge or hypothecate this Agreement or the Equipment without the prior express written consent of Dealer.

|  |  |  |
|---|---|---|
| 4350 Indeco Ct. | 4333 Directors Blvd | 11921 Carrier Ct |
| Cincinnati, OH 45241 | Groveport, OH 43125 | Louisville, KY 40299 |
| Tel: (513) 891-7290 | (614) 275-3494 | (502) 491-2237 |
| Fax: (513) 891-7299 | (614) 275-3493 | (502) 499-0240 |



# Rental Agreement

| Date | Customer Purchase Order Number | Contract Number |
|---|---|---|
| 1/14/15 | | |

| Ship To: | Invoice To: |
|---|---|
| Standard Register<br>3125 Lewis Centre Way<br>Grove City, OH 43123 | WorkflowOne a Standard Register Company<br>600 Albany Rd<br>Dayton, OH 45417 |

| Salesperson: | Date Required: | Attention: | Ship Via: | F.O.B. |
|---|---|---|---|---|
| Dean Brown/Jeremy Plumadore | 1/15/15 | Greg Vaughan | Best | Local |

| Qty | Description | Id No | Model | Serial No | Rental Rate Per Unit | Total Rental Rate (28 day billing cycle) |
|---|---|---|---|---|---|---|
| 1 | Battery model 12-125-17 | | | See Invoice | $295.00 | $295.00 |

CHARGER REQUIRED: ____YES ____NO
(IF YES – AC INPUT SETTINGS REQUIRED: ____208 ____240 ____480 ____Other ____3 Phase or ____Phase)

| RENTAL PERIOD | Total Rental Rate per 28 days | $295.00 |
|---|---|---|
| From: 1/15/15 (or delivery) To: Monthly – Call to return<br><br>Start Hour Meter_____ End Hour Meter_____ Total Hours Used _____ | Misc Charges:<br>Delivery ($85) & Return Freight ($85)<br>Stand Up & Lay Down<br>Safety Harness/Tether Replacement Fee<br>(if not returned at completion of rental) | $170.00<br>n/a<br>n/a |
| | Tax<br>Total | Any Applicable<br>SEE INVOICE |

**Summary of Customer Responsibilities:**
a) See Rental Terms & Conditions for full details.
b) Use the rental equipment within the defined manufacturer's limitations, and only for the purpose for which it was designed.
c) Connection of each charger to A/C power and disconnection at completion of rental, palletizing charger for return.
d) Daily charging of each battery and weekly check proper water level is maintained.
e) Only Raymond Storage Concepts, Inc. personnel may service, repair or adjust equipment.
f) Dealer costs and expenses for any damage as a result of improper use or abuse, negligence, and improper battery maintenance.
g) Equipment insurance coverage.
h) Notification to Raymond Storage Concepts, Inc. of rental completion.
i) Customer is responsible for all freight costs associated with transport of equipment.
j) Customer responsible for loading and unloading equipment. If Raymond Storage Concepts, Inc. is requested to load or unload, our current hourly labor rates will be charged.
k) Customer responsible for palletizing and banding batteries of additional batteries. If Raymond Storage Concepts is requested to palletize and band batteries, our current hourly labor rate will be charged.

*The undersigned renter accepts delivery of the above equipment as is, and agrees to pay the charges resulting from the rates indicated above and to comply with all of the terms and conditions expressed on both pages of this agreement.*

Date__1/14/15_____    _____*Linda Harmon*_____
                            Linda Harmon - Rental Manager, Raymond Storage Concepts, Inc.

Date_____    Customer Signature: *Greg Vaughn*

                          Print Name: *Greg Vaughan*

                          Purchaser Order Number *PO273834*

| | 4350 Indeco Ct.<br>Cincinnati, OH 45241 | 4333 Directors Blvd<br>Groveport, OH 43125 | 11921 Carrier Ct<br>Louisville, KY 40299 |
|---|---|---|---|
| Tel: | (513) 891-7290 | (614) 275-3494 | (502) 491-2237 |
| Fax: | (513) 891-7299 | (614) 275-3493 | (502) 499-0240 |