# EXHIBIT "F"

Raymond Storage Concepts, Inc.
Standard Register
Rental Invoice aging @ 3/11/15

| Src | Sls | Invoice | Document | Date | Due Date | St | Age | Amount | Current | 31 - 60 | 61 - 90 | 91 - 120 | 121 & Over |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STANJEFF | RO | 3BE | 477579 | 415842 300 | 12/2/2014 | 12/12/2014 | 10 | 99 | 2,118.60 | | | | 2,118.60 |
| STANJEFF | RO | 3BE | 477606 | 425541 300 | 12/2/2014 | 12/12/2014 | 10 | 99 | 1,289.35 | | | | 1,289.35 |
| STANJEFF | RO | 3BE | 477921 | 415385 300 | 12/10/2014 | 12/20/2014 | 10 | 91 | 2,118.60 | | | | 2,118.60 |
| STANJEFF | RO | 3BE | 478168 | 425541 300 | 12/17/2014 | 12/27/2014 | 10 | 84 | 1,016.50 | | | 1,016.50 | |
| STANJEFF | RO | 3BE | 478435 | 415739 300 | 12/23/2014 | 1/2/2015 | 10 | 78 | 1,712.00 | | | 1,712.00 | |
| STANJEFF | RO | 3BE | 478614 | 415842 300 | 12/30/2014 | 1/9/2015 | 10 | 71 | 2,118.60 | | | 2,118.60 | |
| STANJEFF | RO | 3BE | 478852 | 415385 300 | 1/8/2015 | 1/18/2015 | 10 | 62 | 2,118.60 | | | 2,118.60 | |
| STANJEFF | RO | 3BE | 479030 | 425541 300 | 1/14/2015 | 1/24/2015 | 10 | 56 | 1,016.50 | | 1,016.50 | | |
| STANJEFF | RO | 3BE | 479336 | 415739 300 | 1/22/2015 | 2/1/2015 | 10 | 48 | 1,712.00 | | 1,712.00 | | |
| STANJEFF | RO | 3BE | 479612 | 415842 300 | 1/27/2015 | 2/6/2015 | 10 | 43 | 2,118.60 | | 2,118.60 | | |
| STANJEFF | RO | 3BE | 479952 | 415385 300 | 2/5/2015 | 2/15/2015 | 10 | 34 | 2,118.60 | | 2,118.60 | | |
| STANJEFF | RO | 3BE | 480142 | 425541 300 | 2/11/2015 | 2/21/2015 | 10 | 28 | 1,016.50 | 1,016.50 | | | |
| STANJEFF | RO | 3BE | 480407 | 415739 300 | 2/19/2015 | 3/1/2015 | 10 | 20 | 1,712.00 | 1,712.00 | | | |
| STANJEFF | RO | 3BE | 480548 | 415842 300 | 2/24/2015 | 3/6/2015 | 10 | 15 | 2,118.60 | 2,118.60 | | | |
| STANJEFF | RO | 3BE | 480933 | 415385 300 | 3/5/2015 | 3/15/2015 | 10 | 6 | 2,118.60 | 2,118.60 | | | |
| STANJEFF | RO | 3BE | 481084 | 425541 300 | 3/11/2015 | 3/21/2015 | 10 | 0 | 1,016.50 | 1,016.50 | | | |
| WORKFLO2 | RO | 1AD | 433229 | 317855 200 | 1/23/2015 | 2/2/2015 | 10 | 47 | 408.5 | | 408.5 | | |
| WORKFLO2 | RO | 1AD | 434795 | 317855 200 | 2/16/2015 | 2/26/2015 | 10 | 23 | 317.13 | 317.13 | | | |
| | | | | | | | | 28,165.78 | 8,299.33 | 7,374.20 | 6,965.70 | 5,526.55 | 0.00 |