EXHIBIT "G"



Telephone: (614) 275-3494
Facsimile: (614) 275-3493
www.raymondsci.com

## Comprehensive Fixed Price Maintenance (C.F.P.M.) Contract

Contract No. _WFO20111104-1_____

Made this __2nd_ day of December_____ between Raymond Storage Concepts, Inc., hereby referred to as "Dealer," and _____Workflow One_____, hereby referred to as "Customer."

| Dealer Name and Address | Customer Name and Address |
|---|---|
| Raymond Storage Concepts, Inc. | Workflow One |
| 3341 Centerpoint Dr. Unit F | 3125 Lewis Center Way |
| Columbus, OH  43125 | Grove City, Ohio  43123 |
|  |  |
| Telephone: (614) 275-3494 | (Telephone: |

### I. Term of Contract
This agreement will be for a term of 60 months commencing on December 1, 2011 and ending on November 30, 2016.

### II. Terms and Conditions
The Terms and Conditions set forth on Schedule 1 are incorporated as if fully set forth herein. All terms as used in this Contract or on any Schedule shall have the meaning provided for in Schedule 1 and/or Schedule 2.

### III. Covered Customer Equipment, Charges and Work Schedule
A. The Equipment for which Comprehensive Fixed Price Maintenance services ("C.F.P.M. Services") will be provided are set forth on Schedule 2.

B. All CFPM services as defined in Schedule 1 will be provided at the Monthly Service Charge set forth on Schedule 2. These services will be performed on the following days: _Monday through Friday_ and during the following hours: 7:00am to 5:00pm_ .

C. Other Service and Repair as defined in Schedule 1 will be invoiced at the rates indicated below:

|  | Days | Hours | Rate |
|---|---|---|---|
| Weekdays (regular) | Monday through Friday | 7:00am-5:00pm | $88.00 |
| Weekdays (overtime) | Monday through Friday | 5:00pm-7:00pm | $132.00 |
| Weekends | Saturday | ALL | $132.00 |
| Sunday & Holidays | Please reference RSCI holiday schedule | ALL | $176.00 |

Dealer's scheduled holidays are:_____

D. All charges are subject to all applicable state and local taxes.

Raymond Storage Concepts, Inc. 3341 Centerpoint Dr. Unit F Urbancrest, OH 43123 Tel: 614.275.3494 Fax: 614.275.3493



Telephone: (614) 275-349
Facsimile: (614) 275-349
www.raymondsci.co

## Comprehensive Fixed Price Maintenance (C.F.P.M.) Contract

IV. **Dealer Service Information**

Service Technician Location (check one):  ☒ Dispatched  ☐ On-Site

V. **Authorized Signatures**
This Contract and the annexed schedules constitute the entire agreement between the parties. Customer acknowledges it has read and understands this Contract and agrees to be bound by its provisions and terms and conditions.

| Dealer Signature: | [signed] | Customer Signature: | [signed] Thomas A K— |
|---|---|---|---|
| Title: | President | Title: | VICE PRESIDENT & CFO |
| Date: | 1/9/12 | Date: | 1-6-12 |

[APPROVED AS TO FORM stamp: mlsy 1-5-12, WORKFLOW LEGAL DEPT.]



**Raymond Storage Concepts**
3341 Centerpoint Drive Unit F, Urbancrest, OH 43123

Telephone: (614) 275-3494
Facsimile: (614) 275-3493
www.raymondsci.com

## Schedule 1 – Terms & Conditions

1. **MAINTENANCE AND REPAIR SERVICES**

   A) Comprehensive Fixed Price Maintenance (C.F.P.M.) services

      1. Scheduled Maintenance - consists of preventative maintenance work and inspection by Dealer and report to Customer for recommended repairs and service ("Scheduled Maintenance"). Except as provided for to the contrary, the Dealer will perform such Scheduled Maintenance as is set forth in the manufacturer's Maintenance Instructions issued from time to time for the Equipment covered by this Contract. Unless provided for in Schedule 2, maintenance of batteries and battery chargers is not provided as Scheduled Maintenance.

      2. Routine Service and Repair consists of repair, adjustment and replacement of components due to normal wear and tear ("Routine Service and Repair").

   B) Other Service and Repair

      Work other than Scheduled Maintenance and Routine Service and Repair including, but not limited to, repair of damaged Equipment, correction of unauthorized modifications, and correction of deficiencies in work performed other than by the Dealer ("Other Service and Repair").

