# EXHIBIT "H"

Raymond Storage Concepts, Inc.
Standard Register
CFPM Invoice aging @ 3/11/15

| Src | Sts | Invoice | Document | Date | Due Date | S t | En | Age | Amount | Current | 31 - 60 | 61 - 90 | 91 - 120 | 121 & Over | Parts | Labor | Misc | Equipment | Freight | Sales Tax | Total | Diff |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WORKFLO2 | WO | DB | 429187 | 283368 200 | 11/24/2014 | 12/4/2014 | En | 107 | 2,295.13 | | | | 2,295.13 | | | | 2,135.00 | | | 160.13 | 2,295.13 | - |
| WORKFLO2 | WO | DB | 431279 | 283368 200 | 12/23/2014 | 1/2/2015 | En | 78 | 2,295.13 | | | 2,295.13 | | | | | 2,135.00 | | | 160.13 | 2,295.13 | - |
| WORKFLO2 | WO | DB | 433381 | 283368 200 | 1/26/2015 | 2/5/2015 | En | 44 | 2,295.13 | | 2,295.13 | | | | | | 2,135.00 | | | 160.13 | 2,295.13 | - |
| WORKFLO2 | WO | DB | 435653 | 283368 200 | 2/25/2015 | 3/7/2015 | En | 14 | 2,295.13 | 2,295.13 | | | | | | | 2,135.00 | | | 160.13 | 2,295.13 | - |
| | | | | | | | | | 9,180.52 | 2,295.13 | 2,295.13 | 2,295.13 | 2,295.13 | - | - | - | 8,540.00 | - | - | 640.52 | 9,180.52 | - |