EXHIBIT "J"

RAYMOND LEASING CORPORATION
Schedule A

Date:                               Agreement Number:

1. Lessor and Lessee have entered into an Equipment Master Lease Agreement including this Schedule A (collectively the "Lease"), pursuant to which Lessor and Lessee have agreed to lease the Equipment described on Page iii.

2. THIS LEASE IS FOR A PERIOD OF 60 MONTHS. Lease rental Payments of $1194.09 (and applicable taxes) are due to be made monthly, commencing on the Acceptance Date indicated on Certificate of Delivery and Installation (herein referred to as "Acceptance Date"). The first and last rental payments shall be due and payable in advance upon the signing of this Schedule A. Rental payments thereafter will be due and payable monthly on the corresponding day of each month following the Acceptance Date for the full term of the Lease. Lessee agrees to pay all taxes, filing fees and other similar charges with respect to payments made under the Master Lease Agreement and the leases related thereto.

3. Lessee has the option to purchase the Equipment under this lease at the end of the term for the Purchase Option stated below, plus any applicable taxes. If the purchase option stated below is FAIR MARKET VALUE, it will be reasonably determined by the Equipment Manufacturer.

   If the Purchase Option is not exercised at the expiration of the Lease term, Lessee will immediately return this Equipment to Lessor in the same condition as received, normal wear and tear excepted. In the event any Equipment is not returned in the required condition, Lessee shall reimburse Lessor for its actual, out-of-pocket cost of repairing the Equipment to the required condition. Required condition is as described in the Equipment Master Lease Agreement, Section 16, RETURN OF EQUIPMENT.

4. Except as amended herein, the aforesaid Equipment Master Lease Agreement, as such, may have been previously amended, shall remain in full force and effect.

5. Purchase Option: Fair Market Value

6. Excess Use Charge:

   The rental rate set forth herein is based upon average monthly usage of the Equipment as stated below. The Allowable Hours for the Equipment leased hereunder shall be equal to the number of months in the Term, as set forth in section 2 of this Schedule A, multiplied by the monthly usage selected herein. In the event that the Equipment has been used in excess of the Allowable Hours when it is returned to LESSOR or its assignee, then LESSEE shall pay to LESSOR or its assignee, an amount equal to the overtime charge multiplied by the number of hours in excess of the Allowable Hours.

   | Allowable Hours | Overtime Charge |
   |---|---|
   | X  166.67 hrs (2000 hrs/yr) | $1.73 |
   | n/a  333.33 hrs (4000 hrs/yr) | |
   | n/a  500 hrs (6000 hrs/yr) | |

AGREED TO AND ACCEPTED AS OF:      By execution hereof, the signer certifies having read, accepted and duly executed this Equipment Master Lease Agreement on behalf of Lessee.

Lessee: STANDARD REGISTER COMPANY THE      Lessor: RAYMOND STORAGE CONCEPTS, INC.

By: _____          By: _____
            (Authorized Signature)                        (Authorized Signature)
Printed Name: GREG J. GROVE                  Printed Name: _____

Title: EVP                                   Title: _____

Dated: 4 NOV 14                              Dated: _____


4 NOV 14

Raymond is a registered trademark of The Raymond Corporation
All Rights Reserved

Revised 7/20/07                              i

RAYMOND LEASING CORPORATION
Schedule A

7. ASSIGNMENT: FOR VALUE RECEIVED, the undersigned does hereby sell, assign, transfer and set over to RAYMOND LEASING CORPORATION its successors and assigns, all of the undersigned's right, title and interest in and to the foregoing Lease (herein called Instrument), the Equipment covered thereby and all rents and other sums due, or to become due, thereunder.

   a. Undersigned warrants that the Instrument is genuine, collectible, enforceable, contains the entire Agreement of the parties with respect to the property covered thereby, and is and will continue free from defense and offsets; all signatures, names and addresses, amounts and other statements contained therein are genuine, true and correct; the property has been delivered to the LESSEE in satisfactory condition and has been accepted by LESSEE; the Instrument evidences a valid reservation of title to or first lien upon the property covered thereby and has been filed or recorded, if permitted or required by law, as to be effective against all persons.

   b. Undersigned agrees, on RAYMOND LEASING CORPORATION'S request to assist RAYMOND LEASING CORPORATION in collecting sums due under the Instrument and in enforcing RAYMOND LEASING CORPORATION'S right to repossess in the event of a default.

AGREED TO AND ACCEPTED AS OF:    By execution hereof, the signer certifies having read, accepted and duly executed this Equipment Master Lease Agreement on behalf of Lessee.

