**CERTIFICATE OF SERVICE**

  I, Celeste A. Hartman, Senior Paralegal, do hereby certify that I am over the age of 18 and that on May 4, 2015, I caused a copy of the *Limited Objection of Raymond Leasing Corporation, Raymond Storage Concepts, Inc. And Raymond of New Jersey, LLC to Cure Amounts Listed in the Notice of (I) Entry Into Stalking Horse Agreement and (II) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially all of the Debtors' Assets* upon all persons receiving notice through the Court's cm/ecf system and upon the persons listed below via U.S. First Class Mail.

| | |
|---|---|
| Gibson, Dunn & Crutcher LLP<br>Barbara Becker, Esquire<br>Michael A. Rosenthal, Esquire<br>200 Park Avenue<br>New York, NY 10166 | Parker, Hudson, Rainer & Dobbs LLP<br>Edward Dobbs, Esquire<br>James S. Rankin, Jr., Esquire<br>1500 Marquis Two Tower<br>285 Peachtree Center Avenue<br>Atlanta, Georgia 30303 |
| Young Conaway Stargatt & Taylor, LLP<br>Michael R. Nestor, Esquire<br>Rodney Square North<br>1000 North King Street<br>Wilmington, DE 19801 | Richard Layton & Finger<br>Mark D. Collins, Esquire<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801 |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Ron Meisler, Esquire<br>Christopher Dressel, Esquire<br>155 N. Wacker Drive<br>Chicago, IL 60606 | Lowenstein Sandler LLP<br>Sharon L. Levine, Esquire<br>Wojciech Jung, Esquire<br>1251 Avenue of the Americas<br>New York, NY 10020 |

  Under penalty of perjury, I certify the foregoing to be true and correct.

                */s/ Celeste A. Hartman*
                CELESTE A. HARTMAN