# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- :
In re: : Chapter 11
 :
THE STANDARD REGISTER COMPANY, : Case No. 15-10541 (BLS)
et al.,[1] :
 :
        Debtors. :
----------------------------------------------------------

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that Ennis Inc. ("Ennis"), files this Notice of Appearance and Request for Notices and Papers and requests, pursuant to section 342 of 11 U.S.C. §§ 101-1532 (as amended and applicable hereto, the "Bankruptcy Code") and Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") that copies of all notices and pleadings given or filed in the above-captioned bankruptcy case be served on the following attorneys for Ennis:

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

| | |
|---|---|
| Mark L. Desgrosseilliers | James Prince |
| Morgan L. Patterson | Meggie S. Gilstrap |
| Womble Carlyle Sandridge & Rice, LLP | Baker Botts L.L.P. |
| 222 Delaware Avenue, Suite 1501 | 2001 Ross Ave. |
| Wilmington, DE 19801 | Dallas, TX  75201-2980 |
| Telephone:  (302) 252-4320 | Telephone:  (214) 953-6612 |
| Facsimile:  (302) 252-4330 | Facsimile:  (214) 661-4612 |
| Email:  mdesgrosseilliers@wcsr.com | E-mail:  jim.prince@bakerbotts.com |
| Email:  mpatterson@wcsr.com | E-mail:  meggie.gilstrap@bakerbotts.com |

Please take further notice that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, messenger delivery, telephone, facsimile, telegraph, telex, or otherwise filed or made with regard to the above-captioned case and proceedings herein.

This Notice of Appearance and Request for Notices and Papers shall not be deemed or construed to be a waiver of the rights of Ennis (i) to have final orders in noncore matters entered only after de novo review by a district judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to assert or exercise any other rights, claims, actions, defenses, setoffs, or recoupments to which Ennis is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  May 4, 2015                          WOMBLE CARLYLE SANDRIDGE
                                                                                                                         & RICE, LLP

*/s/  Mark L. Desgrosseilliers*
Mark L. Desgrosseilliers (Del. Bar No. 4083)
Morgan L. Patterson (Del. Bar No. 5388)
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801
Telephone:  (302) 252-4320
Facsimile:  (302) 252-4330
E-mail: mpatterson@wcsr.com

and

James Prince
Meggie S. Gilstrap
Baker Botts L.L.P.
2001 Ross Ave.
Dallas, TX  75201-2980
Telephone:  (214) 953-6612
Facsimile:  (214) 661-4612
E-mail:  jim.prince@bakerbotts.com
E-mail:  meggie.gilstrap@bakerbotts.com

*Counsel for Ennis, Inc.*

WCSR34127872v1