# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, et al., | Case No. 15-10541 (BLS) |
| Debtors. | |

## MOTION AND ORDER FOR *PRO HAC VICE* ADMISSION OF JAMES PRINCE, II

    Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of James Prince, II, Esq. of the law firm of Baker Botts L.L.P. to represent Ennis, Inc. in the above-captioned cases.

Dated:  May 4, 2015

WOMBLE CARLYLE SANDRIDGE
 & RICE, LLP

*/s/  Morgan L. Patterson*
Mark L. Desgrosseilliers (Del. Bar No. 4083)
Morgan L. Patterson (Del. Bar No. 5388)
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801
Telephone:  (302) 252-4320
Facsimile:  (302) 252-4330
E-mail:  mdesgrosseilliers@wcsr.com
E-mail:  mpatterson@wcsr.com

*Counsel for Ennis, Inc.*

## ORDER GRANTING MOTION

    IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Texas, United States District Courts for the Northern, Southern, Eastern and Western Districts of Texas, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 3/25/14.  I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated:  May 4, 2015

/s/  James Prince, II
James Prince, II
Baker Botts L.L.P.
2001 Ross Ave.
Dallas, TX  75201-2980
Telephone:  (214) 953-6612
Facsimile:  (214) 661-4612
E-mail:  jim.prince@bakerbotts.com