# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- :
In re:                                                    :    Chapter 11
                                                          :
THE STANDARD REGISTER COMPANY,                            :    Case No. 15-10541 (BLS)
et al.,                                                   :
                                                          :
      Debtors.                                       :
----------------------------------------------------------

## MOTION AND ORDER FOR *PRO HAC VICE* ADMISSION OF MEGGIE S. GILSTRAP

    Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Meggie S. Gilstrap, Esq. of the law firm of Baker Botts L.L.P. to represent Ennis, Inc. in the above-captioned cases.

Dated: May 4, 2015           WOMBLE CARLYLE SANDRIDGE
                                                    & RICE, LLP

                                             */s/ Morgan L. Patterson*
                                             Mark L. Desgrosseilliers (Del. Bar No. 4083)
                                             Morgan L. Patterson (Del. Bar No. 5388)
                                             222 Delaware Avenue, Suite 1501
                                             Wilmington, DE 19801
                                             Telephone: (302) 252-4320
                                             Facsimile: (302) 252-4330
                                             E-mail: mdesgrosseilliers@wcsr.com
                                             E-mail: mpatterson@wcsr.com

                                             *Counsel for Ennis, Inc.*

## ORDER GRANTING MOTION

    IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

   Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Texas, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

| | |
|---|---|
| Dated: May 4, 2015 | /s/ Meggie S. Gilstrap |
| | Meggie S. Gilstrap |
| | Baker Botts L.L.P. |
| | 2001 Ross Ave. |
| | Dallas, TX 75201-2980 |
| | Telephone: (214) 953-6942 |
| | Facsimile: (214) 661-4942 |
| | E-mail: meggie.gilstrap@bakerbotts.com |