**CERTIFICATE OF SERVICE**

      I, Kathleen Lytle, certify that I am not less than 18 years of age, and that on May 4, 2015, a copy of the foregoing was electronically filed by CM/ECF and I caused a copy to be served upon the parties below by first class mail:

Michael R. Nestor
Kara Hammond Coyle
Maris J. Kandestin
Andrew L. Magaziner
YOUNG CONAWAY STARGATT & TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

Michael A. Rosenthal
Robert A. Klyman
Samuel A. Newman
Jeremy L. Graves
Sabina Jacobs
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-1512

      Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: May 4, 2015                            /s/ *Kathleen Lytle*
                                                            Kathleen Lytle