## CERTIFICATE OF SERVICE

I certify that on May 4, 2015, I caused to be served a copy/copies of the United States Trustee's Objection to the Debtors' Motion for Entry of an Order, Pursuant to Section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018 and Local Rule 9018-1(b), Authorizing the Debtors to File a Summary of Their Key Employee Incentive Plan, Including the Exhibits Attached Thereto, Under Seal and Directing Parties to Redact Confidential Information via electronic mail to the following:

Michael R. Nestor, Esquire
Kara Hammond Coyle, Esquire
Maris J. Kandestin, Esquire
Andrew L. Magaziner, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
mnestor@ycst.com
kcoyle@ycst.com
mkandestin@ycst.com
amagaziner@ycst.com

Robert A. Klyman, Esquire
Samuel A. Newman, Esquire
Jeremy L. Graves, Esquire
Sabina Jacobs, Esquire
GIBSON DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
rklyman@gibsondunn.com
snewman@gibsondunn.com
jgraves@gibsondunn.com
sjacobs@gibsondunn.com

/s/ Mark S. Kenney
Mark S. Kenney