**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 15-10541-BLS |
| The Standard Register Company, et al.[1] | : | (Jointly Administered) |
| | : | **Hearing Date: June 17, 2015 at 10:00 a.m.** |
| Debtors. | : | **Objection Deadline: May 18, 2015 at 4:00 p.m.** |

**NOTICE OF MOTION BY CARESOURCE MANAGEMENT GROUP CO.
FOR AN ORDER AUTHORIZING CARESOURCE MANAGEMENT GROUP CO. TO
FILE UNDER SEAL ITS MOTION FOR RELIEF FROM STAY TO PERMIT THE
SETOFF OF MUTUAL PRE-PETITION CLAIMS**

PLEASE TAKE NOTICE that on May 4, 2015, CareSource Management Group Co. ("CareSource") filed the **Motion by CareSource Management Group Co. for an Order Authorizing CareSource Management Group Co. to File Under Seat its Motion for Relief from Stay to Permit the Setoff of Mutual Pre-Petition Claims** (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion must be filed on or before **May 18, 2015 at 4:00 p.m.** (the "Objection Deadline") with the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must serve a copy of the response upon the undersigned counsel to CareSource so as to be received on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held on **June 17, 2015 at 10:00 a.m.** before the Honorable Brendan L. Shannon at the Bankruptcy Court, 824 North Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company, Standard Register Technologies, Inc., Standard Register International, Inc., iMedConsent, LLC, Standard Register or Puerto Rico Inc., Standard Register Mexico Holding Company, Standard Register Holding, S. de R.L. de C.V., Standard Register de Mexico, S. de R.L. de C.V., Standard Register Servicios, S. de R.L. de C.V., and Standard Register Technologies Canada ULC.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO PROPERLY FILE AND SERVE A RESPONSE ON OR BEFORE THE OBJECTION DEADLINE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  May 4, 2015                                              CROSS & SIMON, LLC

*/s/ Christopher P. Simon*
Christopher P. Simon (No. 3697)
1105 North Market Street, Suite 901
Wilmington, DE  19801
Telephone:  (302) 777-4200
Facsimile:  (302) 777-4224
Email:  csimon@crosslaw.com

-and-

David M. Whittaker, Esq. (0019307)
(*admitted pro hac vice*)
BRICKER & ECKLER LLP
100 South Third Street
Columbus, OH  43215
Telephone:  (614) 227-2355
Facsimile:  (614) 227-2390
Email:  dwhittaker@bricker.com

*Attorneys for CareSource*