## CERTIFICATE OF SERVICE

I, Christopher P. Simon, hereby certify that on May 4, 2015, I caused a true and correct copy of the **Motion by CareSource Management Group Co. for an Order Authorizing CareSource Management Group Co. to File Under Seal its Motion for Relief from Stay to Permit the Setoff of Mutual Pre-Petition Claims** to be served on the parties listed on Exhibit A via hand delivery on local parties and FedEx on all other parties and on the parties listed on Exhibit B via first class mail.

*/s/ Christopher P. Simon*
Christopher P. Simon (No. 3697)

# EXHIBIT A

# EXHIBIT A

Michael A. Rosenthal, Esquire
Robert A. Klyman, Esquire
Samuel A. Newman, Esquire
Jereby L. Graves, Esquire
Sabina Jacobs, Esquire
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-1512

Kenneth A. Rosen, Esquire
Sharon L. Levine, Esquire
LOWENSTEIN SANDLER LLP
65 Livingston Aveune
Roseland, NJ 07068

Michael R. Nestor, Esquire
Kara Hammond Coyle, Esquire
Maris J. Kandestin, Esquire
Andrew L. Magaziner, Esquire
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

Gerald C. Bender, Esquire
LOWENSTEIN SANDLER LLP
1251 Avenue of the Americas
New York, NY 10020

Office of the United States Trustee
Attn: Mark S. Kenney, Esquire
844 King Street
Lockbox 35
Wilmington, DE 19801

Christopher A. Ward, Esquire
Justin K. Edelson, Esquire
Shanti M. Katona, Esquire
POLSINELLI PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

# **EXHIBIT B**

**EXHIBIT B**

| | |
|---|---|
| The Standard Register<br>600 Albany Street<br>Dayton, OH 45417 | Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-1512 |
| Young Conaway Stargatt & Taylor LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801 | McKinsey Recovery & Transformation Services U.S., LLC<br>55 East 52nd Street<br>New York, NY 10055 |
| Prime Clerk LLC<br>830 3rd Ave FL 9<br>New York, NY 10022 | Bank of America, N.A.<br>1500 Marquis Two Tower<br>285 Peachtree Center Avenue NE<br>Atlanta, GA 30303 |
| Blakeley LLP<br>2 Park Plaza<br>Suite 400<br>Irvine, CA 92614 | Blank Rome LLP<br>One Logan Square<br>130 North 18th Street<br>Philadelphia, PA 19103 |
| Blank Rome LLP<br>1201 Market Street<br>Suite 800<br>Wilmington, DE 19801 | BMC Group, Inc<br>300 Continental Boulevard<br>#570<br>El Segundo, CA 90245 |

| | |
|---|---|
| Bricker & Eckler LLP<br>100 South Third Street<br>Columbus, OH 43215 | Carlton Fields Jorden Burt, P.A.<br>4221 West Boy Scout Boulevard, 10th Floor<br>PO Box 3239<br>Tampa, FL 33601-3239 |
| Clark Hill PLC<br>150 N. Michigan Avenue<br>Suite 2700<br>Chicago, IL 60601 | Clark Hill PLC<br>151 South Old Woodward Avenue<br>Suite 200<br>Birmingham, MI 48009 |
| Clark Hill PLC<br>824 N. Market Street<br>Suite 710<br>Wilmington, DE 19801 | Cole Schotz, P.C.<br>500 Delaware Avenue<br>Suite 1410<br>Wilmington, DE 19801 |
| Cole Schotz, P.C.<br>301 Commerce Street<br>Ste. 1700<br>Fort Worth, TX 76102 | Cross & Simon, LLC<br>1105 North Market Street<br>Suite 901<br>Wilmington, DE 19801 |
| Delaware Attorney General<br>Carvel State Office Bldg<br>820 N French St 6th Fl<br>Wilmington, DE 19801 | Delaware Division of Revenue<br>820 N French St<br>Wilmington, DE 19801 |

| | |
|---|---|
| Delaware Secretary of State<br>PO Box 898<br>Dover, DE 19903 | Delaware State Treasury<br>820 Silver Lake Blvd Ste 100<br>Dover, DE 19904 |
| Dinsmore & Shohl LLP<br>255 East Fifth Street<br>Suite 1900<br>Cincinnati, OH 45202 | Duane Morris LLP<br>1540 Broadway<br>New York, NY 10036 |
| Duane Morris LLP<br>222 Delaware Avenue<br>Suite 1600<br>Wilmington, DE 19801 | Earp Cohn, P.C.<br>20 Brace Road<br>4th Floor<br>Cherry Hill, NJ 08034-0000 |
| Environmental Protection Agency<br>1650 Arch Street<br>Philadelphia, PA 19103-2029 | Frantz Ward LLP<br>200 Public Square<br>Suite 3000<br>Cleveland, OH 44114 |
| Friedlander Misler, PLLC<br>5335 Wisconsin Avenue, NW<br>Suite 600<br>Washington, DC 20015 | Gary Becker<br>666 Barclay Lane<br>Broomall, PA 19008 |

