**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 15-10541-BLS |
| The Standard Register Company, et al.[1] | : | (Jointly Administered) |
| | : | **Hearing Date: June 17, 2015 at 10:00 a.m.** |
| Debtors. | : | **Objection Deadline: May 18, 2015 at 4:00 p.m.** |

**NOTICE OF MOTION BY CARESOURCE MANAGEMENT GROUP CO.**
**FOR AN ORDER PURSUANT TO 11 U.S.C. § 362(d) GRANTING RELIEF FROM**
**STAY TO PERMIT THE SETOFF OF MUTUAL PRE-PETITION CLAIMS**

TO:   DEBTORS' COUNSEL; COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS; THE OFFICE OF THE UNITED STATES TRUSTEE; AND ALL PARTIES REQUESTING NOTICES

CareSource Management Group Co. ("CareSource") has filed a Motion for Relief from Stay to set off the mutual pre-petition claims of CareSource and Standard Register Co. and approving the procedures for set off requested by CareSource.

A HEARING ON THE MOTION WILL BE HELD ON JUNE 17, 2015 AT 10:00 A.M.

You are require to file a response (and the supporting documentation required by Local Rule 4001-1(c) to the attached motion on or before May 18, 2015 at 4:00 p.m.

At the same time, you must also serve a copy of the response upon CareSource's attorneys:

Christopher P. Simon, Esquire
CROSS & SIMON, LLC
1105 North Market Street, Suite 901
Wilmington, DE 19801
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
Email: csimon@crosslaw.com

David M. Whittaker, Esquire
BRICKER & ECKLER LLP
100 South Third Street
Columbus, OH 43215
Telephone: (614) 227-2355
Facsimile: (614) 227-2390
Email: dwhittaker@bricker.com

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company, Standard Register Technologies, Inc., Standard Register International, Inc., iMedConsent, LLC, Standard Register or Puerto Rico Inc., Standard Register Mexico Holding Company, Standard Register Holding, S. de R.L. de C.V., Standard Register de Mexico, S. de R.L. de C.V., Standard Register Servicios, S. de R.L. de C.V., and Standard Register Technologies Canada ULC.

1

   The attorneys for the parties shall confer with respect to the issues raised by the motion in the advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

Dated: May 4, 2015             CROSS & SIMON, LLC

                   */s/ Christopher P. Simon*
                   Christopher P. Simon (No. 3697)
                   1105 North Market Street, Suite 901
                   Wilmington, DE 19801
                   Telephone: (302) 777-4200
                   Facsimile: (302) 777-4224
                   Email: csimon@crosslaw.com

                   -and-

                   David M. Whittaker, Esq. (0019307)
                   (*admitted pro hac vice*)
                   BRICKER & ECKLER LLP
                   100 South Third Street
                   Columbus, OH 43215
                   Telephone: (614) 227-2355
                   Facsimile: (614) 227-2390
                   Email: dwhittaker@bricker.com

                   *Attorneys for CareSource*