**CERTIFICATE OF SERVICE**

I, Christopher P. Simon, hereby certify that on May 4, 2015, I caused a true and correct copy of the **Sealed Version of the Motion by CareSource Management Group Co. for an Order Pursuant to 11 U.S.C. § 362(d) Granting Relief from Stay to Permit the Setoff of Mutual Pre-Petition Claims** to be served on the parties listed on Exhibit A via hand delivery on local parties and FedEx on all other parties and a **Public Redacted Version of the Motion by CareSource Management Group Co. for an Order Pursuant to 11 U.S.C. § 362(d) Granting Relief from Stay to Permit the Setoff of Mutual Pre-Petition Claims** on the parties listed on Exhibit B via first class mail.

*/s/ Christopher P. Simon*
Christopher P. Simon (No. 3697)

# EXHIBIT A

Michael A. Rosenthal, Esquire
Robert A. Klyman, Esquire
Samuel A. Newman, Esquire
Jereby L. Graves, Esquire
Sabina Jacobs, Esquire
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-1512

Kenneth A. Rosen, Esquire
Sharon L. Levine, Esquire
LOWENSTEIN SANDLER LLP
65 Livingston Aveune
Roseland, NJ 07068

Michael R. Nestor, Esquire
Kara Hammond Coyle, Esquire
Maris J. Kandestin, Esquire
Andrew L. Magaziner, Esquire
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

Gerald C. Bender, Esquire
LOWENSTEIN SANDLER LLP
1251 Avenue of the Americas
New York, NY 10020

Office of the United States Trustee
Attn: Mark S. Kenney, Esquire
844 King Street
Lockbox 35
Wilmington, DE 19801

Christopher A. Ward, Esquire
Justin K. Edelson, Esquire
Shanti M. Katona, Esquire
POLSINELLI PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

# <u>EXHIBIT B</u>

The Standard Register
600 Albany Street
Dayton, OH 45417

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-1512

Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

McKinsey Recovery & Transformation Services U.S., LLC
55 East 52nd Street
New York, NY 10055

Prime Clerk LLC
830 3rd Ave FL 9
New York, NY 10022

Bank of America, N.A.
1500 Marquis Two Tower
285 Peachtree Center Avenue NE
Atlanta, GA 30303

Blakeley LLP
2 Park Plaza
Suite 400
Irvine, CA 92614

Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103

Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE 19801

BMC Group, Inc
300 Continental Boulevard
#570
El Segundo, CA 90245

Bricker & Eckler LLP
100 South Third Street
Columbus, OH 43215

Carlton Fields Jorden Burt, P.A.
4221 West Boy Scout Boulevard, 10th Floor
PO Box 3239
Tampa, FL 33601-3239

Clark Hill PLC
150 N. Michigan Avenue
Suite 2700
Chicago, IL 60601

Clark Hill PLC
151 South Old Woodward Avenue
Suite 200
Birmingham, MI 48009

Clark Hill PLC
824 N. Market Street
Suite 710
Wilmington, DE 19801

Cole Schotz, P.C.
500 Delaware Avenue
Suite 1410
Wilmington, DE 19801

Cole Schotz, P.C.
301 Commerce Street
Ste. 1700
Fort Worth, TX 76102

Cross & Simon, LLC
1105 North Market Street
Suite 901
Wilmington, DE 19801

Delaware Attorney General
Carvel State Office Bldg
820 N French St 6th Fl
Wilmington, DE 19801

Delaware Division of Revenue
820 N French St
Wilmington, DE 19801

Delaware Secretary of State
PO Box 898
Dover , DE 19903

Delaware State Treasury
820 Silver Lake Blvd Ste 100
Dover , DE 19904

Dinsmore & Shohl LLP
255 East Fifth Street
Suite 1900
Cincinnati, OH 45202

Duane Morris LLP
1540 Broadway
New York, NY 10036

Duane Morris LLP
222 Delaware Avenue
Suite 1600
Wilmington, DE 19801

Earp Cohn, P.C.
20 Brace Road
4th Floor
Cherry Hill, NJ 08034-0000

Environmental Protection Agency
1650 Arch Street
Philadelphia, PA 19103-2029

Frantz Ward LLP
200 Public Square
Suite 3000
Cleveland, OH 44114

Friedlander Misler, PLLC
5335 Wisconsin Avenue, NW
Suite 600
Washington, DC 20015

