**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing **LIMITED OBJECTIONS OF BANK OF AMERICA, N.A., AS ADMINISTRATIVE AND COLLATERAL AGENT, TO RETENTION APPLICATIONS OF COMMITTEE AND RESERVATION OF RIGHTS** upon the parties listed below in the manner indicated below.

| Via Hand Delivery | Via First Class Mail |
|---|---|
| Christopher A. Ward, Esq.<br>Justin K. Edelson, Esq.<br>POLSINELLI PC<br>222 Delaware Avenue<br>Suite 1101<br>Wilmington, Delaware 19801 | Kenneth A. Rosen, Esq.<br>Sharon L. Levine, Esq.<br>LOWENSTEIN SANDLER LLP<br>65 Livingston Avenue<br>Roseland, New Jersey 07068 |
| Sarah E. Pierce, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER<br>  & FLOM LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, Delaware 19899 | Ron E. Meisler, Esq.<br>Albert L. Hogan III, Esq.<br>Carl T. Tullson, Esq.<br>Christopher M. Dressel, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER<br>  & FLOM LLP<br>155 North Wacker Drive<br>Chicago, Illinois 60606 |
| Michael R. Nestor, Esq.<br>Kara Hammond Coyle, Esq.<br>Maris J. Kandestin, Esq.<br>Andrew L. Magaziner, Esq.<br>YOUNG CONAWAY STARGATT<br>  & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801 | Michael A. Rosenthal, Esq.<br>Robert A. Klyman, Esq.<br>Samuel A. Newman, Esq.<br>Jeremy L. Graves, Esq.<br>Sabina Jacobs, Esq.<br>GIBSON, DUNN & CRUTCHER, LLP<br>333 South Grand Avenue<br>Los Angeles, California 90071 |
| Mark Kenney, Esq.<br>OFFICE OF THE UNITED STATES TRUSTEE<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, Delaware 19801 | |

/s/ *Tyler D. Semmelman*
Tyler D. Semmelman (No. 5386)

RLF1 11932083v.1
3793795_1