## CERTIFICATE OF SERVICE

      I, Sarah E. Pierce, hereby certify that on May 5, 2015, I caused the foregoing Limited Objection And Reservation Of Rights Of Silver Point Finance, LLC With Respect To Professional Retention Applications Filed By The Official Committee Of Unsecured Creditors to be served on the parties listed Exhibit A, attached hereto, by first-class mail unless otherwise indicated.

*/s/ Sarah E. Pierce*
Sarah E. Pierce

**EXHIBIT A**

Michael R. Nestor, Esq.
Kara Hammond Coyle, Esq.
Maris J. Kandestin, Esq.
Andrew Magaziner, Esq.
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
**(By Hand Delivery)**

Robert A. Klyman, Esq.
Samuel A. Newman, Esq.
Jeremy L. Graves, Esq.
Sabina Jacobs, Esq.
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071-1512

Kenneth A. Rosen, Esq.
Sharon L. Levine, Esq.
Lowenstein Sandler LLP
65 Livingston Avenue
Roseland, NJ 07068

Gerald C. Bender, Esq.
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, NY 10020

Christopher A. Ward, Esq.
Justin K. Edelson, Esq.
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
**(By Hand Delivery)**

Mark S. Kenney, Esq.
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
**(By Hand Delivery)**