# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | Obj. Deadline: May 15, 2015 at 4:00 p.m. (EST) |
| | Re: Docket No. 261 |

## NOTICE OF FILING OF DECLARATION OF DISINTERESTEDNESS BY ORDINARY COURSE PROFESSIONAL SIDLEY AUSTIN LLP

**PLEASE TAKE NOTICE** that on April 13, 2015, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order Authorizing the Employment and Payment of Professionals Used in the Ordinary Course of Business* (the "Order") [Docket No. 261].[2]

**PLEASE TAKE FURTHER NOTICE** that in accordance with the procedures set forth in the Order, the Debtors hereby file the Declaration of Disinterestedness, attached hereto as Exhibit A, for Sidley Austin LLP.

**PLEASE TAKE FURTHER NOTICE** that any objections to the retention of Sidley Austin LLP must be filed with the Court, and at the same time served upon the Notice Parties, on or before **May 15, 2015, at 4:00 p.m. (EST).**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Order.

01:17058577.1

Dated: May 5, 2015
Wilmington, Delaware

*/s/ Andrew L. Magaziner*
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Maris J. Kandestin (No. 5294)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 571-6600
Facsimile:    (302) 571-1253
mnestor@ycst.com
kcoyle@ycst.com
mkandestin@ycst.com
amagaziner@ycst.com

-and-

Michael A. Rosenthal (NY No. 4697561)
Robert A. Klyman (CA No. 142723)
Samuel A. Newman (CA No. 217042)
Jeremy L. Graves (CO No. 45522)
Sabina Jacobs (CA No. 274829)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-1512
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
mrosenthal@gibsondunn.com
rklyman@gibsondunn.com
snewman@gibsondunn.com
jgraves@gibsondunn.com
sjacobs@gibsondunn.com

*Counsel to the Debtors and
Debtors in Possession*

## EXHIBIT A

## DECLARATION OF DISINTERESTEDNESS

01:17058577.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, et al.,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |

## DECLARATION OF DISINTERESTEDNESS BY ATTORNEY USED IN THE ORDINARY COURSE OF BUSINESS

I, Scott J. Heyman, declare under penalty of perjury:

1. I am a partner at Sidley Austin LLP located at 1 South Dearborn, Chicago, Illinois, 60603 (the "Firm").

2. The Standard Register Company and its affiliates, as debtors and debtors in possession (collectively, the "Debtors") have requested that the Firm provide legal services to the Debtors in connection with certain tax litigation and the Firm has consented to provide such services.

3. The Firm may have performed legal services in the past, may currently perform legal services and may perform legal services in the future, in matters unrelated to the above-captioned chapter 11 cases (the "Chapter 11 Cases"), for persons that are parties-in-interest in these Chapter 11 Cases. The Firm also currently advises certain persons in connection with these Chapter 11 Cases in matters unrelated to the tax litigation work the Firm provides to the Debtors.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

Specifically, the Firm is providing legal services to (a) a potential bidder for certain assets and/or business of the Debtors and (b) Jefferies LLC in connection with its retention as the investment banker and financial advisor for the Official Committee of Unsecured Creditors in these Chapter 11 Cases. As these matters are unrelated to the tax litigation work the Firm is providing to the Debtors, the Firm does not represent or hold any adverse interest to the Debtors or their estates with respect to the matter on which the Firm is employed.

4. The Firm has provided services to the Debtors prior to the commencement of these Chapter 11 Cases.

5. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties-in-interest in these Chapter 11 Cases.

6. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

7. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

8. The Debtors owe the Firm $2,944.00 for prepetition services, the payment of which is subject to limitations contained in title 11 of the United States Code.

9. As of the date the Chapter 11 Cases were commenced, March 12, 2015 (the "Petition Date"), the Firm was not party to an agreement for indemnification with certain of the Debtors.

10. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon the conclusion of such inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: April 30, 2015

Scott J. Heyman

3