**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: May 19, 2015 at 4:00 p.m. (ET)** |

**NOTICE OF FILING OF MONTHLY COMPENSATION AND STAFFING REPORT**
**OF MCKINSEY RECOVERY & TRANSFORMATION SERVICES U.S., LLC**
**FOR THE PERIOD FROM APRIL 1, 2015 THROUGH APRIL 30, 2015**

PLEASE TAKE NOTICE that, on March 23, 2015, the above captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Order Authorizing the Debtors to (I) Employ and Retain McKinsey Recovery & Transformation Services U.S., LLC to Provide Interim Management Services Pursuant to 11 U.S.C. § 363, and (II) Designate Kevin Carmody as Chief Restructuring Officer* Nunc Pro Tunc *to the Petition Date* [Docket No. 87] with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that, on April 13, 2015, the Court entered the *Order Authorizing the Debtors to (I) Employ and Retain McKinsey Recovery & Transformation Services U.S., LLC to Provide Interim Management Services Pursuant to 11 U.S.C. § 363, and (II) Designate Kevin Carmody as Chief Restructuring Officer* Nunc Pro Tunc *to the Petition Date* [Docket No. 257] (the "Order").

PLEASE TAKE FURTHER NOTICE that in accordance with the Order, McKinsey Recovery & Transformation Services U.S., LLC hereby files its monthly compensation and staffing report for the period from April 1, 2015 through April 30, 2015 (the "Monthly Report") in the form attached hereto as Exhibit 1.

---

[1]   The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001).  The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

PLEASE TAKE FURTHER NOTICE that objections to the Monthly Report, if any, are required to be filed on or before **May 19, 2015 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801.  At the same time, you must also serve a copy of the response so as to be received by the following on or before the Objection Deadline: (i) the attorneys for the Debtors, (A) Gibson, Dunn & Crutcher LLP, 333 South Grand Avenue, Los Angeles, CA 90071 (Attn: Robert A. Klyman) and (B) Young Conaway Stargatt & Taylor, LLP, 1000 N. King Street, Rodney Square, Wilmington, DE 19801 (Attn: Michael R. Nestor); (ii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Mark Kenney); (iii) counsel for Silver Point Finance, LLC, Skadden, Arps, Slate, Meagher & Flom LLP, 155 N. Wacker Drive, Chicago, IL 60606-1720 (Attn: Ron E. Meisler); (iv) counsel for Bank of America, N.A., Parker, Hudson, Rainer & Dobbs LLP, 1500 Marquis Two Tower, 285 Peachtree Center Avenue, Atlanta, GA 30303 (Attn: C. Edward Dobbs, Esq.); and (v) counsel for the Official Committee of Unsecured Creditors, Lowenstein Sandler LLP, 1251 Avenue of the Americas, New York, NY 10020 (Attn: Wojciech F. Jung, Esq.).

**PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ORDER ONLY IF AN OBJECTION IS PROPERLY AND TIMELY FILED IN ACCORDANCE WITH THE ABOVE PROCEDURE WILL A HEARING BE HELD ON THE MONTHLY REPORT.  ONLY THOSE PARTIES TIMELY FILING AND SERVING OBJECTIONS WILL RECEIVE NOTICE AND BE HEARD AT SUCH HEARING.  IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THE DEBTORS WILL BE AUTHORIZED TO PAY 100% OF REQUESTED FEES AND EXPENSES WITHOUT FURTHER ORDER OF THE COURT.**

01:16995921.2

Dated:    May 5, 2015
        Wilmington, Delaware        */s/ Maris J. Kandestin*
                                    Michael R. Nestor (No. 3526)
                                    Kara Hammond Coyle (No. 4410)
                                    Maris J. Kandestin (No. 5294)
                                    Andrew L. Magaziner (No. 5426)
                                    YOUNG CONAWAY STARGATT & TAYLOR, LLP
                                    Rodney Square
                                    1000 North King Street
                                    Wilmington, Delaware 19801
                                    Telephone:    (302) 571-6600
                                    Facsimile:    (302) 571-1253
                                    mnestor@ycst.com
                                    kcoyle@ycst.com
                                    mkandestin@ycst.com
                                    amagaziner@ycst.com

                                    -and-

                                    Michael A. Rosenthal (NY No. 4697561)
                                    Robert A. Klyman (CA No. 142723)
                                    Samuel A. Newman (CA No. 217042)
                                    Jeremy L. Graves (CO No. 45522)
                                    Sabina Jacobs (CA No. 274829)
                                    GIBSON, DUNN & CRUTCHER LLP
                                    333 South Grand Avenue
                                    Los Angeles, CA 90071-1512
                                    Telephone: (213) 229-7000
                                    Facsimile: (213) 229-7520
                                    mrosenthal@gibsondunn.com
                                    rklyman@gibsondunn.com
                                    snewman@gibsondunn.com
                                    jgraves@gibsondunn.com
                                    sjacobs@gibsondunn.com

                                    *Counsel to the Debtors and*
                                    *Debtors in Possession*

01:16995921.2