



755 Tower Road
Mundelein, Il 60060

Po Box 308
Libertyville, Il 60048

847 362-1476 TEL
847 949-7449 FAX

www.printotape.com

April 30, 2015

Clerk of the Court
United States Bankruptcy Court for the District of Delaware
824 North Market Street
Wilmington, DE 19801

Gibson, Dunn & Crutcher LLC
Attn: Barbara Becker and Michael A. Rosenthal
200 Park Avenue
New York, NY 10166

Young Conaway Stargatt & Taylor, LLP
Attn: Michael R. Nestor
Rodney Square
1000 North King Street
Wilmington, DE 19801

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Ron Meisler and Christopher Dressel
155 N. Wacker Drive
Chicago, Illinois 60606

Parker, Hudson, Rainer & Dobbs LLP
Attn: Edward Dobbs and James S. Rankin, Jr.
1500 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, Georgia 30303

Richard Layton & Finger
Attn: Mark D. Collins
One Rodney Square
920 North King Street
Wilmington, DE 19801



Lowenstein Sandler LLP
Attn: Sharon L Levine and Wojciech Jung
1251 Avenue of the Americas
New York, NY 10020

Dear Sirs:

RE: The Standard Register Company
Case No. 15-10541 (BLS)

Please be advised that Print-O-Tape, Inc. disputes the Proposed Cure Amount as presented in notice of Potential Assignment Schedule of $39,777.75. (See attached)

Print-O-Tape, Inc. has filed a claim with The Standard Register Company Claims Processing Center for a total amount owed of $66,477.38. (See attached)

We believe the amount of $66,477.38 to be a true and accurate amount owed by The Standard Register Company to Print-O-Tape, Inc. for goods purchased prior to March 12, 2015.

Please advise if any additional information is required.

Sincerely,

Michael E. Frieburg
CFO

(847) 362-1476
m-frieburg@printotape.com

Standard SRF 2404 SVC CURE PACK ID 2784 MML ID 974559
Print-O-Tape, Inc.
Attn: Jon Barrere, VP Sales & Marketing
755 Tower Road
Mundelein IL 60060

**Exhibit 1**

Potential Assignment Schedule



| Contract Counterparty | Description of Agreement | Proposed Cure Amount($) |
| --- | --- | --- |
| Print-O-Tape, Inc. | Preferred Subcontractor Confidentiality Indemnification, Intellectual Property and Non-Competition Agreement | $39,777.75 |

B 10 Modified (Official Form 10) (04/13)

**UNITED STATES BANKRUPTCY COURT, DISTRICT OF DELAWARE** — **PROOF OF CLAIM**

List the name and case number of the Debtor against which you assert a claim below. (List only one Debtor per claim form.)

THE STANDARD REGISTER COMPANY CASE NO. 15-10541 (BLS)

Note: *This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after commencement of the case. A request for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property): PRINT-O-TAPE, INC

Name and address where notices should be sent: PRINT-O-TAPE, INC
MICHAEL FRIEBURG
755 TOWER ROAD
MUNDELEIN, IL 60060

Telephone number: 847-362-1476 email: mfrieburg@printotape.com

☐ Check this box if this claim amends a previously filed claim.

**Court Claim Number:** ______
(*If known*)
Filed on: ______

Name and address where payment should be sent (if different from above):

Telephone number: email:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed: $** 66,477.38
If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** GOODS SOLD
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:** ____

**3a. Debtor may have scheduled account as:** ______
(See instruction #3a)

**3b. Uniform Claim Identifier (optional):** ______
(See instruction #3b)

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ☐Real Estate ☐Motor Vehicle ☐Other
**Describe:**
**Value of Property: $**______ **Annual Interest Rate**______% ☐Fixed ☐Variable
**(when case was filed)**
**Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any: $**______ **Basis for perfection:** ______
**Amount of Secured Claim: $**______ **Amount Unsecured: $**______

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).
☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).
☐ Taxes or penalties owed to governmental units – 11U.S.C. §507 (a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**
**$**______

* *Amounts are subject to adjustment on 4/1/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Claim Pursuant to 11 U.S.C. § 503(b)(9):** Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.
$ 16,952.63 (See instruction #6)

**7. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

**8. Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, mortgages, or security agreements. (See instruction #8, and the definition of "redacted".)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**9. Signature:** (See instruction #9)
Check the appropriate box.

