IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, et al., | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | **Re: Docket Nos. 23 & 286** |

### RESPONSE TO PROPOSED CURE AMOUNT
### REGARDING POTENTIAL ASSUMPTION AND
### ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS

Pro-Type Printing, Inc. (Pro-Type), by its attorneys, Martensen, Niemann & Sorensen, state as follows:

1. Pro-Type is an Illinois corporation which for the past several years has been doing business with The Standard Register Company (Standard Register), pursuant to a subcontractor agreement.

2. Pro-Type has received three (3) separate Notices of the Entry into Stalking Horse Agreement and Potential Assumption and Assignment of Certain Executory Contracts.

3. Exhibit 1 in each of the three (3) Notices, lists Pro-Type as the Contract Counterparty but further provides as follows:

| Description of Agreement | Proposed Cure Amount | |
|---|---|---|
| Subcontractor Confidentiality, Indemnification, Intellectual Property and Non-Competition Agreement | $ 5,136.42 | 1st Notice |
| Subcontractor Confidentiality, Indemnification, Intellectual Property and Non-Competition Agreement | $ 0.00 | 2nd Notice |
| Print Partner Letter | $ 8,463.91 | 3rd Notice |
| TOTAL: | $13,600.33 | |

4. Pursuant to its subcontractor agreement, Pro-Type has provided products to Standard Register as set forth in Exhibit A, attached hereto, all work having been completed prior to the bankruptcy filing.

5. That there was owing to Pro-Type at the time of the filing of Standard Register's petition for bankruptcy $14,224.21 and no subsequent payments have been made on said accounts.

6. The Proposed Cure Amount due Pro-Type on the subcontractor agreement between the parties is $14,224.21.

/s/ Jerry Lee Niemann
JERRY LEE NIEMANN
Martensen, Niemann & Sorensen
140 N Taft St
PO Box 146
Paxton, IL 60957
Telephone: 217-379-4311
Facsimile:  217-379-2728
Email: lawoffice@taftstreet.com

Printer's Plan 2014.06d (10.29.14 #1671)  Pro-Type Printing, Inc.  Page 1
04/23/15 17:43:25

## History Jobs (Customers.Name like "*standard register*")
- the list on the screen -
Filter: Jobs.JobType = 3 and (Customers.Name like "*standard register*")
- Selected Rows Only -

