IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

THE STANDARD REGISTER
COMPANY et al.,

Debtors.

_____/

Case No. 15-10541-BLS
(Jointly Administered)

Chapter 11

ORDER APPROVING APPEARANCE PURSUANT TO LOCAL RULE 9019-1(e)(ii)

This Matter coming before the Court upon the motion of Andrew L. Cole to appear in the above-captioned case on behalf of Computer Sciences Corporation pursuant to Local Rule 9010-1(e)(ii) of the United States Bankruptcy Court for the District of Delaware; and the Court having reviewed the motion and determined the relief sought is appropriate, it is hereby:

ORDERED, that Andrew L. Cole may appear in the above-captioned case pursuant to Local Rule 9010-1(e)(ii).

Dated: May 6, 2015

_____
The Honorable Brendan L. Shannon
United States Bankruptcy Judge