UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*, | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| _____/ | Docket No. 372 |

ORDER GRANTING MOTION TO APPROVE
APPEARANCE PURSUANT TO LOCAL RULE 9010-1(e)(ii)

This matter coming before the Court upon the motion of Sundeep S. Sidhu to appear in the above-captioned case on behalf of The Ultimate Software Group, Inc., pursuant to Local Rule 9010-1(e)(ii) of the United States Bankruptcy Court for the District of Delaware; and the Court having reviewed the motion and determined the relief sought is appropriate; it is hereby

ORDERED, that Sundeep S. Sidhu may appear in the above-captioned case pursuant to Local Rule 9010-1(e)(ii).

Dated - May 6, 2015

*[Signature]*