**CERTIFICATE OF SERVICE**

      I certify that on May 6, 2015, I caused to be served a copy/copies of the United States Trustee's Objection to the Debtors' Motion for Entry of an Order, Pursuant to Sections 105, 363(b) and 503(c) of the Bankruptcy Code, (I) Approving the Debtors' Key Employee Incentive Plan; (II) Authorizing the Debtors to Pay Incentive Bonuses to Certain Employees; and (III) Granting Related Relief via electronic mail to the following:

| | |
|---|---|
| Michael R. Nestor, Esquire<br>Kara Hammond Coyle, Esquire<br>Maris J. Kandestin, Esquire<br>Andrew L. Magaziner, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>mnestor@ycst.com<br>kcoyle@ycst.com<br>mkandestin@ycst.com<br>amagaziner@ycst.com | Robert A. Klyman, Esquire<br>Samuel A. Newman, Esquire<br>Jeremy L. Graves, Esquire<br>Sabina Jacobs, Esquire<br>GIBSON DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>rklyman@gibsondunn.com<br>snewman@gibsondunn.com<br>jgraves@gibsondunn.com<br>sjacobs@gibsondunn.com |

/s/ Mark S. Kenney
Mark S. Kenney