**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>THE STANDARD REGISTER COMPANY, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>Jointly Administered |

**REQUEST FOR SPECIAL NOTICE PURSUANT TO BANKRUPTCY RULES 2002(a) AND (b) AND PLEADINGS PURSUANT TO BANKRUPTCY RULE 3017(a)**

PLEASE TAKE NOTICE that Oracle America, Inc., successor-in-interest to Oracle USA, Inc. ("Oracle"), and Oracle Credit Corporation hereby request that all notices given or required to be given in the above-captioned case, and all papers served or required to be served in this bankruptcy proceeding including, without limitation, all notices pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, be given and served upon:

> Shawn M. Christianson, Esq.
> Buchalter Nemer, A Professional Corporation
> 55 Second Street, 17th Floor
> San Francisco, California 94105-3493
> Telephone:     (415) 227-0900
> Facsimile:     (415) 227-0770
> schristianson@buchalter.com

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Oracle's and/or Oracle Credit Corporation's: (i) right(s) to have all core matters subject to Article III jurisdiction heard and decided by a district judge; (ii) right(s) to have final orders in non-core matters entered only after de novo review by a district judge; (iii) right(s) to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iv) right(s) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or

-1-

(v) other rights, claims, actions, defenses, setoffs or recoupments to which Oracle and Oracle Credit Corporation are, or may be, entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

|  |  |
|---|---|
|  | BUCHALTER NEMER, <br> A Professional Corporation |
| Dated: May 6, 2015 | By: /s/ Shawn M Christianson<br>Shawn M. Christianson, Esq.<br>55 Second Street, 17th Floor<br>San Francisco, CA 94105<br>Telephone:  (415) 227-0900<br>Facsimile:   (415) 227-0770 |
|  | Attorneys for Creditors, Oracle America, Inc. and Oracle Credit Corporation |

**In re: Standard Register Company**
**Case No. 15-10541**

## CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California.  I am over the age of 18 and not a party to the within action.  My business address is at Buchalter Nemer, A Professional Corporation, 55 Second Street, 17th Floor, San Francisco, California 94105.

On May 6, 2015, I served the foregoing document described as:

**REQUEST FOR SPECIAL NOTICE PURSUANT TO BANKRUPTCY RULES 2002(a) AND (b) AND PLEADINGS PURSUANT TO BANKRUPTCY RULE 3017(a)**

on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope or package as follows:

- **Andrew D. Behlmann**   aBehlmann@lowenstein.com
- **Gerald C. Bender**   gbender@lowenstein.com, eworenklein@lowenstein.com
- **Scott E. Blakeley**   seb@blakeleyllp.com, ecf@blakeleyllp.com
- **Andrew L. Cole**   andrew.cole@leclairryan.com
- **Mark D. Collins**   rbgroup@rlf.com
- **Mark B. Conlan**   mconlan@gibbonslaw.com
- **Robert L. Cook**   Robert.Cook@tax.ny.gov
- **Gretchen A. Crawford**   grecra@oklahomacounty.org, tammik@oklahomacounty.org
- **Teresa K.D. Currier**   tcurrier@saul.com, tercurrier@aol.com;tbuck@saul.com
- **John M. Debbeler**   mdebbeler@graydon.com
- **Shannon L. Deeby**   sdeeby@clarkhill.com
- **John D. Demmy**   jdd@stevenslee.com
- **John P. Dillman**   houston_bankruptcy@publicans.com
- **Justin K. Edelson**   jedelson@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
- **Justin Cory Falgowski**   jfalgowski@reedsmith.com, jfalgowski@reedsmith.com
- **Thomas M. Gaa**   tgaa@bbslaw.com, yessenia@bbslaw.com
- **Robert E. Greenberg**   rgreenberg@dclawfirm.com, tmurphy@dclawfirm.com;vcoleman@dclawfirm.com
- **Kara Hammond Coyle**   bankfilings@ycst.com
- **Andrew A. Harnisch**   andy@mhlawaz.com
- **William A. Hazeltine**   Bankruptcy001@sha-llc.com
- **Robert A. Heekin**   rah@tmhlaw.net, pdc@tmhlaw.net
- **Jarret P. Hitchings**   jphitchings@duanemorris.com
- **Jay Walton Hurst**   jay.hurst@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov
- **Daniel Iannotti**   dan@thegeneralcounsel.com
- **Michael David Jankowski**   mjankowski@reinhartlaw.com
- **Wojciech F. Jung**   wjung@lowenstein.com, bnathan@lowenstein.com;klafiura@lowenstein.com;nbrown@lowenstein.com;jprol@lowenstein.com
- **Maris J. Kandestin**   bankfilings@ycst.com
- **Shanti M. Katona**   skatona@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
- **Mark S. Kenney**   mark.kenney@usdoj.gov
- **Julia Bettina Klein**   klein@teamrosner.com
- **Edward Kosmowski**   ekosmowski@clarkhill.com, sambrose@clarkhill.com
- **John F. Kostelnik**   jkostelnik@frantzward.com, dlbeatrice@frantzward.com

