# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE STANDARD REGISTER COMPANY, *et al.*, | ) | Case No. 15-10541 (BLS) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 7, 2015, **Flexcon Company, Inc.'s Limited Objection to (i) Potential Assumption and Assignment of Certain Executory Contracts in Connection with Sale of Substantially All of the Debtor's Assets and (ii) Cure Amounts Related Thereto** was served pursuant to the *Notice of (i) Entry into Stalking Horse Agreement and (ii) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially All of the Debtors' Assets* [Dkt. No. 307] upon the following:

| | |
|---|---|
| Barbara Becker<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY  10166 | Michael A. Rosenthal<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY  10166 |
| Michael R. Nestor<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801 | Ron Meisler<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>155 N. Wacker Drive<br>Chicago, IL  60606 |
| Christopher Dressel<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>155 N. Wacker Drive<br>Chicago, IL  60606 | Edward Dobbs<br>Parker, Hudson, Rainer & Dobbs LLP<br>1500 Marquis Two Tower<br>285 Peachtree Center Avenue<br>Atlanta, Georgia 30303 |
| James S. Rankin, Jr.<br>Parker, Hudson, Rainer & Dobbs LLP<br>1500 Marquis Two Tower<br>285 Peachtree Center Avenue<br>Atlanta, Georgia 30303 | Mark D. Collins<br>Richard Layton & Finger<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801 |

202640533.1 45960/183984

| | |
|---|---|
| Sharon L. Levine<br>Lowenstein Sandler LLP<br>1251 Avenue of the Americas<br>New York, NY  10020 | Wojciech Jung<br>Lowenstein Sandler LLP<br>1251 Avenue of the Americas<br>New York, NY  10020 |

via Federal Express, Priority Overnight.

Date:  May 7, 2015

CLARK HILL PLC

*/s/Lauralyn Bell-Guzzo*
Lauralyn Bell-Guzzo
151 S. Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
(248) 988-5872
lbellguzzo@clarkhill.com