IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br>Jointly Administered<br><br>Re: Dkt. Nos. 356, 307, 286, 211 & 23 |

**DECLARATION OF BRIAN J. CONTI, IN SUPPORT OF OBJECTION OF DG3 NORTH AMERICA, INC. TO THE DEBTORS' PROPOSED CURE AMOUNT IN CONNECTION WITH ASSUMPTION OF EXECUTORY CONTRACTS**

Brian J. Conti declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury as follows:

1.  This Declaration is submitted in support of the *Objection of DG3 North America, Inc. to the Debtors' Proposed Cure Amount in Connection with Assumption of Executory Contracts*, filed contemporaneously herewith.

2.  I am the Vice President and Corporate Controller employed by DG3 North America, Inc. ("DG3") and I am familiar with the amount and status of the outstanding receivables due DG3 from the Debtors.

3.  Prior to the March 12, 2015 petition date (the "Petition Date"), DG3 shipped certain goods (the "Goods") valued at $96,455.44, for which The Standard Register Company and its affiliated debtors in the above-captioned cases (the "Debtors") did not remit payment. True and correct copies of the applicable unpaid invoices are attached hereto as **Exhibit A**.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de Mèxico, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

#2206832 v2
106903-57498

4.  As of the date of this Declaration, the Debtors have not remitted payment to DG3 for the Goods.

_____  5/6/15
Brian J. Conti
VP, Corporate Controller
DG3 North America, Inc.

# **EXHIBIT A**

#2206832 v2
106903-57498

# DG3 North America, Inc.
100 Burma Road
Jersey City, NJ  07305

# INVOICE

Bill To:  SR "BNY Dreyfus" (34137)
600 Albany Street
PO Box 1167
Dayton, OH  45401-1167

Invoice Date: 12/31/2014
Invoice Number: **191040**
Page: 1 of 1
Terms: Net 30 Days

Salesperson: Lindfeldt, Eric
Purchase Order:

| Quantity | Job ID | Description | Freight/Postage Amount | Unit Price | Unit of Measure | Amount USD$ |
|---|---|---|---|---|---|---|
| 50,180 | CO 280260 | RET-0947INS-1214A  Statement insert 2 page 4/4 + satin aq. on 100 # silk text - trim 4 sides to 3.75x8.5 - convenient band and carton pack - bundled with rubber bands, shrink wrap, or paper band. | | | | 3,432.00 |
| | | Delivery charges to Lynnfield, MA | 882.09 | | | |

Net Sales: $ 3,432.00
Freight - Non-Taxable: $ 882.09

Invoice Total (USD): 4,314.09



SUSTAINABLE FORESTRY INITIATIVE
Good for you. Good for our forests.
www.sfiprogram.org

Only Items listed as CoC are sold as such.
RA-CoC-001941
PwC-SFI-CoC-324
PwC-PEFC-324



FSC
www.fsc.org
FSC C013980
The mark of responsible forestry

For Wire Transfer please submit to:
**MB Financial Bank**
ABA# 071000343
Ref: DG3 191040
Acct#: 70966648



dg3
live filed global graphics group

Please Remit Payment To:
DG3 North America
P.O. Box 83090
Chicago, IL  60691-3010

DG3 North America, Inc.

