Exhibit A

| Ennis Loc | Descript | Open Amt | Date | Doc # | Order | Gross | Ref/PO | Cst # |
|---|---|---|---|---|---|---|---|---|
| 0190 | Corp | 4,643.55 | 1/14/2015 | 30012047 | Chrg Back | 4,643.55 | Chrg Bk Nashua RM | 3483805 |
| **0190 Total** | | **4,643.55** | | | | | | |
| 01101 | Wolfe City | 308.04 | 1/13/2015 | 45861490 | 34416091 | 308.04 | EN231953 91984 | 7930450 |
| 01101 | Wolfe City | 132.04 | 1/26/2015 | 45889275 | 34416979 | 132.04 | EN234327 91984 | 7930450 |
| 01101 | Wolfe City | 407.70 | 1/27/2015 | 45892333 | 34416384 | 407.70 | 7654272 | 3483805 |
| 01101 | Wolfe City | 863.26 | 1/27/2015 | 45894243 | 34416452 | 863.26 | 7678336 | 3483805 |
| **01101 Total** | | **1,711.04** | | | | | | |
| 01901 | Atlas | 161.02 | 12/9/2014 | 45804108 | 4636396 | 654.50 | EN227146 | 3483805 |
| 01901 | Atlas | 357.54 | 12/22/2014 | 45829622 | 4657780 | 357.54 | EN228836 | 3483805 |
| 01901 | Atlas | 249.64 | 12/30/2014 | 45840381 | 4667669 | 249.64 | J3130 | 3483805 |
| 01901 | Atlas | 192.30 | 1/13/2015 | 45863965 | 4679509 | 192.30 | J3140 | 3483805 |
| 01901 | Atlas | 754.54 | 1/13/2015 | 45863971 | 4681872 | 754.54 | M355 | 3483805 |
| 01901 | Atlas | 614.44 | 1/20/2015 | 45878040 | 4684934 | 614.44 | EN230957 | 3483805 |
| 01901 | Atlas | 437.29 | 1/22/2015 | 45883724 | 4697618 | 437.29 | M6577305 | 3483805 |
| 01901 | Atlas | 289.00 | 1/26/2015 | 45890709 | 4702172 | 289.00 | EN232210 | 3483805 |
| 01901 | Atlas | 344.08 | 1/29/2015 | 45899397 | 4710658 | 344.08 | EN232814 | 3483805 |
| 01901 | Atlas | 119.17 | 1/30/2015 | 45902596 | 4707932 | 119.17 | M6575430 | 3483805 |
| 01901 | Atlas | 953.32 | 1/30/2015 | 45902597 | 4707935 | 953.32 | M6577748 | 3483805 |
| 01901 | Atlas | 297.91 | 1/30/2015 | 45902598 | 4707938 | 297.91 | M6575908 | 3483805 |
| **01901 Total** | | **4,770.25** | | | | | | |
| 02001 | PrintGraphics | 5,847.75 | 1/26/2015 | 45890347 | 4712462 | 5,847.75 | 6805750 | 7930450 |
| 02001 | PrintGraphics | 1,008.75 | 1/26/2015 | 45890354 | 4727251 | 1,008.75 | 9961245 | 3483805 |
| **02001 Total** | | **6,856.50** | | | | | | |
| 02012 | PTGR NY | 232.63 | 1/7/2015 | 45851058 | 4647955 | 232.63 | EN227739 | 7930450 |
| 02012 | PTGR NY | 859.68 | 1/26/2015 | 45888879 | 4712749 | 859.68 | M357 | 3483805 |
| **02012 Total** | | **1,092.31** | | | | | | |
| 02014 | PTGRIN | 723.27 | 12/3/2014 | 45792402 | 4585906 | 723.27 | M341 | 7930450 |
| **02014 Total** | | **723.27** | | | | | | |
| 02015 | PTGR CA | 188.68 | 1/29/2015 | 45901389 | 4728109 | 188.68 | EN234144 | 7930450 |
| **02015 Total** | | **188.68** | | | | | | |
| 02016 | PTGR GA | 54.61 | 1/16/2015 | 45871025 | 4707778 | 54.61 | FW 012323 | 3483805 |
