## CERTIFICATE OF SERVICE

I, Kathleen Lytle, certify that I am not less than 18 years of age, and that on May 7, 2015, a copy of the foregoing was electronically filed by CM/ECF and I caused a copy to be served upon the parties below by email and first class mail.

| | |
|---|---|
| Michael R. Nestor<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>mnestor@ycst.com | C. Edward Dobbs<br>James S. Rankin, Jr.<br>PARKER, HUDSON, RAINER & DOBBS LLP<br>1500 Marquis Two Tower<br>285 Peachtree Center Avenue<br>Atlanta, GA 30303<br>ced@phrd.com<br>jsr@phrd.com |
| Barbara Becker<br>Michael A. Rosenthal<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 20166<br>bbecker@gibsondunn.com<br>mrosenthal@gibsondunn.com | Mark D. Collins<br>RICHARDS LAYTON & FINGER<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>collins@rlf.com |
| Ron Meisler<br>Christopher Dressel<br>SKADDEN, ARPS, MEAGHER & FLOM LLP<br>155 N. Wacker Drive<br>Chicago, IL 60606<br>ron.meisler@skadden.com<br>christopher.dressel@skadden.com | Sharon L. Levine<br>Wojciech Jung<br>LOWENSTEIN SANDLER LLP<br>1251 Avenue of the Americas<br>New York, NY 10020<br>slevine@lowenstein.com<br>wjung@lowenstein.com |

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: May 7, 2015

/s/ Kathleen Lytle
Kathleen Lytle