## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

THE STANDARD REGISTER COMPANY,
*et al.*,[1]

Debtors.

_____/

Chapter 11

Case No. 15-10541 (BLS)

(Jointly Administered)

**Re: Docket Nos. 23, 286, 307, 356**

### LIMITED OBJECTION OF THE ULTIMATE SOFTWARE GROUP, INC. TO CURE AMOUNTS LISTED IN THE NOTICE OF (I) ENTRY INTO STALKING HORSE AGREEMENT AND (II) POTENTIAL ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS, AS AMENDED

The Ultimate Software Group, Inc. ("Ultimate Software"), by and through its undersigned counsel, hereby files this limited objection (the "Limited Objection") to the cure amounts listed in the Notice of (I) Entry Into Stalking Horse Agreement and (II) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially All of the Debtors' Assets (Docket No. 307) (the "Assumption Notice") as amended (Docket No. 356) (the "Amended Assumption Notice", and together with the Assumption Notice, the "Notices"). In support of the Limited Objection, Ultimate Software states as follows:

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

## SUMMARY

The Debtors seek to assume and assign a contract that Ultimate Software is currently counterparty to, and have proposed a certain cure amount in the Notices.   While Ultimate Software does not object to the assumption and assignment of the contract, it objects to the proposed cure amount for the reasons stated herein.

## LIMITED OBJECTION

1.      The Debtors filed a motion to sell substantially all of their assets, which also sought to set forth certain procedures in connection with the assumption and assignment of contracts.  See Docket No. 23 (the "Sale Motion").  The Court entered an Order with regard to the Sale Motion.  See Docket No. 286 (the "Sale Order").  The Debtors filed the Notices in furtherance of the Sale Motion and Sale Order.

2.      In the Notices, the Debtors state their intention to assume and assign various contracts in connection with the sale of their assets.   The Notices set forth proposed cure amounts to be paid in connection with the assumption and assignment of the identified contracts. The Notices set forth procedures to be followed in objecting to any proposed assumption and assignment and any proposed cure amount.

3.      Each of the Notices seek to assume and assign a contract with Ultimate Software called the "The Ultimate Software Group, Inc. SaaS Model Agreement" (the "Agreement"). Each of the Notices set the proposed cure amount as $51,221.39 (the "Proposed Cure Amount"). See, e.g., Amended Assumption Notice at Exhibit 1, Page 102.  A copy of the Agreement, as amended, is attached hereto as **Composite Exhibit A**.

4.      Pursuant to the Agreement, Ultimate Software provided the Debtors with access to certain of its software products and associated support and implementation services, in

exchange for various subscription fees, service activation fees, and service fees (together, the Fees"). <u>See</u> Agreement at Pages 1-5. The subscription fees included in the Fees are based on a certain amount of Debtors' employees that would use Ultimate Software's products and services per quarter of the year. However, in the event that the Debtors used Ultimate Software's products and services for additional employees for the given quarter, the Debtors would be invoiced for additional subscription fees after the quarter ended (the "<u>Overage Fees</u>"). <u>See</u> Agreement at Page 3.

5.      An itemization of the currently due and invoiced Fees is attached hereto as **Exhibit B**.[2]  As set forth therein, the Debtors currently owe Ultimate Software $39,236.48 in Fees incurred prior to April 30, 2015. In addition, the Debtors may be billed for certain Overage Fees for the quarter expiring April 30, 2015. Ultimate Software will provide the Debtors with the invoice for such Overage Fees by the end of May 2015. Finally, the Debtors will continue to owe Ultimate Software any Fees for this current quarter and any future quarter, pursuant to the terms of the Agreement, until the Agreement is assumed.

6.      Section 365(b) of the Bankruptcy Code requires that the Debtors cure (or provide adequate assurance of cure of) all defaults prior to any assumption of a contract. Accordingly, Ultimate Software objects to the Proposed Cure Amount set forth in the Notices, as such amount should be (1) $39,236.48 plus any Overage Fees owed for the quarter expiring April 30, 2015; and (2) any unpaid Fees incurred for future quarters, under the terms of the Agreement, as long as the Agreement remains in effect and is not yet assumed.

7.      Ultimate Software does not object to the assumption and assignment of the Agreement as amended as long as the Proposed Cure Amount is amended in accordance with the terms stated above in paragraph 6.

---

[2] Ultimate Software can provide the underlying invoices upon request.

**WHEREFORE**, Ultimate Software respectfully requests that this Court enter an Order (1) directing the Debtors to amend the Notices to set the Proposed Cure Amount at (a) $39,236.48 plus any Overage Fees owed for the quarter expiring April 30, 2015; and (b) any unpaid Fees incurred for future quarters, under the terms of the Agreement, as long as the Agreement remains in effect and is not yet assumed; and (2) ordering such other and further relief as the Court deems just and proper.

Dated: May 7, 2015

/s/ Sundeep S. Sidhu
Sundeep S. Sidhu, Esq.
Delaware Bar No. 5417
**AKERMAN LLP**
420 S. Orange Avenue, Suite 1200
Orlando, FL  32801-4904
Phone:  (407) 423-4000
Facsimile:  (407) 843-6610
sunny.sidhu@akerman.com
brett.marks@akerman.com

*Attorneys for The Ultimate Software Group, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I, Jennifer S. Meehan, Paralegal, do hereby certify that I am over the age of 18 and that on May 7, 2015, I caused a copy of the *Limited Objection of The Ultimate Software Group, Inc. to Cure Amounts Listed in the Notice of (i) Entry Into Stalking Horse Agreement and (ii) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially All of the Debtors' Assets, as Amended* upon all persons receiving notice through the Court's CM/ECF system and upon the persons listed below via U.S. First Class Mail.

Gibson, Dunn & Crutcher LLP
Barbara Becker, Esquire
Michael A. Rosenthal, Esquire
200 Park Avenue
New York, NY 10166

Parker, Hudson, Rainer & Dobbs LLP
Edward Dobbs, Esquire
James S. Rankin, Jr. , Esquire
1500 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, GA 30303

Young Conaway Stargatt & Taylor, LLP
Michael R. Nestor, Esquire
Rodney Square North
1000 North King Street
Wilmington, DE 19801

Richard Layton & Finger
Mark D. Collins, Esquire
One Rodney Square
920 North King Street
Wilmington, DE 19801

Skadden, Arps, Slate, Meagher & Flom LLP
Ron Meisler, Esquire
Christopher Dressel, Esquire
155 N. Wacker Drive
Chicago, IL 60606

Lowenstein Sandler LLP
Sharon L. Levine, Esquire
Wojciech Jung, Esquire
1251 Avenue of the Americas
New York, NY 10020

Under penalty of perjury, I certify the foregoing to be true and correct.

*/s/ Jennifer S. Meehan*
JENNIFER S. MEEHAN

# COMPOSITE EXHIBIT "A"



# The Ultimate Software Group, Inc.
## SaaS Model Agreement

This SaaS Model Agreement (together with all Exhibits hereto, the "Agreement"), effective as of the date shown in item # 2 below, is entered into by and between The Ultimate Software Group Inc. ("Ultimate Software"), a Delaware Corporation with offices at 2000 Ultimate Way, Weston, FL 33326 and The Standard Register Company ("SRC"), an Ohio corporation, with its principal place of business at 600 Albany Street, Dayton, Ohio 45417 (the "CUSTOMER" or "Customer") each individually referred to as a "Party" and collectively referred to as the "Parties". Ultimate Software is engaged in the business of providing software, support and Software as a Service type ("SaaS") services, and CUSTOMER wishes to use Ultimate Software's UltiPro software, support and SaaS services on a subscription basis (herein referred to, and as more particularly set forth in Item # 3 below, as "Subscription Offering"). In consideration of the covenants and agreements contained herein, and in the Exhibits including the Terms and Conditions (Exhibit B), which are incorporated herein and made a part hereof, CUSTOMER and Ultimate Software hereby agree as follows:

| 1. | CUSTOMER: For purpose of this Agreement, CUSTOMER shall be the following organization: | | | | | | |
|---|---|---|---|---|---|---|---|
| | Organization Name: | The Standard Register Company | | | | | |
| | Headquarters Address: | 600 Albany Street | | | | | |
| | City: | Dayton | | State: | OH | Zip: | 45417 |
| | Phone: | 937.221.2522 | | | Fax: | 937.913.3257 | |
| | Contact Person Name: | Chris Jauch | | | | | |
| | Title: | Manager, Supply Chain Management | | | | | |
| | Legal Name: | The Standard Register Company | | | | | |
| | State of Incorporation: | Ohio | | | | | |
| 2. | Effective Date of Agreement: | June 25, 2014 | | | | | |
| 3. | Subscription Offering (includes the following): | | | | | | |
| | **A. Use of the following UltiPro Software Modules:** | | | | | | |

| **UltiPro Core Application, including the Modules listed below, and as more fully described in Exhibit J which is incorporated by reference herein and attached hereto.** | | |
|---|---|---|
| Human Resources | Payroll Administration | System Administration |
| | | Company & Portal Configuration |
| Benefits Management / Enrollment | Payroll Tax Compliance | Role-Based Security |
| Benefits Administration | | Workflow Configuration |
| Open Enrollment | UltiPro Portal | Content Management |
| Life Events | Manager Self Service | |
| | Employee Self Service | Enterprise Integration Tools |
| Standard Reporting | | |
| | | Web Services |
| UltiPro Data Exchange Services | UltiPro Payment Services -- as set forth in Exhibit D | |

| **Additional UltiPro Features/Modules as listed below are included; and as more fully described in Exhibit J which is incorporated by reference herein and attached hereto.** | | |
|---|---|---|
| UltiPro Time Management | Performance Management | Compensation Management |
| | Succession Management | Federated Single Sign On -- as set forth in Exhibit G |

| **UltiPro Users:** |
|---|
| **UltiPro System Administration Users** -- 5 users for the first 1,000 Compensated Employee's plus one additional user for each 200 Compensated Employee's (or portion thereof) in excess of 1,000 Compensated Employee's. |
| UltiPro Portal Users (Employee Self Service/Manager Self Service) -- Unlimited users |

| **Business Intelligence ("BI") Reporting Tools, with functionality and capabilities as set forth on Exhibit I, are included:** |
|---|
| BI Bundle includes: |
| **BI Administrators:** |
| • 1 named user designated as UltiPro Security Administrator with rights to manage UltiPro BI users. Used for administration purposes only, this role does not allow the user to create content in Query Studio, Report Studio, Analysis Studio, or Event Studio. |
|    (1 additional named user can be designated as UltiPro Security Administrator to serve as a back-up for administration |

purposes, but does not perform primary BI security administration responsibilities.)

- Up to 5 named users designated as UltiPro Portal Administrator with rights to manage both delivered content and customer created content for UltiPro BI users.  Used for administration purposes only, this role does not allow the user to create content in Query Studio, Report Studio, Analysis Studio, or Event Studio.

- 2 named users designated as UltiPro Report Administrators with rights to create and manage content in Query Studio, Report Studio, Analysis Studio, and Event Studio.

BI Authors:

- 5 or more named users designated as UltiPro Authors with rights to create content in Query Studio and Report Studio. The total number of UltiPro Authors is determined as 5 for the first 1,000 Compensated Employees plus one additional author for each 200 Compensated Employees (or portion thereof) in excess of 1,000 Compensated Employees.

BI Consumers:
- 200 named users designated as UltiPro Consumers with rights to access the business intelligence portal, and view and execute content originating from any studio created by an author.

