IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE STANDARD REGISTER COMPANY, *et al.*, | ) ) ) | Case No. 15-10541 (BLS) |
| | ) | Jointly Administered |
| Debtors. | ) ) | |
| | ) | **Re: Docket Nos. 23, 286, and 307** |

## OBJECTION OF DOMTAR INDUSTRIES LLC TO CURE AMOUNT LISTED IN THE NOTICE OF (I) ENTRY INTO STALKING HORSE AGREEMENT AND (II) POTENTIAL ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS

Domtar Industries LLC ("Domtar") hereby files this objection (this "Objection") to the cure amount listed in the Notice of (I) Entry into Stalking Horse Agreement and (II) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially all of the Debtors' Assets filed on April 17, 2015 [Docket No. 307] (the "Notice"), and in support thereof states as follows:

### BACKGROUND

1. This case was commenced by the filing of voluntary chapter 11 cases by the Debtors on March 12, 2015 (the "Petition Date").

2. On April 17, 2015, the Debtors filed the Notice.

3. On April 27, 2015, the Debtors filed a first amendment to the Notice [Docket No. 356] (the "Amended Notice"); however, the changes to the Notice made in the Amended Notice are not relevant to Domtar.

4. The entity "Domtar Industries Inc." is listed on page 29 of Exhibit 1 to the Notice as being the Contract Counterparty to an "Electronic Data Interchange Agreement"

with an unspecified one of the Debtors, and the Debtors list the Proposed Cure Amount for this contract as being $143,068.21 (the "Domtar Cure Amount").

5. On the Petition Date, Domtar was owed by the Debtors a total amount of not less than $716,575.94.

6. The executory contract alleged between the Debtors and "Domtar Industries Inc." is only cursorily described in the Notice. On information and belief, Domtar believes that the Domtar Cure Amount is intended by the Debtors to be a statement of all amounts owing on the Petition Date by the Debtors to Domtar.

7. Domtar objects to the Notice on grounds that the Domtar Cure Amount substantially understates the amount necessary to cure the defaults existing on the Petition Date, which amount Domtar believes to be not less than $716,575.94, and thus the Notice does not comply with the cure requirements of 11 § U.S.C. 365(b)(1)(A).

8. Domtar further objects to the Notice on grounds that the Debtors have not provided to Domtar adequate assurance of future performance by the assignee of the executory contract as required by 11 § U.S.C. 365(b)(1)(C).

WHEREFORE, for the reasons set forth above, Domtar objects to the Notice and requests that the Debtors amend the Notice to show the accurate cure amount for Domtar's executory contract and that the Debtors provide to Domtar adequate assurance of future performance by the assignee of the executory contract.

Dated this 7th day of May, 2015.

                Respectfully Submitted,

                PACHULSKI STANG ZIEHL & JONES LLP

                /s/ Bradford J. Sandler
                Bradford J. Sandler (DE Bar No. 4142)
                919 North Market Street, 17th Floor
                Wilmington, DE  19899
                Telephone:  302-652-4100
                Facsimile:  302-652-4400
                bsandler@pszjlaw.com

                *Counsel to Domtar Industries LLC*