IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE STANDARD REGISTER COMPANY, *et al.*, | ) ) ) | Case No. 15-10541 (BLS) |
| | ) | Jointly Administered |
| Debtors. | ) ) ) | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing **OBJECTION OF DOMTAR INDUSTRIES LLC TO CURE AMOUNT LISTED IN THE NOTICE OF (I) ENTRY INTO STALKING HORSE AGREEMENT AND (II) POTENTIAL ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS** has been duly served by placing a true and correct copy thereof in envelopes and depositing the same with an overnight courier in in Wilmington, DE, addressed to the following persons, and by the Court's CM/ECF system on all other parties entitled to notice.

Gibson, Dunn & Crutcher LLP
Barbara Becker, Esquire
Michael A. Rosenthal, Esquire
200 Park Avenue
New York, NY 10166

Parker, Hudson, Rainer & Dobbs LLP
Edward Dobbs, Esquire
James S. Rankin, Jr., Esquire
1500 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, Georgia 30303

Young Conaway Stargatt & Taylor, LLP
Michael R. Nestor, Esquire
Rodney Square
1000 North King Street
Wilmington, DE 19801

Richard Layton & Finger
Mark D. Collins, Esquire
One Rodney Square
920 North King Street
Wilmington, Delaware 19801

Skadden, Arps, Slate, Meagher & Flom LLP
Ron Meisler, Esquire
Christopher Dressel, Esquire
155 N. Wacker Drive
Chicago, IL 60606

Lowenstein Sandler LLP
Sharon L. Levine, Esquire
Wojciech Jung, Esquire
1251 Avenue of the Americas
New York, NY 10020

Under penalty of perjury, I certify the foregoing to be true and correct.

Dated this 7th day of May, 2015.

/s/ Bradford J. Sandler
Bradford J. Sandler