# EXHIBIT A

**SUMMARY OF UNPAID INVOICES**

| Invoice No. | Invoice Date | P.O. No. | Invoice Amt. |
|---|---|---|---|
| SR0115 | 1/15/2015 | 0000009781 | $231,320.51 |
| SR0215 | 2/13/2015 | 0000009781 | $224,709.96 |
| SR0315 | 3/16/2015 | 0000009781 | $231,294.25 |
| SR0415A | 4/10/2015 | 0000009781 | $68,014.56 |
| **Sub-Total** | **Applications/Mainframe** | | **$755,339.28** |
| SR0215L1 | 2/13/2015 | 0000010148 | $12,920.00 |
| SR0415L1 | 4/10/2015 | 0000010148 | $10,792.00 |
| **Sub-Total** | **Billable Project Hours** | | **$23,712.00** |
| H150106011 | 1/10/2015 | 0063000300 | $9,720.21 |
| H150205011 | 2/10/2015 | 0063000300 | $9,721.51 |
| H150305011 | 3/10/2015 | 0063000300 | $9,721.54 |
| H150406011A | 4/10/2015 | 0063000300 | $3,763.45 |
| **Sub-Total** | **Cloud Services** | | **$32,926.71** |
| **GRAND TOTAL** | | | **$811,977.99** |



# I N V O I C E

CSC  Corporate Headquarters
3170 Fairview Park Drive
Falls Church, VA 22042
Deborah Bronson
(860) 425-6215

Invoice Number:  SR0115
Invoice Date:    1/15/2015

**To:**  Attn: Bobbi Shreve
Standard Register
600 Albany Street
Dayton,  OH  45417-3405

**Remit To:**
CSC - Americas Outsourcing
Lockbox # 52298
P.O. Box 8500
Philadelphia, PA 19178

| **TERMS:**   Due 45 Days Upon Receipt of Invoice | **P.O. # 0000009781** | |
|---|---|---|
| **Standard Register Outsourcing Services for the Period covering December 2014** | | |
| Applications Baseline | | $41,787.25 |
| **Mainframe Charges:** | | |
| Basic Mainframe Charge | | $163,845.19 |
| SRC Charge Code:  SRC01-82500-10-2255 | | |
| Baseline GB's Transferred | $14,127.77 | |
| Baseline DASD | $2,878.11 | |
| SRC Charge Code:  SRC01-82500-10-2255 | | |
| ARC/RRC DASD | $563.95 | |
| ARC/RRC GBs Transferred | $8,118.25 | |
| **Total Mainframe ARC/RCCs** | | $25,688.07 |
| **Mainframe Sub Total** | | $189,533.26 |
| SRC Charge Code:  SRC01-82580-10-2255 | | |
| | | |
| **TOTAL TECHNICAL OPERATIONS** | | **$231,320.51** |

Late Charges of 1% Per Month Will Be Charged To
Invoices Not Paid By the Due Date.

**ORIGINAL**



# I N V O I C E

CSC  Corporate Headquarters
3170 Fairview Park Drive
Falls Church, VA 22042
Deborah Bronson
(860) 425-6215

Invoice Number:  SR0215
Invoice Date:    2/13/2015

**To:**  Attn: Bobbi Shreve
        Standard Register
        600 Albany Street
        Dayton, OH 45417-3405

**Remit To:**  CSC - Americas Outsourcing
              Lockbox # 52298
              P.O. Box 8500
              Philadelphia, PA 19178

| TERMS:   Due 45 Days Upon Receipt of Invoice | P.O. # 0000009781 | |
|---|---|---|
| **Standard Register Outsourcing Services for the Period covering January 2015** | | |
| Applications Baseline | | $41,787.25 |
| **Mainframe Charges:** | | |
| Basic Mainframe Charge | | $163,845.19 |
| SRC Charge Code:  SRC01-82500-10-2255 | | |
| Baseline GB's Transferred | $14,127.77 | |
| Baseline DASD | $2,878.11 | |
| SRC Charge Code:  SRC01-82500-10-2255 | | |
| ARC/RRC DASD | $558.23 | |
| ARC/RRC GBs Transferred | $1,513.40 | |
| **Total Mainframe ARC/RCCs** | | $19,077.52 |
| **Mainframe Sub Total** | | $182,922.71 |
| SRC Charge Code:  SRC01-82580-10-2255 | | |
| **TOTAL TECHNICAL OPERATIONS** | | **$224,709.96** |

Late Charges of 1% Per Month Will Be Charged To
Invoices Not Paid By the Due Date.

