# Exhibit A

| Bill To Number | Location Name | Transaction | Amount | Days Late | Invoice Date | Due Date | Purchase Order | Sales Order |
|---|---|---|---|---|---|---|---|---|
| 216300 | STANDARD REG CO - FAYETTEVILLE | C8081459 | $ (725.00) | | 7/29/2014 | 7/29/2014 | 720467 | |
| 216300 | STANDARD REG CO - FAYETTEVILLE | C8081457 | $ (4,213.18) | | 7/29/2014 | 7/29/2014 | 720467 | |
| 243180 | STANDARD REG CO - RADCLIFF | C8085213 | $ (1,401.32) | | 3/3/2015 | 3/3/2015 | 7635820 | |
| 261750 | STANDARD REG CO - TAMPA | C8085715 | $ (9,925.25) | | 3/30/2015 | 3/30/2015 | 1834494 | |
| 261750 | STANDARD REG CO - TAMPA | C8086016 | $ (3,659.56) | | 4/15/2015 | 4/15/2015 | 1835261 | |
| 261750 | STANDARD REG CO - TAMPA | C8085796 | $ (1,819.30) | | 4/3/2015 | 4/3/2015 | 1835261 | |
| 242990 | WORKFLOWONE LLC - GOSHEN | 83642597 | $ 11,878.12 | 52 | 1/27/2015 | 3/13/2015 | 1401305 | 7081409 |
| 242990 | WORKFLOWONE LLC - GOSHEN | 83645118 | $ 3,575.56 | 50 | 1/29/2015 | 3/15/2015 | 1401295 | 7080242 |
| 242990 | WORKFLOWONE LLC - GOSHEN | 83644741 | $ 711.69 | 50 | 1/29/2015 | 3/15/2015 | 1401326 | 7084205 |
| 242990 | WORKFLOWONE LLC - GOSHEN | 83645177 | $ 1,390.75 | 50 | 1/29/2015 | 3/15/2015 | 1401312 | 7083306 |
| 242990 | WORKFLOWONE LLC - GOSHEN | 83646745 | $ 596.07 | 49 | 1/30/2015 | 3/16/2015 | 1401310 | 7081719 |
| 243180 | STANDARD REG CO - RADCLIFF | 83650071 | $ 1,032.52 | 45 | 2/3/2015 | 3/20/2015 | 7635932 | 7087968 |
| 243180 | STANDARD REG CO - RADCLIFF | 83650383 | $ 3,189.25 | 45 | 2/3/2015 | 3/20/2015 | 7635935 | 7087975 |
| 242990 | WORKFLOWONE LLC - GOSHEN | 83649487 | $ 6,927.47 | 45 | 2/3/2015 | 3/20/2015 | 1401347 | 7086720 |
| 242990 | WORKFLOWONE LLC - GOSHEN | 83649868 | $ 6,075.74 | 45 | 2/3/2015 | 3/20/2015 | 1401319 | 7083663 |
| 242990 | WORKFLOWONE LLC - GOSHEN | 83650411 | $ 2,802.74 | 45 | 2/3/2015 | 3/20/2015 | 1401342 | 7085541 |
| 242990 | WORKFLOWONE LLC - GOSHEN | 83649488 | $ 1,966.83 | 45 | 2/3/2015 | 3/20/2015 | 1401348 | 7086721 |
| 242990 | WORKFLOWONE LLC - GOSHEN | 83649981 | $ 6,246.72 | 45 | 2/3/2015 | 3/20/2015 | 1401346 | 7086719 |
| 242990 | WORKFLOWONE LLC - GOSHEN | 83649980 | $ 7,456.80 | 45 | 2/3/2015 | 3/20/2015 | 1401338 | 7084671 |
| 242990 | WORKFLOWONE LLC - GOSHEN | 83651036 | $ 4,193.29 | 44 | 2/4/2015 | 3/21/2015 | 1401358 | 7087982 |
| 243180 | STANDARD REG CO - RADCLIFF | 83653144 | $ 394.36 | 43 | 2/5/2015 | 3/22/2015 | 7635948 | 7088883 |
| 243180 | STANDARD REG CO - RADCLIFF | 83653143 | $ 1,817.25 | 43 | 2/5/2015 | 3/22/2015 | 7635924 | 7086922 |
| 243180 | STANDARD REG CO - RADCLIFF | 83653142 | $ 3,360.26 | 43 | 2/5/2015 | 3/22/2015 | 7635917 | 7085984 |
| 243180 | STANDARD REG CO - RADCLIFF | 83653145 | $ 4,833.68 | 43 | 2/5/2015 | 3/22/2015 | 7635950 | 7088893 |
| 243180 | STANDARD REG CO - RADCLIFF | 83653122 | $ 33,063.20 | 43 | 2/5/2015 | 3/22/2015 | 7635916 | 7085877 |
| 243180 | STANDARD REG CO - RADCLIFF | 83653556 | $ 833.52 | 43 | 2/5/2015 | 3/22/2015 | 7635940 | 7088719 |
| 243180 | STANDARD REG CO - RADCLIFF | 83652622 | $ 1,768.94 | 43 | 2/5/2015 | 3/22/2015 | 7635933 | 7087962 |
