IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF WILLIAM W. WELLER, PARALEGAL

STATE OF DELAWARE     :
                                          : SS:
NEW CASTLE COUNTY  :

    I, William W. Weller, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on May 7, 2015, I caused to be served:

**LIMITED OBJECTION OF AVERY DENNISON CORPORATION TO DEBTORS' NOTICE OF (I) ENTRY INTO STALKING HORSE AGREEMENT AND (II) POTENTIAL ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS**

    Service was completed upon the parties on the attached service list as indicated thereon.

Date: May 7, 2015

_____
William W. Weller

**SWORN AND SUBSCRIBED** before me this 7th day of May, 2015.

_____
Notary Public

7764690/1

**VIA HAND DELIVERY**
Michael R. Nestor, Esq.
Kara Hammond Coyle, Esq.
Maris J. Kandestin, Esq.
Andrew L. Magaziner, Esq.
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
[Counsel for Debtors and Debtors in Possession]

Sarah E. Pierce, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
[Counsel for Silver Point Finance, LLC and Standard Acquisition Holdings, LLC]

Mark D. Collins, Esq.
Tyler D. Semmelman, Esq.
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
[Counsel for Bank of America, N.A., as Pre-Petition ABL Agent and ABL DIP Agent]

Christopher A. Ward, Esq.
Shanti M. Katona, Esq.
Justin K. Edelson, Esq.
POLSINELLI PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
[Counsel to the Official Committee of Unsecured Creditors]

Mark S. Kenney, Trial Attorney
OFFICE OF THE UNITED STATES TRUSTEE
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

**VIA FIRST CLASS MAIL & FACSIMILE**
Barbara Becker, Esq.
Michael A. Rosenthal, Esq.
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Facsimile: (212) 351-4035
[Counsel for Debtors and Debtors in Possession]

Ron E. Meisler, Esq.
Carl T. Tullson, Esq.
Christopher M. Dressel, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive, Suite 2700
Chicago, Illinois 60606-1720
Facsimile: (312) 407-0411
[Counsel for Silver Point Finance, LLC and Standard Acquisition Holdings, LLC]

C. Edward Dobbs, Esq.
James S. Rankin, Jr., Esq.
Jack C. Basham, Jr., Esq.
Joshua J. Lewis, Esq.
PARKER, HUDSON, RAINER & DOBBS LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, NE
Atlanta, GA 30303
Facsimile: (404) 522-8409
[Counsel for Bank of America, N.A., as Pre-Petition ABL Agent and ABL DIP Agent]

Kenneth A. Rosen, Esq.
Sharon L. Levine, Esq.
Wojciech Jung, Esq.
LOWENSTEIN SANDLER LLP
65 Livingston Avenue
Roseland, NJ 07068
Facsimile: (973) 597-2400
[Counsel to the Official Committee of Unsecured Creditors]

7764690/1

**VIA FIRST CLASS MAIL & FACSIMILE**
Gerald C. Bender, Esq.
LOWENSTEIN SANDLER LLP
1251 Avenue of the Americas
New York, NY 10020
Facsimile: (212) 262-7402
[Counsel to the Official Committee of Unsecured Creditors]

7764690/1