**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541(BLS)<br>Jointly Administered |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Natasha M. Songonuga, a member of the bar of this Court, pursuant to Local Rule 9010-1 and the attached certification, hereby moves for the admission *pro hac vice* of Laura S. Dunn, Esq., an associate at the law firm of Gibbons P.C., headquartered at One Gateway Center, Newark, New Jersey 07102 as counsel for DG3 North America, Inc. and DG3 Group America, Inc. in the above-captioned jointly administered chapter 11 cases.

By: *Natasha M. Songonuga*
**GIBBONS P.C.**
Natasha M. Songonuga, Esq. (Bar No. 5391)
1000 N. West St, Ste 1200, Wilmington, DE 19801
Telephone: (302) 295-4875

*Counsel for DG3 North America, Inc. and DG3 Group America, Inc.*

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I, certify that I am eligible for admission *pro hac vice* to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New Jersey and New York and the United States District Court for the District of New Jersey, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of these cases. I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Court Fund effective July 23, 2009. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: May 7, 2015      **GIBBONS P.C.**

*/s/ Laura S. Dunn*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.