## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, *et al.* [1],<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered) |

### OBJECTION OF PITNEY BOWES, INC. AND AFFILIATES TO PROPOSED CURE AMOUNTS LISTED BY DEBTORS FOR THE ASSUMPTION AND ASSIGNMENT OF THEIR EXECUTORY CONTRACTS

Pitney Bowes, Inc. and its affiliates (collectively, "Pitney Bowes"), by its undersigned counsel, as and for its Objection to the proposed cure amounts listed by The Standard Register Company, *et al.* (collectively, "the Debtors") in the Cure Notice served in connection with the Sales Procedures Order (as each term is defined below), state as follows:

### BACKGROUND

1.     On March 12, 2015 (the "Petition Date"), the Debtors filed voluntary petitions for relief with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") under Chapter 11 of Title 11 of the United States Code, 11 U.S.C §§ 101 *et seq.* (the "Bankruptcy Code").

2.     On April 15, 2015, the Bankruptcy Court entered the *Order (I) Establishing Sale Procedures Relating to the Sale of Substantially All of the Debtors' Assets; (II) Approving the Maximum Reimbursement Amount; (III) Establishing Procedures Relating to the Assumption and*

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

*Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts; (IV) Approving Form and Manner of Notice of All Procedures, Protections, Schedules, and Agreements; (V) Scheduling a Hearing to Consider the Proposed Sale; and (VI) Granting Certain Related Relief* [Docket No. 286] (the "Sales Procedures Order").

3.      Pursuant to the Sale Procedures Order, the Bankruptcy Court approved the form and manner of notice of the *Notice of (I) Entry into Stalking Horse Agreement and (II) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially All of the Debtors' Assets* [Docket No. 307] (the "Cure Notice").

4.      On April 27, 2015, the Debtors filed a first amendment to the Notice [Docket No. 356] (the "Amended Notice"); however, no changes regarding Pitney Bowes were made in the Amended Notice.

## THE EXECUTORY CONTRACTS

5.      The Cure Notice purports to identify four (4) executory contracts between the Debtors and Pitney Bowes as follows:

| Contract Counterparty | Description of Agreement | Proposed Cure Amount |
|---|---|---|
| Pitney Bowes | Purchase Agreement | $0.00 |
| Pitney Bowes Inc. | Sales and Maintenance Agreement | $0.00 |
| Pitney Bowes Management Services, Inc. | Alliance Agreement | $6,545.95 |
| Pitney Bowes Management Services, Inc. | Service Agreement | $0.00 |

6.      The Debtors description of their executory contracts with Pitney Bowes is incomplete and unclear, at best.  Pitney Bowes has reviewed its records and has determined that the Debtors and Pitney Bowes are parties to four (4) executory contracts as follows:

| Contract Counterparty | Description of Agreement | Cure Amount[2] |
|---|---|---|
| a.  Pitney Bowes Presort Services, Inc., f/k/a PSI Group, Inc. | National Mail Processing Agreement dated February 1, 2008, as amended | $915,386.98 |
| b.  Pitney Bowes Inc. (Document Messaging Technologies) | On-Site Equipment Maintenance Agreement dated August 30, 3012 | $646,582.38 |
| c.  Pitney Bowes Global Financial Services LLC (Leasing) | Lease agreements dated November 9, 2004, June 17, 2009 and October 16, 2014 | $5,411.65 |
| d.  Pitney Bowes Inc. (Multi Vendor Services) | Agreement dated April 1, 2012, as amended | $20,713.01 |

7.      Copies of proofs of claim, invoices and/or account statements evidencing the cure amounts for the executory contracts referenced in paragraph 6 are annexed hereto as Exhibits "A", "B", "C" and "D", respectively.

## OBJECTION

8.      Section 365(b)(1) of the Bankruptcy Code provides, in relevant part:

> If there has been a default in an executory contract or unexpired lease of the debtor, the trustee may not assume such contract or lease unless, at the time of assumption of such contract or lease, the trustee —
>
> (A)     cures, or provides adequate assurance that the trustee will promptly cure, such default . . . .;
>
> (B)     compensates, or provides adequate assurance that the trustee will promptly compensate, a party other than the debtor to such contract or lease, for any actual pecuniary loss to such party resulting from such default; and

---

[2] Some of the cure amounts are calculated only as of the Petition Date, and as such, Pitney Bowes reserves the right to assert additional amounts as owed, including for amounts which became due post-Petition Date.

(C)    provides adequate assurance of future performance under such contract or lease.

9.    The cure necessary to assume the Contracts includes the monetary obligations set forth above.

10.    Pitney Bowes further objects to the Cure Notice on the ground that the Debtors have not provided to Pitney Bowes adequate assurance of future performance by the assignee of the executory contracts as required by §365(b)(1)(C) of the Bankruptcy Code.

**WHEREFORE**, Pitney Bowes respectfully requests that this Court require the Debtors to satisfy the monetary cure obligations set forth in this Objection, and grant Pitney Bowes such other and further relief as this Court deems just and proper.

Dated:  May 7, 2015

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

By: */s/ Edward J. LoBello*
       Edward J. LoBello, Esq.
1350 Broadway, Suite 501
P.O. Box 822
New York, New York  10018-0822
(212) 763-7030 (Tel.)
(212) 763-7031 (Fax)
elobello@msek.com (E-mail)

*Counsel for Pitney Bowes, Inc. and its Affilates*

4