# EXHIBIT B

PRE PETITION PRIOR TO 3/12/15

| CAN | Inv # | Inv Date | Inv Amount | Notes |
|---|---|---|---|---|
| 1552128861 | 5502679124 | 3/3/2015 | 2,000.65 | SUPPLIES |
| 1552128861 | 5502676183 | 2/26/2015 | 173.87 | SUPPLIES |
| 1552128861 | 5502671903 | 2/20/2015 | 3,286.68 | SUPPLIES |
| 1552128861 | 5502667716 | 2/16/2015 | 2,000.65 | SUPPLIES |
| 1552128861 | 5502660370 | 2/5/2015 | 528.34 | SUPPLIES |
| 1552128861 | 1060778 | 12/3/2014 | -1,264.27 | COA |
| 1552128861 | 0 | 11/23/2014 | -45.81 | COA |
| 1552128861 | 19969 | 11/14/2014 | -539.8 | COA |
| 1909896782 | 690349 | 3/7/2015 | 712.5 | PL-Parts & Labor |
| 1909896782 | 686526 | 3/6/2015 | 380 | PL-Parts & Labor |
| 1909896782 | 681287 | 3/5/2015 | 380 | PL-Parts & Labor |
| 1909896782 | 681305 | 3/5/2015 | 380 | PL-Parts & Labor |
| 1909896782 | 592542 | 2/27/2015 | 181.2 | PL-Parts & Labor |
| 1909896782 | 587561 | 2/26/2015 | 3,277.30 | PL-Parts & Labor |
| 1909896782 | 587645 | 2/26/2015 | 380 | PL-Parts & Labor |
| 1909896782 | 489519 | 2/21/2015 | 380 | PL-Parts & Labor |
| 1909896782 | 508945 | 4/30/2015 | 1,820.04 | EM-EMAs |
| 1909896782 | 464651 | 2/15/2015 | 380 | PL-Parts & Labor |
| 1909896782 | 402631 | 2/7/2015 | 656.35 | PL-Parts & Labor |
| 1909896782 | 323658 | 2/2/2015 | 468.5 | PL-Parts & Labor |
| 1909896782 | 323744 | 2/2/2015 | 380 | PL-Parts & Labor |
| 1909896782 | 309572 | 1/30/2015 | 380 | PL-Parts & Labor |
| 1909896782 | 300416 | 1/29/2015 | 570 | PL-Parts & Labor |
| 1909896782 | 300490 | 1/29/2015 | 380 | PL-Parts & Labor |
| 1909896782 | 300489 | 1/29/2015 | 427.5 | PL-Parts & Labor |
| 1909896782 | 300491 | 1/29/2015 | 380 | PL-Parts & Labor |
| 1909896782 | 616168 | 1/26/2015 | 2,527.60 | PL-Parts & Labor |
| 1909896782 | 616169 | 1/26/2015 | 290 | PL-Parts & Labor |
| 1909896782 | 910278 | 12/18/2014 | 1,514.40 | PL-Parts & Labor |
| 1909896782 | 881945 | 12/11/2014 | 2,213.95 | PL-Parts & Labor |
| 1909896782 | 544690 | 1/19/2014 | 902.5 | PL-Parts & Labor |
| 1909896782 | 507140 | 10/22/2014 | 6,460.00 | PL-Parts & Labor |
| 1909896782 | 944696 | 10/5/2014 | 380 | PL-Parts & Labor |
| 1909896782 | 506905 | 9/30/2014 | 1,500.00 | PL-Parts & Labor |
| 1909896782 | 706045 | 9/21/2014 | 380 | PL-Parts & Labor |
| 1909896782 | 624338 | 6/28/2013 | 4,609.92 | L1 - Cash on Account |
| 1909896782 | 596993 | 5/31/2012 | 31.7 | L1 - Cash on Account |
| 1909896782 | 589067 | 2/16/2012 | 29.1 | L1 - Cash on Account |
| 1679012986 | 508947 | 4/30/2015 | 4,518.36 | EM-EMAs |
| 1679012986 | 508949 | 4/30/2015 | 8,634.96 | EM-EMAs |
| 1679012986 | 508162 | 2/1/2015 | 11,672.50 | EM-EMAs |
| 1679012986 | 300410 | 1/29/2015 | 807.5 | PL-Parts & Labor |
| 1679012986 | 593603 | 1/20/2015 | 22,307.00 | EM-EMAs |
| 1679012986 | 513301 | 1/8/2015 | 380 | PL-Parts & Labor |
| 1679012986 | 321550 | 12/23/2014 | 22,307.00 | EM-EMAs |
| 1679012986 | 752978 | 12/4/2014 | 380 | PL-Parts & Labor |
| 1679012986 | 752979 | 12/4/2014 | 380 | PL-Parts & Labor |
| 1679012986 | 613347 | 11/18/2014 | 22,307.00 | EM-EMAs |
| 1679012986 | 594024 | 11/13/2014 | 760 | PL-Parts & Labor |
| 1679012986 | 507277 | 11/3/2014 | 11,672.50 | EM-EMAs |
| 1679012986 | 508927 | 9/30/2014 | 12,351.00 | PL-Parts & Labor |
| 1679012986 | 678085 | 9/14/2014 | -31,000.00 | PL-Parts & Labor |
| 1679012986 | 506673 | 9/11/2014 | 14,000.00 | EM-EMAs |
| 1649871860 | 691534 | 3/7/2015 | 661.29 | SUPPLIES |
| 1649871860 | 888730 | 12/13/2014 | 856.07 | SUPPLIES |

With Cash and Credits $ 141,766.46
W/O Cash and Credits $ 170,067.21

COLLECTIBLE POST PETITION

| CAN | Inv # | Inv Date | Inv Amount | Notes |
|---|---|---|---|---|
| 1552128286 | 701743 | 4/18/2015 | 478.13 | Parts & Labor |
| 1552128286 | 665106 | 4/16/2015 | 171 | Rental |
| 1552128286 | 620522 | 4/4/2015 | 2,800.80 | Parts & Labor |
| 1552128286 | 5502695219 | 3/25/2015 | 2,000.65 | Supplies |
| 1552128286 | 5502692068 | 3/20/2015 | 2,814.95 | Supplies |
| 1552128286 | 5502692069 | 3/20/2015 | 2,000.65 | Supplies |
| 1552128286 | 756484 | 3/14/2015 | 473.2 | Parts & Labor |
| 2180201986 | 5502701766 | 4/2/2015 | 1,105.61 | Supplies |
| ... | ... | ... | ... | ... (illegible rows) |
| 1679012986 | 427565 | 3/24/2015 | 22,307.00 | EMA |
| 1679012986 | 1100315 | 3/31/2015 | -7,530.65 | L1-Cash on Acct |
| 1679012986 | 508662 | 4/1/2015 | 11,672.50 | EMA |
| 1679012986 | 714315 | 4/21/2015 | 22,307.00 | EMA |
| 1964957186 | 3222293 | 3/20/2015 | 4,302.67 | SUPPLIES |
| 1964957186 | 3350322 | 3/23/2015 | 2,012.18 | SUPPLIES |
| 1552128286 | 427271 | 2/16/2015 | 13,433.49 | Rental |
| 1964987186 | 4333359 | 2/16/2015 | 457.22 | Rental |
| 1909867862 | 508946 | 4/30/2015 | 2,881.73 | EM-EMAs |
| 1679012986 | 508948 | 4/30/2015 | 7,154.07 | EM-EMAs |
| 1679012986 | 508950 | 4/30/2015 | 13,672.02 | EM-EMAs |

**$ 476,515.17**