# EXHIBIT C

FORM B10 (Official Form 10) (04/05)

| United States Bankruptcy Court | District of Delaware | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor: The Standard Register Company and | Case Number: 15-10541 | |
|---|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
**Pitney Bowes Global Financial Services LLC**

Name and address where notices should be sent:
Pitney Bowes Inc.
27 Waterview Drive
Shelton CT 06484

Telephone number: 203-922-4277

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:
6382940-001/7734545-001/2697649-002

Check here ☐ replaces   ☐ amends   a previously filed claim, dated: _____
if this claim

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☑ Other  Lease
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)      (date)

**2. Date debt was incurred:** 01/10/05

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 5,411.65 (unsecured)   _____ (secured)   _____ (priority)   $5,411.65 (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle
☐ Other _____

Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**6. Unsecured Nonpriority Claim** $ 5,411.65

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $ _____
Specify the priority of the claim:
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 04/02/15 | /s/Faith Santiago |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



Bankruptcy Department         PRE-PETITION CLAIM

DATE: April 2, 2015

## STATEMENT OF ACCOUNT

LEASE NO.  6382940                SCHEDULE NO.  001

CUSTOMER NAME: WORKFLOWONE

*PAYMENT NOT RECEIVED        1    PAYMENTS @    $369.20

*(INCLUDES SALES TAX WHERE APPLICABLE)*

LATE CHARGE – 0 –

TOTAL CLAIM    $369.20

| INVOICE DATE | AMOUNT | PERIOD COVERING |
|---|---|---|
| 01/03/15 | $369.20 | 01/20/15 – 03/12/15 |

PREPARED BY:  /s/Faith Santiago
Faith Santiago, Bankruptcy Coordinator



**pitney bowes**

Bankruptcy Department                    PRE-PETITION CLAIM



DATE: April 2, 2015

## STATEMENT OF ACCOUNT

LEASE NO.   7734545                    SCHEDULE NO.   001

CUSTOMER NAME: WORKFLOW INC

*PAYMENT NOT RECEIVED            1    PAYMENTS @    $200.69

*(INCLUDES SALES TAX WHERE APPLICABLE)*

LATE CHARGE – 0 –

TOTAL CLAIM    $200.69

| INVOICE DATE | AMOUNT | PERIOD COVERING |
|---|---|---|
| 12/23/14 | $200.69 | 01/10/15 – 03/12/15 |

PREPARED BY: /s/Faith Santiago
Faith Santiago, Bankruptcy Coordinator



Bankruptcy Department						PRE-PETITION CLAIM

DATE: April 2, 2015

## STATEMENT OF ACCOUNT

LEASE NO.   2697649					SCHEDULE NO.   002

CUSTOMER NAME: THE STANDARD REGISTER CO

*PAYMENT NOT RECEIVED		1	PAYMENTS @	$2,545.53
					1			$2,296.23

*(INCLUDES SALES TAX WHERE APPLICABLE)*

LATE CHARGE – 0 –

TOTAL CLAIM   $4,841.76

| INVOICE DATE | AMOUNT | PERIOD COVERING |
|---|---|---|
| 01/13/15 | $2,545.53 | 01/30/15 – 03/12/15 |
| 11/04/15 | $2,296.23 | 11/02/14 – 12/30/14 |

