# EXHIBIT D

FORM B10 (Official Form 10) (04/05)

| UNITED STATES BANKRUPTCY COURT _____ DISTRICT OF __Delaware__ | PROOF OF CLAIM |
|---|---|

| Name of Debtor: The Standard Register Company | Case Number: 15-10541 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property): **Pitney Bowes Inc** | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
|---|---|
| Name and address where notices should be sent: Pitney Bowes Inc. 27 Waterview Drive Shelton CT 06484  Telephone number: 203-922-4277 | ☐ Check box if you have never received any notices from the bankruptcy court in this case. ☐ Check box if the address differs from the address on the envelope sent to you by the court.   THIS SPACE IS FOR COURT USE ONLY |

| Account or other number by which creditor identifies debtor: 2163-1913-86-6 (see attached) | Check here ☐ replaces if this claim ☐ amends a previously filed claim, dated:_____ |
|---|---|

**1. Basis for Claim**
- ☐ Goods sold
- ☑ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
          (date)           (date)

**2. Date debt was incurred:** 02/03/15

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:**  $ __20,713.01__  _____  _____  $20,713.01
(unsecured)    (secured)    (priority)    (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle
☐ Other_____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim** $ 20,713.01

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $_____
Specify the priority of the claim:
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

| Date 04/24/15 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): /s/Faith Santiago |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



# Service invoice# 2001991830
February 3, 2015

**Account name**
SRC ~ 90 Day Warranty Direct E
Nd Users

**Billing acct number**
2163-1913-86-6

**Invoice number**
2001991830

### Invoice Summary

| | |
|---|---|
| Service charges | $498.75 |
| Total tax | $0.00 |

**Payment due by March 5, 2015**   $498.75

*See reverse side for invoice details.*

**PLEASE NOTE** ⇨ January 2015 / Warranty repairs done on behalf of SRC

**Exempt from Sales Tax?**
Please assist us by returning a copy of your Tax Exemption Certificate to:
  MVS
  1313 N Atlantic, Fl 3
  Spokane, WA 99201

**Online Account Management**
Register for *My Account* @ www.pb.com/myaccount. Click *View and Pay Bills* for online payments. Your billing account number is: 21631913866

**Need more information?**
From 8 a.m. to 8 p.m. EST call 1-800-228-1071

- 1-800-228-1071 to Pay by Phone
  Enter 21631913866 as your acct number
- 1-800-243-7800 to add Postage to your Meter. Enter your 8-digit Postage by Phone® acct number if you have it or 21631913866.
- 1-800-243-7824 to order Supplies or visit www.pb.com/supplies.

---

**Avoid late charges** - Mail your payment with the coupon below and allow up to 7-10 days for mail and processing time.

Page 1 of 2          DUNS 00116-1793, TAX ID 06-0495050          V  Tear off here          N-000172

**Pitney Bowes**
1313 N Atlantic Fl 3
Spokane, WA 99201

**Pitney Bowes payment coupon**
If you've chosen not to pay online, please include this payment coupon with your payment.

Billing acct number: 2163-1913-86-6
Invoice date: Feb 3, 2015         Invoice #: 2001991830
Payment amount due: **$498.75**   Due date: Mar 05, 2015

Amount paid $ [           ]

7 1216319138662001991830000004987500

21631913866

PITNEY BOWES INC
PO BOX 371896
PITTSBURGH PA 15250-7896

SRC ~ 90 DAY WARRANTY DIRECT E
ND USERS
600 ALBANY ST
DAYTON OH 45417-3405

**Change of address/contact information?**
Please update at www.pb.com/support/addresschange.



Service Invoice
February 3, 2015

| Billing acct number | Invoice number |
|---|---|
| 2163-1913-86-6 | 2001991830 |

## Service invoice details

| Invoice Number | Invoice Date | | | | | Invoice Total |
|---|---|---|---|---|---|---|
| 2001991830 | 02/03/15 | | | | | |

Acct Name: Umpqua Bank
Address: 400 E Olive Ave, Turlock CA, 95380
District: 1776
SR#: 3-4353780293   Date of Service: 12/08/2014
Model #: ST9720 / PL6050
Serial #: 451444HH1KC56

| Labor | Travel | Milage | Zone | Incident | Total |
|---|---|---|---|---|---|
| $95.00 | $190.00 | $0.00 | $0.00 | $0.00 | $285.00 |

Service week ending 12-12-14

Acct Name: Umpqua Bank
Address: 700 E Street, Marysville CA, 95901
District: 1776   3rd Party ID: 109374
SR#: 3-4384408852   Date of Service: 01/20/2015
Model #: ST9720 / PL6050
Serial #: 451444HH1KBM5

| Labor | Travel | Milage | Zone | Incident | |
|---|---|---|---|---|---|
| $95.00 | $118.75 | $0.00 | $0.00 | $0.00 | $213.75 |

Service week ending 01-23-15

Total Tax $0.00

Total for invoice # 2001991830           $498.75

## Important information

This transaction is governed by the terms and conditions of the applicable Pitney Bowes agreement, current as of the date of this invoice unless otherwise agreed to in writing by the parties.
Payment
• If your check is returned, you're liable for any charges we incur.
• If you make a partial payment of the Payment due, it doesn't change your contract or your obligations to us.
Returns: Check your agreement with us for our return policy on equipment, postage meters and software that you have purchased, licensed, leased or rented from Pitney Bowes.

