IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, *et al.* [1],<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Edward J. LoBello, hereby certify that on May 7, 2015, I caused a true and correct copy of the Objection Of Pitney Bowes, Inc. And Affiliates To Proposed Cure Amounts Listed By Debtors For The Assumption And Assignment Of Their Executory Contracts to be served by overnight delivery, on the parties listed below.

　　　　　　　　　　　　　　　　　　　*/s/ Edward J. LoBello*
　　　　　　　　　　　　　　　　　　　Edward J. LoBello

| | |
|---|---|
| Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166<br>Attn: Barbara Becker, Esq.<br>　　　Michael A. Rosenthal, Esq. | Young Conaway Stargatt & Taylor LLP<br>1000 North King Street<br>Wilmington, DE 19801<br>Attn: Michael R. Nestor, Esq. |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>155 N. Wacker Drive<br>Chicago, IL 60606<br>Attn: Ron Meisler, Esq.<br>　　　Christopher M. Dressel, Esq. | Parker, Hudson, Rainer & Dobbs LLP<br>1500 Marquis Two Tower<br>285 Peachtree Center Avenue<br>Atlanta, GA 30303<br>Attn: C. Edward Dobbs, Esq.<br>　　　James S. Rankin, Jr., Esq. |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

Richards Layton & Finger  
One Rodney Square  
920 North King Street  
Wilmington, Delaware 19801  
Attn: Mark D. Collins, Esq.

Lowenstein Sandler LLP  
1251 Avenue of the Americas  
New York, NY 10020  
Attn: Sharon L. Levine, Esq.  
      Wojciech Jung, Esq.

1053388