## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2015, a copy of the following document(s):

- **LIMITED OBJECTION OF VOLT CONSULTING GROUP, LTD. TO NOTICE OF (I) ENTRY INTO STALKING HORSE AGREEMENT AND (II) POTENTIAL ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS**

was caused to be served on the parties listed on the attached service list *via* ECF and Federal Express overnight delivery.

                                                           */s/ Peter M. Sweeney*
                                                         Peter M. Sweeney (DE # 3671)

**SERVICE LIST**

| | |
|---|---|
| Michael R. Nestor (No. 3526)<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>mnestor@ycst.com<br><br>– and –<br><br>Michael A. Rosenthal<br>Barbara L. Becker<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Ave.<br>New York, NY 10166<br>mrosenthal@gibsondunn.com<br>bbecker@gibsondunn.com<br><br>*Counsel to the Debtors and Debtors-in-Possession* | Christopher A. Ward, Esq.<br>Justin K. Edelson, Esq.<br>POLSINELLI PC<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801<br>Telephone: (302) 252-0920<br>Facsimile: (302) 252-0921<br>cward@polsinelli.com<br>jedelson@polsinelli.com<br><br>– and –<br><br>Sharon L. Levine<br>Wojciech F. Jung<br>LOWENSTEIN SANDLER LLP<br>1251 Avenue of the Americas<br>New York, NY 10020<br>slevine@lowenstein.com<br>wjung@lowenstein.com<br><br>*Proposed Counsel to the Official Committee of Unsecured Creditors* |
| Ron E. Meisler, Esq.<br>Christopher M. Dressel, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>155 North Wacker Drive, Suite 2700<br>Chicago, Illinois 60606-1720<br>Ron.Meisler@skadden.com<br>Christopher.Dressel@skadden.com<br><br>*Counsel for Silver Point Finance, LLC, and Standard Acquisition Holdings, LLC* | Mark D. Collins<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>collins@RLF.com<br><br>– and –<br><br>Edward Dobbs<br>James S. Rankin, Jr.<br>PARKER HUDSON RAINER & DOBBS LLP<br>1500 Marquis Two Tower<br>285 Peachtree Center Avenue, NE<br>Atlanta, GA 30303<br>edobbs@phrd.com<br>jrankin@phrd.com<br><br>*Counsel for Bank Of America, N.A.* |