## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) |
| | ) Case No. 15-10541 (BLS) |
| THE STANDARD REGISTER COMPANY, | ) |
| et al., | ) (Jointly Administered) |
| | ) |
| Debtors. | ) |

### REQUEST FOR SPECIAL NOTICE

**PLEASE TAKE NOTICE** that Oracle America, Inc. hereby requests that notice of any and all proceedings in the above captioned case be given to its attorneys and such notice should be addressed as follows:

Amish R. Doshi, Esq.
Magnozzi & Kye, LLP
23 Green Street, Suite 302
Huntington, NY 11743
Tel: (631) 923-2858
E-Mail: adoshi@magnozzikye.com

Dated: May 7, 2015          **Respectfully Submitted,**
Huntington, New York

By: _____/s/ Amish R. Doshi_____
    Amish R. Doshi, Esq.
*Of Counsel*
**Magnozzi & Kye, LLP**
23 Green Street, Suite 302
Huntington, New York 11743
Telephone:    (631) 923-2858
E-Mail:    adoshi@magnozzikye.com

**Attorneys for Oracle America, Inc.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) ) | **Chapter 11** |
|  | ) ) | **Case No. 15-10541 (BLS)** |
| **THE STANDARD REGISTER COMPANY,** et al., | ) ) ) | **(Jointly Administered)** |
| Debtors. | ) ) ) |  |

## CERTIFICATE OF SERVICE

    I, Amish R. Doshi, hereby certify that on May 7, 2015, I caused to be served a copy of **Request For Special Notice** on the parties listed on the attached service list via regular mail. In addition, the parties entitled to receive notice by the Court's CM-ECF system were sent an email notification of such filing by the Court's CM-ECF System.

                                        /s/ Amish R. Doshi
                                        Amish R. Doshi

**SERVICE LIST**

| | |
|---|---|
| Robert A. Klyman, Esq.<br>Samuel A. Newman, Esq.<br>Jeremy A. Newman, Esq.<br>Sabina Jacobs, Esq.<br>GIBSON DUNN & CRUTCHER, LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-1512<br><br>Debtor's Counsel | Michael R. Nestor, Esq.<br>Kara Hammond Coyle, Esq.<br>Maris J. Kandestin, Esq.<br>Andrew L. Magaziner, Esq.<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br><br>Debtors' Counsel |
| Mark Kenney, Esq.<br>OFFICE OF US TRUSTEE<br>844 King Street, Suite 2207<br>Wilmington, DE 19801<br><br>United States Trustee | The Standard Register Company Bankruptcy Team<br>Prime Clerk, LLC<br>830 Third Avenue, 9th Floor<br>New York, New York 10022<br><br>Claims and Noticing Agent for Debtors |