# **EXHIBIT A**

EXHIBIT A

| Case | Jurisdiction / Judge | Date of Retention / Docket No. | Investment Banker | Retained By |
|---|---|---|---|---|
| *In re A123 Systems, Inc., et al.*, Case No. 12-12859 | Bankr. D. Del. Judge Carey | Nov. 9, 2012 Docket No. 329 | Lazard | Debtors |
| *In re AMR Corp., et al.*, Case No. 11-15463 | Bankr. S.D.N.Y. Judge Lane | Mar. 8, 2012 Docket No. 1651 | Moelis | Official Committee of Unsecured Creditors |
| *In re AMR Corp., et al.*, Case No. 11-15463 | Bankr. S.D.N.Y. Judge Lane | Mar. 2, 2012 Docket No. 1557 | Rothschild | Debtors |
| *In re Arcapita Bank B.S.C.(c), et al.*, Case No. 12-11076 | Bankr. S.D.N.Y. Judge Lane | July 9, 2012 Docket No. 305 | Rothschild | Debtors |
| *In re Arcapita Bank B.S.C.(c), et al.*, Case No. 12-11076 | Bankr. S.D.N.Y. Judge Lane | Sept. 17, 2012 Docket No. 482 | Houlihan Lokey | Official Committee of Unsecured Creditors |
| *In re AWI Delaware, Inc., et al.*, Case No. 14-12092 | Bankr. D. Del. Judge Carey | Oct. 27, 2014 Docket No. 486 | Lazard | Debtors |
| *In re Brookstone Holdings Corp., et al.*, Case No. 14-10752 | Bankr. D. Del. Judge Shannon | Apr. 23, 2014 Docket No. 213 | Jefferies | Debtors |
| *In re Cengage Learning, Inc., et al.*, Case No. 13-44106 | Bankr. E.D.N.Y. Judge Stong | July 24, 2013 Docket No. 151 | Lazard | Debtors |
| *In re Dendreon Corp., et al.*, Case No. 14-12515 | Bankr. D. Del. Judge Walsh | Dec. 9, 2014 Docket No. 156 | Lazard | Debtors |
| *In re Eastman Kodak Co., et al.*, Case No. 12-10202 | Bankr. S.D.N.Y. Judge Gropper | Feb. 28, 2012 Docket No. 442 | Lazard | Official Committee of Unsecured Creditors |
| *In re Eastman Kodak Co., et al.*, Case No. 12-10202 | Bankr. S.D.N.Y. Judge Gropper | Apr. 19, 2012 Docket No. 926 | Jefferies | Official Committee of Unsecured Creditors |
| *In re Edison Mission Energy, et al.*, | Bankr. N.D. Ill. | Feb. 20, 2013 | Perella Weinberg | Debtors |

