# **EXHIBIT C**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| | Jointly Administered |
| Debtors. | Re: D.I. 316 |

**ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF POLSINELLI PC *NUNC PRO TUNC* TO MARCH 24, 2015, AS DELAWARE COUNSEL AND CONFLICTS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Upon the application of the official committee of unsecured creditors (the "Creditors' Committee") appointed in the chapter 11 cases of The Standard Register Company and its affiliated debtors and debtors in possession (collectively, the "Debtors") for an order, pursuant to sections 328 and 1103 of Title 11 of the United States Code (the "Bankruptcy Code"), authorizing the Creditors' Committee to employ and retain Polsinelli PC ("Polsinelli") as Delaware counsel and conflicts counsel to the Creditors' Committee in these cases, *nunc pro tunc* to March 24, 2015 (the "Application"); and upon the declaration of Christopher A. Ward (the "Ward Declaration"), a shareholder of Polsinelli, which is annexed to the Application; and it appearing that due and proper notice of the Application has been given; and after due deliberation, and sufficient cause appearing therefore; it is hereby

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

ORDERED that the Application is approved as set forth herein; and it is further

ORDERED that pursuant to sections 328 and 1103 of the Bankruptcy Code, the Creditors' Committee is hereby authorized and empowered to employ Polsinelli as its Delaware counsel and conflicts counsel in these chapter 11 cases, *nunc pro tunc* to March 24, 2015, and Polsinelli is authorized to perform the services set forth in the Application and the Ward Declaration; and it is further

ORDERED that Polsinelli shall be compensated in accordance with the procedures set forth in sections 328, 330, and 331 of the Bankruptcy Code, and applicable Federal Rules of Bankruptcy Procedure, the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, and such other procedures as may be fixed by order of this Court; and it is further

ORDERED that none of the DIP Credit Parties (as such term is defined in the final order entered on April 16, 2015 [Docket No. 290] (the "DIP Order") approving debtor-in-possession financing for the Debtors) shall, by entry of this Order, be deemed to have (i) waived any objection, or consented, to any change or modification to the Budget (as defined in the Final Order) which the Debtors may propose or seek in order to pay any compensation or expenses to Polsinelli or which otherwise might result from the Debtors paying such compensation or expenses or (ii) agreed to any payment of such compensation or expenses as a surcharge against, or other carve out from, their respective primary collateral.

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2015

                                        _____
                                        The Honorable Brendan L. Shannon
                                        United States Bankruptcy Judge