**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
--------------------------------------------------------x
                                          :
In re:                                    :      Chapter 11
                                          :
The Standard Register Company, et al.     :      Case No. 15-10541 (BLS)
                                          :
                    Debtors.              :      (Jointly Administered)
                                          :
--------------------------------------------------------x
```

**LIMITED OBJECTION AND RESERVATION OF RIGHTS OF ML-AI 125 WACKER,
LLC TO THE NOTICE OF (I) ENTRY INTO STALKING HORSE AGREEMENT AND
(II) POTENTIAL ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY
CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH THE SALE OF
<u>SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS</u>**

ML-AI 125 Wacker, LLC, a Delaware limited liability company ("<u>ML-AI 125</u>"), by and through its undersigned counsel, Kevin H. Morse of Arnstein & Lehr LLP, hereby files this limited objection (the "<u>Objection</u>") to the Notice of (I) Entry into Stalking Horse Agreement and (II) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially All of the Debtors' Assets [Dkt. #307], and as it was amended [Dkt. #356] (collectively, the "<u>Notice</u>").  In limited objection to the Notice, ML-AI 125 states the following:

On July 30, 2013, ML-AI 125, through its predecessors in interest, entered into an office lease with The Standard Register Company (the "<u>Debtor</u>") for 8,636 square feet of office space located at 125 South Wacker Drive, Chicago, Illinois.  The lease term is for sixty-three (63) months commencing on October 1, 2013, with the rent to be paid monthly in advance on the first day of each month of the lease term.

On March 12, 2015, the Debtor and its affiliated companies filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.  Pursuant to section 1107(a) and 1108 of the Bankruptcy Code, the Debtor continues to manage its financial affairs as a debtor-in-possession.

On April 17, 2015, the Debtor and its affiliated companies filed and served the Notice. ML-AI 125's lease with the Debtor was included on the Potential Assignment Schedule attached to the Notice as being subject to assumption and assignment through the Debtor's proposed sale. The Notice set May 8, 2015, as the deadline to file an objection to the Notice and cure amount and set June 17, 2015, as the hearing date on any such objections and the sale.

The Notice further stated that if an entity to an unexpired lease did not object to the Notice, such entity would be, *inter alia*, (i) forever barred from objecting to the assumption and assignment of the lease, including asserting any additional cure payments; (ii) deemed to have agreed that all defaults under the applicable unexpired lease arising or continuing prior to the effective date of the assignment have been cured as a result or precondition of the assignment, such that the Stalking Horse or the Debtors shall have no liability or obligation with respect to any default occurring or continuing prior to the assignment.

ML-AI 125 objects to the terms of the Notice and proposed assumption and assignment of its unexpired lease with the Debtor solely to reserve its rights to assert a default and additional cure amount should the Debtor default on its June 1, 2015 rent payment and any subsequent payments to ML-AI 125.  The Debtor's next rent payment under the unexpired lease is due on or before June 1, 2015.  Pursuant to the terms of the Notice, if Debtor defaults on the June 1st rent payment and ML-AI 125 did not file this Objection, then ML-AI 125 would forever be barred from asserting any additional cure payment or be deemed to have agreed that the unpaid June 1st rent payment had been cured.  In the event the Debtor timely makes its June 1, 2015 rental payment and any other

2

subsequent payments that come due, ML-AI 125 will withdraw this Objection prior to the sale hearing.

WHEREFORE, ML-AI 125 Wacker, LLC, a Delaware limited liability company, objects to the Notice and proposed assumption and assignment of its unexpired lease with The Standard Register Company for the reason stated above and reserves its rights to assert any additional cure amount based on any default by Debtor prior to the effective date of the assignment.

Dated: May 8, 2015                              **ARNSTEIN & LEHR LLP**


By:  /s/  *Kevin H. Morse*

Kevin H. Morse (06297244)
ARNSTEIN & LEHR, LLP
120 South Riverside Plaza, Suite 1200
Chicago, IL 60606
Phone: (312) 876-7100
Fax: (312) 876-0288
E-mail: khmorse@arnstein.com

*Counsel for ML-AI 125 Wacker, LLC*

112348528.1

## CERTIFICATE OF SERVICE

I, Kevin H. Morse, hereby certify that I caused a copy of this **LIMITED OBJECTION AND RESERVATION OF RIGHTS OF ML-AI 125 WACKER, LLC TO THE NOTICE OF (I) ENTRY INTO STALKING HORSE AGREEMENT AND (II) POTENTIAL ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS** to be served on all parties entitled to notice via the Court's ECF system and on the parties listed on the Service List below by U.S. Mail, postage prepaid, on May 8, 2015.

_/s/ Kevin H. Morse_____

## SERVICE LIST

_Via U.S. Mail_:

Michael R. Nestor (No. 3526)
YOUNG CONAWAY
STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801

Michael A. Rosenthal
Barbara L. Becker
GIBSON, DUNN & CRUTCHER LLP
200 Park Ave.
New York, NY 10166

Christopher A. Ward, Esq.
Justin K. Edelson, Esq.
POLSINELLI PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

Sharon L. Levine
Wojciech F. Jung
LOWENSTEIN SANDLER LLP
1251 Avenue of the Americas
New York, NY 10020

Ron E. Meisler, Esq.
Christopher M. Dressel, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
155 North Wacker Drive, Suite 2700
Chicago, Illinois 60606-1720

Mark D. Collins
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Edward Dobbs
James S. Rankin, Jr.
PARKER HUDSON RAINER & DOBBS
LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, NE
Atlanta, GA 30303