## CERTIFICATE OF SERVICE

I, *R. Karl Hill, Esquire* certify that on May 8, 2015, I caused a true and correct copy of the foregoing *LIBERTY MUTUAL INSURANCE COMPANY'S OBJECTION TO DEBTORS' NOTICE OF (I) ENTRY INTO STALKING HORSE AGREEMENT AND (II) POTENTIAL ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS* served electronically through the Court's CM/ECF System upon all counsel of record and also upon the following via email and regular mail:

Barbara Becker, Esquire
Michael A. Rosenthal, Esquire
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
bbecker@gibsondunn.com
mrosenthal@gibsondunn.com

Edward Dobbs, Esquire
James S. Rankin, Jr., Esquire
Parker, Hudson, Rainer & Dobbs LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, GA 30303
edobbs@phrd.com
jrankin@phrd.com

Michael R. Nestor, Esquire
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
bankfilings@ycst.com

Mark D. Collins, Esquire
Richard Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
collins@rlf.com

Ron Meisler, Esquire
Christopher Dressel, Esquire
Skadden, Arps, Slate, Meagher
    & Flom, LLP
155 N. Wacker Drive
Chicago, IL 60606
Ron.meisler@skadden.com
Christopher.dressel@skadden.com

Sharon L. Levin, Esquire
Wojciech Jung, Esquire
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, NY 10020
slevine@lowenstein.com
wjung@lowenstein.com

Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
Attn: Mark S. Kenney
Mark.kenney@usdoj.gov

/s/ *R. Karl Hill*
R. Karl Hill, Esq. (DE# 2747)

#10636 v1