IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | * |
| | *   Case No. 15-10541 (BLS) |
| The Standard Register Company, et al. | * |
| | * |
| Debtor. | * |

**OBJECTION TO THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS WITH NATIONAL CARTON AND COATING COMPANY**

National Carton and Coating Company, by its attorney, Patrick Scanlon, objects to the assumption and assignment of certain executor contract on the following basis:

1. That the debtor has not established financial responsibility and there are no limits placed on the amount of credit to be extended.

2. That the debtor has not provided adequate assurance of future performance as required under 11 U.S.C. §365(b)(1)(A) and (b)(1)(C).

3. The cure and assumption of this contract is not in the best interest of the creditors or the debtor as the items purchased under this contract are commodities readily available from other vendors at comparable prices.

LAW OFFICES OF PATRICK SCANLON, P.A.

BY: _____
PATRICK SCANLON (Bar I.D. #12)
DARLENE WYATT BLYTHE (Bar I.D. #5868)
Attorneys for Plaintiff
203 NE Front Street, Suite 101
Milford, Delaware 19963
(302) 424-1996 Phone
(302) 424-0221 Fax
pjs@delcollections.com
dwb@delcollections.com

DATED: May 7, 2015