IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | * |
| | * Case No. 15-10541 (BLS) |
| The Standard Register Company, et al. | * |
| | * |
| Debtor. | * |

**ORDER**

The application to assume, cure and assign the executory contract with National Carton and Coating Company is Denied.

Dated:
Wilmington, Delaware

_____
The Honorable Brendan L Shannon
United States Bankruptcy Judge