## AFFIDAVIT OF MAILING

STATE OF DELAWARE:
:SS.
KENT COUNTY :

BE IT REMEMBERED, that on this 8th day of May, A.D. 2015, personally appeared before me, the Subscriber, a Notary Public for the State and County aforesaid, the undersigned, who after being sworn by me according to law did depose and say that the undersigned did personally mail on May 8, 2015, copies of the within Objection to assumption and assignment of certain executor contract with National Carton and Coating Company to the following:

TO:

Michael Joseph, Esquire
P.O. Box 1351
Wilmington, DE 19899

Michael R. Nestro, Esq.
1000 West Street, 17th Fl
Wilmington DE 19801

_____
Jackie Kircher, Paralegal

SWORN TO AND SUBSCRIBED before me, the day, month and year aforesaid.

_____
Notary Public

Darlene Wyatt Blythe
Attorney at Law with
Power to act as a Notary Public
per 29 Del. C. § 4323 (a) (3)