## CERTIFICATE OF SERVICE

I, Ricardo Palacio, hereby certify that, on May 8, 2015, I caused one copy of the foregoing to be served upon the parties on the attached service list in the manner indicated.

*/s/ Ricardo Palacio*
_____
Ricardo Palacio (#3765)

{00983387;v1 }

**U.S. MAIL & EMAIL**
Barbara L. Becker, Esquire
Michael A. Rosenthal, Esquire
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
*bbecker@gibsondunn.com*
*mrosenthal@gibsondunn.com*

**U.S. MAIL & EMAIL**
Ron Meisler, Esquire
Christopher Dressel, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive
Chicago, IL 60606
*ron.meisler@skadden.com*
*christopher.dressel@skadden.com*

**HAND DELIVERY & EMAIL**
Mark D. Collins, Esquire
Richard Layton & Finger PA
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
*collins@rlf.com*

**HAND DELIVERY & EMAIL**
Michael R. Nestor, Esquire
Young Conaway Stargatt & Taylor, LLP
Rodney Square North
1000 North King Street
Wilmington, DE 19801
*mnestor@ycst.com*

**U.S. MAIL & EMAIL**
Edward Dobbs, Esquire, James S. Rankin, Jr., Esquire
Parker, Hudson, Rainer & Dobbs LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, Georgia 30303
*edobbs@phrd.com*
*jrankin@phrd.com*

**U.S. MAIL & EMAIL**
Sharon L. Levine, Esquire
Wojciech Jung, Esquire
Lowenstein Sandler LLP
65 Livingston Avenue
Roseland, NJ 07068
*slevine@lowenstein.com*
*wjung@lowenstein.com*