## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                                                    Chapter 11

THE STANDARD REGISTER COMPANY, et al.,          Case No. 15-10541 (BLS)

               Debtors.                                         Jointly Administered

_____/     **Re: Docket Nos. 23, 286, 307, 356 & 379**

### LIMITED OBJECTION BY GCCFC 2005-GG5 TERMINUS INDUSTRIAL LIMITED PARTNERSHIP TO ASSUMPTION AND ASSIGNMENT OF LEASE AND TO CURE AMOUNT LISTED IN THE NOTICE OF (I) ENTRY INTO STALKING HORSE AGREEMENT AND (II) POTENTIAL ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS

GCCFC 2005-GG5 Terminus Industrial Limited Partnership ("Landlord"), by and through undersigned counsel and in accordance with the procedures established by this Court, files this limited objection (the "Objection") to the assumption and assignment of the Lease (as defined herein) relating to the premises located at 1255 Terminus Drive, Lithia Springs, Georgia (the "Premises"), and states as follows:

### BACKGROUND

1.    On April 15, 2015, the Court entered its Sale Procedures Order [ECF No. 286] (the "Sale Procedures Order"), wherein it established procedures for the assumption and assignment of certain executory contracts and unexpired leases, including procedures for providing notice of, and an opportunity to object to, proposed cure amounts and adequate assurance of future performance.

2.    On April 17, 2015, in accordance with the Sale Procedures Order, the Debtors filed their *Notice of (I) Entry into Stalking Horse Agreement and (II) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale of*

*Substantially All of the Debtors' Assets* [ECF No. 307].  On April 27, 2015, the Debtors filed their *First Amended Notice of (I) Entry into Stalking Horse Agreement and (II) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially All of the Debtors' Assets* [ECF No. 356] (the "Potential Assignment Notice").

3.      On Exhibit 1 to the Potential Assignment Notice, Landlord is listed as a contract counterparty in connection with a "Lease Agreement," which Landlord presumes refers to that certain Standard Form Industrial Building Lease (Multi-Tenant), dated April 4, 2002, as amended by (i) that certain Amendment to Lease, dated April 30, 2008, (ii) that certain Letter Agreement dated August 8, 2008, and (iii) that certain Second Amendment to Lease, entered into as of June 5,  2014 (collectively, the "Lease").

4.      The Potential Assignment Notice asserts a cure amount of $0.00 in respect of the Lease and indicates that the Lease may be assumed pursuant to section 365(b) and assigned pursuant to section 365(f) to the Stalking Horse, which is only identified as "a group led by an affiliate of Silver Point Capital, L.P." (the "Stalking Horse").

5.      In accordance with, and as required by the Sale Procedures Order, Landlord objects to the assumption and assignment of the Lease because the Debtors have failed to provide adequate assurance of cure and adequate assurance of future performance as required be Section 365 of the Bankruptcy Code.  Specifically, the Potential Assignment Notice incorrectly states that the cure amount in respect of the Lease is $0.00 and the Potential Assignment Notice fails to address non-monetary defaults.  Moreover, the Debtors and the Stalking Horse have failed to provide adequate assurance of future performance (and have indicated that they are unwilling to do so until the Stalking Horse is determined to be the successful bidder).

A.      **The Debtors Must Cure Alleged Mechanics' Liens and Must Pay Landlord's Fees & Costs**

6.      11 U.S.C. §365 (b) provides, in relevant part, as follows:

(b)(1) If there has been a default in an executory contract or unexpired lease of the debtor, the trustee may not assume such contract or lease unless, at the time of assumption of such contract or lease, the trustee—

(A) cures, or provides adequate assurance that the trustee will promptly cure, such default other than a default that is a breach of a provision relating to the satisfaction of any provision (other than a penalty rate or penalty provision) relating to a default arising from any failure to perform nonmonetary obligations under an unexpired lease of real property, if it is impossible for the trustee to cure such default by performing nonmonetary acts at and after the time of assumption, except that if such default arises from a failure to operate in accordance with a nonresidential real property lease, then such default shall be cured by performance at and after the time of assumption in accordance with such lease, and pecuniary losses resulting from such default shall be compensated in accordance with the provisions of this paragraph;

(B) compensates, or provides adequate assurance that the trustee will promptly compensate, a party other than the debtor to such contract or lease, for any actual pecuniary loss to such party resulting from such default; and

(C) provides adequate assurance of future performance under such contract or lease.

