IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>The Standard Register Company, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered)<br><br>Related to Docket Nos. 23, 286 and 307 |

**OBJECTION OF VOCALINK, INC., d/b/a VOCALINK LANGUAGE SERVICES, TO THE CURE AMOUNTS PROPOSED IN THE NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS**

Vocalink, Inc., *d/b/a* Vocalink Language Services (hereinafter "Vocalink"), by and through the undersigned counsel, hereby submits this Objection to the cure amounts proposed in the *Notice of (I) Entry into Stalking Horse Agreement and (II) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially All of the Debtors' Assets* (the "Notice of Assumption") (Docket No. 307). In support of this Objection, Vocalink respectfully states:

## BACKGROUND

1. On March 12, 2015 (the "Petition Date"), the above-captioned debtors (the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court").

2. Upon information and belief, the Debtors are operating their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3. Vocalink is a professional language solutions provider incorporated in the State of Ohio and headquartered in Dayton, Ohio.

4. On April 15, 2015, this Court entered an Order (Docket No. 286) (the "Bid Procedures Order") approving, among other things, procedures for the assumption and assignment of the Assumed Contracts (the "Assumption Procedures").

5. The Bid Procedures Order required that the Debtors file the Notice of Assumption by April 17, 2015. The Bid Procedures Order provides that any objections to the proposed assumption and assignment of an executory contract are due on May 8, 2015 by 4:00 p.m.

6. Pursuant to the Bid Procedures Order, on April 17, 2015, the Debtors filed the Notice of Assumption. In the Notice of Assumption, the Debtors identify an executory contract with Vocalink described as the Global Sourcing Solutions Agreement (the "Agreement") which Debtors may propose to assume in connection with a sale of the Debtors' assets.

## OBJECTION

7. In the Notice of Assumption, the Debtors set forth a proposed cure amount for the Agreement of $35,474.45 (the "Proposed Cure Amount"). Vocalink disagrees with the Proposed Cure Amount, and submits that the appropriate cure amount is $41,114.27 (the "Cure Amount").

8. The Cure Amount represents the amounts due and owing to Vocalink for services performed prior to the Petition Date.

## RESERVATION OF RIGHTS

9. Vocalink reserves any and all rights to supplement or amend this Objection and

expressly reserve the right to object to any additional relief sought by the Debtors in connection with the Agreement.

WHEREFORE, Vocalink respectfully requests that this Court: (a) sustain this Objection; (b) require that any order authorizing the assumption of the Agreement affirmatively require the Debtors to pay all amounts owing to Vocalink under the Agreement prior to the filing of the Petition; and (c) grant Vocalink such other and further relief as this Court deems just and appropriate under the circumstances.

Dated: May 8, 2015
Wilmington, Delaware

COLE SCHOTZ P.C.

By: _____
Norman L. Pernick (No. 2290)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Tel: (302) 652-3131
Fax: (302) 652-3117
preilley@coleschotz.com

*Counsel for Vocalink, Inc.,
d/b/a Vocalink Language Services*