## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| The Standard Register Company, *et al.*, | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE     )
                        ) SS
NEW CASTLE COUNTY    )

     I, Pauline Z. Ratkowiak, being duly sworn according to law, depose and state that I am employed by Cole Schotz P.C., and that on May 8, 2015, I caused a copy of the **Objection of Vocalink, Inc., d/b/a Vocalink Language Services, to the Cure Amounts Proposed in the Notice of Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially All of the Debtors' Assets** to be served via First-Class Mail on the parties on the attached service list:

Pauline Z. Ratkowiak, Paralegal
COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
(302) 652-3131

SWORN TO AND SUBSCRIBED before me
this 8th day of May, 2015 ·

_____
NOTARY PUBLIC

**SUSAN L. WILLIAMS**
**Notary Public State of Delaware**
**My Commission Expires August 13, 2017**

**SERVICE LIST**

Barbara Becker, Esquire
Michael A. Rosenthal, Esquire
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166

Michael R. Nestor, Esquire
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

Ron Meisler, Esquire
Christopher Dressel, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive
Chicago, IL 60606

Edward Dobbs, Esquire
James S. Rankin, Jr., Esquire
Parker, Hudson, Rainer & Dobbs LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, GA 30303

Mark D. Collins, Esquire
Richard Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

Sharon L. Levine, Esquire
Wojciech Jung, Esquire
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, NY 10020