**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered)<br><br>**Re: D. I. 23, 286, 307 and 356**<br><br>Objection Deadline: May 8, 2015 at 4:00 p.m.<br>Hearing Date: June 17, 2015 at 10:00 a.m. |

**LIMITED OBJECTION OF SEEBRIDGE MEDIA LLC TO CURE AMOUNTS LISTED IN THE NOTICE OF (I) ENTRY INTO STALKING HORSE AGREEMENT AND (II) POTENTIAL ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS (D.I. 307) <u>AND THE FIRST AMENDED NOTICE THEREOF (D.I. 356)</u>**

Seebridge Media LLC ("Seebridge"), by and through its undersigned counsel, hereby objects (the "Objection") to the cure amount listed in the *Notice of (i) Entry Into Stalking Horse Agreement and (ii) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially all of the Debtors' Assets* [Docket No. 307] (the "Notice"), and *First Amended Notice of (I) Entry into Stalking Horse Agreement and (II) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially All of the Debtors' Assets* [Docket No. 356] (the "First Amended Notice"). In support of its Objection, Seebridge states as follows:

1. On March 12, 2015, (the "Petition Date"), each of the Debtors commenced a voluntary case under chapter 11 of the Bankruptcy Code. Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtors are continuing to manage their financial affairs as debtors in possession.

7759847

2. On the Petition Date, the Debtors filed the *Motion for (I) an Order (A) Establishing Sale Procedures Relating to the Sale of Substantially All of the Debtors' Assets; (B) Approving Bid Protections; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts; (D) Approving Form and Manner of Notice of All Procedures, Protections, Schedules, and Agreements; (E) Scheduling a Hearing to Consider the Proposed Sale; and (F) Granting Certain Related Relief; and (II) an Order (A) Approving the Sale of Substantially All of the Debtors' Assets and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale* [Docket No. 23].

3. On April 17, 2015, the Debtors filed the Notice.

4. On April 27, 2015, the Debtors filed the First Amended Notice.

5. In Exhibit 1 to the Notice and the First Amended Notice, the proposed cure amount for Seebridge in connection with the Supply Agreement between the Debtors and Seebridge (the "Supply Agreement") is listed as $411,016.53. (Notice, Exhibit 1, page 71; First Amended Notice, Exhibit 1, page 86).

6. The Debtors are currently in default under the Supply Agreement in the amount of $587,411.26 for past-due pre-petition charges. A spreadsheet identifying outstanding pre-petition charges due under the Supply Agreement is attached as Exhibit A. Supporting invoices and other documentation are voluminous and will be provided upon request to counsel for Seebridge.[1]

7. Post-petition the Debtors and Seebridge continue to operate under the Supply Agreement and there are past-due post-petition charges.

---

[1] Documentation in connection with the past-due pre-petition charges has been provided to counsel for the Debtors and ongoing communications have been taking place.

7759847

8. Seebridge objects to the Debtors' proposed cure cost on the grounds that the Supply Agreement cannot be assumed without concurrent cure of all past-due arrearages pre-petition and post-petition. 11 U.S.C. § 365(b).

9. Seebridge and the Debtors will attempt to resolve the dispute over the appropriate cure cost without judicial intervention. However, due to time constraints, Seebridge files this objection as a protective measure to insure its rights are protected.

10. Seebridge reserves its rights (a) to amend, supplement, or otherwise modify this objection as necessary or appropriate; and (b) to raise such other and further objections to any proposed assumption and assignment, and/or the cure cost for the proposed assumption and assignment, of the Supply Agreement.

Dated: May 8, 2015

**MORRIS JAMES LLP**

Stephen M. Miller (DE Bar No. 2610)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
Email: smiller@morrisjames.com

*Counsel to Seebridge Media LLC*

*Of Counsel:*

Edward Ripley, Esq.
KING & SPALDING LLP
1100 Louisiana Street, Suite 4000
Houston, TX 77002
Telephone: (713) 276-7351
Facsimile: (713) 751-3290
E-mail: eripley@kslaw.com

7759847