# Exhibit A

**Seebridge Media**
**Receivable from Standard Register**
**As of April 23, 2015**

| Type | Doc Number | Invoice Date | Job Number | Delivery Date | Total |
|---|---|---|---|---|---|
| Invoice | 255112 | 2/28/2009 | | | $1,720.61 |
| Invoice | 295144 | 1/31/2012 | | | $34.00 |
| Invoice | 299376 | 6/8/2012 | | | $44.00 |
| Invoice | 300246 | 6/30/2012 | | | $92.00 |
| Invoice | 302043 | 8/31/2012 | | | $379.15 |
| Invoice | 305457 | 11/30/2012 | | | $28.00 |
| Invoice | 305013 | 11/30/2012 | | | $182.50 |
| Invoice | 305040 | 11/30/2012 | | | $350.50 |
| Invoice | 305921 | 12/26/2012 | | | $34.00 |
| Invoice | 306878 | 1/22/2013 | | | $34.00 |
| Invoice | 308090 | 2/18/2013 | | | $34.00 |
| Invoice | 317468 | 8/23/2013 | | | $1,305.00 |
| Invoice | 317987 | 8/31/2013 | | | $226.87 |
| Invoice | 325179 | 2/18/2014 | | | $690.00 |
| Invoice | 326209 | 3/12/2014 | | | $90.00 |
| Invoice | 329853 | 5/30/2014 | | | $1,978.60 |
| Invoice | 330888 | 6/1/2014 | | | $637.00 |
| Invoice | 330889 | 6/1/2014 | | | $280.00 |
| Invoice | 330594 | 6/18/2014 | | | $151.00 |
| Invoice | 330576 | 6/18/2014 | | | $792.85 |
| Invoice | 330592 | 6/18/2014 | | | $1,202.70 |
| Invoice | 330596 | 6/18/2014 | | | $210.45 |
| Invoice | 331247 | 6/30/2014 | | | $7.23 |
| Invoice | 332382 | 7/30/2014 | | | $3,302.86 |
| Invoice | 332435 | 7/30/2014 | | | $4,061.60 |
| Invoice | 332660 | 7/31/2014 | | | $637.00 |
| Invoice | 332661 | 7/31/2014 | | | $280.00 |
| Invoice | 332734 | 7/31/2014 | | | $94.04 |
| Invoice | 333425 | 8/21/2014 | | | $773.01 |
| Invoice | 333858 | 8/31/2014 | | | $1,020.00 |
| Invoice | 334801 | 9/23/2014 | | | $804.27 |
| Invoice | 335194 | 9/30/2014 | | | $2.45 |
| Invoice | 335306 | 9/30/2014 | | | $856.75 |
| Invoice | 335950 | 10/20/2014 | | | $186.60 |
| Invoice | 336304 | 10/28/2014 | | | $416.00 |
| Invoice | 336924 | 10/31/2014 | | | $542.13 |
| Invoice | 337149 | 10/31/2014 | | | $400.00 |
| Invoice | 337156 | 10/31/2014 | | | $400.00 |
| Invoice | 336107 | 11/1/2014 | | | $13,455.00 |
| Invoice | 336108 | 11/1/2014 | | | $3,056.66 |
| Invoice | 337588 | 11/25/2014 | | | $60.00 |
| Invoice | 337603 | 11/25/2014 | | | $330.50 |
| Inveoice | 337599 | 11/25/2014 | | | $4,056.71 |
| Invoice | 337895 | 11/30/2014 | | | $17,807.40 |
| Receipt | | 12/9/2014 | | | ($53.94) |
| Invoice | 338387 | 12/16/2014 | | | $400.00 |

| | | | | |
|---|---|---|---|---|
| Invoice | 338679 | 12/23/2014 | | $10,709.40 |
| Invoice | 338810 | 12/29/2014 | | $229.00 |
| Invoice | 338841 | 12/30/2014 | | $60.00 |
| Invoice | 338840 | 12/30/2014 | | $635.00 |
| Invoice | 338844 | 12/30/2014 | | $245.00 |
| Invoice | 338848 | 12/30/2014 | | $470.00 |
| Invoice | 338849 | 12/30/2014 | | $640.00 |
| Invoice | 338855 | 12/30/2014 | | $1,140.00 |
| Invoice | 338826 | 12/30/2014 | | $1,788.00 |
| Invoice | 339308 | 12/31/2014 | | $10,842.00 |
| Invoice | 339067 | 12/31/2014 | | ($49.00) |
| Invoice | 339489 | 12/31/2014 | | $38.00 |
| Invoice | 339500 | 12/31/2014 | | $42.00 |
| Invoice | 339502 | 12/31/2014 | | $30.00 |
| Invoice | 339503 | 12/31/2014 | | $30.00 |
| Invoice | 339521 | 12/31/2014 | | $50.00 |
| Invoice | 339490 | 12/31/2014 | | $128.00 |
| Invoice | 339496 | 12/31/2014 | | $69.00 |
| Invoice | 339497 | 12/31/2014 | | $64.00 |
| Invoice | 339498 | 12/31/2014 | | $64.00 |
| Invoice | 339504 | 12/31/2014 | | $86.00 |
| Invoice | 339505 | 12/31/2014 | | $140.00 |
| Invoice | 339508 | 12/31/2014 | | $86.00 |
| Invoice | 339509 | 12/31/2014 | | $151.00 |
| Invoice | 339510 | 12/31/2014 | | $110.00 |
| Invoice | 339511 | 12/31/2014 | | $151.00 |
| Invoice | 339515 | 12/31/2014 | | $130.00 |
| Invoice | 339516 | 12/31/2014 | | $146.00 |
| Invoice | 339519 | 12/31/2014 | | $143.00 |
| Invoice | 339520 | 12/31/2014 | | $155.00 |
| Invoice | 339487 | 12/31/2014 | | $186.00 |
| Invoice | 339488 | 12/31/2014 | | $180.00 |
| Invoice | 339492 | 12/31/2014 | | $256.00 |
| Invoice | 339494 | 12/31/2014 | | $608.00 |
| Invoice | 339495 | 12/31/2014 | | $214.00 |
| Invoice | 339499 | 12/31/2014 | | $218.00 |
| Invoice | 339501 | 12/31/2014 | | $385.00 |
| Invoice | 339506 | 12/31/2014 | | $289.00 |
| Invoice | 339507 | 12/31/2014 | | $201.00 |
| Invoice | 339512 | 12/31/2014 | | $234.00 |
| Invoice | 339514 | 12/31/2014 | | $188.00 |
| Invoice | 339517 | 12/31/2014 | | $160.00 |
| Invoice | 339518 | 12/31/2014 | | $584.00 |
| Invoice | 339491 | 12/31/2014 | | $1,650.00 |
| Invoice | 339493 | 12/31/2014 | | $2,424.00 |
| Invoice | 339513 | 12/31/2014 | | $8,321.25 |
| Invoice | 339684 | 1/21/2015 | | $431.38 |
| Invoice | 339763 | 1/23/2015 | | $5,318.00 |
| Invoice | 339790 | 1/23/2015 | | $385.00 |
| Invoice | 339844 | 1/26/2015 | | $7,280.00 |
| Invoice | 339903 | 1/27/2015 | | $575.65 |
| Invoice | 340099 | 1/29/2015 | | $385.00 |
| Invoice | 340105 | 1/29/2015 | | $3,943.35 |

