## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered) |

### AFFIDAVIT OF WILLIAM W. WELLER, PARALEGAL

STATE OF DELAWARE    :
                           : SS:
NEW CASTLE COUNTY    :

     I, William W. Weller, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on May 8, 2015, I caused to be served:

**LIMITED OBJECTION OF SEEBRIDGE MEDIA LLC TO CURE AMOUNTS LISTED IN THE NOTICE OF (I) ENTRY INTO STALKING HORSE AGREEMENT AND (II) POTENTIAL ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS (D.I. 307) AND THE FIRST AMENDED NOTICE THEREOF (D.I. 356)**

     Service was completed upon the parties on the attached service list as indicated thereon.

Date:  May 8, 2015

                                          _____
                                         William W. Weller

**SWORN AND SUBSCRIBED** before me this 8th day of May, 2015

                                         _____
                                         Notary Public

RUTH F. SALOTTO
MY COMMISSION
EXPIRES
APRIL 14, 2019
NOTARY PUBLIC
STATE OF DELAWARE

7767493/1

**VIA HAND DELIVERY**

Michael R. Nestor, Esq.
Kara Hammond Coyle, Esq.
Maris J. Kandestin, Esq.
Andrew L. Magaziner, Esq.
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
[Counsel for Debtors and Debtors in
Possession]

Sarah E. Pierce, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
[Counsel for Silver Point Finance, LLC and
Standard Acquisition Holdings, LLC]

Mark D. Collins, Esq.
Tyler D. Semmelman, Esq.
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
[Counsel for Bank of America, N.A., as Pre-
Petition ABL Agent and ABL DIP Agent]

Christopher A. Ward, Esq.
Shanti M. Katona, Esq.
Justin K. Edelson, Esq.
POLSINELLI PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
[Counsel to the Official Committee of
Unsecured Creditors]

Mark S. Kenney, Trial Attorney
OFFICE OF THE UNITED STATES TRUSTEE
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

**VIA FIRST CLASS MAIL & FACSIMILE**

Barbara Becker, Esq.
Michael A. Rosenthal, Esq.
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Facsimile:  (212) 351-4035
[Counsel for Debtors and Debtors in
Possession]

Ron E. Meisler, Esq.
Carl T. Tullson, Esq.
Christopher M. Dressel, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
LLP
155 North Wacker Drive, Suite 2700
Chicago, Illinois 60606-1720
Facsimile: (312) 407-0411
[Counsel for Silver Point Finance, LLC and
Standard Acquisition Holdings, LLC]

C. Edward Dobbs, Esq.
James S. Rankin, Jr., Esq.
Jack C. Basham, Jr., Esq.
Joshua J. Lewis, Esq.
PARKER, HUDSON, RAINER & DOBBS LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, NE
Atlanta, GA 30303
Facsimile: (404) 522-8409
[Counsel for Bank of America, N.A., as Pre-
Petition ABL Agent and ABL DIP Agent]

Kenneth A. Rosen, Esq.
Sharon L. Levine, Esq.
Wojciech Jung, Esq.
LOWENSTEIN SANDLER LLP
65 Livingston Avenue
Roseland, NJ 07068
Facsimile: (973) 597-2400
[Counsel to the Official Committee of
Unsecured Creditors]

**VIA FIRST CLASS MAIL & FACSIMILE**
Gerald C. Bender, Esq.
LOWENSTEIN SANDLER LLP
1251 Avenue of the Americas
New York, NY 10020
Facsimile: (212) 262-7402
[Counsel to the Official Committee of
Unsecured Creditors]