# EXHIBIT A



EXHIBIT

A

---

# CARESOURCE MANAGEMENT GROUP CO.
# MASTER SERVICES AGREEMENT

This Master Services Agreement (the **"Agreement"**) by and between **CARESOURCE MANAGEMENT GROUP CO.**, an OHIO not-for-profit corporation with its principal office located at **230 N. Main Street, Dayton, Ohio, 45402** (**"CARESOURCE"**), and **The Standard Register Company,** a(n) Ohio Corporation with its principal office located at 600 Albany Street, Dayton, Ohio 45417 (**"CONTRACTOR"**) is effective as of the last dated signature set forth below (the **"Effective Date"**).

**WHEREAS**, CARESOURCE contracts directly or indirectly with others to provide, arrange for or administer the provision of health care services to its members; and

**WHEREAS**, CARESOURCE wishes to engage CONTRACTOR to provide the goods and/or services set forth herein under the terms and conditions set forth herein; and

**WHEREAS**, CARESOURCE and CONTRACTOR desire to memorialize their agreement and understanding with respect to CARESOURCE's engagement of CONTRACTOR as an independent contractor;

**NOW, THEREFORE,** in consideration of the mutual covenants and conditions hereinafter set forth and other good and valuable consideration, the receipt of which is hereby acknowledged, the parties agree as follows:

---

## ARTICLE 1
## AGREEMENT TERMS

1.1    **Scope of Services and Pricing.** Subject to the terms and conditions contained herein, CONTRACTOR shall provide the goods and services set forth on **Exhibit A** (the "Goods" and "Services") and in any subsequent Statements of Work ("SOW") to CARESOURCE, in a manner consistent with industry standards, for the costs set forth in **Exhibit A** and/or the applicable SOW. If any provision or term of **Exhibit A** and/or any SOW is inconsistent with any provision or term of this Agreement, this Agreement shall govern.

1.2    **Payment Terms.** CARESOURCE shall pay CONTRACTOR for the Goods and Services in accordance with the pricing set forth on **Exhibit A** to this Agreement. Payment will be made within 30 days of date of invoice receipt. CONTRACTOR shall remit monthly invoices to CARESOURCE for Goods produced and Services rendered in accordance with the pricing set forth on **Exhibit A**. Invoices shall be submitted via U.S. mail at CareSource, Accounts Payable, P.O. Box 8738, Dayton, OH 45401-8738 or via email at accountspayable@caresource.com. Any travel by CONTRACTOR must be pre-approved by CARESOURCE following the CARESOURCE Travel Policy, which shall be made available to CONTRACTOR upon request. If CARESOURCE does not pay CONTRACTOR the undisputed invoiced amount for any charge within the above stated days of its due date and CARESOURCE has not remedied such nonpayment within ten (10) days of its receipt of written notice from CONTRACTOR, CONTRACTOR may, at its sole option, suspend the performance of its duties under this Agreement on any undisputed overdue accounts.

1.3   **Request for Proposal.** If this Agreement is the result of a Request for Proposal ("RFP") process, all of the terms, conditions, and covenants set forth in CONTRACTOR's response to such RFP ("RFP Response") are incorporated herein by reference. If there is any conflict between the RFP Response and this Agreement, this Agreement shall control.

## ARTICLE 2
## CONTRACTOR RESPONSIBILITIES

2.1   **Use of Outside Consultants and Subcontractors.**   With prior written approval of CARESOURCE, CONTRACTOR may contract with outside consultants or subcontractors to support the delivery of the Goods and Services outlined in this Agreement. CONTRACTOR shall remain ultimately responsible for the performance of the outside consultants and subcontractors and such consultants and subcontractors shall be subject to all the terms and conditions of this Agreement applicable to CONTRACTOR.

CARESOURCE encourages the development of Minority and Women Owned Businesses (MBE/WBE) particularly those headquartered in the markets we serve. CARESOURCE encourages CONTRACTOR to subcontract with MBE/WBE suppliers with CARESOURCE approval to support the delivery of the Goods and Services outlined in this Agreement. CARESOURCE requires that MBE/WBE suppliers be provided maximum practicable opportunities to participate in any subcontracts awarded by CONTRACTOR. Credible third party certification is required (MBE: NMSDC/regional affiliate or State of Ohio. WBE: WBENC). If this agreement is valued at $25,000 or more, CONTRACTOR shall report actual MBE/WBE subcontract results on a semi-annual basis to CARESOURCE on the form provided by CARESOURCE.

2.2   **State Executive Orders and Directives on Offshore Outsourcing.** CONTRACTOR shall comply with the applicable State executive orders or directives governing offshore outsourcing (Ohio Executive Order 2011-12K. CONTRACTOR hereby certifies, by its signature on this Agreement, that it: (1) has reviewed and understands the applicable executive orders or directives, (2) shall abide by those requirements in the performance of this Agreement, (3) shall perform no services required under this Agreement outside of the United States, (4) shall immediately notify CARESOURCE of any change or shift in the location of services performed by CONTRACTOR or its Subcontractors under this Agreement, and (5) no services shall be changed or shifted to one or more locations that are outside of the United States. If CONTRACTOR or any of its subcontractors perform services under this Agreement outside of the United States, the performance of such services shall be treated as a material breach of this Agreement, and CARESOURCE shall not be obligated to pay and shall not pay for such services.

**2.3**    **Invoice Records Retention.**

(a) **Records Retention.** Contractor agrees to maintain copies of all invoices, vouchers, receipts, or other fiscal and accounting data for a period of ten (10) years after the Goods have been produced or Services Rendered. Contractor shall provide all such records to CARESOURCE upon request.

(b) **Right to Audit.** All materials and documents described above and required for auditing shall be made available at CONTRACTOR's offices at all reasonable times, for inspection, audit and reproduction, until the expiration of ten (10) years from the date of the final payment made for the Goods produced or Services rendered hereunder, or the final settlement of disposition of any claim made pursuant to this Agreement. Each party shall bear its own costs incurred in connection with any such audit.

**2.4**    **Insurance.** CONTRACTOR shall maintain and have in force for the duration of this Agreement the minimum insurance and coverage limits set forth in **Exhibit B** and shall comply with the insurance requirements set forth in **Exhibit B**.

**2.5**    **Privacy.** CONTRACTOR will comply with all applicable privacy laws and regulations in performing the Services under this Agreement, including without limitation, the Health Insurance Portability and Accountability Act and the privacy regulations promulgated thereunder ("HIPAA"). Until such time as CONTRACTOR is a "covered entity" under HIPAA, the parties acknowledge and agree that CONTRACTOR will not electronically transmit individually identifiable health information in connection with any standard "transaction" (as defined under HIPAA) under this Agreement.

If, by performing its obligations under this Agreement, CONTRACTOR is a business associate of CARESOURCE, as that term is defined by HIPAA and its implementing regulations, CONTRACTOR agrees to execute and comply with the terms of the Business Associate Agreement, attached hereto as an exhibit. Check appropriate box [for CareSource Regulatory Affairs only]:

X BAA APPLICABLE
BAA NOT APPLICABLE

If CONTRACTOR is not a business associate of CARESOURCE and a BAA is not required, but CONTRACTOR may encounter protected health information (PHI) incidentally while performing its duties under this Agreement, CONTRACTOR hereby represents and warrants that its employees, subcontractors, and others performing duties under this contract, have been instructed to maintain the confidentiality of PHI of which they may become aware in the course of their duties under this contract. CONTRACTOR will assure that appropriate supervision and disciplinary measures are in place to minimize the incidental exposure to or disclosure of PHI. CONTRACTOR will immediately report to CARESOURCE any instances of which it becomes aware in which PHI is improperly stored or disclosed, whether by employees or subcontractors of CONTRACTOR, employees or agents of CARESOURCE, or other persons.

CONTRACTOR hereby certifies, by its signature on this Agreement, that neither it nor its subcontractors engage in offshore subcontracting that involves receiving, processing, transferring, handling, storing, or accessing PHI.

**Personally Identifiable Information ("PII")***. To the extent that the work under this Agreement requires the CONTRACTOR to have access to Personally Identifiable Information ("PII"), the CONTRACTOR shall after receipt thereof, treat such PII as confidential and safeguard such information from unauthorized use and disclosure. PII is any unique number or other identifying information that uniquely identifies an individual. The CONTRACTOR agrees to execute a Confidentiality Agreement protecting PII, when necessary, and further agrees not to appropriate such PII for its own use or to disclose such information to third parties unless specifically authorized by CARESOURCE in writing.

The CONTRACTOR agrees to allow access only to those employees who need the PII to perform services under this Agreement and agrees that PII will be used solely for the purpose of performing services under this Agreement. The CONTRACTOR shall ensure that its employees will not discuss, divulge or disclose any such PII to any person or entity except those persons within the CONTRACTOR's organization directly concerned with the performance of the Agreement.

The CONTRACTOR shall comply with the provisions of this clause, promptly report any breaches to CARESOURCE, and implement immediate, appropriate corrective actions to contain and prevent recurrence.

CARESOURCE may terminate this Agreement for default if CONTRACTOR or any of its agents fails to comply with the provisions of this clause. CARESOURCE may also exercise any other rights and remedies provided by law or this Agreement, including criminal and civil penalties.

The CONTRACTOR shall include this clause in all appropriate subcontracts. However, such provision in the subcontracts shall not relieve CONTRACTOR of its obligation to assure compliance with the provisions of this clause.

2.6 **Compliance with Law; Prohibited Affiliations; Licensure.** CONTRACTOR shall, at all times during the term of this Agreement and at CONTRACTOR's own expense, comply with all applicable federal, state, and local laws, rules and regulations, and shall maintain in force any licenses and permits required for performance under this Agreement. CONTRACTOR certifies that CONTRACTOR, its employees, agents, and subcontractors performing services under this contract are not suspended and/or debarred from doing business with state and/or federal government programs. CONTRACTOR agrees that any employees, agents, or subcontractors performing services under this Agreement have been cleared of debarment from the following websites, prior to sending a consultant to CARESOURCE for service:

   * http://www.sam.gov/
   * http://oig.hhs.gov/fraud/exclusions.asp

If CONTRACTOR is notified of a suspension and/or debarment during the term of this Agreement, CONTRACTOR must notify CareSource within five (5) days of the CONTRACTOR's knowledge of such event.

