# **EXHIBIT C**

  

EXHIBIT C

February 5, 2015

Standard Register
600 Albany Street
Dayton, Ohio   45417

Reference: Correction Action Plan (CAP) Notification

**Attention:**
Patrick Kennedy
Region Vice President

CareSource has identified a need to implement a corrective action plan (CAP) due to causes detailed in step one (1) of the attached table.

Please **complete the vendor portion**, step two (2), of the table **no later than February 12, 2015**. Please note, your response must identify the root cause of the infraction in addition to the corrective action(s) you plan to take to permanently resolve the overarching problem.

If you have any questions or concerns on the type of content needed to complete your response please contact me immediately.

Sincerely,


Debbie Peterson, Vendor Oversight Manager



| | |
|---|---|
| **CareSource Executive Sponsor:** | Samuel George, Sr. VP Business Partner Group |
| **CareSource Business Owner:** | Lori Scaggs, VP Operations |
| **Delegated Entity/Vendor:** | Standard Register |

| **Delegated Vendor Corrective Action Plan** | |
|---|---|
| **CAP Step 1 – To Be Completed by CareSource Business** | |
| **Date of infraction** | ▬ |
| **Date reported to CareSource** | ▬ |
| **Date CAP Initiated** | ▬ |
| **Description of infraction(s)** | ▬ |
| **Contractual/ regulatory requirements impacted**<br>*Include specific contract/ KPI header or sub-section r reference(s)* | ▬<br><br>Requirements due from Standard Register:<br>▬ |
| **How does the nonperformance issue affect the overall program** | ▬ |



# CareSource

| | |
|---|---|
| **performance?** *Include performance, workflow, communication, productivity, cost, etc. details* | █████████████████ |
| **Remedies/ penalties associated with this CAP by infraction level** *Indicate sanction level(s) and/or dollar amount for penalty(s)* | █████████████████. |
| **Total remedies ($)** | TBD |
| **Deadline for vendor to respond to CAP** | February 12, 2015<br>2nd request of additional information  February 27, 2015 |
| **CAP Step 2 – To Be Completed by Vendor** ||
| **Root cause analysis** *Key factors such as cause, effect, what should be happening, how can it be fixed?* |  |



# CareSource



is

# CareSource



P.O. Box 8738, Dayton, OH 45401-8738  |  800.486.0134  |  CareSource.com



# CareSource™

| | |
|---|---|
| | ▮ |
| ▮ | ▮ |
| **Time frame(s) for completion/resolution** | ▮ |
| **CAP Step 3 – To Be Completed by CareSource Business** ||
| **Completion update** *Describe corrective action(s) and date completed* | |
| **Vendor response** *Was supplier response and initiative on this action plan satisfactory?* | |
| **How frequent will progress updates be required?** | |
| **Communication of CAP to Functional Committee** *Name, date reported and notes* | |
| **Communication of CAP to Delegation Oversight Committee** *Date reported and notes* | |
| **Business Owner name and date of attestation** *Date business attests to formal resolution* | |
| **Documentation received for closure** *Attach documentation, email and/or notes justifying close-out request* | |




### CAP(s) 12 Month Summary – To Be Completed by CareSource

| Contract/ KPI Section Reference | Infraction Description | Completed Date | CareSource Owner | Sanction Level | Penalty Amount |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

P.O. Box 8738, Dayton, OH 45401-8738  |  800.488.0134  |  CareSource.com