# **EXHIBIT D**

Exhibit D

EXHIBIT D

**Issue Types:**
Quality
Missed Deadlines
System Limitation
Process Issue

**Business Implications:**
Corrective Action Plan (CAP)
Regulatory / Compliance
Business Impact

| # | Issue Type | Business Implications | Date Issue Raised | Severity | Open/Closed | Description of Issue |
|---|---|---|---|---|---|---|
| 2 | Quality | Business Impact | 1/28/2015 | CRITICAL | Open | Need example of summary invoice for SMARTworks order requests, Payable v. Business Cards |
| 3 | System Limitation | Business Impact | 2/4/2015 | HIGH | Open | At checkout screen, please add email address, turned over to development team to look at this |
| 4 | Process Issue | Business Impact | 3/8/2015 | HIGH | Open | Need confirmation that all kits are collated before shipping to our users |
| 5 | System Limitation | Business Impact | 3/8/2015 | HIGH | Open | Need confirmation that when ordering a kit, the user receives an email notification for a kit (not 12 individual emails - 1 for each item in the kit) |
| 7 | System Limitation | Business Impact | 4/22/15 | HIGH | Open | If the quantity item is zero, then the kit information does not appear on the low inventory report. |
| 8 | System Limitation | Business Impact | 4/24/15 | HIGH | Open | Orders not showing up on reports even though they have been placed |
| 9 | System Limitation | Business Impact | 4/24/15 | HIGH | Open | CareSource received several email notifications with subject line: Suspected Spam Rejected POD order for CareSource, this item rejected due to the error below. Please make sure that the item is corrected and then re-enter the order. As previously noted product code 2601 is not in PrintStream. Also, since these are Kits you will need to reconfigure them. |
| 10 | System Limitation | Business Impact | 4/28/15 | HIGH | Open | Order was placed at 11:48am. At 1:47pm, SMARTworks still shows that I can order 7800 qty, shows only near real time inventory level, SMARTworks is just a display to the backend Prism system, may be a degradation issue with the system |
| 80 | Process Issue | Business Impact | 10/20/2014 | HIGH | Open | Printed and Mail eService Repository demo and pricing to help with various process issues |
| 81 | Process Issue | Business Impact | 1/28/2015 | HIGH | Open | Standard Register is becoming approved to be in the Mail Anywhere program, need 90% full service mail, not there yet |
| 82 | Quality | Business Impact | 1/29/2015 | HIGH | Open | Have seen no traction on the reporting received from DMS, still getting the same format as 2014. We need in .csv format and need the DMS job # for the HIX IN, OH, KY and OH Dual report |
| 83 | Quality | Business Impact | 2/11/2015 | HIGH | Open | Please include our specs on the quotes that Standard Register returns to us. |
| 84 | Process Issue | Business Impact | 3/2/2015 | HIGH | Open | Items in SMARTworks is not made orderable soon enough, Standard Register is waiting until the times are received in the Warehouse and this is too late, users would like to order earlier in the process, this would go on back order and Standard Register will ship as soon as product hits the warehouse floor |
| 85 | Quality | Business Impact | 3/5/2015 | HIGH | Open | Poor quality on envelopes |
| 86 | Process Issue | Business Impact | 3/11/2015 | HIGH | Open | We are nearly 2 months after go live date of January 19, 2015, kits are still un-orderable |
| 87 | Process Issue | Business Impact | 3/12/2015 | HIGH | Open | For our stationery items, it isn't indicated on the "View detailed image page" that the item is packaged per 100, need to look at all items that are packaged and make this correction? |
| 88 | Process Issue | Business Impact | 3/16/2015 | HIGH | Open | Need PRD created for MyCare |
| 89 | Process Issue | Business Impact | 3/16/2015 | HIGH | Open | Need PRD created for iConnect |
| 90 | Quality | Business Impact | 3/23/2015 | HIGH | Open | Provide test CMYK swatches, 70% screen of PMS color |
| 91 | Missed Deadlines | Regulatory/Compliance | 3/23/2015 | CRITICAL | Open | Marketing unhappy with turn times, need to streamline to decrease turn time |
| 92 | Process Issue | Business Impact | 4/20/2015 | HIGH | Open | Looking for on-demand provider directories (Geo coded provider directories), Standard Register is doing the pricing |
| 93 | Process Issue | Business Impact | 4/22/2015 | HIGH | Open | Please add to the process, Standard Register to double check that the items on the Daily Warehouse receipt notification are orderable in SMARTworks, we have many items delivered to the warehouse but are still not orderable |

