**CERTIFICATE OF SERVICE**

I, Christopher P. Simon, hereby certify that on May 8, 2015, I caused a true and correct copy of the **Objection by CareSource Management Group Co. to the Proposed Assumption and Assignment of Executory Contracts to Which CareSource Management Group Co. is a Party** to be served upon the parties listed below list via CM/ECF and/or as otherwise indicated.

**VIA FIRST CLASS MAIL**
Barbara Becker, Esquire
Michael A. Rosenthal, Esquire
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166

**VIA FIRST CLASS MAIL**
Edward Dobbs, Esquire
James S. Rankin, Jr., Esquire
PARKER, HUDSON, RAINER & DOBBS LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, GA 30303

**VIA HAND DELIVERY**
Michael R. Nestor, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

**VIA HAND DELIVERY**
Mark D. Collins, Esquire
RICHARDS LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Ron Meisler, Esquire
Chirstopher Dressel, Esquire
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 N. Wacker Drive
Chicago, IL 60606

**VIA FIRST CLASS MAIL**
Sharon L. Levine, Esquire
Wojciech Jung, Esquire
LOWENSTEIN SANDLER LLP
65 Livingston Aveune
Roseland, NJ 07068

*/s/ Christopher P. Simon*
Christopher P. Simon (No. 3697)