**EXHIBIT A**

**Verizon Communications Inc. and Its Subsidiaries**

**The Standard Register Company, et al.**
Case No. 15-10541 (BLS)

| Name of Service Provider | Account # | Pre-Petition Balance |
|---|---|---|
| Verizon Business Networks | 5P817712 | $456.13 |
| Verizon Business Networks | Y0012973 | $344.34 |
| Verizon Business Networks | Y2032309 | $16,209.79 |
| Verizon Business Networks | Y2273219 | $133,991.20 |
| Verizon Business Networks | Y2273220 | $1,588.12 |
| Verizon Business Networks | Y2439007 | $4,117.81 |
| Verizon Business Networks | Y2747559 | $2,852.88 |
| Verizon Business Networks | U0135909 | $2,811.44 |
| Verizon Business Networks | U0133185 | $5,863.11 |
| Verizon Business Networks | X250000018117 | $29,341.79 |
| Verizon Business Networks | X259150255915 | $63.45 |
| Verizon Business Networks | X259150255938 | $1,045.39 |
| Verizon Business Networks | X259150252846 | $0.39 |
| Verizon Business Networks | X259150257865 | $1,703.25 |
| Verizon | 2854210639 | $184.82 |
| Verizon | TE0000001130 | $270.40 |
| Verizon | 4134269858603 | $34.03 |
| Verizon | 5083664128076 | $144.97 |
| Verizon | 5085835742201 | $109.02 |
| Verizon | 5085870260500 | $38.52 |
| Verizon | 5088959016332 | $42.56 |
| Verizon | 6174260013356 | $64.56 |
| Verizon | 6175261814781 | $70.90 |
| Verizon | 201Z436659999 | $12.16 |
| Verizon | 2155131502965 | $8.11 |
| Verizon | 4123911013424 | $21.01 |
| Verizon | 7177554125029 | $25.96 |
| Verizon | 717X760123999 | $428.25 |
| Verizon | 7322551719475 | $5.91 |
| Verizon | 9733766016628 | $9.17 |
| Verizon | 9733792074257 | $8.95 |
| Verizon | 2123021730337 | $48.19 |
| Verizon | 2128250109851 | $48.19 |
| Verizon | 2127777292172 | $38.53 |
| Verizon | 0615530517 | $59.97 |
| Verizon | 9516954455 | $106.94 |
| Verizon | 053362992 | $22.90 |
| Verizon Business Networks | 1EX46395 | $28.71 |
| Verizon Business Networks | Y1557541 | $372.82 |
| | TOTAL | $202,594.64 |