# CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing *Objection of Verizon Communications Inc. and its Subsidiaries to Proposed Cure Amounts in Notice of Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially All of the Debtors' Assets* was served this 8th day of May, 2015, electronically through the Court's ECF system and by first class mail, postage prepaid, upon the following:

Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
(Attn: Barbara Becker
and Michael A. Rosenthal)

Young Conaway Stargatt
& Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(Attn: Michael R. Nestor)

Skadden, Arps, Slate,
Meagher & Flom LLP
155 N. Wacker Drive
Chicago, IL 60606
(Attn: Ron Meisler
and Christopher Dressel

Parker, Hudson, Rainer
& Dobbs LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, Georgia 30303
(Attn: Edward Dobbs
and James S. Rankin, Jr.)

Richard Layton & Finger
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(Attn: Mark D. Collins)

Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, NY 10020
(Attn: Sharon L. Levine
and Wojciech Jung)

MCCARTER & ENGLISH, LLP

/s/ William F. Taylor, Jr.
William F. Taylor, Jr. (DE Bar #2936)