**IN THE UNITED STATE BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*, | Case No. 15-10541 (BLS) |
| Debtors | Jointly Administered |
| | Re: Docket Nos., 23, 286 & 307 |

**The Paragon, LP's Statement of Cure Amount**

      The Paragon, LP, by and through its undersigned counsel, hereby identifies the following Cure Amount due and owing by The Standard Register Company ("Debtor"), as follows:

      1.     The Paragon, LP ("Paragon") entered into a lease with Debtor, which commenced on or about April 1, 2014 ("Lease"), a copy of which is attached hereto as Exhibit 1.

      2.     Among other terms, the Lease provides that Debtor will pay monthly rent, operating expenses, and taxes to Paragon and Paragon will lease certain premises to Debtor. Additionally, Paragon is entitled to its costs and attorneys' fees under the Lease. See Exhibit 1, ¶ 19C. The amount owing is unknown at this time.

      3.     As of the date of this Statement of Cure Amount, no amounts are owing under the Lease other than fees incurred by Landlord in connection with the proposed sale and assumption and assignment of its Lease.

      4.     Paragon is entitled to collect future rent and operating expenses during the time between the filing of this Statement of Cure Amount and the time of a sale of substantially all of Debtors' assets and corresponding assumption and assignment of the Lease, and is entitled to enforce all other provisions of the Lease from this date forward.

Dated: May 8, 2015
Denver, Colorado

                                        /s/ *Duncan E. Barber*
                                        Duncan E. Barber, No. 16768
                                        BIEGING SHAPIRO & BARBER LLP
                                        4582 South Ulster Street Parkway, Suite 1650
                                        Denver, Colorado   80237
                                        Telephone:  (720) 488-0220
                                        Facsimile:  (720) 488-7711
                                        dbarber@bsblawyers.com

382189

## CERTIFICATE OF SERVICE

I hereby certify, that on this 8th day of May, 2015, a true and correct copy of the foregoing, ***The Paragon, LP's Statement of Cure Amount***, together with any exhibits or attachments was served via the court's CM/ECF system upon all registered users who have entered an appearance in this case and via first class mail, postage pre-paid upon the following:

Barbara Becker, Esq.
Michael A. Rosenthal, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166

Michael R. Nestor, Esq.
Young Conaway Stargatt & Taylor, LLP
Rodney Square North
1000 North King Street
Wilmington, DE 19801

Ron Meisler, Esq.
Christopher Dressel, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive
Chicago, IL 60606

Edward Dobbs, Esq.
James S. Rankin, Jr., Esq.
Parker, Hudson, Rainer & Dobbs LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, GA 30303

Mark D. Collins, Esq.
Richard Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

Sharon L. Levin, Esq.
Wojciech Jung, Esq.
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, NY 10021

/s/ Duncan E. Barber