**Exhibit D**

**Cure Amount Summary (As of May 6, 2015)**

**Lessor: Cisco Systems Capital Corporation**
**Lessee: The Standard Register Company**

| Contract Name/ Schedule No. | Contract Date | Amounts Due on May 1, 2015 | Amounts Due on June 1, 2015 |
|---|---|---|---|
| Master Agreement To Lease Equipment No. 6670 | 3-Jun-08 | | |
| 001-000 to Master Agreement To Lease Equipment No. 6670 | 17-Jul-08 | $ 1,165.82 | $ 1,165.82 |
| 002-000 to Master Agreement To Lease Equipment No. 6670 | 17-Jul-08 | $ 3,136.41 | $ 3,136.41 |
| 004-000 to Master Agreement To Lease Equipment No. 6670 | 15-Aug-08 | $ 619.26 | $ 619.26 |
| 005-000 to Master Agreement To Lease Equipment No. 6670 | 10-Sep-08 | $ 408.38 | $ 408.38 |
| 006-000 to Master Agreement To Lease Equipment No. 6670 | 18-Sep-08 | $ 7,211.21 | $ 7,211.21 |
| 007-000 to Master Agreement To Lease Equipment No. 6670 | 6-Nov-08 | $ 466.77 | $ 466.77 |
| 008-000 to Master Agreement To Lease Equipment No. 6670 | 18-Feb-09 | $ 510.55 | $ 510.55 |
| 009-000 to Master Agreement To Lease Equipment No. 6670 | 2-Apr-09 | $ 74.85 | $ 74.85 |
| 010-000 to Master Agreement To Lease Equipment No. 6670 | 9-Sep-09 | $ 166.14 | $ 166.14 |
| 011-000 to Master Agreement To Lease Equipment No. 6670 | 3-Dec-09 | $ 963.60 | $ 963.60 |
| 012-000 to Master Agreement To Lease Equipment No. 6670 | 3-Mar-10 | $ 1,118.96 | $ 1,118.96 |
| 013-000 to Master Agreement To Lease Equipment No. 6670 | 22-Jun-10 | $ 563.12 | $ 563.12 |
| | | $ 16,405.07 | $ 16,405.07 |

| | |
|---|---|
| **Cure Amount As of May 1, 2015** | $ 16,405.07 |
| **Cure Amount as of June 1, 2015** | $ 32,810.14 |
| **Future amounts Due from July 1, 2015 through end of Contract term:** | $ 300,163.29 |