**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>Jointly Administered<br><br>Re: Docket Nos. 23, 286, 307 and 356 |

**LIMITED OBJECTION OF APPVION, INC., F/K/A APPLETON PAPERS INC., TO CURE AMOUNTS LISTED IN THE NOTICE OF (I) ENTRY INTO STALKING HORSE AGREEMENT AND (II) POTENTIAL ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH THE SALE OF SUBSTANTIALLY**
<u>**ALL OF THE DEBTORS' ASSETS, AS AMENDED**</u>

Appvion, Inc., f/k/a Appleton Papers Inc. ("<u>Appvion</u>"), by and through its undersigned counsel, hereby files this limited objection (the "<u>Limited Objection</u>") to the cure amounts listed in the Notice of (I) Entry Into Stalking Horse Agreement and (II) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially All of the Debtors' Assets (Docket No. 307) (the "<u>Assumption Notice</u>") as amended (Docket No. 356) (the "<u>Amended Assumption Notice</u>," and together with the Assumption Notice, the "<u>Notices</u>"). In support of its Limited Objection, Appvion states as follows:

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

**SUMMARY**

The Debtors seek to assume and assign various contracts with Appvion, and have proposed a cure amount for the assumption and assignment of a certain Sales and Purchase Agreement (the "Agreement"), as set forth in the Notices. While Appvion does not object to the assumption and assignment of the Agreement, it believes that the cure amount for the Agreement as set forth in the Notices is understated, and therefore, objects to the proposed cure amount for the reasons stated herein.

**LIMITED OBJECTION**

1. The Debtors filed a motion to sell substantially all of their assets, which also set forth certain procedures in connection with the assumption and assignment of contracts. See Docket No. 23 (the "Sale Motion"). The Court entered an Order with regard to the Sale Motion. See Docket No. 286 (the "Sale Procedures Order"). The Debtors filed the Notices in furtherance of the Sale Motion and Sale Procedures Order.

2. In the Notices, the Debtors state their intention to assume and assign various contracts in connection with the sale of their assets. The Notices set forth proposed cure amounts to be paid in connection with the assumption and assignment of the identified contracts. The Notices set forth procedures to be followed in objecting to any proposed assumption and assignment and any proposed cure amount.

3. The Notices seek to assume and assign contracts with Appleton Papers Inc., now known as Appvion. The Notices set the proposed cure amount related to the assumption and assignment of the Agreement as $575,979.04 (the "Proposed Cure Amount").

4. Upon information and belief, the Debtors currently owe Appvion approximately $1,048,121.66. A summary itemizing the currently due and invoiced amounts owing, is attached

hereto as **Exhibit A**. Copies of the supporting invoices will be provided to Counsel for the Debtor, separately.

5. Section 365(b) of the Bankruptcy Code requires that the Debtors cure (or provide adequate assurance of cure of) all defaults prior to any assumption of a contract. Accordingly, Appvion objects to the Proposed Cure Amount set forth in the Notices, as such amount should be $1,048,121.66.

6. Appvion reserves its right to supplement or amend this Limited Objection, to include any additional amounts due and owing to Appvion under the Agreement if warranted.

7. Appvion further objects to the Notices because the Debtors have not provided to Appvion adequate assurance of future performance by the assignee of the executory contracts as required by §365(b)(1)(C) of the Bankruptcy Code. Appvion hereby requests such adequate assurance.

[*Remainder Of Page Intentionally Left Blank*]

WHEREFORE, Appvion respectfully requests that this Court enter an Order (i) conditioning any assumption and assignment of the Agreement on the payment in full of all amounts owed by the Debtors to Appvion; (ii) requiring adequate assurance of future performance; and (iii) ordering such other and further relief as the Court deems just and proper.

| | |
|---|---|
| Dated: May 8, 2015<br>      Wilmington, Delaware | DUANE MORRIS LLP<br><br>*/s/ Jarret P. Hitchings*<br>Jarret P. Hitchings (DE 5564)<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE 19801<br>Telephone: 302.657.4900<br>Facsimile: 302.657.4901<br>Email: JPHitchings@duanemorris.com<br><br>-and-<br><br>Jeffrey W. Spear, Esq.<br>1540 Broadway<br>New York, NY 10036<br>Telephone: (212) 692-1000<br>Facsimile: (212) 692-1020<br>Email: JWSpear@duanemorris.com<br><br>*Counsel for Appvion, Inc.* |