# EXHIBIT A

**Standard Register Pre-Petition Account Summary**
**As of 5/8/2015**

3/12/2015 date of Ch. 11 filing
2/20/2015 20 days prior to filing
1/26/2015 45 days prior to filing

**APPVION, INC.**

| Payor Number | Customer Number | Customer Name | Doc Type | Document Number | Invoice Date | Due Date | Open Amount | Trans Curr | Purchase Order / Reference # | Sales Order Number | SO Doc Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 63759 | 56321 | STANDARD REGISTER - FAYETTEVILLE | DM | 11526455 | 04/01/15 | 05/05/15 | 7,855.63 | USD | 00720711 | 81644 | DB |
| 63759 | 56321 | STANDARD REGISTER - FAYETTEVILLE | IN | 11510599 | 03/11/15 | 04/15/15 | 292.45 | USD | 00720711 | 1057663 | SO |
| 63759 | 186115 | STANDARD REGISTER - LIVERMORE | IN | 11510542 | 03/10/15 | 04/05/15 | 12,938.18 | USD | 08500293 | 1057993 | SO |
| 63759 | 64891 | STANDARD REGISTER - RADCLIFF | IN | 11510525 | 03/10/15 | 03/31/15 | 224.32 | USD | 07705092 | 1051310 | SO |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | DM | 11509810 | 03/10/15 | 04/05/15 | 2,105.67 | USD | OH30021364 | 80899 | DB |
| 63759 | 59443 | STANDARD REGISTER - YORK | IN | 11509765 | 03/10/15 | 04/05/15 | 1,503.59 | USD | 00618441 | 1057285 | SO |
| 63759 | 59443 | STANDARD REGISTER - YORK | IN | 11509764 | 03/10/15 | 04/05/15 | 13,819.03 | USD | 00618420 | 1056734 | SO |
| 63759 | 186114 | STANDARD REGISTER - GOSHEN | IN | 11509715 | 03/09/15 | 04/05/15 | 1,858.58 | USD | 01401534 | 1057416 | SO |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11509714 | 03/09/15 | 04/05/15 | 2,190.63 | USD | OH30021395 | 1057846 | SO |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11509713 | 03/09/15 | 04/05/15 | 12,760.82 | USD | OH30021374 | 1054731 | SO |
| 63759 | 160698 | STANDARD REGISTER - SHELBYVILLE | IN | 11509705 | 03/09/15 | 04/05/15 | 7,562.58 | USD | 01114589 | 1057419 | SO |
| 63759 | 186115 | STANDARD REGISTER - LIVERMORE | IN | 11507934 | 03/06/15 | 04/05/15 | 6,606.26 | USD | 08500289 | 1057717 | SO |
| 63759 | 186115 | STANDARD REGISTER - LIVERMORE | IN | 11507933 | 03/06/15 | 04/05/15 | 528.39 | USD | 08500280 | 1057331 | SO |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11507932 | 03/06/15 | 04/05/15 | 1,352.55 | USD | OH30021393 | 1057679 | SO |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11507931 | 03/06/15 | 04/05/15 | 1,006.51 | USD | OH30021391 | 1057256 | SO |
| 63759 | 186115 | STANDARD REGISTER - LIVERMORE | IN | 11507073 | 03/05/15 | 04/05/15 | 3,893.89 | USD | 08500282 | 1057383 | SO |
| 63759 | 186115 | STANDARD REGISTER - LIVERMORE | IN | 11507072 | 03/05/15 | 04/05/15 | 592.99 | USD | 08500258 | 1055969 | SO |
| 63759 | 186114 | STANDARD REGISTER - GOSHEN | IN | 11507071 | 03/05/15 | 04/05/15 | 1,726.36 | USD | 01401514 | 1056808 | SO |
| 63759 | 186114 | STANDARD REGISTER - GOSHEN | IN | 11507070 | 03/05/15 | 04/05/15 | 26,269.33 | USD | 01401461 | 1055533 | SO |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11507069 | 03/05/15 | 04/05/15 | 414.47 | USD | OH30021388 | 1056858 | SO |
| 63759 | 160698 | STANDARD REGISTER - SHELBYVILLE | IN | 11507057 | 03/05/15 | 04/05/15 | 1,375.79 | USD | 01114589 | 1057419 | SO |
| 63759 | 59443 | STANDARD REGISTER - YORK | IN | 11507014 | 03/05/15 | 04/05/15 | 792.70 | USD | 00618454 | 1057453 | SO |
| 63759 | 59443 | STANDARD REGISTER - YORK | IN | 11507013 | 03/05/15 | 04/05/15 | 23,415.44 | USD | 00618441 | 1057285 | SO |
| 63759 | 186115 | STANDARD REGISTER - LIVERMORE | IN | 11506231 | 03/04/15 | 04/05/15 | 29,086.59 | USD | 08500280 | 1057331 | SO |
| 63759 | 186114 | STANDARD REGISTER - GOSHEN | IN | 11506230 | 03/04/15 | 04/05/15 | 17,953.23 | USD | 01401522 | 1057043 | SO |
| 63759 | 186114 | STANDARD REGISTER - GOSHEN | IN | 11506229 | 03/04/15 | 04/05/15 | 3,330.37 | USD | 01401492 | 1056379 | SO |
| 63759 | 186114 | STANDARD REGISTER - GOSHEN | IN | 11506228 | 03/04/15 | 04/05/15 | 18,898.54 | USD | 01401491 | 1056377 | SO |
| 63759 | 186114 | STANDARD REGISTER - GOSHEN | IN | 11506227 | 03/04/15 | 04/05/15 | 3,343.74 | USD | 01401416 | 1054351 | SO |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11506226 | 03/04/15 | 04/05/15 | 22,667.34 | USD | OH30021391 | 1057256 | SO |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11506225 | 03/04/15 | 04/05/15 | 1,627.58 | USD | OH30021388 | 1056858 | SO |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11506224 | 03/04/15 | 04/05/15 | 3,907.73 | USD | OH30021378 | 1055515 | SO |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11506223 | 03/04/15 | 04/05/15 | 442.85 | USD | OH30021375 | 1055133 | SO |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11506222 | 03/04/15 | 04/05/15 | 15,054.02 | USD | OH30021374 | 1054731 | SO |

