# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>Jointly Administered<br><br>Re: Docket Nos. 23, 286, 307 and 356 |

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of May, 2015, a copy of the *Limited Objection Of Appvion, Inc., F/K/A Appleton Papers Inc., To Cure Amounts Listed In The Notice Of (I) Entry Into Stalking Horse Agreement And (Ii) Potential Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases In Connection With The Sale Of Substantially All Of The Debtors' Assets, As Amended*, was served on all parties requesting service via ECF notification and on the parties listed below by regular mail on the 8th day of May, 2015, as follows:

Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166
Attn: Barbara Becker and
Michael A. Rosenthal

Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Attn: Michael R. Nestor

Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Walker Drive
Chicago, Illinois 60606
Attn: Ron Meisler and
Christopher Dressel

Parker, Hudson, Rainer & Dobbs LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, Georgia 30303
Attn: Edward Dobbs and
 James S. Rankin, Jr.

DM3\3291086.1

| | |
|---|---|
| Richard Layton & Finger<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Attn: Mark D. Collins | Lowenstein Sandler LLP<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Attn: Sharon L. Levine and<br>Wojciech Jung |
| Dated: May 8, 2015<br>       Wilmington, Delaware | DUANE MORRIS LLP<br><br>*/s/ Jarret P. Hitchings*<br>Jarret P. Hitchings (DE 5564)<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE  19801<br>Telephone:  302.657.4900<br>Facsimile:  302.657.4901<br>Email:  JPHitchings@duanemorris.com<br><br>*Counsel for Appvion, Inc.* |