# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| THE STANDARD REGISTER COMPANY, <u>et al</u>., | ) Case No. 15-10541 (BLS) |
| | ) |
| | ) Jointly Administered |
| Debtors. | ) |

## **CERTIFICATE OF SERVICE**

I, James E. Huggett, hereby certify that on May 8, 2015, I served a copy of *Oracle's Limited Objection To And Reservation Of Rights Regarding (1) Debtors' Motion For An Order (A) Approving The Sale Of Substantially All Of The Debtors' Assets And (B) Authorizing The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases In Connection With The Sale; And (2) Notice Of (I) Entry Into Stalking Horse Agreement And (II) Potential Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases In Connection With The Sale Of Substantially All Of The Debtors' Assets* on the parties listed on the attached service list via electronic mail.

/s/ James E. Huggett  
James E. Huggett, Esq. (#3956)