Barbara Becker, Esq.
Michael A. Rosenthal, Esq.
GIBSON DUNN & CRUTCHER, LLP
200 Park Avenue
New York, New York 10166
bbecker@gibsondunn.com
mrosenthal@gibsondunn.com

Michael R. Nestor, Esq.
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square, 1000 North King Street
Wilmington, DE 19801
mnestor@ycst.com

Mark S. Kenney, Esq.
OFFICE OF THE UNITED STATES TRUSTEE
District of Delaware
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899
mark.s.kenney@usdoj.gov

Ron Meisler, Esq.
Christopher Dressel, Esq.
SKADDEN ARPS SLATE MEAGHER & FLOM, LLP
155 N. Wacker Drive
Chicago, IL 60606
ron.meisler@skadden.com
Christopheer.dressel@skadden.com

Edward Dobbs, Esq.
James S. Rankin, Jr.
PARKER, HUDSON, RAINER & DOBBS, LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, GA 30303
edobbs@phrd.com
jrankin@phrd.com

Mark D. Collins, Esq.
Richards Layton & Finger, LLP
One Rodney Square
920 North Market Street
Wilmington, DE 19801
Collins@rlf.com

Sharon J. Levine, Esq.
Wojciecj Jung, Esq.
Lowenstein Sandler, LLP
1251 Avenue of the Americas
New York, New York 10020
slevine@lowenstein.com
wjung@lowenstein.com