# Exhibit A

## SCHEDULE OF XEROX CONTRACTS/LEASES

| Description of Agreement | Proposed Cure Amount ($) |
|---|---:|
| Document Storage and Purchase Agreement | $0.00 |
| Rental Agreement | $0.00 |
| Sale/Maintenance Agreement | $0.00 |
| Xerox iGen4 Press Customer Expectations Agreement | $102,264.36 |
| Purchase Agreement | $0.00 |
| WorkflowOne Purchase Order 251938 | $0.00 |
| Demonstration Agreement | $0.00 |
| Managed Services Agreement | $903,640.37 |
| Sale Maintenance Agreement | $0.00 |
| Sale/Maintenance Agreement | $0.00 |
| Commercial Print Services Agreement | $0.00 |
| Fixed Purchase Option Lease I Fixed Pricing for Term of Agreement<br>Xerox Order Agreement | $0.00 |
| Non-Disclosure Agreement | $0.00 |
| Software Order | $0.00 |
| Managed Services Order | $0.00 |