# DAVIS | KUELTHAU
## attorneys at law

May 7, 2015

VIA OVERNIGHT MAIL

Clerk of Courts
U.S. Bankrupcty Court
 for the District of Delaware
824 North Market Street
Wilmington, DE 19801

Young Conaway Stargatt & Taylor LLP
Attn: Michael Nestor
Rodney Square
1000 North King Street
Wilmington, DE 19801

Parker Hudson Rainer & Dobbs LLP
Attn: Edward Dobbs & James Rankin, Jr.
1500 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, GA 30303

Gibson Dunn & Crutcher LLC
Attn: Barbara Becker & Michael Rosenthal
200 Park Avenue
New York, NY 10166

Skadden Arps Slate Meagher & Flom LLP
Attn: Ron Miesler & Christopher Dressel
155 N. Wacker Drive
Chicago, IL 60606

Richard Layton & Finger
Attn: Mark Collins
One Rodney Square
920 North King Street
Wilmington, DE 19801

Lowenstein Sandler LLP
Attn: Sharon Lewis & Wojciech Jung
1251 Avenue of the Americas
New York, NY 10020

Re:   In re The Standard Register Company, et al.; Chapter 11, Case No. 15-10541-BLS

Please be advised that HM Graphics, Inc. hereby objects to the Proposed Cure Amount as presented in the notice of Potential Assumption and Assignment Schedule of $245,031.72. (See attached).

The actual cure amount is $258,454.08 for goods purchased prior to March 12, 2015. Attached hereto is a recap and spreadsheets. Copies of the invoices are voluminous. We will be happy to provide copies of the invoices upon request. Thank you.

Very truly yours,

Davis & Kuelthau, s.c.

*[signature]*

Russell S. Long

Phone 414.276.0200  Direct 414.225.1456  Fax 414.276.3656
111 E. Kilbourn Avenue Suite 1400, Milwaukee, WI 53202
rlong@dkattorneys.com

BROOKFIELD | GREEN BAY | MADISON | MILWAUKEE | OSHKOSH | SHEBOYGAN

www.dkattorneys.com