Standard SRF 2404 SVC CURE PACK ID 1654 MML ID 1293114
HM Graphics Inc
7840 West Hicks St
Milwaukee WI 53219

## Exhibit 1

Potential Assignment Schedule

| Contract Counterparty | Description of Agreement | Proposed Cure Amount ($) |
|---|---|---|
| HM Graphics Inc | Preferred Certified Supplier Agreement | $245,031.72 |
| HM Graphics, Inc. | PREFERRED CERTIFIED SUPPLIER AGREEMENT | $0.00 |

RECAP

**HM Graphics Inc.**
**Standard Register A/R**
recap of outstanding invoices and expected rebates
Pre-Petition Invoices

| | Group | Open Invoices | expected rebates | net |
|---|---|---|---|---|
| S01911 Standard Register (HP) | A | $147,660.00 | $ (7,383.00) | $140,277.00 |
| S02078 Standard Register (GIA) | B | $ 61,485.30 | $ (2,808.75) | $ 58,676.55 |
| W02294 Stnd Reg - WFO | C | $ 62,385.81 | $ (2,885.28) | $ 59,500.53 |
| | | $271,531.11 | $(13,077.03) | $258,454.08 |
| Amount of Cure listed | | | | (245,031.72) |
| Additional Amount due | | | | 13,422.36 |

[S01911 Scott STMT] 5/6/2015 — send stmts to Sandra Lay <Sandra.Lay@standardregister.com> — page 1 of 1

## Standard Register (- S01911)

| CLIENT # | JOB | Job Description | First FG Ship date | Last FG Ship date | PO / STAR # | code | Invoice # | Invoice Date | Sales | Freight | Postage / no rebate or discount | Invoice Value | Open Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S01911 | 65449 | HP THIN CLIENT INT. HEALTHCARE MKTG DM | 01/30/15 | 02/02/15 | 2147966 | A | 1 | 57368 | 01/30/15 | $ 1,569.00 | | | $ 1,569.00 | $ 1,569.00 |
| S01911 | 65136 | (295752) MicroCenter Guides (CPX1911387);Ink G | 02/06/15 | 02/06/15 | 7473553 | A | 2 | 57470 | 02/16/15 | $ 16,899.00 | | | $ 16,899.00 | $ 16,899.00 |
| S01911 | 65350 | (296156) BBY Officejet Pro 8610 Backwall and she | 02/03/15 | 02/03/15 | 2408890 | A | 3 | 57494 | 02/16/15 | $ 5,882.00 | | | $ 5,882.00 | $ 5,882.00 |
| S01911 | 65373 | 296414 3-sku ENVY Ethernet RevsRegional Fact | 02/12/15 | 02/12/15 | 2603397 | A | 4 | 57495 | 02/16/15 | $ 1,718.00 | | | $ 1,718.00 | $ 1,718.00 |
| S01911 | 65348 | (HPAS-7021) COSTCO INVENTORY REPLENISH | 02/13/15 | 02/13/15 | 2054288 | A | 5 | 57493 | 02/19/15 | $ 22,780.00 | | | $ 22,780.00 | $ 22,780.00 |
| S01911 | 65281 | (27924) STREAM FAMILY ENDCAP FOR STAPLE | 02/13/15 | 02/13/15 | 2603222 | A | 6 | 57582 | 02/24/15 | $ 13,324.00 | | | $ 13,324.00 | $ 13,324.00 |
| S01911 | 65448 | BJ'S OJ 5745 MERCH '15 (296510) BACKWALLC | 02/19/15 | 02/19/15 | 2603392 | A | 7 | 57584 | 02/24/15 | $ 6,639.00 | | | $ 6,639.00 | $ 6,639.00 |
| S01911 | 65587 | (296522) SC BACKWALL REDESIGN - REPRINTI | 02/20/15 | 02/20/15 | 0 | A | 8 | 57585 | 02/24/15 | $ 1,853.00 | | | $ 1,853.00 | $ 1,853.00 |
| S01911 | 65506 | (296469) STAPLES HP PRINTER SHOWCASE R | 02/26/15 | 02/26/15 | | A | 9 | 57637 | 02/27/15 | $ 1,376.00 | | | $ 1,376.00 | $ 1,376.00 |
| S01911 | 65440 | MICRO CENTER NON-INSTANT INK SCANBED | 02/26/15 | 02/26/15 | | A | 10 | 57638 | 02/27/15 | $ 6,218.00 | | | $ 6,218.00 | $ 6,218.00 |
| S01911 | 65263 | CPX 1911712 PPS LES AMS US FY 15 BUILT WI | 02/19/15 | 02/24/15 | | A | 11 | 57639 | 02/27/15 | $ 3,900.00 | | | $ 3,900.00 | $ 3,900.00 |
| S01911 | 65264 | CPX 1923619 PPS LES AMS US FY 15 BUILT WI | 03/03/15 | 03/03/15 | 2055099 | A | 12 | 57687 | 03/06/15 | $ 53,710.00 | | | $ 53,710.00 | $ 53,710.00 |
| S01911 | 65645 | (296659) BEST BUY INSTANT INK BROCHURE: | 03/09/15 | 03/09/15 | 0 | A | 13 | 57792 | 03/18/15 | $ 2,686.00 | | | $ 2,686.00 | $ 2,686.00 |
| S01911 | 65533 | Q2 stream family endcap | 03/06/15 | 03/06/15 | 2699721 | A | 14 | 57790 | 03/19/15 | $ 9,106.00 | | | $ 9,106.00 | $ 9,106.00 |
| | | | | | | | | | $147,660.00 | $ - | | $ 147,660.00 | $147,660.00 |
| S01911 | | Estimated Rebate at 5% | N/A | N/A | REBATE | | | | | | | | $ (7,383.00) |
| | | | | | | | | | | | | $ | $ (7,383.00) |
| | | | | | | | | | | | | | $140,277.00 |

