

5/7/15

Clerk of the Court

United States Bankruptcy Court for the District of Delaware

824 North Market Street

Wilmington DE 19801

Re : Standard Register Company Case #15-10541

I object to the proposed cure amount of $37709.92.

The amount I propose is $66515.56. Enclosed are 2 proof of claims received by the Standard Register Claims Processing Center c/o Prime Clerk LLC 830 3rd Avenue NY,NY 10022.

Also enclosed are copies of original invoices submitted.

John Malluzzo

JON-DA Printing Co.Inc.