B 10 Modified (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT, DISTRICT OF DELAWARE | PROOF OF CLAIM |
|---|---|

List the **name** and **case number** of the Debtor against which you assert a claim below. (**List only one Debtor per claim form.**)

Standard Register Company    case # 15-10541

*Note: This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after commencement of the case. A request for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
JON-DA Printing Company Inc.

Name and address where notices should be sent:
JON-DA Printing Company Inc.
234-16 street
Jersey City N.J. 07310

Telephone number:  201 653 6200    email: johnny@jondaprinting.com

Name and address where payment should be sent (if different from above):
SAME

Claim Number [ 173 ]
Initials [ TSC ]

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
(*If known*)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. **Amount of Claim as of Date Case Filed:** $ $35,287.92
   If all or part of the claim is secured, complete item 4.
   If all or part of the claim is entitled to priority, complete item 5.
   ☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. **Basis for Claim:** Goods Sold
   (See instruction #2)

3. **Last four digits of any number by which creditor identifies debtor:** 0313
   3a. Debtor may have scheduled account as: _____ (See instruction #3a)
   3b. Uniform Claim Identifier (optional): _____ (See instruction #3b)

4. **Secured Claim** (See instruction #4)
   Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.
   **Nature of property or right of setoff:** ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
   **Describe:**
   **Value of Property:** $_____    **Annual Interest Rate** _____%  ☐ Fixed  ☐ Variable
   (when case was filed)
   **Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:** $_____    **Basis for perfection:** _____
   **Amount of Secured Claim:** $_____    **Amount Unsecured:** $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

   ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

   ☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).

   ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

   ☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

   ☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

   ☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(_).

   **Amount entitled to priority:**
   $_____

6. **Claim Pursuant to 11 U.S.C. § 503(b)(9):** Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.
   $_____ (See instruction #6)

7. **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

8. **Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, mortgages, or security agreements. (See instruction #8, and the definition of "redacted".)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

9. **Signature:** (See instruction #9)
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: John Malluzzo
Title: President
Company: JON-DA Printing Company Inc.    (Signature)    3/20/15 (Date)
Address and telephone number (if different from notice address above):

Telephone number: _____    Email: _____

* *Amounts are subject to adjustment on 4/1/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**COURT USE ONLY**

RECEIVED
MAR 2 3 2015
PRIME CLERK LLC

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Issued Date:   12-Mar-2015   6:51

Page 1 of 2

# Invoice

**Remit To**

Jon Da Printing Co Inc, 1031792
234 16th St
8th Floor
Jersey City, NJ 07310

Sold To:
Standard Register Company
Subcon Accounting
Dayton, Oh 45408
United States

| Supplier Invoice Number | Peoplesoft ID No |
|---|---|
| 51453 | 0000039859 |

| CPX Invoice Number | TOPS ID |
|---|---|
| 25 | 1031792 |

| Invoice Date | Credit Terms |
|---|---|
| 12-March-2015 | 30 |

To        Monika Wisnieska
Email    Monika.Wisniewska@standardregister.com
Phone   212-483-9800

Job Name:   MW Visitors Placard
Product Type:   Generic
STAR #:   2882413
Previous Job Ref ID#:
Form #:   MW Visitors Placard

**Requisition Appr #**

| Delivery Date | CPX Order No. | Job Ref | PO Ref No | Payment Due |
|---|---|---|---|---|
| 09-March-2015 | PO 58530 | 1942979 | | 11-April-2015 |

**Description:**
MW Visitors Placard

| Transaction No: | Date | Quantity | Item | Category | Total |
|---|---|---|---|---|---|
| PO 58530 Comment: | 25-February-2015 | 30,000 | | Printing | $ 2,600.00 |
| EC 19 Comment: | 11-March-2015 | 0 | | Delivery | $ 35.00 |

General Comments

| | |
|---|---|
| Sub Total | $ 2,635.00 |
| Sales Tax | $ 0.00 |
| TOTAL DUE | $ 2,635.00 |

