B 10 Modified (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT, DISTRICT OF DELAWARE | PROOF OF CLAIM |
|---|---|

List the **name** and **case number** of the Debtor against which you assert a claim below. (**List only one Debtor per claim form.**)

Standard Register Company    case # 15-10541

Note: *This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after commencement of the case. A request for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
JON-DA Printing Company Inc.

☐ Check this box if this claim amends a previously filed claim.

Name and address where notices should be sent:
JON-DA Printing Company Inc.
234-16 street
Jersey City N.J. 07310

Court Claim Number: _____
(*If known*)

Filed on:_____

Telephone number: 201 653 6200        email: johnny@jondaprinting.com

Name and address where payment should be sent (if different from above):
SAME

Initials: TB
Claim Number: 166

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

Telephone number:        email:

1. **Amount of Claim as of Date Case Filed:** $ **$31,227.64**
If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

2. **Basis for Claim:** Goods Sold
(See instruction #2)

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

| 3. Last four digits of any number by which creditor identifies debtor: __0313__ | 3a. Debtor may have scheduled account as: (See instruction #3a) | 3b. Uniform Claim Identifier (optional): (See instruction #3b) |
|---|---|---|

☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).

4. **Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.
**Nature of property or right of setoff:** ☐Real Estate  ☐Motor Vehicle  ☐Other
**Describe:**
**Value of Property:** $_____  **Annual Interest Rate**_____% ☐Fixed ☐Variable
(when case was filed)
**Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:** $_____  **Basis for perfection:** _____
**Amount of Secured Claim:** $_____  **Amount Unsecured:** $_____

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

6. **Claim Pursuant to 11 U.S.C. § 503(b)(9):** Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.
$_____ (See instruction #6)

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

7. **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

8. **Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, mortgages, or security agreements. (See instruction #8, and the definition of "redacted".)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**Amount entitled to priority:**
$_____

9. **Signature:** (See instruction #9)
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

* *Amounts are subject to adjustment on 4/1/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.
Print Name: John Malluzzo
Title: President
Company: JON-DA Printing Company Inc.
Address and telephone number (if different from notice address above):
(Signature)   3/26/15 (Date)

**COURT USE ONLY**

RECEIVED
MAR 27 2015
PRIME CLERK LLC

Telephone number:        Email:

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Issued Date:   23-Dec-2014   15:37

Page 1 of 2

# Invoice

**Remit To**

Jon Da Printing Co Inc, 1031792
234 16th St
8th Floor
Jersey City, NJ 07310

Sold To:
Standard Register Company
Subcon Accounting
Dayton, Oh 45408
United States

| Supplier Invoice Number | Peoplesoft ID No |
|---|---|
| 50930 | 000003985 0 |

| CPX Invoice Number | TOPS ID |
|---|---|
| 4 | 1031792 |

To      Monika Wisnieska
Email   Monika.Wisniewska@standardregister.com
Phone   212-483-9800

| Invoice Date | Credit Terms |
|---|---|
| 23-December-2014 | 30 |

Job Name:   MW Month End Insert
Product Type:   Other
STAR #:   0
Previous Job Ref ID#:
Form #:   MW Month End Insert

Requisition Appr #

| Delivery Date | CPX Order No. | Job Ref | PO Ref No | Payment Due |
|---|---|---|---|---|
| 10-December-2014 | PO 57247 | 1912158 | 00381-665 | 22-January-2015 |

| Description: MW Month End Insert | | | | | Total |
|---|---|---|---|---|---|
| Transaction No: | Date | Quantity | Item | Category | |
| PO  57247 | 09-December-2014 | 97,000 | | Printing | $   5,946.10 |
| Comment: | | | | | |
| General Comments | | | | | |

|   |   |
|---|---|
| Sub Total | $   5,946.10 |
| Sales Tax | $   0.00 |
| TOTAL DUE | $   5,946.10 |

