# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket Nos. 308, 310, 384 & 410 |

## DEBTORS' OMNIBUS MOTION FOR AN ORDER, PURSUANT TO LOCAL RULE 9006-1(d), GRANTING DEBTORS LEAVE AND PERMISSION TO FILE REPLIES IN SUPPORT OF KEIP MOTION AND SEAL MOTION

The Standard Register Company and its affiliated debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") hereby move (the "Motion") for entry of an order, substantially in the form attached hereto as Exhibit A, pursuant to Rule 9006-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), granting the Debtors leave and permission to file replies (together, the "Replies") to the objections filed in connection with (A) the *Debtors' Motion for Entry of an Order, Pursuant to Sections 105, 363(b) and 503(c) of the Bankruptcy Code, (I) Approving the Debtors' Key Employee Incentive Plan; (II) Authorizing the Debtors to Pay Incentive Bonuses to Certain Employees; and (III) Granting Related Relief* (the "KEIP Motion")[2] [Docket No. 308]; and (B) the *Debtors' Motion for Entry of an Order, Pursuant to Section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018 and Local Rule 9018-*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the KEIP Motion.

*1(b), Authorizing the Debtors to File a Summary of Their Key Employee Incentive Plan, Including the Exhibits Attached Thereto, Under Seal and (II) Directing Parties to Redact Confidential Information* (the "Seal Motion") [Docket No. 310].  In support of the Motion, the Debtors respectfully represent as follows:

1. On March 12, 2015, (the "Petition Date"), each of the Debtors filed a voluntary petition with the Court for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code").  On April 19, 2015, the Debtors filed the KEIP Motion and the Seal Motion.

2. The Office of the United States Trustee (the "UST") filed an objection to the relief requested in the Seal Motion on May 4, 2015 [Docket No. 384] (the "Seal Objection"), and an objection to the relief requested in the KEIP Motion on May 6, 2015 [Docket No. 410] (the "KEIP Objection," and together with the Seal Objection, the "Objections").

3. A hearing to consider approval of the relief requested in the KEIP Motion and the Seal Motion is scheduled for May 12, 2015, at 10:00 a.m. (ET) (the "Hearing"). Pursuant to Local Rule 9006-1(d), "[r]eply papers . . . may be filed and, if filed, shall be served so as to be received by 4:00 p.m. prevailing Eastern Time the day prior to the deadline for filing the agenda."  Since the agenda for the Hearing was due to be filed on May 8, 2015 at Noon (ET), pursuant to Local Rule 9006-1(d), the Debtors' deadline to file a reply to the Objections was May 7, 2015 at 4:00 p.m. (ET) (the "Reply Deadline").  However, in an effort to allow adequate time for the parties to negotiate and discuss the requested relief, the Debtors extended the objection deadline to the KEIP Motion to May 6, 2015 at 4:00 p.m. (ET) for the UST and to May 7, 2015 at 4:00 p.m. (ET) for the Committee.  As a consequence, and because the issues in the

KEIP Motion and Seal Motion are intertwined, the Debtors were unable to file the Replies by the Reply Deadline.

4. By this Motion, the Debtors respectfully request that the Court enter an order granting the Debtors leave and permission to file the Replies, which address the Objections. The Debtors believe that the Replies will assist the Court in its consideration of the KEIP Motion and the Seal Motion and the Objections thereto.

5. Accordingly, the Debtors respectfully request that the Court enter an order, in substantially the form attached hereto as Exhibit A, granting them leave and permission to file the Replies and such other and further relief as the Court deems just and proper.

Dated: May 11, 2015
Wilmington, Delaware

*/s/ Kara Hammond Coyle*
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Maris J. Kandestin (No. 5294)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

Michael A. Rosenthal (NY No. 4697561)
Robert A. Klyman (CA No. 142723)
Samuel A. Newman (CA No. 217042)
Jeremy L. Graves (CO No. 45522)
Sabina Jacobs (CA No. 274829)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-1512
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

*Counsel to the Debtors and Debtors in Possession*