**EXHIBIT A**

**PROPOSED ORDER**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket Nos. 308, 310, 384, 410 & ___ |

**ORDER, PURSUANT TO LOCAL RULE 9006-1(d), GRANTING DEBTORS LEAVE
AND PERMISSION TO FILE REPLIES IN SUPPORT OF KEIP
MOTION AND SEAL MOTION**

Upon consideration of the Debtors' motion (the "Motion")[2] for entry of an order pursuant to Rule 9006-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") granting the Debtors leave and permission to file the Replies to the Objections filed in connection with the KEIP Motion and the Seal Motion; and this Court finding that it has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and it appearing that venue of these chapter 11 cases and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and after due deliberation, good and sufficient cause exists for the relief requested in the Motion. Accordingly, it is hereby:

**ORDERED, ADJUDGED, AND DECREED that:**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

01:17076057.1

1. The Motion is granted, as set forth herein.

2. The Debtors are granted leave and permission, pursuant to Local Rule 9006-1(d), to file the Replies, and the Replies are deemed timely filed and a matter of record in the chapter 11 cases.

3. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this order.

Dated: _____, 2015
       Wilmington, Delaware

                                     Brendan Linehan Shannon
                                     Chief United States Bankruptcy Judge