# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 12, 2015 AT 10:00 A.M. (ET)

**RESOLVED/ADJOURNED MATTERS**

1. Motion of the Official Committee of Unsecured Creditors for an Order Establishing Procedures for Compliance with 11 U.S.C. §§ 1102(b)(3) and 1103(c) [D.I. 130; 3/28/15]

   Related Documents:

   a) Notice of Hearing [D.I. 133; 3/30/15]

   b) Certification of Counsel [D.I. 325; 4/21/15]

   c) Order Establishing Procedures for Compliance with 11 U.S.C. §§ 1102(b)(3) and 1103(c) by the Official Committee of Unsecured Creditors [D.I. 345; 4/24/15]

   Objection Deadline:   April 17, 2015 at 4:00 p.m. (ET)

   Objections/Responses Received:

   d) Informal Response from the Debtors

   Status:   An order has been entered by the Court. No hearing is necessary.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] **Amendments appear in bold.**

2.     Georgia-Pacific Consumer Products LP's Motion for Relief from the Automatic Stay to Permit Setoff Under Section 553 of the Bankruptcy Code [D.I. 198; 4/6/15]

    Related Documents:    None.

    Objection Deadline:    May 5, 2015 at 4:00 p.m. (ET) [Extended for the Debtors and Silver Point Finance, LLC to June 8, 2015 at 4:00 p.m. (ET)]

    Objections/Responses Received:    None.

    Status:    This matter is adjourned until June 17, 2015. The Debtors and Georgia Pacific have reached an agreement regarding Georgia Pacific's cure amount. In the event that Georgia-Pacific's contract is rejected in conjunction with the ongoing sale process, all parties' rights are reserved with respect to setoff and the allocation thereof.

**MATTERS WITH CERTIFICATIONS FILED**

3.     Emergency Motion of Volt Consulting Group, Ltd. for the Entry of an Order: (I) Granting Relief from the Automatic Stay Under 11 U.S.C. § 362(d)(1), to the Extent Required, to Terminate Its Contract with the Debtors; or, Alternatively, (II) Requiring the Debtors to Assume or Reject the Contract Under 11 U.S.C. § 365(d)(2) and Provide Adequate Assurance of Future Performance [D.I. 124; 3/27/15]

    Related Documents:

    a)     Order Approving Stipulation Scheduling Hearing on Emergency Motion of Volt Consulting Group, Ltd. for the Entry of an Order: (I) Granting Relief from the Automatic Stay Under 11 U.S.C. § 362(d)(1), to the Extent Required, to Terminate Its Contract with the Debtors; or, Alternatively, (II) Requiring the Debtors to Assume or Reject the Contract Under 11 U.S.C. § 365(d)(2) and Provide Adequate Assurance of Future Performance [D.I. 170; 4/1/15]

    b)     Reply of Volt Consulting Group, Ltd. in Support of Emergency Motion of Volt Consulting Group, Ltd. for the Entry of an Order: (I) Granting Relief from the Automatic Stay Under 11 U.S.C. § 362(d)(1), to the Extent Required, to Terminate Its Contract with the Debtors; or, Alternatively, (II) Requiring the Debtors to Assume or Reject the Contract Under 11 U.S.C. § 365(d)(2) and Provide Adequate Assurance of Future Performance [D.I. 219; 4/8/15]

    c)     Certification of Counsel Regarding Order Approving Stipulation Withdrawing Emergency Motion of Volt Consulting Group, Ltd. for the Entry of an Order: (I) Granting Relief from the Automatic Stay Under 11

        U.S.C. § 362(d)(1), to the Extent Required, to Terminate Its Contract with the Debtors; or, Alternatively, (II) Requiring the Debtors to Assume or Reject the Contract Under 11 U.S.C. § 365(d)(2) and Provide Adequate Assurance of Future Performance [D.I. 377; 5/1/15]

      **d)**    **Order Approving Stipulation Withdrawing Emergency Motion of Volt Consulting Group, Ltd. For the Entry of an Order: (I) Granting Relief from the Automatic Stay Under 11 U.S.C. § 362(d)(1), to the Extent Required, to Terminate Its Contract with the Debtors; or, Alternatively, (II) Requiring the Debtors to Assume or Reject the Contract Under 11 U.S.C. § 365(d)(2) and Provide Adequate Assurance of Future Performance [D.I. 452, 5/8/15]**

Objection Deadline:    April 2, 2015 at 9:00 p.m. (ET)

