IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>The Standard Register Company, *et al.*,<br><br>   Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS) |

### AFFIDAVIT OF JAMIE L. DAWSON, PARALEGAL

STATE OF DELAWARE     :
                                         : SS:
NEW CASTLE COUNTY  :

    I, Jamie L. Dawson, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on May 11, 2015 I caused to be served:

**LIMITED OBJECTION OF INTERNATIONAL PAPER COMPANY TO DEBTORS' NOTICE OF (I) ENTRY INTO STALKING HORSE AGREEMENT AND (II) POTENTIAL ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS**

    Service was completed upon the following individuals listed on the attached list as indicated thereon.

Date:  May 11, 2015

_____
Jamie L. Dawson

SWORN AND SUBSCRIBED before me this 11th day of May, 2015.

_____
Notary

**VIA HAND DELIVERY**
Michael R. Nestor, Esq.
Kara Hammond Coyle, Esq.
Maris J. Kandestin, Esq.
Andrew L. Magaziner, Esq.
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
[Counsel to the Debtors]

Christopher A. Ward, Esq.
Justin K. Edelson, Eq.
Polsinelli PC
222 Delaware Avenue, Suite 11011
Wilmington, DE 19801
[Proposed Counsel to the Official Committee of Unsecured Creditors]

Mark D. Collins, Esq.
Richards Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19801
[Counsel to ABL DIP Agent]

Sarah Pierce, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
920 N. King Street
Wilmington, DE 19801
[Counsel to Term DIP Agent]

Mark S. Kenney
Office of the United States Trustee
884 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Michael Rosenthal, Esq.
Robert A. Klyman, Esq.
Gibson, Dubb & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071
[Counsel to the Debtors]

Kenneth A. Rosen, Esq.
Sharon L. Levine, Esq.
Wojciech F. Jung, Esq.
Lowenstein Sandler LLP
65 Livingston Avenue
Roseland, NJ 07068
[Proposed Counsel to the Official Committee of Unsecured Creditors]

Gerald C. Bender, Esq.
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, NY 10020
[Proposed Counsel to the Official Committee of Unsecured Creditors]

C. Edward Dobbs, Esq.
Parker Hudson Rainer & Dobbs LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, GA 30303
[Counsel to ABL DIP Agent]

Ron E. Meisler, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive, Suite 2700
Chicago, IL 60606
[Counsel to Term DIP Agent]