## CERTIFICATE OF SERVICE

      I, Etta R. Mayers, hereby certify that I am not less than 18 years of age and that on this 11th day of May 2015, I caused a true and copy of the foregoing **Objection to Notice of Assignment and Cure** to be served upon the parties listed below via first class mail, postage pre-paid.

| | |
|---|---|
| Barbara Becker, Esq.<br>Michael A. Rosenthal, Esq.<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166 | Michael R. Nestor, Esq.<br>Young Conaway Stargatt & Taylor LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801 |
| Ron Meisler, Esq.<br>Christopher Dressel, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>155 N. Wacker Drive<br>Chicago, IL 60606 | Edward Dobbs, Esq.<br>James S. Rankin, Jr., Esq.<br>Parker, Hudson, Rainer & Dobbs LLP<br>150 Marquis Two Tower<br>285 Peachtree Center Avenue<br>Atlanta, GA 30303 |
| Mark D. Collins, Esq.<br>Richards Layton & Finger<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 | Sharon L. Levine, Esq.<br>Woiciech Jung, Esq.<br>Lowenstein Sandler LLP<br>1251 Avenue of the Americas<br>New York, NY 10020 |

      Under penalty of perjury, I declare the foregoing is true and correct.

*/s/ Etta R. Mayers*
Etta R. Mayers (DE Bar No. 4164)

PAC 1189223v.1