### UNITED STATES BANKRUPTCYCOURT
### FOR THE DISTRICT OF DELAWARE

In Re:                   Chapter 11

                             Case No. 15 - 10541 (BLS)

Debtor:   The Standard Register Company, et al.

#### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice

of   Thomas A. Labuda, Jr.

to represent   Jefferies LLC

in this action.

/s/ Christopher A. Ward

Firm Name: Polsinelli PC

Address:       222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801

Phone:       302-252-0920
cward@polsinelli.com

Email:

#### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Thomas A. Labuda, Jr.

Firm Name: Sidley Austin LLP

Address:       One South Dearborn
Chicago, Illinois 60603

Phone:       312-853-7891
tlabuda@sidley.com

Email:

#### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

Dated: May 12th, 2015
Wilmington, Delaware

Local Form 105