# SIGN-IN SHEET

**CASE NAME:** THE STANDARD REGISTER CO.
**CASE NO.:** 15-10541
**COURTROOM NO.:** 1 - JUDGE SHANNON
**DATE:** MAY 12, 2015

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Chris Ward | Polsinelli | Committee |
| Jon Edelson | Polsinelli | Committee |
| Wojciech Jung | Lowenstein Sandler | " |
| Paul Kinal | " | " |
| Mark Collins | Richards Layton + Finger | Bank of America |
| Ron Meisler | Skadden Arps Slate Meagher Flom | Silverpoint |
| Sarah Pierce | " | " |
| Christopher Dressel | " | " |
| Mark Kinney | U.S. Trustee | U.S. Trustee |
| Michael Nestor | YCST | Jefferies |
| Michael Rosenthal | Gibson Dunn & Crutcher | " |
| Thomas Labuda | Sidley Austin | Jefferies LLC |

# Court Conference

## U.S. Bankruptcy Court-Delaware (DE - US)
## Confirmed Telephonic Appearance Schedule
### Honorable Brendan L. Shannon

| Calendar Date: | 05/12/2015 |
| --- | --- |
| Calendar Time: | 10:00 AM ET |

#1
2nd Revision 05/12/2015 05:59 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | The Standard Register Company | 15-10541 | Hearing | 6913475 | Jay Basham | 404-420-5559 | Parker Hudson Rainer & Dobbs | Creditor, Bank of America, N.A. / LISTEN ONLY |
| | | The Standard Register Company | 15-10541 | Hearing | 6912752 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | The Standard Register Company | 15-10541 | Hearing | 6915898 | Anthony DiNello | (203) 542-4212 ext. 00 | Silver Point Capital | Interested Party, Silver Point Finance, LLC and Standard Acquisition Holdings, LLC / LISTEN ONLY |
| | | The Standard Register Company | 15-10541 | Hearing | 6913448 | C. Edward Dobbs | (404) 420-5529 | Parker Hudson Rainer & Dobbs | Interested Party, Bank of America / LIVE |
| | | The Standard Register Company | 15-10541 | Hearing | 6915915 | Chaim Fortgang | (203) 485-7537 | Fortgang Consulting LLC | Interested Party, Silver Point Finance, LLC and Standard Acquisition Holdings, LLC / LISTEN ONLY |
| | | The Standard Register Company | 15-10541 | Hearing | 6918155 | Jeremy L. Graves | (214) 698-3225 | Gibson, Dunn & Crutcher LLP | Debtor, The Standard Register Company / LIVE |
| | | The Standard Register Company | 15-10541 | Hearing | 6915830 | Albert L. Hogan | (312) 407-0700 | Skadden Arps Slate Meagher & Flom | Interested Party, Silver Point Finance, LLC and Standard Acquisition Holdings, LLC / LIVE |
| | | The Standard Register Company | 15-10541 | Hearing | 6917473 | Patrick Holohan | (646) 412-5336 | Merger Market | Interested Party, Merger Market / LISTEN ONLY |
| | | The Standard Register Company | 15-10541 | Hearing | 6918590 | Kim Martin Lewis | (513) 977-8200 ext. 8259 | Dinsmore & Shohl LLP | Interested Party, Kim Martin Lewis / LISTEN ONLY |
| | | The Standard Register Company | 15-10541 | Hearing | 6915907 | Taylor Montague | (203) 542-4211 | Silverpoint Capital | Interested Party, Silver Point Finance, LLC and Standard Acquisition Holdings, LLC / LISTEN ONLY |

| | | | | | |
|---|---|---|---|---|---|
| The Standard Register Company | 15-10541 | Hearing | 6913461 James Rankin | (404) 420-5560 ext. 00 | Parker Hudson Rainer & Dobbs | Interested Party, Bank of America / LIVE |
| The Standard Register Company | 15-10541 | Hearing | 6915894 Carl Tullson | (312) 407-0379 | Skadden Arps Slate Meagher & Flom ( Interested Party, Silver Point Finance, LLC and Standard Acquisition Holdings, LLC / LIVE |