UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>THE STANDARD REGISTER COMPANY, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Sebastian V. Higgins, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On May 8, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Cure Notice Parties attached hereto as **Exhibit A**:

- Notice of (I) Entry into Stalking Horse Agreement and (II) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially all of the Debtors' Assets [A sample of which is attached hereto as **Exhibit B**]

Dated: May 11, 2015

_____
Sebastian V. Higgins

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on May 11, 2015, by Sebastian V. Higgins, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

DAVID M. SMITH
NOTARY PUBLIC-STATE OF NEW YORK
No. 02SM6300826
Qualified In New York County
My Commission Expires April 07, 2018

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

SRF 2404-2682

**Exhibit A**

SRF 2404-2682

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| 30 P-Park, LLC | PO BOX 720593 | | | | Atlanta | GA | 30358-2593 |
| ACCO Brands USA LLC | Attn: Legal Counsel | Corporate Dr, | | | Lake Zurich | IL | 60047 |
| Acme Brick | P.O. Box 425 | | | | Fort Worth | TX | 76101-0425 |
| Advanced Vision Technology | 5910 Shiloh Rd. East | | | | Alpharetta | GA | 30005 |
| Advantage Health Solutions | 9045 River Rd #200 | | | | Indianapolis | IN | 46240 |
| Affiliated Computer Services, Inc. | 11881 E 33rd Av #D | | | | Aurora | CO | 80010 |
| AMERICAN SAVINGS BANK | Bryan K. Kubo: Chief Purchasing Officer | Bishop Square | 1001 Bishop St | | Honolulu | HI | 96813 |
| American Tile Supply, Inc. | 2244 Luna Rd # 160 | | | | Carrollton | TX | 75006 |
| Amerinet, Inc. | Attn: General Counsel | Two CityPlace Drive | Suite 400 | | St. Louis | MO | 63141 |
| Amtrol Inc | 1400 Division Road | | | | West Warwick | RI | 02893 |
| APPLETON PAPERS INC | 9655 Woods Dr, | | | | Skokie | IL | 60077 |
| Appleton Papers Inc. | 358 Long Ridge Ln | | | | Exton | PA | 19341 |
| ART PLUS TECHNOLOGY, INC. | Attn: Legal Counsel | 186 Lincoln Street 5th Floor | | | Boston | MA | 02111-2403 |
