IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | ) Case 15-10541 (BLS) |
| | ) Jointly Administered |
| Debtors. | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned case pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as counsel for Dayton Mailing Services, Inc. ("Dayton") in the case of the above-captioned debtors and debtors-in-possession (the "Debtors"). Dayton demands, pursuant to Bankruptcy Rules 2002, 9007 and 9010(b) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned attorneys, at the addresses set forth below:

**POTTER ANDERSON & CORROON LLP**
Jeremy W. Ryan (DE Bar No. 4057)
Etta R. Mayers (DE Bar No. 4164)
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Facsimile: (302) 658-1192

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

PAC 1189471v.1

demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission, electronic mail or otherwise, which affects the Debtors or property of the Debtors.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Papers shall not be deemed to be a waiver of the rights of Dayton (1) to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) to any rights, actions, or defenses relating to the scope of the Bankruptcy Court's jurisdiction, or (5) to any other rights, claims, actions, setoffs, or recoupments to which Dayton is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Dayton expressly reserves. Nor shall this Notice of Appearance and Request for Service of Papers be deemed to constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or Federal Rules of Civil Procedure.

Dated: May 13, 2015  
       Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

_____  
Jeremy W. Ryan (DE Bar No. 4057)  
Etta R. Mayers (DE Bar No. 4164)  
1313 North Market Street, Sixth Floor  
P.O. Box 951  
Wilmington, DE 19899-0951  
Telephone: (302) 984-6000  
Facsimile: (302) 658-1192

*Counsel to Dayton Mailing Services, Inc.*