IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | ) Case 15-10541 (BLS) |
| | ) Jointly Administered |
| Debtors. | ) |

## CERTIFICATE OF SERVICE

I, Etta R. Mayers, hereby certify that I am not less than 18 years of age and that on this 13th day of May 2015, I caused a true and correct copy of the foregoing **Notice of Appearance and Request for Service of Papers** to be served upon the parties on the attached list *via* first class mail.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: May 13, 2015
Wilmington, Delaware

POTTER ANDERSON & CORROON LLP

_____
Etta R. Mayers (DE Bar No. 4164)
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Facsimile: (302) 658-1192

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

| | |
|---|---|
| The Standard Register<br>600 Albany Street<br>Dayton, OH 45417 | Gibson, Dunn & Crutcher LLP<br>Robert A. Klyman<br>Samuel A. Newman<br>Jeremy L. Graves<br>Sabina Jacobs<br>333 South Grand Avenue<br>Los Angeles, CA 90071-1512 |
| Young Conaway Stargatt & Taylor LLP<br>Michael R. Nestor<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801 | McKinsey Recovery & Transformation Services U.S., LLC<br>Kevin Carmody and Mark W. Hojnacki<br>55 East 52nd Street<br>New York, NY 10055 |
| Prime Clerk LLC<br>David M. Smith<br>830 3rd Ave FL 9<br>New York, NY 10022 | Alston & Bird LLP<br>Attn: David A. Wender, Jonathan T. Edwards<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424 |
| Arapahoe County Attorney<br>Attn: Robert Hill<br>5334 S. Prince Street<br>Littleton, CO 80166 | Arnstein & Lehr LLP<br>Attn: Kevin H. Morse<br>120 S. Riverside Plaza, Suite 1200<br>Chicago, IL 60606 |
| Ashby & Geddes, P.A.<br>Attn: Ricardo Palacio<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899 | Bank of America, N.A.<br>James S. Rankin Jr., Parker, Hudson, Rainer & Dobbs LLP<br>1500 Marquis Two Tower<br>285 Peachtree Center Avenue NE<br>Atlanta, GA 30303 |

Bialson, Bergen & Schwab
Attn: Lawrence M. Schwab, Thomas M. Gaa
2600 El Camino Real
Suite 300
Palo Alto, CA  94306

Bialson, Bergen & Schwab
Attn: Lawrence M. Schwab, Kenneth T. Law
2600 El Camino Real
Suite 300
Palo Alto, CA  94306

Blakeley LLP
Attn: Scott E. Blakeley
2 Park Plaza
Suite 400
Irvine, CA  92614

Blank Rome LLP
Attn: John E. Lucian
One Logan Square
130 North 18th Street
Philadelphia, PA  19103

Blank Rome LLP
Attn: Alan M. Root
1201 Market Street
Suite 800
Wilmington, DE  19801

BMC Group, Inc
Attn T Feil
300 Continental Boulevard
#570
El Segundo, CA  90245

Bricker & Eckler LLP
Attn: David M. Whittaker
100 South Third Street
Columbus, OH  43215

Bryan Cave LLP
Attn: Robert J. Miller, Justin A. Sabin
Two North Central Avenue
Suite 2200
Phoenix, AZ  85004-4406

Bryan Cave LLP
Attn: Michelle McMahon
1290 Avenue of the Americas
New York, NY  10104-3300

Carlton Fields Jorden Burt, P.A.
Attn: John J. Lamoureux
4221 West Boy Scout Boulevard, 10th Floor
PO Box 3239
Tampa, FL  33601-3239

Clark Hill PLC
Attn: Scott N. Schreiber
150 N. Michigan Avenue
Suite 2700
Chicago, IL 60601

Clark Hill PLC
Attn: Shannon L. Deeby
151 South Old Woodward Avenue
Suite 200
Birmingham, MI 48009

Clark Hill PLC
Attn: Edward J. Kosmowski
824 N. Market Street
Suite 710
Wilmington, DE 19801

Cole Schotz, P.C.
Attn: Patrick J. Reilley
500 Delaware Avenue
Suite 1410
Wilmington, DE 19801

Cole Schotz, P.C.
Attn: Michael D. Warner
301 Commerce Street
Ste. 1700
Fort Worth, TX 76102

Commonwealth of Pennsylvania, Department of Revenue
Office of the Attorney General
Attn: Kathleen G. Kane, Carol E. Momjian
21 S. 12th Street
3rd Floor
Philadelphia, PA 19107-3603

Cross & Simon, LLC
Attn: Christopher P. Simon
1105 North Market Street
Suite 901
Wilmington, DE 19801

Delaware Attorney General
Attn Bankruptcy Dept
Carvel State Office Bldg
820 N French St 6th Fl
Wilmington, DE 19801

Delaware Division of Revenue
Zillah Frampton
820 N French St
Wilmington, DE 19801

