IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 15-10541 |
| THE STANDARD REGISTER COMPANY | |
| DEBTOR | CHAPTER 11 |

## NOTICE OF APPEARANCE
## AND
## REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS

    Notice is hereby given that Lee Gordon, of McCreary, Veselka, Bragg & Allen, P.C., P. O. Box 1269, Round Rock, Texas 78680, will appear as counsel for Tax Appraisal District of Bell County and The County of Denton, Texas, in the above-entitled case, and requests that service of notices and other documents be made upon this attorney of record.

Dated:  May 13, 2015

                                      Respectfully submitted,

                                      MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
                                      Attorneys for Claimants, Tax Appraisal District of
                                      Bell County and The County of Denton, Texas

                                      */s/Lee Gordon*
                                      Lee Gordon
                                      State Bar Number 08212500
                                      P.O. Box 1269
                                      Round Rock, Texas 78680
                                      Telephone: (512) 323-3200
                                      Fax: (512) 323-3205

## CERTIFICATE OF SERVICE

    I hereby certify that I have placed a copy of the above Notice of Appearance And Request For Service Of Notices And Other Documents to Jeremy L. Graves, GIBSON DUNN & CRUTCHER LLP, 1801 California Street Suite 4200, Denver, Colorado 80202-2642; Kara Hammond Coyle, Young Conaway Stargatt & Taylor LLP, Rodney Square 1000 North King Street, Wilmington, Delaware 19801; Sabina Jacobs, Gibson Dunn & Crutcher LLP, 333 South Grand Avenue, Los Angeles, California 90071-3197; Maris J. Kandestin, Young Conaway Stargatt & Taylor, LLP, Rodney Square 1000 North King Street, Wilmington, Delaware 19801; Robert Klyman, Gibson Dunn & Crutcher, 333 South Grand Avenue, Los Angeles, California 90071; Kyle J. Kolb, Gibson, Dunn & Crutcher LLP, 200 Park Avenue, New York, New York 10166-0193; Jeffrey C. Krause, Gibson Dunn & Crutcher LLP, 333 South Grand Avenue, Los Angeles, California 90071-3197; Brian M. Lutz, Gibson, Dunn & Crutcher LLP, 200 Park Avenue, New York, New York 10166-0193; Andrew L Magaziner, Young Conaway Stargatt & Taylor, LLP, Rodney Square 1000 North King Street, Wilmington, Delaware 19801; Michael R. Nestor, Young Conaway Stargatt & Taylor, Rodney Square 1000 North King Street,

Wilmington, Delaware 19801; Samuel A. Newman, Gibson, Dunn & Cruther LLP, 333 South Grand Avenue, Los Angeles, California 90071; Michael A. Rosenthal, Gibson Dunn & Crutcher LLP, 200 Park Avenue 47th Floor, New York, New York 10166; Mark S. Kenney, Office of the U.S. Trustee, 844 King Street, Suite 2207 Lockbox 35, Wilmington, Delaware 19801; Benjamin Joseph Steele, Prime Clerk LLC, 830 3rd Avenue 9th Floor, New York, New York 10022; Andrew D. Behlmann, Lowenstein Sandler LLP, 65 Livingston Avenue, Roseland, New Jersey 07068; Gerald C. Bender, Lowenstein Sandler LLP, 1251 Avenue of the Americas, New York, New York 10020; Justin K. Edelson, Polsinelli PC, 222 Delaware Avenue Suite 1101, Wilmington, Delaware 19801; Wojciech F. Jung, Lowenstein Sandler LLP, 65 Livingston Avenue, Roseland, New Jersey 07068; Shanti M. Katona, Polsinelli PC, 222 Delaware Avenue Suite 1101, Wilmington, Delaware 19801; Sharon L. Levine, Lowenstein Sandler LLP, 65 Livingston Avenue, Roseland, New Jersey 07068; Kenneth A. Rosen, Lowenstein Sandler LLP, 65 Livingston Avenue, Roseland, New Jersey 07068; Christopher A. Ward, Polsinelli PC, 222 Delaware Avenue, Suite 1101, Wilmington, Delaware 19801, and to those parties listed on the Court's Notice of Electronic Filing on May 13, 2015, by First Class U.S. Mail or Electronic Notification.

                                      */s/Lee Gordon*
                                      Lee Gordon