**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline:**<br>**June 1, 2015 at 4:00 p.m. (ET)** |

**NOTICE OF SECOND MONTHLY FEE APPLICATION**

TO:    (I) THE DEBTORS; (II) THE OFFICE OF THE UNITED STATES TRUSTEE; AND
        (III) COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

        **PLEASE TAKE NOTICE** that the **Second Monthly Application of Gibson, Dunn & Crutcher LLP as General Bankruptcy and Restructuring Co-Counsel for Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period from April 1, 2015 through and including April 30, 2015** (the "Application") has been filed with the Court.  The Application seeks allowance of interim fees in the amount of $1,291,716.25 and interim expenses in the amount of $22,773.78.

        **PLEASE TAKE FURTHER NOTICE** that objections to the Application, if any, are required to be filed on or before **June 1, 2015 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801.  You must also serve any such objection so as to be received by the following on or before the Objection Deadline: (i) The Standard Register Company, 600 Albany Street, Dayton, OH 45417 (Attn: Kevin Carmody, CRO), (ii) the attorneys for the Debtors, (A) Gibson, Dunn & Crutcher LLP, 333 South Grand Avenue, Los Angeles, CA 90071 (Attn: Samuel A. Newman) and (B) Young Conaway Stargatt & Taylor, LLP, 1000 N. King Street, Rodney Square, Wilmington, DE 19801 (Attn: Michael R. Nestor); (iii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Mark Kenney); (iv) counsel for Silver Point Finance, LLC, Skadden, Arps, Slate, Meagher & Flom LLP, 155 N. Wacker Drive, Chicago, IL

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001).  The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

60606-1720 (Attn: Ron E. Meisler); (v) counsel for Bank of America, N.A., Parker, Hudson, Rainer & Dobbs LLP, 1500 Marquis Two Tower, 285 Peachtree Center Avenue, Atlanta, GA 30303 (Attn: C. Edward Dobbs, Esq.); and (vi) counsel for the Official Committee of Unsecured Creditors (the "Committee"), Lowenstein Sandler LLP, 1251 Avenue of the Americas, New York, NY 10020 (Attn: Wojciech F. Jung, Esq.).

**PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THAT CERTAIN ORDER, PURSUANT TO SECTIONS 331 AND 105(a) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 2016(a), AND LOCAL RULE 2016-2, ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS [DOCKET NO. 260], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES, WITHOUT FURTHER ORDER OF THE COURT.**

[*Remainder of the page intentionally left blank*]

Dated:   May 15, 2015
         Wilmington, Delaware

                                     /s/ Andrew L. Magaziner
                                    Michael R. Nestor (No. 3526)
                                    Kara Hammond Coyle (No. 4410)
                                    Maris J. Kandestin (No. 5294)
                                    Andrew Magaziner (No. 5426)
                                    YOUNG CONAWAY STARGATT & TAYLOR, LLP
                                    Rodney Square
                                    1000 North King Street
                                    Wilmington, Delaware 19801
                                    Telephone: (302) 571-6600
                                    Facsimile: (302) 571-1253
                                    mnestor@ycst.com
                                    kcoyle@ycst.com
                                    mkandestin@ycst.com
                                    amagaziner@ycst.com

                                    -and-

                                    Michael A. Rosenthal (NY No. 4697561)
                                    Samuel A. Newman (CA No. 217042)
                                    Jeremy L. Graves (CO No. 45522)
                                    Sabina Jacobs (CA No. 274829)
                                    GIBSON, DUNN & CRUTCHER LLP
                                    333 South Grand Avenue
                                    Los Angeles, CA 90071-1512
                                    Telephone: (213) 229-7000
                                    Facsimile: (213) 229-7520
                                    mrosenthal@gibsondunn.com
                                    snewman@gibsondunn.com
                                    jgraves@gibsondunn.com
                                    sjacobs@gibsondunn.com

                                    *General Bankruptcy and Restructuring Co-Counsel*