# EXHIBIT B

The Standard Register Company
Attn: Gerard D. Sowar, Esq.
600 Albany Street
Dayton, OH  45408

DISBURSEMENTS
90441-00012

_____

| COSTS/CHARGES | TOTAL |
|---|---|
| CERTIFIED COPIES | $ 1,879.60 |
| DATA LINE CHARGE | 153.79 |
| DOCUMENT SEARCH AND RETRIEVAL | 2,112.70 |
| FILING FEES | 40.00 |
| IN HOUSE DUPLICATION | 1,791.25 |
| LODGING | 3,955.88 |
| MEALS | 997.80 |
| MESSENGER AND COURIER EXPENSE | 123.69 |
| ON-LINE RESEARCH (LEXIS) | 373.80 |
| ON-LINE RESEARCH (WESTLAW) | 292.09 |
| ON-LINE RESEARCH NEXIS - MAIN | 750.00 |
| OUTSIDE PROCESS SERVER | 18.06 |
| POSTAGE | 6.99 |
| RECORDING FEES | 245.00 |
| SPECIALIZED RESEARCH/FILING FEES | 337.13 |
| TELEPHONE CHARGES | 589.36 |
| TRANSCRIPTS/DIGESTING | 3,639.20 |
| TRAVEL - AIR & RAIL | 3,603.65 |
| TRAVEL - MISCELLANEOUS (TIPS) | 20.00 |
| TRAVEL - TAXI & OTHER MODES/MILES | 1,843.79 |

**Total Costs/Charges**  22,773.78

**BALANCE DUE**  $  22,773.78

DISBURSEMENTS
90441-00012

_____

Detail Costs/Charges:
Certified Copies

| 04/10/15 | 648.40 | VENDOR: U.S. LEGAL SUPPORT, INC. INVOICE#: 250895 DATE: 4/10/2015  JOB#143001/CERTIFIED COPIES/DEPOSITION OF JAKE BRACE (4/8/15) |
| 04/10/15 | 1,231.20 | VENDOR: U.S. LEGAL SUPPORT, INC. INVOICE#: 250897 DATE: 4/10/2015  JOB#143006/CERTIFIED COPIES/DEPOSITION OF ANDREW TORGOVE (4/8/15) |

Data Line Charge

| 04/01/15 | 21.95 | VENDOR: BRIAN LUTZ INVOICE#: 0801478604031900 DATE: 4/1/2015  INTERNET CHARGES/GOGO/TRIP TO DAYTON FOR KEVIN CARMODY DEPOSITION AND PREP. |
| 04/01/15 | 9.99 | VENDOR: JEREMY GRAVES INVOICE#: 0818258305061920 DATE: 4/1/2015  INTERNET CHARGES/UNITED/SECOND DAY HEARING |
| 04/01/15 | 8.00 | VENDOR: JEREMY GRAVES INVOICE#: 0818258305061920 DATE: 4/1/2015  INTERNET CHARGES/SOUTHWEST AIRLINES/SECOND DAY HEARING |
| 04/06/15 | 39.95 | VENDOR: BRIAN LUTZ INVOICE#: 0806267504101200 DATE: 4/8/2015  INTERNET CHARGES/GOGO/DEPOSITIONS OF JAKE BRACE AND ANDY TORGOVE. |
| 04/08/15 | 33.95 | VENDOR: BRIAN LUTZ INVOICE#: 0806267504101200 DATE: 4/8/2015  INTERNET CHARGES/GOGO/DEPOSITIONS OF JAKE BRACE AND ANDY TORGOVE. |
| 04/13/15 | 39.95 | VENDOR: BRIAN LUTZ INVOICE#: 0811807704171219 DATE: 4/13/2015  INTERNET CHARGES/GOGO/TRIP TO DELAWARE FOR HEARING AND PREP. |

Document Search and Retrieval

| 04/27/15 | 2,112.70 | APRIL_2015-DOCUMENT_RETRIEVAL_SERVICES-C/M_90441-00019-(MONTHLY_RELATIVITY_DISK_STORAGE) |

Filing Fees

| 04/15/15 | 40.00 | TRADEMARK SERVICE FEES 2.6(B)(6) RECORDING TRADEMARK ASSIGNMENT, AGREEMENT OR OTHER PAPER, FIRST MARK PER DOCUMENT |

| 04/15/15 | 0.00 | TRADEMARK SERVICE FEES 2.6(B)(6) FOR SECOND AND SUBSEQUENT MARKS IN THE SAME DOCUMENT |

In House Duplication

| 04/01/15 | 2.40 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 04/01/15 |
| 04/02/15 | 164.90 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 04/02/15 |
| 04/03/15 | 255.80 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 04/03/15 |
| 04/06/15 | 165.80 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 04/06/15 |
| 04/07/15 | 284.10 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 04/07/15 |
| 04/08/15 | 438.40 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 04/08/15 |
| 04/09/15 | 291.75 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 04/09/15 |
| 04/10/15 | 38.10 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 04/10/15 |
| 04/16/15 | 5.60 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 04/16/15 |
| 04/17/15 | 38.50 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 04/17/15 |
| 04/21/15 | 37.20 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 04/21/15 |
| 04/23/15 | 4.40 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 04/23/15 |
| 04/24/15 | 14.20 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 04/24/15 |
| 04/29/15 | 50.10 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 04/29/15 |

Lodging

| 03/13/15 | 484.90 | VENDOR: SAMUEL NEWMAN INVOICE#: 0794212404271922 DATE: 3/13/2015  SAMUEL A. NEWMAN/LODGING/DELAWARE/HOTEL DUPONT 03/12/2015 - 03/13/2015 TRAVEL FROM OHIO TO DELAWARE FOR FIRST DAY HEARING |

| Date | Amount | Description |
|---|---|---|
| 04/01/15 | 382.78 | VENDOR: BRIAN LUTZ INVOICE#: 0801478604031900 DATE: 4/1/2015  BRIAN LUTZ/LODGING/DAYTON, OH/DAYTON MARRIOTT 03/30/2015 - 04/01/2015 TRIP TO DAYTON FOR KEVIN CARMODY DEPOSITION AND PREP. |
| 04/01/15 | 482.90 | VENDOR: JEREMY GRAVES INVOICE#: 0818258305061920 DATE: 4/1/2015  JEREMY GRAVES/LODGING/WILLMINGTON, DE/HOTEL DUPONT 03/31/2015 - 04/01/2015 SECOND DAY HEARING |
| 04/03/15 | 652.32 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0802792004071218 DATE: 4/3/2015  MATTHEW BOUSLOG/LODGING/DAYTON, OH/MARRIOTT 03/30/2015 - 04/03/2015 MEET WITH CLIENTS RE PREPARATION OF SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS |
| 04/08/15 | 853.86 | VENDOR: BRIAN LUTZ INVOICE#: 0806267504101200 DATE: 4/8/2015  BRIAN LUTZ/LODGING/NEW YORK, NY/W NEW YORK 04/06/2015 - 04/08/2015 DEPOSITIONS OF JAKE BRACE AND ANDY TORGOVE. |
| 04/09/15 | 208.53 | VENDOR: KYLE J. KOLB INVOICE#: 0807135304111210 DATE: 4/10/2015  KYLE KOLB/LODGING/CHICAGO/ALLEGRO CHICAGO A KIMPTON HOTEL 04/10/2015 - 04/10/2015 TRIP TO CHICAGO FOR DEPOSITIONS. |
| 04/13/15 | 452.79 | VENDOR: SAMUEL NEWMAN INVOICE#: 0811032404171219 DATE: 4/13/2015  SAMUEL A NEWMAN/LODGING/DELAWARE/HOTEL DUPONT 04/11/2015 - 04/13/2015 ATTEND HEARING. |
| 04/13/15 | 437.80 | VENDOR: BRIAN LUTZ INVOICE#: 0811807704171219 DATE: 4/13/2015  BRIAN LUTZ/LODGING/WILMINGTON, DE/HOTEL DUPONT 04/11/2015 - 04/13/2015 TRIP TO DELAWARE FOR HEARING AND PREP. |

