**EXHIBIT C**

## BUDGETED AMOUNT

### April

### $1,350,000.00[5]

## PROFESSIONAL RATES

### April

| | |
|---|---|
| Becker, Barbara L. | $1,225.00 |
| Rosenthal, Michael A. | $1,175.00 |
| Ludwiszewski, Raymond B. | $1,145.00 |
| Lutz, Brian M. | $1,030.00 |
| Collins, Michael J. | $995.00 |
| Newman, Samuel A. | $860.00 |
| Muzumdar, Saee | $815.00 |
| Graves, Jeremy Lee | $755.00 |
| Kolb, Kyle J. | $750.00 |
| Alsarraf, Ali I. | $650.00 |
| Porcelli, Matthew P. | $650.00 |
| Bouslog, Matthew G. | $625.00 |
| Other Restructering/Transactional | $750.00 |
| Other Litigation | $650.00 |
| Amponsah, Duke K. | $395.00 |
| eDiscovery Assistance | $360.00 |

## BUDGETED HOURS

### April

| | |
|---|---|
| Becker, Barbara L. | 50 |
| Rosenthal, Michael A. | 200 |
| Ludwiszewski, Raymond B. | 15 |
| Lutz, Brian M. | 125 |
| Collins, Michael J. | 25 |
| Newman, Samuel A. | 110 |
| Muzumdar, Saee | 50 |
| Graves, Jeremy Lee | 200 |

---

[5] Pursuant to an agreement with the Debtors and their lenders, the original budget for March 2015 was $1,000,000. Because of delayed second-day hearing, the actual March 2015 fees were lower than expected. Thus, Gibson Dunn incurred only approximately $790,615 in fees and expenses. The original budget for April was set at $750,000, but the parties had agreed to roll forward any unused amounts from prior months. Around the middle of April, Gibson Dunn also requested an increase to the budget, raising it to $1,350,000.00, due to higher-than-expected discovery and other litigation costs.

| | |
|---|---|
| Kolb, Kyle J. | 150 |
| Alsarraf, Ali I. | 125 |
| Porcelli, Matthew P. | 150 |
| Bouslog, Matthew G. | 200 |
| Other Restructering/Transactional | 50 |
| Other Litigation | 100 |
| Amponsah, Duke K. | 100 |
| eDiscovery Assistance | 100 |
| **TOTAL** | **1750** |

## BUDGETED FEES

### April

| | |
|---|---|
| Becker, Barbara L. | $61,250.00 |
| Rosenthal, Michael A. | $235,000.00 |
| Ludwiszewski, Raymond B. | $17,175.00 |
| Lutz, Brian M. | $128,750.00 |
| Collins, Michael J. | $24,875.00 |
| Newman, Samuel A. | $92,950.00 |
| Muzumdar, Saee | $40,750.00 |
| Graves, Jeremy Lee | $155,000.00 |
| Kolb, Kyle J. | $112,500.00 |
| Alsarraf, Ali I. | $81,250.00 |
| Porcelli, Matthew P. | $97,500.00 |
| Bouslog, Matthew G. | $125,000.00 |
| Other Restructering/Transactional | $37,500.00 |
| Other Litigation | $65,000.00 |
| Amponsah, Duke K. | $39,500.00 |
| eDiscovery Assistance | $36,000.00 |
| **TOTAL** | **$1,350,000.00** |

## BUDGETED EXPENSES

### April

$25,000

**TOTAL FEES & EXPENSES**          **$1,350,000.00**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise |
|---|---|
| Becker, Barbara L. | Elected partner at Chadbourne & Parke in 1995. Joined firm as a partner in 2000. Member of NY Bar since 1989. |
| Rosenthal, Michael A. | Partner since 1992. Joined firm as an Of Counsel in 1989. Member of IL Bar since 1980; NY Bar since 2009; TX Bar since 1985. |
| Ludwiszewski, Raymond B. | Partner since 1993. Joined firm after serving as General Counsel of the U.S. Environmental Protect Agency. Member of D.C. Bar since 1984. |
| Lutz, Brian M. | Partner since 2012. Joined firm as an associate in 2003. Member of CA Bar since 2008; NY Bar since 2003. |
| Collins, Michael J. | Partner since 2007. Joined firm as an associate in 2000. Member of D.C. Bar since 2004. |
| Newman, Samuel A. | Partner since 2009. Joined firm as an associate in 2001. Member of CA Bar since 2001. |
| Muzumdar, Saee | Associate. Joined firm as an associate in 2008. Member of NY Bar since 2009. |
| Graves, Jeremy Lee | Associate. Joined firm as an associate in 2008. Member of CO Bar since 2012; TX Bar since 2007[1]. |
| Kolb, Kyle J. | Associate. Joined firm as an associate in 2011. Member of NY Bar since 2012. |
| Alsarraf, Ali I. | Associate. Joined firm as an associate in 2013. Member of NY Bar since 2014. |
| Porcelli, Matthew P. | Associate. Joined firm as an associate in 2014. Member of NY Bar since 2014. |
| Bouslog, Matthew G. | Associate. Joined firm as an associate in 2012. Member of CA Bar since 2011. |
| Amponsah, Duke K. | Paralegal |

---

[1] Not actively licensed to practice in Texas.