IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | Obj. Deadline: June 1, 2015 at 4:00 p.m. (EST) |

## SECOND MONTHLY APPLICATION OF YOUNG CONAWAY STARGATT & TAYLOR, LLP AS CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE INTERIM PERIOD FROM APRIL 1, 2015 THROUGH AND INCLUDING APRIL 30, 2015

| | |
|---|---|
| Name of Applicant: | Young Conaway Stargatt & Taylor, LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | March 12, 2015 (order entered April 13, 2015) |
| Period for which compensation and reimbursement is sought: | April 1, 2015 through April 30, 2015 |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | $253,927.50 |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | $8,309.31 |

This is an: __X__ interim  ___ final application

This application includes 4.50 hours and $1,677.00 in fees incurred in connection with the preparation of Fee Applications.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

Prior applications:    None.

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| 4/24/15 348 | 3/12/15-3/31/15 | $139,057.00 | $1,794.60 | Pending | Pending |

## INTERIM COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Michael R. Nestor | Partner since 2003. Joined firm as an associate in 1998. Member of PA and NJ Bars since 1995. Member of DE Bar since 1996. | $725.00 | 56.40 | $40,890.00 |
| Kara Hammond Coyle | Partner since 2014. Joined firm as an associate in 2003. Member of DE Bar since 2003. | $485.00 | 123.70 | $59,994.50 |
| Maris J. Kandestin | Joined firm as an associate in 2009. Member of DE Bar since 2009. Member of PA and NJ Bars since 2004. | $460.00 | 51.20 | $23,552.00 |
| Andrew Magaziner | Joined firm as an associate in 2009. Member of DE Bar since 2009. | $400.00 | 250.80 | $100,320.00 |
| Elizabeth S. Justison | Joined firm as an associate in 2013. Member of DE Bar since 2013. | $310.00 | 56.10 | $17,391.00 |
| Troy M. Bollman | Paralegal | $190.00 | 62.00 | $11,780.00 |
| **Grand Total:** | | | **600.20** | **$253,927.50** |
| **Blended Rate:** | | **$423.07** | | |

## INTERIM COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration (B001) | 34.20 | $14,237.00 |
| Court Hearings (B002) | 89.10 | $38,164.50 |
| Cash Collateral/DIP Financing (B003) | 17.90 | $8,997.00 |
| Schedules & Statements, U.S. Trustee Reports (B004) | 86.90 | $36,431.50 |
| Lease/Executory Contract Issues (B005) | 18.40 | $8,942.50 |
| Use, Sale or Lease of Property (363 Issues) (B006) | 151.50 | $63,899.00 |
| Claims Analysis, Objections and Resolutions (B007) | 41.80 | $18,317.50 |
| Meetings (B008) | 3.40 | $2,061.00 |
| Stay Relief Matters (B009) | 36.90 | $15,368.00 |
| Reclamation Claims and Adversaries (B010) | 1.30 | $545.50 |
| Other Adversary Proceedings (B011) | 9.70 | $4,829.50 |
| Creditor Inquiries (B013) | 9.00 | $3,717.50 |
| Employee Matters (B015) | 19.50 | $9,579.00 |
| Retention of Professionals/Fee Issues (B017) | 47.60 | $17,153.00 |
| Fee Application Preparation (B018) | 4.50 | $1,677.00 |
| Utility Services (B020) | 25.80 | $9,141.00 |
| Business Operations (B708) | 2.70 | $867.00 |
| **TOTAL** | **600.20** | **$253,927.50** |

## INTERIM EXPENSE SUMMARY

| Expenses Category | Total Expenses |
|---|---|
| Reproduction Charges | $4,662.70 |
| Federal Express | $75.89 |
| Facsimile | $127.00 |
| Filing Fee | $276.00 |
| Deposition/Transcript | $1,322.90 |
| Delivery/Courier | $70.00 |
| Hotel/Lodging | $109.00 |
| Car/Bus/Subway/Travel | $91.00 |
| Working Meals | $874.29 |
| Teleconference/Video Conference | $595.00 |
| Postage | $12.53 |
| Docket Retrieval/Search | $93.00 |
| **TOTAL** | **$8,309.31** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered)<br><br>Obj. Deadline: June 1, 2015 at 4:00 p.m. (EST) |

## SECOND MONTHLY APPLICATION OF YOUNG CONAWAY STARGATT & TAYLOR, LLP AS CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE INTERIM PERIOD FROM APRIL 1, 2015 THROUGH AND INCLUDING APRIL 30, 2015

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 2016 of the Federal Rules of Bankruptcy Procedure, and in accordance with that certain *Order, Pursuant to Section 327(a) of the Bankruptcy Code, Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Co-Counsel to the Debtors,* Nunc Pro Tunc *to the Petition Date* [Docket No. 256] (the "Retention Order") and that certain *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 260] (the "Interim Compensation Order"), the law firm of Young Conaway Stargatt & Taylor, LLP ("Young Conaway") hereby applies (the "Application") to the Court for reasonable compensation for professional legal services rendered as co-counsel to The Standard Register Company and its above-captioned

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

affiliated debtors and debtors in possession (each, a "Debtor," and collectively, the "Debtors"), in the amount of $253,927.50.00, together with reimbursement for actual and necessary expenses incurred in the amount of $8,309.31, for the interim period April 1, 2015 through and including April 30, 2015 (the "Interim Fee Period").  In support of this Application, Young Conaway respectfully represents as follows:

## BACKGROUND

1. On March 12, 2015 (the "Petition Date"), each of the Debtors filed a petition with the Court under chapter 11 of the Bankruptcy Code.

