**EXHIBIT C**

### BUDGETED AMOUNT
**April**
$150,000

### PROFESSIONAL RATES
**April**

| | |
|---|---|
| Michael R. Nestor | $725.00 |
| Kara Hammond Coyle | $485.00 |
| Maris J. Kandestin | $460.00 |
| Andrew Magaziner | $400.00 |
| Elizabeth S. Justison | $310.00 |
| Troy Bollman | $190.00 |

### BUDGETED HOURS
**April**

| | |
|---|---|
| Michael R. Nestor | 56.4 |
| Kara Hammond Coyle | 123.7 |
| Maris J. Kandestin | 51.2 |
| Andrew Magaziner | 250.8 |
| Elizabeth S. Justison | 56.1 |
| Troy Bollman | 62 |
| TOTAL | 600.2 |

### BUDGETED FEES
**April**

| | |
|---|---|
| Michael R. Nestor | $40,890.00 |
| Kara Hammond Coyle | $59,994.50 |
| Maris J. Kandestin | $23,552.00 |
| Andrew Magaziner | $100,320.00 |
| Elizabeth S. Justison | $17,391.00 |
| Troy Bollman | $11,780.00 |
| TOTAL | $253,927.50 |

### BUDGETED EXPENSES
**April**
$8,309.31

| | |
|---|---|
| TOTAL FEES & EXPENSES | $262,236.81 |

| PROFESSIONAL | POSITION OF PROFESSIONAL; NUMBER OF YEARS IN THAT POSITION; YEAR OBTAINING LICENSE TO PRACTICE, IF APPLICABLE |
|---|---|
| Michael R. Nestor | Partner since 2003; joined firm as associate in 1998; member of PA and NJ bars since 1995; member of DE bar since 1996. |
| Kara Hammond Coyle | Partner since 2014. Joined firm as an associate in 2003. Member of DE Bar since 2003. |
| Maris J. Kandestin | Joined firm as an associate in 2009. Member of PA and NJ bars since 2004; member of DE bar since 2009. |
| Andrew Magaziner | Joined firm as an associate in 2009. Member of DE Bar since 2009. |
| Elizabeth S. Justison | Joined firm as an associate in 2013. Member of DE Bar since 2013. |
| Troy Bollman | Paralegal |