IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered)<br><br>RE: Docket No. 317 |

**CERTIFICATION OF COUNSEL REGARDING ORDER AUTHORIZING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY AND RETAIN ZOLFO COOPER, LLC AS FINANCIAL AND FORENSIC ADVISORS, *NUNC PRO TUNC* TO MARCH 24, 2015**

I, Justin K. Edelson, of Polsinelli PC, counsel to the Official Committee of Unsecured Creditors (the "**Committee**") appointed in the chapter 11 cases (the "**Chapter 11 Cases**") of the above-captioned debtors and debtors-in-possession (the "**Debtors**"), hereby certify as follows:

1. On April 20, 2015, the Committee filed the *Application of the Official Committee of Unsecured Creditors for an Order Authorizing the Employment and Retention of Zolfo Cooper, LLC as Financial and Forensic Advisors, Nunc Pro Tunc to March 24, 2015* [Docket No. 317] (the "**Application**").

2. The objection deadline for the Application was May 5, 2015 at 4:00 p.m. (ET).

3. The Committee received objections from Bank of America, N.A. [Docket No. 396], Silver Point Finance, LLC [Docket No. 397], and the Debtors [Docket No. 398] (collectively, the "**Objecting Parties**"). No other objections or responses were received.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

4. The Committee has revised the form of order (the "**Order**") to incorporate the comments of the Objecting Parties, which is attached hereto as Exhibit A. The Objecting Parties consent to entry of the Order.

5. Attached as Exhibit B is a blackline showing the changes made to the Order as compared to the form of order originally filed with the Application.

6. Accordingly, the Committee respectfully requests that the Court enter the Order attached hereto as Exhibit A at its earliest convenience.

Dated: May 18, 2015                    Respectfully submitted,

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Sharon L. Levine, Esq.
Andrew Behlmann, Esq.
65 Livingston Avenue
Roseland, NJ  07068
Telephone:  (973) 597-2500
Facsimile:  (973) 597-2400

  -and -

Gerald C. Bender, Esq.
1251 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 262-6700
Facsimile:  (212) 262-7402

*Counsel to the Committee*

  -and-

**POLSINELLI PC**

/s/ *Justin K. Edelson*
Christopher A. Ward (DE Bar No. 3877)
Justin K. Edelson (DE Bar No. 5002)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
jedelson@polsinelli.com

*Delaware Counsel to the Committee*