# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered)<br><br>**Objection Deadline: June 3, 2015 at 4:00 p.m.**<br>**Hearing Date: Only if an objection is filed** |

**FIRST MONTHLY APPLICATION OF LOWENSTEIN SANDLER LLP
AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD
FROM MARCH 24, 2015 THROUGH MARCH 31, 2015**

| | |
|---|---|
| **Name of Lowenstein Sandler:** | Lowenstein Sandler LLP<br>65 Livingston Avenue<br>Roseland, New Jersey 07068<br>Telephone: 973.597.2500 |
| **Authorized to provide professional services to:** | The Official Committee of Unsecured Creditors |
| **Date of Retention:** | <u>May 12, 2015 effective as of March 24, 2015</u> |
| **Period for which compensation and reimbursement is sought:** | <u>March 24, 2015 through March 31, 2015</u> |
| **Amount of Compensation sought as actual, reasonable and necessary:** | <u>$167,692.94</u>    (80% of $209,616.75) |
| **Amount of Expense Reimbursement sought as actual, reasonable and necessary:** | <u>$6,305.00</u>[2] |

This is a(n): ☒ Monthly   ☐ Interim   ☐ Final application

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] This amount includes $4,398.15 in reimbursable expenses of members of the Committee.

50411986.1

## PRIOR APPLICATION HISTORY

|              |                   | Requested     |          | Monthly Statements |          | Certificate                              |
| ------------ | ----------------- | ------------- | -------- | ------------------ | -------- | ---------------------------------------- |
| Date Filed   | Period Covered    | Fees 100%     | Expenses | Fees 80%           | Expenses | of No Objection / Signed Order           |
| **NO PREVIOUS APPLICATIONS** |||||||

## SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM MARCH 24, 2015 THROUGH MARCH 31, 2015

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
| --- | --- | --- | --- | --- | --- |
| Alexander, Michele | 1995 | Partner/Tax | 2.80 | $780.00 | $2,184.00 |
| Bender, Gerald C. | 1984 | Partner/Restructuring | 11.30 | $855.00 | $9,661.50 |
| *Bender, Gerald C. - Travel Time | 1984 | Partner/Restructuring | 1.20 | $427.50 | $513.00 |
| Citron, Lowell A. | 1995 | Partner/Corporate | 11.40 | $790.00 | $9,006.00 |
| Jung, Wojciech F. | 2003 | Partner/Restructuring | 61.70 | $600.00 | $37,020.00 |
| Kizel, Paul | 1982 | Partner/Restructuring | 12.50 | $705.00 | $8,812.50 |
| Levine, Sharon L. | 1983 | Partner/Restructuring | 42.70 | $840.00 | $35,868.00 |
| Porter, Cassandra M. | 2004 | Counsel/Restructuring | 42.80 | $550.00 | $23,540.00 |
| Sica, Theodore C. | 2002 | Counsel/Corporate | 14.70 | $655.00 | $9,628.50 |
| Bazian, Barry Z. | 2013 | Associate/Restructuring | 16.60 | $340.00 | $5,644.00 |
| Behlmann, Andrew D. | 2009 | Associate/Restructuring | 107.00 | $485.00 | $51,895.00 |
| *Behlmann, Andrew D. - Travel Time | 2009 | Associate/Restructuring | 3.30 | $242.50 | $800.25 |
| Cobb, Kathryn | 2013 | Associate/Corporate | 7.30 | $345.00 | $2,518.50 |
| De Leo, Anthony | 2013 | Associate/Restructuring | 18.90 | $335.00 | $6,331.50 |
| Lifshitz, David | 2014 | Associate/Corporate | 13.10 | $300.00 | $3,930.00 |
| Vislocky, Nicholas B. | 2013 | Associate/Restructuring | 2.30 | $370.00 | $851.00 |
| Adams, Trina | N/A | Paralegal | 4.60 | $225.00 | $1,035.00 |

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Grant, Natasha | N/A | Research Services | 1.80 | $210.00 | $378.00 |
| **TOTAL FEES** | | | **376.00** | | **$209,616.75** |
| **Blended Rate** | | | | **$563.32** | |

