# EXHIBIT B

Standard Register Committee of Unsecured Creditors
Invoice No.: 734272

Page 43
May 19, 2015

**EXHIBIT B**

**Actual and necessary disbursements incurred by Lowenstein Sandler LLP**

**II.  Summary of Disbursement Charges**

| | |
|---|---:|
| Computerized legal research | $1,257.28 |
| Telecommunications | 218.46 |
| Travel | 393.31 |
| Photocopies 378 pages at $0.10 per page | 37.80 |
| **Total Disbursements** | **$1,906.85** |

The above charges are based upon time and expense records available on or about the date of the attached letter.  Such records are believed in good faith to be accurate and substantially up to date, but there may be fees and expenses that have not been processed as of such date which Lowenstein Sandler LLP may submit in the future.  Lowenstein Sandler LLP reserves the right to amend this monthly statement at a later date.

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

**DISBURSEMENT DETAIL:**

| <u>Date</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|
| 03/25/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeetÂ® Audio - Call Minimum Shortfall | $3.64 |
| 03/25/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeetÂ® Audio - Toll Free  - USA | 0.77 |
| 03/25/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeetÂ® Audio - Call Minimum Shortfall | 3.64 |
| 03/25/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeetÂ® Audio - Toll Free  - USA | 0.72 |
| 03/25/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeetÂ® Audio - Call Minimum Shortfall | 3.64 |
| 03/25/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeetÂ® Audio - Toll Free  - USA | 0.72 |
| 03/25/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeetÂ® Audio - Call Minimum Shortfall | 3.64 |
| 03/25/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeetÂ® Audio - Toll Free  - USA | 0.77 |
| 03/25/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 4.14 |
| 03/25/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 0.17 |
| 03/25/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 4.14 |
| 03/25/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 0.17 |
| 03/26/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 4.10 |
| 03/26/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 0.21 |
| 03/26/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 21.20 |
| 03/27/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 3.48 |
| 03/27/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 0.96 |
| 03/27/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 14.44 |
| 03/27/15 | Long distance telephone - External  VENDOR: Premiere | 45.38 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Standard Register Committee of Unsecured Creditors                                              Page 46
Invoice No.: 734272                                                                         May 19, 2015

|          | Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | |
|----------|---------------------------------------------------------------------------------------------|-------|
| 03/27/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 1.77 |
| 03/27/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 3.02 |
| 03/28/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 0.01 |
| 03/28/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 5.19 |
| 03/28/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 3.48 |
| 03/28/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 0.94 |
| 03/29/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 49.24 |
| 03/29/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 6.47 |
| 03/30/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 4.10 |
| 03/30/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 0.21 |
| 03/30/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 10.29 |
| 03/30/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 1.64 |
| 03/30/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 3.22 |
| 03/30/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 12.95 |
| 03/26/15 | Amtrak Rail travel  VENDOR: American Express/Trv. INVOICE#: 032815-1 DATE: 3/28/2015 Ticket #: 5032616254; Route: NWK WIL NWK; Date: 04/01/2015; LTS #: 155246 | 303.00 |
| 03/26/15 | Amtrak Rail travel  VENDOR: American Express/Trv. INVOICE#: 032815-1 DATE: 3/28/2015 Ticket #: 0645538430; Route: ; Date: ; LTS #: 155246 | 39.00 |
| 03/24/15 | Meals (local)  VENDOR: Levine, Sharon L.; INVOICE#: 032615-1; DATE: 3/26/2015 Attend committee meeting | 3.51 |
| 03/24/15 | Local Travel  VENDOR: Levine, Sharon L.; INVOICE#: 032615-1; DATE: 3/26/2015 Attend committee meeting | 47.80 |
| 03/25/15 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q12015 DATE: 4/21/2015 Date: 03/25/2015 Court: DEBK Pages: 199 | $19.90 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Date | Description | Amount |
|------|-------------|-------:|
| 03/25/15 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q12015 DATE: 4/21/2015 Date: 03/25/2015 Court: VAEBK Pages: 9 | 0.90 |
| 03/28/15 | Computerized legal research: Westlaw:  User Name: PORTER,CASSANDRA M / Duration of Search:  00:00 / Transaction:  12 / Docs/Lines:  0 | 890.91 |
| 03/27/15 | Computerized legal research: Lexis:  User: BEHLMANN, ANDREW; Service: LEXIS LEGAL SERVICES; Charge Type: COMPUTER CONECTN TIME-2187; SINGLE DOCUMENT RETRIEVAL-11.00; COMPUTER CONECTN TIME-61; LEGAL CITATION SERVICES-2.00; ; | 292.07 |
| 03/26/15 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q12015 DATE: 4/21/2015 Date: 03/26/2015 Court: DEBK Pages: 13 | 1.30 |
| 03/28/15 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q12015 DATE: 4/21/2015 Date: 03/28/2015 Court: DEBK Pages: 3 | 0.30 |
| 03/30/15 | Computerized legal research: Westlaw:  User Name: GRANT,NATASHA / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 49.00 |
| 03/31/15 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q12015 DATE: 4/21/2015 Date: 03/31/2015 Court: DEBK Pages: 1 | 0.10 |
| 03/30/15 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q12015 DATE: 4/21/2015 Date: 03/30/2015 Court: DEBK Pages: 28 | 2.80 |
| | Internal photocopies: 378 pages at $0.10 per page | 37.80 |
| | Total Disbursements | $1,906.85 |

