**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*, | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS

PLEASE TAKE NOTICE that Venable LLP hereby appears in the above-referenced chapter 11 cases as counsel for Brady Corporation, and pursuant to Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), including Bankruptcy Rules 2002, 3017, 9007 and 9010 and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), including Local Rules 2002-1, 3017-1, and 9006-1, requests that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned attorneys at the following addresses and facsimile numbers:

Hamid R. Rafatjoo
Venable LLP
2049 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901
Email: hrafatjoo@venable.com

Jamie L. Edmonson
Venable LLP
1201 North Market Street, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 298-3535
Facsimile:  (302) 298-3550
Email:  jledmonson@venable.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Code section 1109(b), the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case or the rights of the Trustee.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended, and shall not be deemed or construed, to be a waiver of any of the rights of the Trustee, including, without limitation, (i) the right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) the right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Trustee is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: Wilmington, Delaware
        May 20, 2015

VENABLE LLP

By:        */s/ Jamie L. Edmonson*_____
        Jamie L. Edmonson (No. 4247)
        1201 North Market Street, Suite 1400
        Wilmington, Delaware 19801
        Telephone: (302) 298-3535
        Facsimile:  (302) 298-3550
        jledmonson@venable.com

        – and–

        VENABLE LLP
        Hamid R. Rafatjoo (CA Bar No. 181564)
        2049 Century Park East, Suite 2100
        Los Angeles, CA 90067
        Telephone: (310) 229-9900
        Facsimile:  (310) 229-9901
        hrafatjoo@venable.com