## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| THE STANDARD REGISTER COMPANY., et al.,[1] | ) Case No. 15-10541 (BLS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

### AFFIDAVIT OF SERVICE

I, Michael Deboissiere, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On May 13, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via overnight mail or next business day service on the banks, brokers, dealer agents, nominees or their agents (collectively, the "**Nominees**") listed on the service list attached hereto as **Exhibit A**.

- Notice of Deadlines for the Filing of Proofs of Claim, Including for Claims Asserted Under Section 503(B)(9) of the Bankruptcy Code (the "**Bar Date Notice**")

The Nominees were provided with instructions and sufficient quantities of the Bar Date Notice to distribute to the beneficial owners of the Debtors' public securities.

In addition to the hard copy service detailed above, on May 14, 2015, at my direction and under my supervision, employees of Prime Clerk caused the Bar Date Notice to be served via email on the Nominees and depositories listed on the service list attached hereto as **Exhibit B**.

*[Remainder of page intentionally left blank]*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417..

Dated: May 18, 2015

_____
Michael Deboissiere

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on May 18, 2015, by Michael Deboissiere,
proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

DAVID M. SMITH
NOTARY PUBLIC-STATE OF NEW YORK
No. 02SM6300826
Qualified In New York County
My Commission Expires April 07, 2018

SRF 2733

## Exhibit A

Exhibit A
Nominee Service List
Served via Overnight Mail or Next Business Day Service

