# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, et al., | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Re: D. I. 23, 286, 307, 356, 461 & 497** |
| | Objection Deadline: May 28, 2015 at 4:00 p.m. |
| | Hearing Date: June 17, 2015 at 10:00 a.m. |

**LIMITED OBJECTION OF IWAG GROUP III TO CURE AMOUNT LISTED IN THE NOTICE OF (I) ENTRY INTO STALKING HORSE AGREEMENT AND (II) POTENTIAL ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS (D.I. 307), THE FIRST AMENDED NOTICE THEREOF (D.I. 356) AND THE CORRECTED SECOND AMENDED NOTICE (D.I. 497)**

IWAG Group III[1] ("IWAG"), by and through its undersigned counsel,[2] hereby objects (the "Objection") to the cure amount listed in the *Notice of (i) Entry Into Stalking Horse Agreement and (ii) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially all of the Debtors' Assets* [Docket No. 307] (the "Notice"), and the *Corrected Second Amended Notice of (I) Entry into Stalking Horse Agreement and (II) Potential Assumption and Assignment of Certain Executory Contracts*

---

[1] The members of IWAG III are: The Boeing Company, PACCAR Inc, Daimler Trucks North America LLC, PCC Structurals, Inc., Goodrich Corporation, on behalf of Kalama Specialty Chemicals, Inc., Weyerhaeuser, Crown Cork & Seal Company, Inc., 3M, Georgia-Pacific LLC, Simpson Timber Company, The Standard Register Company, Akzo Nobel Canada Inc. (n/k/a PPG Architectural Coatings Canada Inc.), Pharmacia Corporation, Intalco Aluminum Corporation, and Union Oil Company of California, a California Corporation.

[2] IWAG Group III intends to informally resolve this matter with the Debtors. If further proceedings are required in this Court, IWAG Group III and the undersigned counsel will associate local Delaware counsel.

*and Unexpired Leases in Connection with the Sale of Substantially All of the Debtors' Assets* [Docket No. 497] (the "Second Amended Notice"). In support of its Objection, IWAG states as follows:

1.      On March 12, 2015, (the "Petition Date"), each of the Debtors filed a petition commencing a voluntary case under chapter 11 of the Bankruptcy Code. Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtors remain debtors in possession.

2.      On the Petition Date, the Debtors filed the Motion for (I) an Order (A) Establishing Sale Procedures Relating to the Sale of Substantially All of the Debtors' Assets; (B) Approving Bid Protections; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts; (D) Approving Form and Manner of Notice of All Procedures, Protections, Schedules, and Agreements; (E) Scheduling a Hearing to Consider the Proposed Sale; and (F) Granting Certain Related Relief; and (II) an Order (A) Approving the Sale of Substantially All of the Debtors' Assets and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale [Docket No. 23].

3.      On April 17, 2015, the Debtors filed the Notice.

4.      On April 27, 2015, the Debtors filed the First Amended Notice.

5.      On May 11, 2015, the Debtors filed the Corrected Second Amended Notice.

6.      Debtor, The Standard Register Company, is a member of IWAG Group III, and is a signatory to that certain *Pasco Sanitary Landfill First Amended and Restated IWAG Group III Agreement* by and between the Debtor, The Standard Register Company, and the other members of IWAG (the "Agreement"). IWAG Group III is not listed in Exhibit 1 to the Corrected Second

Amended Notice, as the counterparty[3] to the Agreement. Instead, the counterparty is erroneously listed as William Ernst, with a notation in the comments section regarding IWAG. Next to Mr. Ernst's listing, the cure amount is listed as zero. (Corrected Second Amended Notice, Exhibit 1, page 124).

7.     The Debtor, The Standard Register Company, is currently in default under the Agreement in the amount of $36,125.00 for past-due pre-petition charges. An invoice dated February 18, 2015, addressed to The Standard Register Company and identifying outstanding pre-petition charges due under the Agreement, is attached hereto as Exhibit A. If the Debtor were to assume the Agreement, the cure payment for past-due pre-petition charges is $36,125.00.

8.     Post-petition the Debtor, The Standard Register Company, and IWAG III continue to operate under the Agreement and there are past-due post-petition charges.

9.     IWAG objects to the Debtors' proposed cure amount on the grounds that the Agreement cannot be assumed without cure at assumption of all past-due pre and post-petition arrearages. 11 U.S.C. §365(b).

10.     IWAG will attempt to resolve the dispute regarding the appropriate cure cost without court intervention. However, given the speed of these proceedings, IWAG files this limited objection to preserve its rights. IWAG also reserves its rights to amend or modify this objection as appropriate, and to raise such other or further objections to any proposed assumption and assignment, or proposed cure, of the Agreement.

