IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Scott M. Ewing, am employed in the county of Los Angeles, State of California. I hereby certify that on May 18, 2015, I caused true and correct copies of the following document to be served via first-class mail, postage pre-paid, to the parties listed in **Exhibit A** attached hereto:

- **Motion of the Official Committee of Unsecured Creditors for an Order Granting the Committee Standing and Authorizing the Committee to Commence and Prosecute Certain Actions on Behalf of the Debtors Estates [Docket No. 524]**

- **The Official Committee of Unsecured Creditors' Motion for an Order Authorizing the Committee to File Under Seal the Motion (Including Any Exhibits Attached Thereto) of the Official Committee of Unsecured Creditors for an Order Granting the Committee Standing and Authorizing the Committee to Commence and Prosecute Certain Actions on Behalf of the Debtors' Estates [Docket No. 525]**

Dated: May 19, 2015

/s/ Scott M. Ewing
Scott M. Ewing
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California     }
{                        } ss.
{County of Los Angeles   }

Subscribed and sworn to (or affirmed) before me on this _19_ day of _May_, 20_15_, by Scott M. Ewing proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_Jennifer Castillo_
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de Mexico, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

# **EXHIBIT A**

| | | |
|---|---|---|
| AKERMAN LLP<br>ATTN: SUNDEEP S. SIDHU, ESQ.<br>420 S. ORANGE AVENUE, SUITE 1200<br>ORLANDO, FL 32801-4904 | ALSTON & BIRD LLP<br>ATTN: DAVID WENDER/JONATHAN EDWARDS<br>ONE ATLANTIC CENTER<br>1201 WEST PEACHTREE STREET<br>ATLANTA, GA 30309-3424 | ARAPAHOE COUNTY ATTORNEY<br>ATTN: ROBERT HILL<br>5334 S. PRINCE STREET<br>LITTLETON, CO 80166 |
| ARNSTEIN & LEHR LLP<br>ATTN: KEVIN H. MORSE<br>120 S. RIVERSIDE PLAZA, SUITE 1200<br>CHICAGO, IL 60606 | ASHBY & GEDDES, P.A.<br>ATTN: RICARDO PALACIO<br>500 DELAWARE AVENUE, 8TH FLOOR<br>P.O. BOX 1150<br>WILMINGTON, DE 19899 | BAKER BOTTS L.L.P.<br>ATTN: JAMES PRINCE/MEGGIE GILSTRAP<br>2001 ROSS AVE.<br>DALLAS, TX 75201-2980 |
| BANK OF AMERICA, N.A.<br>100 NORTH TRYON STREET<br>CHARLOTTE, NC 28202 | BANK OF AMERICA, N.A.<br>C/O RAINER & DOBBS LLP<br>JAMES RANKIN JR./JOHN PARKER/PAUL HUDSON, JR.<br>1500 MARQUIS TWO TOWER<br>285 PEACHTREE CENTER AVENUE NE<br>ATLANTA, GA 30303 | BAYARD, P.A.<br>ATTN: SCOTT D. COUSINS<br>222 DELAWARE AVENUE, SUITE 900<br>WILMINGTON, DE 19801 |
