UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| THE STANDARD REGISTER COMPANY, *et al.* ) | Case No. 15-10541 (BLS) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

### CERTIFICATE OF SERVICE

I, Joseph Corrigan, hereby certify that on May 21, 2015, I served a copy of the Request for Service of Notices, in the manner specified below to the parties on the attached service list.

Dated: May 21, 2015            /s/ Joseph Corrigan
                               Joseph Corrigan (Massachusetts BBO#656426)
                               Bankruptcy2@ironmountain.com
                               Iron Mountain Information Management, LLC
                               One Federal Street, 7th Floor
                               Boston, MA  02110
                               Tel. (617) 535-4744
                               Fax (617) 451-0409

### BY EMAIL

- Duncan E. Barber deb@bsblawyers.com, mal@bsblawyers.com
- Andrew D. Behlmann aBehlmann@lowenstein.com
- Gerald C. Bender gbender@lowenstein.com, eworenklein@lowenstein.com
- Scott E. Blakeley seb@blakeleyllp.com, ecf@blakeleyllp.com
- Shawn M. Christianson schristianson@buchalter.com, cmcintire@buchalter.com
- Andrew L. Cole andrew.cole@leclairryan.com
- Mark D. Collins rbgroup@rlf.com
- Mark B. Conlan mconlan@gibbonslaw.com
- Robert L. Cook Robert.Cook@tax.ny.gov
- Scott D. Cousins scousins@bayardlaw.com, lmorton@bayardlaw.com
- Gretchen A. Crawford grecra@oklahomacounty.org, tammik@oklahomacounty.org
- Teresa K.D. Currier tcurrier@saul.com, tercurrier@aol.com;tbuck@saul.com

- John M. Debbeler mdebbeler@graydon.com
- Shannon L. Deeby sdeeby@clarkhill.com
- John D. Demmy jdd@stevenslee.com
- Mark L. Desgrosseilliers mdesgrosseilliers@wcsr.com, klytle@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
- John P. Dillman houston_bankruptcy@publicans.com
- Amish R. Doshi adoshi@magnozzikye.com
- Justin K. Edelson jedelson@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
- Jamie Lynne Edmonson jledmonson@venable.com
- Justin Cory Falgowski jfalgowski@reedsmith.com, jfalgowski@reedsmith.com
- Brett D. Fallon bfallon@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com
- Thomas M. Gaa tgaa@bbslaw.com, yessenia@bbslaw.com
- Lee B. Gordon decourts@mvbalaw.com, vickie.covington@mvbalaw.com
- Robert E. Greenberg rgreenberg@dclawfirm.com, tmurphy@dclawfirm.com;vcoleman@dclawfirm.com
- Kara Hammond Coyle bankfilings@ycst.com
- Andrew A. Harnisch andy@mhlawaz.com
- William A. Hazeltine Bankruptcy001@sha-llc.com
- Robert A. Heekin rah@tmhlaw.net, pdc@tmhlaw.net
- R. Karl Hill khill@svglaw.com, cday@svglaw.com
- Jarret P. Hitchings jphitchings@duanemorris.com
- James E. Huggett jhuggett@margolisedelstein.com, nvangorder@margolisedelstein.com
- Jay Walton Hurst jay.hurst@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov
- Daniel Iannotti dan@thegeneralcounsel.com
- Michael David Jankowski mjankowski@reinhartlaw.com
- Wojciech F. Jung wjung@lowenstein.com, bnathan@lowenstein.com;klafiura@lowenstein.com;nbrown@lowenstein.com;jprol@lowenstein.com
- Maris J. Kandestin bankfilings@ycst.com
- Shanti M. Katona skatona@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
- Mark S. Kenney mark.kenney@usdoj.gov
- Julia Bettina Klein klein@teamrosner.com
- Edward Kosmowski ekosmowski@clarkhill.com, sambrose@clarkhill.com
- John F. Kostelnik jkostelnik@frantzward.com, dlbeatrice@frantzward.com
- John J Lamoureux jlamoureux@cfjblaw.com, delliott@cfjblaw.com;tpaecf@cfdom.net
- Kenneth Thomas Law klaw@bbslaw.com, pcostello@bbslaw.com
- Joseph H Lemkin joseph.lemkin@piblaw.com
- Sharon L. Levine slevine@lowenstein.com
- Edward LoBello elobello@msek.com
- Andrew L Magaziner bankfilings@ycst.com
- David M. Mannion dmannion@blakeleyllp.com, ecf@blakeleyllp.com
- Wendy G. Marcari wmarcari@ebglaw.com, nyma@ebglaw.com

