## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| The Standard Register Company, *et al.*,[1] | : | Case No. 15-10541 (BLS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | **Re: Docket No. 388** |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION BY CARESOURCE
MANAGEMENT GROUP CO. FOR AN ORDER AUTHORIZING CARESOURCE
MANAGEMENT GROUP CO. TO FILE UNDER SEAL ITS MOTION FOR RELIEF
FROM STAY TO PERMIT THE SETOFF OF MUTUAL PRE-PETITION CLAIMS**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the **Motion by CareSource Management Group Co. for an Order Authorizing CareSource Management Group Co. to File Under Seal its Motion for Relief from Stay to Permit the Setoff of Mutual Pre-Petition Claims** (the "Motion") [Docket No. 388] filed on May 4, 2015. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleasing to the Motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than May 18, 2015 at 4:00 p.m. (ET).

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company, Standard Register Technologies, Inc., Standard Register International, Inc., iMedConsent, LLC, Standard Register or Puerto Rico Inc., Standard Register Mexico Holding Company, Standard Register Holding, S. de R.L. de C.V., Standard Register de Mexico, S. de R.L. de C.V., Standard Register Servicios, S. de R.L. de C.V., and Standard Register Technologies Canada ULC.

Dated:  May 21, 2015
   Wilmington, Delaware

         CROSS & SIMON, LLC

         */s/ Christopher P. Simon*
         Christopher P. Simon (No. 3697)
         1105 North Market Street, Suite 901
         Wilmington, DE  19801
         Telephone:  (302) 777-4200
         Facsimile:  (302) 777-4224
         Email:  csimon@crosslaw.com

         -and-

         David M. Whittaker, Esq. (0019307)
         (*admitted pro hac vice*)
         BRICKER & ECKLER LLP
         100 South Third Street
         Columbus, OH  43215
         Telephone:  (614) 227-2355
         Facsimile:  (614) 227-2390
         Email:  dwhittaker@bricker.com

         *Attorneys for CareSource*