## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Ingamar D. Ramirez, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On May 15, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the supplemental service list attached hereto as **Exhibit A**:

- Notice of Sale, Sale Procedures, Auction and Sale Hearing  [Docket No. 295]

Dated: May 18, 2015

Ingamar D. Ramirez

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on May 18, 2015, by Ingamar D. Ramirez, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

ADAM ADLER
NOTARY PUBLIC-STATE OF NEW YORK
No. 02AD6306134
Qualified in Nassau County
My Commission Expires June 16, 2018

---

[1]  The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

**<u>Exhibit A</u>**

SRF 2410-2758

Exhibit A

# Supplemental Service List
## Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| A+ EDUCATION INC | 154 ARNETT BLVD | | | DANVILLE | VA | 24540-3426 |
| ACADIA LEAD MANAGEMENT SERVICES | 4738 Gateway Cir STE A | | | Dayton | OH | 45440-1724 |
| ADVICE PRINTING SERVICES INC | 555 W Allen Ave Ste 3 | | | SAN DIMAS | CA | 91773-1477 |
| ALII OHANA PROPERTY MGMT INC | 1136 UNION MALL STE 310 | | | HONOLULU | HI | 96813-2711 |
| Amy L. Reilly | 10017 Meadow Woods Ln | | | Dayton | OH | 45458-9701 |
| ARAMARK REFRESHMENT SERVICES | 1515 E HADLEY ST STE 100 | | | PHOENIX | AZ | 85034-4140 |
| ARNOLD MACHINERY CO | 3000 S 44TH ST | | | PHOENIX | AZ | 85040-1704 |
| AT&T YELLOW PAGES | P.O. Box 5010 | | | CAROL STREAM | IL | 60197-5010 |
| Avery Dennison Business Media Division | 207 North Goode Avenue | FL 6 | | Glendale | CA | 91203-1364 |
| Axiall, LLC | 1000 ABERNATHY RD STE 1200 | | | Atlanta | GA | 30328-5653 |
| AYSLING DIGITAL MEDIA SOLUTIONS | 100 PHOENIX DR # 321 | | | ANN ARBOR | MI | 48108-2202 |
| B & D OFFICE SUPPLY | 614  W A  Street | | | NORTH PLATTE | NE | 69101-5110 |
| BayCare Health Systems | 2985 Drew Street | | | Clearwater | FL | 33759-3012 |
| BEST IMAGING SOLUTIONS INC | 55 E Monroe St Lowr Level | | | CHICAGO | IL | 60603-5790 |
| BOISE FAMILY DENTAL CARE PLLC | 6363 W Emerald ST STE 102 | | | BOISE | ID | 83704-8783 |
| BRADY IMPLEMENT COMPANY | PO BOX 880 | | | Coleman | TX | 76834-0880 |
| BRIDGE CITY LEGAL INC | 921 SW Washington St Ste 850 | | | PORTLAND | OR | 97205-2815 |
| BRIGHT HORIZONS CHILDRENS CENTERS LLC | 200 Talcott Avenue South | | | Watertown | MA | 02472-5705 |
| BUILDINGSTARS | 33 WORTHINGTON ACCESS DR | | | MARYLAND HTS | MO | 63043-3805 |
| BULLETIN PRINTING & OFF SUPP | 408 South Elmwood Avenue | | | Burlington | WI | 53105-2038 |
