# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**
The Standard Register Company
600 Albany Street
Dayton, OH 45417
  **EIN:** 31–0455440
Standard Register
Industramark
WorkflowOne, LLC
SMARTworks
ParthForward

**Chapter:** 11

*Case No.*: 15–10541–BLS

### *NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*

  A transcript of the proceeding held on 05/12/2015 was filed on 5/22/2015 . The following deadlines apply:

  The parties have  7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 6/12/2015 .

  If a request for redaction is filed, the redacted transcript is due 6/22/2015 .

  If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 8/20/2015 unless extended by court order.

  To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

David D. Bird, Clerk of Court

Date: 5/22/15

(ntc)