# Notice Recipients

District/Off: 0311−1          User: GingerM           Date Created: 5/22/2015
Case: 15−10541−BLS          Form ID: ntcBK          Total: 15

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |
| aty | Andrew L Magaziner | bankfilings@ycst.com |
| aty | Kara Hammond Coyle | bankfilings@ycst.com |
| aty | Maris J. Kandestin | bankfilings@ycst.com |
| aty | Mark S. Kenney | mark.kenney@usdoj.gov |
| aty | Michael A. Rosenthal | mrosenthal@gibsondunn.com |
| aty | Michael R. Nestor | bankfilings@ycst.com |
| aty | Samuel A. Newman | snewman@gibsondunn.com |

TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db | The Standard Register Company | 600 Albany Street | Dayton, OH 45417 | |
| aty | Brian M. Lutz | Gibson, Dunn & Crutcher LLP | 200 Park Avenue | New York, NY 10166−0193 |
| aty | Jeffrey C. Krause | Gibson Dunn & Crutcher LLP | 333 South Grand Avenue | Los Angeles, CA 90071−3197 |
| aty | Jeremy L. Graves | GIBSON DUNN & CRUTCHER LLP | 1801 California Street  Suite 4200 | Denver, CO 80202−2642 |
| aty | Kyle J. Kolb | Gibson, Dunn & Crutcher LLP | 200 Park Avenue | New York, NY 10166−0193 |
| aty | Robert Klyman | Gibson Dunn & Crutcher | 333 South Grand Avenue | Los Angeles, CA 90071 |
| aty | Sabina Jacobs | Gibson Dunn & Crutcher LLP | 333 South Grand Avenue | Los Angeles, CA 90071−3197 |

TOTAL: 7