**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al*,[1] | Case No.  15-10541 (BLS) |
| | (Jointly Administered) |
| Debtors. | **RE:  Docket Nos. 290 & 524** |

**CERTIFICATION OF COUNSEL REGARDING PROPOSED
<u>SCHEDULING ORDERS</u>**

I, Christopher A. Ward, of Polsinelli PC, counsel to the Official Committee of Unsecured Creditors (the "**Committee**") appointed in the chapter 11 cases (the "**Chapter 11 Cases**") of the above-captioned debtors and debtors-in-possession (the "**Debtors**"), hereby certify as follows:

1.    On April 16, 2015, the Court entered the *Final Order (I) Authorizing Debtors in Possession to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 362, 363, and 364, (II) Granting Liens and Superpriority Claims to Postpetition Lenders Pursuant to 11 U.S.C. §§ 364; and (III) Providing Adequate Protection to Prepetition Credit Parties and Modifying Automatic Stay Pursuant to 11 U.S.C. §§ 361, 362, 363, and 364* [Docket No. 290] (the "**DIP Order**").

2.    On May 12, 2015, the Court held a status conference with respect to certain aspects of the DIP Order and certain dates referenced therein.

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

3.      On May 18, 2015, the Committee filed the *Motion of the Official Committee of Unsecured Creditors for an Order Granting the Committee Standing and Authorizing the Committee to Commence and Prosecute Certain Actions on Behalf of the Debtors Estates* [Docket No. 524] (the "**Committee's Standing Motion**").

4.      The Committee, the Debtors, Silver Point Finance, LLC and Bank of America, N.A. have discussed a proposed form of scheduling order (the "**Scheduling Order**") regarding certain dates in the DIP Order and have agreed on all points with the exception of amendments to counts and causes of action in the Adversary Complaint (as defined in the Committee's Standing Motion), as set forth on the marked version of the Scheduling Order attached hereto as Exhibit C.

5.      Attached hereto as Exhibit A is a Scheduling Order proposed by the Committee.

6.      Attached hereto as Exhibit B is a competing Scheduling Order proposed by the Debtors, Silver Point Finance, LLC and Bank of America, N.A.

7.      Accordingly, the Committee respectfully requests that the Court enter the Scheduling Order attached hereto as Exhibit A at its earliest convenience.

Dated: May 22, 2015                Respectfully submitted,

                                   **LOWENSTEIN SANDLER LLP**
                                   Kenneth A. Rosen, Esq.
                                   Sharon L. Levine, Esq.
                                   Wojciech F. Jung, Esq.
                                   Andrew Behlmann, Esq.
                                   65 Livingston Avenue
                                   Roseland, NJ  07068
                                   Telephone:  (973) 597-2500
                                   Facsimile:  (973) 597-2400
                                     *-and -*

50441643.1

Gerald C. Bender, Esq.
1251 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 262-6700
Facsimile:  (212) 262-7402

*Counsel to the Committee*


 *-and-*


**POLSINELLI PC**

/s/ *Christopher A. Ward*
Christopher A. Ward (DE Bar No. 3877)
Justin K. Edelson (DE Bar No. 5002)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone:  (302) 252-0920
Facsimile:  (302) 252-0921
cward@polsinelli.com
jedelson@polsinelli.com

*Delaware Counsel to the Committee*