# **EXHIBIT C**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket Nos. 290 & 524** |

## SCHEDULING ORDER

The Court having entered the *Final Order (I) Authorizing Debtors in Possession to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 362, 363, and 364, (II) Granting Liens and Superpriority Claims to Postpetition Lenders Pursuant to 11 U.S.C. §§ 364; and (III) Providing Adequate Protection to Prepetition Credit Parties and Modifying Automatic Stay Pursuant to 11 U.S.C. §§ 361, 362, 363, and 364* (the "DIP Order") [D.I. 290] on April 16, 2015, and the Court having held a status conference (the "Status Conference") on May 12, 2015 with respect to certain aspects of the DIP Order; and based on the agreement of the parties as stated on the record at the Status Conference and for the reasons stated on the record at the Status Conference,

**IT IS HEREBY ORDERED, that**:

1. The Challenge Deadline (as defined in paragraph 28(B) of the DIP Order) is extended to and including June 8, 2015, solely as to the Official Committee of Unsecured

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

-2-

Creditors, and solely as to matters set forth in the proposed complaint annexed to the Standing Motion (as defined below), ~~as may be revised or amended, including to add causes of action based on matters discovered through ongoing discovery,~~ which extension shall be effective as of the date of the Status Conference.

2.  The Official Committee of Unsecured Creditors shall file its motion for standing (the "<u>Standing Motion</u>") by May 18, 2015.[2]

3.  All objections to the Standing Motion shall be filed and served on or before June 1, 2015.

4.  All reply papers shall be filed and served on or before June 4, 2015.

5.  The Court will conduct a hearing on the Standing Motion beginning on June 8, 2015 at 9:30 (EST), and continuing as deemed necessary by the Court.

Dated: May __, 2015
Wilmington, Delaware

_____
HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

---

[2] The Standing Motion was filed by the Official Committee of Unsecured Creditors on May 18, 2015 [D.I. 524].