## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF MONTHLY FEE APPLICATION
### OF PRIME CLERK LLC, ADMINISTRATIVE ADVISOR
### TO THE DEBTORS, FOR COMPENSATION FOR SERVICES
### AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
### FROM APRIL 1, 2015 THROUGH APRIL 30, 2015

TO:    (I) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) THE DEBTORS AND THEIR COUNSEL; (III) COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS; AND (IV) ALL OTHER PARTIES REQUIRED TO RECEIVE NOTICE PURSUANT TO THE INTERIM COMPENSATION ORDER.

**PLEASE TAKE NOTICE** that Prime Clerk LLC filed the attached *Monthly Fee Application of Prime Clerk LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from April 1, 2015 through April 30, 2015* (the "**Application**").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Application, Prime Clerk LLC seeks allowance and approval of fees in the amount of $11,015.50 (of which Prime Clerk LLC seeks payment of 80% or $8,812.40) and reimbursement of expenses in the amount of $0.00.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Application must be filed on or before **June 8, 2015 at 4:00 p.m. (ET)** (the "**Objection Deadline**") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of any objection so as to be received by the following on or before the Objection Deadline: (i) the Standard Register Company, 600 Albany Street, Dayton, OH 45417 (Attn: Kevin Carmody, CRO), (ii) the attorneys for the Debtors, (A) Gibson, Dunn & Crutcher LLP, 333 South Grand

---

1    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

Avenue, Los Angeles, CA 90071 (Attn: Robert A. Klyman) and (B) Young Conaway Stargatt & Taylor, LLP, 1000 N. King Street, Rodney Square, Wilmington, DE 19801 (Attn: Michael R. Nestor); (iii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Mark Kenney); (iv) counsel for Silver Point Finance, LLC, Skadden, Arps, Slate, Meagher & Flom LLP, 155 N. Wacker Drive, Chicago, IL 60606-1720 (Attn: Ron E. Meisler); (v) counsel for Bank of America, N.A., Parker, Hudson, Rainer & Dobbs LLP, 1500 Marquis Two Tower, 285 Peachtree Center Avenue, Atlanta, GA 30303 (Attn: C. Edward Dobbs, Esq.); and (vi) counsel for the Official Committee of Unsecured Creditors, Lowenstein Sandler LLP, 1251 Avenue of the Americas, New York, NY 10020 (Attn: Wojciech F. Jung, Esq.); and (vii) Prime Clerk LLC, 830 Third Avenue, 9th Floor, New York, New York 10022 (Attn:  Adam M. Adler).

**PLEASE TAKE FURTHER NOTICE** that pursuant to the order establishing procedures for interim compensation and reimbursement of expenses for retained professionals [Docket No. 260], if no objections are filed and served in accordance with the above procedure, the Debtors will be authorized to pay 80% of the requested interim fees and 100% of the requested interim expenses without further order of the court.

**PLEASE TAKE FURTHER NOTICE** that only if an objection is properly and timely filed in accordance with the above procedure will a hearing be held on the Application.

Dated: May 22, 2015
New York, New York

PRIME CLERK LLC

By:      */s/ Adam M. Adler*
Adam M. Adler
830 Third Avenue, 9th Floor
New York, New York 10022

Administrative Advisor to the Debtors

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) **Objection Deadline:  June 8, 2015 at 4:00 p.m. (ET)** |

## MONTHLY FEE APPLICATION OF PRIME CLERK LLC, ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM APRIL 1, 2015 THROUGH APRIL 30, 2015

| | |
|---|---|
| Name of Applicant: | Prime Clerk LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Effective Date of Retention: | March, 12 2014 |
| Period for which compensation and reimbursement is sought: | April 1, 2015 through April 30, 2015 (collectively, the "**Fee Period**") |
| Amount of compensation sought as actual, reasonable and necessary: | $11,015.50 (of which Prime Clerk LLC seeks payment of 80% or $8,812.40) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is a:  ___X___ monthly _____ final application.

