UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| THE STANDARD REGISTER COMPANY, et al.,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Tim Braun, depose and say that I am employed by Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On May 22, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via Overnight Mail on the Fee Application Service List attached hereto as **Exhibit A**:

- Monthly Fee Application of Prime Clerk LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from April 1, 2015 through April 30, 2015 [Docket No. 553]

Dated: May 26, 2015

_____
Tim Braun

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on May 26, 2015, by Tim Braun, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

BENJAMIN JOSEPH STEELE
NOTARY PUBLIC-STATE OF NEW YORK
No. 02ST6290268
Qualified in New York County
My Commission Expires October 07, 2017

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

SRF 2860

**Exhibit A**

Exhibit A
Fee Application Service List
Served via Overnight Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Counsel to Debtor | Gibson, Dunn & Crutcher LLP | Robert A. Klyman<br>Samuel A. Newman<br>Jeremy L. Graves<br>Sabina Jacobs<br>333 South Grand Avenue<br>Los Angeles CA 90071-1512 |
| Counsel for the Official Committee of Unsecured Creditors | Lowenstein Sandler LLP | Attn: Wojciech F. Jung, Esq<br>65 Livingston Avenue<br>Roseland NJ 07068-0000 |
| United States Trustee District of Delaware | Office of the United States Trustee | Mark Kinney<br>844 King St Ste 2207<br>Wilmington DE 19801 |
| Counsel for Bank of America, N.A. | Parker, Hudson, Rainer & Dobbs LLP | Attn: C. Edward Dobbs, James S. Rankin, Jr., Jack C. Basham, Jr., Joshua J. Lewis<br>1500 Marquis Two Tower<br>285 Peachtree Center Avenue, NE<br>Atlanta GA 30303 |
| Counsel for Silver Point Finance, LLC and Standard Acquistion Holdings, LLC | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Ron E. Meisler Carl T. Tullson Christopher M. Dresel<br>155 North Wacker Drive<br>Suite 2700<br>Chicago IL 60606-1720 |
| Debtors | The Standard Register | Kevin Carmody, CRO<br>600 Albany Street<br>Dayton OH 45417 |
| Counsel to Debtors | Young Conaway Stargatt & Taylor LLP | Michael R. Nestor<br>Rodney Square<br>1000 North King Street<br>Wilmington DE 19801 |

In re The Standard Register Company, *et al.*
Case No. 15-10541 (BLS)

Page 1 of 1