## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | Hearing Date: June 17, 2015 at 10:00 a.m. (ET)<br>Obj. Deadline (only to additional provisions described in the Motion): June 10, 2015 at 4:00 p.m. (ET) |

### NOTICE OF MOTION

TO:    (I) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) COUNSEL TO THE COMMITTEE; (III) COUNSEL FOR SILVER POINT FINANCE, LLC, IN ITS CAPACITY AS ADMINISTRATIVE AGENT UNDER THE DEBTORS' FIRST LIEN CREDIT AGREEMENT AND SECOND LIEN CREDIT AGREEMENT; (IV) COUNSEL FOR BANK OF AMERICA, N.A., IN ITS CAPACITY AS ADMINISTRATIVE AGENT UNDER THE DEBTORS' AMENDED AND RESTATED LOAN AND SECURITY AGREEMENT; (V) COUNSEL TO THE AGENTS UNDER THE DEBTORS' DEBTOR-IN-POSSESSION FINANCING FACILITIES; (VI) COUNTERPARTIES TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (VII) ALL PARTIES THAT HAVE FILED A NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS PURSUANT TO BANKRUPTCY RULE 2002.

        PLEASE TAKE NOTICE that The Standard Register Company and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") have filed the **Supplement to Debtors' Motion for (I) an Order (A) Establishing Sale Procedures Relating to the Sale of Substantially All of the Debtors' Assets; (B) Approving Bid Protections; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts; (D) Approving Form and Manner of Notice of All Procedures, Protections, Schedules, and Agreements; (E) Scheduling a Hearing to Consider the Proposed Sale; and (F) Granting Certain Related Relief; and (II) an Order (A) Approving the Sale of Substantially All of The Debtors' Assets and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale** (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").  Copies of the Motion may be obtained free of charge from the website for the

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001).  The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

court appointed claims agent, Prime Clerk LLC, http://cases.primeclerk.com/standardregister, or you may contact Troy Bollman, Paralegal, at (302) 573-7796 or tbollman@ycst.com.

   PLEASE TAKE FURTHER NOTICE that any objections to the relief requested in the Motion, solely with respect to the additional provisions described in the Motion, must be filed on or before **June 10, 2015 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801.  At the same time, you must serve a copy of any objection upon the undersigned counsel to the Debtors so as to be received on or before the Objection Deadline.

   PLEASE TAKE FURTHER NOTICE THAT A HEARING TO CONSIDER THE MOTION WILL BE HELD ON **JUNE 17, 2015 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE BRENDAN L. SHANNON, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM #1, WILMINGTON, DELAWARE 19801.

   **PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

Dated: May 27, 2015
    Wilmington, Delaware

         */s/ Kara Hammond Coyle*
         Michael R. Nestor (No. 3526)
         Kara Hammond Coyle (No. 4410)
         Maris J. Kandestin (No. 5294)
         Andrew L. Magaziner (No. 5426)
         YOUNG CONAWAY STARGATT & TAYLOR, LLP
         Rodney Square
         1000 North King Street
         Wilmington, Delaware 19801
         Telephone:  (302) 571-6600
         Facsimile:  (302) 571-1253

         -and-

         Michael A. Rosenthal (NY No. 4697561)
         Samuel A. Newman (CA No. 217042)
         Jeremy L. Graves (CO No. 45522)
         Matthew G. Bouslog (CA No. 280978)
         GIBSON, DUNN & CRUTCHER LLP
         200 Park Avenue
         New York, New York 10166-0193
         Telephone:  (212) 351-4000
         Facsimile:  (212) 351-4035

         *Counsel to the Debtors and*
         *Debtors in Possession*