# EXHIBIT A

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

(See Guidelines C.8. for project category information.)

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Administration | | | 1.30 | $ 310.05 |
| Asset Disposition | | | 1.60 | $ 666.90 |
| Assumption/Rejection of Leases & Contracts | | | 0.30 | $ 175.50 |
| Bankruptcy-Related Advice | | | 16.10 | $ 6,120.45 |
| Business Operations | | | 2.80 | $ 1,555.20 |
| Case Administration | | | 6.30 | $ 2,245.50 |
| Claims Administration & Objections | | | 0.10 | $ 58.50 |
| Employment/Fee Applications | | | 1.50 | $ 629.10 |
| Financing & Cash Collateral | | | 0.30 | $ 134.10 |
| Litigation Contested Matters(excl assump/rejection motions) | | | 0.50 | $ 271.80 |
| Meetings of & Communications with Creditors or the Committee | | | 2.90 | $ 1,675.80 |
| Relief from Stay/Adequate Protection Proceedings | | | 0.90 | $ 381.60 |
| | | | 34.60 | $ 14,224.50 |

490914081

# EXHIBIT B

**SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION**

| Name | Title | Section | Date of First Admission | Fees Billed | Hours Billed | Hourly Rate Billed in This Application | Hourly Rate Billed in First Interim Application | Number of Rate Increases Since Case Inception |
|------|-------|---------|------------------------|-------------|--------------|----------------------------------------|-------------------------------------------------|----------------------------------------------|
| Bird, James E. | Shareholder | FR Bankruptcy and Restructuring | 10/15/1980 | $ 106.20 | 0.20 | 531.00 | 531.00 | 0 |
| Katona, Shanti M. | Shareholder | FR Bankruptcy and Restructuring | 05/01/2007 | $ 1,285.20 | 3.40 | 378.00 | 378.00 | 0 |
| Ward, Chris A. | Shareholder | FR Bankruptcy and Restructuring | 12/15/1999 | $ 7,488.00 | 12.80 | 585.00 | 585.00 | 0 |
| Edelson, Justin K. | Associate | FR Bankruptcy and Restructuring | 05/01/2007 | $ 2,721.60 | 7.20 | 378.00 | 378.00 | 0 |
| Suprum, Lindsey M. | Paralegal | FR Bankruptcy and Restructuring | | $ 2,623.50 | 11.00 | 238.50 | 238.50 | 0 |
| | | | | $ 14,224.50 | 34.60 | 411.11 | | |

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS

### ( See Guidelines C.3. for definitions of terms used in this Exhibit.)

| Category of Timekeeper (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|
| | BILLED OR COLLECTED Firm or offices for preceding year, excluding bankruptcy | BILLED In this fee application |
| Shareholder | $ 390.47 | $ 541.43 |
| Associate | $ 282.84 | $ 378.00 |
| Paralegal | $ 194.58 | $ 238.50 |
| | $ 289.30 | $ 385.98 |

49091408.1

# **EXHIBIT C**

## SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY

(See Guidelines C.8. for project category information.)

| Category | Amount | |
|---|---|---|
| Deliveries | $ | 275.60 |
| Filing Fees | $ | 75.00 |
| Meals | $ | 9.25 |
| | $ | **359.85** |

49091408.1

# EXHIBIT D



# Invoice Detail

For Professional Services Through 3/31/15
File No. 082033-493086
**Re: Chapter 11 Bankruptcy**

Page 2
May 7, 2015
Invoice No: 1168093

## Professional Services

| Date | Timekeeper | Description | Hours | Amount | Task Code |
|------|-----------|-------------|-------|--------|-----------|
| 3/24/15 | C.A. Ward | Correspondence with Lowenstein team re selection of Polsinelli as Delaware bankruptcy counsel and conflicts counsel to Creditors' Committee | 0.10 | $58.50 | B150 |
| 3/25/15 | C.A. Ward | Correspondence with Polsinelli core team re Notice of Appearance, pro hac vice motions, and critical dates calendar | 0.10 | 58.50 | B110 |
| 3/25/15 | C.A. Ward | Correspondence with The Flesh Co, a Committee member, regarding selection as Delaware bankruptcy counsel and conflicts counsel to Creditors' Committee | 0.10 | 58.50 | B150 |
| 3/25/15 | C.A. Ward | Review and consider Equity Security Holders List Filed by The Standard Register Company | 0.10 | 58.50 | B110 |
| 3/25/15 | C.A. Ward | Objection to Debtors' Motion to Establish Bidding Procedures and for Other Related Relief | 0.20 | 117.00 | B130 |
| 3/25/15 | C.A. Ward | Review and consider Limited Objection to Final Order (1) Authorizing Debtors In Possession To Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 362, 363, and 364, (II) Granting Liens and Superpriority Claims to Postpetition Lenders Pursuant to 11 U.S.C. §§ 364; (III) Providing Adequate Protection to Prepetition Credit Parties and Modifying Automatic Stay Pursuant to 11 U.S.C. §§ 361, 362, 363, and 364; and (IV) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(B) and (C) and Local Bankruptcy Rule 4001-2 Filed by Raymond Storage Concepts, Inc., Raymond Leasing Corporation | 0.10 | 58.50 | B230 |



