Michael Bazley FBN 2237467
651 "I" St.
Sacramento, Ca. 95814

FILED
15 MAY 27 AM 10:04
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

United States Bankruptcy Court
District of Delaware

In re: Standard Register Corp et al
Case # 15-10541 BLS

Request for Special Notices Services

Please Take Notice That The undersigned a Party in interest/Creditor of The Debtor and whose address is Set forth above and Pursuant To Bankruptcy Rules 9010 + 2002 Requests Special Notices and all Notices given or Required to be given in This Case and all Papers Served in This Case be given and Served upon The undersigned at his office and address Set forth above. Please Take further Notice That Pursuant To Sec. 1109 b of The Bankruptcy Code The foregoing Request includes without limitation orders and Notices of any applications Motions Payments, demands, Schedules of assets and liabilities filed by The debtors which may directly or indirectly affect The undersigned Interest and Rights

Dated: 5/19/15

Respectfully Submitted

Mike Bazley