**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br>Jointly Administered<br><br>Re: Dkt. Nos.  515, 497, 461, 427, 415, 356,<br>　　　　　　　307, 286, 211 & 23 |

**RESERVATION OF RIGHTS OF DG3 NORTH AMERICA, INC. WITH RESPECT TO THE DEBTORS' PROPOSED CURE AMOUNT IN CONNECTION WITH ASSUMPTION OF EXECUTORY CONTRACTS**

DG3 North America, Inc. ("DG3"), a creditor and party-in-interest herein, by and through its counsel, hereby submits this reservation of rights with respect to the cure amount proposed by The Standard Register Company and its debtor affiliates in the above-captioned cases (collectively, the "Debtors") in the *Notice of (I) Entry into Stalking Horse Agreement and (II) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially all of the Debtors' Assets* [Docket No. 307], as amended on April 27, 2015 [Docket No. 356], May 8, 2015 [Docket No. 461], May 11, 2015 [Docket No. 497] and May 14, 2015. [Docket No. 515].

1.　　On April 17, 2015, in accordance with the procedures for the assumption and assignment of certain executory contracts and unexpired leases, the Debtors filed their *Notice of (I) Entry into Stalking Horse Agreement and (II) Potential Assumption and Assignment of*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de Mèxico, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001).  The headquarters for the above captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

*Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially all of the Debtors' Assets* [Docket No. 307], as amended on April 27, 2015 [Docket No. 356] and May 8, 2015 [Docket No. 461], wherein the Debtors listed their contracts with DG3 (the "DG3 Contracts"), among the executory contracts and unexpired leases that the Debtors may seek to assume and assign in connection with the sale of substantially all of the Debtors' assets (the "Assumption Notices").

2. In the Assumption Notices the Debtors proposed a cure amount of $0.00 (the "Cure Amount") for the DG3 Contracts.

3. On May 7, 2015, DG3 filed an objection to the Cure Amount and an amendment thereto, requesting that the Court enter an Order requiring the Debtors to cure, or provide adequate assurances that they will promptly cure, defaults under the DG3 Contracts totaling $96,455.44. [Docket Nos. 415 and 427].

4. On May 11, 2015, the Debtors filed their *Corrected Second Amended Notice of (I) Entry into Stalking Horse Agreement and (II) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially all of the Debtors' Assets*, which was thereafter amended on May 14, 2015 (the "Amended Assumption Notices"), wherein, the Debtors changed the proposed Cure Amount for the DG3 Contracts from $0.00 to $96,455.44 (the "Amended Cure Amount"). [Docket Nos. 497 and 515].

5. To the extent that the Cure Amount is fixed at $96,455.44, DG3 does not otherwise object to the Assumption Notices or the Amended Assumption Notices, but reserves

its right to object if the Amended Cure Amount is subsequently amended by the Debtors.

Dated: May 28, 2015

**GIBBONS P.C.**

By: */s/ Natasha M. Songonuga*
Natasha M. Songonuga, Esq. (Bar No. 5391)
1000 N. West Street, Suite 1200
Wilmington, DE 19801-1058
Telephone: (302) 295-4875
Facsimile: (302) 295-4876
E-mail: nsongonuga@gibbonslaw.com

-and-

Mark B. Conlan, Esq. (admitted *pro hac vice*)
Laura S. Dunn, Esq. (admitted *pro hac vice*)
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4545
Facsimile: (973) 639-6356
E-mail: mconlan@gibbonslaw.com
    ldunn@gibbonslaw.com

*Counsel for DG3 North America, Inc.*