# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, *et al.*,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br>Jointly Administered |

## CERTIFICATION OF SERVICE

1. I, Natasha M. Songonuga, certify that I am not less than 18 years of age and not a party in this matter.

2. On May 28, 2015, I caused to be electronically filed through the Court's CM/ECF system and served the following document on all parties who have electronically entered a notice of appearance by means of the Court's CM/ECF System:

- *Reservation of Rights of DG3 North America, Inc. with Respect to the Debtors' Proposed Cure Amount in Connection with Assumption of Executory Contracts.*

3. In addition, on May 28, 2015, I caused the above-referenced document to be served via e-mail upon counsel of record on the attached service list.

4. In addition, on May 28, 2015, I caused the above-referenced document to be served via regular mail upon counsel of record on the attached service list.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de Mèxico, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001).

2

I certify that the foregoing statements made by me are true. I am aware that if any of the above statements are false, I am subject to punishment.

Dated: May 28, 2015

**GIBBONS P.C.**

By: /s/ *Natasha M. Songonuga*
Natasha M. Songonuga, Esq. (Bar No. 5391)
1000 N. West Street, Suite 1200
Wilmington, DE  19801-1058
Telephone:  (302) 295-4875
Facsimile:  (302) 295-4876
E-mail:  nsongonuga@gibbonslaw.com

*Counsel for DG3 North America, Inc.*

## *SERVICE LIST*

Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
Attn: Barbara Becker and Michael A. Rosenthal
E-mail: bbecker@gibsondunn.com
mrosenthal@gibsondunn.com
*Co-counsel to the Debtors*

Young Conaway Stargatt & Taylor, LLP
Rodney Square, 1000 North King Street
Wilmington, DE 19801
Attn: Michael R. Nestor
E-mail: bankfilings@ycst.com
*Co-counsel to the Debtors*

Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive
Chicago, IL 60606
Attn: Ron Meisler and Christopher Dressel
E-mail: ron.meisler@skadden.com
christopher.dressel@skadden.com
*Counsel the Stalking Horse and Prepetition Term Loan Agent*

Parker, Hudson, Rainer & Dobbs LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, Georgia 30303
Attn: Edward Dobbs and James S. Rankin, Jr.
E-mail: edobbs@phrd.com
jrankin@phrd.com
*Counsel to the Pre-Petition ABL Agent and ABL DIP Agent*

Richard Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
Attn: Mark D. Collins
E-mail: collins@rlf.com
*Counsel to the Pre-Petition ABL Agent and ABL DIP Agent*

Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, NY 10020
Attn: Sharon L. Levine and Wojciech Jung
E-mail: slevine@lowenstein.com
wjung@lowenstein.com
*Counsel to the Official Committee of Unsecured Creditors*

Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
Attn: Mark S. Kenney
Email: mark.kenney@usdoj.gov
*U.S. Trustee*