## CERTIFICATE OF SERVICE

I, Etta R. Mayers, hereby certify that I am not less than 18 years of age and that on this 29th day of May 2015, I caused a true and correct copy of the foregoing **Limited Objection to Debtors' Motion for an (I) Order (A) Establishing Sale Procedures Relating to the Sale of Substantially All of the Debtors' Assets; (B) Approving Bid Protections; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts; (D) Approving Form and Manner of Notice of all Procedures, Protections, Schedules, and Agreements; (E) Scheduling a Hearing to Consider the Proposed Sale; and (F) Granting Certain Related Relief; and (II) an Order (A) Approving the Sale of Substantially All of the Debtors' Assets and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale** to be served upon the parties on the attached service list *via* hand delivery for all local parties and *via* facsimile for all non-local parties.

Under penalty of perjury, I declare the foregoing is true and correct.

_____
Etta R. Mayers (DE Bar No. 4164)

PAC 1191226v.1

## SERVICE LIST

Gibson, Dunn & Crutcher LLP
Barbara Becker, Esq.
Michael A. Rosenthal, Esq.
200 Park Avenue
New York, NY 10166
Facsimile: 212.351.4035

Lowenstein Sandler LLP
Sharon L. Levine, Esq.
Wojciech F. Jung, Esq.
65 Livingston Avenue & 6 Becker Farm Road
Roseland, NJ 07068
Facsimile: 973.597.2400

Parker, Hudson, Rainer & Dobbs LLP
C. Edward Dobbs, Esq.
James S. Rankin, Jr., Esq.
1500 Marquis Two Tower
285 Peachtree Center Avenue, NE
Atlanta, GA 30303
Facsimile: 404.522.8409

Young Conaway Stargatt & Taylor LLP
Michael R. Nestor, Esq.
Rodney Square
1000 North King Street
Wilmington, DE 19801

Skadden, Arps, Slate, Meagher & Flom LLP
Ron E. Meisler, Esq.
Christopher M. Dresel, Esq.
155 North Wacker Drive, Suite 2700
Chicago, IL 60606-1720
Facsimile: 312.407.0411

Richards, Layton & Finger, P.A.
Mark D. Collins, Esq.
One Rodney Square
920 North King Street
Wilmington, DE 19801