## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Case No. 15-10541 (BLS) |
| | ) | |
| THE STANDARD REGISTER COMPANY, [1] | ) | Chapter 11 |
| *et al.* | ) | |
|         Debtors. | ) | Jointly Administered |
| _____ | ) | |

### NOTICE OF FILING

**PLEASE TAKE NOTICE** that on May 29, 2015, there was filed with the Clerk of the Bankruptcy Court for the District of Delaware, the following document, a copy of which is attached and served upon you: **LIMITED OBJECTION TO THE DEBTORS' MOTION FOR: AN ORDER APPROVING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS AND AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH THE SALE.**

Dated: May 29, 2015                      CDK GLOBAL, LLC

                                                  /s/ Paula K. Jacobi
                                                  Paula K. Jacobi
                                                  BARNES & THORNBURG LLP
                                                  One North Wacker Drive, Suite 4400
                                                  Chicago, IL 60601
                                                  Telephone: (312) 357-1313
                                                  Facsimile: (312) 759-5646
                                                  Email: *pjacobi@btlaw.com*

---

[1] The "Debtors" are as follows: The Standard Register Company, Standard Register Holding Company, Standard Register Technologies, Inc., Standard Register International, Inc., iMedConcent, LLC, Standard Register of Puerto Rico Inc., Standard Register Mexico Holding Company, Standard Register Holding, S. de R.L. de C.V., Standard Register de Mexico, S. de R.L. de C.V., Standard Register Servicios, S. de R.L. de C.V., and Standard Register Technologies Canada ULC.

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, hereby certify under penalties of perjury that I caused a copy of the foregoing, **LIMITED OBJECTION TO THE DEBTORS' MOTION FOR: AN ORDER APPROVING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS AND AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH THE SALE.**, to be served overnight Federal Express, from One North Wacker Drive, Chicago, Illinois on this 29th day of May, 2015, upon the following individuals:

Barbara Becker
Michael A. Rosenthal
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
*Co-Counsel to Debtor*

Michael R. Nestor
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
*Co-Counsel to Debtor*

Sharon L. Levine
Wojciech F. Jung
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, NY 10020
*Counsel to Official Committee of Unsecured Creditors*

Ron Meisler
Christopher M. Dressel
Skadden Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive
Chicago, IL 60606
*Counsel to Stalking Horse*

Edward Dobbs
James S. Rankin, Jr.
Parker, Hudson, Rainer & Dobbs LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, Georgia 30303
*Counsel to Pre-Petition ABL Agent and ABL DIP Agent*

Mark D. Collins
Richard Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
*Counsel to Pre-Petition ABL Agent and ABL DIP Agent*

/s/ Paula K. Jacobi

CHDS01 TMCFADDEN 963843v1