**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*, | Case No. 15-10541-BLS |
| Debtor. | Jointly Administered |
| | **RE:** |

**ORDER GRANTING MOTION OF CHAOTIC MOON, LLC FOR ENTRY OF
AN ORDER ALLOWING LATE FILING OF OBJECTION TO
PROPOSED ASSUMPTION AND ASSIGNMENT AND CURE AMOUNT**

Upon consideration of the Motion of Chaotic Moon, LLC for Entry of an Order Allowing Late Filing of Objection to Proposed Assumption and Assignment and Cure Amount (the "Motion");[1] and it appearing that this Court has jurisdiction over this matter; and it appearing that due and adequate notice of the Motion having been given; and that no other or further notice need be provided; and it further appearing that cause exists to grant the relief requested in the Motion; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefore; it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the Objection is deemed timely filed; and it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or in relation to the implementation of this Order.

Dated: _____, 2015
Wilmington, Delaware

_____
Honorable Brendan L. Shannon
Chief United States Bankruptcy Judge

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.