IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, *et al.*,<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10541-BLS<br><br>Jointly Administered |

**AFFIDAVIT OF MIKE W. ERWIN IN SUPPORT OF
MOTION OF CHAOTIC MOON, LLC FOR ENTRY OF AN ORDER
ALLOWING LATE FILING OF OBJECTION TO PROPOSED
ASSUMPTION AND ASSIGNMENT AND CURE AMOUNT**

STATE OF TEXAS          §
                                      §
COUNTY OF TRAVIS     §

BEFORE ME, the undersigned authority, on this day personally appeared Michael W. Erwin, who, after being duly sworn, deposed and stated on his oath as follows:

"My name is Michael W. Erwin. I am the Chief Financial Officer of Chaotic Moon, LLC and I am duly authorized to make this Affidavit. I am at least eighteen (18) years of age, of sound mind, capable of making this Affidavit, have never been convicted of a felony or a crime involving moral turpitude and am fully competent to testify to the matters stated herein, and I have personal knowledge of each of the matters stated herein, unless otherwise noted.

"Chaotic Moon entered into a Master Services Agreement with Standard dated effective March, 2014 (the "MSA"; no specific date was stated). The MSA and certain Statements of Work entered into thereunder generally provided for Chaotic Moon to

develop a custom software application system (the "Software"). The MSA provides that title to the Software would be assigned by Chaotic Moon to Standard "upon payment in full of all amounts owed." Standard terminated the MSA in September 2014 without paying Chaotic Moon at least $830,000 owed to it and therefore the title to the Software was never assigned to Standard. Chaotic filed suit against Standard in Texas state court.

"Chaotic Moon does not consent to the sale of the Software free and clear of Chaotic Moon's interests, nor does Chaotic Moon consent to an assignment of the terminated MSA.

"I have been advised that a document entitled "Notice of (I) Entry Into Stalking Horse Agreement and (II) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection With the Sale of Substantially All of the Debtor's Assets" ("Notice") was mailed to Chaotic Moon. If so, I do not recall receiving it, nor would I have understood its significance if I had seen it. I do not believe that any other person working in Chaotic Moon's office would have understood its significance.

"Yesterday, I was provided with a copy of the Notice and reviewed it. I did not understand it to apply to or require action on the part of Chaotic Moon. I did not understand what a "stalking horse agreement" was or that the MSA was being alleged by Standard to be an "executory contract" to be assumed and assigned, what an "executory contract" was, what a "cure amount" was, or that failure to object to the proposed zero "cure amount" within an exceptionally short time frame would prevent Chaotic Moon from asserting its rights to the return of the Software or to be paid the $830,000 owed to it.

2

"Chaotic Moon has intended at all times to assert its rights and recently retained counsel to represent it in connection with this bankruptcy case in order to do so. Chaotic Moon did not intentionally ignore or fail to respond to the Notice."

                                                                              Michael W. Erwin

STATE OF TEXAS  §  
                            §  
COUNTY OF TRAVIS  §

BEFORE ME, the undersigned Notary Public, on the 29th day of May, 2015, personally appeared Michael W. Erwin, known to me to be the person whose name is subscribed to the foregoing affidavit, and upon his oath deposed and stated that the foregoing affidavit is true and correct.

                                                    Notary Public, State of Texas

[Notary seal: STEVEN M. FISH, NOTARY PUBLIC, STATE OF TEXAS, EXPIRES 03-21-2019]