
# EXHIBIT B


# Standard Register

| INVOICE | PERIOD COVERED | INVO OF DATE | PAYMENT TERMS | BRANCH | PAGE |
|---|---|---|---|---|---|
| M 07222515 | 03/04/2015 - 04/02/2015 | 04/03/2015 | NET 30 | CONSL | 1 |

| | CUSTOMER PURCHASE ORDER NUMBER | CUSTOMER NUMBER | CONTRACT ID |
|---|---|---|---|
| REYNOLDS & REYNOLDS ATTN: | | 1032261 | 2382-1 |

| | BILL TO NUMBER | BILLING TYPE |
|---|---|---|
| 824 MURLIN AVE PO BOX 999 CELINA, OH 45822- | 1032261 | COMBINED PRODUCT AND SERVICES |

| | CLIENT NUMBER | DIRECT ALL INQUIRIES REGARDING THIS INVOICE TO |
|---|---|---|
| | 2382 | |

CUSTOMER RELEASE PURCHASE ORDER NUMBER:

WAREHOUSE ID: 0083
ADDRESS: 425 ROCKEFELLER ONT                                    ONTARIO CA 91761-7866

| Description | Amount |
|---|---|
| *AVALON PACK LIST 5916 @ .02 | 118.32 |
| *CARTON CHRG 72340 @ .2142 | 15,495.22 |
| *CREDIT SPECIAL REYNOLDS CTNS | 4,102.85- |
| *DESTRY REQUEST COMM'L STORAGE 31 @ 25.00 | 775.00 |
| *FREIGHT BILLING 9 @ 5.00 | 45.00 |
| *LINE CHARGE 14169 @ 1.275 | 18,065.48 |
| *NEOPOST SHIPPING LABEL 23664 @ .03 | 709.92 |
| *RE PACKING PRODUCT 5 @ 25.00 | 125.00 |
| *REQ CHRGE 5916 @ 3.4780 | 20,575.85 |
| *RTNS/RESTOCK CHG PKG GOODS 42 @ 10.00 | 780.00 |
| *SR IT DESK SUPPORT (PC,MONITOR) | 15.00 |
| AMOUNT DUE (USD) | 52,601.94 |

---

## Standard Register

**REMITTANCE ADVICE**
PLEASE RETURN WITH YOUR PAYMENT

**AMOUNT DUE:** 52,601.94

PLEASE RETURN THIS PORTION OF THE INVOICE WITH YOUR PAYMENT IN THE ENCLOSED ENVELOPE. THIS DOCUMENT IS COMPUTER SCANNED, WRITTEN INFORMATION WILL NOT BE PICKED UP. SEE REVERSE SIDE FOR PAYMENT, RETURN AND INQUIRY INSTRUCTIONS.

| INVOICE NUMBER | INVOICE DATE | PAYMENT TERMS | CUSTOMER NUMBER | AMOUNT PAID |
|---|---|---|---|---|
| M 07222515 | 04/03/2015 | NET 30 | 1032261 | |

SOLD TO:
REYNOLDS & REYNOLDS
ATTN:

824 MURLIN AVE
PO BOX 999
CELINA, OH 45822-

REMIT TO:
STANDARD REGISTER

PO BOX 91047

CHICAGO, IL 60693-1047

1047 0010103222616 210137222515 040315 005260194 000000000