IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>The Standard Register Company, *et al.*,<br><br>        Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS) |

### AFFIDAVIT OF JAMIE L. DAWSON, PARALEGAL

STATE OF DELAWARE    :
                                  : SS:
NEW CASTLE COUNTY   :

    I, Jamie L. Dawson, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on June 1, 2015 I caused to be served:

**LIMITED OBJECTION OF THE REYNOLDS AND REYNOLDS COMPANY TO DEBTORS' MOTION FOR AN ORDER APPROVING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS**

    Service was completed upon the following individuals listed on the attached list as indicated thereon.

Date:  June 1, 2015

                                                         Jamie L. Dawson

SWORN AND SUBSCRIBED before me this 1st day of June, 2015.

                                                          Notary

*[Notary seal: ALYSSA STAR DOMOROD, MY COMMISSION EXPIRES AUGUST 22, 2018, NOTARY PUBLIC, STATE OF DELAWARE]*

**VIA HAND DELIVERY**
Michael R. Nestor, Esq.
Kara Hammond Coyle, Esq.
Maris J. Kandestin, Esq.
Andrew L. Magaziner, Esq.
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
[Counsel to the Debtors]

Christopher A. Ward, Esq.
Justin K. Edelson, Eq.
Polsinelli PC
222 Delaware Avenue, Suite 11011
Wilmington, DE 19801
[Counsel to the Official Committee of Unsecured Creditors]

Mark D. Collins, Esq.
Richards Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19801
[Counsel to ABL DIP Agent]

Sarah Pierce, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
920 N. King Street
Wilmington, DE 19801
[Counsel to Term DIP Agent]

Mark S. Kenney
Office of the United States Trustee
884 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Michael Rosenthal, Esq.
Robert A. Klyman, Esq.
Gibson, Dubb & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071
[Counsel to the Debtors]

Kenneth A. Rosen, Esq.
Sharon L. Levine, Esq.
Wojciech F. Jung, Esq.
Lowenstein Sandler LLP
65 Livingston Avenue
Roseland, NJ 07068
[Counsel to the Official Committee of Unsecured Creditors]

Gerald C. Bender, Esq.
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, NY 10020
[Counsel to the Official Committee of Unsecured Creditors]

C. Edward Dobbs, Esq.
Parker Hudson Rainer & Dobbs LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, GA 30303
[Counsel to ABL DIP Agent]

Ron E. Meisler, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive, Suite 2700
Chicago, IL 60606
[Counsel to Term DIP Agent]