**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al*,[1] | Case No.  15-10541 (BLS) |
| | (Jointly Administered) |
| Debtors. | **RE:  Docket No. 318** |

**NOTICE OF FILING OF REVISED PROPOSED ORDER (I) AUTHORIZING THE
COMMITTEE TO RETAIN AND EMPLOY JEFFERIES LLC AS ITS INVESTMENT
BANKER, *NUNC PRO TUNC* TO MARCH 24, 2015, AND (II) WAIVING CERTAIN
REQUIREMENTS OF LOCAL RULE 2016-2**

**PLEASE TAKE NOTICE** that on April 20, 2015, the Official Committee of Unsecured Creditors (the "**Committee**") filed the *Application of the Official Committee of Unsecured Creditors for an Order (I) Authorizing the Committee to Retain and Employ Jefferies LLC as Its Investment Banker, Nunc Pro Tunc to March 24, 2015, and (II) Waiving Certain Requirements of Local Rule 2016-2* [Docket No. 318] (the "**Application**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that objections to the Application were timely filed by Bank of America, N.A. [Docket No. 396], Silver Point Finance, LLC [Docket No. 397], and the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") [Docket No. 398].

---

[1]   The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

50481480.1

**PLEASE TAKE FURTHER NOTICE** that the Committee hereby files a revised proposed form of order (the "**Revised Order**") approving the Application, which is attached hereto as <u>Exhibit A</u>.  A blackline comparison showing the changes on the Revised Order compared to the proposed form of order originally filed with the Application is attached hereto as <u>Exhibit B</u>.

**PLEASE TAKE FURTHER NOTICE** that the Revised Order resolves the objection of the Debtors and the informal comments received from the Office of the United States Trustee. The objections of Bank of America, N.A. and Silver Point Finance, LLC remain unresolved.

Dated: June 1, 2015                   Respectfully submitted,

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Sharon L. Levine, Esq.
Andrew Behlmann, Esq.
65 Livingston Avenue
Roseland, NJ  07068
Telephone:  (973) 597-2500
Facsimile:  (973) 597-2400

  -*and* -

Gerald C. Bender, Esq.
Wojciech F. Jung, Esq.
1251 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 262-6700
Facsimile:  (212) 262-7402

*Counsel to the Committee*

  -and-

**POLSINELLI PC**

/s/ *Justin K. Edelson*
Christopher A. Ward (DE Bar No. 3877)
Justin K. Edelson (DE Bar No. 5002)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone:  (302) 252-0920
Facsimile:  (302) 252-0921
*Delaware Counsel to the Committee*

2

50481480.1