**<u>EXHIBIT A</u>**

Liquidity Certificate

(Copy attached)



**EXHIBIT K**

**LIQUIDITY CERTIFICATE**
February 1, 2014

Bank of America, N.A., as Agent

_____

_____

Attention: __Andrew Doherty__ _____

    1.     The undersigned, the chief financial officer of THE STANDARD REGISTER COMPANY, an Ohio corporation ("SRC"), gives this certificate to Bank of America, N.A. ("Agent") in accordance with the requirements of **Section 9.1.3 (iv)** of that certain Amended and Restated Loan and Security Agreement dated August 1, 2013, among SRC, STANDARD REGISTER INTERNATIONAL, INC. ("SRI"), STANDARD REGISTER TECHNOLOGIES, INC. ("SRT"), IMEDCONSENT, LLC ("iMed"), WORKFLOWONE LLC ("Workflow") and WORKFLOWONE OF PUERTO RICO INC. ("Workflow PR"; and together with SRC, SRI, SRT, iMed and Workflow, each a "Borrower" and collectively, "Borrowers"), Agent and the Lenders referenced therein (as at any time amended, the "Loan Agreement"). Capitalized terms used in this Certificate, unless otherwise defined herein, shall have the meanings ascribed to them in the Loan Agreement.

    1.     The average amount of Liquidity for the Fiscal Month ending

February 1, 2014 was $29,737,979.

    2.     Attached hereto is information delivered pursuant to **Section 9.1.3(v)** supporting the amount set forth above.

    Very truly yours,

_____
Chief Financial Officer

CHL:31170.2

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Customer Name | | **Standard Register** | | | | | | |

Report Date **Jan-15**
Schedule **9.1.3(v)**

| 5 | Date | AR Availability | LOC | Availability | Drawn | Eligible Cash | Net | Liquidity |
|---|---|---|---|---|---|---|---|---|
| Mon | 12/29/2014 | 118,300,630 | 3,570,510 | 114,730,121 | 81,101,346 | | 81,101,346 | 33,628,774 |
| Tue | 12/30/2014 | 118,300,630 | 3,570,510 | 114,730,121 | 80,701,990 | | 80,701,990 | 34,028,130 |
| Wed | 12/31/2014 | 118,300,630 | 3,570,510 | 114,730,121 | 84,701,990 | | 84,701,990 | 30,028,130 |
| Thu | 1/1/2015 | 118,300,630 | 3,570,510 | 114,730,121 | 84,870,902 | | 84,870,902 | 29,859,218 |
| Fri | 1/2/2015 | 118,300,630 | 3,570,510 | 114,730,121 | 83,881,102 | | 83,881,102 | 30,849,018 |
| Sat | 1/3/2015 | 118,300,630 | 3,570,510 | 114,730,121 | 83,881,102 | | 83,881,102 | 30,849,018 |
| Sun | 1/4/2015 | 118,300,630 | 3,570,510 | 114,730,121 | 83,881,102 | | 83,881,102 | 30,849,018 |
| Mon | 1/5/2015 | 118,300,630 | 3,570,510 | 114,730,121 | 82,198,047 | | 82,198,047 | 32,532,074 |
| Tue | 1/6/2015 | 118,300,630 | 3,570,510 | 114,730,121 | 81,808,047 | | 81,808,047 | 32,922,074 |
| Wed | 1/7/2015 | 118,300,630 | 3,570,510 | 114,730,121 | 80,758,047 | | 80,758,047 | 33,972,074 |
| Thu | 1/8/2015 | 118,300,630 | 3,570,510 | 114,730,121 | 81,858,047 | | 81,858,047 | 32,872,074 |
| Fri | 1/9/2015 | 118,300,630 | 3,570,510 | 114,730,121 | 86,358,047 | | 86,358,047 | 28,372,074 |
| Sat | 1/10/2015 | 118,300,630 | 3,570,510 | 114,730,121 | 86,358,047 | | 86,358,047 | 28,372,074 |
| Sun | 1/11/2015 | 118,300,630 | 3,570,510 | 114,730,121 | 86,358,047 | | 86,358,047 | 28,372,074 |
| Mon | 1/12/2015 | 118,300,630 | 3,570,510 | 114,730,121 | 83,308,047 | | 83,308,047 | 31,422,074 |
| Tue | 1/13/2015 | 118,300,630 | 3,570,510 | 114,730,121 | 83,408,047 | | 83,408,047 | 31,322,074 |
| Wed | 1/14/2015 | 118,300,630 | 3,570,510 | 114,730,121 | 83,108,047 | | 83,108,047 | 31,622,074 |
| Thu | 1/15/2015 | 118,300,630 | 3,570,510 | 114,730,121 | 89,608,047 | | 89,608,047 | 25,122,074 |
| Fri | 1/16/2015 | 120,296,334 | 3,570,510 | 116,725,825 | 88,043,047 | | 88,043,047 | 28,682,778 |
| Sat | 1/17/2015 | 120,296,334 | 3,570,510 | 116,725,825 | 88,043,047 | | 88,043,047 | 28,682,778 |
| Sun | 1/18/2015 | 120,296,334 | 3,570,510 | 116,725,825 | 88,043,047 | | 88,043,047 | 28,682,778 |
| Mon | 1/19/2015 | 120,296,334 | 3,570,510 | 116,725,825 | 88,043,047 | | 88,043,047 | 28,682,778 |
| Tue | 1/20/2015 | 120,296,334 | 3,570,510 | 116,725,825 | 91,310,764 | | 91,310,764 | 25,415,061 |
| Wed | 1/21/2015 | 120,296,334 | 3,570,510 | 116,725,825 | 88,195,658 | | 88,195,658 | 28,530,166 |
| Thu | 1/22/2015 | 120,296,334 | 3,570,510 | 116,725,825 | 86,688,699 | | 86,688,699 | 30,037,125 |
| Fri | 1/23/2015 | 120,296,334 | 3,570,510 | 116,725,825 | 90,850,194 | | 90,850,194 | 25,875,630 |
| Sat | 1/24/2015 | 120,296,334 | 3,570,510 | 116,725,825 | 90,850,194 | | 90,850,194 | 25,875,630 |
| Sun | 1/25/2015 | 120,296,334 | 3,570,510 | 116,725,825 | 90,850,194 | | 90,850,194 | 25,875,630 |
| Mon | 1/26/2015 | 120,296,334 | 3,570,510 | 116,725,825 | 91,105,440 | | 91,105,440 | 25,620,385 |
| Tue | 1/27/2015 | 120,296,334 | 3,570,510 | 116,725,825 | 89,220,791 | | 89,220,791 | 27,505,033 |
| Wed | 1/28/2015 | 120,296,334 | 3,570,510 | 116,725,825 | 89,194,896 | | 89,194,896 | 27,530,929 |
| Thu | 1/29/2015 | 120,296,334 | 3,570,510 | 116,725,825 | 87,443,789 | | 87,443,789 | 29,282,035 |
| Fri | 1/30/2015 | 120,296,334 | 3,570,510 | 116,725,825 | 84,207,019 | | 84,207,019 | 32,518,805 |
| Sat | 1/31/2015 | 120,296,334 | 3,570,510 | 116,725,825 | 84,207,019 | | 84,207,019 | 32,518,805 |
| Sun | 2/1/2015 | 120,296,334 | 3,570,510 | 116,725,825 | 84,207,019 | | 84,207,019 | 32,518,805 |

**Average Liquidity** **29,737,979**

BOASRC 001715