**EXHIBIT B**

UCC Financing Statement for Standard Register

(Copy attached)

Initial Financing Statement

| | |
|---|---|
| UCC FINANCING STATEMENT | File Number: OH00169251154<br>Date Filed: 08/01/2013 01:47 PM<br>Jon Husted<br>Ohio Secretary of State |

**NAME & PHONE OF CONTACT AT FILER**
UCC EZFILE          PHONE  888-575-3822    FAX  916-564-7900

**EMAIL CONTACT AT FILER**
ucc@ezfilesupport.com

**SEND ACKNOWLEDGMENT TO: (Name and Address)**
UCC EZFILE
2020 HURLEY WAY
SACRAMENTO, CA 95825

### DEBTOR'S NAME

**ORGANIZATION'S NAME**
THE STANDARD REGISTER COMPANY

**INDIVIDUAL'S SURNAME**

**FIRST PERSONAL NAME**

**ADDITIONAL NAME(S)/INITIAL(S)**          **SUFFIX**

| MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 600 ALBANY STREET | DAYTON | OH | 45417 | US |

**SECURED PARTY'S NAME**   ☐ ASSIGNOR SECURED PARTY'S NAME

**ORGANIZATION'S NAME**
BANK OF AMERICA, N.A., AS AGENT

**INDIVIDUAL'S SURNAME**

**FIRST PERSONAL NAME**

**ADDITIONAL NAME(S)/INITIAL(S)**          **SUFFIX**

| MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 300 GALLERIA PARKWAY, SUITE 800 | ATLANTA | GA | 30339 | US |

This FINANCING STATEMENT covers the following Collateral:

All assets of the Debtor now owned or at any time hereafter acquired or in which the Debtor now has or at any time in the future may acquire any interest and all proceeds thereof.

Check only if applicable and check only one box: Collateral is   ☐ held in a Trust   ☐ being administered by a Decedent's Personal Representative

Check only if applicable and check only one box:

☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

Check only if applicable and check only one
☐ Agricultural Lien   ☐ Non-UCC Filing

**ALTERNATIVE DESIGNATION**
☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

**OPTIONAL FILER REFERENCE DATA:**
OH Secretary of State
(003163.07053)

☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

| This FINANCING | ☐ covers timber to be cut | ☐ covers as-extracted collateral | ☐ is filed as a fixture filing |

Name and address of a RECORD OWNER of real estate (if Debtor does not have a record interest):

Description of Real Estate

**MICELLANEOUS:**

BOASRC 001649