**EXHIBIT D**

UCC Financing Statement for Standard Register of Puerto Rico

(Copies attached)

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
UCC ADMIN    9165647800

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

UCC EZFILE
2020 HURLEY WAY STE. 350
SACRAMENTO CA 95825

*DELAWARE DEPARTMENT OF STATE*
*U.C.C. FILING SECTION*
*FILED 12:47 PM 08/01/2013*
*INITIAL FILING # 2013 2994771*
*SRV: 130943927*

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

- **1a. ORGANIZATION'S NAME:** WORKFLOWONE OF PUERTO RICO INC.
- **1c. MAILING ADDRESS:** 220 E. MONUMENT AVENUE
- **CITY:** DAYTON
- **STATE:** OH
- **POSTAL CODE:** 45402
- **COUNTRY:** US
- **1e. TYPE OF ORGANIZATION:** CORPORATION
- **1f. JURISDICTION OF ORGANIZATION:** DE

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - (blank)

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P)

- **3a. ORGANIZATION'S NAME:** BANK OF AMERICA, N.A., AS AGENT
- **3c. MAILING ADDRESS:** 300 GALLERIA PARKWAY, SUITE 800
- **CITY:** ATLANTA
- **STATE:** GA
- **POSTAL CODE:** 30339
- **COUNTRY:** US

**4. This FINANCING STATEMENT covers the following collateral:**

All assets of the Debtor now owned or at any time hereafter acquired or in which the Debtor now has or at any time in the future may acquire any interest and all proceeds thereof.

**8. OPTIONAL FILER REFERENCE DATA**
DE Secretary of State (003163.07053)

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Natalie Jones (704) 350-7700

B. E-MAIL CONTACT AT FILER (optional)
nsjones@winston.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Winston & Strawn LLP
100 North Tryon Street
Suite 2900
Charlotte, NC 28202

```
DELAWARE DEPARTMENT OF STATE
    U.C.C. FILING SECTION
  FILED 04:16 PM 07/16/2014
  INITIAL FILING # 2013 2994771
  AMENDMENT     # 2014 2828085
       SRV: 140962670
```

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
**2013 2994771 (8/1/13)**

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security Interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☑ **PARTY INFORMATION CHANGE:**
Check one of these two boxes: This Change affects ☑ Debtor or ☐ Secured Party of record
AND Check one of these three boxes to:
☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)
6a. ORGANIZATION'S NAME
**WORKFLOWONE OF PUERTO RICO INC.**
6b. INDIVIDUAL'S SURNAME / FIRST PERSONAL NAME / ADDITIONAL NAME(S)/INITIAL(S) / SUFFIX

7. CHANGED OR ADDED INFORMATION:
7a. ORGANIZATION'S NAME
**STANDARD REGISTER OF PUERTO RICO INC.**
7b. INDIVIDUAL'S SURNAME
INDIVIDUAL'S FIRST PERSONAL NAME
INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) / SUFFIX

7c. MAILING ADDRESS: **220 E. MONUMENT AVENUE**  CITY: **DAYTON**  STATE: **OH**  POSTAL CODE: **45402**  COUNTRY: **USA**

8. ☐ COLLATERAL CHANGE: Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:
9a. ORGANIZATION'S NAME
**BANK OF AMERICA, N.A., AS AGENT**

10. OPTIONAL FILER REFERENCE DATA:
File with - Delaware Secretary of State

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)
International Association of Commercial Administrators (IACA)