## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused copies of the within and foregoing **OBJECTION OF BANK OF AMERICA, N.A., TO COMMITTEE'S MOTION FOR STANDING TO COMMENCE AND PROSECUTE CLAIMS ON BEHALF OF DEBTORS' ESTATES** to be served by first class mail, postage prepaid, upon the parties listed in the attached service list.

                                             */s/ Joseph C. Barsalona II*
                                             Joseph C. Barsalona II (No. 6102)

**SERVICE LIST**

| | |
|---|---|
| Sarah E. Pierce, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER<br>  & FLOM LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, Delaware  19899 | Ron E. Meisler, Esq.<br>Albert L. Hogan III, Esq.<br>Carl T. Tullson, Esq.<br>Christopher M. Dressel, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER<br>  & FLOM LLP<br>155 North Wacker Drive<br>Chicago, Illinois  60606 |
| Kenneth A. Rosen, Esq.<br>Sharon L. Levine, Esq.<br>LOWENSTEIN SANDLER LLP<br>65 Livingston Avenue<br>Roseland, New Jersey 07068 | Christopher A. Ward, Esq.<br>Justin K. Edelson, Esq.<br>POLSINELLI PC<br>222 Delaware Avenue<br>Suite 1101<br>Wilmington, Delaware 19801 |
| Michael R. Nestor, Esq.<br>Kara Hammond Coyle, Esq.<br>Maris J. Kandestin, Esq.<br>Andrew L. Magaziner, Esq.<br>YOUNG CONAWAY STARGATT<br>  & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware  19801 | Michael A. Rosenthal, Esq.<br>Robert A. Klyman, Esq.<br>Samuel A. Newman, Esq.<br>Jeremy L. Graves, Esq.<br>Sabina Jacobs, Esq.<br>GIBSON, DUNN & CRUTCHER, LLP<br>333 South Grand Avenue<br>Los Angeles, California 90071 |
| Gerald C. Bender, Esq.<br>LOWENSTEIN SANDLER LLP<br>1251 Avenue of the Americas<br>New York, New York  10020 | Mark S. Kenney, Trial Attorney<br>OFFICE OF THE UNITED STATES<br>TRUSTEE<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801 |