# EXHIBIT A
Prepetition Term Loans - Unencumbered Assets[1]

The Unencumbered Assets include the following property:

**I.   Deposit Accounts:**

| Account Holder | Deposit Account # | Depository Bank | Balance as of Petition Date |
|---|---|---|---|
| The Standard Register Company | 5541 | Bank of America | $477,231.88 |
| The Standard Register Company | 5558 | Bank of America | $154,778.58 |
| The Standard Register Company | 5566 | Bank of America | $54,199.40 |
| The Standard Register Company | 4073 | Bank of America | $0 |
| The Standard Register Company | 4086 | Bank of America | $0 |
| The Standard Register Company | 4109 | Bank of America | $23,091.78 |
| The Standard Register Company | 4112 | Bank of America | $0 |
| The Standard Register Company | 4125 | Bank of America | $840.42 |
| The Standard Register Company | 4138 | Bank of America | $0 |
| The Standard Register Company | 4141 | Bank of America | $4,661,67 |
| The Standard Register Company | 4154 | Bank of America | $0 |

---

[1] Unless otherwise noted, values ascribed to the Term Unencumbered Assets are as set forth in the Debtors' Schedules of Assets and Liabilities filed in the Chapter 11 Cases on May 11, 2015.

| Account Holder | Deposit Account # | Depository Bank | Balance as of Petition Date |
|---|---|---|---|
| The Standard Register Company | 4167 | Bank of America | $97,688.85 |
| The Standard Register Company | 4170 | Bank of America | $0 |
| The Standard Register Company | 6268 | Bank of America | $84,449.81 |
| The Standard Register Company | 2581 | Fifth Third Bank | $0 |
| The Standard Register Company | 2304 | Santander Bank | $0 |
| The Standard Register Company | 4086 | TD Bank | $25,530.97 |
| Standard Register Holding, S.de R.L. de C.V. | 1474 | Bank of America | $500 |
| Standard Register Holding S. de R.L. de C.V. | 1815 | Banamex | $874.42 |
| Standard Register Holding S. de R.L. de C.V. | 6637 | Banamex | $540.05 |
| Standard Register de Mexico S. de R.L de C.V. | 1487 | Bank of America | $500 |
| Standard Register de Mexico S. de R.L. de C.V. | 7856 | Banamex | $32,784.22 |
| Standard Register de Mexico S. de R.L. de C.V. | 6661 | Banamex | $61,339.18 |
| Standard Register Servicios S. de R.L. de C.V. | 1490 | Bank of America | $500 |
| Standard Register Servicios S. de R.L. de C.V. | 3370 | Banamex | $13,296.95 |
| Standard Register Technologies, Inc. | 6912 | Royal Bank of Canada | $4,000 |
| iMedConsent, LLC | 9201 | First Citizens Bank | $90,000.00 |

| Account Holder | Deposit Account # | Depository Bank | Balance as of Petition Date |
|---|---|---|---|
| iMedConsent, LLC | 3101 | First Citizens Bank | $0 |
| iMedConsent, LLC | 4201 | First Citizens Bank | $0 |

II.  **Real Estate:**

| Address of Property | Record Owner | Value of Debtors' Interest in Property |
|---|---|---|
| 1803 Rocky River Road, Monroe, Union County, North Carolina | The Standard Register Company | $468,130.92 |
| 2142 South Dixie Boulevard, Radcliff, Hardin County, Kentucky | The Standard Register Company | $1,057,618.10 |
| 151 Mount Zion Road, York, York County, Pennsylvania | The Standard Register Company | $1,098,289.60 |
| 600 Albany Street & 120 Campbell Street & adjacent properties, Dayton, Montgomery County, Ohio | The Standard Register Company | $7,091,000.90 |
| 325 Butler Drive, Murfreesboro, Rutherford County, Tennessee | The Standard Register Company | $846,043.82 |
| 1750 Miller Avenue, Shelbyville, Shelby County, Indiana | The Standard Register Company | $493,698.33 |
| 3655 S. School Avenue, Fayetteville, Washington County, Arizona | The Standard Register Company | $529,347.28 |
| 1251 N. Fruitridge Avenue, Terre Haute, Virgo County, Indiana | The Standard Register Company | Undetermined |

| | | |
|---|---|---|
| 5775 Brisa Street, Livermore, Alameda County, California | The Standard Register Company | $6,835,474.60 |
| 1302 Eisenhower Drive, Goshen, Elkhart County, Indiana | The Standard Register Company | $1,808,222.90 |
| 325 Busser Road, Manchester Township, York County, Pennsylvania | The Standard Register Company | $2,200,000[2] |

