## **EXHIBIT B**

**Certificate of Cancellation of WFSR Holdings, LLC**



PAGE  1

*The First State*

    *I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF CANCELLATION OF "WFSR HOLDINGS, LLC", FILED IN THIS OFFICE ON THE THIRTIETH DAY OF DECEMBER, A.D. 2014, AT 10:20 O'CLOCK A.M.*

    *AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF CANCELLATION IS THE THIRTY-FIRST DAY OF DECEMBER, A.D. 2014.*

*4920294  8100*

*141597878*

AUTHENTICATION: *2001597*

Jeffrey W. Bullock, Secretary of State

DATE: *12-31-14*

You may verify this certificate online
at corp.delaware.gov/authver.shtml

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 10:57 AM 12/30/2014*
*FILED 10:20 AM 12/30/2014*
*SRV 141597878 - 4920294 FILE*

CERTIFICATE OF CANCELLATION

OF

WFSR HOLDINGS, LLC

IT IS HEREBY CERTIFIED that:

1. The name of the limited liability company (hereinafter called the "Company") is ' WFSR HOLDINGS, LLC

2. The date of filing of the certificate of formation of the Company in the Office of the Secretary of State of the State of Delaware was December 28, 2010.

3. The reason for filing the certificate of cancellation is:

The dissolution and the completion of the winding up of the Company.

4. The effective time of the cancellation herein certified shall be December 31, 2014

EXECUTED on this 26th day of December, 2014.

By: _____
Name: Anthony Di Nello
Title: Authorized Signatory