## **CERTIFICATE OF SERVICE**

I, Sarah E. Pierce, hereby certify that on June 1, 2015, I caused the foregoing *Objection Of Silver Point Finance, LLC To Motion Of The Official Committee Of Unsecured Creditors For An Order Granting The Committee Standing To Commence And Prosecute Certain Actions On Behalf Of The Debtors' Estates* to be served on the parties listed in the manner indicated.

Michael R. Nestor, Esq.
Kara Hammond Coyle, Esq.
Maris J. Kandestin, Esq.
Andrew Magaziner, Esq.
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
**By Hand Delivery**

Robert A. Klyman, Esq.
Samuel A. Newman, Esq.
Jeremy L. Graves, Esq.
Sabina Jacobs, Esq.
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071-1512
**By Overnight Courier**

Christopher A. Ward, Esq.
Justin K. Edelson, Esq.
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE  19801
**By Hand Delivery**

Mark S. Kenney, Esq.
Office of the United States Trustee
Lockbox 35
844 North King Street, Room 2207
Wilmington, Delaware 19801
**By Hand Delivery**

Kenneth A. Rosen, Esq.
Sharon L. Levine, Esq.
Lowenstein Sandler LLP
65 Livingston Avenue
Roseland, NJ  07068
**By Overnight Courier**

Gerald C. Bender, Esq.
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, NY 10020
**By Overnight Courier**

*/s/ Sarah E. Pierce*
Sarah E. Pierce