**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*, | : | Case No. 15-10541 (BLS) |
| | : | (Jointly Administered) |
| Debtors. | : | **Re: Docket No. 318, 396, 397, 398, 575** |

**CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER (I) AUTHORIZING THE COMMITTEE TO RETAIN AND EMPLOY JEFFERIES LLC AS ITS INVESTMENT BANKER, *NUNC PRO TUNC* TO MARCH 24, 2015 AND (II) WAIVING CERTAIN REQUIREMENTS OF LOCAL RULE 2016-2**

The undersigned counsel for Silver Point Finance, LLC, as administrative agent under the Term DIP Loan Agreement, the Prepetition First Lien Credit Agreement, and the Prepetition Second Lien Credit Agreement (in such capacities, the "**Agent**") hereby certifies as follows:

On April 20, 2015, the Official Committee of Unsecured Creditors (the "**Committee**") in the above-captioned bankruptcy cases filed the Application of the Official Committee of Unsecured Creditors for an Order (I) Authorizing the Committee to Retain and Employ Jefferies LLC as Its Investment Banker, *Nunc Pro Tunc* to March 24, 2015, and (II) Waiving Certain Requirements of Local Rule 2016-2 (Docket No. 318) (the "**Jefferies Application**").

Bank of America, N.A. (the "**ABL Agent**") (Docket No. 396), the Agent (Docket No. 397), and the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") (Docket No. 398) filed timely objections to the Jefferies Application.

A hearing on the Jefferies Application and the objections thereto was held on May 12, 2015 (the "**Hearing**").

On June 1, 2015, the Committee filed the Notice of Filing of Revised Proposed Order (I) Authorizing the Committee to Retain and Employ Jefferies LLC as Its Investment Banker, *Nunc Pro Tunc* to March 24, 2015, and (II) Waiving Certain Requirements of Local Rule 2016-2 (Docket No. 575), purporting to resolve the Debtors' objection to the Jefferies Application and informal comments from the Office of the United States Trustee and attaching as Exhibit A thereto a proposed order granting the Application (the "**Committee Proposed Order**").

The Committee Proposed Order has not been consented to by the Agent, does not resolve the Agent's objection to the Jefferies Application and is not acceptable to the Agent. The Agent does not believe that the Committee Proposed Order comports with the Court's ruling at the Hearing.[1]

Consistent with the Court's ruling on the Jefferies Application at the Hearing, the Agent respectfully requests that this Court enter the order annexed as Exhibit 1 hereto (the

---

[1] *See* Hr'g Tr. at 98:13-15, *In re Standard Register Co.*, No 15-10541 (BLS) (Bankr. D. Del. May 12, 2015) (noting that the Court "will not approve a 328(a) retention, as it relates to a sale or transaction fee for Jefferies").

"**Agent Proposed Order**"). The Agent has consulted with the ABL Agent, who consents to the Agent Proposed Order. A redline showing the differences between the Agent Proposed Order and the Committee Proposed Order is annexed hereto as Exhibit 2.

DATED:   Wilmington, Delaware
         June 2, 2015

                            SKADDEN, ARPS, SLATE, MEAGHER
                                & FLOM LLP

By:   */s/ Sarah E. Pierce*
      Sarah E. Pierce (I.D. No. 4648)
      One Rodney Square
      P.O. Box 636
      Wilmington, Delaware 19899-0636
      Telephone: (302) 651-3000
      Fax: (302) 651-3001

      - and -

      Ron E. Meisler
      Albert L. Hogan III
      Christopher M. Dressel
      Carl T. Tullson
      155 North Wacker Drive
      Chicago, Illinois 60606
      Telephone: (312) 407-0700
      Fax: (312) 407-041

      *Attorneys for Silver Point Finance, LLC*