

# Multnomah County

## DIVISION OF ASSESSMENT, RECORDING & TAXATION

| TAX COLLECTIONS | |
|---|---|
| 501 SE HAWTHORNE BLVD., ROOM 175 | PHONE   (503) 988-3334 |
| PORTLAND, OREGON 97214 | FAX       (503) 988-5325 |

May 26, 2015

Clerk
US Bankruptcy Court
District of Delaware
824 North Market Street, 3rd floor
Wilmington, DE 19801

| In re | Chapter 11 |
|---|---|
| THE STANDARD REGISTER COMPANY, et al. | Case No. 15-10541 |
| Debtor. | |

### NOTICE OF SALE, SALE PROCEDURES, AUCTION AND SALE HEARING

Multnomah County has no objection to the sale or auction of the assets of the above referenced bankruptcy case, so long as the total amount of taxes assessed and interest accrued to date of disbursement are impressed as a lien on the proceeds of the sale.

    Please note that taxes on personal property shall be a lien on July 1 of the assessment year beginning January 1, which corresponds to the tax year beginning July 1 of the same calendar year. If taxable personal property is removed from the county in which it is assessed, or is sold or otherwise transferred to another owner, on or after January 1 and before July 1 of the assessment year, taxes on the removed, sold or transferred personal property shall be a lien on the personal property described in subsection (3) (a) (A) of this section that attaches as of the day preceding the date of removal, sale or transfer per ORS311.405 (5) (a).

    Today Multnomah County filed a proof of claim in the amount of $460.02 for personal property located at 4380 SW Macadam Ave, RM 123, Portland, OR 97239; a copy of which is attached.

_____
Angelika Loomis, Bankruptcy/Registered Agent


| | |
|---|---|
| 1 | Mark D. Collins, Esq. |
| 2 | Richard Layton & Finger |
| | One Rodney Square |
| 3 | 920 North King Street |
| | Wilmington, DE 19801 |
| 4 | |
| 5 | |
| 6 | DATED: May 26, 2015 |
| 7 | |
| 8 | MULTNOMAH COUNTY, OREGON |
| 9 | |
| 10 | By _[signature]_____ |
| 11 | Angelika Loomis |
| | Registered Agent |

2 – CERTIFICATE OF SERVICE

Multnomah County
501 SE Hawthorne, #175
Portland, Oregon 97214
(503) 988-3334

## CERTIFICATE OF SERVICE

I certify that on May 26, 2015, I served by first class mail a full true and correct copy of the foregoing limited Objection on the following:

Clerk
US Bankruptcy Court
District of Delaware
824 N Market St. 3rd Floor
Wilmington, DE 19801

Barbara Becker, Esq.
Michael A. Rosenthal, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166

Michael R. Nestor, Esq.
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

Sharon L. Levine, Esq.
Wojciech F. Jung, Esq.
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, NY 10020

Ron Meisler, Esq.
Christopher M. Dressel, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
15 5 N. Wacker Drive
Chicago, IL 60606

Edward Dobbs, Esq.
James S. Rankin Jr., Esq.
Parker, Hudson, Rainer & Dobbs LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, GA 30303

1 – CERTIFICATE OF SERVICE

B10 (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT — District of Delaware | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor:<br>STANDARD REGISTER COMPANY | Case Number:<br>15-10541 | |

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Multnomah County - DART

Name and address where notices should be sent:
Multnomah County - DART
Assessment, Recording & Taxation
P.O. BOX 2716, Portland, OR 97208-2716

Telephone number: (503) 988-3334    email:

Name and address where payment should be sent (if different from above):
Multnomah County - DART
Assessment, Recording & Taxation
P.O. BOX 2716, Portland, OR 97208-2716

Telephone number:    email:

**COURT USE ONLY**

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number:_____
(*If known*)

Filed on:_____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. **Amount of Claim as of Date Case Filed:**    $               460.02

