# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Case No. 15-10541 (BLS) |
| | ) | |
| THE STANDARD REGISTER COMPANY, *et al.*, | ) ) | Chapter 11 |
| Debtors. | ) ) | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Rule 9010-1 and the attached certification, the undersigned counsel moves the admission *pro hac vice* of Paula K. Jacobi of Barnes & Thornburg LLP to represent CDK Global, LLC (f/k/a ADP Dealer Services, Inc.) in the above-captioned cases.

BARNES & THORNBURG LLP

*/s/ Kevin G. Collins*
David M. Powlen (DE Bar No. 4978)
Kevin G. Collins (DE Bar No. 5149)
1000 N. West Street, Suite 1500
Wilmington, DE  19801
Telephone: (302) 300-3434
Facsimile: (302) 300-3456
E-Mail:  David.Powlen@btlaw.com
E-Mail:  Kevin.Collins@btlaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ *Paula K. Jacobi*
Paula K. Jacobi
Barnes & Thornburg LLP
One North Wacker Drive
Suite 4400
Chicago, IL 60606-2833
Telephone: (312) 214-4866
Facsimile: (312) 759-5646
E-mail: pjacobi@btlaw.com