UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

THE STANDARD REGISTER COMPANY, et al    Case No. 15-10541 (BLS)

Debtors.    Chapter 11

---

NOTICE OF ENTRY OF APPEARANCE,
REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS AND RESERVATION OF RIGHTS

---

PLEASE TAKE NOTICE that pursuant to 11 U.S.C. §§ 102(1), 342 and Bankruptcy Rules 2002, 9007 and 9010, Colorado Timberline is a creditor and party in interest of the above-captioned debtors and hereby appears through its undersigned counsel in this proceeding, and requests that all notices given or required to be given in this matter be given and served upon:

>Brian D. Milligan, Esq.
>Darling Milligan Horowitz, PC
>1331 17th Street, Suite 800
>Denver, CO 80202
>Telephone: 303.623.9133
>Facsimile: 303.623.9129
>E-mail:    bmilligan@dmhlaw.net

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is not intended to waive any rights of Colorado Timberline, including: (i) Colorado Timberline's right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) Colorado Timberline's right to trial by jury in any proceedings that are triable herein, or in any case, controversy or proceeding related thereto; (iii) Colorado Timberline's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which Pinnacol is or may be entitled under agreement, in law or in equity, all of which rights, claims, defenses, setoffs and recoupments Colorado Timberline expressly reserves.

Dated: June 2, 2015.

Respectfully submitted,

Darling Milligan Horowitz, PC

/s/ Brian D. Milligan
Brian D. Milligan, #15159
*Attorneys for Colorado Timberline*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 2nd day of June, 2015, I caused, via prepaid first class U.S. mail, a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE, REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS AND RESERVATION OF RIGHTS** to be served on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules, which and who are set forth below:

Michael R. Nestor
Young Conaway Stargatt & Taylor
Rodney Square
1000 North King Street
Wilmington, DE 19801
Attorney for Debtor

/s/ Pamela S. Howard
Pamela S. Howard
Paralegal

2