# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, et al.,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket Nos. 569 & 571 |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE § 
§ SS:
NEW CASTLE COUNTY §

Tamara L. Stoner, being duly sworn according to law, deposes and says that she is employed by Bayard, P.A., counsel for Chaotic Moon, LLC, in the above-captioned cases and that on the 29th day of May, 2015, she caused copies of the **Chaotic Moon, LLC's Limited Opposition to Debtors' Motion for (I) an Order (A) Establishing Sale Procedures Relating to the Sale of Substantially All of the Debtors' Assets; (B) Approving Bid Protections; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts; (D) Approving Form and Manner of Notice of All Procedures, Protections, Schedules, and Agreements; (E) Scheduling a Hearing to Consider the Proposed Sale; and (F) Granting Certain Related Relief; and (II) an Order (A) Approving the Sale of Substantially All of the Debtors' Assets and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

{BAY:02716679v1}

Unexpired Leases in Connection with the Sale (Docket No. 569); and **Motion of Chaotic Moon, LLC for Entry of an Order Allowing Late Filing of Objection to Proposed Assumption and Assignment and Cure Amount** (Docket No. 571) to be served upon the parties listed below via hand delivery (local) and first class mail (non-local):

Barbara Becker
Michael A. Rosenthal
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
*(Co-counsel to the Debtors)*

Ron Meisler
Christopher Dressel
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive, Chicago, IL 60606
*(Counsel the Stalking Horse and Prepetition Term Loan Agent)*

Edward Dobbs
James S. Rankin, Jr.
Parker, Hudson, Rainer & Dobbs LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, Georgia 30303
*(Counsel to the Pre-Petition ABL Agent and ABL DIP Agent)*

Sharon L. Levine
Wojciech Jung
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, NY 10020
*(Counsel to the Official Committee of Unsecured Creditors)*

Michael R. Nestor
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
*(Co-counsel to the Debtors)*

Mark D. Collins
Richard Layton & Finger
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
*(Counsel to the Pre-Petition ABL Agent and ABL DIP Agent)*

/s/ Tamara L. Stoner
Tamara L. Stoner

SWORN TO AND SUBSCRIBED before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

Dated: June 3, 2015

Notary TIFFANY NICOLE MATTHEWS
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Sept. 27, 2016

{BAY:02716679v1}    2