**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF PUBLICATION

I, David M. Smith, depose and say that I am employed by Prime Clerk LLC, the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

This Affidavit of Publication includes a sworn statement verifying that, on May 18, 2015, the *Notice of Deadline for the Filing of Proofs of Claim, Including for Claims Asserted Under Section 503(b)(9) of the Bankruptcy Code* [Exhibit 1 to Docket No. 340] (the "Bar Date Notice"), as conformed for publication, was published in: 1) the national edition of *USA Today*; and 2) the *Dayton Daily News*, as described on **Exhibit A** hereto.

Additionally, this Affidavit of Publication includes a sworn statement verifying that the Bar Date Notice, as conformed for publication, was published in *Today on PIWorld,* a daily email newsletter, on four consecutive issues, dated May 26, 2015 through May 29, 2015, as described on **Exhibit B** hereto.

Dated: June 3, 2015

David M. Smith

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on June 3, 2015, by David M. Smith, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

James Dalola
Notary Public, State of New York
No. 02DA6171472
Qualified in Suffolk County New York County
Commission Expires July 23, 2011 November 22, 2015

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

**Exhibit A**



## VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Being duly sworn, Toussaint Hutchinson says that he is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on **Monday, May 18, 2015** - the following legal advertisement — **In re: THE STANDARD REGISTER COMPANY, et al.** — was published in the national edition of **USA TODAY.**

_____
Principal Clerk of USA TODAY
May 18, 2015

This __18__ day of __May__ month __2015__ year.

_____
Notary Public as Yvonne Ann Ashby

USA TODAY  ·  7950 Jones Branch Drive, McLean, VA 22108  ·  www.usatoday.com

## LEGAL MONDAY

For advertising information: 1.800.872.3433  www.marketplace.usatoday.com

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, et al.,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |

**NOTICE OF DEADLINE FOR THE FILING OF PROOFS OF CLAIM, INCLUDING FOR CLAIMS ASSERTED UNDER SECTION 503(B)(9) OF THE BANKRUPTCY CODE**

PLEASE TAKE NOTICE OF THE FOLLOWING:

On March 12, 2015 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Delaware (the "Court"). On May 8, 2015, the Court entered an order [Docket No. 449] (the "Bar Date Order") establishing certain deadlines for the filing of proofs of claim in the chapter 11 cases of the following debtors and debtors in possession (together, the "Debtors"): **Debtor, Case Number:** The Standard Register Company, 15-10541; Standard Register Holding Company, 15-10542; Standard Register Technologies, Inc., 15-10543; Standard Register International, Inc., 15-10544; iMedConsent, LLC, 15-10540; Standard Register of Puerto Rico Inc., 15-10545; Standard Register Mexico Holding Company, 15-10546; Standard Register Holding, S. de R.L. de C.V., 15-10547; Standard Register de México, S. de R.L. de C.V., 15-10548; Standard Register Servicios, D. de R.L. de C.V., 15-10549; Standard Register Technologies Canada ULC, 15-10550.

Pursuant to the Bar Date Order, each person or entity (including, without limitation, each individual, partnership, joint venture, corporation, estate, and trust) that holds or seeks to assert a claim (as defined in section 101(5) of the Bankruptcy Code) against the Debtors that arose, or is deemed to have arisen, prior to the Petition Date, no matter how remote or contingent such right to payment or equitable remedy may be, **MUST FILE A PROOF OF CLAIM** on or before **5:00 p.m. (Prevailing Eastern Time) on July 8, 2015** (the "General Bar Date"), by sending an original proof of claim form to Prime Clerk LLC ("Prime Clerk"), or by completing the online proof of claim form available at http://cases.primeclerk.com/standardregister, so that it is **actually received** on or before the General Bar Date; provided, however, that, solely with respect to any entity filing a claim based on section 503(b)(9) of the Bankruptcy Code, the last date and time for such entity to file a Proof of Claim in the Chapter 11 Cases is **June 9, 2015 at 5:00 p.m. (Prevailing Eastern Time)**; provided, further, that, solely with respect to a governmental unit, the last date and time for such governmental unit to file a Proof of Claim in the Chapter 11 Cases is **September 8, 2015 at 5:00 p.m. (Prevailing Eastern Time)**. Proofs of claim must be sent by overnight mail, courier service, hand delivery, regular mail or in person, or completed electronically through Prime Clerk's website. Proofs of claim sent by facsimile, telecopy or electronic mail will **not** be accepted and will **not** be considered properly or timely filed for any purpose in these Chapter 11 Cases.

