IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Darleen Sahagun, am employed in the county of Los Angeles, State of California. I hereby certify that on June 1, 2015, I caused true and correct copies of the following document to be served via first-class mail, postage pre-paid, to the parties listed in **Exhibit A** attached hereto:

- **Objection of the Official Committee of Unsecured Creditors to the Proposed Sale of Substantially All of the Debtors' Assets [Docket No. 580]**

Dated: June 1, 2015

_____
Darleen Sahagun
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this __1__ day of __June__, 20_15_, by Darleen Sahagun proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de Mexico, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

**EXHIBIT A**

| | | |
|---|---|---|
| AKERMAN LLP<br>ATTN: SUNDEEP S. SIDHU, ESQ.<br>420 S. ORANGE AVENUE, SUITE 1200<br>ORLANDO, FL 32801-4904 | ALSTON & BIRD LLP<br>ATTN: DAVID WENDER/JONATHAN EDWARDS<br>ONE ATLANTIC CENTER<br>1201 WEST PEACHTREE STREET<br>ATLANTA, GA 30309-3424 | ARAPAHOE COUNTY ATTORNEY<br>ATTN: ROBERT HILL<br>5334 S. PRINCE STREET<br>LITTLETON, CO 80166 |
| ARNSTEIN & LEHR LLP<br>ATTN: KEVIN H. MORSE<br>120 S. RIVERSIDE PLAZA, SUITE 1200<br>CHICAGO, IL 60606 | ASHBY & GEDDES, P.A.<br>ATTN: RICARDO PALACIO<br>500 DELAWARE AVENUE, 8TH FLOOR<br>P.O. BOX 1150<br>WILMINGTON, DE 19899 | BAKER BOTTS L.L.P.<br>ATTN: JAMES PRINCE/MEGGIE GILSTRAP<br>2001 ROSS AVE.<br>DALLAS, TX 75201-2980 |
| BANK OF AMERICA, N.A.<br>C/O RAINER & DOBBS LLP<br>JAMES RANKIN JR./JOHN PARKER/PAUL HUDSON, JR.<br>1500 MARQUIS TWO TOWER<br>285 PEACHTREE CENTER AVENUE NE<br>ATLANTA, GA 30303 | BAYARD, P.A.<br>ATTN: SCOTT D. COUSINS<br>222 DELAWARE AVENUE, SUITE 900<br>WILMINGTON, DE 19801 | BIALSON, BERGEN & SCHWAB<br>ATTN: LAWRENCE M. SCHWAB/KENNETH T. LAW<br>2600 EL CAMINO REAL<br>SUITE 300<br>PALO ALTO, CA 94306 |
| BIALSON, BERGEN & SCHWAB<br>ATTN: LAWRENCE M. SCHWAB/THOMAS M. GAA<br>2600 EL CAMINO REAL<br>SUITE 300<br>PALO ALTO, CA 94306 | BILZIN SUMBERG BAENA PRICE & AXELROD, LLP<br>ATTN: JEFFREY I. SNYDER<br>1450 BRICKELL AVENUE<br>23RD FLOOR<br>MIAMI, FL 33131 | BLAKELEY LLP<br>ATTN: SCOTT E. BLAKELEY<br>2 PARK PLAZA<br>SUITE 400<br>IRVINE, CA 92614 |
