IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 529 |

### LIMITED OBJECTION OF BANK OF AMERICA, N.A. TO FEE APPLICATION OF LOWENSTEIN SANDLER

Bank of America, N.A., in its capacity as administrative and collateral agent for the Pre-Petition ABL Lenders and the ABL DIP Lenders (collectively, in such capacities, "ABL Agent"),[2] objects on a limited basis to the First Monthly Application of Lowenstein Sandler LLP as Counsel to the Official Committee of Unsecured Creditors for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from March 24, 2015 through March 31, 2015 (the "March Fee Application") [Docket No. 529] filed on May 19, 2015, by Lowenstein Sandler LLP ("Lowenstein Sandler"). Through the March Fee Application, Lowenstein Sandler seeks (i) approval of fees in the amount of $209,616.75, (ii) immediate payment of approved fees in the amount of $167,692.94 (80% of the total requested) pursuant to the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001).

[2] Capitalized terms used but not defined in this objection shall have the meanings ascribed to them in the Final Order (I) Authorizing Debtors in Possession to obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 362, 363, and 364, (II) Granting Liens and Superpriority Claims to Postpetition Lenders Pursuant to 11 U.S.C. §§ 364; and (III) Providing Adequate Prepetition Credit Parties and Modifying Automatic Stay Pursuant to 11 U.S.C. §§ 361, 362, 363, and 364 (Docket No. 290) (the "Final DIP Financing Order").

Professionals entered by the Court on May 12, 2015 [Docket No. 260], and (iii) approval and immediate payment of expenses in the amount of $6,305.00. In support of its limited objection, ABL Agent respectfully shows the Court as follows:

## Limited Objection

1. ABL Agent does not object at this time to the allowance of the fees and expenses sought by Lowenstein Sandler. ABL Agent, however, does object to the payment of any fees and expenses to Lowenstein Sandler from proceeds of DIP Loans in excess of the amount allocated for such fees and expenses in the Budget and the Professional Fee Budget (and any Permitted Variance) or from any Cash Collateral. Under the Final DIP Financing Order and the DIP Loan Agreements, the Debtors are not authorized to use Cash Collateral or proceeds of any DIP Loans to pay any professional fees and expenses to Lowenstein Sandler in excess of the budgeted amount (and any Permitted Variance), without the prior written consent of the DIP Credit Parties.

2. ABL Agent, on behalf of itself and the Pre-Petition ABL Lenders and the ABL DIP Lenders, reserves the right to object on any grounds to any other monthly, interim or final fee application submitted by Lowenstein Sandler, including, without limitation, the reasonableness of any fees or expenses sought in any such application.

### **Conclusion**

WHEREFORE, ABL Agent respectfully requests that the relief sought in the March Fee Application be subject to the limited objection set forth herein.

Dated: June 3, 2015  
      Wilmington, Delaware

Respectfully submitted,

*/s/ Joseph C. Barsalona II*  
Mark D. Collins (No. 2981)  
Tyler D. Semmelman (No. 5386)  
Joseph C. Barsalona II (No. 6102)  
RICHARDS, LAYTON & FINGER, P.A.  
One Rodney Square  
920 North King Street  
Wilmington, DE 19801  
Telephone: (302) 651-7700  
Facsimile: (302) 651-7701  
Email: collins@rlf.com  
       semmelman@rlf.com  
       barsalona@rlf.com

-and-

C. Edward Dobbs  
James S. Rankin, Jr.  
PARKER HUDSON RAINER  
 & DOBBS LLP  
1500 Marquis Two Tower  
285 Peachtree Center Avenue NE  
Atlanta, GA 30303  
Telephone: (404) 523-5300  
Facsimile: (404) 522-8409  
Email: edobbs@phrd.com  
       jrankin@phrd.com

*Counsel for Bank of America, N.A., as*  
 *Pre-Petition ABL Agent and ABL DIP*  
 *Agent*