## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **LIMITED OBJECTION OF BANK OF AMERICA, N.A. TO FEE APPLICATION OF LOWENSTEIN SANDLER** by e-mail and by first class mail, postage prepaid, upon the parties on the attached service list.

          */s/ Joseph C. Barsalona II*
          Joseph C. Barsalona II (No. 6012)

**SERVICE LIST**

Mr. Kevin Carmody
Chief Restructuring Officer
The Standard Register Company
600 Albany Street
Dayton, Ohio 45417
kevin_carmody@mckinsey.com

Ron E. Meisler, Esq.
Albert L. Hogan III, Esq.
Carl T. Tullson, Esq.
Christopher M. Dressel, Esq.
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
ron.meisler@skadden.com
al.hogan@skadden.com
carl.tullson@skadden.com
christopher.dressel@skadden.com

Sarah E. Pierce, Esq.
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
sarah.pierce@skadden.com

Christopher A. Ward, Esq.
Justin K. Edelson, Esq.
POLSINELLI PC
222 Delaware Avenue
Suite 1101
Wilmington, Delaware 19801
cward@polsinelli.com
jedelson@polsinelli.com

Kenneth A. Rosen, Esq.
Sharon L. Levine, Esq.
Wojciech F. Jung, Esq.
LOWENSTEIN SANDLER LLP
65 Livingston Avenue
Roseland, New Jersey 07068
krosen@lowenstein.com
slevine@lowenstein.com
wjung@lowenstein.com

Michael A. Rosenthal, Esq.
Robert A. Klyman, Esq.
Samuel A. Newman, Esq.
Jeremy L. Graves, Esq.
Sabina Jacobs, Esq.
GIBSON, DUNN & CRUTCHER, LLP
333 South Grand Avenue
Los Angeles, California 90071
mrosenthal@gibsondunn.com
rklyman@gibsondunn.com
snewman@gibsondunn.com
jgraves@gibsondunn.com

Michael R. Nestor, Esq.
Kara Hammond Coyle, Esq.
Maris J. Kandestin, Esq.
Andrew L. Magaziner, Esq.
YOUNG CONAWAY STARGATT
  & TAYLOR, LLP
Rodney Square

Mark Kenney, Esq.
Office of the United States Trustee
 For the District of Delaware
844 King Street
Suite 2207
Lockbox 35
Wilmington, Delaware 19801

1000 North King Street
Wilmington, Delaware 19801
mnestor@ycst.com
kcoyle@ycst.com
mkandestin@ycst.com
amagaziner@ycst.com

Gerald C. Bender, Esq.
LOWENSTEIN SANDLER LLP
1251 Avenue of the Americas
New York, New York 10020
gbender@lowenstein.com

mark.kenney@usdoj.gov