# Exhibit A
# Invoices

```
                     01 - APPLIED MECHANICAL SYSTEM              Pg 1
                           AR   - Trade Receivables
                    Customer Inquiry as of Apr08/15 - All Categories
```

Customer Code: STAREG                  Cr.Limit: 125000.00
STANDARD REGISTER                      Phone  : 937-221-3300
  ATTN  DAVID CLAPPER                  Fax No : 937-221-1956
  600 ALBANY ST                        Contact: DAVID CLAPPER
  DAYTON, OHIO 45417                   Email  : tami.masters@standardregister.com
              Last Sale Mar12/15       T.T.D. Sales:      5679532.22

| Invoice | Inv. Date | Date of Tran Record Refer. | Net A/R | Retention | Source/ #Days |
|---|---|---|---|---|---|
| J014525 | Nov24/14 | IN Nov24 74851 DAVE WASHB | 2,000.00 | 0.00 | SJ6765 |
| J014598 | Dec15/14 | IN Dec15 74964 VERBAL | 4,000.00 | 0.00 | SJ6911 |
| J014812 | Feb17/15 | IN Feb17 74930 258622 | 69,800.00 | 0.00 | SJ7318 |
| J014890 | Feb28/15 | IN Feb28 74986 VERBAL | 7,168.00 | 0.00 | SJ7427 |
| W78577 | Oct22/14 | IN Oct22 14-053056 | 7,668.68 | 0.00 | SJ6542 |
| 1086762 | CR0594 PY | Dec29/14 14-053056 1086762 | -1,305.00 | 0.00 | 68 |
| W78670 | Oct31/14 | IN Oct31 14-053281 | 248.00 | 0.00 | SJ6584 |
| W79204 | Nov28/14 | IN Nov28 14-053684 | 328.00 | 0.00 | SJ6868 |
| W79207 | Nov28/14 | IN Nov28 14-053705 | 478.00 | 0.00 | SJ6868 |
| W79248 | Dec08/14 | IN Dec08 600051208 | 489.33 | 0.00 | SJ6881 |
| W79269 | Dec10/14 | IN Dec10 14-053717 | 977.17 | 0.00 | SJ6891 |
| W79273 | Dec10/14 | IN Dec10 14-053727 | 538.00 | 0.00 | SJ6891 |
| W79283 | Dec10/14 | IN Dec10 14-053770 | 532.86 | 0.00 | SJ6891 |
| W79344 | Dec18/14 | IN Dec18 14-053772 | 448.00 | 0.00 | SJ6937 |
| W79356 | Dec18/14 | IN Dec18 14-053817 | 418.00 | 0.00 | SJ6937 |
| W79359 | Dec18/14 | IN Dec18 14-053831 | 548.99 | 0.00 | SJ6937 |
| W79365 | Dec18/14 | IN Dec18 14-053860 | 538.00 | 0.00 | SJ6937 |
| W79366 | Dec18/14 | IN Dec18 14-053874 | 538.00 | 0.00 | SJ6937 |
| W79428 | Dec23/14 | IN Dec23 14-053680 | 1,018.00 | 0.00 | SJ6950 |

April 8,2015  1:57pm                              User: JULIE  Term: T5

```
                    01 - APPLIED MECHANICAL SYSTEM                    Pg 2
                    AR      - Trade Receivables
                Customer Inquiry as of Apr08/15 - All Categories
```

Customer Code: STAREG  
STANDARD REGISTER                      Cr.Limit: 125000.00  
  ATTN  DAVID CLAPPER                Phone : 937-221-3300  
  600 ALBANY ST                      Fax No : 937-221-1956  
  DAYTON, OHIO 45417                 Contact: DAVID CLAPPER  
                                                Email : tami.masters@standardregister.com  
            Last Sale Mar12/15          T.T.D. Sales:     5679532.22

