# Exhibit B

# Affidavit for Mechanic's Lien

Type: Mortgages
Kind: MECHANIC'S LIEN
Recorded: 4/6/2015 11:15:03 AM
Fee Amt: $28.00  Page 1 of 2
Montgomery County, OH
Willis E. Blackshear Recorder

File# 2015-00017127

### AFFIDAVIT FOR MECHANIC'S LIEN
(Property Location - Montgomery County, Ohio)

STATE OF OHIO       )
                         ) ss.
COUNTY OF HAMILTON  )

      Patrick M. O'Neill, whose address is The American Book Building, 300 Pike Street, Suite 500, Cincinnati, OH 45202, being first duly sworn, says that he is agent and attorney for Applied Mechanical Systems, Inc., 5598 Wolf Creek Pike, Dayton, Ohio 45426, who furnished certain services and materials in furtherance of improvements located on or removed to the land hereinafter described, in pursuance of a contract with The Standard Register Company whose address is 600 Albany Street, Dayton, Ohio 45417. The first of the services and materials was furnished on the 11th day of December, 2014. The last of the services and materials was furnished on the 13th day of March, 2015, and there is justly and truly due Applied Mechanical Systems, Inc. therefor from The Standard Register Company, over and above all legal setoffs, the sum of One Hundred Twenty-Four Thousand Nine Hundred Sixty-Two Dollars and 24/100 Cents ($124,962.24) for which amount Applied Mechanical Systems, Inc. claims a lien on the land, building and/or leasehold, of which The Standard Register Company, whose address is 600 Albany Street, Dayton, Ohio 45417, is or was the owner, or part owner, as the case may be, which property is located at 600 Albany Street, Dayton, Ohio 45417, and which is more particularly described in Exhibit "A" attached hereto.

                                             Patrick M. O'Neill, Esq.

    Sworn to before me and subscribed in my presence this 1st day of April, 2015.

JOSÉ PEDRO SANTOS
Notary Public, State of Ohio
My Commission Expires
May 26, 2017

                         Notary Public

This instrument was prepared by: Patrick M. O'Neill, Esq., BENJAMIN, YOCUM & HEATHER, LLC, The American Book Building, 300 Pike Street, Suite 500, Cincinnati, Ohio 45202-4222 – ☎ (513) 721-5672



## EXHIBIT "A"

Situate in the City of Dayton, County of Montgomery, State of Ohio and being all that part of lot no. 1 on the plat of the Executors of John Hiser, Sr. a part of Section 4, Town 1, Range 6 East, etc., recorded in Deed Book P. 2, Page 589 of the records of said county, lying east of the right of way of the C.C.C. & St. L. Railroad, running through said lot and more particularly described as follows:

Beginning at a stone at the southeast corner of said lot no. 1;

thence northwardly along the east line of said lot, 660.3 feet to the northeast corner of said lot no. 1; said corner being in the centerline of Albany Street;

thence westwardly along the north line of said lot being the centerline of Albany Street, 66.05 feet to the east line of a 50 foot right of way of the C.C.C. & St. L. Railroad;

thence southwardly along the east line of said right of way 678.6 feet to a point in the south line of said lot no. 1;

thence eastwardly along the south line of said lot no 1, 217.9 feet to the place of beginning.

Together with a 10 foot alley lying East of and adjacent to the above tract vacated on January 24, 1923 by City of Dayton Ordinance 11755.

Together with a 16.5 feet alley lying south of and adjacent to the above tract vacated on March 12, 1952 by City of Dayton Ordinance 17332.

Parcel No. R72-99-6-5