# Exhibit D
# Email from Debtor's Counsel

**From:** Bouslog, Matthew G. [mailto:MBouslog@gibsondunn.com]
**Sent:** Tuesday, May 26, 2015 3:00 PM
**To:** Patrick O'Neill
**Cc:** rgeyer@appliedmechanicalsys.com; jball@appliedmechanicalsys.com
**Subject:** RE: The Standard Register Co.

Thank you for the letter. Our prior letter did not reference anything with respect to the mechanic's lien, but the demand for payment and the threat of future legal action if payment was not made: "Prompt arrangements for payment in full should be made to avoid further legal action
which could include foreclosure against the real estate." We understand that you are now aware of the bankruptcy case and appreciate your acknowledgment of the automatic stay. Please let me know if you have any additional questions going forward.

Matt


**Matthew G. Bouslog**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
3161 Michelson Drive, Irvine, CA 92612-4412
Tel +1 949.451.4030 • Fax +1 949.475.4640
MBouslog@gibsondunn.com • www.gibsondunn.com


**From:** Kathy K. Mecklenborg [mailto:kkmecklenborg@byhlaw.com]
**Sent:** Tuesday, May 26, 2015 11:51 AM
**To:** Bouslog, Matthew G.
**Cc:** Patrick O'Neill; rgeyer@appliedmechanicalsys.com; jball@appliedmechanicalsys.com
**Subject:** The Standard Register Co.


Please see attached from Attorney Patrick M. O'Neill.


Kathy Mecklenborg,
Legal Assistant
Benjamin, Yocum & Heather, LLC
300 Pike Street, Suite 500
Cincinnati, Ohio 45202
Telephone: 513-721-5672
Facsimile: 513-562-4388
Email: kkmecklenborg@byhlaw.com

1