## CERTIFICATE OF SERVICE

I, Sarah E. Pierce, hereby certify that on June 3, 2015, I caused the foregoing *Objection And Reservation Of Rights Of Silver Point Finance, LLC With Respect To First Monthly Application Of Lowenstein Sandler LLP As Counsel To The Official Committee Of Unsecured Creditors For Compensation For Services Rendered And Reimbursement Of Expenses Incurred For The Period From March 24, 2015 Through March 31, 2015* to be served on the parties listed below by first-class U.S. mail unless otherwise indicated.

Kevin Carmody, CRO
The Standard Register Company
600 Albany Street
Dayton, OH   45417

Wojciech F. Jung, Esq.
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, NY 10020
**By Overnight Courier**

Michael R. Nestor, Esq.
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE   19801

Robert A. Klyman, Esq.
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA   90071-1512

Christopher A. Ward, Esq.
Justin K. Edelson, Esq.
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE   19801

Mark S. Kenney, Esq.
Office of the United States Trustee
Lockbox 35
844 North King Street, Room 2207
Wilmington, Delaware 19801

C. Edward Dobbs, Esq.
Bank of America, N.A.
Parker, Hudson, Rainer & Dobbs LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, GA   30303

*/s/ Sarah E. Pierce*
Sarah E. Pierce