IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>The Standard Register Company, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS) |

### AFFIDAVIT OF JAMIE L. DAWSON, PARALEGAL

STATE OF DELAWARE    :
: SS:
NEW CASTLE COUNTY    :

I, Jamie L. Dawson, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on June 4, 2015 I caused to be served:

### GEORGIA-PACIFIC CONSUMER PRODUCTS LP'S LIMITED OBJECTION TO DEBTOR'S MOTION TO SELL SUBSTANTIALLY ALL ITS ASSETS

Service was completed upon the following individuals listed on the attached list as indicated thereon.

Date:   June 4, 2015

_____
Jamie L. Dawson

SWORN AND SUBSCRIBED before me this 4th day of June, 2015.

_____
Notary

[Notary Seal: ALYSSA STAR DOMOROD, MY COMMISSION EXPIRES AUGUST 22, 2018, NOTARY PUBLIC, STATE OF DELAWARE]

**VIA HAND DELIVERY**
Michael R. Nestor, Esq.
Kara Hammond Coyle, Esq.
Maris J. Kandestin, Esq.
Andrew L. Magaziner, Esq.
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
[Counsel to the Debtors]

Christopher A. Ward, Esq.
Justin K. Edelson, Eq.
Polsinelli PC
222 Delaware Avenue, Suite 11011
Wilmington, DE 19801
[Counsel to the Official Committee of Unsecured Creditors]

Mark D. Collins, Esq.
Richards Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19801
[Counsel to ABL DIP Agent]

Sarah Pierce, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
920 N. King Street
Wilmington, DE 19801
[Counsel to Term DIP Agent]

Mark S. Kenney
Office of the United States Trustee
884 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Michael Rosenthal, Esq.
Robert A. Klyman, Esq.
Gibson, Dubb & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071
[Counsel to the Debtors]

Kenneth A. Rosen, Esq.
Sharon L. Levine, Esq.
Wojciech F. Jung, Esq.
Lowenstein Sandler LLP
65 Livingston Avenue
Roseland, NJ 07068
[Counsel to the Official Committee of Unsecured Creditors]

Gerald C. Bender, Esq.
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, NY 10020
[Counsel to the Official Committee of Unsecured Creditors]

C. Edward Dobbs, Esq.
Parker Hudson Rainer & Dobbs LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, GA 30303
[Counsel to ABL DIP Agent]

Ron E. Meisler, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive, Suite 2700
Chicago, IL 60606
[Counsel to Term DIP Agent]