## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |

### NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON JUNE 8, 2015 AT 9:30 A.M. (ET)

**MATTER GOING FORWARD**

1.    Application of the Official Committee of Unsecured Creditors for an Order (I) Authorizing the Committee to Retain and Employ Jefferies LLC as Its Investment Banker, *Nunc Pro Tunc* to March 24, 2015 and (II) Waiving Certain Requirements of Local Rule 2016-2 [D.I. 318; 4/20/15]

Related Documents:

   a)    Omnibus Reply of the Official Committee of Unsecured Creditors to Retention Applications of Its Selected Professionals [D.I. 434; 5/8/15]

   b)    Notice of Filing of Revised Proposed Order (I) Authorizing the Committee to Retain and Employ Jefferies LLC as Its Investment Banker, *Nunc Pro Tunc* to March 24, 2015 and (II) Waiving Certain Requirements of Local Rule 2016-2 [D.I. 575; 6/1/15]

   c)    Certification of Counsel Regarding Proposed Order (I) Authorizing the Committee to Retain and Employ Jefferies LLC as Its Investment Banker, *Nunc Pro Tunc* to March 24, 2015 and (II) Waiving Certain Requirements of Local Rule 2016-2 [D.I. 590; 6/2/15]

Objection Deadline:          May 5, 2015 at 4:00 p.m. (ET)

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001).  The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2]    **Amended items appear in bold.  The agenda has been amended to reflect that item (1), previously listed as continued to the next hearing, will be going forward at this hearing.**

01:17181880.1

Objections/Responses Received:

    d)      Limited Objection of Bank of America, N.A., as Administrative and Collateral Agent, to Retention Applications of Committee and Reservation of Rights [D.I. 396; 5/5/15]

    e)      Limited Objection and Reservation of Rights of Silver Point Finance, LLC with Respect to Professional Retention Applications Filed by the Official Committee of Unsecured Creditors [D.I. 397; 5/5/15]

    f)      Debtors' Omnibus Objection to Committee Retention Applications [D.I. 398; 5/5/15]

**Status:**      **This matter is going forward.**

## UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION

2.      The Official Committee of Unsecured Creditors' Motion for an Order Authorizing the Committee to File Under Seal the Motion (Including Any Exhibits Attached Thereto) of the Official Committee of Unsecured Creditors for an Order Granting the Committee Standing and Authorizing the Committee to Commence and Prosecute Certain Actions on Behalf of the Debtors' Estates [D.I. 525; 5/18/15]

Related Documents:

    a)      (SEALED) Motion of the Official Committee of Unsecured Creditors for an Order Granting the Committee Standing and Authorizing the Committee to Commence and Prosecute Certain Actions on Behalf of the Debtors' Estates [D.I. 526; 5/19/15]

    b)      Certificate of No Objection [D.I. 605; 6/3/15]

    c)      Proposed Order

Objection Deadline:      June 1, 2015 at 4:00 p.m. (ET)

Objections/Responses Received:      None.

Status:      A certificate of no objection has been filed. A hearing is only necessary to the extent the Court has any questions.

**CONTESTED MATTER GOING FORWARD**

3.      Motion of the Official Committee of Unsecured Creditors for an Order Granting the Committee Standing and Authorizing the Committee to Commence and Prosecute Certain Actions on Behalf of the Debtors' Estates [D.I. 524; 5/18/15]

Related Documents:

a)      The Official Committee of Unsecured Creditors' Motion for an Order Authorizing the Committee to File Under Seal the Motion (Including Any Exhibits Attached Thereto) of the Official Committee of Unsecured Creditors for an Order Granting the Committee Standing and Authorizing the Committee to Commence and Prosecute Certain Actions on Behalf of the Debtors' Estates [D.I. 525; 5/18/15]

b)      (SEALED) Motion of the Official Committee of Unsecured Creditors for an Order Granting the Committee Standing and Authorizing the Committee to Commence and Prosecute Certain Actions on Behalf of the Debtors' Estates [D.I. 526; 5/19/15]

c)      Scheduling Order [D.I. 557; 5/26/15]

Objection Deadline:            June 1, 2015

Objections/Responses Received:

d)      Objection of Bank of America, N.A., to Committee's Motion for Standing to Commence and Prosecute Claims on Behalf of Debtors' Estates [D.I. 579; 6/1/15]

e)      Objection of Silver Point Finance, LLC to Motion of the Official Committee of Unsecured Creditors for an Order Granting the Committee Standing and Authorizing the Committee to Commence and Prosecute Certain Actions on Behalf of the Debtors' Estates [D.I. 581; 6/1/15]

f)      (SEALED) Debtors' Objection to Committee's Motion for Standing to Prosecute Estate Causes of Action [D.I. 583; 6/1/15]

g)      Declaration of Kevin Carmody in Support of Debtors' Objection to the Committee's Motion for an Order Granting Standing [D.I. 584; 6/1/15]

h)      (SEALED) Declaration of Joseph P. Morgan, Jr. in Support of Debtors' Objection to the Committee's Motion for an Order Granting Standing [D.I. 586; 6/1/15]

i)      (SEALED) Declaration of Robert Ginnan in Support of Debtors' Objection to the Committee's Motion for an Order Granting Standing [D.I. 588; 6/1/15]

j)      Debtors' Motion for Entry of an Order, Pursuant to Section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018 and Local Rule 9018-1(b), Authorizing the Debtors to File Under Seal (I) an Unredacted Version of the Debtors' Objection to Committee's Motion for Standing to Prosecute Estate Causes of Action, and (II) Unredacted Versions of Declarations Related Thereto [D.I. 589; 6/1/15]

Status:      This matter is going forward.

[*Signature Page Follows*]

Dated:  June 4, 2015
         Wilmington, Delaware                   */s/ Andrew L. Magaziner*
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Maris J. Kandestin (No. 5294)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
mnestor@ycst.com
kcoyle@ycst.com
mkandestin@ycst.com
amagaziner@ycst.com

-and-

Michael A. Rosenthal (NY No. 4697561)
Samuel A. Newman (CA No. 217042)
Jeremy L. Graves (CO No. 45522)
Matthew G. Bouslog (CA No. 280978)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone:  (212) 351-4000
Facsimile:  (212) 351-4035
mrosenthal@gibsondunn.com
snewman@gibsondunn.com
jgraves@gibsondunn.com
mbouslog@gibsondunn.com

*Counsel to the Debtors and*
*Debtors in Possession*

01:17181880.1