**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: The Standard Register Company | § § § § § § | CHAPTER 11 |
| DEBTOR | | CASE NO.: 15-10541 |

**NOTICE OF WITHDRAWAL OF THE WITHDRAWAL OF PROOF OF CLAIM**

The Dallas County hereby withdraws its withdrawal of proof of claim, which is designated as document number 528 on the docket report.

**CERTIFICATE OF SERVICE**

I hereby certify that on 4th day of June, 2015, a true and correct copy of the above and foregoing document was filed with the Court and served via the Court's electronic noticing system upon all parties thereto.

Respectfully submitted,
Linebarger Goggan Blair & Sampson, LLP
2777 N Stemmons Frwy, Suite 1000
Dallas, TX  75207
(214) 880-0089 - *Telephone*
(469) 221-5003 - *Fax*
Email: Dallas.Bankruptcy@Publicans.com

By: /s/ E. Weller

Elizabeth Weller, Attorney
Texas Bar No. 00785514
Laurie Spindler Huffman, Attorney
Texas Bar No. 24028720
Sherrel K. Knighton, Attorney
Texas Bar No. 00796900
