IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*, | |
| Debtors. | Case No. 15-10541 (BLS)<br>Jointly Administered |

**ENTRY OF APPEARANCE AND REQUEST FOR
NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Xerox Corporation, by and through its undersigned counsel, pursuant to Bankruptcy Rule 2002 and Section 102(1) of the Bankruptcy Code, requests that all notices given or required to be given in these cases and all papers served in these cases be given to and served upon the undersigned at the offices set forth below:

| | |
|---|---|
| Daniel K. Astin (No. 4068)<br>John D. McLaughlin, Jr. (No. 4123)<br>Joseph J. McMahon, Jr. (No. 4819)<br>CIARDI CIARDI & ASTIN<br>1204 N. King Street<br>Wilmington, Delaware 19801<br>Tel: (302) 658-1100<br>Fax: (302) 658-1300<br>jmclaughlin@ciardilaw.com<br>jmcmahon@ciardilaw.com | Mark H, Ralston, Esquire<br>FISHMANJACKSON<br>700 Three Galleria Tower<br>13155 Noel Road, L.B. 13<br>Dallas, Texas 75240<br>Tel: (972) 419-5500<br>Fax: (972) 419-5501<br>mralston@fishmanjackson.com |

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed hand delivery, mail, telephone, telex, or otherwise which affects the Debtors or the property of the Debtors.

PLEASE TAKE FURTHER NOTICE that Xerox Corporation does not intend this Notice of Appearance or any later appearance, pleading or claim to waive: (1) its right to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases; or (2) any other rights, claims, actions, defenses, set-offs, or recoupments to which it is or may be entitled under agreements, in law, in equity or otherwise, all of which rights, claims, actions, defenses, set-offs, and recoupments are expressly reserved.

Dated: June 4, 2015
      Wilmington, Delaware

CIARDI CIARDI & ASTIN

_____
Daniel K. Astin (No. 4068)
John D. McLaughlin, Jr. (No. 4123)
Joseph J. McMahon, Jr. (No. 4819)
1204 N. King Street
Wilmington, Delaware 19801
Tel: (302) 658-1100
Fax: (302) 658-1300
jmcmahon@ciardilaw.com

    -and-

Mark H. Ralston, Esq.
FISHMANJACKSON
700 Three Galleria Tower
13155 Noel Road, L.B. 13
Dallas, Texas 75240
Tel: (972) 419-5500
Fax: (972) 419-5501
mralston@fishmanjackson.com

2