## CERTIFICATE OF SERVICE

I, Mark H. Ralston, hereby certify that on the 4th day of June, 2015, I caused a copy of the forgoing instrument to be served via email on the parties required to be served under the Bidding Procedures Order via email.

/s/ Mark H. Ralston
Mark H. Ralston