# EXHIBIT B

[ABL Unencumbered Assets]

**A. *Unencumered Assets stipulated by the Prepetition ABL Agent:***

| Asset | Committee's Position | Remarks | Value[1] |
|---|---|---|---|
| **I. DEPOSIT ACCOUNTS** | | | |
| Fifth Third Bank – 2581 | The Prepetition ABL Agent does not have a security interest in this account. | See Prepetition ABL Agent's Objection, page 18, para. 34. | $0 |
| Santander Bank – 2304 | The Prepetition ABL Agent does not have a security interest in this account. | See Prepetition ABL Agent's Objection, page 18, para. 34. | $0 |
| TD Bank – 4086 | The Prepetition ABL Agent does not have a security interest in this account. | See Prepetition ABL Agent's Objection, page 18, para. 34. | $25,530.97 |
| Banamex Deposit Accounts | The Prepetition ABL Agent does not have a security interest in this account. | See Prepetition ABL Agent's Objection, page 18, para. 34. | $108,834.82 |
| Royal Bank of Canada – 6912 | The Prepetition ABL Agent does not have a security interest in this account. | See Prepetition ABL Agent's Objection, page 18, para. 34. | $4,000 |
| First Citizens Bank – 9201 | The Prepetition ABL Agent does not have a security interest in this account. | See Prepetition ABL Agent's Objection, page 18, para. 34. | $90,000 |
| First Citizens Bank – 3101 | The Prepetition ABL Agent does not have a security interest in this account. | See Prepetition ABL Agent's Objection, page 18, para. 34. | $0 |
| First Citizens Bank – 4201 | The Prepetition ABL Agent does not have a security interest in this account. | See Prepetition ABL Agent's Objection, page 18, para. 34. | $0 |
| **II. REAL ESTATE** | | | |
| 325 Butler Drive Murfreesboro, Rutherford County, Tennessee | The Prepetition ABL Agent does not have a recorded mortgage on this property. | See Prepetition ABL Agent's Objection, page 19, para. 34. | $846,043.82 |
| 1750 Miller Avenue Shelbyville, Shelby County, Indiana | The Prepetition ABL Agent does not have a recorded mortgage on this property. | See Prepetition ABL Agent's Objection, page 19, para. 34. | $493,698.33 |

---

[1] Unless otherwise noted, values ascribed to the Term Unencumbered Assets are as set forth in the Debtors' Schedules of Assets and Liabilities filed in the Chapter 11 Cases on May 11, 2015.

| Asset | Committee's Position | Remarks | Value[1] |
|---|---|---|---|
| 3655 South School Avenue Fayetteville, Washington County, Arizona | The Prepetition ABL Agent does not have a recorded mortgage on this property. | See Prepetition ABL Agent's Objection, page 19, para 34. | $529,347.28 |
| 1251 North Fruitridge Avenue Terre Haute, Vigo County, Indiana | The Prepetition ABL Agent does not have a recorded mortgage on this property. | See Prepetition ABL Agent's Objection, page 19, para 34. | Undetermined |
| **III. MOTOR VEHICLES** | | | |
| Various Motor Vehicles | The Prepetition ABL Agent does not have a perfected security interest in the motor vehicles listed in part III of Exhibit B to the Proposed Complaint. | See Prepetition ABL Agent's Objection, page 19, para 34. | $6,481 |
| **IV. COMMERCIAL TORT CLAIMS** | | | |
| Commercial Tort Claims | The Prepetition ABL Agent does not have a perfected security interest in the Debtors' commercial tort claims. | See Prepetition ABL Agent's Objection, page 19, para 34. | Undetermined |
| **V. FOREIGN EQUITY** | | | |
| Equity Interests in Standard Register Technologies Canada ULC | The Prepetition ABL Agent does not have a security interest in the equity interests of Standard Register Technologies Canada ULC. | See Prepetition ABL Agent's Objection, page 18, para 34. | Undetermined |
| Thirty-five Percent of Equity Interests in non-U.S. Debtors (other than Standard Register Technologies Canada ULC) | The Prepetition ABL Agent does not have a security interest in greater than 65% of the voting equity interests of the non-U.S. Debtors (other than Standard Register Technologies Canada ULC). | See Prepetition ABL Agent's Objection, page 18, para 34. | Undetermined |
| **VI. INVENTORY AND EQUIPMENT** | | | |
| Computer Software of Standard Register Servicios, S. de R.L. de C.V. | The Prepetition ABL Agents does not have a security interest in this asset. | See Prepetition ABL Agent's Objection, page 19, para 34. | $797.08 |
| **VII. LIFE INSURANCE POLICIES** | | | |
| Various Life Insurance Policies | The Prepetition ABL Agent does not have | See Prepetition ABL Agent's Objection, | Minimum Cash Surrender Value: |

