IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*, | |
| Debtors. | Case No. 15-10541 (BLS)<br>Jointly Administered<br>**Re: Docket No. 614** |

## CERTIFICATE OF SERVICE

I, Joseph J. McMahon, Jr., hereby certify that on the 5th day of June 2015, I caused a copy of the ***Entry of Appearance and Request for Notices and Service of Papers*** to be served via first class U.S. mail upon the following:

Young Conaway Stargatt & Taylor
Michael R. Nestor, Esq.
Kara Hammond Coyle, Esq.
Rodney Square
1000 North King Street
Wilmington, DE 19801

Michael A. Rosenthal, Esq.
Robert A. Klyman, Esq.
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-1512

                                                    */s/ Joseph J. McMahon, Jr.*
                                                    Joseph J. McMahon, Jr. (No. 4819)