IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE STANDARD REGISTER | ) | |
| COMPANY, et al.,[1] | ) | Case No. 15-10541 (BLS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Re: D.I. 603** |

# CERTIFICATE OF SERVICE

I, Scott J. Leonhardt, hereby certify that, on June 3, 2015, I caused a copy of the following document to be served via First-Class and Electronic Mail upon the parties listed on the attached **Exhibit A**:

- *Limited Objection by Applied Mechanical Systems, Inc. to the Motion for an Order Approving the Sale of Substantially All of the Debtors' Assets* [D.I. 603; filed June 3, 2015]

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

Dated: June 5, 2015
       Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Scott J. Leonhardt*
Frederick B. Rosner, Esq. (DE 3995)
Scott J. Leonhardt, Esq. (DE 4885)
824 Market Street, Suite 810
Wilmington, DE 19801
(302) 777-1111
leonhardt@teamrosner.com

*Local Counsel to Applied Mechanical Systems, Inc.*

{00016113.}

# Exhibit A

**Gibson, Dunn & Crutcher LLP**
Attn: Barbara Becker, Esq.
  Michael A. Rosenthal, Esq.
200 Park avenue
New York, NY 10166
Email: bbecker@gibsondunn.com
  mrosenthal@gibsondunn.com

**Young Conaway Stargatt & Taylor, LLP**
Attn: Michael R. Nestor, Esq.
1000 N. King Street
Wilmington, DE 19801
Email: mnestor@ycst.com

**Lowenstein Sandler LLP**
Attn: Sharon L. Levine, Esq.
  Wojciech F. Jung, Esq.
1251 Avenue of the Americas
New York, NY 10020
  Email: slevine@lowenstein.com
    wjung@lowenstein.com

**Skadden, Arps, Slate, Meagher & Flom LLP**
Attn: Ron Meisler, Esq.
  Christopher M. Dressel, Esq.
155 N. Wacker Drive
Chicago, IL 60606
  Email: ron.meisler@skadden.com
    christopher.dressel@skadden.com

**Parker, Hudson, Rainer & Dobbs LLP**
Attn: Edward Dobbs, Esq.
  James S. Rankin, Jr., Esq.
1500 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, GA 30303
  Email: edobbs@phrd.com
    jrankin@phrd.com

**Richards Layton & Finger**
Attn: Mark D. Collins, Esq.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
  Email: collins@rlf.com

{00016113.}