**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, et al.,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | Obj. Deadline: June 22, 2015 at 4:00 p.m. (ET) |

**FIRST MONTHLY APPLICATION OF LAZARD FRÈRES AND CO. LLC AND LAZARD MIDDLE MARKET LLC, AS INVESTMENT BANKER TO THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MARCH 12, 2015 THROUGH APRIL 30, 2015**

| | |
|---|---|
| Name of Applicant: | **Lazard Frères & Co. LLC and Lazard Middle Market** |
| Authorized to Provide Professional Services to: | **Debtors and Debtors-in-Possession** |
| Date of Retention: | **April 13, 2015 *nunc pro tunc* March 12, 2015** |
| Period for which compensation and/or reimbursement is sought: | **March 12, 2015 through April 30, 2015** |
| Amount of Compensation sought as actual, reasonable, and necessary: | $100,000.00[2] |
| Amount of Expenses sought as actual, reasonable, and necessary | $24,624.31 |
| Amounts Paid to Date: | $0.00 |
| Net Amount of Compensation Requested: | **$124,624.31** |

This is a:  _X_  monthly       ___ interim       ___ final application

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Services, S. de R.L. de C.V. (4GR4); Standard Register de Mexico, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] Lazard's retention was approved pursuant to the terms set forth in the Engagement Letter dated December 27, 2014, (the "Engagement Letter"). Prior to the commencement of these cases, the Debtors paid Lazard $100,000 for the month of March 2015 pursuant to its Engagement Letter.

The total time expended for fee application preparation was approximately 4.5 hours.

Summary of Monthly Fee and Expense Invoices for the Compensation Period:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| Current | 03/12/15-04/30/15 | $80,000.00 (80% of $100,000) | $24,624.31 | n/a | n/a |

**[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]**

**LAZARD PROFESSIONALS**

| Name of Professional Individual | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew Torgove | Managing Director | n/a | 182.0 | n/a |
| Dermott O'Flanagan | Director | n/a | 305.5 | n/a |
| Nick Verhein | Financial Analyst | n/a | 328.0 | n/a |
| | **TOTALS** | | **815.5** | **$100,00.00** |

**[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]**

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees |
|---|---:|---:|
| Interface with Professionals, Official Committees, and Other Parties-In-Interest | 106.0 | n/a |
| Business Operations Planning, Monitoring, Reporting and Analysis | 28.5 | n/a |
| Preparation and/or review of Court Filings | 50 | n/a |
| Court Testimony/Deposition and Preparation | 95.5 | n/a |
| Valuation Analysis | 0.0 | n/a |
| Capital Structure Review and Analysis | 0.0 | n/a |
| Merger & Acquisition Activity | 442.0 | n/a |
| Financing Including DIP and Exit Financing | 15.5 | n/a |
| General Corporate Finance, Research and Analysis, and Other Due Diligence | 9.5 | n/a |
| Fee Application, Engagement | 10.5 | n/a |
| Employee Retention Program | 1.5 | |
| Travel | 101.5 | n/a |
| **TOTAL** | **815.5** | **$100,000.00** |

**[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]**

**EXPENSE SUMMARY**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Car Services and Taxis | | $6,172.64 |
| Courier/Shipping | | 32.81 |
| Electronic Information Service | | 70.76 |
| Employee Meals | | 878.11 |
| Meals-Meetings/Travel | | 888.61 |
| Printing Costs – External | | 484.99 |
| Telephone/Telex/Fax-Usage | | 151.19 |
| Temporary Wages | | 111.18 |
| Travel | | 15,834.02 |
| **Total Expenses** | | **$24,624.31** |

**[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, et al.,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | Obj. Deadline: June 22, 2015 at 4:00 p.m. (ET) |

**FIRST MONTHLY APPLICATION OF LAZARD FRÈRES AND CO. LLC AND LAZARD MIDDLE MARKET LLC, AS INVESTMENT BANKER TO THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MARCH 12, 2015 THROUGH APRIL 30, 2015**

Lazard Frères and Co. LLC ("Lazard Frères") and Lazard Middle Market LLC ("LMM" and, together with Lazard Frères, "Lazard"), Investment Banker to The Standard Register Company and certain of its affiliates, as debtors and debtors in possession (collectively the "Debtors"), hereby submits its First Monthly Fee Application (the "Application") pursuant to sections 327(a) and 328(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules") for an allowance of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred in connection with such services from March 12, 2015 through and including April 30, 2015 (the "Compensation Period") as set forth in its engagement letter (the "Engagement Letter"), attached hereto as **Exhibit A,** as amended by Amendment No. 1 to the Engagement Letter (the "Amendment Letter"), attached hereto as **Exhibit A-1**.  Pursuant to the *Order*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Services, S. de R.L. de C.V. (4GR4); Standard Register de Mexico, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

01:17188776.1

*Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated April 13, 2015,* (the "Interim Compensation Order") [Docket No. 260], Lazard seeks interim allowance in the aggregate amount of $124,624.31 for financial advisory services provided to the Debtors. In support of this Application, Lazard respectfully represents as follows:

## BACKGROUND

1. On March 12, 2015 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

2. On April 13, 2015, the United States Bankruptcy Court for the District of Delaware entered the order authorizing the retention and employment of Lazard as investment banker to the Debtors *nunc pro tunc* to the petition date (the "Retention Order"), attached hereto as **Exhibit B.**

## COMPENSATION REQUEST

3. Lazard seeks allowance of compensation for professional services rendered to the Debtors during the Compensation Period in the aggregate amount of $100,000.00 and for reimbursement of expenses incurred in connection with the rendition of such services in the aggregate amount of $24,624.31 for a total award of $124,624.31 (the "Total Compensation Amount"). The details underlying these expenses are attached hereto as **Exhibit D.**

4. For the convenience of the Court and all parties in interest, attached hereto as **Exhibit C** is a summary setting forth the name of each professional for whose work on these reorganization cases compensation is sought.

