# EXHIBIT C

# Details of Hours Expended

**Standard Register**
**Lazard Freres & Co. LLC / Lazard Middle Market LLC**

### Summary of Services Rendered by Project

| Project # | Project Description | March | April | Total |
|---|---|---|---|---|
| 1 | Interface with Professionals, Official Committees, and Other Parties-In-Interest | 48.5 | 57.5 | 106.0 |
| 2 | Business Operations Planning, Monitoring, Reporting and Analysis, and Projections | 10.5 | 18.0 | 28.5 |
| 3 | Preparation and/or Review of Court Filings | 5.0 | 0.0 | 5.0 |
| 4 | Court Testimony/Deposition and Preparation | 31.5 | 64.0 | 95.5 |
| 5 | Valuation Analysis | 0.0 | 0.0 | 0.0 |
| 6 | Capital Structure Review and Analysis | 0.0 | 0.0 | 0.0 |
| 7 | Merger & Acquisition Activity | 206.0 | 236.0 | 442.0 |
| 8 | Financing Including DIP and Exit Financing | 10.0 | 5.5 | 15.5 |
| 9 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 0.0 | 9.5 | 9.5 |
| 10 | Fee Application, Engagement | 8.0 | 2.5 | 10.5 |
| 11 | Employee Retention Program | 0.0 | 1.5 | 1.5 |
| 12 | Travel | 61.0 | 40.5 | 101.5 |
| | TOTAL | 380.5 | 435.0 | 815.5 |

### Summary of Services Rendered by Professional

| Professional | March | April | Total |
|---|---|---|---|
| Andrew Torgove, Managing Director | 79.0 | 103.0 | 182.0 |
| Dermott O'Flanagan, Director | 149.5 | 156.0 | 305.5 |
| Nick Verhein, Analyst | 152.0 | 176.0 | 328.0 |
| TOTAL | 380.5 | 435.0 | 815.5 |

**Andrew Torgove - Managing Director**

| Date | Description of Work | Hours | Category |
|---|---|---|---|
| 3/12/15 | Calls / emails with Debtor professionals re: filing | 0.5 | 1 |
| | Travel to court hearings | 4.0 | 12 |
| | Meeting with Debtor professionals | 1.0 | 1 |
| | Internal discussions / emails re: marketing materials | 0.5 | 7 |
| 3/13/15 | Prepare for and attend First Day Hearings | 3.5 | 4 |
| | Travel back from court hearings | 3.0 | 12 |
| 3/14/15 | Emails with Debtor professionals re: sale process and diligence | 1.0 | 7 |
| | Calls / emails with potential buyer | 0.5 | 7 |
| | Review of DIP Budget | 0.5 | 8 |
| 3/15/15 | Discussion with industry bankers re: potential buyers | 2.5 | 7 |
| | Review of retention application | 1.0 | 10 |
| 3/16/15 | Discussion with potential buyers | 0.5 | 7 |
| | Multiple calls / emails with Debtor professionals | 1.0 | 1 |
| | Calls with management team | 0.5 | 1 |
| | Calls with Silver Point | 0.5 | 1 |
| | Discussion with team on sale process | 1.0 | 7 |
| 3/17/15 | Call with Debtors Strategy Committee | 1.0 | 1 |
| | Calls with management | 1.0 | 1 |
| | Review of retention application / conflicts | 0.5 | 10 |
| | Review of wind down budget | 0.5 | 8 |
| | Internal coordination on buyer solicitation | 0.5 | 7 |
| | Calls re: wind down budget and DIP | 1.0 | 8 |
| 3/18/15 | Calls with management | 0.5 | 1 |
| | Multiple calls / emails with Debtor professionals | 1.0 | 1 |
| | Internal coordination on buyer solicitation | 0.5 | 7 |
| | Discussions with potential buyers | 0.5 | 7 |
| 3/19/15 | Review changes to retention application | 1.5 | 10 |
| | Calls re: wind down budget and DIP | 1.0 | 8 |
| 3/20/15 | Board Meeting | 1.5 | 1 |
| | Multiple calls / emails with Debtor professionals | 1.0 | 1 |
| | Calls with management re: business performance | 0.5 | 2 |
| | Calls with DIP Lenders | 1.0 | 1 |
| | Discussion with team on sale process | 1.0 | 7 |
| 3/21/15 | Internal coordination re: presentation on business operations | 1.0 | 3 |
| 3/23/15 | Update call with Debtor professionals | 0.5 | 1 |
| | Calls with potential buyers | 2.5 | 7 |
| | Discussion on status of NDAs | 1.0 | 7 |
| | Review marketing materials | 1.5 | 7 |
| 3/24/15 | Call with strategy committee and Debtor professionals | 1.0 | 1 |
| | Calls with Debtor professionals | 0.5 | 1 |
| | Call with DIP Lenders | 1.0 | 7 |
| | Calls / emails with potential buyers | 1.5 | 7 |
| 3/25/15 | Calls with Debtor professionals on APA / sale motion | 1.5 | 1 |
| | Calls with management | 0.5 | 1 |
| | Calls with potential buyers | 1.0 | 7 |
| 3/26/15 | Call with UCC advisors | 1.0 | 1 |
| | Calls re: diligence process with counsel | 1.5 | 7 |
| | Internal discussions re: diligence process | 1.5 | 7 |
| | Calls / emails with advisors on proposed changes to Wind Down and DIP | 1.5 | 8 |
| 3/27/15 | Board Meeting | 1.0 | 1 |
| | Multiple calls w/ Debtor professionals | 2.0 | 4 |
| | Calls on Second Day hearings / objections | 1.0 | 4 |
| | Calls with CRO re: various issues | 1.5 | 1 |
| 3/28/15 | Call with Debtor professionals on litigation | 1.5 | 4 |
| | Internal discussions re: discovery request and process | 1.0 | 4 |
| 3/29/15 | Discussions with Debtor professionals on document discovery | 2.0 | 4 |
| | Call with Silver Point advisors | 0.5 | 1 |
| 3/30/15 | Internal discussions re: sale process | 1.0 | 7 |
| | Calls with potential buyers | 0.5 | 1 |
| | Emails with CRO on various issues | 1.0 | 1 |
| 3/31/15 | Travel to Dayton | 4.0 | 12 |
| | Meeting with potential buyer | 4.0 | 7 |
| | Travel back from Dayton | 3.0 | 12 |
| **Total** | | **79.0** | |

