# EXHIBIT D

# Fee Calculation & Details of Expenses

Case 15-10541-BLS    Doc 626-6    Filed 06/05/15    Page 1 of 10

**Standard Register Co.**
**Monthly Statement**
**Lazard Frères & Co. LLC**

**March 12, 2015 - April 30, 2015**

### Fee Calculation

| Item | Amount Incurred |
|---|---|
| Monthly Fees: April 1, 2015 - April 30, 2015 | $100,000.00 [1] |
| **TOTAL** | **$100,000.00** |

### Summary of Out-of-Pocket Expenses [2]

| Item | Amount Incurred |
|---|---|
| Car Services and Taxis | $6,172.64 |
| Courier/Shipping | 32.81 |
| Electronic Information Service | 70.76 |
| Employee Meals | 878.11 |
| Meals-Meetings/Travel | 888.61 |
| Printing Costs - External | 484.99 |
| Telephone/Telex/Fax-Usage | 151.19 |
| Temporary Wages | 111.18 |
| Travel | 15,834.02 |
| **TOTAL** | **$24,624.31** |

---

[1] *Lazard's retention was approved pursuant to the terms set forth in the Engagement Letter dated December 27, 2014, (the "Engagement Letter"). Prior to the commencement of these cases, the Debtors paid Lazard $100,000 for the month of March 2015 pursuant to its Engagement Letter.*

[1] *Additional expense detail will be furnished upon request.*

Standard_Expense Details_Mar-Apr 15.xls                                                                                                    Expense Detail_Mar-Apr 15

# LAZARD

## DEAL OPEN ITEMS BY CATEGORY
### ALL EXPENSES
### NYC05762 - Standard Register Co.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | | BALANCE |
|---|---|---|---|---|
| OPENING BALANCE | 01-Jan-1900 | | | 0.00 |
| **Car Services and Taxis** | | | | |
| | 10-Mar-2015 | Horowitz-DIAL CAR INC | LGA airport to home-1/7/2015  01/14/2015 / AMEX | 116.00 |
| | 10-Mar-2015 | Horowitz-DIAL CAR INC | LMM office to LGA airport-1/5/15 01/21/2015 / AMEX | 118.20 |
| | 13-Apr-2015 | OFlanagan-CHICAGO TOWN | Roundtrip transportation from ORD airport 02/26/2015 / AMEX | 160.00 |
| | 13-Apr-2015 | OFlanagan-DIAL CAR INC | Home to JFK airport 2/2/2015 02/18/2015 / AMEX | 178.29 |
| | 13-Apr-2015 | OFlanagan-DIAL CAR INC | LGA airport to home 2/13/2015 02/19/2015 / AMEX | 231.43 |
| | 12-Mar-2015 | OFlanagan-DIAL CAR INC | LMM office to EWR airport 1/21/2015 02/04/2015 / AMEX | 99.26 |
| | 13-Apr-2015 | OFlanagan-DIAL CAR INC | LMM office to EWR airport2/23/2015 03/04/2015 / AMEX | 111.09 |
| | 12-Mar-2015 | OFlanagan-DIAL CAR INC | LMM office to JFK airport 2/2/2015 02/12/2015 / AMEX | 105.29 |
| | 12-Mar-2015 | OFlanagan-DIAL CAR INC | Home to LGA airport 2/3/2015  02/11/2015 / AMEX | 163.39 |
| | 13-Apr-2015 | OFlanagan-E-Z TAXI | Roundtrip transportation to EWR airport 02/25/2015 / AMEX | 130.00 |
| | 12-Mar-2015 | OFlanagan-E-Z TAXI | EWR airport to home 01/21/2015 / AMEX | 65.00 |
| | 12-Mar-2015 | OFlanagan-QUEENS | Weekend from LMM office to dinner 01/24/2015 / AMEX | 18.50 |
| | 13-Apr-2015 | OFlanagan-UBER | LMM office to home after 8pm 03/10/2015 / AMEX | 126.12 |
| | 12-Mar-2015 | OFlanagan-UBER | LMM office to home after 8pm 02/06/2015 / AMEX | 108.93 |
| | 12-Mar-2015 | OFlanagan-UBER | LMM office to home after 8pm- 02/11/2015 / AMEX | 127.43 |
| | 13-Apr-2015 | OFlanagan-UBER | Court to WIL train station  03/13/2015 / AMEX | 7.00 |
| | 13-Apr-2015 | OFlanagan-UBER | Home to NWK train station 03/12/2015 / AMEX | 53.00 |
| | 12-Mar-2015 | OFlanagan-UBER | LMM office to home 03/12/2015 / AMEX | 90.02 |
| | 13-Apr-2015 | OFlanagan-UBER | LMM office to home after 8pm 02/18/2015 / AMEX | 80.35 |
| | 13-Apr-2015 | OFlanagan-UBER | NWK train station to home 03/13/2015 / AMEX | 53.00 |
| | 12-Mar-2015 | OFlanagan-UBER | LMM office to home after 8pm 01/31/2015 / AMEX | 94.25 |
| | 12-Mar-2015 | OFlanagan-UBER | LMM office to home after 8pm 02/10/2015 / AMEX | 84.03 |
| | 12-Mar-2015 | OFlanagan-UBER | LMM office to home after 8pm 02/12/2015 / AMEX | 82.73 |
| | 12-Mar-2015 | OFlanagan-UBER | LMM office to home after 8pm 01/15/2015 / AMEX | 86.63 |
| | 12-Mar-2015 | OFlanagan-UBER | LMM office to home after 8pm 01/25/2015 / AMEX | 89.95 |
| | 13-Apr-2015 | OFlanagan-UBER UBER | LMM office to home after 8pm  02/28/2015 / AMEX | 137.00 |
| | 16-Mar-2015 | Torgove-ANTONS | Client meeting to DAY airport 02/04/2015 / Cash | 40.00 |
| | 12-Mar-2015 | Torgove-CAREY | Chicago - Client meeting to ORD airport 1/12/15 01/13/2015 / AMEX | 138.20 |
| | 12-Mar-2015 | Torgove-DIAL CAR INC | LGA airport to LMM office 1/22/2015 02/04/2015 / AMEX | 100.51 |
| | 12-Mar-2015 | Torgove-DIAL CAR INC | LGA airport to NYC apt 1/12/2015 01/21/2015 / AMEX | 100.45 |
| | 12-Mar-2015 | Torgove-DIAL CAR INC | LGA airport to NYC apt 1/7/2015 01/14/2015 / AMEX | 118.21 |
| | 12-Mar-2015 | Torgove-DIAL CAR INC | LMM office to EWR airport 1/5/2015  01/21/2015 / AMEX | 122.60 |

