**EXHIBIT A**

**FEE SUMMARY**

**The Standard Register Company, et al.**
**(Case No. 15-10541 (BLS)**

**April 1, 2015 through April 30, 2015**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery (#3) | 0.0 | $        0.00 |
| Asset Disposition (#34) | 18.3 | 6,323.85 |
| Assumption/Rejection of Leases/Contracts (#5) | 0.2 | 117.00 |
| Avoidance Action Analysis (#6) | 0.0 | 0.00 |
| Budgeting (Case) (#7) | 0.0 | 0.00 |
| Business Operations (#8) | 1.9 | 742.95 |
| Case Administration (#9) | 4.0 | 2,340.00 |
| Claims Administration and Objections (#10) | 0.0 | 0.00 |
| Corporate Governance and Board Matters (#11) | 0.0 | 0.00 |
| Employee Benefits and Pensions (#12) | 20.2 | 7,082.10 |
| Employment and Fee Applications (#13) | 13.0 | 4,308.30 |
| Employment and Fee Application Objection (#14) | 0.0 | 0.00 |
| Financing and Cash Collateral (#15) | 0.0 | 0.00 |
| Fee Application – Privileged Review (#16) | 1.5 | 877.50 |
| Litigation (#17) | 182.20 | 47,840.40 |
| Meetings/Communications with Creditors (#18) | 0.0 | 0.00 |
| Non-Working Travel (#19) | 0.0 | 0.00 |
| Plan and Disclosure Statement (#20) | 0.0 | 0.00 |
| Real Estate (#21) | 2.2 | 691.20 |
| Relief From Stay and Adequate Protection (#22) | 0.0 | 0.00 |
| Reporting (#23) | 5.4 | 2,746.80 |
| Tax (#24) | 0.0 | 0.00 |
| Valuation (#25) | 0.0 | 0.00 |
| Intellectual Property (#26) | 23.1 | 9,657.00 |
| Privacy Matters (#27) | 4.0 | 1,152.00 |
| **TOTAL** | **276.00** | **$83,879.10** |

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV  Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

---

The Standard Register Company
PO Box 1167
600 Albany Street
Dayton OH 45417-3405

May 26, 2015
Invoice # 3355037

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.4
Matter: Asset Disposition

---

## Remittance Advice

For Professional Services Rendered Through April 30, 2015:

| | |
|---|---|
| Current Fee for Hours Worked | $ 7,026.50 |
| Less Discount | $ -702.65 |
| Attorney Costs | $ 496.29 |
| | |
| Total Due for Professional Services | $ 6,820.14 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*



May 26, 2015
Invoice # 3355037

Dinsmore & Shohl LLP
Client Number – 92211.4
**Matter: Asset Disposition**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| Allan R. Daily | Partner | 5.40 | 320.00 | $ 1,728.00 |
| Geoffrey L. Oberhaus | Partner | 0.70 | 490.00 | $ 343.00 |
| John D. Luken | Partner | 1.60 | 550.00 | $ 880.00 |
| Kim Martin Lewis | Partner | 2.50 | 650.00 | $ 1,625.00 |
| Christopher A. Deabler | Of Counsel | 5.30 | 325.00 | $ 1,722.50 |
| David J. Martin | Associate | 2.80 | 260.00 | $ 728.00 |
| Total Hours / Fees | | 18.30 | | $ 7,026.50 |
| Less Discount | | | | $ -702.65 |
| Current Fee for Hours Worked | | | | $ 6,323.85 |

### Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Audio Conference | $ 489.29 |
| Photocopies | $ 7.00 |
| Total Attorney Costs | $496.29 |

Current Amount Due This Invoice          $6,820.14

May 26, 2015
Invoice # 3355037

Dinsmore & Shohl LLP
Client Number – 92211.4
**Matter: Asset Disposition**

**Detail of Current Hours Worked**

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/01/15 | CAD | 0.20 | Correspondence with H. Glaser regarding contents of disclosure schedules. |
| 04/01/15 | ARD | 0.10 | Correspondence regarding disclosure schedules. |
| 04/02/15 | CAD | 0.60 | Review of questions and proposed revisions of buyer's counsel regarding disclosure schedules. |
| 04/02/15 | CAD | 0.70 | Correspondence to A. Daily regarding responses to buyer's counsel proposed revisions to disclosure schedules. |
| 04/02/15 | CAD | 0.10 | Correspondence with D. Deptula regarding opposing counsel's questions to tax disclosures in supplemental disclosure schedules. |
| 04/06/15 | KML | 0.10 | Emails regarding updated disclosure schedules. |
| 04/07/15 | ARD | 1.10 | Draft correspondence and analysis regarding additional clarifying questions to disclosure schedules to APA posed by counsel to potential buyer (.6); review disclosure schedules and APA in connection with same (.5). |
| 04/07/15 | KML | 0.80 | Emails regarding updated disclosure schedules. |
| 04/14/15 | KML | 0.30 | Emails regarding Mexico schedule information. |
| 04/15/15 | ARD | 0.20 | Receipt and review of correspondence regarding Mexico operations matters (.1); correpondence with client regarding Mexico operations (.1). |
| 04/15/15 | KML | 0.30 | Emails regarding updated schedules. |
| 04/20/15 | CAD | 0.10 | Review correspondence regarding debtor foreign intellectual property registrations. |
| 04/20/15 | ARD | 0.50 | Conferences regarding post signing bankruptcy matters including issues requiring prior approval. |
| 04/20/15 | KML | 0.30 | Emails regarding closing issues (.1); conference with Allan Daily regarding same (.2). |
| 04/21/15 | ARD | 0.20 | Correspondence with client regarding requirements under APA to provide employee information. |
| 04/21/15 | KML | 0.40 | Numerous emails regarding updated schedules. |
| 04/22/15 | CAD | 3.60 | Review Mexican debtors' vendor agreements (1.5); draft and revise summaries regarding Mexican debtor vendor contracts and contact information (1.8); correspondence with A. Daily, G. Soward and H. Glaser regarding same (.3). |
| 04/22/15 | ARD | 0.30 | Receipt and review of correspondence regarding post signing matters in connection with APA. |
| 04/22/15 | JDLU | 0.40 | Telephone calls with D. Martin regarding SRC issues regarding customer access to SRC. |
| 04/23/15 | ARD | 0.50 | Receipt and review of correspondence regarding post signing APA matters including required delivery of employee information. |
| 04/23/15 | ARD | 0.30 | Correspondence and analysis with client regarding required delivery of employee information under APA (.2); review APA in connection with |

