## EXHIBIT B

## EXPENSE SUMMARY

### The Standard Register Company, et al.
### (Case No. 15-10541 (BLS)

### April 1, 2015 through April 30, 2015

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Audio Conference | Court Call; InterCall | $547.29 |
| Filing and Recording Fees | Ohio Secretary of State | 20.00 |
| Local Counsel | Fukunaga Matayoshi Hershey & Ching LLP | 84.29 |
| Photocopies | | 55.80 |
| **Grand Total Expenses** | | **$ 707.38** |