IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Scott M. Ewing, am employed in the county of Los Angeles, State of California. I hereby certify that on June 4, 2015, I caused true and correct copies of the following document to be served (i) via email to the parties listed in **Exhibit A**, and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- Omnibus Reply of Official Committee of Unsecured Creditors in Further Support of Motion of the Official Committee of Unsecured Creditors for an Order Granting the Committee Standing and Authorizing the Committee to Commence and Prosecute Certain Actions on Behalf of the Debtors' Estates [Docket No. 621]

Dated: June 5, 2015

/s/ Scott M. Ewing
Scott M. Ewing
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California     }
{                        } ss.
{County of Los Angeles   }

Subscribed and sworn to (or affirmed) before me on this 5 day of June, 20 15, by Scott M. Ewing proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

/s/ Jennifer Castillo
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de Mexico, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

# **EXHIBIT A**

| | | |
|---|---|---|
| AKERMAN LLP<br>BRETT MARKS<br>BRETT.MARKS@AKERMAN.COM | AKERMAN LLP<br>SUNDEEP S. SIDHU<br>SUNNY.SIDHU@AKERMAN.COM | ALSTON & BIRD LLP<br>DAVID WENDER<br>DAVID.WENDER@ALSTON.COM |
| ALSTON & BIRD LLP<br>JONATHAN EDWARDS<br>JONATHAN.EDWARDS@ALSTON.COM | ARAPAHOE COUNTY ATTORNEY<br><br>KMETZGER@ARAPAHOEGOV.COM | ARAPAHOE COUNTY ATTORNEY<br><br>WROSSMAN@ARAPAHOEGOV.COM |
| ARAPAHOE COUNTY ATTORNEY<br>ROBERT HILL<br>RHILL@ARAPAHOEGOV.COM | ARNSTEIN & LEHR LLP<br>KEVIN H. MORSE<br>KHMORSE@ARNSTEIN.COM | ASHBY & GEDDES, P.A.<br>RICARDO PALACIO<br>RPALACIO@ASHBY-GEDDES.COM |
| BAKER BOTTS L.L.P.<br>JAMES PRINCE<br>JIM.PRINCE@BAKERBOTTS.COM | BAKER BOTTS L.L.P.<br>MEGGIE S. GILSTRAP<br>MEGGIE.GILSTRAP@BAKERBOTTS.COM | BANK OF AMERICA, N.A.<br>JAMES S. RANKIN JR.<br>JRANKIN@PHRD.COM |
| BARNES & THORNBERG LLP<br>DAVID POWLEN<br>DAVID.POWLEN@BTLAW.COM | BARNES & THORNBERG LLP<br>KEVIN COLLINS<br>KEVIN.COLLINS@BTLAW.COM | BAYARD, P.A.<br>SCOTT D. COUSINS<br>SCOUSINS@BAYARDLAW.COM |
