

222 Delaware Avenue, Suite 1101, Wilmington, DE, 19801 • 302.252.0920

June 8, 2015

Christopher A. Ward
(302) 252-0922
cward@polsinelli.com

**VIA ECF**

The Honorable Brendan L. Shannon
United States Bankruptcy Court
For the District of Delaware
824 N. Market Street, 6th Floor
Wilmington, Delaware 19801

   Re:  In re The Standard Register Company, *et al.*, 15-10541 (BLS)

Dear Judge Shannon:

  We represent the Official Committee of Unsecured Creditors (the "**Committee**") and write on its behalf regarding the forms of order approving the retention of Jefferies LLC submitted by the Committee [Docket No. 575] (the "**Committee Order**"), on the one hand, and Silver Point Finance, LLC ("**Silver Point**") [Docket No. 590] (the "**SP Order**"), on the other hand. The Committee respectfully requests that the Court enter the Committee Order, which resolves the Debtors' objection to the Committee's retention of Jefferies and provides that any transaction fee payable to Jefferies shall not be paid from the proceeds of any of Silver Point's collateral.

  If, however, the Court is not inclined to enter the Committee Order, the Committee notes that the SP Order is inconsistent with the Court's statements during the May 12, 2015 hearing on Jefferies' retention. Specifically, the Court stated during the hearing that "with respect to Jefferies, it's a more complicated issue, but I will not approve a 328(a) retention, as it relates to a sale or transaction fee for Jefferies." (Transcript at 98.) The SP Order, however, goes much further and would deny section 328(a) approval for the *entire* Jefferies engagement, including Jefferies' monthly fees and indemnity.

  The Committee submits that the SP Order is inconsistent with the Court's statements during the May 12 hearing and that any modification to the order approving Jefferies' retention should be limited to the terms and conditions of any transaction fee payable to Jefferies, with the remaining terms of Jefferies' engagement being approved under section 328(a) of the Bankruptcy Code.

polsinelli.com

Atlanta  Chicago  Dallas  Denver  Kansas City  Los Angeles  Nashville  New York  Phoenix  San Francisco
St. Louis  Washington, DC  Wilmington
Polsinelli PC, Polsinelli LLP in California

50540900.1

Case 15-10541-BLS    Doc 631    Filed 06/08/15    Page 2 of 2



June 8, 2015
Page 2

       We are available to discuss at the Court's convenience.

                                            Respectfully submitted,

                                            */s/ Christopher A. Ward*
                                      Christopher A. Ward (Del. Bar No. 3877)

CAW:
cc:  All parties via ECF
082033 /