# SIGN-IN SHEET

**CASE NAME:** THE STANDARD REGISTER CO.  **COURTROOM NO.:** 1 - JUDGE SHANNON

**CASE NO.:** 15-10541  **DATE:** JUNE 8, 2015

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mike Nestor | YCST | Debtors |
| Drew Magaziner | YCST | " |
| Michael Rosenthal | Gibson Dunn | " |
| Jeremy Graves | Gibson Dunn | " |
| Brian Lutz | Gibson Dunn | " |
| Kyle Kolb | Gibson Dunn | " |
| Matthew Porcelli | Gibson Dunn | " |
| Ed Dobbs | Parker Hudson | " |
| Jay Rankin | " | " |
| Mark Collins | Richards Layton | " |
| Jason Levin | Lowenstein Sandler | Creditor Committee |
| Paul Kizel | " | " |
| Patrick Jung | " | " |
| Albu Hogan | Skadden, Arps, Slate, Meagher, Flom | Silver Point |
| Savah Pierce | " | " |

# SIGN-IN SHEET

**CASE NAME:** THE STANDARD REGISTER CO.  **COURTROOM NO.:** 1 - JUDGE SHANNON

**CASE NO.:** 15-10541  **DATE:** JUNE 8, 2015

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Carl Tullson | Skadden, Arps... | Silver Point |
| Christopher Dressel | " | " |
| Thomas Labuda | Sidley Austin LLP | Jefferies LLC |
| Justin Edelson | Potsnelli | Committee |
| Mark Kenny | U.S. Trustee | U.S. Trustee |

# Court Conference

**Calendar Date:** 06/08/2015
**Calendar Time:** 09:30 AM ET

## U.S. Bankruptcy Court-Delaware (DE - US)
## Confirmed Telephonic Appearance Schedule
## Honorable Brendan L. Shannon
### #1

*Amended Calendar 06/08/2015 05:32 AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | The Standard Register Company | 15-10541 | Hearing | 6959726 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | The Standard Register Company | 15-10541 | Hearing | 6965320 | Chaim Fortgang | (203) 485-7537 | Fortgang Consulting LLC | Interested Party, Silver Point Finance, LLC and Standard Acquisition Holdings, LLC / LISTEN ONLY |
| | | The Standard Register Company | 15-10541 | Hearing | 6966004 | Thomas Grace | (614) 464-5457 | Vorys, Sater, Seymour & Pease LLP | Creditor, CEVA Freight, LLC / LISTEN ONLY |
| | | The Standard Register Company | 15-10541 | Hearing | 6968692 | Andrew Harnisch | (602) 639-3563 | Minkin & Harnish, PLLC | Creditor, Cenveo Corporation / LISTEN ONLY |
| | | The Standard Register Company | 15-10541 | Hearing | 6967434 | Andrew M. Kramer | (212) 661-9100 ext. 345 | Otterbourg P.C. | Creditor, Wells Fargo / LIVE |
| | | The Standard Register Company | 15-10541 | Hearing | 6970305 | Kim Martin Lewis | (513) 977-8200 ext. 8259 | Dinsmore & Shohl LLP | Interested Party, Kim Martin Lewis / LISTEN ONLY |
| | | The Standard Register Company | 15-10541 | Hearing | 6965304 | Ron Meisler | (312) 402-7086 | Skadden Arps Slate Meagher & Flom ( | Interested Party, Silver Point Finance, LLC and Standard Acquisition Holdings, LLC / LIVE |
| | | The Standard Register Company | 15-10541 | Hearing | 6965314 | Taylor Montague | (203) 542-4211 | Silverpoint Capital | Interested Party, Silver Point Finance, LLC and Standard Acquisition Holdings, LLC / LIVE |