# EXHIBIT A

**Proposed Order**

01:17126771.3

1000597292V4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | **Re: Docket No. \_\_\_** |

**ORDER EXTENDING TIME TO ASSUME OR REJECT UNEXPIRED
LEASES OF NONRESIDENTIAL REAL PROPERTY**

Upon consideration of the motion (the "Motion")[2] of the Debtors for the entry of an order, pursuant to section 365(d)(4)(B) of the Bankruptcy Code, extending the time by which the Debtors must decide to assume or reject their Unexpired Leases, all as more fully set forth in the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and in consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and this Court having determined that the relief sought in the Motion is in the best interests of the Debtors, their estates and creditors; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

01:17126771.3

herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is granted as set forth herein.

2. Pursuant to section 365(d)(4) of the Bankruptcy Code, the Debtors' time to assume or reject any unexpired lease of non-residential real property is hereby extended from July 10, 2015, through and including October 8, 2015.

3. The entry of this Order shall be without prejudice to the Debtors' right to request further extensions of the time to assume or reject any unexpired lease of non-residential real property with the consent of the affected lessors, as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4. To the extent that the Debtors and any lessor agree to a further extension of the time by which the Debtors must assume or reject any unexpired lease of non-residential real property, the Debtors may submit to the Court a consensual form of order approving such further extension, pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, under certification of counsel without the need for further notice or hearing.

5. The entry of this Order shall be without prejudice to the Debtors' rights as to any unexpired lease of non-residential real property including, but not limited to, whether such lease is governed by any provision of section 365 of the Bankruptcy Code

6. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.


      7.       This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: _____, 2015
       Wilmington, Delaware

_____
Brendan L. Shannon
Chief United States Bankruptcy Judge