IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> THE STANDARD REGISTER COMPANY, *et al.*,' <br><br> Debtors. | Chapter 11 <br><br> Case No. 15-10541 (BLS) <br><br> (Jointly Administered) |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that pursuant to Rule 2002 of the Bankruptcy Rules, Marshall Dennehey Warner Coleman & Goggin, P.C., hereby appears on behalf of MAX International Converters, Inc. in the above-captioned case and requests that all notices given or required to be given and all papers served or required to be served in this case be given to and served upon the following:

> Thomas D. Walsh, Esq.
> **Marshall Dennehey Warner Coleman & Goggin, P.C.**
> Nemours Building
> 1007 North Orange Street, Suite 600
> P.O. Box 8888
> Wilmington, DE 19899
> Telephone: 302-552-4325
> Facsimile: 302-552-4340
> TDWalsh@mdwcg.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any notices of orders, pleadings, motions, applications, complaints, demands, hearings, plans, disclosure statements, requests, petitions, objections, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other documents brought before this Court with respect to these proceedings.

Dated:  June 8, 2015                 **MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**

By:  /s/ **Thomas D. Walsh**
Thomas D. Walsh, Esq., (DE #3783)
Nemours Building
1007 North Orange Street, Suite 600
P.O. Box 8888
Wilmington, DE 19899
Telephone: 302-552-4325
Facsimile: 302-552-4340
TDWalsh@mdwcg.com

*Counsel for MAX International Converters, Inc.*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the date stated below, a copy of the foregoing **ENTRY OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS** was served upon all registered interested parties via CM/ECF.

        **MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**

/s/ Thomas D. Walsh
Thomas D. Walsh (DE #3783)
1007 Orange Street, Suite 600
P.O. Box 8888
Wilmington, DE 19899 - 8888
Tel.: (302) 552-4352
Fax: (302) 552-4340
Email: TDWalsh@mdwcg.com

*Counsel for MAX International Converters, Inc.*

Dated: June 8, 2015