## EXHIBIT B

[Term Unencumbered Assets]

**A.** *Unencumbered Assets stipulated by the Prepetition Term Agents:*

| Asset | Committee's Position | Value[1] |
|---|---|---|
| **I. DEPOSIT ACCOUNTS** | | |
| Fifth Third Bank – 2581 | The Prepetition Term Agents do not have a security interest in this account. | $0 |
| Santander Bank – 2304 | The Prepetition Term Agents do not have a security interest in this account. | $0 |
| TD Bank – 4086 | The Prepetition Term Agents do not have a security interest in this account. | $25,530.97 |
| Banamex Deposit Accounts | The Prepetition Term Agents do not have a security interest in this account. | $108,834.82 |
| Royal Bank of Canada – 6912 | The Prepetition Term Agents do not have a security interest in this account. | $4,000 |
| First Citizens Bank – 9201 | The Prepetition Term Agents do not have a security interest in this account. | $90,000 |
| First Citizens Bank – 3101 | The Prepetition Term Agents do not have a security interest in this account. | $0 |
| First Citizens Bank – 4201 | The Prepetition Term Agents do not have a security interest in this account. | $0 |
| **II. REAL ESTATE** | | |
| 325 Butler Drive Murfreesboro, Rutherford County, Tennessee | The Prepetition Term Agents do not have a recorded mortgage on this property. | $846,043.82 |

---

[1] Unless otherwise noted, values ascribed to the Term Unencumbered Assets are as set forth in the Debtors' Schedules of Assets and Liabilities filed in the Chapter 11 Cases on May 11, 2015.

| Asset | Committee's Position | Value[1] |
|---|---|---|
| 1750 Miller Avenue Shelbyville, Shelby County, Indiana | The Prepetition Term Agents do not have a recorded mortgage on this property. | $493,698.33 |
| 3655 South School Avenue Fayetteville, Washington County, Arizona | The Prepetition Term Agents do not have a recorded mortgage on this property. | $529,347.28 |
| **III. MOTOR VEHICLES** | | |
| Various Motor Vehicles | The Prepetition Term Agents do not have a perfected security interest in the motor vehicles listed in part III of Exhibit B to the Proposed Complaint. | $6,481 |
| **IV. COMMERCIAL TORT CLAIMS** | | |
| Commercial Tort Claims | The Prepetition Term Agents do not have a perfected security interest in the Debtors' commercial tort claims. | Undetermined |
| **V. FOREIGN EQUITY** | | |
| Equity Interests in Standard Register Technologies Canada ULC | The Prepetition Term Agents do not have a security interest in the equity interests of Standard Register Technologies Canada ULC. | Undetermined |
| Thirty-five Percent of Equity Interests in non-U.S. Debtors (other than Standard Register Technologies Canada ULC) | The Prepetition Term Agents do not have a security interest in greater than 65% of the voting equity interests of the non-U.S. Debtors (other than Standard Register Technologies Canada ULC). | Undetermined |
| **VI. INVENTORY AND EQUIPMENT** | | |
| Computer Software of Standard Register Servicios, S. de R.L. de C.V. | The Prepetition Term Agents do not have a security interest in this asset. | $797.08 |
| Assets of Standard Register de Mexico, S. de R.L. de C.V. | The Prepetition Term Agents do not have a security interest in these assets. | $1,471,315.12 |

| Asset | Committee's Position | Value[1] |
|---|---|---|
| **VII. LIFE INSURANCE POLICIES** | | |
| Various Life Insurance Policies | The Prepetition Term Agents do not have a security interest in these policies. | Minimum Cash Surrender Value: $3,651,889.30<br>Minimum Death Benefit: $7,814,182.40 |
| **VIII. ASSETS OF CERTAIN DEBTORS** | | |
| Assets of Standard Register Holding Company | The Prepetition Term Agents do not have a security interest in the assets of Standard Register Holding Company. | Undetermined |
| Assets of Standard Register Mexico Holding Company | The Prepetition Term Agents do not have a security interest in the assets of Standard Register Mexico Holding Company. | Undetermined |
| Assets of non-U.S. Debtors | The Prepetition Term Agents do not have security interests in the assets of the non-U.S. Debtors. | Undetermined |
| **IX. LEASEHOLDS & IMPROVEMENT INTERESTS** | | |
| Leasehold Interests | The Prepetition Term Agents do not have a perfected security interest in the Debtors' leaseholds. | $13,563,768.17 |

