## CERTIFICATE OF SERVICE

I, Etta R. Mayers, hereby certify that I am not less than 18 years of age and that on this 9th day of June 2015, I caused a true and correct copy of the foregoing **Limited Objection of Morgan Adhesives Company, LLC d/b/a MACtac to Debtors' Motion for Entry of an Order Establishing Procedures to (A) Settle and Satisfy Claims Against Critical Vendors, (B) Effectuate Setoff Agreements with Creditors, and (C) Establish Procedures to Settle and Satisfy Claims Asserted under Section 503(b)(9) of the Bankruptcy Code** to be served upon the parties on the attached service list *via* hand delivery for all local parties and *via* overnight delivery for all non-local parties.

Under penalty of perjury, I declare the foregoing is true and correct.

_____
Etta R. Mayers (DE Bar No. 4164)

PAC 1192113v.1

## SERVICE LIST

Gibson, Dunn & Crutcher LLP
Barbara Becker, Esq.
Michael A. Rosenthal, Esq.
200 Park Avenue
New York, NY  10166

Gibson, Dunn & Crutcher LLP
Robert A. Klyman, Esq.
Samuel A. Newman, Esq.
Jeremy L. Graves, Esq.
Sabina Jacobs, Esq.
333 South Grand Avenue
Los Angeles, CA  90071-1512

Young Conaway Stargatt & Taylor LLP
Michael R. Nestor, Esq.
Rodney Square
1000 North King Street
Wilmington, DE  19801

Lowenstein Sandler LLP
Gerald C. Bender, Esq.
1251 Avenue of the Americas
New York, NY  10020

Lowenstein Sandler LLP
Sharon L. Levine, Esq.
Wojciech F. Jung, Esq.
65 Livingston Avenue & 6 Becker Farm Road
Roseland, NJ  07068

Polsinelli PC
Christopher A. Ward, Esq.
Justin K. Edelson, Esq.
Shanti M. Katona, Esq.
222 Delaware Avenue, Suite 1101
Wilmington, DE  19801

Office of the United States Trustee
Mark Kinney, Esq.
844 King St Ste 2207
Wilmington, DE  19801