# EXHIBIT B

Standard Register Committee of Unsecured Creditors
Invoice No.: 735142

**EXHIBIT B**

**Actual and necessary disbursements incurred by Lowenstein Sandler LLP**

**II.  Summary of Disbursement Charges**

| | |
|---|---:|
| Miscellaneous | $6.00 |
| Computerized legal research | 3,733.82 |
| Transcript charges | 6,797.79 |
| Travel | 2,668.06 |
| Photocopies 476 pages at $0.10 per page | 47.60 |
| **Total Disbursements** | **$13,253.27** |

The above charges are based upon time and expense records available on or about the date of the attached letter.  Such records are believed in good faith to be accurate and substantially up to date, but there may be fees and expenses that have not been processed as of such date which Lowenstein Sandler LLP may submit in the future.  Lowenstein Sandler LLP reserves the right to amend this monthly statement at a later date.

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

Standard Register Committee of Unsecured Creditors
Invoice No.: 735142

Page 101<br>May 19, 2015

**DISBURSEMENT DETAIL:**

| Date | Description | Amount |
|---|---|---|
| 04/07/15 | Other Office Costs  catering charges for beverages NY conf room | $6.00 |
| 04/10/15 | Transcript Charges  VENDOR: U.S. Legal Support - New York; INVOICE#: 250896; DATE: 4/10/2015 Transcript Charges | 765.70 |
| 04/10/15 | Transcript Charges  VENDOR: U.S. Legal Support - New York; INVOICE#: 250898; DATE: 4/10/2015 Transcript Charges | 1,456.24 |
| 04/15/15 | Transcript Charges  VENDOR: U.S. Legal Support - New York; INVOICE#: 251267; DATE: 4/15/2015 | 1,316.65 |
| 04/15/15 | Transcript Charges  VENDOR: U.S. Legal Support - New York; INVOICE#: 251249; DATE: 4/15/2015 | 478.50 |
| 04/16/15 | Transcript Charges  VENDOR: U.S. Legal Support - New York; INVOICE#: 251337; DATE: 4/16/2015 Transcript Charges | 2,780.70 |
| 04/09/15 | Travel - Accommodations  VENDOR: Levine, Sharon L.; INVOICE#: 043015-1; DATE: 4/30/2015 Attend deposition-Chicago | 283.68 |
| 04/10/15 | Travel - Accommodations  VENDOR: Kizel, Paul; INVOICE#: 041315; DATE: 4/13/2015  Travel to Chicago for depositions | 266.56 |
| 04/11/15 | Travel - Accommodations  VENDOR: Kizel, Paul; INVOICE#: 051415; DATE: 5/14/2015  Travel to Chicago for depositions- | 306.38 |
| 04/26/15 | Travel - Airfare  VENDOR: Kizel, Paul; INVOICE#: 051415; DATE: 5/14/2015  Travel to Chicago for depositions- Baggage fee | 35.00 |
| 04/12/15 | Amtrak Rail travel  VENDOR: Kizel, Paul; INVOICE#: 051415; DATE: 5/14/2015  Travel to Delaware for hearing | 303.00 |
| 04/29/15 | Amtrak Rail travel  VENDOR: Kizel, Paul; INVOICE#: 051415; DATE: 5/14/2015  Travel to Delaware for hearing | 418.00 |
| 04/13/15 | Meals (local)  VENDOR: Levine, Sharon L.; INVOICE#: 042115-1; DATE: 4/21/2015 Attend hearing in Newark | 3.30 |
| 04/09/15 | Out of town ground travel (mileage, taxi, tolls etc...) VENDOR: Kizel, Paul; INVOICE#: 051415; DATE: 5/14/2015  Travel to Chicago for depositions- taxi | 48.05 |
| 04/29/15 | Out of town ground travel (mileage, taxi, tolls etc...) VENDOR: Kizel, Paul; INVOICE#: 051415; DATE: 5/14/2015  Travel to Chicago for depositions-taxi | 16.30 |
| 04/10/15 | Meals (out of town travel)  VENDOR: Levine, Sharon L.; INVOICE#: 043015-1; DATE: 4/30/2015 Attend deposition | 133.61 |
| 04/10/15 | Meals (out of town travel)  VENDOR: Kizel, Paul; INVOICE#: 051415; DATE: 5/14/2015  Travel to Chicago for depositions- | 27.67 |
| 04/10/15 | Meals (out of town travel)  VENDOR: Kizel, Paul; INVOICE#: 041315; DATE: 4/13/2015  Travel to Chicago for depositions | 79.81 |
| 04/03/15 | Local Travel  VENDOR: Elite Limousine Plus Inc.; INVOICE#: 1629798; DATE: 4/3/2015 - From: LS - NY Office / To: 1247 Beach 9th Street / Travel Date: 3/31/2015 | 114.72 |
| 04/08/15 | Local Travel  VENDOR: Kizel, Paul; INVOICE#: 041315; DATE: 4/13/2015  Travel to NY for depositions | 175.37 |
| 04/09/15 | Local Travel  VENDOR: Bazian, Barry Z.; INVOICE#: 042215; DATE: 4/22/2015 Late night cab home | 42.99 |
| 04/13/15 | Local Travel  VENDOR: Levine, Sharon L.; INVOICE#: | 27.80 |

