## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE )
                           ) SS
NEW CASTLE COUNTY )

        Troy M. Bollman, being duly sworn according to law, deposes and says that he is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys to the Debtors in the above-captioned cases, and that on June 5, 2015, he caused a copy of the following document(s) to be served as indicated upon the parties identified on the attached service list:

        **First Monthly Application of Lazard Frères and Co. LLC and Lazard Middle Market LLC, as Investment Banker to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period March 12, 2015 through April 30, 2015 [Docket No. 626]**

        **Second Monthly Application of Dinsmore & Shohl LLP, as Special Counsel to the Debtors and Debtors in Possession, for Allowance of Interim Compensation and for Interim Reimbursement of all Actual and Necessary Expenses Incurred for the Period April 1, 2015 through April 30, 2015 [Docket No. 627]**

                                       Troy M. Bollman

SWORN TO AND SUBSCRIBED before me this 9 day of June, 2015.

EILEEN CLARE THOMPSON
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires January 9, 2017

Notary Public

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

# SERVICE LIST
## 6/5/2015

Office of the United States Trustee
Attn: Mark Kenney, Esq.
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801
***Hand Delivery***

The Standard Register Company
Attn: Kevin Carmody, CRO
600 Albany Street
Dayton, OH 45417
***Overnight Mail***

C. Edward Dobbs, Esq.
Parker, Hudson, Rainer & Dobbs LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, GA 30303
(*Bank of America, N.A.*)
***Overnight Mail***

Wojciech F. Jung, Esq.
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, NY 10020
(*Official Committee of Unsecured Creditors*)
***Overnight Mail***

Ron E. Meisler, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive
Chicago, IL 60606
(*Silver Point Finance, LLC*)
***Overnight Mail***