# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, *et al.*,[1]<br><br>          Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered)<br><br>RE:  Docket No. 524 |

## ORDER GRANTING THE COMMITTEE STANDING AND AUTHORIZING THE COMMITTEE TO COMMENCE AND PROSECUTE CERTAIN ACTIONS ON BEHALF OF THE DEBTORS' ESTATES

Upon consideration of the *Motion of the Official Committee of Unsecured Creditors* (the "Committee") *for an Order Granting the Committee Standing and Authorizing the Committee to Commence and Prosecute Certain Actions on Behalf of the Debtors' Estates* filed on May 18, 2015 (the "Motion")[2]; and notice of the Motion having been due and proper; and after due deliberation, and good and sufficient cause appearing therefor; and for the reasons stated on the record at the hearing on the Motion, it is hereby

ORDERED, that the Motion is GRANTED as set forth herein; and it is further

ORDERED, that, pursuant to sections 105, 1103, and 1109 of the Bankruptcy Code, the Committee is granted leave, standing (including derivative standing), and authority to commence, prosecute, and, if appropriate, settle the causes of action alleged in the proposed

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001).  The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2]  Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

complaint annexed to the Motion as <u>Exhibit 1</u> (the "<u>Proposed Complaint</u>") other than (a) Count Ten of the Proposed Complaint, with respect to the Silver Point Defendants (as defined in the Proposed Complaint), and (b) Counts Eleven, Twelve, Thirteen, and Fourteen of the Proposed Complaint, solely with respect to the Prepetition ABL Defendants (as defined in the Proposed Complaint); and it is further

ORDERED, that the Challenge Deadline (as defined in the DIP Order) set forth in paragraph 28(B) of the DIP Order, as previously extended to June 8, 2015, is further extended through and including June 11, 2015 for the sole purpose of permitting the Committee to modify the Proposed Complaint in accordance with the Court's ruling and to file the Proposed Complaint, as so modified, with the Court; and it is further

ORDERED, that nothing in this Order or the Motion shall in any way affect the Committee's rights to seek standing to bring any other or additional causes of actions against the proposed Defendants or any other party, or for any party to object to any application for standing; and it is further

ORDERED, that this Court retains jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Dated:     June ___, 2015
           Wilmington, Delaware

_____
THE HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

-2-