## CERTIFICATE OF SERVICE

I, *R. Karl Hill, Esquire* certify that on June 10, 2015, I caused a true and correct copy of the foregoing *Objection* served electronically through the Court's CM/ECF System upon all counsel of record and also upon the following via facsimile and regular mail:

Michael R. Nestor, Esquire
Kara Hammond Coyle, Esquire (No. 4410)
Maris J. Kandestin, Esquire  (No. 5294)
Andrew L. Magaziner, Esquire  (No. 5426)
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
Facsimile: (302) 571-1253

Michael A. Rosenthal (NY No. 4697561)
Samuel A. Newman (CA No. 217042)
Jeremy L. Graves (CO No. 45522)
Matthew G. Bouslog (CA No. 280978)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Facsimile: (212) 351-4035

/s/ R. Karl Hill
R. Karl Hill, Esq. (DE# 2747)

#10859 v1