IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 23** |

## SUPPLEMENT TO LIMITED OBJECTION AND RESERVATION OF RIGHTS OF THE NEW YORK AND PRESBYTERIAN HOSPITAL

The New York and Presbyterian Hospital (the "**NYPH**"), by its undersigned counsel, submits this supplement (the "**Supplement**") to its Limited Objection and Reservation of Rights filed on May 8, 2015 [Docket No. 437] (the "**Limited Objection**")[1] in response to certain notices from the Debtors regarding the Debtors' (i) entry into stalking horse agreement and (ii) potential assumption and assignment of certain executory contracts and unexpired leases in connection with the sale of substantially all of the Debtors' assets, and respectfully states as follows:

### SUPPLEMENT

1.  As noted in the Limited Objection, NYPH is a party to three contracts with the Debtors. One of those agreements, the Novation Agreement, provides for a rebate to be paid to NYPH annually based on NYPH's prior year's expenditures with the Debtors. See paragraph 5 of the Novation Agreement, a copy of which is attached hereto as Exhibit A.

2.  NYPH received from the Debtors the rebates for the calendar years 2013 and 2014. To the extent that the Debtors seek to assume and assign the Novation Agreement to the

---

[1] Capitalized terms not defined herein shall have the meanings assigned to them in the Limited Objection.

FIRM:30450357v2

Stalking Horse or another Successful Bidder, NYPH submits that it must be subject to any accrued entitlement of NYPH to a rebate for 2015 (and 2016, if applicable) for the period prior to the assumption and assignment.

3. Thus, while there is no existing default under the Novation Agreement (because the rebate for 2015 has not come due), NYPH asserts that the Debtors' rebate obligation, accrued through the date of assumption and assignment, must be paid in accordance with the terms of the Novation Agreement.

Dated: New York, NY
June 10, 2015

Respectfully Submitted,

/s/ Wendy G. Marcari
Wendy G. Marcari (WM 8494)
EPSTEIN BECKER & GREEN, P.C.
250 Park Avenue
New York, NY 10017
Telephone: (212) 351–3747
Fax: (212) 878-8600
wmarcari@ebglaw.com

*Counsel to The New York and Presbyterian Hospital*