# **<u>EXHIBIT A</u>**

# Standard Register Account Enrollment Form

# Novation®

## Group Purchasing Organization

This document assists in the identification and enrollment of Standard Register customer accounts into Novation's Group Purchasing Organization (GPO). Enrollment of an account into the Novation GPO ensures appropriate eligibility for group pricing, and also ensures inclusion and calculation of appropriate Novation monthly administration fees as outlined in our Novation contract. To ensure accurate account set-up, please follow the attached instructions closely.

### INSTRUCTIONS:

**Customer Instructions:**

1. Please have the authorized customer agent sign and date the Novation designation form/participation agreement.
2. For each facility, the authorized agent should include the facility name, complete address, and Novation GPO Facility ID Code. NOTE: form MUST have Novation GPO Facility ID Codes for *each* address to process.
3. The signed, completed designation form should be returned to the appropriate Standard Register Sales Representative

**Standard Register Sales Representative instructions:**

1. Verify proper completion of the customer section of the designation form/participation agreement. Ensure ALL fields are completed – the form cannot be processed without complete information.
2. Document the Customer1 Address ID Numbers that need to be set up for each facility and its associated membership ID number. NOTE: form MUST have Customer1 Address ID Numbers to process. Obtain this information from Client Services, if needed.
3. E-mail the pertinent completed documents to SalesOperations@standardregister.com, or fax to (937) 221-1400.


Standard Register®
Managing the documents you can't live without®

**Novation Participation Agreement Guidelines**

The Novation Participation Agreement is an all inclusive document that includes:
- The Member Participation Agreement
- SMARTworks License
- Warehouse and Distribution
- Necessary setup worksheets to on-board the account

When the Member Participation Agreement is completed electronically, the applicable Member information will fill in on the SMARTworks License and Warehouse and Distribution documents.

Members who intend to use the Price Matrices as the basis for their pricing or who agree to participate in Level 1 Guaranteed Savings do not need to sign the Participation Agreement. However, the information on the Participation Agreement and the setup worksheets must be completed by the sales representative in order for the Member to be set up in the Standard Register systems. Submit the completed Participation Agreement and setup worksheets to Corporate.

Members who agree to participate in Level 2 Guaranteed Savings do need to sign the Participation Agreement. Once completed and submit the signed the Participation Agreement and setup worksheets to Corporate.

Any Member that requires SMARTworks and/or Warehousing and Distribution will need to have the appropriate Exhibit A and/or Exhibit B signed by an authorized signatory of the Member's organization. Submit two originals of the Exhibits to Legal Services in Corporate for final execution. A fully executed original of the document will be returned to the Member for their files.

## Standard Register Participation Agreement Guidelines

Members may elect to participate under the Standard Register program in one of three ways:
1. Level 1 Guaranteed Savings (no time or volume commitment)
2. Level 2 Guaranteed Savings (3 year and 75% volume commitment)
3. Price Matrix

Members that elect to participate under the Standard Register program have no specific affirmative obligations unless:

1. Member elects to participate in the Level 2 Guaranteed Savings program; in this case the Member must sign the Standard Register Participation Agreement.

2. Member chooses to use Standard Register's SMARTworks on-line ordering system; in this case the Member must sign Exhibit A of the Participation Agreement. Once signed return to your local Standard Register sales representative and they will forward for execution.

3. Member chooses to have Standard Register inventory and distribute products, in this case the Member must sign Exhibit B of the Participation Agreement. Once signed return to your local Standard Register sales representative and they will forward for execution.

4. Member chooses to acquire a software solution from Standard Register, at which time a licensing agreement will be written between Standard Register and the Member.

**Novation, LLC**
**and**
**The Standard Register Company**
**Participation Agreement**

The undersigned institution ("Member"), as a member in good standing with Novation, LLC ("Group Purchasing Organization" or "GPO"), agrees to participate in the purchasing program being offered to Members through the Purchase Agreement dated December 1, 2009 (the "Agreement") between Novation, LLC and The Standard Register Company ("Supplier"). Unless terminated sooner in accordance with the below provisions, this Participation Agreement shall terminate upon termination of the Agreement or upon Member's termination in the GPO.

