Wendy G. Marcari (WM 8494)
**EPSTEIN BECKER & GREEN, P.C.**
250 Park Avenue
New York, New York 10017
Telephone: (212) 351-4500
Fax: (212) 878-8719
Email: wmarcari@ebglaw.com
*Counsel for The New York and Presbyterian Hospital*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------------X
In re:                                              :    Chapter 11
                                                    :
THE STANDARD REGISTER COMPANY, *et al.*,  :    Case No. 15-10541(BLS)
                                                    :
                                                    :    (Jointly Administered)
                                                    :
                                                    :    **Re: Docket No. 23**
                      Debtors.                      :
---------------------------------------------------------------X

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 10, 2015, I served a copy of the *Supplement to Limited Objection and Reservation of Rights of The New York and Presbyterian Hospital* [Docket No. 654] by electronic mail delivery upon:

> Barbara Becker, Esq.
> Michael A. Rosenthal, Esq.
> Gibson, Dunn & Crutcher LLP
> 200 Park Avenue
> New York, New York 10166
> bbecker@gibsondunn.com
> mrosenthal@gibsondunn.com
> *Counsel for The Standard Register Company*
>
> Michael R. Nestor, Esq.
> Young Conaway Stargatt & Taylor, LLP
> 1000 North King Street
> Wilmington, Delaware 19081
> mnestor@ycst.com
> *Counsel for The Standard Register Company*

FIRM:30457881v1

Ron Meisler, Esq.
Christopher M. Dressel, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive
Chicago, IL v60606
ron.meisler@skadden.com
christopher.dressel@skadden.com
*Counsel for Stalking Horse and the Prepetition Term Loan Agent*

C. Edward Dobbs, Esq.
James S. Rankin, Jr.
Parker, Hudson, Rainer & Dobbs LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, Georgia  30303
ced@phrd.com
jsr@phrd.com
*Counsel for Pre-Petition ABL Agent and ABL DIP Agent*

Mark D. Collins, Esq.
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, Delaware  19801
collins@rlf.com
*Counsel for Pre-Petition ABL Agent and ABL DIP Agent*

Sharon L. Levine, Esq.
Wojciech Jung, Esq.
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, New York  10020
slevine@lowenstein.com
wjung@lowenstein.com
*Counsel for the Committee*

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me is willfully false, I am subject to punishment.

Dated: June 10, 2015
New York, New York

By:   /s/ Wendy G. Marcari