IN THE UNITED STATES BANKRUPT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| THE STANDARD REGISTER | § | Case No. 15-10541 (BLS) |
| COMPANY, *et al.*, | § | |
| | § | Jointly Administered |
| Debtors. | § | |
| | § | **Re: Docket Nos. 23, 559** |
| | § | |
| | § | |
| | § | Hearing Date/Time: June 17, 2015 at 10:00 a.m. (ET) |
| | § | |

**XEROX CORPORATION'S LIMITED
OBJECTION TO PROPOSED SUPPLEMENTAL SALE PROCEDURES**

Xerox Corporation ("**Xerox**") objects in part to the Debtors' *Supplement to Debtors' Motion for an Order Establishing Sale Procedures* [D.I. 559] (the "**Supplemental Motion**"), under which the Debtors seek approval of certain supplemental procedures regarding the proposed sale of the Debtors' assets.[1]

1. Xerox has filed limited objections to proposed assumption and assignment of executory contracts and leases to which Xerox is counterparty and to procedures and sale terms regarding the Debtors' proposed asset sale (collectively, the "**Xerox Objections**").[2]

2. Under the Supplemental Motion, the Debtors proposed to modify the procedure under which the Debtors, in conjunction with the asset buyer, would assume executory contracts and leases and assign those contracts and leases to the asset buyer (generally, the "**Supplemental Procedures**"). See Supplemental Mot. at 12, pp. 5-7.

---

[1] All capitalized terms not otherwise defined herein shall have the same meaning as defined in the Supplemental Motion.

[2] See *Xerox Corporation's Objection to Proposed Cure Amounts and Assumption and Assignment of Xerox Contracts and Leases* [D.I. 457] and *Xerox Corporation's Limited Objection to Asset Sale Terms* [D.I. 619].

3. Xerox objects to the Supplemental Procedures, but only to the extent that those procedures could arguably be held to modify Xerox's substantive rights or as a waiver of the objections asserted by Xerox to the Xerox Objections. Xerox does not object to the proposed Supplemental Procedures on the condition that any order approving those procedures provides that those procedures do not prejudice Xerox's substantive rights and the objections asserted by Xerox as described and referenced herein.

Accordingly, for the forgoing reasons, Xerox requests that this Court provide as part of any order on the Supplemental Motion for the preservation of Xerox's substantive rights and Xerox's objections, as described herein.

**[Continued on next page – space intentionally left blank]**

| | |
|---|---|
| Dated: June 10, 2015<br>Wilmington, Delaware | CIARDI CIARDI & ASTIN<br><br>*/s/ Joseph J. McMahon, Jr.*<br>Daniel K. Astin (No. 4068)<br>John D. McLaughlin, Jr. (No. 4123)<br>Joseph J. McMahon, Jr. (No. 4819)<br>1204 N. King Street<br>Wilmington, Delaware 19801<br>Tel: (302) 658-1100<br>Fax: (302) 658-1300<br>jmcmahon@ciardilaw.com<br><br>-and-<br><br>Mark H. Ralston, Esq.<br>FISHMANJACKSON<br>700 Three Galleria Tower<br>13155 Noel Road, L.B. 13<br>Dallas, Texas 75240<br>Tel: 972.419.5500<br>Fax: 972.419.5501<br>mralston@fishmanjackson.com |

## **CERTIFICATE OF SERVICE**

I, Mark H. Ralston, hereby certify that on the 10th day of June, 2015, I caused a copy of the forgoing instrument to be served via email on the parties required to be served under the Bidding Procedures Order via email.

/s/ Mark H. Ralston
Mark H. Ralston