## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) <br> ) <br> THE STANDARD REGISTER COMPANY, et al., ) <br> ) <br> Debtors. ) <br> _____) | Chapter 11 <br><br> Case No. 15-10541 (BLS) <br> Jointly Administered <br><br> D.I. No. 560 |

**JOINDER OF INTERNATIONAL PAPER COMPANY IN OPPOSITION TO THE DEBTORS' MOTION FOR ENTRY OF AN ORDER ESTABLISHING PROCEDURES TO (A) SETTLE AND SATISFY CLAIMS AGAINST CRITICAL VENDORS, (B) EFFECTUATE SETOFF AGREEMENTS WITH CREDITORS, AND (C) ESTABLISH PROCEDURES TO SETTLE AND SATISFY CLAIMS ASSERTED UNDER SECTION 503(B)(9) OF THE BANKRUPTCY CODE**

International Paper Company ("IP"), by and through its undersigned counsel, hereby joins in the well-founded objections of Avery Dennison Corporation [Docket No. 646] and Morgan Adhesives Company LLC [Docket No. 639] (collectively, the "Objections") to the Motion for Entry of an Order Establishing Procedures to (A) Settle and Satisfy Claims Against Critical Vendors, (B) Effectuate Setoff Agreements with Creditors, and (C) Establish Procedures to Settle and Satisfy Claims Asserted Under Section 503(b)(9) of the Bankruptcy Code (the "Motion").

IP timely filed a proof of claim in the bankruptcy case of The Standard Register Company (the "Debtor"), asserting a secured claim premised upon Section 553 and 506(a). Further, by its proof of claim, IP asserted that, in the event that the Debtor did not have a claim against IP, a significant portion of its claim is entitled to a priority pursuant to Section 503(b)(9) of the Bankruptcy Code. The Debtor's Schedules, filed under oath on May 11, 2015 [Docket No. 477] assert that the Debtor has "Trade Accounts Receivable" (Schedule B16) and "Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims" (Schedule B21), but do not specifically detail the companies

7878763/

from whom they are allegedly owed money. Accordingly, neither IP, the Debtor, nor this Court can determine at this time whether or not the Debtor has any claims to set off against IP's claims, Section 503(b)(9) or otherwise.

For the reasons set forth in other objections to the Motion, IP believes that there is no legal basis by which the Court can permit the Debtor to set off their claims against creditors' 503(b)(9) claims, rather than setting off such claims against creditors' general unsecured claims. Moreover, absent a schedule detailing the Debtor's claims against the creditors, the relief sought by the Motion is premature.

IP expressly reserves and preserves its right to supplement its opposition at any time prior to the hearing to consider the motion, and its right be heard with respect to opposition to the Motion.

Dated: June 10, 2015

MORRIS JAMES LLP

/s/ Jeffrey R. Waxman
_____
Jeffrey R. Waxman (No. 4159)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
Telephone: 302.888.5842
Email: jwaxman@morrisjames.com

Counsel to International Paper Corp.

7878763/