IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered) |

### AFFIDAVIT OF JAMIE L. DAWSON, PARALEGAL

STATE OF DELAWARE     :
                      : SS:
NEW CASTLE COUNTY     :

    I, Jamie L. Dawson, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on June 10, 2015, I caused to be served:

**JOINDER OF INTERNATIONAL PAPER COMPANY IN OPPOSITION TO THE DEBTORS' MOTION FOR ENTRY OF AN ORDER ESTABLISHING PROCEDURES TO (A) SETTLE AND SATISFY CLAIMS AGAINST CRITICAL VENDORS, (B) EFFECTUATE SETOFF AGREEMENTS WITH CREDITORS, AND (C) ESTABLISH PROCEDURES TO SETTLE AND SATISFY CLAIMS ASSERTED UNDER SECTION 503(B)(9) OF THE BANKRUPTCY CODE**

    Service was completed upon the parties on the attached service list as indicated thereon.

Date:  June 10, 2015

_____
Jamie L. Dawson

SWORN AND SUBSCRIBED before me this 10th day of June, 2015.

_____
Notary Public
My commission expires: _____

*[Notary seal: RUTH F. SALOTTO, MY COMMISSION EXPIRES APRIL 14, 2019, NOTARY PUBLIC, STATE OF DELAWARE]*

7879014/1

**VIA HAND DELIVERY**
Michael R. Nestor, Esq.
Kara Hammond Coyle, Esq.
Maris J. Kandestin, Esq.
Andrew L. Magaziner, Esq.
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
[Counsel for Debtors and Debtors in Possession]

Sarah E. Pierce, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
[Counsel for Silver Point Finance, LLC and Standard Acquisition Holdings, LLC]

Mark D. Collins, Esq.
Tyler D. Semmelman, Esq.
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
[Counsel for Bank of America, N.A., as Pre-Petition ABL Agent and ABL DIP Agent]

Christopher A. Ward, Esq.
Shanti M. Katona, Esq.
Justin K. Edelson, Esq.
POLSINELLI PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
[Counsel to the Official Committee of Unsecured Creditors]

Mark S. Kenney, Trial Attorney
OFFICE OF THE UNITED STATES TRUSTEE
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Barbara Becker, Esq.
Michael A. Rosenthal, Esq.
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
[Counsel for Debtors and Debtors in Possession]

Ron E. Meisler, Esq.
Carl T. Tullson, Esq.
Christopher M. Dressel, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive, Suite 2700
Chicago, Illinois 60606-1720
[Counsel for Silver Point Finance, LLC and Standard Acquisition Holdings, LLC]

C. Edward Dobbs, Esq.
James S. Rankin, Jr., Esq.
Jack C. Basham, Jr., Esq.
Joshua J. Lewis, Esq.
PARKER, HUDSON, RAINER & DOBBS LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, NE
Atlanta, GA 30303
[Counsel for Bank of America, N.A., as Pre-Petition ABL Agent and ABL DIP Agent]

Kenneth A. Rosen, Esq.
Sharon L. Levine, Esq.
Wojciech Jung, Esq.
LOWENSTEIN SANDLER LLP
65 Livingston Avenue
Roseland, NJ 07068
[Counsel to the Official Committee of Unsecured Creditors]

Gerald C. Bender, Esq.
LOWENSTEIN SANDLER LLP
1251 Avenue of the Americas
New York, NY 10020
Facsimile: (212) 262-7402
[Counsel to the Official Committee of Unsecured Creditors]

7879014/1