## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE STANDARD REGISTER COMPANY, et al., | ) | Case No. 15-10541 (BLS) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **D.I. No. 560** |

### JOINDER OF LEEDSWORLD, INC., BULLET LINE, LLC, AND TIMEPLANNER CALENDARS, INC. IN OPPOSITION TO THE DEBTORS' MOTION FOR ENTRY OF AN ORDER ESTABLISHING PROCEDURES TO (A) SETTLE AND SATISFY CLAIMS AGAINST CRITICAL VENDORS, (B) EFFECTUATE SETOFF AGREEMENTS WITH CREDITORS, AND (C) ESTABLISH PROCEDURES TO SETTLE AND SATISFY CLAIMS ASSERTED UNDER SECTION 503(B)(9) OF THE BANKRUPTCY CODE

Leedsworld, Inc., Bullet Line, LLC, and Timeplanner Calendars, Inc. (collectively, The "Claimants"), by and through their undersigned counsel, hereby joins in the well-founded objections of Avery Dennison Corporation [Docket No. 646] and Morgan Adhesives Company LLC [Docket No. 639] (collectively, the "Objections") to the Motion for Entry of an Order Establishing Procedures to (A) Settle and Satisfy Claims Against Critical Vendors, (B) Effectuate Setoff Agreements with Creditors, and (C) Establish Procedures to Settle and Satisfy Claims Asserted Under Section 503(b)(9) of the Bankruptcy Code (the "Motion").

The Claimants each timely filed proofs of claim in the bankruptcy case of The Standard Register Company (the "Debtor"), and each of the proofs of claim asserted a claim entitled to priority pursuant to Section 503(b)(9) of the Bankruptcy Code. The Debtor's Schedules, filed under oath on May 11, 2015 [Docket No. 477] assert that the Debtor has "Trade Accounts Receivable" (Schedule B16) and "Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims" (Schedule B21), but do not specifically detail the companies from whom they are owed money. Accordingly,

neither the Claimants, the Debtor, nor this Court can determine at this time whether or not the Debtor has any claims to set off against any of the Claimant's claims, Section 503(b)(9) or otherwise.

For the reasons set forth in other objections to the Motion, the Claimants believe that there is no legal basis by which the Court can permit the Debtor to set off their claims against creditors' 503(b)(9) claims, rather than general unsecured claims. Moreover, absent a schedule detailing the Debtor's claims against creditors' claims, the relief sought by the Motion is premature.

The Claimants expressly reserve and preserve their right to supplement its opposition at any time prior to the hearing to consider the motion, and its right be heard with respect to opposition to the Motion.

Dated: June 10, 2015

MORRIS JAMES LLP

Jeffrey R. Waxman (No. 4159)
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801-1494
Telephone:  302.888.5842
Email:  jwaxman@morrisjames.com

Counsel to Leedsworld, Inc., Bullet Line, LLC, and Timeplanner Calendars, Inc.

7878904/