## EXHIBIT A

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | **Re:  Docket No. ___** |

## ORDER AUTHORIZING THE DEBTORS LEAVE AND PERMISSION TO FILE (I) DEBTORS' OMNIBUS REPLY TO SALE OBJECTIONS AND (II), AS APPLICABLE, DEBTORS' REPLY TO COMMITTEE'S SALE OBJECTION

Upon consideration of the motion (the "Motion") of the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") for entry of an order granting the Debtors leave and permission to file (i) *Debtors' Omnibus Reply to Objections to Debtors' Motion for (I) an Order (A) Establishing Sale Procedures Relating to the Sale of Substantially All of the Debtors' Assets; (B) Approving Bid Protections; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts; (D) Approving Form and Manner of Notice of All Procedures, Protections, Schedules, and Agreements; (E) Scheduling a Hearing to Consider the Proposed Sale; and (F) Granting Certain Related Relief; and (II) an Order (A) Approving the Sale of Substantially All of the Debtors' Assets and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale* and (ii) the [*Debtors' Reply to Objection of the Official Committee of Unsecured Creditors to the*

---

[1]     The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001).  The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

*Proposed Sale of Substantially All of the Debtors' Assets*] (together, the "Replies"), as

applicable; and it appearing that that this Court has jurisdiction to consider the Motion pursuant

to 28 U.S.C. § 157(b)(2); and this Court having determined that granting the relief requested in

the Motion is in the best interest of the Debtors, their estates, and creditors; and it appearing that

due and adequate notice of the Motion has been given, and that no other or further notice need be

given; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1.      The Motion is granted.

2.      The Debtors are granted leave and are permitted to file the Replies.

3.      This Court shall retain jurisdiction over any and all matters arising from or related

to the interpretation or implementation of this Order.

Dated: Wilmington, Delaware
       June ___, 2015

_____
Brendan L. Shannon
Chief United States Bankruptcy Judge