### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON JUNE 17, 2015 AT 10:00 A.M. (ET)

**ADJOURNED/RESOLVED MATTERS**

1.    Georgia-Pacific Consumer Products LP's Motion for Relief from the Automatic Stay to Permit Setoff Under Section 553 of the Bankruptcy Code [D.I. 198; 4/6/15]

>       Related Documents:              None.

>       Objection Deadline:             May 5, 2015 at 4:00 p.m. (ET) [Extended for the Debtors and Silver Point Finance, LLC]

>       Objections/Responses Received:      None to date.

>       Status:         This matter is adjourned until July 15, 2015. The Debtors and Georgia Pacific have reached an agreement regarding Georgia Pacific's cure amount. In the event that Georgia-Pacific's contract is rejected in conjunction with the ongoing sale process, all parties' rights are reserved with respect to setoff and the allocation thereof.

2.    (Sealed) Motion by CareSource Management Group Co. for an Order Pursuant to 11 U.S.C. § 362(d) Granting Relief from Stay to Permit the Setoff of Mutual Pre-Petition Claims [D.I. 389; 5/4/15]

>       Related Documents:

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001).  The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

a)       Motion by CareSource Management Group Co. for an Order Authorizing CareSource Management Group Co. to File Under Seal Its Motion for Relief from Stay to Permit the Setoff of Mutual Pre-Petition Claims [D.I. 388; 5/4/15]

Objection Deadline:       May 18, 2015 at 4:00 p.m. (ET) [Extended for the Debtors]

Objections/Responses Received:       None to date.

Status:       This matter is adjourned until July 15, 2015.

## UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION

3.       Motion by CareSource Management Group Co. for an Order Authorizing CareSource Management Group Co. to File Under Seal Its Motion for Relief from Stay to Permit the Setoff of Mutual Pre-Petition Claims [D.I. 388; 5/4/15]

Related Documents:

a)       Certificate of No Objection [D.I. 545; 5/21/15]

b)       Proposed Order

Objection Deadline:       May 18, 2015 at 4:00 p.m. (ET)

Objections/Responses Received:       None.

Status:       A certificate of no objection has been filed. A hearing is only necessary to the extent the Court has any questions.

## CONTESTED MATTERS GOING FORWARD

4.       Debtors' Motion for (I) an Order (A) Establishing Sale Procedures Relating to the Sale of Substantially All of the Debtors' Assets; (B) Approving Bid Protections; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts; (D) Approving Form and Manner of Notice of All Procedures, Protections, Schedules, and Agreements; (E) Scheduling a Hearing to Consider the Proposed Sale; and (F) Granting Certain Related Relief; and (II) an Order (A) Approving the Sale of Substantially All of the Debtors' Assets and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale [D.I. 23; 3/12/15] (the "Sale Motion")

Related Documents:

a)      Declaration of Andrew Torgove in Support of Sale Motion [D.I. 25; 3/12/15]

b)      Declaration of Kevin Carmody in Support of Debtors' Sale Motion and Motion to Approve Postpetition Financing [D.I. 240; 4/10/15]

c)      Declaration of Andrew Torgove in Support of Debtors' Sale Motion and Motion to Approve Postpetition Financing [D.I. 246; 4/10/15]

d)      Order (I) Establishing Sale Procedures Relating to the Sale of Substantially All of the Debtors' Assets; (II) Approving the Maximum Reimbursement Amount; (III) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts; (IV) Approving Form and Manner of Notice of All Procedures, Protections, Schedules, and Agreements; (V) Scheduling a Hearing to Consider the Proposed Sale; and (VI) Granting Certain Related Relief [D.I. 286; 4/15/15]

e)      Notice of Sale, Sale Procedures, Auction and Sale Hearing [D.I. 295; 4/16/15]

f)      Notice of (I) Entry into Stalking Horse Agreement and (II) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially All of the Debtors' Assets [D.I. 307; 4/17/15]

g)      Certification of Publication Regarding Notice of Sale, Sale Procedures, Auction and Sale Hearing [D.I. 338; 4/23/15]

h)      First Amended Notice of (I) Entry into Stalking Horse Agreement and (II) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially All of the Debtors' Assets [D.I. 356; 4/27/15]

i)      Affidavit of Publication Regarding Notice of Sale, Sale Procedures, Auction and Sale Hearing [D.I. 406; 5/6/15]

j)      Second Amended Notice of (I) Entry into Stalking Horse Agreement and (II) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially All of the Debtors' Assets [D.I. 461; 5/8/15]

k)      Corrected Second Amended Notice of (I) Entry into Stalking Horse Agreement and (II) Potential Assumption and Assignment of Certain

Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially All of the Debtors' Assets [D.I. 497; 5/11/15]

l)      Third Amended Notice of (I) Entry into Stalking Horse Agreement and (II) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially All of the Debtors' Assets [D.I. 515; 5/14/15]

m)      Supplement to Debtors' Sale Motion [D.I. 559; 5/27/15]

n)      Debtors' Omnibus Reply in Support of the Sale Motion [D.I. 667; 6/15/15]

o)      Debtors' Motion for Leave to File Replies in Support of the Sale Motion [D.I. 668; 6/15/15]

Objection Deadline for the Sale Motion:      June 1, 2015 at 4:00 p.m. (ET) [Extended to June 3, 2015 for Applied Mechanical Systems, Inc.; Extended to June 4, 2015 for Georgia-Pacific Consumer Products LP and Xerox Corporation]

Objections/Responses Received to the Sale Motion:

1)      Oracle's Limited Objection to and Reservation of Rights Regarding the Sale Motion [D.I. 456; 5/8/15]

2)      Limited Objection of Morgan Adhesives Company, LLC d/b/aMACtac to the Sale Motion [D.I. 567; 5/29/15]

3)      Limited Objection of CDK Global, LLC (f/k/a ADP Dealer Services, Inc.) to the Sale Motion [D.I. 568; 5/29/15]

4)      Chaotic Moon, LLC's Limited Opposition to the Sale Motion [D.I. 569; 5/29/15]

5)      Limited Objection of the Reynolds and Reynolds Company to the Sale Motion [D.I. 574; 6/1/15]

6)      Limited Objection of Avery Dennison Corporation to the Sale Motion [D.I. 577; 6/1/15]

7)      Limited Objection and Reservation of Rights of International Paper Corporation to the Sale Motion [D.I. 578; 6/1/15]

8)      Objection of the Official Committee of Unsecured Creditors to the Sale Motion [D.I. 580; 6/1/15]

9)      Objection of Multnomah County to the Sale Motion [D.I. 591; 6/1/15]

10)     Limited Objection and Reservation of Rights of Leedsworld, Inc., Bullet Line, LLC, and Timeplanner Calendars, Inc. to the Sale Motion [D.I. 594; 6/2/15]

11)     Limited Objection by Applied Mechanical Systems, Inc. to the Sale Motion [D.I. 603; 6/3/15]

12)     Georgia-Pacific Consumer Products LP's Limited Objection to the Sale Motion [D.I. 606; 6/4/15]

13)     Xerox Corporation's Limited Objection to the Sale Motion [D.I. 619; 6/4/15]

14)     Local Texas Tax Authorities' Objection to the Sale Motion [D.I. 628; 6/5/15]

15)     Objection by United States to the Sale Motion [D.I. 653; 6/10/15]

16)     Informal Response from the Environmental Protection Agency

Objection Deadline for the Supplement to the Sale Motion:      June 10, 2015 at 4:00 p.m. (ET)

Objections/Responses Received to the Supplement to the Sale Motion:

17)     Liberty Mutual Insurance Company's Objection to Supplement to the Sale Motion [D.I. 649; 6/10/15]

18)     Limited Objection of ColFin Cobalt I-II Owner, LLC and ColFin Cobalt III Owner, LLC to Supplement to Sale Motion [D.I. 651; 6/10/15]

19)     Xerox Corporation's Limited Objection to Supplement to Sale Motion [D.I. 656; 6/10/15]

Objection Deadline with Respect to the Proposed Cure Amounts:   May 8, 2015 at 4:00 p.m. (ET) [Extended for various parties]

Objections/Responses Received with Respect to Proposed Cure Amounts:

20)     Objection of SMC[3] to Proposed Cure Amount [D.I. 361; 4/28/15]

01:17160151.2

21) Limited Objection of Raymond Leasing Corporation, Raymond Storage Concepts, Inc. and Raymond of New Jersey, LLC to Proposed cure Amounts [D.I. 379; 5/4/15]

22) Corrected Image Regarding Limited Objection of Raymond Leasing Corporation, Raymond Storage Concepts, Inc. and Raymond of New Jersey, LLC to Proposed cure Amounts [D.I. 385; 5/4/15]

23) Objection of Chad T. Bumgarner to Proposed Cure Amount [D.I. 401; 5/4/15]

24) Objection of Print-O-Tape, Inc. to Proposed Cure Amount [D.I. 402; 5/5/15]

25) Objection of RoundTower Technologies, Inc. to Proposed Cure Amount [D.I. 403; 5/5/15]

