# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered)<br><br>Re: Docket No. 88 |

## SECOND SUPPLEMENTAL DECLARATION OF KIM MARTIN LEWIS IN SUPPORT OF DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO EMPLOY AND RETAIN DINSMORE & SHOHL LLP AS SPECIAL COUNSEL EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE

**KIM MARTIN LEWIS, ESQUIRE**, being duly sworn, deposes and says:

1. I am a partner in the firm of Dinsmore & Shohl LLP ("Dinsmore" or the "Firm"), 255 East Fifth St., Suite 1900, Cincinnati, Ohio 452002. I am admitted to practice in the Supreme Court of Ohio and the United States District Court for the Southern District of Ohio. I am authorized to make this Supplemental Declaration on the Firm's behalf. This supplemental declaration (the "Supplemental Declaration") is submitted pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rules 2014-1(a) and 2016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, in order to supplement my initial declaration (the "Initial Declaration"), submitted as Exhibit A to the *Debtors' Application for Entry of an Order Authorizing the Debtors to Employ and*

---

[1] The Debtors and the last four digits of their respective U.S. federal taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (n/a); Standard Register de México, S. de R.L. de C.V. (n/a); Standard Register Servicios, S. de R.L. de C.V. (n/a); and Standard Register Technologies Canada ULC (n/a). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

*Retain Dinsmore & Shohl LLP as Special Counsel, Pursuant to 11 U.S.C. § 327(e), Effective* Nunc Pro Tunc *to the Petition Date* (the "Application") [Docket No. 88].[2]

2. Pursuant to the Initial Declaration, Dinsmore set forth and described the conflicts and connections search that it conducted with respect to its representation of the Debtors and listed its connections with the Debtors and other parties in interest in these chapter 11 cases. Dinsmore provided that it would supplement the Initial Declaration, as necessary, with disclosures of additional information if and when additional information developed or became available.

3. Dinsmore has identified additional parties which Dinsmore is currently representing or has represented on matters unrelated to the Debtors. Accordingly, Schedule 2 to the Initial Declaration will be supplemented by the addition of the following entities:

| Name of Entity Searched | Name of Potential Affiliate of Entity that is a Dinsmore Client | Status of Relationship | Brief Description of Representation |
|---|---|---|---|
| Commonwealth of Pennsylvania | Commonwealth of Pennsylvania | Current | General Representation Unrelated to the Debtors |
| Ernst & Young | Ernst & Young (India) | Current | General Representation Unrelated to the Debtors |
| New Horizons | New Horizons Health Systems, Inc. d/b/a New Horizons Medical Center d/b/a New Horizons Family Practice | Current | Restructuring Representation Unrelated to the Debtors |
| Raymond Storage Concepts, Inc. | Raymond Storage Concepts, Inc. | Current | General Representation Unrelated to the Debtors |
| United Parcel Service, Inc. | United Parcel Service UPS Freight | Current | General Representation Unrelated to the Debtors |

4. Dinsmore will continue to supplement the Application, the Initial Declaration, and this Supplemental Declaration, as necessary, with additional information as the same develops or becomes available.

---

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Application.

5.  The facts set forth in this Supplemental Declaration are true and correct to the best of my knowledge, information and belief.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

                                                */s/ Kim Martin Lewis*

Kim Martin Lewis, Esq.
Dinsmore & Shohl LLP
255 East Fifth St., Suite 1900
Cincinnati, OH 45202
513-977-8200 (telephone)
513-977-8141 (facsimile)
kim.lewis@dinsmore.com

9646220v1