# **EXHIBIT B**

The Standard Register Company
Attn: Gerard D. Sowar, Esq.
600 Albany Street
Dayton, OH  45408

DISBURSEMENTS
90441-00012

_____

| COSTS/CHARGES | | TOTAL |
|---|---|---|
| DATA LINE CHARGE | $ | 69.94 |
| DOCUMENT SEARCH AND RETRIEVAL | | 2,414.23 |
| IN HOUSE DUPLICATION | | 433.95 |
| LODGING | | 2,046.77 |
| MEALS | | 374.78 |
| ON-LINE RESEARCH (LEXIS) | | 360.10 |
| ON-LINE RESEARCH (WESTLAW) | | 700.00 |
| ON-LINE RESEARCH NEXIS - MAIN | | 980.00 |
| OUTSIDE PROCESS SERVER | | 102.56 |
| SPECIALIZED RESEARCH/FILING FEES | | 611.89 |
| TELEPHONE CHARGES | | 566.14 |
| TRANSCRIPTS/DIGESTING | | 966.90 |
| TRAVEL - AIR & RAIL | | 5,310.21 |
| TRAVEL - TAXI & OTHER MODES/MILES | | 1,098.71 |
| **Total Costs/Charges** | | 16,036.18 |
| | | |
| **BALANCE DUE** | | $  16,036.18 |

Invoice Date: June 10, 2015                                                                                             Invoice No. 2015061862

**Due and Payable Upon Receipt**

DISBURSEMENTS
90441-00012
_____

Detail Costs/Charges:

Data Line Charge

| Date | Amount | Description |
|---|---|---|
| 03/12/15 | 8.00 | VENDOR: JEREMY GRAVES INVOICE#: 0818228205071203 DATE: 3/14/2015  INTERNET CHARGES/SOUTHWEST AIRLINES/FIRST DAY HEARING |
| 03/12/15 | 8.00 | VENDOR: JEREMY GRAVES INVOICE#: 0818228205071203 DATE: 3/14/2015  INTERNET CHARGES/SOUTHWEST AIRLINES/FIRST DAY HEARING |
| 03/13/15 | 20.95 | VENDOR: JEREMY GRAVES INVOICE#: 0818228205071203 DATE: 3/14/2015  INTERNET CHARGES/GOGOAIR.COM/FIRST DAY HEARING |
| 03/24/15 | 8.00 | VENDOR: JEREMY GRAVES INVOICE#: 0828772505071203 DATE: 3/27/2015  INTERNET CHARGES/SOUTHWEST AIRLINES/SCHEDULES AND STATEMENTS MEETING |
| 03/27/15 | 8.00 | VENDOR: JEREMY GRAVES INVOICE#: 0828772505071203 DATE: 3/27/2015  INTERNET CHARGES/SOUTHWEST AIRLINES/SCHEDULES AND STATEMENTS MEETING |
| 04/07/15 | 8.99 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0831562605081906 DATE: 4/7/2015  INTERNET CHARGES/UNITED/ASSIST IN THE PREPARATION OF STATEMENT OF FINANCIAL AFFAIRS AND SCHEDULES |
| 04/14/15 | 8.00 | VENDOR: JEREMY GRAVES INVOICE#: 0829017805071203 DATE: 4/14/2015  INTERNET CHARGES/SOUTHWEST AIRLINES/OMNI HEARING |

Document Search and Retrieval

| Date | Amount | Description |
|---|---|---|
| 05/26/15 | 2,414.23 | MAY_2015-DOCUMENT_RETRIEVAL_SERVICES-C/M_90441-00019-(MONTHLY_RELATIVITY_DISK_STORAGE) |

In House Duplication

| Date | Amount | Description |
|---|---|---|
| 05/01/15 | 0.30 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 05/01/15 |
| 05/04/15 | 10.90 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 05/04/15 |

**Invoice Date: June 10, 2015**                                               **Invoice No. 2015061862**
**Due and Payable Upon Receipt**

| Date | Amount | Description |
|---|---|---|
| 05/07/15 | 0.30 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 05/07/15 |
| 05/08/15 | 31.50 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 05/08/15 |
| 05/11/15 | 190.10 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 05/11/15 |
| 05/12/15 | 22.80 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 05/12/15 |
| 05/13/15 | 33.10 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 05/13/15 |
| 05/14/15 | 6.40 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 05/14/15 |
| 05/15/15 | 0.20 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 05/15/15 |
| 05/18/15 | 1.40 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 05/18/15 |
| 05/19/15 | 0.20 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 05/19/15 |
| 05/20/15 | 49.35 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 05/20/15 |
| 05/28/15 | 49.70 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 05/28/15 |
| 05/29/15 | 37.70 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 05/29/15 |

