**EXHIBIT C**

## BUDGETED AMOUNT

### May

**$1,250,000.00**

## PROFESSIONAL RATES

### May

| | |
|---|---|
| Becker, Barbara L. | $1,225.00 |
| Rosenthal, Michael A. | $1,175.00 |
| Ludwiszewski, Raymond B. | $1,145.00 |
| Lutz, Brian M. | $1,030.00 |
| Collins, Michael J. | $995.00 |
| Newman, Samuel A. | $860.00 |
| Muzumdar, Saee | $815.00 |
| Graves, Jeremy Lee | $755.00 |
| Kolb, Kyle J. | $750.00 |
| Alsarraf, Ali I. | $650.00 |
| Porcelli, Matthew P. | $650.00 |
| Bouslog, Matthew G. | $625.00 |
| Other Restructering/Transactional | $750.00 |
| Other Litigation | $650.00 |
| Amponsah, Duke K. | $395.00 |
| eDiscovery Assistance | $360.00 |

## BUDGETED HOURS

### May

| | |
|---|---|
| Becker, Barbara L. | 50 |
| Rosenthal, Michael A. | 200 |
| Ludwiszewski, Raymond B. | 15 |
| Lutz, Brian M. | 125 |
| Collins, Michael J. | 25 |
| Newman, Samuel A. | 110 |
| Muzumdar, Saee | 50 |
| Graves, Jeremy Lee | 200 |
| Kolb, Kyle J. | 125 |
| Alsarraf, Ali I. | 125 |
| Porcelli, Matthew P. | 150 |
| Bouslog, Matthew G. | 200 |
| Other Restructering/Transactional | 50 |
| Amponsah, Duke K. | 100 |

| | |
|---|---|
| eDiscovery Assistance | 100 |
| **TOTAL** | **1625** |

## BUDGETED FEES

### May

| | |
|---|---|
| Becker, Barbara L. | $61,250.00 |
| Rosenthal, Michael A. | $235,000.00 |
| Ludwiszewski, Raymond B. | $17,175.00 |
| Lutz, Brian M. | $128,750.00 |
| Collins, Michael J. | $24,875.00 |
| Newman, Samuel A. | $64,500.00 |
| Muzumdar, Saee | $40,750.00 |
| Graves, Jeremy Lee | $155,000.00 |
| Kolb, Kyle J. | $112,500.00 |
| Alsarraf, Ali I. | $81,250.00 |
| Porcelli, Matthew P. | $97,500.00 |
| Bouslog, Matthew G. | $125,000.00 |
| Other Restructering/Transactional | $30,950.00 |
| Amponsah, Duke K. | $39,500.00 |
| eDiscovery Assistance | $36,000.00 |
| **TOTAL** | **$1,250,000.00** |

## BUDGETED EXPENSES

### May

$50,000

**TOTAL FEES & EXPENSES**        **$1,300,000.00**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise |
|---|---|
| Becker, Barbara L. | Elected partner at Chadbourne & Parke in 1995. Joined firm as a partner in 2000. Member of NY Bar since 1989. |
| Rosenthal, Michael A. | Partner since 1992. Joined firm as an Of Counsel in 1989. Member of IL Bar since 1980; NY Bar since 2009; TX Bar since 1985. |
| Ludwiszewski, Raymond B. | Partner since 1993. Joined firm after serving as General Counsel of the U.S. Environmental Protect Agency. Member of D.C. Bar since 1984. |
| Lutz, Brian M. | Partner since 2012. Joined firm as an associate in 2003. Member of CA Bar since 2008; NY Bar since 2003. |
| Collins, Michael J. | Partner since 2007. Joined firm as an associate in 2000. Member of D.C. Bar since 2004. |
| Newman, Samuel A. | Partner since 2009. Joined firm as an associate in 2001. Member of CA Bar since 2001. |
| Muzumdar, Saee | Associate. Joined firm as an associate in 2008. Member of NY Bar since 2009. |
| Graves, Jeremy Lee | Associate. Joined firm as an associate in 2008. Member of CO Bar since 2012; TX Bar since 2007[1]. |
| Kolb, Kyle J. | Associate. Joined firm as an associate in 2011. Member of NY Bar since 2012. |
| Alsarraf, Ali I. | Associate. Joined firm as an associate in 2013. Member of NY Bar since 2014. |
| Porcelli, Matthew P. | Associate. Joined firm as an associate in 2014. Member of NY Bar since 2014. |
| Bouslog, Matthew G. | Associate. Joined firm as an associate in 2012. Member of CA Bar since 2011. |
| Amponsah, Duke K. | Paralegal |

---

[1]  Not actively licensed to practice in Texas.