## EXHIBIT C

01:17259608.1

**BUDGETED AMOUNT**
<u>May</u>
$150,000

**PROFESSIONAL RATES**

|  | <u>March</u> |
|---|---|
| Michael R. Nestor | $725.00 |
| Kara Hammond Coyle | $485.00 |
| Maris J. Kandestin | $460.00 |
| Andrew Magaziner | $400.00 |
| Elizabeth S. Justison | $310.00 |
| Debbie Laskin | $250.00 |
| Troy Bollman | $190.00 |

**BUDGETED HOURS**

|  | <u>May</u> |
|---|---|
| Michael R. Nestor | 24 |
| Kara Hammond Coyle | 94 |
| Maris J. Kandestin | 23.6 |
| Andrew Magaziner | 170.2 |
| Elizabeth S. Justison | 42.6 |
| Debbie Laskin | 14.6 |
| Troy Bollman | 24 |
| TOTAL | 393 |

**BUDGETED FEES**

|  | <u>March</u> |
|---|---|
| Michael R. Nestor | $17,400.00 |
| Kara Hammond Coyle | $45,590.00 |
| Maris J. Kandestin | $10,856.00 |
| Andrew Magaziner | $68,080.00 |
| Elizabeth S. Justison | $13,206.00 |
| Debbie Laskin | $3,650.00 |
| Troy Bollman | $4,560.00 |
| TOTAL | $163,342.00 |

**BUDGETED EXPENSES**
<u>March</u>
$3,710.09

| TOTAL FEES & EXPENSES | $167,052.09 |
|---|---|

| PROFESSIONAL | POSITION OF PROFESSIONAL; NUMBER OF YEARS IN THAT POSITION; YEAR OBTAINING LICENSE TO PRACTICE, IF APPLICABLE |
|---|---|
| Michael R. Nestor | Partner since 2003; joined firm as associate in 1998; member of PA and NJ bars since 1995; member of DE bar since 1996. |
| Kara Hammond Coyle | Partner since 2014. Joined firm as an associate in 2003. Member of DE Bar since 2003. |
| Maris J. Kandestin | Joined firm as an associate in 2009. Member of PA and NJ bars since 2004; member of DE bar since 2009. |
| Andrew Magaziner | Joined firm as an associate in 2009. Member of DE Bar since 2009. |
| Elizabeth S. Justison | Joined firm as an associate in 2013. Member of DE Bar since 2013. |
| Debbie Laskin | Paralegal |
| Troy Bollman | Paralegal |