

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing **RESPONSE OF BANK OF AMERICA, N.A. TO COMMITTEE'S OBJECTION TO PROPOSED SALE AND LIMITED OBJECTION TO DEBTORS' SALE MOTION** on the parties on the attached list and in the manner indicated thereon.

*/s/ Mark D. Collins*
Mark D. Collins (No. 2981)

## SERVICE LIST

Sarah E. Pierce, Esq.
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899
sarah.pierce@skadden.com
*Via hand delivery and e-mail*

Ron E. Meisler, Esq.
Albert L. Hogan III, Esq.
Carl T. Tullson, Esq.
Christopher M. Dressel, Esq.
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
155 North Wacker Drive
Chicago, Illinois  60606
ron.meisler@skadden.com
al.hogan@skadden.com
carl.tullson@skadden.com
christopher.dressel@skadden.com
*Via first class mail and e-mail*

Kenneth A. Rosen, Esq.
Sharon L. Levine, Esq.
LOWENSTEIN SANDLER LLP
65 Livingston Avenue
Roseland, New Jersey 07068
krosen@lowenstein.com
slevine@lowenstein.com
*Via first class mail and e-mail*

Christopher A. Ward, Esq.
Justin K. Edelson, Esq.
POLSINELLI PC
222 Delaware Avenue
Suite 1101
Wilmington, Delaware 19801
cward@polsinelli.com
jedelson@polsinelli.com
*Via hand delivery and e-mail*

Michael R. Nestor, Esq.
Kara Hammond Coyle, Esq.
Maris J. Kandestin, Esq.
Andrew L. Magaziner, Esq.
YOUNG CONAWAY STARGATT
  & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
mnestor@ycst.com
kcoyle@ycst.com
mkandestin@ycst.com
amagaziner@ycst.com
*Via hand delivery and e-mail*

Michael A. Rosenthal, Esq.
Robert A. Klyman, Esq.
Samuel A. Newman, Esq.
Jeremy L. Graves, Esq.
Sabina Jacobs, Esq.
GIBSON, DUNN & CRUTCHER, LLP
333 South Grand Avenue
Los Angeles, California 90071
mrosenthal@gibsondunn.com
rklyman@gibsondunn.com
snewman@gibsondunn.com
jgraves@gibsondunn.com
*Via first class mail and e-mail*

Gerald C. Bender, Esq.
LOWENSTEIN SANDLER LLP
1251 Avenue of the Americas
New York, New York  10020
gbender@lowenstein.com
*Via first class mail and e-mail*