   C) C.F.P.M. Charges

      1. Scheduled Maintenance and Routine Service and Repair shall be provided for the Monthly Service Charge listed on the attached Schedule 2. Scheduled Maintenance services and Routine Service and Repair provided will be invoiced in advance on a monthly basis. Payment by the Customer will be due and payable prior to the first day of the month in which Scheduled Maintenance is to be provided and shall be subject to such other payment terms as are set forth on the Dealer invoice. The Monthly Service Charge listed on the attached Schedule 2 shall only be applicable to equipment used for Contract Hours per year set forth on Schedule 2. Charges for Scheduled Maintenance and Routine Service and Repair provided in relation to Hours of Use in excess of Contract Hours will be billed on an hourly basis at the rates set forth in Schedule 2 ("Overtime Rate per Hour") on a (monthly) (quarterly) (annual) basis.

      2. Except as otherwise provided in this paragraph and elsewhere in this Contract, the cost of Parts used in performing Scheduled Maintenance and Routine Service and Repair shall be included as part of the Monthly Service Charge

      3. C.F.P.M. services do not include the following items:

         3.1 Replacement of wheels & tires, wheel bearings, castors, guide rollers and bearings, pallet entry rollers/pads, axles and associated charges.

         3.2 Forks, lights and seats.

         3.3 Battery and battery charger maintenance and repairs.

         3.4 Repair of equipment which is damaged as a result of overloading, impact, abuse, negligence, improper battery and charger maintenance, or improper usage.

         3.5 Correction of non-authorized modifications

   D) Other Service and Repair Charges.

      1. Other Service and Repair shall be provided on an hourly basis at the rates set forth in Section III of the face page of this Contract. All such services shall be charged and invoiced to Customer on a per occurrence basis. Payment will be due and payable in accordance with terms indicated on the Dealer Invoice.

      2. Parts used in relation to Other Services and Repair shall be provided to the Customer at the Dealer's usual and customary end user price. All replaced parts shall become the property of the Dealer

2. **DEALER OBLIGATIONS**

   A) During the term of this Contract, Dealer will use its best efforts to provide C.F.P.M. services on the day of request or within 24 hours of the request. If Dealer determines that it is not practicable to provide C.F.P.M services at the Customer's site, it may remove Equipment to its place of business.

   B) Vehicle Downtime Procedures. If Equipment is removed to the Dealer's place of business and if the Dealer has available within its rental fleet equipment similar to the removed Equipment, such similar equipment may be provided to the Customer at the Dealer's prevailing short term rental rates. The Customer shall not be obligated to pay such rental, however, if the Equipment is removed for purposes of providing Scheduled Maintenance and/or Routine Service and Repair and the Equipment is not returned to the Customer within 72 hours.



Telephone: (614) 275-3494
Facsimile: (614) 275-3493
www.raymondsci.com

## Schedule 1 – Terms & Conditions

3. **CUSTOMER OBLIGATIONS**

   A) Customer represents and warrants that it is authorized to enter into this Contract. Customer may not assign this Contract.

   B) Customer will provide a suitable work area at its location for the provision of all Maintenance and Repair Services. A suitable work area shall include but not be limited to an area that is heated, lighted, ventilated, and equipped with compressed air and electrical power sources. If the Contract requires an on-site technician, the work area shall also be equipped with record keeping, telephone, and FAX capability.

   C) If this Contract provides for a parts consignment program, Customer will provide an area to secure parts, tools, and such miscellaneous supplies as are consigned. The terms and conditions of the consignment program are as set forth on Schedule 4.

   D) Customer must provide for proper Equipment care and use, including but not limited to that described below:

      1. All Equipment must be kept in a covered area when not in use.

      2. All Equipment must be kept clean.

      3. All Equipment must be used and operated by properly trained and qualified operators.

   4. All Equipment operators must comply with all safety and operational warnings and instructions contained in decals, manuals and other written form concerning the Equipment, including but not limited to, those pertaining to the completion of daily checklist at the start of each shift, checking the Equipment in accordance with the applicable Operator's Manual, and adhering to Equipment capacity ratings.

   5. No repairs shall be made by other than Dealer personnel without the prior consent of Dealer.

   6. Any irregularity in the Equipment shall be immediately reported to the Dealer and the Equipment shall not be operated until such as the Dealer confirms that the irregularity has been corrected.

   E) Customer shall make the Equipment available for C.F.P.M. services at the request of the Dealer.

   F) Customer shall provide Dealer with a written accident report within 24 hours of an accident on the form provided for such purposes by the Dealer (Form DES61085).

   G) Customer is responsible for all losses and damages attributable to accidents.