Attest: _____    Lessor: __RAYMOND STORAGE CONCEPTS, INC.__
Title:  _____    By:     _____
Dated:  _____    Title:  _____
                                  Dated:  _____

Raymond is a registered trademark of The Raymond Corporation
All Rights Reserved

RAYMOND LEASING CORPORATION
Schedule A

Date:                                         Agreement Number: _____

Equipment Description Lines

| Quantity | Manufacturer | Description | Model | Serial Number |
|---|---|---|---|---|
| 2 | Raymond | Orderpicker | 5400PC30TT | |
| 2 | Enersys | Battery | | |
| 2 | Enersys | Charger | | |
| 1 | Raymond | Counterbalance | 4450C30TT | |
| 1 | Enersys | Battery | 18-E85-17 | |
| 1 | Enersys | Charger | EH3-18-1200Y | |

Raymond is a registered trademark of The Raymond Corporation
All Rights Reserved

Revised 7/20/07                       iii

RAYMOND LEASING CORPORATION
Certificate of Delivery And Installation

Date: _____          Agreement Number: _____

The Lease between RAYMOND STORAGE CONCEPTS, INC. (the "LESSOR")
and   STANDARD REGISTER COMPANY THE (the "LESSEE")

| Quantity | Manufacturer | Description | Model | Serial Number |
|---|---|---|---|---|
| 2 | Raymond | Orderpicker | 540OPC30TT | |
| 2 | Enersys | Battery | | |
| 2 | Enersys | Charger | | |
| 1 | Raymond | Counterbalance | 4450C30TT | |
| 1 | Enersys | Battery | 18-E85-17 | |
| 1 | Enersys | Charger | EH3-18-1200Y | |

Equipment Location:  10735 W. Little York, Suite 100, Houston, TX  24079

County:       Harris

1.  ITEMS OF EQUIPMENT:
    The LESSEE hereby certifies and warrants to LESSOR that the above items of Equipment have been delivered to the location indicated above, tested and inspected by the LESSEE, or LESSEE has had reasonable opportunity to do so, found to be in good order and accepted as items of Equipment under the Lease, all on the Acceptance Date indicated below. The serial number of each item of Equipment, as specified above, has been verified. LESSEE approves full payment therefore by LESSOR to supplier(s).

2.  REPRESENTATIONS BY THE LESSEE:
    The LESSEE hereby represents and warrants to LESSOR that (i) no Event of Default or event which, with the giving of notice or the lapse of time, or both, would become such an Event of Default under the Lease has occurred and is continuing, and (ii) the LESSEE has obtained, and there are in full force and effect, all insurance policies with respect to the Equipment and public liability required to be obtained under the terms of the Lease.

3.  SHOULD LESSEE HEREAFTER DISCOVER ANY DEFECT, UNFITNESS OR FAILURE OF PERFORMANCE OF EQUIPMENT (INCLUDING, WITHOUT LIMITATION, SOFTWARE SYSTEMS AND PROGRAMMING), LESSEE'S OBLIGATIONS TO LESSOR, INCLUDING THE OBLIGATION TO PAY RENTS WHEN DUE, REMAIN IN EFFECT AS MORE FULLY STATED IN THE TERMS AND CONDITIONS OF THE LEASE. IN SUCH EVENT, LESSEE'S EXCLUSIVE RECOURSE SHALL BE AGAINST THE MANUFACTURER, SUPPLIER, PROGRAMMER AND/OR SERVICING AGENT FOR THE EQUIPMENT, AS IN LESSEE'S JUDGMENT APPEARS APPROPRIATE.

Acceptance Date: _____

            Name of Lessee:   STANDARD REGISTER COMPANY THE

                  Signed By: _____

                      Title: _____

Raymond is a registered trademark of The Raymond Corporation
All Rights Reserved

**RAYMOND**

# Verification of Information

Bill to Location:
STANDARD REGISTER COMPANY THE
600 ALBANY ST.
PO BOX 1167
DAYTON, OH  45401-1167

☐
Please check box if address above is correct.

If not correct, please fill in correct address below.

|   |   |
|---|---|
|   |   |
|   |   |
|   |   |

Please provide contact information for your Accounts Payable Department.

| Name/Title: |
|---|
| Telephone Number:  (   )    - |
| E-Mail Address: |

If you would like a purchase order number referenced on your invoices from Raymond Leasing please provide one below.

| Purchase Order Number: |
|---|

Please return the completed form with lease documents or by fax to Colleen Tokos at Raymond Leasing Corporation fax number (607) 656-2186.

Thank you for choosing Raymond Leasing Corporation for your leasing needs.