Georgia Pacific Corp
133 Peachtree Street, NE
Atlanta, GA 30303

Gibbons P.C.
1000 N. West Street
Suite 1200
Wilmington, DE 19801-1058

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310

Golan & Christie LLP
70 W. Madison Street
Suite 1500
Chicago, IL 60602

Graydon Head & Ritchey LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202

Iannotti & Associates PLC
1475 Club Drive
Bloomfield Hills, MI 48302

Internal Revenue Service
2970 Market St
Mail Stop 5 Q30 133
Philadelphia, PA 19104-5016

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

LeClairRyan
180 Admiral Cochrane Drive
Suite 370
Annapolis, MD 21401

Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207

| | |
|---|---|
| Linebarger Goggan Blair & Sampson, LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | Lowenstein Sandler LLP<br>65 Livingston Avenue<br>Roseland, NJ 07068-0000 |
| Lowenstein Sandler LLP<br>1251 Avenue of the Americas<br>New York, NY 10020 | Mark Platt<br>5048 James Hill Road<br>Kettering, OH 45429 |
| McCarter & English LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801 | McCarter & English LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102-0000 |
| McGrane LLP<br>Four Embarcadero Center<br>Suite 1400<br>San Francisco, CA 94111 | Minkin & Harnisch PLLC<br>6515 N. 12th Street<br>Suite B<br>Phoenix, AZ 85014 |
| Missouri Department of Revenue<br>301 W. High Street, Room 670<br>PO Box 475<br>Jefferson City, MO 65105-0475 | New York State Department of Taxation and Finance<br>340 East Main St.<br>Rochester, NY 14604 |

| | |
|---|---|
| Office of the United States Trustee<br>844 King St Ste 2207<br>Wilmington, DE 19801 | Oklahoma County Treasurer<br>320 Robert S. Kerr<br>Room 505<br>Oklahoma City, OK 73102 |
| Parker Ibrahim & Berg LLC<br>270 Davidson Avenue<br>Somerset, NJ 08873-0000 | Parker, Hudson, Rainer & Dobbs LLP<br>1500 Marquis Two Tower<br>285 Peachtree Center Avenue, NE<br>Atlanta, GA 30303 |
| PBGC<br>1200 K Street NW<br>Washington, DC 20005-4026 | Pension Benefit Guaranty Corporation<br>Office of the Chief Counsel<br>1200 K Street NW<br>Washington, DC 20005-4026 |
| Polsinelli PC<br>222 Delaware Avenue<br>Suite 1101<br>Wilmington, DE 19801 | Reed Smith LLP<br>Reed Smith Centre<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh, PA 15230-2009 |
| Reed Smith LLP<br>1201 N. Market Street<br>Suite 1500<br>Wilmington, DE 19801 | Reinhart Boerner Van Deuren<br>1000 North Water Street, Suite 1700<br>PO Box 2965<br>Milwaukee, WI 53201-2965 |

| | |
|---|---|
| Richard S. Price, II<br>1235 N. Harbor Blvd<br>Suite 200<br>Fullerton, CA 92832-1349 | Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 |
| Securities & Exchange Commission<br>100 F St NE<br>Washington, DC 20549 | Securities & Exchange Commission - NY Office<br>Brookfield Place<br>200 Vesey Street Ste 400<br>New York, NY 10281-1022 |
| Securities & Exchange Commission - Philadelphia Office<br>One Penn Center<br>1617 JFK Blvd Ste 520<br>Philadelphia, PA 19103 | Silver Point Finance, LLC<br>155 N. Wacker Drive<br>Chicago, IL 60606 |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899-0636 | Skadden, Arps, Slate, Meagher & Flom LLP<br>155 North Wacker Drive<br>Suite 2700<br>Chicago, IL 60606-1720 |
| Texas Comptroller of Public Accounts<br>Bankruptcy & Collections Division MC 008<br>P.O. Box 12548<br>Austin, TX 78711-2548 | The Flesh Company<br>2118 59th St.<br>St Louis, MO 63110 |

| | |
|---|---|
| The Rosner Law Group LLC<br>824 Market Street<br>Suite 810<br>Wilmington, DE 19801 | Timothy Webb<br>4906 E. Desert Fairways Dr.<br>Paradise Valley, AZ 85253 |
| US Attorney for Delaware<br>1007 Orange St Ste 700<br>PO Box 2046<br>Wilmington, DE 19899-2046 | Veritiv Corporation<br>850 N. Arlington Heights Rd<br>Itasca, IL 60143 |