Gary Becker
666 Barclay Lane
Broomall, PA 19008

Georgia Pacific Corp
133 Peachtree Street, NE
Atlanta, GA 30303

Gibbons P.C.
1000 N. West Street
Suite 1200
Wilmington, DE 19801-1058

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310

Golan & Christie LLP
70 W. Madison Street
Suite 1500
Chicago, IL 60602

Graydon Head & Ritchey LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202

Iannotti & Associates PLC
1475 Club Drive
Bloomfield Hills, MI 48302

Internal Revenue Service
2970 Market St
Mail Stop 5 Q30 133
Philadelphia, PA 19104-5016

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

LeClairRyan
180 Admiral Cochrane Drive
Suite 370
Annapolis, MD 21401

Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207

Linebarger Goggan Blair & Sampson, LLP
PO Box 3064
Houston, TX 77253-3064

Lowenstein Sandler LLP
65 Livingston Avenue
Roseland, NJ 07068-0000

Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, NY 10020

Mark Platt
5048 James Hill Road
Kettering, OH 45429

McCarter & English LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801

McCarter & English LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-0000

McGrane LLP
Four Embarcadero Center
Suite 1400
San Francisco, CA 94111

Minkin & Harnisch PLLC
6515 N. 12th Street
Suite B
Phoenix, AZ 85014

Missouri Department of Revenue
301 W. High Street, Room 670
PO Box 475
Jefferson City, MO 65105-0475

New York State Department of Taxation and Finance
340 East Main St.
Rochester, NY 14604

Office of the United States Trustee
844 King St Ste 2207
Wilmington, DE 19801

Oklahoma County Treasurer
320 Robert S. Kerr
Room 505
Oklahoma City, OK 73102

Parker Ibrahim & Berg LLC
270 Davidson Avenue
Somerset, NJ 08873-0000

Parker, Hudson, Rainer & Dobbs LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, NE
Atlanta, GA 30303

PBGC
1200 K Street NW
Washington, DC 20005-4026

Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street NW
Washington, DC 20005-4026

Polsinelli PC
222 Delaware Avenue
Suite 1101
Wilmington, DE 19801

Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15230-2009

Reed Smith LLP
1201 N. Market Street
Suite 1500
Wilmington, DE 19801

Reinhart Boerner Van Deuren
1000 North Water Street, Suite 1700
PO Box 2965
Milwaukee, WI 53201-2965

Richard S. Price, II
1235 N. Harbor Blvd
Suite 200
Fullerton, CA 92832-1349

Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Securities & Exchange Commission
100 F St NE
Washington, DC 20549

Securities & Exchange Commission - NY Office
Brookfield Place
200 Vesey Street Ste 400
New York, NY 10281-1022

Securities & Exchange Commission - Philadelphia Office
One Penn Center
1617 JFK Blvd Ste 520
Philadelphia, PA 19103

Silver Point Finance, LLC
155 N. Wacker Drive
Chicago, IL 60606

Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Suite 2700
Chicago, IL 60606-1720

Texas Comptroller of Public Accounts
Bankruptcy & Collections Division MC 008
P.O. Box 12548
Austin, TX 78711-2548

The Flesh Company
2118 59th St.
St Louis, MO 63110

The Rosner Law Group LLC
824 Market Street
Suite 810
Wilmington, DE 19801

Timothy Webb
4906 E. Desert Fairways Dr.
Paradise Valley, AZ 85253

US Attorney for Delaware
1007 Orange St Ste 700
PO Box 2046
Wilmington, DE 19899-2046

Veritiv Corporation
850 N. Arlington Heights Rd
Itasca, IL 60143