☐ I am the creditor. ☒ I am the creditor's authorized agent. ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.) ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: MICHAEL FRIEBURG
Title: CEO
Company: PRINT-O-TAPE INC

[signature] (Signature) 4/30/15 (Date)

Address and telephone number (if different from notice address above):

Telephone number: Email:

**COURT USE ONLY**

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**Amounts owed at March 12, 2015**
**By: The Standard Register Company**
**To: Print-O-Tape, Inc**

**Print-O-Tape, Inc**
**Michael Frieburg, CFO**
**755 Tower Road**
**Mundelein, Illinois 60060**

**(847) 362-1476 x215**
m-frieburg@printotape.com

| Invoice # | Invoice Date | Amt Owed | |
|---|---|---|---|
| 77271 | 3/4/2015 | $ | 676.00 |
| 77272 | 3/4/2015 | $ | 222.00 |
| 77249 | 3/3/2015 | $ | 5,923.96 |
| 77220 | 3/2/2015 | $ | 9,414.67 |
| 77155 | 2/25/2015 | $ | 50.00 |
| 77161 | 2/25/2015 | $ | 666.00 |
| **Total Subject to 11 U.S.C. 503(b)(9):** | | $ | 16,952.63 |
| 77088 | 2/20/2015 | $ | 75.00 |
| 77091 | 2/20/2015 | $ | 222.00 |
| 77069 | 2/19/2015 | $ | 9,221.35 |
| 77038 | 2/17/2015 | $ | 250.00 |
| 76981 | 2/12/2015 | $ | 180.00 |
| 76892 | 2/12/2015 | $ | 130.00 |
| 76661 | 1/16/2015 | $ | 26,232.34 |
| 76639 | 1/15/2015 | $ | 13,214.06 |
| **Total Not Subject to 11 U.S.C. 503(b)(9):** | | $ | 49,524.75 |
| **Total Owed at March 12, 2015** | | $ | 66,477.38 |

PRINT TAPE

**Print-O-Tape, Inc.**
**P.O. Box 308**
**Libertyville, IL 60048**

**Tel: 847-362-1476**

**Fax. 847-949-7449**

*** Reprint ***

# Invoice

***Invoice To:***
STANDARD REGISTER CO.
CORPORATE SUBCONTRACTING
PO BOX 1167
DAYTON, OH 45401-1167

***Ship To:***
VIRGIN AMERICA - DFW
DFW INTERNATIONAL AIRPORT
2625 N INTERNATIONAL PKWY
TERMINAL E
DFW AIRPORT, TX 75261-0000

A finance charge of 1 ½% (18% per annum) will be added to all accounts over 30 days. Should it be necessary to assign the account balance to a collection agency or attorney for legal action, all subsequent collection charges and legal fees shall be paid by the purchaser. This agreement is enforced in accordance with the Laws of Illinois

Payment Terms: Net 30 Days

| [illegible] | [illegible] | [illegible] | Invoice No | Invoice Date |
|---|---|---|---|---|
| STRECO01 | 8149797 | 8149797 | 76639 | 1/15/15 |

| [illegible] | [illegible] | [illegible] Date | Price/Per | [illegible] Value |
|---|---|---|---|---|
| 252,000.00 EA | **STRECO003**<br>VIRGIN AMER 2 X 21 FF TAG<br>Cust Item Ref: VA.GSM.BAGTAG<br>Sales Order:171732 Line: 1<br>SHIPPED YRC 1-15-15<br>TO MONROE TOWNSHIP, NJ<br>NOT DALLAS<br>PRO#253-352320-X<br>252 CTNS ON 2 SKIDS<br>14.08 LBS PER BOX 3638 TOTAL WT.<br>1000 PER BOX | 1/30/15 | 50.3900 THOUS | 12,698.28 |
| 1.00 EA | **Extras**<br>Freight Charges | 1/30/15 | 515.7800 EA | 515.78 |
| | **Tax Breakdown**<br>Exempt | | 0.00% | 0.00 |

Print-O-Tape, Inc. shall not be liable for any injury, loss or damage, direct or consequential, arising out of the use or inability to use the product. Before using, user shall determine the suitability of the product for his intended use and user assumes all risk and liability whatsoever in connection therewith. Print-O-Tape's only obligation shall be to replace such quantity of the product proved to be defective.