| JobNo | Customer | Title | DateIn | PostingDate | Balance |
|---|---|---|---|---|---|
| 45879 | Standard Register | Lab Mount Sheets - CRS001 Hemodynamic/EKG Rhythm Strip - Parkland Health | 03/02/2015 | 03/10/2015 | 420.23 |
| 45854 | Standard Register | Lab Mount Sheets - SR-156 Chatham Hospital | 02/27/2015 | 03/10/2015 | 191.75 |
| 45817 | Standard Register | UPS Shipping Charges on PO # 6550664; Form # CHMC-3330 | 02/24/2015 | 02/24/2015 | 196.08 |
| 45808 | Standard Register | Lab Mount Sheets Venice Regional 600915 | 02/24/2015 | 03/10/2015 | 135.92 |
| 45807 | Standard Register | Lab Mount Sheets - 34020 Touro Infirmary | 02/24/2015 | 03/10/2015 | 107.20 |
| 45777 | Standard Register | Lab Mount Sheets #6007 | 02/18/2015 | 02/25/2015 | 312.86 |
| 45731 | Standard Register | Lab Mount Sheets-HMA LA010-Healthtrust/HCA | 02/13/2015 | 02/24/2015 | 498.74 |
| 45717 | Standard Register | Lab Mount Sheet Hernando Healthcare 844-055 | 02/12/2015 | 02/24/2015 | 168.80 |
| 45716 | Standard Register | Lab Mount - Memorial Medical Center - S1070 | 02/12/2015 | 02/24/2015 | 547.00 |
| 45651 | Standard Register | Lab Mount Sheets St. Elizabeth CICU-12 | 02/04/2015 | 02/24/2015 | 2204.80 |
| 45650 | Standard Register | Lab Mount Sheets-Ashtabula County-6121-1-1446 8073 | 02/04/2015 | 02/24/2015 | 243.20 |
| 45625 | Standard Register | Lab Mount Sheets-Lapeer County | 02/03/2015 | 02/12/2015 | 199.09 |
| 45622 | Standard Register | Lab Mount Sheets-700099 Eastern Connecticut/Hosp M | 02/03/2015 | 02/09/2015 | 423.10 |
| 45621 | Standard Register | Lab Mount Sheets - 34020 Touro Infirmary | 02/03/2015 | 02/09/2015 | 147.84 |
| 45602 | Standard Register | Lab Mount Sheets - 008638 St. Joseph Hospital Heal | 01/30/2015 | 02/12/2015 | 174.46 |
| 45573 | Standard Register | Lab Mount Sheets - CRS003 Hemodynamic/EKG Rhythm Strip - Parkland Health | 01/28/2015 | 02/09/2015 | 352.02 |
| 45571 | Standard Register | Lab Mount Sheets - 2440-102 - IMCU Mount Sheet | 01/28/2015 | 02/12/2015 | 1050.75 |
| 45564 | Standard Register | Lab Mount Sheets St. Mary's ER-0001 | 01/27/2015 | 02/12/2015 | 930.43 |
| 45555 | Standard Register | Lab Mount Sheets-BEL853-ST MARYS HOSP #106000 | 01/26/2015 | 02/09/2015 | 417.36 |
| 45507 | Standard Register | Lab Mount Sheets - CRS003 Hemodynamic/EKG Rhythm Strip - Parkland Health | 01/22/2015 | 01/29/2015 | 182.00 |
| 45506 | Standard Register | Lab Mount Sheets - LGH-145, Patient Cardiac, Lawrence Hospital | 01/22/2015 | 02/09/2015 | 856.00 |
| 45486 | Standard Register | Lab Mount Sheets: Form 702-024 Manatee Healthcare Systems - Sterile Proce | 01/20/2015 | 01/29/2015 | 198.44 |
| 45485 | Standard Register | Lab Mount Sheets - Inspira Health F-250 | 01/20/2015 | 01/29/2015 | 182.22 |
| 45480 | Standard Register | Lab Mount Sheets-137-Nashoba Valley | 01/20/2015 | 02/09/2015 | 487.04 |
| 45467 | Standard Register | Lab Mount Sheets - Kindred Healthcare - Item N-100 | 01/19/2015 | 02/09/2015 | 208.56 |
| 45411 | Standard Register | Lab Mount Sheets - SR-156 Chatham Hospital | 01/13/2015 | 01/23/2015 | 191.88 |
| 45368 | Standard Register | Lab Mount Sheets St. Davids 793158 | 01/08/2015 | 01/23/2015 | 272.26 |
| 45338 | Standard Register | Lab Mount Sheets-3514-Rex Healthcare | 01/07/2015 | 01/14/2015 | 176.80 |
| 45334 | Standard Register | Lab Mount Sheets-3514-Rex Healthcare | 01/07/2015 | 01/14/2015 | 176.80 |
| 45324 | Standard Register | Lab Mount Sheets - Dignity Health - 7247-50 | 01/06/2015 | 01/23/2015 | 456.32 |
| 45322 | Standard Register | Lab Mount Sheets: UNR-8720-03 Skin Integrity Record | 01/06/2015 | 01/23/2015 | 910.47 |
| 45302 | Standard Register | Lab Mount Sheets Sacred Heart 25125874 | 01/05/2015 | 01/14/2015 | 622.72 |
| 45269 | Standard Register | Lab Mount Sheets-1379 Phoenix | 12/22/2014 | 01/14/2015 | 309.92 |
| 43828 | Standard Register | Lab Mount Sheets - SR-156 Chatham Hospital | 07/09/2014 | 07/15/2014 | 271.15 |

Total  $ 14,224.21

EXHIBIT A