- **John J Lamoureux**    jlamoureux@cfjblaw.com, delliott@cfjblaw.com;tpaecf@cfdom.net
- **Kenneth Thomas Law**    klaw@bbslaw.com, pcostello@bbslaw.com
- **Joseph H Lemkin**    joseph.lemkin@piblaw.com
- **Sharon L. Levine**    slevine@lowenstein.com
- **Edward LoBello**    elobello@msek.com
- **Andrew L Magaziner**    bankfilings@ycst.com
- **David M. Mannion**    dmannion@blakeleyllp.com, ecf@blakeleyllp.com
- **Katharine L. Mayer**    kmayer@mccarter.com
- **Michael F. McGrath**    mfmcgrath@ravichmeyer.com, tljones@ravichmeyer.com
- **Michelle McMahon**    michelle.mcmahon@bryancave.com, dortiz@bryancave.com
- **Ron E. Meisler**    Ron.Meisler@skadden.com, chdocket@skadden.com
- **Robert John Miller**    rjmiller@bryancave.com
- **Carol E. Momjian**    cmomjian@attorneygeneral.gov
- **Sheryl L. Moreau**    deecf@dor.mo.gov
- **Courtney L. Morgan**    morgan.courtney@pbgc.gov, efile@pbgc.gov
- **Kevin H Morse**    khmorse@arnstein.com
- **Ramona S. Neal**    ramona.neal@hp.com
- **Michael R. Nestor**    bankfilings@ycst.com
- **Samuel A. Newman**    snewman@gibsondunn.com, jstern@gibsondunn.com
- **Jerry Lee Niemann**    lawoffice@taftstreet.com
- **Steven Phillip Ordaz**    sordaz@bmcgroup.com, ecfbk@bmcgroup.com
- **Ricardo Palacio**    rpalacio@ashby-geddes.com
- **Sarah E. Pierce**    sarah.pierce@skadden.com, debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com
- **Patrick J. Reilley**    preilley@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@coleschotz.com
- **Alan Michael Root**    root@blankrome.com, moody@ecf.inforuptcy.com
- **Kenneth A. Rosen**    krosen@lowenstein.com, kwaldron@lowenstein.com
- **Frederick B. Rosner**    rosner@teamrosner.com
- **Rust Consulting/Omni Bankruptcy**    bosborne@omnimgt.com
- **Richard Schlaifer**    rschlaifer@earpcohn.com, vbromley@earpcohn.com
- **Tyler D. Semmelman**    semmelman@rlf.com, rbgroup@rlf.com
- **Michelle E. Shriro**    mshriro@singerlevick.com, croote@singerlevick.com,scotton@singerlevick.com
- **Sundeep S. Sidhu**    sunny.sidhu@akerman.com, cindy.miller@akerman.com
- **Christopher Page Simon**    csimon@crosslaw.com, smacdonald@crosslaw.com
- **Natasha M. Songonuga**    nsongonuga@gibbonslaw.com
- **Stephen W. Spence**    ss@pgslaw.com, saa@pgslaw.com
- **Benjamin Joseph Steele**    ecf@primeclerk.com
- **Nicola G. Suglia**    fleischercases@fleischerlaw.com
- **Peter M Sweeney**    psweeney@blakeleyllp.com, ecf@blakeleyllp.com
- **William F. Taylor**    bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
- **Amy M. Tonti**    atonti@reedsmith.com, slucas@reedsmith.com;atonti@reedsmith.com
- **United States Trustee**    USTPREGION03.WL.ECF@USDOJ.GOV
- **Christopher A. Ward**    cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
- **Michael D Warner**    mwarner@coleschotz.com, klabrada@coleschotz.com
- **Jeffrey R. Waxman**    jwaxman@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com
- **Helen Elizabeth Weller**    dallas.bankruptcy@publicans.com, evelyn.palmer@lgbs.com
- **Etta Ren Wolfe**    ewolfe@potteranderson.com, bankruptcy@potteranderson.com
- **Barbara L. Yong**    blyong@golanchristie.com

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING:** The foregoing documents will be served by the court via email and hyperlink to the document. On May 6, 2015, I

checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the persons listed above are on the Electronic Mail Notice List to receive email notice/service for this case at the email addresses stated above.