DG3.191040-52622.0

# DG3 North America, Inc.
100 Burma Road
Jersey City, NJ 07305

# INVOICE

**Bill To:** SR "BNY Dreyfus" (34137)
600 Albany Street
PO Box 1167
Dayton, OH 45401-1167

**Invoice Date:** 01/20/2015
**Invoice Number:** 191562
**Page:** 1 of 2
**Terms:** Net 30 Days

**Salesperson:** Lindfeldt, Eric
**Purchase Order:**

| Quantity | Job ID | Description | Freight/Postage Amount | Unit Price | Unit of Measure | Amount USD$ |
|---|---|---|---|---|---|---|
| 500 | CO 280243 | Focus Funds Catalog - 12/.23/14 Project: Catalog<br>Client: BY Mellon<br>Job #: 14-BNY-0047<br>Finished Size: 8.5 x 11<br>Pages: 36 pages + 4 page cover<br>Colors: cmyk uv inks 4/4<br>Cover Mohawk Superfine Ultrawhite 100# Smooth Cover<br>text: Mohawk Superfine Ultrawhite 80# Smooth Text<br>Finishing: perfect bound, trim to size | | | | 3,000.00 |
| 500 | CO 280243-1 | Reprint - Customer changes using new copy supplied -<br>Focus Funds Catalog - 12/.23/14 Project: Catalog<br>Client: BY Mellon<br>Job #: 14-BNY-0047<br>Finished Size: 8.5 x 11<br>Pages: 36 pages + 4 page cover<br>Colors: cmyk uv inks 4/4<br>Cover Mohawk Superfine Ultrawhite 100# Smooth Cover<br>text: Mohawk Superfine Ultrawhite 80# Smooth Text<br>Finishing: perfect bound, trim to size | | | | 5,000.00 |
| | | Delivery charges to New York, NY | 81.03 | | | |
| 500 | CO 280305 | BNY Mellon newsletter Project: Newsletter<br>Client: BY Mellon<br>Job #: 14-BNY-0044<br>12 pages self cover<br>page Size: 10"w x 13"h<br>Colors cmyk + satin aq. 4/4 heavy coverage<br>Paper: 100# Galerie Silk Text<br>Finishing: saddle stitched, trim to size | | | | 4,850.00 |
| | | Delivery charges to New York, NY | 185.21 | | | |

| | |
|---|---|
| Net Sales: | $ 12,850.00 |
| Freight - Non-Taxable: | $ 266.24 |
| **Invoice Total (USD):** | 13,116.24 |

DG3 North America, Inc.                    (CONTINUED)                    DG3.191562-52855.O

# DG3 North America, Inc.
100 Burma Road
Jersey City, NJ  07305

# INVOICE

Bill To:  SR "BNY Dreyfus" (34137)
         600 Albany Street
         PO Box 1167
         Dayton, OH  45401-1167

Invoice Date: 01/20/2015
Invoice Number: **191562**
Page: 2 of 2
Terms: Net 30 Days

Salesperson: Lindfeldt, Eric
Purchase Order:

| Quantity | Job ID | Description | Freight/Postage Amount | Unit Price | Unit of Measure | Amount USD$ |
|---|---|---|---|---|---|---|



SUSTAINABLE FORESTRY INITIATIVE
*Good for you. Good for our forests*
www.sfiprogram.org

Only items listed as CoC are sold as such.
RA-CoC-001941
PwC-SFI-CoC-324
PwC-PEFC-324



FSC
www.fsc.org
FSC C013980

The mark of responsible forestry

---

For Wire Transfer please submit to:
**MB Financial Bank**
ABA# 071000343
Ref: DG3 191562
Acct#: 70966648



Please Remit Payment To:
**DG3 North America**
P.O. Box 83090
Chicago, IL  60691-3010

---

DG3 North America, Inc.

DG3.191562-52855.O

# DG3 North America, Inc.
100 Burma Road
Jersey City, NJ 07305

# INVOICE

Bill To: SR "BNY Dreyfus" (34137)
600 Albany Street
PO Box 1167
Dayton, OH 45401-1167

Invoice Date: 01/20/2015
Invoice Number: **191563**
Page: 1 of 2
Terms: Net 30 Days

Salesperson: Lindfeldt, Eric
Purchase Order:

| Quantity | Job ID | Description | Freight/Postage Amount | Unit Price | Unit of Measure | Amount USD$ |
|---|---|---|---|---|---|---|
| 200,215 | CO 280988 | 2014 Tax Information Guide - Form 1099-DIV<br>DRY-1099DIV-14<br>FLAT SIZE: 14.875 X 9<br>FINAL SIZE: 3.75 X 9<br>COLORS: 1/1 K/K<br>STOCK: 70# offset text<br>FINISHING: TRIM TO SIZE & GATE FOLD TO 3.75 X 9 | | | | 15,027.39 |
| | | Delivery charges to Lynnfield, MA | 1,628.78 | | | |
| | | Delivery charges to New York, NY | 80.60 | | | |
| 1,180 | CO 280991 | 2014 Tax Information Guide - Form 1099-Q<br>DRY-1099-Q-14<br>FLAT SIZE: 14.875 X 9<br>FINAL SIZE: 3.75 X 9<br>COLORS: 1/1 K/K<br>STOCK: 70# offset text<br>FINISHING: TRIM TO SIZE & GATE FOLD TO 3.75 X 9 | | | | 864.76 |
| | | Delivery charges Lynnfield, MA | 184.67 | | | |
| | | Delivery charges New York, NY | 80.68 | | | |
| 25,185 | CO 280992 | 2014 Tax Information Guide - Form 1099-R<br>DRY-1099-R-14<br>FLAT SIZE: 14.875 X 9<br>FINAL SIZE: 3.75 X 9<br>COLORS: 1/1 K/K<br>STOCK: 70# offset text<br>FINISHING: TRIM TO SIZE & GATE FOLD TO 3.75 X 9 | | | | 3,230.84 |
| | | Delivery charges to Lynnfield, MA | 178.66 | | | |
| | | Delivery charges to New York, NY | 80.68 | | | |
| 100,190 | CO 280994 | DRYTAX-14 -- Dreyfus 2014 Tax Guide - Form<br>DRYTAX-14<br>FINAL SIZE: 5.375 X 8.375<br>COLORS: K/K<br>STOCK: 80 lb Cover (4 pages) and 70 lb. Plainfield (8 pages)<br>FINISHING: SADDLE STITCHED | | | | 15,600.12 |
| | | Delivery charges to Lynnfield, MA | 838.43 | | | |