| 02016 | PTGR GA | 393.12 | 1/19/2015 | 45875406 | 4710795 | 393.12 | J3155 | 3483805 |
| **02016 Total** | | **447.73** | | | | | | |
| 02021 | PTXL TN | 346.35 | 3/6/2015 | 45968714 | 4795579 | 479.60 | 2895400 | 3483805 |
| **02021 Total** | | **346.35** | | | | | | |
| 02022 | PTXL AL | 981.75 | 1/21/2015 | 45881263 | 4707984 | 981.75 | M6561415 | 3483805 |
| 02022 | PTXL AL | 125.00 | 2/3/2015 | 45907217 | 4739253 | 125.00 | 2054025 | 3483805 |
| 02022 | PTXL AL | 175.00 | 2/3/2015 | 45907225 | 4739279 | 175.00 | 2053829 | 3483805 |
| **02022 Total** | | **1,281.75** | | | | | | |
| 02031 | WISCO | 109.47 | 12/29/2014 | 45838026 | 4680524 | 109.47 | J8254 | 7930450 |
| 02031 | WISCO | 558.00 | 1/7/2015 | 45853056 | 4692570 | 558.00 | 6941489 | 3483805 |
| 02031 | WISCO | 232.30 | 1/14/2015 | 45865326 | 4709469 | 232.30 | M6578452 | 7930450 |
| 02031 | WISCO | 155.20 | 1/14/2015 | 45865327 | 4709475 | 155.20 | M6578453 | 7930450 |
| 02031 | WISCO | 157.29 | 1/14/2015 | 45865328 | 4709459 | 157.29 | EN232730 | 7930450 |
| 02031 | WISCO | 189.71 | 1/14/2015 | 45865500 | 4706626 | 189.71 | J8332 | 7930450 |
| 02031 | WISCO | 173.07 | 1/14/2015 | 45865501 | 4703477 | 173.07 | EN232068 | 7930450 |
| 02031 | WISCO | 725.10 | 1/14/2015 | 45865505 | 4698705 | 725.10 | M6578270 | 7930450 |
| 02031 | WISCO | 82.63 | 1/14/2015 | 45865512 | 4708340 | 82.63 | J933800 | 7930450 |
| 02031 | WISCO | 145.39 | 1/14/2015 | 45865520 | 4708581 | 145.39 | EN232503 | 7930450 |
| 02031 | WISCO | 31.20 | 1/14/2015 | 45865805 | 4709438 | 31.20 | J8348 | 7930450 |
| 02031 | WISCO | 279.44 | 1/14/2015 | 45865830 | 4711159 | 279.44 | EN232733 | 7930450 |
| 02031 | WISCO | 377.92 | 2/6/2015 | 45916701 | 4742641 | 377.92 | EN235204 | 7930450 |
| 02031 | WISCO | 490.00 | 2/6/2015 | 45916767 | 4738395 | 490.00 | 2025696 | 3483805 |
| 02031 | WISCO | 96.68 | 2/12/2015 | 45928233 | 4763858 | 96.68 | 6040025 / M6576693 | 3483805 |
| **02031 Total** | | **3,803.40** | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 02036 | FMI | | 395.56 | 12/30/2014 | 165048 | 14329 | 395.56 | 6703449 | 3483805 |
| 02036 | FMI | | 430.86 | 12/30/2014 | 165062 | 14374 | 430.86 | 6744974 | 3483805 |
| 02036 | FMI | | 865.25 | 1/23/2015 | 165504 | 14799 | 865.25 | 9531771 | 3483805 |
| 02036 | FMI | | 650.26 | 1/27/2015 | 165589 | 14827 | 650.26 | 9944474 | 3483805 |
| 02036 | FMI | | 422.74 | 2/4/2015 | 165760 | 14866 | 422.74 | 9970655 | 3483805 |
| 02036 | FMI | | 523.85 | 2/6/2015 | 165824 | 15081 | 523.85 | 2448398 | 3483805 |
| 02036 | FMI | | 1,091.41 | 3/6/2015 | 45969291 | 4793961 | 1,091.41 | 02834268 | 3483805 |