BI Recipients:
- All Compensated Employees are eligible to view saved or static report content and alerts generated from UltiPro BI that are made available outside of the business intelligence portal, or distributed through email.

Customer acknowledges that the Business Intelligence Reporting Tools are intended for use with the UltiPro Software Modules only and in accordance with the terms and conditions of this Agreement.

| | |
|---|---|
| B. "UltiPro Product Support Services", as defined in Exhibit C, are included | |
| C. "SaaS Services" – as defined in Exhibit C, are included | |
| **4.** | **Pricing Schedule** | |
| A. | Subscription Fees (includes Software, Support and SaaS Services) During the "Initial Term" (as defined in Exhibit C) Ultimate Software agrees not to increase the Subscription Fees. Any increase thereafter shall not exceed five percent (5%) per Renewal Term.  Ultimate Software must notify Customer of any increase by serving written notice of its intention at least thirty (30) days prior to expiration of the Initial Term or any Renewal Term. | |
| i | UltiPro Core | $8.00 per Compensated Employee per Month commencing on "First Live Payroll Date" (as defined in Exhibit C) |
| ii | UltiPro Time Management | $3.75 per Compensated Employee per Month commencing on the earlier of June 30, 2015 or the "UltiPro Time Management Live Date" (as defined in Exhibit C) |
| iii | Performance Management | $.85 per Compensated Employee per Month commencing on the earlier of June 30, 2015 or the "Performance Management Live Date" (as defined in Exhibit C) |
| iv | Succession Management | $.85 per Compensated Employee per Month commencing on the earlier of June 30, 2015 or the "Succession Management Live Date" (as defined in Exhibit C) |
| v | Compensation Management | $.85 per Compensated Employee per Month commencing on the earlier of June 30, 2015 or the "Compensation Management Live date" (as defined in Exhibit C). |

2

The Subscription Offering is granted to the CUSTOMER for use by the CUSTOMER and entities controlled by, controlling or under common control with CUSTOMER ("Affiliates") for 3,700 Compensated Employees. The Subscription Offering above is granted to the CUSTOMER for use by the CUSTOMER and its Affiliates on a Per Employee Per Month (herein referred to as "PEPM") basis. The computed monthly subscription amount (number of Compensated Employees multiplied by the Subscription Fee) may increase or decrease if the number of Compensated Employees increases or decreases but in no event shall the monthly Subscription Fee be calculated on less than a minimum of 2,600 Compensated Employees, except as provided in the following sentence.

In the event CUSTOMER has a significant change in business operations resulting in a reduction of more than twenty percent (20%) of the minimum number of Compensated Employees, then the calculation of the Subscription Fees shall be based on the actual number of Compensated Employees but not less than 2,000 Active Employees.

Subscription Fee Reconciliation

Customer shall be invoiced based on 2,600 Compensated Employees ("Compensated Employee Minimum"). Such invoice shall be sent to Customer thirty (30) days prior to any quarter commencing on the First Live Payroll Date. Promptly following the end of such quarter, Ultimate Software will invoice Customer for the actual number of Compensated Employees in each month of the previous quarter that exceeded the Compensated Employee Minimum.

Ultimate Software may utilize a script, program, sequence of instructions or functional equivalent to determine an accurate number of "Compensated Employees", "HR Only Employees" and "Terminated Web Employees" (both as defined in Exhibit C). The results of, and information obtained from, the electronic analysis shall be subject to the Confidential Information section outlined in the Terms and Conditions to this Agreement.

Customer acknowledges that it shall use the Software for Payroll Processing and Human Resource Recordkeeping activities and other SaaS Services as described in Section 3 above and Exhibits D, G and J.

| | | |
|---|---|---|
| B. | **HR Only Employees**<br>Customer shall be charged a Subscription Fee of $4.00 per HR Only Employee per month (as defined in Exhibit C) commencing on the First Live Payroll Date. | |
| C. | **Terminated Web Employees**<br>Customer shall be charged a Subscription Fee of $1.00 per Terminated Web Employee per month (as defined in Exhibit C) commencing on the First Live Payroll Date. | |
| D. | Upon Customer's written request, Ultimate Software will be responsible for printing W-2 Forms for CUSTOMER. The charge will be $2.00 for each W-2 printed and Ultimate Software will supply the form. CUSTOMER will be responsible for shipping costs. | |
| E. | **Activation Services Fees**<br>Initial Activation Services shall be provided to Customer for only the services as set forth in the Ultimate Activation Document (Exhibit H), which is made a part hereof and incorporated by reference.<br><br>Activation or Consulting Services outside of the scope of the Ultimate Activation Document shall be provided for a fixed fee that shall be quoted to Customer. Said services will not be provided without a Work Order executed by both parties.<br><br>In addition, Customer shall be invoiced an additional initial Activation Services Fee at the rate of $155 per Compensated Employee for each Compensated Employee in existence as of the First Live Payroll Date that exceeds 110% of the number of Compensated Employees as set forth in Item # 4A of this Agreement for which the Subscription Offering is granted (3,700). For clarification purposes, this Fee if applicable shall only be charged to Customer as of the First Live Payroll Date and Customer shall not be charged for any additional Initial Activation Services Fees subsequent to that date. | $265,000.00 Fixed Fee for UltiPro Core, plus<br><br>$35,000.00 Fixed Fee for UltiPro Time Management plus<br><br>$33,000.00 Fixed Fee for Performance Management plus<br><br>$5,000.00 Fixed Fee for Succession Management plus<br><br>$10,000.00 Fixed Fee for Compensation Management<br><br>Activation Fees do not include Travel and Expenses |

| F. | (a)  Training Fees | Included as part of this Agreement |
|---|---|---|
| | (i)  **Regional Classroom Training** Ultimate Software shall provide hands-on training at an Ultimate Software regional classroom training facility and provide a comprehensive agenda for all product training. Training will be facilitated by a trained and knowledgeable instructor. All expenses related to training the employees of the CUSTOMER, such as transportation, hotels, meals, etc., will be the responsibility of the CUSTOMER. | |
| | (ii)  **Virtual Learning Environment Training** Ultimate Software shall provide its live, hands-on classroom training, including a comprehensive agenda and facilitation by a trained and knowledgeable instructor, delivered to CUSTOMER's personnel via the Internet. | |
| | (iii)  **Self-Paced Training** Ultimate Software shall provide self-paced product training that CUSTOMER's personnel can access at any time. | |
| G. | **Annual Testing Services – as set forth in Exhibit E** Ultimate Software shall provide an Annual Test Environment as further described in Exhibit E. **Testing Subscription Fee** An additional 5% of the Subscription Fee per Compensated Employee per Month as set forth in Section 4A and if applicable and HR Only Active Employee per month, commencing on the First Live Payroll Date. The Subscription Fees are due quarterly and invoiced 30 days in advance of the Quarter. | Initials of Acceptance of Testing Services |
| G. | **Federated Single Sign On – as set forth in Exhibit G** | $2,000 Annual Service Fee |
| **5.** | **Payment Terms** | |
| A. | **Subscription Fee** | |
| i | **UltiPro Core** The Subscription Fees are due quarterly and invoiced 30 days in advance of the Quarter and shall be prorated for any partial quarter. The amount due upon the First Live Payroll Date is payment for the Quarter commencing on the First Live Payroll Date. | $62,400.00 |
| ii | **UltiPro Time Management** The Subscription Fees are due quarterly and invoiced 30 days in advance of the Quarter. The amount due upon the earlier of June 30, 3015 or the UltiPro Time Management Live Date is payment for the Quarter commencing on the earlier of June 30, 3015 or the UltiPro Time Management Live Date. | $29,250.00 |
| iii | **Performance Management** The Subscription Fees are due quarterly and invoiced 30 days in advance of the Quarter. The amount due upon the earlier of June 30, 3015 or the Performance Management Live Date is payment for the Quarter commencing on the earlier of June 30, 3015 or the Performance Management Live Date. | $6,630.00 |
| iv | **Succession Management** The Subscription Fees are due quarterly and invoiced 30 days in advance of the Quarter. The amount due upon the earlier of June 30, 3015 or the Succession Management Live Date is payment for the Quarter commencing on the earlier of June 30, 3015 or the Succession Management Live Date. | $6,630.00 |
| v | **Compensation Management** The Subscription Fees are due quarterly and invoiced 30 days in advance of the Quarter. The amount due upon the earlier of June 30, 3015 or the Compensation Management Live Date is payment for the Quarter commencing on the earlier of June 30, 3015 or the Compensation Management Live Date. | $6,630.00 |

4

| | | | |
|---|---|---|---|
| B | Initial Activation Services Fees as set forth in Section 4E shall be payable as follows: <br><br> The Initial Activation Services Fee of $265,000.00 for UltiPro Core shall be due and payable as follows: <br><br> (i)  40% in the amount of $106,000.00 shall be invoiced on the Effective Date of this Agreement. <br><br> (ii)  20% in the amount of $53,000.00 shall be invoiced on completion of data conversion. <br><br> (iii)  20% in the amount of $53,000.00 shall be invoiced on completion of parallel payroll processing. <br><br> (iv)  20% in the amount of $53,000.00 shall be invoiced on the First Live Payroll Date. <br><br> The Activation Services Fee of $35,000.00 for UltiPro Time Management will be due and payable as follows: <br> (iii)  50% in the amount of $17,500.00 shall be invoiced on the kick-off date for implementing UltiPro Time Management, but no later than June 1, 2015. <br> (iv)  50% in the amount of $17,500.00 shall be invoiced on the UltiPro Time Management Live Date <br><br> The Activation Services Fee of $33,000.00 for Performance Management will be invoiced on the kick-off date for implementing Performance Management <br><br> The Activation Services Fee of $5,000.00 for Succession Management will be invoiced on the kick-off date for implementing Succession Management <br><br> The Activation Services Fee of $10,000.00 for Compensation Management will be invoiced on the kick-off date for implementing Compensation Management | | |
| C. | Federated Single Sign On Annual Service Fee <br> The Annual Services Fees shall be due on the First Live Payroll Date and on each anniversary of that date and shall be invoiced 30 days in advance of each year. The amount due on the First Live Payroll Date is payment for the year commencing on the First Live Payroll Date. | $2,000.00 | |
| | Total Fees to be invoiced on the Effective Date of this Agreement (B(i)) | $106,000.00 | |
| D. | Additional Activation, Consulting or W-2 Fees <br> Additional Activation, Consulting and W-2 Fees previously approved in writing by Customer are invoiced as incurred and are due 30 days after invoice date. <br><br> Customer will pay Ultimate Software's reasonable out-of-pocket expenses incurred as a result of Ultimate Software's performance of Services (i.e., travel and lodging costs – See Exhibit F). Ultimate Software agrees to use reasonable efforts to limit travel and lodging and other expenses by, without limitation, using coach air fare, booking in advance when available, staying at hotels identified by the Customer offering corporate rates, and sharing rental cars where practical. | | |

CUSTOMER agrees to pay Ultimate Software for all Subscription Fees, Activation, Consulting or other services plus applicable federal, state and local taxes. All undisputed invoices and expense reimbursements are due within thirty (30) days of Customer's receipt of invoice. All undisputed invoices and expense reimbursements not paid within thirty (30) days after the date such amounts are due and payable shall bear interest at a rate of one half percent (0.5%) per month.

Payment may be wired to:
Wells Fargo Bank, N.A.
420 Montgomery Street, San Francisco, CA 94104
ABA#121000248 Account#2000029434105
The Ultimate Software Group, Inc.