## ORIGINAL



# I N V O I C E

CSC  Corporate Headquarters
3170 Fairview Park Drive
Falls Church, VA 22042
Deborah Bronson
(860) 425-6215

Invoice Number:  SR0315
Invoice Date:    3/16/2015

**To:**   Attn: Bobbi Shreve          **Remit To:**     CSC - Americas Outsourcing
          Standard Register                            Lockbox # 52298
          600 Albany Street                            P.O. Box 8500
          Dayton,  OH  45417-3405                      Philadelphia, PA 19178

| **TERMS:**   Due 45 Days Upon Receipt of Invoice | **P.O. # 0000009781** | |
|---|---|---|
| **Standard Register Outsourcing Services for the Period covering February 2015** | | |
| Applications Baseline | | $41,787.25 |
| **Mainframe Charges:** | | |
| Basic Mainframe Charge | | $163,845.19 |
| SRC Charge Code:  SRC01-82500-10-2255 | | |
| Baseline GB's Transferred | $14,127.77 | |
| Baseline DASD | $2,878.11 | |
| SRC Charge Code:  SRC01-82500-10-2255 | | |
| ARC/RRC DASD | $549.43 | |
| ARC/RRC GBs Transferred | $8,106.50 | |
| **Total Mainframe ARC/RCCs** | | $25,661.81 |
| **Mainframe Sub Total** | | $189,507.00 |
| SRC Charge Code:  SRC01-82580-10-2255 | | |
| **TOTAL TECHNICAL OPERATIONS** | | **$231,294.25** |

Late Charges of 1% Per Month Will Be Charged To
Invoices Not Paid By the Due Date.

## ORIGINAL



I N V O I C E

CSC  Corporate Headquarters
3170 Fairview Park Drive
Falls Church, VA 22042          Invoice Number:  SR0415A
Deborah Bronson                 Invoice Date:    4/10/2015
(860) 425-6215

**To:**  Attn: Bobbi Shreve        **Remit To:**    CSC - Americas Outsourcing
Standard Register                        Lockbox # 52298
600 Albany Street                        P.O. Box 8500
Dayton, OH  45417-3405                   Philadelphia, PA 19178

| TERMS:    Due 45 Days Upon Receipt of Invoice | P.O. # 0000009781 | |
|---|---|---|
| **Standard Register Outsourcing Services for the Period covering February 28th through March 12th, 2015** | | |
| **Invoiced amounts are prorated from 35 days of March 2015 fiscal period** | | |
| Prorated Applications Baseline | | $15,520.89 |
| **Mainframe Charges:** | | |
| Prorated Basic Mainframe Charge SRC Charge Code:  SRC01-82500-10-2255 | | $43,230.57 |
| Prorated Baseline GB's Transferred | $6,629.69 | |
| Prorated Baseline DASD SRC Charge Code:  SRC01-82500-10-2255 | $645.97 | |
| Prorated ARC/RRC DASD | $193.08 | |
| Prorated ARC/RRC GBs Transferred | $1,794.36 | |
| **Total Prorated Mainframe ARC/RCCs** | | $9,263.10 |
| **Prorated Mainframe Sub Total** | | $52,493.67 |
| SRC Charge Code:  SRC01-82580-10-2255 | | |
| **TOTAL TECHNICAL OPERATIONS** | | **$68,014.56** |

Late Charges of 1% Per Month Will Be Charged To
Invoices Not Paid By the Due Date.

**ORIGINAL**



# I N V O I C E

CSC  Corporate Headquarters
3170 Fairview Park Drive
Falls Church, VA 22042
Deborah Bronson
(860) 425-6215

Invoice Number:  SR0215L1
Invoice Date:    2/13/2015

**To:**  Attn: Bobbi Shreve
Standard Register
600 Albany Street
Dayton, OH  45417-3405

**Remit To:**   CSC - Americas Outsourcing
Lockbox # 52298
P.O. Box 8500
Philadelphia, PA 19178

| TERMS:   Due 45 Days Upon Receipt of Invoice | PO # 0000010148 |
|---|---|

**STANDARD REGISTER BILLABLE PROJECT HOURS**
**Period from November through December 2014**

**November 2014**

| Project | Billable hours | Rate | Amount |
|---|---|---|---|
| Plant Additions - Cranbury, Grove City and Stanfast LA | 24.0 | $76.00 | $1,824.00 |
| Livermore Plan addition support | 24.0 | $76.00 | $1,824.00 |
| Migration of HoD users to new version | **18** | $76.00 | $1,368.00 |
| Global Storage order purge | 4.0 | $76.00 | $304.00 |
| Invoice print files | 8.0 | $76.00 | $608.00 |
| **Subtotal** | **78.0** | | **$5,928.00** |