| 242990 | WORKFLOWONE LLC - GOSHEN | 83653715 | $ 1,052.97 | 43 | 2/5/2015 | 3/22/2015 | 1401345 | 7088805 |
| 242990 | WORKFLOWONE LLC - GOSHEN | 83653716 | $ 3,196.85 | 43 | 2/5/2015 | 3/22/2015 | 1401354 | 7088979 |
| 242990 | WORKFLOWONE LLC - GOSHEN | 83652950 | $ 1,974.94 | 43 | 2/5/2015 | 3/22/2015 | 1401339 | 7084670 |
| 242990 | WORKFLOWONE LLC - GOSHEN | 83653717 | $ 954.90 | 43 | 2/5/2015 | 3/22/2015 | 1401355 | 7088980 |
| 203100 | STANDARD REG CO - YORK | 83653254 | $ 168.41 | 44 | 2/5/2015 | 3/22/2015 | 654977 | 7088563 |
| 203100 | STANDARD REG CO - YORK | 83653255 | $ 511.91 | 44 | 2/5/2015 | 3/22/2015 | 654978 | 7088567 |
| 243180 | STANDARD REG CO - RADCLIFF | 83654329 | $ 269.18 | 42 | 2/6/2015 | 3/23/2015 | 7635933 | 7087962 |
| 243180 | STANDARD REG CO - RADCLIFF | 83655017 | $ 18,104.05 | 42 | 2/6/2015 | 3/23/2015 | 7635962 | 7089920 |
| 243180 | STANDARD REG CO - RADCLIFF | 83655018 | $ 731.18 | 42 | 2/6/2015 | 3/23/2015 | 7635977 | 7091339 |
| 243180 | STANDARD REG CO - RADCLIFF | 83656264 | $ 1,690.68 | 39 | 2/9/2015 | 3/26/2015 | 7635984 | 7092245 |
| 243180 | STANDARD REG CO - RADCLIFF | 83656755 | $ 7,226.99 | 39 | 2/9/2015 | 3/26/2015 | 7635962 | 7089920 |
| 243180 | STANDARD REG CO - RADCLIFF | 83656198 | $ 19,187.13 | 39 | 2/9/2015 | 3/26/2015 | 7635951 | 7088899 |
| 243180 | STANDARD REG CO - RADCLIFF | 83656754 | $ 3,796.96 | 39 | 2/9/2015 | 3/26/2015 | 7635955 | 7088964 |
| 243180 | STANDARD REG CO - RADCLIFF | 83659438 | $ 2,206.51 | 37 | 2/11/2015 | 3/28/2015 | 7635999 | 7093019 |
| 243180 | STANDARD REG CO - RADCLIFF | 83659436 | $ 879.75 | 37 | 2/11/2015 | 3/28/2015 | 7635980 | 7092049 |
| 243180 | STANDARD REG CO - RADCLIFF | 83663265 | $ 5,020.32 | 32 | 2/16/2015 | 4/2/2015 | 7636026 | 7095486 |
| 243180 | STANDARD REG CO - RADCLIFF | 83663590 | $ 11,519.35 | 32 | 2/16/2015 | 4/2/2015 | 7635987 | 7092556 |
| 243180 | STANDARD REG CO - RADCLIFF | 83664095 | $ 655.14 | 32 | 2/16/2015 | 4/2/2015 | 7636035 | 7096672 |
| 261750 | STANDARD REG CO - TAMPA | 83663679 | $ 351.13 | 32 | 2/16/2015 | 4/2/2015 | 1835378 | 7089902 |
| 261750 | STANDARD REG CO - TAMPA | 83663222 | $ 8,058.79 | 32 | 2/16/2015 | 4/2/2015 | 1835205 | 7068051 |
| 261750 | STANDARD REG CO - TAMPA | 83663637 | $ 1,282.71 | 32 | 2/16/2015 | 4/2/2015 | 1835372 | 7089025 |
| 261750 | STANDARD REG CO - TAMPA | 83663226 | $ 33,735.61 | 32 | 2/16/2015 | 4/2/2015 | 1835432 | 7096508 |
| 261750 | STANDARD REG CO - TAMPA | 83663178 | $ 887.70 | 32 | 2/16/2015 | 4/2/2015 | 1835422 | 7096221 |
| 261750 | STANDARD REG CO - TAMPA | 83663346 | $ 809.53 | 32 | 2/16/2015 | 4/2/2015 | 1835419 | 7095423 |
| 261750 | STANDARD REG CO - TAMPA | 83663223 | $ 12,144.48 | 32 | 2/16/2015 | 4/2/2015 | 1835356 | 7087675 |
| 242990 | WORKFLOWONE LLC - GOSHEN | 83663277 | $ 1,533.08 | 32 | 2/16/2015 | 4/2/2015 | 1401411 | 7096755 |
| 242990 | WORKFLOWONE LLC - GOSHEN | 83663276 | $ 1,485.53 | 32 | 2/16/2015 | 4/2/2015 | 1401410 | 7096754 |
| 216300 | STANDARD REG CO - FAYETTEVILLE | 83663077 | $ 28,017.23 | 33 | 2/16/2015 | 4/2/2015 | 720653 | 7068429 |