PREPARED BY:  /s/Faith Santiago
         Faith Santiago, Bankruptcy Coordinator

```
WORKFLOWONE              SP H    MACCT REL01 BANK 1 03-12-15    PBI    AS OF 04-01-15
                         DBA ATTN: JO ANN EDWARDS  SNC 03-02 LESSEE 6382940 SCH 001
600 ALBANY ST            CONTACT  NATHAN JENKIN         S-L-P
DAYTON       OH 45417    TEL 937-630-8211                                  INTERIM
                                                        CMS REP 693    LOCS REP 0
                                                                            TYPE N
DISTRT/REG  0014/03   BALANCES FORWARD    LC 12-097-5159-5159 CNTRC         6834.00
CYCLE/FREQ      6/Q   RENT          726.00 REX/PTEX         0/0 CNBAL          0.00
COMMEN DT  07-20-09   SERV/SUP      468.00 BF PTAX         0.00 COST        5428.10
TERM/RTERM 051/000    MTR             0.00 BF PLATE        0.00 RESID         86.89
L/NBILL 03-30/06-15   VALMX           0.00 LASTPAY       100.45 I/U000/        0.00
NEXT RNT     363.00   STAX           83.58 LASTDATE    12-20-13 LIST        5795.00
SERV/SUP     234.00   L/CHGS        102.33 LN/INDT 01-13/11-13 PCN 1  FD70/0905318
MTR AMT        0.00   TOTAL BF     1379.91 PURCH TAX %    7.000 PCN 2  FD78/0901002
MTR ST DT  07-20-09   LASTPAY      -263.74 SALES TAX %    7.000 INV 06-25-09/746639
LAST L/C      32.00   DT & TYPE  11-20   * ITC/NEWUSE      N/U  INV AMT     5944.00
ADV RENT       0.00   LASTPAY2      295.74 APP CD/PUR OP   F/N  T/U AMT        0.00
DPOST          0.00   DT & TYPE  10-22   C PURCH ORD     ...    T/I AMT        1.00
MKT PGM/VMX   TMS/J   LAST AGE     000123  XPOSURE      1466.80
EQUIP CD 5699.0 EMA                        VALMX AMT       0.00
EQLOC 1650 WESTFORK DR STE LITHIA SPRING GA           VEND 293 SLSREP     202131
ADDL SCHEDS NONE                  N                   SLPHOLD                 .00
ENTER REQUEST                                                   RENT SET AVAIL
```

*TOTAL PREPET Claim*

*$ 5,411.65*

```
WORKFLOWONE                       AUDIT TRAIL                        AS OF 03-20-15
                                                                LESSEE 6382940 SCH 001

     DATE   TRAN                  OPR                                              HASH

  08-01-14  160 DBA NAME                                    : ATTN: JO ANN EDWARDS
  04-12-14  160 DBA NAME               ATTN: JO ANN EDWARDS :
  02-10-14  160 DBA NAME                                    : ATTN: JO ANN EDWARDS
  02-07-14  160 ADDRESS STREET         220 E MONUMENT AVE   : 600 ALBANY ST
  02-07-14  160 ZIP CODE               45402                : 45417
  02-28-15  SLP STMT ISSUED                       0.00         0.00      32.00    709.12
  01-30-15  SLP STMT ISSUED                       0.00         0.00      38.33    677.12
  12-30-14  SLP BILL ISSUED                     597.00        41.79       0.00    638.79
  11-19-14  650 BAL FWD RENT      341 89        263.74- :                 0.00    263.74
  10-22-14  RNT RNT RECPT    NPC     8032       597.00        41.79       0.00    638.79
  10-22-14  RNT RNT RECPT    NPC     8032       263.74         0.00      32.00    295.74
  09-30-14  SLP BILL ISSUED                     597.00        41.79       0.00    670.79
  09-05-14  RNT RNT RECPT    NPC     8012      1191.20        83.38     101.97   1376.55
  08-30-14  SLP STMT ISSUED                       0.00         0.00      32.00   1408.55
  07-30-14  SLP STMT ISSUED                       0.00         0.00      37.97   1376.55

   ENTER REQUEST
   ENTER 7 AND TRANSMIT TO SEE THE NEXT PAGE   3/2/15
```

*Handwritten notes:*

1/3/15 (1/20/15 - 4/20/15)