Page 2 of 2

You can pay your bill:
• Online at www.pb.com/myaccount.
• By credit card, over the phone
  at 1-800-228-1071
• By check, made payable to Pitney Bowes
  and sent with this *payment coupon* to:
  Pitney Bowes Inc
  PO Box 371896
  Pittsburgh, PA 15250-7896



# Service invoice# 2002018750
February 18, 2015

**Account name**
Standard Register I&w

**Billing acct number**
2103-9687-86-4

**Invoice number**
2002018750

### Invoice Summary

| | |
|---|---|
| Service charges | $1,812.40 |
| Total tax | $0.00 |
| **Payment due by March 20, 2015** | **$1,812.40** |

See reverse side for invoice details.

**PLEASE NOTE** ⇨ Billing for installs done on behalf of SRC in 2014. (SRs com

**Exempt from Sales Tax?**
Please assist us by returning a copy of your Tax Exemption Certificate to:
 MVS
 1313 N Atlantic, Fl 3
 Spokane, WA 99201

### Online Account Management
Register for *My Account* @ www.pb.com/myaccount. Click *View and Pay Bills* for online payments. Your billing account number is: 21039687864

### Need more information?
From 8 a.m. to 8 p.m. EST call 1-800-228-1071
- 1-800-228-1071 to Pay by Phone Enter 21039687864 as your acct number
- 1-800-243-7800 to add Postage to your Meter. Enter your 8-digit Postage by Phone® acct number if you have it or 21039687864.
- 1-800-243-7824 to order Supplies or visit www.pb.com/supplies.

---

**Avoid late charges** — Mail your payment with the coupon below and allow up to 7-10 days for mail and processing time.

Page 1 of 2                DUNS 00116-1793, TAX ID 06-0495050         V  Tear off here          N-000006

**PitneyBowes**
1313 N Atlantic Fl 3
Spokane, WA 99201

**Pitney Bowes payment coupon**
If you've chosen not to pay online, please include this payment coupon with your payment.

Billing acct number: 2103-9687-86-4
Invoice date: Feb 18, 2015            Invoice #: 2002018750
Payment amount due: **$1,812.40**    Due date: Mar 20, 2015

Amount paid $ _____

7 1 2 1 0 3 9 6 8 7 8 6 4 2 0 0 2 0 1 8 7 5 0 0 0 0 0 1 8 1 2 4 0 0 2

21039687864

PITNEY BOWES INC
PO BOX 371896
PITTSBURGH PA 15250-7896

STANDARD REGISTER I&W
600 ALBANY ST
DAYTON OH 45417-3442

**Change of address/contact information?**
Please update at www.pb.com/support/addresschange.

 **Pitney Bowes**

Service Invoice
February 18, 2015

Billing acct number: 2103-9687-86-4
Invoice number: 2002018750

## Service invoice details

| Invoice Number | Invoice Date | | | Invoice Total |
|---|---|---|---|---|
| 2002018750 | 02/18/15 | | | |

| District | Quantity | Description | | Total |
|---|---|---|---|---|
| 1714 | 1 | Install Zip 60631 | | $247.48 |
| 1751 | 1 | Install Zip 45828 | | $115.00 |
| 1751 | 3 | Install Zip 48502 (3 @ $115.00 per) | | $345.00 |
| 1751 | 1 | Install Zip 44307 | | $115.00 |
| 1752 | 1 | Install Zip 17815 | | $247.48 |
| 1754 | 1 | Install Zip 11021 | | $247.48 |
| 1754 | 1 | Install Zip 11946 | | $247.48 |
| 1758 | 1 | Install Zip 03060 | | $247.48 |
| | | | Total Tax | $0.00 |
| | | Total for invoice # 2002018750 | | $1,812.40 |

**Important information**

This transaction is governed by the terms and conditions of the applicable Pitney Bowes agreement, current as of the date of this invoice unless otherwise agreed to in writing by the parties.

Payment
- If your check is returned, you're liable for any charges we incur.
- If you make a partial payment of the Payment due, it doesn't change your contract or your obligations to us.

Returns: Check your agreement with us for our return policy on equipment, postage meters and software that you have purchased, licensed, leased or rented from Pitney Bowes.

Page 2 of 2

**You can pay your bill:**
- Online at www.pb.com/myaccount.
- By credit card, over the phone at 1-800-228-1071
- By check, made payable to Pitney Bowes and sent with this *payment coupon* to:
  Pitney Bowes Inc
  PO Box 371896
  Pittsburgh, PA 15250-7896


Pitney Bowes

# Service invoice# 2002033470
March 2, 2015

**Account name**
SRC ~ 90 Day Warranty Direct E
Nd Users

**Billing acct number**
2163-1913-86-6

**Invoice number**
2002033470

### Invoice Summary

| | |
|---|---|
| Service charges | $1,828.75 |
| Total tax | $0.00 |
| **Payment due by April 1, 2015** | **$1,828.75** |

*See reverse side for invoice details.*

**PLEASE NOTE** ⇨ February 2015 / Warranty repairs done on behalf of SRC

**Exempt from Sales Tax?**
Please assist us by returning a copy of your Tax Exemption Certificate to:
MVS
1313 N Atlantic, Fl 3
Spokane, WA 99201

### Online Account Management
Register for *My Account* @ www.pb.com/myaccount. Click *View and Pay Bills* for online payments. Your billing account number is: 21631913866

### Need more information?
From 8 a.m. to 8 p.m. EST call 1-800-228-1071
- 1-800-228-1071 to Pay by Phone
  Enter 21631913866 as your acct number
- 1-800-243-7800 to add Postage to your Meter. Enter your 8-digit Postage by Phone® acct number if you have it or 21631913866.
- 1-800-243-7824 to order Supplies or visit www.pb.com/supplies.