| **Case** | **Jurisdiction / Judge** | **Date of Retention / Docket No.** | **Investment Banker** | **Retained By** |
|---|---|---|---|---|
| Case No. 12-49219 | Judge Cox | Docket No. 524 | | |
| *In re Energy Future Holdings Corp., et al.*, Case No. 14-10979 | Bankr. D. Del. Judge Sontchi | Sept. 16, 2014 Docket No. 2056 | Evercore | Debtors |
| *In re Energy Future Holdings Corp., et al.*, Case No. 14-10979 | Bankr. D. Del. Judge Sontchi | Oct. 20, 2014 Docket No. 2509 | Lazard | Official Committee of Unsecured Creditors |
| *In re Event Rentals, Inc., et al.*, Case No. 14-10282 | Bankr. D. Del. Bankr. Walsh | Mar. 14, 2014 Docket No. 174 | Jefferies | Debtors |
| *In re Excel Maritime Carriers Ltd., et al.*, Case No. 13-23060 | Bankr. S.D.N.Y. Judge Drain | Sept. 12, 2013 Docket No. 319 | Jefferies | Official Committee of Unsecured Creditors |
| *In re Excel Maritime Carriers Ltd., et al.*, Case No. 13-23060 | Bankr. S.D.N.Y. Judge Drain | Aug. 5, 2013 Docket No. 129 | Miller Buckfire | Debtors |
| *In re Exide Techs.*, Case No. 13-11482 | Bankr. D. Del. Judge Carey | July 11, 2013 Docket No. 329 | Lazard | Debtor |
| *In re General Maritime Corp., et al.*, Case No. 11-15285 | Bankr. S.D.N.Y. Judge Glenn | Dec. 15, 2011 Docket No. 134 | Moelis | Debtors |
| *In re Hostess Brands, Inc., et al.*, Case No. 12-22052 | Bankr. S.D.N.Y. Judge Drain | Jan. 27, 2012 Docket No. 205 | Perella Weinberg | Debtors |
| *In re K-V Discovery Solutions, Inc., et al.*, Case No. 12-13346 | Bankr. S.D.N.Y Judge Gropper | Oct. 10, 2012 Docket No. 268 | Jefferies | Debtors |
| *In re KiOR, Inc.*, Case No. 14-12514 | Bankr. D. Del. Judge Sontchi | Dec. 5, 2014 Docket No. 120 | Guggenheim Securities | Debtor |
| *In re LightSquared Inc., et al.*, Case No. 12-12080 | Bankr. S.D.N.Y. Judge Chapman | June 11, 2012 Docket No. 127 | Moelis | Debtors |
| *In re MPM Silicones, LLC, et al.*, Case No. 14-22503 | Bankr. S.D.N.Y. Judge Drain | May 16, 2014 | Moelis | Debtors |

2

| Case | Jurisdiction / Judge | Date of Retention / Docket No. | Investment Banker | Retained By |
|---|---|---|---|---|
| *In re MPM Silicones, LLC, et al.*, Case No. 14-22503 | Bankr. S.D.N.Y. Judge Drain | June 10, 2014 Docket No. 360 | Jefferies | Official Committee of Unsecured Creditors |
| *In re MSR Resort Golf Course LLC, et al.*, Case No. 11-10372 | Bankr. S.D.N.Y. Judge Chapman | Mar. 16, 2011 Docket No. 139 | Houlihan Lokey | Debtors |
| *In re MSR Resort Golf Course LLC, et al.*, Case No. 11-10372 | Bankr. S.D.N.Y. Judge Lane | July 18, 2011 Docket No. 512 | Jefferies | Official Committee of Unsecured Creditors |
| *In re Nautilus Holdings Ltd., et al.*, Case No. 14-22885 | Bankr. S.D.N.Y. Judge Drain | Sept. 26, 2014 Docket No. 151 | Blackstone | Debtors |
| *In re NII Holdings, Inc., et al.*, Case No. 14-12611 | Bankr. S.D.N.Y. Judge Chapman | Oct. 22, 2014 Docket No. 136 | Rothschild | Debtors |
| *In re Overseas Shipholding Group, Inc., et al.*, Case No. 12-20000 | Bankr. D. Del. Judge Walsh | Dec. 27, 2012 Docket No. 238 | Houlihan Lokey | Official Committee of Unsecured Creditors |
| *In re Residential Capital, LLC, et al.*, Case No. 12-12020 | Bankr. S.D.N.Y. Judge Glenn | July 26, 2012 Docket No. 920 | Centerview | Debtors |
| *In re Residential Capital, LLC, et al.*, Case No. 12-12020 | Bankr. S.D.N.Y. Judge Glenn | Aug. 30, 2012 Docket No. 1315 | Moelis | Official Committee of Unsecured Creditors |
| *In re Rodeo Creek Gold Inc., et al.*, Case No. 13-50301 | Bankr. D. Nev. Judge Nakagawa | Mar. 29, 2013 Docket No. 281 | CIBC World Markets | Debtors |
| *In re Velti Inc., et al.*, Case No. 13-12878 | Bankr. D. Del. Judge Walsh | Dec. 2, 2013 Docket No. 113 | Jefferies | Debtors |

ACTIVE 207492037v.1