7.      Landlord has recently been advised that Raymond Leasing Corporation ("Raymond Leasing") intends to assert a mechanic's lien against the Premises under Georgia law to secure $92,530.00 owed to it in respect of pre-petition services provided to the Debtors that consisted of moving and installing a racking system at the Debtors' facility on the Premises. Attached as Exhibit A is a copy of a letter sent to the Debtors by Raymond Leasing Corporation's counsel setting forth the nature of the services provided, the amount due, and the basis for an alleged claim of mechanic's lien under Georgia law.

8.      Section 11.3 of the Lease requires the Debtors to pay, when due, all claims for labor and material furnished to the Premises and prohibits the Debtors from permitting any

mechanics' or materialmen's liens, claims of lien or encumbrances to attach to the Premises or the Property and requires the Debtors, at their expense, to cause any such liens, claims of lien, or encumbrances to be discharged.  To the extent that the Landlord incurs costs, chooses to retain counsel in respect of an alleged lien, or chooses to bond, satisfy, or discharge same, Debtors must pay Landlord any amounts incurred, plus interest and attorneys' fees.

9.    In addition, section 17.2.1 of the Lease requires the Debtors to indemnify Landlord, among others, for losses of every kind any nature (including attorneys' fees and costs) resulting from, among other things, (a) any actions necessary to protect Landlord's interest under the Lease in a bankruptcy proceeding or proceeding under the Bankruptcy Code, and (b) claims for work or labor performed or materials and supplies furnished to or at the request of Tenant. Section 24.4 of the Lease also requires the Debtors to pay attorneys' fees and costs incurred by Landlord in respect of any breach or default, whether or not suit is commenced.

10.    Accordingly, in order to satisfy the requirements of the Lease and sections 365(b)(1)(A) & (B), the Debtors must comply with their obligations under the Lease, including tendering a cure (or providing adequate assurance of cure) of the obligations allegedly due to Raymond Leasing that may give rise to a claim of mechanic's lien against the Premises under Georgia law, as well as any similar claims that may arise.  According to Raymond Leasing, the amount presently required to satisfy the Raymond Leasing obligation is $92,530.00, however such amount may increase based on rights that may be asserted by Raymond Leasing or as a result of the exercise by Landlord of its rights pertaining to claims of mechanics' liens in accordance with the Lease.

11.    In addition, the Debtors must pay Landlord's reasonable attorneys' fees and costs associated with this bankruptcy proceeding generally and with respect to the Raymond Leasing

issue referenced herein.  Although such amounts presently total approximately $5,000, it is likely such amounts will increase substantially in connection with the proposed sale and related assumption and assignment of the Premises to the Stalking Horse or other successful bidder and the resolution of the matters raised herein.

12.     Finally, the Proposed Assignment Notice does not provide for amounts that might become due to Landlord under the Lease between today's date and the effective date of any assumption and assignment.  Landlord expressly reserves its right to assert all amounts that be due or may become due to it under the Lease prior to the effective date of any assumption and assignment, including without limitation, rent and additional rent for May and future months.

**B.**     **The Debtors Must Provide Adequate Assurance of Future Performance**

13.     As referenced above, the Debtors and the Stalking Horse have thus far failed to provide adequate assurance of future performance and, in response to Landlord's request for such information, Debtors' counsel indicated the Stalking Horse is unwilling to do so until the Stalking Horse is determined to be the successful bidder.

14.     Pursuant to section 22.4 of the Lease, the Debtors have agreed that that "adequate assurance of future performance" must include, at a minimum, payment of a new security deposit in an amount equal to three times (3X) then-current Base Rent.

15.     Accordingly, Landlord objects to the assignment of the Lease until adequate assurance of future performance is demonstrated to Landlord's satisfaction including, without limitation, by the payment of a security deposit by the Debtors or the purchaser in accordance with Section 22.4 of the Lease.  Landlord reserves the right to seek additional security beyond that required by the Lease in accordance with sections 365(f) and (1).

WHEREFORE, GCCFC 2005-GG5 Terminus Industrial Limited Partnership respectfully requests that this Court sustain the Objection and condition assumption and assignment of the Lease on compliance with sections 365(b), (f), and (l) as set forth above.

Dated:  May 8, 2015

Respectfully submitted,

**BILZIN SUMBERG BAENA PRICE &
AXELROD LLP**
*Attorneys for GCCFC 2005-GG5 Terminus
Industrial Limited Partnership*
1450 Brickell Avenue, 23rd Floor
Miami, Florida 33131
Telephone: (305) 374-7580
Facsimile: (305) 351-2234

By:      /s/ Jeffrey I. Snyder
        Jeffrey I. Snyder
        Florida Bar No. 021281
        jsnyder@bilzin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on May 8, 2015, the foregoing Objection was served by (a) transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case, (b) electronic mail to the email addresses below, and (c) first class U.S. Mail to each of the persons listed below:

/s/ Jeffrey I. Snyder
Jeffrey I. Snyder

Gibson, Dunn & Crutcher LLP
Barbara Becker, Esquire
Michael A. Rosenthal, Esquire
200 Park Avenue
New York, NY 10166
bbecker@gibsondunn.com
mrosenthal@gibsondunn.com

Parker, Hudson, Rainer & Dobbs LLP
Edward Dobbs, Esquire
James S. Rankin, Jr., Esquire
1500 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, Georgia 30303
edobbs@phrd.com
jrankin@phrd.com

Young Conaway Stargatt & Taylor, LLP
Michael R. Nestor, Esquire
Rodney Square North
1000 North King Street
Wilmington, DE 19801
mnestor@ycst.com

Richards Layton & Finger
Mark D. Collins, Esquire
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
collins@rlf.com

Skadden, Arps, Slate, Meagher & Flom LLP
Ron Meisler, Esquire
Christopher Dressel, Esquire
155 N. Wacker Drive
Chicago, IL 60606
ron.meisler@skadden.com
Christopher.dressel@skadden.com

Lowenstein Sandler LLP
Sharon L. Levine, Esquire
Wojciech Jung, Esquire
1251 Avenue of the Americas
New York, NY 10020
slevine@lowenstein.com
wjung@lowenstein.com

# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P. A.

ATTORNEYS AT LAW
PENNSYLVANIA AVE. AND BROOM ST.
1200 N. BROOM STREET
WILMINGTON, DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)
www.pgslaw.com

JOHN C. PHILLIPS, JR.
STEPHEN W. SPENCE*
ROBERT S. GOLDMAN**†**
LISA C. McLAUGHLIN†
JAMES P. HALL
DAVID A. BILSON***
MEGAN C. HANEY
STEPHEN A. SPENCE
AARON C. BAKER

ALSO MEMBER OF
*PENNSYLVANIA BAR
**NEW JERSEY BAR
†MARYLAND BAR
†FLORIDA BAR

May 1, 2015

*Via Email:*  *mnestor@ycst.com*
Michael R. Nestor, Esquire
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801

*Via Email:*  *mrosenthal@gibsondunn.com*
Michael A. Rosenthal, Esquire (Robert A.
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-1512

Re:  *In re: The Standard Register Company*
**Chapter 11, Jointly Administered**
**Case No. 15-10541-BLS**
**Our File: SRC-RAY**

Dear Counsel:

This office represents Raymond Leasing Corporation ("Raymond Leasing") and its wholly owned subsidiary, Raymond Storage Concepts, Inc. ("Raymond Storage"), collectively ("Raymond"). On or about November 12, 2014, the Debtors requested and received a quote from Raymond Storage to remove racking material from a WorkflowOne facility located at 1650 West Fork Drive, Lithia Springs, GA, move it and reinstall it at a Standard Register rented facility located at 1255 Terminus Drive, Lithia Springs, GA (the "Terminus Facility"). The work was completed pre-petition. A copy of the quote provided by Raymond Storage and a copy of the final invoice are attached hereto as **Exhibit "A"**.

On April 17, 2015, the Debtors filed the *Notice of (I) Entry into Stalking Horse Agreement and (II) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially All of the Debtors' Assets* [Docket No. 307] (the "Assumption Notice"). A copy of the pertinent page of the list of contracts to be assumed is attached hereto as **Exhibit "B"**. The Terminus Facility which is owned by GCCFC 2005-GGS 1255 Terminus Industrial Limited

Michael R. Nestor, Esquire
Michael A. Rosenthal, Esquire
May 1, 2015
Page 2

Partnership (GCCFC") appears on Exhibit B.  It is listed as having a $0.00 cure amount.
Due to the timing of the move of the racking system to the Terminus Facility, and Georgia
Mechanic's Lien law, Raymond Storage will be filing a claim of mechanic's lien against
the real property owned by GCCFC.  As a result, a cure in the amount of $92,530.00 will
be due.

Please review this information with the Debtors and contact me as soon as
possible.  If we can reach an agreement to have the Debtor, or its assignee, pay the $92,530,
perhaps we can avoid the additional litigation expense associated with this mechanic's lien
claim.