| Type | Number | Date | Amount |
|---|---|---|---|
| Invoice | 340120 | 1/29/2015 | $2,562.00 |
| Invoice | 340148 | 1/29/2015 | $9,124.85 |
| Invoice | 340160 | 1/30/2015 | $440.00 |
| Invoice | 340162 | 1/30/2015 | $924.60 |
| Invoice | 340165 | 1/30/2015 | $658.00 |
| Invoice | 340226 | 1/31/2015 | $366.58 |
| Invoice | 340252 | 1/31/2015 | $25.00 |
| Invoice | 340265 | 1/31/2015 | $19.00 |
| Invoice | 340269 | 1/31/2015 | $12.00 |
| Invoice | 340459 | 1/31/2015 | $18.00 |
| Invoice | 340479 | 1/31/2015 | $11.52 |
| Invoice | 340562 | 1/31/2015 | $25.00 |
| Invoice | 340563 | 1/31/2015 | $25.00 |
| Invoice | 340564 | 1/31/2015 | $25.00 |
| Invoice | 340568 | 1/31/2015 | $25.00 |
| Invoice | 340570 | 1/31/2015 | $25.00 |
| Invoice | 340573 | 1/31/2015 | $25.00 |
| Invoice | 340575 | 1/31/2015 | $25.00 |
| Invoice | 340576 | 1/31/2015 | $25.00 |
| Invoice | 340231 | 1/31/2015 | $50.00 |
| Invoice | 340243 | 1/31/2015 | $50.00 |
| Invoice | 340247 | 1/31/2015 | $50.00 |
| Invoice | 340263 | 1/31/2015 | $30.95 |
| Invoice | 340281 | 1/31/2015 | $38.50 |
| Invoice | 340361 | 1/31/2015 | $40.95 |
| Invoice | 340466 | 1/31/2015 | $40.00 |
| Invoice | 340558 | 1/31/2015 | $38.00 |
| Invoice | 340559 | 1/31/2015 | $57.00 |
| Invoice | 340560 | 1/31/2015 | $40.00 |
| Invoice | 340561 | 1/31/2015 | $53.00 |
| Invoice | 340566 | 1/31/2015 | $40.00 |
| Invoice | 340567 | 1/31/2015 | $40.00 |
| Invoice | 340569 | 1/31/2015 | $40.00 |
| Invoice | 340571 | 1/31/2015 | $38.00 |
| Invoice | 340577 | 1/31/2015 | $40.00 |
| Invoice | 340237 | 1/31/2015 | $84.00 |
| Invoice | 340241 | 1/31/2015 | $124.80 |
| Invoice | 340245 | 1/31/2015 | $120.00 |
| Invoice | 340246 | 1/31/2015 | $70.00 |
| Invoice | 340249 | 1/31/2015 | $138.00 |
| Invoice | 340257 | 1/31/2015 | $75.00 |
| Invoice | 340271 | 1/31/2015 | $75.00 |
| Invoice | 340272 | 1/31/2015 | $138.00 |
| Invoice | 340278 | 1/31/2015 | $135.00 |
| Invoice | 340283 | 1/31/2015 | $98.00 |
| Invoice | 340369 | 1/31/2015 | $153.00 |
| Invoice | 340460 | 1/31/2015 | $130.00 |
| Invoice | 340462 | 1/31/2015 | $148.00 |
| Invoice | 340463 | 1/31/2015 | $140.00 |
| Invoice | 340471 | 1/31/2015 | $129.00 |
| Invoice | 340472 | 1/31/2015 | $91.00 |
| Invoice | 340473 | 1/31/2015 | $135.00 |
| Invoice | 340474 | 1/31/2015 | $87.00 |

| Type | Number | Date | | Amount |
|---|---|---|---|---|
| Invoice | 340475 | 1/31/2015 | | $70.00 |
| Invoice | 340476 | 1/31/2015 | | $110.00 |
| Invoice | 340481 | 1/31/2015 | | $103.98 |
| Invoice | 340549 | 1/31/2015 | | $80.00 |
| Invoice | 340550 | 1/31/2015 | | $80.00 |
| Invoice | 340551 | 1/31/2015 | | $68.00 |
| Invoice | 340552 | 1/31/2015 | | $80.00 |
| Invoice | 340553 | 1/31/2015 | | $120.00 |
| Invoice | 340554 | 1/31/2015 | | $85.00 |
| Invoice | 340555 | 1/31/2015 | | $80.00 |
| Invoice | 340556 | 1/31/2015 | | $80.00 |
| Invoice | 340557 | 1/31/2015 | | $80.00 |
| Invoice | 340565 | 1/31/2015 | | $68.00 |
| Invoice | 340572 | 1/31/2015 | | $114.00 |
| Invoice | 340574 | 1/31/2015 | | $100.00 |
| Invoice | 340228 | 1/31/2015 | | $421.00 |
| Invoice | 340229 | 1/31/2015 | | $180.00 |
| Invoice | 340230 | 1/31/2015 | | $881.15 |
| Invoice | 340233 | 1/31/2015 | | $974.00 |
| Invoice | 340234 | 1/31/2015 | | $1,211.50 |
| Invoice | 340238 | 1/31/2015 | | $230.00 |
| Invoice | 340242 | 1/31/2015 | | $331.00 |
| Invoice | 340244 | 1/31/2015 | | $972.00 |
| Invoice | 340248 | 1/31/2015 | | $180.00 |
| Invoice | 340250 | 1/31/2015 | | $598.70 |
| Invoice | 340251 | 1/31/2015 | | $170.75 |
| Invoice | 340253 | 1/31/2015 | | $185.00 |
| Invoice | 340254 | 1/31/2015 | | $819.00 |
| Invoice | 340255 | 1/31/2015 | | $160.00 |
| Invoice | 340256 | 1/31/2015 | | $170.00 |
| Invoice | 340262 | 1/31/2015 | | $450.00 |
| Invoice | 340267 | 1/31/2015 | | $1,058.40 |
| Invoice | 340270 | 1/31/2015 | | $692.00 |
| Invoice | 340275 | 1/31/2015 | | $327.00 |
| Invoice | 340277 | 1/31/2015 | | $305.00 |
| Invoice | 340279 | 1/31/2015 | | $170.00 |
| Invoice | 340362 | 1/31/2015 | | $195.00 |
| Invoice | 340363 | 1/31/2015 | | $542.00 |
| Invoice | 340364 | 1/31/2015 | | $542.00 |
| Invoice | 340365 | 1/31/2015 | | $470.00 |
| Invoice | 340367 | 1/31/2015 | | $390.00 |
| Invoice | 340389 | 1/31/2015 | | $434.00 |
| Invoice | 340390 | 1/31/2015 | | $542.00 |
| Invoice | 340391 | 1/31/2015 | | $542.00 |
| Invoice | 340392 | 1/31/2015 | | $684.00 |
| Invoice | 340441 | 1/31/2015 | | $338.00 |
| Invoice | 340461 | 1/31/2015 | | $180.00 |
| Invoice | 340464 | 1/31/2015 | | $477.00 |
| Invoice | 340465 | 1/31/2015 | | $200.00 |
| Invoice | 340467 | 1/31/2015 | | $191.00 |
| Invoice | 340468 | 1/31/2015 | | $630.00 |
| Invoice | 340469 | 1/31/2015 | | $873.00 |
| Invoice | 340470 | 1/31/2015 | | $990.20 |