CONTRACTOR shall abide by and comply with the Federal False Claims Act, 31 U.S.C. 3729, *et seq*, requirements and any applicable state false claims statutes and shall report any concerns

or allegations of fraud, waste or abuse in accordance with the CareSource Corporate Compliance Plan, which can be accessed at http://www.caresource.com.

2.7    **Goods/Condition of Goods/Delivery.**

(a) If CONTRACTOR is responsible for delivering Goods to CARESOURCE pursuant to this Agreement, all Goods must be packaged in the manner as specified by CARESOURCE and shipped in the manner and by the route and carrier designated by CARESOURCE. If CARESOURCE does not specify the manner in which the Goods must be packaged, CONTRACTOR shall package the goods in commercially acceptable packaging. If CARESOURCE does not specify the manner of shipment, route or carrier, CONTRACTOR shall ship the Goods at the lowest possible transportation rates, consistent with CONTRACTOR's obligation to meet the delivery schedule set forth in **Exhibit A**. CARESOURCE's payment for the Goods shall not constitute its acceptance of the Goods. CARESOURCE shall have the right, but not the obligation, to inspect the Goods and to reject any of the goods which are in CARESOURCE's judgment defective. Goods so rejected and goods supplied in excess of quantities ordered may be returned to the CONTRACTOR at its expense. The fact that CARESOURCE failed to inspect or test any Goods shall not affect any of the CARESOURCE's rights.

(b) Contractor warrants and represents to CARESOURCE that each item of goods provided pursuant to this agreement shall: (i) strictly conform to the requirements of this Agreement, (ii) be free from defects in workmanship, materials and design, (iii) be new. Unless otherwise agreed upon in writing by both parties, no surplus, rebuilt, reconditioned, or used goods shall be provided. As soon as is commercially reasonable after notice is provided by CARESOURCE, CONTRACTOR shall, at its option, either (a) replace, (b) repair, or (c) issue a credit, for any Goods that do not conform to the Goods Warranty. The Goods Warranty shall expire one (1) year from the date the Goods are delivered to CARESOURCE or stored by CONTRACTOR on behalf of CARESOURCE. CONTRACTOR makes no warranty to CARESOURCE regarding the accuracy, adequacy, substance, wording or legality of the contents of the Goods that are provided by CARESOURCE.

(c) THE WARRANTIES CONTAINED IN THIS SECTION ARE IN LIEU OF AND EXCLUDE ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE FOR THE GOODS.

(d) Freight Terms for all shipments to CARESOURCE or CARESOURCE Third Party Designation: FOB Destination, freight allowed with title of Goods to pass at CareSource Dock. . CONTRACTOR will select the carrier and process all in-transit damage claims and handle all other carrier related issues. In the event CARESOURCE requests expedited shipments or a collect shipment, CONTRACTOR will use the freight account provided by CARESOURCE.

2.9    **Financial Information and Audits.** CONTRACTOR shall provide its most recent annual audited financial statements to CARESOURCE prior to execution of this Agreement and upon request by CARESOURCE. CARESOURCE shall have the right to audit CONTRACTOR'S financials upon thirty (30) days written notice to CONTRACTOR.

## ARTICLE 3
## INTELLECTUAL PROPERTY

**3.1**   **Intellectual Property Rights.**  Each Party shall retain ownership of all of its respective intellectual property associated with the Services provided pursuant to this Agreement. Notwithstanding the foregoing, CARESOURCE shall have all ownership right, title, and interest, including ownership of copyright, in all work product created, designed, developed, derived, documented, installed, or delivered to CARESOURCE that is either (a) developed exclusively for CARESOURCE, or (b) derived solely from the specifications or other information provided to CONTRACTOR by CARESOURCE and resulting from CONTRACTOR's activities under this Agreement (the "Work Product").

**3.2**   CARESOURCE 'S INTELLECTUAL PROPERTY WARRANTY.  CARESOURCE warrants that CARESOURCE is the copyright owner or has secured the right to reproduce in copies and to distribute copies of all copyrighted works printed pursuant to this Agreement.  Further, CARESOURCE warrants that the work to be printed pursuant to this Agreement has not been altered, defaced, mutilated or otherwise modified without the permission of the author in violation of any right of the author recognized under common law or state law.

**3.3**   **Press Releases and Publicity.**  Except as expressly permitted herein, neither party shall publish, distribute, or use the other party's name (or the name of any division, affiliate or subsidiary thereof), logo, trademark, service mark, or trade dress for the purpose of advertising, making a news release, creating a business reference, creating a website content or for products or service endorsement without prior written approval of the other party.

## ARTICLE 4
## CONFIDENTIALITY

**4.1**   **Confidentiality.**  CONTRACTOR and CARESOURCE understand that during the course of this Agreement, either party may receive from the other or contribute to the production of information or material proprietary to one party or designated as confidential by that party ("Confidential Information"). During and after the term of this Agreement, each party shall hold in confidence and not directly or indirectly reveal, publish, disclose, or transfer any Confidential Information to any person or entity without the prior written consent of the other party.  CONTRACTOR agrees not to utilize or disclose Confidential Information for any purposes, except in the course of CONTRACTOR's rendering of services to CARESOURCE or as compelled by law, provided that each party shall use reasonable efforts to give advance notice of such compelled use or disclosure to the other, and shall cooperate in connection with any efforts to prevent or limit the scope of such compelled use or disclosure  CONTRACTOR agrees to advise its employees, agents and subcontractors with access to the Confidential Information of its confidentiality obligations under this Agreement.  Notwithstanding anything contrary in the terms of any applicable non-disclosure Agreement, any trade secrets or personal health information of either party or its constituents, whether oral, visual or written, shall constitute Confidential Information even if not marked as such.   The terms and conditions of this Agreement shall be deemed to be Confidential Information.

**4.2**   **Exclusions.**  Notwithstanding anything to the contrary, each party shall not have any obligation with respect to any Confidential Information of the other party or any portion thereof which the receiving party can establish:

        (1)      is or becomes publicly available through no wrongful act of the receiving party;

(2)    was lawfully obtained by the receiving party from a third party without any obligation to maintain the Confidential Information as proprietary or confidential;

(3)    was previously known to the receiving party without any obligation to keep it confidential; or

(4)    was independently developed by the receiving party.

4.3    <u>Survival.</u>  The terms of this Article 4 shall survive the expiration or earlier termination of this Agreement for a period of three (3) years; provided however that confidentiality obligations with respect to trade secrets and personal health information shall continue in perpetuity.

## ARTICLE 5
## SECURITY AND DISASTER RECOVERY

X  APPLICABLE
   NOT APPLICABLE

5.1    <u>Security Controls.</u> If the services provided under this Agreement permit CONTRACTOR to be in custody of sensitive, Protected Health Information (PHI), CareSource employee-specific data, or other personally identifiable information (PII), CONTRACTOR shall implement effective controls that provide reasonable protection of, and restricted access to, the data wherever it is stored, processed, or transferred within CONTRACTOR'S span of control.  CARESOURCE reserves the right to evaluate CONTRACTOR'S security controls built into the services provided pursuant to this Agreement.

5.2    <u>Audits and Assessments.</u> If a SSAE-16 (Statement on Standards for Attestation Engagements No. 16) audit has been conducted on CONTRACTOR'S behalf by a qualified third party within the previous two years to formally evaluate the effectiveness of CONTRACTOR'S data security controls, CONTRACTOR shall provide a copy of said audit to CARESOURCE for review.  If CONTRACTOR has arranged for some other type of third party assessment of the effectiveness of security controls, CONTRACTOR shall provide the details of said assessment and shall include a detailed definition of the scope of the audit as well as its independent conclusions regarding effectiveness.  CARESOURCE reserves the right to audit these controls either on-site or via a security self-assessment survey.

5.3    <u>Review by CARESOURCE.</u> If proposed services and products are considered critical to supporting CARESOURCE business operations, CARESOURCE reserves the right to review and assess the adequacy of CONTRACTOR'S disaster recovery plans, insofar as those plans will encompass contingency plans for the services and products provided in support of CARESOURCE'S business.

5.4    <u>Implementation of Controls.</u> If CONTRACTOR'S security controls or disaster recovery plans are found to be insufficient, CONTRACTOR shall implement adequate controls or disaster recovery plans, the sufficiency of which to be determined jointly by the Parties and within a reasonable time period established by the Parties.  If CONTRACTOR fails to implement effective controls or disaster recovery plans within the established timeframe, CARESOURCE reserves the right to immediately terminate this Agreement without further financial obligation.

## ARTICLE 6
## GENERAL TERMS

**6.1**  **Term.** The term of this Agreement (the "**Term**") shall begin on the Effective Date and end on July 18, 2017.   This agreement can be renewed yearly after the initial term with a duly executed amendment to this agreement.

**6.2**  **Termination.**

(a) **CARESOURCE Termination For Cause.** CARESOURCE may terminate this Agreement for cause.  In the event of termination of this Agreement for cause, this Agreement shall terminate immediately upon receipt of written notice from CARESOURCE.  Cause shall mean:

   i.  habitual neglect, material breach of the terms of this Agreement, or continued failure by CONTRACTOR to perform its duties under this Agreement;

   ii. failure by CONTRACTOR to maintain licenses or permits required to perform CONTRACTOR's duties under this Agreement, to comply with applicable laws or regulations; to confirm that any individual providing Services hereunder has been cleared of debarment prior to sending a consultant to CARESOURCE for service; or to notify CARESOURCE of any such debarment as provided herein;

   iii. failure of CONTRACTOR to maintain required liability coverage protection;

   iv. filing of voluntary or involuntary bankruptcy of CONTRACTOR or CONTRACTOR being placed in receivership.