EXHIBIT D

| | Issue Type | Business Implications | Date Issue Raised | Severity | Open/Closed | Description of Issue |
|---|---|---|---|---|---|---|
| 1 | Missed Deadlines | Corrective Action Plan | 1/23/2015 | CRITICAL | Closed | Standard Register printed ■■■ |
| 6 | Quality | Corrective Action Plan | 4/13/2015 | CRITICAL | Closed | Standard Register mailed ■■■ |
| 11 | System Limitation | Business Impact | | HIGH | Closed | Need to have a field/column that lists out each kit the material is part of |
| 12 | Process Issue | Business Impact | | CRITICAL | Closed | Need to know how to track SKU version; Related to the ordering process. |
| 13 | Process Issue | Business Impact | | CRITICAL | Closed | Reporting meeting was to be held with a developer who could help look at the reporting needs, we are having on-going meetings, will be scheduling two meetings a week to continue our discussions |
| 14 | System Limitation | Business Impact | | CRITICAL | Closed | Back order notices must be provided immediately, system accepted order without notifying of back order, auto emailed received the following day |
| 15 | System Limitation | Business Impact | | HIGH | Closed | Standard Register unable to invoice business cards to the person who placed order, but there is a workaround on how the invoice will be structured in order to identify who ordered the business cards |
| 16 | Process Issue | Business Impact | | HIGH | Closed | Would like to limit the amount of orders a user can place, business cards are set up to be a maximum of one box of 250, all maximum numbers were removed with the exception of business cards which is hardcoded to 250 |
| 17 | Process Issue | Business Impact | | HIGH | Closed | Remove maximum quantity levels from all items |
| 18 | Process Issue | Business Impact | | CRITICAL | Closed | Did not have access to Users and Groups, had to be given access |
| 19 | Process Issue | Business Impact | | CRITICAL | Closed | Three Inactive Groups in SMARTworks needed fixed |
| 20 | Process Issue | Business Impact | | HIGH | Closed | Did not have access to Updated Documentation / Group / Info |
| 21 | Process Issue | Business Impact | | CRITICAL | Closed | Complete Report Low Inventory report information in order to do normal daily production work |
| 22 | Process Issue | Business Impact | | HIGH | Closed | Needed to have an estimate for Long Term Report and when it would be fixed |
| 23 | System Limitation | Business Impact | | HIGH | Closed | Can easily delete a user, however, if they have ever placed an order, then they cannot be deleted |
| 24 | System Limitation | Business Impact | | HIGH | Closed | When adding a new user who needs access to additional cost centers, have to create them under one cost center and then go back and associate them to additional ones |
| 25 | System Limitation | Business Impact | | HIGH | Closed | Inactive to Standard Register means the catalog is removed, usage is removed and will not show up on any low inventory reports |
| 26 | Process Issue | Business Impact | | HIGH | Closed | Scrap report comes out of Chisano |
| 27 | Process Issue | Business Impact | | HIGH | Closed | Need buy-in from Marketing about removing some groups in SMARTworks, there are 34 groups now |
| 28 | Process Issue | Business Impact | | HIGH | Closed | User access - everyone; Organizational - everyone; Content - smaller group of folks who can see catalogs and will need special access |
| 29 | System Limitation | Business Impact | | HIGH | Closed | Access database will be accessible via a link from the SMARTworks site so the production team can access the program to get a report, a secondary place to get reports |
| 30 | Process Issue | Business Impact | | HIGH | Closed | Need to know what Users and Groups Report to what teams |
| 31 | Process Issue | Business Impact | | CRITICAL | Closed | Need to specify which report is needed - No Order Shipped Report is needed but Do not want the Receipt Report |
| 32 | Process Issue | Business Impact | | CRITICAL | Closed | All the production team needs access to the MRU to override the maximum amount needed, DMS also needs access as well, ended up not needing since the maximum was opened up for everything except business cards |