**Standard Register Pre-Petition Account Summary**
**As of 5/8/2015**

3/12/2015 date of Ch. 11 filing
2/20/2015 20 days prior to filing
1/26/2015 45 days prior to filing

**APPVION, INC.**

| Payor Number | Customer Number | Customer Name | Doc Type | Document Number | Invoice Date | Due Date | Open Amount | Trans Curr | Purchase Order / Reference # | Sales Order Number | SO Doc Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11506221 | 03/04/15 | 04/05/15 | 1,176.79 | USD | OH30021370 | 1054198 | SO |
| 63759 | 160698 | STANDARD REGISTER - SHELBYVILLE | IN | 11506214 | 03/04/15 | 04/05/15 | 2,247.63 | USD | 01114586 | 1056912 | SO |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11505517 | 03/03/15 | 04/05/15 | 32,155.66 | USD | OH30021386 | 1056673 | SO |
| 63759 | 186115 | STANDARD REGISTER - LIVERMORE | IN | 11505387 | 03/03/15 | 04/05/15 | 12,616.25 | USD | 08500276 | 1057023 | SO |
| 63759 | 186115 | STANDARD REGISTER - LIVERMORE | IN | 11505386 | 03/03/15 | 04/05/15 | 1,271.69 | USD | 08500275 | 1057022 | SO |
| 63759 | 186115 | STANDARD REGISTER - LIVERMORE | IN | 11505385 | 03/03/15 | 04/05/15 | 1,270.87 | USD | 08500250 | 1055557 | SO |
| 63759 | 186114 | STANDARD REGISTER - GOSHEN | IN | 11504617 | 03/02/15 | 04/05/15 | 3,095.06 | USD | 01401493 | 1056380 | SO |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11504616 | 03/02/15 | 04/05/15 | 45,970.10 | USD | OH30021388 | 1056858 | SO |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11504615 | 03/02/15 | 04/05/15 | 725.87 | USD | OH30021370 | 1054198 | SO |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11504614 | 03/02/15 | 04/05/15 | 2,602.63 | USD | OH30021360 | 1052869 | SO |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11504613 | 03/02/15 | 04/05/15 | 1,048.61 | USD | OH30021358 | 1052582 | SO |
| 63759 | 56471 | STANDARD REGISTER - MURFREESBORO | IN | 11504547 | 03/02/15 | 04/05/15 | 615.70 | USD | 00519378 | 1056834 | SO |
| 63759 | 186114 | STANDARD REGISTER - GOSHEN | IN | 11503911 | 03/01/15 | 04/05/15 | 5,278.08 | USD | 01401478 | 1055879 | SO |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11503910 | 03/01/15 | 04/05/15 | 1,059.88 | USD | OH30021386 | 1056673 | SO |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11503909 | 03/01/15 | 04/05/15 | 1,063.97 | USD | OH30021370 | 1054198 | SO |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11503908 | 03/01/15 | 04/05/15 | 8,405.40 | USD | OH30021358 | 1052582 | SO |