 Group A

[S02078 Dan STMT] 5/6/2015 — send stmts to Jean Kessel <Jean.Kessel@standardregister.com>

## Standard Register (- S02078)

| CLIENT # | JOB | Job Description | First FG Ship date | Last FG Ship date | PO / STAR # | code | Invoice # | Invoice Date | Sales | Freight | Postage / no rebate or discount | Invoice Value | Open Balance | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S02078 | 65056 | INDIGO - LM TELEPHONE MAGENTS, QTY: 1ML | 12/4/14 | 12/4/14 | 5687572 | B | 1 | 56988 | 01/09/15 | $ 1,259.00 | | | $ 1,259.00 | $ 1,259.00 | |
| S02078 | 64748 | (INDIGO) - LIBERTY MANAGEMENT SYSTEM CA | 10/29/14 | 10/30/14 | 5687758 | B | 2 | 57044 | 01/13/15 | $ 1,180.00 | | | $ 1,180.00 | $ 1,180.00 | |
| S02078 | 65222 | "SONIC" POCKET FOLDER, QTY:30000, SIZE:9 | N/A | N/A | 6959810 | B | 3 | 57365 | 01/30/15 | $ (1,030.68) | | | $ (1,030.68) | $ (1,030.68) | Credit for overs not shipp |
| S02078 | 64888 | GIA Q2 2015 REPORTS:600 M - DD DOSSIER 35 | 3/13/15 | 3/13/15 | 4293754 | B | 4 | 57453 | 02/10/15 | $ 3,676.52 | $ - | $ 4,006.96 | $ 7,683.48 | $ 7,683.48 | |
| S02078 | 64888 | GIA Q2 2015 REPORTS:600 M - DD DOSSIER 35 | 3/13/15 | 3/13/15 | 4293762 | B | 5 | 57455 | 02/10/15 | $ 1,169.67 | $ - | $ 1,278.33 | $ 2,448.00 | $ 2,448.00 | |
| S02078 | 65467 | (CPX 1821985) VCH PKT FOLDER, QTY:20,000, | 2/10/15 | 2/10/15 | 2407453 | B | 6 | 57514 | 02/18/15 | $ 8,590.00 | $ - | $ - | $ 8,590.00 | $ 8,590.00 | |
| S02078 | 65228 | SR LM DROPSHIP JAN 2015 | 1/8/15 | 1/19/15 | 7435509 | B | 7 | 57555 | 02/23/15 | $ 75.00 | $ - | $ - | $ 75.00 | $ 75.00 | |
| S02078 | 65228 | SR LM DROPSHIP JAN 2015 | 1/8/15 | 1/19/15 | 7751982 | B | 8 | 57556 | 02/23/15 | $ 15.00 | $ - | $ - | $ 15.00 | $ 15.00 | |
| S02078 | 65228 | SR LM DROPSHIP JAN 2015 | 1/8/15 | 1/19/15 | 2641470 | B | 9 | 57557 | 02/23/15 | $ 60.00 | $ - | $ - | $ 60.00 | $ 60.00 | |
| S02078 | 65228 | SR LM DROPSHIP JAN 2015 | 1/8/15 | 1/19/15 | 8353243 | B | 10 | 57558 | 02/23/15 | $ 150.00 | $ - | $ - | $ 150.00 | $ 150.00 | |
| S02078 | 65228 | SR LM DROPSHIP JAN 2015 | 1/8/15 | 1/19/15 | 2641235 | B | 11 | 57559 | 02/23/15 | $ 15.00 | $ - | $ - | $ 15.00 | $ 15.00 | |