Issued Date:    03-Mar-2015    9:20         Page 1 of 2

## Invoice

| Remit To |
|---|

Jon Da Printing Co Inc, 1031792
234 16th St
8th Floor
Jersey City, NJ 07310

Sold To:
Standard Register Company
Subcon Accounting
Dayton, Oh 45408
United States

| Supplier Invoice Number | Peoplesoft ID No |
|---|---|
| 51462 | 0000039859 |

| CPX Invoice Number | TOPS ID |
|---|---|
| 23 | 1031792 |

| Invoice Date | Credit Terms |
|---|---|
| 03-March-2015 | 30 |

To      Monika Wisnieska
Email   Monika.Wisniewska@standardregister.com
Phone   212-483-9800

Job Name:    MW Dreyfus MBSC Securities Corporation # 10 Envelope
Product Type:  Other
STAR #:    0
Previous Job Ref ID#:
Form #:    MW Dreyfus MBSC Securi

| Requisition Appr # |
|---|

| Delivery Date | CPX Order No. | Job Ref | PO Ref No | Payment Due |
|---|---|---|---|---|
| 04-March-2015 | PO 58543 | 1943981 | | 02-April-2015 |

| Description: | | | | | Total |
|---|---|---|---|---|---|
| MW Dreyfus MBSC Securities Corporation # 10 Envelope | | | | | |
| Transaction No: | Date | Quantity | Item | Category | |
| PO   58543 | 26-February-2015 | 5,000 | | Printing | $    275.00 |
| Comment: | | | | | |
| General Comments | | | | | |
| | | | | Sub Total | $    275.00 |
| | | | | Sales Tax | $      0.00 |
| | | | | TOTAL DUE | $    275.00 |

Issued Date:   03-Mar-2015   9:23        Page 1 of 2

# Invoice

| Remit To |
|---|
| Jon Da Printing Co Inc, 1031792 |
| 234 16th St |
| 8th Floor |
| Jersey City, NJ 07310 |

Sold To:
Standard Register Company
*Subcon Accounting*
Dayton, Oh 45408
United States

| Supplier Invoice Number | Peoplesoft ID No |
|---|---|
| 51463 | 0000039859 |

| CPX Invoice Number | TOPS ID |
|---|---|
| 24 | 1031792 |

To      Monika Wisnieska
Email   Monika.Wisniewska@standardregister.com
Phone   212-483-9800

| Invoice Date | Credit Terms |
|---|---|
| 03-March-2015 | 30 |

Job Name:   MW Dreyfus Brokerage Services BRE 9 Envelope
Product Type:   Other
STAR #:   0
Previous Job Ref ID#:
Form #:   MW Dreyfus Brokerage S

**Requisition Appr #**

| Delivery Date | CPX Order No. | Job Ref | PO Ref No | Payment Due |
|---|---|---|---|---|
| 04-March-2015 | PO 58542 | 1943973 | LA-BRE9008-O | 02-April-2015 |

**Description:** MW Dreyfus Brokerage Services BRE 9 Envelope

| Transaction No: | Date | Quantity | Item | Category | Total |
|---|---|---|---|---|---|
| PO  58542 | 26-February-2015 | 5,000 | | Printing | $ 185.00 |
| Comment: | | | | | |
| General Comments | | | | | |

| | | |
|---|---|---|
| Sub Total | $ | 185.00 |
| Sales Tax | $ | 0.00 |
| TOTAL DUE | $ | 185.00 |

Issued Date: 26-Feb-2015 15:44

Page 1 of 2

# Invoice

| Remit To |
|---|
| Jon Da Printing Co Inc, 1031792<br>234 16th St<br>8th Floor<br>Jersey City, NJ 07310 |

Sold To:
Standard Register Company
Subcon Accounting
Dayton, Oh 45408
United States

| Supplier Invoice Number | Peoplesoft ID No |
|---|---|
| 51408 | 0000039859 |

| CPX Invoice Number | TOPS ID |
|---|---|
| 22 | 1031792 |

| Invoice Date | Credit Terms |
|---|---|
| 26-February-2015 | 30 |

To: Monika Wisnieska
Email: Monika.Wisniewska@standardregister.com
Phone: 212-483-9800

Job Name: MW Trade Tickets
Product Type: Generic
STAR #: 2707980
Previous Job Ref ID#:
Form #: MW Trade Tickets