Issued Date:   23-Dec-2014  15:34

Page _ of 2

## Invoice

**Remit To**

Jon Da Printing Co Inc, 1031792
234 16th St
8th Floor
Jersey City, NJ 07310

Sold To:
Standard Register Company
Subcon Accounting
Dayton, Oh 45408
United States

| Supplier Invoice Number | Peoplesoft ID No |
|---|---|
| 50945 | 000003985I |

| CPX Invoice Number | TOPS ID |
|---|---|
| 3 | 1031792 |

| Invoice Date | Credit Terms |
|---|---|
| 23-December-2014 | 30 |

To  Monika Wisnieska
Email  Monika.Wisniewska@standardregister.com
Phone  212-483-9800

Job Name:  MW First Republic Securites Insert
Product Type:  Generic
STAR #:  0
Previous Job Ref ID#:
Form #:  MW First Republic Secu

**Requisition Appr #**

| Delivery Date | CPX Order No. | Job Ref | PO Ref No | Payment Due |
|---|---|---|---|---|
| 10-December-2014 | PO 57245 | 1912360 | | 22-January-2015 |

**Description:**
MW First Republic Securites Insert

| Transaction No: | Date | Quantity | Item | Category | | Total |
|---|---|---|---|---|---|---|
| PO 57245 | 09-December-2014 | 11,218 | | Printing | $ | 1,402.00 |
| Comment: | | | | | | |
| General Comments | | | | | | |

| | | |
|---|---|---|
| Sub Total | $ | 1,402.00 |
| Sales Tax | $ | 0.00 |
| TOTAL DUE | $ | 1,402.00 |

Issued Date:    23-Dec-2014  15:18

Page 1 of 2

## Invoice

**Remit To**

Jon Da Printing Co Inc, 1031792
234 16th St
8th Floor
Jersey City, NJ 07310

Sold To:
Standard Register Company
Subcon Accounting
Dayton, Oh 45408
United States

| Supplier Invoice Number | Peoplesoft ID No |
|---|---|
| 50931 | 0000039859 |

| CPX Invoice Number | TOPS ID |
|---|---|
| 1 | 1031792 |

| Invoice Date | Credit Terms |
|---|---|
| 23-December-2014 | 30 |

To      Monika Wisnieska
Email   Monika.Wisniewska@standardregister.com
Phone   212-483-9800

Job Name:   MW Letter to Customer Ster-OCT14-1
Product Type:  Other
STAR #:  0
Previous Job Ref ID#:
Form #:  MW Letter to Customer

Requisition Appr #

| Delivery Date | CPX Order No. | Job Ref | PO Ref No | Payment Due |
|---|---|---|---|---|
| 10-December-2014 | PO 57254 | 1912370 | 00381-664 | 22-January-2015 |

Description:
MW Letter to Customer Ster-OCT14-1

| Transaction No: | Date | Quantity | Item | Category | Total |
|---|---|---|---|---|---|
| PO   57254 | 09-December-2014 | 2,500 | | Printing | $  231.00 |
| Comment: | | | | | |
| General Comments | | | | | |

| | |
|---|---|
| Sub Total | $  231.00 |
| Sales Tax | $    0.00 |
| TOTAL DUE | $  231.00 |

Issued Date:   23-Dec-2014   15:20

Page 1 of 2

## Invoice

| Remit To |
|---|
| Jon Da Printing Co Inc, 1031792 |
| 234 16th St |
| 8th Floor |
| Jersey City, NJ 07310 |

Sold To:
Standard Register Company
Subcon Accounting
Dayton, Oh 45408
United States

| Supplier Invoice Number | Peoplesoft ID No |
|---|---|
| 50946 | 000003985 9 |

| CPX Invoice Number | TOPS ID |
|---|---|
| 2 | 1031792 |

To       Monika Wisnieska
Email    Monika.Wisniewska@standardregister.com
Phone    212-483-9800

| Invoice Date | Credit Terms |
|---|---|
| 23-December-2014 | 30 |

Job Name:   MW Disclosure Statement Supplement
Product Type:   Other
STAR #:   0
Previous Job Ref ID#:
Form #:   MW Disclosure Statemen

| Requisition Appr # |
|---|

| Delivery Date | CPX Order No. | Job Ref | PO Ref No | Payment Due |
|---|---|---|---|---|
| 10-December-2014 | PO 57255 | 1912972 | | 22-January-2015 |

| Description: MW Disclosure Statement Supplement | | | | | Total |
|---|---|---|---|---|---|
| Transaction No: | Date | Quantity | Item | Category | |
| PO  57255 Comment: General Comments | 09-December-2014 | 300,000 | | Printing | $  4,590.00 |

|  |  |
|---|---|
| Sub Total | $  4,590.00 |
| Sales Tax | $  0.00 |
| TOTAL DUE | $  4,590.00 |