Objections/Responses Received:

    e)    Debtors' Objection to Emergency Motion of Volt Consulting Group, Ltd. for the Entry of an Order: (I) Granting Relief from the Automatic Stay Under 11 U.S.C. § 362(d)(1), to the Extent Required, to Terminate Its Contract with the Debtors; or, Alternatively, (II) Requiring the Debtors to Assume or Reject the Contract Under 11 U.S.C. § 365(d)(2) and Provide Adequate Assurance of Future Performance [D.I. 187; 4/2/15]

    f)    Joinder of the Official Committee of Unsecured Creditors in Support of the Debtors' Objection to Emergency Motion of Volt Consulting Group, Ltd. for the Entry of an Order: (I) Granting Relief from the Automatic Stay Under 11 U.S.C. § 362(d)(1), to the Extent Required, to Terminate Its Contract with the Debtors; or, Alternatively, (II) Requiring the Debtors to Assume or Reject the Contract Under 11 U.S.C. § 365(d)(2) and Provide Adequate Assurance of Future Performance [D.I. 188; 4/2/15]

Status:    **An order has been entered. No hearing is required.**

4.    Debtors' Motion for Order (I) Authorizing the Private Sale by the Debtors of the Property Free and Clear of liens, Claims, Encumbrances, and Other Interests; (II) Approving the Purchase Agreement; and (III) Granting Related Relief [D.I. 327; 4/21/15]

Related Documents:

    a)    Certificate of No Objection [D.I. 425; 5/7/15]

    b)    **Order (I) Authorizing the Private Sale by the Debtors of the Property Fee and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Approving the Purchase Agreement; and (III) Granting Related Relief [D.I. 450, 5/8/15]**

Objection Deadline: May 5, 2015 at 4:00 p.m. (ET)

Objections/Responses Received: None.

Status: **An order has been entered. No hearing is required.**

5. Motion of Debtors for Entry of an Order Pursuant to Bankruptcy Rule 3003(c)(3) and Local Rule 2002-1(e) Establishing Bar Dates and Related Procedures for Filing Proofs of Claim (Including for Administrative Expense Claims Arising Under Section 503(b)(9) of the Bankruptcy Code) and Approving the Form and Manner of Notice Thereof [D.I. 340; 4/23/15]

   Related Documents:

   a) Certification of Counsel [D.I. 439; 5/8/15]

   b) **Order Pursuant to Bankruptcy Rule 3003(c)(3) and Local Rule 2002-1(e) Establishing Bar Dates and Related Procedures for Filing Proofs of Claim (Including for Administrative Expense Claims Arising Under Section 503(b)(9) of the Bankruptcy Code) and Approving the Form and Manner of Notice Thereof [D.I. 449, 5/8/15]**

   Objection Deadline: May 5, 2015 at 4:00 p.m. (ET) [Extended for the Official Committee of Unsecured Creditors to May 7, 2015 at 4:00 p.m. (ET)]

   Objections/Responses Received:

   c) Informal Response from the Office of the United States Trustee

   d) Informal Response from the Official Committee of Unsecured Creditors.

   Status: **An order has been entered. No hearing is required.**

**CONTESTED MATTERS GOING FORWARD**

6. Debtors' Motion for Entry of an Order, Pursuant to Sections 105, 363(b) and 503(c) of the Bankruptcy Code, (I) Approving the Debtors' Key Employee Incentive Plan; (II) Authorizing the Debtors to Pay Incentive Bonuses to Certain Employees; and (III) Granting Related Relief [D.I. 308; 4/19/15]

    Related Documents:

    a) (Sealed) <u>Exhibit B</u> to Debtors' Motion for Entry of an Order, Pursuant to Sections 105, 363(b) and 503(c) of the Bankruptcy Code, (I) Approving the Debtors' Key Employee Incentive Plan; (II) Authorizing the Debtors to Pay Incentive Bonuses to Certain Employees; and (III) Granting Related Relief [D.I. 309; 4/19/15]

    Objection Deadline: May 4, 2015 at 4:00 p.m. (ET) [Extended for the U.S. Trustee to May 6, 2015 at 4:00 p.m. (ET); Extended for the Official Committee of Unsecured Creditors to May 7, 2015 at 4:00 p.m. (ET)]

    Objections/Responses Received:

    b) United States Trustee's Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 105, 363(b) and 503(c) of the Bankruptcy Code, (I) Approving the Debtors' Key Employee Incentive Plan; (II) Authorizing the Debtors to Pay Incentive Bonuses to Certain Employees; and (III) Granting Related Relief [D.I. 410; 5/6/15]

    **Additional Related Documents:**

    **c)** **Reply in Support of Debtors' Motion for Entry of an Order Pursuant to Sections 105, 363(b) and 503(c) of the Bankruptcy Code, (I) Approving the Debtors' Key Employee Incentive Plan; (II) Authorizing the Debtors to Pay Incentive Bonuses to Certain Employees; and (III) Granting Related Relief [D.I. 465, 5/11/15]**