| Asheville Dodge | 255 Smoky Park Highway | | | | Asheville | NC | 28806 |
| Associated Pension and Payroll | ATTN: Vincent Mastrocco | 6800 Jericho Turnpike | Suite 200W | | Syosset | NY | 11791 |
| AT&T | Attn: Joe Ronan | 400 Commons Way, Suite 1355 | | | Bridgewater Commons | NJ | 08807 |
| AT&T Global Information Solutions Co. | Attn: Karen Konicki, Esq. | 1700 S Patterson Blvd | | | Dayton | OH | 45409 |
| Auto World Kia | 2520 Hempstead Turnpike | | | | East Meadow | NY | 11554 |
| Automobile Protection Corporation | 6010 Atlantic Blvd | | | | Norcross | GA | 30071 |
| Autonation, Inc | 200 SW 1st Ave | | | | Fort Lauderdale | FL | 33301 |
| Autonation, Inc., a Delaware corporation | 200 SW 1st Ave | | | | Fort Lauderdale | FL | 33301 |
| Avery Dennison Business Media Division | 207 Goode Avenue | | | | Glendale | CA | 91203-1222 |
| AWTP, LLC | Attn: General Counsel | 5 Crescent Dr | | | Philadelphia | PA | 19112 |
| BellSouth Business | Attn: David Wicker | 1057 Lenox Park Boulevard Ne 2b6 | | | Atlanta | GA | 30319 |
| Best Practices Systems, Inc | Attn: General Counsel | 8595 Prairie Trail Dr # 100 | Suite 126 | | Englewood | CO | 80112 |
| BORREGO COMMUNITY HEALTH FOUNDATION | PO Box 2369 | | | | Borrego Springs | CA | 92004 |
| Bramkamp Printing CO. , Inc | 9933 Alliance Road # 2 | | | | Cincinnati | OH | 45242-5662 |
| Bramkamp Printing Co., Inc | Attn: General Counsel | 9933 Alliance Road # 2 | | | Cincinnati | OH | 45242-5662 |
| C2 Financial | 733 Bishop St. Suite 2300 | | | | Honolulu | HI | 96813 |
| Cadence Bank | Attn: General Counsel | 301 MAIN ST | | | Starkville | MS | 39759 |
| Canon Financial Services, Inc. | 158 Gaither Drive | Suite 200 | | | Mount Laurel | NJ | 08054 |
| CarMax Business Services, LLC | 225 Chastain Meadows | Court | | | Kennesaw | GA | 30144 |
| Carondelet Silverbell Surgery Center | 350 N Wilmot Rd | | | | Tucson | AZ | 85711 |
| Carter Brothers Security Services LLC (d/b/a Carter Brothers) | Attn: Joann Lowry, VP | 100 Hartsfield Center Pkwy #100 | 100 | | Atlanta | GA | 30354 |