Delaware Secretary of State
Corporations Franchise Tax
PO Box 898
Dover, DE 19903

| | |
|---|---|
| Delaware State Treasury<br>Attn Bankruptcy Dept<br>820 Silver Lake Blvd Ste 100<br>Dover, DE  19904 | Dentons<br>Attn: Arthur H. Ruegger<br>1221 Avenue of the Americas<br>New York, NY  10020 |
| Dinsmore & Shohl LLP<br>Christopher A. Deabler<br>255 East Fifth Street<br>Suite 1900<br>Cincinnati, OH  45202 | Duane Morris LLP<br>Attn: Jeffrey W. Spear<br>1540 Broadway<br>New York, NY  10036 |
| Duane Morris LLP<br>Attn: Jarret P. Hitchings<br>222 Delaware Avenue<br>Suite 1600<br>Wilmington, DE  19801 | Earp Cohn, P.C.<br>Attn: Richard M. Schlaifer<br>20 Brace Road<br>4th Floor<br>Cherry Hill, NJ  08034-0000 |
| Environmental Protection Agency<br>Attn Bankruptcy Dept<br>1650 Arch Street<br>Philadelphia, PA  19103-2029 | Fleischer, Fleischer & Suglia<br>Attn: Nicola G. Suglia, Allison L. Domowitch<br>Plaza 1000 at Main Street<br>Suite 208<br>Voorhees, NJ  08043- |
| Frantz Ward LLP<br>Attn: Timothy J. Richards, John F. Kostelnik<br>200 Public Square<br>Suite 3000<br>Cleveland, OH  44114 | Friedlander Misler, PLLC<br>Attn: Robert E. Greenburg, Thomas F. Murphy, Lindsay A. Thompson<br>5335 Wisconsin Avenue, NW<br>Suite 600<br>Washington, DC  20015 |

| | |
|---|---|
| Gary Becker<br>666 Barclay Lane<br>Broomall, PA  19008 | Georgia Pacific Corp<br>Emily O. Valladares<br>133 Peachtree Street, NE<br>Atlanta, GA  30303 |
| Gibbons P.C.<br>Attn: Natasha M. Songonuga<br>1000 N. West Street<br>Suite 1200<br>Wilmington, DE  19801-1058 | Gibbons P.C.<br>Attn: Mark B. Conlan<br>One Gateway Center<br>Newark, NJ  07102-5310 |
| Golan & Christie LLP<br>Attn: Barbara L. Yong, Caren A. Lederer<br>70 W. Madison Street<br>Suite 1500<br>Chicago, IL  60602 | Goldberg, Kamin & Garvin, LLP<br>Attn: Robert J. Garvin<br>1806 Frick Building<br>437 Grant Street<br>Pittsburgh, PA  15219-6101 |
| Graydon Head & Ritchey LLP<br>Attn: J. Michael Debbeler<br>1900 Fifth Third Center<br>511 Walnut Street<br>Cincinnati, OH  45202 | Iannotti & Associates PLC<br>Attn: Daniel V. Iannotti<br>1475 Club Drive<br>Bloomfield Hills, MI  48302 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>2970 Market St<br>Mail Stop 5 Q30 133<br>Philadelphia, PA  19104-5016 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA  19101-7346 |

| | |
|---|---|
| Law Offices of Robert E. Luna P.C.<br>c/o George C. Scherer<br>4411 N. Central Expressway<br>Dallas, TX 75205 | LeClairRyan<br>Attn: Andrew L. Cole<br>180 Admiral Cochrane Drive<br>Suite 370<br>Annapolis, MD 21401 |
| Linebarger Goggan Blair & Sampson, LLP<br>Attn: Elizabeth Weller<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207 | Linebarger Goggan Blair & Sampson, LLP<br>Attn: John P. Dillman<br>PO Box 3064<br>Houston, TX 77253-3064 |
| Lowenstein Sandler LLP<br>Attn: Kenneth A. Rosen, Sharon L. Levine<br>65 Livingston Avenue<br>Roseland, NJ 07068-0000 | Lowenstein Sandler LLP<br>Attn: Gerald C. Bender<br>1251 Avenue of the Americas<br>New York, NY 10020 |
| Mark Platt<br>5048 James Hill Road<br>Kettering, OH 45429 | McCarter & English LLP<br>Attn: Katharine L. Mayer<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801 |
| McCarter & English LLP<br>Attn: Lisa Bonsall<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102-0000 | McGrane LLP<br>Attn: Gavin McGrane<br>Four Embarcadero Center<br>Suite 1400<br>San Francisco, CA 94111 |