Meals

| Date | Amount | Description |
|---|---|---|
| 03/12/15 | 32.67 | VENDOR: ROBERT A. KLYMAN INVOICE#: 0795846504251905 DATE: 3/13/2015  MEALS/TERMINAL 6/DNC TRAVEL HOSPITALITY/ROBERT KLYMAN/TRAVEL TO DELAWARE RE FIRST DAY FILING. |
| 03/12/15 | 152.00 | VENDOR: SAMUEL NEWMAN INVOICE#: 0794212404271922 DATE: 3/13/2015  SAMUEL A. NEWMAN/MEALS/DELAWARE/HOTEL DUPONT 03/12/2015 - 03/13/2015 SAMUEL NEWMAN/TRAVEL FROM OHIO TO DELAWARE FOR FIRST DAY HEARING |

| 03/13/15 | 9.60 | VENDOR: ROBERT A. KLYMAN INVOICE#: 0795846504251905 DATE: 3/13/2015  MEALS/WILMINGTON/BREW HAHA/ROBERT KLYMAN/TRAVEL TO DELAWARE RE FIRST DAY FILING. |
| 03/13/15 | 75.51 | VENDOR: ROBERT A. KLYMAN INVOICE#: 0795846504251905 DATE: 3/13/2015  MEALS/PHILADELPHIA AIRPORT/LEGAL SEA FOODS/ROBERT KLYMAN/TRAVEL TO DELAWARE RE FIRST DAY FILING. |
| 03/31/15 | 7.98 | VENDOR: JEREMY GRAVES INVOICE#: 0818258305061920 DATE: 4/1/2015  MEALS/DENVER, CO/EINSTEIN BROS. BAGELS/JEREMY GRAVES/SECOND DAY HEARING |
| 03/31/15 | 40.94 | VENDOR: JEREMY GRAVES INVOICE#: 0818258305061920 DATE: 4/1/2015  MEALS/PHILADELPHIA, PA/CHICKIES AND PETES/JEREMY GRAVES/SECOND DAY HEARING |
| 04/01/15 | 16.67 | VENDOR: BRIAN LUTZ INVOICE#: 0801478604031900 DATE: 4/1/2015  BRIAN LUTZ/MEALS/DAYTON, OH/DAYTON MARRIOTT 03/30/2015 - 04/01/2015 BRIAN LUTZ/TRIP TO DAYTON FOR KEVIN CARMODY DEPOSITION AND PREP. |
| 04/01/15 | 25.88 | VENDOR: BRIAN LUTZ INVOICE#: 0801478604031900 DATE: 4/1/2015  MEALS/DAYTON AIRPORT/MAX & ERMA'S/BRIAN LUTZ/TRIP TO DAYTON FOR KEVIN CARMODY DEPOSITION AND PREP. |
| 04/01/15 | 12.16 | VENDOR: BRIAN LUTZ INVOICE#: 0801478604031900 DATE: 4/1/2015  MEALS/CHICAGO AIRPORT/TORTAS FRONTERA/BRIAN LUTZ/TRIP TO DAYTON FOR KEVIN CARMODY DEPOSITION AND PREP. |
| 04/01/15 | 21.24 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0802792004071218 DATE: 4/3/2015  MATTHEW BOUSLOG/MEALS/DAYTON, OH/MARRIOTT 03/30/2015 - 04/03/2015 MATTHEW BOUSLOG/MEET WITH CLIENTS RE PREPARATION OF SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS |
| 04/01/15 | 17.21 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0802792004071218 DATE: 4/3/2015  MEALS/DAYTON, OH/HIKORY BAR B Q/MATTHEW BOUSLOG/MEET WITH CLIENTS RE PREPARATION OF SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS |
| 04/01/15 | 8.85 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0802792004071218 DATE: 4/3/2015  MEALS/DAYTON, OH/AVI STANDARD REGISTER/MATTHEW BOUSLOG/MEET WITH CLIENTS RE |

|  |  | PREPARATION OF SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS |
|---|---|---|
| 04/02/15 | 43.47 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0802792004071218 DATE: 4/3/2015  MATTHEW BOUSLOG/MEALS/DAYTON, OH/MARRIOTT 03/30/2015 - 04/03/2015 MATTHEW BOUSLOG/MEET WITH CLIENTS RE PREPARATION OF SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS |
| 04/02/15 | 11.53 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0802792004071218 DATE: 4/3/2015  MEALS/DAYTON, OH/AVI STANDARD REGISTER/MATTHEW BOUSLOG/MEET WITH CLIENTS RE PREPARATION OF SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS |
| 04/03/15 | 16.67 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0802792004071218 DATE: 4/3/2015  MATTHEW BOUSLOG/MEALS/DAYTON, OH/MARRIOTT 03/30/2015 - 04/03/2015 MATTHEW BOUSLOG/MEET WITH CLIENTS RE PREPARATION OF SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS |
| 04/03/15 | 7.99 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0802792004071218 DATE: 4/3/2015  MEALS/DENVER, CO/UNITED/MATTHEW BOUSLOG/MEET WITH CLIENTS RE PREPARATION OF SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS |
| 04/06/15 | 27.41 | VENDOR: BRIAN LUTZ INVOICE#: 0806267504101200 DATE: 4/8/2015  MEALS/SAN FRANCISCO AIRPORT/NAPA FARMS MARKET/BRIAN LUTZ/DEPOSITIONS OF JAKE BRACE AND ANDY TORGOVE. |
| 04/06/15 | 36.49 | VENDOR: BRIAN LUTZ INVOICE#: 0806267504101200 DATE: 4/8/2015  MEALS/NEW YORK, NY/SARABETH'S/BRIAN LUTZ/DEPOSITIONS OF JAKE BRACE AND ANDY TORGOVE. |
| 04/07/15 | 9.18 | VENDOR: BRIAN LUTZ INVOICE#: 0806267504101200 DATE: 4/8/2015  MEALS/NEW YORK, NY/CUCINA & CO./BRIAN LUTZ/DEPOSITIONS OF JAKE BRACE AND ANDY TORGOVE. |
| 04/07/15 | 2.25 | VENDOR: BRIAN LUTZ INVOICE#: 0806267504101200 DATE: 4/8/2015  MEALS/NEW YORK, NY/CUCINA & CO./BRIAN LUTZ/DEPOSITIONS OF JAKE BRACE AND ANDY TORGOVE. |
| 04/07/15 | 2.72 | VENDOR: BRIAN LUTZ INVOICE#: 0806267504101200 DATE: 4/8/2015  MEALS/NEW YORK, NY/NAPLES/BRIAN LUTZ/DEPOSITIONS OF JAKE BRACE AND ANDY TORGOVE. |