2. Pursuant to the Retention Order, Young Conaway was retained to represent the Debtors as bankruptcy co-counsel in connection with these chapter 11 cases, *nunc pro tunc* to the Petition Date.  The Retention Order authorizes Young Conaway to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

3. All services for which compensation is requested herein by Young Conaway were performed for or on behalf of the Debtors.

## SUMMARY OF SERVICES RENDERED

4. Attached hereto as Exhibit A is a detailed statement of fees incurred during the Interim Fee Period, showing the amount of $253,927.50 due for fees.

5. The services rendered by Young Conaway during the Interim Fee Period are grouped into the categories set forth in Exhibit A.  The attorneys and paralegals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto.

**DISBURSEMENTS**

6. <u>Exhibit B</u> attached hereto is a detailed statement of expenses paid by Young Conaway during the Interim Fee Period, showing the amount of $8,309.31 for reimbursement of expenses. This out-of-pocket disbursement sum is broken down into categories of charges, including, among other things, telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided by Young Conaway to outside copying services for use in mass mailings, travel expenses, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead expenses such as secretarial and other overtime. A complete review by category of the expenses incurred for the Interim Fee Period may be found in the attachments hereto as <u>Exhibit B</u>.

7. Costs incurred for overtime and computer assisted research are not included in Young Conaway's normal hourly billing rates and, therefore, are itemized and included in Young Conaway's disbursements. Pursuant to Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "<u>Local Rules</u>"), Young Conaway represents that its rate for duplication is $.10 per page, its rate for outgoing telecopier transmissions is $1.00 per page (excluding related long distance transmission charges), there is no charge for incoming telecopier transmissions, and there is no surcharge for computerized research.

**VALUATION OF SERVICES**

8. Attorneys and paraprofessionals of Young Conaway have expended a total of 600.20 hours in connection with this matter during the Interim Fee Period.

9. The amount of time spent by each of these persons providing services to the Debtors for the Interim Fee Period is fully set forth in the detail attached hereto as <u>Exhibit A</u>. These are Young Conaway's normal hourly rates of compensation for work of this character. The reasonable value of the services rendered by Young Conaway for the Interim Fee Period as counsel for the Debtors in these cases is $253,927.50.

10. Young Conaway believes that the time entries included in <u>Exhibit A</u> attached hereto and the expense breakdown set forth in <u>Exhibit B</u> attached hereto are in compliance with the requirements of Local Rule 2016-2.

11. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (a) the complexity of these chapter 11 cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under chapter 11 of the Bankruptcy Code.

12. This Application covers the interim fee period from April 1, 2015 through and including April 30, 2015. Young Conaway has continued, and will continue, to perform additional necessary services for the Debtors subsequent to the Interim Fee Period, for which Young Conaway will file subsequent monthly fee applications.

**BUDGET AND STAFFING PLAN**

13. In accordance with the Retention Order and the Interim Compensation Order, attached hereto as <u>Exhibit C</u> is the budget and staffing plan for Young Conaway approved by the Debtors for the Interim Fee Period.

## CONCLUSION

WHEREFORE, Young Conaway requests that allowance be made to it in the sum of $253,927.50 as compensation for necessary professional services rendered to the Debtors for the Interim Fee Period, and the sum of $8,309.31 for reimbursement of actual necessary costs and expenses incurred during that period, and requests such other and further relief as the Court may deem just and proper.

Dated: May 15, 2015
Wilmington, Delaware

/s/ Michael R. Nestor
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Maris J. Kandestin (No. 5294)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 571-6600
Facsimile:   (302) 571-1253
mnestor@ycst.com
kcoyle@ycst.com
mkandestin@ycst.com
amagaziner@ycst.com

*Counsel to the Debtors and
Debtors in Possession*

## VERIFICATION

STATE OF DELAWARE    )
                                            )    SS:
NEW CASTLE COUNTY  )

Michael R. Nestor, Esquire, after being duly sworn according to law, hereby deposes and says:

1. I am a Partner in the applicant firm, Young Conaway Stargatt & Taylor, LLP ("Young Conaway"), and have been admitted to the bar of the Supreme Court of Delaware since 1996.

2. I have personally performed many of the legal services rendered by Young Conaway to Leaf123, Inc. and its affiliated debtors and debtors in possession in connection with their chapter 11 cases, and am familiar with all other work performed on behalf of the lawyers and paraprofessionals at Young Conaway.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
MICHAEL R. NESTOR

SWORN TO AND SUBSCRIBED before me this 15 day of May, 2015.

_____
Notary Public
My Commission Expires:_____

DEBBIE ELLEN LASKIN
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Nov. 29, 2016