*Reflects 50% rate reduction due to non-working travel time

### SUMMARY OF COMPENSATION BY PROJECT CATEGORY FOR THE PERIOD OF MARCH 24, 2015 THROUGH MARCH 31, 2015

| Task Description | Hours | Fees |
|---|---|---|
| Case Administration | 9.90 | $4,960.50 |
| Asset Analysis and Recovery | 0.40 | $336.00 |
| Investigation of Prepetition Lenders | 38.10 | $18,728.50 |
| Asset Disposition | 68.00 | $43,703.50 |
| Relief from Stay/Adequate Protection Proceedings | 1.30 | $846.00 |
| Meetings of and Communication with Creditors | 17.90 | $12,135.00 |
| Fee/Employment Applications | 2.40 | $804.00 |
| Employment and Retention Applications - Others | 1.80 | $1,150.00 |
| Fee Applications and Invoices - Others | 0.40 | $336.00 |
| Other Contested Matters (excluding assumption/rejection motions) | 1.10 | $626.00 |
| Non-Working Travel | 4.50 | $1,313.25 |
| Business Operations | 22.30 | $11,883.00 |
| Employee Benefits/Pensions | 5.90 | $3,058.50 |
| Financing/Cash Collateral | 178.00 | $94,630.50 |
| Tax Issues | 11.90 | $8,271.50 |
| Board of Directors | 4.10 | $1,982.00 |
| Claims Administration and Objections | 7.60 | $4,516.50 |
| Other - Insurance Matters | 0.40 | $336.00 |
| **Total:** | **376.00** | **$209,616.75** |

**EXPENSE SUMMARY FOR THE PERIOD OF
MARCH 24, 2015 THROUGH MARCH 31, 2015**

| Expense Category | Amount |
| --- | ---: |
| Computerized legal research | $1,257.28 |
| Telecommunications | $218.46 |
| Travel | $393.31 |
| Photocopies 378 pages at $0.10 per page | $37.80 |
| Reimbursable expenses of members of the Committee | $4,398.15 |
| **Total Disbursements** | **$6,305.00** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered)<br><br>**Objection Deadline: June 3, 2015 at 4:00 p.m.**<br>**Hearing Date: Only if an objection is filed** |

**FIRST MONTHLY APPLICATION OF LOWENSTEIN SANDLER LLP**
**AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS FOR COMPENSATION FOR SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD**
**FROM MARCH 24, 2015 THROUGH MARCH 31, 2015**

TO:  THE HONORABLE BRENDAN L. SHANNON,
       UNITED STATES BANKRUPTCY JUDGE:

Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure and the Interim Compensation Order (defined below), Lowenstein Sandler LLP ("Lowenstein Sandler"), as counsel to the Official Committee of Unsecured Creditors (the "Committee"), appointed in the chapter 11 cases of The Standard Register Company, Inc., and affiliated Debtors, the above captioned Debtors and Debtors-In-Possession (collectively, the "Debtors"), submits its first monthly application (the "Application") for allowance of compensation and reimbursement of expenses for the period of March 24, 2015 through March 31, 2015 (the "Fee Period"). By this Application, Lowenstein Sandler seeks a monthly allowance of compensation in the amount of $209,616.75. Lowenstein Sandler seeks payment of $167,692.94 (80% of the allowed fees) for the Fee Period upon filing a certificate of no objection and/or resolution of any

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

50411986.1

objections. Lowenstein Sandler also seeks expense reimbursement in the amount of $6,305.00[2]. In support of this Application, Lowenstein Sandler respectfully states as follows:

## BACKGROUND

1. On March 12, 2015 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, thereby commencing the above-captioned chapter 11 cases (the "Chapter 11 Cases").

2. The Debtors continue to operate their businesses and manage their property as Debtors-In-Possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in these Chapter 11 Cases.

3. On March 24, 2015, the Office of the United States Trustee appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code. *See* Docket Entry No. 99.