# COMMITTEE EXPENSE REPORT

**Creditor's Name:**  **Standard Register**                     **Date: March 26, 2015**

| Date | Description/Reason | Transportation/ Airfare | Meals | Hotels | Car Service/ Taxi | Misc. | Total Due |
|------|-------------------|------------------------|-------|--------|-------------------|-------|-----------|
| 3/24/15 | Unsecured Creditors Formation Meeting | Train: Amtrak: DC to Wilmington, DE<br><br>272.00 | | | | | 272.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | **Total** | 272.00 |

I hereby certify that all of the expenses described above were incurred in connection with my responsibilities as a member of the official committee of unsecured creditors of the Standard Register Company, *et al.* (Bankr. D. Del., Case No. 15-10541(BLS)).

By: _____

Title: Financial Analyst

**\*Please Attach All Receipts**

Duplicate Travel Summary – Not Valid For Travel          

Purchased: 3/17/2015
Modified:
Retain for your records

Washington, DC 20002
800-USA-RAIL
Amtrak.com

A scanned copy of your ticket is unavailable. Therefore this document is being provided as a substitute receipt for your travel as follows:

**Reservation Number: 8CF1E8**     **Passenger Name: JOHN J BUTLER**

**Date of Travel: 3/24/2015**     **From: WAS**     **To: WIL**

**Train Number: 2104**     **Ticket Number: 787322041338**

**Rail Fare: $136.00**     **Accomm Charge: $0.00**     **Total: $136.00**

**Form of Payment: VI**     **Card ending:7985**     **Amount: $136.00**

**Document #:**

**Form of Payment: NONE**     **Card ending:**     **Amount:**

**Document #:**

**Reservation Number: 8CF1E8**     **Passenger Name: JOHN J BUTLER**

**Date of Travel: 3/24/2015**     **From: WIL**     **To: WAS**

**Train Number: 2167**     **Ticket Number: 787322041346**

**Rail Fare: $136.00**     **Accomm Charge:**     **Total: $136.00**

**Form of Payment: VI**     **Card ending: 7985**     **Amount: $136.0**

**Document #:**

**Form of Payment: NONE**     **Card ending:**     **Amount:**

**Document #:**

**Total: $272.00**
================================================================
**Notes:**

# COMMITTEE EXPENSE REPORT

**Creditor's Name:** Georgia-Pacific Consumer Products LP  **Date:** 3-30-15

| Date | Description/Reason | Transportation/ Airfare | Meals | Hotels | Car Service/ Taxi | Misc. | Total Due |
|------|--------------------|-------------------------|-------|--------|-------------------|-------|-----------|
| 3-24 | Airfare | 551.08 | | | | | 551.08 |
| 3-24 | Lodging | | | 235.40 | | | 235.40 |
| 3-24 | Airport Parking | | | | | $31.00 | 31.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | **Total** | 817.48 |

I hereby certify that all of the expenses described above were incurred in connection with my responsibilities as a member of the official committee of unsecured creditors of the Standard Register Company, *et al.* (Bankr. D. Del., Case No. 15-10541(BLS)).