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|------|-----------|-----------|-----------|------|-------|-----|---------|
| BROADRIDGE | JOB: E90187 | 51 MERCEDES WAY | | EDGEWOOD | NY | 11717 | |
| MEDIANT COMMUNICATIONS | ATTN: STEPHANIE FITZHENRY/PROXY CENTER | 100 DEMAREST DRIVE | | WAYNE | NJ | 07470 | |
| AMALGAMATED BANK (2352) | ATTN: BOB WINTERS OR PROXY MGR | 275 7TH AVENUE | | NEW YORK | NY | 10001 | |
| AMERICAN ENTERPRISE (0216/0756) | ATTN: PROXY MGR | 2178 AMERIPRISE FINANCIAL CENTER | ROUTING: S6/2178 | MINNEAPOLIS | MN | 55474 | |
| APEX CLEARING CORPORATION (0158) | ATTN: SHERRY MUSMAR | 1700 PACIFIC AVENUE, SUITE 1400 | | DALLAS | TX | 75201 | |
| BAIRD & CO. INCORPORATED (0547) | ATTN: JANE ERBE OR PROXY MGR | 777 E. WISCONSIN AVENUE | | MILWAUKEE | WI | 53202 | |
| BARCLAYS CAPITAL INC. (0229/5101) | ATTN: CORPORATE ACTIONS | 400 JEFFERSON PARK 4TH FLOOR | | WHIPPANY | NJ | 07981 | |
| BB & T SECURITIES(0702) | ATTN: JESSE W SPROUSE OR PROXY DEPT. | 8006 DISCOVERY DRIVE | SUITE 200 | RICHMOND | VA | 23229 | |
| BB & T SECURITIES(0702) | ATTN: RICKY JACKSON OR PROXY DEPT. | CORPORATE ACTIONS | 8006 DISCOVERY DRIVE | RICHMOND | VA | 23229 | |
| BMO CAPITAL MARKETS CORP. (0045) | ATTN: JOHN FINERTY OR PROXY MGR | 3 TIMES SQUARE | | NEW YORK | NY | 10036 | |
| BNP PARIBAS, NEW YORK BRANCH (1569/2787) | ATTN: DEAN GALLI OR PROXY MGR | 525 WASHINGTON BLVD 9TH FLOOR | | JERSEY CITY | NJ | 07310 | |
| BNY MELLON/ NEW ENGLAND (0954) | ATTN: BETH STIFFLER OR PROXY MGR | 525 WILLIAM PENN PLACE | SUITE 300 | PITTSBURGH | PA | 15259 | |
| BROWN BROTHERS HARRIMAN & CO. (0010) | ATTN: PAUL NONNON OR PROXY MGR | 525 WASHINGTON BLVD. NEW PORT TOWERS | | JERSEY CITY | NJ | 07310-1607 | |
| CHARLES SCHWAB & CO., INC. (0164) | ATTN: JANA TONGSON OR PROXY MGR | 2423 EAST LINCOLN DRIVE PHXPEAK-01-1B571A | | PHOENIX | AZ | 85016 | |
| CIBC WORLD MARKETS INC./CDS (5030) | ATTN: NICASTRO JERRY OR PROXY MGR | 161 BAY ST 10TH FL | | TORONTO | ON | M5J 2S8 | CANADA |
| CITIBANK, N.A. (0908) | ATTN: CAROLYN TREBUS OR PROXY MGR | 3800 CITIBANK CENTER B3-12 | | TAMPA | FL | 33610 | |
| CITIGROUP GLOBAL MARKETS INC. (0418/0505) | ATTN: ROSE MARIE YODICE OR PROXY MGR | 388 GREENWHICH STREET 11TH FLOOR | | NEW YORK | NY | 10013 | |
| COR LLC (0052) | ATTN: AMBRA MOORE OR PROXY MGR | 1200 LANDMARK CTR STE 800 | | OMAHA | NE | 68102-1916 | |
| CREDIT SUISSE SECURITIES (0355) | ATTN: ASHWINEE SAWH OR PROXY MGR | 11 MADISON AVENUE | 23RD FLOOR | NEW YORK | NY | 10010 | |
| D.A. DAVIDSON & CO. (0361) | ATTN: RITA LINSKEY OR PROXY MGR | 8 THIRD STREET NORTH P.O. BOX 5015 | | GREAT FALLS | MT | 59403 | |
| DAVENPORT & COMPANY LLC (0715) | ATTN: KIM NIEDING OR PROXY MGR | 901 EAST CARY ST 11TH FLOOR | | RICHMOND | VA | 23219 | |
| DEPOSITORY TRUST CO. | ATTN: ED HAIDUK | 55 WATER STREET | 25TH FLOOR | NEW YORK | NY | 10041 | |
| DEPOSITORY TRUST CO. | ATTN: HORACE DALEY | 55 WATER STREET | 25TH FLOOR | NEW YORK | NY | 10041 | |
| DESJARDINS SECURITIES INC.** (5028) | ATTN: REORG DEPT-MTL-1060-1ER-E | 1060 ROBERT-BOURASSA BLVD, SUITE 101 | | MONTREAL | QC | H3B 5L7 | CANADA |