---

[3]     IWAG was not served with the pleading. IWAG attempted to determine if it was listed in the pleading and on initial review could not find a listing for IWAG because William D. Ernst is incorrectly listed as the Contract Counterparty on Debtor's Exhibit 1 (page 124), making it virtually impossible to find the Agreement in Exhibit 1.

DATE: May 20, 2015                    Respectfully submitted,


                                      _/s/ Jeffrey R. Fine_____
                                      Jeffrey R. Fine
                                      Texas Bar No. 07008410
                                      Alison R. Ashmore
                                      State Bar No. 24059400

                                      **DYKEMA COX SMITH**
                                      1717 Main Street, Suite 4200
                                      Dallas, Texas 75201
                                      (214) 462-6400 – Telephone
                                      (214) 462-6401 – Facsimile
                                      JFine@dykema.com
                                      AAshmore@dykema.com

                                      **ATTORNEYS FOR IWAG GROUP III**


### CERTIFICATE OF SERVICE

        This pleading was served on the parties listed below in the manner shown below
on this __20ᵗʰ__ day of May, 2015.


### VIA OVERNIGHT DELIVERY

Michael R. Nestor, Esq.
Kara Hammond Coyle, Esq.
Maris J. Kandestin, Esq.
Andrew L. Magaziner, Esq.
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
[Counsel for Debtors and Debtors in Possession]

Sarah E. Pierce, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636

[Counsel for Silver Point Finance, LLC and Standard Acquisition Holdings, LLC]

Mark D. Collins, Esq.
Tyler D. Semmelman, Esq.
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
[Counsel for Bank of America, N.A., as Pre-Petition ABL Agent and ABL DIP Agent]

Christopher A. Ward, Esq.
Shanti M. Katona, Esq.
Justin K. Edelson, Esq.
POLSINELLI PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
[Counsel to the Official Committee of Unsecured Creditors]

Mark S. Kenney, Trial Attorney
OFFICE OF THE UNITED STATES TRUSTEE
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

**VIA FIRST CLASS MAIL & FACSIMILE**

Barbara Becker, Esq.
Michael A. Rosenthal, Esq.
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Facsimile: (212) 351-4035
[Counsel for Debtors and Debtors in Possession]

Ron E. Meisler, Esq.
Carl T. Tullson, Esq.
Christopher M. Dressel, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive, Suite 2700
Chicago, Illinois 60606-1720
Facsimile: (312) 407-0411
[Counsel for Silver Point Finance, LLC and Standard Acquisition Holdings, LLC]

C. Edward Dobbs, Esq.
James S. Rankin, Jr., Esq.

Jack C. Basham, Jr., Esq.
Joshua J. Lewis, Esq.
PARKER, HUDSON, RAINER & DOBBS LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, NE
Atlanta, GA 30303
Facsimile: (404) 522-8409
[Counsel for Bank of America, N.A., as Pre-Petition ABL Agent and ABL DIP Agent]

Kenneth A. Rosen, Esq.
Sharon L. Levine, Esq.
Wojciech Jung, Esq.
LOWENSTEIN SANDLER LLP
65 Livingston Avenue
Roseland, NJ 07068
Facsimile: (973) 597-2400
[Counsel to the Official Committee of Unsecured Creditors]

**VIA FIRST CLASS MAIL & FACSIMILE**

Gerald C. Bender, Esq.
LOWENSTEIN SANDLER LLP
1251 Avenue of the Americas
New York, NY 10020
Facsimile: (212) 262-7402
[Counsel to the Official Committee of Unsecured Creditors]

# EXHIBIT A

# IWAG GROUP III

# INVOICE

**BILL TO:**   The Standard Register Company
c/o Rich Elliott & David Ubaldi
Davis Wright Tremaine
777 108th Ave NE, Ste 2300
Bellevue, WA 98004

**DATE:**   February 18, 2015

**REMIT TO:**   c/o Anchor QEA, LLC
Attn:  Israel Murillo
720 Olive Way, Suite 1900
Seattle, Washington  98101

**FOR:**   IWAG Group III 1st 2015 Assessment

**PAYABLE BY:**   April 4, 2015

| DESCRIPTION | AMOUNT |
|---|---|
| IWAG Group III 1st 2015 Assessment | $36,125.00 |
| as approved by Steering Committee vote February 12, 2015 | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | SUBTOTAL $    36,125.00 |
| | OTHER         - |
| | *TOTAL* $    36,125.00 |

**Please make checks payable to:**

ANCHOR QEA LLC:
 Pasco Sanitary Landfill - IWAG Group III

**Wire Information:**
Bank of America
Routing: 125000024
Account: 138110412395