| BIALSON, BERGEN & SCHWAB<br>ATTN: LAWRENCE M. SCHWAB/KENNETH T. LAW<br>2600 EL CAMINO REAL<br>SUITE 300<br>PALO ALTO, CA 94306 | BIALSON, BERGEN & SCHWAB<br>ATTN: LAWRENCE M. SCHWAB/THOMAS M. GAA<br>2600 EL CAMINO REAL<br>SUITE 300<br>PALO ALTO, CA 94306 | BILZIN SUMBERG BAENA PRICE & AXELROD, LLP<br>ATTN: JEFFREY I. SNYDER<br>1450 BRICKELL AVENUE<br>23RD FLOOR<br>MIAMI, FL 33131 |
| BLAKELEY LLP<br>ATTN: SCOTT E. BLAKELEY<br>2 PARK PLAZA<br>SUITE 400<br>IRVINE, CA 92614 | BLANK ROME LLP<br>ATTN: ALAN M. ROOT<br>1201 MARKET STREET<br>SUITE 800<br>WILMINGTON, DE 19801 | BLANK ROME LLP<br>ATTN: JOHN E. LUCIAN<br>ONE LOGAN SQUARE<br>130 NORTH 18TH STREET<br>PHILADELPHIA, PA 19103 |
| BMC GROUP, INC<br>ATTN: T. FEIL<br>300 CONTINENTAL BOULEVARD #570<br>EL SEGUNDO, CA 90245 | BRICKER & ECKLER LLP<br>ATTN: DAVID M. WHITTAKER<br>100 SOUTH THIRD STREET<br>COLUMBUS, OH 43215 | BRYAN CAVE LLP<br>ATTN: MICHELLE MCMAHON<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104-3300 |
| BRYAN CAVE LLP<br>ATTN: ROBERT J. MILLER/JUSTIN A. SABIN<br>TWO NORTH CENTRAL AVENUE<br>SUITE 2200<br>PHOENIX, AZ 85004-4406 | BUCHALTER NEMER, APC<br>ATTN: SHAWN M. CHRISTIANSON<br>55 SECOND STREET<br>17TH FLOOR<br>SAN FRANCISCO, CA 94105-3493 | CARLTON FIELDS JORDEN BURT, P.A.<br>ATTN: JOHN J. LAMOUREUX<br>4221 WEST BOY SCOUT BOULEVARD, 10TH FLOOR<br>PO BOX 3239<br>TAMPA, FL 33601-3239 |
| CLARK HILL PLC<br>ATTN: EDWARD J. KOSMOWSKI<br>824 N. MARKET STREET<br>SUITE 710<br>WILMINGTON, DE 19801 | CLARK HILL PLC<br>ATTN: SCOTT N. SCHREIBER<br>150 N. MICHIGAN AVENUE<br>SUITE 2700<br>CHICAGO, IL 60601 | CLARK HILL PLC<br>ATTN: SHANNON L. DEEBY<br>151 SOUTH OLD WOODWARD AVENUE<br>SUITE 200<br>BIRMINGHAM, MI 48009 |
| COLE SCHOTZ, P.C.<br>ATTN: MICHAEL D. WARNER<br>301 COMMERCE STREET<br>SUITE 1700<br>FORT WORTH, TX 76102 | COLE SCHOTZ, P.C.<br>ATTN: PATRICK J. REILLEY<br>500 DELAWARE AVENUE<br>SUITE 1410<br>WILMINGTON, DE 19801 | COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF REVENUE<br>OFFICE OF THE ATTORNEY GENERAL<br>ATTN: KATHLEEN KANE/CAROL MOMJIAN<br>21 S. 12TH STREET, 3RD FLOOR<br>PHILADELPHIA, PA 19107-3603 |
| CREDIT SUISSE AG, CAYMAN ISLANDS BRANCH<br>ELEVEN MADISON AVENUE<br>NEW YORK, NY 10010 | CREDIT SUISSE LOAN FUNDING LLC<br>7033 LOUIS STEPHENS DRIVE<br>RESEARCH TRIANGLE PARK, NC 27709 | CROSS & SIMON, LLC<br>ATTN: CHRISTOPHER P. SIMON<br>1105 NORTH MARKET STREET<br>SUITE 901<br>WILMINGTON, DE 19801 |
| DELAWARE ATTORNEY GENERAL<br>ATTN: BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG<br>820 N FRENCH ST 6TH FL<br>WILMINGTON, DE 19801 | DELAWARE DIVISION OF REVENUE<br>ZILLAH FRAMPTON<br>820 N FRENCH ST<br>WILMINGTON, DE 19801 | DELAWARE SECRETARY OF STATE<br>CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER, DE 19903 |