- Katharine L. Mayer kmayer@mccarter.com
- Laura L. McCloud agbankdelaware@ag.tn.gov
- Michael F. McGrath mfmcgrath@ravichmeyer.com, tljones@ravichmeyer.com
- Michelle McMahon michelle.mcmahon@bryancave.com, dortiz@bryancave.com
- Ron E. Meisler Ron.Meisler@skadden.com, chdocket@skadden.com
- Robert John Miller rjmiller@bryancave.com
- Stephen M. Miller smiller@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com
- Carol E. Momjian cmomjian@attorneygeneral.gov
- Sheryl L. Moreau deecf@dor.mo.gov
- Courtney L. Morgan morgan.courtney@pbgc.gov, efile@pbgc.gov
- Kevin H Morse khmorse@arnstein.com
- Ramona S. Neal ramona.neal@hp.com
- Michael R. Nestor bankfilings@ycst.com
- Samuel A. Newman snewman@gibsondunn.com, jstern@gibsondunn.com
- Jerry Lee Niemann lawoffice@taftstreet.com
- Steven Phillip Ordaz sordaz@bmcgroup.com, ecfbk@bmcgroup.com
- Ricardo Palacio rpalacio@ashby-geddes.com
- Morgan L. Patterson mpatterson@wcsr.com, hsasso@wcsr.com;jwray@wcsr.com
- Sarah E. Pierce sarah.pierce@skadden.com, debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com
- Patrick J. Reilley preilley@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@coleschotz.com
- Alan Michael Root root@blankrome.com, moody@ecf.inforuptcy.com
- Kenneth A. Rosen krosen@lowenstein.com, kwaldron@lowenstein.com
- Frederick B. Rosner rosner@teamrosner.com
- Rust Consulting/Omni Bankruptcy bosborne@omnimgt.com
- Jeremy William Ryan jryan@potteranderson.com, bankruptcy@potteranderson.com
- Bradford J. Sandler bsandler@pszjlaw.com
- Patrick Scanlon pjs@delcollections.com
- George Scherer Scherer@txschoollaw.com
- Richard Schlaifer rschlaifer@earpcohn.com, vbromley@earpcohn.com
- Tyler D. Semmelman semmelman@rlf.com, rbgroup@rlf.com
- Michelle E. Shriro mshriro@singerlevick.com, croote@singerlevick.com,scotton@singerlevick.com
- Sundeep S. Sidhu sunny.sidhu@akerman.com, cindy.miller@akerman.com
- Christopher Page Simon csimon@crosslaw.com, smacdonald@crosslaw.com
- Jeffrey Ira Snyder jsnyder@bilzin.com, eservice@bilzin.com;lflores@bilzin.com
- Natasha M. Songonuga nsongonuga@gibbonslaw.com
- Stephen W. Spence ss@pgslaw.com, saa@pgslaw.com
- Benjamin Joseph Steele ecf@primeclerk.com
- Nicola G. Suglia fleischercases@fleischerlaw.com
- Peter M Sweeney psweeney@blakeleyllp.com, ecf@blakeleyllp.com
- William F. Taylor bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
- Amy M. Tonti atonti@reedsmith.com, slucas@reedsmith.com;atonti@reedsmith.com

- United States Trustee USTPREGION03.WL.ECF@USDOJ.GOV
- Christopher A. Ward cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
- Michael D Warner mwarner@coleschotz.com, klabrada@coleschotz.com
- Jeffrey R. Waxman jwaxman@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com
- Helen Elizabeth Weller dallas.bankruptcy@publicans.com, evelyn.palmer@lgbs.com
- Etta Ren Wolfe ewolfe@potteranderson.com, bankruptcy@potteranderson.com
- Barbara L. Yong blyong@golanchristie.com

**Manual Notice List**
**BY FIRST CLASS MAIL**

~~AllState Insurance Company~~

Brian K. Asberry
Neale & Newman. LLP
P.O. Box 10327
Springfield, Mo 65808

Jack Basham
Parker Hudson Rainer & Dobbs LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, NE
Atlanta, GA 30303

Lisa S. Bonsall
McCarter & English LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

Chad T. Bumgarner
1603 Spencer Mtn. Rd.
Gastonia, NC 28054-3047

~~Commonwealth Of Pennsylvania, Department Of Labor And Industry~~

John M Craig
Russell R. Johnson III, PLC
2258 Wheatland Drive
Manakin-Sabot, VA 23103

~~Dinsmore & Shohl LLP~~

C. Edward Dobbs
PARKER HUDSON RAINER & DOBBS LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue NE
Atlanta, GA 30303

Christopher M. Dressel
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive
Chicago, IL 60606

Laura S. Dunn
Gibbins P.C.
One Gateway Center
Newark, NJ 07102-5310

Jonathan T. Edwards
Alston & Bird LLP
1201 West Peachtreet Street
Atlanta, GA 30309-3424