| CAMBRIDGE HOME HEALTH | 4840 HIGBEE AVE NW | | | CANTON | OH | 44718-2528 |
| CINTAS | 14792 FRANKLIN AVE | | | TUSTIN | CA | 92780-7216 |
| CITY OF DADEVILLE | 265 N BROADNAX ST | | | DADEVILLE | AL | 36853-1304 |
| CLEANNET OF CENTRAL FLORIDA | 1180 S[ROMG CEMTRE SOUTH BLVD | STE 201 | | ALTAMONTE SPG | FL | 32714 |
| COLOR PROCESS THE TYPE HOUSE | 10645 BAUR BLVD | | | SAINT LOUIS | MO | 63132-1612 |
| COLUMBUS RADIOLOGY CORP | PO BOX 715694 | | | COLUMBUS | OH | 43271-5694 |
| COMEX GROUP | 101 West Prospect Avenue | Suite 1020 | | Cleveland | OH | 44115-1027 |
| CONE SOLVENTS INC | P.O. Box 158899 | | | NASHVILLE | TN | 37215-8889 |
| CONNECT CHEMICALS USA LLC | 7000 Peachtree Dunwoody RD Bldg 9-100 | | | Atlanta | GA | 30328-5757 |
| CONSTAR | 41605 ANN ARBOR RD E | | | PLYMOUTH | MI | 48170-4304 |
| CORNHOLE WORLDWIDE LLC | 320 N 11TH STREET | | | HAMILTON | OH | 45011-4204 |
| CORTEZ DEVELOPMENT CO | PO BOX 1919 | | | VALLEY CENTER | CA | 92082-1919 |
| COUNTY OF LOS ANGELES | 425 South Rockefeller Avenue | | | Ontario | CA | 91761-7866 |
| CREATIVE MARKETING SOLUTIONS | PO BOX 1199 | | | WAXHAW | NC | 28173-1010 |
| D&W Central Station Alarm Company | 4818 Van Dam Street | Suite 2A | | Long Island City | NY | 11101-3108 |
| DANIEL A DEANGULO & GERALDINE G DEANGULO JT TEN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| DATAPRINT INC | 147 Pennsylvania Ave Ste 3 | | | Malvern | PA | 19355-2496 |
| DIANE ROBERTS | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| DIEBOLD INC | PO BOX 3077 | | | NORTH CANTON | OH | 44720-8077 |
| DOOR SYSTEMS INC | 2019 Coporate Ln STE 159 | | | Naperville | IL | 60563-9748 |
| EASYPOWER LLC | 7730 SW Mohawk St | | | Tualatin | OR | 97062-9191 |
| Eckles Office Supplies | 5015 Highway 49 W | | | Springfield | TN | 37172-5725 |
| ELITE MECHANICAL LLC | 2205 W Lone Cactus Dr Ste 21 | | | PHOENIX | AZ | 85027-2651 |
| Enterprise Search Associates, LLC | PO BOX 293053 | | | Kettering | OH | 45429-9053 |
| ENVIROSAX LLC | 5520 Ruffin RD STE 201 | | | SAN DIEGO | CA | 92123-1320 |
| First Technology Federal Credit Union | 1335 Terra Bella Ave | | | Mountain View | CA | 94043-1835 |
| FRANK W ABAGNALE & ASSOC | 116 Iron Bottom Ln | | | CHARLESTON | SC | 29492-7995 |
| GRAPHIC DESIGNS UNLIMITED | PO BOX 1410 | | | Agoura Hills | CA | 91376-1410 |
| GULISTAN CARPET INC (DIP) | PO BOX 1059 | | | Rocky Mount | VA | 24151-8059 |
| HEALTH MANAGEMENT ASSOCIATES INC | 4000 Meridian Blvd | | | Franklin | TN | 37067-6325 |
| Health Management Associates, Inc. | PO Box 689020 | | | Franklin | TN | 37068-9020 |