The total time expended for the preparation of Prime Clerk LLC's monthly fee application is approximately 2.0 hours.  The corresponding compensation is not included herein but will be requested in a future application.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

**Prior Applications**

| Date Filed; Docket No. | Period Covered | Requested | | Approved | | Paid | |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| 4/28/15; Docket No. 357 | 4/1/15 – 4/30/15 | $1,740.50 (payment of 80% or $1,392.40) | $0.00 | $1,740.50 (payment of 80% or $1,392.40) | N/A | Pending | N/A |

**Summary of Hours Billed by Prime Clerk Employees During the Fee Period**

| Prime Clerk Employee | Position of the Applicant | Total Hours | Hourly Rate | Total Fees Requested |
|---|---|---|---|---|
| Adler, Adam M. | Director | 1.40 | $195.00 | $273.00 |
| Schepper, Chris R. | Director | 0.30 | $195.00 | $58.50 |
| Smith, David M. | Director | 39.80 | $190.00 | $7,562.00 |
| Malo, David R. | Senior Consultant | 0.20 | $165.00 | $33.00 |
| Allen, Richard M. | Senior Consultant | 19.80 | $155.00 | $3,069.00 |
| Quinn, Tim R. | Consultant | 0.20 | $100.00 | $20.00 |
| | **Total:** | **61.70** | | **$11,015.50** |
| | **Blended Rate** | | **$178.53** | |

**Summary of Fees Billed by Subject Matter During the Fee Period**

| Matter Description | Total Hours | Total Fees Requested |
|---|---|---|
| Retention / Fee Application | 1.40 | $273.00 |
| Schedules & SOFA | 60.30 | $10,742.50 |
| **Total** | **61.70** | **$11,015.50** |

2

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline:  June 8, 2015 at 4:00 p.m. (ET)** |

**MONTHLY FEE APPLICATION OF PRIME CLERK LLC,**
**ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR**
**COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD FROM APRIL 1, 2015 THROUGH APRIL 30, 2015**

Prime Clerk LLC ("**Prime Clerk**"), administrative advisor to The Standard Register Company and certain of its affiliates, as debtors and debtors in possession (collectively, "**Debtors**"), files this monthly fee application (the "**Application**"), pursuant to sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Bankruptcy Rules**") and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated April 13, 2015 [Docket No. 260] (the "**Interim Compensation Order**"), for payment of compensation for professional services rendered to the Debtors and for reimbursement of actual and necessary expenses incurred in connection with such services for the period from April 1, 2015 through April

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

30, 2015 (the "**Fee Period**").  In support of the Application, Prime Clerk respectfully represents as follows:

<u>**Preliminary Statement**</u>

1.    Pursuant to the Application, Prime Clerk seeks allowance and approval of fees in the amount of $11,015.50 (of which Prime Clerk LLC seeks payment of 80% or $8,812.40) and reimbursement of expenses in the amount of $0.00.

2.    Pursuant to the *Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor Nunc Pro Tunc to the Petition Date*, dated April 13, 2015 [Docket No. 259], the Court authorized the Debtors to retain Prime Clerk as administrative advisor in these chapter 11 cases *nunc pro tunc* to March 12, 2015.  Accordingly, pursuant to the Interim Compensation Order, the Court authorized Prime Clerk to file the Application for monthly compensation and authorized the Debtors to compensate Prime Clerk in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and such other procedures as may be fixed by order of the Court.

3.       Pursuant to the Interim Compensation Order, upon the expiration of the Objection Deadline (as defined in the Interim Compensation Order), the Debtors are authorized and directed to pay Prime Clerk an amount equal to the lesser of:  (a) 80% of the fees and 100% of the expenses requested in the Application; or (b) 80% of the fees and 100% of the expenses requested in the Application that are not subject to an Objection (as defined in the Interim Compensation Order).

4.    During the Fee Period, Prime Clerk worked with the Debtors' and their professionals on, among other things, preparation of the Debtors' schedules of assets and liabilities (collectively, the "**Schedules**") and statements of financial affairs (collectively, the "**SOFAs**").

2

## Jurisdiction

5.      The United States Bankruptcy Court for the District of Delaware (the "**Court**") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

6.      Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

7.      The statutory bases for the relief requested herein are sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Bankruptcy Rule 2016-2.

## Relief Requested

8.      By the Application, Prime Clerk requests:  (a) allowance and approval of fees in the amount of $11,015.50 (of which Prime Clerk LLC seeks payment of 80% or $8,812.40) on account of reasonable and necessary professional services rendered to the Debtors by Prime Clerk and (b) reimbursement of actual and necessary costs and expenses in the amount of $0.00.

## Background

9.      On March 12, 2015 (the "**Petition Date**"), each of the Debtors filed a voluntary petition with the Court under chapter 11 of the Bankruptcy Code.  The Debtors are operating their businesses and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  These chapter 11 cases are being jointly administered pursuant to Bankruptcy Rule 1015(b).