**Invoice Detail**

For Professional Services Through 3/31/15
File No. 082033-493086
**Re: Chapter 11 Bankruptcy**

Page 3
May 7, 2015
Invoice No: 1168093

| 3/25/15 | C.A. Ward | Review and consider Objection of Certain Utility Companies to the Debtors' Motion for Interim and Final Orders (A) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Service; (B) Approving the Debtors' Proposed Adequate Assurance of Payment for Postpetition Services; and (C) Establishing Procedures for Resolving Requests for Additional Adequate Assurance of Payment Filed by American Electric Power; The Connecticut Light and Power Company; Duke Energy Florida, Inc.; Duke Energy Indiana, Inc.; Georgia Power Company; NStar Electric & Gas Corporation; and Yankee Gas Services | 0.10 | 58.50 | B210 |
|---|---|---|---|---|---|
| 3/25/15 | C.A. Ward | Joinder To the Objection of Certain Utility Companies to the Debtors Motion For Interim and Final Orders (A) Prohibiting Utility Providers From Altering, Refusing or Discontinuing Service; (B) Approving the Debtors Proposed Adequate Assurance of Payment For Postpetition Services; and (C) Establishing Procedures For Resolving Requests For Additional Adequate Assurance of Payment Filed by Metropolitan Edison Company | 0.10 | 58.50 | B210 |
| 3/25/15 | C.A. Ward | Review and consider Limited Objection to the Debtors Motion For Entry of Interim And Final Orders (I) Authorizing Payment of Certain Prepetition Workforce Claims, Including Final Orders (I) Authorizing Payment of Certain Prepetition Workforce Claims, Including Wages, Salaries And Other Compensation, (II) Authorizing Payment of Certain Employee Benefits And Confirming Right To Continue Employee Benefits on Postpetition Basis, (III) Authorizing Payment of Reimbursement To Employees For Expenses Incurred Prepetition, (IV) Authorizing Payment of Withholding And Payroll-Related Taxes, (V) Authorizing Payment of Workers Compensation Obligations, And (VI) Authorizing Payment of Prepetition Claims Owing To Administrators And Third Party Providers Filed by Volt Consulting Group, Ltd. | 0.10 | 58.50 | B210 |



# Invoice Detail

For Professional Services Through 3/31/15
File No. 082033-493086
**Re: Chapter 11 Bankruptcy**

Page 4
May 7, 2015
Invoice No: 1168093

| | | | | | |
|---|---|---|---|---|---|
| 3/25/15 | C.A. Ward | Review Notice of Appointment of Creditors' Committee filed by United States Trustee | 0.10 | 58.50 | B150 |
| 3/25/15 | J.K. Edelson | Correspondence with C. Ward and S. Levine regarding case status, retention, second day hearing. | 0.30 | 113.40 | B400 |
| 3/26/15 | C.A. Ward | Telephone call with Sharon Levine re Delaware bankruptcy counsel, status, and litigation | 0.20 | 117.00 | B400 |
| 3/26/15 | C.A. Ward | Conference with LMS re case coordination issues with Lowenstein Sandler | 0.10 | 58.50 | B400 |
| 3/26/15 | C.A. Ward | Review and comment on draft Notice of Appearance on behalf of Creditors' Committee | 0.20 | 117.00 | B400 |
| 3/26/15 | C.A. Ward | Correspondence with Lowenstein team and Polsinelli core team re Notice of Appearance and pro hac vice motions | 0.10 | 58.50 | B400 |
| 3/26/15 | C.A. Ward | Extensive review and comment on initial critical dates calendar of pending dates and deadlines | 0.40 | 234.00 | B400 |
| 3/26/15 | C.A. Ward | Correspondence with JKE re Polsinelli retention application | 0.10 | 58.50 | B160 |
| 3/26/15 | S.M. Katona | Review and analysis of sale motion. | 1.30 | 491.40 | B130 |
| 3/26/15 | S.M. Katona | Review first day affidavit. | 0.40 | 151.20 | B400 |
| 3/26/15 | J.K. Edelson | Review and revise pro hac motions for Levine and Rosen, correspondence with L. Suprum and co-counsel regarding same. | 0.20 | 75.60 | B110 |
| 3/26/15 | J.K. Edelson | Review and revise Committee notice of appearance. | 0.10 | 37.80 | B110 |
| 3/26/15 | J.K. Edelson | Review docket, review initial critical dates calendar, correspondence with C. Ward and L. Suprum regarding deadlines. | 0.50 | 189.00 | B110 |