Including Construction in Process/Various Capital Projects identified by the Debtors on their Schedule B35 filed in the Bankruptcy Case on May 11, 2015

### III.  Motor Vehicles:

| Vehicle | Vin No./Serial No. | Cost New | Debtor |
|---|---|---|---|
| 2011 Toyota Camry | 4T1BK3EK4BU618511 | $22,390 | The Standard Register Company |
| 2012 Chevrolet Equinox | 2GNFLEE58C6240435 | $27,283 | The Standard Register Company |
| 2011 Chevrolet Equinox | 2CNFLEE53B6273006 | $27,298 | The Standard Register Company |
| 2011 Chevrolet Equinox | 2CNFLEE53B6267609 | $27,374 | The Standard Register Company |
| 2012 Chevrolet Equinox | 2GNFLDE55C6283253 | $25,861 | The Standard Register Company |
| 2011 Chevrolet Equinox | 2CNFLEE52B6270209 | $26,394 | The Standard Register Company |
| 2011 Chevrolet Equinox | 2CNFLEE51B6301742 | $26,998 | The Standard Register Company |
| 2011 Chevrolet | 2CNFLNE56B6444444 | $32,140 | The Standard |

---

[2]  Amount based on postpetition sale price [D.I. 450].

| | | | |
|---|---|---|---|
| Equinox | | | Register Company |
| 2012 Chevrolet Equinox | 2GNFLEE59C6227158 | $27,246 | The Standard Register Company |
| 2007 Isuzu Box Deliver | JALC4B16X77007716 | $25,000 | The Standard Register Company |
| 1990 Chevy Astro Van | 1GNDM15Z8LB119336 | Unknown | The Standard Register Company |
| 2013 Freightliner Box Delivery | 3ALACEDU6EDRU8358 | $77,338 | The Standard Register Company |
| 1999 Ford Box Delivery | 3FENF8015XMA10971 | $36,745 | The Standard Register Company |
| 1996 Ford Van | 1FTFE24H2THA46099 | Unknown | The Standard Register Company |

**IV.    Intellectual Property:**

- All of the copyrights owned by the Debtors and registered (or pending registration) with the United States Copyright Office, including, but not limited to, those copyrights listed in Schedule B22 to the Debtors' Schedules filed in the Bankruptcy Case on May 11, 2015.

**V.    Commercial Tort Claims:**

- All commercial tort claims asserted by, that could be asserted by, or are available to the Debtors including, but not limited to, those listed in Schedule B21 to the Debtors' Schedules filed in the Bankruptcy Case on May 11, 2015.

**VI.    Tax Refunds:**

The following tax refunds and tax credits, as identified on Schedules B18 and B21 of the Debtors' Schedules filed in the Bankruptcy Case on May 11, 2015, and any and all other tax refunds and tax credits, including tax refunds due to the use of net operating losses:

| **Debtor** | **Tax Refund** | **Value of Debtor's Interest** |
|---|---|---|
| The Standard Register Company | California Sales and Use Tax Credit from 2014 | $8,807.69 |
| The Standard Register | Michigan Business Tax | Undetermined |

| | | |
|---|---|---|
| Company | Refunds from 2014 | |
| The Standard Register Company | Ohio Sales and Use Tax Credits from 2014 | $220,717.66 |
| The Standard Register Company | Ohio Sales and Use Tax Credits from 2014 | $252,200.19 |
| The Standard Register Company | California Sales and Use Tax Credits from 2014 | $133,000 |
| The Standard Register Company | IRS Alternative Minimum Tax Refund 2014 | $82,000 |
| The Standard Register Company | Ohio Tax Refund 2014 | Undetermined |
| The Standard Register Company | Various State Sales and Use Tax Credit from 2014 | Undetermined |