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. **Basis for Claim:** PROPERTY TAXES - 2015/16 P535164
   (See instruction #2)

3. Last four digits of any number by which creditor identifies debtor:
   N / A

3a. Debtor may have scheduled account as:
   _____
   (See instruction #3a)

3b. Uniform Claim Identifier (optional):
   __ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __
   (See instruction #3b)

4. **Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☑ Other
Describe: Personal Property

Value of Property: $   20,450.00

Annual Interest Rate 16.000 %  ☐ Fixed  or  ☐ Variable
(when case was filed)

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:
$       460.02

Basis for perfection: _____

Amount of Secured Claim:  $_____

Amount Unsecured:  $       460.02

5. **Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(__).

Amount entitled to priority:
$_____

*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

B10 (Official Form 10) (04/13) 2

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. *(See instruction #7, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**8. Signature:** (See instruction #8)

Check the appropriate box.

☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Angelika Loomis
Title: Registered Agent
Company: Multnomah County - DART
Address and telephone number (if different from notice address above):

(Signature)    5-26-15 (Date)

Telephone number:        email:

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## INSTRUCTIONS FOR PROOF OF CLAIM FORM
*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*
**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district in which the bankruptcy case was filed (for example, Central District of California), the debtor's full name, and the case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**3b. Uniform Claim Identifier:**
If you use a uniform claim identifier, you may report it here. A uniform claim identifier is an optional 24-character identifier that certain large creditors use to facilitate electronic payment in chapter 13 cases.

**4. Secured Claim:**
Check whether the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See Definitions.) If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. § 507 (a).**
If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest and documents required by FRBP 3001(c) for claims based on an open-end or revolving consumer credit agreement or secured by a security interest in the debtor's principal residence. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**8. Date and Signature:**
The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.

B10 (Official Form 10) (04/13)

3

_____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity to whom debtor owes a debt that was incurred before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment for a debt owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. § 506 (a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien.

A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. § 507 (a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

_____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.



# MULTNOMAH COUNTY   ADVANCE/DEMAND BILLING

*PERSONAL PROPERTY TAXES FISCAL YEAR 2015/16*

ASSESSED AS OF JANUARY 1, 2015

| | |
|---|---|
| TAX ACCOUNT # | P535164 |
| OWNER 1 | STANDARD REGISTER CO INC |
| OWNER 2 | |
| DBA | |
| LOCATION | 4380 SW Macadam Ave, RM 123 |
| | Portland, OR 97239 |
| TYPE OF PROPERTY | SALES - MISC. |

MAIL TO: The Standard Register Company
Claims Processing Center
C/O Prince Clerk LLC
830 3rd Ave, 9th Floor
New York, NY 10022

This statement is being provided for you because your business or residential personal property is selling or is moving out of the County. In 1998 legislation changed the assessment date for personal property to January 1. The owner of record on that date is required to file a personal property return to whatever county they are situated in. The statutory lien "attaches" to the property itself on July 1 **OR ON THE DAY PRECEDING SALE OR DISPOSAL OF THE PROPERTY,** and gives the Collector authority to seize & sell it to satisfy the lien. Taxes are levied in October and will become the debt of the former owner - a tax lien warrant will be issued against them if the tax remains unpaid.

**This is an estimate only.** The assessed value and tax rate, when certified, may be different. Payment of this estimate now will ensure the obligation is satisfied in a fair manner. The 2015/2016 payment covers July 1, 2015 - June 30, 2016. The 2014/2015 amount covers July 1, 2014- June 30, 2015.