PURSUANT TO BANKRUPTCY RULE 3003(C)(2), ANY CLAIMANT THAT IS REQUIRED TO FILE A PROOF OF CLAIM IN THESE CHAPTER 11 CASES PURSUANT TO THE BANKRUPTCY CODE, THE BANKRUPTCY RULES OR THE BAR DATE ORDER WITH RESPECT TO A PARTICULAR CLAIM AGAINST THE DEBTORS, BUT THAT FAILS TO DO SO PROPERLY BY THE APPLICABLE BAR DATE, SHALL NOT, WITH RESPECT TO SUCH CLAIM, BE TREATED AS A CREDITOR OF THE DEBTORS FOR THE PURPOSE OF VOTING ON, OR RECEIVING DISTRIBUTIONS UNDER, ANY CHAPTER 11 PLAN IN THESE CHAPTER 11 CASES.

A copy of the Bar Date Order and proof of claim form may be obtained by contacting the Debtors' Claims Agent, in writing, at Prime Clerk, 830 3rd Avenue, 9th Floor, New York, NY 10022, or online at http://cases.primeclerk.com/standardregister. The Bar Date Order can also be viewed on the Court's website at www.deb.uscourts.gov. If you have questions concerning the filing or processing of claims, you may contact the Debtors' claims agent, Prime Clerk, at (855) 842-4124.

Dated: May 12, 2015
Wilmington, Delaware

BY THE ORDER OF THE COURT
THE HONORABLE BRENDAN L. SHANNON

Attorneys For Debtors And Debtors In Possession: Michael R. Nestor (No. 3526), Kara Hammond Coyle (No. 4410), Maris J. Kandestin (No. 5294), Andrew L. Magaziner (No. 5426), YOUNG CONAWAY STARGATT & TAYLOR, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801 -and- Michael A. Rosenthal (NY No. 4697561), Robert A. Klyman (CA No. 142723), Samuel A. Newman (CA No. 217042), Jeremy L. Graves (CO No. 45522), Sabina Jacobs (CA No. 274829), GIBSON, DUNN & CRUTCHER LLP, 333 South Grand Avenue, Los Angeles, California 90071-1512

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

For more information on how to place your legal notice in Marketplace Today, call 1-800-872-3433 (Toll-free in the U.S. only)

*[Partial adjacent newspaper columns visible at left edge, fragments only:]*

...more money chasing ...y more tenuous businesses that seemed eager ...IPOs at all costs. In ...there were 632 tech ...pared with 510 in the...

**rmth**

...central bank down...conomic outlook and ...n remains below its ...target, but at least ...d "transitory" effects ...energy and import ...nomists said a June ...ly unlikely, but ...d signal whether Fed ...argeting September, ...alysts expect, or an ...te.

...**home sales** emerged ...winter slumber in ...ing 6.1% to an annu-...million. Economists ...e modest 0.6% gain ...n in April when the ...ociation of Realtors ...monthly report ...S sees an encourag-...ong mortgage appli-...Alexander cited the ...e vigorous rebound ...omebuyers.

...of stronger inflation ...e Fed more confi-...raising rates. A La-...ent report on ...**ices** Friday is ex-...w annual inflation ...negative territory ...slightly excluding ...nd energy costs.