| BLANK ROME LLP<br>ATTN: ALAN M. ROOT<br>1201 MARKET STREET<br>SUITE 800<br>WILMINGTON, DE 19801 | BLANK ROME LLP<br>ATTN: JOHN E. LUCIAN<br>ONE LOGAN SQUARE<br>130 NORTH 18TH STREET<br>PHILADELPHIA, PA 19103 | BMC GROUP, INC<br>ATTN: T. FEIL<br>300 CONTINENTAL BOULEVARD #570<br>EL SEGUNDO, CA 90245 |
| BRICKER & ECKLER LLP<br>ATTN: DAVID M. WHITTAKER<br>100 SOUTH THIRD STREET<br>COLUMBUS, OH 43215 | BRYAN CAVE LLP<br>ATTN: MICHELLE MCMAHON<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104-3300 | BRYAN CAVE LLP<br>ATTN: ROBERT J. MILLER/JUSTIN A. SABIN<br>TWO NORTH CENTRAL AVENUE<br>SUITE 2200<br>PHOENIX, AZ 85004-4406 |
| BUCHALTER NEMER, APC<br>ATTN: SHAWN M. CHRISTIANSON<br>55 SECOND STREET<br>17TH FLOOR<br>SAN FRANCISCO, CA 94105-3493 | CARLTON FIELDS JORDEN BURT, P.A.<br>ATTN: JOHN J. LAMOUREUX<br>4221 WEST BOY SCOUT BOULEVARD, 10TH FLOOR<br>PO BOX 3239<br>TAMPA, FL 33601-3239 | CLARK HILL PLC<br>ATTN: EDWARD J. KOSMOWSKI<br>824 N. MARKET STREET<br>SUITE 710<br>WILMINGTON, DE 19801 |
| CLARK HILL PLC<br>ATTN: SCOTT N. SCHREIBER<br>150 N. MICHIGAN AVENUE<br>SUITE 2700<br>CHICAGO, IL 60601 | CLARK HILL PLC<br>ATTN: SHANNON L. DEEBY<br>151 SOUTH OLD WOODWARD AVENUE<br>SUITE 200<br>BIRMINGHAM, MI 48009 | COLE SCHOTZ, P.C.<br>ATTN: MICHAEL D. WARNER<br>301 COMMERCE STREET<br>SUITE 1700<br>FORT WORTH, TX 76102 |
| COLE SCHOTZ, P.C.<br>ATTN: PATRICK J. REILLEY<br>500 DELAWARE AVENUE<br>SUITE 1410<br>WILMINGTON, DE 19801 | COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF REVENUE<br>OFFICE OF THE ATTORNEY GENERAL<br>ATTN: KATHLEEN KANE/CAROL MOMJIAN<br>21 S. 12TH STREET, 3RD FLOOR<br>PHILADELPHIA, PA 19107-3603 | CROSS & SIMON, LLC<br>ATTN: CHRISTOPHER P. SIMON<br>1105 NORTH MARKET STREET<br>SUITE 901<br>WILMINGTON, DE 19801 |
| DELAWARE ATTORNEY GENERAL<br>ATTN: BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG<br>820 N FRENCH ST 6TH FL<br>WILMINGTON, DE 19801 | DELAWARE DIVISION OF REVENUE<br>ZILLAH FRAMPTON<br>820 N FRENCH ST<br>WILMINGTON, DE 19801 | DELAWARE SECRETARY OF STATE<br>CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER , DE 19903 |
| DELAWARE STATE TREASURY<br>ATTN BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD STE 100<br>DOVER , DE 19904 | DENTONS<br>ATTN: ARTHUR H. RUEGGER<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 | DINSMORE & SHOHL LLP<br>CHRISTOPHER A. DEABLER<br>255 EAST FIFTH STREET<br>SUITE 1900<br>CINCINNATI, OH 45202 |