| Invoice | Inv. Date | Date of Tran Record Refer. | Net A/R | Retention | Source/ #Days |
|---|---|---|---|---|---|
| W79438 | Dec24/14 | IN Dec24 14-053961 | 538.00 | 0.00 | SJ6955 |
| W79453 | Dec24/14 | IN Dec24 14-053899 | 781.04 | 0.00 | SJ6955 |
| W79463 | Dec24/14 | IN Dec24 14-053921 | 328.00 | 0.00 | SJ6963 |
| W79575 | Dec30/14 | IN Dec30 14-053818 | 963.00 | 0.00 | SJ7030 |
| W79581 | Dec30/14 | IN Dec30 14-053945 | 649.86 | 0.00 | SJ7030 |
| W79633 | Dec30/14 | IN Dec30 14-053993 | 328.00 | 0.00 | SJ7034 |
| W79634 | Dec30/14 | IN Dec30 14-053994 | 439.41 | 0.00 | SJ7034 |
| W79638 | Dec30/14 | IN Dec30 14-054013 | 566.95 | 0.00 | SJ7034 |
| W79643 | Dec30/14 | IN Dec30 14-054027 | 298.00 | 0.00 | SJ7034 |
| W79644 | Dec30/14 | IN Dec30 14-054031 | 508.00 | 0.00 | SJ7034 |
| W79645 | Dec30/14 | IN Dec30 14-054039 | 178.00 | 0.00 | SJ7034 |
| W79651 | Dec30/14 | IN Dec30 14-054071 | 418.00 | 0.00 | SJ7034 |
| W79675 | Dec30/14 | IN Dec30 14-054038 | 861.79 | 0.00 | SJ7083 |
| W79703 | Jan15/15 | IN Jan15 15-054162 | 178.00 | 0.00 | SJ7094 |
| W79708 | Jan15/15 | IN Jan15 15-054174 | 751.00 | 0.00 | SJ7094 |
| W79712 | Jan15/15 | IN Jan15 15-054199 | 283.00 | 0.00 | SJ7094 |
| W79763 | Jan19/15 | IN Jan19 14-053676 | 593.58 | 0.00 | SJ7107 |
| W79785 | Jan21/15 | IN Jan21 14-053814 | 866.51 | 0.00 | SJ7144 |
| W79797 | Jan22/15 | IN Jan22 14-053839 | 571.00 | 0.00 | SJ7148 |

April 8,2015  1:57pm                                          User: JULIE  Term: T5

```
                    01 - APPLIED MECHANICAL SYSTEM              Pg 3
                     AR    - Trade Receivables
              Customer Inquiry as of Apr08/15 - All Categories
```

```
Customer Code: STAREG
STANDARD REGISTER                   Cr.Limit: 125000.00
  ATTN  DAVID CLAPPER               Phone  : 937-221-3300
  600 ALBANY ST                     Fax No : 937-221-1956
  DAYTON, OHIO 45417                Contact: DAVID CLAPPER
                                    Email  : tami.masters@standardregister.com
             Last Sale Mar12/15     T.T.D. Sales:     5679532.22
```

| Invoice | Inv. Date | Date of Tran Record Refer. | Net A/R | Retention | Source/ #Days |
|---|---|---|---:|---:|---|
| W79811 | Jan22/15 | IN Jan22 15-054229 | 238.00 | 0.00 | SJ7148 |
| W79817 | Jan22/15 | IN Jan22 15-054278 | 538.00 | 0.00 | SJ7148 |
| W79818 | Jan22/15 | IN Jan22 15-054279 | 538.00 | 0.00 | SJ7148 |
| W79823 | Jan22/15 | IN Jan22 15-054326 | 178.00 | 0.00 | SJ7148 |
| W79841 | Jan27/15 | IN Jan27 600051209 | 489.33 | 0.00 | SJ7169 |
| W79922 | Jan29/15 | IN Jan29 15-054348 | 508.00 | 0.00 | SJ7186 |
| W79923 | Jan29/15 | IN Jan29 15-054350 | 538.00 | 0.00 | SJ7186 |
| W79927 | Jan29/15 | IN Jan29 15-054359 | 538.00 | 0.00 | SJ7186 |
| W79933 | Jan29/15 | IN Jan29 15-054378 | 538.00 | 0.00 | SJ7186 |
| W79938 | Jan29/15 | IN Jan29 15-054403 | 538.00 | 0.00 | SJ7186 |
| W80034 | Jan30/15 | IN Jan30 15-054475 | 538.00 | 0.00 | SJ7231 |
| W80035 | Jan30/15 | IN Jan30 15-054485 | 178.00 | 0.00 | SJ7231 |
| W80036 | Feb04/15 | IN Feb04 600051210 | 576.47 | 0.00 | SJ7232 |
| W80038 | Jan30/15 | IN Jan30 15-054447 | 538.00 | 0.00 | SJ7234 |
| W80039 | Jan30/15 | IN Jan30 15-054474 | 538.00 | 0.00 | SJ7234 |
| W80075 | Feb11/15 | IN Feb11 15-054563 | 298.00 | 0.00 | SJ7257 |
| W80076 | Feb11/15 | IN Feb11 15-054571 | 118.00 | 0.00 | SJ7257 |
| W80349 | Feb19/15 | IN Feb19 15-054330 | 3,319.15 | 0.00 | SJ7342 |
| W80357 | Feb19/15 | IN Feb19 15-054418 | 559.35 | 0.00 | SJ7342 |

```
                    01 - APPLIED MECHANICAL SYSTEM              Pg 4
                    AR      - Trade Receivables
                Customer Inquiry as of Apr08/15 - All Categories
```