| Asset | Committee's Position | Remarks | Value[1] |
|---|---|---|---|
| | a security interest in these policies. | page 19, para 34. | $3,651,889.30<br>Minimum Death Benefit: $7,814,182.40 |
| **VIII. ASSETS OF CERTAIN DEBTORS** | | | |
| Assets of Standard Register Holding Company | The Prepetition ABL Agent does not have a security interest in the assets of Standard Register Holding Company. | See Prepetition ABL Agent's Objection, page 19, para 34. | Undetermined |
| Assets of Standard Register Mexico Holding Company | The Prepetition ABL Agent does not have a security interest in the assets of Standard Register Mexico Holding Company. | See Prepetition ABL Agent's Objection, page 19, para 34. | Undetermined |
| Assets of non-U.S. Debtors | The Prepetition ABL Agent does not have a security interests in the assets of the non-U.S. Debtors. | See Prepetition ABL Agent's Objection, page 19, para 34. | Undetermined |

**B.** *<u>Disputed Collateral as between the Committee and the Prepetition ABL Agent:</u>*

| Asset | Committee's Position | Remarks | Value |
|---|---|---|---|
| **I. REAL ESTATE** | | | |
| 325 Busser Road Manchester Township, York County, Pennsylvania | The Prepetition ABL Agent does not have a valid and properly perfected mortgage on this property. | The Debtors sold this property free and clear of all liens and encumbrances. | $2,200,000[2] |
| **II. TAX REFUNDS** | | | |
| Tax Refunds | The Prepetition ABL Agent may have a valid and perfected security interest in the tax refunds listed in part VI of Exhibit B of the Proposed Complaint, but such interests may be avoided by the Committee as a preferential transfer. | The Prepetition ABL Agent asserts that it has a security interest in general intangibles, which includes tax refunds (but not tax credits), the tax refunds for the year ending December 31, 2014 arose on January 1, 2015 and therefore the Prepetition Term Agents' security interest did not attach to the 2014 tax refunds until such date. Accordingly, the transfer of the security interest in the Debtors' 2014 tax refunds constitutes a preferential transfer. The Committee's position is supported by *In re Tousa, Inc., et al.*, 406 B.R. 421 (Bankr. N.D. Fla. 2009).<br><br>Regarding the tax credits, like NOLs, tax credits have an economic value insofar as they can set-off future income. Tax credits are not subject to a security interest. *City of Chicago v. Michigan* | Minimum value of: $696,725.54 |

---

[2] Amount based on postpetition sale price [D.I. 450].

30954/2
06/04/2015 **37123871**.2

| Asset | Committee's Position | Remarks | Value |
|---|---|---|---|
|  |  | *Beach Housing Cooperative*, 609 N.E.2d 877, 21 U.C.C. Rep. Serv. 2d 786 (Ill. App. Ct. 1993). |  |
| **III. DEPOSITS** ||||
| Various Security Deposits, Prepaid Rents, and Prepaid Maintenance Contracts | The Prepetition ABL Agent does not have a valid and perfected security interest in these security deposits, prepaid rents and prepaid maintenance contracts if such deposits are kept in segregated trusts for the Debtors or in separate accounts that are property of the Debtors or otherwise segregated and being held as property of the Debtors. | To the extent that security deposits, prepaid rents, and prepaid maintenance contracts are contractual rights to the return of money once certain contractual conditions are met then the Prepetition ABL Agent has a valid and perfected security interest. Further investigation is required to determine whether any such security deposits, prepaid rents and prepaid maintenance contracts are actually deposits kept in segregated accounts in trust for the Debtors, in separate accounts that are property of the Debtors or otherwise segregated and being held as property of the Debtors. | $10,841,867.51 |
| **IV. LEASEHOLDS & IMPROVEMENT INTERESTS** ||||
| Leasehold Interests | The ABL Agent may not have a valid and perfected lien on leasehold interests. | Further investigation is necessary to determine the nature of the leasehold improvements listed in the Debtors' disclosure schedule. | $3,797,489.17 |
| **VI. CONSTRUCTION & CAPITAL PROJECTS** ||||
| Construction in Process/Various Capital Projects of Standard Register | The ABL Agent may not have a valid and perfected lien on the Debtors' | Further investigation is necessary to determine the nature of the Debtors' | $9,766,279.00 |

| Asset | Committee's Position | Remarks | Value |
|---|---|---|---|
| | construction in progress/various capital projects. | construction in progress/various capital projects set forth in the Debtors' Schedules of Assets and Liabilities, and whether the ABL Agent has a lien is such assets. | |