01:17188776.1

## SUMMARY OF SERVICES

5.  The Managing Director, Director and Analysts of Lazard who rendered professional services during the Compensation Period in these cases are as follows: Andrew Torgove (Managing Director); Dermott O'Flanagan (Director) and Nick Verhein (Analyst).

6.  During the Compensation Period, the Debtors relied heavily on the experience and expertise of the above-named persons in dealing with matters described in Paragraph 7. As a result, Lazard's highly skilled restructuring professionals devoted significant time and effort to perform properly and expeditiously the required professional services.

7.  A summary of some of the services rendered by Lazard during the Compensation Period are as follows:

   a) *Interface with Professionals, Official Committees, and Other Parties-In-Interest* – Lazard has participated in frequent planning sessions and other periodic meetings with the Debtors and its legal counsel concerning the sale process and other issues related to the bankruptcy. Lazard has participated in numerous meetings with the Debtors' management and presented materials regarding the bankruptcy sale process and other strategic issues. Lazard prepared, reviewed, advised and assisted in the preparation of presentation materials for the Debtors' creditors and their advisors. Lazard has engaged in multiple conversations with various creditors and their advisors in furtherance of their diligence efforts

   b) *Securing ABL and Delayed Draw Term Loan DIPs* –Lazard provided court testimony in connection with the court-approved DIP financing. In addition, prior to the commencement of these cases, Lazard professionals assisted the Debtors in structuring and negotiating the terms of the DIP financing.

   c) *Meetings and Oversight of Diligence with Creditors* – Lazard prepared, reviewed, advised and assisted in the preparation of diligence materials for the Debtors' creditors (including the Official Committee of Unsecured Creditors) and their advisors to keep them informed about the Debtors' operations and the sale process. Lazard engaged in frequent conversations with multiple creditors and their advisors. Further, Lazard, in coordination with the Debtors' management and legal and restructuring advisors, conducted in-person and telephonic diligence sessions and provided regular updates in connection with the sale processes.

d) *Marketing of Debtors' Assets* – Lazard advised on the sale of Debtors' assets. Lazard professionals assisted the Debtors in contacting various parties in interest in regards to the sales process. Lazard also facilitated the due diligence process for interested parties by providing information about the sale process as outlined in the bidding procedures, coordinating the negotiation and execution of non-disclosure agreements, providing access to the electronic data room, participating on due diligence calls, in-person due diligence meetings and facility visits with potential buyers and management as well as populating the electronic data room with additional diligence materials throughout the sale process. Further, Lazard provided court testimony in connection with the marketing efforts and approval related bidding procedures.

e) *Preparation and/or review of Court Filings* – Lazard assisted the Debtors' management and their advisors in preparing and reviewing numerous court filings, including the Sale Procedures and Debtor-in-Possession Financing.

f) *Assistance with General Bankruptcy* –Lazard professionals along with the Debtors' other professionals provided periodic updates to the Board of Directors on the status of the bankruptcy process, financial situation and the sale processes, and assisted the Debtors in preparing presentation materials related thereto.

WHEREFORE Lazard respectfully requests (i) an interim allowance for the reimbursement of expenses incurred in connection with advisory services rendered during the Compensation Period in the amount of $124,624.31

| | |
|---|---|
| Total Amount of Compensation Requested: | $124,624.31 |
| Less: Amounts Paid to Date: | ($0.00) |
| Net Amount of Compensation Requested: | $124,624.31 |

Dated:      June 5, 2015
                New York, New York

                                  LAZARD FRÈRES & CO. LLC,

                                  _____

                                  Dermott O'Flanagan
                                  Director
                                  Lazard Middle Market LLC
                                  30 Rockefeller Plaza, 61st Floor
                                  New York, NY  10020
                                  (212/632-6000)
                                  Investment Banker to the Debtors

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, et al.,[4] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |

### CERTIFICATION OF DERMOT O'FLANAGAN

1. I am a Director of Lazard Middle Market LLC and I make this certification in accordance with Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware (the "Local Rule").

2. I have read this First Monthly Application of Lazard Frères & Co. LLC and Lazard Middle Market LLC, as Investment Banker to the Debtors for Reimbursement of Expenses for the period March 12, 2015 through April 30, 2015.

3. I understand the Local Rules, and believe that the Application complies with provisions of the Local Rule, the United State Bankruptcy Code and the orders of this Court.

Dated: June 5, 2015

Dermott O'Flanagan
Director
Lazard Middle Market LLC

---

[4] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Services, S. de R.L. de C.V. (4GR4); Standard Register de Mexico, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.