## Andrew Torgove - Managing Director

| Date | Description of Work | Hours | Category |
|---|---|---|---|
| 4/1/15 | Call with Debtors Strategy Committee | 1.0 | 1 |
| | Calls / emails re: depositions | 1.5 | 4 |
| | Review of emails for production | 2.0 | 4 |
| | Internal discussion of document production | 1.0 | 4 |
| | Final review of investor materials | 0.5 | 7 |
| 4/2/15 | Call with UCC advisors on sale process update | 0.5 | 1 |
| | Call with Debtor professionals re: MIP and case administration | 1.0 | 1 |
| | Meeting with Debtor professionals | 1.0 | 1 |
| | Discussions with potential buyer advisors | 1.0 | 7 |
| 4/3/15 | Call with Board of Directors | 0.5 | 1 |
| | Emails / calls re: retention | 0.5 | 10 |
| | Calls / emails re: NDAs with counsel | 1.0 | 7 |
| | Review of ducuments for production | 2.0 | 4 |
| 4/4/15 | Call with Debtor professionals re: DIP and other items | 1.5 | 8 |
| | Call with counsel re: depositions | 2.5 | 4 |
| | Call with potential buyers' professionals | 1.5 | 7 |
| 4/6/15 | Calls / emails re: NDAs | 1.5 | 7 |
| | Call with UCC advisors on sale process update | 0.5 | 1 |
| | Deposition prep | 4.0 | 4 |
| 4/7/15 | Deposition prep | 3.5 | 4 |
| | Calls / emails re: NDAs | 1.0 | 7 |
| | Calls / emails with potential buyer re: diligence | 1.0 | 7 |
| 4/8/15 | Deposition | 4.0 | 4 |
| | Internal discussion of DIP objection | 0.5 | 8 |
| | Review deposition transcript | 0.5 | 4 |
| 4/9/15 | Call with UCC advisors on sale process update | 0.5 | 1 |
| 4/10/15 | Board call | 1.0 | 1 |
| | Review of buyer contact log | 1.0 | 7 |
| | Calls with potential buyers | 1.5 | 7 |
| 4/12/15 | Travel to Delaware | 4.0 | 12 |
| | Meeting with Debtors advisors to prep for court testimony | 2.0 | 4 |
| | Prep for court testimony | 2.5 | 4 |
| 4/13/15 | Prepare for testimony | 3.0 | 4 |
| | Attend court hearings | 6.0 | 4 |
| | Travel back from Delaware | 4.0 | 12 |
| 4/14/15 | Update call with ABL DIP Lenders and counsel | 1.0 | 1 |
| | Multiple calls with Debtor professionals | 1.5 | 1 |
| 4/15/15 | Multiple calls with Debtor professionals | 1.5 | 1 |
| | Calls with potential buyers | 0.5 | 7 |
| 4/16/15 | Calls re: sale procedures | 1.0 | 7 |
| | Calls re: NDA markups | 0.5 | 7 |
| 4/17/15 | Board Call | 1.5 | 1 |
| | Calls with potential buyers re: diligence and NDAs | 1.0 | 7 |
| | Internal discussions with team on buyer progress | 0.5 | 7 |
| 4/20/15 | Call with counsel / buyer re: enviromental | 1.0 | 7 |