# LAZARD

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

**NYC05762 - Standard Register Co.**

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | | BALANCE |
|---|---|---|---|---|
| Car Services and Taxis | | | | |
| | 12-Mar-2015 | Torgove-DIAL CAR INC | NYC apt to LGA airport 2/3/2015  02/12/2015 / AMEX | 78.20 |
| | 12-Mar-2015 | Torgove-DIAL CAR INC | Home to LGA airport 1/12/2015  01/28/2015 / AMEX | 266.40 |
| | 10-Apr-2015 | Torgove-DIAL CAR INC | LGA airport to NYC apt 2/4/2015  02/18/2015 / AMEX | 98.90 |
| | 10-Apr-2015 | Torgove-DIAL CAR INC | LMM office to home at 4:30pm Conf calls 3/5/2015  03/12/2015 / AMEX | 263.85 |
| | 12-Mar-2015 | Torgove-DIAL CAR INC | LMM office to home at 5:30pm 1/22/15  02/04/2015 / AMEX | 328.00 |
| | 12-Mar-2015 | Torgove-DIAL CAR INC | LMM office to home at 5pm for Conf call 1/13/15 1/21/2015 / AMEX | 279.00 |
| | 12-Mar-2015 | Torgove-DIAL CAR INC | LMM office to home at 5pm for Conf call 1/14/15 01/21/2015 / AMEX | 348.67 |
| | 12-Mar-2015 | Torgove-DIAL CAR INC | LMM office to home at 5pm for Conf calls 1/15/2015 02/04/2015 / AMEX | 291.37 |
| | 11-Mar-2015 | Verhein-ALIKA AWAN | LMM office to home after 10pm 02/10/2015 / AMEX | 11.60 |
| | 11-Mar-2015 | Verhein-ALL AMERICA TAXI | Dayton-Client meeting to airport 1/23/2015 01/24/2015 / AMEX | 47.00 |
| | 09-Apr-2015 | Verhein-ALL TAXI | LMM office to home after 10pm 03/12/2015 / AMEX | 11.76 |
| | 09-Apr-2015 | Verhein-ALL TAXI | LMM office to home after 10pm 02/26/2015 / AMEX | 11.76 |
| | 09-Apr-2015 | Verhein-D & J MNGMT | LMM office to home after 10pm 02/19/2015 / AMEX | 11.16 |
| | 11-Mar-2015 | Verhein-DIAL CAR INC | Airport to LMM office 02/11/2015 / AMEX | 119.64 |
| | 11-Mar-2015 | Verhein-DIAL CAR INC | LGA airport to home 01/21/2015 / AMEX | 117.20 |
| | 11-Mar-2015 | Verhein-DIAL CAR INC | LMM office to airport 02/11/2015 / AMEX | 124.23 |
| | 11-Mar-2015 | Verhein-DIAL CAR INC | LMM office to LGA airport 01/28/2015 / AMEX | 77.00 |
| | 09-Apr-2015 | Verhein-EXECUTIVE OWNERS | LMM office to home after 10pm 03/13/2015 / AMEX | 11.16 |
| | 11-Mar-2015 | Verhein-JTL MANAGEMENT | Weekend home to LMM office  01/24/2015 / AMEX | 14.16 |
| | 09-Apr-2015 | Verhein-LIGHT SOURCE | LMM office to home after 10pm 03/09/2015 / AMEX | 10.56 |
| | 11-Mar-2015 | Verhein-METROSTAR | LMM office to home after 10pm 02/02/2015 / AMEX | 11.76 |
| | 09-Apr-2015 | Verhein-NYC TAXI | LMM office to home after 10pm 02/25/2015 / AMEX | 11.16 |
| | 09-Apr-2015 | Verhein-NYC TAXI | LMM office to home after 10pm 02/18/2015 / AMEX | 11.15 |
| | 09-Apr-2015 | Verhein-NYC TAXI | LMM office to home after 10pm 03/03/2015 / AMEX | 11.75 |
| | 09-Apr-2015 | Verhein-NYC TAXI | LMM office to home after 10pm 03/11/2015 / AMEX | 11.15 |
| | 09-Apr-2015 | Verhein-NYC TAXI | LMM office to home after 10pm 02/17/2015 / AMEX | 12.35 |
| | 09-Apr-2015 | Verhein-NYC TAXI | LMM office to home after 10pm 03/06/2015 / AMEX | 11.75 |
| | 09-Apr-2015 | Verhein-NYC TAXI | LMM office to home after 10pm 03/10/2015 / AMEX | 11.75 |
| | 09-Apr-2015 | Verhein-NYC TAXI | LMM office to home after 10pm 03/13/2015 / AMEX | 6.95 |
| | 09-Apr-2015 | Verhein-NYC TAXI | Weekend home to LMM office 03/07/2015 / AMEX | 13.56 |
| | 09-Apr-2015 | Verhein-NYC TAXI | Weekend LMM office to home 03/08/2015 / AMEX | 14.16 |
| | 09-Apr-2015 | Verhein-NYC TAXI | LMM office to home after 10pm 02/20/2015 / AMEX | 11.16 |
| | 11-Mar-2015 | Verhein-NYC TAXI 1L48 | LMM office to home after 10pm 02/11/2015 / AMEX | 11.76 |
| | 11-Mar-2015 | Verhein-NYC TAXI 1V39 | LMM office to home after 10pm 01/29/2015 / AMEX | 11.75 |
| | 11-Mar-2015 | Verhein-NYC TAXI 3L75 | LMM office to home after 10pm 02/06/2015 / AMEX | 12.35 |