May 26, 2015
Invoice # 3355037

Dinsmore & Shohl LLP
Client Number – 92211.4
**Matter: Asset Disposition**

same (.1).

| | | | |
|---|---|---|---|
| 04/27/15 | JDLU | 0.40 | Telephone call and correspondence from G. Sowar regarding possible disclosure of agreements to potential buyers and other disclosures of SRC [redacted] (.2); conferences and emails with D. Martin regarding same (.2). |
| 04/28/15 | ARD | 0.40 | Correspondence with client regarding employee information deliverables required under the APA (.2); review APA in connection with same (.2). |
| 04/28/15 | DJM | 1.10 | Provide analysis regarding the confidentiality of settlement agreement between Standard Register Company and [redacted]. |
| 04/28/15 | JDLU | 0.80 | Conferences and emails with K. Lewis and D. Martin regarding SRC inquiries regarding disclosure agreements with possible buyers and [redacted] (.6); correspondence with G. Sowar regarding same (.2). |
| 04/28/15 | KML | 0.30 | Emails with John Luken regarding confidentiality agreement. |
| 04/29/15 | ARD | 0.60 | Correspondence with client regarding insurance schedules and employee information deliverables required under the APA. |
| 04/29/15 | DJM | 0.70 | Review Standard Register Company's standard confidentiality agreement with potential bidders for analysis. |
| 04/29/15 | DJM | 1.00 | Review Standard Register Company's [redacted] agreement with [redacted]. |
| 04/30/15 | GLO | 0.70 | Review [redacted] NDA and agreement language (.5); confer with Dave Martin regarding same (.2). |
| 04/30/15 | ARD | 1.20 | Attend to matters in connection with delivery of employee information as required under the APA (.4); review same and prior disclosures of employee information in disclosure schedules in connection with same (.4); draft correspondence in connection with same (.4). |

Total Hours    18.30

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV
Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

The Standard Register Company                                          May 26, 2015
PO Box 1167                                                      Invoice # 3355038
600 Albany Street
Dayton OH 45417-3405

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.5
Matter: Assumption/Rejection of Leases/Contracts

**Remittance Advice**

For Professional Services Rendered Through April 30, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 130.00 |
| Less Discount | $ -13.00 |
| Attorney Costs | $ 0.00 |
| Total Due for Professional Services | $ 117.00 |

**Payment Due on Receipt**

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*

   

Dinsmore & Shohl LLP
Client Number – 92211.5
**Matter: Assumption/Rejection of Leases/Contracts**

May 26, 2015
Invoice # 3355038

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| Kim Martin Lewis | Partner | 0.20 | 650.00 | $ 130.00 |
| | Total Hours / Fees | 0.20 | | $ 130.00 |
| | Less Discount | | | $ -13.00 |
| | Current Fee for Hours Worked | | | $ 117.00 |

Current Amount Due This Invoice        $117.00

May 26, 2015
Invoice # 3355038

Dinsmore & Shohl LLP
Client Number – 92211.5
**Matter: Assumption/Rejection of Leases/Contracts**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/22/15 | KML | 0.20 | Telephone call with credit union regarding sublease with Standard Register. |

Total Hours      0.20

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV
Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

The Standard Register Company
PO Box 1167
600 Albany Street
Dayton OH 45417-3405

May 26, 2015
Invoice # 3363027

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.8
Matter: Business Operations

## Remittance Advice

For Professional Services Rendered Through April 30, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 825.50 |
| Less Discount | $ -82.55 |
| Attorney Costs | $ 20.00 |
| | |
| Total Due for Professional Services | $ 762.95 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*

   

May 26, 2015
Invoice # 3363027

Dinsmore & Shohl LLP
Client Number -- 92211.8
**Matter: Business Operations**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| Harvey J. Cohen | Partner | 0.40 | 490.00 | $ 196.00 |
| Martiné R. Dunn | Partner | 0.70 | 505.00 | $ 353.50 |
| Peter A Draugelis | Partner | 0.80 | 345.00 | $ 276.00 |
| | Total Hours / Fees | 1.90 | | $ 825.50 |
| | Less Discount | | | $ -82.55 |
| | Current Fee for Hours Worked | | | $ 742.95 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Filing and Recording Fees | $ 20.00 | |
| Total Attorney Costs | | $20.00 |
| Current Amount Due This Invoice | | $762.95 |

May 26, 2015
Invoice # 3363027

Dinsmore & Shohl LLP
Client Number – 92211.8
**Matter: Business Operations**

**Detail of Current Hours Worked**

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/01/15 | MRD | 0.40 | Review and respond to emails from Gerry Sowar and Michelle Lomonaco regarding property ownership (.1); correspondence with Laura Shaneyfelt regarding same (.1); review of emails and file information regarding Dinsmore opinions delivered in connection with financing for Ohio, Kentucky, Indiana and Pennsylvania (.1); review and provide comments to supplemental declaration (.1). |
| 04/01/15 | PAD | 0.80 | Revise [redacted] agreement (.5); telephone conversation with and email to Scott Wallace regarding same (.3). |
| 04/08/15 | MRD | 0.30 | Review of loan agreement (.2); confer with Harvey Cohen and Pat Burns regarding supplemental declaration (.1). |
| 04/20/15 | HJC | 0.40 | Client call and update call regarding ordinary course contract issues. |

Total Hours        1.90

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV  Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

---

The Standard Register Company
PO Box 1167
600 Albany Street
Dayton OH 45417-3405

May 26, 2015
Invoice # 3355066

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.9
Matter: Case Administration

---

## Remittance Advice

For Professional Services Rendered Through April 30, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 2,600.00 |
| Less Discount | $ -260.00 |
| Attorney Costs | $ 58.00 |
| Total Due for Professional Services | $ 2,398.00 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*



May 26, 2015
Invoice # 3355066

Dinsmore & Shohl LLP
Client Number – 92211.9
**Matter: Case Administration**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| Kim Martin Lewis | Partner | 4.00 | 650.00 | $ 2,600.00 |
| | Total Hours / Fees | 4.00 | | $ 2,600.00 |
| | Less Discount | | | $ -260.00 |
| | Current Fee for Hours Worked | | | $ 2,340.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Audio Conference | $ 58.00 | |
| Total Attorney Costs | | $58.00 |
| Current Amount Due This Invoice | | $2,398.00 |