| BIALSON, BERGEN & SCHWAB<br>KENNETH LAW<br>KLAW@BBSLAW.COM | BIALSON, BERGEN & SCHWAB<br>THOMAS M. GAA<br>TGAA@BBSLAW.COM | BILZIN SUMBERG BAENA PRICE & AXELROD, LLP<br>JEFFREY I. SNYDER<br>JSNYDER@BILZIN.COM |
| BLAKELEY LLP<br>SCOTT E. BLAKELEY<br>SEB@BLAKELEYLLP.COM | BLANK ROME LLP<br>ALAN M. ROOT<br>ROOT@BLANKROME.COM | BLANK ROME LLP<br>JOHN E. LUCIAN<br>LUCIAN@BLANKROME.COM |
| BMC GROUP, INC<br>T. FEIL<br>TFEIL@BMCGROUP.COM | BRICKER & ECKLER LLP<br>DAVID M. WHITTAKER<br>DWHITTAKER@BRICKER.COM | BRYAN CAVE LLP<br>JUSTIN A. SABIN<br>JUSTIN.SABIN@BRYANCAVE.COM |
| BRYAN CAVE LLP<br>MICHELLE MCMAHON<br>MICHELLE.MCMAHON@BRYANCAVE.COM | BRYAN CAVE LLP<br>ROBERT J. MILLER<br>RJMILLER@BRYANCAVE.COM | BUCHALTER NEMER, A.P.C.<br>SHAWN M. CHRISTIANSON, ESQ.<br>SCHRISTIANSON@BUCHALTER.COM |
| CARLTON FIELDS JORDEN BURT, P.A.<br>JOHN J. LAMOUREUX<br>JLAMOUREUX@CFJBLAW.COM | CIARDI CIARDI & ASTIN<br>JOHN MCLAUGHLIN, JR.<br>JMCLAUGHLIN@CIARDILAW.COM | CIARDI CIARDI & ASTIN<br>JOSEPH MCMAHON JR.<br>JMCMAHON@CIARDILAW.COM |
| CLARK HILL PLC<br>EDWARD J. KOSMOWSKI<br>EKOSMOWSKI@CLARKHILL.COM | CLARK HILL PLC<br>SCOTT N. SCHREIBER<br>SSCHREIBER@CLARKHILL.COM | CLARK HILL PLC<br>SHANNON L. DEEBY<br>SDEEBY@CLARKHILL.COM |
| COLE SCHOTZ, P.C.<br>MICHAEL D. WARNER<br>MWARNER@COLESCHOTZ.COM | COLE SCHOTZ, P.C.<br>PATRICK J. REILLEY<br>PREILLEY@COLESCHOTZ.COM | COMMONWEALTH OF PENNSYLVANIA<br>CAROL MOMJIAN<br>CMOMJIAN@ATTORNEYGENERAL.GOV |
| COMMONWEALTH OF PENNSYLVANIA<br>LINDA MITTEN<br>RA-LI-UCTS-BANKRUPT@STATE.PA.US | CROSS & SIMON, LLC<br>CHRISTOPHER SIMON<br>CSIMON@CROSSLAW.COM | DARLING MILLIGAN HOROWITZ PC<br>BRIAN D. MILLIGAN<br>BMILLIGAN@DMHLAW.NET |
| DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>ATTORNEY.GENERAL@STATE.DE.US | DELAWARE DIVISION OF REVENUE<br>ZILLAH FRAMPTON<br>FASNOTIFY@STATE.DE.US | DELAWARE SECRETARY OF STATE<br><br>DOSDOC_FTAX@STATE.DE.US |
| DELAWARE STATE TREASURY<br>BANKRUPTCY DEPT<br>STATETREASURER@STATE.DE.US | DENTONS<br>ARTHUR H. RUEGGER<br>ARTHUR.RUEGGER@DENTONS.COM | DINSMORE & SHOHL LLP<br>CHRISTOPHER A. DEABLER<br>CHRISTOPHER.DEABLER@DINSMORE.COM |