B. *Disputed Collateral as between the Committee and the Prepetition Term Agents:*

| Asset | Committee's Position | Value |
|---|---|---|
| **I. DEPOSIT ACCOUNTS** | | |
| Proceeds of Collateral in Deposit Accounts identified in AI above. | The Prepetition Term Agents may have valid, perfected liens in the proceeds of the deposit accounts identified in AI above, if the amounts deposited therein are proceeds of collateral, but only to the extend such proceeds of collateral are identifiable. | Undetermined |
| **II. REAL ESTATE** | | |
| 1803 Rocky River Road Monroe, Union County, North Carolina | The Committee has requested proof of the validity and perfection of the Prepetition Term Agents' security interest in this property. The Prepetition Term Agents have provided references to the necessary recording documentation, however, further proof has not been provided. | $468,130.92 |
| 2142 South Dixie Boulevard Radcliff, Hardin County, Kentucky | The Committee has requested proof of the validity and perfection of the Prepetition Term Agents' security interest in this property. The Prepetition Term Agents have provided references to the necessary recording documentation, however, further proof has not been provided. | $1,057,618 |
| 151 Mount Zion Road York, York County, Pennsylvania | The Committee has requested proof of the validity and perfection of the Prepetition Term Agents' security interest in this property. The Prepetition Term Agents | $1,098,289.60 |

| Asset | Committee's Position | Value |
|---|---|---|
| | have provided references to the necessary recording documentation, however, further proof has not been provided. | |
| 600 Albany Street & 120 Campbell Street Dayton, Montgomery County, Ohio | The Committee has requested proof of the validity and perfection of the Prepetition Term Agents' security interest in this property. The Prepetition Term Agents have provided references to the necessary recording documentation, however, further proof has not been provided. | $7,091,000.90 |
| 1251 North Fruitridge Avenue Terre Haute, Vigo County, Indiana | The Committee has requested proof of the validity and perfection of the Prepetition Term Agents' security interest in this property. The Prepetition Term Agents have provided references to the necessary recording documentation, however, further proof has not been provided. The Prepetition Term Agents have not asserted that they have a validly perfected security interest in the property. | Undetermined |
| 5775 Brisa Street Livermore, Alameda County, California | The Committee has requested proof of the validity and perfection of the Prepetition Term Agents' security interest in this property. The Prepetition Term Agents have provided references to the necessary recording documentation, however, further proof has not been provided. | $6,835,474.60 |
| 1302 Eisenhower Drive Goshen, Elkhart County, Indiana | The Committee has requested proof of the validity and perfection of the Prepetition Term Agents' security interest in this property. The Prepetition Term Agents have provided references to the necessary | $1,808,222.90 |

| Asset | Committee's Position | Value |
|---|---|---|
|  | recording documentation, however, further proof has not been provided. |  |
| 325 Busser Road Manchester Township, York County, Pennsylvania | The Committee has requested proof of the validity and perfection of the Prepetition Term Agents' security interest in this property. The Prepetition Term Agents have provided references to the necessary recording documentation, however, further proof has not been provided. | $2,200,000[2] |
| **III.  INTELLECTUAL PROPERTY** | | |
| Copyrights | The Prepetition Term Agents do not have a valid and perfected security interest in the Debtors' unregistered copyrights. | Undetermined |
| **IV.  TAX REFUNDS** | | |
| Tax Refunds | The Prepetition Term Agents may have a valid and perfected security interest in the tax refunds listed in part VI of Exhibit B of the Proposed Complaint, but such interests may be avoided by the Committee as a preferential transfer. | Minimum value of: $696,725.54 |
| **V.  INVENTORY AND EQUIPMENT** | | |
| Finished Goods of Standard Register of Puerto Rico, Inc. | The Second Lien Term Loan Agent does not have a valid and perfected lien with respect to any goods acquired after October 10, 2014. | $512,573.60 |
| **VI.  DEPOSITS** | | |

---

[2]  Amount based on postpetition sale price [D.I. 450].

| Asset | Committee's Position | Value |
|---|---|---|
| Various Security Deposits, Prepaid Rents, and Prepaid Maintenance Contracts | The Prepetition Term Agents do not have a valid and perfected security interest in these security deposits, prepaid rents and prepaid maintenance contracts if such deposits are kept in segregated trusts for the Debtors or in separate accounts that are property of the Debtors or otherwise segregated and being held as property of the Debtors. | $10,841,867.51 |