<b>ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.</b>

| | | |
|---|---|---:|
| | 042115-1; DATE: 4/21/2015 Attend hearing in Newark | |
| 04/15/15 | Local Travel  VENDOR: My Limousine Service; INVOICE#: 67273; DATE: 4/15/2015 - From: 10 Woodcroft Place, Short Hills, NJ / To: EWR Airport / Travel Date: 4/9/2015 | 90.84 |
| 04/15/15 | Local Travel  VENDOR: My Limousine Service; INVOICE#: 67273; DATE: 4/15/2015 - From: EWR Airport / To: 10 Woodcroft Place, Short Hills, NJ / Travel Date: 4/10/2015 | 86.14 |
| 04/15/15 | Local Travel  VENDOR: XYZ Two Way Radio Service, Inc.; INVOICE#: 1559875; DATE: 4/15/2015 - From: LS - NY Office / To: Short Hills, NJ / Travel Date: 4/8/2015 | 99.43 |
| 04/15/15 | Local Travel  VENDOR: XYZ Two Way Radio Service, Inc.; INVOICE#: 1559875; DATE: 4/15/2015 - From: LS - NY Office / To: EWR Airport / Travel Date: 4/9/2015 | 86.41 |
| 04/21/15 | Local Travel  VENDOR: Vislocky          , Nicholas; INVOICE#: 042915; DATE: 4/29/2015 Attend 341 meeting | 23.00 |
| 04/02/15 | Computerized legal research: Westlaw: User Name: COBB,KATHRYN A / Duration of Search:  00:00 / Transaction: 7 / Docs/Lines: 0 | $444.96 |
| 04/03/15 | Computerized legal research: Lexis: User: KELLY-VERDUCCI,  TERRY; Service: BRIEFS PLEADINGS MOTIONS; Charge Type: SEARCHES-1.00; DOCUMENT PRINTING-1.00; SINGLE DOCUMENT RETRIEVAL-3.00; ; | 400.14 |
| 04/14/15 | Computerized legal research: Westlaw:  User Name: DORF,RANDALL B / Duration of Search:  00:00 / Transaction: 31 / Docs/Lines:  0 | 276.97 |
| 04/16/15 | Computerized legal research: Westlaw:  User Name: DORF,RANDALL B / Duration of Search:  00:00 / Transaction: 39 / Docs/Lines:  0 | 49.00 |
| 04/17/15 | Computerized legal research: Westlaw:  User Name: DORF,RANDALL B / Duration of Search:  00:00 / Transaction: 23 / Docs/Lines:  0 | 296.97 |
| 04/20/15 | Computerized legal research: Westlaw:  User Name: DORF,RANDALL B / Duration of Search:  00:00 / Transaction: 40 / Docs/Lines:  0 | 1,352.86 |
| 04/21/15 | Computerized legal research: Westlaw:  User Name: BROWN,NICOLE M / Duration of Search:  00:00 / Transaction: 16 / Docs/Lines:  0 | 295.97 |
| 04/22/15 | Computerized legal research: Westlaw:  User Name: BEHLMAN,ANDREW / Duration of Search:  00:00 / Transaction: 4 / Docs/Lines:  0 | 24.00 |
| 04/23/15 | Computerized legal research: Westlaw:  User Name: BROWN,NICOLE M / Duration of Search:  00:00 / Transaction: 7 / Docs/Lines:  0 | 246.98 |
| 04/27/15 | Computerized legal research: Westlaw:  User Name: BROWN,NICOLE M / Duration of Search:  00:00 / Transaction: 5 / Docs/Lines:  0 | 98.99 |
| 04/28/15 | Computerized legal research: Westlaw:  User Name: BROWN,NICOLE M / Duration of Search:  00:00 / Transaction: 12 / Docs/Lines:  0 | 246.98 |
| | Internal photocopies:  476 pages at $0.10 per page | 47.60 |
| | Total Disbursements | $13,253.27 |