1. Subject to the provisions of this Participation Agreement, Member accepts the terms and conditions set forth herein and in the Agreement and agrees to purchase from Supplier, the Products identified in the Agreement. Member further agrees that this Participation Agreement and the Exhibits attached hereto will apply to all of its purchases from Supplier during the term of the Agreement. The Parties hereto are also parties to a certain Document Management Purchase and SmartWorks Use Agreement effective November 1, 2007 (the "2007 Agreement"). To the extent that the Agreement and this Participation Agreement contains terms more favorable to Member than the 2007 Agreement, the provisions of the Agreement and this Participation Agreement shall prevail. In all other respects all of the terms and conditions of the 2007 Agreement shall prevail and shall remain in full force and effect in accordance with its terms.

2. Supplier will periodically review the Member's purchase performance, including, but not limited to, any information provided by Member. The GPO, Member or Supplier may terminate this Agreement, at their convenience and with cause, at any time upon sixty (60) day's written notice to the other parties.

3. Member elects to purchase from Supplier under the following:

☐ Matrix Pricing

Guaranteed Savings Program
☐ Level 1 - Member makes no time or volume commitment.
  ☐ Existing Business - Current Volume [_____] for Tier
  ☒ New Business - Potential Volume [_____] for Tier

☒ Level 2 - Commitment
  ☒ Existing Business - Current Volume [>$5MM] for Tier 5
  ☐ New Business - Potential Volume [_____] for Tier
     Category 1 – Custom Forms (required)
     Category 2 – Custom Printing (required)
     Category 3 – Custom Labels (required)
     Category 4 – Custom Envelopes (required)
     Category 5 – Custom Filing (required)
     Category 6 – Commercial Print (optional)

  Level 2 Commitment – First Year Savings Delivery Options:
  ☐ Option 1 – Product Discounts Only
  ☐ Option 2 – Customer Order Entry via EDI
     ☒ Option 2a - Rebate
     ☒ Option 2b - Document Technology Credit Enhancement
  ☒ Option 3 – SMARTworks e-Procurement
     ☒ Option 3a - Rebate
     ☐ Option 3b - Document Technology Credit Enhancement

Member must provide prior year spend information during implementation in order for supplier to calculate commitment savings.

4. Subject to any termination rights elsewhere specified, the Term of this Participation Agreement shall commence on December 1, 2009 and expire on November 30, 2012.

5. Anything else to the contrary notwithstanding, Member shall be entitled to receive a 12% discount in year one, 8% additional discount in year 2, and an additional 5% discount in year 3. In addition, at the end of each contract year, Member will receive a 6% rebate paid annually based upon the prior year's expenditures with Supplier.

6. If the provisions of this Participation Agreement shall be extended by Member for a 4th and/or 5th year, Member shall be entitled to receive a minimum of an additional 5% discount in year 4 and an additional 5% discount in year 5. Should the contract extension between Novation and Supplier on a corporate level in years 4 and 5 yield greater savings than 5%

2

each year, Member shall receive the greater discount in lieu of the aforementioned 5%.

When marked, the following Exhibits are attached hereto and incorporated herein by reference:

☐ Exhibit A titled "SMARTworks Technology Use License"

☐ Exhibit B titled "Warehouse and Distribution"

The terms and conditions of sale not specified by this Participation Agreement are contained in the Agreement and/or the 2007 Agreement, both of which are hereby incorporated herein by reference.

| THE STANDARD REGISTER COMPANY, an Ohio corporation | Member's Name: The New York and Presbyterian Hospital |
|---|---|
| | Member #: |
| Signature: *[signed]* | Signature: *[signed]* |
| Name: CHRIS WEISER | Name: JACK FLEISCHER |
| Title: Director - Healthcare | Title: VP, PROCUREMENT + STRATEGIC SOURCING |
| Date: 11.30.09 | Date: 12-3-09 |
| | Street Address: 333 EAST 38th ST |
| | City/ State / Zip: NYC NY 10016 |