26) Response of Pro-Type Printing, Inc. to Proposed Cure Amount [D.I. 407; 5/6/15]

27) FLEXcon Company, Inc.'s Limited Objection to Proposed Cure Amount [D.I. 414; 5/7/15]

28) Objection of DG3 North America, Inc. to Proposed Cure Amount [D.I. 415; 5/7/15]

29) Limited Objection of Ennis, Inc. to Proposed Cure Amount [D.I. 416; 5/7/15]

30) Limited Objection of The Ultimate Software Group, Inc. to Proposed Cure Amounts [D.I. 417; 5/7/15]

31) Objection of Packaging Corporation of America to Proposed Cure Amounts [D.I. 419; 5/7/15]

32) Objection of Domtar Industries LLC to Proposed Cure Amount [D.I. 420; 5/7/15]

33) Limited Objection of Computer Sciences Corporation to Proposed Cure Amount [D.I. 421; 5/7/15]

34) Limited Objection of Avery Dennison Corporation to Proposed Cure Amount [D.I. 422; 5/7/15]

35) Amended Objection of DG3 North America, Inc. to Proposed Cure Amount [D.I. 427; 5/7/15]

01:17160151.2

36)     Objection of Pitney Bowes, Inc. and Affiliates to Proposed Cure Amounts [D.I. 429; 5/7/15]

37)     Limited Objection of Volt Consulting Group, Ltd. to Proposed Cure Amount [D.I. 430; 5/7/15]

38)     Objection of James Little to Proposed Cure Amount [D.I. 432; 5/7/15]

39)     Limited Objection and Reservation of Rights of ML-AI 125 Wacker, LLC to Proposed Cure Amount [D.I. 435; 5/8/15]

40)     Liberty Mutual Insurance Company's Objection to Proposed Cure Amount [D.I. 436; 5/8/15]

41)     Limited Objection and Reservation of Rights of the New York and Presbyterian Hospital to Proposed Cure Amount [D.I. 437; 5/8/15]

42)     Objection of National Carton and Coating Company to Proposed Cure Amount [D.I. 438; 5/8/15]

43)     Limited Objection and Reservation of Rights of United Parcel Service, Inc., and Various Subsidiaries, to Proposed Cure Amount [D.I. 440; 5/8/15]

44)     Limited Objection by GCCFC 2005-GG5 Terminus Industrial Limited Partnership to Proposed Cure Amount [D.I. 441; 5/8/15]

45)     Objection of Vocalink, Inc. *d/b/a* Vocalink Language Services to Proposed Cure Amount [D.I. 443; 5/8/15]

46)     Limited Objection of Seebridge Media LLC to Proposed Cure Amounts [D.I. 445; 5/8/15]

47)     Objection by CareSource Management Group Co. to Proposed Cure Amount [D.I. 446; 5/8/15]

48)     Objection of Verizon Communications Inc. and Its Subsidiaries to Proposed Cure Amounts [D.I. 447; 5/8/15]

49)     Objection of Buck Consultants, LLC to to Proposed Cure Amount [D.I. 448; 5/8/15]

50)     Objection of The Paragon, LP to Proposed Cure Amount [D.I. 451; 5/8/15]

51) Limited Objection and Reservation of Rights of Cisco Systems Capital Corporation to Proposed Cure Amount [D.I. 453; 5/8/15]

52) Declaration of Abdul Aziz in Support of Limited Objection and Reservation of Rights of Cisco Systems Capital Corporation to Proposed Cure Amount [D.I. 454; 5/8/15]

53) Limited Objection of Appvion, Inc., f/k/a Appleton Papers Inc. to Proposed Cure Amounts [D.I. 455; 5/8/15]

54) Oracle's Limited Objection and Reservation of Rights to Proposed Cure Amount [D.I. 456; 5/8/15]

55) Xerox Corporation's Objection to Proposed Cure Amounts [D.I. 457; 5/8/15]

56) Objection of Memorial Hermann Health System to Proposed Cure Amount [D.I. 459; 5/8/15]

57) Objection of HM Graphics, Inc. to Proposed Cure Amount [D.I. 463; 5/8/15]

58) Objection of JON-DA Printing Company Inc. to Proposed Cure Amount [D.I. 464; 5/8/15]

59) Limited Objection of International Paper Company to Proposed Cure Amount [D.I. 472; 5/11/15]

60) Dayton Mailing Service's Objection to Proposed Cure Amount [D.I. 474; 5/11/15]

61) Limited Objection of IWAG Group III to Proposed Cure Amount [D.I. 539; 5/20/15]

62) Reservation of Rights of DG3 North America, Inc. to Proposed Cure Amount [D.I. 563; 5/28/15]