Lodging

| Date | Amount | Description |
|---|---|---|
| 03/13/15 | 723.80 | VENDOR: JEREMY GRAVES INVOICE#: 0818228205071203 DATE: 3/14/2015  JEREMY GRAVES/LODGING/WILMINGTON, DE/HOTEL DUPONT 03/11/2015 - 03/13/2015 FIRST DAY HEARING |
| 03/26/15 | 473.38 | VENDOR: JEREMY GRAVES INVOICE#: 0828772505071203 DATE: 3/27/2015  JEREMY LEE GRAVES/LODGING/DAYTON, OH/MARRIOTT 03/24/2015 - 03/26/2015 SCHEDULES AND STATEMENTS MEETING |
| 03/31/15 | 175.30 | VENDOR: ROBERT A. KLYMAN INVOICE#: 0827162005121927 DATE: 3/31/2015  ROBERT A. KLYMAN/LODGING/BERMINGHAM/HOLIDAY INN EXPRESS 03/27/2015 - 03/31/2015 2015-04-16 ATTEND CARMODY DEPOSITION |

**Invoice Date: June 10, 2015**                                                                                                   **Invoice No. 2015061862**
                                         **Due and Payable Upon Receipt**

| | | |
|---|---:|---|
| 04/01/15 | 191.39 | VENDOR: ROBERT A. KLYMAN INVOICE#: 0812238205141903 DATE: 4/15/2015  ROBERT KLYMAN/LODGING/DAYTON. OH/MARRIOTT 03/31/2015 - 04/01/2015 TRAVEL FOR CARMODY DEPOSITION. |
| 04/13/15 | 482.90 | VENDOR: JEREMY GRAVES INVOICE#: 0829017805071203 DATE: 4/14/2015  JEREMY GRAVES/LODGING/WILMINGTON, DE/HOTEL DUPONT 04/12/2015 - 04/13/2015 OMNI HEARING |

Meals

| | | |
|---|---:|---|
| 03/11/15 | 13.36 | VENDOR: JEREMY GRAVES INVOICE#: 0818228205071203 DATE: 3/14/2015  MEALS/DENVER, CO/VILLA PIZZA/JEREMY GRAVES/FIRST DAY HEARING |
| 03/11/15 | 50.40 | VENDOR: JEREMY GRAVES INVOICE#: 0818228205071203 DATE: 3/14/2015  JEREMY GRAVES/MEALS/WILMINGTON, DE/HOTEL DUPONT 03/11/2015 - 03/13/2015 JEREMY GRAVES/FIRST DAY HEARING |
| 03/12/15 | 4.60 | VENDOR: JEREMY GRAVES INVOICE#: 0818228205071203 DATE: 3/14/2015  MEALS/WILMINGTON, DE/STARBUCKS COFFEE/JEREMY GRAVES/FIRST DAY HEARING |
| 03/14/15 | 40.72 | VENDOR: JEREMY GRAVES INVOICE#: 0818228205071203 DATE: 3/14/2015  MEALS/WILMINGTON, DE/THE SMOKEHOUSE/JEREMY GRAVES/FIRST DAY HEARING |
| 03/24/15 | 36.04 | VENDOR: JEREMY GRAVES INVOICE#: 0828772505071203 DATE: 3/27/2015  JEREMY LEE GRAVES/MEALS/DAYTON, OH/MARRIOTT 03/24/2015 - 03/26/2015 JEREMY GRAVES/SCHEDULES AND STATEMENTS MEETING |
| 03/24/15 | 7.98 | VENDOR: JEREMY GRAVES INVOICE#: 0828772505071203 DATE: 3/27/2015  MEALS/DENVER, CO/EINSTEINS BAGELS/JEREMY GRAVES/SCHEDULES AND STATEMENTS MEETING |
| 03/25/15 | 6.92 | VENDOR: JEREMY GRAVES INVOICE#: 0828772505071203 DATE: 3/27/2015  MEALS/DAYTON, OH/AVI STANDARD REGSTER/JEREMY GRAVES/SCHEDULES AND STATEMENTS MEETING |
| 03/26/15 | 16.57 | VENDOR: JEREMY GRAVES INVOICE#: 0828772505071203 DATE: 3/27/2015  MEALS/DAYTON, OH/PARADIES SHOPS/JEREMY GRAVES/SCHEDULES AND STATEMENTS MEETING |