   H) If Equipment is damaged or any part or component fails as a result of overloading, abuse, negligence, improper battery and charger maintenance, or other improper usage or care, Customer agrees to pay Dealer the costs for repairing the Equipment. In such event the Customer will be invoiced as Other Service and Repair in accordance with the applicable Dealer hourly rates set forth under Paragraph C, Section III of the Contract and for parts at the Dealer's usual and customary cost.

   I) No modifications of any kind are to be made to the Equipment without the written consent of the Dealer. Dealer reserves the right to charge for modifications at Dealer's labor rates for labor and material. These charges will be invoiced as Other Service and Repair. Dealer reserves the right to adjust the monthly maintenance charges in Schedule 2 if the specifications, attachments, or features of the Equipment are changed after the commencement of the Term of this Contract. If Modifications are made without Dealer's written consent, Dealer shall have the right to cancel this Contract, in whole or in part as the specific item of Equipment modified, upon five (5) days written notice to Customer.

   J) Customer agrees to promptly pay all Dealer invoices.

4. **DEFAULT**

   Either party shall be permitted to terminate the Contract if the other party is in default of any of the obligations contained herein upon written notice of the claimed default such default is not corrected within ten (10) business days.

5. **NOTIFICATION**

   All notifications required by this Contract shall be in writing and shall be sent to Dealer or Customer at the address indicated on the face of this Contract, unless otherwise specified.



Telephone: (614) 275-349(
Facsimile: (614) 275-34
www.raymondsci.cc

3341 Centerpoint Drive Unit F, Urbancrest, OH 43123

## Schedule 1 – Terms & Conditions

6. **LIMITATION OF LIABILITY AND INDEMNIFICATION**

   In the event of any delay in furnishing or failure to furnish, services hereunder, customer may, at its sole discretion, engage a third party to furnish substantially similar services and Dealer shall pay to Customer the costs incurred by Customer in obtaining such services from a third party. If Customer elects not to engage a third party to furnish the services, Dealer shall reimburse Customer, on a pro rata basis, for the services not performed by Dealer pursuant to the terms of this Contract. In addition, Customer shall have the right to terminate the Contract in accordance with Section 4 of this Contract. Dealer agrees to indemnify and hold Customer harmless from any and all claims, losses, liabilities, and damages, including reasonable attorney fees, resulting from injuries to persons or property arising from, growing out of, or connected with the use or operation of the Equipment by Dealer, Dealer's provision of services under this Contract, or any act or omission of Dealer or its employees or agents. Except with respect to Dealer's indemnification obligations set forth herein, **Dealer shall not be liable to Customer or anyone else for any incidental, consequential, indirect or special damages arising in connection with providing or failure to provide the services described herein.** Without limiting the generality thereof, the foregoing limitation of liability extends to loss of actual or anticipated revenue, loss of data or damage to business reputation, except to the extent relating to Dealer's indemnification obligations hereunder. The Customer agrees to indemnify and hold Dealer harmless from any and all claims, losses, liabilities, and damages, including reasonable attorney fees, resulting from injuries to persons or property arising from, growing out of, or connected with the use or operation of the Equipment, or any act or omission of Customer or its employees or agents.

7. **WARRANTY DISCLAIMER**

A)  Some of the Equipment listed in this Contract may be subject to warranty protection provided by The Raymond Corporation. Nothing in this Contract is intended to expand or contract and nothing in this Contract shall be construed as providing any additional warranty protection for the Equipment.

B)  Dealer does not warrant any parts used in relation to the performance of CFPM services but will assign to Customer any assignable warranty it receives from its parts' suppliers in connection with such parts. **DEALER MAKES NO WARRANTY OF ANY KIND; EXPRESSED OR IMPLIED; WRITTEN OR ORAL; OR STATUTORY; AND EXPRESSLY DISCLAIMS ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.**

8. **GOVERNING LAW**

   The governing law will be that of the State or Province in which Dealer is incorporated, unless the parties agree in writing that the law of another jurisdiction shall apply.



**RAYMOND Storage Concepts**
3341 Centerpoint Drive Unit F, Urbancrest, OH 43123

Telephone: (614) 275-349
Facsimile: (614) 275-34
www.raymondsci.co

## Schedule 2 - Equipment and Scheduled Maintenance and Routine Service and Repair Charges

All Customer equipment serviced under this Contract is identified in the following Schedule of Equipment, hereby referred to as "Equipment."