0-2 03/11

PRINT TAPE

**Print-O-Tape, Inc.**
**P.O. Box 308**
**Libertyville, IL 60048**

*Tel:* **847-362-1476**

*Fax.* **847-949-7449**

*** Reprint ***

# Invoice

*Invoice To:*
STANDARD REGISTER CO.
CORPORATE SUBCONTRACTING
PO BOX 1167
DAYTON, OH 45401-1167

*Ship To:*
SADDLE CREEK MODESTO - M80
469 E WHITMORE AVENUE
BUILDING 4
MODESTO, CA 95358

A finance charge of 1 ½% (18% per annum) will be added to all accounts over 30 days. Should it be necessary to assign the account balance to a collection agency or attorney for legal action, all subsequent collection charges and legal fees shall be paid by the purchaser. This agreement is enforced in accordance with the Laws of Illinois

Payment Terms: Net 30 Days

| | | | Invoice No | Invoice Date |
|---|---|---|---|---|
| STRECO01 | 8149797 | 8149797 | 76661 | 1/16/15 |

| | | Ship Date | Price/Per | Value |
|---|---|---|---|---|
| 506,000.00 EA | **STRECO003**<br>VIRGIN AMER 2 X 21 FF TAG<br>Cust Item Ref: VA.GSM.BAGTAG<br>Sales Order:**171732** Line: 1<br>SHIPPED RJW 1-16-5<br>1000/CTN 506 CTNS ON 4 SKIDS<br>14.08 LBS PER CTN 7116 TOTAL LBS | 1/30/15 | 50.3900 THOUS | 25,497.34 |
| 1.00 EA | **Extras**<br>Freight Charges | 1/30/15 | 735.0000 EA | 735.00 |
| | **Tax Breakdown**<br>Exempt | | 0.00% | 0.00 |

Print-O-Tape, Inc. shall not be liable for any injury, loss or damage, direct or consequential, arising out of the use or inability to use the product. Before using, user shall determine the suitability of the product for his intended use and user assumes all risk and liability whatsoever in connection therewith Print-O-Tape's only obligation shall be to replace such quantity of the product proved to be defective.

PRINT TAPE

**Print-O-Tape, Inc.**
**P.O. Box 308**
**Libertyville, IL 60048**

**Tel: 847-362-1476**
**Fax. 847-949-7449**

*** Reprint ***

# Invoice

| *Invoice To:* | *Ship To:* |
|---|---|
| STANDARD REGISTER CO.<br>CORPORATE SUBCONTRACTING<br>PO BOX 1167<br>DAYTON, OH 45401-1167 | NORDSTROM CEC<br>ATTN: SAMANTHA FESTEJO<br>1301 2ND AVENUE<br>SEATTLE, WA 98101 |

A finance charge of 1 ½% (18% per annum) will be added to all accounts over 30 days. Should it be necessary to assign the account balance to a collection agency or attorney for legal action, all subsequent collection charges and legal fees shall be paid by the purchaser. This agreement is enforced in accordance with the Laws of Illinois

Payment Terms: Net 30 Days

| | | | Invoice No | Invoice Date |
|---|---|---|---|---|
| STRECO01 | 2389030 | TORI STACH | 76982 | 2/12/15 |

| | | Ship Date | Price Per | Value |
|---|---|---|---|---|
| 1,000.00<br>EA | **STRECO013**<br>STD REG 1.75 X 1 RFID AD-320<br>Cust Item Ref: RACK ITEM<br>Sales Order:**173921** Line: 1<br>SHPD FED EX OVERNITE 3RD PARTY<br>2-12-15 TRKG#772902782494 | 2/12/15 | 0.1300<br>EA | 130.00 |
| 1,000.00<br>EA | **MISC**<br>MISC<br>Cust Item Ref: RACK ITEM SAMPLE NO INLAY<br>Sales Order:**173921** Line: 3 | 2/12/15 | EA | 0.00 |
| | **Tax Breakdown**<br>Exempt | | 0.00% | 0.00 |
| | | | | [illegible] |

Print-O-Tape, Inc. shall not be liable for any injury, loss or damage, direct or consequential, arising out of the use or inability to use the product. Before using, user shall determine the suitability of the product for his intended use and user assumes all risk and liability whatsoever in connection therewith. Print-O-Tape's only obligation shall be to replace such quantity of the product proved to be defective.




**Print-O-Tape, Inc.**
**P.O. Box 308**
**Libertyville, IL 60048**

**Tel: 847-362-1476**
**Fax. 847-949-7449**

*** Reprint ***

# Invoice

***Invoice To:***
STANDARD REGISTER CO.
CORPORATE SUBCONTRACTING
PO BOX 1167
DAYTON, OH 45401-1167

***Ship To:***
NORDSTROM CEC
ATTN: SAMANTHA FESTEJO
1301 2ND AVENUE
SEATTLE, WA 98101

A finance charge of 1 ½% (18% per annum) will be added to all accounts over 30 days. Should it be necessary to assign the account balance to a collection agency or attorney for legal action, all subsequent collection charges and legal fees shall be paid by the purchaser. This agreement is enforced in accordance with the Laws of Illinois