**Ample Industries**
c/o Brian K. Asberry
Neale & Newman, L.L.P.
1949 East Sunshine Street, Suite 1-130
Springfield, MO 65804

**Jack Basham**
Parker Hudson Rainer & Dobbs LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, NE
Atlanta, GA 30303

**Lisa S. Bonsall**
McCarter & English LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

**John M Craig**
Russell R. Johnson III, PLC
2258 Wheatland Drive
Manakin-Sabot, VA 23103

**Christopher M. Dressel**
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive
Chicago, IL 60606

**Jonathan T. Edwards**
Alston & Bird LLP
1201 West Peachtreet Street
Atlanta, GA 30309-3424

**Matthew R. Fields**
Jacobson Press & Fields P.C.
168 N. Meramec Avenue, Suite150
St. Louis, MO 63105

**Fifth Third Bank, as Trustee of the Testamentary Trust Established under the Will of William C. Sherman Deceased**
c/o Jonathan W. Reynolds
38 Fountain Sq. Plaza MD/090HB
Cincinnati, OH 45263

**Robert J Garvin**
1806 Frick Building
437 Grant Street
Pittsburgh, PA 15219

**Jeremy L. Graves**
GIBSON DUNN & CRUTCHER LLP
1801 California Street, Suite 4200
Denver, CO 80202-2642

**Ayala A. Hassell**
5400 Legacy Drive
MS: H3-3A-05
Plano, TX 75024

**Jonathan S. Hawkins**
Thompson Hine LLP
Austin Landing I
10050 Innovation Drive, Suite 400
Miamisburg, OH 45342-4934

**Henkel Corporation**
32100 Stephenson Highway
Madison Heights, MI 48071

**Robert Hill**
5334 S. Prince Street
Littleton, CO 80120-1136

**Sabina Jacobs**
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

**Kyle J. Kolb**
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193

**Caren A. Lederer**
Field & Golan, LLP
70 West Madison Street, Suite 1500
Chicago, IL 60602-4206

**John E Lucian**
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103

| | |
|---|---|
| **Arthur McMahon**<br>425 Walnut Street, Suite 1800<br>Cincinnati, OH 45202 | **Thomas F. Murphy**<br>Friedlander Misler, PLLC<br>5335 Wisconsin Avenue, N.W., Suite 600<br>Washington, D. 20015 |
| **Katherine M. O'Malley**<br>Reinhart Boerner Van Deuren s.c.<br>1000 North Water Street, Suite 1700<br>Milwaukee, WI 53202 | **PacerPro, Inc.**<br>c/o McGrane LLP<br>Four Embarcadero Center, Suite 1400<br>San Francisco, CA 94111 |
| **Richard S. Price**<br>1235 N. Harbor Blvd., Suite 200<br>Fullerton, CA 92832-1349 | **Timothy J. Richards**<br>Frantz Ward LLP<br>200 Public Square, Suite 3000<br>Cleveland, OH 44114 |
| **SMC3**<br>500 Westpark Drive<br>P.O. Box 2040<br>Peachtree City, GA 30269 | **Justin A. Sabin**<br>Bryan Cave LLP<br>Two N. Central Avenue, Suite 2200<br>Phoenix, AZ 85004 |
| **Scott N. Schreiber**<br>Clark Hill PLC<br>150 N. Michigan Avenue, Suite 2700<br>Chicago, IL 60601 | **Lawrence M. Schwab**<br>Bialson Bergen & Schwab<br>2600 El Camino Real, Suite 300<br>Palo Alto, CA 94306 |
| **Jeffrey W. Spear**<br>Duane Morris LLP<br>1540 Broadway<br>New York, NY 10036 | **Tannor Capital Partners Fund, LP**<br>150 Grand Street, Suite 401<br>White Plains, NY 10601 |
| **Lindsay A. Thompson**<br>Friedlander Misler, PLLC<br>5335 Wisconsin Avenue, N.W., Suite 600<br>Washington, DC 20015 | **Carl T. Tullson**<br>Skadden Arps Slate Meagher & Flom LL<br>155 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606-1720 |
| **David A. Wender**<br>Alston & Bird LLP<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424 | **David M. Whittaker**<br>Bricker & Eckler LLP<br>100 South Third Street<br>Columbus, OH 43215 |

**[ XX ]**  (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on that date following ordinary business practices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

  Executed on May 6, 2015 at San Francisco, California.


  <u>Hallina Pohyar</u>            <u> /s/ Hallina Pohyar </u>