Net Sales: $ 34,723.11

DG3 North America, Inc.              (CONTINUED)              DG3.191563-52855.O

# DG3 North America, Inc.

100 Burma Road
Jersey City, NJ  07305

# INVOICE

Bill To: SR "BNY Dreyfus" (34137)
600 Albany Street
PO Box 1167
Dayton, OH  45401-1167

Invoice Date: 01/20/2015
Invoice Number: **191563**
Page: 2 of 2
Terms: Net 30 Days

Salesperson: Lindfeldt, Eric
Purchase Order:

| Quantity | Job ID | Description | Freight/Postage Amount | Unit Price | Unit of Measure | Amount USD$ |
|---|---|---|---|---|---|---|
| | | | Freight - Non-Taxable: | | | $ 3,072.50 |
| | | | Invoice Total (USD): | | | 37,795.61 |



Good for you. Good for our forests.
www.sfiprogram.org

Only items listed as CoC are sold as such.
RA-CoC-001941
PwC-SFI-CoC-324
PwC-PEFC-324



FSC
www.fsc.org
FSC C013960

This mark of
responsible forestry

For Wire Transfer please submit to:
**MB Financial Bank**
ABA# 071000343
Ref: DG3-191563
Acct#: 70966648



Please Remit Payment To:
**DG3 North America**
P.O. Box 83090
Chicago, IL  60691-3010

DG3 North America, Inc.

DG3.191563-52855.O

# DG3 North America, Inc.
100 Burma Road
Jersey City, NJ 07305

# INVOICE

Bill To:  SR "BNY Dreyfus" (34137)
600 Albany Street
PO Box 1167
Dayton, OH 45401-1167

Invoice Date: 02/11/2015
Invoice Number: **192564**
Page: 1 of 1
Terms: Net 30 Days

Salesperson: Lindfeldt, Eric
Purchase Order:

| Quantity | Job ID | Description | Freight/Postage Amount | Unit Price | Unit of Measure | Amount USD$ |
|---|---|---|---|---|---|---|
| 45,180 | CO 281987 | RET-6144INS-0215  Statement insert 2 page 45,180 pieces - 4/4 + satin aq. on 100 # silk text - trim 4 sides to 3.75x8.5 - convenient band and carton pack - bundled with rubber bands, shrink wrap, or paper band. | | | | 2,916.05 |
| | | Delivery charges to Lynnfield, MA | 173.60 | | | |
| | | Delivery charges to New York, NY | 40.30 | | | |

Net Sales: $ 2,916.05
Freight - Non-Taxable: $ 213.90

Invoice Total (USD): 3,129.95


SUSTAINABLE FORESTRY INITIATIVE
Good for you. Good for our forests.
www.sfiprogram.org

Only Items listed as CoC are sold as such.
RA-CoC-001941
PwC-SFI-CoC-324
PwC-PEFC-324


FSC
www.fsc.org
FSC® C013963
The mark of responsible forestry

For Wire Transfer please submit to:
**MB Financial Bank**
ABA# 071000343
Ref: DG3 192564
Acct#: 70966648


dg3
diversified global graphics group

Please Remit Payment To:
**DG3 North America**
P.O. Box 83090
Chicago, IL 60691-3010

DG3 North America, Inc.