| **02036 Total** | | | **4,379.93** | | | | | | |
| 02401 | Admore | | 1,000.79 | 12/19/2014 | 45826499 | 4665516 | 1,000.79 | M6575276008490675 | 3483805 |
| 02401 | Admore | | 25.00 | 2/19/2015 | 45939730 | 4724515 | 25.00 | M23 | 7930450 |
| **02401 Total** | | | **1,025.79** | | | | | | |
| 04401 SI | PTGR TX | 161.14 | 1/29/2015 | 45900761 | 61055600 | 161.14 | EN233830 | 7930450 |
| **04401 SI Total** | | | **161.14** | | | | | | |
| 04707 | Block OR | | 507.99 | 1/23/2015 | 45887661 | 4705111 | 507.99 | 74 PT286591 | 7930450 |
| 04707 | Block OR | | 340.62 | 1/29/2015 | 45899469 | 4726472 | 340.62 | J3195 | 7930450 |
| **04707 Total** | | | **848.61** | | | | | | |
| 05002 | Ennis CO | | 174.00 | 12/18/2014 | 45824419 | 4661674 | 174.00 | 326143 | 7930450 |
| 05002 | Ennis CO | | 100.00 | 12/18/2014 | 45824433 | 4676840 | 100.00 | 326144 | 7930450 |
| **05002 Total** | | | **274.00** | | | | | | |
| 04401 SI | PTGR TX | 160.21 | 1/30/2015 | 45904482 | 61056055 | 160.21 | EN234559 | 7930450 |
| 04401 SI | PTGR TX | 886.44 | 1/30/2015 | 45905021 | 61055355 | 886.44 | 6579213 | 7930450 |
| 04401 SI | PTGR TX | 540.79 | 2/4/2015 | 45910790 | 61054843 | 540.79 | EN232901 | 7930450 |
| 04401 SI | PTGR TX | 229.68 | 2/4/2015 | 45910799 | 61055682 | 229.68 | EN234300 | 3483805 |
| **04401 SI Total** | | | **1,817.12** | | | | | | |
| **Grand Total** | | | **34,371.42** | | | | | | |

| COMPANY | Invoice No. | PO# | Invoice Date | Record Type | Balance |
|---|---|---|---|---|---|
| KTT | 89137 | 3868926/939/948 | 11/19/14 | INV | $1,242.50 |
| KTT | 90597 | CPX1867388/7714813 | 01/19/15 | INV | $295.22 |
| KTT | 90744 | 7435105 | 01/26/15 | INV | $598.32 |
| KTT | 90761 | 9531757 | 01/26/15 | INV | $177.39 |
| KTT | 90776 | 7435765 | 01/26/15 | INV | $494.14 |
| KTT | 90787 | J293 | 01/26/15 | INV | $154.35 |
| KTT | 90805 | 7654174 | 01/27/15 | INV | $362.84 |
| KTT | 90813 | 7472798 | 01/27/15 | INV | $1,404.74 |
| KTT | 90935 | 8437713 | 01/29/15 | INV | $261.70 |
| KTT | 91036 | CPX1924016/9945098 | 02/02/15 | INV | $208.35 |
| KTT | 91053 | M6579338 | 02/03/15 | INV | $1,374.65 |
| KTT | 91083 | CPX1921037/6977722 | 02/04/15 | INV | $476.93 |
| | | | | | **$7,051.13** |
| SSP | 159313 | | 12/02/14 | INV | $484.88 |
| SSP | 160961 | | 01/21/15 | INV | $1,697.40 |
| SSP | 161129 | | 01/26/15 | INV | $348.25 |
| SSP | 161172 | | 01/27/15 | INV | $14,764.00 |
| SSP | 161225 | | 01/28/15 | INV | $1,307.89 |
| SSP | 161232 | | 01/28/15 | INV | $896.53 |
| SSP | 161235 | | 01/28/15 | INV | $1,640.92 |
| SSP | 161274 | | 01/29/15 | INV | $541.23 |
| SSP | 162109 | | 02/20/15 | INV | $166.32 |
| | | | | | **$21,847.42** |