Payment may be mailed to:
The Ultimate Software Group
PO BOX 930953
ATLANTA, GA 31193-0953

**Term and Termination**
This Agreement shall commence on the Effective Date as set forth above and shall continue in effect from that date until thirty six (36) months from the First Live Payroll Date, ("Initial Term"). CUSTOMER may not cancel the Agreement during the Initial Term except as set forth below. This Agreement shall automatically renew for successive Renewal Terms of one (1) year each ("Renewal Term") unless terminated as provided in this Section. The CUSTOMER may terminate this Agreement after the Initial Term by serving written notice of its intention at least thirty (30) days prior to the date of termination. In the event of cancellation, Ultimate Software shall be entitled to compensation for any undisputed amounts due to it including, but not limited to, compensation for hours worked as well as outstanding expenses. Either party shall have the right to terminate this Agreement upon thirty (30) days prior written notice upon any material breach hereof by the other party, provided the party in breach shall not have cured such breach during such thirty (30) day period (or, if the breach cannot be cured within such 30-day period, the party in breach shall not have commenced actions to cure such breach within such period and thereafter diligently pursued and completed the cure of same). Upon termination of this Agreement, all rights granted to CUSTOMER pursuant to this Agreement will terminate and revert to Ultimate Software.

Within five business (5) days of termination or expiration of this Agreement, Ultimate Software shall provide to Customer a copy of all Customer information, files and data stored on Ultimate Software's software or equipment or otherwise in Ultimate Software's possession or control ("Customer's Database") in a standard structured query language "SQL" server format via secured file transfer protocol "SFTP" Server or similar method.

IN WITNESS WHEREOF, the Parties hereby confirm and agree that this Agreement is effective at the date set forth above and that all terms and conditions have been agreed to:

The Standard Register Company

By:
Print Name: Joseph P. Morgan
Title: President + CEO
Date: 7/10/14

The Ultimate Software Group, Inc.

By:
Print Name: Robert Mannos
Title: VP, President
Date: 7/14/14

6

<u>EXHIBIT A</u>

# UltiPro SaaS Environment Services

**Description of Services:** Ultimate Software will provide sufficient data center space, electrical capacity, infrastructure, equipment, technical support labor, current UltiPro application release and Internet connectivity to implement and provide the SaaS Services. Ultimate Software will provide this service at Ultimate Software's SaaS Site.

## Ultimate Software Responsibilities:

- Provide sufficient computer infrastructure, equipment, software, network bandwidth and security within the environment to allow the CUSTOMER access to the UltiPro SaaS Services.

- Provide all third party software necessary for proper operation and functioning of the UltiPro Software and provision of the SaaS Services to CUSTOMER.

- Provide Citrix connectivity for the System Administration Users.

- Provide CUSTOMER with UltiPro release upgrade schedule for the offering.

- Assign roles and password protection to all System Administration users identified by CUSTOMER as requiring System Administration rights.

- Execute nightly maintenance procedures.

- Maintain business continuity environment and process, which are tested annually

- Execute scheduled cumulative backup procedures (and restore as necessary)
    - Maintain application recovery procedures
    - Maintain cumulative backups pursuant to the following schedule:

Backup Schedule

| Frequency | Data | Retention Period |
|---|---|---|
| Nightly Backup | SQL Database Backup File Server Directories Selected Web Server Folders | 4 Weeks |
| Weekly Backup (Sunday) | SQL Database Backup File Server Directories Select Web Server Folders | 12 Weeks |

- Monitor SaaS environment 24 X 7 X 365

- Conduct capacity planning, track application and network utilization, forecast growth and the impact on network and infrastructure and size accordingly

- Perform system maintenance and upgrades for UltiPro and all third party software required to deploy the SaaS Services.

- Perform SaaS infrastructure and network infrastructure maintenance on the following schedule for the Production SaaS Site:

    NOTE: Customer may experience intermittent connectivity during these periods or may be restricted from access during these periods. Ultimate Software will provide Customer advance notification of any such maintenance via the UltiPro Support Portal.

    - Perform recurring system maintenance daily, 3:00 a.m. – 5:00 a.m. Eastern Time Zone, not to exceed a maximum of five hours per week.

    - Perform extended system maintenance as required once per Quarter or four (4) times per year on either Saturday or Sunday from 12:01 a.m. – 12:00 p.m. (applicable to Customer's production SaaS Site timezone).

## CUSTOMER Responsibilities:

- Identify the key contacts responsible for coordinating all activities related to the activation and ongoing operation of the SaaS Services

- Provide Ultimate Software with a list of Customer System Administration Users that require access to the SaaS environment

- Maintain Customer workstations, running a supported browser

- Maintain Customer printer environment

    o    Note: MICR check printing requires HP Compatible Printers

- Maintain Internet connectivity to access SaaS Site

- Customer shall notify Ultimate Software of events that permit changes to contractual terms, such as significant Compensated Employee growth, by providing Ultimate Software with thirty (30) days advance written notice of its intention to use the UltiPro software for the additional Compensated Employees so that Ultimate Software can ensure proper configuration of the SaaS environment.

- Customer acknowledges that the UltiPro SaaS Environment Services may change from time to time as is required by changes to normal business conditions. It is further understood by Customer that any changes to the Services will be applicable to all Ultimate Software's Customers that are utilizing SaaS services. Ultimate Software will make best efforts to publish such changes to the Services within a reasonable time frame to the Ultimate Software Support Website. In any event, Ultimate Software shall make changes that are equivalent or better and will not downgrade the products or services offered to Customer as of the Effective Date of this Agreement.

### Service Level Objective for Production SaaS Services:

Ultimate Software's Service Level Objective for the Production SaaS Environment, including, but not limited to, access to UltiPro Software Programs and SaaS Services and Responsibilities, is to make the SaaS Services available to Customer a minimum of ninety nine and three quarters (99.75%) percent of the time as measured as the Service Availability over any calendar month, not to include activities as denoted in "Ultimate Software Responsibilities - Perform SaaS infrastructure and network infrastructure maintenance" above.

In the event the SaaS Environment, UltiPro Software Programs and SaaS Services and Responsibilities are not available to CUSTOMER at the SaaS Site, due to circumstances within the reasonable control of Ultimate, for at least the cumulative minimum times over any calendar month described in the preceding paragraph then Ultimate Software will provide a credit to CUSTOMER according to the following schedule:

Percent Uptime Credit Amount of the prior months' Subscription Fees paid to Ultimate Software by CUSTOMER

| | |
|---|---|
| 99% - 99.74% | 10% Credit |
| 98.5% - 98.99% | 15% Credit |
| 98.49% - 98% | 20% Credit |
| Less than 98% | 25% Credit |

Customer shall have the option to terminate this Agreement in the event that Ultimate Software fails to meet the uptime objective as set forth above twice in any consecutive six month term. Customer shall notify Ultimate Software in writing of its intent to terminate and such notice shall be provided to Ultimate Software within thirty (30) days of such failure.

### Audits

Ultimate Software will have, at a minimum, an annual site audit of Ultimate Software's Information Technology General Controls including, but not limited to, information security controls, performed by a recognized third-party audit firm based on the recognized audit standard SSAE 16 or equivalent. Upon request, but in no event more than once per calendar year, Ultimate Software will make available to CUSTOMER for review, its SSAE 16 audit report or equivalent. Any control exceptions noted in the SSAE 16 or equivalent will be addressed in the report with management's corrective action.

Ultimate Software will perform a network-level vulnerability assessment, once every 12 months. This audit shall be performed by either a recognized third-party audit firm engaged by Ultimate Software or by Ultimate Software's in-house information security team. Upon request, Ultimate Software shall provide Customer with a highlevel summary of any such assessment.

Customer agrees to treat such audit reports and network-level vulnerability assessments as Confidential Information under this Agreement.

8

## EXHIBIT B

# Terms & Conditions to
# The Ultimate Software Group, Inc.
# SaaS Model Agreement

**Preamble:** These Terms and Conditions are incorporated in, and made a part of, that certain SaaS Model Agreement to which this Exhibit is attached (the "Agreement"), by and between The Ultimate Software Group Inc. ("Ultimate Software"), a Delaware Corporation with offices at 2000 Ultimate Way, Weston, FL  33326 and the organization specified as CUSTOMER on the Agreement ("CUSTOMER"); (each individually referred to as a "Party" and collectively referred to as the "Parties").  These Terms and Conditions are effective as of the date shown on the Agreement.

### Proprietary Protection and Restrictions

Ultimate Software has and shall have sole and exclusive ownership of all rights, title, and interest in the UltiPro Software Programs and SaaS Services and all modifications and enhancements thereof (including ownership of all trade secrets copyrights, and intellectual property rights pertaining thereto). CUSTOMER is only permitted to use the Software or any services provided by Ultimate Software for its own and its Affiliates' employees and is not permitted to provide service bureau, data processing, time sharing services or to otherwise provide payroll or human resource record keeping for third parties.

To the extent that any third party software is provided herein, Customer agrees  that it shall only use such software in conjunction with the UltiPro Software Programs and SaaS Services and Customer acknowledges that it is prohibited from engaging in, causing, assisting or permitting, the reverse engineering, disassembly, translation, adaption  or recompilation of any such third party software and that it shall not attempt to obtain or create the source code from the object code of any such software provided to it pursuant to the Agreement, unless explicitly permitted by applicable and mandatory law.

Customer acknowledges that it will not use the UltiPro Software Programs and SaaS Services or any third party software for any illegal purpose or activity.

Ultimate Software hereby represents and warrants to CUSTOMER that the UltiPro Software and the SaaS Services provided will not violate the patent, copyright, or other proprietary rights of any third party. Ultimate Software shall defend, indemnify and hold harmless CUSTOMER and its Affiliates and their respective officers, directors and employees from any claim of copyright, patent or other proprietary or intellectual property rights infringement provided CUSTOMER notifies Ultimate Software in writing promptly after receiving written notice of such claim and cooperates fully in the defense of such claim. Ultimate Software shall have full and exclusive control of and responsibility for any such defense and settlement of the claim. In the event of any such claim, Ultimate Software shall either (i) procure the additional rights necessary to continue to use and provide to Customer the right to use the UltiPro Software and SaaS Services, free of any infringement claim; (ii) replace or modify the UltiPro Software and/or SaaS Services, at Ultimate Software's cost and expense, so as to make them non-infringing; or (iii) at Customer's sole option, allow termination of CUSTOMER's use of the SaaS Services and termination of this Agreement by Customer, and upon such termination refund to Customer any prepaid Subscription Fees.

### Ownership and Use of Intellectual Property

During the term of this Agreement, as a result of Ultimate Software's efforts under this Agreement, Ultimate Software may generate ideas, inventions, suggestions, copyrightable materials or other intellectual property ("Intellectual Property"). Ultimate Software shall have title to such Intellectual Property.   To the extent such Intellectual Property is incorporated into work product to be produced by Ultimate Software and delivered to Customer under this Agreement, Ultimate Software grants and Customer hereby accepts a royalty-free, non-exclusive license to use all such Intellectual Property as incorporated into the Ultimate Software work product.

### Customer Data

Customer shall retain ownership of the entire right, title and interest in and to all materials, data and information provided by Customer to Ultimate Software, including without limitation, the Customer Data and Customer Confidential Information, and all Intellectual Property Rights thereto.  No ownership rights in such materials, data and information are transferred to Ultimate Software.  Ultimate Software represents, warrants and covenants that its Software and Services comply (and will continue to comply at all times during the term of the Agreement) with all applicable laws and regulations and incorporate and apply (and will continue to incorporate and apply at all times during the term of this Agreement) reasonable methods and programs for security and protection of the privacy and confidentiality of Customer's data and information consistent with the generally accepted standards of its industry.