**December 2014**

| Project | Billable hours | Rate | Amount |
|---|---|---|---|
| Plant Additions - Cranbury, Grove City and Stanfast LA | 20.0 | $76.00 | $1,520.00 |
| Plant Additions - Cranbury, Grove City and Stanfast LA | 20.0 | $76.00 | $1,520.00 |
| Migration of HoD users to new version | 52.0 | $76.00 | $3,952.00 |
| **Subtotal** | **92.0** | | **$6,992.00** |
| | | | |
| **Total billable hours** | **170.0** | **$76.00** | **$12,920.00** |

| TOTAL INVOICE DUE: | | | $12,920.00 |
|---|---|---|---|

Late Charges of 1% Per Month Will Be Charged To
Invoices Not Paid By the Due Date.

**ORIGINAL**



I N V O I C E

CSC  Corporate Headquarters
3170 Fairview Park Drive
Falls Church, VA 22042                          Invoice Number:  SR0415L1
Deborah Bronson                                 Invoice Date:    4/10/2015
(860) 425-6215

**To:**  Standard Register          **Remit To:**      CSC - Americas Outsourcing
600 Albany Street                              Lockbox # 52298
Dayton,  OH  45417-3405                         P.O. Box 8500
Philadelphia, PA 19178

| **TERMS:**    Due 45 Days Upon Receipt of Invoice | **PO # 0000010148** |
|---|---|

**STANDARD REGISTER BILLABLE PROJECT HOURS**
**Period from January through March 12th 2015**

**January 2015**

| Project | Billable hours | Rate | Amount |
|---|---|---|---|
| Invoice Print Project | 8.0 | $76.00 | $608.00 |
| HoD Migration | 58.0 | $76.00 | $4,408.00 |
| Plant addition | 16.0 | $76.00 | $1,216.00 |
| **Subtotal** | **82.0** | | **$6,232.00** |

**Ferbuary 2015**

| Project | Billable hours | Rate | Amount |
|---|---|---|---|
| HoD Migration | 40.0 | $76.00 | $3,040.00 |
| Plant addition | 8.0 | $76.00 | $608.00 |
| **Subtotal** | **48.0** | | **$3,648.00** |

**March 2015 (until 12th)**

| Project | Billable hours | Rate | Amount |
|---|---|---|---|
| HoD Migration | 12.0 | $76.00 | $912.00 |
| **Subtotal** | **12.0** | | **$912.00** |

| **Total billable hours** | **142.0** | **$76.00** | **$10,792.00** |
|---|---|---|---|

| **TOTAL INVOICE DUE:** | | | **$10,792.00** |
|---|---|---|---|

Late Charges of 1% Per Month Will Be Charged To
Invoices Not Paid By the Due Date.

**ORIGINAL**



# Invoice

**Invoice Date: 01/10/2015**                                                    **Invoice: H150106011**

Payment Due 30 days from Invoice Date

**Account Number: C76228A**
**PO Number: 0063000300**                                        **Check Remittance Address:**
                                                                       Wells Fargo Bank, N. A.
**The Standard Register Company**                         Computer Sciences Corporation
600 Albany Street                                                  Attn:  Lockbox # 52298
DAYTON, OH  45408                                             P.O.  Box 8500
                                                                       Philadelphia, PA 19178

                                                                       **Wire Transfer Information:**
                                                                       Wells Fargo Bank, N. A.
**Inquiries/Customer Service:**                               ABA # 121000248
1-877-366-3345                                              Attn: Computer Sciences Corporation
cscmanagedhosting@csc.com                              Acct # 2000010397329

## Invoice Summary

| | |
|---|---|
| **Total New Charges (including Adjustments)** | **$9,720.21** |
| **Adjustments** | **$0.00** |
| **Total New Charges** | **$9,720.21** |
| Non-recurring Charges | $0.00 |
| Recurring Charges | $9,080.76 |
| Usage Charges | $4.73 |
| Taxes | $634.72 |

## New Charges Detail by Service

| | |
|---|---|
| Hosting Services | $159.17 |
| Managed Security Services | $0.00 |
| Network Services | $0.00 |
| Remote Access Services | $0.00 |
| Cloud Services | $9,561.04 |
| Telecom Expense Management Services | $0.00 |