| 243180 | STANDARD REG CO - RADCLIFF | 83664701 | $ 21,161.63 | 31 | 2/17/2015 | 4/3/2015 | 7635996 | 7092751 |
| 243180 | STANDARD REG CO - RADCLIFF | 83664700 | $ 16,424.59 | 31 | 2/17/2015 | 4/3/2015 | 7635953 | 7088936 |
| 261750 | STANDARD REG CO - TAMPA | 83664810 | $ 2,822.52 | 31 | 2/17/2015 | 4/3/2015 | 1835420 | 7095421 |
| 261750 | STANDARD REG CO - TAMPA | 83665181 | $ 1,180.37 | 31 | 2/17/2015 | 4/3/2015 | 1835422 | 7096221 |
| 261750 | STANDARD REG CO - TAMPA | 83665180 | $ 422.35 | 31 | 2/17/2015 | 4/3/2015 | 1835359 | 7087915 |
| 242990 | WORKFLOWONE LLC - GOSHEN | 83664885 | $ 411.54 | 31 | 2/17/2015 | 4/3/2015 | 1401424 | 7097592 |
| 243180 | STANDARD REG CO - RADCLIFF | 83666555 | $ 7,299.32 | 30 | 2/18/2015 | 4/4/2015 | 7635987 | 7092556 |
| 261750 | STANDARD REG CO - TAMPA | 83666681 | $ 18,228.94 | 30 | 2/18/2015 | 4/4/2015 | 1835261 | 7075231 |
| 261750 | STANDARD REG CO - TAMPA | 83666645 | $ 3,658.81 | 30 | 2/18/2015 | 4/4/2015 | 1835379 | 7089925 |
| 243180 | STANDARD REG CO - RADCLIFF | 83668096 | $ 6,418.42 | 29 | 2/19/2015 | 4/5/2015 | 7636028 | 7095510 |

| Bill To Number | Location Name | Transaction | Amount | Days Late | Invoice Date | Due Date | Purchase Order | Sales Order |
|---|---|---|---|---|---|---|---|---|
| 243180 | STANDARD REG CO - RADCLIFF | 83667372 | $ 3,829.10 | 29 | 2/19/2015 | 4/5/2015 | 7635989 | 7092576 |
| 243180 | STANDARD REG CO - RADCLIFF | 83667941 | $ 1,893.90 | 29 | 2/19/2015 | 4/5/2015 | 7636055 | 7099694 |
| 261750 | STANDARD REG CO - TAMPA | 83668058 | $ 4,281.56 | 29 | 2/19/2015 | 4/5/2015 | 1835403 | 7096219 |
| 261750 | STANDARD REG CO - TAMPA | 83668497 | $ 3,204.84 | 29 | 2/19/2015 | 4/5/2015 | 1835451 | 7098794 |
| 261750 | STANDARD REG CO - TAMPA | 83667932 | $ 1,623.37 | 29 | 2/19/2015 | 4/5/2015 | 1835378 | 7089902 |
| 242990 | WORKFLOWONE LLC - GOSHEN | 83668021 | $ 595.62 | 29 | 2/19/2015 | 4/5/2015 | 1401444 | 7099935 |
| 242990 | WORKFLOWONE LLC - GOSHEN | 83667630 | $ 5,699.90 | 29 | 2/19/2015 | 4/5/2015 | 1401426 | 7098338 |
| 242990 | WORKFLOWONE LLC - GOSHEN | 83668103 | $ 1,917.59 | 29 | 2/19/2015 | 4/5/2015 | 1401431 | 7099374 |
| 242990 | WORKFLOWONE LLC - GOSHEN | 83668020 | $ 1,082.48 | 29 | 2/19/2015 | 4/5/2015 | 1401418 | 7097255 |
| 216300 | STANDARD REG CO - FAYETTEVILLE | 83667460 | $ 51,103.90 | 30 | 2/19/2015 | 4/5/2015 | 720653 | 7068429 |
| 216300 | STANDARD REG CO - FAYETTEVILLE | 83667512 | $ 84,792.90 | 30 | 2/19/2015 | 4/5/2015 | 720651 | 7068422 |
| 216300 | STANDARD REG CO - FAYETTEVILLE | 83667513 | $ 14,510.02 | 30 | 2/19/2015 | 4/5/2015 | 720652 | 7068423 |
| 205600 | STANDARD REG CO - DAYTON | 83668033 | $ 13,728.25 | 30 | 2/19/2015 | 4/5/2015 | 263045 | 7098003 |
| 203100 | STANDARD REG CO - YORK | 83668174 | $ 221.65 | 30 | 2/19/2015 | 4/5/2015 | 655062 | 7099936 |
| 243180 | STANDARD REG CO - RADCLIFF | 83670127 | $ 3,752.61 | 28 | 2/20/2015 | 4/6/2015 | 7636062 | 7101753 |
| 243180 | STANDARD REG CO - RADCLIFF | 83669141 | $ 9,945.94 | 28 | 2/20/2015 | 4/6/2015 | 7635991 | 7092630 |
| 243180 | STANDARD REG CO - RADCLIFF | 83669589 | $ 2,196.34 | 28 | 2/20/2015 | 4/6/2015 | 7635993 | 7092683 |