7.10/day (1/20/15 - 3/12/15)   $369.20

52 days   prepet

```
WORKFLOW INC            SP H    MACCT REL01 BANK 1 03-12-15    PBI    AS OF 04-01-15
                        DBA ATTN: JO ANN EDWARDS  SNC 11-04 LESSEE 7734545 SCH 001
600 ALBANY ST           CONTACT  CHRIS SMITH            RENTAL
DAYTON      OH 45417    TEL 757-622-8001                                INTERIM
                                                CMS REP 692
                                                                        TYPE N
DISTRT/REG   0029/04  BALANCES FORWARD  LC 41-133-2496-2496 CNTRC       2862.00
CYCLE/FREQ      4/Q  RENT        284.40  REX/PTEX       0/0 CNBAL          0.00
COMMEN DT  01-10-05  SERV/SUP      0.00  BF PTAX     -10.80 COST        2077.94
TERM/RTERM  054/000  MTR         287.28  BF PLATE      0.00 RESID          0.00
L/NBILL 03-20/06-15  VALMX         0.00  LASTPAY      10.80 I/U000/        0.00
NEXT RNT     142.20  STAX         34.30  LASTDATE 02-02-14 LIST         1540.00
SERV/SUP        .00  L/CHGS      128.00  LN/INDT 01-13/11-13 PCN 1  MP04/0056331
MTR AMT      150.48  TOTAL BF    733.98  PURCH TAX %   6.000 PCN 2  P700/1717100
MTR ST DT  01-10-05  LASTPAY     295.74  SALES TAX %   6.000 INV 11-13-04/938461
LAST L/C       32.00 DT & TYPE 01-21  C  ITC/NEWUSE     N/U INV AMT     1589.00
ADV RENT       0.00  LASTPAY2    288.00  APP CD/PUR OP  A/N T/U AMT        0.00
DPOST          0.00  DT & TYPE 08-18  C  PURCH ORD  ...     T/I AMT        1.00
MKT PGM/VMX  YS6/D   LAST AGE    123423  XPOSURE      723.18
EQUIP CD 5699.0 NO EMA                   VALMX AMT      0.00
EQLOC 325 BUSSER RD           EMIGSVILLE    PA                  SLSREP   986801
ADDL SCHEDS NONE                  N                             SLPHOLD     .00
ENTER REQUEST                                                   RENT SET AVAIL
```

```
WORKFLOW INC                    AUDIT TRAIL                    AS OF 03-20-15
                                                          LESSEE 7734545 SCH 001

   DATE   TRAN            OPR                                              HASH

 04-14-14 160 DBA NAME                                : ATTN: JO ANN EDWARDS
 04-12-14 160 DBA NAME             ATTN: JO ANN EDWARDS :
 02-10-14 160 DBA NAME                                : ATTN: JO ANN EDWARDS
 02-07-14 160 ADDRESS STREET       220 E MONUMENT AVE : 600 ALBANY ST
 02-07-14 160 ZIP CODE             45402              : 45417
 03-20-15 SLP BILL ISSUED                     292.68   17.56    32.00    733.98
 02-20-15 SLP STMT ISSUED                       0.00    0.00    32.00    391.74
 01-21-15 RNT RNT RECPT    NPC    8102        279.00   16.74     0.00    295.74
 01-20-15 SLP STMT ISSUED                       0.00    0.00    32.00    655.48
 12-20-14 SLP BILL ISSUED                     279.00   16.74    32.00    623.48
 12-18-14 650 BAL FWD LATECHG a04   88          64.00       :    0.00     64.00-
 11-20-14 SLP STMT ISSUED                       0.00    0.00    32.00    359.74
 10-20-14 SLP STMT ISSUED                       0.00    0.00    32.00    327.74
 09-20-14 SLP BILL ISSUED                     279.00   16.74     0.00    295.74
 08-18-14 RNT RNT RECPT    NPC    8012          0.00    0.00   288.00    288.00

   ENTER REQUEST
   ENTER 7 AND TRANSMIT TO SEE THE NEXT PAGE
```