---

**Avoid late charges - Mail your payment with the coupon below and allow up to 7-10 days for mail and processing time.**

DUNS 00116-1793, TAX ID 06-0495050      V   Tear off here      N-000079

Page 1 of 4

Pitney Bowes
1313 N Atlantic Fl 3
Spokane, WA 99201

**Pitney Bowes payment coupon**
If you've chosen not to pay online, please include this payment coupon with your payment.

Billing acct number: 2163-1913-86-6
Invoice date: Mar 2, 2015
Payment amount due: **$1,828.75**

Invoice #: 2002033470
Due date: Apr 01, 2015

Amount paid $ _____

712163191386620020334700001828750 2

21631913866

PITNEY BOWES INC
PO BOX 371896
PITTSBURGH PA 15250-7896

SRC - 90 DAY WARRANTY DIRECT E
ND USERS
600 ALBANY ST
DAYTON OH 45417-3405

**Change of address/contact information?**
Please update at www.pb.com/support/addresschange.



Service Invoice
March 2, 2015

Billing acct number: 2163-1913-86-6
Invoice number: 2002033470

# Service invoice details

| Invoice Number | Invoice Date | | | | | Invoice Total |
|---|---|---|---|---|---|---|
| 2002033470 | 03/02/15 | | | | | |

**Acct Name:** Umpqua Bank
**Address:** 4802 Tacoma Mall Blvd Ste A, Tacoma WA, 98409
**District:** 1776   **3rd Party ID:** 109268
**SR#:** 3-4384408973   **Date of Service:** 01/21/2015
**Model #:** LEXMARK MS610DN
**Serial #:** 451444HH1G8XM

| Labor | Travel | Milage | Zone | Incident | Total |
|---|---|---|---|---|---|
| $451.25 | $166.25 | $0.00 | $0.00 | $0.00 | $617.50 |

Service week ending 02-06-15

**Acct Name:** Story County Treasurer
**Address:** 900 6th St, Nevada IA, 50201
**District:** 1715
**SR#:** 3-4406703761   **Date of Service:** 02/17/2015
**Model #:** 4063-835
**Serial #:** 40634C66000H6

| Labor | Travel | Milage | Zone | Incident | |
|---|---|---|---|---|---|
| $118.75 | $261.25 | $0.00 | $0.00 | $0.00 | $380.00 |

Service week ending 02-20-15

**Acct Name:** Umpqua Bank
**Address:** 251 Pacific Ave, Glendale OR, 97442
**District:** 1776
**SR#:** 3-4411210941   **Date of Service:** 02/23/2015
**Model #:** SR PL6050DNSP
**Serial #:** 451444HH1KBTV

| Labor | Travel | Milage | Zone | Incident | |
|---|---|---|---|---|---|
| $95.00 | $118.75 | $0.00 | $0.00 | $0.00 | $213.75 |

Service week ending 02-27-15

continued next page

Page 2 of 4

**You can pay your bill:**
- Online at www.pb.com/myaccount.
- By credit card, over the phone at 1-800-228-1071
- By check, made payable to Pitney Bowes and sent with this *payment coupon* to:
  Pitney Bowes Inc
  PO Box 371896
  Pittsburgh, PA 15250-7896



Service Invoice
March 2, 2015

Billing acct number   Invoice number
2163-1913-86-6        2002033470

# Service invoice details - *continued*

| Invoice Number | Invoice Date | | | | | Invoice Total |
|---|---|---|---|---|---|---|
| 2002033470 | 03/02/15 | | | | | |

Acct Name: Clayton County Treasurer
Address: 111 High St NE, Elkader IA, 52043
District: 1716
SR#: 3-4413158751   Date of Service: 02/24/2015
Model #: 4063-835
Serial #: 40634C6601BGC

| Labor | Travel | Milage | Zone | Incident | Total |
|---|---|---|---|---|---|
| $95.00 | $237.50 | $0.00 | $0.00 | $0.00 | $332.50 |

Service week ending 02-27-15

Acct Name: Umpqua Bank
Address: 4802 Tacoma Mall Blvd Ste A, Tacoma WA, 98409
District: 1776   3rd Party ID: 109268
SR#: 3-4415069593   Date of Service: 02/26/2015
Model #: LEXMARK MS610DN
Serial #: 451444HH1G8XM

| Labor | Travel | Milage | Zone | Incident | |
|---|---|---|---|---|---|
| $95.00 | $190.00 | $0.00 | $0.00 | $0.00 | $285.00 |

Service week ending 02-27-15

Total Tax                                  $0.00

Total for invoice # 2002033470            $1,828.75

## Important information

This transaction is governed by the terms and conditions of the applicable Pitney Bowes agreement, current as of the date of this invoice unless otherwise agreed to in writing by the parties.
Payment
• If your check is returned, you're liable for any charges we incur.
• If you make a partial payment of the Payment due, it doesn't change your contract or your obligations to us.
Returns: Check your agreement with us for our return policy on equipment, postage meters and software that you have purchased, licensed, leased or rented from Pitney Bowes.