Very truly yours,

STEPHEN W. SPENCE

Enclosures
pc:      Sharon L. Levine, via email slevine@lowenstein.com

         GCCFC 2005-GG5 1255 Terminus Industrial Limited Partnership

         CT Corporation System, as Registered Agent to
         GCCFC 2005-GG5 1255 Terminus Industrial Limited Partnership

EXHIBIT "A"

 

| Date: 11/12/14 | Quotation: # 14084-01-A | Page 1 of 12 |
| --- | --- | --- |

# ENGINEERED SOLUTIONS

When it comes to material handling, you can rely on Raymond Storage Concepts to provide more than just the industry's best narrow aisle lift trucks.  For over 30 years companies have turned to us to design and implement customized systems that meet their most critical operational challenges, including:

**Maximizing Space Utilization**
**Increasing Productivity**
**Improving Order Accuracy**
**Enhancing Workplace Ergonomics**

We take a consultative approach to address your functional challenges.  After working with you to understand your specific needs, we evaluate potential solutions to determine which best meet your operational and financial objectives.  Partner with Raymond Storage Concepts and you partner with a company that has a proven track record of success developing strategic solutions that meet your requirements.



 

| Date: 11/12/14 | Quotation: # 14084-01-A | Page 2 of 12 |
| --- | --- | --- |

## SYSTEM OBJECTIVES

1.) Tearout Racking Material from Existing Work Flow One facility located at 1650 Westfork Drive, Lithia Springs, GA 30122.
2.) NOTE: All wire decking will be uninstalled, transported, and installed by Standard Register. (Exception: Raymond Storage Concepts will install wire decks in new rows created by new VNA Layout).
3.) Transport Material that will be installed in Standard Register facility located at 1255 Terminus Drive, Lithia Springs, GA 30122
4.) Scrap and or Buyback Existing material in Work Flow One facility that will not be moved to Standard Register facility.
5.) Reconfigure existing rack in Standard Register facility to VNA
6.) Install additional rows of rack to fill the spaces created by reconfiguring existing rack
7.) Offer to buyback existing rack materials on site at Standard Register facility that will not be used for the reconfiguration
8.) Install wire guide for the new VNA reconfiguration.  (We will re-use existing Raymond Line Driver from Work Flow One facility).
9.) Any new rack installed in Standard Register facility will only have (3) Beam Levels per customer's request.

## APPLICATION DATA

**Rack Materials to be uninstalled from Work Flow One Facility (Westfork Drive):**
Area A
- (20) Bays of Shelving (Rivet Style) with 7-Shelf Levels per bays- 15'-0" Tall x 30" Deep
- (48) Uprights (180" x 36"d- KEYSTONE STLYE)
- (88) Uprights (192" x 42"d)
- (155) Uprights (216" x 42"d)
- (15) Uprights (204" x 32" d)
- (20) Uprights (204" x 42"d)
- (29) uprights (252" x 32" d)
- (1446) Beams (96" x 4")
- (704) Beams ( 108" x 5"- KEYSTONE STYLE)
- (400) Beams (129" x 4")
- (51) Rack End Guards
- (8) Post Protectors

Area B
- (2) Uprights (204" x 36"d)
- (54) Uprights (204" x 42"d)
- (258) Beams (96" x 4")
- (42) Beams (96" x 3.5")
- (4) Post Protectors
- Security Fence

| | Cincinnati, Ohio | Columbus, Ohio | Dayton, Ohio | Louisville, Kentucky |
| --- | --- | --- | --- | --- |
| Phone: | (513) 891-7290 | (614) 275-3494 | (937) 222-0038 | (502) 491-2237 |
| Web: | www.raymondsci.com | | | |

 

Date: 11/12/14 | Quotation: # 14084-01-A | Page 3 of 12

Area C
- (81) Uprights (204" x 42"d)
- (438) Beams (96" x 4")
- (9) Post Protectors

Area D
- (293) Uprights (192" x 42"D)
- (5) Uprights (144" x 42"D)
- (1,604) Beams (96" x 4")
- (16) Beams (144" x 6")
- (64) Post Protectors

**Rack Materials to be transported from Work Flow One facility to Standard Register Facility (Terminus Drive):**
- (293) Uprights (192" x 42"D)
- (5) Uprights (144" x 42"D)
- (1,604) Beams (96" x 4")
- (16) Beams (144" x 6")
- (85) Post Protectors
- (51) Rack End Guards
- (20) Bays of Shelving (Rivet Style) with 7-Shelf Levels per bays- 15'-0" Tall x 30" Deep
- (48) Uprights (180" x 36"d- KEYSTONE STLYE)
- (704) Beams ( 108" x 5"- KEYSTONE STYLE)
- Security Fence

**Rack Materials from Work Flow One facility that will either be scrapped, or purchased from Standard Register (Both Options are given in Pricing):**
- (88) Uprights (192" x 42"d)
- (155) Uprights (216" x 42"d)
- (15) Uprights (204" x 32" d)
- (20) Uprights (204" x 42"d)
- (29) uprights (252" x 32" d)
- (1446) Beams (96" x 4")
- (400) Beams (129" x 4")
- (2) Uprights (204" x 36"d)
- (54) Uprights (204" x 42"d)
- (258) Beams (96" x 4")
- (42) Beams (96" x 3.5")
- (81) Uprights (204" x 42"d)
- (438) Beams (96" x 4")

 

| Date: 11/12/14 | Quotation: # 14084-01-A | Page 4 of 12 |
|---|---|---|

**Rack Materials required for new rows at Standard Register facility after reconfiguration of racking**

- (1,524) Beams (96" x 4") [From Work Flow One Facility- Area D]
- (30) Beams (120" x 5") [Currently located in bundle at Standard Register facility]
- (285) Uprights (192" Tall x 42"deep) [From Work Flow One Facility- Area D]
- (309) 12" Row Spacers [Used Purchased from outside supplier]

**Rack Materials currently on site at Standard Register facility (Terminis Drive) that will either be scrapped or purchased from Standard Register:**

- (75) Interlake New Style Beams- 3" Tall x 95.75" Long
- (192) Interlake New Style Beams- 3.75" Tall x 95.75" Long
- (195) Interlake New Style Beams- 4" Tall x 95.75" Long
- (45) Interlake New Style Beams- 4" High x 96" Long
- (6) Interlake 25 Uprights- 18'-0" x 42" Deep
- (3) Interlake 25B Uprights- 18'-0" Tall x 42" Deep
- (2) Unarco Uprights – 25'-0" Tall x 42" Deep – Closed Tube Teardrop- 3" x 3" Posts
- (7) Mecalux Bolted Uprights- 24'-0" Tall x 42" Deep

**System Description**

- Layout drawings as shown on Raymond Storage Concepts, Inc.'s drawing 14084-01 Sh.1, 2, & 3.
- VNA Aisle to be minimum of 6'-0" Rack to rack.
- New rows of rack will have (3) Beam levels, except for Tunnel bays, which will have (1) beam level
- New Layout includes wire guide per attached drawing.

**New VNA Layout allows for the addition of 2,062 more pallet positions.**





**Existing Layout**



**Phase I Rack / Wire Guide**







Date: 11/12/14      Quotation: # 14084-01-A      Page 6 of 12

**Phase II Rack / Wire Guide**



**Phase III Rack / Wire Guide**



| | Cincinnati, Ohio | Columbus, Ohio | Dayton, Ohio | Louisville, Kentucky |
|---|---|---|---|---|
| Phone: | (513) 891-7290 | (614) 275-3494 | (937) 222-0038 | (502) 491-2237 |
| Web: | www.raymondsci.com | | | |

 

Date: 11/12/14 | Quotation: # 14084-01-A | Page 7 of 12

## Phase III Rack / Wire Guide



## Wire Guidance / End of Aisle Control Requirements

- Approximately 7,500 Linear Feet of wire to be installed is as follows:
- Pricing includes Travel, Layout, Cutting (using gas and propane powered cutting equipment), Wiring, Looping wire at all joints to accommodate floor movement, and your choice of floor sealant (Epoxy or Grout), possible overfill markings after applying may be present. Mounting of a Raymond line driver with conduit from floor to box and cleanup with a wet floor scrubber is also included.
- Disposal site for the concrete waste water is to be provided by customer.
- Wire guide path is warrantied against defects in material and workmanship using grout for a period of one (1) year from date of installation. Epoxy sealant is always recommended, and has a warranty of 2 years and is the only option for floors less than 1 year old.
- Existing Line Drive will be used (Needs to be removed from Work Flow One facility).  Electric disconnection from existing, and electric hook in new location is by customer.
- Customer will be responsible for providing power to the line driver.

| | Cincinnati, Ohio | Columbus, Ohio | Dayton, Ohio | Louisville, Kentucky |
|---|---|---|---|---|
| Phone: | (513) 891-7290 | (614) 275-3494 | (937) 222-0038 | (502) 491-2237 |
| Web: | www.raymondsci.com | | | |

 

| Date: 11/12/14 | Quotation: # 14084-01-A | Page 8 of 12 |
|---|---|---|

## PROJECT SCHEDULE

Phase I Rack: (2-3) Days
Phase I Wire Guide: (1.5) Days
Phase II Rack: (3-5) Days
Phase II Wire Guide: (1.5) Days
Phase III Rack: (3-5) Days
Phase III Wire Guide: (1.5) Days
Rack Tearout of Existing Facility: (2) Weeks
Phase IV Installation: (3-4) Days

## INVESTMENT SUMMARY

### Base Pricing

| Qty. | Description | Price Ea. | Price Ext. |
|---|---|---|---|
| 1 | Labor to dismantle all racking material and security fence currently installed at Work Flow One Facility located at 1650 Westfork Drive, Lithia Springs, GA 30122. (Does not include wire decks– Customer will move wire decks to new facility). Includes: Grinding Anchors Flush, and Banding Like Materials together for shipment, scrap, or re-sale. | $37,020.00 | $37,020.00 |
| 1 | Price to Move material from Work Flow One Facilty to Standard Textile facility. Material to be moved listed in proposal. Price includes box truck rental, and labor to load, transport, and unload. | $4,030.00 | $4,030.00 |
| 1 | PHASE I- Reconfigure Standard Register Facility (One Double Row at a time)- Price for moving existing rack between bays 10 & 13 to new layout.- Includes grinding existing anchors flush, and installing new anchors.  Price also includes relocating all post protecotrs, or rack end guards. | $10,980.00 | $10,980.00 |
| 1 | Phase I- Mounting of Line Driver, and Installation of Wire Guide on completed aisles. (Approximately 1900 Linear Feet of Wire Guide)- Epoxy Fill. | $5,900.00 | $5,900.00 |
| 1 | PHASE II- Reconfigure Standard Register Facility (One Double Row at a time)- Price for moving existing rack between bays 13 & 17 to new layout.- Includes grinding existing anchors flush, and installing new anchors.  Price also includes relocating all post protecotrs, or rack end guards. | $14,630.00 | $14,630.00 |
| 1 | Phase II- Installation of Wire Guide on completed aisles. (Approximately 2850 Linear Feet of Wire Guide)- Epoxy Fill. | $8,850.00 | $8,850.00 |
| 1 | PHASE III- Reconfigure Standard Register Facility (One Double Row at a time)- Price for moving existing rack between bays 17 & 21 to new layout.- Includes grinding existing anchors flush, and installing new anchors.  Price also includes relocating all post protecotrs, or rack end guards. | $14,630.00 | $14,630.00 |
| 1 | Phase III- Installation of Wire Guide on completed aisles. (Approximately 2750 Linear Feet of Wire Guide)- Epoxy Fill. | $8,540.00 | $8,540.00 |
| 1 | Phase IV-Installation of new rows of rack in the space gained by relocating existing rack. Price includes new Row Spacers.  All other rack material will be used from existing Work Flow One Facility. | $10,920.00 | $10,920.00 |
| 1 | Install Security Fence from Existing Facility. | $4,030.00 | $4,030.00 |
| 1 | **SUBTOTAL FOR ABOVE:** | | **$119,530.00** |

 

| Date: 11/12/14 | Quotation: # 14084-01-A | Page 10 of 12 |
| --- | --- | --- |

## INVESTMENT SUMMARY

| Options | | | | |
| --- | --- | --- | --- | --- |
| Qty. | Description | | Price Ea. | Price Ext. |
| 1 | Approximate Scrap Value for Material dismantled from Work Flow One Facility | | ($10,560.00) | ($10,560.00) |
| 1 | Approximate Buy Back Price for Material dismantled from Work Flow One Facility | | ($24,000.00) | ($24,000.00) |
| 1 | Approximate Scrap Value for the additional rack materials currently in Standard Register Facility | | ($800.00) | ($800.00) |
| 1 | Approximate Buy Back Value for the additional rack materials currently in Standard Register Facility | | ($3,000.00) | ($3,000.00) |

 

| Date: 11/12/14 | Quotation: # 14084-01-A | Page 11 of 12 |
| --- | --- | --- |

### RSCI TERMS AND CONDITIONS

**A. ABOVE PRICING BASED ON:**

1. Project being completed in consecutive work days.
2. Unlimited access to installation, unloading, and staging areas.
3. Pricing does NOT include stamped structural drawings or obtaining permits unless otherwise stated herein. Raymond Storage Concepts, Inc. can provide cost estimates to provide this service if needed.
4. This proposal does NOT include fire suppression review or enhancement of the current suppression system unless otherwise stated herein.
5. This proposal does NOT include emergency exit lighting review or enhancement of the current system unless otherwise stated herein...
6. Pricing does NOT include sales tax, fees, permits, or freight, unless otherwise stated herein.
7. Pricing is valid for 30 days.

**B. ENGINEERING/DESIGN AND INSTALLATION BASED ON:**

1. Beam spacing as proposed are based on customer provided/specified load heights. If taller loads are introduced to the system in the future, and require a greater beam spacing, these must be reviewed and approved by Raymond Storage Concepts, Inc. for frame capacity.
2. Any changes to beam elevations and/ or upright positioning after installation per initial specification will require a change order.
3. Typical installation includes 1-anchor bolt per base plate (2-per frame) on back-to-back rows.
4. Typical height to depth for stability of single rows is 6:1. Rack that exceeds this ratio may require oversized base plates and/or 2-anchor bolts per base plate (4-per frame) for stability. Typically, Raymond Storage Concepts, Inc. avoids cross aisle or wall ties. If required, these will be specified herein.
5. If installation services are proposed and accepted by customer, Raymond Storage Concepts, Inc. will provide Non-Union labor during weekday 1st shift work hours unless otherwise stated herein. Available work hours are from 8:00 -a.m. to 5:00 p.m., M-F. Non- standard hours may require an additional fee.
6. If installation services are proposed and accepted by customer, Raymond Storage Concepts, Inc. will provide the necessary lift truck(s) and scissors lift(s) for the exclusive use of the installation crew, for the duration of the project.
7. If installation services are proposed and accepted by customer, Raymond Storage Concepts, Inc. will provide un-loading of flatbed trailers upon delivery, unless otherwise noted.

**C. CUSTOMER RESPONSIBILITIES INCLUDE:**

1. Daily work area to be free and clear of product and other obstructions prior to installation beginning.
2. Smooth continuous fairly level floor.
3. Engineering services to review, approve, and stamp/certify any loading or attachment to the facility structure, roof, floor loading, or wall penetration.
4. Fire extinguishers and all fire and/or smoke detecting equipment and wall openings/fire doors.
5. Adequate source of electrical power for welders, hand tools, equipment chargers, etc., during installation.
6. Adequate storage space for equipment to be installed and subcontractor equipment.
7. If Customer elects to provide installation, Customer must follow accepted guidelines to insure the rack is plumb and square.
8. If Customer elects to provide fork trucks for un-loading, consideration must be given to how product to be transferred into the building. Multiple trucks may be required to operate both outdoors and indoors simultaneously.

 

| Date: 11/12/14 | Quotation: # 14084-01-A | Page 12 of 12 |
|---|---|---|

9. Customer must provide paved access to the facility for deliveries.
10. Customer to provide staging area INDOORS near the installation site. If outdoor storage is necessary, customer to provide tarps or other such protection from weather. Raymond Storage Concepts, Inc. is NOT responsible for environmental damage, such as rust, dirt, and moisture caused by improper storage.
11. Security of equipment to be installed and subcontractor equipment.
12. Adequate lighting, sanitary facilities, and telephone.
13. Security access to the facility for installation crews.
14. Any published contractor rules during the proposal stage.
15. Clearance or relocation of obstructions/products required to facilitate an orderly installation schedule. Delays due to customer controlled obstructions will be billed at $45 per man hour and any additional material/rental costs plus 10%.
16. Upon completion of installation, all dunnage and trash generated will be placed into customer provided dumpster. Clean-up does NOT include a wipe-down of the equipment.

### D. RAYMOND STORAGE CONCEPTS, INC. RESPONSIBILITIES INCLUDE:

1. All equipment/material proposed herein will be of new condition, manufactured per industry guidelines and will be covered by manufacturers standard warranty.
2. If required by project parameters, Raymond Storage Concepts, Inc. will provide approval drawings and/or installation layouts, submitted for customer approval in format AutoCAD R2014. Additional fees may apply.
3. If required by project parameters, Raymond Storage Concepts, Inc. will assign a site manager as required.

### E. PAYMENT TERMS BASED ON:

1. 20% of order value upon receipt of purchase order, Due Net 10 days
2. 50% to be billed upon 1st delivery to customer's dock, Due Net 45 Days
3. 30% to be billed upon completion of installation*, Due Net 45 Days

*Note: Completion of installation for permitted projects includes "Final Inspection". However, any additional requirements outside the scope of this project required by local building department (including, but not limited to, exit signs, emergency lighting, sprinklers, fire extinguishers, etc.) will be the responsibility of customer, and final payment shall not be delayed if RSCI has fulfilled project scope as described herein.

### F. WIRE GUIDANCE (IF APPLICABLE):

1. Pricing reflects footage quoted & working during regular business hours, and includes: Travel, Layout, Cutting & Wiring
2. Price DOES NOT Include Electrical drop to Line Driver.
3. Looping wire at all joints to accommodate floor movement is included
4. Installation of floor sealant (Semi Rigid Epoxy) is included--- possible overfill markings after applying may be present.
5. Mounting of a Raymond Storage supplied line driver with conduit from floor to box and cleanup with a wet floor scrubber is also included.
6. **Disposal site for the concrete waste water is to be provided by the customer.**
7. Raymond warrants its floor installed wire guide path against defects in material and workmanship for a period of two (2) years from date of installation.



**RAYMOND** Storage Concepts

4350 Indeco Court
Cincinnati, OH 45241
Tel: (513) 891-7290
Fax: (513) 891-7299

4333 Directors Boulevard
Groveport, OH 43125
Tel: (614) 275-3494
Fax: (614) 275-3493

11921 Carrier Court
Louisville, KY 40299
Tel: (502) 491-2237
Fax: (502) 499-0240

| Account# STANDARD | Order # 320159 | Brc 200 | Sls 3BE | I N V O I C E | Date 03-31-15 | Invoice # 00438293 | Page 1 |
|---|---|---|---|---|---|---|---|

Sold To:                    000
    Standard Register
    600 Albany St

Dayton OH 45408

Ship To:
Standard Register
1255 TERMINUS DRIVE

LITHIA SPRINGS          GA 30122
Ship Via

| Entered By 1lind | Customer Purchase Order 502466 | Customer Contact CHRISTINA OBERT | Ord Date 03-31-15 |
|---|---|---|---|
| Model | Serial Number | Equip ID | Customer Job number 5S | Customer Phone # 1 (937) 221-1757 |

| Ord | Ship | B/O | Part Number | Description | Unit Price | UM | Extended |
|---|---|---|---|---|---|---|---|
| | 1 | | | RACK TEAROUT FROM WORK FLOW ONE FACILITY AND RECONFIGURE STANDARD REGISTER FACILITY | 92,530.00 | | 92,530.00 |
| | 1 | | id# 2942WG15-5S model-WIRE GUIDE        serial#- WIRE GUIDANCE | | SELL PRICE | | 0.00 |
| | 1 | | id# 2281WG15-5S model-GUIDE WIRE        serial#- WIRE GUIDANCE INSTALL - 2,281 FT | | SELL PRICE | | 0.00 |
| | 1 | | id# 165714-5S model-GUIDE WIRE        serial#- WIRE GUIDANCE | | SELL PRICE | | 0.00 |
| | 1 | | id# LABOR15-5S model-LABOR        serial#- RELOCATE/INSTALL | | SELL PRICE | | 0.00 |

Sub Total                    92,530.00

NS          Sales Tax Number -                    0.00

PLEASE REMIT PAYMENT TO:  4350 INDECO CT.
CINCINNATI, OH 45241

| Total Invoice Due By: 04/10/15 | 92,530.00 |
|---|---|

THANK YOU FOR CHOOSING RAYMOND STORAGE CONCEPTS,
INC. FOR ALL OF YOUR MATERIAL HANDLING NEEDS.

EXHIBIT "B"

| Contract Counterparty | Description of Agreement | Proposed Cure Amount ($) |
|---|---|---|
| Fujifilm North America Corporation | Equipment Loan Agreement | $21,840.04 |
| Fujifilm North America Corporation | Equipment Loan Agreement | $21,840.04 |
| Fujifilm North America Corporation | Equipment Loan Agreement | $21,840.04 |
| FUJIFILM North America Corporation | Equipment Loan Agreement | $21,840.04 |
| FUJIFILM North America Corporation | Equipment Loan Agreement | $21,840.04 |
| FUJIFILM North America Corporation | Equipment Loan Agreement | $21,840.04 |
| Fujifilm North America Corporation | Fujifilm Equipment Loan Agreement | $21,840.04 |
| Fujifilm North America Corporation | Equipment Purchase and Security Agreement | $21,840.04 |
| FUJIFILM NORTH AMERICA CORPORATION, GRAPHIC SYSTEMS DIVISION | EQUIPMENT LOAN AGREEMENT | $21,840.04 |
| Fukunaga Matayoshi Hershey & Ching | Engagement Letter Agreement | $1,332.46 |
| Fulfillment Xcellence | Services Agreement | $0.00 |
| Fulfillment Xcellence, Inc | Vendor Agreement | $0.00 |
| Fulfillment Xcellence, Inc. | Purchase Agreements | $0.00 |
| Furman, William D. | Release | $0.00 |
| Fusion Graphics Inc. | Supply Agreement | $0.00 |
| Fusion Graphics, Inc. | LICENSE AGREEMENT | $0.00 |
| G2 Graphic Service | Preferred Certified Supplier Agreement | $13,223.90 |
| Gartner, Inc. | Services Agreement | $0.00 |
| GBS Filing Solutions | Subcontractor Confidentiality, indemnification, Intellectual Property and Non-Competition Agreement | $95,966.93 |
| GCCFC 2005-GG5 1255 Terminus I | Lease Agreement | $0.00 |
| GE Fleet Services | Master Lease Agreement | $19,748.17 |
| GE Fleet Services | MASTER LEASE AGREEMENT Amendment and Rate Schedule | $0.00 |
| GEi Graphics | CERTIFIED TRADE PARTNER AGREEMENT | $178,290.69 |