| Type | Number | Date | Amount |
|---|---|---|---|
| Invoice | 340477 | 1/31/2015 | $225.00 |
| Invoice | 340478 | 1/31/2015 | $968.00 |
| Invoice | 340483 | 1/31/2015 | $308.85 |
| Invoice | 340484 | 1/31/2015 | $199.00 |
| Invoice | 340485 | 1/31/2015 | $1,164.50 |
| Invoice | 340548 | 1/31/2015 | $302.50 |
| Invoice | 340587 | 1/31/2015 | $718.86 |
| Invoice | 340227 | 1/31/2015 | $3,684.70 |
| Invoice | 340232 | 1/31/2015 | $1,909.50 |
| Invoice | 340235 | 1/31/2015 | $1,875.00 |
| Invoice | 340236 | 1/31/2015 | $4,647.00 |
| Invoice | 340240 | 1/31/2015 | $1,820.00 |
| Invoice | 340273 | 1/31/2015 | $2,142.00 |
| Invoice | 340282 | 1/31/2015 | $3,000.00 |
| Invoice | 340368 | 1/31/2015 | $4,977.00 |
| Invoice | 340386 | 1/31/2015 | $8,870.00 |
| Invoice | 340387 | 1/31/2015 | $4,628.00 |
| Invoice | 340388 | 1/31/2015 | $5,865.84 |
| Invoice | 340439 | 1/31/2015 | $3,759.75 |
| Invoice | 340440 | 1/31/2015 | $2,042.00 |
| Invoice | 340480 | 1/31/2015 | $11,250.00 |
| Invoice | 340482 | 1/31/2015 | $1,836.00 |
| Invoice | 340497 | 1/31/2015 | $4,333.50 |
| Invoice | 340503 | 1/31/2015 | $5,276.55 |
| Invoice | 340508 | 1/31/2015 | $24,722.00 |
| Invoice | 340614 | 2/10/2015 | $5.77 |
| Invoice | 340612 | 2/10/2015 | $17.36 |
| Invoice | 340622 | 2/10/2015 | $25.00 |
| Invoice | 340623 | 2/10/2015 | $13.60 |
| Invoice | 340611 | 2/10/2015 | $45.00 |
| Invoice | 340618 | 2/10/2015 | $37.00 |
| Invoice | 340619 | 2/10/2015 | $26.00 |
| Invoice | 340621 | 2/10/2015 | $42.40 |
| Invoice | 340628 | 2/10/2015 | $30.00 |
| Invoice | 340638 | 2/10/2015 | $45.00 |
| Invoice | 340642 | 2/10/2015 | $40.00 |
| Invoice | 340617 | 2/10/2015 | $85.00 |
| Invoice | 340620 | 2/10/2015 | $80.00 |
| Invoice | 340626 | 2/10/2015 | $134.50 |
| Invoice | 340627 | 2/10/2015 | $157.00 |
| Invoice | 340629 | 2/10/2015 | $138.00 |
| Invoice | 340632 | 2/10/2015 | $70.00 |
| Invoice | 340633 | 2/10/2015 | $105.00 |
| Invoice | 340634 | 2/10/2015 | $96.00 |
| Invoice | 340636 | 2/10/2015 | $120.00 |
| Invoice | 340637 | 2/10/2015 | $75.00 |
| Invoice | 340641 | 2/10/2015 | $75.00 |
| Invoice | 340610 | 2/10/2015 | $532.00 |
| Invoice | 340613 | 2/10/2015 | $560.00 |
| Invoice | 340615 | 2/10/2015 | $171.00 |
| Invoice | 340616 | 2/10/2015 | $280.00 |
| Invoice | 340624 | 2/10/2015 | $240.00 |
| Invoice | 340630 | 2/10/2015 | $218.00 |

| Type | Number | Date | Amount |
|---|---|---|---|
| Invoice | 340631 | 2/10/2015 | $223.50 |
| Invoice | 340635 | 2/10/2015 | $335.00 |
| Invoice | 340639 | 2/10/2015 | $159.85 |
| Invoice | 340640 | 2/10/2015 | $320.00 |
| Invoice | 340625 | 2/10/2015 | $1,370.00 |
| Invoice | 340661 | 2/12/2015 | $18.00 |
| Invoice | 340671 | 2/12/2015 | $25.00 |
| Invoice | 340688 | 2/12/2015 | $25.00 |
| Invoice | 340658 | 2/12/2015 | $50.00 |
| Invoice | 340681 | 2/12/2015 | $38.50 |
| Invoice | 340657 | 2/12/2015 | $98.00 |
| Invoice | 340664 | 2/12/2015 | $72.00 |
| Invoice | 340675 | 2/12/2015 | $88.00 |
| Invoice | 340682 | 2/12/2015 | $77.00 |
| Invoice | 340683 | 2/12/2015 | $105.00 |
| Invoice | 340684 | 2/12/2015 | $67.00 |
| Invoice | 340686 | 2/12/2015 | $100.00 |
| Invoice | 340687 | 2/12/2015 | $108.00 |
| Invoice | 340690 | 2/12/2015 | $108.00 |
| Invoice | 340691 | 2/12/2015 | $87.00 |
| Invoice | 340655 | 2/12/2015 | $215.00 |
| Invoice | 340656 | 2/12/2015 | $180.00 |
| Invoice | 340659 | 2/12/2015 | $1,260.00 |
| Invoice | 340660 | 2/12/2015 | $165.00 |
| Invoice | 340662 | 2/12/2015 | $723.00 |
| Invoice | 340663 | 2/12/2015 | $1,029.00 |
| Invoice | 340665 | 2/12/2015 | $175.00 |
| Invoice | 340667 | 2/12/2015 | $186.00 |
| Invoice | 340668 | 2/12/2015 | $656.70 |
| Invoice | 340672 | 2/12/2015 | $214.00 |
| Invoice | 340673 | 2/12/2015 | $451.00 |
| Invoice | 340676 | 2/12/2015 | $776.00 |
| Invoice | 340677 | 2/12/2015 | $215.00 |
| Invoice | 340685 | 2/12/2015 | $289.00 |
| Invoice | 340689 | 2/12/2015 | $238.00 |
| Invoice | 340692 | 2/12/2015 | $180.00 |
| Invoice | 340693 | 2/12/2015 | $356.00 |
| Invoice | 340652 | 2/12/2015 | $2,510.00 |
| Invoice | 340666 | 2/12/2015 | $3,107.00 |
| Invoice | 340669 | 2/12/2015 | $5,440.00 |
| Invoice | 340670 | 2/12/2015 | $2,312.00 |
| Invoice | 340674 | 2/12/2015 | $1,353.00 |
| Invoice | 340678 | 2/12/2015 | $7,072.00 |
| Invoice | 340679 | 2/12/2015 | $1,572.00 |
| Invoice | 340680 | 2/12/2015 | $4,350.00 |
| Invoice | 340697 | 2/13/2015 | $319.80 |
| Invoice | 340699 | 2/13/2015 | $655.20 |
| Invoice | 340700 | 2/13/2015 | $175.00 |
| Invoice | 340698 | 2/13/2015 | $7,917.00 |
| Invoice | 340731 | 2/13/2015 | $71.00 |
| Invoice | 340735 | 2/13/2015 | $9,637.03 |
| Invoice | 340729 | 2/13/2015 | $28.00 |
| Invoice | 340857 | 2/16/2015 | $30.00 |