(b) **CARESOURCE Termination Without Cause.** CARESOURCE may terminate this Agreement without cause by giving CONTRACTOR written notice at least sixty (60) days prior to the effective date of termination.  All of the rights and duties of the parties shall continue during such notice period.

(c) **CONTRACTOR Termination.** CONTRACTOR may terminate this Agreement if (i) CARESOURCE fails to pay CONTRACTOR and fails to make such payment within 30 days after CARESOURCE receives a separate notice of non-payment from CONTRACTOR, (ii) CARESOURCE changes any security policies or procedures to which CONTRACTOR cannot comply; (iii) there are changes in local, state, or federal laws and regulations such that CONTRACTOR cannot comply with the terms of this Agreement.  CONTRACTOR may terminate this Agreement as of a date specified in a written notice of termination referencing this Section and stating CONTRACTOR's intent to terminate this Agreement.

(d) **Effect of Termination.** If CARESOURCE initiates the  expiration or termination of this Agreement, CARESOURCE shall be obligated to purchase from CONTRACTOR: (i) any raw materials acquired by CONTRACTOR for use in the production of the Goods that are not usable for other customers of CONTRACTOR, which will be validated to CARESOURCE prior to any charges being assessed (ii) any Goods produced or Services performed for which CARESOURCE has issued a purchase order prior to the termination date of this Agreement and, (iii) per such other post-termination obligations as set forth in the Exhibits or Statements of Work, and CARESOURCE shall immediately pay all undisputed outstanding invoices.

CARESOURCE shall notify CONTRACTOR of the address to which CONTRACTOR shall ship such raw material and/or Goods.

6.3 **Indemnification.** Contractor shall indemnify CARESOURCE against and hold CARESOURCE harmless from all liability and loss, and against all claims and action, including but not limited to court costs and attorneys' fees, as a result of third party claims based on or arising out of injury or death to persons, or damage or loss of property, caused by the negligent acts or willful misconduct of Contractor in connection with the performance of this Agreement .

6.4 **Notices.** Notices given pursuant to this Agreement shall be delivered by first class mail, postage prepaid and addressed as follows:

If to CARESOURCE:

> CARESOURCE
> Attn: Office of General Counsel
> P.O. Box 8738
> Dayton, OH 45401-8738

If to CONTRACTOR:

> The Standard Register Company
>
> Attn: Legal Services
>
> 600 Albany Street
>
> Dayton, OH 45417

6.5 **Entire Agreement; Amendment.** This Agreement constitutes the entire understanding of the parties and supersedes all prior representations and understandings, whether oral or written with respect to the Services performed under this Agreement. Any changes, amendments, or alterations will not be effective unless mutually agreed upon in writing signed by authorized representatives of both parties.

6.6 **Severability.** The covenants set forth in this Agreement will be construed as separate and independent covenants. If any part or provision of any covenant is held invalid, void or unenforceable in any court of competent jurisdiction, such invalidity, voidness or unenforceability will not render invalid, void or unenforceable any other part or provision of this Agreement.

6.7 **Waiver.** Waiver by either party of a breach of any provision of this Agreement shall not operate, or be construed, as a waiver of any subsequent breach.

6.8 **Assignment.** This Agreement may not be assigned except by prior written agreement of the parties, which shall not be unreasonably withheld. Notwithstanding the foregoing, CARESOURCE may assign this Agreement or delegate any rights or obligations to any affiliated entity within the CARESOURCE Family of Companies.

6.9 **Independent Parties.** This Agreement is not intended to and is not to be construed to create any relationship between the parties other than that of independent parties contracting with each other solely for the purpose of effecting the provisions of this Agreement. Neither party shall hold

itself out as the other's agent for any purpose, and shall have no authority to bind the other to any obligation. Each party agrees to assume complete responsibility for itself and its own employees with regard to federal or state employer's liability, workers' compensation, social security, and unemployment insurance, occupational safety and health administration requirements and all other federal, state and local laws. In addition, each party agrees to be responsible for its own comprehensive public liability and property damage.

**6.10**  **Tax Duties and Responsibilities.** Contractor is responsible for the payment of all required taxes, whether Federal, state, or local in nature, including, but not limited to, income taxes, social security taxes, unemployment compensation taxes, and any other fees, charges, licenses, or other payments required by law.

**6.11**  **No Third Party Beneficiaries.** This Agreement inures to the benefit of CARESOURCE and CONTRACTOR only, and no third party shall enjoy the benefits of this Agreement or shall have any rights under it except as is expressly provided in this Agreement.

**6.12**  **Applicable Law and Venue.** Any and all matters of dispute between the parties to this Agreement whether arising from the Agreement itself or arising from alleged extra contractual facts prior to, during or subsequent to the Agreement, including without limitation, fraud, misrepresentation, negligence or any other alleged tort or violation of the contract, shall be governed by, construed and enforced in accordance with the laws of the State in which the CARESOURCE principal office is located, without regard to the conflict of laws or the legal theory upon which such matter is asserted. The County in which the CARESOURCE principal office is located shall be the sole proper venue of any litigation or proceeding between the parties which arises out of or is in connection with any right, duty, or obligation under this Agreement.

**6.13**  **Limitation of Liability.**

(a) IN NO EVENT SHALL CONTRACTOR BE LIABLE TO CARESOURCE OR TO ANY THIRD PARTY FOR CONSEQUENTIAL, PUNITIVE OR INCIDENTAL DAMAGES ARISING OUT OF OR RELATING TO THIS AGREEMENT, EVEN IF CONTRACTOR IS ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. EXCEPT AS STATED IN SECTION 6.3 OR FINES ASSESSED AGAINST CARESOURCE ARISING FROM CONTRACTOR'S BREACH OF ITS OBLIGATIONS SET FORTH IN THE BUSINESS ASSOCIATE AGREEMENT BY AND BETWEEN CARESOURCE AND CONTRACTOR, CONTRACTOR'S AGGREGATE LIABILITY TO CARESOURCE FOR ACTUAL DAMAGES OR LOSSES UNDER THE APPLICABLE EXHIBITS OR SOW SHALL NOT EXCEED THREE MILLION DOLLARS.

(b) EXCEPT AS STATED IN SECTION 6.3 OF THIS AGREEMENT, CONTRACTOR SHALL NOT BE LIABLE FOR THE ACTS OR OMISSIONS OF ANY THIRD PARTY FREIGHT CARRIER OR DELIVERY SERVICE, INCLUDING BUT NOT LIMITED TO, THE UNITED STATES POSTAL SERVICE, UNITED PARCEL SERVICE, ANY FREIGHT CARRIER, AND ANY DELIVERY SERVICE.

(c) CONTRACTOR shall not be responsible for the loss or destruction of any CARESOURCE electronic data owned by CARESOURCE unless due to the negligence or willful actions of CONTRACTOR. In the event of a conflict between this Subsection (c) and the Business Associate Agreement entered into between the parties, the Business Associate Agreement shall prevail.

**6.14** **Force Majeure.** If either party is prevented, hindered or delayed in the performance or observance of any of its obligations under this Agreement by reason of any circumstance beyond its reasonable control including, but not limited to, fire, flood, earthquake, labor disputes, riots, civil disorders, rebellions or revolutions in any country or the inability to obtain materials and freight and carrier/delivery disruptions ("Force Majeure"), that party will be excused from any further performance or observance of the obligations so affected for as long as such circumstances prevail and that party continues to use all commercially reasonable efforts to recommence performance whenever and to whatever extent possible without delay (including compliance with the parties' Disaster Recovery Plans). The foregoing may serve to delay but shall never excuse payment of money owed by a party to the other party. The party affected by a Force Majeure event will advise the other party in reasonable detail of the event (including the estimated duration of the event) as promptly as practicable(and in any event within four business hours after occurrence of the event) and keep the other party reasonably apprised of progress in resolving the event.

**6.15** **Counterparts and Signatures.** Each of the representatives signing this Agreement on behalf of the respective parties hereto represents and warrants that he or she has been duly authorized to execute and deliver this Agreement and that upon execution and delivery hereto, this Agreement shall be binding and enforceable in accordance with its terms against such party for whom such representative has signed.

*The Remainder Of This Page Is Left Intentionally Blank*

## SIGNATURES

**IN WITNESS WHEREOF,** CARESOURCE and CONTRACTOR, by their duly authorized representatives, have executed this Agreement as of the Effective Date.

**CARESOURCE MANAGEMENT GROUP CO.**

By: _____

Name: **Pamela B. Morris**

Title: **President & CEO**

Address: 230 N. Main Street

City, State, Zip: Dayton, OH 45402

Date: 7-22-14

**THE STANDARD REGISTER COMPANY**

By: _____

Name: Joseph P. Morgan, Jr.

Title: President and Chief Executive Officer

Address: 600 Albany Street

City, State, Zip: Dayton, OH 45417

Federal Tax ID No.: 31-0455440

Date: 7/21/14

APPROVED LEGAL

## EXHIBIT A

This MSA establishes the initial framework and agreement of the parties for implementation of an enterprise-wide document management program. CARESOURCE and CONTRACTOR will work together in good faith over the next 30 days from the signing of this Agreement to Amend this Exhibit A to include a detailed implementation plan that will include the responsibilities of CONTRACTOR and CARESOURCE along with key milestones for program implementation. The Amendment shall also detail the pricing methodology, service level agreements, terms and conditions specific to the anticipated programs, and timeline for the transition of various product categories.

CONTRACTOR shall provide CARESOURCE with the "Enterprise Documentation Management Program" as outlined below:

- **Enterprise Documentation Management Program** – includes the management and sourcing of all printed communications. CONTRACTOR will manage the sourcing of materials, vendor relationships, and contracts associated with current and future providers associated with the program. In exchange, Contractor will guarantee committed savings to CARESOURCE over the three year term of the Agreement.