**EXHIBIT D**

| # | Issue Type | Business Implications | Date Issue Raised | Severity | Open/Closed | Description of Issue |
|---|---|---|---|---|---|---|
| 33 | Process Issue | Business Impact | | HIGH | Closed | The production team is going to reduce the number of groups in SMARTworks, was having trouble getting all added correctly |
| 34 | Process Issue | Regulatory/Compliance | | CRITICAL | Closed | Need 5 samples of safety stock to archive, put an orange label on them and send to headquarters, will send an email to destroy the scrap, which will be anything left over from the 5 samples, SMARTworks said there were 5 items in inventory, but there was not |
| 35 | System Limitation | Business Impact | | CRITICAL | Closed | Reorder Point background, will send to the production team the economic formula for reordering |
| 36 | System Limitation | Business Impact | | HIGH | Closed | Access database is tied to the backend of SMARTworks and will be updated nightly, all reporting will be captured after the mainframe update |
| 37 | System Limitation | Business Impact | | HIGH | Closed | Cannot be more than one update per day from the mainframe to SMARTworks |
| 38 | System Limitation | Business Impact | | HIGH | Closed | Receiving notification is a manual push of information from customer service rep to the production analyst team, production team is going through a lot of work to find out if we received the order, spreadsheet is sent M-W-F |
| 39 | Process Issue | Business Impact | | HIGH | Closed | Long description missing in catalogs |
| 40 | Process Issue | Business Impact | | CRITICAL | Closed | Items missing from report, warehouse will be watching for them over the next 3 days as they receive the remainder of the inventory, not in warehouse, did not receive these items, once the last truck has arrived, will be able to reconcile and look for these, should have been on the inventory reconciliation report |
| 41 | Process Issue | Business Impact | | CRITICAL | Closed | SKU is incorrect on the report, do have it correct on the SMARTworks site and should be okay, but still not correct on the SMARTworks site in the product activity view, should be archived, but not there |
| 42 | Process Issue | Business Impact | | CRITICAL | Closed | Items need to be inactivated and scrap what is on hand, there will be 5 items sent to CareSource for each one of these, need to be sent to the mailroom with an orange sticker on them |
| 43 | System Limitation | Business Impact | | CRITICAL | Closed | Admins unable to order business cards, the order was rejected, Admin forgot to add the address on the business card so she received an error notice, need to make this a required field, more users are receiving "order rejected" messages on the business card orders but the site isn't clear what content is missing or what is wrong, business card orders are pending approval, the approval was removed from the site because SMARTworks wouldn't email specific individuals for approval, need to choose an address, can be a pull down, email is not a required field; work on the spacing issue with three phone numbers; add a comment when proofing |
| 44 | Process Issue | Business Impact | | HIGH | Closed | Access to User Management, a matrix has been created to help with the 30 user groups that have been created; the number of groups will continue to grow as more individuals are added to the tool |
| 45 | Process Issue | Business Impact | | CRITICAL | Closed | We need to confirm process for re-stocking NMK material from postal returns, get 25-40 postal bins of returned NMKs every 2 weeks. Our current process is to hold the returns for 2 weeks, then return to Think Patented; Disassembling returned NMKs: NMK is returned to CS mailroom; we hold returned kits for 2 weeks and then return to our delegated fulfillment vendor (approximately 25-40 postal bins are returned every 2 weeks). The delegated vendor disassembles the kit. Shreds the cover letter (KY, MyCare and J4M). The cover letter for OH Medicaid is static and does not need shredded. The perfect bound book in the J4M kit will also need to be securely disposed. The static material is returned to stock for re-use. You mentioned that it may not be cost effective to return these pieces to stock. |
| 46 | Process Issue | Business Impact | | CRITICAL | Closed | Master Service agreement (amendment 2), page 6, under "Shipping-Parcel…" it reads" SMARTworks provides end users the ability to choose their delivery date during checkout….", POD items are treated with a 48-72 hour from time order is received until shipped, kit components change quite often, users shop at the last minute and want materials the next day, 90% of orders are on the floor, warehoused items, need to give users the option to call and ask for expedited delivery |
| 47 | Process Issue | Business Impact | | HIGH | Closed | Kit name needed to change from IN-EXCM-168 needs to change to KY-EXCM-168 |