| 63759 | 160698 | STANDARD REGISTER - SHELBYVILLE | IN | 11503906 | 03/01/15 | 04/05/15 | 20,637.78 | USD | 01114580 | 1056214 | SO |
| 63759 | 56471 | STANDARD REGISTER - MURFREESBORO | IN | 11503879 | 03/01/15 | 04/05/15 | 32,944.82 | USD | 00519370 | 1056419 | SO |
| 63759 | 59443 | STANDARD REGISTER - YORK | IN | 11502838 | 02/27/15 | 03/25/15 | 950.39 | USD | 00618387 | 1055944 | SO |
| 63759 | 59443 | STANDARD REGISTER - YORK | IN | 11502837 | 02/27/15 | 03/25/15 | 60,507.56 | USD | 00618293 | 1054055 | SO |
| 63759 | 56321 | STANDARD REGISTER - FAYETTEVILLE | IN | 11502760 | 02/27/15 | 03/25/15 | 767.15 | USD | 00720706 | 1056644 | SO |
| 63759 | 102564 | STANDARD REGISTER - DAYTON | IN | 11502007 | 02/23/15 | 03/25/15 | 4,151.50 | USD | 2674256 | 12159080 | SO |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | DM | 11501997 | 02/25/15 | 03/25/15 | 1,060.40 | USD | OH30021319 | 80680 | DB |
| 63759 | 186114 | STANDARD REGISTER - GOSHEN | IN | 11501973 | 02/26/15 | 03/25/15 | 1,535.57 | USD | 01401479 | 1055945 | SO |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11501972 | 02/26/15 | 03/25/15 | 20,132.92 | USD | OH30021381 | 1056453 | SO |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11501971 | 02/26/15 | 03/25/15 | 3,734.24 | USD | OH30021374 | 1054731 | SO |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11501970 | 02/26/15 | 03/25/15 | 1,294.40 | USD | OH30021358 | 1052582 | SO |
| 63759 | 59443 | STANDARD REGISTER - YORK | IN | 11501931 | 02/26/15 | 03/25/15 | 761.44 | USD | 00618387 | 1055944 | SO |
| 63759 | 186115 | STANDARD REGISTER - LIVERMORE | IN | 11501170 | 02/25/15 | 03/25/15 | 8,409.56 | USD | 08500261 | 1056247 | SO |
| 63759 | 186115 | STANDARD REGISTER - LIVERMORE | IN | 11501169 | 02/25/15 | 03/25/15 | 7,396.79 | USD | 08500258 | 1055969 | SO |
| 63759 | 186115 | STANDARD REGISTER - LIVERMORE | IN | 11501168 | 02/25/15 | 03/25/15 | 1,089.91 | USD | 08500249 | 1055226 | SO |
| 63759 | 186114 | STANDARD REGISTER - GOSHEN | IN | 11501167 | 02/25/15 | 03/25/15 | 1,625.76 | USD | 01401467 | 1055577 | SO |
| 63759 | 186114 | STANDARD REGISTER - GOSHEN | IN | 11501166 | 02/25/15 | 03/25/15 | 18,303.75 | USD | 01401466 | 1055556 | SO |

**Standard Register Pre-Petition Account Summary**
**As of 5/8/2015**

3/12/2015 date of Ch. 11 filing
2/20/2015 20 days prior to filing
1/26/2015 45 days prior to filing