| S02078 | 65228 | SR LM DROPSHIP JAN 2015 | 1/8/15 | 1/19/15 | 9944968 | B | 12 | 57560 | 02/23/15 | $ 75.00 | $ - | $ - | $ 75.00 | $ 75.00 | |
| S02078 | 65228 | SR LM DROPSHIP JAN 2015 | 1/8/15 | 1/19/15 | 9961109 | B | 13 | 57561 | 02/23/15 | $ 120.00 | $ - | $ - | $ 120.00 | $ 120.00 | |
| S02078 | 65333 | "HONEYWELL" AIRBUS LOG BOOKS W/SLIPCA | 1/16/15 | 2/13/15 | 9631653 | B | 14 | 57626 | 02/25/15 | $ 16,845.00 | $ - | $ - | $ 16,845.00 | $ 16,845.00 | |
| S02078 | 65105 | BACARDI TIP CARDS (3.5X2):"NEW LOOK", QTY | 2/6/15 | 2/6/15 | 57810 | B | 15 | 57677 | 03/04/15 | $ 2,457.00 | $ - | $ - | $ 2,457.00 | $ 2,457.00 | |
| S02078 | 65105 | BACARDI TIP CARDS (3.5X2):"NEW LOOK", QTY | 2/6/15 | 2/6/15 | 6941133 | B | 16 | 57679 | 03/04/15 | $ 4,194.00 | $ - | $ - | $ 4,194.00 | $ 4,194.00 | |
| S02078 | 65355 | (INDIGO)CARDS, QTY:2M, SIZE 4X4CPX 192823 | 1/22/15 | 1/22/15 | 9961085 | B | 17 | 57715 | 03/10/15 | $ 452.00 | $ - | $ - | $ 452.00 | $ 452.00 | |
| S02078 | 65582 | (INDIGO) - LIBERTY MANAGEMENT SYSTEM CA | 3/2/15 | 3/2/15 | 2699780 | B | 18 | 57730 | 03/11/15 | $ 2,672.00 | $ - | $ - | $ 2,672.00 | $ 2,672.00 | |
| S02078 | 65480 | (INDIGO) - LIBERTY MANAGEMENT SYSTEM CA | 2/13/15 | 2/13/15 | 2450065 | B | 19 | 57734 | 03/11/15 | $ 908.00 | $ - | $ - | $ 908.00 | $ 908.00 | |
| S02078 | 65510 | "SAFECO" POCKET FOLDER, QTY:450, SIZE:9 x | 2/10/15 | 2/10/15 | 2802944 | B | 20 | 57738 | 03/11/15 | $ 1,990.00 | $ 25.00 | $ - | $ 2,015.00 | $ 2,015.00 | |
| S02078 | 65656 | "CAYUGA MEDICAL CENTER" CD MAILER, QTY | 3/10/15 | 3/10/15 | 2820111 | B | 21 | 57741 | 03/11/15 | $ 2,704.00 | $ - | $ - | $ 2,704.00 | $ 2,704.00 | |
| S02078 | 65105 | BACARDI TIP CARDS (3.5X2):"NEW LOOK", QTY | 2/6/15 | 2/6/15 | | B | 22 | 57763 | 03/16/15 | $ 192.50 | $ - | $ - | $ 192.50 | $ 192.50 | |
| S02078 | 65560 | Tag form M164805 | 2/25/15 | 3/3/15 | 2641471 | B | 23 | 57778 | | $ 8,406.00 | $ - | $ - | $ 8,406.00 | $ 8,406.00 | |
| | | | | | | | | | $ 56,175.01 | $ 25.00 | $ 5,285.29 | $ 61,485.30 | $ 61,485.30 | |
| S02078 | | Estimated Rebate at 5% | N/A | N/A | REBATE | | | | | | | | $ (2,808.75) | 2015 rebate |
| | | | | | | | | | | | | | $ (2,808.75) | |
| | | | | | | | | | | | | | $ 58,676.55 | |