Requisition Appr #

| Delivery Date | CPX Order No. | Job Ref | PO Ref No | Payment Due |
|---|---|---|---|---|
| 24-February-2015 | PO 58329 | 1939010 | | 28-March-2015 |

Description:
MW Trade Tickets

| Transaction No: | Date | Quantity | Item | Category | Total |
|---|---|---|---|---|---|
| PO 58329<br>Comment: | 13-February-2015 | 10,000 | | Printing | $ 590.00 |
| EC 18<br>Comment: | 26-February-2015 | 0 | | Delivery | $ 108.00 |
| General Comments | | | | | |

|  |  |
|---|---|
| Sub Total | $ 698.00 |
| Sales Tax | $ 0.00 |
| TOTAL DUE | $ 698.00 |

Issued Date:   24-Feb-2015  10:18

Page 1 of 2

## Invoice

**Remit To**

Jon Da Printing Co Inc, 1031792
234 16th St
8th Floor
Jersey City, NJ 07310

Sold To:
Standard Register Company
Subcon Accounting
Dayton, Oh 45408
United States

| Supplier Invoice Number | Peoplesoft ID No |
|---|---|
| 51404 | 0000039859 |

| | | |
|---|---|---|
| To | Monika Wisnieska | |
| Email | Monika.Wisniewska@standardregister.com | |
| Phone | 212-483-9800 | |

| CPX Invoice Number | TOPS ID |
|---|---|
| 21 | 1031792 |

| Invoice Date | Credit Terms |
|---|---|
| 24-February-2015 | 30 |

Job Name: MW 9x12 Dreyfus Envelope
Product Type: Envelope
STAR #: 2708338
Previous Job Ref ID#:
Form #: MW 9x12 Dreyfus Envelo

Requisition Appr #

| Delivery Date | CPX Order No. | Job Ref | PO Ref No | Payment Due |
|---|---|---|---|---|
| 20-February-2015 | PO 58267 | 1937334 | DRY-OE912C | 26-March-2015 |

| Description: MW 9x12 Dreyfus Envelope | | | | | Total | |
|---|---|---|---|---|---|---|
| Transaction No: | Date | Quantity | Item | Category | | |
| PO 58267 Comment: | 11-February-2015 | 5,000 | | Printing | $ | 399.00 |
| General Comments | | | | | | |

| | | |
|---|---|---|
| Sub Total | $ | 399.00 |
| Sales Tax | $ | 0.00 |
| TOTAL DUE | $ | 399.00 |

Issued Date:    24-Feb-2015  10:14

Page 1 of 2

# Invoice

| Remit To |
|---|
| Jon Da Printing Co Inc, 1031792<br>234 16th St<br>8th Floor<br>Jersey City, NJ 07310 |

Sold To:
Standard Register Company
Subcon Accounting
Dayton, Oh 45408
United States

| Supplier Invoice Number | Peoplesoft ID No |
|---|---|
| 51407 | 0000039859 |

| CPX Invoice Number | TOPS ID |
|---|---|
| 20 | 1031792 |

To        Monika Wisnieska
Email     Monika.Wisniewska@standardregister.com
Phone    212-483-9800

| Invoice Date | Credit Terms |
|---|---|
| 24-February-2015 | 30 |

Job Name:  MW Dreyfus Retail Services #10 Envelope
Product Type: Generic
STAR #:  2708130
Previous Job Ref ID#:
Form #:  MW Dreyfus Retail Serv

Requisition Appr #

| Delivery Date | CPX Order No. | Job Ref | PO Ref No | Payment Due |
|---|---|---|---|---|
| 23-February-2015 | PO 58328 | 1938797 | RET-OE10144 | 26-March-2015 |

| Description:<br>MW Dreyfus Retail Services #10 Envelope | | | | | Total | |
|---|---|---|---|---|---|---|
| Transaction No: | Date | Quantity | Item | Category | | |
| PO  58328<br>Comment:<br><br>General Comments | 13-February-2015 | 7,500 | | Printing | $ | 250.00 |

| | | |
|---|---|---|
| Sub Total | $ | 250.00 |
| Sales Tax | $ | 0.00 |
| TOTAL DUE | $ | 250.00 |