# Invoice

**Remit To**

Jon Da Printing Co Inc, 1031792
234 16th St
8th Floor
Jersey City, NJ 07310

Sold To:
Standard Register Company
Subcon Accounting
Dayton, Oh 45408
United States

| Supplier Invoice Number | Peoplesoft ID No |
|---|---|
| 51213 | 0000039359 |

| CPX Invoice Number | TOPS ID |
|---|---|
| 12 | 1031792 |

| Invoice Date | Credit Terms |
|---|---|
| 30-December-2014 | 30 |

To: Monika Wisnieska
Email: Monika.Wisniewska@standardregister.com
Phone: 212-483-9800

Job Name: MW Credit Suisse Annual Disclosure Letter
Product Type: Generic
STAR #: 0
Previous Job Ref ID#:
Form #: MW Credit Suisse Annua

**Requisition Appr #**

| Delivery Date | CPX Order No. | Job Ref | PO Ref No | Payment Due |
|---|---|---|---|---|
| 31-December-2014 | PO 57439 | 1917478 | | 29-January-2015 |

**Description:**
MW Credit Suisse Annual Disclosure Letter

| Transaction No: | Date | Quantity | Item | Category | Total |
|---|---|---|---|---|---|
| PO 57439 Comment: | 18-December-2014 | 45,000 | | Printing | $ 2,950.00 |
| EC 10 Comment: | 30-December-2014 | 0 | | Delivery | $ 650.00 |
| General Comments | | | | | |
| | | | | Sub Total | $ 3,600.00 |
| | | | | Sales Tax | $ 0.00 |
| | | | | TOTAL DUE | $ 3,600.00 |

Issued Date:    29-Dec-2014   15:25

Page 1 of 2

# Invoice

| Remit To |
|---|
| Jon Da Printing Co Inc, 1031792 |

234 16th St
8th Floor
Jersey City, NJ 07310

Sold To:
Standard Register Company
Subcon Accounting
Dayton, Oh 45408
United States

| | |
|---|---|
| To | Bill Byer |
| Email | mail@jondaprinting.com |
| Phone | 201-653-6200 |

| Supplier Invoice Number | Peoplesoft ID No |
|---|---|
| 51217 | 000003985? |

| CPX Invoice Number | TOPS ID |
|---|---|
| 30-December-2014 | 30 |

Job Name:  MW December Statement Stuffer Wall Street
Product Type:  Generic
STAR #:  0
Previous Job Ref ID#:
Form #:  MW December Statement

Requisition Appr #

| Delivery Date | CPX Order No. | Job Ref | PO Ref No | Payment Due |
|---|---|---|---|---|
| 31-December-2014 | PO 57442 | 1918152 | | 29-January-2015 |

**Description:**
MW December Statement Stuffer Wall Street

| Transaction No: | Date | Quantity | Item | Category | Total |
|---|---|---|---|---|---|
| PO  57442 Comment: | 18-December-2014 | 1,100 | | Printing | $ 435.00 |
| EC  7 Comment: | 29-December-2014 | 0 | | Delivery | $ 40.00 |

General Comments

| | |
|---|---|
| Sub Total | $ 475.00 |
| Sales Tax | $ 0.00 |
| TOTAL DUE | $ 475.00 |

Issued Date: 30-Dec-2014 12:17   Page 1 of 2

# Invoice

**Remit To**

Jon Da Printing Co Inc, 1031792
234 16th St
8th Floor
Jersey City, NJ 07310

Sold To:
Standard Register Company
Subcon Accounting
Dayton, Oh 45408
United States

| Supplier Invoice Number | Peoplesoft ID No |
|---|---|
|  | 000003985 |

| | |
|---|---|
| To | Bill Byer |
| Email | mail@jondaprinting.com |
| Phone | 201-653-6200 |

| CPX Invoice Number | TOPS ID |
|---|---|
|  | 1031792 |

| Invoice Date | Credit Terms |
|---|---|
| 30-December-2014 | 30 |

Job Name: MW Privacy Notice - Credit Suisse
Product Type: Other
STAR #: 0
Previous Job Ref ID#:
Form #: MW Privacy Notice - Cr