    **d)** **Declaration of Kevin Carmody in Support of KEIP Motion and Related Motion to Seal [D.I. 467, 5/11/15]**

    **e)** **[Sealed] Notice of Filing of (I) Amended Key Employee Incentive Plan Summary; and (II) Revised Proposed Order, Pursuant to Bankruptcy Code Sections 105, 363(b) and 503(c), Approving Debtors' Key Employee Incentive Plan [D.I. 468, 5/11/15]**

    **f)** **[Redacted] Notice of Filing of (I) Amended Key Employee Incentive Plan Summary; and (II) Revised Proposed Order, Pursuant to**

5

>   **Bankruptcy Code Sections 105, 363(b) and 503(c), Approving Debtors' Key Employee Incentive Plan [D.I. 469, 5/11/15]**
>
> g)  **Debtors' Omnibus Motion for an Order, Pursuant to Local Rule 9006-1(d), Granting Debtors Leave and Permission to File Replies in Support of KEIP Motion and Seal Motion [D.I. 470, 5/11/15]**
>
> Status:  **The Debtors intend to have one witness in support of the relief requested.** This matter is going forward.

7.  Debtors' Motion for Entry of an Order, Pursuant to Section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018 and Local Rule 9018-1(b), Authorizing the Debtors to File a Summary of Their Key Employee Incentive Plan, Including the Exhibits Attached Thereto, Under Seal and (II) Directing Parties to Redact Confidential Information [D.I. 310; 4/19/15]

    Related Documents:

    a)  (Sealed) <u>Exhibit B</u> to Debtors' Motion for Entry of an Order, Pursuant to Sections 105, 363(b) and 503(c) of the Bankruptcy Code, (I) Approving the Debtors' Key Employee Incentive Plan; (II) Authorizing the Debtors to Pay Incentive Bonuses to Certain Employees; and (III) Granting Related Relief [D.I. 309; 4/19/15]

    Objection Deadline:        May 4, 2015 at 4:00 p.m. (ET)

    Objections/Responses Received:

    b)  United States Trustee's Objection to Debtors' Motion for Entry of an Order, Pursuant to Section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018 and Local Rule 9018-1(b), Authorizing the Debtors to File a Summary of Their Key Employee Incentive Plan, Including the Exhibits Attached Thereto, Under Seal and (II) Directing Parties to Redact Confidential Information [D.I. 384; 5/4/15]

    **Additional Related Documents:**

    c)  **Reply in Support of Debtors' Motion for an Order, Pursuant to Section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018 and Local Rule 9018-1(b), Authorizing the Debtors to File a Summary of Their Key Employee Incentive Plan, Including the Exhibits Attached Thereto, Under Seal and (II) Directing Parties to Redact Confidential Information [D.I. 466, 5/11/15]**

    d)  **Declaration of Kevin Carmody in Support of KEIP Motion and Related Motion to Seal [D.I. 467, 5/11/15]**

      **e)**    **[Sealed] Notice of Filing of (I) Amended Key Employee Incentive Plan Summary; and (II) Revised Proposed Order, Pursuant to Bankruptcy Code Sections 105, 363(b) and 503(c), Approving Debtors' Key Employee Incentive Plan [D.I. 468, 5/11/15]**

      **f)**    **[Redacted] Notice of Filing of (I) Amended Key Employee Incentive Plan Summary; and (II) Revised Proposed Order, Pursuant to Bankruptcy Code Sections 105, 363(b) and 503(c), Approving Debtors' Key Employee Incentive Plan [D.I. 469, 5/11/15]**

      **g)**    **Debtors' Omnibus Motion for an Order, Pursuant to Local Rule 9006-1(d), Granting Debtors Leave and Permission to File Replies in Support of KEIP Motion and Seal Motion [D.I. 470, 5/11/15]**

    Status:    **The Debtors intend to have one witness in support of the relief requested.** This matter is going forward.

8.    Application of the Official Committee of Unsecured Creditors for an Order Authorizing and Approving the Employment and Retention of Lowenstein Sandler LLP as Counsel to the Official Committee of Unsecured Creditors Effective as of March 24, 2015 [D.I. 314; 4/20/15]

    Related Documents:

      a)    Omnibus Reply of the Official Committee of Unsecured Creditors to Retention Applications of Its Selected Professionals [D.I. 434; 5/8/15]

    Objection Deadline:    May 5, 2015 at 4:00 p.m. (ET)

    Objections/Responses Received:

      b)    Limited Objection of Bank of America, N.A., as Administrative and Collateral Agent, to Retention Applications of Committee and Reservation of Rights [D.I. 396; 5/5/15]

      c)    Limited Objection and Reservation of Rights of Silver Point Finance, LLC with Respect to Professional Retention Applications Filed by the Official Committee of Unsecured Creditors [D.I. 397; 5/5/15]

      d)    Debtors' Omnibus Objection to Committee Retention Applications [D.I. 398; 5/5/15]

    Status:    This matter is going forward.