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| Catholic Health Initiatives | 400 W Blackwell St # 1 | | | | Dover | NJ | 07801 |
| CDW Direct, LLC | Attn: Director, Program Sales | 2 Corporate Dr. | Suite 800 | | Shelton | CT | 06484 |
| Computer Sciences Corporation | Attn: General Counsel | 1 Rockefeller Plaza | | | New York | NY | 10020 |
| Cone Mills Corporation | 804 Green Valley Rd #300 | | | | Greensboro | NC | 27408 |
| Counsel Connections | 7535 Metropolitan Drive | | | | San Diego | CA | 92108 |
| Creek Litho, Inc. | 9700 13th Ave N Fl 1 | | | | Plymouth | MN | 55441 |
| Customgraphix Printing Corporation | 250 Commerce Cir S | | | | Fridley | MN | 55432 |
| Dayton Walther | W.W. White, President | 705 North Fayette St | | | Fayette | OH | 43521 |
| Deal Motor Cars | Attn: General Counsel | 621 Brevard Rd | | | Asheville | NC | 28806 |
| DexOne Corporation fka R.H. Donnelley Inc. | Director - AR Services | 8501 W 137th St | | | Overland Park | KS | 66223 |
| Diversified Tape & Graphics | 1387 Barclay Blvd | | | | Buffalo Grove | IL | 60089 |
| Domtar Industries Inc. | 144 Main St | | | | Baileyville | ME | 04694 |
| Dun & Bradstreet, Inc. | 512 Fashion Ave #1100 | | | | New York | NY | 10018 |
| Dun & Bradstreet, Inc. | Attention: Legal Counsel | 512 Fashion Ave #1100 | | | New York | NY | 10018 |
| Eagle Registrations Inc. | 123 Webster St # 300 | | | | Dayton | OH | 45402 |
| Ed Napleton Automotive Group | 5800 W 95th St | | | | Oak Lawn | IL | 60453 |
| Education Loan Servicing Corporation d/b/a XPRESS loan Servicing | 125 MK Ferguson Plaza | 1500 West 3rd Street | | | Clevland | OH | 44113 |
| Electronics For Imaging, Inc. | 6750 Dumbarton Cir, | | | | Fremont | CA | 94555 |
| Eli Lilly & Company | 3653 Michigan Avenue | | | | Cincinnati | OH | 45208 |
| Embarq Management Company | 5454 West 110th Street | Shawnee Mission | | | Overland Park | KS | 66211 |
| Equitable Life Assurance Society | Attn General Counsel | 200 Plaza Drive Ste 2 | | | Secaucus | NJ | 07094 |
| Escalante Solutions | 1625 National Drive # 150 | | | | Sacramento | CA | 95834 |
| Exel, Inc. | Attn: Director of Operations | 611 South Royal Lane | | | Coppell | TX | 75019 |
| Express Messenger Systems, Inc. | Attn: General Counsel | 3401 E. Harbour Drive | | | Phoenix | AZ | 85034-7229 |
| Family Buick | Attn: General Counsel | 1202 North Shadeland Avenue | | | Indianapolis | IN | 46219 |
| Flexible Office Solutions, LLC | Attn: General Counsel | 1518 Willow Lawn Drive #300 | | | Richmond | VA | 23230 |
| Florences Communications LLC | 10630 East Penstamin Drive | | | | Scottsdale | AZ | 85255 |
| Florida Department of Highway Safety and Motor Vehicles | Attn: General Counsel | 2814 E Hillsborough Ave | | | Tampa | FL | 33610 |
| four51 | 400 N 1st Avenue, Suite 200 | | | | Minneapolis | MN | 55401 |
| FrontRange Solutions | 490 N. McCarthy Blvd., Suite 100 | | | | Milpitas | CA | 95035 |
| GCA Services Corp | Attn: General Counsel | 1350 Euclid Ave, Suite 1500 | | | Cleveland | OH | 44115 |
| General Binding Corp. | 300 Tower Parkway | | | | Lincolnshire | IL | 60069 |
| Global Healthcare Exchange LLC | 1315 W Century Dr | | | | Louisville | CO | 80027 |
| Graphic Label Solutions | Attn: Deborah Warner, President | 2407 Pulaski Hwy # B | | | Columbia | TN | 38401 |
| Great Plains Regional Medical Center | Attn: General Counsel | 1081 W 3rd Street | | | Elk City | OK | 73644 |
| Gulf Coast Medical Group | 1700 E Venice Ave | | | | Venice | FL | 34292 |
| Halogen Software Inc. | 495 March Road | | | | Ottawa | ON | K2K 3G1 |