| | |
|---|---|
| Meyer, Suozzi, English & Klein, P.C.<br>Attn: Edward J. LoBello<br>1350 Broadway, Suite 501<br>P.O. Box 822<br>New York, NY  10018-0822 | Minkin & Harnisch PLLC<br>Attn: Ethan B. Minkin, Andrew A. Harnisch<br>6515 N. 12th Street<br>Suite B<br>Phoenix, AZ  85014 |
| Missouri Department of Revenue<br>Attn: Sheryl L. Moreau<br>301 W. High Street, Room 670<br>PO Box 475<br>Jefferson City, MO  65105-0475 | Morris James LLP<br>Attn: Jeffrey R. Waxman<br>500 Delaware Avenue<br>Suite 1500<br>Wilmington, DE  19801-1494 |
| Neale & Newman, L.L.P.<br>Attn: Brian K. Asberry<br>1949 E. Sunshine, Suite 1-130<br>P.O. Box 10327<br>Springfield, MO  65808 | New York State Department of Taxation and Finance<br>Attn: Robert L. Cook, District Tax Attorney, Office of Counsel<br>340 East Main St.<br>Rochester, NY  14604 |
| Office of the United States Trustee<br>Mark Kinney<br>844 King St Ste 2207<br>Wilmington, DE  19801 | Oklahoma County Treasurer<br>Attn: Gretchen Crawford - Assistant District Attorney<br>320 Robert S. Kerr<br>Room 505<br>Oklahoma City, OK  73102 |
| Parker Ibrahim & Berg LLC<br>Attn: Joseph H. Lemkin<br>270 Davidson Avenue<br>Somerset, NJ  08873-0000 | Parker, Hudson, Rainer & Dobbs LLP<br>Attn: C. Edward Dobbs, James S. Rankin, Jr., Jack C. Basham, Jr., Joshua J. Lewis<br>1500 Marquis Two Tower<br>285 Peachtree Center Avenue, NE<br>Atlanta, GA  30303 |

| | |
|---|---|
| PBGC<br>Attn Jack Butler<br>1200 K Street NW<br>Washington, DC 20005-4026 | Pension Benefit Guaranty Corporation<br>Attn: Courtney L. Morgan<br>Office of the Chief Counsel<br>1200 K Street NW<br>Washington, DC 20005-4026 |
| Polsinelli PC<br>Attn: Christopher A. Ward, Justin K. Edelson, Shanti M. Katona<br>222 Delaware Avenue<br>Suite 1101<br>Wilmington, DE 19801 | Ravich Meyer Kirkman McGrath Nauman & Tansey, P.A.<br>Attn: Michael F. McGrath<br>4545 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402 |
| Reed Smith LLP<br>Attn: Amy M. Tonti<br>Reed Smith Centre<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh, PA 15230-2009 | Reed Smith LLP<br>Attn: J. Cory Falgowski<br>1201 N. Market Street<br>Suite 1500<br>Wilmington, DE 19801 |
| Reinhart Boerner Van Deuren<br>Attn: Katherine M. O'Malley, Michael D. Jankowski<br>1000 North Water Street, Suite 1700<br>PO Box 2965<br>Milwaukee, WI 53201-2965 | Richard S. Price, II<br>1235 N. Harbor Blvd<br>Suite 200<br>Fullerton, CA 92832-1349 |
| Richards, Layton & Finger, P.A.<br>Attn: Mark D. Collins, Tyler D. Semmelman<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 | Saul Ewing LLP<br>Attn: Teresa K.D. Currier<br>222 Delaware Avenue<br>Suite 1200<br>Wilmington, DE 19899 |

| | |
|---|---|
| Securities & Exchange Commission<br>Secretary of the Treasury<br>100 F St NE<br>Washington, DC 20549 | Securities & Exchange Commission - NY Office<br>Attn Bankruptcy Dept<br>Brookfield Place<br>200 Vesey Street Ste 400<br>New York, NY 10281-1022 |
| Securities & Exchange Commission - Philadelphia Office<br>Attn Bankruptcy Dept<br>One Penn Center<br>1617 JFK Blvd Ste 520<br>Philadelphia, PA 19103 | Silver Point Finance, LLC<br>Ron Meisler<br>Chris Dressel c/o Skadden Arps<br>155 N. Wacker Drive<br>Chicago, IL 60606 |
| Singer & Levick, P.C.<br>Attn: Michelle E. Shriro<br>16200 Addison Road<br>Suite 1400<br>Addison, TX 75001 | Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: Sarah E. Pierce<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899-0636 |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: Ron E. Meisler Carl T. Tullson Christopher M. Dresel<br>155 North Wacker Drive<br>Suite 2700<br>Chicago, IL 60606-1720 | Synchrony Bank<br>c/o Recovery Management Systems Corporation<br>25 SE 2nd Avenue<br>Suite 1120<br>Miami, FL 33131-1605 |
| Texas Comptroller of Public Accounts<br>Attn: Jay W. Hurst - Assistant Attorney General<br>Bankruptcy & Collections Division MC 008<br>P.O. Box 12548<br>Austin, TX 78711-2548 | The Flesh Company<br>Attn: Gerard Winterbottom<br>2118 59th St.<br>St Louis, MO 63110 |

The Rosner Law Group LLC
Attn: Frederick B. Rosner, Jula B. Klein
824 Market Street
Suite 810
Wilmington, DE  19801

Thompson Hine LLP
Attn: Jonathan S. Hawkins
Austin Landing I
10050 Innovation Drive, Suite 400
Miamisburg, OH  45342-4934

Timothy Webb
4906 E. Desert Fairways Dr.
Paradise Valley, AZ  85253

US Attorney for Delaware
Charles Oberly c/o Ellen Slights
1007 Orange St Ste 700
PO Box 2046
Wilmington, DE  19899-2046

Veritiv Corporation
Attn: James Salvadori
850 N. Arlington Heights Rd
Itasca, IL  60143