| 04/08/15 | 10.95 | VENDOR: BRIAN LUTZ INVOICE#: 0806267504101200 DATE: 4/8/2015  MEALS/NEW YORK, NY/CUCINA & CO./BRIAN LUTZ/DEPOSITIONS OF JAKE BRACE AND ANDY TORGOVE. |
|---|---|---|
| 04/08/15 | 28.01 | VENDOR: BRIAN LUTZ INVOICE#: 0806267504101200 DATE: 4/8/2015  MEALS/JFK AIRPORT/SOHO BISTRO/BRIAN LUTZ/DEPOSITIONS OF JAKE BRACE AND ANDY TORGOVE. |
| 04/08/15 | 8.79 | VENDOR: BRIAN LUTZ INVOICE#: 0806267504101200 DATE: 4/8/2015  MEALS/INFLIGHT/AMERICAN AIRLINES/BRIAN LUTZ/DEPOSITIONS OF JAKE BRACE AND ANDY TORGOVE. |
| 04/10/15 | 7.80 | VENDOR: KYLE J. KOLB INVOICE#: 0807894504131916 DATE: 4/10/2015  MEALS/CHICAGO/POTBELLY SANDWICH SHOP/KYLE KOLB/LUNCH ATTENDING DEPOSITION IN CHICAGO. |
| 04/11/15 | 19.56 | VENDOR: BRIAN LUTZ INVOICE#: 0811807704171219 DATE: 4/13/2015  MEALS/SAN FRANCISCO AIRPORT/LEGENDS OF SAN FRANCISCO/BRIAN LUTZ/TRIP TO DELAWARE FOR HEARING AND PREP. |
| 04/12/15 | 160.40 | VENDOR: SAMUEL NEWMAN INVOICE#: 0811032404171219 DATE: 4/13/2015  SAMUEL A NEWMAN/MEALS/DELAWARE/HOTEL DUPONT 04/11/2015 - 04/13/2015 SAMUEL NEWMAN/ATTEND HEARING. |
| 04/13/15 | 106.00 | VENDOR: BRIAN LUTZ INVOICE#: 0811807704171219 DATE: 4/13/2015  BRIAN LUTZ/MEALS/WILMINGTON, DE/HOTEL DUPONT 04/11/2015 - 04/13/2015 BRIAN LUTZ/TRIP TO DELAWARE FOR HEARING AND PREP. |
| 04/13/15 | 11.07 | VENDOR: SAMUEL NEWMAN INVOICE#: 0811032404171219 DATE: 4/13/2015  MEALS/PHILADELPHIA/PHILLY STEAK AND GYRO/SAMUEL NEWMAN/ATTEND HEARING |
| 04/13/15 | 27.50 | VENDOR: SAMUEL NEWMAN INVOICE#: 0811032404171219 DATE: 4/13/2015  MEALS/DELAWARE/ERNEST &AMP; SCOTT TAPROOM/SAMUEL NEWMAN/ATTEND HEARING |
| 04/13/15 | 39.30 | VENDOR: BRIAN LUTZ INVOICE#: 0811807704171219 DATE: 4/13/2015  MEALS/PHILADELPHIA AIRPORT/JET ROCK BAR AND GRILL/BRIAN LUTZ/TRIP TO DELAWARE FOR HEARING AND PREP. |

## Messenger and Courier Expense

| | | |
|---|---|---|
| 04/03/15 | 65.54 | VENDOR: FEDERAL EXPRESS CORPORATION INVOICE#: FEDX-20150410 DATE: 4/10/2015  SHIP DATE 04/03/2015  AIRBILL NO: 773292952161  FROM: ARIEL SANTAMARIA, GIBSON  DUNN & CRUTCHER LLP, NEW YORK, NY  TO: BRIAN LUTZ, SAN FRANCISCO, CA |
| 04/03/15 | 20.82 | VENDOR: FEDERAL EXPRESS CORPORATION INVOICE#: FEDX-20150410 DATE: 4/10/2015  SHIP DATE 04/03/2015  AIRBILL NO: 773292773749  FROM: PETER BACH-Y-RITA, SAN FRANCISCO, CA  TO: CYNTHIA A. WINKLER, PITT OHIO EXPRESS  LLC, PITTSBURGH, PA |
| 04/09/15 | 20.66 | VENDOR: FEDERAL EXPRESS CORPORATION INVOICE#: FEDX-20150417 DATE: 4/17/2015  SHIP DATE 04/09/2015  AIRBILL NO: 773336643790  FROM: ARIEL SANTAMARIA, GIBSON  DUNN & CRUTCHER LLP, NEW YORK, NY  TO: TROY M. BOLLMAN, WILMINGTON, DE |
| 04/16/15 | 16.67 | VENDOR: UNITED PARCEL SERVICE, INC. INVOICE#: UPS-20150418 DATE: 4/18/2015  SHIP DATE 04/16/2015  TRACKING NO: 1Z9754630192179487  FROM: JILL PINSON, GIBSON, DUNN & CRUTCHER LLP, IRVINE, CA  TO: COPYRIGHT OFFICE, LIBRARY OF CONGRESS, WASHINGTON, DC |

## On-Line Research (Lexis)

| | | | | | |
|---|---|---|---|---|---|
| 04/01/15 | 45.60 | BACHYRITA, PETER RESEARCH | 04/01/15 | 90441-00030 | LEXIS |
| 04/02/15 | 125.40 | BACHYRITA, PETER RESEARCH | 04/02/15 | 90441-00030 | LEXIS |
| 04/06/15 | 35.00 | BOUSLOG, MATTHEW RESEARCH | 04/06/15 | 90441-00012 | LEXIS |
| 04/08/15 | 75.00 | PORCELLI, MATTHEW RESEARCH | 04/08/15 | 90441-00019 | LEXIS |
| 04/10/15 | 45.00 | BOUSLOG, MATTHEW RESEARCH | 04/10/15 | 90441-00012 | LEXIS |
| 04/21/15 | 25.00 | PORCELLI, MATTHEW RESEARCH | 04/21/15 | 90441-00019 | LEXIS |

| 04/29/15 | 22.80 | GRAVES, JEREMY L    04/29/15    90441-00012    LEXIS RESEARCH |

On-Line Research (Westlaw)

| 04/07/15 | 31.20 | JACOBS,SABINA    04/07/15    90441-00012    WESTLAW RESEARCH AND PRINTING CHARGES |
| 04/07/15 | 13.69 | SCOTT,SPENCER E    04/07/15    90441-00019    WESTLAW RESEARCH AND PRINTING CHARGES |
| 04/08/15 | 140.00 | JACOBS,SABINA    04/08/15    90441-00012    WESTLAW RESEARCH AND PRINTING CHARGES |
| 04/16/15 | 53.60 | BOUSLOG,MATTHEW G    04/16/15    90441-00012    WESTLAW RESEARCH AND PRINTING CHARGES |
| 04/29/15 | 53.60 | BOUSLOG,MATTHEW G    04/29/15    90441-00012    WESTLAW RESEARCH AND PRINTING CHARGES |