4. On March 24, 2015, the Committee selected Lowenstein Sandler to serve as its counsel in the Chapter 11 Cases. Thereafter, the Committee selected Polsinelli PC as its Delaware counsel.

5. On April 13, 2015, the Court entered the *Order Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals* (the "Interim Compensation Order") [Docket No.260].

6. On May 12, 2015, the Court entered the *Order Authorizing the Employment and Retention of Lowenstein Sandler LLP as Counsel to the Official Committee of Unsecured Creditors effective as of March 24, 2015* ("Retention Order") [Docket No. 505]. The Retention Order authorizes Lowenstein Sandler to be compensated in accordance with the procedures set forth in 11 U.S.C. §§ 330 and 331, the applicable Federal Rules of Bankruptcy Procedure, the

---

[2] This amount includes $4,398.15 in reimbursable expenses of members of the Committee.

rules of this Court and any Order entered by this Court with respect to the compensation of professionals.

7.    Through the Application, Lowenstein Sandler seeks allowance of compensation for professional services rendered for and on behalf of the Committee for the Fee Period. A detailed description of services rendered during the Fee Period is annexed hereto as <u>Exhibit "A"</u>. A schedule of disbursements incurred during the Fee Period is annexed hereto as <u>Exhibit "B"</u>. Exhibit "B" also includes reasonable expenses of certain committee members.

8.    During the Fee Period, Lowenstein Sandler spent significant time addressing issues in connection with the Debtors' postpetition financing and bidding procedures. Lowenstein Sandler conducted discovery with respect to both motions. Further, in connection therewith, Lowenstein Sandler prepared lengthy objections.

9.    Lowenstein Sandler also began the Committee's investigation into the acts, conduct, assets, liabilities and financial condition of the Debtors and their secured lenders, the operation of the Debtors' business and potential estate claims. Lowenstein Sandler spent time addressing the Debtors' bid procedures and sale process, communicated frequently with the Committee with respect to the sale process, and provided input to the Debtors regarding the bid procedures. Lowenstein Sandler also spent time meeting with and attending to all of the initial organizational matters associated with establishing a functioning Committee, including preparing the Committee bylaws and attending to retention of the Committee's professionals. Further, Lowenstein Sandler prepared an objection to the Debtors' wage motion, cash management motion and critical vendor motion. Finally, Lowenstein Sandler frequently communicated with the members of the Committee, by telephone and e-mail, to discuss the Debtors' business operations, and chapter 11 strategies, DIP Financing, sale processes, and other matters. Lowenstein Sandler has rendered professional services as counsel to the Committee as requested

and as necessary and appropriate in furtherance of the Committee's duties and functions in these Chapter 11 Cases.

10. Annexed hereto as <u>Exhibit "C"</u>, and made part hereof, is a Certification of Sharon L. Levine, Esq. submitted pursuant to section 504 of the Bankruptcy Code.

## SUMMARY OF SERVICES BY PROJECT CATEGORY

11. The services rendered by Lowenstein Sandler during the Fee Period are grouped into the categories set forth in Exhibit "A". The attorneys and paralegals that rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category, are listed in the attachments hereto.

## DISBURSEMENTS

12. Lowenstein Sandler incurred reasonable and necessary out-of-pocket expenses in the sum of $1,906.85 in connection with rendering legal services to the Committee during the Fee Period. A description of the expenses is set forth in Exhibit "B". Such disbursements may include computerized legal research, telecommunications and travel expenses. Lowenstein Sandler has sought to utilize the most cost efficient method of communication consistent with the necessary time constraints. Westlaw and Lexis charges represent computerized legal research facility charges for computer assisted research. Use of Westlaw and Lexis greatly enhances legal research and access to case law from all jurisdictions, and is cost efficient, saving substantial attorney research time. The disbursements are itemized in the annexed schedule. These disbursements were necessary to effectively render legal services in this case.

13. During the course of these Chapter 11 Cases, Lowenstein Sandler has incurred and paid its actual and necessary disbursements and expenses.