By: *Richard W. Crouch*

Title: Credit Leader, Georgia-Pacific Consumer Products LP

**\*Please Attach All Receipts**





TRAVELER NOTICE - Many airlines charge fees for baggage and other services. Amounts vary by airline and are subject to change.
Travelers are responsible for verifying all fees charged by individual carriers.
**Please visit the operating carrier website of your ticketed itinerary for applicable fees.**

**Mobile:** Use your smartphone to access itineraries and book travel. Select Mobile Registration from your Going Places profile to download the App and create a mobile PIN.

**Seat assignment notice:** It is recommended that you check-in online for your flight within 24 hours of departure to either obtain or improve your seat assignment.

To check in for your first flight, click here and follow the prompts. If you are on a code share flight advance online check-in may not be possible using confirmation number - GVBYPC

Please do not respond to this message via email. This is an auto-generated message and cannot process your reply.

**Please take a minute to review your itinerary and be sure it's correct. If you find an error, contact us right away to avoid potential fees and penalties.**

<u>Printer Friendly</u>

## Ticket Receipt

**Total Amount: 551.08 USD**
This ticket information applies to the following trip(s):

Delta Air Lines Flight 2394 from Atlanta to Philadelphia on March 23
Delta Air Lines Flight 1661 from Philadelphia to Atlanta on March 24

ElectronicTicket Number: 0067582223167
Invoice Number: 1666970
Ticket Amount: 551.08 USD
Form of Payment: CA************5097

## Travel Summary – Agency Record Locator UUQCIH

**Traveler**
LAWLESS / RICHARD DEWAYNE
Reference number by traveler: Not Applicable

| Date | From/To | Flight/Vendor | Status | Depart/Arrive | Class/Type |
|------|---------|---------------|--------|---------------|------------|
| 03/23/2015 | ATL-PHL | DL 2394 | Confirmed | 05:37 PM/07:45 PM | Economy / Q |
| 03/24/2015 | PHL-ATL | DL 1661 | Confirmed | 06:05 PM/08:40 PM | Economy / Q |

## AIR - Monday, March 23 2015 - Agency Record Locator UUQCIH          Add to Calendar  Need Help?

### Delta Air Lines  Flight DL2394  Economy Class          Online check-in

| | |
|---|---|
| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL<br>Atlanta, Georgia, United States<br>05:37 PM Monday, March 23 2015 |
| Arrive: | Philadelphia International Airport, TERMINAL D<br>Philadelphia, Pennsylvania, United States<br>07:45 PM Monday, March 23 2015 |
| Duration: | 2 hour(s) and 8 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Record Locator: **GVBYPC** |
| Equipment: | Boeing (Douglas) MD-88 |
| Seat: | 32C Confirmed |
| FF Number: | DLXXXX162605 - LAWLESS/RICHARD DEWAYNE |
| Distance: | 665 miles / 1069.985 kilometers |
| CO2 Emissions: | 292.6 lbs/133 kgs |

## AIR - Tuesday, March 24 2015 - Agency Record Locator UUQCIH          Add to Calendar  Need Help?

### Delta Air Lines  Flight DL1661  Economy Class          Online check-in

| | |
|---|---|
| Depart: | Philadelphia International Airport, TERMINAL D<br>Philadelphia, Pennsylvania, United States<br>06:05 PM Tuesday, March 24 2015 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL<br>Atlanta, Georgia, United States<br>08:40 PM Tuesday, March 24 2015 |
| Duration: | 2 hour(s) and 35 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Record Locator: **GVBYPC** |
| Equipment: | Boeing (Douglas) MD-90 |
| Seat: | 33C Confirmed |
| FF Number: | DLXXXX162605 - LAWLESS/RICHARD DEWAYNE |
| Distance: | 665 miles / 1069.985 kilometers |
| CO2 Emissions: | 292.6 lbs/133 kgs |

**Remarks**

BCD TRAVEL *** 877-531-6152 ***
OFFICE HOURS ARE 730A-530P CT MONDAY THROUGH FRIDAY
EMERGENCY AFTER-HOURS FOR ONLINE ASSISTANCE
AND FULL SERVICE BOOKINGS USE EXEC CODE ZB5B.
FROM INTERNATIONAL DESTINATIONS -
CALL COLLECT TO 816-880-3240
***NO FARE IS GUARANTEED UNTIL THE TICKET IS ISSUED***
TICKET IS NON REFUNDABLE/NON TRANSFERABLE.
CHANGES SUBJECT TO PENALTIES PLUS FARE INCREASE.
SOME CARRIERS REQUIRE CANCELLATION PRIOR TO DEPARTURE
OR YOUR TICKET MAY HAVE NO VALUE. CALL THE TRAVEL OFFICE
FOR CHANGES OR CANCELLATION OF THIS TRIP
WE RECOMMEND A TWO HOUR CHECK IN FOR DOMESTIC
FLIGHTS AND A THREE HOUR CHECK IN FOR INTERNATIONAL
FLIGHTS. PLEASE NOTE A GOVERNMENT-ISSUED PHOTO
ID IS REQUIRED. YOU WILL WANT TO HAVE YOUR BOARDING
PASS PRIOR TO REACHING THE MAIN SECURITY CHECK POINT.
IF YOU ARE TRAVELING INTERNATIONALLY PLEASE
RECONFIRM 72 HOURS IN ADVANCE.
AISLE PREFERRED SEATING NOT AVAILABLE AT TIME OF BOOKING.
SEATING RESTRICTED TO AIRPORT CHECK IN ONLY
PLEASE CHECK AT THE GATE FOR YOUR DESIRED SEATING.
DELTA AIRLINES REQUIRES CUSTOMERS TO CHECK THEIR BAGS A
MINIMUM OF 45 MINUTES PRIOR TO DEPARTURE. CUSTOMERS WHO
DO NOT MEET THIS REQUIREMENT WILL BE RE ACCOMMODATED ON
THE NEXT AVAILABLE FLIGHT/S AND WILL BE CHARGED THE
CHANGE FEE. SEE WWW.DELTA.COM FOR ADDITIONAL INFORMATION.
CHECKED BAGGAGE POLICIES VARY BASED ON CARRIER AND FINAL
DESTINATION. FOR THE LATEST INFORMATION PLEASE CHECK
WITH YOUR TRAVEL CONSULTANT OR THE AIRLINES WEBSITE.

18Mar/03:38PM

**Advice to Passengers**

**Transportation of Hazardous Materials**

Federal law forbids the carriage of hazardous material aboard the aircraft, in your luggage, or on your person. A violation can result in 5 years imprisonment and penalties of $250,000 or more (49 U.S.C 5124). Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials.

**Forbidden Dangerous Items Examples:**

Paints, lighter fluid, fireworks, tear gases, oxygen bottles and radiopharmaceuticals. There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage and certain smoking materials carried on your person. For further information, contact your airline representative.

Note: Spare batteries and fuel cells are not permitted in checked or hold baggage. These items MUST be packed in carry-on baggage. If your carry-on bag is gate checked, the spare batteries and fuel cells must be removed and carried in the cabin.

Thank you for using BCD Travel for your travel needs.

Email generated on 18Mar/8:38 PM UTC

To view this itinerary on your mobile device click here for TripSource ® by BCD Travel. If you're already a TripSource user and need assistance, contact:

**DOUBLETREE**
BY HILTON
DOWNTOWN WILMINGTON
LEGAL DISTRICT

700 King Street • Wilmington, DE 19801
Phone (302) 655-0400 • Fax (302) 655-0430
For reservations across the nation
www.doubletree.com or 1-800-222-TREE

| Name & Address |
| --- |

LAWLESS, RICHARD
87 OVERLOOK HEIGHTS WAY
STOCKBRIDGE GA  30281
UNITED STATES OF AMERICA

| | |
| --- | --- |
| Room | 426/NQ2 |
| Arrival Date | 3/23/2015  8:46:00 PM |
| Departure Date | 3/24/2015 |
| Adult/Child | 1/0 |
| Room Rate | 214.00 |
| Rate Plan: | LV2 |
| HH # | |
| AL: | |
| Car: | |

*Folio*

Confirmation Number: 81918900

3/23/2015

**HHONORS**
HILTON WORLDWIDE

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
| --- | --- | --- | --- |
| 3/23/2015 | 1539008 | GUEST ROOM | $214.00 |
| 3/23/2015 | 1539008 | OCCUPANCY TAX - 8% | $17.12 |
| 3/23/2015 | 1539008 | OCCUPANCY TAX - CITY | $4.28 |
| | | WILL BE SETTLED TO MC*5097 | $235.40 |
| | | EFFECTIVE BALANCE OF | $0.00 |

WALDORF ASTORIA
HOTELS & RESORTS

CONRAD
HOTELS & RESORTS

Hilton
HOTELS & RESORTS

DOUBLETREE

EMBASSY SUITES

Hilton Garden Inn

Hampton

HOMEWOOD SUITES

HOME2

Hilton Grand Vacations

| ACCOUNT NO. | | DATE OF CHARGE | FOLIO NO./CHECK NO. |
| --- | --- | --- | --- |
| | | | 338770 A |
| CARD MEMBER NAME | | AUTHORIZATION | INITIAL |
| ESTABLISHMENT NO. & LOCATION     ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT | | PURCHASES & SERVICES | |
| | | TAXES | |
| | | TIPS & MISC. | |
| CARD MEMBER'S SIGNATURE
X | | TOTAL AMOUNT | |

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR REFUNDED FOR A CASH REFUND.

**PAYMENT DUE UPON RECEIPT**



## COMMITTEE EXPENSE REPORT

**Creditor's Name:** Mark A Platt          **Date:** 3/28/15

| Date | Description/Reason | Transportation/ Airfare | Meals | Hotels | Car Service/ Taxi | Misc. | Total Due |
|------|-------------------|------------------------|-------|--------|-------------------|-------|-----------|
| 3/23 – 3/24 | 3/24/15 Meeting of Unsecured Creditors | 1013.20 | | | | | 1013.20 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | **Total** | 1013.20 |

I hereby certify that all of the expenses described above were incurred in connection with my responsibilities as a member of the official committee of unsecured creditors of the Standard Register Company, *et al.* (Bankr. D. Del., Case No. 15-10541(BLS)).

By: Mark A Platt

Title: Committee Member

Mark A Platt
5048 James Hill Rd.
Kettering, OH 45429

**\*Please Attach All Receipts**

| Record Locator | **IDRXJK** |  |
| --- | --- | --- |

# Itinerary

| Carrier | Flight # | Departing | Arriving | Fare Code |
| --- | --- | --- | --- | --- |
| American | 5077 | DAYTON<br>MON 23MAR<br>9:00 AM | PHILADELPHIA<br><br>10:35 AM | L |
| | | OPERATED BY US AIRWAYS EXPRESS-PSA AIRLINES<br>CHECK-IN WITH OPERATING CARRIER | | |
| Mark Platt | Seat 7F | Economy | | |
| American | 5225 | PHILADELPHIA<br>TUE 24MAR<br>8:29 PM | DAYTON<br><br>10:05 PM | M |
| | | OPERATED BY US AIRWAYS EXPRESS-PSA AIRLINES<br>CHECK-IN WITH OPERATING CARRIER | | |
| Mark Platt | | Economy | | |

# Receipt

| Passenger | Ticket # | Fare-USD | Taxes and Carrier-Imposed Fees | Ticket Total |
| --- | --- | --- | --- | --- |
| Mark Platt | 0012300097456 | 730.22 | 82.98 | 813.20 |

Mark Platt - **Additional Fare Collection** 105.00

| Additional Services | Date | Currency | Amount |
| --- | --- | --- | --- |
| Ticket Change | 21 MAR 15 | USD | 200.00 |
| Exchange, Master Card XXXXXXXXXXXX0174 | | | |

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

One or more of your flights is a Codeshare flight and is operated by a Partner Airline. If your journey begins with a flight operated by one of American's Partner Airlines, then please check-in with the Partner Airline for that portion of your journey. Upon check-in, they will check your luggage to its final destination and provide boarding passes for your connecting flights, if applicable.

# COMMITTEE EXPENSE REPORT

**Creditor's Name:** TIMOTHY J. WEBB

**Date:** 3/23-25

*Creditors Committee Meeting*

| Date | Description/Reason | Transportation/ Airfare | Meals | Hotels | Car Service/ Taxi | Misc. | Total Due |
|---|---|---|---|---|---|---|---|
| 3-23 | US Airways PHX-PHL | ¹⁴⁾ 1502.¹⁸ | | | | | 1502.¹⁸ |
| 3-23-25 | Avis - | | | | 290.42 | | 290.42 |
| 3-23/24 | Double Tree Hotel | | | ²⁾ 415.87 | | | 415.87 |
| 3-24 | "Breakfast" | | 17.00 | | | PARKING 70.⁰⁰ | 87.00 |
| | TOTAL FOR TRIP  3/23/15 - 3/25/17 | | | Subtotal | | | 2,295.47 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | Total | 2295.47 |

I hereby certify that all of the expenses described above were incurred in connection with my responsibilities as a member of the official committee of unsecured creditors of the Standard Register Company, *et al.* (Bankr. D. Del., Case No. 15-10541(BLS)).

By: Timothy J. Webb

Title: Creditors Committee
Standard Register

**\*Please Attach All Receipts**

²⁾ HOTEL BILL Includes 50.⁸⁵ FOR Dinner on 3/24/15

¹⁴⁾ AirFare USAir - LAST MINUTE Ticket on Oversold Flight.

29675/2
03/25/2015 30204319.2

**DOUBLETREE**
BY HILTON
PHILADELPHIA AIRPORT

4509 Island Avenue • Philadelphia, PA 19153
Phone (215) 365-4150 • Fax (215) 937-6382
For reservations across the nation
www.doubletree.com or 1-800-222-TREE

| Name & Address |
| --- |

Webb, Timothy

4906 E DESERT FAIRWAYS DR

PARADISE VALLEY AZ 85253
UNITED STATES OF AMERICA

| | |
| --- | --- |
| Room | 542/NUR |
| Arrival Date | 3/23/2015 4:56:00 PM |
| Departure Date | 3/25/2015 |
| Adult/Child | 1/0 |
| Room Rate | 155.48 |
| Rate Plan: | AAA |
| HH # | 325460317 BLUE |
| AL: | |
| Car: | |

*Folio*

Confirmation Number: 86441993

3/25/2015

HILTON
HHONORS

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
| --- | --- | --- | --- |
| 3/23/2015 | 151099 | GUEST ROOM | $155.48 |
| 3/23/2015 | 151099 | STATE ROOM TAX | $10.88 |
| 3/23/2015 | 151099 | CITY ROOM TAX | $13.22 |
| 3/24/2015 | 151942 | *PLAYERS LOUNGE | $50.85 |
| 3/24/2015 | 152130 | GUEST ROOM | $160.55 |
| 3/24/2015 | 152130 | STATE ROOM TAX | $11.24 |
| 3/24/2015 | 152130 | CITY ROOM TAX | $13.65 |
| 3/25/2015 | 152441 | AX *4007 | ($415.87) |
| | | **BALANCE** | $0.00 |

EXPENSE REPORT SUMMARY

| | 3/23/2015 | 3/24/2015 | STAY TOTAL |
| --- | --- | --- | --- |
| ROOM AND TAX | $179.58 | $185.44 | $365.02 |
| FOOD AND BEVERAGE | $0.00 | $50.85 | $50.85 |
| DAILY TOTAL | $179.58 | $236.29 | $415.87 |

You have earned approximately 3668 Hilton HHonors points and approximately 366 Miles with American Airlines for this stay. Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your

Thank you for choosing Doubletree! Come back soon to enjoy our warm chocolate chip cookies and relaxed hospitality. For your next trip visit us at doubletree.com for our best available rates!

| | | |
| --- | --- | --- |
| ACCOUNT NO. | DATE OF CHARGE | FOLIO NO./CHECK NO. |
| AX *4007 | 3/25/2015 | 73121 A |
| CARD MEMBER NAME | AUTHORIZATION | INITIAL |
| Webb, Timothy | 521278 | |
| ESTABLISHMENT NO. & LOCATION    ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT | PURCHASES & SERVICES | |
| | TAXES | |
| | TIPS & MISC. | |
| CARD MEMBER'S SIGNATURE |  | |
| X | TOTAL AMOUNT | -415.87 |
| MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND. | PAYMENT DUE UPON RECEIPT | |

W
WALDORF
ASTORIA

CONRAD

Hilton

DOUBLETREE

EMBASSY
SUITES

Hilton
Garden Inn

Hampton

HOMEWOOD
SUITES

HOME2

Hilton
Grand Vacations

## RECEIPT

Rental Agreement Number: 253346321
Vehicle Number: 66936155

### YOUR INFORMATION

WEBB,TIMOTHY
WIZARD NUMBER:      JS329N
AVIS DISC:
   AVIS PREFERRED DISCOUNT
PAYMENT METHOD:    AMEX XX4007

### YOUR RENTAL

Picked up:        PHL
Date/Time:        MAR 23, 2015@05:15PM
Returned:         PHL
Date/Time:        MAR 25, 2015@06:46AM
Veh Group:        Standard SUV-5 Pass
Veh Charged:      Standard
Vehicle:          FORD EDGE AWD
Odometer Out:     21292
Odometer In:      21393
     Reading:

### VEHICLE CHARGES

| | | |
|---|---|---|
| DY@  94.00 | | |
| UNT  10.0 | | 188.00 |
| TIME AND MILEAGE: | | 18.80 |
| | | 169.20 |

TAXABLE FEES

| | | |
|---|---|---|
| 1% FEE | | 19.20 |
| $   1.00DY | | 2.00 |
| RECOVERY | 0.79/DY | 1.58 |

| | | |
|---|---|---|
| UBTOTAL | | |
| E SUBTOT | | 191.98 |
| .000% | | 15.36 |

ON TAXABLE ITEMS

| | | |
|---|---|---|
| RVICE | | 7.60 |
| | | 55.48 |
| URCH | 2.00/DY | 16.00 |
| | | 4.00 |

| | |
|---|---|
| TOTAL CHARGES | 290.42 |
| PREPAYMENTS | - 234.94 |
| NET CHARGES | 55.48 |
| YOUR TOTAL DUE: | 0.00 |

PAID ON AMEX XX4007
**CONCESSION RECOVERY FEE
FF MLS/PNTS EARNED    338

---

Sky Harbor Intl -
Entry: 03-23/15 06:40  Lane: 151
Exit:  03-25/15 11:32  Lane: EC 11

Amount Paid: $70.00

MasterCard
xxxx xxxx xxxx 0318

PHOENIX SKY HARBOR INTERNATIONAL AIRPORT PARKING RECEIPT
FOR INFORMATION REGARDING PARKING CALL (602) 273-4545
Visit us at skyharbor.com/parking

---

## U·S AIRWAYS

FROM TO
O PHL PHX

THANK YOU FOR FLYING
US AIRWAYS



E-TICKET RECEIPT
ARRIVAL
1108A PHOENIX PHX

DOCUMENT NUMBER 0372395777724

CGW70F/US  18MAR15  D0135342
WEBB/TIMOTHYJOSEPH
845A PHILADELPHIA PHL US    550    A    25MAR

STNDBY/CHG FEE/NO RFND/
CXL BY FLT DT/
FP  CAXXXXXXXXXX0318/XXXX/D0663Z /FC 23MAR15PHX US PHL728.36KAO02N11/W
AUP US PHX647.78WAO27N11/WAUP USD1371.14END ZPPHXPHL XT8.00ZP11.20AY XF9.
00PHX4.5PHL4.5

| | | |
|---|---|---|
| FARE USD | 1371.14 | |
| TAX  US | 102.84 | |
| TAX  XT | 28.20 | |
| TOTALUSD | 1502.18 | |

NO CASH VALUE