| E*TRADE CLEARING LLC (0385) | ATTN: MATTHEW FRIEFELD OR PROXY MGR | 1981 MARCUS AVENUE 1ST FLOOR | | LAKE SUCCESS | NY | 11042 | |
| EDWARD D. JONES & CO. (0057) | ATTN: A.J. MAYTAS OR PROXY MGR | CORPORATE ACTIONS & DISTRIBUTION 12555 MANCHESTER ROAD | | ST. LOUIS | MO | 63141 | |
| FIFTH THIRD BANK, THE (2116) | ATTN: CARRIE POTTER OR PROXY MGR | 5001 KINGSLEY DRIVE MAIL DROP 1M0B2D | | CINCINNATI | OH | 45227 | |
| FIRST CLEARING, LLC (0141) | ATTN: FINESSA ROSSON OR PROXY MGR | ONE NORTH JEFFERSON STREET 9-F | | ST. LOUIS | MO | 63103 | |
| FIRST SOUTHWEST COMPANY (0309) | ATTN: JAMES FURINO OR PROXY MGR | 1700 PACIFIC AVENUE SUITE 500 | | DALLAS | TX | 75201 | |
| FIRST SOUTHWEST COMPANY (0309) | ATTN: KEVIN MILLER OR PROXY MGR | 911 W LOOP 281 STE. 413 | | LONGVIEW | TX | 75604 | |
| FOLIO (FN) INVESTMENTS, INC. (0728) | ATTN: ASHLEY THEOBALD OR PROXY MGR | 8180 GREENSBORO DRIVE 8TH FLOOR | | MCLEAN | VA | 22102 | |
| GOLDMAN, SACHS & CO. (0005) | ATTN: VINCE DOLCE OR PROXY MGR | 30 HUDSON STREET PROXY DEPARTMENT | | JERSEY CITY | NJ | 07302 | |
| GS EXECUTION & CLEARING (0501) | ATTN: ANTHONY BRUNO OR PROXY MGR | 30 HUDSON STREET PROXY DEPARTMENT | | JERSEY CITY | NJ | 07302-4699 | |
| INTERACTIVE BROKERS (0017/0534) | ATTN: MILTON OTERO OR PROXY MGR | GREENWICH OFFICE PARK BUILDING 8, 2ND FLOOR | | GREENWICH | CT | 06831 | |
| J.J.B. HILLIARD, W.L. LYONS, LLC (0768) | ATTN: FRANCES COLEMAN OR PROXY MGR | 500 WEST JEFFERSON ST. 6TH FLOOR | | LOUISVILLE | KY | 40202 | |
| J.P. MORGAN CLEARING CORP. (0352) | ATTN: BRODERICK WALKER OR PROXY MGR | DEPT. C, CASHIERS DEPARTMENT ONE METROTECH | CENTER NORTH REORG DEPT 4TH FLOOR | BROOKLYN | NY | 11201-3862 | |
| JANNEY MONTGOMERY SCOTT INC. (0374) | ATTN: BOB MARTIN OR PROXY MGR | 1801 MARKET STREET 9TH FLOOR | | PHILADELPHIA | PA | 19103-1675 | |
| JPMORGAN CHASE BANK, NA (0902) | ATTN: JACOB BACK OR PROXY MGR | 14201 DALLAS PARKWAY | 12TH FLOOR | DALLAS | TX | 75254 | |
| KEYBANK NATIONAL ASSOCIATION (2205) | ATTN: ADAM BORYENACE OR PROXY MGR | 4900 TIEDEMAN ROAD | | BROOKLYN | OH | 44144 | |
| KEYBANK NATIONAL ASSOCIATION (2205) | ATTN: KAREN BEDNARSKI OR PROXY MGR | 4900 TIEDEMAN ROAD | | BROOKLYN | OH | 44144 | |
| KNIGHT CLEARING SERVICES LLC (0295) | ATTN: JANICA BROWN OR PROXY MGR | 545 WASHINGTON BLVD. | | JERSEY CITY | NJ | 07310 | |
| LEK SECURITIES CORPORATION (0512) | ATTN: DANIEL HANUKA OR PROXY MGR | 1 LIBERTY PLAZA 52ND FLOOR | | NEW YORK | NY | 10006 | |
| LPL FINANCIAL CORPORATION (0075) | ATTN: MARTHA LANG | 4828 PARKWAY PLAZA BLVD | | CHARLOTTE | NC | 28217 | |
| LPL FINANCIAL CORPORATION (0075) | ATTN: CORPORATE ACTIONS | 4707 EXECUTIVE DRIVE | | SAN DIEGO | CA | 92121 | |
| MARSCO INVESTMENT CORPORATION (0287) | ATTN: KAREN JACOBSEN OR PROXY MGR | 101 EISENHOWER PARKWAY | | ROSELAND | NJ | 07068 | |
| MERRILL LYNCH (5143) | ATTN: VERONICA O'NEILL OR PROXY MGR | 101 HUDSON ST 9TH FL | | JERSEY CITY | NJ | 07302 | |
| MERRILL LYNCH (5198) | ATTN: VERONICA O'NEILL OR PROXY MGR | 101 HUDSON STREET 9TH FLOOR | | JERSEY CITY | NJ | 07302 | |
| MERRILL LYNCH, PIERCE, FENNER (0161) | ATTN: VERONICA O'NEILL OR PROXY MGR | 101 HUDSON ST 9TH FLOOR | | JERSEY CITY | NJ | 07302 | |

Exhibit A

Nominee Service List

Served via Overnight Mail or Next Business Day Service

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|------|-----------|-----------|-----------|------|-------|-----|---------|
| MORGAN STANLEY & CO LLC. (0050) | ATTN: KENNETH EWING OR PROXY MGR | 1300 THAMES STREET WHARF 7TH FLOOR | | BALTIMORE | MD | 21231 | |
| MORGAN STANLEY SMITH BARNEY LLC (0015) | ATTN: JOHN BARRY OR PROXY MGR | 1300 THAMES STREET WHARF | | BALTIMORE | MD | 21231 | |
| MS SECURITIES SERVICES INC. (0101) | ATTN: BRIAN O'DOWD OR PROXY MGR | 901 SOUTH BOND STREET 6TH FLOOR | | BALTIMORE | MD | 21231 | |
| NATIONAL FINANCIAL SERVICES LLC (0226) | ATTN: SEAN COLE OR PROXY MGR | 499 WASHINGTON BLVD. | | JERSEY CITY | NJ | 07310 | |
| NBCN INC. /CDS (5008) | ATTN: BENOIT HENAULT OR PROXY MGR | 1010 RUE DE LA GAUCHETIERE ST. WEST SUITE 1925 | | MONTREAL | QC | H3B 5J2 | CANADA |
| NBCN INC. /CDS (5008) | ATTN: MASSIMO DEL PAPA OR PROXY MGR | 1010 RUE DE LA GAUCHETIERE ST. WEST SUITE 1925 | | MONTREAL | QC | H3B 5J2 | CANADA |
| NORTHERN TRUST COMPANY, THE (2669) | ATTN: ROBERT VALENTIN OR PROXY MGR | 801 S. CANAL STREET | REORG DEPT, FLOOR C1N | CHICAGO | IL | 60607 | |
| OPPENHEIMER & CO. INC. (0571) | ATTN: OSCAR NAZARIO OR PROXY MGR | 85 BROAD STREET, 4TH FL | | NEW YORK | NY | 10004 | |
| OPTIONSXPRESS, INC (0338) | ATTN: RICH DRINH OR PROXY MGR | 311 W. MONROE STREET | | CHICAGO | IL | 60606 | |
| OPTIONSXPRESS, INC. (0338) | ATTN: SCOTT JOHNSON OR PROXY MGR | 311 W. MONROE STREET | | CHICAGO | IL | 60606 | |
| PERSHING LLC (0443) | ATTN: AL HERNANDEZ OR PROXY MGR | SECURITIES CORPORATION 1 PERSHING PLAZA 7TH FLOOR -REORG. | | JERSEY CITY | NJ | 07399 | |
| PRIMEVEST (0701) | ATTN: ANGELA HANDELAND OR PROXY MGR | 400 1ST STREET SOUTH SUITE 300 ST. | | CLOUD | MN | 56301 | |
| RAYMOND JAMES & ASSOCIATES, INC. (0725) | ATTN: ROBERTA GREEN OR PROXY MGR | 880 CARILION PARKWAY TOWER 2, 4TH FLOOR | | ST. PETERSBURG | FL | 33716 | |
| RBC CAPITAL MARKETS CORPORATION (0235) | ATTN: STEVE SCHAFER OR PROXY MGR | 510 MARQUETTE AVE SOUTH | | MINNEAPOLIS | MN | 55402 | |
| RBC DOMINION /CDS (5002) | ATTN: SHAREHOLDER SERVICES | 180 WELLINGTON ST W, 9TH FLOOR | | TORONTO | ON | M5J 0C2 | CANADA |
| SCOTTRADE, INC. (0705) | ATTN: SONJA BRADLEY-WADLEY OR PROXY MGR | 12855 FLUSHING MEADOWS DRIVE | | ST. LOUIS | MO | 63131 | |
| SG AMERICAS SECURITIES, LLC (0286) | ATTN: CHARLES HUGHES OR PROXY MGR | 245 PARK AVE | | NEW YORK | NY | 10167 | |
| SOUTHWEST SECURITIES, INC. (0279) | ATTN: CHRISTINA FINZEN OR PROXY MGR | 1201 ELM STREET SUITE 3700 | | DALLAS | TX | 75270 | |
| STATE STREET (0997) | ATTN: MIKE FEELEY/ROB RAY OR PROXY MGR | CORP ACTIONS - JAB5E | 1776 HERITAGE DRIVE | NORTH QUINCY | MA | 02171 | |
| STEPHENS INC. (0419) | ATTN: LINDA THOMPSON OR PROXY MGR | 111 CENTER STREET 4TH FLOOR | | LITTLE ROCK | AR | 72201-4402 | |
| STIFEL, NICOLAUS & CO (0793) | ATTN: CHRIS WIEGAND OR PROXY MGR | 501 N. BROADWAY 7TH FL STOCK RECORD DEPT | | ST. LOUIS | MO | 63102 | |
| TD AMERITRADE CLEARING, INC. (0188) | ATTN: GARY SWAIN OR PROXY MGR | 1005 AMERITRADE PLACE | | BELLEVUE | NE | 68005 | |
| TD WATERHOUSE CANADA INC. /CDS (5036) | ATTN: YOUSUF AHMED OR PROXY MGR | 77 BLOOR STREET WEST 3RD FLOOR | | TORONTO | ON | M5S 1M2 | CANADA |
| TEXAS TREASURY SAFEKEEPING (2622) | ATTN: JANIE DOMINGUEZ OR PROXY MGR | 208 E. 10TH STREET ROOM 410 | | AUSTIN | TX | 78701 | |
| THE BANK OF NEW YORK MELLON (0901) | ATTN: MARIA SASINOSKI OR PROXY MGR | 525 WILLIAM PENN PLACE | ROOM 0300 | PITTSBURGH | PA | 15259 | |
| TRADESTATION (0271) | ATTN: RICK GORDON OR PROXY MGR | 8050 SW 10TH ST SUITE 2000 | | PLANTATION | FL | 33324 | |
| U.S. BANCORP INVESTMENTS, INC. (0280) | ATTN: KATHY DABRUZZI OR PROXY MGR | 60 LIVINGSTON AVE EP-MN-WN2H | | ST. PAUL | MN | 55107-1419 | |
| U.S. BANK N.A. (2803) | ATTN: PAUL KUXHAUS OR PROXY MGR | 1555 N. RIVER CENTER DRIVE SUITE 302 | | MILWAUKEE | WI | 53212 | |
| UBS FINANCIAL SERVICES LLC (0221) | ATTN: JANE FLOOD OR PROXY MGR | 1000 HARBOR BLVD | | WEEHAWKEN | NJ | 07086 | |
| UBS SECURITIES LLC (0642) | ATTN: GREG CONTALDI OR PROXY MGR | 1000 HARBOR BLVD | 5TH FLOOR | WEEHAWKEN | NJ | 07086 | |
| VANGUARD MARKETING CORPORATION (0062) | ATTN: CORPORATE ACTIONS | 100 VANGUARD BOULEVARD | | MALVERN | PA | 19355 | |
| WEDBUSH MORGAN SECURITIES, INC. (0103) | ATTN: ALAN FERREIRA OR PROXY MGR | 1000 WILSHIRE BLVD | | LOS ANGELES | CA | 90017 | |

## Exhibit B

SRF 2733

Exhibit B
Nominees/Depositories Service List
Served via Email

| Company | Email |
|---|---|
| Broadridge | SpecialProcessing@broadridge.com |
| Clearstream | nathalie.chataigner@clearstream.com; Hulya.Din@clearstream.com; cherifa.maameri@clearstream.com; deborah.lambert@clearstream.com; monica.goncalves@clearstream.com ca_mandatory.events@clearstream.com; ca_luxembourg@clearstream.com |
| Depository Trust & Clearing Corporation | mandatoryreorgannouncements@dtcc.com; lensnotices@dtcc.com; rgiordano@dtcc.com |
| Euroclear | drit@euroclear.com |
| Mediant | mjones@mediantonline.com; mtaylor@mediantonline.com; mdickens@mediantonline.com; zyang@mediantonline.com |
| SIX Securities Clearing | corpactionsoverseas.group@sisclear.com |