| | | |
|---|---|---|
| DELAWARE STATE TREASURY<br>ATTN BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD STE 100<br>DOVER , DE  19904 | DENTONS<br>ATTN: ARTHUR H. RUEGGER<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10020 | DINSMORE & SHOHL LLP<br>CHRISTOPHER A. DEABLER<br>255 EAST FIFTH STREET<br>SUITE 1900<br>CINCINNATI, OH  45202 |
| DLJ INVESTMENT PARTNERS L.P.<br>DLJ INVESTMENT PARTNERS II, L.P.<br>DLJIP II HOLDINGS, L.P.<br>9 OLD KINGS HIGHWAY SOUTH<br>DARIEN, CT 06820 | DUANE MORRIS LLP<br>ATTN: JARRET P. HITCHINGS<br>222 DELAWARE AVENUE<br>SUITE 1600<br>WILMINGTON, DE  19801 | DUANE MORRIS LLP<br>ATTN: JEFFREY W. SPEAR<br>1540 BROADWAY<br>NEW YORK, NY  10036 |
| EARP COHN, P.C.<br>ATTN: RICHARD M. SCHLAIFER<br>20 BRACE ROAD<br>4TH FLOOR<br>CHERRY HILL, NJ  08034-0000 | ENVIRONMENTAL PROTECTION AGENCY<br>ATTN: BANKRUPTCY DEPT<br>1650 ARCH STREET<br>PHILADELPHIA, PA  19103-2029 | FLEISCHER, FLEISCHER & SUGLIA<br>ATTN: NICOLA SUGLIA/ALLISON DOMOWITCH<br>PLAZA 1000 AT MAIN STREET<br>SUITE 208<br>VOORHEES, NJ  08043- |
| FRANTZ WARD LLP<br>ATTN: TIMOTHY RICHARDS/JOHN KOSTELNIK<br>200 PUBLIC SQUARE<br>SUITE 3000<br>CLEVELAND, OH  44114 | FRIEDLANDER MISLER, PLLC<br>ATTN: ROBERT GREENBURG/THOMAS MURPHY<br>ATTN: LINDSAY A. THOMPSON<br>5335 WISCONSIN AVENUE, NW<br>SUITE 600<br>WASHINGTON, DC  20015 | GARY BECKER<br>666 BARCLAY LANE<br>BROOMALL, PA  19008 |
| GEORGIA PACIFIC CORP<br>ATTN: EMILY O. VALLADARES<br>133 PEACHTREE STREET, NE<br>ATLANTA, GA  30303 | GIBBONS P.C.<br>ATTN: MARK B. CONLAN<br>ONE GATEWAY CENTER<br>NEWARK, NJ  07102-5310 | GIBBONS P.C.<br>ATTN: NATASHA M. SONGONUGA<br>1000 N. WEST STREET<br>SUITE 1200<br>WILMINGTON, DE  19801-1058 |
| GIBSON, DUNN & CRUTCHER LLP<br>ATTN: ROBERT A. KLYMAN/SAMUEL A. NEWMAN<br>ATTN: JEREMY L. GRAVES/SABINA JACOBS<br>333 SOUTH GRAND AVENUE<br>LOS ANGELES, CA  90071-1512 | GOLAN & CHRISTIE LLP<br>ATTN: BARBARA L. YONG/CAREN A. LEDERER<br>70 W. MADISON STREET<br>SUITE 1500<br>CHICAGO, IL  60602 | GOLDBERG, KAMIN & GARVIN, LLP<br>ATTN: ROBERT J. GARVIN<br>1806 FRICK BUILDING<br>437 GRANT STREET<br>PITTSBURGH, PA  15219-6101 |
| GRAYDON HEAD & RITCHEY LLP<br>ATTN: J. MICHAEL DEBBELER<br>1900 FIFTH THIRD CENTER<br>511 WALNUT STREET<br>CINCINNATI, OH  45202 | IANNOTTI & ASSOCIATES PLC<br>ATTN: DANIEL V. IANNOTTI<br>1475 CLUB DRIVE<br>BLOOMFIELD HILLS, MI  48302 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA, PA  19104-5016 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA, PA  19101-7346 | LAW OFFICES OF ROBERT E. LUNA P.C.<br>C/O GEORGE C. SCHERER<br>4411 N. CENTRAL EXPRESSWAY<br>DALLAS, TX  75205 | LECLAIRRYAN<br>ATTN: ANDREW L. COLE<br>180 ADMIRAL COCHRANE DRIVE<br>SUITE 370<br>ANNAPOLIS, MD  21401 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ATTN: ELIZABETH WELLER<br>2777 N. STEMMONS FREEWAY<br>SUITE 1000<br>DALLAS, TX  75207 | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ATTN: JOHN P. DILLMAN<br>PO BOX 3064<br>HOUSTON, TX  77253-3064 | LOWENSTEIN SANDLER LLP<br>ATTN: GERALD C. BENDER<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10020 |
| LOWENSTEIN SANDLER LLP<br>ATTN: KENNETH ROSEN/SHARON LEVINE<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ  07068-0000 | MAGNOZZI & KYE, LLP<br>ATTN: AMISH R. DOSHI, ESQ.<br>23 GREEN STREET, SUITE 302<br>HUNTINGTON, NY  11743 | MARK PLATT<br>5048 JAMES HILL ROAD<br>KETTERING, OH  45429 |
| MCCARTER & ENGLISH LLP<br>ATTN: KATHARINE L. MAYER<br>RENAISSANCE CENTRE<br>405 N. KING STREET, 8TH FLOOR<br>WILMINGTON, DE  19801 | MCCARTER & ENGLISH LLP<br>ATTN: LISA BONSALL<br>FOUR GATEWAY CENTER<br>100 MULBERRY STREET<br>NEWARK, NJ  07102-0000 | MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>ATTN: LEE GORDON<br>PO BOX 1269<br>ROUND ROCK, TX  78680 |

| | | |
|---|---|---|
| MCGRANE LLP<br>ATTN: GAVIN MCGRANE<br>FOUR EMBARCADERO CENTER<br>SUITE 1400<br>SAN FRANCISCO, CA 94111 | MCKINSEY RECOVERY & TRANSFORMATION SERVICE<br>ATTN: KEVIN CARMODY/MARK W. HOJNACKI<br>55 EAST 52ND STREET<br>NEW YORK, NY 10055 | MEYER, SUOZZI, ENGLISH & KLEIN, P.C.<br>ATTN: EDWARD J. LOBELLO<br>1350 BROADWAY, SUITE 501<br>P.O. BOX 822<br>NEW YORK, NY 10018-0822 |
| MINKIN & HARNISCH PLLC<br>ATTN: ETHAN B. MINKIN/ANDREW A. HARNISCH<br>6515 N. 12TH STREET<br>SUITE B<br>PHOENIX, AZ 85014 | MISSOURI DEPARTMENT OF REVENUE<br>ATTN: SHERYL L. MOREAU<br>301 W. HIGH STREET, ROOM 670<br>PO BOX 475<br>JEFFERSON CITY, MO 65105-0475 | MORRIS JAMES LLP<br>ATTN: JEFFREY R. WAXMAN<br>500 DELAWARE AVENUE<br>SUITE 1500<br>WILMINGTON, DE 19801-1494 |
| NEALE & NEWMAN, L.L.P.<br>ATTN: BRIAN K. ASBERRY<br>1949 E. SUNSHINE, SUITE 1-130<br>P.O. BOX 10327<br>SPRINGFIELD, MO 65808 | NEW YORK STATE DEPT. OF TAXATION AND FINANCE<br>OFFICE OF COUNSEL<br>ATTN: ROBERT L. COOK, DISTRICT TAX ATTORNEY<br>340 EAST MAIN ST.<br>ROCHESTER, NY 14604 | OFFICE OF THE UNITED STATES TRUSTEE<br>MARK KINNEY<br>844 KING ST STE 2207<br>WILMINGTON, DE 19801 |
| OKLAHOMA COUNTY TREASURER<br>ATTN: GRETCHEN CRAWFORD - ASST. D.A.<br>320 ROBERT S. KERR<br>ROOM 505<br>OKLAHOMA CITY, OK 73102 | PARKER IBRAHIM & BERG LLC<br>ATTN: JOSEPH H. LEMKIN<br>270 DAVIDSON AVENUE<br>SOMERSET, NJ 08873-0000 | PARKER, HUDSON, RAINER & DOBBS LLP<br>ATTN: C. EDWARD DOBBS/JAMES S. RANKIN, JR.<br>ATTN: JACK C. BASHAM, JR./JOSHUA J. LEWIS<br>1500 MARQUIS TWO TOWER<br>285 PEACHTREE CENTER AVENUE, NE<br>ATLANTA, GA 30303 |
| PBGC<br>ATTN: JACK BUTLER<br>1200 K STREET NW<br>WASHINGTON, DC 20005-4026 | PENSION BENEFIT GUARANTY CORPORATION<br>ATTN:  COURTNEY L. MORGAN<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET NW<br>WASHINGTON, DC 20005-4026 | POLSINELLI PC<br>ATTN: CHRISTOPHER A. WARD/JUSTIN K. EDELSON<br>ATTN: SHANTI M. KATONA<br>222 DELAWARE AVENUE, SUITE 1101<br>WILMINGTON, DE 19801 |
| POTTER ANDERSON & CORROON LLP<br>ATTN: JEREMY RYAN/ETTA MAYERS<br>1313 NORTH MARKET STREET, SIXTH FLOOR<br>PO BOX 951<br>WILMINGTON, DE 19899-0951 | PRIME CLERK LLC<br>DAVID M. SMITH<br>830 3RD AVE FL 9<br>NEW YORK, NY 10022 | RAVICH MEYER KIRKMAN MCGRATH<br>NAUMAN & TANSEY, P.A.<br>ATTN: MICHAEL F. MCGRATH<br>4545 IDS CENTER<br>80 SOUTH EIGHTH STREET<br>MINNEAPOLIS, MN 55402 |
| REED SMITH LLP<br>ATTN: AMY M. TONTI<br>REED SMITH CENTRE<br>225 FIFTH AVENUE, SUITE 1200<br>PITTSBURGH, PA 15230-2009 | REED SMITH LLP<br>ATTN: J. CORY FALGOWSKI<br>1201 N. MARKET STREET<br>SUITE 1500<br>WILMINGTON, DE 19801 | REINHART BOERNER VAN DEUREN<br>ATTN: KATHERINE O'MALLEY/MICHAEL JANKOWSK<br>1000 NORTH WATER STREET, SUITE 1700<br>PO BOX 2965<br>MILWAUKEE, WI 53201-2965 |
| RICHARD S. PRICE, II<br>1235 N. HARBOR BLVD<br>SUITE 200<br>FULLERTON, CA 92832-1349 | RICHARDS, LAYTON & FINGER, P.A.<br>ATTN: MARK D. COLLINS/TYLER SEMMELMAN<br>ONE RODNEY SQUARE<br>920 NORTH KING STREET<br>WILMINGTON, DE 19801 | SARGAS CLO II LTD<br>F/K/A DEMEER MIDDLE MARKET CLO 2006-1, LTD<br>C/O FORTRESS INVESTMENT GROUP LLC<br>1345 AVENUE OF THE AMERICAS, 23RD FLOOR<br>NEW YORK, NY 10105 |
| SAUL EWING LLP<br>ATTN: TERESA K.D. CURRIER<br>222 DELAWARE AVENUE<br>SUITE 1200<br>WILMINGTON, DE 19899 | SECURITIES & EXCHANGE COMMISSION<br>SECRETARY OF THE TREASURY<br>100 F ST NE<br>WASHINGTON, DC 20549 | SECURITIES & EXCHANGE COMMISSION - NY OFFIC<br>ATTN: BANKRUPTCY DEPT<br>BROOKFIELD PLACE<br>200 VESEY STREET STE 400<br>NEW YORK, NY 10281-1022 |
| SECURITIES & EXCHANGE COMMISSION - PHILADELPH<br>ATTN: BANKRUPTCY DEPT<br>ONE PENN CENTER<br>1617 JFK BLVD STE 520<br>PHILADELPHIA, PA 19103 | SILVER POINT CAPITAL, L.P.<br>SILVER POINT CAPITAL FUND, L.P.<br>SILVER POINT FINANCE, LLC<br>TWO GREENWICH PLAZA, FIRST FLOOR<br>GREENWICH, CT 06830 | SILVER POINT FINANCE, LLC<br>C/O SKADDEN ARPS<br>ATTN: RON MEISLER<br>155 N. WACKER DRIVE<br>CHICAGO, IL 60606 |
| SINGER & LEVICK, P.C.<br>ATTN: MICHELLE E. SHRIRO<br>16200 ADDISON ROAD<br>SUITE 1400<br>ADDISON, TX 75001 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>ATTN: RON E. MEISLER/CARL T. TULLSON<br>ATTN: CHRISTOPHER M. DRESEL<br>155 NORTH WACKER DRIVE, SUITE 2700<br>CHICAGO, IL 60606-1720 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>ATTN: SARAH E. PIERCE<br>ONE RODNEY SQUARE<br>P.O. BOX 636<br>WILMINGTON, DE 19899-0636 |

| | | |
|---|---|---|
| SPF CDO I, LTD.<br>SPCP GROUP, LLC<br>SPCP GROUP III, LLC<br>TWO GREENWICH PLAZA, FIRST FLOOR<br>GREENWICH, CT 06830 | SYNCHRONY BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORPORATI<br>25 SE 2ND AVENUE<br>SUITE 1120<br>MIAMI, FL 33131-1605 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>ATTN: JAY W. HURST - AAG<br>BANKRUPTCY & COLLECTIONS DIVISION MC 008<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 |
| THE FLESH COMPANY<br>ATTN: GERARD WINTERBOTTOM<br>2118 59TH ST.<br>ST LOUIS, MO 63110 | THE ROSNER LAW GROUP LLC<br>ATTN: FREDERICK ROSNER/JULIA KLEIN<br>824 MARKET STREET, SUITE #810<br>WILMINGTON, DE 19801 | THE STANDARD REGISTER<br>600 ALBANY STREET<br>DAYTON, OH 45417 |
| THOMPSON HINE LLP<br>ATTN: JONATHAN S. HAWKINS<br>AUSTIN LANDING I<br>10050 INNOVATION DRIVE, SUITE 400<br>MIAMISBURG, OH 45342-4934 | TIMOTHY WEBB<br>4906 E. DESERT FAIRWAYS DR.<br>PARADISE VALLEY, AZ 85253 | TN DEPT OF REVENUE<br>C/O TN ATTORNEY GENERAL'S OFFICE, BANKRUPT<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 |
| US ATTORNEY FOR DELAWARE<br>CHARLES OBERLY C/O ELLEN SLIGHTS<br>1007 ORANGE ST STE 700<br>PO BOX 2046<br>WILMINGTON, DE 19899-2046 | VERITIV CORPORATION<br>ATTN: JAMES SALVADORI<br>850 N. ARLINGTON HEIGHTS RD<br>ITASCA, IL 60143 | WELLS FARGO BANK, N.A.<br>420 MONTGOMERY STREET<br>SAN FRANCISCO, CA 94104 |
| WFSR HOLDINGS, LLC<br>F/K/A WORKFLOW HOLDINGS, LLC<br>C/O CORPORATION SERVICE COMPANY<br>2711 CENTERVILLE ROAD, SUITE 400<br>WILMINGTON, DE 19808 | WG HORIZONS CLO I<br>C/O WEST GATE HORIZONS ADVISORS LLC<br>633 WEST 5TH STREET, SUITE #6600<br>LOS ANGELES, CA 90071 | WOMBLE CARLYLE SANDRIDGE & RICE, LLP<br>ATTN: MARK DESGROSSEILLIERS/MORGAN PATTE<br>222 DELAWARE AVENUE, SUITE 1501<br>WILMINGTON, DE 19801 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: MICHAEL R. NESTOR<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON, DE 19801 | | |

Parties Served: 115