Matthew R. Fields
Jacobson Press & Fields P.C.
168 N. Meramec Avenue, Suite150
St. Louis, MO 63105

~~Fifth Third Bank, as Trustee of the Inter-Vivos Trust Established by Indenture Executed on December 29, 1939 by William C. Sherman~~

Fifth Third Bank, as Trustee of the Testamentary Trust
Established under the Will of William C. Sherman Deceased
c/o Jonathan W. Reynolds
38 Fountain Sq Plaza MD/090HB
Cincinnati, OH 45263

Robert J Garvin
1806 Frick Building
437 Grant Street
Pittsburgh, PA 15219

~~Gibson, Dunn & Crutcher LLP~~

Meggie S. Gilstrap
Baker Botts L.L.P.
2001 Ross Avenue
Dallas, TX 75001

Jeremy L. Graves
GIBSON DUNN & CRUTCHER LLP
1801 California Street, Suite 4200
Denver, CO 80202-2642

~~HM Graphics, Inc.~~

Ayala A. Hassell
5400 Legacy Drive
MS: H3-3A-05
Plano, TX 75024

Jonathan S. Hawkins
Thompson Hine LLP
Austin Landing I
10050 Innovation Drive, Suite 400
Miamisburg, OH 45342-4934

Henkel Corporation
32100 Stephenson Highway
Madison Heights, MI 48071

Robert Hill
5334 S. Prince Street
Littleton, CO 80120-1136

Albert L. Hogan
Skadden Arps Slate Meagher & Flom LLP
155 North Wacker Drive
Chicago, IL 60606

~~JON-DA Printing Co. Inc.~~

Sabina Jacobs
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

Robert Klyman
Gibson Dunn & Crutcher
333 South Grand Avenue
Los Angeles, CA 90071

Kyle J. Kolb
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193

Jeffrey C. Krause
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

Thomas A. Labuda
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Caren A. Lederer
Field & Golan, LLP
70 West Madison Street, Suite 1500
Chicago, IL 60602-4206

Joshua J. Lewis
Parker Hudson Rainer & Dobbs LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, NE
Atlanta, GA 30303

James W. Little
9101 Clancy Place
Charlotte, NC 28227-3202

~~Lowenstein Sandler LLP~~

John E Lucian
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103

Brian M. Lutz
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193

Etta R. Mayers
Potter Anderson & Corroon, LLP
Hercules Plaza, 6th Floor
P. O. Box 951
Wilmington, DE 19801

~~McKinsey Recovery & Transformation Services U.S., LLC~~

Arthur McMahon
425 Walnut Street, Suite 1800
Cincinnati, OH 45202

Thomas F. Murphy
Friedlander Misler, PLLC
5335 Wisconsin Avenue, N.W., Suite 600
Washington, D. 20015

Katherine M. O'Malley
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 1700
Milwaukee, WI 53202

PacerPro, Inc.
c/o McGrane LLP
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111

Richard S. Price
1235 N. Harbor Blvd., Suite 200
Fullerton, CA 92832-1349

James Prince
Baker Botts LLP
2001 Ross Avenue
Dallas, TX 75201-2980

Print-O-Tape, Inc.
755 Tower Road
Mundelein, IL 60060

James S. Rankin
Parker, Hudson, Rainer & Dobbs LLP
1500 Marquis Two Towers
285 Peachtree Center Avenue, N.E.
Atlanta, GA 30303

Timothy J. Richards
Frantz Ward LLP
200 Public Square, Suite 3000
Cleveland, OH 44114

Michael A. Rosenthal
Gibson Dunn & Crutcher LLP
200 Park Avenue, 47th Floor
New York, NY 10166

RoundTower Technologies Inc.
4555 Lake Forest Drive, Suite 220
Cincinnati, OH 45242

SMC3
500 Westpark Drive
P.O. Box 2040
Peachtree City, GA 30269

Justin A. Sabin
Bryan Cave LLP
Two N. Central Avenue, Suite 2200
Phoenix, AZ 85004

Scott N. Schreiber
Clark Hill PLC
150 N. Michigan Avenue, Suite 2700
Chicago, IL 60601

Lawrence M. Schwab
Bialson Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA 94306

Jeffrey W. Spear
Duane Morris LLP
1540 Broadway
New York, NY 10036

Tannor Capital Partners Fund, LP
150 Grand Street, Suite 401
White Plains, NY 10601

Lindsay A. Thompson
Friedlander Misler, PLLC
5335 Wisconsin Avenue, N.W., Suite 600
Washington, DC 20015

Carl T. Tullson
Skadden Arps Slate Meagher & Flom LL
155 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1720

David A. Wender
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

David M. Whittaker
Bricker & Eckler LLP
100 South Third Street
Columbus, OH 43215

~~Young Conaway Stargatt & Taylor, LLP~~