In re The Standard Register Company, *et al.*

Case No. 15-10541  (BLS)

Exhibit A

## Supplemental Service List
## Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| HENDERSON LEATHER CO | P.O. Box 624 | | | Marshfield | MO | 65706-0624 |
| HENEHAN DONOVAN & ISAACSON LTD. | 150 SOUTH WACKER DR | Suite 1025 | | CHICAGO | IL | 60606-4163 |
| Hill, Christopher L. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| HUFFERMEN INC | 21430 N 15TH LN | STE 126 | | PHOENIX | AZ | 85027-2753 |
| Hutchison Allgood Printing Co. | 4301 Waterleaf Ct | | | Greensboro | NC | 27410-8106 |
| Illinois National Ins Co (AIG) | 500 W MADISON ST STE 3000 | | | Chicago | IL | 60661-4576 |
| INFINITI VACUUM AND MACHINE WORKS | 11925 Main St Unit 152 | | | Sunol | CA | 94586-5007 |
| INGERSOLL-RAND AIR COMPRESSOR | PO BOX 1989 | | | Midland | MI | 48641-1989 |
| ISLAND AIR | 550 Paiea Street Ste 236 | | | HONOLULU | HI | 96819-1837 |
| IT Xcel Consulting LLC dba XGS.IT | 7112 Office Park Dr | | | West Chester Park Dr | OH | 45069-2261 |
| KEY CONSTRUCTION LLC | 141 Silverstone Drive | | | MURFREESBORO | TN | 37130-1542 |
| Key Energy Services | 1301 Mckinney Ste 1800 | | | Houston | TX | 77010-3057 |
| KEYFORMS INC | 743 Cobblestone Dr | | | Ormond Beach | FL | 32174-1004 |
| KRULL, JEREMY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| KWAL PAINT | 101 W Prospect Ave Ste 1020 | | | Cleveland | OH | 44115-1027 |
| Lake Cable Printing, Inc. | 360 Anchor Row | | | Placida | FL | 33946-2201 |
| Mack, James A. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Managestaff, Inc. | 950 ELLIOT RD SUITE 212 | | | Tempe | AZ | 85284-1145 |
| Matt Martin Real Estate Management, LLC | 2801 Network Blvd Ste 502 | | | Frisco | TX | 75034-1870 |
| McKelvey, Steven H. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| MEDERI CARETENDERS | 496 MEMORIAL DR | | | BREESE | IL | 62230-1096 |
| MENKER, JAMI L. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| METCALF FAMILY TRUST | 1030 Sunrise Ridge DR | | | LAFAYETTE | CA | 94549-1751 |
| MID CAL TRACTOR | 1120 W CHARTER WAY | | | STOCKTON | CA | 95206-1107 |
| MIDLAND STATES BANK | 2990 North Perryville Road Unit 1400 | | | ROCKFORD | IL | 61107-6827 |
| MIDWEST GRAPHIC CONSULTANTS | 111 Erick St STE 128 | | | CRYSTAL LAKE | IL | 60014-1314 |
| Mike's Appliance Repair Service | 4536 Graham Newton Road | | | Raleigh | NC | 27606-9453 |
| NACA LOGISTICS USA INC | 5000 Airport Plaza Dr Ste 100 | | | Long Beach | CA | 90815-1273 |
| NEW YORK STATE CORPORATION TAX | General Corporation Tax | PO BOX 3653 | | NEW YORK | NY | 10008-3653 |
| NORTH IDAHO GASTROENTEROLOGY | 212 West Ironwood Drive | Suite D | | COEUR D ALENE | ID | 83814-1403 |
| Outreach Health Services General Partner | 269 Renner Parkway | | | Richardson | TX | 75080-1316 |
| OXFORD LITHO GRAPHIC | 122 W 26TH ST FL 3 | | | NEW YORK | NY | 10001-6804 |
| P M I COMPUTER SUPPLIES | 1834 Walton Rd | | | SAINT LOUIS | MO | 63114-5820 |
| PA PLYWOOD AND LUMBER CO INC | 3002 RIDINGS WAY | | | YORK | PA | 17408 |
| PAPER CLIP STATIONERS | PO BOX 6651 | | | BIG BEAR LAKE | CA | 92315-6651 |
| PARAMOUNT FARMING COMPANY | 6801 E Lerdo HWY | | | Shafter | CA | 93263-9610 |
| Peachtree II and III | c/o CBRE | 3567 Parkway LN STE 150 | Suite 350 | Peachtree Corners | GA | 30092-2846 |
| PEDROS PLANET INC | 9298 DIEMAN INDUSTRIAL DR | | | ST LOUIS | MO | 63132-2203 |
| PERMIAN PREMIER HEALTH SERVICES | 1401 ST JOSEPH PKWY | | | HOUSTON | TX | 77002-8301 |
| POWER BOTTLE USA | 32501 Dequindre Road | | | MADISON HEIGHTS | MI | 48071-1520 |
| Price, Aaron M. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| PROVIDENT GROUP | 129 Township Rd | | | LACKAWAXEN | PA | 18435-9753 |
| PURE FLOW  INC/(OCH) | 8197 Southwest Ridge Lane | | | POWELL BUTTE | OR | 97753-1580 |
| QUALITY MEDICAL TRANSCRIPTION | PO BOX 497 | | | DSRT HOT SPGS | CA | 92240-0497 |
| Randstad General Partner | National | 3625 Cumberland Blvd. SE | Suite 600 | Atlanta | GA | 30339-6406 |
| Rimini Street, Inc. | 3993 Howard Hughes Parkway | Suite 780 | | Las Vegas | NV | 89169-5992 |
| SACRAMENTO OCCUPATIONAL MEDICAL GROUP | 2708 Mercantile Dr | | | Rncho Cordova | CA | 95742-6518 |
| Schawk! | 537 E PETE ROSE WAY STE 100 | | | Cincinnati | OH | 45202-3578 |
| SHELLOCK R & D SERVICES | 7751 Veragua Dr | | | Playa Del Rey | CA | 90293-7942 |
| Source Technologies, LLC | 42058 Westinghouse Commons Dr | | | Charlotte | NC | 28273-3958 |
| SOUTHERN UTAH BUSINESS FORMS | 2132 Eagle Watch Drive | | | Henderson | NV | 89012-2554 |

*In re The Standard Register Company, et al.*

Case No. 15-10541  (BLS)

Exhibit A

## Supplemental Service List
## Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|------|-----------|-----------|-----------|------|-------|-----|
| STONE, RODNEY W | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| STORREYTIME | 470 FOREST AVE STE 211 | | | PORTLAND | ME | 04101-2009 |
| SUDDENLINK CORPORATE | 520 Maryville Centre Drive | Suite 300 | | St. Louis | MO | 63141-5820 |
| SUPERIOR IMAGE | PO BOX 868 | | | Mason | OH | 45040-0868 |
| TEMPIL LA CO INDUSTRIES | 1201 Pratt Blvd | | | Elk Grove Village | IL | 60007-5708 |
| Tennova Healthcare | 930 East Emerald Avenue | Suite 815 | | Knoxville | TN | 37917-4566 |
| Trane Residential Systems | PO BOX 1989 | | | MIDLAND | MI | 48641-1989 |
| TRISHA M DUFF ATTY AT LAW | 6 N Main St Ste 400 | | | Dayton | OH | 45402-1908 |
| UCSF MEDICAL CENTER-A/P DEPT | PO BOX 7236 | | | SAN FRANCISCO | CA | 94120-7236 |
| VAHEY M PAHIGIAN MD | 100 WESTMINSTER ST | | | PROVIDENCE | RI | 02903-2394 |
| Vanguard Health Systems, Inc. | Attn: General Counsel | 20 Burton Hills Blvd, Suite 200 | | Nashville | TN | 37215 |
| VEGAS VALLEY BUSINESS FORMS | 976 RUE GRAND PARADIS LN | | | HENDERSON | NV | 89011-0102 |
| WHITEFORD TAYLOR & PRESTON | 7 SAINT PAUL ST STE 1300 | | | BALTIMORE | MD | 21202-1636 |
| Wilkinson, Justin M. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| WILLIAM GREGG | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| WILRITE BUSINESS SYSTEMS | 1512 Central Ave | | | BETTENDORF | IA | 52722-6037 |
| Workflow One | PO BOX 1167 | | | DAYTON | OH | 45401-1167 |
| XGS.IT | 7112 Office Park Dr | | | West Chester Park Dr | OH | 45069-2261 |
| YDRAW | 2303 S 2250 E | | | ST GEORGE | UT | 84790 |

In re The Standard Register Company, *et al.*

Case No. 15-10541  (BLS)                                    Page 3 of 3