## Compliance with the Interim Compensation Order

10.      Prime Clerk has prepared the Application in accordance with the procedures set forth in the Interim Compensation Order.  During the Fee Period, Prime Clerk professionals billed a total of 61.70 hours for which compensation is requested.  Prime Clerk seeks allowance and approval of (a) fees in the amount of $11,015.50 (of which Prime Clerk LLC seeks payment of 80% or $8,812.40) and (b) $0.00 for actual and necessary costs and expenses.

3

11.    Prime Clerk's hourly rates are set at a level designed to fairly compensate Prime Clerk for the work of its professionals and to cover routine overhead expenses.  Hourly rates vary with the experience and seniority of the individuals assigned.  These hourly rates are subject to periodic adjustments to reflect economic and other conditions and are consistent with the rates charged elsewhere.

12.    Further, **<u>Exhibit A</u>** hereto:  (a) identifies the individual that rendered services in each subject matter; (b) describes each activity or service that the individual performed; and (c) states the number of hours (in increments of tenths of an hour) spent by the individual providing the services.

<u>**Summary of Professional Services Rendered**</u>

13.    The professional services that Prime Clerk rendered during the Fee Period are grouped by subject matter and summarized as follows:

- <u>Retention / Fee Application</u>

    Fees:  $273.00; Hours:  1.40

    Retention / Fee Application services provided included drafting, reviewing, revising and filing Prime Clerk's fee application for the month of March.

- <u>Schedules & SOFA</u>

    Fees:  $10,742.50; Hours: 60.30

    Schedules & SOFA services provided included: (i) multiple conferencing with Debtors' counsel, other professionals and the Debtors regarding preparation of the Schedules and SOFAs; (ii) preparing, reviewing and revising Schedules and SOFAs for each of the Debtors; and (iii) multiple conferencing amongst the Prime Clerk case team regarding the Schedules and SOFAs.

**Representations and Reservation of Rights**

14.     The undersigned has reviewed the requirements of Local Bankruptcy Rule 2016-2 and hereby attests that this Application conforms to such requirements.

15.     Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in the Application due to delays caused by accounting and processing during the Fee Period.  Prime Clerk reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, Local Bankruptcy Rules, and the Interim Compensation Order.

**Notice**

16.     Prime Clerk has provided notice of this Application to:  (a) the Office of the United States Trustee for the District of Delaware; (b) the Debtors; (c) counsel to the Debtors; and (d) to all parties required to be served pursuant to the Interim Compensation Order.

17.     In light of the nature of the relief requested herein, Prime Clerk respectfully submits that no further notice is necessary.

[*Remainder of Page Left Intentionally Blank*]

5

## <u>CONCLUSION</u>

**WHEREFORE**, pursuant to the Interim Compensation Order, Prime Clerk requests: (a) allowance and approval of fees in the amount of $11,015.50 (of which Prime Clerk LLC seeks payment of 80% or $8,812.40); and (b) reimbursement of actual and necessary costs and expenses in the amount of $0.00.

Dated:  May 22, 2015
      New York, New York

                                    */s/ Adam M. Adler*
                                    Adam M. Adler
                                    Director of Quality Assurance & Legal Affairs
                                    Prime Clerk LLC
                                    830 Third Avenue, 9th Floor
                                    New York, New York 10022
                                    Phone: (212) 257-5445
                                    Fax: (212) 257-5452
                                    aadler@primeclerk.com

## **VERIFICATION**

STATE OF NEW YORK          )
                                              )     SS:
COUNTY OF NEW YORK       )


I, Adam M. Adler, after being duly sworn according to law, deposes and says:

1.    I am the Director of Quality Assurance & Legal Affairs of Prime Clerk LLC.

2.    I am generally familiar with the work performed on behalf of the Debtors by Prime Clerk professionals.

3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief.

4.    I have reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware, and to the best of my knowledge, information and belief, the foregoing Application complies with such Local Rule.


Adam M. Adler

SWORN TO AND SUBSCRIBED before me this 22nd day of May, 2015.


Notary Public

James Daloia
Notary Public, State of New York
No. 02DA6171472
Qualified in Suffolk County — New York County
Commission Expires July 23, 2011 — November 22, 2015

**<u>Exhibit A</u>**

**Fee Detail**



**Prime Clerk**

830 Third Avenue, 9th Floor
New York, NY 10022

primeclerk.com

### Hourly Fees by Employee through April  2015

| Initial | Employee Name | Title | Hours | Rate | Total |
|---------|---------------|-------|-------|------|-------|
| TRQ | Quinn, Tim R | CO - Consultant | 0.20 | $100.00 | $20.00 |
| RMA | Allen, Richard M | SC - Senior Consultant | 19.80 | $155.00 | $3,069.00 |
| DRM | Malo, David R | SC - Senior Consultant | 0.20 | $165.00 | $33.00 |
| DMS | Smith, David M | DI  - Director | 39.80 | $190.00 | $7,562.00 |
| AMA | Adler, Adam M | DI  - Director | 1.40 | $195.00 | $273.00 |
| CRS | Schepper, Chris R | DI  - Director | 0.30 | $195.00 | $58.50 |
| | | **TOTAL:** | **61.70** | | **$11,015.50** |

### Hourly Fees by Task Code through April  2015

| Task Code | Task Code Description | Hours | Total |
|-----------|----------------------|-------|-------|
| RETN | Retention / Fee Application | 1.40 | $273.00 |
| SOFA | Schedules & SOFA | 60.30 | $10,742.50 |
| | **TOTAL:** | **61.70** | **$11,015.50** |

The Standard Register Company

---

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|------|-----|-------|-------------|------|-------|
| 04/01/15 | DMS | DI | Review of the Schedules data forwarded by Standard Register as well as tracking information for same | Schedules & SOFA | 0.60 |
| 04/06/15 | DMS | DI | Review of the Schedules and SOFA data received to date | Schedules & SOFA | 0.40 |
| 04/07/15 | DMS | DI | Prepare database with all debtor information in preparation for preparing Schedules and SOFA | Schedules & SOFA | 1.00 |
| 04/07/15 | DMS | DI | Review of the Schedule D information (.3); prepare re same (.3) | Schedules & SOFA | 0.60 |
| 04/07/15 | DMS | DI | Confer with McKinsey, Gibson, and Standard Register re status of SOFA / SOAL | Schedules & SOFA | 1.60 |
| 04/08/15 | CRS | DI | Review SOFA files and emails re same | Schedules & SOFA | 0.30 |
| 04/09/15 | DMS | DI | Confer with McKinsey, Gibson, and case team re current status of Schedules / SOFA | Schedules & SOFA | 0.60 |
| 04/09/15 | DMS | DI | Revise Schedule D with updated information per Gibson | Schedules & SOFA | 1.00 |
| 04/09/15 | DMS | DI | Review and revise Schedule D (.9); confer with Gibson re same (.6) | Schedules & SOFA | 1.50 |
| 04/10/15 | DMS | DI | Revise and finalize Schedule D | Schedules & SOFA | 1.00 |
| 04/13/15 | DMS | DI | Prepare Schedules B4, B5, B15, B35, B26, B27, B28, B29, B31, B32, B33, and B34 for The Standard Register Company | Schedules & SOFA | 1.00 |
| 04/13/15 | DMS | DI | Review and organize recently received SOFA and Schedules data | Schedules & SOFA | 0.50 |
| 04/14/15 | DMS | DI | Confer with Gibson, McKinsey, and Standard Register re status of Schedules and SOFA and updates on information needed for same | Schedules & SOFA | 1.60 |
| 04/16/15 | DMS | DI | Confer with Gibson, McKinsey, and case team re SOFA / Schedules (.3); review of recently received information re same (.3) | Schedules & SOFA | 0.60 |
| 04/20/15 | DMS | DI | Confer with Young Conaway re SOFA 17b | Schedules & SOFA | 0.20 |
| 04/21/15 | DMS | DI | Confer with case team re foreign contracts received in contract review to incorporate into Schedule G | Schedules & SOFA | 0.40 |
| 04/21/15 | DMS | DI | Prepare Schedules B2 and SOFA 15 for input | Schedules & SOFA | 0.70 |
| 04/21/15 | DMS | DI | Confer with Gibson, McKinsey, and case team re status of Schedules and SOFA and open items | Schedules & SOFA | 1.40 |
| 04/22/15 | AMA | DI | Draft monthly fee application for March | Retention / Fee Application | 0.50 |

The Standard Register Company

| 04/22/15 | DMS | DI | Prepare and revise Schedules B10, 12, D and E | Schedules & SOFA | 1.00 |
|---|---|---|---|---|---|
| 04/23/15 | DMS | DI | Prepare Schedules B3-B16 for input | Schedules & SOFA | 1.00 |
| 04/23/15 | DMS | DI | Additional correspondence with Gibson, McKinsey and Standard Register regarding various updated SOFA and Schedule data | Schedules & SOFA | 0.50 |
| 04/23/15 | DMS | DI | Confer with Gibson, McKinsey and Standard Register regarding various questions on SOFA and Schedules | Schedules & SOFA | 1.30 |
| 04/24/15 | AMA | DI | Review and revise monthly fee application for March | Retention / Fee Application | 0.40 |
| 04/24/15 | DMS | DI | Prepare Schedules B4-B16 | Schedules & SOFA | 3.60 |
| 04/24/15 | RMA | SC | Prepare SOFA 1-6 | Schedules & SOFA | 1.40 |
| 04/27/15 | DMS | DI | Review and revise Schedules D and H (.9); revise Schedule G (.3); review of first draft of Schedule B (1.3) | Schedules & SOFA | 2.50 |
| 04/27/15 | RMA | SC | Prepare SOFA's for all debtors | Schedules & SOFA | 3.40 |
| 04/28/15 | AMA | DI | Finalize and file fee application for March | Retention / Fee Application | 0.50 |
| 04/28/15 | DMS | DI | Prepare and review Schedules B13, A, D, E (1.3); review SOFA 4a, and 17a (.5); confer with Young Conaway and Gibson re same (.7) | Schedules & SOFA | 2.50 |
| 04/28/15 | DMS | DI | Call with McKinsey, Gibson, Young Conaway, and Standard Register re status of drafts, open matters, and timeline | Schedules & SOFA | 2.10 |
| 04/28/15 | DRM | SC | Review and revise Schedules & SOFA for all debtors | Schedules & SOFA | 0.20 |
| 04/28/15 | RMA | SC | Prepare SOFA's for all debtors | Schedules & SOFA | 3.60 |
| 04/29/15 | DMS | DI | Prepare, review, and revise SOFA 3B (.6); confer with Gibson, Standard Register, and Young Conaway re same (.4) | Schedules & SOFA | 1.00 |
| 04/29/15 | DMS | DI | Prepare, review, and revise SOFA 10a (.2); confer with Gibson and Young Conaway re same (.2) | Schedules & SOFA | 0.40 |
| 04/29/15 | DMS | DI | Prepare, review, and revise SOFA 3C (.7); confer with Gibson, Standard Register, and Young Conaway re same (.3) | Schedules & SOFA | 1.00 |
| 04/29/15 | DMS | DI | Confer with Young Conaway and Standard Register re SOFA 3b and 3c | Schedules & SOFA | 1.00 |
| 04/29/15 | RMA | SC | Prepare SOFAs for all debtors | Schedules & SOFA | 5.10 |
| 04/30/15 | DMS | DI | Prepare, review and revise Schedule H | Schedules & SOFA | 0.80 |
| 04/30/15 | DMS | DI | Review and revise SOFA 3b (1.1); confer with Young Conaway re same (.4) | Schedules & SOFA | 1.50 |

The Standard Register Company

| 04/30/15 | DMS | DI | Confer with Standard Register and case team re SOFA b16 and b30, and review and revise same | Schedules & SOFA | 0.50 |
|---|---|---|---|---|---|
| 04/30/15 | DMS | DI | Confer with Standard Register and case team re SOFA b18 and b21 | Schedules & SOFA | 0.40 |
| 04/30/15 | DMS | DI | General review of all Schedules prepared by case team (1.9); comments to case team on same (.3) | Schedules & SOFA | 2.20 |
| 04/30/15 | DMS | DI | Review and revise Schedule G (.8); confer with case team re same (.2) | Schedules & SOFA | 1.00 |
| 04/30/15 | DMS | DI | Prepare, review, and revise Schedule B9 (.6); confer with Young Conaway re same (.2) | Schedules & SOFA | 0.80 |
| 04/30/15 | RMA | SC | Prepare SOFAs for all debtors (4.9); Prepare Schedule B16 (.4); Prepare Schedule B18 (.3); Prepare Schedule B21 (.4); Prepare Schedule B30 (.3) | Schedules & SOFA | 6.30 |
| 04/30/15 | TRQ | CO | Review Schedules for all debtors | Schedules & SOFA | 0.20 |
| | | | | **Total Hours** | **61.70** |