**Invoice Detail**

For Professional Services Through 3/31/15
File No. 082033-493086
**Re: Chapter 11 Bankruptcy**

Page 5
May 7, 2015
Invoice No: 1168093

| 3/26/15 | J.K. Edelson | Correspondence with C. Ward and E. Paquet regarding Polsinelli retention application. | 0.20 | 75.60 | B160 |
|---------|--------------|---------|------|-------|------|
| 3/26/15 | L.M. Suprum | Review docket, prepare critical dates memo and distribute. Attention to calendaring deadlines. | 2.60 | 620.10 | B110 |
| 3/26/15 | L.M. Suprum | Draft Notice of Appearance and circulate for review. | 0.80 | 190.80 | B400 |
| 3/26/15 | L.M. Suprum | Prepare pro hac vice motions for S. Levine and K. Rosen. Correspondence regarding same. | 0.60 | 143.10 | B400 |
| 3/27/15 | C.A. Ward | Review first day declaration (0.4), review other routine first day pleadings (0.4), review DIP motion and all exhibits thereto (0.4). review bid procedures motion (0.4), review all notices of appearance filed in case to date (0.1), review all debtors' retention applications (Gibson Dunn, YCST, McKinsey, Dinsmore, Lazard, and Prime Clerk) (0.5), review interim compensation motion (0.1), review ordinary course professional motion (0.1), review motion to extend time to file schedules and statements (0.1), review Rule 2019 Statement of Clark Hill, PLC Pursuant to Federal Rules of Bankruptcy Procedure Filed by Flexcon, Inc., Technicote, Inc. (0.1) | 2.60 | 1,521.00 | B400 |
| 3/27/15 | C.A. Ward | Correspondence with Lowenstein team re parties for Notice of Appearance and pro hac vice motions | 0.10 | 58.50 | B110 |


**POLSINELLI**

# Invoice Detail

For Professional Services Through 3/31/15
File No. 082033-493086
**Re: Chapter 11 Bankruptcy**

Page 6
May 7, 2015
Invoice No: 1168093

| Date | Timekeeper | Description | Hours | Amount | Code |
|---|---|---|---|---|---|
| 3/27/15 | C.A. Ward | Review and consider Objection of the Pension Benefit Guaranty Corporation to Debtors' Motion for (I) an Order (A) Establishing Sale Procedures Relating to the Sale of Substantially all of the Debtors' Assets; (B) Approving Bid Protections; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; Including Notice of Proposed Cure Amounts; (D) Approving Form and Manner of Notice of all Procedures, Protections, Schedules, and Agreements; (E) Scheduling a Hearing to Consider the Proposed Sale; and (F) Granting Certain Related Relief; and (II) an Order (A) Approving the Sale of Substantially all of the Debtors' Assets and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale | 0.10 | 58.50 | B130 |
| 3/27/15 | C.A. Ward | Review Notice of Appearance Filed by The Bank of New York Mellon, Solely in Its Capacity as Master Trustee Under the Referenced Master Trust Agreement | 0.10 | 58.50 | B400 |
| 3/27/15 | C.A. Ward | Review and consider Initial Reporting Requirements Filed by The Standard Register Company | 0.20 | 117.00 | B210 |
| 3/27/15 | C.A. Ward | Review Notice of Appearance Filed by New York State Department of Taxation and Finance | 0.10 | 58.50 | B110 |
| 3/27/15 | C.A. Ward | Correspondence with Sharon Levine and Paul Duetch re Committee 1102 motion | 0.10 | 58.50 | B150 |
| 3/27/15 | J.K. Edelson | Correspondence with C. Ward and co-counsel regarding retention applications. | 0.20 | 75.60 | B160 |
| 3/27/15 | J.K. Edelson | Correspondence with C. Ward and co-counsel regarding notice of appearance and pro hac motions. | 0.20 | 75.60 | B110 |
| 3/27/15 | J.K. Edelson | Review Committee 1102 motion, correspondence with C. Ward and co-counsel regarding same. | 0.30 | 113.40 | B400 |



# Invoice Detail

For Professional Services Through 3/31/15

File No. 082033-493086

**Re: Chapter 11 Bankruptcy**

Page 7
May 7, 2015
Invoice No: 1168093

| 3/28/15 | C.A. Ward | Review Emergency Motion of Volt Consulting Group, Ltd. for the Entry of an Order: (I) Granting Relief from the Automatic Stay Under 11 U.S.C. § 362(d)(1),to the extent required, to Terminate its Contract With The Debtors; Or, Alternatively, (II) Requiring The Debtors To Assume or Reject The Contract Under 11 U.S.C. § 365(d)(2) And Provide Adequate Assurances of Future Performance | 0.10 | 58.50 | B185 |
|---|---|---|---|---|---|
| 3/28/15 | C.A. Ward | Review and make final revisions to Committee Notice of Appearance | 0.20 | 117.00 | B150 |
| 3/28/15 | C.A. Ward | Review and comment on Committee 1102 motion and proposed form of order | 0.70 | 409.50 | B150 |
| 3/28/15 | C.A. Ward | Correspondence with Sharon Levine re Committee 1102 motion | 0.10 | 58.50 | B150 |
| 3/28/15 | C.A. Ward | Correspondence with Polsinelli core team re filing and service of Notice of Appearance and Committee 1102 motion | 0.10 | 58.50 | B150 |
| 3/28/15 | C.A. Ward | Review Request of US Trustee to Schedule Section 341 Meeting of Creditors for April 21, 2015 at 10:00 a.m. Filed by United States Trustee | 0.10 | 58.50 | B110 |
| 3/28/15 | C.A. Ward | Review Motion For Order Expediting Consideration of, And Shortening The Notice Period Applicable To, Emergency Motion of Volt Consulting Group, Ltd. For The Entry of An Order: (I) Granting Relief From The Automatic Stay Under 11 U.S.C. § 362(D)(1), To The Extent Required, To Terminate Its Contract With The Debtors; or, Alternatively, (II) Requiring The Debtors To Assume Or Reject The Contract Under 11 U.S.C. § 365(d)(2) And Provide Adequate Assurance of Future Performance | 0.10 | 58.50 | B185 |
| 3/28/15 | C.A. Ward | Review filed copy of Notice of Appearance on behalf of Official Committee of Unsecured Creditors | 0.10 | 58.50 | B400 |
| 3/28/15 | C.A. Ward | Review filed copy of Committee's 1102 motion | 0.10 | 58.50 | B150 |



# Invoice Detail

For Professional Services Through 3/31/15
File No. 082033-493086
**Re: Chapter 11 Bankruptcy**

Page 8
May 7, 2015
Invoice No: 1168093

| | | | | | |
|---|---|---|---|---|---|
| 3/28/15 | C.A. Ward | Finalize Committee 1102 motion and proposed form of order for filing | 0.30 | 175.50 | B150 |
| 3/28/15 | S.M. Katona | Review and analysis of 1102 motion. | 0.30 | 113.40 | B400 |
| 3/28/15 | J.K. Edelson | Review and file Committee 1102 motion, correspondence with C. Ward, L. Suprum, and co-counsel. | 0.30 | 113.40 | B400 |
| 3/28/15 | J.K. Edelson | Correspondence with C. Ward regarding notice of appearance. | 0.10 | 37.80 | B110 |
| 3/28/15 | J.K. Edelson | Correspondence with C. Ward, L. Suprum and co-counsel regarding filings, hearing. | 0.20 | 75.60 | B400 |
| 3/28/15 | J.K. Edelson | Correspondence with L. Suprum regarding notice of hearing. | 0.10 | 37.80 | B400 |
| 3/28/15 | L.M. Suprum | Various correspondence regarding filing and service of 1102 motion and notice of appearance. | 0.30 | 71.55 | B400 |
| 3/29/15 | C.A. Ward | Review Lowenstein email memo to Committee re NDA, Volt motion, and Committee 1102 motion | 0.10 | 58.50 | B400 |
| 3/29/15 | C.A. Ward | Review and comment on draft Committee non-disclosure agreement | 0.20 | 117.00 | B150 |
| 3/29/15 | C.A. Ward | Correspondence with Debtors' counsel and co-counsel re Volt emergency motion | 0.10 | 58.50 | B185 |
| 3/29/15 | C.A. Ward | Correspondence with co-counsel and Debtors' counsel re Committee NDA | 0.10 | 58.50 | B150 |
| 3/29/15 | J.K. Edelson | Correspondence with C. Ward, co-counsel, and Committee regarding NDAs. | 0.20 | 75.60 | B400 |
| 3/29/15 | J.K. Edelson | Review Volt stay relief motion, correspondence with co-counsel regarding same. | 0.30 | 113.40 | B140 |



# Invoice Detail

For Professional Services Through 3/31/15

File No. 082033-493086

**Re: Chapter 11 Bankruptcy**

Page 9
May 7, 2015
Invoice No: 1168093

| Date | Name | Description | Hours | Amount | Code |
|---|---|---|---|---|---|
| 3/30/15 | J.E. Bird | Conferences with C. Ward regarding potential competing bids and case status. | 0.20 | 106.20 | B400 |
| 3/30/15 | C.A. Ward | Correspondence with Mike Nestor re conflict list for disclosures | 0.10 | 58.50 | B160 |
| 3/30/15 | C.A. Ward | Review Notice to Counsel Regarding Scheduling of 341 Meeting | 0.10 | 58.50 | B110 |
| 3/30/15 | C.A. Ward | Conference with JKE re Polsinelli retention application | 0.10 | 58.50 | B160 |
| 3/30/15 | C.A. Ward | Review and comment on Notice of Hearing and service of Committee 1102 motion | 0.20 | 117.00 | B150 |
| 3/30/15 | C.A. Ward | Review Notice of Meeting of Creditors/Commencement of Case Filed by The Standard Register Company. 341(a) meeting to be held on 4/21/2015 at 10:00 AM at J. Caleb Boggs Federal Building, 844 King St., Room 2112, Wilmington, Delaware | 0.10 | 58.50 | B110 |
| 3/30/15 | C.A. Ward | Review Notice of Hearing re: Motion of The Official Committee of Unsecured Creditors for an Order Establishing Procedures for Compliance with 11 U.S.C. §§ 1102(b)(3) and 1103(c) | 0.10 | 58.50 | B150 |
| 3/30/15 | C.A. Ward | Review Verified Statement Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure Filed by Duke Energy Corporation, American Electric Power; The Connecticut Light and Power Company; Duke Energy Florida, Inc.; Duke Energy Indiana, Inc.; Georgia Power Company; NStar Electric & Gas Corporation; and Yankee Gas Services, Metropolitan Edison Company | 0.10 | 58.50 | B210 |
| 3/30/15 | C.A. Ward | Review Notice of Appearance Filed by CIT Group/Equipment Financing, Inc. | 0.10 | 58.50 | B110 |
| 3/30/15 | C.A. Ward | Review Request for Service of Notices Filed by Avery Dennison | 0.10 | 58.50 | B110 |



# Invoice Detail

For Professional Services Through 3/31/15
File No. 082033-493086
**Re: Chapter 11 Bankruptcy**

Page 10
May 7, 2015
Invoice No: 1168093

| 3/30/15 | C.A. Ward | Review Notice of Appearance Filed by Missouri Department of Revenue | 0.10 | 58.50 | B110 |
|---|---|---|---|---|---|
| 3/30/15 | C.A. Ward | Review and consider Notice of Agenda of Matters Scheduled for Hearing Filed by The Standard Register Company. Hearing scheduled for 4/1/2015 | 0.20 | 117.00 | B400 |
| 3/30/15 | C.A. Ward | Review several orders approving admission pro hac vice | 0.10 | 58.50 | B110 |
| 3/30/15 | C.A. Ward | Correspondence with Debtors and Committee professionals re protective order | 0.10 | 58.50 | B150 |
| 3/30/15 | C.A. Ward | Review Notice of Reclamation of Claim Filed by Morgan Adhesives Company, LLC d/b/a MACtac. | 0.10 | 58.50 | B210 |
| 3/30/15 | S.M. Katona | Review emergency motion of Volt Consulting seeking relief from the automatic stay. | 0.40 | 151.20 | B140 |
| 3/30/15 | S.M. Katona | Review of conflict parties for retention purposes. | 0.30 | 113.40 | B160 |
| 3/30/15 | J.K. Edelson | Review, revise and file notice of hearing regarding Committee 1102 motion, office conference with L. Suprum regarding same. | 0.20 | 75.60 | B400 |
| 3/30/15 | J.K. Edelson | Review Polsinelli conflicts report. | 0.30 | 113.40 | B160 |
| 3/30/15 | J.K. Edelson | Correspondence with L. Suprum regarding 341 meeting. | 0.10 | 37.80 | B110 |
| 3/30/15 | J.K. Edelson | Review updated critical dates calendar. | 0.20 | 75.60 | B400 |
| 3/30/15 | J.K. Edelson | Correspondence with C. Ward regarding Polsinelli conflict disclosures. | 0.20 | 75.60 | B160 |
| 3/30/15 | J.K. Edelson | Review hearing agenda, correspondence with C. Ward and L. Suprum regarding hearing. | 0.20 | 75.60 | B400 |
| 3/30/15 | J.K. Edelson | Correspondence with co-counsel regarding hearing, preparation. | 0.30 | 113.40 | B400 |



**Invoice Detail**

For Professional Services Through 3/31/15
File No. 082033-493086
**Re: Chapter 11 Bankruptcy**

Page 11
May 7, 2015
Invoice No: 1168093

| | | | | | |
|---|---|---|---|---|---|
| 3/30/15 | L.M. Suprum | Draft, file and serve Notice of Hearing re: Motion of The Official Committee of Unsecured Creditors for an Order Establishing Procedures for Compliance with 11 U.S.C. §§ 1102(b)(3) and 1103(c). Correspondence regarding same. | 0.60 | 143.10 | B400 |
| 3/30/15 | L.M. Suprum | Attention to service of Notice of Appearance and Committee 1102 Motion. | 0.20 | 47.70 | B400 |
| 3/30/15 | L.M. Suprum | Correspondence with S. Levine regarding filing pro hac vice motion. | 0.20 | 47.70 | B400 |
| 3/30/15 | L.M. Suprum | Correspondence with K. Rosen regarding filing pro hac vice motion. | 0.10 | 23.85 | B400 |
| 3/30/15 | L.M. Suprum | Draft pro hac vice motion for A. Behlmann. Correspondence regarding same. | 0.40 | 95.40 | B400 |
| 3/30/15 | L.M. Suprum | Draft pro hac vice motion for G. Bender. Correspondence regarding same. | 0.40 | 95.40 | B400 |
| 3/30/15 | L.M. Suprum | Draft pro hac vice motion for W. Jung. Correspondence regarding same. | 0.50 | 119.25 | B400 |
| 3/30/15 | L.M. Suprum | Continue and complete calendaring of deadlines. | 0.60 | 143.10 | B110 |
| 3/30/15 | L.M. Suprum | Review April 1 hearing agenda; correspondence with C. Ward regarding same. | 0.20 | 47.70 | B100 |
| 3/31/15 | C.A. Ward | Correspondence with Lowenstein team and JKE re April 1 hearing | 0.10 | 58.50 | B400 |
| 3/31/15 | C.A. Ward | Correspondence with co-counsel and JKE re limited objections to critical vendors and net operating loss motions | 0.10 | 58.50 | B210 |
| 3/31/15 | C.A. Ward | Review Motion to Appear pro hac vice of Michael A. Rosenthal Filed by The Standard Register Company | 0.10 | 58.50 | B110 |



# Invoice Detail

For Professional Services Through 3/31/15

File No. 082033-493086

**Re: Chapter 11 Bankruptcy**

Page 12
May 7, 2015
Invoice No: 1168093

| | | | | | |
|---|---|---|---|---|---|
| 3/31/15 | C.A. Ward | Review notices of transfer of claims | 0.10 | 58.50 | B310 |
| 3/31/15 | C.A. Ward | Review Lowenstein email memo to Committee re discovery dates and deadlines | 0.10 | 58.50 | B190 |
| 3/31/15 | C.A. Ward | Review discovery and notices of deposition served on Lazard | 0.20 | 117.00 | B190 |
| 3/31/15 | C.A. Ward | Correspondence with Polsinelli core team re Notices of Service of Discovery and Notices of Deposition | 0.10 | 58.50 | B190 |
| 3/31/15 | C.A. Ward | Review and comment on draft limited objection to critical vendor motion | 0.40 | 234.00 | B210 |
| 3/31/15 | C.A. Ward | Review and comment on draft limited objection to net operating loss motion | 0.40 | 234.00 | B210 |
| 3/31/15 | C.A. Ward | Review and consider Certification of Counsel Regarding Order Approving Stipulation Scheduling Hearing on Emergency Motion of Volt Consulting Group, Ltd. for the Entry of an Order: (I) Granting Relief from the Automatic Stay Under 11 U.S.C. § 362(d)(1),to the Extent Required, to Terminate its Contract with the Debtors; or, Alternatively, (II) Requiring the Debtors to Assume or Reject the Contract Under 11 U.S.C. § 365(d)(2) and Provide Adequate Assurance of Future Performance | 0.20 | 117.00 | B140 |
| 3/31/15 | C.A. Ward | Review filed copy of Limited Objection and Reservation of Rights of the Official Committee of Unsecured Creditors to the Relief Requested in Debtors' Critical Vendor Motion | 0.10 | 58.50 | B210 |



# Invoice Detail

For Professional Services Through 3/31/15
File No. 082033-493086
**Re: Chapter 11 Bankruptcy**

Page 13
May 7, 2015
Invoice No: 1168093

| | | | | | |
|---|---|---|---|---|---|
| 3/31/15 | C.A. Ward | Review Notice of Withdrawal of Joinder To the Objection of Certain Utility Companies to the Debtors Motion For Interim and Final Orders (A) Prohibiting Utility Providers From Altering, Refusing or Discontinuing Service; (B) Approving the Debtors Proposed Adequate Assurance of Payment For Postpetition Services; and (C) Establishing Procedures For Resolving Requests For Additional Adequate Assurance of Payment filed by Metropolitan Edison Company | 0.10 | 58.50 | B210 |
| 3/31/15 | C.A. Ward | Review filed copy of Limited Objection and Reservation of Rights of the Official Committee of Unsecured Creditors to the Debtors' Motion for Entry of Interim and Final Orders Establishing Notification Procedures for Dispositions of, or Claims of Worthless Stock Deductions with Respect to, Standard Register's Stock | 0.10 | 58.50 | B210 |
| 3/31/15 | C.A. Ward | Review filed copies of pro hac vice motions for co-counsel | 0.10 | 58.50 | B110 |
| 3/31/15 | C.A. Ward | Review Notice of Reclamation of Claim Filed by Arlington Printing and Stationers Inc., d/b/a Apex Color | 0.10 | 58.50 | B210 |
| 3/31/15 | C.A. Ward | Review orders approving admission pro hac vice of co-counsel | 0.10 | 58.50 | B110 |
| 3/31/15 | C.A. Ward | Review Notice of Withdrawal of Objection of Certain Utility Companies to the Debtors' Motion for Interim and Final Orders (A) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Service; (B) Approving the Debtors' Proposed Adequate Assurance of Payment for Postpetition Services; and (C) Establishing Procedures for Resolving Requests for Additional Adequate Assurance of Payment filed by American Electric Power, The Connecticut Light and Power Company, Duke Energy Florida, Inc., Duke Energy Indiana, Inc., Georgia Power Company and Yankee Gas Services Company | 0.10 | 58.50 | B210 |



# Invoice Detail

For Professional Services Through 3/31/15
File No. 082033-493086
**Re: Chapter 11 Bankruptcy**

Page 14
May 7, 2015
Invoice No: 1168093

| Date | Name | Description | Hours | Amount | Code |
|---|---|---|---|---|---|
| 3/31/15 | C.A. Ward | Review Application To Appear Pursuant to Local Rule 9010-1(e)(ii) Filed by Computer Sciences Corporation | 0.10 | 58.50 | B110 |
| 3/31/15 | C.A. Ward | Review and consider Certification of Counsel Regarding Final Order (A) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Service; (B) Approving the Debtors' Proposed Adequate Assurance of Payment for Postpetition Services; and (C) Establishing Procedures for Resolving Requests for Additional Adequate Assurance of Payment | 0.20 | 117.00 | B210 |
| 3/31/15 | C.A. Ward | Review and consider amended agenda for April 1 hearing | 0.20 | 117.00 | B400 |
| 3/31/15 | C.A. Ward | Various correspondence with Committee professionals re critical vendor issues | 0.10 | 58.50 | B210 |
| 3/31/15 | C.A. Ward | Review Debtors' redline of non-disclosure agreement and correspondence re same | 0.20 | 117.00 | B150 |
| 3/31/15 | S.M. Katona | Review proposed discovery directed at Lazard. | 0.20 | 75.60 | B230 |
| 3/31/15 | S.M. Katona | Review summary of upcoming case schedule as communicated to Committee members. | 0.10 | 37.80 | B150 |
| 3/31/15 | S.M. Katona | Review and analysis of Committee's limited objection to critical vendor motion. | 0.20 | 75.60 | B210 |
| 3/31/15 | S.M. Katona | Review and analysis of limited objection to NOL motion. | 0.20 | 75.60 | B400 |
| 3/31/15 | J.K. Edelson | Correspondence with C. Ward, L. Suprum, and co-counsel regarding pro hac motions, file same. | 0.20 | 75.60 | B110 |
| 3/31/15 | J.K. Edelson | Correspondence with C. Ward and co-counsel regarding hearing. | 0.30 | 113.40 | B400 |
| 3/31/15 | J.K. Edelson | Prepare for hearing. | 0.30 | 113.40 | B400 |


**POLSINELLI**

# Invoice Detail

For Professional Services Through 3/31/15

File No. 082033-493086

**Re: Chapter 11 Bankruptcy**

Page 15
May 7, 2015
Invoice No: 1168093

| Date | Timekeeper | Description | Hours | Amount | Task |
|---|---|---|---|---|---|
| 3/31/15 | J.K. Edelson | Review, revise and file Committee limited objection to Debtors' critical vendor motion. | 0.40 | 151.20 | B400 |
| 3/31/15 | J.K. Edelson | Review, revise and file Committee limited objection to Debtors' NOL motion. | 0.40 | 151.20 | B400 |
| 3/31/15 | J.K. Edelson | Correspondence with C. Ward and L. Suprum regarding revised deadlines. | 0.20 | 75.60 | B110 |
| 3/31/15 | J.K. Edelson | Correspondence with C. Ward and co-counsel regarding discovery. | 0.10 | 37.80 | B190 |
| 3/31/15 | J.K. Edelson | Review COC regarding utility order, correspondence with L. Suprum. | 0.20 | 75.60 | B210 |
| 3/31/15 | J.K. Edelson | Review amended hearing agenda, correspondence with C. Ward, co-counsel, and Reliable regarding hearing. | 0.40 | 151.20 | B400 |
| 3/31/15 | L.M. Suprum | Attention to filing pro hac vice motions for S. Levine, W. Jung, G. Bender, A. Behlmann, and K. Rosen. Various correspondence regarding same. | 1.20 | 286.20 | B400 |
| 3/31/15 | L.M. Suprum | Review, revise, file and serve Limited Objection and Reservation of Rights of the Official Committee of Unsecured Creditors to the Relief Requested in Debtors' Critical Vendor Motion. Various correspondence regarding same. | 0.60 | 143.10 | B400 |
| 3/31/15 | L.M. Suprum | Review, file and serve Limited Objection and Reservation of Rights of the Official Committee of Unsecured Creditors to the Debtors' Motion for Entry of Interim and Final Orders Establishing Notification Procedures for Dispositions of, or Claims of Worthless Stock Deductions with Respect to, Standard Register's Stock. Various correspondence regarding same. | 0.60 | 143.10 | B400 |
| 3/31/15 | L.M. Suprum | Attention to preparation for April 1 hearing. Correspondence regarding same. | 0.80 | 190.80 | B100 |



# Invoice Detail

For Professional Services Through 3/31/15
File No. 082033-493086
**Re: Chapter 11 Bankruptcy**

Page 16
May 7, 2015
Invoice No: 1168093

| 3/31/15 | L.M. Suprum | Review correspondence from S. Levine to committee members regarding upcoming discovery and scheduling. Correspondence with C. Ward regarding same. | 0.30 | 71.55 | B100 |
|---|---|---|---|---|---|
| | | Total Professional Services | | $14,224.50 | |

## Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| J.E. Bird | 0.20 | 531.00 | $106.20 |
| C.A. Ward | 12.80 | 585.00 | 7,488.00 |
| S.M. Katona | 3.40 | 378.00 | 1,285.20 |
| J.K. Edelson | 7.20 | 378.00 | 2,721.60 |
| L.M. Suprum | 11.00 | 238.50 | 2,623.50 |
| **Total Professional Charges** | **34.60** | | **$14,224.50** |

## Task Code Summary

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| B100 | Administration | 1.30 | $310.05 |
| B110 | Case Administration | 6.30 | 2,245.50 |
| B130 | Asset Disposition | 1.60 | 666.90 |
| B140 | Relief From Stay/adequate Protection Proceedings | 0.90 | 381.60 |
| B150 | Meetings Of & Communications With Creditors Or The | 2.90 | 1,675.80 |
| B160 | Employment/fee Applications | 1.50 | 629.10 |
| B185 | Assumption/rejection Of Leases & Contracts | 0.30 | 175.50 |
| B190 | Litigation Contested Matters (excl Assump/rejection | 0.50 | 271.80 |
| B210 | Business Operations | 2.80 | 1,555.20 |
| B230 | Financing & Cash Collateral | 0.30 | 134.10 |
| B310 | Claims Administration & Objections | 0.10 | 58.50 |
| B400 | Bankruptcy-related Advice | 16.10 | 6,120.45 |
| | **Total Professional Charges** | **34.60** | **$14,224.50** |

 **POLSINELLI**

# Invoice Detail

For Professional Services Through 3/31/15
File No. 082033-493086
**Re: Chapter 11 Bankruptcy**

Page 17
May 7, 2015
Invoice No: 1168093

## Disbursements

| Date | Description | Amount |
|------|-------------|--------|
| 03/27/15 | Meals - Lunch | $9.25 |
| 03/30/15 | Deliveries Reliable Wilmington Bankruptcy mail-out services | 275.60 |
| 03/31/15 | Filing Fees Cm/ECF Pro hac Vice Filing Fees 0311-1700073 | 75.00 |
| | **Total Disbursements** | **$359.85** |

Total Disbursements                                                              359.85

**Total Current Charges Due**                                        **$14,584.35**

# EXHIBIT E



## Polsinelli PC Bankruptcy Project Codes

| CATEGORY | PROJECT CODE |
|---|---|
| Administration | B100 |
| Case Administration | B110 |
| Asset Analysis & Recovery | B120 |
| Asset Disposition | B130 |
| Relief from Stay / Adequate Protection Proceedings | B140 |
| Meetings of & Communications with Creditors or Committee | B150 |
| Employment / Fee Applications | B160 |
| Employment / Fee Application Objections | B170 |
| Avoidance Action Analysis | B180 |
| Assumption / Rejection of Leases & Contracts | B185 |
| Other Contested Matters | B190 |
| Non-Working Travel | B195 |
| Operations | B200 |
| Business Operations | B210 |
| Employee Benefits / Pensions | B220 |
| Financing & Cash Collateral | B230 |
| Tax Issues | B240 |
| Real Estate | B250 |
| Corporate Governance & Board Matters | B260 |
| Budgeting (Case) | B270 |
| Valuation | B280 |
| Reporting | B290 |
| Claims & Plan | B300 |
| Claims Administration & Objections | B310 |
| Plan & Disclosure Statement | B320 |
| Bankruptcy-Related Advice | B400 |
| General Bankruptcy Advice / Opinions | B410 |
| Restructurings | B420 |