### VII. Foreign Equity:

- Any and all equity interest in Standard Register Technologies Canada ULC, which is wholly owned by Standard Register Technologies, Inc.
- 35% of the equity of the following companies:
    - Standard Register Holding, S. de R.L. de C.V., which is 90% owned by Standard Register Mexico Holding Company and 10% owned by Standard Register Holding Company;
    - Standard Register Servicios, S. de R.L. de C.V., which is 99.97% owned by Standard Register Holding, S. de R.L. de C.V. and .03% owned by Standard Register Mexico Holding Company;
    - Standard Register de Mexico, S. de R.L. de C.V., which is 99.97% owned by Standard Register Holding, S. de R.L. de C.V. and .03% owned by Standard Register Mexico Holding Company;
    - Standard Register Holding Company, which is wholly owned by The Standard Register Company; and
    - Standard Register Mexico Holding Company, which is wholly owned by The Standard Register Company

### VIII. Foreign Inventory and Equipment:

| Owner | Inventory | Value |
|---|---|---|
| Standard Register Servicios, S. de R.L. de C.V. | Computer Software/Monterrey | $797.08 |
| Standard Register of Puerto | Finished Goods | $512,573.60 |

| | | |
|---|---|---|
| Rico Inc. | | |
| Standard Register de Mexico, S. de R.L. de C.V. | Furniture and Fixtures/Monterrey | $1,189 |
| | Computer Software/Monterrey | $2,576.64 |
| | Machinery and Equipment/Monterrey | $27,260 |
| | Finished Goods Inventory | $1,034,516.08 |
| | Raw Material | $405,773.40 |

**IX.  Life Insurance Policies:**

| Policy | Value of Debtor's Interest in Property |
|---|---|
| Corporate Owned Life Insurance Policy; Case No CVL106 (includes 73 individual policies), Nationwide Life, Nationwide Plaza, 1-11-401, Columbus, OH 43215; Policy Owner and Beneficiary is Standard Register Deferred Compensation Plan Trust u/t/d 3/20/1998, Key Bank NA, as Trustee | Cash Surrender Value: $1,534,300.05; Death Benefit: $3,907,091.20 |
| Corporate Owned Life Insurance Policy; Case No. CFL175 (includes 29 individual policies), Nationwide Life, Nationwide Plaza, 1-11-401, Columbus, OH 43215; Policy Owner and Beneficiary is Standard Register Deferred Compensation Plan Trust u/t/d 3/20/1998, Key Bank NA, as Trustee | Cash Surrender Value: $2,117,589.25; Death Benefit: $3,907,091.20 |
| Life Insurance Policy with Grupo Nacional Provincial, owned by Standard Register Servicios S. de R.L. de C.V. | Undetermined |

**X.  Assets of the Following Entities:**

Any and all assets owned by:
- Standard Register Holding Company, which is wholly owned by The Standard Register Company;
- Standard Register Mexico Holding Company, which is wholly owned by The Standard Register Company;
- Standard Register Holding, S. de. R.L. de C.V., which is 90% owned by Standard Register Mexico Holding Company and 10% owned by Standard Register Holding Company;

- Standard Register Servicios, S. de R.L. de C.V., which is 99.97% owned by Standard Register Holding, S. de R.L. de C.V. and .03% owned by Standard Register Mexico Holding Company;
- Standard Register de Mexico, S. de R.L de C.V., which is 99.97% owned by Standard Register Holding, S. de R.L. de C.V. and .03% owned by Standard Register Mexico Holding Company; and
- Standard Register Technologies Canada ULC, which is wholly owned by Standard Register Technologies, Inc.

## XI. Deposits:

Any and all deposits, including security deposits, identified on the Schedule B3 and B35 of the Debtors' Schedules filed in the Bankruptcy Case on May 11, 2015, including the following:

- Security deposit of The Standard Register Company, in the aggregate amount of $3,971,643.06;
- Security deposit of Standard Register de Mexico, S. de R.L. de C.V., in the aggregate amount of $27,987.45;
- Prepaid rent of The Standard Register Company, in the aggregate amount of $1,300,925; and
- Prepaid maintenance contracts for IT and Equipment, in the aggregate amount of $5,541,312.

## XII. Leasehold, Improvement Interests:

Any and all leasehold interests identified on Schedule B35 of the Debtors' Schedules filed in the Bankruptcy Case on May 11, 2015, including the following:

| Description and Location of the Property | Debtor | Value of Debtors' Interest in Property |
|---|---|---|
| Leasehold Improvements/Various Locations | The Standard Register Company | $3,797,489.17 |
| Construction in Process/Various Capital Projects | The Standard Register Company | $9,766,279 |