**REASON FOR BILLING:**   Chapter 11

| ACCOUNT NUMBER | | LEVY CODE | | DATE |
|---|---|---|---|---|
| P535164 | | | | 05/26/15 |
| **DESCRIPTION** | **ASSESSED VALUE** | | | |
| HOUSEBOAT or MOBILE HOME | | 2014 TAX RATE | | |
| LEASED OR RENTED PROP. | | 20.4500 | | |
| NONINVENTORY SUPPLIES | | ESTIMATED TAX DUE | | $460.02 |
| LIBRARIES | | PENALTY | | $0.00 |
| ALL OTHER PROPERTY | $20,450 | DISCOUNT | | $0.00 |
| ITEM TOTALS | $20,450 | Subtotal | | $460.02 |
| DELINQUENT TAXES OWED | | | | |
| | | TOTAL AMOUNT TO PAY | | $460.02 |

( 1 1/3 PERCENT INTEREST ACCRUES ON THE 16TH OF EVERY MONTH ON ANY DELINQUENT TAX )

Send payment with one copy of this bill to:
Please inform us when paying who should receive
a refund if overpayment results.

TAX COLLECTOR - MULTNOMAH COUNTY
PO BOX 2716
PORTLAND, OR 97208

lr\advance bill 2015

Property: P535164                     \*\*\* **Multnomah County Account Summary** \*\*\*                    Page   1 of 1
                                                                              Printed at: 11:22am  05/26/15

Owner Address:
STANDARD REGISTER CO INC (630876)   Property: P535164   1S1E10DC   -00800   709
TAX DEPARTMENT                      B11 - BANKRUPTCY CHAPTER 11
600 ALBANY ST                       SECTION 10 1S 1E; TL 800
DAYTON, OH  45417


Situs Address:
4380 SW MACADAM AVE, RM 123
PORTLAND, OR 97239

INTEREST AND DISCOUNTS BASED ON A PAYMENT DATE ON OR BEFORE 05/15/2015


                \*\*\* **Fees, Bills & Refunds** \*\*\*

| ID# | Bill ID | Levied Tax | Tax Paid | Interest | Amount Paid | Date Paid |
|---|---|---|---|---|---|---|
| 1. | 2003.283328 0 | 624.30 | 605.57 | <18.73> | 605.57 | 10/30/03 |
| 2. | 2004.284795 0 | 632.33 | 613.36 | <18.97> | 613.36 | 11/01/04 |
| 3. | 2005.283383 0 | 726.27 | 704.48 | <21.79> | 704.48 | 11/07/05 |
| 4. | 2006.287967 0 | 672.72 | 652.54 | <20.18> | 652.54 | 11/11/06 |
| 5. | 2007.234794 0 | 615.64 | 597.17 | <18.47> | 597.17 | 11/05/07 |
| 6. | 2008.300627 0 | 510.18 | 494.87 | <15.31> | 494.87 | 11/03/08 |
| 7. | 2009.302764 0 | 545.11 | 528.76 | <16.35> | 528.76 | 11/03/09 |
| 8. | 2010.302486 0 | 496.29 | 481.40 | <14.89> | 481.40 | 11/03/10 |
| 9. | 2011.301971 0 | 413.95 | 401.53 | <12.42> | 401.53 | 11/15/11 |
| 10. | 2012.300726 0 | 400.96 | 388.93 | <12.03> | 388.93 | 10/29/12 |
| 11. | 2013.296228 0 | 355.40 | 344.74 | <10.66> | 344.74 | 10/28/13 |

| ID# | | Bill ID | Levied Tax | Tax Paid | Interest | Amount Paid | Date Paid |
|---|---|---|---|---|---|---|---|
| 12. | | Current Taxes for bill 2014.297533, Levied tax of 346.38 | | | | | |
| | 1/3 | Nov 17 | 115.46 | 115.46 | | 115.46 | 11/17/14 |
| | 2/3 | Feb 17 | 115.46 | 110.84 | <4.62> | 110.84 | 11/17/14 |
| | 3/3 | May 15 | 115.46 | 109.69 | <5.77> | 109.69 | 11/17/14 |
| | | Total Paid: | | 335.99 | <10.39> | 335.99 | |

           \*\*\*   No taxes are due on this property   \*\*\*