# Dayton Daily News

**AFFIDAVIT OF PUBLICATION**

P.O. Box 643157

Cincinnati, OH 45264-3157

937-225-7367

STATE OF OHIO

**MILLER ADVERTISING AGENCY**

**71 FIFTH AVE**

**NEW YORK, NY 10003-3004**



Before me, the undersigned, a Notary public in and for said County, personally came Nadia Vagedes who being first duly sworn says he/she is the Legal Advertising Agent of the Dayton Daily News, which he/she says is a newspaper of general circulation in Montgomery, Clark, Warren, Butler, Clinton, Greene, Preble, Miami, Darke, Mercer, Shelby, Fayette, Logan, Hamilton, Clermont, Auglaize, and Champaign Counties, and State of Ohio, and he/she further says that the Legal Advertisement, a copy of which is hereunto attached, has been published in the said Dayton Daily News 0 Lines, 1 Time(s), last day of publication being 5/18/2015, and he/she further says that the bona fide daily paid circulation of the said Dayton Daily News was over (25000) at the time the said advertisement was published, and that the price charged for same does not exceed the rates charged on annual contract for the like amount of space to other advertisers in the general display advertising columns.

Signed _Nadia Vagedes_

Sworn or affirmed to, and subscribed before me, this 5/18/2015. In Testimony Whereof, I have hereunto set my hand and affixed my official seal, the day and year aforesaid.



JUSTIN PETERSON, Notary Public
In and for the State of Ohio
My Commission Expires July 31, 2019

Invoice No.        17195035

complete negotiations with the 11 other Pacific nations, who include Australia, Japan, Canada, Mexico, Vietnam, New Zealand and Singapore.

Such a deal would sweep away scores of tariffs that American companies contend make their products more expensive for consumers in the 11 nations.

Once the trade agreement is finalized, Congress could approve or reject it, but not change the pact through amendments.

Brown, who emerged as one of the most vociferous opponents of trade authority, struck back last Tuesday by organizing a panel of trade skeptics. His panel featured AFL-CIO President Rich Trumka sitting at the same dais as Ford Motor Company's ers that have been in the executives and the imprimatur they've put on this bill."

McConnell wants the Senate to approve the trade promotion bill this week, setting up a contentious battle in the House where Obama is struggling to win much backing from House Democrats, leaving it up to Boehner to round up more than 200 Republicans to pass the measure.

"In the event it gets through the Senate, the fight will be much tougher for the administration in the House," said Bill Samuel, director of governmental affairs for the AFL-CIO in Washington.

Michelle Everhart Sullivan of the Columbus Dispatch contributed to this story.

could be compelling to a constituency of voters in the 2016 general election: working-class white men.

The GOP primary base is largely supportive of the trade deal, but Portman will have to win over independents who might be more wary. It is, said Green, "the classic base versus general electorate tension that all politicians have to negotiate."

$357,300 to administer the state's $10.5 million stimulus-funded appliance rebate program outsourced jobs to El Salvador and the Dominican Republic. Those close to Strickland said when the report was published, he quickly called for an investigation and issued an executive order to prevent future outsourcing.



**daytondailynews.com**

This newspaper has aggressively covered issues involving trade and the impact on the Miami Valley.

---

**CONCRETE SEALER**
**AQUAPEL**

Dayton: 801 E. 1st St. 45402 | 937-866-9111
Columbus: 831 Harmon Ave. 43223 | 614-224-9111
Cincinnati: 6130 Cornell Rd. 45242 | 513-489-9111 | Janell.com

"Concretly Yours"
**JANELL**
CONCRETE and MASONRY EQUIPMENT, INC.



---

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re: THE STANDARD REGISTER COMPANY, et al.,[1]
Debtors.

Chapter 11, Case No. 15-10541 (BLS)
Jointly Administered

**NOTICE OF DEADLINE FOR THE FILING OF PROOFS OF CLAIM, INCLUDING FOR CLAIMS ASSERTED UNDER SECTION 503(B)(9) OF THE BANKRUPTCY CODE**

PLEASE TAKE NOTICE OF THE FOLLOWING:

On March 12, 2015 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Delaware (the "Court"). On May 8, 2015, the Court entered an order [Docket No. 449] (the "Bar Date Order") establishing certain deadlines for the filing of proofs of claim in the chapter 11 cases of the following debtors and debtors in possession (together, the "Debtors"): **Debtor, Case Number:** The Standard Register Company, 15-10541; Standard Register Holding Company, 15-10542; Standard Register Technologies, Inc., 15-10543; Standard Register International, Inc., 15-10544; IMedConsent, LLC, 15-10540; Standard Register of Puerto Rico Inc., 15-10545; Standard Register Mexico Holding Company, 15-10546; Standard Register Holding, S. de R.L. de C.V., 15-10547; Standard Register de México, S. de R.L. de C.V., 15-10548; Standard Register Servicios, D. de R.L. de C.V., 15-10549; Standard Register Technologies Canada ULC, 15-10550.

Pursuant to the Bar Date Order, each person or entity (including, without limitation, each individual, partnership, joint venture, corporation, estate, and trust) that holds or seeks to assert a claim (as defined in section 101(5) of the Bankruptcy Code) against the Debtors that arose, or is deemed to have arisen, prior to the Petition Date, no matter how remote or contingent such right to payment or equitable remedy may be, **MUST FILE A PROOF OF CLAIM** on or before **5:00 p.m. (Prevailing Eastern Time) on July 8, 2015** (the "General Bar Date"), by sending an original proof of claim form to Prime Clerk LLC ("Prime Clerk"), or by completing the online proof of claim form available at http://cases.primeclerk.com/standardregister, so that it is **actually received** on or before the General Bar Date; provided, however, that, solely with respect to any entity filing a claim based on section 503(b)(9) of the Bankruptcy Code, the last date and time for such entity to file a Proof of Claim in the Chapter 11 Cases is **June 9, 2015 at 5:00 p.m. (Prevailing Eastern Time)**; provided, further, that, solely with respect to a governmental unit, the last date and time for such governmental unit to file a Proof of Claim in the Chapter 11 Cases is **September 8, 2015 at 5:00 p.m. (Prevailing Eastern Time)**. Proofs of claim must be sent by overnight mail, courier service, hand delivery, regular mail or in person, or completed electronically through Prime Clerk's website. Proofs of claim sent by facsimile, telecopy or electronic mail will **not** be accepted and will **not** be considered properly or timely filed for any purpose in these Chapter 11 Cases.

PURSUANT TO BANKRUPTCY RULE 3003(C)(2), ANY CLAIMANT THAT IS REQUIRED TO FILE A PROOF OF CLAIM IN THESE CHAPTER 11 CASES PURSUANT TO THE BANKRUPTCY CODE, THE BANKRUPTCY RULES OR THE BAR DATE ORDER WITH RESPECT TO A PARTICULAR CLAIM AGAINST THE DEBTORS, BUT THAT FAILS TO DO SO PROPERLY BY THE APPLICABLE BAR DATE, SHALL NOT, WITH RESPECT TO SUCH CLAIM, BE TREATED AS A CREDITOR OF THE DEBTORS FOR THE PURPOSE OF VOTING ON, OR RECEIVING DISTRIBUTIONS UNDER, ANY CHAPTER 11 PLAN IN THESE CHAPTER 11 CASES.

A copy of the Bar Date Order and proof of claim form may be obtained by contacting the Debtors' Claims Agent, in writing, at Prime Clerk, 830 3rd Avenue, 9th Floor, New York, NY 10022, or online at http://cases.primeclerk.com/standardregister. The Bar Date Order can also be viewed on the Court's website at www.deb.uscourts.gov. If you have questions concerning the filing or processing of claims, you may contact the Debtors' claims agent, Prime Clerk, at (855) 842-4124.

Dated: May 12, 2015
Wilmington, Delaware

BY THE ORDER OF THE COURT
THE HONORABLE BRENDAN L. SHANNON

**Attorneys For Debtors And Debtors In Possession:** Michael R. Nestor (No. 3526), Kara Hammond Coyle (No. 4410), Maris J. Kandestin (No. 5294), Andrew L. Magaziner (No. 5426), YOUNG CONAWAY STARGATT & TAYLOR, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801 -and- Michael A. Rosenthal (NY No. 4697561), Robert A. Klyman (CA No. 142723), Samuel A. Newman (CA No. 217042), Jeremy L. Graves (CO No. 45522), Sabina Jacobs (CA No. 274829), GIBSON, DUNN & CRUTCHER LLP, 333 South Grand Avenue, Los Angeles, California 90071-1512

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); IMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

**Exhibit B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF PUBLICATION

I, Bill Curran, being duly sworn, hereby certify that (a) I am Senior Strategy & Business Development Manager at NAPCO Media, Publisher of *Printing Impressions* and *Today on PIWorld*, and (b) that the advertisement of which the annexed is a copy was published in:

*Today on PIWorld,* a daily email newsletter, in the four (4) consecutive issues dated Tuesday, May 26, 2015 through Friday, May 29, 2015

X _____
(Signature)

_____
Senior Marketing Director
(Title)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.



Powered by LiveIntent   AdChoices

Brought to you by: **PRINTING IMPRESSIONS**

May 26, 2015    Subscribe to Today on PIWorld    @ Read More at PIWorld.com    Forward to a Friend    Advertising Info



### PIXCHANGE



**NDP's Peter Schaefer on the (Re)Interest from Private Equity Buyers**

Peter Schaefer, a Partner at New Direction Partners, reveals that private equity buyers have started to show a (re)interest in the printing industry. more »

### Daily News



**RIT Students Create a Handmade Letterpress to Join Historic Cary Collection**

As part of their senior project, five engineering students at Rochester Institute of Technology (RIT), made an aluminum hand-operated tabletop letterpress, weighing in at 25 pounds. Assembled using two Allen wrenches, the letterpress can produce high-quality and repeatable prints. It joins the esteemed collection of historic 19th century printing presses at RIT's Cary Graphic Arts Collection. more »



**Follow Up, Buttercup - Video Sales Tips**

Ever had a restaurant manager stop by your table to check how everything went with your meal? Nice gesture. Has Verizon ever called after a service visit to check on your satisfaction? Probably, despite the fact that it was an automated call. What about you? Are you calling on clients a few days or weeks after a job is delivered to ask how things went? If not, you are not alone as Bill Farquharson points out in this week's sales tip. more »

---

**NOTICE OF DEADLINE FOR THE FILING OF PROOFS OF CLAIM, INCLUDING FOR CLAIMS ASSERTED UNDER SECTION 503(B)(9) OF THE BANKRUPTCY CODE**

In re: **THE STANDARD REGISTER COMPANY,** *et al.*

Chapter 11    Case No. 15-10541 (BLS)    *Click to read the full notice*


Powered by LiveIntent    AdChoices 

---

**Canon Solutions America Named Top 'Company to Watch' at Inkjet Summit**

The attendees of this year's Inkjet Summit in Ponte Vedra, Florida, named Canon Solutions America a top



Brought to you by:
**PRINTING IMPRESSIONS**

May 27, 2015    Subscribe to Today on PIWorld  @ Read More at PIWorld.com  Forward to a Friend  Advertising Info

## PIXCHANGE



### PaperSpecsGallery.com Presents: 2014 BAFTA Film Awards Campaign (Video)

This week PaperSpecsGallery.com presents the 2014 BAFTA Film Awards Campaign. Designing for events as large as the British Academy of Film Awards (BAFTA) requires skills and talents so diverse that it's much like directing a film…or building an entire city from the ground up. Leading the 2014 creative team, Human After All was charged with building awareness and excitement. more »

## Daily News



### Tom Duchene, President of TDMS Inc., Is Named 2015 Soderstrom Award Winner

On the evening before GRAPH EXPO 15, Tom Duchene of TDMS Inc. will be honored as the 55th Walter E. Soderstrom Award recipient. This year's gala event will be held in downtown Chicago. In addition to being president of TDMS Inc., Duchene is the current chairman of the Epicomm Board of Advisors. more »



### Working the Sales Gusher
*by Bill Farquharson*

A salesman's version of hitting the lottery occurs when one account starts gushing large amounts of orders. It sounds like a nice problem to have and indeed, it is. But there is still risk and, therefore, a need for a sales growth plan. Here's Bill's advice in this week's blog. more »

---

**NOTICE OF DEADLINE FOR THE FILING OF PROOFS OF CLAIM, INCLUDING FOR CLAIMS ASSERTED UNDER SECTION 503(B)(9) OF THE BANKRUPTCY CODE**

In re: **THE STANDARD REGISTER COMPANY,** *et al.*

Chapter 11    Case No. 15-10541 (BLS)    *Click to read the full notice*

Powered by LiveIntent    AdChoices

Click to view our full line of products. **Kerley Ink**

Powered by LiveIntent                                   AdChoices



Brought to you by: **PRINTING IMPRESSIONS**

May 28, 2015    Subscribe to Today on PIWorld   Read More at PIWorld.com   Forward to a Friend   Advertising Info





### PI Xchange One-on-One Video Interview with Joe Maloy of Polaris Direct

Joe Maloy, president and COO of Polaris Direct, describes his company's recent installation of the first full-color Xerox Impika Evolution continuous-feed inkjet press sold in the United States. Enabling "white paper-in" production at 832 ft./min., the high-speed printer has increased workflow efficiency and provides Polaris clients with highly personalized, 1:1 direct mail campaigns at higher ROIs. more »

### Daily News

### RR Donnelley's LibreDigital Selected to Provide Global E-Book Solutions to HarperCollins Publishers

LibreDigital of the RR Donnelley Digital Solutions group has been awarded a multi-year agreement to provide e-book services and metadata distribution solutions to HarperCollins Publishers across all global divisions including HarperCollins, Harlequin, and HarperCollins Christian Publishing. more »



### Clever Closed Two-Way Angled Gate Mailer: 60-Second Fold of the Week (Video)

This week's selection is a mix of creative format, great design and variable data personalization technology. From our friends at Allied Printing Services in Manchester, Connecticut, comes a fabulous targeted mailer for parents of accepted students at University of Hartford. more »

---

**NOTICE OF DEADLINE FOR THE FILING OF PROOFS OF CLAIM, INCLUDING FOR CLAIMS ASSERTED UNDER SECTION 503(B)(9) OF THE BANKRUPTCY CODE**

In re: **THE STANDARD REGISTER COMPANY,** *et al.*

Chapter 11   Case No. 15-10541 (BLS)                    *Click to read the full notice*

Powered by LiveIntent                                   AdChoices

May 29, 2015   Subscribe to Today on PIWorld   Read More at PIWorld.com  Forward to a Friend   Advertising Info



### The Week That Was With Julie G (05/25/2015)



This week Julie Greenbaum highlights industry news, including Mark Michelson's one-on-one video interview with Joe Maloy, president and COO of Hooksett, NH-based Polaris Direct. Other highlights from this week include news from Rochester Institute of Technology, Epicomm, Xerox, Canon Solutions America, Tukaiz, Fry Communications and DATAMATX. more »

### Gold Ink

### Gold Ink Awards Entry: 3-D Lenticular Effects Makes This Direct Mailer Pop



This 2015 Gold Ink Awards entry, titled "Universe," was entered into the Direct Mail category, by lenticular specialty printer Virtual Images, headquartered in Redland, California. According to Maile Kaulukukui, sales and marketing program manager at Virtual Images, a lenticular lens was applied (21.5 mil/100 lip), which she says, creates lots of depth that can be viewed at a hand-held distance. more »

### Daily News

### Lotus F1 Team Creates 'Mad Max: Fury Road' Inspired Car Using Printed Wraps



The Lotus F1 Team Mad Max Hybrid vehicle was created to coincide with the May 15th launch of the film "Mad Max: Fury Road," George Miller's keenly anticipated return to the post-apocalyptic world he created more than 30 years ago. The car was fitted with a skin printed on a Roland SOLJET PRO4 XR-640 using a 3M Wrap Film 1080-M230 Matte Grey Aluminum. more »

### Best of Series: The Generic Voice Mail - Short Attention Span Webinar



What do you say in a voice mail when you can't think of anything to say? That is the subject of this week's Short Attention Span Webinar with Bill and Kelly. In the coming weeks, they'll be going live with their Short Attention Span Webinar presentations, so take the chance to look back at another "Best of" video. more »

NOTICE OF DEADLINE FOR THE FILING OF PROOFS OF CLAIM, INCLUDING FOR CLAIMS ASSERTED UNDER SECTION 503(B)(9) OF THE BANKRUPTCY CODE

In re: **THE STANDARD REGISTER COMPANY,** *et al.*

Chapter 11    Case No. 15-10541 (BLS)    *Click to read the full notice*

Powered by LiveIntent                                                                    AdChoices