| | | |
|---|---|---|
| DUANE MORRIS LLP<br>ATTN: JARRET P. HITCHINGS<br>222 DELAWARE AVENUE<br>SUITE 1600<br>WILMINGTON, DE  19801 | DUANE MORRIS LLP<br>ATTN: JEFFREY W. SPEAR<br>1540 BROADWAY<br>NEW YORK, NY  10036 | EARP COHN, P.C.<br>ATTN: RICHARD M. SCHLAIFER<br>20 BRACE ROAD<br>4TH FLOOR<br>CHERRY HILL, NJ  08034-0000 |
| ENVIRONMENTAL PROTECTION AGENCY<br>ATTN: BANKRUPTCY DEPT<br>1650 ARCH STREET<br>PHILADELPHIA, PA  19103-2029 | FLEISCHER, FLEISCHER & SUGLIA<br>ATTN: NICOLA SUGLIA/ALLISON DOMOWITCH<br>PLAZA 1000 AT MAIN STREET<br>SUITE 208<br>VOORHEES, NJ  08043- | FRANTZ WARD LLP<br>ATTN: TIMOTHY RICHARDS/JOHN KOSTELNIK<br>200 PUBLIC SQUARE<br>SUITE 3000<br>CLEVELAND, OH  44114 |
| FRIEDLANDER MISLER, PLLC<br>ATTN: ROBERT GREENBURG/THOMAS MURPHY<br>ATTN: LINDSAY A. THOMPSON<br>5335 WISCONSIN AVENUE, NW<br>SUITE 600<br>WASHINGTON, DC  20015 | GARY BECKER<br>666 BARCLAY LANE<br>BROOMALL, PA  19008 | GEORGIA PACIFIC CORP<br>ATTN: EMILY O. VALLADARES<br>133 PEACHTREE STREET, NE<br>ATLANTA, GA  30303 |
| GIBBONS P.C.<br>ATTN: MARK B. CONLAN<br>ONE GATEWAY CENTER<br>NEWARK, NJ  07102-5310 | GIBBONS P.C.<br>ATTN: NATASHA M. SONGONUGA<br>1000 N. WEST STREET<br>SUITE 1200<br>WILMINGTON, DE  19801-1058 | GIBSON, DUNN & CRUTCHER LLP<br>ATTN: ROBERT A. KLYMAN/SAMUEL A. NEWMAN<br>ATTN: JEREMY L. GRAVES/SABINA JACOBS<br>333 SOUTH GRAND AVENUE<br>LOS ANGELES, CA  90071-1512 |
| GOLAN & CHRISTIE LLP<br>ATTN: BARBARA L. YONG/CAREN A. LEDERER<br>70 W. MADISON STREET<br>SUITE 1500<br>CHICAGO, IL  60602 | GOLDBERG, KAMIN & GARVIN, LLP<br>ATTN: ROBERT J. GARVIN<br>1806 FRICK BUILDING<br>437 GRANT STREET<br>PITTSBURGH, PA  15219-6101 | GRAYDON HEAD & RITCHEY LLP<br>ATTN: J. MICHAEL DEBBELER<br>1900 FIFTH THIRD CENTER<br>511 WALNUT STREET<br>CINCINNATI, OH  45202 |
| IANNOTTI & ASSOCIATES PLC<br>ATTN: DANIEL V. IANNOTTI<br>1475 CLUB DRIVE<br>BLOOMFIELD HILLS, MI  48302 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA, PA  19104-5016 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA, PA  19101-7346 |
| LAW OFFICES OF ROBERT E. LUNA P.C.<br>C/O GEORGE C. SCHERER<br>4411 N. CENTRAL EXPRESSWAY<br>DALLAS, TX  75205 | LECLAIRRYAN<br>ATTN: ANDREW L. COLE<br>180 ADMIRAL COCHRANE DRIVE<br>SUITE 370<br>ANNAPOLIS, MD  21401 | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ATTN: ELIZABETH WELLER<br>2777 N. STEMMONS FREEWAY<br>SUITE 1000<br>DALLAS, TX  75207 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ATTN: JOHN P. DILLMAN<br>PO BOX 3064<br>HOUSTON, TX  77253-3064 | LOWENSTEIN SANDLER LLP<br>ATTN: GERALD C. BENDER<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10020 | LOWENSTEIN SANDLER LLP<br>ATTN: KENNETH ROSEN/SHARON LEVINE<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ  07068-0000 |
| MAGNOZZI & KYE, LLP<br>ATTN: AMISH R. DOSHI, ESQ.<br>23 GREEN STREET, SUITE 302<br>HUNTINGTON, NY  11743 | MARK PLATT<br>5048 JAMES HILL ROAD<br>KETTERING, OH  45429 | MCCARTER & ENGLISH LLP<br>ATTN: KATHARINE L. MAYER<br>RENAISSANCE CENTRE<br>405 N. KING STREET, 8TH FLOOR<br>WILMINGTON, DE  19801 |
| MCCARTER & ENGLISH LLP<br>ATTN: LISA BONSALL<br>FOUR GATEWAY CENTER<br>100 MULBERRY STREET<br>NEWARK, NJ  07102-0000 | MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>ATTN: LEE GORDON<br>PO BOX 1269<br>ROUND ROCK, TX  78680 | MCGRANE LLP<br>ATTN: GAVIN MCGRANE<br>FOUR EMBARCADERO CENTER<br>SUITE 1400<br>SAN FRANCISCO, CA  94111 |
| MCKINSEY RECOVERY & TRANSFORMATION SERVICE<br>ATTN: KEVIN CARMODY/MARK W. HOJNACKI<br>55 EAST 52ND STREET<br>NEW YORK, NY  10055 | MEYER, SUOZZI, ENGLISH & KLEIN, P.C.<br>ATTN: EDWARD J. LOBELLO<br>1350 BROADWAY, SUITE 501<br>P.O. BOX 822<br>NEW YORK, NY  10018-0822 | MINKIN & HARNISCH PLLC<br>ATTN: ETHAN B. MINKIN/ANDREW A. HARNISCH<br>6515 N. 12TH STREET<br>SUITE B<br>PHOENIX, AZ  85014 |

| | | |
|---|---|---|
| MISSOURI DEPARTMENT OF REVENUE<br>ATTN: SHERYL L. MOREAU<br>301 W. HIGH STREET, ROOM 670<br>PO BOX 475<br>JEFFERSON CITY, MO 65105-0475 | MORRIS JAMES LLP<br>ATTN: JEFFREY R. WAXMAN<br>500 DELAWARE AVENUE<br>SUITE 1500<br>WILMINGTON, DE 19801-1494 | NEALE & NEWMAN, L.L.P.<br>ATTN: BRIAN K. ASBERRY<br>1949 E. SUNSHINE, SUITE 1-130<br>P.O. BOX 10327<br>SPRINGFIELD, MO 65808 |
| NEW YORK STATE DEPT. OF TAXATION AND FINANCE<br>OFFICE OF COUNSEL<br>ATTN: ROBERT L. COOK, DISTRICT TAX ATTORNEY<br>340 EAST MAIN ST.<br>ROCHESTER, NY 14604 | OFFICE OF THE UNITED STATES TRUSTEE<br>MARK KINNEY<br>844 KING ST STE 2207<br>WILMINGTON, DE 19801 | OKLAHOMA COUNTY TREASURER<br>ATTN: GRETCHEN CRAWFORD - ASST. D.A.<br>320 ROBERT S. KERR<br>ROOM 505<br>OKLAHOMA CITY, OK 73102 |
| PARKER IBRAHIM & BERG LLC<br>ATTN: JOSEPH H. LEMKIN<br>270 DAVIDSON AVENUE<br>SOMERSET, NJ 08873-0000 | PARKER, HUDSON, RAINER & DOBBS LLP<br>ATTN: C. EDWARD DOBBS/JAMES S. RANKIN, JR.<br>ATTN: JACK C. BASHAM, JR./JOSHUA J. LEWIS<br>1500 MARQUIS TWO TOWER<br>285 PEACHTREE CENTER AVENUE, NE<br>ATLANTA, GA 30303 | PBGC<br>ATTN: JACK BUTLER<br>1200 K STREET NW<br>WASHINGTON, DC 20005-4026 |
| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: COURTNEY L. MORGAN<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET NW<br>WASHINGTON, DC 20005-4026 | POLSINELLI PC<br>ATTN: CHRISTOPHER A. WARD/JUSTIN K. EDELSON<br>ATTN: SHANTI M. KATONA<br>222 DELAWARE AVENUE, SUITE 1101<br>WILMINGTON, DE 19801 | POTTER ANDERSON & CORROON LLP<br>ATTN: JEREMY RYAN/ETTA MAYERS<br>1313 NORTH MARKET STREET, SIXTH FLOOR<br>PO BOX 951<br>WILMINGTON, DE 19899-0951 |
| PRIME CLERK LLC<br>DAVID M. SMITH<br>830 3RD AVE FL 9<br>NEW YORK, NY 10022 | RAVICH MEYER KIRKMAN MCGRATH<br>NAUMAN & TANSEY, P.A.<br>ATTN: MICHAEL F. MCGRATH<br>4545 IDS CENTER<br>80 SOUTH EIGHTH STREET<br>MINNEAPOLIS, MN 55402 | REED SMITH LLP<br>ATTN: AMY M. TONTI<br>REED SMITH CENTRE<br>225 FIFTH AVENUE, SUITE 1200<br>PITTSBURGH, PA 15230-2009 |
| REED SMITH LLP<br>ATTN: J. CORY FALGOWSKI<br>1201 N. MARKET STREET<br>SUITE 1500<br>WILMINGTON, DE 19801 | REINHART BOERNER VAN DEUREN<br>ATTN: KATHERINE O'MALLEY/MICHAEL JANKOWSKI<br>1000 NORTH WATER STREET, SUITE 1700<br>PO BOX 2965<br>MILWAUKEE, WI 53201-2965 | RICHARD S. PRICE, II<br>1235 N. HARBOR BLVD<br>SUITE 200<br>FULLERTON, CA 92832-1349 |
| RICHARDS, LAYTON & FINGER, P.A.<br>ATTN: MARK D. COLLINS/TYLER SEMMELMAN<br>ONE RODNEY SQUARE<br>920 NORTH KING STREET<br>WILMINGTON, DE 19801 | SAUL EWING LLP<br>ATTN: TERESA K.D. CURRIER<br>222 DELAWARE AVENUE<br>SUITE 1200<br>WILMINGTON, DE 19899 | SECURITIES & EXCHANGE COMMISSION<br>SECRETARY OF THE TREASURY<br>100 F ST NE<br>WASHINGTON, DC 20549 |
| SECURITIES & EXCHANGE COMMISSION - NY OFFICE<br>ATTN: BANKRUPTCY DEPT<br>BROOKFIELD PLACE<br>200 VESEY STREET STE 400<br>NEW YORK, NY 10281-1022 | SECURITIES & EXCHANGE COMMISSION - P.A.<br>ATTN: BANKRUPTCY DEPT<br>ONE PENN CENTER<br>1617 JFK BLVD STE 520<br>PHILADELPHIA, PA 19103 | SILVER POINT FINANCE, LLC<br>C/O SKADDEN ARPS<br>ATTN: RON MEISLER<br>155 N. WACKER DRIVE<br>CHICAGO, IL 60606 |
| SINGER & LEVICK, P.C.<br>ATTN: MICHELLE E. SHRIRO<br>16200 ADDISON ROAD<br>SUITE 1400<br>ADDISON, TX 75001 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>ATTN: RON E. MEISLER/CARL T. TULLSON<br>ATTN: CHRISTOPHER M. DRESEL<br>155 NORTH WACKER DRIVE, SUITE 2700<br>CHICAGO, IL 60606-1720 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>ATTN: SARAH E. PIERCE<br>ONE RODNEY SQUARE<br>P.O. BOX 636<br>WILMINGTON, DE 19899-0636 |
| SYNCHRONY BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP.<br>25 SE 2ND AVENUE<br>SUITE 1120<br>MIAMI, FL 33131-1605 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>ATTN: JAY W. HURST - AAG<br>BANKRUPTCY & COLLECTIONS DIVISION MC 008<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 | THE FLESH COMPANY<br>ATTN: GERARD WINTERBOTTOM<br>2118 59TH ST.<br>ST LOUIS, MO 63110 |
| THE ROSNER LAW GROUP LLC<br>ATTN: FREDERICK ROSNER/JULIA KLEIN<br>824 MARKET STREET, SUITE #810<br>WILMINGTON, DE 19801 | THE STANDARD REGISTER<br>600 ALBANY STREET<br>DAYTON, OH 45417 | THOMPSON HINE LLP<br>ATTN: JONATHAN S. HAWKINS<br>AUSTIN LANDING I<br>10050 INNOVATION DRIVE, SUITE 400<br>MIAMISBURG, OH 45342-4934 |

| | | |
|---|---|---|
| TIMOTHY WEBB<br>4906 E. DESERT FAIRWAYS DR.<br>PARADISE VALLEY, AZ  85253 | TN DEPT OF REVENUE<br>C/O TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY<br>PO BOX 20207<br>NASHVILLE, TN  37202-0207 | US ATTORNEY FOR DELAWARE<br>CHARLES OBERLY C/O ELLEN SLIGHTS<br>1007 ORANGE ST STE 700<br>PO BOX 2046<br>WILMINGTON, DE  19899-2046 |
| VERITIV CORPORATION<br>ATTN: JAMES SALVADORI<br>850 N. ARLINGTON HEIGHTS RD<br>ITASCA, IL  60143 | WOMBLE CARLYLE SANDRIDGE & RICE, LLP<br>MARK DESGROSSEILLIERS/MORGAN PATTERSON<br>222 DELAWARE AVENUE, SUITE 1501<br>WILMINGTON, DE  19801 | YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: MICHAEL R. NESTOR<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON, DE  19801 |

**Parties Served: 105**