Customer Code: STAREG
STANDARD REGISTER                   Cr.Limit: 125000.00
   ATTN  DAVID CLAPPER              Phone   : 937-221-3300
   600 ALBANY ST                    Fax No  : 937-221-1956
   DAYTON, OHIO 45417               Contact : DAVID CLAPPER
                                    Email   : tami.masters@standardregister.com
            Last Sale Mar12/15      T.T.D. Sales:     5679532.22

|           | Inv.     | Date of                |         |           | Source/ |
| Invoice   | Date     | Tran Record   Refer.   | Net A/R | Retention | #Days   |
|-----------|----------|------------------------|---------|-----------|---------|
| W80363    | Feb19/15 | IN Feb19 15-054499     | 557.87  | 0.00      | SJ7342  |
| W80375    | Feb19/15 | IN Feb19 15-054572     | 388.00  | 0.00      | SJ7342  |
| W80376    | Feb19/15 | IN Feb19 15-054573     | 298.00  | 0.00      | SJ7342  |
| W80380    | Feb19/15 | IN Feb19 15-054585     | 298.00  | 0.00      | SJ7342  |
| W80387    | Feb19/15 | IN Feb19 15-054690     | 238.00  | 0.00      | SJ7342  |
| W80451    | Feb25/15 | IN Feb25 15-054681     | 508.00  | 0.00      | SJ7391  |
| W80461    | Feb25/15 | IN Feb25 15-054711     | 538.00  | 0.00      | SJ7391  |
| W80465    | Feb25/15 | IN Feb25 15-054721     | 538.00  | 0.00      | SJ7391  |
| W80469    | Feb25/15 | IN Feb25 15-054746     | 178.00  | 0.00      | SJ7391  |
| W80471    | Feb25/15 | IN Feb25 15-054758     | 178.00  | 0.00      | SJ7391  |
| W80609    | Feb28/15 | IN Feb28 15-054783     | 407.95  | 0.00      | SJ7491  |
| W80613    | Feb28/15 | IN Feb28 15-054803     | 1,018.00| 0.00      | SJ7491  |
| W80620    | Feb28/15 | IN Feb28 15-054825     | 538.00  | 0.00      | SJ7491  |
| W80624    | Feb28/15 | IN Feb28 15-054854     | 844.95  | 0.00      | SJ7491  |
| W80626    | Feb28/15 | IN Feb28 15-054866     | 298.00  | 0.00      | SJ7491  |
| W80762    | Mar12/15 | IN Mar12 15-054949     | 298.00  | 0.00      | SJ7520  |

(Avg days to Pay: 7)          Total        124,962.24         0.00

       Current      31-60 Days    61-90 Days   91-120 Days   Over 120 Days
        298.00       88,089.27     10,252.89     16,415.07       9,907.01

                         ===== End of Report =====


April 8,2015  1:57pm                              User: JULIE  Term: T5