## Andrew Torgove - Managing Director

| Date | Description of Work | Hours | Category |
|---|---|---:|---:|
| | Discussion of KEIP motion with counsel | 0.5 | 11 |
| | Multiple calls with Debtor professionals | 1.5 | 1 |
| 4/22/15 | Travel to Dayton | 3.0 | 12 |
| | Meeting with UCC advisors | 4.0 | 1 |
| | Review of DIP | 0.5 | 8 |
| 4/23/15 | Call with Strategic Committee | 0.5 | 1 |
| | Travel back from Dayton | 4.0 | 12 |
| 4/24/15 | Calls with potential buyers | 1.0 | 7 |
| | Review of estimated purchase price | 1.0 | 7 |
| | Calls / emails with Debtor professionals | 1.5 | 1 |
| 4/27/15 | Conference call with Debtor professionals re: claims | 1.0 | 1 |
| | Calls re: analysis of estimated purchase price | 1.0 | 7 |
| 4/28/15 | Calls with potential buyers re process | 1.0 | 7 |
| | Review of diligence information | 1.5 | 7 |
| 4/29/15 | Calls with potential buyers re diligence | 1.0 | 7 |
| | Call with Debtor professionals re: claims | 1.5 | 1 |
| | Calls with buyers on diligence items | 4.5 | 7 |
| 4/30/15 | Emails / calls with Debtor professionals | 1.5 | 1 |
| | Calls with potential buyers re: process | 1.0 | 7 |
| | Update call with UCC | 0.5 | 1 |
| **Total** | | **103.0** | |

**Dermott O'Flanagan - Director**

| Date | Description of Work | Hours | Category |
|---|---|---|---|
| 3/12/15 | Calls / emails with Debtor professionals re: filing | 0.5 | 1 |
| | Review of First Day Motions / Declarations | 1.5 | 4 |
| | Travel to court hearings | 1.5 | 12 |
| | Meeting with Debtor professionals | 1.0 | 1 |
| | Discussions with potential buyer advisors | 1.0 | 7 |
| | Internal discussions / emails re: marketing materials | 0.5 | 7 |
| 3/13/15 | Prepare for and attend First Day Hearings | 4.5 | 4 |
| | Calls / emails with advisors to potential buyers | 1.0 | 7 |
| | Travel back from court hearings | 1.5 | 12 |
| 3/14/15 | Emails with Debtor professionals re: sale process and diligence | 1.0 | 7 |
| | Draft / Review marketing materials | 5.5 | 7 |
| | Review of retention application | 1.0 | 10 |
| 3/15/15 | Discussion with industry bankers re: potential buyers | 1.5 | 7 |
| | Draft / Finalize Teaser and buyer contact list | 3.0 | 7 |
| | Draft / Review marketing materials | 4.0 | 7 |
| 3/16/15 | Draft / Review marketing materials | 2.5 | 7 |
| | Review of retention application | 1.0 | 10 |
| | Scheduling of diligence meetings | 1.5 | 7 |
| 3/17/15 | Management of buyer process | 2.0 | 7 |
| | Discussions with buyer advisors | 1.0 | 7 |
| | Prepare for and call with Debtors Strategy Committee | 1.0 | 1 |
| | Calls with management | 1.0 | 1 |
| | Call re: executory contracts | 1.5 | 2 |
| | Review of retention application / conflicts | 0.5 | 10 |
| | Internal coordination on buyer solicitation | 1.0 | 7 |
| | Calls re: wind down budget and DIP | 1.0 | 8 |
| 3/18/15 | Calls with management | 0.5 | 1 |
| | Review of retention application / conflicts | 0.5 | 10 |
| | Diligence coordination with buyers | 2.0 | 7 |
| | Draft / Review marketing materials | 2.5 | 7 |
| | Calls with potential buyers | 2.5 | 7 |
| | Internal coordination on buyer solicitation | 0.5 | 7 |
| 3/19/15 | Travel to Dayton for buyer diligence | 2.5 | 12 |
| | Management of data room, meetings with management team, prepare for diligence | 6.0 | 1 |
| | Review changes to retention application | 1.0 | 10 |
| | Calls re: wind down budget and DIP | 1.0 | 8 |
| 3/20/15 | Board Meeting | 1.5 | 1 |
| | On-site diligence with potential buyer | 5.0 | 7 |
| | Buyer calls and distribution of teaser | 2.5 | 7 |
| | Travel back from Dayton | 6.0 | 12 |
| 3/21/15 | Draft presentation for committee formation meeting | 2.0 | 3 |
| 3/22/15 | Discussion re: retention application | 2.0 | 3 |
| | Draft / Review marketing materials | 1.5 | 7 |
| 3/23/15 | Update call with Debtor professionals | 0.5 | 1 |
| | Calls / emails with potential buyers distributing teaser etc. | 3.5 | 7 |
| | Finalize retention application | 1.0 | 10 |
| | Management of data room and diligence process | 1.5 | 7 |
| | Draft / Review marketing materials | 1.0 | 7 |
| 3/24/15 | Travel to Dayton | 3.5 | 12 |
| | Update call with strategy committee and Debtor professionals | 1.0 | 1 |
| | Call with DIP Lenders | 1.0 | 7 |
| | Draft / Review marketing materials | 2.0 | 7 |
| | Calls / emails with potential buyers re: diligence, NDAs and process | 3.5 | 7 |

**Dermott O'Flanagan - Director**

| Date | Description of Work | Hours | Category |
|---|---|---|---|
| 3/25/15 | Emails / Calls with advisors on APA schedules and objections to sale motion | 1.0 | 1 |
| | Calls with management | 1.0 | 1 |
| | Calls / emails with advisors on proposed changes to Wind Down and DIP | 0.5 | 8 |
| | Calls / emails with potential buyers re: diligence, NDAs and process | 1.5 | 7 |
| 3/26/15 | Travel to Company | 2.5 | 12 |
| | Calls / emails with advisors on proposed changes to Wind Down and DIP | 0.5 | 8 |
| | Call with UCC advisors | 1.0 | 1 |
| | Calls / emails with potential buyers | 3.5 | 7 |
| | Calls re: diligence process with counsel | 0.5 | 7 |
| | Meetings / emails with management on diligence process | 2.0 | 7 |
| | Review of discovery request from UCC | 1.0 | 4 |
| 3/27/15 | Board Meeting | 1.0 | 1 |
| | Multiple calls w/ Debtor professionals re: discovery request | 2.0 | 4 |
| | Review of marketing materials | 2.0 | 7 |
| | Calls / emails with potential buyers | 1.5 | 7 |
| | Call re: prep for Second Day hearing | 0.5 | 4 |
| | Travel back from Company | 2.5 | 12 |
| 3/28/15 | Call with Debtor professionals re: discovery request | 1.0 | 4 |
| | Production of documents requested in discovery | 3.5 | 4 |
| | Internal discussions re: discovery request and process | 0.5 | 4 |
| 3/29/15 | Multiple calls / emails with Debtor professionals re: discovery request | 1.5 | 4 |
| | Call with Silver Point advisors | 0.5 | 1 |
| | Production of documents requested in discovery | 1.5 | 4 |
| 3/30/15 | Travel to Company | 2.5 | 12 |
| | Calls / emails with potential buyers re: diligence, NDAs and process | 4.5 | 7 |
| | Meetings with management re: diligence process / requests | 2.0 | 7 |
| 3/31/15 | Meeting with potential buyer | 4.0 | 7 |
| | Travel back from Company | 2.5 | 12 |
| **Total** | | **143.5** | |

## Dermott O'Flanagan - Director

| Date | Description of Work | Hours | Category |
|---|---|---|---|
| 4/1/15 | Call with Debtors Strategy Committee | 1.0 | 1 |
| | Calls / emails re: depositions | 1.5 | 4 |
| | Calls / emails with potential buyers re: diligence, NDAs and process | 3.0 | 7 |
| | Review of preliminary draft business plan | 1.0 | 9 |
| | Production of documents requested in discovery | 1.0 | 4 |
| | Final review and distribution of investor materials | 1.5 | 7 |
| 4/2/15 | Call with UCC advisors on sale process update | 1.0 | 1 |
| | Call with Debtor professionals re: MIP and case administration | 1.0 | 1 |
| | Calls / diligence with potential buyers | 3.5 | 7 |
| | Meeting with Debtor professionals | 1.0 | 1 |
| | Discussions with potential buyer advisors | 1.0 | 7 |
| | Internal discussions / emails re: marketing materials | 0.5 | 7 |
| 4/3/15 | Call with Board of Directors | 0.5 | 1 |
| | Emails / calls re: retention | 1.0 | 10 |
| | Calls / emails re: diligence with potential buyers / Company | 2.0 | 7 |
| | Calls / emails re: NDAs with counsel | 0.5 | 7 |
| | Production of documents requested in discovery | 1.0 | 4 |
| 4/4/15 | Call with Debtor professionals re: DIP and other items | 1.5 | 8 |
| | Call with potential buyer | 0.5 | 7 |
| | Call with counsel re: depositions | 1.5 | 4 |
| 4/5/15 | Calls / Emails with potential buyer re: diligence | 1.0 | 7 |
| 4/6/15 | Calls / emails with potential buyer re: diligence | 1.5 | 7 |
| | Calls / emails re: NDAs | 1.5 | 7 |
| | Call with UCC advisors on sale process update | 0.5 | 1 |
| | Research / prep for Torgove deposition | 2.5 | 4 |
| | Calls / emails re: diligence with potential buyers / Company | 2.0 | 7 |
| 4/7/15 | Travel to Dayton for Buyer diligence | 2.5 | 12 |
| | Meetings with Buyer advisors | 4.0 | 7 |
| | Call re: deposition prep with Torgove | 1.0 | 4 |
| | Calls / emails re: NDAs | 1.0 | 7 |
| | Calls / emails with potential buyer re: diligence | 3.5 | 7 |
| 4/8/15 | Internal coordination on due diligence | 1.0 | 7 |
| | Calls / emails / meetings re: diligence requests | 2.0 | 7 |
| | Calls with potential buyers | 1.0 | 7 |
| | Review DIP objections | 1.0 | 8 |
| | Review Torgove deposition | 1.5 | 4 |
| | Calls / emails re: NDAs | 1.0 | 7 |
| | Calls / emails re: sale procedures | 0.5 | 1 |
| 4/9/15 | Meeting with potential buyer | 2.0 | 7 |
| | Travel back from Dayton | 2.5 | 12 |
| | Calls / emails with potential buyers | 1.5 | 7 |
| | Calls / emails / meetings re: diligence requests | 1.5 | 7 |
| | Call and internal discussion on retention | 0.5 | 10 |
| 4/10/15 | Board call | 1.0 | 1 |
| | Calls re: diligence | 4.0 | 7 |
| | Calls / emails with potential buyers | 1.0 | 7 |
| | Calls / emails / meetings re: diligence requests | 1.5 | 7 |
| 4/12/15 | Travel to Delaware | 2.0 | 12 |
| | Calls / emails to potential buyers | 1.0 | 7 |
| | Meeting with Debtors advisors to prep for court testimony | 4.0 | 4 |
| | Research / prep for court testimony | 1.5 | 4 |

## Dermott O'Flanagan - Director

| Date | Description of Work | Hours | Category |
|---|---|---|---|
| 4/13/15 | Prepare for court hearings | 2.0 | 4 |
| | Attend court hearings | 6.0 | 4 |
| | Call with potential buyer re: diligence | 1.5 | 7 |
| | Travel back from Delaware | 2.0 | 12 |
| 4/14/15 | Update call with ABL DIP Lenders and counsel | 1.0 | 1 |
| | Travel for meeting with potential buyer | 3.5 | 12 |
| | Calls / emails with potential buyers | 1.0 | 7 |
| 4/15/15 | Meeting with potential buyer | 5.0 | 7 |
| | Travel back from meetings | 3.0 | 12 |
| | Calls / emails with potential buyers re: process | 1.5 | 7 |
| | Calls / emails re: diligence | 1.0 | 7 |
| 4/16/15 | Review of long term business plan | 1.5 | 9 |
| | Calls / emails re: sale procedures | 1.0 | 7 |
| | Calls / emails / meetings re: diligence requests | 2.0 | 7 |
| | Calls / emails re: NDA markups | 0.5 | 7 |
| 4/17/15 | Update call with board | 1.5 | 1 |
| | Calls with potential buyers re: diligence and NDAs | 1.0 | 7 |
| | Review of diligence information for buyers | 1.5 | 7 |
| | Coordination of diligence visits | 1.0 | 7 |
| 4/20/15 | Call with counsel / buyer re: enviromental | 1.0 | 7 |
| | Review of KEIP motion | 1.0 | 11 |
| | Calls with potential buyers | 1.0 | 7 |
| | Call with Debtor professionals | 0.5 | 1 |
| | Review of executory contract schedule with potential buyers | 1.5 | 7 |
| 4/21/15 | Calls / emails with buyers re: diligence | 1.5 | 7 |
| 4/22/15 | Calls / emails with buyers re: diligence | 1.5 | 7 |
| | Review of business plan with Debtor advisors | 1.5 | 9 |
| 4/23/15 | Call with Strategic Committee | 0.5 | 1 |
| | Calls / emails with buyers on diligence request lists | 1.5 | 7 |
| | Coordination of diligence requests with management | 1.0 | 7 |
| | Review of DIP | 0.5 | 8 |
| 4/24/15 | Conference call Debtor professionals | 1.0 | 1 |
| | Calls / emails re: buyer NDAs | 0.5 | 7 |
| | Calls re: business plan | 1.0 | 9 |
| | Calls with potential buyers re: process and diligence | 2.0 | 7 |
| | Review of diligence requests | 0.5 | 7 |
| | Discussions with potential buyers re: contract review process | 1.5 | 7 |
| | Analysis re: estimated purchase price | 1.0 | 7 |
| | Preparation of fee application | 0.5 | 10 |
| 4/27/15 | Conference call with Debtor professionals re: claims | 1.0 | 1 |
| | Calls with potential buyers on contract review process | 1.0 | 7 |
| | Review of diligence information | 1.5 | 7 |
| | Calls re: analysis of estimated purchase price | 0.5 | 7 |
| 4/28/15 | Calls with potential buyers re process | 1.0 | 7 |
| | Review of diligence information | 1.5 | 7 |
| 4/29/15 | Calls with potential buyers re diligence | 1.0 | 7 |
| | Call with Debtor professionals re: claims | 1.5 | 1 |
| | Calls with buyers on diligence items | 4.5 | 7 |

## Dermott O'Flanagan - Director

| Date | Description of Work | Hours | Category |
|---|---|---|---|
| 4/30/15 | Update call with UCC | 0.5 | 1 |
| | Call with Debtor professionals | 1.0 | 1 |
| | Calls with management on business update | 1.0 | 1 |
| | Calls with potential buyers re: process | 1.0 | 7 |
| | Calls / emails with potential buyers re: business plan | 1.5 | 7 |
| | Calls / emails with potential buyers re: contract review process | 0.5 | 7 |
| | **Total** | **156.0** | |

## Nick Verhein - Analyst

| Date | Description of Work | Hours | Category |
|---|---|---|---|
| 3/13/15 | Preparing marketing materials | 2.0 | 7 |
| | Constructing financial model | 2.0 | 2 |
| | Attend First Day Hearings | 3.0 | 4 |
| | Travel back from First Day Hearings | 1.5 | 12 |
| 3/14/15 | Drafting marketing materials | 4.0 | 7 |
| | Constructing financial model | 3.0 | 2 |
| 3/15/15 | Drafting marketing materials | 6.0 | 7 |
| | Constructing financial model | 2.0 | 2 |
| 3/16/15 | Organize documents for buyer interface | 12.0 | 7 |
| 3/17/15 | Drafting Marketing Materials | 3.0 | 7 |
| | Organize documents for buyer interface | 7.0 | 7 |
| | Calls with management | 1.0 | 1 |
| | Call re: executory contracts | 1.5 | 2 |
| | Internal coordination on buyer solicitation | 1.0 | 7 |
| | Calls re: wind down budget and DIP | 1.0 | 8 |
| 3/18/15 | Drafting marketing materials and developing financial analysis | 12.0 | 7 |
| | Calls with management | 0.5 | 1 |
| | Diligence coordination with buyers | 2.0 | 7 |
| | Internal coordination on buyer solicitation | 0.5 | 7 |
| 3/19/15 | Travel | 2.5 | 12 |
| | On-site with company | 6.5 | 1 |
| | Calls re: wind down budget and DIP | 1.0 | 8 |
| 3/20/15 | Board Meeting | 1.5 | 1 |
| | On-site diligence with potential buyer | 5.0 | 7 |
| | Travel back from Dayton | 6.0 | 12 |
| 3/21/15 | Drafting marketing materials | 3.0 | 7 |
| 3/22/15 | Drafting marketing materials | 3.0 | 7 |
| 3/23/15 | Drafting marketing materials | 5.0 | 7 |
| | Update call with Debtor professionals | 0.5 | 1 |
| | Management of data room | 2.0 | 7 |
| 3/24/15 | Drafting marketing materials | 5.0 | 7 |
| | Travel | 3.0 | 12 |
| 3/25/15 | Drafting marketing materials | 5.0 | 7 |
| | Calls with management | 1.0 | 1 |
| | Calls / emails with advisors on proposed changes to Wind Down and DIP | 0.5 | 8 |
| | Calls / emails with potential buyers re: diligence, NDAs and process | 1.5 | 7 |
| 3/26/15 | Drafting marketing materials | 5.0 | 7 |
| | Management of onsite diligence with the Company | 2.0 | 7 |
| 3/27/15 | Drafting marketing materials | 5.0 | 7 |
| | Travel | 3.0 | 12 |
| 3/29/15 | Coordinating meetings and discussions | 2.0 | 7 |
| 3/30/15 | Travel | 3.0 | 12 |
| | Drafting marketing materials | 5.0 | 7 |
| | Meetings with management re: diligence process / requests | 2.0 | 7 |

## Nick Verhein - Analyst

| Date | Description of Work | Hours | Category |
|---|---|---|---|
| 3/31/15 | Drafting marketing materials | 5.0 | 7 |
|  | Travel | 3.0 | 12 |

| | | |
|---|---|---|
| Total | | 152.0 |

## Nick Verhein - Analyst

| Date | Description of Work | Hours | Category |
|---|---|---|---|
| 4/1/15 | Coordinating meetings and discussions | 2.0 | 7 |
| | Responding to Diligence Requests | 2.0 | 7 |
| | Review of preliminary draft business plan | 1.0 | 9 |
| | Final review and distribution of investor materials | 1.5 | 7 |
| 4/2/15 | Call with UCC advisors on sale process update | 1.0 | 1 |
| | Call with Debtor professionals re: MIP and case administration | 1.0 | 1 |
| | Meeting with Debtor professionals | 1.0 | 1 |
| | Discussions with potential buyer advisors | 1.0 | 7 |
| | Internal discussions / emails re: marketing materials | 0.5 | 7 |
| | Responding to Diligence Requests | 2.5 | 7 |
| 4/3/15 | Coordinating meetings and discussions | 3.5 | 7 |
| | Responding to Diligence Requests | 2.5 | 7 |
| | Call with Board of Directors | 0.5 | 1 |
| 4/4/15 | Coordinating meetings and discussions | 3.0 | 7 |
| | Responding to Diligence Requests | 3.0 | 7 |
| | Constructing financial model | 3.0 | 2 |
| 4/5/15 | Coordinating meetings and discussions | 3.0 | 7 |
| | Responding to Diligence Requests | 3.5 | 7 |
| 4/6/15 | Coordinating meetings and discussions | 1.0 | 7 |
| | Responding to Diligence Requests | 2.5 | 7 |
| | Constructing financial model | 3.0 | 2 |
| 4/7/15 | Coordinating meetings and discussions | 1.0 | 7 |
| | Responding to Diligence Requests | 2.5 | 7 |
| | Constructing financial model | 4.0 | 2 |
| | Call re: deposition prep with Torgove | 1.0 | 4 |
| 4/8/15 | Coordinating meetings and discussions | 1.5 | 7 |
| | Responding to Diligence Requests | 2.5 | 7 |
| | Deposition of Andy Torgove | 5.0 | 4 |
| | Internal coordination on due diligence | 1.0 | 7 |
| 4/9/15 | Coordinating meetings and discussions | 1.0 | 7 |
| | Responding to Diligence Requests | 2.5 | 7 |
| | Calls / emails with potential buyers | 1.5 | 7 |
| 4/10/15 | Coordinating meetings and discussions | 2.0 | 7 |
| | Responding to Diligence Requests | 4.0 | 7 |
| | Board call | 1.0 | 1 |
| 4/12/15 | Coordinating meetings and discussions | 4.0 | 7 |
| | Responding to Diligence Requests | 2.5 | 7 |
| 4/13/15 | Coordinating meetings and discussions | 3.5 | 7 |
| | Travel to and from Delaware | 4.0 | 12 |
| | Call with potential buyer | 1.5 | 7 |
| 4/14/15 | Coordinating meetings and discussions | 3.0 | 7 |
| | Responding to Diligence Requests | 2.5 | 7 |
| | Construct financial model | 5.0 | 2 |
| 4/15/15 | Coordinating meetings and discussions | 2.5 | 7 |
| | Responding to Diligence Requests | 2.5 | 7 |
| | Financial Discussion with consultants | 2.0 | 2 |
| | Technology Discussion with consultants | 1.0 | 1 |

## Nick Verhein - Analyst

| Date | Description of Work | Hours | Category |
|---|---|---|---|
| 4/16/15 | Coordinating meetings and discussions | 3.5 | 7 |
| | Responding to Diligence Requests | 2.5 | 7 |
| | Follow up questions with potential buyer | 1.0 | 7 |
| | Technology Discussion with professionals | 1.0 | 7 |
| 4/17/15 | Coordinating meetings and discussions | 2.0 | 7 |
| | Responding to Diligence Requests | 2.5 | 7 |
| | Calls with potential buyers re: diligence and NDAs | 1.0 | 7 |
| | Review of diligence information for buyers | 1.5 | 7 |
| 4/18/15 | Coordinating meetings and discussions | 1.0 | 7 |
| 4/19/15 | Responding to Diligence Requests | 2.0 | 7 |
| 4/20/15 | Coordinating meetings and discussions | 2.0 | 7 |
| | Responding to Diligence Requests | 2.5 | 7 |
| | Technology Discussion with consultants | 1.0 | 7 |
| | Finance Discussion with consultants | 1.0 | 2 |
| | Calls with potential buyers re: diligence and NDAs | 0.5 | 7 |
| 4/21/15 | Coordinating meetings and discussions | 2.0 | 7 |
| | Travel | 3.0 | 12 |
| 4/22/15 | Meeting with management to discuss the business | 3.0 | 1 |
| | Review of business plan with Debtor advisors | 1.5 | 9 |
| 4/23/15 | Meeting with management to discuss the business | 2.0 | 1 |
| | Travel | 3.0 | 12 |
| | Responding to Diligence Requests | 2.5 | 7 |
| 4/24/15 | Conference call Debtor professionals | 1.0 | 1 |
| | Calls re: business plan | 1.0 | 9 |
| | Calls with potential buyers re: process and diligence | 2.0 | 7 |
| | Review of diligence requests | 0.5 | 7 |
| | Discussions with potential buyers re: contract review process | 1.5 | 7 |
| | Analysis re: estimated purchase price | 1.0 | 7 |
| 4/25/15 | Coordinating meetings and discussions | 1.0 | 7 |
| | Responding to Diligence Requests | 1.0 | 7 |
| 4/27/15 | Responding to Diligence Requests | 2.0 | 7 |
| | HR Discussion with consultants | 1.0 | 1 |
| | Healthcare Discussion with consultants | 1.0 | 1 |
| 4/28/15 | Responding to Diligence Requests | 3.0 | 7 |
| | Internal call with finance team | 1.0 | 9 |
| | Diligence call with potential buyer | 1.5 | 1 |
| 4/29/15 | Responding to Diligence Requests | 2.0 | 7 |
| | Security Discussion with consultants | 1.0 | 1 |
| | Finance call with potential buyer | 2.0 | 1 |
| 4/30/15 | Responding to Diligence Requests | 2.0 | 7 |
| | Coordinating meetings and discussions | 2.0 | 7 |
| **Total** | | **176.0** | |