# LAZARD

## DEAL OPEN ITEMS BY CATEGORY
## ALL EXPENSES
## NYC05762 - Standard Register Co.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| **Car Services and Taxis** | | | |
| | 11-Mar-2015 | Verhein-NYC TAXI 4P72   LMM office to home after 10pm 01/20/2015 / AMEX | 12.35 |
| | 11-Mar-2015 | Verhein-NYC TAXI 5M85   Weekend LMM office to home  02/01/2015 / AMEX | 12.36 |
| | 09-Apr-2015 | Verhein-OTOLIZZ   LMM office to home after 10pm  02/20/2015 / AMEX | 11.16 |
| | 09-Apr-2015 | Verhein-QUEENS   LMM office to home after 10pm 02/16/2015 / AMEX | 12.36 |
| | 11-Mar-2015 | Verhein-QUEENS MEDALLION   LMM office to home after 10pm 01/26/2015 / AMEX | 10.56 |
| | 11-Mar-2015 | Verhein-RMT MANAGEMENT   LMM office to home after 10pm 01/19/2015 / AMEX | 11.00 |
| | 09-Apr-2015 | Verhein-RMT MNGMT   LMM office to home after 10pm 03/04/2015 / AMEX | 11.16 |
| | 11-Mar-2015 | Verhein-SUFI MANAGEMENT   LMM office to home after 10pm 01/26/2015 / AMEX | 12.96 |
| | 09-Apr-2015 | Verhein-UBER   LMM office to home after 10pm  03/05/2015 / AMEX | 11.45 |
| | 09-Apr-2015 | Verhein-UBER   LMM office to home after 10pm 03/13/2015 / AMEX | 18.76 |
| | 09-Apr-2015 | Verhein-UBER   Weekend LMM office to home 03/14/2015 / AMEX | 15.53 |
| | | Subtotal: | 6,172.64 |
| **Couriers / Shipping** | | | |
| | 13-Mar-2015 | STANDARD REGISTER CO. / UNITED PARCEL SERVICE INC. | 12.75 |
| | 16-Apr-2015 | EXPRESS MAIL - NY / FEDERAL EXPRESS CORP | 20.06 |
| | | Subtotal: | 32.81 |
| **Electronic Information Service** | | | |
| | 06-Apr-2015 | SPRating Jan 15 / STANDARD & POOR'S FINANCIAL SERVICES LLC | 70.76 |
| | | Subtotal: | 70.76 |
| **Employee Meals** | | | |
| | 24-Mar-2015 | O'Flanagan- Blockheads Burritos 03/09/2015 / SEAMLESSWEB PROFESSIONAL | 23.19 |
| | 28-Apr-2015 | O'Flanagan-!Eatery 03/16/2015 / SEAMLESSWEB PROFESSIONAL | 26.13 |
| | 24-Mar-2015 | Verhein- Connolly's Irish Pub 03/11/2015 / SEAMLESSWEB PROFESSIONAL | 24.87 |
| | 24-Mar-2015 | Verhein- Dig Inn 03/04/2015 / SEAMLESSWEB PROFESSIONAL | 26.25 |
| | 28-Apr-2015 | Verhein- Texas Rotisserie 03/21/2015 / SEAMLESSWEB PROFESSIONAL | 28.58 |
| | 28-Apr-2015 | Verhein- Texas Rotisserie 03/22/2015 / SEAMLESSWEB PROFESSIONAL | 24.85 |
| | 28-Apr-2015 | Verhein- Texas Rotisserie 04/06/2015 / SEAMLESSWEB PROFESSIONAL | 24.85 |
| | 28-Apr-2015 | Verhein-!Eatery 03/16/2015 / SEAMLESSWEB PROFESSIONAL | 26.13 |
| | 28-Apr-2015 | Verhein-Aarons Chinese 04/12/2015 / SEAMLESSWEB PROFESSIONAL | 26.25 |
| | 09-Mar-2015 | Verhein-Al Horno Lean Mex 02/19/2015 / SEAMLESSWEB PROFESSIONAL | 26.20 |
| | 09-Mar-2015 | Verhein-Angelo Bellini 02/21/2015 / SEAMLESSWEB PROFESSIONAL | 24.97 |
| | 24-Mar-2015 | Verhein-Angelo Bellini 03/12/2015 / SEAMLESSWEB PROFESSIONAL | 26.23 |
| | 24-Mar-2015 | Verhein-Benjamin Steakhouse 03/13/2015 / SEAMLESSWEB PROFESSIONAL | 25.45 |
| | 11-Mar-2015 | Verhein-CHELSEA BAGEL & CAFE NEW YORK 02/01/2015 / AMEX | 14.24 |
| | 11-Mar-2015 | Verhein-CHELSEA BAGEL & CAFE NEW YORK 02/07/2015 / AMEX | 14.56 |

# LAZARD

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

### NYC05762 - Standard Register Co.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| Employee Meals | 09-Apr-2015 | Verhein-CHIPOTLE 0769 0094   NEW YORK 03/05/2015 / AMEX | 24.00 |
| | 09-Mar-2015 | Verhein-Connolly's Irish Pub 02/15/2015 / SEAMLESSWEB PROFESSIONAL | 26.20 |
| | 11-Mar-2015 | Verhein-DELI ON MADISON    NEW YORK 01/19/2015 / AMEX | 25.00 |
| | 09-Mar-2015 | Verhein-Dig Inn 02/10/2015 / SEAMLESSWEB PROFESSIONAL | 26.25 |
| | 11-Mar-2015 | Verhein-DUANE READE #14158 0 NEW YORK 02/01/2015 / AMEX | 17.86 |
| | 09-Apr-2015 | Verhein-DUANE READE #14158 0 NEW YORK 02/15/2015 / AMEX | 13.30 |
| | 11-Mar-2015 | Verhein-DUANE READE #14158 0 NEW YORK 03/14/2015 / AMEX | 3.09 |
| | 09-Apr-2015 | Verhein-DUANE READE #14260 0 NEW YORK 02/07/2015 / AMEX | 3.09 |
| | 09-Apr-2015 | Verhein-DUANE READE #14260 0 NEW YORK 03/08/2015 / AMEX | 3.09 |
| | 09-Apr-2015 | Verhein-DUANE READE #14421 0 NEW YORK 03/07/2015 / AMEX | 3.09 |
| | 09-Mar-2015 | Verhein-Evergreen Shanghai 02/14/2015 / SEAMLESSWEB PROFESSIONAL | 25.90 |
| | 09-Apr-2015 | Verhein-FRESH DAY 0354       NEW YORK 03/15/2015 / AMEX | 13.32 |
| | 11-Mar-2015 | Verhein-GRASSO GRILL        NEW YORK 01/29/2015 / AMEX | 22.70 |
| | 09-Apr-2015 | Verhein-GRASSO GRILL        NEW YORK 02/18/2015 / AMEX | 24.17 |
| | 09-Apr-2015 | Verhein-GRASSO GRILL        NEW YORK 02/26/2015 / AMEX | 24.17 |
| | 09-Apr-2015 | Verhein-GRASSO GRILL        NEW YORK 03/03/2015 / AMEX | 23.19 |
| | 09-Mar-2015 | Verhein-Lavo 02/28/2015 / SEAMLESSWEB PROFESSIONAL | 26.25 |
| | 24-Mar-2015 | Verhein-Lavo 03/07/2015 / SEAMLESSWEB PROFESSIONAL | 24.83 |
| | 09-Apr-2015 | Verhein-MURRAY'S BAGELS     NEW YORK 03/07/2015 / AMEX | 7.46 |
| | 09-Apr-2015 | Verhein-MURRAY'S BAGELS     NEW YORK 03/08/2015 / AMEX | 11.98 |
| | 09-Apr-2015 | Verhein-MURRAY'S BAGELS     NEW YORK 03/14/2015 / AMEX | 7.24 |
| | 09-Apr-2015 | Verhein-POTBELLY 254 5429298 NEW YORK 03/09/2015 / AMEX | 23.14 |
| | 11-Mar-2015 | Verhein-ROAST KITCHEN 045944 NEW YORK 02/06/2015 / AMEX | 24.12 |
| | 11-Mar-2015 | Verhein-ROAST KITCHEN 045944 NEW YORK 02/11/2015 / AMEX | 23.52 |
| | 09-Apr-2015 | Verhein-ROAST KITCHEN 045944 NEW YORK 03/02/2015 / AMEX | 24.39 |
| | 09-Apr-2015 | Verhein-ROAST KITCHEN 045944 NEW YORK 03/14/2015 / AMEX | 24.12 |
| | 28-Apr-2015 | Verhein-Toasties 04/12/2015 / SEAMLESSWEB PROFESSIONAL | 14.89 |
| | 09-Apr-2015 | Verhein-TOASTIES 65000000761 NEW YORK 03/10/2015 / AMEX | 25.00 |
| | | Subtotal: | 878.11 |
| Meals-Meetings/Travel | 13-Apr-2015 | O'Flanagan-ABICA 41-bfast 1p 02/23/2015 / AMEX | 2.30 |
| | 13-Apr-2015 | O'Flanagan-AMTRAK NRTHEAST CAFÉ- lunch 1p 03/13/2015 / AMEX | 11.25 |
| | 12-Mar-2015 | O'Flanagan-CASCATA- lunch at airport 1 p 02/02/2015 / AMEX | 7.51 |
| | 13-Apr-2015 | O'Flanagan-CONC B - VANDALIA-dinner at airport 1p 02/13/2015 / AMEX | 44.85 |
| | 13-Apr-2015 | O'Flanagan-GERALD BARNES-lunch 1p 03/12/2015 / AMEX | 12.00 |

Standard_Expense Details_Mar-Apr 15.xls — Expense Detail_Mar-Apr 15

# LAZARD

## DEAL OPEN ITEMS BY CATEGORY
## ALL EXPENSES
## NYC05762 - Standard Register Co.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| Meals-Meetings/Travel | 13-Apr-2015 | OFlanagan-JAKE MELNICKS-dinner 2p 02/24/2015 / AMEX | 90.20 |
| | 12-Mar-2015 | OFlanagan-LAGUARDIA USA, LLC- bfast 1p 02/04/2015 / AMEX | 2.99 |
| | 12-Mar-2015 | OFlanagan-LAGUARDIA USA, LLC-bfast at airport 1p 02/04/2015 / AMEX | 8.78 |
| | 13-Apr-2015 | OFlanagan-MARKET FRESH A-bfast at airport 1p 02/13/2015 / AMEX | 20.22 |
| | 13-Apr-2015 | OFlanagan-MARKET FRESH A-bfast at airport 1p 03/02/2015 / AMEX | 12.07 |
| | 12-Mar-2015 | OFlanagan-MARKET FRESH- dinner at airport 1p 01/20/2015 / AMEX | 20.26 |
| | 12-Mar-2015 | OFlanagan-Marriott Hotels Cinncinati-dinner 1p 02/05/2015 / AMEX | 52.20 |
| | 12-Mar-2015 | OFlanagan-MARRIOTT HTLS DAYTON DAYTON-lunch (snack) from gift shop 1p 01/21/2015 / AMEX | 5.67 |
| | 12-Mar-2015 | OFlanagan-PARADIES-dinner at airport 1p 01/21/2015 / AMEX | 7.69 |
| | 13-Apr-2015 | OFlanagan-QUICK CONNECT-lunch at airport 1p 02/24/2015 / AMEX | 9.29 |
| | 13-Apr-2015 | OFlanagan-SEAMLESS * PEPE'S-dinner 1p 03/13/2015 / AMEX | 27.36 |
| | 13-Apr-2015 | OFlanagan-THE GROVE-dinner at airport 1p 02/25/2015 / AMEX | 17.21 |
| | 13-Apr-2015 | OFlanagan-THE RITZ CARLTON- bfast 1p 02/25/2015 / AMEX | 35.94 |
| | 13-Apr-2015 | OFlanagan-THE RITZ CARLTON-dinner 1p 02/24/2015 / AMEX | 32.63 |
| | 13-Apr-2015 | OFlanagan-THE RITZ CARLTON-dinner 1p 02/25/2015 / AMEX | 8.68 |
| | 12-Mar-2015 | OFlanagan-UNITED AIRLINES-dinner 1p 01/21/2015 / AMEX | 13.98 |
| | 13-Apr-2015 | OFlanagan-UNITED AIRLINES-lunch 1p 02/25/2015 / AMEX | 6.99 |
| | 13-Apr-2015 | OFlanagan-VILLAGE TRATTORIA -dinner 1p 02/13/2015 / AMEX | 10.00 |
| | 13-Apr-2015 | OFlanagan-WASHINGTON STREET- business dinner 4p 03/12/2015 / AMEX | 85.00 |
| | 12-Mar-2015 | OFlanagan-WICHCRAFT-lunch during client calls 1p 01/28/2015 / AMEX | 15.53 |
| | 12-Mar-2015 | OFlanagan-WICHCRAFT-lunch during client calls 1p 02/10/2015 / AMEX | 15.53 |
| | 10-Apr-2015 | Torgove-ABICA 41- dinner at airport 1p 02/23/2015 / AMEX | 11.02 |
| | 12-Mar-2015 | Torgove-CONC B - VANDALIA-dinner at airport 1p 02/04/2015 / AMEX | 17.17 |
| | 12-Mar-2015 | Torgove-DAYTON MARRIOTT- lunch (snack) from gift shop 1 p 01/23/2015 / AMEX | 4.95 |
| | 12-Mar-2015 | Torgove-DAYTON MARRIOTT- lunch (snack) from gift shop 1p 01/23/2015 / AMEX | 2.95 |
| | 10-Apr-2015 | Torgove-DAYTON MARRIOTT-bfast 1p 02/26/2015 / AMEX | 8.04 |
| | 16-Mar-2015 | Torgove-HMS HOST QUIZNOS dinner at airport 1p 01/22/2015 / Cash | 6.27 |
| | 12-Mar-2015 | Torgove-HUDSON NEWS-dinner (beverage) 1p 01/20/2015 / AMEX | 3.09 |
| | 12-Mar-2015 | Torgove-LAGUARDIA USA, LLC - bfast at airport 1p 02/04/2015 / AMEX | 13.84 |
| | 12-Mar-2015 | Torgove-PARADIES- dinner at airport 1 p 01/20/2015 / AMEX | 12.27 |
| | 12-Mar-2015 | Torgove-PARADIES- dinner at the airport 1p 02/04/2015 / AMEX | 20.53 |
| | 12-Mar-2015 | Torgove-SPECIALTYS CAFE  Chicago Client Meeting-Lunch 10p 01/14/2015 / AMEX | 134.96 |
| | 12-Mar-2015 | Torgove-THE RITZ CARLTON-bfast 1p 02/25/2015 / AMEX | 5.11 |
| | 10-Apr-2015 | Torgove-UNITED -dinner at airport 1p 02/25/2015 / Cash | 8.99 |
| | 09-Apr-2015 | Verhein-AMTRAK NE CAFÉ - Wilmington-dinner 1p 03/13/2015 / AMEX | 7.50 |

# LAZARD

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

### NYC05762 - Standard Register Co.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| Meals-Meetings/Travel | | | |
| | 09-Apr-2015 | Verhein-HUDSON NEWS EWR airport - bfast 1p 03/02/2015 / AMEX | 15.78 |
| | 11-Mar-2015 | Verhein-LAGUARDIA USA LGA airport-bfast 1p 01/21/2015 / AMEX | 6.60 |
| | 11-Mar-2015 | Verhein-MARRIOTT HOTEL Dayton-bfast 1p 01/23/2015 / AMEX | 15.87 |
| | 11-Mar-2015 | Verhein-MARRIOTT HOTEL Dayton-bfast 1p 01/21/2015 / AMEX | 15.87 |
| | 11-Mar-2015 | Verhein-PARADIES CVG airport-lunch 1p 01/21/2015 / AMEX | 5.15 |
| | 09-Apr-2015 | Verhein-QDOBA Wilimngoton-lunch 1p 03/13/2015 / AMEX | 10.50 |
| | | Subtotal: | 902.59 |
| Printing Costs - External | | | |
| | 18-Mar-2015 | PRINTING EXPENSES - MN / NIGHT OWL | 80.83 |
| | 31-Mar-2015 | PRINTING EXPENSES - MN / NIGHT OWL | 296.38 |
| | 22-Apr-2015 | PRINTING EXPENSES - MN / NIGHT OWL | 107.78 |
| | | Subtotal: | 484.99 |
| Telephone/Telex/Fax-Usage/Re | | | |
| | 24-Mar-2015 | FEB 2015 CONFERENCE CALLS / INTERCALL | 119.82 |
| | 13-Apr-2015 | O'Flanagan-THE RITZ CARLTON CHI In-room internet 02/25/2015 / AMEX | 10.09 |
| | 13-Apr-2015 | O'Flanagan-THE RITZ CARLTON CHI In-room internet 02/24/2015 / AMEX | 1.00 |
| | 16-Apr-2015 | MARCH 2015 CONFERENCE CALLS / INTERCALL | 20.28 |
| | | Subtotal: | 151.19 |
| Temporary Wages | | | |
| | 17-Mar-2015 | Verhein-Word processing job charges / TIGER INFORMATION SYSTEMS | 52.45 |
| | 26-Mar-2015 | Verhein-Word processing job charges / CUSTOM STAFFING INC. | 58.73 |
| | | Subtotal: | 111.18 |
| Travel | | | |
| | 13-Apr-2015 | O'Flanagan-AMERICAN AIR CMH/EWR (coach) 02/13/2015 / AMEX | 718.10 |
| | 12-Mar-2015 | O'Flanagan-AMERICAN AIR LGA/CMH (coach) 02/02/2015 / AMEX | 700.80 |
| | 12-Mar-2015 | O'Flanagan-AMERICAN EXPRESS HOTEL FEE Cincinnati Hotel 02/02/2015 / AMEX | 15.00 |
| | 13-Apr-2015 | O'Flanagan-AMERICAN EXPRESS HOTEL FEE Wilmington, DE-1 night 03/12/2015 / AMEX | 15.00 |
| | 13-Apr-2015 | O'Flanagan-AMERICAN EXPRESS TICKET FEE CMH/EWR 02/13/2015 / AMEX | 30.00 |
| | 12-Mar-2015 | O'Flanagan-AMERICAN EXPRESS TICKET FEE CMH/ORD 02/24/2015 / AMEX | 30.00 |
| | 13-Apr-2015 | O'Flanagan-AMERICAN EXPRESS TICKET FEE CVG/EWR 01/21/2015 / AMEX | 30.00 |
| | 13-Apr-2015 | O'Flanagan-AMERICAN EXPRESS TICKET FEE DAY/LGA 02/13/2015 / AMEX | 30.00 |
| | 13-Apr-2015 | O'Flanagan-AMERICAN EXPRESS TICKET FEE DAY/LGA 02/20/2015 / AMEX | 30.00 |
| | 12-Mar-2015 | O'Flanagan-AMERICAN EXPRESS TICKET FEE EWR/CVG 02/11/2015 / AMEX | 30.00 |
| | 12-Mar-2015 | O'Flanagan-AMERICAN EXPRESS TICKET FEE EWR/DAY 01/20/2015 / AMEX | 30.00 |
| | 12-Mar-2015 | O'Flanagan-AMERICAN EXPRESS TICKET FEE EWR/DAY 01/30/2015 / AMEX | 30.00 |

Standard_Expense Details_Mar-Apr 15.xls

Expense Detail_Mar-Apr 15

# LAZARD

Currency: USD - US Dollar

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

#### NYC05762 - Standard Register Co.

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| Travel | 13-Apr-2015 | O'Flanagan-AMERICAN EXPRESS TICKET FEE EWR/DAY 02/20/2015 / AMEX | 30.00 |
| | 13-Apr-2015 | O'Flanagan-AMERICAN EXPRESS TICKET FEE EWR/DAY 02/27/2015 / AMEX | 30.00 |
| | 12-Mar-2015 | O'Flanagan-AMERICAN EXPRESS TICKET FEE JFK/CVG 02/02/2015 / AMEX | 30.00 |
| | 12-Mar-2015 | O'Flanagan-AMERICAN EXPRESS TICKET FEE JFK/CVG 02/02/2015 / AMEX | 30.00 |
| | 12-Mar-2015 | O'Flanagan-AMERICAN EXPRESS TICKET FEE LGA/CMH 02/02/2015 / AMEX | 30.00 |
| | 12-Mar-2015 | O'Flanagan-AMERICAN EXPRESS TICKET FEE LGA/DAY 02/01/2015 / AMEX | 30.00 |
| | 13-Apr-2015 | O'Flanagan-AMERICAN EXPRESS TICKET FEE ORD/EWR 02/25/2015 / AMEX | 30.00 |
| | 13-Apr-2015 | O'Flanagan-AMTRAK NWK/WIL 03/12/2015 / AMEX | 179.00 |
| | 13-Apr-2015 | O'Flanagan-AMTRAK WIL/NWK 03/13/2015 / AMEX | 179.00 |
| | 12-Mar-2015 | O'Flanagan-CINCINNATI MARRIOTT Cincinnati-1 night 02/05/2015 / AMEX | 247.45 |
| | 12-Mar-2015 | O'Flanagan-DAYTON MARRIOTT Dayton-1 night 01/23/2015 / AMEX | 225.37 |
| | 13-Apr-2015 | O'Flanagan-DAYTON MARRIOTT Dayton-1 night 02/25/2015 / AMEX | 225.37 |
| | 13-Apr-2015 | O'Flanagan-HERTZ CVG/DAY 1 Day 02/13/2015 / AMEX | 143.30 |
| | 12-Mar-2015 | O'Flanagan-HERTZ- Dayton-3 Days 01/23/2015 / AMEX | 114.16 |
| | 12-Mar-2015 | O'Flanagan-HERTZ-BYERS-DAYTON 1 VANDALIA 01/15/2015 / AMEX | (153.86) |
| | 13-Apr-2015 | O'Flanagan-HOTEL DUPONT Wilmington DE- 1 night 03/14/2015 / AMEX | 196.90 |
| | 13-Apr-2015 | O'Flanagan-NJT NWK-INT AIR Rail to EWR airport 03/02/2015 / AMEX | 12.50 |
| | 13-Apr-2015 | O'Flanagan-THE RITZ CARLTON CHI Chicago-1 night 02/25/2015 / AMEX | 285.16 |
| | 13-Apr-2015 | O'Flanagan-UNITED AIR CMH/ORD (coach) 02/24/2015 / AMEX | 347.10 |
| | 12-Mar-2015 | O'Flanagan-UNITED AIR CVG/EWR (coach) 01/21/2015 / AMEX | 627.74 |
| | 12-Mar-2015 | O'Flanagan-UNITED AIR EWR/CVG (coach) 02/13/2015 / AMEX | 715.40 |
| | 12-Mar-2015 | O'Flanagan-UNITED AIR EWR/DAY (coach) 02/02/2015 / AMEX | 567.02 |
| | 12-Mar-2015 | O'Flanagan-UNITED AIR EWR/DAY (coach) 02/23/2015 / AMEX | 555.00 |
| | 13-Apr-2015 | O'Flanagan-UNITED AIR ORD/EWR (coach) 02/25/2015 / AMEX | 381.30 |
| | 12-Mar-2015 | O'Flanagan-US AIR LGA/DAY (coach) 02/03/2015 / AMEX | 771.10 |
| | 12-Mar-2015 | Torgove-AMERICAN AIR DAY/LGA (coach) 02/04/2015 / AMEX | 496.10 |
| | 12-Mar-2015 | Torgove-AMERICAN AIR LGA/CMH (coach) 02/02/2015 / AMEX | 700.80 |
| | 10-Apr-2015 | Torgove-AMERICAN EXPRESS TICKET FEE CMH/ORD 02/24/2015 / AMEX | 30.00 |
| | 12-Mar-2015 | Torgove-AMERICAN EXPRESS TICKET FEE DAY/LGA 01/21/2015 / AMEX | 30.00 |
| | 12-Mar-2015 | Torgove-AMERICAN EXPRESS TICKET FEE DAY/LGA 02/04/2015 / AMEX | 30.00 |
| | 12-Mar-2015 | Torgove-AMERICAN EXPRESS TICKET FEE EWR/DAY 01/20/2015 / AMEX | 30.00 |
| | 10-Apr-2015 | Torgove-AMERICAN EXPRESS TICKET FEE EWR/DAY 02/20/2015 / AMEX | 30.00 |
| | 12-Mar-2015 | Torgove-AMERICAN EXPRESS TICKET FEE JFK/CVG 02/02/2015 / AMEX | 30.00 |
| | 12-Mar-2015 | Torgove-AMERICAN EXPRESS TICKET FEE LGA/CMH 02/02/2015 / AMEX | 30.00 |
| | 12-Mar-2015 | Torgove-AMERICAN EXPRESS TICKET FEE LGA/DAY 01/30/2015 / AMEX | 30.00 |

Standard_Expense Details_Mar-Apr 15.xls                                    Expense Detail_Mar-Apr 15

# LAZARD

## DEAL OPEN ITEMS BY CATEGORY
### ALL EXPENSES
### NYC05762 - Standard Register Co.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| Travel | 12-Mar-2015 | Torgove-AMERICAN EXPRESS TICKET FEE LGA/DAY 02/02/2015 / AMEX | 30.00 |
| | 10-Apr-2015 | Torgove-AMERICAN EXPRESS TICKET FEE ORD/EWR 02/25/2015 / AMEX | 30.00 |
| | 12-Mar-2015 | Torgove-DAYTON MARRIOTT    Dayton-1 night 01/23/2015 / AMEX | 225.37 |
| | 12-Mar-2015 | Torgove-DAYTON MARRIOTT    Dayton-1 night 02/05/2015 / AMEX | 236.69 |
| | 12-Mar-2015 | Torgove-DAYTON MARRIOTT    Dayton-1night 01/23/2015 / AMEX | 225.37 |
| | 10-Apr-2015 | Torgove-DAYTON MARRIOTT    Dayton-1 night 02/26/2015 / AMEX | 225.94 |
| | 10-Apr-2015 | Torgove-DAYTON MARRIOTT    Dayton-Indispute Credit 02/26/2015 / AMEX | 224.80 |
| | 12-Mar-2015 | Torgove-DELTA AIR DAY/LGA (coach) 01/22/2015 / AMEX | 680.27 |
| | 12-Mar-2015 | Torgove-HERTZ-Dayton 1 Day 02/05/2015 / AMEX | 53.94 |
| | 10-Apr-2015 | Torgove-HERTZ-Dayton 2 days 02/25/2015 / AMEX | 99.79 |
| | 10-Apr-2015 | Torgove-THE RITZ CARLTON CHI Chicago- 1 night 02/25/2015 / AMEX | 285.16 |
| | 10-Apr-2015 | Torgove-UNITED AIR CMH/ORD (coach) 02/24/2015 / AMEX | 347.10 |
| | 12-Mar-2015 | Torgove-UNITED AIR EWR/DAY (coach) 01/20/2015 / AMEX | 567.02 |
| | 10-Apr-2015 | Torgove-UNITED AIR EWR/DAY (coach) 02/23/2015 / AMEX | 555.00 |
| | 12-Mar-2015 | Torgove-UNITED AIR LGA/ORD 01/12/2015 / AMEX | (55.00) |
| | 10-Apr-2015 | Torgove-UNITED AIR ORD/EWR (coach) 02/25/2015 / AMEX | 381.30 |
| | 12-Mar-2015 | Torgove-US AIR LGA/DAY (coach)  02/02/2015 / AMEX | 771.10 |
| | 11-Mar-2015 | Verhein-AMERICAN EXPRESS TICKET FEE CVG/EWR 01/21/2015 / AMEX | 30.00 |
| | 09-Apr-2015 | Verhein-AMERICAN EXPRESS TICKET FEE EWR/DAY 02/27/2015 / AMEX | 30.00 |
| | 11-Mar-2015 | Verhein-AMERICAN EXPRESS TICKET FEE LGA/DAY 01/20/2015 / AMEX | 30.00 |
| | 09-Apr-2015 | Verhein-AMTRAK   NYP/WIL  03/13/2015 / AMEX | 179.00 |
| | 09-Apr-2015 | Verhein-AMTRAK   WIL/NYP  03/13/2015 / AMEX | 179.00 |
| | 11-Mar-2015 | Verhein-DAYTON MARRIOTT    Dayton-1 night  01/23/2015 / AMEX | 225.37 |
| | 11-Mar-2015 | Verhein-DELTA AIR LGA/DAY (coach) 01/20/2015 / AMEX | 680.27 |
| | 11-Mar-2015 | Verhein-UNITED AIR CVG/EWR (coach) 01/21/2015 / AMEX | 627.74 |
| | | Subtotal: | 15,820.04 |
| | | CLOSING BALANCE as of 30-Apr-2015 | 24,624.31 |