May 26, 2015
Invoice # 3355066

Dinsmore & Shohl LLP
Client Number – 92211.9
**Matter: Case Administration**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/01/15 | KML | 0.30 | Telephone call with Sam Newman regarding updates. |
| 04/03/15 | KML | 0.50 | Telephone call with Gerry Sowar regarding fees (.2); emails with Gerry Sowar regarding strategy (.3). |
| 04/07/15 | KML | 0.20 | Telephone call with Gerry Sowar regarding strategy issues. |
| 04/13/15 | KML | 1.50 | Listen to court hearing. |
| 04/22/15 | KML | 0.30 | Telephone call with Gerry Sowar regarding numerous issues. |
| 04/23/15 | KML | 0.20 | Call with Michael Rosenthal regarding assignments for Dinsmore. |
| 04/23/15 | KML | 0.70 | Telephone call with Gerry Sowar regarding various corporate issues. |
| 04/30/15 | KML | 0.30 | Call with Michael Rosenthal regarding strategy issues. |

Total Hours     4.00

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV*
*Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

---

The Standard Register Company                                  May 26, 2015
PO Box 1167                                              Invoice # 3355041
600 Albany Street
Dayton OH 45417-3405

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.12
Matter: Employee Benefits and Pensions

---

### Remittance Advice

For Professional Services Rendered Through April 30, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 7,869.00 |
| Less Discount | $ -786.90 |
| Attorney Costs | $ 0.00 |
| Total Due for Professional Services | $ 7,082.10 |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*



May 26, 2015
Invoice # 3355041

Dinsmore & Shohl LLP
Client Number – 92211.12
**Matter: Employee Benefits and Pensions**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| David A. Whaley | Partner | 5.10 | 340.00 | $ 1,734.00 |
| Kim Martin Lewis | Partner | 5.90 | 650.00 | $ 3,835.00 |
| Kevin L. Burch | Associate | 9.20 | 250.00 | $ 2,300.00 |
| | Total Hours / Fees | 20.20 | | $ 7,869.00 |
| | Less Discount | | | $ -786.90 |
| | Current Fee for Hours Worked | | | $ 7,082.10 |

Current Amount Due This Invoice        $7,082.10

May 26, 2015
Invoice # 3355041

Dinsmore & Shohl LLP
Client Number – 92211.12
**Matter: Employee Benefits and Pensions**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/01/15 | KLB | 0.80 | Teleconference with Lawrence Taschenberger and Gerry Sower regarding medical plan (.7); email to Buck Consultants (.1). |
| 04/01/15 | DAW | 0.80 | Prepare for and participate in conference call pertaining to terms of employee benefits plans coverage. |
| 04/01/15 | KML | 0.70 | Conference call regarding Anthem issues. |
| 04/06/15 | DAW | 0.40 | Review and respond to communications pertaining to terms of employee benefits plans coverage. |
| 04/07/15 | DAW | 0.60 | Prepare for and participate in conference call pertaining to terms of assumption of employee benefits plans post-closing. |
| 04/09/15 | DAW | 0.30 | Review and respond to communications pertaining to terms of employee benefits plans  assumption. |
| 04/09/15 | KML | 0.50 | Emails regarding employee benefits plans information. |
| 04/14/15 | DAW | 0.10 | Review information pertaining to claims payment following the close of the transaction. |
| 04/14/15 | KML | 0.40 | Emails with Company and Skadden regarding employee benefits plans. |
| 04/15/15 | DAW | 1.10 | Prepare for and particiate in conference call pertaining to terms of certain employee benefits plans. |
| 04/15/15 | KLB | 0.70 | Teleconference with Skadden, Standard Register and Dinsmore regarding employee benefits issues. |
| 04/15/15 | KML | 1.40 | Prepare for and conference call with buyer regarding employee benefits issues (.9); follow-up call with Lawrence Taschenberger and Gerry Sowar (.5). |
| 04/22/15 | KML | 0.40 | Emails with Buyer and Company regarding certain employee benefits plans issues. |
| 04/23/15 | KML | 0.90 | Employee benefits call with Company and emails regarding same. |
| 04/23/15 | KML | 0.40 | Call with Michael Rosenthal regarding employee benefits issues as they relate to APA. |
| 04/28/15 | DAW | 0.40 | Review and respond to communications pertaining to terms of Form 5500 filings. |
| 04/29/15 | KLB | 2.70 | Teleconference with Kelly Lazzara with Buck Consultants (.6); teleconference with Christina Stritthold with Internal Revenue Service regarding plan issues (.7); revise plan determination letter amendment (.6); legal research (.8). |
| 04/30/15 | DAW | 1.40 | Prepare for and participate in conference call pertaining to terms of employee benefits plans matters (.5); review information pertaining to terms of pension plan favorable determination letter (.9). |
| 04/30/15 | KLB | 5.00 | Legal research regarding plan (2.4); attend teleconference with Skadden, Standard Register and Gibson Dunn regarding employee benefits plans matters (.5); draft multiple potential employee notifications and cover email regarding same (2.1). |
| 04/30/15 | KML | 0.70 | Conference call with Skadden and Company regarding benefits. |

May 26, 2015
Invoice # 3355041

Dinsmore & Shohl LLP
Client Number – 92211.12
**Matter: Employee Benefits and Pensions**

| 04/30/15 | KML | 0.50 | Conference call with Lawrence Taschenberger, Amy Reilly and Gerry Sowar. |

Total Hours    20.20

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV
Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

---

The Standard Register Company                                    May 26, 2015
PO Box 1167                                                Invoice # 3355042
600 Albany Street
Dayton OH 45417-3405

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.13
Matter: Employment and Fee Applications

---

**Remittance Advice**

For Professional Services Rendered Through April 30, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 4,787.00 |
| Less Discount | $ -478.70 |
| Attorney Costs | $ 28.50 |
| Total Due for Professional Services | $ 4,336.80 |

**Payment Due on Receipt**

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*

   

May 26, 2015
Invoice # 3355042

Dinsmore & Shohl LLP
Client Number – 92211.13
**Matter: Employment and Fee Applications**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| Harvey J. Cohen | Partner | 0.90 | 490.00 | $ 441.00 |
| Kim Martin Lewis | Partner | 1.90 | 650.00 | $ 1,235.00 |
| Patrick D Burns | Associate | 10.20 | 305.00 | $ 3,111.00 |
| | Total Hours / Fees | 13.00 | | $ 4,787.00 |
| | Less Discount | | | $ -478.70 |
| | Current Fee for Hours Worked | | | $ 4,308.30 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 28.50 | |
| Total Attorney Costs | | $28.50 |
| Current Amount Due This Invoice | | $4,336.80 |

May 26, 2015
Invoice # 3355042

Dinsmore & Shohl LLP
Client Number – 92211.13
**Matter: Employment and Fee Applications**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/01/15 | HJC | 0.40 | Correspondence regarding filing of retention application. |
| 04/01/15 | PDB | 0.60 | Attention to Supplement to Kim Martin Lewis Declaration. |
| 04/01/15 | PDB | 0.70 | Review opinion letters and loan documents as they relate to Kim Martin Lewis Declaration. |
| 04/01/15 | PDB | 0.30 | Attention to results of conflict check. |
| 04/01/15 | KML | 0.40 | Review and revise Supplemental Declaration. |
| 04/02/15 | PDB | 0.40 | Revise Supplemental Declaration. |
| 04/08/15 | HJC | 0.50 | Emails, document review and conference call regarding issues relating to upcoming filing. |
| 04/08/15 | PDB | 1.00 | Revise Supplemental Declaration. |
| 04/08/15 | PDB | 0.50 | Review results of new conflict check. |
| 04/08/15 | KML | 0.20 | Review and revise Supplemental Declaration. |
| 04/09/15 | PDB | 1.00 | Finalize and file Supplemental Declaration. |
| 04/10/15 | PDB | 0.20 | Finalize Supplemental Declaration and prepare same for filing. |
| 04/13/15 | PDB | 0.20 | Review Interim Comp Motion and begin preparing monthly fee application. |
| 04/14/15 | PDB | 0.40 | Outline requirements for interim compensation and requirements to reconcile numbers. |
| 04/15/15 | PDB | 0.20 | Review conflicts updates. |
| 04/16/15 | PDB | 0.30 | Attention to First Monthly Fee App. |
| 04/20/15 | PDB | 0.10 | Potential conflict review. |
| 04/20/15 | PDB | 0.20 | Prepare First Monthly Fee Statement. |
| 04/21/15 | PDB | 0.70 | Meeting regarding reconciliation of all prepetition fees and expenses. |
| 04/23/15 | PDB | 0.70 | Begin draft of monthly statement. |
| 04/24/15 | PDB | 1.10 | Draft monthly statement including reconciliation of pre-petition amounts. |
| 04/27/15 | PDB | 1.20 | Attention to Dinsmore Monthly Fee Application. |
| 04/28/15 | PDB | 0.20 | Review Dinsmore Monthly Fee Application. |
| 04/29/15 | KML | 1.30 | Review and revise bills and fee application for filing. |
| 04/30/15 | PDB | 0.20 | Attention to filing of Dinsmore Monthly Fee Application. |

May 26, 2015
Invoice # 3355042

Dinsmore & Shohl LLP
Client Number – 92211.13
**Matter: Employment and Fee Applications**

Total Hours      13.00

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV
Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

---

The Standard Register Company                                        May 26, 2015
PO Box 1167                                                     Invoice # 3355043
600 Albany Street
Dayton OH 45417-3405

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.16
Matter: Fee Application - Privileged Review

---

**Remittance Advice**

For Professional Services Rendered Through April 30, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 975.00 |
| Less Discount | $ -97.50 |
| Attorney Costs | $ 0.00 |
| Total Due for Professional Services | $ 877.50 |

**Payment Due on Receipt**

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*

   

May 26, 2015
Invoice # 3355043

Dinsmore & Shohl LLP
Client Number – 92211.16
**Matter: Fee Application - Privileged Review**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| Kim Martin Lewis | Partner | 1.50 | 650.00 | $ 975.00 |
| | Total Hours / Fees | 1.50 | | $975.00 |
| | Less Discount | | | $ -97.50 |
| | Current Fee for Hours Worked | | | $ 877.50 |

Current Amount Due This Invoice          $877.50

May 26, 2015
Invoice # 3355043

Dinsmore & Shohl LLP
Client Number – 92211.16
**Matter: Fee Application - Privileged Review**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/13/15 | KML | 1.50 | Review and revise bills for privilege/redaction. |
| | Total Hours | 1.50 | |

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV*
*Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

---

The Standard Register Company                                  May 31, 2015
PO Box 1167                                              Invoice # 3363804
600 Albany Street
Dayton OH 45417-3405

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.17
Matter: Litigation

---

### Remittance Advice

For Professional Services Rendered Through April 30, 2015:

| | |
|---|---|
| Current Fee for Hours Worked | $ 53,156.00 |
| Less Discount | $ -5,315.60 |
| Attorney Costs | $ 103.49 |
| Total Due for Professional Services | $ 47,943.89 |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*



May 31, 2015
Invoice # 3363804

Dinsmore & Shohl LLP
Client Number – 92211.17
**Matter: Litigation**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| Anne D. Harman | Partner | 0.60 | 265.00 | $ 159.00 |
| Harvey J. Cohen | Partner | 0.30 | 490.00 | $ 147.00 |
| John D. Luken | Partner | 6.30 | 550.00 | $ 3,465.00 |
| Kim Martin Lewis | Partner | 6.00 | 650.00 | $ 3,900.00 |
| Richard D. Porotsky, Jr. | Partner | 0.80 | 395.00 | $ 316.00 |
| Ryan W. Green | Partner | 8.30 | 405.00 | $ 3,361.50 |
| Jan L. Hatcher | Of Counsel | 19.20 | 325.00 | $ 6,240.00 |
| Meggin N. Musser | Of Counsel | 5.90 | 240.00 | $ 1,416.00 |
| Elizabeth A Cramer | Associate | 6.00 | 230.00 | $ 1,380.00 |
| Jason W. Hilliard | Associate | 105.30 | 250.00 | $ 26,325.00 |
| Joe E Greiner | Associate | 5.10 | 235.00 | $ 1,198.50 |
| Patrick D Burns | Associate | 13.20 | 305.00 | $ 4,026.00 |
| Susan H. Jackson | Associate | 5.20 | 235.00 | $ 1,222.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| | Total Hours / Fees | 182.20 | | $ 53,156.00 |
| | Less Discount | | | $ -5,315.60 |
| | Current Fee for Hours Worked | | | $ 47,840.40 |

### Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 19.20 |
| Local Counsel | $ 84.29 |
| Total Attorney Costs | $103.49 |

| | |
|---|---|
| Current Amount Due This Invoice | $47,943.89 |

May 31, 2015
Invoice # 3363804

Dinsmore & Shohl LLP
Client Number – 92211.17
**Matter: Litigation**

**Detail of Current Hours Worked**

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/01/15 | RWG | 0.30 | Telephone call with Hershey law firm. |
| 04/03/15 | JWH | 2.50 | Hawaii Litigation:  Review deposition transcript of Defendant S. Brown-Henry and draft deposition summary. |
| 04/06/15 | JWH | 0.80 | Hawaii Litigation: Review discovery documents provided by the Defendants. |
| 04/06/15 | JWH | 2.90 | Hawaii Litigation:  Review deposition transcript of J. Kaulili-Guzon and draft deposition summary. |
| 04/07/15 | JWH | 0.60 | Hawaii Litigation:  Review additional documents obtained from defendant's computer drive. |
| 04/07/15 | JWH | 3.30 | Hawaii Litigation:  Draft memorandum in opposition to Defendant's motion for summary judgment. |
| 04/07/15 | JWH | 0.40 | Hawaii Litigation:  Review motion for summary judgment filed by defendants. |
| 04/08/15 | PDB | 0.40 | Attention to various litigation questions. |
| 04/09/15 | ADH | 0.60 | Review of complaint in Madison Co. (.2); review correspondence from H. Cohen (.2); telephone conference with P. Burns regarding automatic stay and strategy (.2). |
| 04/09/15 | JWH | 3.20 | Hawaii Litigation:  Draft memorandum in opposition to motion for summary judgment. |
| 04/09/15 | RDP | 0.20 | Analysis of subpoena by [redacted], requesting information relating to the Standard Register and [redacted] relationship, to formulate plans for responding to same. |
| 04/09/15 | HJC | 0.30 | Review client emails (.1); call and email regarding staying new Madison, IL asbestos suit and implications of post-petition filing of complaint (0.2). |
| 04/09/15 | PDB | 0.40 | Attention to question regarding subpoena in third party litigation. |
| 04/09/15 | JDLU | 0.50 | Review subpoena to SRC in [redacted] case and review [redacted] case information regarding same (.3); telephone call with P. Burns related to bankruptcy issues (.2). |
| 04/09/15 | JDLU | 0.90 | Telephone calls and emails with H. Glaser and R. Porotsky regarding subpoena and possible response and issues regarding same. |
| 04/10/15 | JWH | 4.70 | Hawaii Litigation:  Draft memorandum in opposition. |
| 04/10/15 | JWH | 0.60 | Hawaii Litigation:  Review deposition transcripts of individual defendants. |
| 04/10/15 | JWH | 0.20 | Hawaii Litigation:  Review amended complaint. |
| 04/10/15 | JWH | 0.40 | Hawaii Litigation:  Review motion for summary judgment documents and exhibits. |
| 04/10/15 | RDP | 0.10 | Analysis of facts to prepare for upcoming conference call on the subpoena from [redacted]. |
| 04/10/15 | RDP | 0.50 | Participate in conference call with Mr. Luken, Ms. Lewis, and Ms. Glaser regarding plans and options for responding to the subpoena from [redacted] relating to [redacted] issues. |

Dinsmore & Shohl LLP
Client Number – 92211.17
**Matter: Litigation**

May 31, 2015
Invoice # 3363804

| | | | |
|---|---|---|---|
| 04/10/15 | KML | 1.00 | Emails with John Luken and Hermina Glaser regarding [redacted] subpoenas (.4); conference call regarding same (.6). |
| 04/10/15 | JDLU | 1.40 | Emails and telephone calls with R. Porotsky, H. Glaser and K. Lewis regarding [redacted] subpoena in [redacted] case, possible responses/objections to same, and impact of such on reorganization. |
| 04/13/15 | JWH | 6.50 | Hawaii Litigation:  Draft memorandum in opposition to motion for summary judgment. |
| 04/13/15 | JDLU | 0.40 | Correspondence with H. Glaser, K. Lewis and R. Porotsky regarding [redacted] subpoena. |
| 04/13/15 | JDLU | 0.50 | Conference with H. Glaser, K. Lewis, R. Porotsky regarding responding to [redacted] subpoena in [redacted] case, possible issues regarding reorganization, and review documents regarding same. |
| 04/13/15 | JDLU | 0.50 | Conference with R. Porotsky and telephone call with J. Gottman regarding [redacted] subpoena, [redacted] claim. |
| 04/13/15 | JEG | 0.50 | Participate in telephone call with Ms. Glaser, Mr. Luken, and Ms. Lewis regarding facts needed for responding to the subpoena from [redacted] and possible objections to same. |
| 04/13/15 | JEG | 0.50 | Analysis with Mr. Luken regarding facts relating to responding to the subpoena and strategy and objections for same. |
| 04/13/15 | JEG | 0.30 | Email to Ms. Glaser regarding various issues. |
| 04/13/15 | JEG | 0.40 | Analysis of the history of the issues regarding [redacted]. |
| 04/13/15 | KML | 0.50 | Conference call with Hermina Glaser, John Luken and Rick Porotsky regarding third party subpoena. |
| 04/14/15 | JWH | 6.20 | Hawaii Litigation:  Draft memorandum in opposition to motion for summary judgment filed by the individual defendants. |
| 04/14/15 | JWH | 0.50 | Hawaii Litigation:  Review S. Brown-Henry deposition and exhibits. |
| 04/14/15 | SHJ | 0.20 | Hawaii Litigation: Research [redacted] issue. |
| 04/14/15 | JEG | 0.20 | Analysis of [redacted] issues. |
| 04/14/15 | KML | 0.30 | Emails regarding case subpeonas. |
| 04/14/15 | JDLU | 0.80 | Correspondence from/to H. Glaser regarding [redacted] subpoena. |
| 04/15/15 | JWH | 4.90 | Hawaii Litigation:  Draft memorandum in opposition to motion for summary judgment. |
| 04/15/15 | JWH | 0.80 | Hawaii Litigation:  Research case law regarding memorandum in opposition. |
| 04/15/15 | JWH | 1.50 | Hawaii Litigation:  Research continued regarding memorandum in opposition. |
| 04/15/15 | SHJ | 2.30 | Hawaii Litigation: Research memorandum in opposition. |
| 04/15/15 | JEG | 0.60 | Telephone call with Mr. Luken and Ms. Glaser regarding [redacted] issues. |
| 04/15/15 | JEG | 0.50 | Compose initial draft of objection to subpoena. |
| 04/15/15 | KML | 0.20 | Review emails from Rick Porotsky regarding subpeona language. |
| 04/15/15 | JDLU | 0.80 | Conference call with H. Glaser, G. Sowar and R. Porotsky regarding strategy issues. |
| 04/16/15 | JDLU | 0.50 | Correspondence from H. Glaser regarding [redacted] issues (.2); |

Dinsmore & Shohl LLP
Client Number – 92211.17
**Matter: Litigation**

May 31, 2015
Invoice # 3363804

| | | | |
|---|---|---|---|
| | | | telephone calls with R. Porotsky regarding same (.1); review draft objections (.2). |
| 04/16/15 | JWH | 5.70 | Hawaii Litigation: Draft memorandum in opposition. |
| 04/16/15 | JWH | 1.20 | Hawaii Litigation: Research case law of issues related to [redacted]. |
| 04/16/15 | SHJ | 0.50 | Hawaii Litigation: Research related to opposition to motion. |
| 04/16/15 | SHJ | 1.00 | Hawaii Litigation: Research regarding memorandum in opposition. |
| 04/16/15 | JEG | 0.10 | Prepare for and telephone call to opposing counsel to address our position and objections to same. |
| 04/16/15 | JEG | 0.10 | Phone conference with opposing counsel regarding our position and objections. |
| 04/16/15 | JEG | 0.10 | Analysis with Mr. Luken of objections and content for our objections. |
| 04/16/15 | JEG | 1.80 | Revise and finalize written objections to subpoena. |
| 04/16/15 | KML | 0.40 | Email regarding litigation hold reminder. |
| 04/17/15 | JWH | 5.80 | Hawaii Litigation: Draft memorandum in opposition. |
| 04/17/15 | JWH | 1.00 | Hawaii Litigation: Draft response to alleged undisputed facts. |
| 04/17/15 | SHJ | 0.20 | Hawaii Litigation: Draft arguments for memorandum in opposition. |
| 04/18/15 | JWH | 3.50 | Hawaii Litigation: Draft memorandum in opposition to the individual defendants' motion for summary judgment. |
| 04/18/15 | JWH | 0.50 | Research regarding memorandum in opposition. |
| 04/19/15 | JWH | 3.00 | Hawaii Litigation: Draft memorandum in opposition to individual defendants' motion for summary judgment. |
| 04/19/15 | JWH | 2.00 | Hawaii Litigation: Draft response to statement of facts. |
| 04/19/15 | SHJ | 0.80 | Hawaii Litigation: Draft analysis of state case law for memorandum in opposition. |
| 04/20/15 | JWH | 3.10 | Hawaii Litigation: Draft memorandum in opposition to individual defendants' motion for summary judgment. |
| 04/20/15 | JWH | 1.10 | Hawaii Litigation: Research regarding memorandum in opposition. |
| 04/20/15 | JWH | 0.40 | Hawaii Litigation: Review ASB's motion for summary judgment. |
| 04/20/15 | JWH | 2.00 | Hawaii Litigation: Draft memorandum in opposition to ASB's motion for summary judgment. |
| 04/20/15 | SHJ | 0.20 | Hawaii Litigation: Draft memorandum regarding research issues related to memorandum in opposition. |
| 04/20/15 | RWG | 1.20 | Hawaii Litigation: Analyze legal issues. |
| 04/21/15 | JWH | 2.60 | Hawaii Litigation: Revise memorandum in opposition to individual defendants' motion for summary judgment. |
| 04/21/15 | JWH | 0.40 | Hawaii Litigation: Draft affidavit of Rob Assini for the memorandum in opposition. |
| 04/21/15 | JWH | 0.20 | Hawaii Litigation: Review information for memorandum in opposition. |
| 04/21/15 | JWH | 5.20 | Hawaii Litigation: Draft memorandum in opposition. |

May 31, 2015
Invoice # 3363804

Dinsmore & Shohl LLP
Client Number – 92211.17
**Matter: Litigation**

| | | | |
|---|---|---|---|
| 04/21/15 | JWH | 0.10 | Hawaii Litigation: Correspondence with [redacted] regarding [redacted]. |
| 04/21/15 | JWH | 0.20 | Hawaii Litigation: Telephone call with [redacted] regarding [redacted]. |
| 04/21/15 | JWH | 0.30 | Hawaii Litigation: Review contracts. |
| 04/22/15 | JWH | 0.10 | Hawaii Litigation: Follow-up with [redacted] regarding litigation. |
| 04/22/15 | JWH | 1.50 | Hawaii Litigation: Draft memorandum in opposition to ASB's motion for summary judgment. |
| 04/23/15 | JWH | 4.80 | Hawaii Litigation: Draft memorandum in opposition to ASB's motion for summary judgment. |
| 04/23/15 | JWH | 1.20 | Hawaii Litigation: Research issues related to memorandum in opposition. |
| 04/23/15 | KML | 0.90 | Telephone call with Kyle Kolb regarding document production (.5); emails to Dinsmore team regarding document production (.2); emails with Kyle Kolb (.2). |
| 04/24/15 | JWH | 3.40 | Hawaii Litigation: Draft memorandum in opposition to ASB's motion for summary judgment. |
| 04/24/15 | JWH | 1.50 | Hawaii Litigation: Research case law for memorandum in opposition. |
| 04/24/15 | JLH | 2.20 | Meeting with Kim Martin Lewis and Patrick Burns regarding document production (.8); receipt and review of discovery protocol (1.0); emails to Meggin Musser and Elizabeth Cramer regarding document production (.4). |
| 04/24/15 | MNS | 0.20 | Correspondence regarding document review (.1); review protocol to prepare for conference call on document review (.1). |
| 04/24/15 | KML | 0.80 | Emails with Kyle Kolb regarding document production (.2); emails to Dinsmore team regarding same (.6). |
| 04/26/15 | JWH | 2.00 | Hawaii Litigation: Draft memorandum in opposition to individual defendants' motion for summary judgment. |
| 04/27/15 | JWH | 0.90 | Hawaii Litigation: Draft response to individual defenants' proposed concise findings. |
| 04/27/15 | JWH | 0.30 | Hawaii Litigation: Make final revisions to Affidavit of Rob Assini. |
| 04/27/15 | JWH | 0.10 | Hawaii Litigation: Correspondence with [redacted] regarding Affidavit. |
| 04/27/15 | JWH | 0.60 | Hawaii Litigation: Review and revise memorandum in opposition to individual defendants' motion for summary judgment. |
| 04/27/15 | JLH | 1.40 | Telephone conference with Gibson Dunn regarding protocol and document review (.6); review materials (.5); telephone call with Elizabeth Cramer, Meggin Musser and Patrick Burns regarding same (.3). |
| 04/27/15 | EAC | 1.50 | Review case facts required to perform document review. |
| 04/27/15 | PDB | 0.60 | Call regarding Committee document review. |
| 04/27/15 | PDB | 0.80 | Review overview of document request, response and guidelines. |
| 04/27/15 | MNS | 1.60 | Review multiple correspondence regarding document review (.8); review document review protocol (.5); conference call regarding document review (.3). |
| 04/28/15 | RWG | 3.10 | Review and revise draft Response to Individual Defendants' Motion for Summary Judgment. |

Dinsmore & Shohl LLP
Client Number – 92211.17
**Matter: Litigation**

May 31, 2015
Invoice # 3363804

| 04/28/15 | JWH | 2.00 | Hawaii Litigation: Draft response to individual defendants' concise facts section. |
| 04/28/15 | JWH | 1.70 | Hawaii Litigation: Review and revise memorandum in opposition to individual defendants' motion for summary judgment. |
| 04/28/15 | JWH | 1.30 | Hawaii Litigation: Review and revise memorandum in opposition to individual defendants' motion for summary judgment. |
| 04/28/15 | JWH | 0.70 | Hawaii Litigation: Review and revise response to individual defendants' concise facts. |
| 04/28/15 | JLH | 5.50 | Review Standard Register documents (4.5); conferences and emails regarding various issues (1.0). |
| 04/28/15 | PDB | 2.80 | Review documents regarding Committee document request. |
| 04/28/15 | KML | 0.40 | Emails regarding document production. |
| 04/28/15 | KML | 0.40 | Emails regarding document production. |
| 04/29/15 | RWG | 2.60 | Review/revise draft response to individual defendants' Motion for Summary Judgment. |
| 04/29/15 | JWH | 1.30 | Hawaii Litigation: Review and revise memorandum in opposition to individual defendants' motion for summary judgment. |
| 04/29/15 | JWH | 1.40 | Hawaii Litigation: Review and revise memorandum in opposition to individual defendants' motion for summary judgment. |
| 04/29/15 | JLH | 5.10 | Document review of Standard Register batches in response to Creditors Committee requests (4.4); telephone calls with Elizabeth Cramer and Meggin Musser regarding issues (.7). |
| 04/29/15 | PDB | 3.50 | Review documents as part of Committee document request. |
| 04/29/15 | MNS | 1.90 | Review document review protocol to prepare to review documents (.4); review requests for production of documents and related responses (.3); multiple correspondence regarding document review (.3); review documents (.9). |
| 04/29/15 | KML | 0.40 | Emails regarding document production. |
| 04/30/15 | RWG | 1.10 | Review revised draft Responses to Defendants' Motion for Summary Judgment. |
| 04/30/15 | JWH | 1.30 | Hawaii Litigation: Review and revise memorandum in opposition to individual defendants' motion for summary judgment. |
| 04/30/15 | JWH | 0.90 | Hawaii Litigation: Review and revise memorandum in opposition to individual defendants' motion for summary judgment. |
| 04/30/15 | JLH | 5.00 | Complete document review to date. |
| 04/30/15 | EAC | 2.40 | Continue to review documents in response to Official Committee of Unsecured Creditors' Request for Production of Documents. |
| 04/30/15 | EAC | 2.10 | Review document in response to Official Committee of Unsecured Creditors' Request for Production of Documents. |
| 04/30/15 | PDB | 4.70 | Review documents as part of Committee request. |
| 04/30/15 | MNS | 2.20 | Review documents regarding responses to Committee requests. |
| 04/30/15 | KML | 0.70 | Emails regarding document production (.4); calls with Team regarding document production (.3). |

Dinsmore & Shohl LLP
Client Number – 92211.17
**Matter: Litigation**

May 31, 2015
Invoice # 3363804

Total Hours    182.20

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV
Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

---

The Standard Register Company                                    May 26, 2015
PO Box 1167                                                 Invoice # 3355045
600 Albany Street
Dayton OH 45417-3405

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.21
Matter: Real Estate

---

### Remittance Advice

For Professional Services Rendered Through April 30, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 768.00 |
| Less Discount | $ -76.80 |
| Attorney Costs | $ 0.00 |
| Total Due for Professional Services | $ 691.20 |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*

   

Dinsmore & Shohl LLP
Client Number – 92211.21
**Matter: Real Estate**

May 26, 2015
Invoice # 3355045

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| Steve N. Siegel | Of Counsel | 2.00 | 360.00 | $ 720.00 |
| Charles E. Baverman III | Associate | 0.20 | 240.00 | $ 48.00 |
| | Total Hours / Fees | 2.20 | | $ 768.00 |
| | Less Discount | | | $ -76.80 |
| | Current Fee for Hours Worked | | | $ 691.20 |

Current Amount Due This Invoice    $691.20

Dinsmore & Shohl LLP
Client Number – 92211.21
**Matter: Real Estate**

May 26, 2015
Invoice # 3355045

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/02/15 | SNS | 1.10 | Review request to provide information regarding notices to/from agencies. |
| 04/17/15 | SNS | 0.90 | Prepare for and participate in diligence conference call with Buyer. |
| 04/20/15 | CEB | 0.20 | Correspondence with Gerry Sowar regarding sale process issues. |

| Total Hours | 2.20 |
|-------------|------|

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV*
*Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

The Standard Register Company
PO Box 1167
600 Albany Street
Dayton OH 45417-3405

May 26, 2015
Invoice # 3355046

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.23
Matter: Reporting

## Remittance Advice

For Professional Services Rendered Through April 30, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 3,052.00 |
| Less Discount | $ -305.20 |
| Attorney Costs | $ 0.00 |
| | |
| Total Due for Professional Services | $ 2,746.80 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*

   

May 26, 2015
Invoice # 3355046

Dinsmore & Shohl LLP
Client Number – 92211.23
**Matter: Reporting**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|------------|-------------|-------|------|--------|
| Charles F. Hertlein, Jr. | Partner | 0.90 | 550.00 | $ 495.00 |
| Harvey J. Cohen | Partner | 2.30 | 490.00 | $ 1,127.00 |
| Kim Martin Lewis | Partner | 2.20 | 650.00 | $ 1,430.00 |
| Total Hours / Fees | | 5.40 | | $ 3,052.00 |
| Less Discount | | | | $ -305.20 |
| Current Fee for Hours Worked | | | | $ 2,746.80 |

Current Amount Due This Invoice          $2,746.80

May 26, 2015
Invoice # 3355046

Dinsmore & Shohl LLP
Client Number – 92211.23
**Matter: Reporting**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/14/15 | HJC | 0.80 | Client call and  emails regarding information requested for a schedule (.5); call regarding client reporting and email from client (.3). |
| 04/15/15 | HJC | 1.00 | Assist client reporting on SOFA forms (.4); prepare data for client (.2); client follow-up call and emails (.4). |
| 04/16/15 | HJC | 0.50 | Client call and e-mails and review regarding upcoming reporting on Schedules (.4); email to client (.1). |
| 04/16/15 | KML | 0.20 | Emails regarding SOFA information. |
| 04/17/15 | KML | 1.00 | Telephone call with Company regarding SOFA information and other issues (.7); emails regarding SOFA information (.3). |
| 04/21/15 | KML | 1.00 | Meeting regarding SOFA 9 amounts and remaining retainer amounts. |
| 04/22/15 | CFH | 0.90 | Call from Gerry Sowar regarding 8-K filing (.2); review for filing (.4); further discussions (.3). |

Total Hours      5.40

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV
Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

The Standard Register Company
PO Box 1167
600 Albany Street
Dayton OH 45417-3405

May 26, 2015
Invoice # 3355047

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.26
Matter: IP

**Remittance Advice**

For Professional Services Rendered Through April 30, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 10,730.00 |
| Less Discount | $ -1,073.00 |
| Attorney Costs | $ 1.10 |
| Total Due for Professional Services | $ 9,658.10 |

**Payment Due on Receipt**

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*



Dinsmore & Shohl LLP
Client Number – 92211.26
**Matter: IP**

May 26, 2015
Invoice # 3355047

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| James F. Gottman | Partner | 16.30 | 550.00 | $ 8,965.00 |
| Karen K. Gaunt | Partner | 0.40 | 425.00 | $ 170.00 |
| Kimberly Gambrel | Partner | 0.30 | 535.00 | $ 160.50 |
| Christopher I. Meyer | Associate | 4.50 | 255.00 | $ 1,147.50 |
| Beth A Bane | Paralegal | 1.40 | 175.00 | $ 245.00 |
| Kathy A. Adams | Paralegal | 0.20 | 210.00 | $ 42.00 |
| Total Hours / Fees | | 23.10 | | $ 10,730.00 |
| Less Discount | | | | $ -1,073.00 |
| Current Fee for Hours Worked | | | | $ 9,657.00 |

### Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 1.10 |
| Total Attorney Costs | $1.10 |

| | |
|---|---|
| Current Amount Due This Invoice | $9,658.10 |

Dinsmore & Shohl LLP
Client Number – 92211.26
**Matter: IP**

May 26, 2015
Invoice # 3355047

**Detail of Current Hours Worked**

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 04/03/15 | BB | 0.50 | Draft letter to D. Thaxton regarding trademark renewal. |
| 04/06/15 | KG | 0.10 | STE 0060 TA - Letter to D. Thaxton regarding maintenance of U.S. trademark registration for [redacted]. |
| 04/09/15 | CIM | 0.20 | Telephone call with Dan Thaxton regarding reply brief. |
| 04/15/15 | JFG | 1.80 | Review Office Action (1.0); letter to D. Thaxton reporting Office Action (.8). |
| 04/20/15 | KA | 0.20 | Trademark for [redacted] - Reg. No. 625,417 - Docket STD 1404 TA (.1); prepare inquiry letter to D.Thaxton regarding renewal of mark (.1). |
| 04/20/15 | BB | 0.90 | STD 1390 G0 - Review email and Confirmation of Amendment document from Canadian associate regarding four trademark registrations (.3); confer with K. Gambrel regarding same (.1); draft letter to D. Thaxton regarding recordation of four Canadian trademarks (.5) |
| 04/20/15 | KG | 0.20 | Letter to D. Thaxton regarding trademark registrations (.1); letter to D. Thaxton regarding maintenance of U.S. trademark registration for [redacted] (.1). |
| 04/20/15 | JFG | 3.00 | STD 1356 PA - Draft Appeal Brief. |
| 04/22/15 | JFG | 3.00 | STD 1356 PA - Draft Appeal Brief. |
| 04/23/15 | JFG | 3.00 | STD 1356 PA - Draft Appeal Brief. |
| 04/27/15 | JFG | 2.00 | STD 1356 PA - Draft Appeal Brief. |
| 04/28/15 | CIM | 1.20 | STD 1311 PA - REPLY BRIEF TO EXAMINER'S ANSWER - Develop Reply Brief. |
| 04/29/15 | KKG | 0.40 | Telephone conference and email with David Martin regarding agreement (.2); follow up on draft NDA (.2). |
| 04/29/15 | CIM | 0.50 | STD 1311 PA - REPLY BRIEF TO EXAMINER'S ANSWER - Develop Reply Brief. |
| 04/29/15 | JFG | 2.00 | STD 1356 PA - Draft Appeal Brief. |
| 04/30/15 | CIM | 2.60 | STD 1311 PA - REPLY BRIEF TO EXAMINER'S ANSWER - Draft Reply Brief. |
| 04/30/15 | JFG | 0.50 | STD 1356 PA - Draft Appeal Brief. |
| 04/30/15 | JFG | 1.00 | STD 1315 PA - Draft Pre-Appeal Brief Request for Review. |

Total Hours    23.10

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV*
*Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

---

The Standard Register Company
600 Albany Street
Dayton OH 45417

May 26, 2015
Invoice # 3363029

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.27
Matter: Privacy Matters

---

### Remittance Advice

For Professional Services Rendered Through April 30, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 1,280.00 |
| Less Discount | $ -128.00 |
| Attorney Costs | $ 0.00 |
| Total Due for Professional Services | $ 1,152.00 |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*



Dinsmore & Shohl LLP
Client Number – 92211.27
**Matter: Privacy Matters**

May 26, 2015
Invoice # 3363029

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew S Arend | Partner | 4.00 | 320.00 | $ 1,280.00 |
| | Total Hours / Fees | 4.00 | | $ 1,280.00 |
| | Less Discount | | | $ -128.00 |
| | Current Fee for Hours Worked | | | $ 1,152.00 |

Current Amount Due This Invoice        $1,152.00

May 26, 2015
Invoice # 3363029

Dinsmore & Shohl LLP
Client Number – 92211.27
**Matter: Privacy Matters**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/06/15 | MSA | 0.30 | Email with H. Glaser regarding HIPAA requirements for international employees. |
| 04/07/15 | MSA | 0.60 | Review and revise [redacted] BAA. |
| 04/07/15 | MSA | 0.70 | Review and revise [redacted] BAA. |
| 04/07/15 | MSA | 0.70 | Review and revise [redacted] BAA. |
| 04/07/15 | MSA | 0.40 | Review and revise [redacted] BAA. |
| 04/27/15 | MSA | 0.70 | Review and revise [redacted] BAA. |
| 04/27/15 | MSA | 0.60 | Review and revise [redacted] BAA. |

Total Hours    4.00