| | | |
|---|---|---|
| DUANE MORRIS LLP<br>JARRET P. HITCHINGS<br>JPHITCHINGS@DUANEMORRIS.COM | DUANE MORRIS LLP<br>JEFFREY W. SPEAR<br>JWSPEAR@DUANEMORRIS.COM | EARP COHN, P.C.<br>RICHARD M. SCHLAIFER<br>RSCLAIFER@EARPCOHN.COM |
| ENVIRONMENTAL PROTECTION AGENCY<br>BANKRUPTCY DEPT<br>R3PUBLIC@EPA.GOV | FISHMAN JACKSON<br>MARK H. RALSTON<br>MRALSTON@FISHMANJACKSON.COM | FRANTZ WARD LLP<br>JOHN KOSTELNIK<br>JKOSTELNIK@FRANTZWARD.COM |
| FRANTZ WARD LLP<br>TIMOTHY RICHARDS<br>TRICHARDS@FRANTZWARD.COM | FRIEDLANDER MISLER, PLLC<br>LATHOMPSON@DCLAWFIRM.COM | FRIEDLANDER MISLER, PLLC<br>ROBERT GREENBURG<br>RGREENBERG@DCLAWFIRM.COM |
| FRIEDLANDER MISLER, PLLC<br>THOMAS MURPHY<br>TMURPHY@DCLAWFIRM.COM | GEORGIA PACIFIC CORP<br>EMILY O. VALLADARES<br>EMILY.VALLADARES@GAPAC.COM | GIBBONS P.C.<br>MARK B. CONLAN<br>MCONLAN@GIBBONSLAW.COM |
| GIBBONS P.C.<br>NATASHA M. SONGONUGA<br>NSONGONUGA@GIBBONSLAW.COM | GOLAN & CHRISTIE LLP<br>BARBARA YONG<br>BLYONG@GOLANCHRISTIE.COM | GOLAN & CHRISTIE LLP<br>CAREN LEDERER<br>CALEDERER@GOLANCHRISTIE.COM |
| GOLDBERG, KAMIN & GARVIN, LLP<br>ROBERT J. GARVIN<br>ROBERTG@GKGATTORNEYS.COM | GRAYDON HEAD & RITCHEY LLP<br>J. MICHAEL DEBBELER<br>MDEBBELER@GRAYDON.COM | IANNOTTI & ASSOCIATES PLC<br>DANIEL V. IANNOTTI<br>DAN@THEGENERALCOUNSEL.COM |
| IRON MOUNTAIN INFORMATION MANAGEMENT, LLC<br>JOSEPH CORRIGAN<br>BANKRUPTCY2@IRONMOUNTAIN.COM | LAW OFFICES OF ROBERT E. LUNA P.C.<br>GEORGE C. SCHERER<br>SCHERER@TXSCHOOLLAW.COM | LECLAIRRYAN<br>ANDREW L. COLE<br>ANDREW.COLE@LECLAIRRYAN.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ELIZABETH WELLER<br>DALLAS.BANKRUPTCY@PUBLICANS.COM | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>JOHN P. DILLMAN<br>HOUSTON_BANKRUPTCY@LGBS.COM | MAGNOZZI & KYE, LLP<br>AMISH R. DOSHI<br>ADOSHI@MAGNOZZIKYE.COM |
| MCCARTER & ENGLISH LLP<br>KATHARINE L. MAYER<br>KMAYER@MCCARTER.COM | MCCARTER & ENGLISH LLP<br>LISA BONSALL<br>LBONSALL@MCCARTER.COM | MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>LEE GORDON<br>LGORDON@MVBALAW.COM |
| MCGRANE LLP<br>GAVIN MCGRANE<br>GAVIN.MCGRANE@MCGRANELLP.COM | MEYER, SUOZZI, ENGLISH & KLEIN, P.C.<br>EDWARD J. LOBELLO<br>ELOBELLO@MSEK.COM | MINKIN & HARNISCH PLLC<br>ANDREW HARNISCH<br>ANDY@MHLAWAZ.COM |
| MINKIN & HARNISCH PLLC<br>ETHAN MINKIN<br>ETHAN@MHLAWAZ.COM | MORRIS JAMES LLP<br>JEFFREY R. WAXMAN<br>JWAXMAN@MORRISJAMES.COM | NEALE & NEWMAN, L.L.P.<br>SWESTPFAHL@NNLAW.COM |
| NEALE & NEWMAN, L.L.P.<br>BRIAN K. ASBERRY<br>BASBERRY@NNLAW.COM | NEW YORK STATE DEPT OF TAXATION AND FINANCE<br>ROBERT L. COOK<br>ROBERT.COOK@TAX.NY.GOV | OFFICE OF THE UNITED STATES TRUSTEE<br>MARK KINNEY<br>MARK.KENNEY@USDOJ.GOV |
| OKLAHOMA COUNTY TREASURER<br>GRETCHEN CRAWFORD<br>GRECRA@OKLAHOMACOUNTY.ORG | PARKER IBRAHIM & BERG LLC<br>JOSEPH H. LEMKIN<br>JOSEPH.LEMKIN@PIBLAW.COM | PARKER, HUDSON, RAINER & DOBBS LLP<br>C. EDWARD DOBBS<br>CED@PHRD.COM |
| PARKER, HUDSON, RAINER & DOBBS LLP<br>JACK C. BASHAM, JR.<br>JCB@PHRD.COM | PARKER, HUDSON, RAINER & DOBBS LLP<br>JAMES RANKIN, JR.<br>JSR@PHRD.COM | PARKER, HUDSON, RAINER & DOBBS LLP<br>JOSHUA J. LEWIS<br>JJL@PHRD.COM |
| PBGC<br>JACK BUTLER<br>MORGAN.COURTNEY@PBGC.GOV | PENSION BENEFIT GUARANTY CORPORATION<br>EFILE@PBGC.GOV | PENSION BENEFIT GUARANTY CORPORATION<br>COURTNEY L. MORGAN<br>MORGAN.COURTNEY@PBGC.GOV |

| | | |
|---|---|---|
| POLSINELLI PC<br>CHRISTOPHER WARD<br>CWARD@POLSINELLI.COM | POLSINELLI PC<br>JUSTIN EDELSON<br>JEDELSON@POLSINELLI.COM | POLSINELLI PC<br>SHANTI KATONA<br>SKATONA@POLSINELLI.COM |
| POTTER ANDERSON & CORROON LLP<br>ETTA R. MAYERS<br>EMAYERS@POTTERANDERSON.COM | POTTER ANDERSON & CORROON LLP<br>JEREMY W. RYAN<br>JRYAN@POTTERANDERSON.COM | RAVICH MEYER KIRKMAN MCGRATH NAUMAN & TAN<br>MICHAEL F. MCGRATH<br>MFMCGRATH@RAVICHMEYER.COM |
| REED SMITH LLP<br>AMY M. TONTI<br>ATONTI@REEDSMITH.COM | REED SMITH LLP<br>J. CORY FALGOWSKI<br>JFALGOWSKI@REEDSMITH.COM | REINHART BOERNER VAN DEUREN<br>KATHERINE O'MALLEY<br>KOMALLEY@REINHARTLAW.COM |
| REINHART BOERNER VAN DEUREN<br>MICHAEL JANKOWSKI<br>MJANKOWSKI@REINHARTLAW.COM | RICHARD S. PRICE, II<br><br>RSPRICEII@AOL.COM | RICHARDS, LAYTON & FINGER, P.A.<br>MARK COLLINS<br>COLLINS@RLF.COM |
| RICHARDS, LAYTON & FINGER, P.A.<br>TYLER SEMMELMAN<br>SEMMELMAN@RLF.COM | SAUL EWING LLP<br>TERESA K.D. CURRIER<br>TCURRIER@SAUL.COM | SECURITIES & EXCHANGE COMMISSION<br>BANKRUPTCY DEPT<br>BANKRUPTCYNOTICESCHR@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION<br>BANKRUPTCY DEPT<br>NYROBANKRUPTCY@SEC.GOV | SINGER & LEVICK, P.C.<br>MICHELLE E. SHRIRO<br>MSHRIRO@SINGERLEVICK.COM | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>CARL TULLSON<br>CARL.TULLSON@SKADDEN.COM |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>CHRIS DRESSEL<br>CHRISTOPHER.DRESSEL@SKADDEN.COM | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>RON MEISLER<br>RON.MEISLER@SKADDEN.COM | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>SARAH E. PIERCE<br>SARAH.PIERCE@SKADDEN.COM |
| SYNCHRONY BANK<br><br>CLAIMS@RECOVERYCORP.COM | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>JAY W. HURST<br>JAY.HURST@TEXASATTORNEYGENERAL.GOV | THE ROSNER LAW GROUP LLC<br>FREDERICK ROSNER<br>ROSNER@TEAMROSNER.COM |
| THE ROSNER LAW GROUP LLC<br>JULIA KLEIN<br>KLEIN@TEAMROSNER.COM | THOMPSON HINE LLP<br>JONATHAN S. HAWKINS<br>JONATHAN.HAWKINS@THOMPSONHINE.COM | TN DEPT OF REVENUE<br>BANKRUPTCY DIVISION<br>AGBANKDELAWARE@AG.TN.GOV |
| US ATTORNEY FOR DELAWARE<br><br>USADE.ECFBANKRUPTCY@USDOJ.GOV | VENABLE LLP<br>HAMID R. RAFATJOO<br>HRAFATJOO@VENABLE.COM | VENABLE LLP<br>JAMIE L. EDMONSON<br>JLEDMONSON@VENABLE.COM |
| WOMBLE CARLYLE SANDRIDGE & RICE, LLP<br>MARK DESGROSSEILLIERS<br>MDESGROSSEILLIERS@WCSR.COM | WOMBLE CARLYLE SANDRIDGE & RICE, LLP<br>MORGAN PATTERSON<br>MPATTERSON@WCSR.COM | |

Parties Served:  122

# **EXHIBIT B**

| | | |
|---|---|---|
| FLEISCHER, FLEISCHER & SUGLIA<br>ATTN: NICOLA SUGLIA/ALLISON DOMOWITCH<br>PLAZA 1000 AT MAIN STREET<br>SUITE 208<br>VOORHEES, NJ  08043 | GARY BECKER<br>666 BARCLAY LANE<br>BROOMALL, PA  19008 | GIBSON, DUNN & CRUTCHER LLP<br>ATTN: JEREMY L. GRAVES/SABINA JACOBS<br>333 SOUTH GRAND AVENUE<br>LOS ANGELES, CA  90071-1512 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA, PA  19104-5016 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA, PA  19101-7346 | LOWENSTEIN SANDLER LLP<br>ATTN: GERALD C. BENDER<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10020 |
| LOWENSTEIN SANDLER LLP<br>ATTN: KENNETH ROSEN/SHARON LEVINE<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ  07068-0000 | MARK PLATT<br>5048 JAMES HILL ROAD<br>KETTERING, OH  45429 | MCKINSEY RECOVERY & TRANSFORMATION SERV<br>ATTN: KEVIN CARMODY/MARK HOJNACKI<br>55 EAST 52ND STREET<br>NEW YORK, NY  10055 |
| MICHAEL BAZLEY<br>651  I  STREET<br>SACRAMENTO, CA  95814 | MISSOURI DEPARTMENT OF REVENUE<br>ATTN: SHERYL L. MOREAU<br>301 W. HIGH STREET, ROOM 670<br>PO BOX 475<br>JEFFERSON CITY, MO  65105-0475 | PRIME CLERK LLC<br>ATTN: DAVID M. SMITH<br>830 3RD AVE FL 9<br>NEW YORK, NY  10022 |
| THE FLESH COMPANY<br>ATTN: GERARD WINTERBOTTOM<br>2118 59TH ST.<br>ST LOUIS, MO  63110 | THE STANDARD REGISTER<br>600 ALBANY STREET<br>DAYTON, OH  45417 | TIMOTHY WEBB<br>4906 E. DESERT FAIRWAYS DR.<br>PARADISE VALLEY, AZ  85253 |
| VERITIV CORPORATION<br>ATTN: JAMES SALVADORI<br>850 N. ARLINGTON HEIGHTS RD<br>ITASCA, IL  60143 | YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: MICHAEL R. NESTOR<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON, DE  19801 | |

Parties Served: 17