63) Motion of Chaotic Moon, LLC for Entry of an Order Allowing Late Filing of Objection to Proposed Cure Amount [D.I. 571; 5/29/15]

64) Limited Objection of Customgraphix Printing Corp. to Proposed Cure Amount [D.I. 598; 6/3/15]

65) Supplement to Limited Objection and Reservation of Rights of the New York and Presbyterian Hospital to Proposed Cure Amount [D.I. 654; 6/10/15]

01:17160151.2

66) Informal Response to Proposed Cure Amount by ACE American Insurance

67) Informal Response to Proposed Cure Amount by Aetna

68) Informal Response to Proposed Cure Amount by AIG Insurance

69) Informal Response to Proposed Cure Amount by Apex Color

70) Informal Response to Proposed Cure Amount by Avaya

71) Informal Response to Proposed Cure Amount by B&D Litho

72) Informal Response to Proposed Cure Amount by Batson

73) Informal Response to Proposed Cure Amount by Bell and Howell

74) Informal Response to Proposed Cure Amount by Berman Printing

75) Informal Response to Proposed Cure Amount by Canon

76) Informal Response to Proposed Cure Amount by CASS

77) Informal Response to Proposed Cure Amount by Ceva Logistics

78) Informal Response to Proposed Cure Amount by CIGNA

79) Informal Response to Proposed Cure Amount by Collegiate Licensing Company

80) Informal Response to Proposed Cure Amount by Concur

81) Informal Response to Proposed Cure Amount by Crown

82) Informal Response to Proposed Cure Amount by Deloitte

83) Informal Response to Proposed Cure Amount by Ennis (Atlas Tag & Label)

84) Informal Response to Proposed Cure Amount by Ennis (Forms Manufacturer, Inc.)

85) Informal Response to Proposed Cure Amount by Ennis (Kay Toledo Tag)

86) Informal Response to Proposed Cure Amount by Ennis (PrintGraphics)

01:17160151.2

87)     Informal Response to Proposed Cure Amount by Ennis (Special Service Partners)

88)     Informal Response to Proposed Cure Amount by Georgia-Pacific Consumer Products LP

89)     Informal Response to Proposed Cure Amount by Glatfelter

90)     Informal Response to Proposed Cure Amount by GLS Companies

91)     Informal Response to Proposed Cure Amount by Grainger

92)     Informal Response to Proposed Cure Amount by HART NJ8A-I LLC

93)     Informal Response to Proposed Cure Amount by Health Purchasing Alliance

94)     Informal Response to Proposed Cure Amount by Hewlett-Packard

95)     Informal Response to Proposed Cure Amount by Hudson Energy

96)     Informal Response to Proposed Cure Amount by ID Images

97)     Informal Response to Proposed Cure Amount by Insight Global, LLC

98)     Informal Response to Proposed Cure Amount by Iron Mountain

99)     Informal Response to Proposed Cure Amount by Iron Mountain Off Site Data

100)    Informal Response to Proposed Cure Amount by Kaiser Permanente

101)    Informal Response to Proposed Cure Amount by Labelteq

102)    Informal Response to Proposed Cure Amount by Medassets

103)    Informal Response to Proposed Cure Amount by Nev's Ink

104)    Informal Response to Proposed Cure Amount by NSF

105)    Informal Response to Proposed Cure Amount by Palmetto

106)    Informal Response to Proposed Cure Amount by PrintManagement

107)    Informal Response to Proposed Cure Amount by Prologis

01:17160151.2

108)    Informal Response to Proposed Cure Amount by Reynolds & Reynolds

109)    Informal Response to Proposed Cure Amount by Salesforce.com

110)    Informal Response to Proposed Cure Amount by Sapphire Printing Group

111)    Informal Response to Proposed Cure Amount by Specialty Print Communications

112)    Informal Response to Proposed Cure Amount by SPM/Syngy

113)    Informal Response to Proposed Cure Amount by The Flesh Co.

114)    Informal Response to Proposed Cure Amount by TLF Graphics

115)    Informal Response to Proposed Cure Amount by Toyota

116)    Informal Response to Proposed Cure Amount by Valid USA

117)    Informal Response to Proposed Cure Amount by Vana Solutions

118)    Informal Response to Proposed Cure Amount by Westmark

119)    Informal Response to Proposed Cure Amount by Wholesale Printing

120)    Informal Response to Proposed Cure Amount by Wise Business Forms

121)    Informal Response to Proposed Cure Amount by Wright Business Graphics

122)    Informal Response to Proposed Cure Amount by Xerox

Status:    In conjunction with filing this Agenda, the Debtors have filed a Reply in support of the Sale Motion.  Attached thereto are two charts that, together, reflect the status of the various objections listed above.  To the extent that the objections have not been resolved, such objections are either being adjourned or are addressed in the Reply or the exhibits thereto.  Unless otherwise indicated in the exhibits to the Reply, the Sale Motion is going forward with respect to unresolved objections.

5.    Debtors' Motion for Entry of an Order Establishing Procedures to (A) Settle and Satisfy Claims Against Critical Vendors, (B) Effectuate Setoff Agreements with Creditors, and (C) Establish Procedures to Settle and Satisfy Claims Asserted Under Section 503(b)(9) of the Bankruptcy Code [D.I. 560; 5/27/15]

Related Documents:

a) Debtors' Omnibus Reply to Objections to Debtors' Motion for Entry of an Order Establishing Procedures to (A) Settle and Satisfy Claims Against Critical Vendors, (B) Effectuate Setoff Agreements with Creditors, and (C) Establish Procedures to Settle and Satisfy Claims Asserted Under Section 503(b)(9) of the Bankruptcy Code [D.I. 662; 6/12/15]

Objection Deadline: June 10, 2015 at 4:00 p.m. (ET)

Objections/Responses Received:

b) Limited Objection of Morgan Adhesives Company, LLC D/B/A MACtac [D.I. 639; 6/9/15]

c) Limited Objection of Avery Dennison Corporation [D.I. 646; 6/10/15]

d) Joinder of International Paper Company to Objections [D.I. 657; 6/10/15]

e) Joinder of Leedsworld, Inc., Bullet Line, LLC, and Timeplanner Calendars, Inc. to Objections [D.I. 658; 6/10/15]

f) Informal Response from Georgia-Pacific Consumer Products LP

g) Informal comments from the Official Committee of Unsecured Creditors

Status: With respect to items (f) and (g), this matter has been resolved pursuant to a revised form of order. This matter is going forward.

## CONTESTED FEE APPLICATIONS

6. Second Monthly Fee Application of Gibson, Dunn & Crutcher LLP as General Bankruptcy and Restructuring Co-Counsel for Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period from April 1, 2015 Through and Including April 30, 2015 [D.I. 519; 5/15/15]

Related Documents: None.

Objection Deadline: June 1, 2015 at 4:00 p.m. (ET)

Objections/Responses Received:

a) Limited Objection of the Official Committee of Unsecured Creditors to the Relief Sought in Debtors' Counsels' Second Fee Applications [D.I. 576; 6/1/15]

Status:              This matter is going forward.

7.    Second Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP as Co-Counsel to the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period from April 1, 2015 Through and Including April 30, 2015 [D.I. 520; 5/15/15]

Related Documents:              None.

Objection Deadline:              June 1, 2015 at 4:00 p.m. (ET)

Objections/Responses Received:

      a)    Limited Objection of the Official Committee of Unsecured Creditors to the Relief Sought in Debtors' Counsels' Second Fee Applications [D.I. 576; 6/1/15]

Status:              This matter is going forward.

8.    First Monthly Application of Lowenstein Sandler LLP as Counsel to the Official Committee of Unsecured Creditors for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from March 24, 2015 Through March 31, 2015 [D.I. 529; 5/19/15]

Related Documents:              None.

Objection Deadline:              June 3, 2015 at 4:00 p.m. (ET)

Objections/Responses Received:

      a)    Limited Objection of Bank of America, N.A. to Fee Application of Lowenstein Sandler [D.I. 602; 6/3/15]

      b)    Objection and Reservation of Rights of Silver Point Finance, LLC with Respect to First Monthly Application of Lowenstein Sandler LLP as Counsel to the Official Committee of Unsecured Creditors for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from March 24, 2015 Through March 31, 2015 [D.I. 604; 6/3/15]

Status:              This matter is going forward.

01:17160151.2

Dated:  June 15, 2015
        Wilmington, Delaware

/s/ Kara Hammond Coyle
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Maris J. Kandestin (No. 5294)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
mnestor@ycst.com
kcoyle@ycst.com
mkandestin@ycst.com
amagaziner@ycst.com

-and-

Michael A. Rosenthal (NY No. 4697561)
Samuel A. Newman (CA No. 217042)
Jeremy L. Graves (CO No. 45522)
Matthew G. Bouslog (CA No. 280978)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone:  (212) 351-4000
Facsimile:  (212) 351-4035
mrosenthal@gibsondunn.com
snewman@gibsondunn.com
jgraves@gibsondunn.com
mbouslog@gibsondunn.com

*Counsel to the Debtors and
Debtors in Possession*

01:17160151.2