| | | |
|---|---:|---|
| 03/30/15 | 30.65 | VENDOR: ROBERT A. KLYMAN INVOICE#: 0812238205141903 DATE: 4/15/2015  MEALS/BIRMINGHAM, MI/PEABODY'S OF BIRMINGHAM/ROBERT KLYMAN/TRAVEL FOR CARMODY DEPOSITION. |
| 03/31/15 | 4.23 | VENDOR: ROBERT A. KLYMAN INVOICE#: 0812238205141903 DATE: 4/15/2015  MEALS/DETROIT, MI/EINSTEIN #110/ROBERT KLYMAN/TRAVEL FOR CARMODY DEPOSITION. |
| 03/31/15 | 4.14 | VENDOR: ROBERT A. KLYMAN INVOICE#: 0812238205141903 DATE: 4/15/2015  MEALS/DETROIT/FUDDRUCKERS/ROBERT KLYMAN/TRAVEL FOR CARMODY DEPOSITION. |
| 03/31/15 | 13.89 | VENDOR: ROBERT A. KLYMAN INVOICE#: 0812238205141903 DATE: 4/15/2015  MEALS/DETROIT/FUDDRUCKERS/ROBERT KLYMAN/TRAVEL FOR CARMODY DEPOSITION. |
| 03/31/15 | 27.67 | VENDOR: ROBERT A. KLYMAN INVOICE#: 0812238205141903 DATE: 4/15/2015  ROBERT KLYMAN/MEALS/DAYTON. OH/MARRIOTT 03/31/2015 - 04/01/2015 ROBERT KLYMAN/TRAVEL FOR CARMODY DEPOSITION. |
| 03/31/15 | 2.32 | VENDOR: ROBERT A. KLYMAN INVOICE#: 0812238205141903 DATE: 4/15/2015  MEALS/DETROIT/DELAWARE NORTH COMPANIES/ROBERT KLYMAN/TRAVEL FOR CARMODY DEPOSITION. |
| 04/01/15 | 23.14 | VENDOR: ROBERT A. KLYMAN INVOICE#: 0812238205141903 DATE: 4/15/2015  MEALS/CHICAGO, IL/O'BRIENS/ROBERT KLYMAN/TRAVEL FOR CARMODY DEPOSITION. |
| 04/01/15 | 32.75 | VENDOR: ROBERT A. KLYMAN INVOICE#: 0812238205141903 DATE: 4/15/2015  ROBERT KLYMAN/MEALS/DAYTON. OH/MARRIOTT 03/31/2015 - 04/01/2015 ROBERT KLYMAN/TRAVEL FOR CARMODY DEPOSITION. |
| 04/12/15 | 7.31 | VENDOR: JEREMY GRAVES INVOICE#: 0829017805071203 DATE: 4/14/2015  MEALS/LITTLE ROCK, AR/STARBUCKS COFFEE/JEREMY GRAVES/OMNI HEARING |
| 04/12/15 | 6.75 | VENDOR: JEREMY GRAVES INVOICE#: 0829017805071203 DATE: 4/14/2015  MEALS/PHILADELPHIA, PA/SUBWAY/JEREMY GRAVES/OMNI HEARING |
| 04/13/15 | 25.76 | VENDOR: JEREMY GRAVES INVOICE#: 0829017805071203 DATE: |

**Invoice Date: June 10, 2015**     **Invoice No. 2015061862**
  **Due and Payable Upon Receipt**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | 4/14/2015  MEALS/PHILADELPHIA, PA/CANTINA LAREDO/JEREMY GRAVES/OMNI HEARING |  |  |  |
| 04/15/15 | 19.58 | VENDOR: ROBERT A. KLYMAN INVOICE#: 0812238205141903 DATE: 4/15/2015  MEALS/DAYTON/MAX &AMP; ERMA'S/ROBERT KLYMAN/TRAVEL FOR CARMODY DEPOSITION. |  |  |  |

On-Line Research (Lexis)

| Date | Amount | Name | Date | Matter | Service |
|---|---|---|---|---|---|
| 05/04/15 | 22.80 | GRAVES, JEREMY  L RESEARCH | 05/04/15 | 90441-00012 | LEXIS |
| 05/10/15 | 34.20 | GRAVES, JEREMY  L RESEARCH | 05/10/15 | 90441-00012 | LEXIS |
| 05/12/15 | 11.40 | GRAVES, JEREMY  L RESEARCH | 05/12/15 | 90441-00012 | LEXIS |
| 05/15/15 | 57.00 | GRAVES, JEREMY  L RESEARCH | 05/15/15 | 90441-00012 | LEXIS |
| 05/19/15 | 17.50 | BOUSLOG, MATTHEW RESEARCH | 05/19/15 | 90441-00012 | LEXIS |
| 05/19/15 | 11.40 | GRAVES, JEREMY  L RESEARCH | 05/19/15 | 90441-00012 | LEXIS |
| 05/23/15 | 114.00 | GRAVES, JEREMY  L RESEARCH | 05/23/15 | 90441-00012 | LEXIS |
| 05/24/15 | 57.00 | GRAVES, JEREMY  L RESEARCH | 05/24/15 | 90441-00012 | LEXIS |
| 05/25/15 | 11.40 | GRAVES, JEREMY  L RESEARCH | 05/25/15 | 90441-00012 | LEXIS |
| 05/26/15 | 12.00 | BOUSLOG, MATTHEW RESEARCH | 05/26/15 | 90441-00012 | LEXIS |
| 05/27/15 | 11.40 | PORCELLI, MATTHEW RESEARCH | 05/27/15 | 90441-00019 | LEXIS |

On-Line Research (Westlaw)

| Date | Amount | Description |
|---|---|---|
| 05/04/15 | 30.40 | BOUSLOG,MATTHEW G   05/04/15   90441-00012   WESTLAW RESEARCH AND PRINTING CHARGES |
| 05/18/15 | 69.60 | BOUSLOG,MATTHEW G   05/18/15   90441-00012   WESTLAW RESEARCH AND PRINTING CHARGES |
| 05/21/15 | 300.00 | BOUSLOG,MATTHEW G   05/21/15   90441-00012   WESTLAW RESEARCH AND PRINTING CHARGES |
| 05/26/15 | 100.00 | BOUSLOG,MATTHEW G   05/26/15   90441-00012   WESTLAW RESEARCH AND PRINTING CHARGES |
| 05/28/15 | 200.00 | BOUSLOG,MATTHEW G   05/28/15   90441-00012   WESTLAW RESEARCH AND PRINTING CHARGES |

<u>On-Line Research Nexis - Main</u>

| Date | Amount | Description |
|---|---|---|
| 05/11/15 | 160.00 | PORCELLI, MATTHEW   05/11/15   90441-00019   NEXIS RESEARCH |
| 05/18/15 | 100.00 | BOUSLOG, MATTHEW   05/18/15   90441-00012   NEXIS RESEARCH |
| 05/24/15 | 480.00 | GRAVES, JEREMY  L   05/24/15   90441-00012   NEXIS RESEARCH |
| 05/27/15 | 160.00 | PORCELLI, MATTHEW   05/27/15   90441-00019   NEXIS RESEARCH |
| 05/31/15 | 80.00 | PORCELLI, MATTHEW   05/31/15   90441-00019   NEXIS RESEARCH |

<u>Outside Process Server</u>

| Date | Amount | Description |
|---|---|---|
| 04/15/15 | 102.56 | VENDOR: FIRST LEGAL NETWORK, LLC INVOICE#: FLC-20150415 DATE: 4/15/2015  JOB DATE 04/15/2015 CONTROL NO 2655603 FROM: GIBSON DUNN & CRUTCHER (M), LOS ANGELES, CA   TO: SAM NEWMAN,MANHATTAN BEACH, CA   ATTY: NEWMAN - DELIVER ENVELOPE |

<u>Specialized Research/Filing Fees</u>

| Date | Amount | Description |
|---|---|---|
| 05/05/15 | 406.39 | BLOOMBERG  04/24/15   COMPANY / SECURTIES RESEARCH  (S. SCOTT  K. KOLB) |
| 05/12/15 | 10.30 | PACER  04/01/2015  04/02/2015  COURT RESEARCH |

**Invoice Date: June 10, 2015**                                                                                **Invoice No. 2015061862**

**Due and Payable Upon Receipt**

| Date | Amount | Description |
|---|---|---|
| 05/12/15 | 121.10 | PACER  04/02/2015  04/03/2015  04/07/15  COURT RESEARCH |
| 05/12/15 | 4.20 | PACER  04/07/2015  COURT RESEARCH |
| 05/12/15 | 31.70 | PACER  04/03/2015  04/08/15  04/11/15-04/13/15  04/21/15  COURT RESEARCH |
| 05/12/15 | 14.20 | PACER  04/01/2015   COURT RESEARCH |
| 05/29/15 | 24.00 | TLO  04/07/15  ONLINE RESEARCH (S. SCOTT) |

Telephone Charges

| Date | Amount | Description |
|---|---|---|
| 04/12/15 | 12.22 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-041915 DATE: 4/19/2015  CONFERENCING SERVICES BY JEFFREY KRAUSE |
| 04/14/15 | 0.88 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-041915 DATE: 4/19/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 04/14/15 | 7.19 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-041915 DATE: 4/19/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 04/18/15 | 3.50 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-041915 DATE: 4/19/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 04/21/15 | 5.91 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-042615 DATE: 4/26/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 04/23/15 | 35.90 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-042615 DATE: 4/26/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 04/27/15 | 12.15 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-050315 DATE: 5/3/2015  CONFERENCING SERVICES BY MICHAEL A. ROSENTHAL |
| 04/27/15 | 21.52 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: |

| | | | |
|---|---:|---|---|
| | | | 2132297000-050315 DATE: 5/3/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 05/01/15 | 9.61 | | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-050315 DATE: 5/3/2015  CONFERENCING SERVICES BY MICHAEL A. ROSENTHAL |
| 05/01/15 | 9.63 | | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-050315 DATE: 5/3/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 05/04/15 | 3.80 | 1(302)576-3592 | 05/04/2015 WILMINGTON DE |
| 05/04/15 | 2.66 | 1(973)597-2374 | 05/04/2015 LIVINGSTON NJ |
| 05/04/15 | 3.04 | 1(937)221-1994 | 05/04/2015 DAYTON    OH |
| 05/04/15 | 2.66 | 1(646)414-6862 | 05/04/2015 NEW YORK  NY |
| 05/04/15 | 9.12 | 1(302)576-3592 | 05/04/2015 WILMINGTON DE |
| 05/04/15 | 19.38 | 1(312)407-0549 | 05/04/2015 CHICAGO   IL |
| 05/04/15 | 3.80 | 1(312)407-0968 | 05/04/2015 CHICAGO   IL |
| 05/05/15 | 3.04 | 1(302)571-6699 | 05/05/2015 WILMINGTON DE |
| 05/05/15 | 1.52 | 1(302)571-6699 | 05/05/2015 WILMINGTON DE |
| 05/05/15 | 6.84 | 1(978)974-9271 | 05/05/2015 LAWRENCE  MA |
| 05/05/15 | 1.14 | 1(302)576-3592 | 05/05/2015 WILMINGTON DE |
| 05/05/15 | 6.46 | 1(937)221-1940 | 05/05/2015 DAYTON    OH |
| 05/06/15 | 10.64 | 1(215)990-9880 | 05/06/2015 PHILA     PA |
| 05/06/15 | 3.04 | 1(937)221-1426 | 05/06/2015 DAYTON    OH |

**Invoice Date: June 10, 2015**                                                                **Invoice No. 2015061862**

**Due and Payable Upon Receipt**

| Date | Amount | Number | Details |
|---|---|---|---|
| 05/06/15 | 2.66 | 1(937)221-1426 | 05/06/2015 DAYTON    OH |
| 05/06/15 | 3.42 | 1(212)798-0808 | 05/06/2015 NEW YORK   NY |
| 05/06/15 | 9.50 | 1(302)576-3592 | 05/06/2015 WILMINGTON DE |
| 05/06/15 | 3.05 | | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-051015 DATE: 5/10/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 05/07/15 | 1.14 | 1(972)813-2698 | 05/07/2015 DALLAS    TX |
| 05/07/15 | 2.28 | 1(312)407-0968 | 05/07/2015 CHICAGO    IL |
| 05/07/15 | 4.94 | 1(302)226-4704 | 05/07/2015 REHOBOTH   DE |
| 05/07/15 | 2.66 | 1(302)571-6699 | 05/07/2015 WILMINGTON DE |
| 05/07/15 | 5.32 | 1(302)576-3592 | 05/07/2015 WILMINGTON DE |
| 05/08/15 | 33.06 | 1(312)407-0549 | 05/08/2015 CHICAGO    IL |
| 05/08/15 | 1.14 | 1(212)257-5464 | 05/08/2015 NEW YORK   NY |
| 05/08/15 | 7.75 | | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-051015 DATE: 5/10/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 05/08/15 | 49.25 | | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-051015 DATE: 5/10/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 05/11/15 | 4.94 | 1(302)576-3592 | 05/11/2015 WILMINGTON DE |
| 05/11/15 | 1.14 | 1(302)576-3592 | 05/11/2015 WILMINGTON DE |
| 05/11/15 | 1.14 | 1(302)576-3592 | 05/11/2015 WILMINGTON DE |

| Date | Amount | Number | Details |
|---|---:|---|---|
| 05/11/15 | 3.04 | 1(214)953-6612 | 05/11/2015 DALLAS    TX |
| 05/11/15 | 1.52 | 1(302)576-3592 | 05/11/2015 WILMINGTON DE |
| 05/11/15 | 3.80 | 1(302)571-6699 | 05/11/2015 WILMINGTON DE |
| 05/11/15 | 4.47 | | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-051715 DATE: 5/17/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 05/12/15 | 3.04 | 1(609)791-7021 | 05/12/2015 LAWRENCEVL NJ |
| 05/13/15 | 14.82 | 1(937)221-1940 | 05/13/2015 DAYTON    OH |
| 05/13/15 | 3.42 | 1(305)374-7580 | 05/13/2015 MIAMI    FL |
| 05/13/15 | 8.74 | 1(937)221-2761 | 05/13/2015 DAYTON    OH |
| 05/14/15 | 3.80 | 1(302)777-4200 | 05/14/2015 WILMINGTON DE |
| 05/14/15 | 18.30 | | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-051715 DATE: 5/17/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 05/15/15 | 1.52 | 1(310)658-0258 | 05/15/2015 EL SEGUNDO CA |
| 05/15/15 | 5.70 | 1(302)777-4200 | 05/15/2015 WILMINGTON DE |
| 05/15/15 | 1.14 | 1(937)221-1940 | 05/15/2015 DAYTON    OH |
| 05/15/15 | 1.90 | 1(214)953-6612 | 05/15/2015 DALLAS    TX |
| 05/18/15 | 6.46 | 1(312)407-0700 | 05/18/2015 CHICAGO   IL |
| 05/18/15 | 13.68 | 1(212)798-0808 | 05/18/2015 NEW YORK  NY |
| 05/18/15 | 6.08 | 1(302)576-3592 | 05/18/2015 WILMINGTON DE |

Invoice Date: June 10, 2015                                                                                                           Invoice No. 2015061862

**Due and Payable Upon Receipt**

| Date | Amount | Number | Details |
|---|---|---|---|
| 05/18/15 | 6.09 | | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-052415 DATE: 5/24/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 05/19/15 | 1.14 | 1(937)221-1940 | 05/19/2015 DAYTON    OH |
| 05/19/15 | 1.90 | 1(212)692-1038 | 05/19/2015 NEW YORK   NY |
| 05/19/15 | 2.66 | 1(704)945-2143 | 05/19/2015 CHARLOTTE  NC |
| 05/19/15 | 15.96 | 1(212)798-0808 | 05/19/2015 NEW YORK   NY |
| 05/19/15 | 10.26 | 1(937)221-1940 | 05/19/2015 DAYTON    OH |
| 05/19/15 | 5.32 | 1(630)240-3743 | 05/19/2015 LA GRANGE  IL |
| 05/20/15 | 3.42 | 1(937)221-1940 | 05/20/2015 DAYTON    OH |
| 05/20/15 | 4.56 | 1(513)977-8259 | 05/20/2015 CINCINNATI OH |
| 05/20/15 | 2.28 | 1(937)221-1940 | 05/20/2015 DAYTON    OH |
| 05/21/15 | 1.90 | 1(216)515-1636 | 05/21/2015 CLEVELAND  OH |
| 05/21/15 | 3.04 | 1(646)556-0858 | 05/21/2015 NEW YORK   NY |
| 05/21/15 | 3.80 | 1(302)777-4200 | 05/21/2015 WILMINGTON DE |
| 05/22/15 | 5.32 | 1(215)868-2043 | 05/22/2015 PHILA     PA |
| 05/22/15 | 1.14 | 1(201)653-6200 | 05/22/2015 JERSEYCITY NJ |
| 05/26/15 | 3.04 | 1(302)571-6699 | 05/26/2015 WILMINGTON DE |
| 05/26/15 | 4.56 | 1(937)221-1994 | 05/26/2015 DAYTON    OH |
| 05/26/15 | 1.52 | 1(917)472-9587 | 05/26/2015 NEW YORK   NY |

**Invoice Date: June 10, 2015**                                                       **Invoice No. 2015061862**

**Due and Payable Upon Receipt**

| | | | |
|---|---|---|---|
| 05/27/15 | 5.70 | 1(630)240-3743 | 05/27/2015 LA GRANGE  IL |
| 05/27/15 | 2.66 | 1(312)407-0968 | 05/27/2015 CHICAGO    IL |
| 05/27/15 | 4.18 | 1(302)571-6550 | 05/27/2015 WILMINGTON DE |
| 05/27/15 | 4.18 | 1(312)407-0968 | 05/27/2015 CHICAGO    IL |
| 05/27/15 | 3.04 | 1(212)257-5464 | 05/27/2015 NEW YORK   NY |
| 05/28/15 | 3.42 | 1(216)515-1636 | 05/28/2015 CLEVELAND  OH |
| 05/28/15 | 8.74 | 1(937)221-1940 | 05/28/2015 DAYTON     OH |
| 05/28/15 | 1.52 | 1(937)221-1940 | 05/28/2015 DAYTON     OH |
| 05/28/15 | 2.28 | 1(214)755-2090 | 05/28/2015 GRAND PRAR TX |
| 05/28/15 | 5.70 | 1(937)307-8365 | 05/28/2015 DAYTON     OH |
| 05/28/15 | 3.04 | 1(305)375-6148 | 05/28/2015 MIAMI      FL |
| 05/29/15 | 7.22 | 1(312)407-0968 | 05/29/2015 CHICAGO    IL |
| 05/29/15 | 6.08 | 1(312)407-0968 | 05/29/2015 CHICAGO    IL |

Transcripts/Digesting
04/15/15     966.90    VENDOR: U.S. LEGAL SUPPORT, INC. INVOICE#: 251270 DATE: 4/15/2015  JOB#143007/TRANSCRIPTS/DIGESTING/CERTIFIED COPY OF TRANSCRIPT.

Travel - Air & Rail
03/24/15      28.00    VENDOR: ROBERT A. KLYMAN INVOICE#: 0812238205141903 DATE: 4/15/2015  ROBERT KLYMAN - FTF FEE/BAGGAGE FEE/TRAVEL FOR CARMODY DEPOSITION.

04/05/15     321.70    VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150502-2 DATE: 4/12/2015  TRAVEL INVOICE#/DATE: 137728 04/05/2015 TICKET NO: 7586712754

Invoice Date: June 10, 2015                                                                                  Invoice No. 2015061862
**Due and Payable Upon Receipt**

|　|　|　|
|---|---|---|
| | | TRAVEL DATES: 04/06/2015 - 04/09/2015 PASSENGER: LUTZ/BRIAN M ITINERARY: SFO/JFK/SFO |
| 04/06/15 | 500.00 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150502-2 DATE: 4/12/2015  TRAVEL INVOICE#/DATE: 137772 04/06/2015 TICKET NO: 2498068891 TRAVEL DATES: 04/13/2015 - 04/14/2015 PASSENGER: GRAVES/JEREMY LEE ITINERARY: PHL/DEN |
| 04/06/15 | 519.35 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150502-2 DATE: 4/12/2015  TRAVEL INVOICE#/DATE: 137773 04/06/2015 TICKET NO: 7586712777 TRAVEL DATES: 04/12/2015 - 04/13/2015 PASSENGER: GRAVES/JEREMY LEE ITINERARY: LIT/CLT/PHL |
| 04/08/15 | 845.01 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150502-2 DATE: 4/12/2015  TRAVEL INVOICE#/DATE: 137892 04/08/2015 TICKET NO: 7586712844 TRAVEL DATES: 04/09/2015 - 04/11/2015 PASSENGER: KOLB/KYLE J ITINERARY: LGA/ORD/LGA |
| 04/08/15 | 1,570.45 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150502-2 DATE: 4/12/2015  TRAVEL INVOICE#/DATE: 137895 04/08/2015 TICKET NO: 7586712846 TRAVEL DATES: 04/11/2015 - 04/14/2015 PASSENGER: LUTZ/BRIAN M ITINERARY: SFO/PHL/SFO |
| 04/09/15 | 312.00 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150502-2 DATE: 4/12/2015  TRAVEL INVOICE#/DATE: 137918 04/09/2015 TICKET NO: 4746071558 TRAVEL DATES: 04/12/2015 - 04/14/2015 PASSENGER: KOLB/KYLE J ITINERARY: NYP/WIL/NYP |
| 04/10/15 | -265.00 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150502-2 DATE: 4/12/2015  TRAVEL INVOICE#/DATE: 137918 04/09/2015 TICKET NO: 4746071558 TRAVEL DATES: 04/12/2015 - 04/14/2015 PASSENGER: KOLB/KYLE J ITINERARY: NYP/WIL/NYP |
| 04/10/15 | 171.00 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150502-2 DATE: 4/12/2015  TRAVEL INVOICE#/DATE: 137977 04/10/2015 TICKET NO: 2545087038 TRAVEL DATES: 04/12/2015 - 04/13/2015 PASSENGER: ROSENTHAL/MICHAEL ALAN ITINERARY: NYP/WIL |
| 05/01/15 | 178.35 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150502-5 DATE: 5/1/2015  TRAVEL |

**Invoice Date: June 10, 2015**                                                         **Invoice No. 2015061862**

**Due and Payable Upon Receipt**

|          |        |                                                                                                                                                                                                                                                                         |
|----------|--------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|          |        | INVOICE#/DATE: 138994 05/01/2015 TICKET NO: 7593465055 TRAVEL DATES: 05/12/2015 - 05/13/2015 PASSENGER: ROSENTHAL/MICHAEL ALAN ITINERARY: PHL/IAH |
| 05/08/15 | 500.00 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150601-2 DATE: 5/10/2015  TRAVEL INVOICE#/DATE: 139305 05/08/2015 TICKET NO: 2107032014 TRAVEL DATES: 05/11/2015 - 05/12/2015 PASSENGER: GRAVES/JEREMY LEE ITINERARY: DEN/PHL |
| 05/08/15 | 550.35 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150601-2 DATE: 5/10/2015  TRAVEL INVOICE#/DATE: 139304 05/08/2015 TICKET NO: 7595927004 TRAVEL DATES: 05/12/2015 - 05/13/2015 PASSENGER: GRAVES/JEREMY LEE ITINERARY: PHL/DEN |
| 05/08/15 | 79.00  | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150601-2 DATE: 5/10/2015  TRAVEL INVOICE#/DATE: 139309 05/08/2015 TICKET NO: 2923393016 TRAVEL DATES: 05/12/2015 - 05/13/2015 PASSENGER: GRAVES/JEREMY LEE ITINERARY: PHL/DEN |

Travel - Taxi & Other Modes/Miles

|          |       |                                                                                                                                                                  |
|----------|-------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 03/11/15 | 70.00 | VENDOR: JEREMY GRAVES INVOICE#: 0818228205071203 DATE: 3/14/2015  CAB FARE/DENVER, CO/FIRST DAY HEARING                                                           |
| 03/11/15 | 76.13 | VENDOR: JEREMY GRAVES INVOICE#: 0818228205071203 DATE: 3/14/2015  CAB FARE/WILMINGTON, DE/FIRST DAY HEARING                                                       |
| 03/13/15 | 81.00 | VENDOR: ROBERT A. KLYMAN INVOICE#: 0822255105141903 DATE: 3/13/2015  CAB FARE/LOS ANGELES/2015-03-13 TRAVEL TO LAX FOR DELAWARE - FIRST DAY HEARINGS              |
| 03/13/15 | 84.25 | VENDOR: JEREMY GRAVES INVOICE#: 0818228205071203 DATE: 3/14/2015  CAB FARE/DENVER, CO/FIRST DAY HEARING                                                           |
| 03/13/15 | 89.13 | VENDOR: JEREMY GRAVES INVOICE#: 0818228205071203 DATE: 3/14/2015  CAB FARE/WILMINGTON, DE/FIRST DAY HEARING                                                       |
| 03/23/15 | 55.35 | VENDOR: JEREMY GRAVES INVOICE#: 0828772505071203 DATE: 3/27/2015  CAB FARE/DENVER, CO/SCHEDULES AND STATEMENTS MEETING                                           |
| 03/24/15 | 67.10 | VENDOR: JEREMY GRAVES INVOICE#: 0828772505071203 DATE: 3/27/2015  CAB FARE/DENVER, CO/SCHEDULES AND                                                               |

| | | |
|---|---:|---|
| | | STATEMENTS MEETING |
| 03/24/15 | 46.00 | VENDOR: ROBERT A. KLYMAN INVOICE#: 0812238205141903 DATE: 4/15/2015  CAB FARE/LOS ANGELES/TRAVEL FOR CARMODY DEPOSITION. |
| 03/26/15 | 77.00 | VENDOR: JEREMY GRAVES INVOICE#: 0828772505071203 DATE: 3/27/2015  CAB FARE/DENVER, CO/SCHEDULES AND STATEMENTS MEETING |
| 03/26/15 | 118.02 | VENDOR: JEREMY GRAVES INVOICE#: 0828772505071203 DATE: 3/27/2015  CAR RENTAL/DAYTON, OH/NATIONAL/SCHEDULES AND STATEMENTS MEETING |
| 03/31/15 | 17.40 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0831562605081906 DATE: 4/7/2015  CAB FARE/DAYTON, OH/ASSIST IN THE PREPARATION OF STATEMENT OF FINANCIAL AFFAIRS AND SCHEDULES |
| 03/31/15 | 9.50 | VENDOR: ADMINISTRATIVE SERVICES COOPERATIVE, INC INVOICE#: 323491 DATE: 3/31/2015  ACCT#102/TRAVEL - TAXI & OTHER MODES/MILES/VOUCHER FOR CLIENT |
| 04/02/15 | 84.00 | VENDOR: MOHAMMED EZZNAGUI DBA 1ST AVENUE TOWNCAR INVOICE#: 488 DATE: 4/2/2015  TRAVEL - TAXI & OTHER MODES/MILES/CARS TO AND FROM AIRPORT FOR JEREMY GRAVES 84.00  AND KIMBERLY GORDON 168.00 |
| 04/10/15 | 70.65 | VENDOR: JEREMY GRAVES INVOICE#: 0829017805071203 DATE: 4/14/2015  CAB FARE/DENVER, CO/OMNI HEARING |
| 04/12/15 | 65.74 | VENDOR: JEREMY GRAVES INVOICE#: 0829017805071203 DATE: 4/14/2015  CAB FARE/PHILADELPHIA, PA/OMNI HEARING |
| 05/01/15 | 29.16 | VENDOR: BARBARA L. BECKER INVOICE#: 0849804505291211 DATE: 5/1/2015  CAB FARE/NEW YORK, NY/TAXI |
| 05/19/15 | 12.96 | VENDOR: MATTHEW P. PORCELLI INVOICE#: 0850479105291938 DATE: 5/26/2015  CAB FARE/NEW YORK/CAR FARE |
| 05/21/15 | 12.36 | VENDOR: MATTHEW P. PORCELLI INVOICE#: 0850479105291938 DATE: 5/26/2015  CAB FARE/NEW YORK/CAR FARE |

Invoice Date: June 10, 2015                                                                                                       Invoice No. 2015061862

**Due and Payable Upon Receipt**

| | | |
|---|---|---|
| 05/26/15 | 12.80 | VENDOR: MATTHEW P. PORCELLI INVOICE#: 0850479105291938 DATE: 5/26/2015  CAB FARE/NEW YORK/CAR FARE |
| 05/29/15 | 20.16 | VENDOR: BARBARA L. BECKER INVOICE#: 0850893605301210 DATE: 5/29/2015  CAB FARE/NEW YORK, NY/TAXI |