| Line Item | Model | Serial Number | Install Date | Contract Hours per Year | Monthly Service Charge | Contract Hours per (Mo) or (Qtr) | Overtime Rate per Hour |
|---|---|---|---|---|---|---|---|
| 1 | 840 FRE60L | 840-11-90599 | 11/04/11 | 1000 | $136 | | |
| 2 | 840 FRE60L | 840-11-90598 | 11/04/11 | 1000 | $136 | | |
| 3 | 840 FRE60L | 840-11-90597 | 11/04/11 | 1000 | $136 | | |
| 4 | 540 OPC30TT | 540-11-A12430 | 11/04/11 | 1500 | $157 | | |
| 5 | 540 OPC30TT | 540-11-A12431 | 11/04/11 | 1500 | $157 | | |
| 6 | 540 OPC30TT | 540-11-A12432 | 11/04/11 | 1500 | $157 | | |
| 7 | 540 OPC30TT | 540-11-A12434 | 11/04/11 | 1500 | $157 | | |
| 8 | 540 OPC30TT | 540-11-A12436 | 11/04/11 | 1500 | $157 | | |
| 9 | 540 OPC30TT | 540-11-A12437 | 11/04/11 | 1500 | $157 | | |
| 10 | 540 OPC30TT | 540-11-A12438 | 11/04/11 | 1500 | $157 | | |
| 11 | 540 OPC30TT | 540-11-A12428 | 11/04/11 | 1500 | $157 | | |
| 12 | 540 OPC30TT | 540-11-A12429 | 11/04/11 | 1500 | $157 | | |
| 13 | 540 OPC30TT | 540-11-A12433 | 11/04/11 | 1500 | $157 | | |
| 14 | 540 OPC30TT | 540-11-A12435 | 11/04/11 | 1500 | $157 | | |
| 15 | | | | | | | |

Total Monthly Maintenance Service Charge $ _$2,135_

The Monthly Service Charge is based on the location and conditions described in the Site Survey attached as Schedule 3 and on the forecasted hours and cycles of equipment use ("Contract Hours per Year"), as represented by the Customer and described above. Changes in location, conditions or usage will result in increased Monthly Service Charges.

Special terms and conditions:  None



Telephone: (614) 275-3494
Facsimile: (614) 275-3493
www.raymondsci.com

3341 Centerpoint Drive Unit F, Urbancrest, OH 43123

### Schedule 3 – Site Survey

This site survey and the information collected form a part of this agreement. Changes to information provided during the term of this agreement may result in increased monthly service charges.

1) Customer Location

   Business Name: WorkflowOne_____
   Site Address: 3125 Lewis Center Way_____
   　　　　　　　Grove City, Ohio  43123_____

   Contact: Allen Jackson _____
   Phone: 614.227.7560 _____
   One Way Travel   Time: 5 minutes _____       Miles: 2 miles _____

2) Working Conditions

   A.  Hours of Operation
       Monday-Friday Start Time: 6am _____ Stop Time: 2:30 am_____
       Saturday      Start Time: NA _____ Stop Time: NA_____
       Sunday        Start Time: 10:30 pm_____ Stop Time: 6 am_____

   Comments: Hours of operation are subject to change.  Changes made will be updated in survey. _____
   _____

   B.  Floor Conditions:

       Are floors flat, smooth, dry, & clean?   Yes ☒  No ☐ If no, Check all that apply:

       Rough ☐     Cracks ☐     Uneven Joints ☐     Depressions ☐ Wet☐ Oily ☐

       Dusty ☐     Debris ☐     Other ☐  Describe:_____

       Comments:_____
       _____

   C.  Environment:

       Is equipment operating in a clean environment and at normal room temperature?

       Yes☒   No ☐     If no, Check all that apply:

       Wet ☐    Cooler ☐     Freezer ☐ Brine ☐      Other☐ Describe:_____

       Will equipment be taken from a freezer/cooler into a humid areas?  Yes ☐  No ☐
       Freezer/Cooler Temperature: _____
       Comments:_____
       _____



Telephone: (614) 275-3494
Facsimile: (614) 275-3493
www.raymondsci.com

## Schedule 3 – Site Survey

D. Interface:

Wire Guidance ☒    Rail Guidance ☐    Ramps ☐    Push-Back Racks ☐

Dock Use ☒    Other ☐    Describe:_____

Comments:_____

E. Load Characteristics:

Percentage of time truck will carry its maximum rated load: 50%_____

Types of materials handled: Print material. _____

Comments:_____

F. Other Conditions:

Is truck EE rated:    Yes ☐    No ☒

Comments:_____

3) Operation and Care

A. Does customer have a driver training program? Yes ☒  No ☐

B. Battery/Charger Condition:

Do batter and battery charger condition conform to manufacturers recommendations? Yes ☒  No ☐

Comments:_____

2) Prepared By: Mike Pivarnik and Dean Brown_____

Raymond is a registered trademark of The Raymond Corporation. All rights reserved. Printed in U.S.A. FORM-0111 8/98

11480138_1.DOC