Payment Terms: Net 30 Days

| [illegible] | [illegible] | [illegible] | Invoice No | Invoice Date |
|---|---|---|---|---|
| STRECO01 | 2389477 | TORI STACH | 76981 | 2/12/15 |

| [illegible] | [illegible] | Shipped | Rate/Per | Value |
|---|---|---|---|---|
| 1,500.00<br>EA | **STRECO012**<br>STD REG 2.25 X 1.75 RFID AD383<br>Cust Item Ref: SHOE<br>Sales Order:**173922** Line: 1<br>SHPD FED EX OVERNITE 3RD PARTY<br>2-12-15 W/1/173921 | 2/12/15 | 0.1200<br>EA | 180.00 |
| | **Tax Breakdown**<br>Exempt | | 0.00% | 0.00 |

Print-O-Tape, Inc. shall not be liable for any injury, loss or damage, direct or consequential, arising out of the use or inability to use the product. Before using, user shall determine the suitability of the product for his intended use and user assumes all risk and liability whatsoever in connection therewith Print-O-Tape's only obligation shall be to replace such quantity of the product proved to be defective.



0-2 03/11




**Print-O-Tape, Inc.**
**P.O. Box 308**
**Libertyville, IL 60048**

***Tel:* 847-362-1476**
***Fax.* 847-949-7449**

***** Reprint *****

# Invoice

***Invoice To:***
STANDARD REGISTER CO.
CORPORATE SUBCONTRACTING
PO BOX 1167
DAYTON, OH 45401-1167

***Ship To:***
NORDSTROM CEC
ATTN: SAMANTHA FESTEJO
1301 2ND AVENUE
SEATTLE, WA 98101

A finance charge of 1 ½% (18% per annum) will be added to all accounts over 30 days. Should it be necessary to assign the account balance to a collection agency or attorney for legal action, all subsequent collection charges and legal fees shall be paid by the purchaser. This agreement is enforced in accordance with the Laws of Illinois

Payment Terms: Net 30 Days

| [illegible] | [illegible] | [illegible] | Invoice No | [illegible] |
|---|---|---|---|---|
| STRECO01 | 2389007 | TORI STACH | 77038 | 2/17/15 |

| [illegible] | [illegible] | Ship Date | [illegible] | Value |
|---|---|---|---|---|
| 2,000.00 EA | **STRECO014**<br>STD REG 3 X 1.75 RFID AD-236<br>Cust Item Ref: HANG TAG<br>Sales Order:**173956** Line: 1<br>SHIPPED FED EX FRT COLLECT 2-17-15<br>TRKG#772930222164 | 2/16/15 | 0.1250 EA | 250.00 |
| 2,000.00 EA | **MISC**<br>MISC<br>Cust Item Ref: HANG TAG - SAMPLE NO INLAY<br>Sales Order:**173956** Line: 2 | 2/16/15 | EA | 0.00 |
| | **Tax Breakdown**<br>Exempt | | 0.00% | 0.00 |

Print-O-Tape, Inc. shall not be liable for any injury, loss or damage, direct or consequential, arising out of the use or inability to use the product. Before using, user shall determine the suitability of the product for his intended use and user assumes all risk and liability whatsoever in connection therewith Print-O-Tape's only obligation shall be to replace such quantity of the product proved to be defective.




**Print-O-Tape, Inc.**
**P.O. Box 308**
**Libertyville, IL 60048**

**Tel: 847-362-1476**

**Fax. 847-949-7449**

*** Reprint ***

# Invoice

***Invoice To:***
STANDARD REGISTER CO.
CORPORATE SUBCONTRACTING
PO BOX 1167
DAYTON, OH 45401-1167

***Ship To:***
STANDARD REGISTER - NJ
7 COSTCO DRIVE
MONROE TOWNSHIP, NJ 08831

A finance charge of 1 ½% (18% per annum) will be added to all accounts over 30 days. Should it be necessary to assign the account balance to a collection agency or attorney for legal action, all subsequent collection charges and legal fees shall be paid by the purchaser. This agreement is enforced in accordance with the Laws of Illinois

Payment Terms: Net 30 Days

| [illegible] | [illegible] | [illegible] | [illegible] | Invoice Date |
|---|---|---|---|---|
| STRECO01 | 2026560 | 2026560 | 77069 | 2/19/15 |

| [illegible] | [illegible] | Ship Date | Price/Per | Value |
|---|---|---|---|---|
| 142,800.00<br>EA | **STRECO008**<br>VIRGIN AMER 2 X 21 RL TAG<br>Cust Item Ref: VA.GSM.ROLLBGTG<br>Sales Order:**173849** Line: 1<br>SHIPPED FED EX FRT 2-19-15<br>PRO#286530748-0<br>700 PER CTN 204 CTNS ON 2 SKIDS<br>9.93 LBS PER CTN. 2026 TOTAL LBS | 2/19/15 | 61.6700<br>THOUS | 8,806.48 |
| 1.00<br>EA | **Extras**<br>Freight Charges<br>Cust Item Ref: VA.GSM.ROLLBGTG<br>Sales Order:**173849** Line: 1 | | 414.8700<br>EA | 414.87 |
| | **Tax Breakdown**<br>Exempt | | 0.00% | 0.00 |

Print-O-Tape, Inc. shall not be liable for any injury, loss or damage, direct or consequential, arising out of the use or inability to use the product. Before using, user shall determine the suitability of the product for his intended use and user assumes all risk and liability whatsoever in connection therewith. Print-O-Tape's only obligation shall be to replace such quantity of the product proved to be defective.




**Print-O-Tape, Inc.**
**P.O. Box 308**
**Libertyville, IL 60048**

*Tel:* **847-362-1476**

*Fax:* **847-949-7449**

*** Reprint ***

# Invoice

***Invoice To:***
STANDARD REGISTER CO.
CORPORATE SUBCONTRACTING
PO BOX 1167
DAYTON, OH 45401-1167

***Ship To:***
NORDSTROM CEC
ATTN: SAMANTHA FESTEJO
1301 2ND AVENUE
SEATTLE, WA 98101

A finance charge of 1 ½% (18% per annum) will be added to all accounts over 30 days. Should it be necessary to assign the account balance to a collection agency or attorney for legal action, all subsequent collection charges and legal fees shall be paid by the purchaser. This agreement is enforced in accordance with the Laws of Illinois

Payment Terms: Net 30 Days

| [illegible] | [illegible] | [illegible] | Invoice No | Invoice Date |
|---|---|---|---|---|
| STRECO01 | 2389477 | TORI STACH | 77091 | 2/20/15 |

| [illegible] | [illegible] | Ship Date | Price/Per | Value |
|---|---|---|---|---|
| 1,850.00 EA | **STRECO012**<br>STD REG 2.25 X 1.75 RFID AD383<br>Cust Item Ref: SHOE<br>Sales Order:**173922** Line: 1<br>SHPD FED EX OVERNITE 2-18-18<br>TRKG#8075-32205367 | 2/18/15 | 0.1200 EA | 222.00 |
| | **Tax Breakdown**<br>Exempt | | 0.00% | 0.00 |

Print-O-Tape, Inc. shall not be liable for any injury, loss or damage, direct or consequential, arising out of the use or inability to use the product. Before using, user shall determine the suitability of the product for his intended use and user assumes all risk and liability whatsoever in connection therewith. Print-O-Tape's only obligation shall be to replace such quantity of the product proved to be defective.

PRINT TAPE

**Print-O-Tape, Inc.**
**P.O. Box 308**
**Libertyville, IL 60048**

*Tel:* **847-362-1476**

*Fax.* **847-949-7449**

*** Reprint ***

# Invoice

*Invoice To:*
STANDARD REGISTER CO.
CORPORATE SUBCONTRACTING
PO BOX 1167
DAYTON, OH 45401-1167

*Ship To:*
Multiple Addresses - see lines

A finance charge of 1 ½% (18% per annum) will be added to all accounts over 30 days. Should it be necessary to assign the account balance to a collection agency or attorney for legal action, all subsequent collection charges and legal fees shall be paid by the purchaser. This agreement is enforced in accordance with the Laws of Illinois

Payment Terms: Net 30 Days

| | | | | |
|---|---|---|---|---|
| STRECO01 | 2389007 | TORI STACH | 77088 | 2/20/15 |

| | | | | |
|---|---|---|---|---|
| 300.00 EA | **STRECO014**<br>STD REG 3 X 1.75 RFID AD-236<br>Cust Item Ref: HANG TAG<br>Sales Order:**173956** Line: 1<br>SHIPPED FED EX OVERNITE 2-18-15<br>TRKG#807532205367<br>BAL. SHIPPED UPS OVERNITE 2-20-15<br>TRKG#1Z6181231552395991 | 2/18/15 | 0.1250 EA | 37.50 |
| 300.00 EA | **STRECO014**<br>STD REG 3 X 1.75 RFID AD-236<br>Cust Item Ref: HANG TAG<br>Sales Order:**173956** Line: 1 | 2/20/15 | 0.1250 EA | 37.50 |
| | **Tax Breakdown**<br>Exempt | | 0.00% | 0.00 |

Print-O-Tape, Inc. shall not be liable for any injury, loss or damage, direct or consequential, arising out of the use or inability to use the product. Before using, user shall determine the suitability of the product for his intended use and user assumes all risk and liability whatsoever in connection therewith. Print-O-Tape's only obligation shall be to replace such quantity of the product proved to be defective.

PRINT TAPE

**Print-O-Tape, Inc.**
**P.O. Box 308**
**Libertyville, IL 60048**

**Tel: 847-362-1476**
**Fax. 847-949-7449**

***** Reprint *****

# Invoice

***Invoice To:***
STANDARD REGISTER CO.
CORPORATE SUBCONTRACTING
PO BOX 1167
DAYTON, OH 45401-1167

***Ship To:***
Multiple Addresses - see lines

A finance charge of 1 ½% (18% per annum) will be added to all accounts over 30 days. Should it be necessary to assign the account balance to a collection agency or attorney for legal action, all subsequent collection charges and legal fees shall be paid by the purchaser. This agreement is enforced in accordance with the Laws of Illinois

Payment Terms: Net 30 Days

| | | | | |
|---|---|---|---|---|
| STRECO01 | 2389477 | PRINTRONIX SAMPLES | 77161 | 2/25/15 |

| | | | | |
|---|---|---|---|---|
| 3,700.00<br>EA | **STRECO012**<br>STD REG 2.25 X 1.75 RFID AD383<br>Cust Item Ref: SHOE<br>Sales Order:**173922** Line: 1<br>SHPD FED EX OVERNITE 3RD PARTY<br>2-25-15 W/173922 & 173956<br>TO NORDSTROM | 2/25/15 | 0.1200<br>EA | 444.00 |
| 1,850.00<br>EA | **STRECO012**<br>STD REG 2.25 X 1.75 RFID AD383<br>Cust Item Ref: SHOE<br>Sales Order:**173922** Line: 1<br>SHIPPED UPS NDA COLLECT 2-25-15<br>W.173921 & 173956 TO STANDARD<br>REG., KENT, WA | 2/25/15 | 0.1200<br>EA | 222.00 |
| | **Tax Breakdown**<br>Exempt | | 0.00% | 0.00 |

Print-O-Tape, Inc. shall not be liable for any injury, loss or damage, direct or consequential, arising out of the use or inability to use the product. Before using, user shall determine the suitability of the product for his intended use and user assumes all risk and liability whatsoever in connection therewith Print-O-Tape's only obligation shall be to replace such quantity of the product proved to be defective.



**Print-O-Tape, Inc.**
**P.O. Box 308**
**Libertyville, IL 60048**

**Tel: 847-362-1476**

**Fax. 847-949-7449**

*** Reprint ***

# Invoice

***Invoice To:***
STANDARD REGISTER CO.
CORPORATE SUBCONTRACTING
PO BOX 1167
DAYTON, OH 45401-1167

***Ship To:***
Multiple Addresses - see lines

A finance charge of 1 ½% (18% per annum) will be added to all accounts over 30 days. Should it be necessary to assign the account balance to a collection agency or attorney for legal action, all subsequent collection charges and legal fees shall be paid by the purchaser. This agreement is enforced in accordance with the Laws of Illinois

Payment Terms: Net 30 Days

| | | | Invoice No | Invoice Date |
|---|---|---|---|---|
| STRECO01 | 2389007 | PRINTRONIX SAMPLES | 77155 | 2/25/15 |

| | | Ship Date | | Value |
|---|---|---|---|---|
| 200.00<br>EA | **STRECO014**<br>STD REG 3 X 1.75 RFID AD-236<br>Cust Item Ref: HANG TAG<br>Sales Order:**173956** Line: 1<br>SHPD FED EX OVERNITE 3RD PARTY<br>2-25-15 W/173921 & 173922<br>TO NORDSTROM | 2/25/15 | 0.1250<br>EA | 25.00 |
| 200.00<br>EA | **STRECO014**<br>STD REG 3 X 1.75 RFID AD-236<br>Cust Item Ref: HANG TAG<br>Sales Order:**173956** Line: 1<br>SHIPPD UPS NDA COLLECT 2-25-15<br>W/173921 & 173922 TO<br>STANDARD REG., KENT, WA | 2/25/15 | 0.1250<br>EA | 25.00 |
| | **Tax Breakdown**<br>Exempt | | 0.00% | 0.00 |

Print-O-Tape, Inc. shall not be liable for any injury, loss or damage, direct or consequential, arising out of the use or inability to use the product. Before using, user shall determine the suitability of the product for his intended use and user assumes all risk and liability whatsoever in connection therewith Print-O-Tape's only obligation shall be to replace such quantity of the product proved to be defective.




**_Print-O-Tape, Inc._**
**_P.O. Box 308_**
**_Libertyville, IL 60048_**

**_Tel: 847-362-1476_**
**_Fax. 847-949-7449_**

*** Reprint ***

# Invoice

***Invoice To:***
STANDARD REGISTER CO.
CORPORATE SUBCONTRACTING
PO BOX 1167
DAYTON, OH 45401-1167

***Ship To:***
STANDARD REGISTER - NJ
7 COSTCO DRIVE
MONROE TOWNSHIP, NJ 08831

A finance charge of 1 ½% (18% per annum) will be added to all accounts over 30 days. Should it be necessary to assign the account balance to a collection agency or attorney for legal action, all subsequent collection charges and legal fees shall be paid by the purchaser. This agreement is enforced in accordance with the Laws of Illinois

Payment Terms: Net 30 Days

| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|
| STRECO01 | 2603078 | 2603078 - STORAGE | 77220 | 3/2/15 |

| [illegible] | [illegible] | Ship Date | [illegible] | Value |
|---|---|---|---|---|
| 1,080,000.0 EA | **STRECO011**<br>VIRGIN AMER SMALL BP<br>Cust Item Ref: VA.GS.0001NEW<br>Sales Order:**174007** Line: 1<br>SHIPPED FED EX FRT 3-2-15<br>PRO#279557341-0<br>15.9 LBS PER CTNCS 180 CTNS ON 2 SKIDS<br>6000 PER CTN | 3/4/15 | 8.1800 THOUS | 8,834.40 |
| 1.00 EA | **Extras**<br>Freight Charges | 3/4/15 | 580.2700 EA | 580.27 |
| | **Tax Breakdown**<br>Exempt | | 0.00% | 0.00 |

Print-O-Tape, Inc. shall not be liable for any injury, loss or damage, direct or consequential, arising out of the use or inability to use the product. Before using, user shall determine the suitability of the product for his intended use and user assumes all risk and liability whatsoever in connection therewith Print-O-Tape's only obligation shall be to replace such quantity of the product proved to be defective.




**Print-O-Tape, Inc.**
**P.O. Box 308**
**Libertyville, IL 60048**

**Tel: 847-362-1476**
**Fax. 847-949-7449**

***** Reprint *****

# Invoice

*Invoice To:*
STANDARD REGISTER CO.
CORPORATE SUBCONTRACTING
PO BOX 1167
DAYTON, OH 45401-1167

*Ship To:*
SADDLE CREEK MODESTO - M80
469 E WHITMORE AVENUE
BUILDING 4
MODESTO, CA 95358

A finance charge of 1 ½% (18% per annum) will be added to all accounts over 30 days. Should it be necessary to assign the account balance to a collection agency or attorney for legal action, all subsequent collection charges and legal fees shall be paid by the purchaser. This agreement is enforced in accordance with the Laws of Illinois

Payment Terms: Net 30 Days

| | | | Invoice No | Invoice Date |
|---|---|---|---|---|
| STRECO01 | 2603078 | 2603078 - STORAGE | 77249 | 3/3/15 |

| | | Shipped | Price | Value |
|---|---|---|---|---|
| 612,000.00 EA | **STRECO011**<br>VIRGIN AMER SMALL BP<br>Cust Item Ref: VA.GS.0001NEW<br>Sales Order:**174007** Line: 1<br>SHIPPED FED EX FRT 3-3-15<br>PRO#271321123-3<br>15.9 LBS/CTN 107 CTNS ON 1 SKID<br>6000/CTN | 3/4/15 | 8.1800 THOUS | 5,006.16 |
| 1.00 EA | **Extras**<br>Freight Charges | 3/4/15 | 672.4000 EA | 672.40 |
| 30,000.00 EA | **STRECO011**<br>VIRGIN AMER SMALL BP<br>Cust Item Ref: VA.GS.0001NEW<br>Sales Order:**174007** Line: 1 | 3/4/15 | 8.1800 THOUS | 245.40 |
| | **Tax Breakdown**<br>Exempt | | 0.00% | 0.00 |

Print-O-Tape, Inc. shall not be liable for any injury, loss or damage, direct or consequential, arising out of the use or inability to use the product. Before using, user shall determine the suitability of the product for his intended use and user assumes all risk and liability whatsoever in connection therewith Print-O-Tape's only obligation shall be to replace such quantity of the product proved to be defective.




**Print-O-Tape, Inc.**
**P.O. Box 308**
**Libertyville, IL 60048**

*Tel:* **847-362-1476**

*Fax.* **847-949-7449**

***** Reprint *****

# Invoice

***Invoice To:***
STANDARD REGISTER CO.
CORPORATE SUBCONTRACTING
PO BOX 1167
DAYTON, OH 45401-1167

***Ship To:***
NORDSTROM 805
ATTN: JOYCE HSIEH (17TH FLOOR)
1700 7TH AVENUE
SUITE 1000
SEATTLE, WA 98101

A finance charge of 1 ½% (18% per annum) will be added to all accounts over 30 days. Should it be necessary to assign the account balance to a collection agency or attorney for legal action, all subsequent collection charges and legal fees shall be paid by the purchaser. This agreement is enforced in accordance with the Laws of Illinois

Payment Terms: Net 30 Days

| | | | | |
|---|---|---|---|---|
| STRECO01 | 2389477 | TORI STACH | 77272 | 3/4/15 |

| | | | | |
|---|---|---|---|---|
| 1,850.00<br>EA | **STRECO012**<br>STD REG 2.25 X 1.75 RFID AD383<br>Cust Item Ref: SHOE<br>Sales Order:**173922** Line: 1<br>SHPD FED EX OVERNITE 3RD PARTY<br>2-18-15 ACCIDENTLY NOT BILLED DUE TO<br>MISPLACED PAPERWORK.<br>TRKG #807532205367 | 2/19/15 | 0.1200<br>EA | 222.00 |
| | **Tax Breakdown**<br>Exempt | | 0.00% | 0.00 |

Print-O-Tape, Inc. shall not be liable for any injury, loss or damage, direct or consequential, arising out of the use or inability to use the product. Before using, user shall determine the suitability of the product for his intended use and user assumes all risk and liability whatsoever in connection therewith Print-O-Tape's only obligation shall be to replace such quantity of the product proved to be defective.



**Print-O-Tape, Inc.**
**P.O. Box 308**
**Libertyville, IL 60048**

**Tel: 847-362-1476**

**Fax. 847-949-7449**

*** Reprint ***

# Invoice

***Invoice To:***
STANDARD REGISTER CO.
CORPORATE SUBCONTRACTING
PO BOX 1167
DAYTON, OH 45401-1167

***Ship To:***
Multiple Addresses - see lines

A finance charge of 1 ½% (18% per annum) will be added to all accounts over 30 days. Should it be necessary to assign the account balance to a collection agency or attorney for legal action, all subsequent collection charges and legal fees shall be paid by the purchaser. This agreement is enforced in accordance with the Laws of Illinois

Payment Terms: Net 30 Days

| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|
| STRECO01 | 2389030 | TORI STACH | 77271 | 3/4/15 |

| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|
| 500.00<br>EA | **STRECO013**<br>STD REG 1.75 X 1 RFID AD-320<br>Cust Item Ref: RACK ITEM<br>Sales Order:**173921** Line: 1<br>SHPD FED EX OVERNITE 3RD PARTY<br>2-12-14 TRKG#772902202048<br>NOT BILLED DUE TO MISPLACED PAPER- WORK | 2/12/15 | 0.1300<br>EA | 65.00 |
| 1,000.00<br>EA | **STRECO013**<br>STD REG 1.75 X 1 RFID AD-320<br>Cust Item Ref: RACK ITEM<br>Sales Order:**173921** Line: 1<br>SHIPPED UPS NDA PPD 2-27-15<br>TRKG#1Z6181230153207557<br>TO TEKLYNK, WHITEFISH BAY, WI | 2/27/15 | 0.1300<br>EA | 130.00 |
| 3,700.00<br>EA | **STRECO013**<br>STD REG 1.75 X 1 RFID AD-320<br>Cust Item Ref: RACK ITEM<br>Sales Order:**173921** Line: 1<br>SHIPPED UPS NDA PPD 2-27-15<br>TRKG#1Z6181231552415549<br>TO NORDSTROM, SEATTLE | 2/27/15 | 0.1300<br>EA | 481.00 |
| | **Tax Breakdown**<br>Exempt | | 0.00% | 0.00 |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

Print-O-Tape, Inc. shall not be liable for any injury, loss or damage, direct or consequential, arising out of the use or inability to use the product. Before using, user shall determine the suitability of the product for his intended use and user assumes all risk and liability whatsoever in connection therewith. Print-O-Tape's only obligation shall be to replace such quantity of the product proved to be defective.