DG3.192564-53300.O

# DG3 North America, Inc.
100 Burma Road
Jersey City, NJ  07305

# INVOICE

Bill To: SR "BNY Dreyfus" (34137)
600 Albany Street
PO Box 1167
Dayton, OH 45401-1167

Invoice Date: 02/11/2015
Invoice Number: **192566**
Page: 1 of 1
Terms: Net 30 Days

Salesperson: Lindfeldt, Eric
Purchase Order:

| Quantity | Job ID | Description | Freight/Postage Amount | Unit Price | Unit of Measure | Amount USD$ |
|---|---|---|---|---|---|---|
| 500 | CO 281990 | BNYM-FIFLD-1014 BNY Mellon Fixed Income Pocket Folder, 4pp die cut pocket folders 9.x 11.5 + two 5" glued pockets with business card slits on the left hand pocket as 2 half moons<br>500 complete folders with 3 stepped inserts collated and inserted into the left hand pocket printed on 100# creator silk text as cmyk + satin aq. 2 sides<br>8.5x11<br>8.5x9.5625<br>8.5x8.1875<br>die cut pocket folder printed on 130 pound mccoy silk cover as cmyk OFFSET with Aqueous Coating printing one side only with 2 glued pockets 5" with 2 half moon business card slits on the left hand pocket only | | | | 3,423.65 |
| | | Delivery charges to New York, NY | 140.30 | | | |

Net Sales: $ 3,423.65
Freight - Non-Taxable: $ 140.30

**Invoice Total (USD):** 3,563.95


SUSTAINABLE FORESTRY INITIATIVE
Good for you. Good for our forests.
www.sfiprogram.org

Only items listed as CoC are sold as such.
RA-CoC-001941
PwC-SFI-CoC-324
PwC- PEFC-324


FSC
www.fsc.org
FSC C013940
The mark of responsible forestry

For Wire Transfer please submit to:
**MB Financial Bank**
**ABA# 071000343**
**Ref: DG3 192566**
**Acct#: 70966648**



Please Remit Payment To:
DG3 North America
P.O. Box 83090
Chicago, IL 60691-3010

DG3 North America, Inc.

DG3.192566-53300.O

# DG3 North America, Inc.

100 Burma Road
Jersey City, NJ  07305

# INVOICE

Bill To:  SR "BNY Dreyfus" (34137)
600 Albany Street
PO Box 1167
Dayton, OH 45401-1167

Invoice Date: 03/09/2015
Invoice Number: **193712**
Page: 1 of 1
Terms: Net 30 Days

Salesperson: Lindfeldt, Eric
Purchase Order:

| Quantity | Job ID | Description | Freight/Postage Amount | Unit Price | Unit of Measure | Amount USD$ |
|---|---|---|---|---|---|---|
| 25,060 | CO 283087 | DRY-FBNWL-0115.zip Front Burner Newsletter<br>12 pages self cover<br>page Size:  10"w x 13"h<br>Colors cmyk + satin aq. 4/4 heavy coverage<br>Paper: 70 lb. Silk Text stock<br>Finishing: saddle stitched, trim to size + hard fold for mailing with back cover out to 6.5x10 + 2 wafer seal head with 1" translucent wafer seals - wafer seals are NOT perforated | | | | 13,489.00 |
| | | Freight Charges | 176.44 | | | |

Net Sales: $ 13,489.00
Freight - Non-Taxable: $ 176.44

Invoice Total (USD): 13,665.44



Good for you. Good for our forests.
www.sfiprogram.org

Only items listed as CoC are sold as such
RA-CoC-001941
PwC-SFI-CoC-324
PwC- PEFC-324



FSC
www.fsc.org
FSC* C013980

the mark of
responsible forestry



| For Wire Transfer please submit to:<br>**MB Financial Bank**<br>ABA# 071000343<br>Ref: DG3 193712<br>Acct#: 70966648 | | Please Remit Payment To:<br>**DG3 North America**<br>P.O. Box 83090<br>Chicago, IL  60691-3010 |
|---|---|---|

DG3 North America, Inc.

DG3.193712-53813.O

# DG3 North America, Inc.

100 Burma Road
Jersey City, NJ  07305

# INVOICE

Bill To:  SR "BNY Dreyfus" (34137)
600 Albany Street
PO Box 1167
Dayton, OH  45401-1167

Invoice Date: 03/09/2015
Invoice Number: **193720**
Page: 1 of 1
Terms: Net 30 Days

Salesperson: Lindfeldt, Eric
Purchase Order:

| Quantity | Job ID | Description | Freight/Postage Amount | Unit Price | Unit of Measure | Amount USD$ |
|---|---|---|---|---|---|---|
| 5,000 | CO 283107 | Focus Funds Catalog Q414<br>Finished Size: 8.5 x 11<br>Pages: 36 pages + 4 page cover<br>Colors: cmyk uv inks 4/4<br>Cover  Mohawk Superfine Ultrawhite 100# Smooth Cover<br>Text: Mohawk Superfine Ultrawhite 80# Smooth Text<br>Finishing: perfect bound, trim to size - pack 20 per carton | | | | 19,963.00 |
| | | Freight Charges | 137.98 | | | |

Net Sales: $ 19,963.00
Freight - Non-Taxable: $ 137.98

Invoice Total (USD): 20,100.98


SUSTAINABLE FORESTRY INITIATIVE
Good for you. Good for our forests.
www.sfiprogram.org

Only items listed as CoC are sold as such.
RA-CoC-001941
PwC-SFI-CoC-324
PwC- PEFC-324


FSC
www.fsc.org
FSC C013960
The mark of responsible forestry

For Wire Transfer please submit to:
**MB Financial Bank**
ABA# 071000343
Ref: DG3 193720
Acct#: 70966648


dg3
diversified global graphics group

Please Remit Payment To:
**DG3 North America**
P.O. Box 83090
Chicago, IL  60691-3010

DG3 North America, Inc.

DG3.193720-53813.O

**DG3 North America, Inc.**
100 Burma Road
Jersey City, NJ 07305

# INVOICE

Bill To: SR "BNY Dreyfus" (34137)
600 Albany Street
PO Box 1167
Dayton, OH 45401-1167

Invoice Date: 03/11/2015
Invoice Number: **193873**
Page: 1 of 1
Terms: Net 30 Days

Salesperson: Lindfeldt, Eric
Purchase Order: 2619006

| Quantity | Job ID | Description | Freight/Postage Amount | Unit Price | Unit of Measure | Amount USD$ |
|---|---|---|---|---|---|---|
| 450 | CO 282904 | Investment management quick facts with union bug on page 4 printing cmyk 2 sides - size 17 x 11 flat / 8.5 x 11 scored + folded on Silk, 100# Cover mCcoy shrinkwrap for protection | | | | 369.00 |
| | | Freight Charges to Boston, MA | 56.17 | | | |
| | | Freight Charges to New York, NY | 24.00 | | | |
| | | Freight Charges to Murfreesboro, TN | 20.01 | | | |

Net Sales: $ 369.00
Freight - Non-Taxable: $ 100.18

**Invoice Total (USD):** 469.18


SUSTAINABLE FORESTRY INITIATIVE
Good for you. Good for our forests.
www.sfiprogram.org

Only Items listed as CoC are sold as such.
RA-CoC-001941
PwC-SFI-CoC-324
PwC- PEFC-324


FSC
www.fsc.org
FSC C013980
The mark of responsible forestry

For Wire Transfer please submit to:
**MB Financial Bank**
ABA# 071000343
Ref: DG3 193873
Acct#: 70966648



Please Remit Payment To:
**DG3 North America**
P.O. Box 83090
Chicago, IL 60691-3010

DG3 North America, Inc.

DG3.193873-53884.O

**DG3 North America, Inc.**
100 Burma Road
Jersey City, NJ  07305

# INVOICE

Bill To:  SR "BNY Dreyfus" (34137)
          600 Albany Street
          PO Box 1167
          Dayton, OH  45401-1167

Invoice Date: 03/11/2015
Invoice Number: **193875**
Page: 1 of 1
Terms: Net 30 Days

Salesperson: Lindfeldt, Eric
Purchase Order: 2699597

| Quantity | Job ID | Description | Freight/Postage Amount | Unit Price | Unit of Measure | Amount USD$ |
|---|---|---|---|---|---|---|
| 250 | CO 283031 | Public Funds Quick Facts with union bug on page 4 printing cmyk 2 sides on 100# McCoy Silk Cover<br>Flat size: 11X17<br>Final Size: 8.5 x 11<br>Fin: scored, folded & shrinkwrap IN 25'S. | | | | 300.00 |

Net Sales:  $ 300.00

Invoice Total (USD):  300.00


SUSTAINABLE FORESTRY INITIATIVE
Good for you. Good for our forests.
www.sfiprogram.org

Only items listed as CoC are sold as such.
RA-CoC-001941
PwC-SFI-CoC-324
PwC- PEFC-324


FSC
www.fsc.org
FSC C013980
The mark of responsible forestry

For Wire Transfer please submit to:
**MB Financial Bank**
ABA# 071000343
Ref: DG3-193875
Acct#: 70966648


dg3
diversified global graphics group

Please Remit Payment To:
**DG3 North America**
P.O. Box 83090
Chicago, IL  60691-3010

DG3 North America, Inc.

DG3.193875-53884.O