### UltiPro Product Support Services (as defined in Exhibit C)

Ultimate Software shall maintain a National Customer Support Center (NCSC) capable of receiving telephone, fax, modem or Internet transmission reports of software irregularities. CUSTOMER may report UltiPro software or operator problems and seek assistance in the use of the UltiPro software. Ultimate Software will maintain a product-

trained and knowledgeable staff capable of rendering the services set forth in this Agreement. Ultimate Software will use all reasonable diligence to correct verifiable and reproducible errors when reported to the NCSC.

After hour customer support, including weekends, is available upon request and is billed at $150 per hour or the then current published rate, whichever is lesser.

Performance of UltiPro Product Support Services or other services is contingent upon all undisputed payments, due to Ultimate Software pursuant to this Agreement, being paid in a timely manner.

## SaaS Services and Responsibilities

"SaaS Services"(also sometimes referred to herein as "Services") consist of providing the necessary network infrastructure, computer hardware, third party software, database administration services and connectivity point at the SaaS facility (herein referred to as the "SaaS Site" as defined in Exhibit C in a SaaS delivery model), in order for Ultimate Software to provide and Customer to receive the benefit of the Services described in this Agreement. Ultimate Software reserves the right to change the location of the SaaS Site if it deems necessary. At the SaaS Site will be the hardware and software necessary to run and support the UltiPro Software application from a remote location(s) with the number of Compensated Employees and System Administration Users referred to in Section 4.A. and Section 3 - Subscription Offering, respectively.

CUSTOMER will be responsible to provide for the specified connectivity between the CUSTOMER'S location(s) to the Internet. CUSTOMER agrees that Ultimate Software will have no liability for and CUSTOMER will not be excused from any of its obligations under the Agreement as a result of the quality, speed or interruption of the communication lines from the CUSTOMER'S location(s) to the Internet. Provided CUSTOMER supplies the communication connectivity to the Internet, Ultimate Software shall provide the CUSTOMER access to the SaaS Site servers and the UltiPro Software application as needed with support personnel being available as stated under the UltiPro Product Support Services section above.

## Sale, Assignment and Delay

Neither Party's rights may be transferred, leased or assigned except in its entirety to (1) a successor in interest of the assigned Party's entire business which assumes the obligations of this Agreement (provided as to Customer, the successor is, after the transfer or assignment, similar in size and nature to Customer) or (2) any other party who is reasonably acceptable to both Parties, who enters into a substitute version of this Agreement.

Neither Party shall be liable for any delays in the performance of any of its obligations hereunder due to causes beyond its reasonable control, including, but not limited to, fire, strike, war, riots, acts of civil or military, judicial actions, acts of God, or any other casualty or natural calamity, provided the party whose performance is subject to any such delay uses reasonable efforts to eliminate the cause of same and reinstate its performance. Ultimate Software reserves the right to commence charging the Subscription Fee to the Customer prior to the First Live Payroll Date if the Customer by its willful action, inaction or lack of cooperation causes the First Live Payroll Date to be delayed. If the First Live Payroll Date is not achieved by January 1, 2015, due to failure of Ultimate Software to fulfill its obligations under this Agreement as a result of Ultimate Software's willful action, inaction or lack of cooperation, Customer will have the right, in addition to all its other rights under this Agreement, to terminate this Agreement without liability or penalty, by written notice given to Ultimate Software before the earlier of (i) the date the First Live Payroll Date is achieved or (ii) February 1, 2015.

## Confidential Information

Except as otherwise permitted under this Agreement, Ultimate Software and CUSTOMER will not knowingly disclose to any third party, or make use of any Confidential Information of the other Party during the term of this Agreement and for three (3) years thereafter. For purposes of this Agreement, "Confidential Information" will mean non-public information of a Party to this Agreement. In addition to the foregoing, each of the Parties agree to not, at any time, during or at any time after the term of this Agreement, in any fashion, form or manner, either directly or indirectly, divulge, disclose or communicate to any person, firm, or corporation in any manner whatsoever any information of any kind, nature or description concerning any matters relating to the other Party's business, including, but not limited to, names of employees, CUSTOMER companies, its manner of operation, the nature, or descriptions of, its plans, processes or data of any other kind. Without regard to whether any or all of the foregoing matters would be confidential, the Parties hereto stipulate that as between them, the same are important, material and confidential. This Agreement shall not be deemed to prevent the disclosures of information after having received prior consent from the other Party. This Agreement does not apply to information in the public domain at the time of disclosure, or which is or becomes publicly available without breach of the Agreement, or which is known to the Party receiving it at the time of disclosure, or which is received from a third party who has not breached any Agreement with the Party claiming confidentiality, or which is disclosed by the Party claiming confidentiality to third parties on a non-restricted basis. Notwithstanding anything to the contrary, although Ultimate Software remains responsible for the confidentiality obligations as set forth in this Agreement, Ultimate Software reserves the right to have Confidential Information processed, managed and/or stored with third parties disclosed in advance to Customer who agree in writing acceptable to and enforceable by Customer to protections for Customer's confidential information equivalent to those set forth in this Section. Salesforce.com for the provision of UltiPro Product Support Services and the SaaS Site provider shall be deemed accepted subcontractors.

## STANDARD OF CARE, LIMITED WARRANTY

ULTIMATE SOFTWARE WARRANTS THAT THE SAAS SERVICES RENDERED WILL CAUSE THE ULTIPRO SOFTWARE MODULES TO SUBSTANTIALLY PERFORM IN ACCORDANCE WITH THE ULTIMATE SOFTWARE ON LINE DOCUMENTATION AND THE DESCRIPTIONS OF AND REQUIREMENTS FOR SAME SET FORTH IN THIS AGREEMENT. ULTIMATE SOFTWARE WILL MAKE ALL NECESSARY CORRECTIONS TO FULFILL THE FOREGOING WARRANTY WITHOUT ADDITIONAL COST TO THE CUSTOMER. DURING THE 36 MONTH TERM FROM THE EFFECTIVE DATE OF THIS AGREEMENT, THE CUSTOMER'S SOLE AND EXCLUSIVE REMEDY FOR ANY MATERIAL BREACH OF ANY PROVISION OF THIS AGREEMENT OR FOR ANY WARRANTY SHALL NOT, UNDER ANY CIRCUMSTANCES, EXCEED THE AMOUNT OF THE ACTIVATION SERVICES FEES AND SUBSCRIPTION FEE FOR THE TWELVE MONTH PERIOD PRIOR TO THE ALLEGED BREACH. SUBSEQUENT TO THE PERIOD 36 MONTHS FROM THE EFFECTIVE DATE OF THIS AGREEMENT, CUSTOMER'S SOLE AND EXCLUSIVE REMEDY FOR ANY MATERIAL BREACH OF THE AGREEMENT OR ANY WARRANTY SHALL NOT, UNDER ANY CIRCUMSTANCES EXCEED THE AMOUNT OF THE SUBSCRIPTION FEE FOR THE THREE MONTH PERIOD PRIOR TO THE ALLEGED BREACH. REFERENCE TO BREACH OF THIS AGREEMENT SHALL INCLUDE ANY SUPPLEMENT, ADDITIONS OR AMENDMENTS TO THIS AGREEMENT. IN NO EVENT SHALL ULTIMATE SOFTWARE BE LIABLE FOR ANY LOST REVENUES OR LOST PROFITS, OR ANY SPECIAL, INCIDENTAL, CONSEQUENTIAL OR OTHER DAMAGES OF ANY NATURE WHATSOEVER. THIS DAMAGE EXCLUSION IS INDEPENDENT OF ANY REMEDIES PROVIDED FOR HEREIN. ULTIMATE SOFTWARE HEREBY DISCLAIMS ALL OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. ULTIMATE SOFTWARE DISCLAIMS ALL WARRANTIES AND RESPONSIBILITY FOR THIRD PARTY SOFTWARE WHICH SHALL BE THE SOLE OBLIGATION OF THE PROVIDER OF THE THIRD PARTY SOFTWARE, PROVIDED ALL TERMS AND CONDITIONS APPLICABLE TO SUCH OBLIGATION HAVE BEEN FULLY DISCLOSED IN WRITING TO CUSTOMER PRIOR TO ITS ENTRY INTO THIS AGREEMENT.

THE ACTIVATION OR CONSULTING SERVICES PROVIDED HEREUNDER BY ULTIMATE SOFTWARE WILL BE PERFORMED IN A MANNER CONSISTENT WITH THE STANDARDS AND THE GENERAL CUSTOMS AND PRACTICES OF THE INDUSTRY AND IN ACCORDANCE WITH ALL REQUIREMENTS SET FORTH IN THIS AGREEMENT. CUSTOMER MUST REPORT ANY DEFICIENCIES IN THE ACTIVATION OR CONSULTING SERVICES WITHIN THIRTY (30) DAYS OF THE LATER OF THE COMPLETION OF THE ACTIVATION OR CONSULTING SERVICES OR THE DATE THAT SUCH DEFICIENCIES WERE DISCOVERED BY CUSTOMER, IN NO EVENT, HOWEVER EXCEEDING SIXTY (60) DAYS FROM THE DATE OF COMPLETION OF SUCH ACTIVATION OR CONSULTING SERVICES.

### Entire Agreement
This Agreement, represents the entire understanding of the Parties with respect to its subject matter, and supersedes and extinguishes all prior oral or written communications between the Parties about its subject matter. Any CUSTOMER order or similar document which may be issued with this Agreement does not modify this Agreement, and in case of conflict, this Agreement shall control. No modification of this Agreement will be effective unless it is in writing, and is signed by each Party.

In the event that any of the terms of this Agreement is, or becomes, or is declared to be invalid or void by any court or tribunal of competent jurisdiction, such term or terms shall be null and void and shall be deemed severed from this Agreement and all the remaining terms of this Agreement shall remain in full force and effect.

### Publicity
Both Parties agree that both Parties shall be entitled to refer to the existence of this Agreement, and the fact that CUSTOMER is a customer of Ultimate Software.

### Governing Law
This Agreement shall be governed by and construed in accordance with the internal laws of the state of Ohio. The prevailing Party in any such action shall be entitled to recover its reasonable attorney's fees and cost from the non-prevailing Party.

### Insurance
At all time during the term of this Agreement, Ultimate Software shall maintain insurance coverage rated A "Excellent" by A.M. Best for the following risks in the following minimum amounts:

Comprehensive General Liability Insurance: $2 million aggregate; $1 million per occurrence, including $1 million personal injury.
Business Auto: $1 million combined single limit bodily injury and property damage liability.
Umbrella: $4 million aggregate, $4 million per occurrence.
Workers' Compensation: as required by statute.

Upon the written request of Customer, Ultimate Software shall name the Customer as an additional insured under such policies, and shall provide Customer with a certificate evidencing the above insurance coverage.

11

**Notices**

Notices will be effective when received in writing at the following addresses:

| | |
|---|---|
| The Ultimate Software Group, Inc. | The Standard Register Company |
| 2000 Ultimate Way | 600 Albany Street |
| Weston, Fl 33326 | Dayton, Ohio 45417 |
| Attn: General Counsel | Attn: Contract Administration |
| Fax (954) 656-1006 | |

**Status of Ultimate Software as Independent Contractor**

Ultimate Software shall devote such time and effort to the performance of the Services it deems necessary to satisfactorily complete the Services. Ultimate Software shall be an independent contractor in the performance of this Agreement and shall not be deemed an employee or agent of Customer for any purpose whatsoever.

Neither party shall have power to act as an agent of the other or bind the other in any respect.

**Workplace**

If Ultimate Software is requested by Customer to provide Services on Customer's premises, Customer agrees to provide Ultimate Software personnel a safe workplace whose standards are consistent with that of its own employees.  Customer also agrees to provide reasonable access to its key personnel necessary for Ultimate Software to perform the Services. Ultimate Software personnel will observe all safety and other applicable rules in effect at such workplace, provided that reasonable notice of the rules has been supplied to Ultimate Software and such personnel.

In order to allow Ultimate Software to perform its obligations, Customer will be responsible for ensuring that its facilities are accessible and supported during normal business hours, Customer's equipment is operational for the purposes of meeting the obligations contained within this Agreement, and Ultimate Software personnel are provided with Customer workstations that have access to such Equipment, Log-on ID's, disk space, printer access, phones and sufficient work space during the Activation phase of the project.  For purposes of this Agreement, equipment ("Equipment") shall mean any computer hardware or third party software necessary to properly run the UltiPro Software Modules.

EXHIBIT C

## SaaS SERVICE MODEL AGREEMENT
### DEFINITIONS

<u>Available</u> – access to the SaaS Site servers and the UltiPro Software application as needed and to provide the Services, with support personnel being available as stated under the UltiPro Product Support Services section above, provided that CUSTOMER supplies the communication connectivity to the Internet.

<u>Compensated Employees</u> – persons receiving a check, advice of deposit or otherwise compensated by the Customer or any of its Affiliates using the UltiPro software. Each person will be counted only one time in each month regardless of the number of checks, advices of deposit or other compensation received by that person in that month.

<u>Effective Date</u> – the date as denoted on Page 1, Section 2 of the SaaS Service Model Agreement.

<u>First Live Payroll Date</u> – the first date the UltiPro Core Application has been made available for Customer's use and successfully tested and reasonably accepted by Customer, and when payroll processing commences for a Compensated Employee to receive a check, advice of deposit or other compensation from the UltiPro software or the UltiPro Software is used for human resource recordkeeping for an HR Only Employee.

<u>HR Only Employees</u> – all persons that do not have a terminated status in the UltiPro Software and are not Compensated Employees.

<u>Initial Term</u> – thirty six (36) months from the First Live Payroll Date.

<u>Renewal Term</u> – twelve (12) months from the expiration of the Initial or Renewal Terms.

<u>Performance Management Live Date</u> – the date when the Performance Management application has been made available for CUSTOMER'S use and input of data, and successfully tested and reasonably accepted by Customer.

<u>SaaS Services (also referred to as Services)</u> – consist of providing the necessary network infrastructure, computer hardware, third party software, database administration and other services described in this Agreement and connectivity point at the SaaS Site.

<u>SaaS Site</u> – Location for the necessary software and hardware to provide the SaaS services.

<u>Compensation Management Live Date</u> – the date when the Compensation Management application has been made available for CUSTOMER'S use and input of data, and successfully tested and reasonably accepted by Customer.

<u>Service Availability</u> – means the total Up-Time Minutes divided by the total minutes during the calendar month less any regularly scheduled maintenance and application enhancement downtime.

<u>Succession Management Live Date</u> – the date when the Succession Management application has been made available for CUSTOMER'S use and input of data, and successfully tested and reasonably accepted by Customer.

<u>Terminated Web Employees</u> – persons with a status of terminated who have access to the UltiPro Portal at any time during a month.

<u>UltiPro Product Support Services</u> – entitles the CUSTOMER to ongoing customer phone, fax and modem support as needed between normal business hours (8:30AM to 5:30PM CUSTOMER'S Local Time - Monday through Friday) and includes periodic enhancements and modifications to the Software furnished by Ultimate Software, as well as federal, state and local tax updates.

<u>UltiPro Time Management Live Date</u> – the date when the UltiPro Time Management application has been made available for CUSTOMER'S use and input of data, and successfully tested and reasonably accepted by CUSTOMER.

13

## EXHIBIT D

### Payment Services Responsibilities

**Ultimate Software Responsibilities: During the term of this Agreement, Ultimate Software shall:**

1.  Prepare, deposit and file CUSTOMER's payroll taxes for those federal, state and local jurisdictions listed by CUSTOMER on the Company Profile Report (provided with the standard company set up package) and any updates provided to Ultimate Software by the CUSTOMER.

2.  Prepare a quarterly tax statement for each Federal Employer Identification Number (FEIN). This statement will include a summary of tax liabilities reported throughout the quarter, account reconciliation and printed returns filed at quarter end.

3.  Provide CUSTOMER with a Tax Representative

4.  Answer tax agency correspondence for tax deposits and returns filed by Ultimate Software

5.  File amended returns as required for returns processed by UltiPro Tax Filing Services

6.  Provide W2 agency filings

7.  **Investment of Funds:**
    Ultimate Software has the obligation to pay CUSTOMER'S tax liabilities and Wage Attachments (to the extent that CUSTOMER has deposited funds with Ultimate Software). The funds held by Ultimate Software will be segregated from other funds of Ultimate Software, but may be commingled with funds of other tax filing customers. Ultimate Software will be entitled to receive all net income generated on any funds held pursuant hereto. Notwithstanding the foregoing, Ultimate Software will be fully responsible and liable for any loss, misappropriation or misallocation of CUSTOMER'S funds to which Ultimate Software gains access or possession pursuant to this Agreement, and shall indemnify and hold CUSTOMER harmless from and against all costs, expenses and losses arising from any such loss, misappropriation or misallocation.

8.  **Wage Attachments:**
    Ultimate Software will prepare and deposit Customer's Wage Attachment Liabilities for those federal, state and local payment processing units and any individual third party to which an employee of Customer owes a debt and has agreed or is compelled by appropriate governmental authority to resolve via attachment of employee's wages. Ultimate Software will make available a report of wage attachment activity to Customer summarizing funds collection and disbursement transactions completed. Ultimate Software is not obligated to commence providing Wage Attachment Payment Services until Ultimate Software has received all information necessary to disburse Wage Attachment Liabilities.

    Ultimate Software is not responsible for providing additional administrative services, including, but not limited to agency research, account reconciliation, wage attachment data input and adjustments. Customer is solely responsible for the setup for the Wage Attachments in the UltiPro Software in accordance with the UltiPro OnLine Documentation and Ultimate Software is not responsible for same.

    Ultimate Software is not responsible for any pre-existing errors or similar matters arising prior to commencement of these services by Ultimate Software or for any errors that may occur in the event that Ultimate Software is not provided with the necessary or accurate information by the Customer.

9.  **Reporting for Cash Collection:**
    One business day prior to the applicable check date, Ultimate Software shall make available payment service data to CUSTOMER which is applicable to any given payroll closed within the defined parameters as set forth herein, to allow CUSTOMER to generate reports based on such data at the open of normal business hours.

**CUSTOMER responsibilities: During the term of this Agreement CUSTOMER shall:**

1.  **Data remittance**
    Customer will provide the Tax Filing Service Export file to Ultimate Software before 12:00 noon (Customer's local time), no less than two (2) business days prior to the applicable check date(s). Customer acknowledges that the data and all information from the completed payroll from UltiPro will be the basis for the Tax Filing Services as provided for herein. Both Parties agree that Ultimate Software will have the right to inspect electronically or otherwise the software masterfile(s) database of the CUSTOMER to review and export data on an as needed basis in order to prepare quarterly or annual tax filings for CUSTOMER.

14

2.    **Funds collection**

One (1) business day prior to the payroll check date(s) for tax liabilities not requiring a "next day" payment date, Ultimate Software will ACH Debit the Customer's designated bank account for the total tax liabilities and wage attachments associated with the given pay period. For any tax liability within a given pay period requiring a "next day" payment, Ultimate Software will reverse wire the Customer's designated bank account for the total tax liabilities associated with the payroll.

At the times specified above, Ultimate Software will collect funds to cover the total payroll tax liability (to include any applicable penalties and interest etc.) of CUSTOMER. Ultimate Software will direct the transfer of funds from CUSTOMER'S designated bank account to Ultimate Software's account by electronic funds transfer. CUSTOMER agrees to maintain good and sufficient collected funds in the CUSTOMER'S designated bank account to cover all funding transactions to be made under this Exhibit. In the event CUSTOMER fails to maintain such good and sufficient collected funds, Ultimate Software may terminate performance of the Tax Payment Services only upon notice to CUSTOMER and charge CUSTOMER for any applicable fees, penalties and interest; provided, however, any termination of performance by Ultimate Software hereunder shall be subject to CUSTOMER'S right to cure any breach giving rise to such termination right as provided in the Term and Termination section of the Agreement of which this Exhibit comprises a part.

3.    **Record of Tax Disbursement and Wage Attachments:**
Ultimate Software will not be liable for any invalidity or inaccuracy caused by CUSTOMER unless CUSTOMER so notified Ultimate Software within one (1) business day of Customer's completion of payroll for the applicable check date or within ten (10) days of Ultimate Software's provision of the quarterly records from Ultimate Software. Upon Ultimate Software making available to CUSTOMER any and all records of tax disbursements prepared and Wage Attachments by Ultimate Software pursuant to this Agreement, CUSTOMER will examine them for their validity and accuracy according to CUSTOMER'S records. CUSTOMER will immediately notify Ultimate Software of any inaccuracies.

The specific record retention schedules established by governmental entities applicable to CUSTOMER are the responsibility of CUSTOMER and are not affected by this Agreement. Ultimate Software has no responsibility or liability for maintaining or retaining said records for CUSTOMER.

CUSTOMER agrees to timely execute any and all reasonable and necessary documents presented by Ultimate Software in order to effectuate carrying out the Payment Services provided for in this Exhibit D. Ultimate Software in its discretion may terminate this Payment Services Exhibit only in the event CUSTOMER fails to execute such when requested by Ultimate Software. Prior to termination, Ultimate Software shall provide ten (10) business days advanced written notice and Customer shall have the opportunity to cure same during that ten (10) business day period.

CUSTOMER agrees that it will timely respond to any and all requests made by Ultimate Software. Ultimate Software may amend or update the terms of this Exhibit only as mandated by any governmental agency or taxing authority provided same does not adversely impact CUSTOMER's normal business operations and in such an event, then CUSTOMER shall have the option to reject any proposed change, in good faith, within thirty (30) days of its receipt of Ultimate Software's written notice of such change upon prior written notice to Ultimate Software, and upon such rejection Ultimate Software shall have the option to not make said change or terminate this Payment Services Exhibit only.

Customer agrees to cooperate and diligently perform its responsibilities as set forth in this Exhibit and acknowledges that failure to do so may result in additional fees or costs to Customer. Ultimate Software shall provide Customer with ten (10) days advanced written notice of its intent to charge such additional fees and/or costs, and Customer shall have the opportunity to cure same during such ten (10) day period.

4.    **Tax Information Acknowledgment:**

As required by the Internal Revenue Service, the following information must be disclosed to taxpayers that utilize a third party to perform tax filing services on its behalf:

Customer acknowledges that it is responsible for the timely filing of employment tax returns and the timely payment of employment taxes for its employees, notwithstanding, that Customer has authorized Ultimate Software to file the returns and make the payments on its behalf.

The Internal Revenue Service recommends enrollment in the U.S. Treasury Department's Electronic Federal Tax Payment System (EFTPS) to monitor your account and ensure that timely tax payments are being made. Enrollment in the EFTPS may be done online at www.eftps.gov, or call (800) 555-4477 for an enrollment form. State tax authorities generally offer similar means to verify tax payments. Contact the appropriate state offices directly for details.

<u>EXHIBIT E</u>

**UltiPro Testing Services**

A. **General.**

   a.   CUSTOMER, as part of this Agreement, has elected to have Ultimate Software provide certain UltiPro Testing Services for those Software Modules/Features as set forth in Section 3A except for Payment Services, VPN, SQL Tools and Federated SSO, as applicable.

B. **Testing Environment Services.**

   a.   **Description of Services.**

      i.   Ultimate Software will provide sufficient data center space, electrical capacity, computer hardware, technical support labor resources, UltiPro Software Module release versions (i.e., current release and minus-one release), and Internet connectivity to implement the Test Environment.

      ii.   Ultimate Software will provide the Test Environment at Ultimate Software's SaaS Site.

   b.   **Test Environment.**

      i.   This entitles CUSTOMER to unlimited use of the Services for the entire Initial Term or in any Renewal Term of the Agreement.

      ii.   "Restores" and "Refreshes" are hereby defined as the initial and/or subsequent loading of CUSTOMER's data from CUSTOMER's production environment to CUSTOMER's Test Environment. For the purpose of this Agreement, Restores and Refreshes will be considered synonymous.

      iii.   CUSTOMER will receive up to a maximum of six (6) Restores to the Test Environment per twelve (12) month period ("Test Period") commencing on the First Live Payroll Date. Any additional Restores in the same Test Period will be performed at a rate of $500 per Restore, which shall be due and billed as incurred.

      iv.   Ultimate Software requires a minimum of five (5) business days advanced notice to complete CUSTOMER's request for a Restore. Such requests for Restores are to be processed by CUSTOMER through an UltiPro Support Center Request.

      v.   Customer acknowledges that the Test Environment, while functionally the same as the production environment is not scaled for, nor designed to replicate a fully operational production environment.

   c.   **Ultimate Software Responsibilities.**

      i.   Provide sufficient computer hardware and access to CUSTOMER's Test Environment so as to allow CUSTOMER to run the UltiPro Software Modules as set forth in **Section 3A.**

      ii.   Provide sufficient network infrastructure and security to accommodate the Test Environment.

      iii.   Provide a maximum of five (5) Backoffice Citrix connections per each one thousand (1,000) of CUSTOMER's Compensated Employees.

      iv.   Based on CUSTOMER requirements at any time, maintain the Test Environment at either the same version of software as the Production Environment—or at the release just previous to CUSTOMER's production version—or in some cases at the next (target) release for CUSTOMER's Production Environment.

      v.   Restore CUSTOMER production backups to the proper Test Environment.

      vi.   Assign roles and password protection to all Backoffice users identified by CUSTOMER as having the authority to access the Test Environment.

   d.   **CUSTOMER Responsibilities.**

      i.   Identify the key contact personnel who will be responsible for scheduling and coordinating all activities related to the implementation and ongoing maintenance of the Test Environment.

      ii.   Provide Ultimate Software with a list of users/roles that will need access to the Test Environment.

16

      iii.      Provide Ultimate Software with the date of the desired backup to be restored, not to exceed four (4) weeks prior to the date of CUSTOMER's Restore request.

      iv.      Maintain Internet connectivity to access Ultimate Software's SaaS Site.

e.    **Other Related Items.**

      i.      Ultimate Software's Product Support business hours related to the Testing Environment Services are the same as the UltiPro standard Product Support business hours for Ultimate Software's SaaS Site.  These hours are from 8:30 AM to 5:30 PM CUSTOMER's Local Time.

# EXHIBIT F

**Ultimate Software Travel and Expense Policy**

In the event services are scheduled pursuant to this Agreement and Customer cancels or postpones same on less than five business days notice, Ultimate at its discretion, invoice Customer for committed days of service ($1500 per day) plus any out of pocket expenses incurred.

The following are the standards set by Ultimate Software for consultant travel and expenses:

| | |
|---|---|
| Actual Costs: | All travel and living expenses are billed for the actual costs incurred. Receipts are retained at Ultimate Software for expenses above $25. |
| Airfare: | Airfare is the cost of one round trip coach fare. |
| Lodging: | Lodging is acquired near the Customer's offices at a price consistent with rates for the area. Consultants use the Customer's corporate rate at designated hotels whenever possible. |
| Laundry: | Customer is billed for laundry expenses based on actual cost up to a maximum of $20 per week when a consultant is required to stay more than five consecutive days on site. |
| Car Rental: | Car rental is for a four-door compact or mid-sized car. Consultants attempt to share transportation if possible. Consultants use Customer's preferred rental company and corporate rate. |
| Taxis/Trains: | Customer is billed for the cost of taxi, bus, shuttle, or train fare to the Customer's offices. Consultants attempt to use the most cost and time effective means for commuting to the Customer's site. |
| Parking/Tolls: | Customer is billed for the cost of parking and tolls associated with transportation to the Customer's site, as well as airport parking and mileage to and from the airport. |
| Mileage: | Mileage is billed at the standard rate as published by the IRS according to the following rules: |

| | | |
|---|---|---|
| | Out-of-Town: | The round trip distance from the consultant's home to the airport. |
| | Local: | The lesser of the round trip distance from the Ultimate Software office to the Customer site or the round trip distance from the consultant's home to the Customer site. |

| | |
|---|---|
| Postage/Out-of-Pocket Expenses: | Customers will be rebilled for any postage, courier, overnight delivery, and other reasonable out-of-pocket expenses incurred in the production of Customer-related work. |

18

## EXHIBIT G

### UltiPro Federated Single Sign On Services (SSO)

**Description of Services:**  Ultimate Software offers a Federated Single Sign On (SSO) solution for our hosted/saas clients.  This service will provide the ability to leverage CUSTOMER's corporate Active Directory domain credentials to access the UltiPro Web portal.  This service offering will utilize Microsoft's Active Directory Federated Services (ADFS that provides Web single-sign-on technologies to authenticate a user to multiple Web applications over a single online session by securely sharing a digital identity across security and enterprise boundaries. The UltiPro SSO solution helps administrators manage federated identity management challenges by making it possible to securely share use's identity information via federation trusts over the Internet.

**Ultimate Software Responsibilities:**
- Maintain, monitor and administer Ultimate Software's ADFS infrastructure.
- Upgrade the ADFS infrastructure as needed to stay current with Microsoft releases
- Set up, configure and maintain Active Directory trust policies and certificates
- Provide secure user access to and other industry-standard security protections for Ultimate Software hosted applications.

**CUSTOMER Responsibilities:**

- Purchase, install, configure, maintain and monitor at least two servers to be the Proxy and the Federation Servers located at CUSTOMER site
- Upgrade CUSTOMER site ADFS infrastructure as needed to stay current with Microsoft releases
- Purchase, configure and maintain Windows R2 Enterprise edition operating systems for Federation and Proxy servers
- Configure all necessary ports and firewall rules at CUSTOMER site to allow communication to Ultimate Software
- Purchase and maintain the necessary certificates
- Maintain and administer local Active Directory users
- Identify which of the following 3 scenarios will be implemented:
  - Login to CUSTOMER Windows Domain and then open UltiPro in a browser *without being re-challenged*
  - Login to CUSTOMER Windows Domain and then open UltiPro in a browser and *be re-challenged* to enter your Windows Domain credentials again
  - Open UltiPro in a browser *directly from home* or from a machine that is not logged into CUSTOMER domain and enter your Windows Domain credentials again to access UltiPro

Customer Support hours related to this Service are the same as the UltiPro standard Product Support business hours;  Monday – Friday 8:30AM – 5:30PM, CUSTOMER's local time

19

## EXHIBIT H

### Ultimate Activation – Standard Register

By design, Ultimate Software's standard activation methodology provides proven and repeatable processes that enable project teams to measure progress and results, offers a solid knowledge transfer from Ultimate Software to the customer, and is supported with standard tools and a proven training path that deliver successful UltiPro activation. Ultimate Software partners with the customer throughout the activation process, performing tasks such as a business requirements analysis, system configuration, unit testing, functional testing, two parallel testing cycles, production support, post-live support and project management.

With Ultimate Activation, Ultimate Software uses its proven methodology to provide training and activation services to deploy the product(s) as contracted in the SaaS Model Agreement. Services will be delivered as listed in this document.

Ultimate Activation includes:

- Configuration of features/functionality for the products contracted in the SaaS Model Agreement.
- Customer training via any public class offering – offered throughout the life of the UltiPro solution – to allow knowledge transfer and maximize the value of the contracted SaaS offering.
- "Standard Interface" development – Configuration and scheduling of standard interfaces as defined in the *Ultimate Activation Guidelines/Assumptions* section of this document.
- Data conversion – Conversion of the customer's current and historical data as defined in the *Ultimate Activation Guidelines/Assumptions* section of this document.
- Business Intelligence orientation – Review of the delivered UltiPro Business Intelligence solution and creation of a business intelligence roadmap. The business intelligence roadmap includes a training plan for the customer's personnel, definition of customer business intelligence roles, and definition of the customer's list of required reports and strategic business intelligence initiatives.

### Roles and Responsibilities

Ultimate Activation assumes customer participation throughout the activation process as defined in the *Roles and Responsibilities* and *Resources Allocation* sections of this document. Ultimate Software and the customer's roles and responsibilities are defined below.

Please note that Ultimate Software provides training services during each phase of the activation as needed. The customer is expected to attend appropriate training during the activation process. To maximize the value of UltiPro, standard training services are included throughout the life of the UltiPro solution.

### Ultimate Software Responsibilities

(b) **Project Management**
- Provide project management services that provide a framework for project planning, communications, reporting procedural and contractual activity.
- Manage the project tasks, Ultimate Software project resources, budget, and deliverables.
- Create weekly status reports and facilitate weekly status calls.
- Resolve project issues.
- Provide client communications and general project-related management activities.

### Planning and Analysis Phase

- Provide access to the product(s) as contracted in the SaaS Model Agreement.
- Facilitate the kick-off meeting and analysis meetings and provide the customer with a project scope and project plan with the summary of the analysis.
- Assist in defining necessary customer resources and a training plan as part of the project plan.
- Define project success criteria with the customer.
- Deliver business intelligence orientation.

### Configuration Phase

- Share configuration responsibilities with customer.
- Create standard interfaces as defined in the *Ultimate Activation Guidelines/Assumptions* section of this document.

### Data Conversion Phase

- Share data mapping process with customer.
- Convert customer data from Ultimate Software's conversion table formats.

20

<u>Testing Phase</u>

- Perform unit and functional testing with customer.
- Perform parallel and/or pilot testing with customer.

<u>Production and Transition Phase</u>

- Provide production support and post-live support for transition to Ultimate Software's customer support team.

- Perform project wrap-up activities, including, closing open issues and determining the outcome of the project success criteria.

### Customer Responsibilities

<u>Project Management</u>

- Manage the project: scope, resources, budget, deliverables, and milestones.
- Coordinate all customer deliverables to ensure they are being met per the project timeline.
- Create, manage, and deploy all roll-out activities (change management) to managers and employees.

<u>Planning and Analysis Phase</u>

- Define project success criteria with Ultimate Software.
- Gather all available policy and procedure documentation as well as complete customer analysis.
- Attend recommended training courses.
- Attend and participate in the kick-off meeting and analysis meetings.
- Define the expected solution business processes and business rules for all employee groups.
- Facilitate rapid review, feedback, and signoff on all project documentation.

<u>Configuration Phase</u>

- Share configuration responsibilities with Ultimate Software.
- Supply the required IT or technical support required for system integration and data conversion.

<u>Data Conversion Phase</u>

- Extract, validate, and provide source data for production processing in Ultimate Software approved conversion table formats
- Provide data translations and field mapping defaults for all required fields.
- Review and approve data mapping with Ultimate Software.
- Review and approve converted data.

<u>Testing Phase</u>

- Perform unit and functional testing with Ultimate Software.
- Perform parallel and/or pilot testing with Ultimate Software.

<u>Production Phase</u>

- Assure that adequate end-user training has been completed before the start of production operations.
- Share project wrap-up activities, including reviewing and finalizing the open issues list, reviewing project acceptance criteria, and performing a project rating.

<u>Resource Allocation</u>
Resource allocation and commitment are key drivers for successful activation.
**Ultimate Software Resources – Typical Resource Allocation to Project**
**Project Manager** – The project manager is responsible for managing all aspects of the activation project as it pertains to resources, costs, timeline, and project success. His or her involvement varies from project to project based upon the customer requirements and complexities. The analysis process and project plan will define the level of effort for this resource on the project. He or she may spend up to 1 day per week working on your project. This work primarily is performed remotely.

**UltiPro System Consultant** – The system consultant is the primary Ultimate Software representative assigned to your activation. His or her involvement varies from project to project based upon the customer requirements and complexities. The analysis process and project plan will define the level of effort for this resource on the project. He or she is the project functional expert and may spend up to 3 days per week working on your project. This work is performed both on-site and remotely.

**UltiPro Time Management Consultant** – The time management system consultant is the primary Ultimate Software representative assigned to your activation to assist with the activation of the UltiPro time solution. His or her involvement varies from project to project based upon the customer requirements and complexities. The analysis process and project plan will define the level of effort for this resource on the project.

**UltiPro Talent Management System Consultant** – The talent management system consultant is the primary Ultimate Software representative assigned to your activation to assist with the activation of the UltiPro Talent Management Suite. . His or her involvement varies from project to project based upon the customer requirements and complexities. The analysis process and project plan will define the level of effort for this resource on the project.

**Data Conversion Consultant** – This consultant provides data conversion product and subject matter expertise to the project teams. His or her involvement varies from project to project based upon the type of data being converted and the complexity of the conversion. This work is performed remotely.

**Interface Consultant** – The interface consultant provides integration expertise and creates the interfaces. His or her involvement varies from project to project based upon the number and complexity of the integrations required. This work is performed remotely.

**Customer Resources – Average Resource Allocation for Typical Project\***

**Executive Sponsor** – The executive sponsor provides executive-level support to the project team. His or her primary responsibility is to define and endorse project success criteria and ensure that the needs of the project team are well represented and met by the steering committee. This role has minimal involvement in the project.

**Project Manager** – The project manager channels the team's activities toward application configuration and executing the activation project. He or she also is responsible for internal project communications. This role has heavy involvement throughout the activation project.

**Human Resources Specialist** – The HR specialist is the customer's primary HR representative and designated decision maker in the area of HR. This role has heavy involvement during the analysis and testing phases of the project, and medium involvement during the configuration phase.

**Payroll Specialist** – The payroll specialist is the customer's primary payroll representative and designated decision maker in the area of payroll. This role has heavy involvement during the analysis and testing phases of the project, and medium involvement during the configuration phase.

**Benefits Specialist** – The benefits specialist is the customer's primary benefits representative and designated decision maker in the area of benefits. This role has a medium involvement during the analysis, configuration and testing phases of the project.

**System Administrator** – The system administrator is the customer's primary resource for system configuration, system knowledge, and application security. This role has medium to heavy involvement throughout the activation project.

**Technical Resource** – The technical resource is involved with the customer's data conversion and interfaces to internal applications. This role has medium involvement during the analysis, configuration and testing phases of the project.

**Other Subject Matter Experts** – Other subject matter experts become involved with the project as needed. Areas of involvement may include, but are not limited to, recruiting, training, compensation, and time and attendance.

\*These are best practice recommendations. Resource allocation may vary based upon project timeline and complexity.

**Ultimate Activation Guidelines/Assumptions**

- Customer will exercise services within the defined services period. The typical activation period for UltiPro HCM is 6 months. Except as otherwise provided in this Exhibit or Agreement of which this Exhibit comprises a part, all Ultimate Activation services end when the agreed upon scope of services is completed or expire 9 months after the effective date of the SaaS Model Agreement, whichever comes first. For avoidance of doubt, it is understood and agreed that all training needed by Customer throughout the initial and all renewal terms of the Agreement will be provided free of charge by Ultimate Software for the training as set forth in Section 4F of the Agreement. If additional services are required, they will be contracted separately.

- The typical activation period for Talent Management (UltiPro Performance Management, UltiPro Succession Management, and UltiPro Compensation Management) is 2 months. All Ultimate Activation services end when the agreed upon scope of services is completed or expire 4 months after Talent Management Kick-Off meeting.

- The typical activation period for UltiPro Time Management is 4 months. All Ultimate Activation services end when the agreed upon scope of services is completed or expire 6 months after Time Management Kick-Off meeting.

- Customer will complete tasks as indicated in the roles and responsibilities of this document and as assigned in the final project plan by mutually agreed upon due dates.

22

- This quote does not include any customization. A customization is defined as any system change that extends the application beyond what is provided by the delivered software and non-standard interfaces. Additional fees will apply if a customization is required. **Please note annual maintenance fees apply to all customizations. These fees are typically 15% of the cost of the customization.
- Customer will provide source data suitable data for production processing in Ultimate Software approved conversion table formats. The data converted must map to existing UltiPro tables.
- Standard interfaces are defined as interfaces to the following system types or vendors:
  - Banking (ACH/Positive Pay/EFT-CAN)
  - State New Hire Report
  - Oracle General Ledger Export
  - ADP Timeclock Import Export
  - ADP Employee Demographic Export
  - Oracle Timeclock Import Export
  - Oracle Employee Demographic Export
  - Synergy Commission/Draw Import
  - Concur Earnings Import
  - Equifax Export (The Work Number and Unemployment Cost Management)
  - Active Directory with Federated Single Sign-On
  - Employee Benefit Providers (bi-directional, if needed, for setup of new benefits or communication of benefit changes to benefit providers)
    - Anthem
    - Kaiser (CA)
    - Kaiser (HI)
    - Benefit Wallet (Mellon Bank)
    - Anthem/Conexis
    - MetLife
    - Magellon
    - Health Advocate
    - Fidelity 401(k)
- The following services are not included in the standard activation services. Additional consulting fees will apply if these services are needed:
  - Creation of customizations not otherwise included in the services listed above.
  - Creation of any BI-content (i.e. reports, alerts, dashboards)
  - Creation of additional standard interfaces and creation of non-standard interfaces (import/export) including but not limited to web services integrations.

**Optional Services Not Included in Activation Services Fees:**

| | |
|---|---|
| Taleo Employee Import | $30,400.00 |
| Concur Employee Demographic Export | $8,600.00 |
| Learn.com Employee Demographic Export | $4,600.00 |
| Learn.com Training Results Import | $3,000.00 |
| Kaiser CA - Zip Code Eligibility Custom* | $25,000.00 |

If customer chooses to pursue these services, the customer will authorize a change order before any work is performed.

*Additional analysis to determine final fixed fees.

23

<u>EXHIBIT I</u>

Business Intelligence (BI) Reporting Tools

UltiPro Business Intelligence with Cognos 8 provides a broad range of reporting and analytical capabilities.  The purpose of this document is to describe of the capabilities and licensing associated with Cognos 8 so that new customers can better understand who in their organization will benefit from using the various components.

<u>What is UltiPro Business Intelligence with Cognos 8?</u>
UltiPro Business Intelligence (UltiPro BI) is an integrated Cognos-based solution for the creation and management of reporting and analytical content.  The fully integrated portal and authoring interfaces are accessed directly from within the UltiPro application.

<u>Accessing UltiPro BI</u>
UltiPro Business Intelligence (UltiPro BI) is accessed from the Business Intelligence menu in the UltiPro application.

*Figure 1. UltiPro BI accessed from within the UltiPro application*



24

The UltiPro Business Intelligence Portal

All BI authoring capabilities and related content and are managed in a portal within the UltiPro application. The portal allows you organize reports and other content using folders. A number of delivered reports and folders are available out of the box. Users can create and secure their own additional folders to organize items as needed. Organizations can designate an **UltiPro Portal Administrator** to manage visibility of UltiPro delivered BI content, and secure customer-created content for other users. Organizations can select an **UltiPro Security Administrator** to manage all of their BI users in the Cognos Administration interface and control what BI capabilities users have access to.

Licensed authors can access the available studios to begin creating their own reports. Portal tabs can be used to customize ways of displaying content and create dashboards.

Users must have at least an **UltiPro Consumer license** to access the UltiPro BI portal and view or run reports.

*Figure 2: The UltiPro BI Portal showing a list of delivered reports*

<u>Reports in UltiPro BI</u>
Users can manage reports to run on demand or view saved copies.  Users can also control execution schedules, report formats, and delivery options such as email.  A number of previous versions of reports are maintained as well for easy access over time.

Users must have at least an **UltiPro Consumer license** to access the UltiPro BI portal and run reports.

*Figure 3: A schedule is being created for a report.*



**What capabilities are available in UltiPro BI?**

UltiPro BI provides three studios for creating content and one studio for creating agents for alerts and notifications.

Query Studio

This streamlined user interface provides users a way to quickly create ad hoc queries and simple reports with minimal effort.

Target audience:

This studio is intended for authors needing to create quick lists and crosstabs so they can address basic reporting needs.

Licensing:

This studio requires **UltiPro Query User** as a minimum, but is also available to users who are members of the **UltiPro Author** or **UltiPro Report Administrator** roles.

Features:

- Quickly create lists and crosstabs (matrix like displays)
- Group, sort, and filter data
- Graph and chart results
- Insert calculations into results
- Highlight exceptional data based on thresholds
- Output to Excel, PDF, HTML, XML, and CSV

*Figure 4: A view of Query Studio showing headcount across jobs and companies*

Report Studio
This advanced user interface provides users a way to design more complex reports with greater control over the report layout and objects.

Target audience:
This studio is intended for experienced authors needing to create reports to meet more advanced requirements and business cases.

Licensing:
This studio requires **UltiPro Author** as a minimum, but is also available to members of the **UltiPro Report Administrator** role.

Features:
- A broader range of features and functionality compared to Query Studio
- Access to property sheets to control properties for all objects, such as size, color, and layout placement
- Customize color palettes, axis labels, and other properties for charts
- Create page sets for reports requiring multiple page layouts
- Easily create table of contents, summary pages, and embedded page links
- Incorporate HTML objects into reports
- Output to Excel, PDF, HTML, XML, and CSV

*Figure 5: A view of Report Studio showing the design of a turnover report*



28

Analysis Studio
This user interface provides analytically oriented users a way to interact with information to uncover trends and patterns in the data.

Target audience:
This studio is intended for authors needing to perform in-depth analysis on sets of data.

Licensing:
This studio requires **UltiPro Analysis User** as a minimum, but is also available to members of the **UltiPro Report Administrator** role.

Features:
- Uses measures and dimensions to create an analytical view of information
- Slice and dice data to discover how data aggregates or breaks down
- Create calculations on result sets
- Quickly perform Top N and Bottom N types of analysis
- Graph results to visualize trends
- Easily add results to Report Studio reports
- Output to Excel, PDF, HTML, XML, and CSV

*Figure 6: A view of Analysis Studio showing compensation analysis by gender*



Event Studio
This user interface provides authors an easy way to create agents to monitor data-driven events so certain tasks can be performed that compliment the use of UltiPro Business Intelligence.

Target audience:
This studio is intended for authors needing to monitor critical or key data elements to in order to alert recipients as needed.

Licensing:
This studio requires **UltiPro Event Author** as a minimum, but is also available to members of the **UltiPro Report Administrator** role.

Features:
- Agents execute expressions to monitor data values
- Results are recorded for all records meeting the expression criteria
- Tasks can be performed on the resulting records such as

29

o  Email information to other users
o  Execute a report or email a report because of changes in data
   (Note: Event Studio is not required to email a report in general)

*Figure 7: A view of Event Studio showing an alert for employees without a valid SSN*



### How are these capabilities licensed?

A Cognos 8 bundle is packaged with a set number of licenses for the roles associated with the user types of Administrator, Author, and Consumer. The following table shows the user type and license role required for the capabilities described previously.

| User Type | UltiPro BI Cognos 8 Role | Can do the following... |
|---|---|---|
| Administrator | UltiPro Security Administrator | • Access Cognos Administration interface<br>• Assign memberships to business intelligence groups and roles |
| Administrator | UltiPro Portal Administrator | • View delivered BI content<br>• Assign permissions to content for other users |
| Administrator | UltiPro Report Administrator | • View and execute reports<br>• Administer BI content<br>• Receive Event Studio alerts<br>• Use Query Studio<br>• Use Report Studio<br>• Use Analysis Studio<br>• Use Event Studio |
| Author | UltiPro Query User | • View and execute reports<br>• Receive Event Studio alerts<br>• Use Query Studio |
| Author | UltiPro Author | • View and execute reports<br>• Receive Event Studio alerts<br>• Use Report Studio<br>• Use Query Studio |
| Consumer | UltiPro Consumer | • View and execute reports<br>• Receive Event Studio alerts |

30

<u>EXHIBIT J</u>

<u>Functionality Description Document</u>

**UltiPro Portal**—acts as a central gateway to business activities, keeps everyone in your organization connected, and empowers your people to operate at peak efficiency. Roles-based access provides HR/payroll, financial departments, managers, executives, and more with the critical information and tools needed to manage staff, perform routine business activities, and stay on top business trends. Employees can access their own pay, benefits, and HR details, get questions answered, and complete routine updates instantly—from one central location.

**Human Resources**—tracks all HR-related information, including employment history, performance, job and salary information, career development, and health and wellness programs; records key information for government compliance and reporting, including COBRA, HIPAA certificates, OSHA and workers' compensation, FMLA tracking, and EEO compliance.

**Benefits Administration**—enables you to match the health, welfare, dental, vision, and other benefits that you offer your people, set up and administer benefits plans, and allow employees to check benefits options and coverage from the UltiPro portal.

**Open Enrollment**—allows employees to review benefit choices and make selections from the UltiPro portal. Benefits administrators enjoy easy setup of enrollment sessions, including the flexibility to customize Web pages, and tools to monitor enrollment progress.

**Life Events**—allows employees to make their own updates to benefits and personal information, online. Guides employees through all the steps of making life event changes, such as getting married, having a baby, or moving—with no paperwork or calls to HR.

**Payroll Administration**—handles complex payroll-related computations including wage calculations such as average pay rates for overtime calculations, shift premiums, garnishments, and levy calculations; enables central payroll department or remote offices to process payroll in a few easy steps—including calculating pay (gross-to-net), generating NACHA files, checks, and direct deposit advises, generating an off-cycle check, voiding a payment, and tracking the progress of the payroll.

**Tax Compliance**—delivers all federal, state, and local tax updates (through seasonal releases) as part of the core solution. Helps you handle tax compliance and computations, including multi-state taxing rules and reciprocity, as well as taxation wage accumulation and withholding requirements.

**Tax Filing**—guards your business against filing errors by transferring responsibility for remitting tax files and payments to Ultimate Software. Allows you to meet federal, state, and local payroll tax filing obligations and includes multi-worksite reporting.

**Wage Attachment Disbursement**—streamlines and manages the payment process for third-party payments on behalf of their employees for items such as child support, tax levies, and creditor garnishments. Data is entered and calculated in UltiPro. Payments are made according to the appropriate payment method and reaches required destination within the designated timeframe.

**UltiPro Business Intelligence**—provides immediate access to key workforce metrics through the UltiPro portal. Line managers to executives can pull data across your UltiPro solution -- HR, payroll, benefits administration and enrollment, compensation, compliance, year-end, and more -- to create, modify, and distribute workforce-related reports and notifications. Custom reports and on-the-fly query tools make it easy to analyze and share data. Delivered workforce analytics on topics such as compensation, turnover, and overtime allow strategic evaluation of every aspect of your workforce.

**Standard Reporting**—enables authorized managers or HR/ payroll staff to quickly run hundreds of standard HR and payroll reports, including upcoming performance reviews, headcount reports, average salary reports, government compliance reports, general ledger reporting, and other commonly needed HR/payroll reports.

**UltiPro Mobile**—delivers the most meaningful information and tools, all on your employees' preferred devices — enabling your people to get their jobs done quickly and easily.

31

**Web Services**—facilitates HCM data sharing by providing a safe and efficient way to connect UltiPro with other key areas of your business. Using open, standards-based application programming interfaces (APIs), Web Services allows you to easily exchange trusted, real-time workforce data where and when you need it.

**Enterprise Integration Tools**—provides the ability to interface with third-party applications and providers such as general ledger, tax filing services, your company's bank, 401(k) and benefit providers, unemployment management service, and more.

**UltiPro Data Exchange Services (UDES)**—provides a secure method by which files to move files between the Ultimate Software Data Center and your company and/or the location of third party vendor(s). UDES will provide secure and reliable data transfers over a SFTP connection. The SFTP transmission is encrypted. However, the file is not encrypted while it exists on the server. UltiPro File Encryption Services are not included in the UDES offering, but can be purchased separately so that both the file and the transmission will be encrypted.

### System Administration—including:

- **Configuration options** that enhance usability and allow you to customize the look and content of the UltiPro portal.

- **Role-based security** protects the privacy of workforce data by defining system access based on an individual's role within the organization. Employees see only information that is appropriate to their role (or multiple roles).

- **Built-in conditional workflow** makes business process changes more efficient. Select the level of approvals required (unlimited) for each type of change and designate the approvers—by individual or role. Business processes and approval path(s) are determined at runtime depending on the conditions specified in the data submitted.

- **Flexible business rules** that can be updated by authorized HR/payroll staff and system administrators right from the UltiPro portal, including rules such as your company's jobs, organization levels, deduction/benefit plans, loan types, paid-time-off plans, and more.

- **A content management tool** allows you to quickly and easily create portal content—including text, links to Web sites and e-mail addresses, files, images, and more. A built-in editor allows content to be formatted easily and automatically translated into HTML for portal display.

### Compensation Management -

UltiPro Compensation Management can help you improve business performance with easy-to-use solutions that help you make meaningful compensation decisions for your employees.

Ensure employees understand their compensation and have visibility into the factors that drive it (i.e.: Salary, bonus, stock, etc)

Enable managers to make informed compensation decisions based on talent insight and the use of analysis tools

Align employee compensation with corporate objectives while staying within budget and guidelines

Provide simple and efficient processes for employees and managers, requiring minimum intervention from HR teams

Gain rich insight into compensation trends and metrics with UltiPro's robust business intelligence and delivered reports

**Performance Management**—helps transform tedious, once-a-year performance reviews into an ongoing, collaborative evaluation process that benefits everyone in your company. You can create employee development plans, assess performance against measurable objectives, effectively plan for future management needs, identify high-performing employees for key positions, and create an environment that maximizes talent and rewards your top performers.

**Succession Management**—helps you create an executable plan for professional growth and career advancement for all employees within your organization. The solution provides you with the ability to engage with your employees to define their career paths and ensure they develop the skills, knowledge, and other talent factors necessary for personal growth and contribution to your company's success.

**Time Management**—delivers the functionality to efficiently manage employee time and attendance throughout your organization. Web access to real-time employee time and labor information allows you to proactively prevent issues that negatively impact business performance, such as employee coverage gaps, labor law violations, and excess labor spending. Fully integrated scheduling, time and attendance, and leave management capabilities reduce payroll expenditures and streamline payroll and workforce management processes.

**Federated Single Sign-On**—provides Web single-sign-on (SSO) technology to authenticate a user to multiple Web applications over a single online session by securely sharing a digital identity across security and enterprise boundaries.

### ADDENDUM TO THE ULTIMATE SOFTWARE GROUP, INC.
### SaaS MODEL AGREEMENT

This Addendum is entered into this 26th day of February, 2015 ("Effective Date"), by and between The Ultimate Software Group, Inc. (hereafter "Ultimate Software") and The Standard Register Company (hereafter "CUSTOMER").

WHEREAS, Ultimate Software and CUSTOMER entered into The Ultimate Software Group, Inc., SaaS Model Agreement with an effective date of June 25, 2014 (hereinafter "SaaS Agreement").

WHEREAS, the parties have agreed to amend the SaaS Agreement as follows:

1. CUSTOMER desires to terminate using the UltiPro Federated Single Sign On Services only and such termination shall be effective as of the Effective Date of this Addendum. As a result, commencing on the Effective Date of this Addendum, CUSTOMER is relieved of its obligations regarding the purchase of UltiPro Federated Single Sign On Services and Ultimate Software shall have no further obligation to CUSTOMER regarding or relating to the UltiPro Federated Single Sign On Services and is released from any obligations or claims regarding same.

2. All other terms and conditions of the SaaS Agreement including, but not limited to those for payments of any other fees, shall not change and are hereby reaffirmed by the parties.

The Standard Register Company                  The Ultimate Software Group, Inc.

By: _Marta S. Sullivan_                        By: _Robert Manne_

Print Name: _MARTA A. SULLIVAN_                Print Name: _ROBERT MANNE_

Title: _VP, HUMAN RESOURCES_                   Title: _VICE PRESIDENT_

Date: _3-2-15_                                 Date: _4/16/15_

# EXHIBIT "B"

STA1016 - RECON 4-29-15.xlsx

## The Standard Register Company

| Inv Date | Inv Amt | Amt Paid | Amt Credited | Amt Open |
|----------|---------|----------|--------------|----------|
| 9/29/14 | $ 854.22 | $ - | | $ 854.22 |
| 10/31/14 | $ 443.54 | $ - | | $ 443.54 |
| 11/29/14 | $ 863.88 | $ - | | $ 863.88 |
| 11/30/14 | $ 1,666.67 | $ - | | $ 1,666.67 |
| 12/31/14 | $ 250.00 | $ - | | $ 250.00 |
| 1/30/15 | $ 2,304.95 | $ - | | $ 2,304.95 |
| 1/31/15 | $ 8,383.59 | $ - | | $ 8,383.59 |
| 2/27/15 | $ 742.80 | $ - | | $ 742.80 |
| 2/28/15 | $ 1,666.66 | | | $ 1,666.66 |
| 2/28/15 | $ 89,577.15 | $ 70,360.23 | | $ 19,216.92 |
| 3/31/15 | $ 1,666.67 | $ 1,058.42 | | $ 608.25 |
| 4/30/15 | $ 332.50 | $ - | | $ 332.50 |
| 4/30/15 | $ 902.50 | $ - | | $ 902.50 |
| 4/30/15 | $ 1,000.00 | $ - | | $ 1,000.00 |
| | $ 110,655.13 | $ 70,360.23 | | $ 39,236.48 |