**\*\*\* Please see additional tabs for more details.**



# Invoice

**Invoice Date: 02/10/2015**                                         **Invoice: H150205011**

Payment Due 30 days from Invoice Date

**Account Number: C76228A**
**PO Number: 0063000300**                                           **Check Remittance Address:**
                                                                    Wells Fargo Bank, N. A.
**The Standard Register Company**                                   Computer Sciences Corporation
600 Albany Street                                                   Attn:  Lockbox # 52298
DAYTON, OH  45408                                                   P.O.  Box 8500
                                                                    Philadelphia, PA 19178

                                                                    **Wire Transfer Information:**
                                                                    Wells Fargo Bank, N. A.
**Inquiries/Customer Service:**                                     ABA # 121000248
1-877-366-3345                                                      Attn: Computer Sciences Corporation
cscmanagedhosting@csc.com                                           Acct # 2000010397329

## Invoice Summary

| | |
|---|---|
| **Total New Charges (including Adjustments)** | **$9,721.51** |
| **Adjustments** | **$0.00** |
| **Total New Charges** | **$9,721.51** |
| Non-recurring Charges | $0.00 |
| Recurring Charges | $9,080.76 |
| Usage Charges | $6.03 |
| Taxes | $634.72 |

## New Charges Detail by Service

| | |
|---|---|
| Hosting Services | $160.47 |
| Managed Security Services | $0.00 |
| Network Services | $0.00 |
| Remote Access Services | $0.00 |
| Cloud Services | $9,561.04 |
| Telecom Expense Management Services | $0.00 |

**\*\*\* Please see additional tabs for more details.**



# Invoice

**Invoice Date: 03/10/2015**                                          **Invoice: H150305011**

Payment Due 30 days from Invoice Date

**Account Number: C76228A**
**PO Number: 0063000300**                                    **Check Remittance Address:**
                                                             Wells Fargo Bank, N. A.
**The Standard Register Company**                            Computer Sciences Corporation
600 Albany Street                                            Attn: Lockbox # 52298
DAYTON, OH 45408                                             P.O. Box 8500
                                                             Philadelphia, PA 19178

                                                             **Wire Transfer Information:**
                                                             Wells Fargo Bank, N. A.
**Inquiries/Customer Service:**                              ABA # 121000248
1-877-366-3345                                               Attn: Computer Sciences Corporation
cscmanagedhosting@csc.com                                    Acct # 2000010397329

## Invoice Summary

| | |
|---|---|
| **Total New Charges (including Adjustments)** | **$9,721.54** |
| **Adjustments** | **$0.00** |
| **Total New Charges** | **$9,080.76** |
| Non-recurring Charges | $0.00 |
| Recurring Charges | $9,080.76 |
| Usage Charges | $6.06 |
| Taxes | $634.72 |

## New Charges Detail by Service

| | |
|---|---|
| Hosting Services | $160.50 |
| Managed Security Services | $0.00 |
| Network Services | $0.00 |
| Remote Access Services | $0.00 |
| Cloud Services | $9,561.04 |
| Telecom Expense Management Services | $0.00 |

**\*\*\* Please see additional tabs for more details.**



# Invoice

**Invoice Date: 04/10/2015**                                    **Invoice: H150406011A**

Payment Due 30 days from Invoice Date

**Account Number: C76228A**
**PO Number: 0063000300**                                    **Check Remittance Address:**
                                                              Wells Fargo Bank, N. A.
**The Standard Register Company**                             Computer Sciences Corporation
600 Albany Street                                             Attn:  Lockbox # 52298
DAYTON, OH  45408                                             P.O.  Box 8500
                                                              Philadelphia, PA 19178

                                                              **Wire Transfer Information:**
                                                              Wells Fargo Bank, N. A.
**Inquiries/Customer Service:**                               ABA # 121000248
1-877-366-3345                                                Attn: Computer Sciences Corporation
cscmanagedhosting@csc.com                                     Acct # 2000010397329

## Invoice Summary

| | |
|---|---|
| **Total New Charges (including Adjustments)** | **$3,763.45** |
| **Adjustments** | **$0.00** |
| **Total New Charges** | **$3,763.45** |
| Non-recurring Charges | $0.00 |
| Recurring Charges | $3,515.13 |
| Usage Charges | $2.62 |
| Taxes | $245.70 |

## New Charges Detail by Service

| | |
|---|---|
| Hosting Services | $62.40 |
| Managed Security Services | $0.00 |
| Network Services | $0.00 |
| Remote Access Services | $0.00 |
| Cloud Services | $3,701.05 |
| Telecom Expense Management Services | $0.00 |

**\*\*\* Please see additional tabs for more details.**