| 243180 | STANDARD REG CO - RADCLIFF | 83669431 | $ 4,819.42 | 28 | 2/20/2015 | 4/6/2015 | 7636048 | 7098499 |
| 243180 | STANDARD REG CO - RADCLIFF | 83669140 | $ 7,635.35 | 28 | 2/20/2015 | 4/6/2015 | 7635975 | 7091278 |
| 243180 | STANDARD REG CO - RADCLIFF | 83669590 | $ 652.61 | 28 | 2/20/2015 | 4/6/2015 | 7635995 | 7092722 |
| 261750 | STANDARD REG CO - TAMPA | 83669503 | $ 2,820.63 | 28 | 2/20/2015 | 4/6/2015 | 1835368 | 7088754 |
| 261750 | STANDARD REG CO - TAMPA | 83669105 | $ 360.76 | 28 | 2/20/2015 | 4/6/2015 | 1835457 | 7100403 |
| 261750 | STANDARD REG CO - TAMPA | 83669104 | $ 794.50 | 28 | 2/20/2015 | 4/6/2015 | 1835413 | 7094212 |
| 242990 | WORKFLOWONE LLC - GOSHEN | 83669593 | $ 2,914.89 | 28 | 2/20/2015 | 4/6/2015 | 1401428 | 7099371 |
| 242990 | WORKFLOWONE LLC - GOSHEN | 83669137 | $ 1,571.10 | 28 | 2/20/2015 | 4/6/2015 | 1401429 | 7099372 |
| 242990 | WORKFLOWONE LLC - GOSHEN | 83669138 | $ 1,979.61 | 28 | 2/20/2015 | 4/6/2015 | 1401430 | 7099373 |
| 243180 | STANDARD REG CO - RADCLIFF | 83670736 | $ 1,382.00 | 25 | 2/23/2015 | 4/9/2015 | 7636007 | 7094312 |
| 261750 | STANDARD REG CO - TAMPA | 83671717 | $ 632.59 | 25 | 2/23/2015 | 4/9/2015 | 1835477 | 7101845 |
| 261750 | STANDARD REG CO - TAMPA | 83671086 | $ 745.94 | 25 | 2/23/2015 | 4/9/2015 | 1835380 | 7089928 |
| 261750 | STANDARD REG CO - TAMPA | 83671718 | $ 2,223.99 | 25 | 2/23/2015 | 4/9/2015 | 1835477 | 7101846 |
| 261750 | STANDARD REG CO - TAMPA | 83670695 | $ 622.44 | 25 | 2/23/2015 | 4/9/2015 | 1835431 | 7096514 |
| 261750 | STANDARD REG CO - TAMPA | 83670694 | $ 14,393.06 | 25 | 2/23/2015 | 4/9/2015 | 1835416 | 7095064 |
| 261750 | STANDARD REG CO - TAMPA | 83671178 | $ 1,526.56 | 25 | 2/23/2015 | 4/9/2015 | 1835458 | 7100419 |
| 261750 | STANDARD REG CO - TAMPA | 83671177 | $ 6,614.22 | 25 | 2/23/2015 | 4/9/2015 | 1835452 | 7099139 |
| 261750 | STANDARD REG CO - TAMPA | 83671150 | $ 2,421.52 | 25 | 2/23/2015 | 4/9/2015 | 1835442 | 7097853 |
| 203100 | STANDARD REG CO - YORK | 83671293 | $ 225.09 | 26 | 2/23/2015 | 4/9/2015 | 655073 | 7100612 |
| 243180 | STANDARD REG CO - RADCLIFF | 83672998 | $ 21,275.76 | 24 | 2/24/2015 | 4/10/2015 | 7636011 | 7094486 |
| 261750 | STANDARD REG CO - TAMPA | 83672568 | $ 536.21 | 24 | 2/24/2015 | 4/10/2015 | 1835413 | 7094212 |
| 261750 | STANDARD REG CO - TAMPA | 83672567 | $ 23,006.88 | 24 | 2/24/2015 | 4/10/2015 | 1835382 | 7089946 |
| 261750 | STANDARD REG CO - TAMPA | 83672570 | $ 815.44 | 24 | 2/24/2015 | 4/10/2015 | 1835423 | 7096216 |
| 261750 | STANDARD REG CO - TAMPA | 83672571 | $ 431.25 | 24 | 2/24/2015 | 4/10/2015 | 1835457 | 7100403 |
| 261750 | STANDARD REG CO - TAMPA | 83672569 | $ 10,185.11 | 24 | 2/24/2015 | 4/10/2015 | 1835414 | 7094214 |
| 261750 | STANDARD REG CO - TAMPA | 83672773 | $ 17,374.94 | 24 | 2/24/2015 | 4/10/2015 | 1835466 | 7100574 |
| 261750 | STANDARD REG CO - TAMPA | 83672566 | $ 431.14 | 24 | 2/24/2015 | 4/10/2015 | 1835380 | 7089928 |
| 242990 | WORKFLOWONE LLC - GOSHEN | 83673032 | $ 1,676.41 | 24 | 2/24/2015 | 4/10/2015 | 1401463 | 7102428 |
| 242990 | WORKFLOWONE LLC - GOSHEN | 83672046 | $ 645.22 | 24 | 2/24/2015 | 4/10/2015 | 1401453 | 7101461 |
| 242990 | WORKFLOWONE LLC - GOSHEN | 83672185 | $ 4,845.24 | 24 | 2/24/2015 | 4/10/2015 | 1401456 | 7101464 |
| 242990 | WORKFLOWONE LLC - GOSHEN | 83672184 | $ 2,623.12 | 24 | 2/24/2015 | 4/10/2015 | 1401455 | 7101463 |
| 242990 | WORKFLOWONE LLC - GOSHEN | 83672183 | $ 8,420.70 | 24 | 2/24/2015 | 4/10/2015 | 1401454 | 7101462 |
| 242990 | WORKFLOWONE LLC - GOSHEN | 83672180 | $ 1,928.91 | 24 | 2/24/2015 | 4/10/2015 | 1401427 | 7099370 |
| 242990 | WORKFLOWONE LLC - GOSHEN | 83672181 | $ 12,419.61 | 24 | 2/24/2015 | 4/10/2015 | 1401441 | 7099933 |
| 242990 | WORKFLOWONE LLC - GOSHEN | 83672182 | $ 1,346.40 | 24 | 2/24/2015 | 4/10/2015 | 1401442 | 7099934 |
| 216300 | STANDARD REG CO - FAYETTEVILLE | 83672130 | $ 49,938.92 | 25 | 2/24/2015 | 4/10/2015 | 720653 | 7068429 |
| 203100 | STANDARD REG CO - YORK | 83672730 | $ 359.66 | 25 | 2/24/2015 | 4/10/2015 | 655074 | 7101557 |
| 261750 | STANDARD REG CO - TAMPA | 83674053 | $ 4,097.47 | 23 | 2/25/2015 | 4/11/2015 | 1835398 | 7092442 |
| 261750 | STANDARD REG CO - TAMPA | 83674440 | $ 439.69 | 23 | 2/25/2015 | 4/11/2015 | 1835398 | 7092442 |
| 261750 | STANDARD REG CO - TAMPA | 83673918 | $ 2,704.24 | 23 | 2/25/2015 | 4/11/2015 | 1835464 | 7100417 |
| 261750 | STANDARD REG CO - TAMPA | 83673493 | $ 3,340.37 | 23 | 2/25/2015 | 4/11/2015 | 1835452 | 7099139 |
| 261750 | STANDARD REG CO - TAMPA | 83673919 | $ 1,036.73 | 23 | 2/25/2015 | 4/11/2015 | 1835478 | 7101913 |
| 261750 | STANDARD REG CO - TAMPA | 83675731 | $ 2,048.40 | 22 | 2/26/2015 | 4/12/2015 | 1835491 | 7104489 |
| 261750 | STANDARD REG CO - TAMPA | 83675469 | $ 8,371.62 | 22 | 2/26/2015 | 4/12/2015 | 1835480 | 7101919 |
| 261750 | STANDARD REG CO - TAMPA | 83675056 | $ 2,832.20 | 22 | 2/26/2015 | 4/12/2015 | 1835465 | 7100414 |
| 261750 | STANDARD REG CO - TAMPA | 83674972 | $ 3,663.47 | 22 | 2/26/2015 | 4/12/2015 | 1835431 | 7096513 |
| 261750 | STANDARD REG CO - TAMPA | 83674973 | $ 16,304.72 | 22 | 2/26/2015 | 4/12/2015 | 1835439 | 7097858 |
| 261750 | STANDARD REG CO - TAMPA | 83675346 | $ 16,936.43 | 22 | 2/26/2015 | 4/12/2015 | 1835460 | 7097335 |
| 242990 | WORKFLOWONE LLC - GOSHEN | 83675175 | $ 3,247.08 | 22 | 2/26/2015 | 4/12/2015 | 1401475 | 7103555 |
| 242990 | WORKFLOWONE LLC - GOSHEN | 83675176 | $ 694.16 | 22 | 2/26/2015 | 4/12/2015 | 1401476 | 7103556 |

| Bill To Number | Location Name | Transaction | Amount | Days Late | Invoice Date | Due Date | Purchase Order | Sales Order |
|---|---|---|---|---|---|---|---|---|
| 242990 | WORKFLOWONE LLC - GOSHEN | 83675177 | $ 1,142.94 | 22 | 2/26/2015 | 4/12/2015 | 1401488 | 7105558 |
| 203100 | STANDARD REG CO - YORK | 83675566 | $ 958.44 | 23 | 2/26/2015 | 4/12/2015 | 655084 | 7103406 |
| 243180 | STANDARD REG CO - RADCLIFF | 83676892 | $ 1,924.54 | 21 | 2/27/2015 | 4/13/2015 | 7636064 | 7102802 |
| 243180 | STANDARD REG CO - RADCLIFF | 83677179 | $ 9,275.21 | 21 | 2/27/2015 | 4/13/2015 | 7636065 | 7103626 |
| 261750 | STANDARD REG CO - TAMPA | 83676529 | $ 1,234.66 | 21 | 2/27/2015 | 4/13/2015 | 1835493 | 7104778 |
| 261750 | STANDARD REG CO - TAMPA | 83677029 | $ 8,345.49 | 21 | 2/27/2015 | 4/13/2015 | 1835480 | 7101919 |
| 261750 | STANDARD REG CO - TAMPA | 83676896 | $ 1,471.22 | 21 | 2/27/2015 | 4/13/2015 | 1835484 | 7103308 |
| 261750 | STANDARD REG CO - TAMPA | 83677039 | $ 1,538.35 | 21 | 2/27/2015 | 4/13/2015 | 1835511 | 7106965 |
| 243180 | STANDARD REG CO - RADCLIFF | 83679254 | $ 13,639.01 | 18 | 3/2/2015 | 4/16/2015 | 7636080 | 7107284 |
| 261750 | STANDARD REG CO - TAMPA | 83678126 | $ 453.62 | 18 | 3/2/2015 | 4/16/2015 | 1835471 | 7101474 |
| 261750 | STANDARD REG CO - TAMPA | 83678151 | $ 8,221.95 | 18 | 3/2/2015 | 4/16/2015 | 1835449 | 7098720 |
| 261750 | STANDARD REG CO - TAMPA | 83678612 | $ 1,435.11 | 18 | 3/2/2015 | 4/16/2015 | 1835459 | 7099576 |
| 261750 | STANDARD REG CO - TAMPA | 83678156 | $ 324.34 | 18 | 3/2/2015 | 4/16/2015 | 1835513 | 7107298 |
| 261750 | STANDARD REG CO - TAMPA | 83678154 | $ 752.13 | 18 | 3/2/2015 | 4/16/2015 | 1835488 | 7104092 |
| 261750 | STANDARD REG CO - TAMPA | 83678127 | $ 758.85 | 18 | 3/2/2015 | 4/16/2015 | 1835479 | 7101915 |
| 261750 | STANDARD REG CO - TAMPA | 83678497 | $ 1,758.56 | 18 | 3/2/2015 | 4/16/2015 | 1835465 | 7100414 |
| 242990 | WORKFLOWONE LLC - GOSHEN | 83678186 | $ 19,366.43 | 18 | 3/2/2015 | 4/16/2015 | 1401474 | 7103554 |
| 242990 | WORKFLOWONE LLC - GOSHEN | 83678187 | $ 1,482.86 | 18 | 3/2/2015 | 4/16/2015 | 1401477 | 7103557 |
| 243180 | STANDARD REG CO - RADCLIFF | 83680539 | $ 14,329.59 | 17 | 3/3/2015 | 4/17/2015 | 7636080 | 7107284 |
| 261750 | STANDARD REG CO - TAMPA | 83679968 | $ 1,722.99 | 17 | 3/3/2015 | 4/17/2015 | 1835481 | 7103220 |
| 261750 | STANDARD REG CO - TAMPA | 83679969 | $ 331.24 | 17 | 3/3/2015 | 4/17/2015 | 1835493 | 7104778 |
| 261750 | STANDARD REG CO - TAMPA | 83679970 | $ 341.27 | 17 | 3/3/2015 | 4/17/2015 | 1835511 | 7106966 |
| 242990 | WORKFLOWONE LLC - GOSHEN | 83679694 | $ 2,324.44 | 17 | 3/3/2015 | 4/17/2015 | 1401498 | 7106651 |
| 242990 | WORKFLOWONE LLC - GOSHEN | 83679490 | $ 10,391.41 | 17 | 3/3/2015 | 4/17/2015 | 1401482 | 7104750 |
| 242990 | WORKFLOWONE LLC - GOSHEN | 83679491 | $ 6,665.91 | 17 | 3/3/2015 | 4/17/2015 | 1401499 | 7106652 |
| 242990 | WORKFLOWONE LLC - GOSHEN | 83680123 | $ 6,083.46 | 17 | 3/3/2015 | 4/17/2015 | 1401497 | 7106650 |
| 243180 | STANDARD REG CO - RADCLIFF | 83681994 | $ 14,383.51 | 16 | 3/4/2015 | 4/18/2015 | 7636080 | 7107284 |
| 243180 | STANDARD REG CO - RADCLIFF | 83681995 | $ 729.42 | 16 | 3/4/2015 | 4/18/2015 | 7636091 | 7108659 |
| 243180 | STANDARD REG CO - RADCLIFF | 83681129 | $ 6,818.67 | 16 | 3/4/2015 | 4/18/2015 | 7636083 | 7107400 |
| 261750 | STANDARD REG CO - TAMPA | 83681508 | $ 5,679.12 | 16 | 3/4/2015 | 4/18/2015 | 1835486 | 7103582 |
| 261750 | STANDARD REG CO - TAMPA | 83681507 | $ 304.14 | 16 | 3/4/2015 | 4/18/2015 | 1835471 | 7101474 |
| 261750 | STANDARD REG CO - TAMPA | 83681506 | $ 6,319.43 | 16 | 3/4/2015 | 4/18/2015 | 1835468 | 7100733 |
| 261750 | STANDARD REG CO - TAMPA | 83681505 | $ 8,904.43 | 16 | 3/4/2015 | 4/18/2015 | 1835399 | 7092433 |
| 261750 | STANDARD REG CO - TAMPA | 83681566 | $ 18,280.71 | 16 | 3/4/2015 | 4/18/2015 | 1835261 | 7075231 |
| 261750 | STANDARD REG CO - TAMPA | 83681105 | $ 6,875.84 | 16 | 3/4/2015 | 4/18/2015 | 1835448 | 7098722 |
| 261750 | STANDARD REG CO - TAMPA | 83681509 | $ 4,118.63 | 16 | 3/4/2015 | 4/18/2015 | 1835492 | 7104493 |
| 242990 | WORKFLOWONE LLC - GOSHEN | 83681584 | $ 4,219.06 | 16 | 3/4/2015 | 4/18/2015 | 1401503 | 7107290 |
| 242990 | WORKFLOWONE LLC - GOSHEN | 83681194 | $ 1,557.00 | 16 | 3/4/2015 | 4/18/2015 | 1401508 | 7108014 |
| 242990 | WORKFLOWONE LLC - GOSHEN | 83681193 | $ 584.94 | 16 | 3/4/2015 | 4/18/2015 | 1401507 | 7108013 |
| 242990 | WORKFLOWONE LLC - GOSHEN | 83681192 | $ 783.16 | 16 | 3/4/2015 | 4/18/2015 | 1401506 | 7108012 |
| 242990 | WORKFLOWONE LLC - GOSHEN | 83681516 | $ 7,508.49 | 16 | 3/4/2015 | 4/18/2015 | 1401496 | 7106649 |
| 242990 | WORKFLOWONE LLC - GOSHEN | 83681002 | $ 11,190.34 | 16 | 3/4/2015 | 4/18/2015 | 1401484 | 7104807 |
| 203100 | STANDARD REG CO - YORK | 83681675 | $ 349.85 | 17 | 3/4/2015 | 4/18/2015 | 655115 | 7107621 |
| 243180 | STANDARD REG CO - RADCLIFF | 83682896 | $ 334.44 | 15 | 3/5/2015 | 4/19/2015 | 7636009 | 7094365 |
| 243180 | STANDARD REG CO - RADCLIFF | 83684446 | $ 14,331.00 | 15 | 3/5/2015 | 4/19/2015 | 7636080 | 7107284 |
| 243180 | STANDARD REG CO - RADCLIFF | 83683411 | $ 29,069.28 | 15 | 3/5/2015 | 4/19/2015 | 7636071 | 7105251 |
| 243180 | STANDARD REG CO - RADCLIFF | 83683445 | $ 3,650.89 | 15 | 3/5/2015 | 4/19/2015 | 7636011 | 7103913 |
| 243180 | STANDARD REG CO - RADCLIFF | 83682655 | $ 2,576.81 | 15 | 3/5/2015 | 4/19/2015 | 7636098 | 7109399 |
| 243180 | STANDARD REG CO - RADCLIFF | 83682654 | $ 4,477.64 | 15 | 3/5/2015 | 4/19/2015 | 7636084 | 7107410 |
| 261750 | STANDARD REG CO - TAMPA | 83682615 | $ 11,224.77 | 15 | 3/5/2015 | 4/19/2015 | 1835455 | 7103461 |
| 261750 | STANDARD REG CO - TAMPA | 83682985 | $ 1,409.20 | 15 | 3/5/2015 | 4/19/2015 | 1835513 | 7107298 |
| 242990 | WORKFLOWONE LLC - GOSHEN | 83682648 | $ 2,342.79 | 15 | 3/5/2015 | 4/19/2015 | 1401515 | 7108252 |
| 261750 | STANDARD REG CO - TAMPA | 83684083 | $ 3,003.87 | 14 | 3/6/2015 | 4/20/2015 | 1835541 | 7110938 |
| 261750 | STANDARD REG CO - TAMPA | 83684079 | $ 1,026.74 | 14 | 3/6/2015 | 4/20/2015 | 1835524 | 7108369 |
| 261750 | STANDARD REG CO - TAMPA | 83684078 | $ 137.16 | 14 | 3/6/2015 | 4/20/2015 | 1835473 | 7103482 |
| 261750 | STANDARD REG CO - TAMPA | 83684555 | $ 569.72 | 14 | 3/6/2015 | 4/20/2015 | 1835449 | 7098720 |
| 261750 | STANDARD REG CO - TAMPA | 83684556 | $ 3,161.91 | 14 | 3/6/2015 | 4/20/2015 | 1835353 | 7103441 |
| 261750 | STANDARD REG CO - TAMPA | 83684554 | $ 11,118.74 | 14 | 3/6/2015 | 4/20/2015 | 1835446 | 7098255 |
| 261750 | STANDARD REG CO - TAMPA | 83684553 | $ 8,992.63 | 14 | 3/6/2015 | 4/20/2015 | 1835399 | 7092433 |
| 242990 | WORKFLOWONE LLC - GOSHEN | 83684652 | $ 3,718.16 | 14 | 3/6/2015 | 4/20/2015 | 1401532 | 7110872 |
| 242990 | WORKFLOWONE LLC - GOSHEN | 83684129 | $ 1,395.96 | 14 | 3/6/2015 | 4/20/2015 | 1401527 | 7110047 |
| 243180 | STANDARD REG CO - RADCLIFF | 83686739 | $ 9,505.14 | 11 | 3/9/2015 | 4/23/2015 | 7636107 | 7110740 |
| 261750 | STANDARD REG CO - TAMPA | 83686193 | $ 1,735.30 | 11 | 3/9/2015 | 4/23/2015 | 1835488 | 7104092 |
| 261750 | STANDARD REG CO - TAMPA | 83685819 | $ 157.68 | 11 | 3/9/2015 | 4/23/2015 | 1835515 | 7107295 |
| 261750 | STANDARD REG CO - TAMPA | 83685818 | $ 26,882.99 | 11 | 3/9/2015 | 4/23/2015 | 1835507 | 7106441 |
| 261750 | STANDARD REG CO - TAMPA | 83685936 | $ 272.29 | 11 | 3/9/2015 | 4/23/2015 | 1835496 | 7105260 |
| 261750 | STANDARD REG CO - TAMPA | 83686194 | $ 2,246.86 | 11 | 3/9/2015 | 4/23/2015 | 1835495 | 7105246 |

| Bill To Number | Location Name | Transaction | Amount | Days Late | Invoice Date | Due Date | Purchase Order | Sales Order |
|---|---|---|---|---|---|---|---|---|
| 242990 | WORKFLOWONE LLC - GOSHEN | 83686296 | $ 14,922.24 | 11 | 3/9/2015 | 4/23/2015 | 1401533 | 7110873 |
| 242990 | WORKFLOWONE LLC - GOSHEN | 83686297 | $ 330.62 | 11 | 3/9/2015 | 4/23/2015 | 1401537 | 7112086 |
| 203100 | STANDARD REG CO - YORK | 83686412 | $ 565.80 | 12 | 3/9/2015 | 4/23/2015 | 655125 | 7109739 |
| 243180 | STANDARD REG CO - RADCLIFF | 83687924 | $ 770.83 | 10 | 3/10/2015 | 4/24/2015 | 7636094 | 7108868 |
| 243180 | STANDARD REG CO - RADCLIFF | 83688518 | $ 3,678.66 | 10 | 3/10/2015 | 4/24/2015 | 7636113 | 7113627 |
| 243180 | STANDARD REG CO - RADCLIFF | 83687500 | $ 7,107.42 | 10 | 3/10/2015 | 4/24/2015 | 7636093 | 7108785 |
| 261750 | STANDARD REG CO - TAMPA | 83687981 | $ 1,908.05 | 10 | 3/10/2015 | 4/24/2015 | 1835473 | 7103482 |
| 242990 | WORKFLOWONE LLC - GOSHEN | 83687561 | $ 2,631.20 | 10 | 3/10/2015 | 4/24/2015 | 1401540 | 7112089 |
| 242990 | WORKFLOWONE LLC - GOSHEN | 83687560 | $ 9,952.71 | 10 | 3/10/2015 | 4/24/2015 | 1401539 | 7112088 |
| 242990 | WORKFLOWONE LLC - GOSHEN | 83688140 | $ 11,339.28 | 10 | 3/10/2015 | 4/24/2015 | 1401533 | 7110873 |
| 242990 | WORKFLOWONE LLC - GOSHEN | 83687246 | $ 2,643.27 | 10 | 3/10/2015 | 4/24/2015 | 1401538 | 7112087 |
| 242990 | WORKFLOWONE LLC - GOSHEN | 83688475 | $ 373.78 | 10 | 3/10/2015 | 4/24/2015 | 1401531 | 7110871 |
| 243180 | STANDARD REG CO - RADCLIFF | 83689837 | $ 19,802.78 | 9 | 3/11/2015 | 4/25/2015 | 7636115 | 7113850 |
| 243180 | STANDARD REG CO - RADCLIFF | 83688968 | $ 1,108.43 | 9 | 3/11/2015 | 4/25/2015 | 7636097 | 7109287 |
| 243180 | STANDARD REG CO - RADCLIFF | 83689823 | $ 18,060.12 | 9 | 3/11/2015 | 4/25/2015 | 7636105 | 7110651 |
| 261750 | STANDARD REG CO - TAMPA | 83689334 | $ 3,539.52 | 9 | 3/11/2015 | 4/25/2015 | 1835496 | 7105259 |
| 261750 | STANDARD REG CO - TAMPA | 83689335 | $ 12,025.35 | 9 | 3/11/2015 | 4/25/2015 | 1835546 | 7111610 |
| 261750 | STANDARD REG CO - TAMPA | 83689336 | $ 717.12 | 9 | 3/11/2015 | 4/25/2015 | 1835475 | 7112484 |
| 261750 | STANDARD REG CO - TAMPA | 83688784 | $ 4,397.59 | 9 | 3/11/2015 | 4/25/2015 | 1835475 | 7103479 |
| 261750 | STANDARD REG CO - TAMPA | 83689402 | $ 1,542.66 | 9 | 3/11/2015 | 4/25/2015 | 1835571 | 7114731 |
| 261750 | STANDARD REG CO - TAMPA | 83689405 | $ 1,077.85 | 9 | 3/11/2015 | 4/25/2015 | 1835575 | 7115163 |
| | | | | | | | | |
| | | | $ 1,287,264.41 | | | | | |