*Handwritten annotations:*
- 3/12/15
- 12/23/14 ( 11/10/15 – 4/10/15 ) $200.69 PRORET
- $3.29/day ( 1/10/15 – 3/12/15 )
- 61 days

```
THE STANDARD REGISTE                        BANK 1 03-12-15    PBI    AS OF 04-01-15
                        DBA                 SNC 10-14 LESSEE 2697649 SCH 002
PO BOX 2245             CONTACT  WES THOMPSON        ACTIVE
DAYTON      OH 45401    TEL 614-277-7560                              INTERIM
                                            CMS REP 873
                                                                      TYPE I
DISTRT/REG  0014/03   BALANCES FORWARD  LC 38-049-3304-3304 CNTRC       46872.00
CYCLE/FREQ     2/Q RENT       5902.40 REX/PTEX      0/0 CNBAL           42408.00
COMMEN DT 12-30-14 SERV/SUP   2232.20 BF PTAX      0.00 COST            38444.41
TERM/RTERM 063/057 MTR         785.40 BF PLATE     0.00 RESID            2921.20
L/NBILL 03-10/06-15 VALMX      246.00 LASTPAY      0.00 I/U059/         10188.58
NEXT RNT    2232.00 STAX       641.65 LASTDATE          LIST            39540.00
SERV/SUP     858.00 L/CHGS     395.12 LN/INDT    -  / -  PCN 1  AZBS/0000000
MTR AMT      297.00 TOTAL BF 10202.77 PURCH TAX %  7.000 PCN 2  1FWX/0000000
MTR ST DT 12-30-14 LASTPAY   -2104.83 SALES TAX %  7.000 INV 10-30-14/438873
LAST L/C      32.00 DT & TYPE 01-10  T ITC/NEWUSE    N/U INV AMT        36515.02
ADV RENT       0.00 LASTPAY2     0.00 APP CD/PUR OP  B/N T/U AMT            0.00
DPOST          0.00 DT & TYPE 01-10  A PURCH ORD  ...     T/I AMT         3550.00
MKT PGM/VMX  T99/A LAST AGE   000012 XPOSURE    45657.11
EQUIP CD 5699.0 EMA                   VALMX AMT    123.00
EQLOC 3125 LEWIS CENTRE WA GROVE CITY   OH              VEND 293 SLSREP  220503
ADDL SCHEDS NONE                 N                      SLPHOLD             .00
ENTER REQUEST                                           RENT SET AVAIL
```

```
THE STANDARD REGISTE              AUDIT TRAIL                    AS OF 03-20-15
                                                           LESSEE 2697649 SCH 002

    DATE    TRAN              OPR                                        HASH

10-27-14  110  NEW SETUP
03-10-15  230  BILL ISSUED                  3510.00      245.71    32.00   10202.77
02-10-15  230  STMT ISSUED                     0.00        0.00   363.12    6415.06
01-10-15  230  BILL ISSUED                  3510.00      245.71     0.00    6051.94
01-07-15  650  BAL FWD SALESTX   00 T          0.00    :          150.23     150.23
01-07-15  650  BAL FWD METER     00 T          0.00    :          191.40     191.40
01-07-15  650  BAL FWD RENT      00 T          0.00    :         1438.40    1438.40
01-07-15  650  BAL FWD MAINT     00 T          0.00    :          516.20     516.20
01-06-15  671  RENT MAINT        VARIABLE RENT SET. SEE CUST FOLDER
01-06-15  615  DIRECT SCH                                                      0.00


    ENTER REQUEST
NO MORE TRANSACTIONS ON FILE - SEE MICRO-FICHE IF AD   DL INFO NEEDED
```

3/12/15

1/13/15  (1/30/15 - 4/30/15) #
41.73/day  (1/30/15 - 3/12/15) 2,545.53
              61 days

11/04/15 (11/2/14 - 12/30/14) # 2296.23
Interim
                                    $4841.76

```
COMPANY 10      GENERAL NARRATIVE / FOLLOW-UP INFORMATION    AS OF 04-01-15

LESSEE 2697649    SCHEDULE 002    LESSEE NAME - THE STANDARD REGISTE

INITIATED BY A993FCS              LAST UP-DATE 03-12-15   RETAIN DATE 99-99-99
BK 15-10541 CH 11 03/12/15 DISTRICT OF DE 824 MARKET ST 3RD FL WILMINGTON D
E 19801. ATTY: MICHAEL R NESTOR  ESQ  YOUNG CONAWAY STARGATT & TAYLOR   ROD
NEY SQ  1000 NORTH KING STREET  WILMINGTON  DE 19801 PH#302-571-6600.    CAS
E FALLS UNDER: THE STANDARD REGISTER COMPANY AND OTHERS AFFILATED.

INITIATED BY A871MWT              LAST UP-DATE 03-03-15   RETAIN DATE 99-99-99
A871MWT DIALLED (614) 277-7560 REACHED WES THOMPSON'S VM LM LEASE # AGECODE
 BAL PAYMENT OPTIONS EDUC WEB/800.SET CALLBACK 3.6.15/SEND DUNNING LETTER T
HRU LM WORKING ON SPREADSHEET"

INITIATED BY A299LDD              LAST UP-DATE 02-16-15   RETAIN DATE 99-99-99
APPOINTMENT VERIFICATION. LET HIM KNOW THAT HE IS THE NEXT CALL AND THAT H
E WILL BE THERE THIS AFTERNOON.



                                      ENTER OPTION   A-ADD 7-NEXT E-EXIT
```



# Prorated usage invoice# 2697649-NV14

November 4, 2014

**Account name**
The Standard Register Co

**Acct number**
2697649

**Invoice number**
2697649-NV14

**Equipment location**
3125 Lewis Centre Way
Grove City

## Details for schedule 002

Model: AZBS       Model: 1FWX

Prorated billing period:    November 2, 2014 to December 30, 2014
58 days

| | |
|---|---|
| Current charges for the prorate period | $2,146.00 |
| Sales tax | $150.23 |
| **Total due** | **$2,296.23** |

This prorated usage invoice represents the amount of money you owe Pitney Bowes Global Financial Services LLC for the usage of equipment and services covered under your agreement, from the time you receive the equipment, to the time the term commences.

This invoice covers the equipment rent from the time of delivery, until the next quarter, when your stated term begins.

Make check payable to *Pitney Bowes Global Financial Services LLC*.

**Questions about your invoice?** Why not ask Sophie, our online Virtual Assistant? You can visit Sophie 24 hours a day or choose to Chat with an agent from 8:00 AM – 8:00 PM Eastern Time. GO TO: www.pb.com/support

Thank you for choosing Pitney Bowes.

**Payment Options**

Online Account Management
 Register for *MyAccount* @ www.pb.com/myaccount. Click *View and Pay Bills* for online payments.

Pay by Phone
1-800-732-7222

**For Questions?**


**Sophie** VIRTUAL ASSISTANT

Go to: www.pb.com/support or call:
1-800-732-7222 8 a.m to 8 p.m. EST

---

*Avoid late charges - Mail your payment with the coupon below and allow up to 7-10 days for mail and processing time.*

Page 1 of 2        TAX ID 20-1344287        7        Tear off here        000066

**Pitney Bowes**
2225 American Drive
Neenah, WI 54956-1005

**Prorated usage coupon**
Please make your check payable to
*Pitney Bowes Global Financial Services LLC*

Acct number: 2697649           Amount you owe: **$2,296.23**
Invoice number: 2697649-NV14
Invoice date: Nov 4, 2014      Due date: **On receipt**

Amount paid $

```
10   2697649   002   644   0022962  3   00000      0
```

PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC
PO BOX 371887
PITTSBURGH PA 15250-7887

THE STANDARD REGISTER CO
PO BOX 2245
DAYTON OH 45401-2245

Change of address/contact information?
Please update at www.pb.com/support/addresschange.



Prorated usage invoice
November 4, 2014

Acct number  Invoice number
2697649      2697649-NV14

## Important information

To order supplies from Pitney Bowes, call:
1-800-243-7824

**For questions, call:**
Equipment purchase	1-800-322-8000
Rental	1-800-228-1071
Leasing	1-800-732-7222
ValueMAX® program	1-800-732-7222
Service	1-800-522-0020
Postage By Phone ® account	1-800-243-7800
Purchase Power ® account	1-800-243-7800

Email: mybills.support@pb.com
or go to: www.pb.com/contact-us

Overnight checks should be mailed to:
Pitney Bowes Global Financial Services LLC
Attn: Box 371887
500 Ross Street Suite 154-0470
Pittsburgh, PA 15262-0001

**Returns**
Check your agreement with us for our return policy on equipment, postage meters and software that you have purchased, licensed, leased or rented from Pitney Bowes.

Page 2 of 2

**You can pay your bill:**
- Online at www.pb.com/myaccount
  Click on *View and Pay Bills*
- By check, over the phone,
  at 1-800-732-7222
- By check, made payable to Pitney Bowes
  Global Financial Services LLC and sent with
  this *payment coupon* to:
  Pitney Bowes Global Financial Services LLC
  PO Box 371887
  Pittsburgh PA 15250-7887

United States Bankruptcy Court
District of Delaware

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 03/12/2015 at 07:00 AM and filed on 03/12/2015.

**The Standard Register Company**
600 Albany Street
Dayton, OH 45417
Tax ID / EIN: 31-0455440
*aka* **SMARTworks**
*aka* **Standard Register**
*aka* **Industramark**
*aka* **WorkflowOne, LLC**
*aka* **ParthForward**
*aka* **WorkflowOne**
*aka* **CopyConcepts**
*aka* **Stanfast**
*aka* **Expadata**
*aka* **Wilmer**



The case was filed by the debtor's attorney:

**Michael R. Nestor**
Young Conaway Stargatt & Taylor
Rodney Square
1000 North King Street
Wilmington, DE 19801
302-571-6600

The case was assigned case number 15-10541-BLS to Judge Brendan Linehan Shannon.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.deb.uscourts.gov or at the Clerk's Office, 824 Market Street, 3rd Floor, Wilmington, DE 19801.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Internal CM/ECF Live Database

**David D. Bird**
**Clerk, U.S. Bankruptcy**
**Court**

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/12/2015 11:04:46 | | | |
| PACER Login: | wr0243:2663996:0 | Client Code: | |
| Description: | Notice of Filing | Search Criteria: | 15-10541-BLS |
| Billable Pages: | 1 | Cost: | 0.10 |