Service Invoice
March 2, 2015

Billing acct number: 2163-1913-86-6
Invoice number: 2002033470


**PitneyBowes**

# Service invoice# 2002034330
March 4, 2015

### Invoice Summary

| | |
|---|---|
| Service charges | $1,722.88 |
| Total tax | $0.00 |
| **Payment due by April 3, 2015** | **$1,722.88** |

See reverse side for invoice details.

**Account name**
Standard Register I&w

**Billing acct number**
2103-9687-86-4

**Invoice number**
2002034330

**Online Account Management**
Register for *My Account* @ www.pb.com/myaccount. Click *View and Pay Bills* for online payments. Your billing account number is: 21039687864

**Need more information?**
From 8 a.m. to 8 p.m. EST call 1-800-228-1071
- 1-800-228-1071 to Pay by Phone Enter 21039687864 as your acct number
- 1-800-243-7800 to add Postage to your Meter. Enter your 8-digit Postage by Phone® acct number if you have it or 21039687864.
- 1-800-243-7824 to order Supplies or visit www.pb.com/supplies.

**PLEASE NOTE** ⇨ Billing for February 2015 Installs

**Exempt from Sales Tax?**
Please assist us by returning a copy of your Tax Exemption Certificate to:
    MVS
    1313 N Atlantic, Fl 3
    Spokane, WA 99201

---

**Avoid late charges - Mail your payment with the coupon below and allow up to 7-10 days for mail and processing time.**

Page 1 of 2                DUNS 00116-1793, TAX ID 06-0495050               V   Tear off here               N-000025

**PitneyBowes**
1313 N Atlantic Fl 3
Spokane, WA 99201

**Pitney Bowes payment coupon**
If you've chosen not to pay online, please include this payment coupon with your payment.

Billing acct number: 2103-9687-86-4
Invoice date: Mar 4, 2015
Payment amount due: **$1,722.88**

Invoice #: 2002034330
Due date: Apr 03, 2015

Amount paid $ [          ]

7 1 2 1 0 3 9 6 8 7 8 6 4 2 0 0 2 0 3 4 3 3 0 0 0 0 1 7 2 2 8 8 0 8

21039687864

```
PITNEY BOWES INC
PO BOX 371896
PITTSBURGH PA  15250-7896
```

```
STANDARD REGISTER I&W
600 ALBANY ST
DAYTON OH  45417-3442
```

**Change of address/contact information?**
Please update at www.pb.com/support/addresschange.


**Pitney Bowes**

Service invoice
March 4, 2015

Billing acct number: 2103-9687-86-4
Invoice number: 2002034330

## Service invoice details

| Invoice Number | Invoice Date | | | Invoice Total |
|---|---|---|---|---|
| 2002034330 | 03/04/15 | | | |
| District | Quantity | Description | | Total |
| 1714 | 2 | Install Zip 60601 (2 @ $247.48 per) | | $494.96 |
| 1715 | 1 | Install Zip 52553 | | $247.48 |
| 1715 | 3 | Install Zip 50010 (3 @ $110.00 per) | | $330.00 |
| 1715 | 1 | Install Zip 63127 | | $155.48 |
| 1751 | 1 | Install Zip 43215 | | $247.48 |
| 1754 | 1 | Install Zip 11355 | | $247.48 |
| | | | Total Tax | $0.00 |
| | | Total for invoice # 2002034330 | | $1,722.88 |

### Important information

This transaction is governed by the terms and conditions of the applicable Pitney Bowes agreement, current as of the date of this invoice unless otherwise agreed to in writing by the parties.

**Payment**
- If your check is returned, you're liable for any charges we incur.
- If you make a partial payment of the Payment due, it doesn't change your contract or your obligations to us.

Returns: Check your agreement with us for our return policy on equipment, postage meters and software that you have purchased, licensed, leased or rented from Pitney Bowes.

Page 2 of 2

### You can pay your bill:

- Online at www.pb.com/myaccount.
- By credit card, over the phone at 1-800-228-1071
- By check, made payable to Pitney Bowes and sent with this *payment coupon* to:
  Pitney Bowes Inc
  PO Box 371896
  Pittsburgh, PA 15250-7896


Pitney Bowes

# Service invoice# 2002035430
March 9, 2015

**Account name**
Standard Register Supplies

**Billing acct number**
2074-4278-86-0

**Invoice number**
2002035430

### Online Account Management
Register for *My Account* @ www.pb.com/myaccount. Click *View and Pay Bills* for online payments. Your billing account number is: **20744278860**

### Need more information?
From 8 a.m. to 8 p.m. EST call 1-800-228-1071
- **1-800-228-1071** to Pay by Phone
  Enter **20744278860** as your acct number
- **1-800-243-7800** to add Postage to your Meter. Enter your 8-digit Postage by Phone® acct number if you have it or **20744278860**.
- **1-800-243-7824** to order Supplies or visit www.pb.com/supplies.

| Invoice Summary | |
|---|---:|
| Service charges | $25.33 |
| Total tax | $0.00 |
| **Payment due by April 8, 2015** | **$25.33** |

See reverse side for invoice details.

**PLEASE NOTE** ⇨ Order #3-4421437687 on 03-04-15 / PO #2966192

**Exempt from Sales Tax?**
Please assist us by returning a copy of your Tax Exemption Certificate to:
   MVS
   1313 N Atlantic, Fl 3
   Spokane, WA 99201

---

*Avoid late charges – Mail your payment with the coupon below and allow up to 7-10 days for mail and processing time.*

Page 1 of 2      DUNS 00116-1793, TAX ID 06-0495050       Tear off here         N-000089

**Pitney Bowes**
1313 N Atlantic Fl 3
Spokane, WA 99201

**Pitney Bowes payment coupon**
If you've chosen not to pay online, please include this payment coupon with your payment.

Billing acct number: 2074-4278-86-0
Invoice date: Mar 9, 2015
Payment amount due: **$25.33**

Invoice #: 2002035430
Due date: Apr 08, 2015

Amount paid $ _____

71207442788602002035430000000253309

20744278860

PITNEY BOWES INC
PO BOX 371896
PITTSBURGH PA 15250-7896

STANDARD REGISTER SUPPLIES
PO BOX 1167
DAYTON OH 45401-1167

Change of address/contact information?
Please update at www.pb.com/support/addresschange.

 **Pitney Bowes**

Service Invoice
March 9, 2015

| Billing acct number | Invoice number |
|---|---|
| 2074-4278-86-0 | 2002035430 |

## Service invoice details

| Invoice Number | Invoice Date | | | Invoice Total |
|---|---|---|---|---|
| 2002035430 | 03/09/15 | | | |

| District | Quantity | Description | | Total |
|---|---|---|---|---|
| 1761 | 1 | SR-11191003 / T2700 BLACK INKROLL / $25.33ea | | $25.33 |
| | | | Total Tax | $0.00 |
| | | Total for invoice # 2002035430 | | $25.33 |

### Important information

This transaction is governed by the terms and conditions of the applicable Pitney Bowes agreement, current as of the date of this invoice unless otherwise agreed to in writing by the parties.

Payment
- If your check is returned, you're liable for any charges we incur.
- If you make a partial payment of the Payment due, it doesn't change your contract or your obligations to us.

Returns: Check your agreement with us for our return policy on equipment, postage meters and software that you have purchased, licensed, leased or rented from Pitney Bowes.

Page 2 of 2

### You can pay your bill:

- Online at www.pb.com/myaccount.
- By credit card, over the phone at 1-800-228-1071
- By check, made payable to Pitney Bowes and sent with this *payment coupon* to:
  Pitney Bowes Inc
  PO Box 371896
  Pittsburgh, PA 15250-7896



# Service invoice# 2001992071

February 18, 2015

| Invoice Summary | |
|---|---|
| Service charges | $494.96 |
| Total tax | $0.00 |
| **Payment due by March 20, 2015** | **$494.96** |

*See reverse side for invoice details.*

**Account name**
Standard Register I&w

**Billing acct number**
2103-9687-86-4

**Invoice number**
2001992071

**Online Account Management**
Register for *My Account* @ www.pb.com/myaccount. Click *View and Pay Bills* for online payments. Your billing account number is: 21039687864

**Need more information?**
From 8 a.m. to 8 p.m. EST call 1-800-228-1071

- 1-800-228-1071 to Pay by Phone
  Enter 21039687864 as your acct number
- 1-800-243-7800 to add Postage to your Meter. Enter your 8-digit Postage by Phone® acct number if you have it or 21039687864.
- 1-800-243-7824 to order Supplies or visit www.pb.com/supplies.

**PLEASE NOTE** ⇨ Revised billing for the January 2015 Installs (This invoice

**Exempt from Sales Tax?**
Please assist us by returning a copy of your Tax Exemption Certificate to:
MVS
1313 N Atlantic, Fl 3
Spokane, WA 99201

---

**Avoid late charges – Mail your payment with the coupon below and allow up to 7-10 days for mail and processing time.**

Page 1 of 2        DUNS 00116-1793, TAX ID 06-0495050        V    Tear off here        N-000001

**PitneyBowes**
1313 N Atlantic Fl 3
Spokane, WA 99201

**Pitney Bowes payment coupon**
If you've chosen not to pay online, please include this payment coupon with your payment.

Billing acct number: 2103-9687-86-4
Invoice date: Feb 18, 2015
Payment amount due: **$494.96**

Invoice #: 2001992071
Due date: Mar 20, 2015

Amount paid $ [        ]

71210396878642001992071000049496 01

21039687864

PITNEY BOWES INC
PO BOX 371896
PITTSBURGH PA 15250-7896

STANDARD REGISTER I&W
600 ALBANY ST
DAYTON OH 45417-3442

**Change of address/contact information?**
Please update at www.pb.com/support/addresschange.

 **Pitney Bowes**

Service invoice
February 18, 2015

Billing acct number   Invoice number
2103-9687-86-4        2001992071

## Service invoice details

| Invoice Number | Invoice Date | | | Invoice Total |
|---|---|---|---|---|
| 2001992071 | 02/18/15 | | | |

| District | Quantity | Description | | Total |
|---|---|---|---|---|
| 1754 | 2 | Install Zip 11418 (2 @ $247.48 per) | | $494.96 |
| | | | Total Tax | $0.00 |
| | | Total for invoice # 2001992071 | | $494.96 |

### Important information

This transaction is governed by the terms and conditions of the applicable Pitney Bowes agreement, current as of the date of this invoice unless otherwise agreed to in writing by the parties.

**Payment**
- If your check is returned, you're liable for any charges we incur.
- If you make a partial payment of the Payment due, it doesn't change your contract or your obligations to us.

**Returns:** Check your agreement with us for our return policy on equipment, postage meters and software that you have purchased, licensed, leased or rented from Pitney Bowes.

Page 2 of 2

### You can pay your bill:

- Online at www.pb.com/myaccount.
- By credit card, over the phone at 1-800-228-1071
- By check, made payable to Pitney Bowes and sent with this *payment coupon* to:
  Pitney Bowes Inc
  PO Box 371896
  Pittsburgh, PA 15250-7896

| Ship Name | City | State | Model Number | Serial Number | Date Completed | Invoice Amount |
|---|---|---|---|---|---|---|
| Armstrong World Industries | Beverly | WV | 13196833 | 451445HH1YN11 | 01/26/15 | $ 247.48 |
| Stony County Treasurer | Nevada | IA | 4063-835 | 40634C66000H0 | 02/12/15 | $ 110.00 |
| Stony County Treasurer | Nevada | IA | 4063-835 | 40634C66000HB | 02/12/15 | $ 110.00 |
| Stony County Treasurer | Nevada | IA | 4063-835 | 40634C66000H4 | 02/12/15 | $ 110.00 |
| Stony County Treasurer | Nevada | IA | 4063-835 | 40634C66000HC | 02/12/15 | $ 110.00 |
| Stony County Treasurer | Nevada | IA | 4063-835 | 40634C66000H6 | 02/12/15 | $ 110.00 |
| Boone County Treasurer | Boone | IA | 4063-835 | 40634C66000N6VT | 02/09/15 | $ 110.00 |
| Boone County Treasurer | Boone | IA | 4063-835 | 40634C66000N6W9 | 02/09/15 | $ 110.00 |
| Wilson Medical Center | Wilson | NC | 13196833 | 451445HH20VR9 | 02/24/15 | $ 247.48 |
| Jackson County Treasurer | Maquoketa | IA | 4063-835 | 40634T990N6MH | 02/17/15 | $ 110.00 |
| Jackson County Treasurer | Maquoketa | IA | 4063-835 | 40634T990N6ML | 02/17/15 | $ 110.00 |
| Jackson County Treasurer | Maquoketa | IA | 4063-835 | 40634T990N6VY | 03/02/15 | $ 110.00 |
| Wright County Treasurer | Clarion | IA | 4063-835 | 40634T990N6WH | 02/17/15 | $ 110.00 |
| Wright County Treasurer | Clarion | IA | 4063-835 | 40634T990N6X9 | 02/17/15 | $ 110.00 |
| Fayette County Treasurer | West Union | IA | 4063-835 | 40634C6601BG1 | 02/18/15 | $ 110.00 |
| Fayette County Treasurer | West Union | IA | 4063-835 | 40634C6601BG8 | 02/18/15 | $ 110.00 |
| Clayton County Treasurer | Elkader | IA | 4063-835 | 40634C6601BG0 | 02/18/15 | $ 110.00 |
| Clayton County Treasurer | Elkader | IA | 4063-835 | 40634C6601BGC | 02/18/15 | $ 110.00 |
| Crawford County Treasurer | Denison | IA | 4063-835 | 40634C6601BFB | 02/18/15 | $ 110.00 |
| Crawford County Treasurer | Denison | IA | 4063-835 | 40634C6601BF1 | 02/18/15 | $ 110.00 |
| Howard County Treasurer | Cresco | IA | 4063-835 | 40634C6601BG9 | 02/18/15 | $ 110.00 |
| Howard County Treasurer | Cresco | IA | 4063-835 | 40634C6601BH7 | 02/19/15 | $ 110.00 |
| Monroe County Treasurer | Albia | IA | 4063-835 | 40634C6601BDV | 02/19/15 | $ 110.00 |
| Monroe County Treasurer | Albia | IA | 4063-835 | 40634C6601BKT | 02/19/15 | $ 110.00 |
| Decatur County Treasurer | Leon | IA | 4063-835 | 40634C6601BKZ | 02/19/15 | $ 110.00 |
| Decatur County Treasurer | Leon | IA | 4063-835 | 40634C6601BKY | 02/19/15 | $ 110.00 |
| Cass County Treasurer | Atlantic | IA | 4063-835 | 40634C6601BG6 | 02/19/15 | $ 110.00 |
| Cass County Treasurer | Atlantic | IA | 4063-835 | 40634C6601BH4 | 02/19/15 | $ 110.00 |
| Iowa County Treasurer | Marengo | IA | 4063-835 | 40634T990N6RR | 02/23/15 | $ 110.00 |
| Iowa County Treasurer | Marengo | IA | 4063-835 | 40634T990N6WV | 02/23/15 | $ 110.00 |
| Cedar County Treasurer | Tipton | IA | 4063-835 | 40634T990PLNF | 02/23/15 | $ 110.00 |
| Cedar County Treasurer | Tipton | IA | 4063-835 | 40634T990PLP7 | 02/23/15 | $ 110.00 |
| Ringgold County Treasurer | Mount Ayr | IA | 4063-835 | 40634T990PLP0 | 02/23/15 | $ 110.00 |
| Ringgold County Treasurer | Mount Ayr | IA | 4063-835 | 40634T990PLNP | 02/23/15 | $ 110.00 |
| Union County Treasurer | Creston | IA | 4063-835 | 40634T990PLP1 | 02/23/15 | $ 110.00 |
| Union County Treasurer | Creston | IA | 4063-835 | 40634T990PLP8 | 02/23/15 | $ 110.00 |
| Polk County Treasurer | Des Moines | IA | 4063-835 | 40634C6601BKC | 02/21/15 | $ 110.00 |
| Polk County Treasurer | Des Moines | IA | 4063-835 | 40634C6601BL0 | 02/21/15 | $ 110.00 |
| Polk County Treasurer | Des Moines | IA | 4063-835 | 40634C6601BL6 | 02/21/15 | $ 110.00 |
| Polk County Treasurer | Des Moines | IA | 4063-835 | 40634C6601BL9 | 02/21/15 | $ 110.00 |
| Polk County Treasurer | Des Moines | IA | 4063-835 | 40634T990PLNW | 02/21/15 | $ 110.00 |
| Polk County Treasurer | Des Moines | IA | 4063-835 | 40634C6601BBK | 02/21/15 | $ 110.00 |
| Polk County Treasurer | Des Moines | IA | 4063-835 | 40634C6601BG5 | 02/21/15 | $ 110.00 |
| Polk County Treasurer | Des Moines | IA | 4063-835 | 40634C6601BHB | 02/21/15 | $ 110.00 |

| Entity | City | State | Number | Code | Date | | Amount |
|---|---|---|---|---|---|---|---|
| Polk County Treasurer | Des Moines | IA | 4063-835 | 40634C6601BKH | 02/21/15 | $ | 110.00 |
| Polk County Treasurer | Des Moines | IA | 4063-835 | 40634C6601BL1 | 02/21/15 | $ | 110.00 |
| Polk County Treasurer | Des Moines | IA | 4063-835 | 40634C6601BL7 | 02/21/15 | $ | 110.00 |
| Polk County Treasurer | Des Moines | IA | 4063-835 | 40634C6601BLB | 02/21/15 | $ | 110.00 |
| Polk County Treasurer | Des Moines | IA | 4063-835 | 40634C6601BFX | 02/21/15 | $ | 110.00 |
| Polk County Treasurer | Des Moines | IA | 4063-835 | 40634C6601BGL | 02/21/15 | $ | 110.00 |
| Polk County Treasurer | Des Moines | IA | 4063-835 | 40634C6601BKB | 02/23/15 | $ | 110.00 |
| Polk County Treasurer | Des Moines | IA | 4063-835 | 40634C6601BKX | 02/23/15 | $ | 110.00 |
| Polk County Treasurer | Des Moines | IA | 4063-835 | 40634C6601BL4 | 02/23/15 | $ | 110.00 |
| Polk County Treasurer | Des Moines | IA | 4063-835 | 40634C6601BL8 | 02/23/15 | $ | 110.00 |
| Polk County Treasurer | Des Moines | IA | 4063-835 | 40634C6601PLNK | 02/23/15 | $ | 110.00 |
| Polk County Treasurer | Des Moines | IA | 4063-835 | 40634C6601BB8 | 02/23/15 | $ | 110.00 |
| Polk County Treasurer | Des Moines | IA | 4063-835 | 40634C6601BG4 | 02/23/15 | $ | 110.00 |
| Polk County Treasurer | Des Moines | IA | 4063-835 | 40634C6601BH8 | 02/23/15 | $ | 110.00 |
| Polk County Treasurer | Des Moines | IA | 4063-835 | 40634C6601PLMF | 02/23/15 | $ | 110.00 |
| Polk County Treasurer | Des Moines | IA | 4063-835 | 40634C6601BB7 | 02/23/15 | $ | 110.00 |
| Harrison County Treasurer | Logan | IA | 4063-835 | 40634C6601N6W3 | 02/24/15 | $ | 110.00 |
| Harrison County Treasurer | Logan | IA | 4063-835 | 406347990N6X4 | 02/24/15 | $ | 110.00 |
| Shelby County Treasurer | Harlan | IA | 4063-835 | 406347990N6VW | 02/24/15 | $ | 110.00 |
| Shelby County Treasurer | Harlan | IA | 4063-835 | 406347990N6WY | 02/24/15 | $ | 110.00 |
| Lucas County Treasurer | Chariton | IA | 4063-835 | 406347990PLNH | 02/24/15 | $ | 110.00 |
| Lucas County Treasurer | Chariton | IA | 4063-835 | 406347990PLNZ | 02/24/15 | $ | 110.00 |
| Davis County Treasurer | Bloomfield | IA | 4063-835 | 40634C6601BGW | 02/24/15 | $ | 110.00 |
| Davis County Treasurer | Bloomfield | IA | 4063-835 | 40634C6601BH1 | 02/24/15 | $ | 110.00 |
| Scott County Treasurer | Davenport | IA | 4063-835 | 40634C6601BHC | 02/25/15 | $ | 110.00 |
| Scott County Treasurer | Davenport | IA | 4063-835 | 40634C6601BHL | 02/25/15 | $ | 110.00 |
| Scott County Treasurer | Davenport | IA | 4063-835 | 40634C6601BK5 | 02/25/15 | $ | 110.00 |
| Iowa DOT | Davenport | IA | 4063-835 | 40634C6601BGV | 02/25/15 | $ | 110.00 |
| Iowa DOT | Davenport | IA | 4063-835 | 40634C6601BHX | 02/25/15 | $ | 110.00 |
| Iowa DOT | Davenport | IA | 4063-835 | 40634C6601BHP | 02/25/15 | $ | 110.00 |
| Iowa DOT | Davenport | IA | 4063-835 | 40634C6601BHY | 02/25/15 | $ | 110.00 |
| Iowa DOT | Davenport | IA | 4063-835 | 40634C6601BHV | 02/25/15 | $ | 110.00 |
| Iowa DOT | Davenport | IA | 4063-835 | 40634C6601BH3 | 02/25/15 | $ | 110.00 |
| Carroll County Treasurer | Carroll | IA | 4063-835 | 40634C6601BGT | 02/25/15 | $ | 110.00 |
| Carroll County Treasurer | Carroll | IA | 4063-835 | 40634C6601BLD | 02/25/15 | $ | 110.00 |
| Hancock County Treasurer | Garner | IA | 4063-835 | 40634C6601BFW | 02/25/15 | $ | 110.00 |
| Hancock County Treasurer | Garner | IA | 4063-835 | 40634C6601BHT | 02/25/15 | $ | 110.00 |
| Winnebago County Treasurer | Forest City | IA | 4063-835 | 40634C6601BGR | 02/25/15 | $ | 110.00 |
| Winnebago County Treasurer | Forest City | IA | 4063-835 | 40634C6601BB3 | 03/02/15 | $ | 110.00 |
| Monona County Treasurer | Onawa | IA | 4063-835 | 40634C6601BBM | 03/02/15 | $ | 110.00 |
| Monona County Treasurer | Onawa | IA | 4063-835 | 40634C6601BBW | 03/02/15 | $ | 110.00 |
| Hamilton County Treasurer | Webster City | IA | 4063-835 | 40634C6601BD9 | 03/02/15 | $ | 110.00 |
| Hamilton County Treasurer | Webster City | IA | 4063-835 | 406347990PLM2 | 03/02/15 | $ | 110.00 |
| Kossuth County Treasurer | Algona | IA | 4063-835 | 406347990PLMY | 03/02/15 | $ | 110.00 |
| Kossuth County Treasurer | Algona | IA | 4063-835 | 406347990PLMC | 03/03/15 | $ | 110.00 |
| Des Moines County Treasurer | Burlington | IA | 4063-835 | 406347990PLMW | 03/03/15 | $ | 110.00 |
| Des Moines County Treasurer | Burlington | IA | 4063-835 | | 03/03/15 | $ | 110.00 |

| Customer | City | State | Account | Order | Date | Amount |
|---|---|---|---|---|---|---|
| Des Moines County Treasurer | Burlington | IA | 4063-835 | 406347990PLMM | 03/03/15 | $ 110.00 |
| Des Moines County Treasurer | Burlington | IA | 4063-835 | 406347990PLN5 | 03/03/15 | $ 110.00 |
| Des Moines County Treasurer | Burlington | IA | 4063-835 | 406347990PLMR | 03/03/15 | $ 110.00 |
| Poweshiek County Treasurer | Montezuma | IA | 4063-835 | 406347990PLHB | 03/04/15 | $ 110.00 |
| Poweshiek County Treasurer | Montezuma | IA | 4063-835 | 406347990PLHK | 03/04/15 | $ 110.00 |
| Marion County Treasurer | Knoxville | IA | 4063-835 | 406347990PLHL | 03/04/15 | $ 110.00 |
| Marion County Treasurer | Knoxville | IA | 4063-835 | 406347990PLHX | 03/04/15 | $ 110.00 |
| LeMans Corp | Janesville | WI | 13196833 | 451445HH23K58 | 03/05/15 | $ 247.48 |
| Henry County Treasurer | Mount Pleasant | IA | 4063-835 | 406347990PLHZ | 03/04/15 | $ 110.00 |
| Henry County Treasurer | Mount Pleasant | IA | 4063-835 | 406347990PLK0 | 03/04/15 | $ 110.00 |
| Henry County Treasurer | Mount Pleasant | IA | 4063-835 | 40634C6601M2H | 03/10/15 | $ 110.00 |
| Calhoun County Treasurer | Rockwell City | IA | 4063-835 | 406347990PLHM | 03/04/15 | $ 110.00 |
| Ankeny Iowa DOT | Ankeny | IA | 4063-835 | 406347990PLBC | 03/06/15 | $ 110.00 |
| Ankeny Iowa DOT | Ankeny | IA | 4063-835 | 406347990PLGM | 03/06/15 | $ 110.00 |
| Ankeny Iowa DOT | Ankeny | IA | 4063-835 | 406347990PLBK | 03/06/15 | $ 110.00 |
| Ankeny Iowa DOT | Ankeny | IA | 4063-835 | 406347990PLGN | 03/06/15 | $ 110.00 |
| Ankeny Iowa DOT | Ankeny | IA | 4063-835 | 406347990PLGK | 03/06/15 | $ 110.00 |
| Ankeny Iowa DOT | Ankeny | IA | 4063-835 | 406347990PLGX | 03/06/15 | $ 110.00 |
| Ankeny Iowa DOT | Ankeny | IA | 4063-835 | 406347990PLGP | 03/09/15 | $ 110.00 |
| Jones County Treasurer | Anamosa | IA | 4063-835 | 40634C6601BLH | 03/09/15 | $ 110.00 |
| Jones County Treasurer | Anamosa | IA | 4063-835 | 40634C6601M6H | 03/11/15 | $ 110.00 |
| Pottawattamie County Treasurer | Council Bluffs | IA | 4063-835 | 40634C6601M6C | 03/11/15 | $ 110.00 |
| Pottawattamie County Treasurer | Council Bluffs | IA | 4063-835 | 40634C6601M5Y | 03/11/15 | $ 110.00 |
| Pottawattamie County Treasurer | Council Bluffs | IA | 4063-835 | 40634C6601M20 | 03/11/15 | $ 110.00 |

| | | |
|---|---|---|
| Total activities | $ | 12,952.44 |
| Unbilled Warranty activity | $ | 1,377.50 |
| Total unbilled | $ | 14,329.94 |