| Type | Number | Date | Amount |
|---|---|---|---|
| Invoice | 340861 | 2/17/2015 | $25.00 |
| Invoice | 340864 | 2/17/2015 | $12.46 |
| Invoice | 340868 | 2/17/2015 | $18.00 |
| Invoice | 340865 | 2/17/2015 | $40.46 |
| Invoice | 340866 | 2/17/2015 | $26.46 |
| Invoice | 340867 | 2/17/2015 | $46.80 |
| Invoice | 340860 | 2/17/2015 | $75.00 |
| Invoice | 340863 | 2/17/2015 | $90.74 |
| Invoice | 340873 | 2/17/2015 | $75.00 |
| Invoice | 340881 | 2/17/2015 | $65.00 |
| Invoice | 340882 | 2/17/2015 | $126.00 |
| Invoice | 340887 | 2/17/2015 | $113.00 |
| Invoice | 340869 | 2/17/2015 | $507.00 |
| Invoice | 340870 | 2/17/2015 | $507.00 |
| Invoice | 340871 | 2/17/2015 | $347.00 |
| Invoice | 340872 | 2/17/2015 | $333.20 |
| Invoice | 340874 | 2/17/2015 | $780.00 |
| Invoice | 340875 | 2/17/2015 | $179.00 |
| Invoice | 340876 | 2/17/2015 | $383.00 |
| Invoice | 340877 | 2/17/2015 | $1,210.84 |
| Invoice | 340878 | 2/17/2015 | $230.35 |
| Invoice | 340879 | 2/17/2015 | $297.25 |
| Invoice | 340880 | 2/17/2015 | $216.00 |
| Invoice | 340883 | 2/17/2015 | $352.50 |
| Invoice | 340884 | 2/17/2015 | $383.50 |
| Invoice | 340885 | 2/17/2015 | $289.10 |
| Invoice | 340886 | 2/17/2015 | $765.25 |
| Invoice | 340888 | 2/17/2015 | $318.00 |
| Invoice | 340889 | 2/17/2015 | $436.50 |
| Invoice | 340862 | 2/17/2015 | $1,469.00 |
| Invoice | 340905 | 2/17/2015 | $41.00 |
| Invoice | 340906 | 2/17/2015 | $41.00 |
| Invoice | 340910 | 2/18/2015 | $880.00 |
| Invoice | 340911 | 2/18/2015 | $477.00 |
| Invoice | 340916 | 2/18/2015 | $1,250.00 |
| Invoice | 340925 | 2/18/2015 | $504.00 |
| Invoice | 340933 | 2/18/2015 | $320.00 |
| Invoice | 340907 | 2/18/2015 | $11,850.03 |
| Invoice | 340909 | 2/18/2015 | $1,387.00 |
| Invoice | 340912 | 2/18/2015 | $1,478.26 |
| Invoice | 340971 | 2/19/2015 | $25.00 |
| Invoice | 340980 | 2/19/2015 | $11.65 |
| Invoice | 340943 | 2/19/2015 | $35.00 |
| Invoice | 340947 | 2/19/2015 | $32.00 |
| Invoice | 340948 | 2/19/2015 | $52.00 |
| Invoice | 340978 | 2/19/2015 | $33.00 |
| Invoice | 340981 | 2/19/2015 | $30.00 |
| Invoice | 340937 | 2/19/2015 | $147.00 |
| Invoice | 340939 | 2/19/2015 | $110.00 |
| Invoice | 340941 | 2/19/2015 | $80.00 |
| Invoice | 340945 | 2/19/2015 | $67.00 |
| Invoice | 340946 | 2/19/2015 | $105.00 |
| Invoice | 340972 | 2/19/2015 | $130.00 |

| Invoice | 340973 | 2/19/2015 | $100.00 |
| --- | --- | --- | --- |
| Invoice | 340974 | 2/19/2015 | $105.00 |
| Invoice | 340976 | 2/19/2015 | $140.00 |
| Invoice | 340977 | 2/19/2015 | $78.00 |
| Invoice | 340934 | 2/19/2015 | $319.50 |
| Invoice | 340935 | 2/19/2015 | $176.00 |
| Invoice | 340936 | 2/19/2015 | $410.00 |
| Invoice | 340938 | 2/19/2015 | $207.00 |
| Invoice | 340940 | 2/19/2015 | $700.00 |
| Invoice | 340944 | 2/19/2015 | $700.00 |
| Invoice | 340975 | 2/19/2015 | $305.90 |
| Invoice | 340979 | 2/19/2015 | $176.00 |
| Invoice | 340942 | 2/19/2015 | $2,617.00 |
| Invoice | 340968 | 2/19/2015 | $4,244.50 |
| Invoice | 340969 | 2/19/2015 | $12,322.29 |
| Invoice | 341042 | 2/20/2015 | $67.00 |
| Invoice | 341043 | 2/20/2015 | $103.00 |
| Invoice | 341045 | 2/20/2015 | $104.00 |
| Invoice | 341047 | 2/20/2015 | $37.00 |
| Invoice | 341048 | 2/20/2015 | $37.00 |
| Invoice | 341052 | 2/20/2015 | $41.00 |
| Invoice | 341137 | 2/24/2015 | $6.41 |
| Invoice | 341151 | 2/24/2015 | $24.00 |
| Invoice | 341157 | 2/24/2015 | $25.00 |
| Invoice | 341158 | 2/24/2015 | $6.41 |
| Invoice | 341171 | 2/24/2015 | $19.00 |
| Invoice | 341136 | 2/24/2015 | $35.94 |
| Invoice | 341141 | 2/24/2015 | $43.95 |
| Invoice | 341154 | 2/24/2015 | $50.00 |
| Invoice | 341178 | 2/24/2015 | $45.00 |
| Invoice | 341138 | 2/24/2015 | $77.00 |
| Invoice | 341144 | 2/24/2015 | $86.00 |
| Invoice | 341145 | 2/24/2015 | $110.00 |
| Invoice | 341150 | 2/24/2015 | $64.00 |
| Invoice | 341152 | 2/24/2015 | $92.00 |
| Invoice | 341153 | 2/24/2015 | $95.00 |
| Invoice | 341156 | 2/24/2015 | $140.00 |
| Invoice | 341160 | 2/24/2015 | $142.50 |
| Invoice | 341162 | 2/24/2015 | $67.00 |
| Invoice | 341163 | 2/24/2015 | $82.00 |
| Invoice | 341164 | 2/24/2015 | $131.00 |
| Invoice | 341168 | 2/24/2015 | $78.00 |
| Invoice | 341172 | 2/24/2015 | $139.00 |
| Invoice | 341173 | 2/24/2015 | $64.00 |
| Invoice | 341180 | 2/24/2015 | $95.00 |
| Invoice | 341181 | 2/24/2015 | $85.00 |
| Invoice | 341186 | 2/24/2015 | $140.00 |
| Invoice | 341187 | 2/24/2015 | $158.00 |
| Invoice | 341188 | 2/24/2015 | $158.00 |
| Invoice | 341135 | 2/24/2015 | $370.00 |
| Invoice | 341139 | 2/24/2015 | $263.00 |
| Invoice | 341140 | 2/24/2015 | $840.00 |
| Invoice | 341143 | 2/24/2015 | $250.00 |

| Type | Number | Date | Amount |
|---|---|---|---|
| Invoice | 341146 | 2/24/2015 | $179.00 |
| Invoice | 341147 | 2/24/2015 | $178.00 |
| Invoice | 341148 | 2/24/2015 | $350.00 |
| Invoice | 341149 | 2/24/2015 | $192.00 |
| Invoice | 341159 | 2/24/2015 | $1,200.00 |
| Invoice | 341161 | 2/24/2015 | $373.00 |
| Invoice | 341165 | 2/24/2015 | $370.00 |
| Invoice | 341167 | 2/24/2015 | $182.00 |
| Invoice | 341170 | 2/24/2015 | $236.00 |
| Invoice | 341174 | 2/24/2015 | $945.00 |
| Invoice | 341175 | 2/24/2015 | $190.00 |
| Invoice | 341176 | 2/24/2015 | $600.00 |
| Invoice | 341189 | 2/24/2015 | $266.00 |
| Invoice | 341191 | 2/24/2015 | $250.00 |
| Invoice | 341142 | 2/24/2015 | $3,696.00 |
| Invoice | 341185 | 2/24/2015 | $2,644.20 |
| Invoice | 341228 | 2/25/2015 | $2,490.65 |
| Invoice | 341251 | 2/25/2015 | $7,637.98 |
| Invoice | 341257 | 2/26/2015 | $18.00 |
| Invoice | 341261 | 2/26/2015 | $24.46 |
| Invoice | 341263 | 2/26/2015 | $25.00 |
| Invoice | 341268 | 2/26/2015 | $13.60 |
| Invoice | 341275 | 2/26/2015 | $18.00 |
| Invoice | 341311 | 2/26/2015 | $18.00 |
| Invoice | 341313 | 2/26/2015 | $21.50 |
| Invoice | 341258 | 2/26/2015 | $27.00 |
| Invoice | 341259 | 2/26/2015 | $31.23 |
| Invoice | 341260 | 2/26/2015 | $43.00 |
| Invoice | 341264 | 2/26/2015 | $50.00 |
| Invoice | 341266 | 2/26/2015 | $52.00 |
| Invoice | 341270 | 2/26/2015 | $28.00 |
| Invoice | 341283 | 2/26/2015 | $36.00 |
| Invoice | 341297 | 2/26/2015 | $50.00 |
| Invoice | 341298 | 2/26/2015 | $50.00 |
| Invoice | 341262 | 2/26/2015 | $80.00 |
| Invoice | 341265 | 2/26/2015 | $75.00 |
| Invoice | 341267 | 2/26/2015 | $67.00 |
| Invoice | 341269 | 2/26/2015 | $80.00 |
| Invoice | 341271 | 2/26/2015 | $75.00 |
| Invoice | 341282 | 2/26/2015 | $105.00 |
| Invoice | 341295 | 2/26/2015 | $72.70 |
| Invoice | 341301 | 2/26/2015 | $155.00 |
| Invoice | 341307 | 2/26/2015 | $73.00 |
| Invoice | 341310 | 2/26/2015 | $98.60 |
| Invoice | 341315 | 2/26/2015 | $85.00 |
| Invoice | 341316 | 2/26/2015 | $92.83 |
| Invoice | 341317 | 2/26/2015 | $120.00 |
| Invoice | 341318 | 2/26/2015 | $110.00 |
| Invoice | 341322 | 2/26/2015 | $84.00 |
| Invoice | 341324 | 2/26/2015 | $115.00 |
| Invoice | 341327 | 2/26/2015 | $138.89 |
| Invoice | 341253 | 2/26/2015 | $396.00 |
| Invoice | 341254 | 2/26/2015 | $398.00 |

| Type | Number | Date | Amount |
|---|---|---|---|
| Invoice | 341255 | 2/26/2015 | $362.15 |
| Invoice | 341256 | 2/26/2015 | $189.00 |
| Invoice | 341272 | 2/26/2015 | $242.40 |
| Invoice | 341273 | 2/26/2015 | $1,150.00 |
| Invoice | 341274 | 2/26/2015 | $1,014.00 |
| Invoice | 341276 | 2/26/2015 | $215.00 |
| Invoice | 341277 | 2/26/2015 | $215.00 |
| Invoice | 341278 | 2/26/2015 | $315.00 |
| Invoice | 341279 | 2/26/2015 | $243.00 |
| Invoice | 341280 | 2/26/2015 | $191.00 |
| Invoice | 341281 | 2/26/2015 | $375.00 |
| Invoice | 341285 | 2/26/2015 | $1,114.00 |
| Invoice | 341287 | 2/26/2015 | $880.30 |
| Invoice | 341288 | 2/26/2015 | $481.05 |
| Invoice | 341289 | 2/26/2015 | $194.00 |
| Invoice | 341290 | 2/26/2015 | $218.00 |
| Invoice | 341291 | 2/26/2015 | $386.00 |
| Invoice | 341292 | 2/26/2015 | $189.75 |
| Invoice | 341293 | 2/26/2015 | $160.00 |
| Invoice | 341294 | 2/26/2015 | $682.00 |
| Invoice | 341296 | 2/26/2015 | $209.00 |
| Invoice | 341299 | 2/26/2015 | $416.50 |
| Invoice | 341302 | 2/26/2015 | $485.26 |
| Invoice | 341304 | 2/26/2015 | $271.65 |
| Invoice | 341306 | 2/26/2015 | $396.65 |
| Invoice | 341308 | 2/26/2015 | $623.70 |
| Invoice | 341309 | 2/26/2015 | $539.45 |
| Invoice | 341312 | 2/26/2015 | $1,136.25 |
| Invoice | 341319 | 2/26/2015 | $420.55 |
| Invoice | 341320 | 2/26/2015 | $563.85 |
| Invoice | 341321 | 2/26/2015 | $285.00 |
| Invoice | 341323 | 2/26/2015 | $234.00 |
| Invoice | 341325 | 2/26/2015 | $525.00 |
| Invoice | 341326 | 2/26/2015 | $603.10 |
| Invoice | 341286 | 2/26/2015 | $1,875.60 |
| Invoice | 341300 | 2/26/2015 | $1,404.00 |
| Invoice | 341305 | 2/26/2015 | $2,213.35 |
| Invoice | 341314 | 2/26/2015 | $1,670.00 |
| Invoice | 341330 | 2/26/2015 | $3,832.00 |
| Invoice | 341332 | 2/26/2015 | $6,834.88 |
| Invoice | 341355 | 2/27/2015 | $808.68 |
| Invoice | 341359 | 2/27/2015 | $456.17 |
| Invoice | 341364 | 2/27/2015 | $1,060.00 |
| Invoice | 341361 | 2/27/2015 | $11,385.00 |
| Invoice | 341362 | 2/27/2015 | $3,212.00 |
| Invoice | 341357 | 2/27/2015 | $41.00 |
| Invoice | 341721 | 2/28/2015 | $452.40 |
| Invoice | 341723 | 2/28/2015 | $1,006.20 |
| Invoice | 341724 | 2/28/2015 | $175.00 |
| Invoice | 341722 | 2/28/2015 | $2,199.60 |
| Invoice | 341810 | 2/28/2015 | $133.54 |
| Invoice | 341755 | 2/28/2015 | $1,320.00 |
| Invoice | 341836 | 2/28/2015 | $670.00 |

| Type | Number | Date | | Amount | |
|---|---|---|---|---|---|
| Invoice | 341842 | 2/28/2015 | | $203.00 | |
| Invoice | 341874 | 2/28/2015 | | $669.00 | |
| Invoice | 341466 | 2/28/2015 | | $18.00 | |
| Invoice | 341470 | 2/28/2015 | | $5.86 | |
| Invoice | 341493 | 2/28/2015 | | $18.00 | |
| Invoice | 341494 | 2/28/2015 | | $18.00 | |
| Invoice | 341495 | 2/28/2015 | | $18.00 | |
| Invoice | 341499 | 2/28/2015 | | $9.19 | |
| Invoice | 341501 | 2/28/2015 | | $25.00 | |
| Invoice | 341502 | 2/28/2015 | | $18.00 | |
| Invoice | 341512 | 2/28/2015 | | $13.60 | |
| Invoice | 341803 | 2/28/2015 | | $25.00 | |
| Invoice | 341804 | 2/28/2015 | | $25.00 | |
| Invoice | 341805 | 2/28/2015 | | $25.00 | |
| Invoice | 341806 | 2/28/2015 | | $25.00 | |
| Invoice | 341460 | 2/28/2015 | | $49.00 | |
| Invoice | 341461 | 2/28/2015 | | $40.00 | |
| Invoice | 341469 | 2/28/2015 | | $50.00 | |
| Invoice | 341475 | 2/28/2015 | | $40.00 | |
| Invoice | 341480 | 2/28/2015 | | $50.00 | |
| Invoice | 341481 | 2/28/2015 | | $43.00 | |
| Invoice | 341482 | 2/28/2015 | | $43.00 | |
| Invoice | 341503 | 2/28/2015 | | $50.00 | |
| Invoice | 341504 | 2/28/2015 | | $42.15 | |
| Invoice | 341505 | 2/28/2015 | | $42.15 | |
| Invoice | 341506 | 2/28/2015 | | $37.00 | |
| Invoice | 341510 | 2/28/2015 | | $33.00 | |
| Invoice | 341513 | 2/28/2015 | | $34.38 | |
| Invoice | 341519 | 2/28/2015 | | $30.00 | |
| Invoice | 341522 | 2/28/2015 | | $57.00 | |
| Invoice | 341573 | 2/28/2015 | | $37.00 | |
| Invoice | 341580 | 2/28/2015 | | $37.00 | |
| Invoice | 341602 | 2/28/2015 | | $40.00 | |
| Invoice | 341807 | 2/28/2015 | | $40.00 | |
| Invoice | 341833 | 2/28/2015 | | $57.00 | |
| Invoice | 341835 | 2/28/2015 | | $57.00 | |
| Invoice | 341465 | 2/28/2015 | | $65.00 | |
| Invoice | 341467 | 2/28/2015 | | $120.00 | |
| Invoice | 341468 | 2/28/2015 | | $129.70 | |
| Invoice | 341472 | 2/28/2015 | | $148.00 | |
| Invoice | 341473 | 2/28/2015 | | $124.00 | |
| Invoice | 341479 | 2/28/2015 | | $105.00 | |
| Invoice | 341484 | 2/28/2015 | | $68.55 | |
| Invoice | 341486 | 2/28/2015 | | $105.00 | |
| Invoice | 341488 | 2/28/2015 | | $65.00 | |
| Invoice | 341489 | 2/28/2015 | | $110.00 | |
| Invoice | 341492 | 2/28/2015 | | $75.00 | |
| Invoice | 341496 | 2/28/2015 | | $155.00 | |
| Invoice | 341507 | 2/28/2015 | | $115.50 | |
| Invoice | 341508 | 2/28/2015 | | $134.00 | |
| Invoice | 341509 | 2/28/2015 | | $128.00 | |
| Invoice | 341511 | 2/28/2015 | | $100.35 | |
| Invoice | 341515 | 2/28/2015 | | $75.00 | |

| Type | Number | Date | Amount |
|---|---|---|---|
| Invoice | 341516 | 2/28/2015 | $86.00 |
| Invoice | 341518 | 2/28/2015 | $120.00 |
| Invoice | 341520 | 2/28/2015 | $76.00 |
| Invoice | 341521 | 2/28/2015 | $150.00 |
| Invoice | 341523 | 2/28/2015 | $75.00 |
| Invoice | 341525 | 2/28/2015 | $129.70 |
| Invoice | 341528 | 2/28/2015 | $120.00 |
| Invoice | 341566 | 2/28/2015 | $71.00 |
| Invoice | 341567 | 2/28/2015 | $65.00 |
| Invoice | 341606 | 2/28/2015 | $133.00 |
| Invoice | 341608 | 2/28/2015 | $133.00 |
| Invoice | 341610 | 2/28/2015 | $142.70 |
| Invoice | 341612 | 2/28/2015 | $140.00 |
| Invoice | 341615 | 2/28/2015 | $150.00 |
| Invoice | 341618 | 2/28/2015 | $60.00 |
| Invoice | 341619 | 2/28/2015 | $98.00 |
| Invoice | 341620 | 2/28/2015 | $138.00 |
| Invoice | 341629 | 2/28/2015 | $130.00 |
| Invoice | 341630 | 2/28/2015 | $145.86 |
| Invoice | 341633 | 2/28/2015 | $126.00 |
| Invoice | 341634 | 2/28/2015 | $123.00 |
| Invoice | 341685 | 2/28/2015 | $114.00 |
| Invoice | 341795 | 2/28/2015 | $120.00 |
| Invoice | 341800 | 2/28/2015 | $132.35 |
| Invoice | 341844 | 2/28/2015 | $60.00 |
| Invoice | 341873 | 2/28/2015 | $145.00 |
| Invoice | 341875 | 2/28/2015 | $120.00 |
| Invoice | 341458 | 2/28/2015 | $460.00 |
| Invoice | 341462 | 2/28/2015 | $522.00 |
| Invoice | 341463 | 2/28/2015 | $385.00 |
| Invoice | 341464 | 2/28/2015 | $176.00 |
| Invoice | 341471 | 2/28/2015 | $203.00 |
| Invoice | 341474 | 2/28/2015 | $215.00 |
| Invoice | 341476 | 2/28/2015 | $359.20 |
| Invoice | 341477 | 2/28/2015 | $215.00 |
| Invoice | 341478 | 2/28/2015 | $198.00 |
| Invoice | 341485 | 2/28/2015 | $354.00 |
| Invoice | 341487 | 2/28/2015 | $560.00 |
| Invoice | 341497 | 2/28/2015 | $487.50 |
| Invoice | 341498 | 2/28/2015 | $388.00 |
| Invoice | 341500 | 2/28/2015 | $1,225.00 |
| Invoice | 341514 | 2/28/2015 | $228.00 |
| Invoice | 341524 | 2/28/2015 | $240.00 |
| Invoice | 341526 | 2/28/2015 | $180.00 |
| Invoice | 341527 | 2/28/2015 | $207.62 |
| Invoice | 341529 | 2/28/2015 | $218.00 |
| Invoice | 341557 | 2/28/2015 | $1,275.30 |
| Invoice | 341560 | 2/28/2015 | $525.00 |
| Invoice | 341561 | 2/28/2015 | $940.00 |
| Invoice | 341563 | 2/28/2015 | $794.00 |
| Invoice | 341565 | 2/28/2015 | $240.00 |
| Invoice | 341578 | 2/28/2015 | $512.00 |
| Invoice | 341601 | 2/28/2015 | $250.00 |

Case 15-10541-BLS    Doc 445-1

| | | | | |
|---|---|---|---|---|
| Invoice | 341603 | 2/28/2015 | | $262.50 |
| Invoice | 341604 | 2/28/2015 | | $601.50 |
| Invoice | 341605 | 2/28/2015 | | $260.00 |
| Invoice | 341607 | 2/28/2015 | | $304.00 |
| Invoice | 341609 | 2/28/2015 | | $158.00 |
| Invoice | 341611 | 2/28/2015 | | $195.00 |
| Invoice | 341613 | 2/28/2015 | | $272.90 |
| Invoice | 341614 | 2/28/2015 | | $180.00 |
| Invoice | 341616 | 2/28/2015 | | $507.00 |
| Invoice | 341617 | 2/28/2015 | | $160.00 |
| Invoice | 341621 | 2/28/2015 | | $450.00 |
| Invoice | 341622 | 2/28/2015 | | $625.00 |
| Invoice | 341623 | 2/28/2015 | | $183.00 |
| Invoice | 341624 | 2/28/2015 | | $210.00 |
| Invoice | 341625 | 2/28/2015 | | $591.00 |
| Invoice | 341626 | 2/28/2015 | | $507.00 |
| Invoice | 341627 | 2/28/2015 | | $289.00 |
| Invoice | 341628 | 2/28/2015 | | $289.00 |
| Invoice | 341631 | 2/28/2015 | | $228.00 |
| Invoice | 341632 | 2/28/2015 | | $205.00 |
| Invoice | 341635 | 2/28/2015 | | $1,023.78 |
| Invoice | 341659 | 2/28/2015 | | $593.00 |
| Invoice | 341672 | 2/28/2015 | | $435.00 |
| Invoice | 341677 | 2/28/2015 | | $475.49 |
| Invoice | 341785 | 2/28/2015 | | $365.30 |
| Invoice | 341786 | 2/28/2015 | | $484.10 |
| Invoice | 341787 | 2/28/2015 | | $323.65 |
| Invoice | 341788 | 2/28/2015 | | $1,203.85 |
| Invoice | 341789 | 2/28/2015 | | $750.00 |
| Invoice | 341790 | 2/28/2015 | | $489.90 |
| Invoice | 341791 | 2/28/2015 | | $783.20 |
| Invoice | 341792 | 2/28/2015 | | $437.40 |
| Invoice | 341793 | 2/28/2015 | | $598.00 |
| Invoice | 341796 | 2/28/2015 | | $235.85 |
| Invoice | 341797 | 2/28/2015 | | $415.35 |
| Invoice | 341798 | 2/28/2015 | | $182.55 |
| Invoice | 341799 | 2/28/2015 | | $240.05 |
| Invoice | 341801 | 2/28/2015 | | $1,083.85 |
| Invoice | 341802 | 2/28/2015 | | $603.27 |
| Invoice | 341811 | 2/28/2015 | | $856.25 |
| Invoice | 341871 | 2/28/2015 | | $650.00 |
| Invoice | 341872 | 2/28/2015 | | $554.50 |
| Invoice | 341459 | 2/28/2015 | | $1,513.43 |
| Invoice | 341483 | 2/28/2015 | | $5,845.50 |
| Invoice | 341517 | 2/28/2015 | | $1,600.00 |
| Invoice | 341539 | 2/28/2015 | | $7,916.78 |
| Invoice | 341570 | 2/28/2015 | | $1,658.00 |
| Invoice | 341571 | 2/28/2015 | | $5,890.00 |
| Invoice | 341647 | 2/28/2015 | | $10,539.18 |
| Invoice | 341674 | 2/28/2015 | | $5,806.70 |
| Invoice | 341853 | 2/28/2015 | | $5,762.74 |
| Invoice | 341870 | 2/28/2015 | | $2,422.10 |
| Invoice | 341838 | 2/28/2015 | | $35.00 |

| Type | Number | Date | Ref | Ref Date | Amount |
|---|---|---|---|---|---|
| Invoice | 341839 | 2/28/2015 | | | $35.00 |
| Invoice | 341840 | 2/28/2015 | | | $35.00 |
| Invoice | 341847 | 2/28/2015 | | | $41.00 |
| Invoice | 341837 | 2/28/2015 | | | $28.00 |
| Invoice | 342394 | 3/3/2015 | | | $57.00 |
| Invoice | 342397 | 3/3/2015 | | | $285.25 |
| Invoice | 342398 | 3/3/2015 | | | $772.50 |
| Invoice | 342393 | 3/3/2015 | | | $2,485.20 |
| Invoice | 341895 | 3/13/2015 | 504567 | 3/5/2015 | $18.00 |
| Invoice | 341896 | 3/13/2015 | 504568 | 3/5/2015 | $18.00 |
| Invoice | 341897 | 3/13/2015 | 504569 | 3/5/2015 | $18.00 |
| Invoice | 341898 | 3/13/2015 | 504572 | 3/5/2015 | $18.00 |
| Invoice | 341900 | 3/13/2015 | 504566 | 3/5/2015 | $18.00 |
| Invoice | 341901 | 3/13/2015 | 504746 | 3/10/2015 | $38.50 |
| Invoice | 341906 | 3/13/2015 | 504578 | 3/10/2015 | $35.00 |
| Invoice | 341923 | 3/13/2015 | 504600 | 3/6/2015 | $44.00 |
| Invoice | 341892 | 3/13/2015 | 504417 | 3/2/2015 | $130.50 |
| Invoice | 341902 | 3/13/2015 | 504742 | 3/10/2015 | $120.00 |
| Invoice | 341904 | 3/13/2015 | 504740 | 3/10/2015 | $145.00 |
| Invoice | 341905 | 3/13/2015 | 504668 | 3/9/2015 | $143.70 |
| Invoice | 341910 | 3/13/2015 | 504741 | 3/10/2015 | $133.00 |
| Invoice | 341911 | 3/13/2015 | 504743 | 3/10/2015 | $120.00 |
| Invoice | 341912 | 3/13/2015 | 504738 | 3/9/2015 | $122.00 |
| Invoice | 341915 | 3/13/2015 | 504670 | 3/9/2015 | $146.70 |
| Invoice | 341916 | 3/13/2015 | 504671 | 3/9/2015 | $129.70 |
| Invoice | 341917 | 3/13/2015 | 504669 | 3/9/2015 | $145.00 |
| Invoice | 341891 | 3/13/2015 | 503646 | 2/23/2015 | $1,114.00 |
| Invoice | 341893 | 3/13/2015 | 503635 | 3/2/2015 | $731.80 |
| Invoice | 341894 | 3/13/2015 | 504544 | 3/4/2015 | $172.65 |
| Invoice | 341899 | 3/13/2015 | 504249 | 3/5/2015 | $225.00 |
| Invoice | 341903 | 3/13/2015 | 504745 | 3/10/2015 | $360.00 |
| Invoice | 341907 | 3/13/2015 | 504747 | 3/10/2015 | $570.00 |
| Invoice | 341913 | 3/13/2015 | 503833 | 3/6/2015 | $825.00 |
| Invoice | 341914 | 3/13/2015 | 504707 | 3/9/2015 | $230.00 |
| Invoice | 341918 | 3/13/2015 | 503208 | 3/10/2015 | $735.00 |
| Invoice | 341919 | 3/13/2015 | 504700 | 3/9/2015 | $250.00 |
| Invoice | 341920 | 3/13/2015 | 504698 | 3/9/2015 | $250.00 |
| Invoice | 341922 | 3/13/2015 | 504701 | 3/9/2015 | $264.00 |
| Invoice | 341924 | 3/13/2015 | 504710 | 3/9/2015 | $750.00 |
| Invoice | 341909 | 3/13/2015 | 503835 | 3/10/2015 | $4,288.00 |
| Invoice | 341921 | 3/13/2015 | 504640 | 3/6/2015 | $2,250.00 |
| Invoice | 342068 | 3/17/2015 | 504639 | 3/10/2015 | $33.00 |
| Invoice | 342079 | 3/17/2015 | 504893 | 3/11/2015 | $25.46 |
| Invoice | 342080 | 3/17/2015 | 504714 | 3/11/2015 | $44.00 |
| Invoice | 342086 | 3/17/2015 | 504709 | 3/11/2015 | $35.94 |
| Invoice | 342043 | 3/17/2015 | 504560 | 3/5/2015 | $130.00 |
| Invoice | 342044 | 3/17/2015 | 503983 | 3/4/2015 | $107.95 |
| Invoice | 342047 | 3/17/2015 | 504324 | 3/3/2015 | $75.00 |
| Invoice | 342095 | 3/17/2015 | 504490 | 3/4/2015 | $115.00 |
| Invoice | 342097 | 3/17/2015 | 504161 | 3/2/2015 | $86.00 |
| Invoice | 342099 | 3/17/2015 | 504468 | 3/4/2015 | $120.00 |
| Invoice | 342101 | 3/17/2015 | 504483 | 3/4/2015 | $154.50 |
| Invoice | 342103 | 3/17/2015 | 504464 | 3/5/2015 | $145.00 |

| | | | | | |
|---|---|---|---|---|---|
| Invoice | 342104 | 3/17/2015 | 504411 | 3/6/2015 | $78.00 |
| Invoice | 342106 | 3/17/2015 | 504416 | 3/5/2015 | $130.00 |
| Invoice | 342110 | 3/17/2015 | 504426 | 3/4/2015 | $135.00 |
| Invoice | 342111 | 3/17/2015 | 504408 | 3/5/2015 | $125.00 |
| Invoice | 342112 | 3/17/2015 | 504500 | 3/4/2015 | $101.55 |
| Invoice | 342115 | 3/17/2015 | 504462 | 3/3/2015 | $64.00 |
| Invoice | 342038 | 3/17/2015 | 503005 | 2/12/2015 | $314.60 |
| Invoice | 342039 | 3/17/2015 | 502863 | 2/11/2015 | $170.00 |
| Invoice | 342041 | 3/17/2015 | 504039 | 3/2/2015 | $428.61 |
| Invoice | 342042 | 3/17/2015 | 504504 | 3/4/2015 | $323.83 |
| Invoice | 342046 | 3/17/2015 | 504423 | 3/3/2015 | $413.00 |
| Invoice | 342048 | 3/17/2015 | 503985 | 3/3/2015 | $317.80 |
| Invoice | 342049 | 3/17/2015 | 504429 | 3/4/2015 | $1,059.95 |
| Invoice | 342050 | 3/17/2015 | 225008 | 3/11/2015 | $405.00 |
| Invoice | 342051 | 3/17/2015 | 225015 | 11/25/2014 | $402.00 |
| Invoice | 342067 | 3/17/2015 | 504636 | 3/10/2015 | $210.00 |
| Invoice | 342069 | 3/17/2015 | 504711 | 3/10/2015 | $219.00 |
| Invoice | 342081 | 3/17/2015 | 504884 | 3/11/2015 | $290.00 |
| Invoice | 342094 | 3/17/2015 | 504492 | 3/6/2015 | $255.00 |
| Invoice | 342096 | 3/17/2015 | 504414 | 3/4/2015 | $442.59 |
| Invoice | 342098 | 3/17/2015 | 504481 | 3/4/2015 | $250.00 |
| Invoice | 342100 | 3/17/2015 | 504474 | 3/4/2015 | $279.00 |
| Invoice | 342102 | 3/17/2015 | 504551 | 3/9/2015 | $1,007.00 |
| Invoice | 342105 | 3/17/2015 | 504413 | 3/5/2015 | $800.80 |
| Invoice | 342107 | 3/17/2015 | 504412 | 3/5/2015 | $290.00 |
| Invoice | 342108 | 3/17/2015 | 503986 | 3/6/2015 | $317.60 |
| Invoice | 342113 | 3/17/2015 | 504467 | 3/5/2015 | $180.00 |
| Invoice | 342114 | 3/17/2015 | 504415 | 3/4/2015 | $442.59 |
| Invoice | 342157 | 3/18/2015 | 504948 | 3/11/2015 | $118.25 |
| Invoice | 342158 | 3/18/2015 | 504949 | 3/11/2015 | $118.25 |
| Invoice | 342139 | 3/18/2015 | 504766 | 3/9/2015 | $1,022.00 |
| Invoice | 342140 | 3/18/2015 | 504553 | 3/10/2015 | $1,025.00 |
| Invoice | 342166 | 3/18/2015 | 504945 | 3/12/2015 | $946.00 |
| Invoice | 342172 | 3/19/2015 | 504542 | 3/4/2015 | $154.20 |
| Invoice | 342170 | 3/19/2015 | 504546 | 3/4/2015 | $212.95 |
| Invoice | 342171 | 3/19/2015 | 504540 | 3/4/2015 | $242.85 |
| Invoice | 342402 | 3/24/2015 | 504695 | 3/12/2015 | $128.00 |
| Invoice | 342403 | 3/24/2015 | 504696 | 3/12/2015 | $128.00 |
| Invoice | 342411 | 3/24/2015 | 504561 | 3/5/2015 | $63.00 |
| Invoice | 342441 | 3/24/2015 | 504302 | 3/6/2015 | $95.50 |
| Invoice | 342405 | 3/24/2015 | 504876 | 3/11/2015 | $174.90 |
| Invoice | 342408 | 3/24/2015 | 504393 | 3/2/2015 | $874.70 |
| Invoice | 342409 | 3/24/2015 | 505216 | 3/12/2015 | $541.69 |
| Invoice | 342419 | 3/24/2015 | 503988 | 2/24/2015 | $1,285.65 |
| Invoice | 342491 | 3/24/2015 | 504109 | 3/10/2015 | $260.00 |
| Invoice | 342413 | 3/24/2015 | 504482 | 3/5/2015 | $1,954.58 |
| Invoice | 342505 | 3/25/2015 | 504623 | 3/10/2015 | $926.00 |
| | | | | | $587,411.26 |



NOTES:
 - All invoices dated prior to 3/13 were shipped prior to 3/12
 - Assume invoices dated after 3/25 were shipped after 3/12