- **Included Products: In advance of the Amendment to Exhibit A, the parties may mutually agree to product categories for immediate conversion that are standard print items only such as marketing materials, envelopes, business cards. Spend/cost to CARESOURCE for these products will be included in the calculation of savings and the incentive calculation outlined below.**

  - **No products containing PHI will be included until execution of an Amendment to Exhibit A that details the products and data transfer requirements.**

  - **Products that are deemed to be delegated by the Ohio Department of Medicaid and CARESOURCE will not be transitioned to CONTRACTOR until satisfactory completion of a pre-delegation audit by CARESOURCE and execution of a separate Delegated Services Contract by the parties. Examples of products currently delegated include member ID cards and member letters,**

- **The complete enterprise-wide program will include but not be limited to the following product categories:**
  - Regulatory communications – membership materials
  - Corporate Communications – member marketing collateral
  - Business Cards and Stationery
  - Business forms
  - Management and Reporting
  - Diverse Vendor/Subcontractor M/WBE – growth in Ohio and target spend in other states as they come on line
  - Work to be done by Standard and/or Subcontractor in States where CareSource does business



The parties will mutually agree to the ████s methodology, tracking and specific terms and conditions and include the details in an Amendment to Exhibit A.



CONTRACTOR hereby commits to a █████████████

Total 2 year ██████ would be ████████████████ n year 1.

████████████████ of the Program Costs identified below.*

- **Current Providers** – will be included in the sourcing of printed materials. However, CONTRACTOR will introduce its Print Provider Network to ensure best available market price is achieved.

- **Enabling Technology** – SMARTworks for e-commerce and our Managed Care Platform for critical communications will be deployed to the business owners, stakeholders and user community as identified by CARESOURCE. Based on authority level and designation, components will be made available to CARESOURCE associates.
    - Order Entry – for end users to order routine and simple ad-hoc print on demand product.
    - Order Management – for business owners and stakeholders to have oversight on products, specifications, consumption, and spend.
    - Commercial Print Exchange – component that is used to source printed materials.

- **Account Management Team** – will include the following:
    - Program Manager – on-site single point of contact for program.
    - Account Manager – on-site oversees day-to-day operation.
    - Print Concierge – on-site interfaces with CARESOURCE business owners and stakeholders; sources / places orders and provides recommendations for cost savings.
    - Named IT Resource
    - Client Care – handles all customer service related inquiries – Support Center in Dayton
    - Designer – handles all design of revised and new content as well as managing the brand standards of CareSource – Support Center in Dayton

- **Reporting**
    - Monthly scorecard reporting of savings – Each month, a detailed report will be delivered to CARESOURCE identifying the progress toward the savings target. This will be in the form of a dashboard supported by detailed reporting.

- o   Monthly Service Level Agreement reporting – Each month CONTRACTOR will provide a scorecard report on our progress during the previous 30 days regarding our performance on meeting certain specific Regulatory and Service objectives.  The report will include all aspects of the program, and will be mutually agreed upon in the Amendment to Exhibit A.
- o   Daily Report on status of all documents/order shall be delivered to CARESOURCE
- o   Quarterly review meetings of overall performance – Each quarter, the parties shall have a review meeting where we discuss performance (financial and service level commitments) of  the program.  This will provide the opportunity to ensure we are on-track to deliver on the expectations of CARESOURCE.  This meeting will also be used to set expectations for the coming quarter and plan annual program objectives.
- o   Formal annual business review – Each year CARESOURCE and CONTRACTOR will hold a formal business review of the previous 12 months performance.  Any shortfall of savings commitments will be identified along with a "true-up" on the savings commitment. This meeting will also be used to identify the go-forward strategy of the Enterprise Documentation Management program for both organizations for the coming year.

- **Program Costs**
  - o
  - o
  - o

- **Incentives**
  - o



The Rebate Percentage is based on a review of the invoice dollars less storage, freight and taxes if applicable.

The Rebate will be provided in the form of a credit memo issued by May 1, 2015.

**EXHIBIT B**

## VENDOR INSURANCE REQUIREMENTS

The Standard Register Company ("Vendor") shall maintain, at its own expense, throughout the period of the Contract and any extensions thereof, the following minimum insurance coverages of the types and in the amounts described below that are applicable to the scope of work being performed:

1.   **Workers Compensation and Employer's Liability Insurance.**   Vendor must carry Workers' Compensation Insurance (including occupational disease) in compliance with Workers' Compensation statutes of any applicable jurisdiction in which the Work is to be performed. For the attainment of Workers Compensation in monopolistic states, including Ohio, coverage must be secured through the state fund. If Vendor is a qualified self-insurer in compliance with the laws of the state, this is also acceptable. A certificate of compliance from the appropriate workers' compensation bureau or board must be provided with the certificate of insurance.

Vendor must also carry Employer's Liability Insurance with minimum limits of $500,000 each accident; $500,000 for disease (per employee); and $500,000 for disease (policy limit).

2.   **Commercial General Liability Insurance.**   Vendor must carry Commercial General Liability Insurance written on ISO form CG 00 01 10 01 (or its equivalent) with limits of $1,000,000 per occurrence and $2,000,000 in the aggregate. Commercial General Liability coverage shall be maintained for at least two years after completion of Vendor's work performed under this contract.

3.   **Commercial Auto Liability Insurance.**   Vendor shall carry Commercial Automobile Liability Insurance covering all owned, leased and non-owned vehicles used in connection with the work to be performed under this contract, if any, with limits of not less than $1,000,000 combined single limit per accident for bodily injury and property damage.

4.   **Requirements common to all policies.**

     a.   Vendor shall be solely responsible for reimbursing any deductible amount to the insurer, even if payment is being made on behalf of CARESOURCE as an additional insured on Vendor's policy.

     b.   Vendor waives all rights of recovery it may otherwise have against CARESOURCE (including its directors, officers, affiliates and employees) to the extent these damages are covered by any of Vendor's insurance policies as required in this contract.

     c.   All insurance required hereunder shall be placed with insurers that have a minimum A.M. Best's rating of A-/VIII and shall be insurers authorized to do business in the state of Ohio or Michigan (the applicable state wherein services shall be rendered).

**d.**    A certificate(s) of insurance showing that Vendor's insurance coverage is in compliance with the insurance requirements set forth below must be completed by the Vendor's insurance agent, broker, or insurance company, and provided to CARESOURCE. All certificates (other than Ohio workers' compensation) shall endeavor to provide for thirty (30) days written notice to CARESOURCE prior to cancellation or non-renewal of any insurance coverage referred to therein. The certificate shall reference CARESOURCE's status as an additional insured under both the General Liability and Auto policies.

**e.**    Failure of CARESOURCE to request certificate(s) or other evidence of full compliance with these insurance requirements (or failure of CARESOURCE to identify and/or object to a deficiency in the certificate(s) that is/are provided by Vendor) shall not be construed as a waiver of Vendor's obligations to maintain such insurance. CARESOURCE shall have the right, but not the obligation, to prohibit Vendor from beginning performance under this contract until such certificates or other evidence that insurance has been placed in complete compliance with the above insurance requirements is received and approved by CARESOURCE. Vendor shall provide certified copies of all insurance policies required above within ten (10) days of written request from CARESOURCE.

**f.**    By requiring insurance herein, CARESOURCE does not represent that coverage and limits will necessarily be adequate to protect Vendor, and such coverage limits shall not be deemed as a limitation on Vendor's liability for services provided to or on behalf of CARESOURCE.

**AMENDMENT NO. 1**
**TO**
**MASTER SERVICES AGREEMENT**
**BETWEEN**
**CARESOURCE MANAGEMENT GROUP CO.**
**AND**
**THE STANDARD REGISTER COMPANY**

This Amendment No. 1 is made as of the last dated signature set forth below by and between The Standard Register Company ("CONTRACTOR") and CARESOURCE Management Group Co. ("CARESOURCE") under the terms of, and is incorporated into, the Master Services Agreement executed on July 22, 2014 (the "Agreement").

WHEREAS, CONTRACTOR and CARESOURCE now desire to modify the Agreement to reflect certain changes in the terms or conditions of the Agreement;

NOW, THEREFORE, in consideration of the mutual covenants hereinafter set forth, and intending to be legally bound by the terms of this Amendment, CARESOURCE and CONTRACTOR agree that;

**I.**     The Agreement is amended to add the following language to the existing provisions:

> **2.3  <u>Invoice Records Retention</u>.**
>
> **(b) Right to Audit.** Permission for the Secretary, Office of Inspector General (OIG), or their designees to audit or inspect CONTRACTOR'S books, contracts, computers, or other electronic systems — including medical records and documentation — relating to CARESOURCE'S obligations under 45CFR 156.340(a) for 10 years after the Goods have been produced or the Services rendered.
>
> **2.6 <u>Compliance with Law</u>.** CONTRACTOR agrees to comply with all applicable laws and regulations related to CARESOURCE'S obligation, including but not limited to the standards of subpart C of 45 CFR part 156 with respect to each of its QHPs on an ongoing basis, Exchange processes, procedures, and standards in accordance with subparts H and K of 45 CFR part 155, Standards of 45 CFR §155.220 with respect to assisting with enrollment in QHPs, and Standards of 45 CFR §156.705 and 156.715 for maintenance of records and compliance reviews for QHP issuers operating in a Federally-facilitated Exchange or FF-SHOP.

**II.**     The Agreement is amended to incorporate the following program updates in Exhibit A of the Agreement:

<u>Included Goods and Services</u>: CONTRACTOR shall provide CARESOURCE with an "Enterprise Documentation Management Program" that includes the production, fulfillment, and management of various types of materials including Member specific materials including PHI related materials (hereinafter "Goods and Services") for all CARESOURCE entities and product lines with the exception of Ohio Medicaid related materials that are covered under a separately executed Delegated Agreement between the parties.

Examples of member and PHI related items include but are not limited to the following items:

o   New Member Kits
o   ID Cards
o   Explanation of Benefits (EOBs)
o   Notice of Action (NOA) Mailing
o   Care Advance/Utilization Management (Cincom)
o   Other items as determined by CARESOURCE

The timing of the Goods and Services transition will be mutually agreed to by the project management teams of CONTRACTOR and CARESOURCE and will follow the program implementation methodology as outlined in this Amendment.

**Reporting:**   CONTRACTOR is responsible for various required and AdHoc reports that will be described in the program requirements documents. The parties will mutually agree on the report format, including reporting by product line, unless mandated by a particular agency.

In addition to the reports described in the program requirements documents, CONTRACTOR will provide an annual evaluation report to include a comprehensive review of the past year's activities and level of performance and identify ongoing ability to perform the activity. Report shall be due no later than the 3rd week of the month following the anniversary of the Agreement.

**Pricing and Savings Methodology:**   CONTRACTOR will price the Goods and Services and/or the Goods and Services categories in accordance with the requirements as detailed in the program requirements document, or according to the requirements as provided by CARESOURCE if the purchase item(s) are not guided by a PRD (for example, a "one time" print job).. All Goods under this Agreement are included in the █████████████████████████ as detailed in the Agreement. Parties will meet monthly to review ██████████████████████ as agreed to by the Parties.

**Monthly Performance Reviews:**

Ongoing performance reviews will occur monthly to ensure that the parties keep abreast of changes within each organization, continue to establish forward-looking goals and strategy, and regularly review opportunities for continuous improvement.

**PROGRAM IMPLEMENTATION:**

**Methodology**
CONTRACTOR employs a strategic three-phased approach to implement CARESOURCE product categories from a current process and/or production method to a desired state, building a strategy that reduces cost, impacts revenue minimizes risk and achieves organizational optimization.

- Phase I – Assess and analyze current state
- Phase II – Design and develop the optimal solution
- Phase III – Implement and manage the program
  Key assessment, design and implementation steps include:
    - Finalized Strategy with Recommended Solution
    - Complete Production and Technical Analysis/ Design
    - Finalize Project Plan
    - Program Design and Development



- Program Unit Testing
- Integration Testing
- Go Live – Full Production

## PHASE 1- ASSESSMENT (2-4 weeks)

This phase of the project defines CARESOURCE's high level scope, production and technical requirements. The assessment will be conducted either on-site or via conference calls and will include interview sessions with a CONTRACTOR Solutions Architect to understand CARESOURCE needs and architect a solution.

CONTRACTOR will provide:
- application inventory list template
- Sharefile Upload Site for transferring test data
- Assessment Questionnaire

CARESOURCE will provide:
- Completed application inventory list
- Data Mapping
- Completed Assessment Questionnaire
- Test Data Files
- Critical color requirements
- Print output samples
- eServices requirements

CONTRACTOR will provide to CARESOURCE a finalized strategy with a recommended solution.

## PHASE 2- DESIGN AND DEVELOPMENT

## PROGRAM REQUIREMENTS DOCUMENT ("PRD") (4-6 weeks)

CONTRACTOR will develop the technical and production specifications for each of the product categories that are produced and managed by CONTRACTORand which will provide details regarding the entire process of implementing each program category including Goods specifications, process for producing and fulfilling specific requirements, pricing, establishing reporting requirements, and managing the program category.

During this phase all of the production and technical requirements for each application are defined and the interview process has a deep focus on application and production rules with a focus on the following:

- Inbound and outbound file transmission protocols

- File processing rules

- Production components

- Warehousing and Logistics requirements

- Mail, Presort, and Delivery Requirements
- Quality Assurance, Control Marks and Testing
- Data Retention policies
- Reporting
- Invoicing

The outcome of this phase is a complete and approved Program Requirements Document for each of the applications. Each PRD will be tracked with a control number, approved and signed by a designated representative of both parties. Parties will agree to develop a shared location that is accessible to both Parties to store the approved PRD. CONTRACTOR is responsible for updating the PRD as necessary to update any changes in process or requirements for a particular product category. CONTRACTOR will obtain additional sign off by a designated representative of both parties on any updated PRD.

CONTRACTOR will provide:
- Complete & Approved Program Requirements Documents
- Detailed Project Plans and Timelines
- Review and sign PRD

CARESOURCE will provide:
- Project objectives
- Formal Project scope
- Record layouts
- Data Mapping documents
- Detailed Business Requirements
- Review and sign PRD

Both parties receive a copy of the final signed PRD

## PHASE 3- PROGRAM MANAGEMENT
### IMPLEMENTATION (4-6 weeks)
The Implementation phase is the process of utilizing the Program Requirements Document(s) to create the individual software applications. This requires receiving and processing the test input data to create all required custom output files. This phase includes internal unit and system testing. The outcome of this phase is the fully functional software applications ready for User Acceptance Testing.

CARESOURCE will provide:
- Complete and comprehensive test data

CONTRACTOR will provide:
- Weekly Project Status Meetings
- 
- Electronic output samples.
- Print output samples

- eServices output

## USER ACCEPTANCE (2 weeks)

The User Acceptance phase includes sample review and feedback; program adjustments for correction and changes and the output of revised electronic and physical samples. This process is repeated as necessary to ensure all samples meet the user acceptance criteria established within each Program Requirements Document.

CARESOURCE will provide:

- Samples review and feedback
- Change approval as necessary
- Final sample approval

CONTRACTOR will provide:

- Updated electronic output samples
- Updated print output samples
- Updated eServices output samples

## GO LIVE

The Go-Live phase includes activities required to execute the first live production run. These include receiving the first live data transmission, data processing, sample production and approval as necessary, eServices, image processing and reporting as defined with the Program Requirements Document(s).

CARESOURCE will provide:

- Live production data
- Approvals as necessary

CONTRACTOR will provide:

- Updated electronic output samples
- Updated print output samples
- Updated eServices output samples

III.   **Exhibit C is hereby added as follows:**



## Exhibit C

## PERFORMANCE STANDARDS

CARESOURCE will monitor CONTRACTOR's performance on a monthly basis and will perform a comprehensive review at least annually or as needed. This review may be onsite as appropriate. CONTRACTOR shall submit to CARESOURCE a monthly report, or as reasonably requested by CARESOURCE, that summarizes the status of the services provided pursuant to this Agreement. The monthly report shall include, at a minimum, a copy of any required reports or logs maintained by CONTRACTOR and it shall set forth any problems, concerns or potential compliance issues that may exist relative to the services provided pursuant to this Agreement.

1.    **Oversight:**

Annually, there will be a comprehensive audit of CONTRACTOR's ability to provide goods and services according to the standards of CARESOURCE, State standards, CMS, NCQA and URAC, as applicable. The evaluation shall include, but is not limited to, review of CONTRACTOR's program, work plans, policies and procedures and as applicable, random sample file reviews.

- CARESOURCE will provide CONTRACTOR with 30 business days advanced notice of commencement of the audit

- CARESOURCE will provide CONTRACTOR with a list of documents that will be audited; CONTRACTOR will send the requested documents to the CARESOURCE within 10 business days of receiving the request.

- CARESOURCE will review the documentation prior to the on-site visit

- CARESOURCE will provide CONTRACTOR with a list of files that will be audited.

- This list will be provided to CONTRACTOR 10 business days prior to the audit.

- CARESOURCE will conduct a summation meeting and will provide an overview of the CARESOURCE findings from the review of documentation and files.

- CARESOURCE will provide CONTRACTOR with a written report of the oversight findings within 7 calendar days from the completion of the on-site visit.

If the audit findings identify noncompliance with the designated standards, a Corrective Action Plan ("CAP") must be developed. CARESOURCE shall view CONTRACTOR's policies and procedures and other documents related to performance of its responsibilities at CONTRACTOR's headquarter's on an annual basis upon request.

2.    **Corrective Action Plans (CAP):**

If CARESOURCE receives information through its monitoring plan and/or audit processes that CONTRACTOR or its subcontractors are not operating in accordance with this Agreement, federal or State requirements and is operating in a condition that renders the continuance of its business hazardous to the Covered Persons, CARESOURCE shall request a written and signed CAP from CONTRACTOR. Each CAP shall include, but not be limited to, the following:

- Expected, measurable results indicating completion of the CAP;

- Detailed action plan to complete activities required by the CAP; AND

- Due date for completion of CAP.

A.    Submission of the proposed CAP shall be made by CONTRACTOR to CARESOURCE within two (2) weeks of the notification from CARESOURCE, unless otherwise agreed to by the parties, with a written explanation by CONTRACTOR of:

- CONTRACTOR's noncompliance that necessitated the CAP written agreement; or

- The existence of the condition that renders the continuance of CONTRACTOR's business hazardous to Covered Persons.

B.    Implementation of the CAP shall be completed within thirty (30) days of CONTRACTOR's receipt of written approval of the proposed CAP by CARESOURCE, unless an alternative completion period is approved by CARESOURCE in writing. The CAP shall accomplish the written expected results and such results must be validated by a CARESOURCE audit within the stated time frame in the CAP . Failure of CONTRACTOR or any of its subcontractors to comply with this provision may result at CARESOURCE's discretion, to either (i) impose financial penalties as defined in Exhibit D, or (ii) suspend or revoke the service.

C.    CARESOURCE shall cooperate with CONTRACTOR or its subcontractors to correct any failure by CONTRACTOR to comply with regulatory requirements relating to any matters:

- 

- Necessary for CARESOURCE to ensure compliance with statutory and regulatory requirements

D.    CARESOURCE shall notify its regulatory bodies and request intervention if:

- CARESOURCE does not receive a timely response from CONTRACTOR as required in Section 2(A) of this Exhibit ; or

- CARESOURCE receives a timely response from CONTRACTOR as required above, but CARESOURCE and CONTRACTOR are unable to reach an agreement as to whether CONTRACTOR:

    a)    is complying with the CAP; or

b)      has corrected any problem regarding a practice that is hazardous to Covered Persons of CARESOURCE.

CARESOURCE will monitor CONTRACTOR on an ongoing basis to identify opportunities for improvement. Sources for identifying areas for improvement may include but are not limited to: pre-evaluation, annual evaluation or ongoing reports.

In the event that a performance deficiency is noted hereunder, in addition to any other remedies CARESOURCE has by reason of contract or law, CONTRACTOR shall (i) validate the remedy for the deficiency within fifteen (15) days of implementation of the CAP unless a longer period is accepted by CARESOURCE in writing; and (ii) within ten (10) days, provide an updated CAP acceptable to CARESOURCE for the remedy of any remaining deficiencies. Failure to cure such performance deficiency shall be a material breach of this Agreement at which point CONTRACTOR shall be subject to the corrective performance metrics listed below, at CARESOURCE's sole discretion.

- Any infractions shall be subject to sanctions as mandated by federal and/or state law.

- 1st infraction within 12 months, CONTRACTOR shall define source of problem and outline a CAP, which will be submitted to CARESOURCE for review and approval.

- 2nd infraction within 12 month or failure to meet requirements in CAP – Additional CAP and payment of reasonable out of pocket expenses CARESOURCE incurs in order to obtain the services of another vendor to fulfill the obligations under this Agreement or any monetary fines or sanctions incurred as a result of the non-compliance each month until issue is rectified

- 3rd infraction within 12 months – Additional CAP and continued payment of reasonable out of pocket expenses CARESOURCE incurs in order to obtain the services of another vendor to fulfill the obligations under this Agreement or any monetary fines or sanctions incurred as a result of the noncompliance until issue is rectified.

- Any additional breach shall result in termination of Agreement. CONTRACTOR shall be responsible for monetary sanctions imposed by federal and/or state government and shall be responsible for reasonable out of pocket expenses CARESOURCE incurs in order to obtain the services of another vendor to fulfill the obligations under this Agreement.

When deficiencies are severe or unable to be resolved CARESOURCE reserves the right to withdraw the opportunity for or revoke the arrangement, and terminate this Agreement in accordance with Section 6.2(a).

IV.     Exhibit D is hereby added as follows:

**Exhibit D**

## Service Level Warranties and Penalties

**Performance Guarantees**

CONTRACTOR will provide services in accordance with Exhibit A- Scope of Services.

CONTRACTOR will provide Monthly and Annual Reporting as per the Performance Guarantee and Reporting Grid below.

CONTRACTOR and CARESOURCE will mutually determine the amount of fees at risk for each item not to exceed 10% of the total CONTRACTOR monthly fee for all performance guarantees combined in the month the non-compliance occurs. CONTRACTOR shall not be responsible for any performance guarantees in the event that the failure to meet the guarantee is due solely to the error or omission of CARESOURCE.

### Printing Services Service Level (SLA) Agreements

The following is a general guideline for The Service Level Agreements for Printing Services and applicable when a PRD is not required. Otherwise, the SLA will be defined in the individual program PRD.

| SLA/Turn Times | |
|---|---|
| Valid Files Received by 6:00 AM EST on: | Three Business Day SLA |
| Sunday | Wednesday |
| Monday | Wednesday |
| Tuesday | Thursday |
| Wednesday | Friday |
| Thursday | Monday |
| Friday | Tuesday |
| Saturday | Wednesday |

### Marketing Services SLA:

| SLA | Description | Turn Time |
|---|---|---|
| Business cards and stationery | | Within 5 business days |
| Print projects | From proof approval to completion of print production | Turn time is quoted on a print project basis |
| POD print orders | POD orders placed through SMARTworks | 3 business days |
| Warehouse release orders | Release orders placed through SMARTworks | Within 2 business days |
| Kitting | Complex/custom Kitting will require a time estimate | Within 4 business days |

| Reporting | | Generated by Client on-demand from SMARTworks |
|---|---|---|
| Customer service - Phone | Turn time begins upon receipt of voice message or phone call requiring follow-up. Customer Service business hours are listed in the Service section. | 4 business hours |
| Customer service - Email | Turn time begins upon receipt of a service-based email. Customer Service business hours are listed in the Service section. | 8 business hours |

| PERFORMANCE STANDARDS and REPORT REQUIREMENTS: | | | |
|---|---|---|---|
| **Standard** | **Target** | **Reported** | **Remedy** |
| CareAdvance and Care Treatment Plans communication fulfillment and mailing: SLA- files received by 7am are mailed the following business day. | 100% Compliance | Weekly | ███████ |
| Reporting must be accurate and in accordance with the required timeline as agreed to by the parties in the PRD or as agreed to for ad hoc reporting requirements that are not addressed in a PRD | 100% Compliance | Timeline agreed to in PRD or Ad Hoc with committed completion date | ███████ |
| Provide an annual evaluation report with a comprehensive review of the past year's activities and level of performance: identify ongoing ability to perform the activity, report is due no later than the 3rd week of the month following the anniversary of the contract. | 100% Compliance | Annually | ███████ |
| New Member Kits ("NMK") and ID cards | 100% | Monthly | ███████ |

| | | |
|---|---|---|
| fulfillment and mailing:<br>SLA- CONTRACTOR ensures the ID cards and NMK are shipped to ensure delivery to members prior to the first day of the month. | Compliance | |
| Notice of Action ("NOA") fulfillment and mailing:<br>SLA- files received weekly are mailed in 2 business days. | 100% Compliance | Weekly |
| Explanation of Benefit ("EOB") fulfillment and mailing:<br>SLA- files received by 15th of the month must mail before the end of the month. This is an annual mailing and takes place in June. | 100% Compliance | Annually |
| Corrective Action Plans: A CAP is defined as any action required to correct an issue or improve a process that CARESOURCE designates due to a defined deficiency.<br><br>All components within the CAP will be completed by the due date designated in the CAP.<br><br>The total number of CAP's initiated in one quarter will not exceed 3 | 100% Compliance | Quarterly |
| | Total Fees at risk: | |

Except as set forth in this Amendment, the Agreement is unaffected and shall continue in full force and effect in accordance with its terms. If there is conflict between this amendment and the Agreement or any earlier amendment, the terms of this amendment will prevail.

**CARESOURCE MANAGEMENT GROUP CO.  THE STANDARD REGISTER COMPANY**

By: _____    By: _____
                                       Robert M. Ginnan
Title: **President & CEO**        Title: EVP, Treasurer & CFO

Date: _10 - 1 5 - 14_              Date: _10/15/14_

AMENDMENT NO. 2
TO
MASTER SERVICES AGREEMENT
BETWEEN
CARESOURCE MANAGEMENT GROUP CO.
AND
THE STANDARD REGISTER COMPANY

This Amendment No. 2 ("Amendment") is made as of the last dated signature set forth below by and between The Standard Register Company ("CONTRACTOR") and CARESOURCE Management Group Co. ("CARESOURCE") under the terms of, and is incorporated into, the Master Services Agreement executed on July 22, 2014 (the "Agreement").

WHEREAS, CONTRACTOR and CARESOURCE now desire to modify the Agreement to reflect certain changes in the terms or conditions of the Agreement;

NOW, THEREFORE, in consideration of the mutual covenants hereinafter set forth, and intending to be legally bound by the terms of this Amendment, CARESOURCE and CONTRACTOR agree that;

I.    **Agreement is amended as follows:**

**A.    The following terms for SMARTworks shall be added to Exhibit A of the Agreement:**

SOLUTION OBJECTIVES
Standardized processes via web tool
Consistent quality
Brand management control
Scalability of operation
Improved reporting capabilities
Up-to-date job tracking status and history
Cost center allocations
Vendor consolidation
Invoicing consolidation

**B.    Approach**
The scope of this project can be clearly defined into three categories. CONTRACTOR describes these categories as domains.  There are three domains related to the scope:
- **Technology Scope** describes specific business software applications.
- **Product Scope** describes the specific types of products.
- **Services Scope** describes the services and associated business processes.
The following scope definitions delineate the areas that are in and out of scope. Any products, product types, services or technology parameters, not explicitly listed in the Scoping section will be out of scope for this Statement of Work.

## 1. TECHNOLOGY SCOPE

**User Groups**

- Locations
  - o United States
- 1 administrator group
- There will be multiple user groups depending on user. This will determine the catalog access. This is more relevant to the Marketing Reps as the area they serve will determine which catalogs they would access. The user basis will consist of the following user types:
  - o 25-30 Marketing Reps and Provider Reps. (Marketing Reps and Provider Reps will have different catalog access parameters)
  - o Employees
  - o Managers
  - o Administrators
- 1 welcome page
- One of the user groups will be for the admins within the company and will have proxy user capabilities.

**Payment Method**

- Establish CARESOURCE cost center numbers in CONTRACTOR's system.
- Multiple cost centers will be set up for billing and reporting purposes.
- The cost center number will be displayed and will be selectable as a dropdown upon checkout.
- The cost of the products will be displayed in the shopping cart.

**Website Aesthetic**

- CARESOURCE logo included at the top-left of the screen above the toolbar.
- See the Homepage Mockups section 6.1 of the appendix for illustration of the solution home page.
- All language displayed in SMARTworks will be in English.
- The currency displayed for all users in SMARTworks will be United States dollar.

**Catalog Hierarchy**

The catalogs will be built based on access, meaning all materials that are related to a specific service would be in the same catalog and users would then be granted access to the catalog. Catalog access is determined based on the user persona and territory coverage.

The Catalog structure will follow the current vendor's structure and will be provided by CARESOURCE during the implementation kickoff.

**Inventory Notifications**

- Inventory Management Notification (IMN) process will be implemented for:
  - o Reorder, low stock and backorder alerts.
  - o Establish minimums for replenishment.
  - o CARESOURCE will identify contact(s) that will receive email notification when the inventory reaches the minimum(s).

**Reporting**

- Standard reporting will be provided via Core SMARTworks.

- Fields and the data generated into the reports are based on available data and fields in SMARTworks. Additional data and fields require custom reporting which will incur additional scoping and fees.
- Procurement reporting (SMARTworks reporting) – Procurement reports provide a wide variety of information related to product IDs, cost centers, catalogs, users, and groups.
- Supply chain management (Inventory) – SMARTworks provides tools that allow enterprises to view and manage supplier-managed inventory. By combining warehouse data feeds with usage data from end-users, near real-time inventory data can be obtained for products.
- Flex reporting (Usage) – End-users utilize flex reporting to create and save their own custom reports.
- Variable Product Reporting – Provides visibility to which elements (fields) are selected and used most often within variable products. Variable Item Product Reporting applies to both print and email products.

**Administration**
- Administrative users will access power features from Core SMARTworks.
- Manual login via URL address for administrative access.
- Administrator functionality:
  - Order approval – If spend exceeds authorized level, order is automatically routed to the approver with an email or SMARTworks notification. Administrators approve or reject orders in Core SMARTworks that have been triggered for order approval.
  - User management – Administrators can add new users, modify existing user profiles and group assignments, reset passwords, inactivate and/or delete users. Administrators have the ability to change what the view, appropriate rights and appropriate roles by group.
  - User Bulk Load – Ability to add, update, inactivate and delete users in bulk. The spreadsheet is uploaded to associate ship to identification numbers, cost centers, groups and profile information to the user without the need to manually create or update the user profile.
  - Reporting – Access to reporting in SMARTworks to viewing and exporting of data. See reporting section in appendix for more information on functionality.
  - Product Keyword Management – Create keywords that are assigned to an organization level. Keywords then need to be assigned to specific products.
- CONTRACTOR Service Studio will own catalog management, adding and removing of catalog products.

**Integration**
- Manual User Login:
  - New users will be initially set up during implementation by user spreadsheet.
  - New user signup after implementation will be set up as:
    - Self-Registration - A generic user name and password is used at the login page, taking them to a page with configurable fields. User is required to enter user name, first and last name, email address and cost center. Once completed, the request is submitted to an administrator for approval and then emailed to the user for future direct login access.
    - Manual Notification - CARESOURCE will contact CONTRACTOR by email with information on any added or deleted users.
  - Password reset option activated for manual logon users.

- Procurement Integration SAP:
  - Out of scope for this phase. If required, will be handled as an amendment

- Security:
  - License Agreement - The user will be required to take action of accepting the Terms of Use before continuing upon initial logon and after any changes to the license agreement. The system will also display a link to the Terms of Use within the user's Shopping Cart for future reference.
  - Security Timeout – SMARTworks session will timeout after 20 minutes of inactivity.
  - Passwords – All end-users are required to utilize passwords on the platform and will be managed through SMARTworks. Users will be prompted to update their password every 90 days.

**Approvals**
- Approval routing for all users at the line item.
- Approval routing will be based on Business Card added to the shopping cart.
- Admin and Managers will be set as the order approvers.
- Approvers will receive an email notification for a newly pending order for approval.
- Approval will be setup as a queue where any user with approval rights would be able to approve any order in the queue.

**Invoicing**
- Charges are non-taxable.
- Invoice format will be electronic.
- Invoices will be sent on a two week basis.
- Cost center will be used for payment.
- Payment will be sent to billable address.

## 2. PRODUCTS SCOPE

All products owned by CARESOURCE or provided by CONTRACTOR for CARESOURCE will be printed and shipped from the United States. Products with a specific quantity may be subject to change during the implementation period.

There are around 380 different items defined in the site today. These consist mostly of inventory products but there is also a mix of Print on Demand (POD) items.

**Warehoused Materials**
- Products to be stored by CONTRACTOR
  - Member hand books
  - Provider directories

**Static Print on Demand**
- Digital Color

- Digital Black & White
- Product Types:
  - Brochures

**Business Cards and Stationery**
- Stationery products will be set up with fixed pricing.
- Business card and stationery products will be set up with pre-fixed user-entered variable fields.
- Product Types:
  - Business cards
  - Letterhead
  - Envelopes

**SMARTworks Kits**
- Currently there are about 15-20 kits.
- CARESOURCE kits will be set up as SMARTworks kits.
- Customers must be set up in SMARTworks and be on Catalog POD.
- Kits can only include stored warehoused products and/or Catalog POD products.
- Kits are invoiced on the component level (not the Kit Level) when using Kitting in SMARTworks.
- Kitting will be performed in a secured area with badge access readers for sensitive personal information or items of value that are components of the kit.
- Kits will not be pre-assembled prior to order placement in SMARTworks.

3. **SERVICES SCOPE**

**Implementation**
- CONTRACTOR will develop a Gantt chart with specific deliverables and deadlines.
- UAT approval will serve as an agreement that all deliverables were met to the CARESOURCE's satisfaction.

**Warehousing/Distribution**
- 
- 
- 
- 
- Items will be bundled and released as pick and pack.
- Established cut-off times for releases are 2PM Eastern Time for the distribution center.
- Backorders:
  - CARESOURCE will be set up for backorders in SMARTworks.
  - The system will automatically create a backorder when demand is entered for product that doesn't exist in the warehouse.
  - End-users will be notified of the delay due to the backorder by email or notification in Core SMARTworks.
  - The end-user will be notified by email that their previously backordered product is fulfilled and shipped.

**Inventory Transfer**

- [redacted]
- [redacted] st
- CONTRACTOR will provide a reconciliation report of the transferred items, quantities and values.
- CARESOURCE will have employee(s) at origin site during the transfer.
- CONTRACTOR requires minimum 2 weeks lead time before transfer for coordination of the delivery.
- The inventory transfer will occur in a two phases to avoid downtime.
- CARESOURCE end-users will be notified by CARESOURCE 2-4 weeks prior to the down time to stock up on products.
- Inventory items and critical high usage documents will be reviewed for obsolescence and/or conversion to POD.

**Shipping – Parcel, LTL, Courier**

- [redacted]
- Shipping will be charged to one shipping number.
- SMARTworks provides end-users the ability to choose their delivery date during checkout. Shipping and handling prices are displayed for each of the associated delivery dates. The shipping option is automatically chosen based on the selected delivery date.



- [redacted]
- [redacted] y
- [redacted]
- [redacted] d

**Design**

- CONTRACTOR's design team will be available to CARESOURCE for any needed design services. The CONTRACTOR design team is a fee based service, further described in the Fees and Expenses section below.
- Design files for print will be supplied by CARESOURCE as high-resolution PDF or native design file format, InDesign.
- Production-ready design files will be supplied by the CARESOURCE.
- Design files will be supplied to CONTRACTOR by Secure FTP.
- Identification numbers and revision dates are assigned to supplied designs.

**Color and File Preparation**

- The color standards and file composition are qualified by the CONTRACTOR design team, based on the brand guidelines supplied by CARESOURCE.
- File submission standards can be accessed at -http://www.standardregister.com/customer-

service/electronic-file-submission.

- A critical color assessment will be performed by CONTRACTOR to compare the branding guidelines with the supplied design files. The process will also determine if any branded colors will fall outside of the range of color that can be produced on digital color output devices.
- CONTRACTOR employs Pre-flight processing, color management and quality assurance software for all items produced through the material management and print management program.
- Critical color will be matched using a measurement of Delta-E.

**User Training**
- 
- 
- A quick reference training guide will be developed by CONTRACTOR prior to the go live date.

**Communication**
- CONTRACTOR to provide communication language for preparation and events leading to the inventory transfer.
- Develop a rollout strategy outlining the sequence of events prior to the solution launch.
- Specific communication timelines and deliverables will be outlined in the project Gantt chart.

**Account Team**
- The Service Studio is the tier 1 support model for end-user phone calls and emails.
- Guidance Studio: Service studio support will be provided as the single point of contact for CARESOURCE end-users. Standard business hours are Monday – Friday, 8 am EST to 5 pm EST and  will assist end-users with the following questions/inquiries:
    o SMARTworks assistance - Password reset, navigation
    o Order tracking
    o Returns
    o Order acceptance

Questions related to item content, correct kit or application for a given user situation will be directed to the CareSource analysts.

## C.    Assumptions

Project Assumptions are expectations on which the Project "path forward" is based. If the Project Assumptions are proven incorrect, an invalidation of the project budget estimates, schedules and approach results. An invalidated Project Assumption will usually result in processing a Project Change Request

### 1.  PRODUCTS
- Shipments to end-users will be within the United States
- Standard proofing includes PDFs which will be emailed to CARESOURCE for new or revised forms.
- Hard copy proofs will be produced on all new jobs and or new requests. All standard fees apply, including production, freight, handling, and taxes.

- Non-POD print items will be converted to digital production if it is deemed to be more economical or feasible to CARESOURCE based on total price including warehousing fees.

## 2. SERVICES

CONTRACTOR utilizes a multi-phase approach to implement the various branded and operational materials. This approach enables CONTRACTOR to complete the implementation faster and achieve the most efficient results for CARESOURCE.

- Warehoused materials included in the inventory transfer will be set up in CONTRACTOR's systems and will be ready to be requisitioned by end-users on the go live date. Any items that exist as POD for the CARESOURCE will be transitioned to CONTRACTOR as POD.

Color and Design

- Standard design maintenance services (post implementation) are provided through the Design Now and/or Design Direct programs. These programs provide a direct communication line between the CONTRACTOR's designer(s) and designated CARESOURCE design owner(s).
- Brand standards documentation is supplied by CARESOURCE, identifying all corporate colors that need to be matched.
- Critical/Brand colors are created in the design application as PANTONE or a custom spot color.
- Print samples are provided by CARESOURCE for any custom spot color or if the color must otherwise match a previous production run. In lieu of a physical sample, L*a*b* values may be provided.
- Some colors are unachievable on certain digital presses. CARESOURCE will agree upon one of the following options based on cost and color capability:
  o CONTRACTOR will match to the closest achievable digital color. The color will be stored as a match color and will be matched consistently across all print platforms.
  o Job will be moved to another press, digital or offset, that is capable of achieving the color. Costs will differ when produced on other production equipment.

## 3. TECHNOLOGY

- After CARESOURCE approval of the catalog development, entry of products and creation of the solution homepage, additional changes submitted will result in a scope change or will otherwise need to be submitted after the project implementation.
- Orders will be submitted by CARESOURCE via SMARTworks.
- Production ready art files will be provided to CONTRACTOR for each new or revised product. Prepress/design art file services are available for an additional charge.
- PDF will be created using the CONTRACTOR approved settings and standards.
- SMARTworks and any associated/partner technologies will utilize a URL address pre-established by CONTRACTOR.
- A single delivery address must be specified at time of checkout. Multiple delivery addresses will require the user to submit an order for each delivery location.
- SMARTworks includes routine automatic upgrades to the SMARTworks platform, including bug fixes and feature upgrades. The enhancements included in the routine upgrades are at the discretion of CONTRACTOR and may not include specific feature requests from

Page 8 of 15

CARESOURCE.
- Specific feature requests/enhancements to the platform must be assessed by CONTRACTOR to estimate cost, timeline and resource allocation.
- User Acceptance Testing (UAT) is recommended to be done with one user from each group listed in section 2.1.1.

## D.    Base Expenses

CARESOURCE will pay applicable expenses incurred in connection with this project.

| Deliverable | Resources | Unit of Measure | Rate |
|---|---|---|---|
| On Site Assessment | Perform 2 day on site assessment at CARESOURCE location in Dayton, OH. CONTRACTOR will consult with the stakeholders and end-users to evaluate their requirements and assess the present-state business operations workflow. | One time | |
| One time transition fee | One time platform fee, inventory transfer logistics, project management, testing and rollout.<br><br>Technology implementation includes:<br><br>• Site Design<br>• Catalog structure/hierarchy<br>• Loading of high-resolution artwork (Catalog population)<br>• Setup of check-out process<br>• Load of inventory data into warehousing systems<br><br>Project management includes areas as identified in section 6. | One time | |
| Monthly support fees | Software licensing, data security infrastructure, asset storage, unlimited users. | Monthly | |

| Deliverable | Resources | Unit of Measure | Rate |
|---|---|---|---|
| Design/Prepress Services | Includes design and prepress services provided after the implementation/launch of the platform. Rate is billable in 30 minute increments. <br><br> • Design: Creation of new designs and/or modifications to the content or design layout. <br><br> • Prepress: Print-ready modifications to the PDF or native artwork (e.g. Illustrator, InDesign, Photoshop, QuarkXPress), including print marks, bleed, color and image resolution. | Per hour <br><br><br> Per hour | |
| Programming & Development | Includes the cost of any programming and development after the implementation/launch of the platform. Site programming, updates to homepage, custom reporting, catalog pages, HTML, custom features. <br><br> *Custom features and other custom programming requests will require an assessment by CONTRACTOR to determine cost, timeline, and resource allocation. | Per hour | |
| Variable Print on Demand Template Programming | Includes programming of the variable template and overlay of the variable fields. The one time transition fee includes 10 simple variable products as part of the implementation. Any unused included templates expire after 60 days following the go-live date. <br><br> Additional templates will be quoted upon request. | Per hour | |
| Custom Invoicing | Time spent for assembling custom invoicing beyond the parameters of the standard invoicing identified in this Statement of Work. | Per hour | |

| Deliverable | Resources | Unit of Measure | Rate |
|---|---|---|---|
| SMARTworks Additional training | Additional training beyond the 2 hours end-user training, 2 hours administrator training, and the recorded sessions, provided in-scope of the Statement of Work. The end-user and administrator training will be conducted over WebEx or in the CARESOURCE's Dayton location. | Per hour | ███████ |

**E.    Marketing Services**

| Deliverable | Resources | Unit of Measure | Rate |
|---|---|---|---|
| Additional Products and Services | • Print Production, Fulfillment, and Mail Services<br><br>• Promotional Products<br><br>• Email Marketing, QR and pURL Generation, Video Production<br><br>• Social Media Services<br><br>• List Sourcing, Data Cleansing, and Hygiene<br><br>• Telemarketing and Call Center Services | Per project | ███████ |

**F.    Other Expenses**

CARESOURCE will pay applicable and mutually agreed-upon expenses incurred by CONTRACTOR.

**Storage and Distribution Fees**

Fees associated with receiving, put-away, storage, picking, packing, shipping, and cycle counting for items in an inventory stocking location.

| Expense | Invoice Stored Product |
|---|---|
| Space Fee * | ███████ |
| Inbound Freight | ███████ |

| Expense | Invoice Stored Product |
|---------|------------------------|
| Distribution Fees | ████████████████ |
| Finance Fee | ████████████████ |

\* Storage beyond 180 days may include additional charges.

**Transportation Preparation Fees**

| Deliverable | Resources | Unit of Measure | Rate |
|-------------|-----------|-----------------|------|
| Shipping | The CARESOURCE shipping account number will be utilized for freight. As such, the freight terms will be established as Collect Shipping. | Per line item on each order | ████████ |
| Returns/Restocking Fee | The fee covers restocking and handling. It does not include the shipment cost for transit back to CONTRACTOR. Product is relabeled and restocked as necessary.   The same product returned multiple times within a five business day period shall have the fee charged once.<br><br>The fee will not be charged and CONTRACTOR will arrange for the return if the goods are defective or the shipment was otherwise incorrect at the fault of CONTRACTOR.<br><br>CARESOURCE will be provided clear transfer packing and labeling requirements on products sourced and owned by CARESOURCE. In the case that the requirements are not followed, resulting in a re-work situation at the receiving location, CONTRACTOR will charge $50 per hour to remedy for receipt and product put-away. | Per return of an entire order or portion of an order | |

**Kitting**

CONTRACTOR offers simple Kitting and complex Kitting.  Simple Kitting is defined as taking items that exist in storage and co-mingling those items in a carton for labeling and shipment.  A simple kit, for marketing collateral would be collating printed pieces, brochures or sell sheets into a kit. Complex Kitting costs and procedures will either be incorporated into the applicable PRD or separately quoted as a standalone special project.  Complex Kitting is defined by requirements for assembly (for example, a die cut piece or box), dimensional products, or unusual and varied sized materials as well.

| Deliverable | Resources | Rate |
|---|---|---|
| Simple or Complex Kitting | Project based by materials and service:<br>• Kit component materials<br>• Receiving and staging items<br>• Finishing/bindery components as required for assembly<br>• Miscellaneous materials required to produce the kit<br>• Carton, packing or palletizing completed kits<br>• Multiple ship-to destinations | ▮▮▮▮ |

## DEFINITIONS

**Ad-hoc** - One-time or one-off special jobs, such as an announcement or rate increase letters.

**Catalog** – A grouping of orderable products. Catalog orders is defined as any orders that are placed online through SMARTworks.

**Catalog POD** or **CPOD** - The technology-based solution that enables users to create printed documents to store in a SMARTworks catalog. The user uploads file(s), configures printing specifications, reviews pricing and assigns product to catalog. Product will route to a CONTRACTOR print center when ordered.

**Collect** – Term for the shipping method where the CARESOURCE shipping number is used within the CONTRACTOR systems and shipping stations.

**Cost Center or Cost Code** – The number used for invoicing purposes to allocate any associated charges to the appropriate business, department, and organization.

**Delta-E** - Measurement of color accuracy. It is the distance between a measured color and the standard color.

**Go Live** or **Launch** – The completion of the implementation process and official launch of the solution described in this Statement of Work.

**Invoice Stored** – Product is invoiced upon storage in the warehouse.

**Kitting** - CONTRACTOR's Kitting solutions is a value-added service that assists companies with managing and disseminating their marketing, communications, informational materials and promotional products in a single delivered package. Kitting is normally customized and quoted per the characteristics of each job. Kits can be packaged in a two-pocket folder, a box with a tie, a handled bag, a three-ring binder, an envelope, and more.

**Non-Catalog** – Consists of orders that are placed outside of SMARTworks or a connected system. Non-catalog orders are placed through a CONTRACTOR support associate.

**Pre-flight** - Any press-ready modifications to the PDF or native artwork (e.g. Illustrator, InDesign, Photoshop, QuarkXPress), including print marks, bleed, color and image resolution.

**Premedia Services** - The CONTRACTOR department consulted for color management and operational-level workflow automation.

**Print on Demand** or **POD** - The digitally printed products printed on demand and not warehoused.

**Printers Spreads** – Setup of the print-ready file (e.g. PDF) in printed order and not in numerical order. For instance, a four page duplex bi-fold handout would be set up with pages 4 and 1 on the first page and then 2 and 3 on the second page.

**Scorecard** – The quarterly review between CONTRACTOR and CARESOURCE. Each reviews are focused on the overall program success in addition to the activity of spend and realized savings for the period in review.

**SMARTworks®** - CONTRACTOR's customer facing web portal technology which enables users to access, download, personalize and deliver marketing communications amongst their channels.

**Supplier** or **Vendor** – Commercial, POD, or other company that directly services CARESOURCE or is partnered with CONTRACTOR as part of the sourcing network.

**User** – Defined as the individual(s) with access to SMARTworks for day-to-day access and ordering of available materials.

**User Acceptance Testing** or **UAT** - The validation process prior to the launch of the SMARTworks platform to the end-user groups. The purpose of the verification is to ensure that the deliverables committed in the signed Statement of Work are present in the SMARTworks Implementation

**Variable Print on Demand** or **Variable POD** – A variable product residing in SMARTworks that allows the user to customize a product by selecting predefined graphical elements and/or text elements. This product is orderable as a printed item.

HOMEPAGE MOCKUPS



Homepage
Mockups.pdf

REPORTING TOOLS AND FEATURES



Reporting Tools and
Features.pdf

LOGON WORKFLOWS

**Manual Logon with Self-Registration**



Except as set forth in this Amendment, the Agreement is unaffected and shall continue in full force and effect in accordance with its terms. If there is conflict between this Amendment and the Agreement or any earlier amendment, the terms of this Amendment will prevail.

IN WITNESS WHEREOF, the Parties, by their duly authorized officers or representatives, have executed this Amendment as of the Amendment Effective Date herein.

**The Standard Register Company**          **CareSource Management Group Co.**

By: _Gerard D. Sowar_                        By: _Softly Jones_
    Gerard D. Sowar

Title: EVP, General Counsel & Secretary      Title: **Chief Operating Officer**

Date: _12-26-14_                             Date: _12/30/14_