EXHIBIT D

| | Issue Type | Business Implications | Date Issue Raised | Severity | Open Closed | Description of Issue |
|---|---|---|---|---|---|---|
| 48 | System Limitation | Business Impact | | HIGH | Closed | Under "Product Specifications" view, when you search for a material, one of the fields that appears when using this search is "View", able to see all catalogs, printed products is a sub-catalog of the Standard Register products from the Product Specs screen, that is because everything is in this location, this cannot be changed |
| 49 | System Limitation | Business Impact | | CRITICAL | Closed | Low Inventory Report – the total solution for this one will be phased in; Phase 1 will include Standard Register pulling the information and sending it in a nice to read format (similar to what is produced today), this report can then be sent on to the customers for review; Phase 2 will take some development effort, but the production team will be able to pull the information themselves after the changes are made; right now the data can be pulled and put into an Excel spreadsheet and all the columns that are not needed can be removed; there is also an Inventory Management Notification report that can be generated, it sends out an email for a reorder due notice that can be analyzed to see if the production team needs to reorder or not, need to add the smooth usage column next to the "CS Low Stock" column and add the "CS 6 month usage", we need the actual usage for 6 months and for 12 months (not a static number) |
| 50 | System Limitation | Business Impact | | CRITICAL | Closed | Item Management should be able to see quantity on hand, catalogs, detailed descriptions, notes, kits it is located in, printing status (POD or inventoried item), access level, item status field, more search results from that field |
| 51 | System Limitation | Business Impact | | CRITICAL | Closed | SKU usage report, need to see order history on a particular SKU |
| 52 | System Limitation | Business Impact | | CRITICAL | Closed | All reports need to be made available on demand as needed. Since the production team needs to check inventory levels and other items randomly during the day. For any specific reports, Standard Register can run/provide reports as needed. We are not sure if each report as mentioned above can be provided at this time. |
| 53 | System Limitation | Business Impact | | CRITICAL | Closed | Need the ability to review all kits as well as their contents without having to search each individual kit. This requirement allows the production team to manage materials that are contained in multiple kits, monitor low stock quantities that affect kits, and add/change/delete items from kits. |
| 54 | System Limitation | Business Impact | | HIGH | Closed | These materials need to be an 'archive' status until the old version runs out and these can then be activated, need to know how we can see the status of the materials as well, whether it is active or inactive |
| 55 | Process Issue | Business Impact | | HIGH | Closed | Update needed on the CareSource Standard Register order process document |
| 56 | Process Issue | Business Impact | | HIGH | Closed | Need the short and long descriptions to be updated and need feedback from Standard Register on information provided |
| 57 | Process Issue | Business Impact | | HIGH | Closed | SMARTworks is missing images on the site, CareSource supplied images on 3/12/15 |
| 58 | System Limitation | Business Impact | | HIGH | Closed | SMARTworks unable to manage kits with POD items, users receive error messages when trying to place an order for a kit that contains a POD item. Standard Register aware of issue and created a work around that involves printing and inventorying POD items until the Grove City facility updates their software to allow for this functionality; targeted May 2015. It appears the Standard Register team was aware of this issue for some time, yet it was not communicated to the Print team. Work around failed and the issue was brought to light by a user trying to place an order for kits. |
| 59 | Process Issue | Business Impact | | CRITICAL | Closed | All items are not in a catalog, there were issues where Standard Register had the product but the items were not orderable. Standard Register did not have an assigned category. It took 4 business days for these items to be assigned in a catalog. We need to ensure items are orderable. As stated at the beginning of this transition: we cannot have any user downtime. |
| 60 | Process Issue | Business Impact | | CRITICAL | Closed | Another major concern is incorporating a "status" field into SMARTworks for POD and inventoried materials, need to know when items are active, inactive and/or archived, there was a disconnect on the verbiage (inactive and archived are being used opposite at CareSource than at Standard Register) |

EXHIBIT D

| | Issue Type | Business Implications | Date Issue Raised | Severity | Open Closed | Description of Issue |
|---|---|---|---|---|---|---|
| 61 | Process Issue | Business Impact | | HIGH | Closed | Need to know how Standard Register fills back orders on new versions for example: when OH-MMED-1234 goes on back order and OH-MMED-1234a is delivered to Chisano, they will fill the back order with the version; and CareSource needs to know how to track SKU versions |
| 62 | Process Issue | Business Impact | | CRITICAL | Closed | Images are still missing on the site |
| 63 | Process Issue | Business Impact | | HIGH | Closed | Issues with the checkout page, need to add - Please direct CareSource Dayton shipments to 230 N. Main Street. BPV and 40W2 do not accept UPS shipments. Your package will be re-routed/delayed if you use BPV or 40W2 address for shipping; issues with cost center, needed to have a drop down added with a list; needed to add our locations so that the user can choose Columbus, Cleveland, Louisville… (we have previously supplied this list to you); since our 230 N. Main St is pre-filled, it appears that this can not be changed by the user, please add text on this page to instruct user how to add an address for home based users |
| 64 | Quality | Business Impact | | CRITICAL | Closed | Standard Register indicated a kit would not go on back order. A kit should go on back order as any other item would go on back order even if an item is out of stock, but users getting errors. |
| 65 | System Limitation | Business Impact | | HIGH | Closed | Search results in SMARTworks not bringing up related items, this was due to # sign being added to the search string |
| 66 | System Limitation | Business Impact | | HIGH | Closed | Items in SMARTworks restricted by maximum order quantities, user tried to place order for materials and received message that only 100 could be ordered at a time; we requested some time ago that only business cards be limited by a maximum order quantity |
| 67 | Process Issue | Business Impact | | HIGH | Closed | Need to see a Catalog report, this shows what items appear in which catalogs, this can be done with searching the database under Item Management |
| 68 | Process Issue | Business Impact | | HIGH | Closed | Kit Inactivation, with the inactivation of a material, we do not want the kits that it resides in to be automatically inactivated as a result of that SKU inactivation. The process should be set up so that when an individual component is inactivated, for example OH-MMED-2022a, only that item should be inactive, and it should just fall out of the kit while the kit remains active, this is due to the kit needing to be re-priced, will add to the process guide and will send out an updated one |
| 69 | System Limitation | Business Impact | | HIGH | Closed | We need to research an item and determine what catalog it is in (currently we can't do that). We can show you what our search results yielded in the Chisano system. |
| 70 | System Limitation | Business Impact | | HIGH | Closed | An item in a kit should allowed to be ordered as an individual item |
| 71 | Process Issue | Business Impact | | HIGH | Closed | Low inventory report showing a few items that were supposed to be archived but they have been continually showing up on the report each week; this week, they are still appearing on the report and are not in the 'archive in process' catalog |
| 72 | Quality | Business Impact | | HIGH | Closed | Database Issues, such as items going on backorder 1/19, and only showed up on low inventory 3/30, why is there inconsistency between pk/10 and 1/EA, are these being shipped as PK/10, how many other items may be affected, have these backorders been fulfilled, why was available stock not shipped out on order MV8, with the difference going on backorder? |
| 73 | System Limitation | Business Impact | | HIGH | Closed | On the low inventory report, an item wasn't indicated that it was part of a kit, therefore the kit is not orderable, please indicate on the low inventory report when an item is in a kit, do other items need corrected so that they indicate if they are in a kit? |
| 74 | Process Issue | Business Impact | 4/27/15 | HIGH | Closed | Some users have two cost centers but Standard Register is only showing one cost center code. |
| 75 | Process Issue | Business Impact | 3/27/2015 | HIGH | Closed | Items requested to be archived on 3/12/15, still not completed, how long should an archive process take? should only take 1-2 days to archive an item, the SLA has been added to the process guide |
| 76 | Process Issue | Business Impact | 3/27/2015 | HIGH | Closed | Every user should be setup with a cost center, there were two users that did not have a cost center identified as their default |
| 77 | Process Issue | Business Impact | 3/20/2015 | HIGH | Closed | In the Product Specs Search, there are tabs such as : Digital Assets, Provider Info, Procurement Details, need more information on how these are to be used |

EXHIBIT D

| | Issue Type | Business Implications | Date Issue Raised | Severity | Open/Closed | Description of Issue |
|---|---|---|---|---|---|---|
| 78 | Process Issue | Business Impact | 4/2/15 | HIGH | Closed | Items are still not being made orderable in a timely fashion, the Standard Register order process indicates that the items will be added to SMARTworks to be made orderable at time of proof approval, but still having issues with items not being orderable when they are delivered to inventory, which is too late in the process |
| 79 | Process Issue | Business Impact | 4/10/15 | HIGH | Closed | Items not being archived when requested. It seems to take weeks to scrap and archive an item. Expectation would be a 1-2 days |
| 94 | Process Issue | Business Impact | 2/17/2015 | HIGH | Closed | Make all orders "No Overrun" to eliminate issues CareSource is having with invoicing and SAP |
| 95 | Process Issue | Business Impact | 3/16/2015 | HIGH | Closed | Need PRD created for HRA (J4M for KY and IN) |
| 96 | Process Issue | Business Impact | 3/16/2015 | HIGH | Closed | Need PRD created for Term Letters |
| 97 | Process Issue | Business Impact | 3/16/2015 | HIGH | Closed | Need PRD created for Cancel Letters |
| 98 | Quality | Business Impact | 4/6/2015 | HIGH | Closed | Quality Assurance for downstream vendors document needed |
| 99 | Process Issue | Business Impact | 1/30/2015 | HIGH | Closed | Standard Register uses our UPS account for shipping, need to determine how to cost effectively handle our shipping for small and large shipments (pallets of material) |
| 100 | Process Issue | Business Impact | 3/2/2015 | HIGH | Closed | SLA for Standard Register's help desk response to user issues, SLA is four hours |
| 101 | Process Issue | Business Impact | 3/11/2015 | HIGH | Closed | Need a cost analysis of J4M postage, previously we mailed J4M kits at Priority Mail, now we are mailing at bound printed matter, need to track number of J4M return kits to determine if the cost of the returns are exceeding our savings |
| 102 | Process Issue | Business Impact | 3/20/2015 | HIGH | Closed | Need specs included in the quote of the word document, Standard Register provided hard copy printout of an email which will not work |
| 103 | Quality | Business Impact | 1/22/2015 | HIGH | Closed | Materials placed in incorrect catalogs; MyCare member and Just4Me Provider materials placed in OH Just4Me Marketing catalog; received confirmation 1/24 that correction was made, but was not corrected until another request was made on 1/27. |
| 104 | Process Issue | Business Impact | 1/26/2015 | HIGH | Closed | Printed materials unavailable for ordering due to not having a catalog assigned; Materials were received into warehouse and order log marked complete for 1/20 due date, however they were not assigned a catalog and therefore un-orderable until 1/26 |
| 105 | Process Issue | Business Impact | 1/27/2015 | HIGH | Closed | Print team not notified that variable POD items require native art files; PDF images were provided for all POD items; print team not notified of the need for native files; the native files were previously uploaded to Standard Register ftp, marketing had to request they be uploaded again |
| 106 | Process Issue | Business Impact | 1/27/2015 | HIGH | Closed | POD item not set up for ordering; Marketing rep needed fliers for an event, and they were not set up in SMARTworks; had to send order info to Standard Register via email and rush production |
| 107 | System Limitation | Business Impact | 1/28/2015 | HIGH | Closed | Inability to run a SKU usage report; Needed to run a SKU usage report to identify which Provider Reps ordered a particular material in 2014.  Was able to use Chisano/Think Patented to pull a SKU usage report; SMARTworks does not have this capability |
| 108 | Missed Deadlines | Business Impact | 2/11/2015 | HIGH | Closed | Piece folded incorrectly; target delivery date missed; Order placed 1/26/2015, piece was reprinted at Standard Register expense, however both versions were received into the warehouse; advised Standard Register to scrap incorrectly folded version however all stock (incorrect and correct versions) were scrapped by mistake.  Had to reprint a 3rd time.  Material available for users to order on 3/2/2015; fully one month after target print delivery date. |
| 109 | Quality | Business Impact | 2/18/2015 | HIGH | Closed | Flier was printed with low quality; an Executive Admin Assistant ordered a flier from inventory that was printed with very low quality compared to what we are used to for this flier, this is a quality issue since it was printed on very thin paper that you could see through, and that the colors look faded and not compliant with brand standard colors |
| 110 | Process Issue | Business Impact | 2/23/2015 | HIGH | Closed | Misprinted material and corrected version received into inventory 2/23.  Both versions scrapped by mistake. Waiting on reprint as of 2/26. Brochure not available for ordering one month after order was placed; Target print date of 2/3, as of 2/26 still not available. |
| 111 | Quality | Business Impact | 2/24/2015 | HIGH | Closed | IN and KY Member Handbooks printed with low-res art; did not notice on first round of hard copy proofs in December, proofed via pdf in Feb for second printing, received samples of IN version with blurry photos on cover.  Changes made during proofing to low res pdf provided for reference on print request. Need to provide revised native files to designer.  Initiated reprint one week later, and changes made during proofing two print runs ago to inside front cover were not reflected on hard copy proof. |

EXHIBIT D

| | Issue Type | Business Implications | Date Issue Raised | Severity | Open Closed | Description of Issue |
|---|---|---|---|---|---|---|
| 112 | Process Issue | Business Impact | 2/25/2015 | HIGH | Closed | Provider Orientation Kits for KY and J4M not available for ordering through SMARTworks; administrative assistant tried to place orders 2/25 and received error messages, Standard Register was advised of the issues and they said they would be corrected and item could be ordered the afternoon of 2/26, user tried to place order 2/27 and received error messages again, Standard Register communicated on 3/2 that some items in the kit are inactive, there is no record of inactivating the items, SMARTworks showing active but should be inactive, still having issues with POD components of kits, no resolution as of 3/2, user needs approximately 300 kits by 3/4 |
| 113 | Missed Deadlines | Business Impact | 2/26/2015 | HIGH | Closed | Just4Me Newsletters missed target mail date; Job split between two vendors, when proofs arrived one was off on color. Job awarded to one vendor for color consistency. Target mail date pushed back from 2/20 to 2/23. IN and KY mailed on time, OH mailed 2/26. |
| 114 | Missed Deadlines | Business Impact | 2/26/2015 | HIGH | Closed | SEP Brochures missed target delivery; Target print delivery date was 2/26, print materials not received in on morning Warehouse Receipt, Standard Register did not convey that the target would be missed |
| 115 | Process Issue | Business Impact | 2/26/2015 | HIGH | Closed | SMARTworks phone support directing users back to CareSource for site support; SMARTworks user needed help during checkout to update shipping address; when she called the SMARTworks support line she was directed to email the production team who reached out to Standard Register support person to call the user (resolved w/in 24 hours) |
| 116 | Missed Deadlines | Business Impact | 2/27/2015 | HIGH | Closed | KY Member Winter Newsletter missed requested mail date; the targeted mail date specified by the Marketing Specialist was 2/24/2015.  Checked with Standard Register on the 26th to confirm the mailing did drop on that date and was informed the newsletters would not mail until 3/2 |
| 117 | Missed Deadlines | Business Impact | 2/27/2015 | HIGH | Closed | Requested delivery date not met; pushed back by over a week; print delivery date was 2/24, on 2/20, Standard Register asked if we had any wiggle room with the delivery date to warehouse, user confirmed to push back a day, then Standard Register said the vendor is not shipping until 3/5, Marketing now wants to know why the long delay and why it was not communicated to them and they want this product in the warehouse by 3/3 |
| 118 | Quality | Business Impact | 2/27/2015 | HIGH | Closed | Folder SKU incorrect in KY kits; users placing orders would have received an error message that it was not in stock and order would not be fulfilled |
| 119 | Quality | Business Impact | 2/27/2015 | HIGH | Closed | Received a proof with the wrong artwork; received a hard copy proof on 2/26 for a project that was due the next day, 2/27, production vendor had been provided with incorrect artwork from Standard Register and we needed to push back the delivery date as a result of the artwork issue and needing to see new proofs |
| 120 | Process Issue | Business Impact | 2/27/2015 | HIGH | Closed | Incorrect qty of material in box; received an email from DMS that they ordered a box of Provider Directories from Grove City Warehouse, the quantity listed on the box was 38 but only 34 directories were in the box, can be a big issue when ordering approximately 2,000 at a time for fulfillment of NMKs and there is not enough |
| 121 | Process Issue | Business Impact | 3/2/2015 | HIGH | Closed | Lack of communication up front; not receiving follow up on completion dates or project changes from Standard Register, have to follow up with numerous emails before receiving a response at times, also they wait until the last minute to say that artwork is needed |
| 122 | System Limitation | Business Impact | 3/2/2015 | HIGH | Closed | SMARTworks still not providing information that we need; still have to rely very heavily on the Chisano site for information, e.g. look at Chisano for item owners, low stock information, usage, user information, whether an item is active, inactive or archived, and descriptions; some of this information is not offered on the SMARTworks site |
| 123 | System Limitation | Business Impact | 3/3/2015 | HIGH | Closed | SMARTworks unable to manage kits with POD items; users receive error messages when trying to place an order for a kit that contains a POD item.  Standard Register aware of issue and created a work around that involves printing and inventorying POD items until the Grove City facility updates their software to allow for this functionality; targeted May 2015. It appears the Standard Register team was aware of this issue for some time, yet it was not communicated, workaround failed, issue was caught when a user was trying to place an order for kits |
| 124 | System Limitation | Business Impact | 3/3/2015 | HIGH | Closed | SMARTworks does not allow kits to go on backorder if one component is out of stock; Users receive an error message when one kit component reaches a zero quantity on hand, both the item and the kit need to go on backorder so that the user does not receive confusing error messages, need fixed where the backorder is filled when item is reprinted |
| 125 | System Limitation | Business Impact | 3/3/2015 | HIGH | Closed | Search results in SMARTworks not bringing up related items; results in error message "Please enter search string" |
| 126 | System Limitation | Business Impact | 3/4/2015 | HIGH | Closed | Items in SMARTworks restricted by maximum order quantities; User tried to place order for materials and received message that only 100 could be ordered at a time; we requested some time ago that only business cards be limited by a maximum order quantity |

EXHIBIT D

| | Issue Type | Business Implications | Date Issue Raised | Severity | Open/Closed | Description of Issue |
|---|---|---|---|---|---|---|
| 127 | Quality | Regulatory/Compliance | 3/13/2015 | HIGH | Closed | Using NCOA Addresses instead of the Addresses provided by CareSource; reviewed the data set up for the letters for the Non PCP Term Letter mailings and saw difference where the name was correct but the mailing address was not same as provided in the data file; Standard Register said the vendor used the address from the NCOA scrub in place of the one that was provided in the CareSource data file |
| 128 | Process Issue | Business Impact | 3/13/2015 | HIGH | Closed | Delay getting final art files posted to ftp for pickup by designers; Files not posted per process document after revisions made during proofing; reached out (3) times for confirmation before directing designer to check for files; they were not available, got response from Standard Register sourcing (5) business days after initial outreach. |
| 129 | System Limitation | Business Impact | 3/12/2015 | HIGH | Closed | SMARTworks search results do not indicate full item description or catalog placement; 16 + staffing hours spent revising short and long descriptions for inventoried materials due to SMARTworks inability to provide relevant search results |
| 130 | System Limitation | Business Impact | 3/13/2015 | HIGH | Closed | SMARTworks navigation; Managing catalog / item relationships is a lengthy process; unable to remove items from catalogs; adding items to a catalog is not intuitive and takes 7 steps (previous system was a 3 step process) |
| 131 | Process Issue | Business Impact | 3/25/2015 | HIGH | Closed | Kits being delivered unassembled; Marketing Specialist ordered a number of kits and they were delivered uncollated and unassembled; all kit components were stacked in a box; other users have reported this issue as well. Standard Register states that kit orders sent to Grove City warehouse bypass kitting department and are fulfilled by regular warehouse staff who do not know based upon the order slip that the item is a kit. |
| 132 | System Limitation | Business Impact | 3/25/2015 | HIGH | Closed | Users receiving separate email confirmations for each item in a kit; Users who order a kit receive email confirmations for each kit material instead of the overall SKU of the kit. For example, if a kit contains 12 items, user will receive 12 emails. Standard Register states this cannot be corrected, it is part of their system. |
| 133 | System Limitation | Business Impact | 3/25/2015 | HIGH | Closed | Standard Register unable to provide usage history on materials that are not routed through the warehouse; tight turns on printed items do not allow materials to ship from print vendor (often located in Dayton) to Grove City warehouse (Columbus) and back to fulfillment vendor in Dayton, this issue was made clear as a department need during our initial requirements meeting, Standard Register assured us their tool would solve this gap; however now they state this cannot be done, impacts CareSource's ability to determine historical usage and accurately forecast future print needs |
| 134 | Missed Deadlines | Business Impact | 3/25/2015 | HIGH | Closed | Standard Register not meeting requested due date, and not communicating the due date being pushed back, sent to vendor 3/10, proof received and approved 3/16, requested due date 3/17; as of 3/25 still not available in warehouse |
| 135 | Missed Deadlines | Business Impact | 3/25/2015 | HIGH | Closed | Standard Register not meeting requested due dates and not communicating the due date being pushed back, sent to vendor 3/10, proof received 3/17, proof approved 3/18, requested due date 3/17; as of 3/25 still not available in warehouse |
| 136 | Missed Deadlines | Business Impact | 3/25/2015 | HIGH | Closed | Standard Register not meeting requested due dates and not communicating the due date being pushed back , send to vendor 3/18, proof received 3/24, requested drop date 3/24, no communication that the date was pushed to 3/25 |
| 137 | Missed Deadlines | Business Impact | 3/25/2015 | HIGH | Closed | Standard Register not meeting requested due dates and not communicating the due date being pushed back, sent to vendor 3/17, proof approved 3/25, requested due date 3/25, but will miss the delivery date |
| 138 | Quality | Business Impact | 3/25/2015 | HIGH | Closed | Inconsistency in Printed materials being used for the same event; three different order requests sent to Standard Register for three different OH Provider printed materials, communicated that they were all for the same event and wanted same look and feel, each had the same color and specs, Standard Register sent these jobs to different printers and the colors were inconsistent between the pieces |
| 139 | Process Issue | Business Impact | 3/12/2015 | HIGH | Closed | Having to repetitively send the same requests to Standard Register; requested that some materials be archived (removed from the system so that users cannot order) on 3/12 but as of 3/19, all of the materials were still showing up on the Low Inventory Report, meaning they are not archived, followed up on 3/20 to request again that they be archived, as of 3/25, they still remain in the SMARTworks site as active items |
| 140 | Missed Deadlines | Business Impact | 3/25/2015 | HIGH | Closed | MyCare Handbook print order had to be redirected; order placed on 3/17, requested due date 3/20, no printer proofs as of 3/24, order appeared on Standard Register's tracking log as assigned to a printer on 3/20 but no other activity was noted, upon notifying them of the delivery, they reassigned the job to one of the local printers allowing only three days for proofing and printing, had to meet deadline of 4/1 to go into the assembly of the New Member Kits |

EXHIBIT D

| | Issue Type | Business Implications | Date Issue Raised | Severity | Open/Closed | Description of Issue |
|---|---|---|---|---|---|---|
| 141 | Missed Deadlines | Business Impact | 3/31/2015 | HIGH | Closed | Non PCP Term was not mailed on 3/24 as scheduled, no communication or activity reported on Standard Register daily log regarding this project, after Standard Register investigated, they determined that this project was dropped with a change of personnel between the Standard Register Customer Service Reps; mailing is now scheduled to be dropped into the mail stream one week and one day after the original requested date |
| 142 | Quality | Business Impact | 3/4/2015 | HIGH | Closed | About CareSource flyer; The "faded color" examples came from SMARTworks; Standard Register is identifying which vendor produced this print run and will replenish the inventory on hand with corrected color pieces |
| 143 | Process Issue | Business Impact | 4/3/2015 | HIGH | Closed | SKU Usage is inconsistent between database and SMARTworks site; according to the database was 3,630, SMARTworks site said 7,327, need to have exact amount in order to determine if a re-order is necessary and how many to re-order |
| 144 | System Limitation | Business Impact | 4/3/2015 | HIGH | Closed | Summary Invoicing; Standard Register sent approximately 90 invoices to CareSource for end of month billing; invoices were for business card orders/Print on Demand orders, warehousing fees, and orders sent from the warehouse, invoices were not clear on what we are actually being billed for and we need separate back up documentation to describe what each invoice is for, because of their outdated systems, they are unable to accommodate to much of what we were requesting with the invoices |
| 145 | Process Issue | Business Impact | 4/7/2015 | HIGH | Closed | Process Document not being followed by Standard Register, rep is not uploading images onto the SMARTworks site and is not placing an item into its correct (orderable) catalog on the site when the proof is approved, this makes it a manual process for each of the production team members to continually check on specific items (SKUs) in the SMARTworks site to ensure that they are orderable for our users, and that artwork is up for them to review the piece |
| 146 | Quality | Business Impact | 4/13/2015 | HIGH | Closed | Poor quality #10 window envelopes; CareSource heart logo looks very bad, the purple screens were not printed correctly |