**APPVION, INC.**

| Payor Number | Customer Number | Customer Name | Doc Type | Document Number | Invoice Date | Due Date | Open Amount | Trans Curr | Purchase Order / Reference # | Sales Order Number | SO Doc Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 63759 | 186114 | STANDARD REGISTER - GOSHEN | IN | 11501165 | 02/25/15 | 03/25/15 | 1,418.96 | USD | 01401460 | 1055532 | SO |
| 63759 | 186114 | STANDARD REGISTER - GOSHEN | IN | 11501164 | 02/25/15 | 03/25/15 | 3,531.32 | USD | 01401458 | 1055530 | SO |
| 63759 | 102564 | STANDARD REGISTER - DAYTON | IN | 11501147 | 02/25/15 | 03/25/15 | 5,998.18 | USD | 2603201 | 12159000 | SO |
| 63759 | 59443 | STANDARD REGISTER - YORK | IN | 11500387 | 02/25/15 | 03/25/15 | 7,894.91 | USD | 00618387 | 1055944 | SO |
| 63759 | 186114 | STANDARD REGISTER - GOSHEN | IN | 11499434 | 02/23/15 | 03/25/15 | 758.76 | USD | 01401432 | 1055000 | SO |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11499433 | 02/23/15 | 03/25/15 | 19,993.49 | USD | OH30021379 | 1055801 | SO |
| 63759 | 59443 | STANDARD REGISTER - YORK | IN | 11499379 | 02/23/15 | 03/25/15 | 3,193.37 | USD | 000618235 | 1052936 | SO |
| 63759 | 59443 | STANDARD REGISTER - YORK | IN | 11498772 | 02/23/15 | 03/25/15 | 19,231.99 | USD | 00618367 | 1055441 | SO |
| 63759 | 186114 | STANDARD REGISTER - GOSHEN | IN | 11498707 | 02/22/15 | 03/25/15 | 3,295.20 | USD | 01401416 | 1054351 | SO |
| 63759 | 186115 | STANDARD REGISTER - LIVERMORE | IN | 11497878 | 02/20/15 | 03/15/15 | 7,601.55 | USD | 08500250 | 1055557 | SO |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11497877 | 02/20/15 | 03/15/15 | 8,235.07 | USD | OH30021378 | 1055515 | SO |
| 63759 | 57268 | STANDARD REGISTER - TAMPA | IN | 11497768 | 02/20/15 | 03/15/15 | 7,423.46 | USD | 01835370 | 1052524 | SO |
| 63759 | 102564 | STANDARD REGISTER - DAYTON | IN | 11496213 | 02/19/15 | 03/15/15 | 12,554.40 | USD | 6961039. | 12158920 | SO |
| 63759 | 186115 | STANDARD REGISTER - LIVERMORE | IN | 11496107 | 02/18/15 | 03/15/15 | 14,619.34 | USD | 08500249 | 1055226 | SO |
| 63759 | 186114 | STANDARD REGISTER - GOSHEN | IN | 11496106 | 02/18/15 | 03/15/15 | 9,135.06 | USD | 01401420 | 1054437 | SO |
| 63759 | 186114 | STANDARD REGISTER - GOSHEN | IN | 11496105 | 02/18/15 | 03/15/15 | 10,730.36 | USD | 01401419 | 1054435 | SO |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11496104 | 02/18/15 | 03/15/15 | 18,643.15 | USD | OH30021375 | 1055133 | SO |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11496102 | 02/18/15 | 03/15/15 | 1,516.20 | USD | OH30021374 | 1054731 | SO |
| 63759 | 59443 | STANDARD REGISTER - YORK | IN | 11494381 | 02/17/15 | 03/15/15 | 1,167.09 | USD | 00618316 | 1054407 | SO |
| 63759 | 59443 | STANDARD REGISTER - YORK | IN | 11494380 | 02/17/15 | 03/15/15 | 39,156.00 | USD | 00618315 | 1054384 | SO |
| 63759 | 59443 | STANDARD REGISTER - YORK | IN | 11494379 | 02/17/15 | 03/15/15 | 17,016.73 | USD | 000618235 | 1052936 | SO |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11494343 | 02/16/15 | 03/15/15 | 7,674.50 | USD | OH30021374 | 1054731 | SO |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11494342 | 02/16/15 | 03/15/15 | 1,991.63 | USD | OH30021364 | 1053623 | SO |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11494341 | 02/16/15 | 03/15/15 | 2,901.16 | USD | OH30021358 | 1052582 | SO |
| 63759 | 59443 | STANDARD REGISTER - YORK | IN | 11493736 | 02/16/15 | 03/15/15 | 10,291.52 | USD | 00618235 | 1052936 | SO |
| 63759 | 186114 | STANDARD REGISTER - GOSHEN | IN | 11493674 | 02/15/15 | 03/15/15 | 1,674.17 | USD | 01401393 | 1053602 | SO |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11493673 | 02/15/15 | 03/15/15 | 1,823.29 | USD | OH30021368 | 1053928 | SO |
| 63759 | 57268 | STANDARD REGISTER - TAMPA | IN | 11492519 | 02/13/15 | 03/15/15 | 3,909.29 | USD | 01835344 | 1052240 | SO |
| 63759 | 160698 | STANDARD REGISTER - SHELBYVILLE | IN | 11491898 | 02/13/15 | 03/15/15 | 651.54 | USD | 01114561 | 1054186 | SO |
| 63759 | 160698 | STANDARD REGISTER - SHELBYVILLE | IN | 11491897 | 02/13/15 | 03/15/15 | 10,522.67 | USD | 01114560 | 1054181 | SO |
| 63759 | 59443 | STANDARD REGISTER - YORK | IN | 11491866 | 02/13/15 | 03/15/15 | 34,899.59 | USD | 00618308 | 1054189 | SO |
| 63759 | 59443 | STANDARD REGISTER - YORK | IN | 11491865 | 02/13/15 | 03/15/15 | 5,797.29 | USD | 00618286 | 1053954 | SO |
| 63759 | 59443 | STANDARD REGISTER - YORK | IN | 11491864 | 02/13/15 | 03/15/15 | 6,560.42 | USD | 00618208 | 1052477 | SO |

**Standard Register Pre-Petition Account Summary**
**As of 5/8/2015**

3/12/2015 date of Ch. 11 filing
2/20/2015 20 days prior to filing
1/26/2015 45 days prior to filing

**APPVION, INC.**

| Payor Number | Customer Number | Customer Name | Doc Type | Document Number | Invoice Date | Due Date | Open Amount | Trans Curr | Purchase Order / Reference # | Sales Order Number | SO Doc Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 63759 | 186115 | STANDARD REGISTER - LIVERMORE | IN | 11491784 | 02/12/15 | 03/15/15 | 12,243.30 | USD | 0850246 | 1054309 | SO |
| 63759 | 186114 | STANDARD REGISTER - GOSHEN | IN | 11491783 | 02/12/15 | 03/15/15 | 8,912.02 | USD | 01401371 | 1053043 | SO |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11491782 | 02/12/15 | 03/15/15 | 8,510.17 | USD | OH30021370 | 1054198 | SO |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11491781 | 02/12/15 | 03/15/15 | 5,101.65 | USD | OH30021362 | 1053528 | SO |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11491780 | 02/12/15 | 03/15/15 | 728.45 | USD | OH30021353 | 1052178 | SO |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11491779 | 02/12/15 | 03/15/15 | 26,281.52 | USD | OH30021345 | 1051239 | SO |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11491010 | 02/12/15 | 03/15/15 | 31,969.14 | USD | OH30021368 | 1053928 | SO |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11491009 | 02/12/15 | 03/15/15 | 7,451.11 | USD | OH30021345 | 1051239 | SO |
| 63759 | 186114 | STANDARD REGISTER - GOSHEN | IN | 11490920 | 02/11/15 | 03/15/15 | 80,042.21 | USD | 01401371 | 1053043 | SO |
| 63759 | 186093 | STANDARD REGISTER - COLDWATER | IN | 11490919 | 02/11/15 | 03/15/15 | 4,200.72 | USD | OH30021364 | 1053969 | SO |
| 63759 | 102564 | STANDARD REGISTER - DAYTON | IN | 11485342 | 02/04/15 | 03/05/15 | 4,161.72 | USD | 6961039A. | 12158916 | SO |
| 63759 | 186114 | STANDARD REGISTER - GOSHEN | IN | 11477387 | 01/25/15 | 02/25/15 | 1,614.94 | USD | 01401301 | 1050895 | SO |
| 63759 | 186114 | STANDARD REGISTER - GOSHEN | IN | 11477385 | 01/25/15 | 02/25/15 | 1,786.77 | USD | 01401285 | 1050360 | SO |
| | | | | | | | 1,048,121.66 | | | | |