Group B

previous to 4/1/14, terms are 2% Net 20/Net 55; after 4/1/14, terms are 2% Net 30 / Net 60
A/P Contacts: Jean Kessel  Jean.Kessel@standardregister.com; Sandra Lay Sandra.Lay@standardregister.com

## W02294KS Standard Register / WFO Statement

| CLIENT # | JOB | Job Description | First FG Ship date | Last FG Ship date | PO / STAR # | code | Invoice # | Invoice Date | Sales | Freight | Postage / no rebate or discount | Invoice Value | Open Balance | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| W02294KS | 65326 | WELLNESS DAYS COUPON, QTY: 30,000 (6.75X | N/A | N/A | | 1 | 57327 | 1/29/2015 | $ (2,590.00) | | | $ (2,590.00) | 129.50 | credit to Inv 57278 which was paid & the rebate was taken with the pmt (ck #1094290 dated 2/2/15); cm 57327 was also taken on that check without paying back the rebate due |
| W02294KS | 65284 | (#100-7630-980 SW) SCRIPPS SUPPLY CHAIN C | 1/21/15 | 1/23/15 | | C | 2 | 57401 | 2/4/2015 | $ 8,189.00 | $1,408.19 | | $ 9,597.19 | $ 9,597.19 | |
| W02294KS | 65481 | FFA ADVISOR_LETTER, HANDOUT, QTY:7300/E | 2/9/15 | 2/9/15 | | C | 3 | 57451 | 2/10/2015 | $ 4,804.00 | | $ (72.52) | $ 4,731.48 | $ 4,731.48 | |
| W02294KS | 65472 | FHPN2 POSTERS, QTY:4100 & PAD SHEETS, Q | 2/10/15 | 2/12/15 | | C | 4 | 57462 | 2/11/2015 | $ 11,950.00 | | | $ 11,950.00 | $ 11,950.00 | |
| W02294KS | 65338 | 2015 Spring Program  POS ZOETIS KIT | 1/29/15 | 2/6/15 | | C | 5 | 57532 | 2/20/2015 | | $ 625.00 | | $ 625.00 | $ 625.00 | |
| W02294KS | 65358 | WFO - Hoof Tec DM3Qty: 50 7 Gift cards/Postcard | 2/19/15 | 2/19/15 | | C | 6 | 57537 | 2/20/2015 | $ 600.00 | | | $ 600.00 | $ 600.00 | |
| W02294KS | 65497 | "WELLNESS DAYS DORMGEL" STITCHED BRO | 12/10/14 | 3/13/15 | | C | 7 | 57597 | 2/25/2015 | $ 17,452.00 | | | $ 17,452.00 | $ 17,452.00 | shipped @ 64980 |
| W02294KS | 64742 | NOTE:CALENDARS ON FORMS #1, #2, #4 ALRE | 11/6/14 | 11/26/14 | | C | 8 | 57768 | 2/28/2015 | $ 4,793.14 | | | $ 4,793.14 | $ 4,793.14 | 16 ctns shipped to Brazil 11/6/14 were returned to HMG & re-shipped 11/26/14 |
| W02294KS | 65597 | "AASV Meeting Support" Reference Card, Qty:500 | 2/27/15 | 3/4/15 | | C | 9 | 57719 | 3/10/2015 | $ 2,152.50 | | | $ 2,152.50 | $ 2,152.50 | |
| W02294KS | 65597 | "AASV Meeting Support" Reference Card, Qty:500 | 2/27/15 | 3/4/15 | | C | 10 | 57720 | 3/10/2015 | $ 1,000.00 | | | $ 1,000.00 | $ 1,000.00 | |
| W02294KS | 65596 | ZOETIS "PEOPLE FIRST" FULFILLMENTS:CARD | 2/26/15 | 2/26/15 | | C | 11 | 57722 | 3/10/2015 | $ 725.00 | | | $ 725.00 | $ 725.00 | job # In Process Shipper is 8A599A |
| W02294KS | 65648 | SR/WFO -- FTAI Producer DM HM25 Congratulatio | 2/27/15 | 2/27/15 | | C | 12 | 57725 | 3/10/2015 | $ 275.00 | | | $ 275.00 | $ 275.00 | |
| W02294KS | 65618 | WFO - WDMC Trade Show300 - Invite W/ Punch c | 2/26/15 | 2/26/15 | | C | 13 | 57732 | 3/11/2015 | $ 1,475.00 | | | $ 1,475.00 | $ 1,475.00 | |
| W02294KS | 65644 | VCTS PADS, QTY: 3000 PADS (6X4) | 3/6/15 | 3/6/15 | | C | 14 | 57758 | 3/12/2015 | $ 2,690.00 | | | $ 2,690.00 | $ 2,690.00 | |
| W02294KS | 65596 | ZOETIS "PEOPLE FIRST" FULFILLMENTS:CARD | 2/26/15 | 2/26/15 | | C | 15 | 57777 | 3/16/2015 | $ 50.00 | | | $ 50.00 | $ 50.00 | |
| W02294KS | 65734 | RR - Hoof Tech DM3 | 3/11/15 | 3/11/15 | | C | 16 | 57795 | 3/17/2015 | $ 150.00 | | | $ 150.00 | $ 150.00 | |
| W02294KS | 65702 | "WELLNESS DAYS" LABELS, QTY:1600 EA OF 2 | 3/6/15 | 3/6/15 | | C | 17 | 57796 | 3/17/2015 | $ 850.00 | | | $ 850.00 | $ 850.00 | |
| W02294KS | 65534 | People First Pocket Folder | 2/26/15 | 2/26/15 | | C | 18 | 57787 | 3/17/2015 | $ 3,140.00 | | | $ 3,140.00 | $ 3,140.00 | |
| | | | | | | | | | $ 57,705.64 | $2,033.19 | $ (72.52) | $ 59,666.31 | $62,385.81 | |
| W02294KS | 65091 | Estimated Rebate at 5% | N/A | N/A | REBATE | | | | | | | $ (2,885.28) | $ (2,885.28) | REBATE CREDIT |
| | | | | | | | | | | | | | $ 59,500.53 | |



Standard Register Stmts for objection.xlsx [W02294KS Stmt] 5/6/2015

Page 1 of 1