# Invoice

**Remit To**

Jon Da Printing Co Inc, 1031792
234 16th St
8th Floor
Jersey City, NJ 07310

Sold To:
Standard Register Company
Subcon Accounting
Dayton, Oh 45408
United States

| Supplier Invoice Number | Peoplesoft ID No |
|---|---|
| 51260 | 0000039859 |

To Monika Wisnieska
Email Monika.Wisniewska@standardregister.com
Phone 212-483-9800

| CPX Invoice Number | TOPS ID |
|---|---|
| 19 | 1031792 |

| Invoice Date | Credit Terms |
|---|---|
| 29-January-2015 | 30 |

Job Name: MW Form CA-1
Product Type: Generic
STAR #: 0
Previous Job Ref ID#:
Form #: MW Form CA-1

**Requisition Appr #**

| Delivery Date | CPX Order No. | Job Ref | PO Ref No | Payment Due |
|---|---|---|---|---|
| 21-January-2015 | PO 57749 | 1924897 | | 28-February-2015 |

**Description:** MW Form CA-1

| Transaction No: | Date | Quantity | Item | Category | Total |
|---|---|---|---|---|---|
| PO  57749 | 09-January-2015 | 8,000 | | Printing | $ 300.00 |
| Comment: | | | | | |
| EC  17 | 28-January-2015 | 0 | | Delivery | $ 35.00 |
| Comment: | | | | | |
| General Comments | | | | | |

| | Sub Total | $ 335.00 |
|---|---|---|
| | Sales Tax | $ 0.00 |
| | TOTAL DUE | $ 335.00 |

# Invoice

**Remit To**

Jon Da Printing Co Inc, 1031792
234 16th St
8th Floor
Jersey City, NJ 07310

Sold To:
Standard Register Company
Subcon Accounting
Dayton, Oh 45408
United States

| Supplier Invoice Number | Peoplesoft ID No |
|---|---|
| 51228 | 0000039859 |

| | CPX Invoice Number | TOPS ID |
|---|---|---|
| To  Monika Wisnieska | 16 | 1031792 |
| Email  Monika.Wisniewska@standardregister.com | | |
| Phone  212-483-9800 | **Invoice Date** | **Credit Terms** |
| | 09-January-2015 | 30 |

Job Name:  MW Re-Issue Annual Disclosures - Statement Insert for December
Product Type:  Other
STAR #:  0
Previous Job Ref ID#:
Form #:  MW Re-Issue Annual Dis

**Requisition Appr #**

| Delivery Date | CPX Order No. | Job Ref | PO Ref No | Payment Due |
|---|---|---|---|---|
| 10-January-2015 | PO 57670 | 1922764 | | 08-February-2015 |

**Description:**
MW Re-Issue Annual Disclosures - Statement Insert for December

| Transaction No: | Date | Quantity | Item | Category | Total |
|---|---|---|---|---|---|
| PO  57670  Comment: | 05-January-2015 | 13,000 | | Printing | $ 1,180.00 |
| EC  14  Comment: | 07-January-2015 | 0 | | Authors Amends | $ 200.00 |
| EC  15  Comment: | 07-January-2015 | 0 | | Delivery | $ 425.00 |

General Comments

| | |
|---|---|
| Sub Total | $ 1,805.00 |
| Sales Tax | $ 0.00 |
| **TOTAL DUE** | **$ 1,805.00** |

# Invoice

| Remit To |
|---|
| Jon Da Printing Co Inc, 1031792<br>234 16th St<br>8th Floor<br>Jersey City, NJ 07310 |

Sold To:
Standard Register Company
Subcon Accounting
Dayton, Oh 45408
United States

| Supplier Invoice Number | Peoplesoft ID No |
|---|---|
| 51234 | 0000039859 |

| CPX Invoice Number | TOPS ID |
|---|---|
| 17 | 1031792 |

To: Monika Wisnieska
Email: Monika.Wisniewska@standardregister.com
Phone: 212-483-9800

| Invoice Date | Credit Terms |
|---|---|
| 09-January-2015 | 30 |

Job Name: MW SAMCO Capital Markets, Inc. -- PRIVACY POLICY
Product Type: Other
STAR #: 0
Previous Job Ref ID#:
Form #: MW SAMCO Capital Marke

Requisition Appr #

| Delivery Date | CPX Order No. | Job Ref | PO Ref No | Payment Due |
|---|---|---|---|---|
| 10-January-2015 | PO 57669 | 1922771 | | 08-February-2015 |

| Description: MW SAMCO Capital Markets, Inc. -- PRIVACY POLICY | | | | | Total |
|---|---|---|---|---|---|
| Transaction No: | Date | Quantity | Item | Category | |
| PO 57669<br>Comment: | 05-January-2015 | 1,000 | | Printing | $ 100.00 |
| EC 16<br>Comment: | 07-January-2015 | 0 | | Delivery | $ 85.92 |
| General Comments | | | | | |
| | | | | Sub Total | $ 185.92 |
| | | | | Sales Tax | $ 0.00 |
| | | | | TOTAL DUE | $ 185.92 |

# Invoice

**Remit To**

Jon Da Printing Co Inc, 1031792
234 16th St
8th Floor
Jersey City, NJ 07310

Sold To:
Standard Register Company
Subcon Accounting
Dayton, Oh 45408
United States

| Supplier Invoice Number | Peoplesoft ID No |
|---|---|
|  | 0000039859 |

To       Bill Byer
Email    mail@jondaprinting.com
Phone    201-653-6200

| CPX Invoice Number | TOPS ID |
|---|---|
|  | 1031792 |

| Invoice Date | Credit Terms |
|---|---|
| 05-January-2015 | 30 |

Job Name: MW CITI DISCLOSURE STATEMENT
Product Type: Other
STAR #: 6978306
Previous Job Ref ID#:
Form #: MW CITI DISCLOSURE STA

Requisition Appr #

| Delivery Date | CPX Order No. | Job Ref | PO Ref No | Payment Due |
|---|---|---|---|---|
| 24-December-2014 | PO 57367 | 1916299 |  | 04-February-2015 |

**Description:**
MW CITI DISCLOSURE STATEMENT

| Transaction No: | Date | Quantity | Item | Category | Total |
|---|---|---|---|---|---|
| PO  57367 Comment: | 15-December-2014 | 20,000 |  | Printing | $ 450.00 |
| EC  13 Comment: | 05-January-2015 | 0 |  | Delivery | $ 120.00 |

General Comments

|  |  |
|---|---|
| Sub Total | $ 570.00 |
| Sales Tax | $ 0.00 |
| TOTAL DUE | $ 570.00 |

Issued Date: 09-Jan-2015 11:05    Page of 2

# Invoice

**Remit To**

Jon Da Printing Co Inc, 1031792
234 16th St
8th Floor
Jersey City, NJ 07310

Sold To:
Standard Register Company
Subcon Accounting
Dayton, Oh 45408
United States

| Supplier Invoice Number | Peoplesoft ID No |
|---|---|
| 51211 | 0000039859 |

| CPX Invoice Number | TOPS ID |
|---|---|
| 18 | 1031792 |

| Invoice Date | Credit Terms |
|---|---|
| 09-January-2015 | 30 |

To: Monika Wisnieska
Email: Monika.Wisniewska@standardregister.com
Phone: 212-483-9800

Job Name: MW Disclosure Statement 10-14
Product Type: Other
STAR #: 6976841
Previous Job Ref ID#:
Form #: MW Disclosure Statemen

Requisition Appr #

| Delivery Date | CPX Order No. | Job Ref | PO Ref No | Payment Due |
|---|---|---|---|---|
| 30-December-2014 | PO 57393 | 1917130 | | 08-February-2015 |

**Description:**
MW Disclosure Statement 10-14

| Transaction No: | Date | Quantity | Item | Category | Total |
|---|---|---|---|---|---|
| PO 57393 Comment: | 17-December-2014 | 350,000 | | Printing | $ 26,375.00 |
| EC 9 Comment: | 30-December-2014 | 0 | | Delivery | $ 1,575.00 |
| General Comments | | | | | |

| | |
|---|---|
| Sub Total | $ 27,950.00 |
| Sales Tax | $ 0.00 |
| TOTAL DUE | $ 27,950.00 |