**Requisition Appr #**

| Delivery Date | CPX Order No. | Job Ref | PO Ref No | Payment Due |
|---|---|---|---|---|
| 16-December-2014 | PO 57259 | 1913695 |  | 29-January-2015 |

**Description:** MW Privacy Notice - Credit Suisse

| Transaction No: | Date | Quantity | Item | Category | Total |
|---|---|---|---|---|---|
| PO 57259 Comment: | 10-December-2014 | 45,000 |  | Printing | $ 1,229.00 |
| EC 3 Comment: | 29-December-2014 | 0 |  | Delivery | $ 270.00 |
| General Comments | | | | | |

| | | |
|---|---|---|
| Sub Total | $ | 1,499.00 |
| Sales Tax | $ | 0.00 |
| TOTAL DUE | $ | 1,499.00 |

Issued Date:   30-Dec-2014  12:31

# Invoice

**Remit To**

Jon Da Printing Co Inc, 1031792
234 16th St
8th Floor
Jersey City, NJ 07310

Sold To:
Standard Register Company
Subcon Accounting
Dayton, Oh 45408
United States

| Supplier Invoice Number | Peoplesoft ID No |
|---|---|
| 51172 | 00000039859 |

| CPX Invoice Number | TOPS ID |
|---|---|
|  | 1031792 |

To: Bill Byer
Email: mail@jondaprinting.com
Phone: 201-653-6200

| Invoice Date | Credit Terms |
|---|---|
| 30-December-2014 | 30 |

Job Name: MW Privacy Notice - Kovack Securities
Product Type: Other
STAR #: 0
Previous Job Ref ID#:
Form #: MW Privacy Notice - K

**Requisition Appr #**

| Delivery Date | CPX Order No. | Job Ref | PO Ref No | Payment Due |
|---|---|---|---|---|
| 16-December-2014 | PO 57262 | 1913605 |  | 29-January-2015 |

**Description:**
MW Privacy Notice - Kovack Securities

| Transaction No: | Date | Quantity | Item | Category | Total |
|---|---|---|---|---|---|
| PO 57262 Comment: | 10-December-2014 | 5,500 |  | Printing | $ 300.00 |
| EC 5 Comment: | 29-December-2014 | 0 |  | Delivery | $ 47.00 |

General Comments

| | |
|---|---|
| Sub Total | $ 347.00 |
| Sales Tax | $ 0.00 |
| TOTAL DUE | $ 347.00 |

Page of 2

# Invoice

**Remit To**

Jon Da Printing Co Inc, 1031792
234 16th St
8th Floor
Jersey City, NJ 07310

**Sold To:**
Standard Register Company
Subcon Accounting
Dayton, Oh 45408
United States

| Supplier Invoice Number | Peoplesoft ID No |
|---|---|
| 51207 | 0000039859 |

| CPX Invoice Number | TOPS ID |
|---|---|
|  | 1031792 |

To: Bill Byer
Email: mail@jondaprinting.com
Phone: 201-653-6200

| Invoice Date | Credit Terms |
|---|---|
| 30-December-2014 | 30 |

Job Name: MW Statement Stuffer
Product Type: Other
STAR #: 0
Previous Job Ref ID#:
Form #: MW Statement Stuffer

| Delivery Date | CPX Order No. | Job Ref | PO Ref No | Requisition Appr # |
|---|---|---|---|---|
| 18-December-2014 | PO 57308 | 1913783 |  | **Payment Due** |
|  |  |  |  | 29-January-2015 |

**Description:**
MW Statement Stuffer

| Transaction No: | Date | Quantity | Item | Category | Total |
|---|---|---|---|---|---|
| PO 57308 Comment: | 11-December-2014 | 2,000 |  | Printing | $ 100.00 |
| EC 2 Comment: | 23-December-2014 | 0 |  | Delivery | $ 27.54 |

General Comments

| | | |
|---|---|---|
| Sub Total | $ | 127.54 |
| Sales Tax | $ | 0.00 |
| TOTAL DUE | $ | 127.54 |

# Invoice

| Remit To |
|---|
| Jon Da Printing Co Inc, 1031792<br>234 16th St<br>8th Floor<br>Jersey City, NJ 07310 |

Sold To:
Standard Register Company
Subcon Accounting
Dayton, Oh 45408
United States

| Supplier Invoice Number | Peoplesoft ID No |
|---|---|
|  | 0000039859 |

| To | Bill Byer |
| Email | mail@jondaprinting.com |
| Phone | 201-653-6200 |

| CPX Invoice Number | TOPS ID |
|---|---|
|  | 1031792 |

| Invoice Date | Credit Terms |
|---|---|
| 30-December-2014 | 30 |

Job Name: MW PP Presentation
Product Type: Brochure
STAR #: 0
Previous Job Ref ID#:
Form #: MW PP Presentation

Requisition Appr #

| Delivery Date | CPX Order No. | Job Ref | PO Ref No | Payment Due |
|---|---|---|---|---|
| 12-December-2014 | PO 57323 | 1913261 |  | 29-January-2015 |

**Description:**
MW PP Presentation

| Transaction No: | Date | Quantity | Item | Category | Total |
|---|---|---|---|---|---|
| PO  57323<br>Comment: | 11-December-2014 | 15 |  | Printing | $  285.00 |
| EC  1<br>Comment: | 23-December-2014 | 0 |  | Delivery | $  225.00 |
| General Comments |  |  |  |  |  |
|  |  |  |  | Sub Total | $  510.00 |
|  |  |  |  | Sales Tax | $  0.00 |
|  |  |  |  | TOTAL DUE | $  510.00 |

Issued Date: 05-Jan-2015 16:31

# Invoice

**Remit To**

Jon Da Printing Co Inc, 1031792
234 16th St
8th Floor
Jersey City, NJ 07310

Sold To:
Standard Register Company
Subcon Accounting
Dayton, Oh 45408
United States

| Supplier Invoice Number | Peoplesoft ID No |
|---|---|
| 51192 | 00000398599 |

| CPX Invoice Number | TOPS ID |
|---|---|
|  | 1031792 |

| Invoice Date | Credit Terms |
|---|---|
| 05-January-2015 | 30 |

To      Bill Byer
Email   mail@jondaprinting.com
Phone   201-653-6200

Job Name:   MW Re-Issue PAS Terms and Conditions Insert
Product Type:  Other
STAR #:  6978308
Previous Job Ref ID#:
Form #:  MW PAS Terms and Condi

**Requisition Appr #**

| Delivery Date | CPX Order No. | Job Ref | PO Ref No | Payment Due |
|---|---|---|---|---|
| 24-December-2014 | PO 57364 | 1915823 |  | 04-February-2015 |

| Description: | | | | | Total |
|---|---|---|---|---|---|
| MW Re-Issue PAS Terms and Conditions Insert | | | | | |
| Transaction No: | Date | Quantity | Item | Category | |
| PO  57364 | 15-December-2014 | 130,000 |  | Printing | $ 7,460.00 |
| Comment: | | | | | |
| EC  12 | 05-January-2015 | 0 |  | Delivery | $ 750.00 |
| Comment: | | | | | |
| General Comments | | | | | |

|  | Sub Total | $ 8,210.00 |
|---|---|---|
|  | Sales Tax | $ 0.00 |
|  | TOTAL DUE | $ 8,210.00 |

Page 1 of 2

Issued Date: 05-Jan-2015 16:34

# Invoice

| Remit To |
|---|
| Jon Da Printing Co Inc, 1031792<br>234 16th St<br>8th Floor<br>Jersey City, NJ 07310 |

Sold To:
Standard Register Company
Subcon Accounting
Dayton, Oh 45408
United States

| Supplier Invoice Number | Peoplesoft ID No |
|---|---|
| 51224 | 0000039359 |

| CPX Invoice Number | TOPS ID |
|---|---|
| 15 | 1031792 |

To       Monika Wisnieska
Email    Monika.Wisniewska@standardregister.com
Phone    212-483-9800

| Invoice Date | Credit Terms |
|---|---|
| 05-January-2015 | 30 |

Job Name: MW Lincoln (JKT) - December Insert
Product Type: Generic
STAR #: 6978172
Previous Job Ref ID#:
Form #: MW Lincoln (JKT) - Dec

Requisition Appr #

| Delivery Date | CPX Order No. | Job Ref | PO Ref No | Payment Due |
|---|---|---|---|---|
| 31-December-2014 | PO 57505 | 1919656 | | 04-February-2015 |

Description:
MW Lincoln (JKT) - December Insert

| Transaction No: | Date | Quantity | Item | Category | Total |
|---|---|---|---|---|---|
| PO  57505<br>Comment: | 22-December-2014 | 20,000 | | Printing | $ 450.00 |
| EC  11<br>Comment: | 05-January-2015 | 0 | | Delivery | $ 205.00 |

General Comments

|  |  |
|---|---|
| Sub Total | $ 655.00 |
| Sales Tax | $ 0.00 |
| TOTAL DUE | $ 655.00 |

# Invoice

**Remit To**

Jon Da Printing Co Inc, 1031792
234 16th St
8th Floor
Jersey City, NJ 07310

Sold To:
Standard Register Company
Subcon Accounting
Dayton, Oh 45408
United States

| Supplier Invoice Number | Peoplesoft ID No |
|---|---|
| 51203 | 0000039859 |
| **CPX Invoice Number** | **TOPS ID** |
|  | 1031792 |
| **Invoice Date** | **Credit Terms** |
| 30-December-2014 | 30 |

To       Bill Byer
Email    mail@jondaprinting.com
Phone    201-653-6200

Job Name:  MW Credit Suisse Letter
Product Type:  Generic
STAR #:  0
Previous Job Ref ID#:
Form #:  MW Credit Suisse Lette

**Requisition Appr #**

| Delivery Date | CPX Order No. | Job Ref | PO Ref No | Payment Due |
|---|---|---|---|---|
| 26-December-2014 | PO 57379 | 1916985 |  | 29-January-2015 |

| Description: MW Credit Suisse Letter | | | | | Total |
|---|---|---|---|---|---|
| Transaction No: | Date | Quantity | Item | Category | |
| PO 57379 Comment: | 16-December-2014 | 45,000 | | Printing | $ 960.00 |
| EC 6 Comment: | 29-December-2014 | 0 | | Delivery | $ 270.00 |
| General Comments | | | | | |
| | | | | Sub Total | $ 1,230.00 |
| | | | | Sales Tax | $ 0.00 |
| | | | | TOTAL DUE | $ 1,230.00 |

# Invoice

**Remit To**

Jon Da Printing Co Inc, 1031792
234 16th St
8th Floor
Jersey City, NJ 07310

Sold To:
Standard Register Company
Subcon Accounting
Dayton, Oh 45408
United States

| Supplier Invoice Number | Peoplesoft ID No |
|---|---|
| 51104 | 0000039859 |
| **CPX Invoice Number** | **TOPS ID** |
|  | 1031792 |
| **Invoice Date** | **Credit Terms** |
| 30-December-2014 | 30 |

To      Bill Byer
Email   mail@jondaprinting.com
Phone   201-653-6200

Job Name:  MW Visitor Placard
Product Type:  Other
STAR #:  0
Previous Job Ref ID#:
Form #:  MW Visitor Placard

**Requisition Appr #**

| Delivery Date | CPX Order No. | Job Ref | PO Ref No | Payment Due |
|---|---|---|---|---|
| 08-December-2014 | PO 57196 | 1912144 | | 29-January-2015 |

**Description:**
MW Visitor Placard

| Transaction No: | Date | Quantity | Item | Category | Total |
|---|---|---|---|---|---|
| PO 57196 Comment: | 05-December-2014 | 30,000 | | Printing | $ 2,370.00 |
| EC 4 Comment: | 29-December-2014 | 0 | | Delivery | $ 35.00 |

General Comments

| | |
|---|---|
| Sub Total | $ 2,405.00 |
| Sales Tax | $ 0.00 |
| **TOTAL DUE** | $ 2,405.00 |