01:17017968.2

9.  Application of the Official Committee of Unsecured Creditors for an Order Under Bankruptcy Code Sections 328(a) and 1103(a) and Bankruptcy Rules 2014(a) and 2016(b) Approving the Employment and Retention of Polsinelli PC *Nunc Pro Tunc* to March 24, 2015, as Delaware Counsel and Conflicts Counsel to the Official Committee of Unsecured Creditors [D.I. 316; 4/20/15]

    Related Documents:

    a)  Omnibus Reply of the Official Committee of Unsecured Creditors to Retention Applications of Its Selected Professionals [D.I. 434; 5/8/15]

    Objection Deadline:     May 5, 2015 at 4:00 p.m. (ET)

    Objections/Responses Received:

    b)  Limited Objection of Bank of America, N.A., as Administrative and Collateral Agent, to Retention Applications of Committee and Reservation of Rights [D.I. 396; 5/5/15]

    c)  Limited Objection and Reservation of Rights of Silver Point Finance, LLC with Respect to Professional Retention Applications Filed by the Official Committee of Unsecured Creditors [D.I. 397; 5/5/15]

    d)  Debtors' Omnibus Objection to Committee Retention Applications [D.I. 398; 5/5/15]

    Status:     This matter is going forward.

10. Application of the Official Committee of Unsecured Creditors of the Standard Register Company, *et al*. for Entry of an Order Authorizing the Employment and Retention of Zolfo Cooper, LLC as Financial and Forensic Advisors, *Nunc Pro Tunc* to March 24, 2015 [D.I. 317; 4/20/15]

    Related Documents:

    a)  Omnibus Reply of the Official Committee of Unsecured Creditors to Retention Applications of Its Selected Professionals [D.I. 434; 5/8/15]

    Objection Deadline:     May 5, 2015 at 4:00 p.m. (ET)

    Objections/Responses Received:

    b)  Limited Objection of Bank of America, N.A., as Administrative and Collateral Agent, to Retention Applications of Committee and Reservation of Rights [D.I. 396; 5/5/15]

c)       Limited Objection and Reservation of Rights of Silver Point Finance, LLC with Respect to Professional Retention Applications Filed by the Official Committee of Unsecured Creditors [D.I. 397; 5/5/15]

           d)       Debtors' Omnibus Objection to Committee Retention Applications [D.I. 398; 5/5/15]

   Status:          This matter is going forward.

11.   Application of the Official Committee of Unsecured Creditors for an Order (I) Authorizing the Committee to Retain and Employ Jefferies LLC as Its Investment Banker, *Nunc Pro Tunc* to March 24, 2015 and (II) Waiving Certain Requirements of Local Rule 2016-2 [D.I. 318; 4/20/15]

   Related Documents:

           a)       Omnibus Reply of the Official Committee of Unsecured Creditors to Retention Applications of Its Selected Professionals [D.I. 434; 5/8/15]

   Objection Deadline:       May 5, 2015 at 4:00 p.m. (ET)

   Objections/Responses Received:

           b)       Limited Objection of Bank of America, N.A., as Administrative and Collateral Agent, to Retention Applications of Committee and Reservation of Rights [D.I. 396; 5/5/15]

           c)       Limited Objection and Reservation of Rights of Silver Point Finance, LLC with Respect to Professional Retention Applications Filed by the Official Committee of Unsecured Creditors [D.I. 397; 5/5/15]

           d)       Debtors' Omnibus Objection to Committee Retention Applications [D.I. 398; 5/5/15]

   Status:          This matter is going forward.

9

01:17017968.2

**STATUS CONFERENCE**

12. Status Conference Regarding Standing Motion by the Official Committee of Unsecured Creditors.

    Status: This matter is going forward solely as a status conference.

Dated: May 11, 2015
       Wilmington, Delaware

*/s/ Kara Hammond Coyle*
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Maris J. Kandestin (No. 5294)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
mnestor@ycst.com
kcoyle@ycst.com
mkandestin@ycst.com
amagaziner@ycst.com

-and-

Michael A. Rosenthal (NY No. 4697561)
Robert A. Klyman (CA No. 142723)
Samuel A. Newman (CA No. 217042)
Jeremy L. Graves (CO No. 45522)
Sabina Jacobs (CA No. 274829)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-1512
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
mrosenthal@gibsondunn.com
rklyman@gibsondunn.com
snewman@gibsondunn.com
jgraves@gibsondunn.com
sjacobs@gibsondunn.com

*Counsel to the Debtors and Debtors in Possession*