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| Hanger Orthopedic Group, Inc. | 6410 Rockledge Dr #100 | | | | Bethesda | MD | 20817 |
| Health Management Associates, Inc. | 8300 Collier Blvd | | | | Naples, | FL | 34114 |
| Healthcare Partners Investment | 14024 Quail Pointe Dr | | | | Oklahoma City | OK | 73134 |
| Hooven Dayton Corporation | Attn: General Counsel | 511 Byers Rd | | | Miamisburg | OH | 45342 |
| Illinois Central Hospital Association | Attn: Privacy Officer | 18501 Maple Creek Drive, #100 | | | Tinley Park | IL | 60477-2979 |
| Integrated Services, Inc. | Attn: General Counsel | 15115 SW Sequoia Pkwy Suite 110 | | | Portland | OR | 97224 |
| InteliSpend Prepaid Solutions | 19 West 44th Street, Suite 1108 | | | | New York | NA | 10036 |
| ITXC | 600 College Road East | | | | Princeton | NJ | NJ 08540 |
| Juice Technologies dba Plug Smart | 350 E. 1st Avenue, Suite 210 | | | | Columbus | OH | 43201 |
| KDM Pop Solutions | Attn: General Counsel | 10450 N. Medallion Drive | | | Charlotte | NC | 45241 |
| Kennedy Memorial Hospital- University Medical | Attn: General Counsel | 435 Hurffville Crosskeys Rd | | | Turnersville | NJ | 08012 |
| Kewill Electronic Commerce, Inc. | Attn: General Counsel | 100 Nickerson Rd Ste 4 | | | Marlborough | MA | 01752 |
| KINGFISHER REGIONAL HOSPITAL, INC. | 1000 Kingfisher Regional Hospital Dr | | | | Kingfisher | OK | 73750 |
| Kunz Business Products, Inc. | Attention: Legal Counsel | Green Avenue and 9th Street | P.O. Box 431 | | Altoona | PA | 16601 |
| LEGACY HOSPITAL PARTNERS, INC. | ATTN: General Counsel | 2400 Dallas Parkway | Suite 450 | | Plano | TX | 75093 |
| Legend Print & Design Inc. dba Legend Press | Attn: General Counsel | 3233 W Kingsley Rd | | | Garland | TX | 75041 |
| Lexmark International, Inc. ("Lexmark") | 740 W. New Circle Road | | | | Lexington | KY | 40550 |
| Lillibridge Healthcare Real Estate Trust LP | 200 West Madison Street | 32nd Floor | | | Chicago | IL | 60606-3417 |
| Mack Trucks, Inc. | Queen City Airport | 2402 Lehigh Pkwy S | | | Allentown | PA | 18103 |
| Managestaff, Inc. | Attn: General Counsel | 950 W Elliot Rd #212 | | | Tempe | AZ | 85284 |
| McGee, Pickard & Robinson Eye Associates | 1455 S Douglas Blvd #D | | | | Oklahoma City | OK | 73130 |
| MedAssets Supply Chain Services, LLC | Attn: General Counsel | 280 South Mount Auburn Road | Suite 150 | | Cape Girardeau | MO | 63703-4918 |
| Medco Health Solutions, Inc. | 4865 Dixie Hwy | | | | Fairfield | OH | 45014 |
| Metromedia Restaurant Group | 3701 W Plano Parkway # 200 | | | | Plano | TX | 75075-7837 |
| Michael L.Glass MD F.A.C.O.G (Obstetrics & Gynocology) | 3815 S Boulevard | | | | Edmond | OK | 73013 |
| Mimecast North America, Inc. | 480 Pleasant St | | | | Watertown | MA | 02472 |
| Ministry Home Care Services | 611 N SAINT JOSEPH AVE | | | | MARSHFIELD | WI | 54449 |
| Moov Corporation | 201 Spear St 3rd Floor | | | | San Francisco | CA | 94105 |
| Nashua Corporation | Attn: General Counsel | 59 Daniel Webster Highway | | | Merrimack | NH | 03054 |
| Navistar, Inc. | ATTN: Senior VP and General Counsel | ATTN: Supply Manager | 2601 Navistar Dr, | | Lisle | IL | 60532 |
| NEIGHBORHOOD HEALTHCARE | ATTN: Tracy Ream | 855 E Madison Ave | | | El Cajon | CA | 92020 |
| Neighborhood Healthcare | Attn: General Counsel | 855 E Madison Ave | | | El Cajon | CA | 92020 |
| NES Rentals, Inc. | Attn: General Counsel | 8420 W Bryn Mawr Ave | | | Chicago | IL | 80831 |

Exhibit A

Supplemental Service List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| Networking Printing Solutions | Attn: General Counsel | 2203 North Lois Avenue #923 | | | Tampa | FL | 33607-2370 |
| Novamed, Inc. | Attn: General Counsel | 8136 Lawndale Ave # 1 | Suite 1620 | | Skokie | IL | 60076 |
| NRG Resources, Inc | Attn: General Counsel | 733 9th St | | | Benton City | WA | 99320 |
| NSF-ISR Registration Services | Attention Bankruptcy Department | P.O Box 130140 | 789 N. Dixboro Road | | Ann Arbor | MI | 48105 |
| Océ Business Services, Inc. | 460 W 34th St #6 | | | | New York | NY | 10001 |
| Océ Financial Services, Inc. | 5450 N Cumberland Avenue | | | | Chicago | IL | 60656 |
| Oce North America, Inc. | 2750 Blue Water Rd | | | | Eagan | MN | 55121 |
| Oklahoma Energy Resources Board | 500 N.E. 4th Street, Suite 100 | | | | Oklahoma City | OK | 73104 |
| Our Lady of Lourdes General Medical Center | 4801 Ambassador Caffery Pkwy | | | | Lafayette | LA | 70508 |
| Outlook Group Corporation | 1180 American Dr | | | | Neenah | WI | 54956 |
| Outreach Health Services General Partner | 269 Renner Parkway | | | | Richardson | TX | 75080-1316 |
| Owens & Minor | Attn: Manager, Contracts & Rebates | 9120 Lockwood Boulevard | | | Mechanicsville | VA | 23116 |
| PABLO A PINZON MD | 1601 SW 89TH ST STE D100 | | | | OKLAHOMA CITY | OK | 73159-6378 |
| Pacer Stacktrain | 1408 Middle Harbor Rd | | | | Oakland | CA | 94607 |
| Pageflex, Inc. | 500 Nickerson Road | | | | Marlborough | MA | 01752 |
| Parachute Marketing Group LLC | Attn: Brett Cutler | 60 Revere Dr Ste. 820 | | | Northbrook | IL | 60062 |
| Pitney Bowes | 34 Maple Ave # 300 | | | | Pine Brook | NJ | 07058 |
| Planet Nissan Subaru | 4960 E Marketplace Dr | | | | Flagstaff | AZ | 86004 |
| Pride Technologies, LLC | 4445 Lake Forest Drive | Suite 490 | | | Cincinnati | OH | 45242 |
| Primary Color Systems | 265 Briggs Avenue | | | | Costa Mesa | CA | 92626 |
| ProHealth Care, Inc. | N17 W24100 Riverwood Drive | Suite 130 | | | Waukesha | WI | 53188 |
| Promise Halthcare Inc | 999 Yamato Road 3rd fl | | | | Boca Raton | FL | 33431 |
| Quality Incentive Company | Attn: General Counsel | 3962 Willow Lake Blvd | | | Memphis | TN | 38118 |
| Rastar Inc | Attn: General Counsel | 2305 S 1070 W | | | Salt Lake City | UT | 84119 |
| RASTAR, INC | 2305 S 1070 W | | | | Salt Lake City | UT | 84119 |
| Raymond Storage Concepts, Inc. | Attn: General Counsel | 4350 Indeco Court | | | Cincinnati | OH | 45241 |
| Rollsource | Attn: Jay Skulborstad - Sales Manager | 5885 Glenridge Drive | Suite 160 | | Atlanta | GA | 30328 |
| Ryder Truck Rental, Inc. | d/b/a Ryder Transportation Services | 11690 NW 105th Street | | | Miami | FL | 33178 |
| Salar, Inc. | Attention: Legal Counsel | 1840 York Road Suites K-M | York Ridge Center South | | Timonium | MD | 21093 |
| SAPA Extrusions, Inc. | Attn: General Counsel | 2500 Alumax Road | 5th Floor | | Yankton | SD | 57078 |
| Sea Star Line, LLC | 10550 Deerwood Park | Boulevard | Suite 509 | | Jacksonville | FL | 32256 |
| Servers On-Line, Inc | 4175 Veterans Highway | | | | Ronkonkoma | NY | 11779 |
| Snoyer Signs | d/b/a Fast Signs | 5308 MOUNT VIEW RD | | | Antioch | TX | 37013-2307 |
| Sogeti USA, LLC | Attn: General Counsel | 10100 Innovation Drive, Suite 200 | | | Dayton | OH | 45342 |
| Spirometrics | 22 Shaker Road | PO box 680 | | | Gray | ME | 04039 |

Supplemental Service List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| St John Knits International Incorporated | 17622 Armstrong Ave | | | | Irvine | CA | 92614 |
| Studio Eleven, Inc. | 301 South Main Street | | | | Fort Loramie | OH | 45845 |
| Superior Plus Energy Services, Inc. | 1870 Winton Rd S Ste 200 | | | | Rochester | NY | 14618 |
| Surency Life and Health Insurance Company | Attn: General Council | 11300 Tomahawk Creek Parkway | Pinnacle Corporate Centre | Suite 350 | Leawood | KS | 66211 |
| Taconic Chevrolet | 3805 Crompond Road | | | | Cortlandt Manor | NY | 10567 |
| Tax Compliance, Inc. | 10089 Willow Creek Road | Suite 300 | | | San Diego | CA | 92131 |
| Telerik Inc. | 201 Jones Road Waltham | | | | Boston | MA | 02451 |
| Tennova Healthcare | 930 E Emerald Ave STE 815 | | | | Knoxville | TN | 37917-4566 |
| The Glidden Company | 15885 West Sprague Road | | | | Strongsville | OH | 44136 |
| The Hearst Corporation | Attn: Legal Department | 959 Eighth Avenue | | | New York | NY | 10019 |
| The Holloway Group | 6613 N Meridian Ave, | | | | Oklahoma City | OK | 73116 |
| The Relizon Company | Attn: General Counsel | 220 E Monument Ave | | | Dayton | OH | 45402 |
| The Renaissance Women's Center | 238 N Midwest Blvd # 1 | | | | Midwest City | OK | 73110 |
| The Todd Organization | 24610 Detroit Road | Suite 210 | | | Cleveland | OH | 44145 |
| Thunder Press | 1251 Nagel Blvd | | | | Batavia | IL | 60510 |
| Tim Leeper Roofing | Attn: General Counsel | 14919 Lebanon Rd | | | Old Hickory | TE | 37138 |
| Trade Envelopes Inc. | 806 Davidson St | | | | Tullahoma | TN | 37388 |
| Transactis, Inc. | Attn: General Counsel | 1250 Broadway | | | New York | NY | 10001 |
| Twin City Orthopedic | 3250 W 66th St | | | | Minneapolis | MN | 55435 |
| Tyco International (U.S.) Inc. | 9 Roszel Rd | | | | Princeton | NJ | 08540 |
| U.S. Bancorp | Attn: Robert Speltz, Supplier Manager | 60 Livingston Ave, St | | | St. Paul | MN | 55107 |
| United Air Lines, Inc. | 233 S Wacker Dr | | | | Chicago | IL | 60606 |
| United States Gypsum Company | Attn: General Counsel | 4500 Ardine St | | | South Gate | CA | 90280 |
| University Medical Billing | 650 Komas Dr # 202 | | | | Salt Lake City | UT | 84108 |
| Valeo Inc | 4100 N Atlantic Blvd | | | | Auburn Hills | MI | 48326 |
| Verizon Business Network Services, Inc. | Attn: General Counsel | 150 East 4th St | | | Cincinnati | OH | 45202 |
| Vesta Corporation | 11950 SW Garden Pl | | | | Portland | OR | 97223 |
| VIRGINIA HOSPITAL CENTER | ATTN: Alison Poplar | 1701 N George Mason Dr | | | Arlington | VA | 22205 |
| Volvo Finance North America, Inc. | 25 Philips Parkway | | | | Montvale | NJ | 07645 |
| Weber Printing Company, Inc | 18700 S Ferris Pl | | | | Compton | CA | 90220 |
| WebMethods Inc | Attn: V.P. Legal Services | 3877 Fairfax Ridge Rd | | | Fairfax | VA | 22030-7425 |
| WELLSPAN HEALTH | 1001 S George St | | | | York | PA | 17403 |
| WHDL Holdings LLC. | 121 South Main Street Suite 102 | | | | Akron | OH | 44308 |
| Woodbury Business Systems Inc. | 1006 Country Club Dr. | | | | La Grange | GA | 32240 |
| Workflowone | 600 Albany Street | | | | Dayton | OH | 45417 |
| Zeller + Gmelin Corporation | Attn: Doug Killian | 4801 Audubon Drive | | | Henrico | VA | 23231 |