On-Line Research Nexis - Main

| 04/08/15 | 80.00 | PORCELLI, MATTHEW    04/08/15    90441-00019    NEXIS RESEARCH |
| 04/10/15 | 410.00 | KANN, STEPHANIE    04/10/15    90441-00001    NEXIS RESEARCH |
| 04/17/15 | 50.00 | BOUSLOG, MATTHEW    04/17/15    90441-00012    NEXIS RESEARCH |
| 04/20/15 | 80.00 | PORCELLI, MATTHEW    04/20/15    90441-00019    NEXIS RESEARCH |
| 04/21/15 | 80.00 | PORCELLI, MATTHEW    04/21/15    90441-00019    NEXIS RESEARCH |
| 04/29/15 | 50.00 | BOUSLOG, MATTHEW    04/29/15    90441-00012    NEXIS RESEARCH |

Outside Process Server

| 04/01/15 | 18.06 | VENDOR: FIRST LEGAL NETWORK, LLC INVOICE#: FLC-20150408 DATE: 4/8/2015 JOB DATE 04/01/2015 CONTROL NO 2642327 FROM: GIBSON DUNN & CRUTCHER (M), LOS ANGELES, CA    TO: ROBERT KLYMAN,LOS ANGELES, CA    ATTY: KLYMAN - PLEASE DELIVER 1 PACKAGE |

Postage
04/10/15            5.80    4/8/15; POSTAGE/M. COLLINS

04/29/15            1.19    4/16/15; POSTAGE/M. COLLINS

Recording Fees
04/14/15          245.00    VENDOR: REGISTER OF COPYRIGHTS INVOICE#: 04/14/15-3
                            DATE: 4/14/2015  RECORDING FEES/RECORDATION OF TERM
                            LOAN COPYRIGHT SECURITY AGREEMENT AGAINST 33 TITLES.

Specialized Research/Filing Fees
04/01/15            3.33    BACH-Y-RITA, PETER  04/01/2015  PLI DISCOVER PLUS

04/30/15           14.60    PACER  03/01/2015-03/31/2015  COURT RESEARCH

04/30/15            8.70    PACER  03/01/2015-03/31/2015  COURT RESEARCH

04/30/15          156.90    PACER  03/01/2015-03/31/2015  COURT RESEARCH

04/30/15           24.40    PACER  03/01/2015-03/31/2015  COURT RESEARCH

04/30/15            8.80    PACER  03/01/2015-03/31/2015  COURT RESEARCH

04/30/15            7.30    PACER  03/01/2015-03/31/2015  COURT RESEARCH

04/30/15           28.60    PACER  03/01/2015-03/31/2015  COURT RESEARCH

04/30/15           84.50    PACER  03/01/2015-03/31/2015  COURT RESEARCH

Telephone Charges
03/25/15            3.96    VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#:
                            2132297000-032915 DATE: 3/29/2015  CONFERENCING SERVICES
                            BY SAEE MUZUMDAR

03/25/15            9.25    VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#:
                            2132297000-032915 DATE: 3/29/2015  CONFERENCING SERVICES
                            BY MATTHEW BOUSLOG

03/26/15            7.42    VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#:

|  |  |  |
|---|---|---|
|  |  | 2132297000-032915 DATE: 3/29/2015  CONFERENCING SERVICES BY MATTHEW BOUSLOG |
| 03/26/15 | 6.16 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-032915 DATE: 3/29/2015  CONFERENCING SERVICES BY MATTHEW BOUSLOG |
| 03/28/15 | 1.30 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-032915 DATE: 3/29/2015  CONFERENCING SERVICES BY MATTHEW BOUSLOG |
| 03/28/15 | 3.61 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-032915 DATE: 3/29/2015  CONFERENCING SERVICES BY KYLE JAMESON KOLB |
| 03/29/15 | 5.77 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-040515 DATE: 4/5/2015  CONFERENCING SERVICES BY KYLE JAMESON KOLB |
| 03/29/15 | 3.67 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-040515 DATE: 4/5/2015  CONFERENCING SERVICES BY KYLE JAMESON KOLB |
| 03/29/15 | 8.37 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-040515 DATE: 4/5/2015  CONFERENCING SERVICES BY KYLE JAMESON KOLB |
| 03/30/15 | 4.52 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-040515 DATE: 4/5/2015  CONFERENCING SERVICES BY KYLE JAMESON KOLB |
| 03/30/15 | 20.69 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-040515 DATE: 4/5/2015  CONFERENCING SERVICES BY JEFFREY KRAUSE |
| 03/30/15 | 13.55 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-040515 DATE: 4/5/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 03/30/15 | 6.54 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-040515 DATE: 4/5/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 03/31/15 | 4.20 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: |

|  |  |  |
|---|---|---|
|  |  | 2132297000-040515 DATE: 4/5/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 03/31/15 | 8.30 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-040515 DATE: 4/5/2015  CONFERENCING SERVICES BY MATTHEW BOUSLOG |
| 03/31/15 | 25.42 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-040515 DATE: 4/5/2015  CONFERENCING SERVICES BY BRIAN M. LUTZ |
| 04/01/15 | 6.22 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-040515 DATE: 4/5/2015  CONFERENCING SERVICES BY KYLE JAMESON KOLB |
| 04/01/15 | 25.75 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-040515 DATE: 4/5/2015  CONFERENCING SERVICES BY MATTHEW BOUSLOG |
| 04/01/15 | 11.85 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-040515 DATE: 4/5/2015  CONFERENCING SERVICES BY MATTHEW BOUSLOG |
| 04/02/15 | 1.14 | 1(203)832-3938    04/02/2015 STAMFORD   CT |
| 04/02/15 | 1.14 | 1(302)571-6550    04/02/2015 WILMINGTON DE |
| 04/02/15 | 2.28 | 1(312)407-0968    04/02/2015 CHICAGO    IL |
| 04/02/15 | 5.96 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-040515 DATE: 4/5/2015  CONFERENCING SERVICES BY PETER BACH-Y-RITA |
| 04/02/15 | 2.12 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-040515 DATE: 4/5/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 04/02/15 | 11.22 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-040515 DATE: 4/5/2015  CONFERENCING SERVICES BY MATTHEW BOUSLOG |
| 04/03/15 | 2.66 | 1(415)316-8544    04/03/2015 AREASUMMRY CA |

| | | | |
|---|---|---|---|
| 04/04/15 | 28.69 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-040515 DATE: 4/5/2015  CONFERENCING SERVICES BY SABINA JACOBS | |
| 04/06/15 | 6.84 | 1(614)628-4433 | 04/06/2015 COLUMBUS   OH |
| 04/06/15 | 3.04 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-041315 DATE: 4/13/2015  CONFERENCING SERVICES BY SABINA JACOBS | |
| 04/07/15 | 2.66 | 1(937)221-1994 | 04/07/2015 DAYTON     OH |
| 04/07/15 | 22.42 | 1(212)257-5451 | 04/07/2015 NEW YORK   NY |
| 04/07/15 | 6.84 | 1(310)275-0804 | 04/07/2015 BEVERLYHLS CA |
| 04/08/15 | 4.62 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-041315 DATE: 4/13/2015  CONFERENCING SERVICES BY KYLE JAMESON KOLB | |
| 04/08/15 | 10.77 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-041315 DATE: 4/13/2015  CONFERENCING SERVICES BY KYLE JAMESON KOLB | |
| 04/08/15 | 0.51 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-041315 DATE: 4/13/2015  CONFERENCING SERVICES BY SAMUEL A NEWMAN | |
| 04/08/15 | 1.14 | 1(312)407-0968 | 04/08/2015 CHICAGO    IL |
| 04/08/15 | 1.52 | 1(646)414-6862 | 04/08/2015 NEW YORK   NY |
| 04/08/15 | 2.66 | 1(312)407-0929 | 04/08/2015 CHICAGO    IL |
| 04/08/15 | 1.90 | 1(574)312-6725 | 04/08/2015 GOSHEN     IN |
| 04/09/15 | 1.14 | 1(513)841-5077 | 04/09/2015 CINCINNATI OH |
| 04/09/15 | 6.46 | 1(212)257-5451 | 04/09/2015 NEW YORK   NY |

| | | | |
|---|---|---|---|
| 04/09/15 | 1.14 | 1(937)221-1506 | 04/09/2015 DAYTON    OH |
| 04/09/15 | 7.60 | 1(937)367-4089 | 04/09/2015 DAYTON    OH |
| 04/09/15 | 3.43 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-041315 DATE: 4/13/2015  CONFERENCING SERVICES BY GENEVIEVE WEINER | |
| 04/09/15 | 4.24 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-041315 DATE: 4/13/2015  CONFERENCING SERVICES BY SAMUEL A NEWMAN | |
| 04/09/15 | 6.21 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-041315 DATE: 4/13/2015  CONFERENCING SERVICES BY MATTHEW BOUSLOG | |
| 04/10/15 | 4.18 | 1(404)420-1142 | 04/10/2015 ATLANTA    GA |
| 04/10/15 | 1.14 | 1(302)576-3592 | 04/10/2015 WILMINGTON DE |
| 04/10/15 | 1.14 | 1(425)398-3774 | 04/10/2015 BOTHELL    WA |
| 04/10/15 | 2.28 | 1(312)407-0700 | 04/10/2015 CHICAGO    IL |
| 04/10/15 | 1.90 | 1(312)407-0968 | 04/10/2015 CHICAGO    IL |
| 04/10/15 | 1.94 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-041315 DATE: 4/13/2015  CONFERENCING SERVICES BY KYLE JAMESON KOLB | |
| 04/10/15 | 10.51 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-041315 DATE: 4/13/2015  CONFERENCING SERVICES BY GENEVIEVE WEINER | |
| 04/11/15 | 17.07 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-041315 DATE: 4/13/2015  CONFERENCING SERVICES BY SABINA JACOBS | |
| 04/14/15 | 12.92 | 1(212)257-5451 | 04/14/2015 NEW YORK  NY |

| 04/14/15 | 1.90 | 1(440)371-1371 | 04/14/2015 ELYRIA    OH |
| 04/14/15 | 1.90 | 1(630)743-2185 | 04/14/2015 DOWNERSGRV IL |
| 04/14/15 | 3.04 | 1(203)832-3938 | 04/14/2015 STAMFORD   CT |
| 04/15/15 | 2.28 | 1(720)403-3761 | 04/15/2015 AREASUMMRY CO |
| 04/15/15 | 11.02 | 1(937)221-1478 | 04/15/2015 DAYTON    OH |
| 04/15/15 | 2.66 | 1(973)597-2478 | 04/15/2015 LIVINGSTON NJ |
| 04/15/15 | 3.04 | 1(302)576-3592 | 04/15/2015 WILMINGTON DE |
| 04/15/15 | 3.04 | 1(212)257-5464 | 04/15/2015 NEW YORK   NY |
| 04/15/15 | 1.14 | 1(937)672-9184 | 04/15/2015 DAYTON    OH |
| 04/15/15 | 1.90 | 1(630)240-3743 | 04/15/2015 LA GRANGE  IL |
| 04/15/15 | 2.28 | 1(720)403-3761 | 04/15/2015 AREASUMMRY CO |
| 04/15/15 | 1.52 | 1(720)403-3761 | 04/15/2015 AREASUMMRY CO |
| 04/15/15 | 1.52 | 1(630)240-3743 | 04/15/2015 LA GRANGE  IL |
| 04/15/15 | 1.90 | 1(973)597-2374 | 04/15/2015 LIVINGSTON NJ |
| 04/15/15 | 1.14 | 1(302)252-2915 | 04/15/2015 WILMINGTON DE |
| 04/15/15 | 1.52 | 1(206)343-6967 | 04/15/2015 SEATTLE    WA |
| 04/15/15 | 1.14 | 1(937)221-1940 | 04/15/2015 DAYTON    OH |
| 04/15/15 | 2.28 | 1(302)576-3592 | 04/15/2015 WILMINGTON DE |
| 04/15/15 | 12.92 | 1(937)221-1940 | 04/15/2015 DAYTON    OH |

**Due and Payable Upon Receipt**

| 04/15/15 | 4.56 | 1(212)257-5451 | 04/15/2015 NEW YORK   NY |
|----------|------|----------------|--------------------------|
| 04/16/15 | 6.08 | 1(440)371-1371 | 04/16/2015 ELYRIA     OH |
| 04/16/15 | 3.04 | 1(937)221-1940 | 04/16/2015 DAYTON     OH |
| 04/16/15 | 2.66 | 1(630)240-3743 | 04/16/2015 LA GRANGE  IL |
| 04/16/15 | 4.18 | 1(630)240-3743 | 04/16/2015 LA GRANGE  IL |
| 04/16/15 | 5.32 | 1(212)257-5451 | 04/16/2015 NEW YORK   NY |
| 04/16/15 | 1.52 | 1(408)628-8882 | 04/16/2015 CAMPBELL   CA |
| 04/17/15 | 3.42 | 1(708)699-8271 | 04/17/2015 BROOKFIELD IL |
| 04/17/15 | 1.90 | 1(302)576-3592 | 04/17/2015 WILMINGTON DE |
| 04/17/15 | 2.28 | 1(937)221-1517 | 04/17/2015 DAYTON     OH |
| 04/17/15 | 1.14 | 1(937)221-2734 | 04/17/2015 DAYTON     OH |
| 04/20/15 | 3.04 | 1(717)852-4979 | 04/20/2015 YORK       PA |
| 04/20/15 | 4.56 | 1(312)407-0968 | 04/20/2015 CHICAGO    IL |
| 04/20/15 | 2.28 | 1(312)407-0968 | 04/20/2015 CHICAGO    IL |
| 04/21/15 | 3.04 | 1(312)407-0968 | 04/21/2015 CHICAGO    IL |
| 04/22/15 | 1.52 | 1(805)633-2119 | 04/22/2015 OJAI       CA |
| 04/22/15 | 3.80 | 1(678)867-7856 | 04/22/2015 ATLANTA NE GA |
| 04/22/15 | 3.42 | 1(212)257-5464 | 04/22/2015 NEW YORK   NY |

| 04/22/15 | 2.66 | 1(302)571-6550 | 04/22/2015 WILMINGTON DE |
| 04/22/15 | 2.28 | 1(404)335-7347 | 04/22/2015 ATLANTA    GA |
| 04/22/15 | 1.52 | 1(415)860-5829 | 04/22/2015 SNFC CNTRL CA |
| 04/22/15 | 1.14 | 1(717)299-7254 | 04/22/2015 LANCASTER  PA |
| 04/22/15 | 3.04 | 1(937)443-6860 | 04/22/2015 DAYTON     OH |
| 04/22/15 | 2.28 | 1(928)208-9986 | 04/22/2015 LKHAVASUCY AZ |
| 04/22/15 | 4.56 | 1(303)567-5078 | 04/22/2015 IDAHO SPGS CO |
| 04/27/15 | 3.42 | 1(302)571-6550 | 04/27/2015 WILMINGTON DE |
| 04/27/15 | 2.28 | 1(302)559-4799 | 04/27/2015 WILMINGTON DE |
| 04/27/15 | 4.94 | 1(646)414-6862 | 04/27/2015 NEW YORK  NY |
| 04/27/15 | 2.66 | 1(212)257-5465 | 04/27/2015 NEW YORK  NY |
| 04/27/15 | 3.42 | 1(847)295-0657 | 04/27/2015 LAKEFOREST IL |
| 04/27/15 | 3.42 | 1(302)576-3592 | 04/27/2015 WILMINGTON DE |
| 04/27/15 | 1.52 | 1(937)221-1940 | 04/27/2015 DAYTON     OH |
| 04/28/15 | 4.94 | 1(302)373-1168 | 04/28/2015 MIDDLETOWN DE |
| 04/28/15 | 3.42 | 1(302)383-3341 | 04/28/2015 WILMINGTON DE |
| 04/28/15 | 1.14 | 1(414)298-8234 | 04/28/2015 MILWAUKEE  WI |
| 04/28/15 | 1.14 | 1(302)576-3592 | 04/28/2015 WILMINGTON DE |

| | | | |
|---|---|---|---|
| 04/29/15 | 3.04 | 1(312)407-0968 | 04/29/2015 CHICAGO    IL |
| 04/29/15 | 2.66 | 1(203)690-7159 | 04/29/2015 BRIDGEPORT CT |
| 04/29/15 | 2.66 | 1(847)600-5622 | 04/29/2015 SKOKIE    IL |
| 04/29/15 | 3.80 | 1(937)221-1994 | 04/29/2015 DAYTON    OH |
| 04/29/15 | 2.28 | 1(214)953-6612 | 04/29/2015 DALLAS    TX |
| 04/29/15 | 4.56 | 1(302)576-3592 | 04/29/2015 WILMINGTON DE |
| 04/30/15 | 1.14 | 1(704)340-5314 | 04/30/2015 CHARLOTTE  NC |
| 04/30/15 | 3.42 | 1(602)344-7017 | 04/30/2015 PHOENIX    AZ |
| 04/30/15 | 20.14 | 1(937)221-1517 | 04/30/2015 DAYTON    OH |

Transcripts/Digesting

| | | |
|---|---|---|
| 04/15/15 | 676.00 | VENDOR: U.S. LEGAL SUPPORT, INC. INVOICE#: 251248 DATE: 4/15/2015  JOB#143279/TRANSCRIPTS/DIGESTING/ORIGINAL AND ONE CERTIFIED COPY OF TRANSCRIPT. |
| 04/16/15 | 2,165.70 | VENDOR: U.S. LEGAL SUPPORT, INC. INVOICE#: 251336 DATE: 4/16/2015  JOB#142708/TRANSCRIPTS/DIGESTING/DEPOSITION OF KEVIN CARMODY (4/1/15) |
| 04/22/15 | 797.50 | VENDOR: TSG REPORTING. INC. INVOICE#: 041115-329268 DATE: 4/22/2015  N/A/TRANSCRIPTS/DIGESTING/ORIGINAL AND ONE CERTIFIED TRANSCRIPT. |

Travel - Air & Rail

| | | |
|---|---|---|
| 03/12/15 | 28.00 | VENDOR: ROBERT A. KLYMAN INVOICE#: 0795846504251905 DATE: 3/13/2015  ROBERT KLYMAN/CHANGE TICKET FEE/0372394978117/LOS ANGELES TO PHILADELPHIA/TRAVEL TO DELAWARE RE FIRST DAY FILING. |
| 03/12/15 | 1,876.95 | VENDOR: SAMUEL NEWMAN INVOICE#: 0794212404271922 DATE: 3/13/2015  SAMUEL A. NEWMAN/AIRFARE/03775578748622/03/12/2015 - 03/13/2015 OHIO TO DELAWARE/TRAVEL FROM OHIO TO DELAWARE FOR FIRST DAY HEARING |

| 03/13/15 | 26.00 | VENDOR: ROBERT A. KLYMAN INVOICE#: 0795846504251905 DATE: 3/13/2015  ROBERT KLYMAN/CHANGE TICKET FEE/0372395126928/PHILADELPHIA TO LOS ANGELES/TRAVEL TO DELAWARE RE FIRST DAY FILING. |
| --- | --- | --- |
| 03/19/15 | 90.00 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150402-3 DATE: 3/22/2015  TRAVEL INVOICE#/DATE: 137161 03/23/2015 TICKET NO: 2183580357 TRAVEL DATES: 03/24/2015 - 03/26/2015 PASSENGER: KLYMAN/ROBERT A ITINERARY: LAX/PHL/LAX |
| 03/20/15 | 949.25 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150402-3 DATE: 3/22/2015  TRAVEL INVOICE#/DATE: 137052 03/20/2015 TICKET NO: 2493603644 TRAVEL DATES: 03/23/2015 - 03/27/2015 PASSENGER: GRAVES/JEREMY LEE ITINERARY: DEN/DAY/DEN |
| 03/20/15 | 1,207.10 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150402-3 DATE: 3/22/2015  TRAVEL INVOICE#/DATE: 137012 03/20/2015 TICKET NO: 7582701031 TRAVEL DATES: 04/01/2015 - 04/02/2015 PASSENGER: KLYMAN/ROBERT A ITINERARY: PHL/LAX |
| 03/20/15 | 106.00 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150402-3 DATE: 3/22/2015  TRAVEL INVOICE#/DATE: 137016 03/20/2015 TICKET NO: 1460073244 TRAVEL DATES: 03/31/2015 - 04/01/2015 PASSENGER: KLYMAN/ROBERT A ITINERARY: NYP/WIL |
| 03/20/15 | 860.35 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150402-3 DATE: 3/22/2015  TRAVEL INVOICE#/DATE: 137011 03/20/2015 TICKET NO: 7582701030 TRAVEL DATES: 03/30/2015 - 03/31/2015 PASSENGER: KLYMAN/ROBERT A ITINERARY: DTW/LGA |
| 03/23/15 | 49.25 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150402-4 DATE: 3/28/2015  TRAVEL INVOICE#/DATE: 137157 03/23/2015 TICKET NO: 0645377884 CHARGE DATE: 03/23/2015 PASSENGER: KLYMAN/ROBERT A |
| 03/31/15 | -811.10 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150502-1 DATE: 4/5/2015  TRAVEL INVOICE#/DATE: 137483 03/31/2015 TICKET NO: 7582701030 DEPART DATE: 03/30/2015 PASSENGER: KLYMAN/ROBERT A ITINERARY: DTW/LGA |

| | | |
|---|---:|---|
| 03/31/15 | -1,207.10 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150502-1 DATE: 4/5/2015  TRAVEL INVOICE#/DATE: 137484 03/31/2015 TICKET NO: 7582701031 DEPART DATE: 04/01/2015 PASSENGER: KLYMAN/ROBERT A ITINERARY: PHL/LAX |
| 03/31/15 | 179.00 | VENDOR: MICHAEL A. ROSENTHAL INVOICE#: 0818165904271922 DATE: 4/1/2015  MICHAEL ROSENTHAL/RAIL FARE/09741195513003/31/2015 - 04/01/2015 NEW YORK NY PENN STATION TO WILMINGTON, DE/AMTRAK TO WILMINGTON, DE  - ATTEND STANDARD REGISTER HEARING IN WILMINGTON, DE |
| 04/01/15 | -1,138.10 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150502-1 DATE: 4/5/2015  TRAVEL INVOICE#/DATE: 137564 04/01/2015 TICKET NO: 7584533075 DEPART DATE: 04/01/2015 PASSENGER: KLYMAN/ROBERT A ITINERARY: DAY/DTW/LAX |
| 04/01/15 | 159.00 | VENDOR: MICHAEL A. ROSENTHAL INVOICE#: 0818165904271922 DATE: 4/1/2015  MICHAEL ROSENTHAL/RAIL FARE/09734809446504/01/2015 - 04/01/2015 WILMINGTON, DE TO NEW YORK NY PENN STATION/AMTRAK TO NEW YORK  - ATTEND STANDARD REGISTER HEARING IN WILMINGTON, DE |
| 04/02/15 | 958.05 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150502-1 DATE: 4/5/2015  TRAVEL INVOICE#/DATE: 137641 04/02/2015 TICKET NO: 7584533199 TRAVEL DATES: 04/13/2015 - 04/16/2015 PASSENGER: LUTZ/BRIAN M ITINERARY: SFO/JFK/SFO |
| 04/06/15 | 5.00 | VENDOR: BRIAN LUTZ INVOICE#: 0806267504101200 DATE: 4/8/2015  BRIAN LUTZ/RAIL FARE/N/A04/06/2015 - 04/06/2015 N/A/DEPOSITIONS OF JAKE BRACE AND ANDY TORGOVE. |
| 04/12/15 | 159.00 | VENDOR: MATTHEW P. PORCELLI INVOICE#: 0810825104161900 DATE: 4/13/2015  MATTHEW P. PORCELLI/RAIL FARE/28421804/12/2015 - 04/13/2015 NEW YORK PENN STATION TO WILMINGTON, DE/TRIP TO DELAWARE IN CONNECTION WITH MONDAY'S HEARING IN STANDARD REGISTER CASE |
| 04/13/15 | 107.00 | VENDOR: MATTHEW P. PORCELLI INVOICE#: 0810825104161900 DATE: 4/13/2015  MATTHEW PORCELLI/RAIL FARE/103912808038604/13/2015 - 04/13/2015 WILMINGTON, DE TO NEW YORK PENN STATION/TRIP TO DELAWARE IN CONNECTION WITH MONDAY'S HEARING IN STANDARD REGISTER CASE |

Travel - Miscellaneous (tips)

| | | |
|---|---|---|
| 04/03/15 | 20.00 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0802792004071218 DATE: 4/3/2015  TIPS/MEET WITH CLIENTS RE PREPARATION OF SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS |

Travel - Taxi & Other Modes/Miles

| | | |
|---|---|---|
| 03/12/15 | 65.06 | VENDOR: ROBERT A. KLYMAN INVOICE#: 0795846504251905 DATE: 3/13/2015  CAB FARE/PHILADELPHIA/TRAVEL TO DELAWARE RE FIRST DAY FILING. |
| 03/12/15 | 52.38 | VENDOR: ROBERT A. KLYMAN INVOICE#: 0795846504251905 DATE: 3/13/2015  CAB FARE/GARDENA, CA/TRAVEL TO DELAWARE RE FIRST DAY FILING. |
| 03/31/15 | 66.89 | VENDOR: JEREMY GRAVES INVOICE#: 0818258305061920 DATE: 4/1/2015  CAB FARE/PHILADELPHIA, PA/SECOND DAY HEARING |
| 04/01/15 | 47.70 | VENDOR: BRIAN LUTZ INVOICE#: 0801478604031900 DATE: 4/1/2015  CAB FARE/SFO TO SAN FRANCISCO, CA/TRIP TO DAYTON FOR KEVIN CARMODY DEPOSITION AND PREP. |
| 04/01/15 | 130.53 | VENDOR: BRIAN LUTZ INVOICE#: 0801478604031900 DATE: 4/1/2015  CAR RENTAL/DAYTON, OH/BUDGET/TRIP TO DAYTON FOR KEVIN CARMODY DEPOSITION AND PREP. |
| 04/01/15 | 3.56 | VENDOR: BRIAN LUTZ INVOICE#: 0801478604031900 DATE: 4/1/2015  CAR RENTAL FUEL/SHELL, DAYTON, OH/TRIP TO DAYTON FOR KEVIN CARMODY DEPOSITION AND PREP. |
| 04/01/15 | 80.25 | VENDOR: JEREMY GRAVES INVOICE#: 0818258305061920 DATE: 4/1/2015  CAB FARE/DENVER, CO/SECOND DAY HEARING |
| 04/01/15 | 11.00 | VENDOR: MICHAEL A. ROSENTHAL INVOICE#: 0818165904271922 DATE: 4/1/2015  CAB FARE/NY, NY/NO RECEIPT- TAXI TO PENN STATION  - ATTEND STANDARD REGISTER HEARING IN WILMINGTON, DE |
| 04/01/15 | 8.00 | VENDOR: MICHAEL A. ROSENTHAL INVOICE#: 0818165904271922 DATE: 4/1/2015  CAB FARE/WILMINGTON, DE/NO RECEIPT - TAXI TO YCST- ATTEND STANDARD REGISTER HEARING IN WILMINGTON, DE |
| 04/01/15 | 8.00 | VENDOR: MICHAEL A. ROSENTHAL INVOICE#: 0818165904271922 DATE: 4/1/2015  CAB FARE/NY, NY/NO RECEIPT  - TAXI TO GDC OFFICE  - ATTEND STANDARD REGISTER HEARING IN |

WILMINGTON, DE

| | | |
|---|---|---|
| 04/01/15 | 81.00 | VENDOR: ROBERT A. KLYMAN INVOICE#: 0812227504251905 DATE: 4/1/2015 CAB FARE/LOS ANGELES/TRIP TO DAYTON, OH TO MEET WITH CLIENTS |
| 04/03/15 | 15.40 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0802792004071218 DATE: 4/3/2015 CAB FARE/SANTA ANA, CA/MEET WITH CLIENTS RE PREPARATION OF SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS |
| 04/03/15 | 243.92 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0802792004071218 DATE: 4/3/2015 CAB FARE/DAYTON, OH/MEET WITH CLIENTS RE PREPARATION OF SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS |
| 04/04/15 | 211.15 | VENDOR: DIAL CAR INC. INVOICE#: 1199398 DATE: 4/15/2015 VOUCHER G061382 04/04/2015 HYDE, ROBERT FROM 200 PARK AV  M TO 15 DEER RUN BETHEL06801 CT |
| 04/06/15 | 11.30 | VENDOR: MATTHEW P. PORCELLI INVOICE#: 0804612204081937 DATE: 4/7/2015 CAB FARE/NEW YORK/CAR FARE |
| 04/06/15 | 52.20 | VENDOR: BRIAN LUTZ INVOICE#: 0806267504101200 DATE: 4/8/2015 CAB FARE/SAN FRANCISCO, CA/DEPOSITIONS OF JAKE BRACE AND ANDY TORGOVE. |
| 04/06/15 | 70.01 | VENDOR: BRIAN LUTZ INVOICE#: 0806267504101200 DATE: 4/8/2015 CAB FARE/NEW YORK, NY/DEPOSITIONS OF JAKE BRACE AND ANDY TORGOVE. |
| 04/06/15 | 10.30 | VENDOR: BRIAN LUTZ INVOICE#: 0806267504101200 DATE: 4/8/2015 CAB FARE/NEW YORK, NY/DEPOSITIONS OF JAKE BRACE AND ANDY TORGOVE. |
| 04/07/15 | 15.05 | VENDOR: MATTHEW P. PORCELLI INVOICE#: 0804612204081937 DATE: 4/7/2015 CAB FARE/NEW YORK/CAR FARE |
| 04/07/15 | 25.00 | VENDOR: ALI I. ALSARRAF INVOICE#: 0812581704172237 DATE: 4/13/2015 CAB FARE/NEW YORK, NY/TAXI TO HOME |
| 04/07/15 | 6.80 | VENDOR: BRIAN LUTZ INVOICE#: 0806267504101200 DATE: 4/8/2015 CAB FARE/NEW YORK, NY/DEPOSITIONS OF JAKE BRACE AND ANDY TORGOVE. |

| | | |
|---|---|---|
| 04/08/15 | 70.00 | VENDOR: BRIAN LUTZ INVOICE#: 0806267504101200 DATE: 4/8/2015  CAB FARE/NEW YORK, NY/DEPOSITIONS OF JAKE BRACE AND ANDY TORGOVE. |
| 04/08/15 | 52.10 | VENDOR: BRIAN LUTZ INVOICE#: 0806267504101200 DATE: 4/8/2015  CAB FARE/SAN FRANCISCO, CA/DEPOSITIONS OF JAKE BRACE AND ANDY TORGOVE. |
| 04/08/15 | 15.24 | VENDOR: MATTHEW P. PORCELLI INVOICE#: 0806922004111210 DATE: 4/8/2015  CAB FARE/NY/LATE NIGHT TAXI |
| 04/09/15 | 40.01 | VENDOR: KYLE J. KOLB INVOICE#: 0807894504131916 DATE: 4/10/2015  CAB FARE/NEW YORK/CAB TO LAGUARDIA AIRPORT |
| 04/10/15 | 45.60 | VENDOR: KYLE J. KOLB INVOICE#: 0806778804111210 DATE: 4/10/2015  CAB FARE/CHICAGO/CAB FROM AIRPORT TO HOTEL, CHICAGO TRIP FOR DEPOSITIONS. |
| 04/10/15 | 50.22 | VENDOR: KYLE J. KOLB INVOICE#: 0807350004111210 DATE: 4/10/2015  CAB FARE/CHICAGO/CAB FROM DEPOSITION TO AIRPORT. |
| 04/10/15 | 26.16 | VENDOR: KYLE J. KOLB INVOICE#: 0807894504131916 DATE: 4/10/2015  CAB FARE/CHICAGO/CAB TO O'HARE AIRPORT |
| 04/11/15 | 52.10 | VENDOR: BRIAN LUTZ INVOICE#: 0811807704171219 DATE: 4/13/2015  CAB FARE/SAN FRANCISCO, CA/TRIP TO DELAWARE FOR HEARING AND PREP. |
| 04/11/15 | 10.72 | VENDOR: SAMUEL NEWMAN INVOICE#: 0811032404171219 DATE: 4/13/2015  CAB FARE/LOS ANGELES/ATTEND HEARING |
| 04/11/15 | 78.00 | VENDOR: SAMUEL NEWMAN INVOICE#: 0811032404171219 DATE: 4/13/2015  CAB FARE/DELAWARE/ATTEND HEARING |
| 04/11/15 | 30.00 | VENDOR: SAMUEL NEWMAN INVOICE#: 0811032404171219 DATE: 4/13/2015  CAB FARE/DELAWARE/ATTEND HEARING |
| 04/12/15 | 53.39 | VENDOR: BRIAN LUTZ INVOICE#: 0811807704171219 DATE: 4/13/2015  CAB FARE/WILMINGTON, DE/TRIP TO DELAWARE FOR HEARING AND PREP. |

| 04/13/15 | 30.00 | VENDOR: SAMUEL NEWMAN INVOICE#: 0811032404171219 DATE: 4/13/2015  CAB FARE/DELAWARE/ATTEND HEARING |

04/13/15   30.00   VENDOR: SAMUEL NEWMAN INVOICE#: 0811032404171219 DATE: 4/13/2015  CAB FARE/DELAWARE/ATTEND HEARING

04/13/15   21.55   VENDOR: SAMUEL NEWMAN INVOICE#: 0811032404171219 DATE: 4/13/2015  CAB FARE/LOS ANGELES/ATTEND HEARING

04/13/15   53.20   VENDOR: BRIAN LUTZ INVOICE#: 0811807704171219 DATE: 4/13/2015  CAB FARE/SAN FRANCISCO, CA/TRIP TO DELAWARE FOR HEARING AND PREP.