14. Consistent with the Interim Compensation Order, Lowenstein Sandler is also seeking reimbursement of certain expenses incurred by four members of the Committee as indicated in the chart below.

| COMMITTEE MEMBER | AMOUNT |
|---|---|
| Jack Butler<br>Pension Benefit Guaranty Corporation | Transportation: $272.00<br>**Total:         $272.00** |
| Richard Lawless<br>Georgia-Pacific Consumer Products LP | Air Fare:       $551.08<br>Hotel:           $235.40<br>Miscellaneous: $31.00<br>**Total:         $817.48** |
| Mark A. Platt | Air Fare:       $1,013.20<br>**Total:         $1,013.20** |
| Timothy J. Webb | Air Fare:       $1,502.18<br>Transportation: $290.42<br>Hotel:           $415.87<br>Meals:           $17.00<br>Parking:         $70.00<br>**Total:         $2,295.47** |
| **TOTAL** | **$4,398.15** |

15. The Committee member expenses relate to attendance at the Committee formation meeting and are reimbursable pursuant to 11 U.S.C. §503(b)(3)(F).

## VALUATION OF SERVICES & RELIEF REQUESTED

16. Attorneys and paraprofessionals employed by Lowenstein Sandler have expended a total of 376 hours in connection with this matter during the Fee Period detailed below.

17. The nature of the work performed by these persons is fully set forth in the detail attached hereto as Exhibit "A". The hourly rates set forth above are Lowenstein Sandler's current hourly rates for work of this nature. The reasonable value of the services rendered by Lowenstein Sandler for the Fee Period as counsel to the Committee is $209,616.75.

18. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (a) the complexity of these Chapter 11 Cases,

(b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the cost of comparable services other than in a case under this title.

19.     This is the Lowenstein Sandler's first monthly application pursuant to the Interim Compensation Order that was entered on April 13, 2015.  Lowenstein Sandler has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with this case, and there is no agreement or understanding between Lowenstein Sandler and any other person, other than members of the Lowenstein Sandler, for the sharing of compensation to be received for services rendered in this case.  No prior application has been made to this or any other Court for this Fee Period or for the allowance of fees and disbursements sought herein.

20.     This Application covers the period of March 24, 2015 through March 31, 2015. Lowenstein Sandler has and will continue to perform additional necessary services subsequent to March 31, 2015, for which Lowenstein Sandler will file subsequent fee applications.

**WHEREFORE**, Lowenstein Sandler respectfully requests the Court grant the Application and allow Lowenstein Sandler's monthly fees in the amount of $209,616.75, less a twenty percent (20%) holdback in the amount of $41,923.24 for a total fee request in the amount of $167,692.94, for professional services rendered to and on behalf of the Committee during the Fee Period, plus reimbursement of its actual, reasonable, and necessary expenses incurred in connection with services rendered during the Fee Period in the sum of $6,305.00, and that it be granted such other and further relief as the Court may deem just and proper.

| | |
|---|---|
| Dated: May 19, 2015 | Respectfully submitted,<br><br>**LOWENSTEIN SANDLER LLP**<br>Kenneth A. Rosen, Esq.<br>Sharon L. Levine, Esq.<br>Wojciech F. Jung, Esq.<br>65 Livingston Avenue<br>Roseland, NJ  07068<br>Telephone:  (973-597-2500<br>Facsimile:  (973) 597-2400<br>krosen@lowenstein.com<br>slevine@lowenstein.com<br>wjung@lowenstein.com<br><br>*-and –*<br><br>Gerald C. Bender, Esq.<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Telephone:  (212) 262-6700<br>Facsimile:  (212) 262-7402<br>gbender@lowenstein.com<br><br>*-and-*<br><br>**POLSINELLI PC**<br><br>/s/ Christopher A. Ward<br>Christopher A. Ward (No. 3877)<br>Justin K. Edelson (No. 5002)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801<br>Telephone:  (302) 252-0920<br>Facsimile:  (302) 252-0921<br>cward@polsinelli.com<br>jedelson@polsinelli.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |