# EXHIBIT B

Standard Register Committee of Unsecured Creditors                                                               Page 78
Invoice No.: 738066                                                                                                June 11, 2015

**EXHIBIT B**

**Actual and necessary disbursements incurred by Lowenstein Sandler LLP**

**II.  Summary of Disbursement Charges**

| | |
|---|---:|
| Bulk rate/special postage | $50.85 |
| Computerized legal research | $1,609.28 |
| Telecommunications | $495.56 |
| Travel | $5,712.12 |
| Photocopies 595 pages at $0.10 per page | $59.50 |
| **Total Disbursements** | **$7,927.31** |

The above charges are based upon time and expense records available on or about the date of the attached letter.  Such records are believed in good faith to be accurate and substantially up to date, but there may be fees and expenses that have not been processed as of such date which Lowenstein Sandler LLP may submit in the future.  Lowenstein Sandler LLP reserves the right to amend this monthly statement at a later date.

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| | | |
|---|---|---|
| Standard Register Committee of Unsecured Creditors | | Page 79 |
| Invoice No.: 738066 | | June 11, 2015 |

**DISBURSEMENT DETAIL:**

| Date | Description | Amount |
|---|---|---|
| 04/24/15 | Other Telecommunications Charges  VENDOR: American Express; INVOICE#: 042915; DATE: 4/29/2015 Courtcall - Telephonic Court appearance | $39.59 |
| 04/01/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 32.51 |
| 04/01/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 2.21 |
| 04/01/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 2.46 |
| 04/02/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 2.89 |
| 04/02/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 1.63 |
| 04/02/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 1.89 |
| 04/02/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 2.80 |
| 04/02/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 4.14 |
| 04/02/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 0.17 |
| 04/02/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 10.78 |
| 04/03/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 0.05 |
| 04/03/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Local Access  - USA | 3.24 |
| 04/03/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 1.92 |
| 04/06/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 1.77 |
| 04/06/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 3.03 |
| 04/06/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 38.80 |
| 04/08/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 1.04 |
| 04/08/15 | Long distance telephone - External  VENDOR: Premiere | 3.70 |

| Date | Description | Amount |
|---|---|---|
| | Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | |
| 04/08/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 9.46 |
| 04/10/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 0.68 |
| 04/10/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 4.25 |
| 04/10/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 5.29 |
| 04/11/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 2.68 |
| 04/11/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 2.03 |
| 04/12/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 17.53 |
| 04/12/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 11.18 |
| 04/16/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 17.09 |
| 04/17/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 71.69 |
| 04/20/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 5.80 |
| 04/21/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 6.91 |
| 04/21/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 3.48 |
| 04/21/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 0.99 |
| 04/21/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 2.40 |
| 04/21/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 2.26 |
| 04/22/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 0.49 |
| 04/22/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 4.54 |
| 04/23/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 | 6.39 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| | | |
|---|---|---|
| Standard Register Committee of Unsecured Creditors | | Page 81 |
| Invoice No.: 738066 | | June 11, 2015 |

| Date | Description | Amount |
|---|---|---|
| | GlobalMeetÂ® Audio NA - Toll Free  - USA | |
| 04/23/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 22.25 |
| 04/23/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 2.39 |
| 04/23/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 2.29 |
| 04/23/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 4.14 |
| 04/23/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 0.17 |
| 04/24/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 1.40 |
| 04/24/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 3.51 |
| 04/24/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 7.94 |
| 04/24/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 61.18 |
| 04/27/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 8.45 |
| 04/27/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 4.14 |
| 04/27/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 0.17 |
| 04/28/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 25.55 |
| 04/30/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 7.32 |
| 04/30/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 2.13 |
| 04/30/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 2.64 |
| 04/30/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 10.13 |
| 04/11/15 | Travel - Accommodations  VENDOR: American Express; INVOICE#: 042915; DATE: 4/29/2015 Chicago Renaissance - Behlmann hotel | 266.56 |
| 03/31/15 | Travel - Airfare  VENDOR: American Express; INVOICE#: 042915; DATE: 4/29/2015 United Airlines - Behlmann flights for Deposition - Ohio | 22.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Standard Register Committee of Unsecured Creditors  Page 82
Invoice No.: 738066  June 11, 2015

| Date | Description | Amount |
|---|---|---:|
| 03/31/15 | Travel - Airfare  VENDOR: American Express; INVOICE#: 042915; DATE: 4/29/2015 Behlmann flights for Deposition - Airfare from: Newark / to: Ohio | 29.00 |
| 03/31/15 | Travel - Airfare  VENDOR: American Express; INVOICE#: 042915; DATE: 4/29/2015 Behlmann flights for Deposition - Airfare from: Newark / to: Ohio | 45.00 |
| 03/31/15 | Travel - Airfare  VENDOR: American Express; INVOICE#: 042915; DATE: 4/29/2015 Behlmann flights for Deposition - Airfare from: Newark / to: Ohio | 9.00 |
| 03/31/15 | Travel - Airfare  VENDOR: American Express; INVOICE#: 042915; DATE: 4/29/2015 Behlmann flights for Deposition - Airfare from: Newark / to: Ohio | 1,234.20 |
| 04/04/15 | Travel - Airfare  VENDOR: American Express; INVOICE#: 042915; DATE: 4/29/2015 Behlmann flights for Deposition - Airfare from: Newark / to: Ohio | 880.21 |
| 04/07/15 | Travel - Airfare  VENDOR: American Express/Trv. INVOICE#: 042915-1 DATE: 4/30/2015 Ticket #: 7586339386; Route: EWR ORD EWR; Date: 04/09/2015; LTS #: 156120 | 930.20 |
| 04/07/15 | Travel - Airfare  VENDOR: American Express/Trv. INVOICE#: 042915-1 DATE: 4/30/2015 Ticket #: 7586339385; Route: EWR ORD EWR; Date: 04/09/2015; LTS #: 156118 | 930.20 |
| 04/07/15 | Travel - Airfare  VENDOR: American Express/Trv. INVOICE#: 042915-1 DATE: 4/30/2015 Ticket #: 0645936111; Route: ; Date: ; LTS #: 156120 | 39.00 |
| 04/07/15 | Travel - Airfare  VENDOR: American Express/Trv. INVOICE#: 042915-1 DATE: 4/30/2015 Ticket #: 0645936110; Route: ; Date: ; LTS #: 156118 | 39.00 |
| 04/10/15 | Travel - Airfare  VENDOR: American Express/Trv. INVOICE#: 042915-1 DATE: 4/30/2015 Ticket #: 0646137043; Route: ; Date: ; LTS #: 156593 | 39.00 |
| 04/13/15 | Travel - Airfare  VENDOR: American Express/Trv. INVOICE#: 042915-1 DATE: 4/30/2015 Ticket #: 0646203705; Route: ; Date: ; LTS #: 156714 | 24.95 |
| 04/17/15 | Travel - Airfare  VENDOR: American Express; INVOICE#: 042915; DATE: 4/29/2015 Behlmann flights for Deposition - Airfare from: Newark / to: Ohio | 72.00 |
| 04/22/15 | Travel - Airfare  VENDOR: American Express; INVOICE#: 042915; DATE: 4/29/2015 Behlmann flights for Deposition - Airfare from: Newark / to: Ohio | 45.00 |
| 04/22/15 | Travel - Airfare  VENDOR: American Express; INVOICE#: 042915; DATE: 4/29/2015 Behlmann flights for Deposition - Airfare from: Newark / to: Ohio | -72.00 |
| 04/22/15 | Travel - Airfare  VENDOR: American Express; INVOICE#: 042915; DATE: 4/29/2015 Behlmann flights for Deposition - Airfare from: Newark / to: Ohio | -45.00 |
| 04/08/15 | Amtrak Rail travel  VENDOR: American Express/Trv. INVOICE#: 042915-1 DATE: 4/30/2015 Ticket #: 5040810091; Route: NWK WIL NWK; Date: 04/13/2015; LTS #: 156259 | 358.00 |
| 04/08/15 | Amtrak Rail travel  VENDOR: American Express/Trv. INVOICE#: 042915-1 DATE: 4/30/2015 Ticket #: 0645993292; Route: ; Date: ; LTS #: 156259 | 39.00 |
| 04/13/15 | Amtrak Rail travel  VENDOR: American Express; INVOICE#: 042915; DATE: 4/29/2015 Amtrak to hearing | 358.00 |
| 04/20/15 | Amtrak Rail travel  VENDOR: American Express/Trv. INVOICE#: 042915-1 DATE: 4/30/2015 Ticket #: | 358.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Standard Register Committee of Unsecured Creditors  Page 83
Invoice No.: 738066  June 11, 2015

| Date | Description | Amount |
|---|---|---|
| | 5042012431; Route: NWK WIL NWK; Date: 04/21/2015; LTS #: 157388 | |
| 04/20/15 | Amtrak Rail travel  VENDOR: American Express/Trv. INVOICE#: 042915-1 DATE: 4/30/2015 Ticket #: 0646494090; Route: ; Date: ; LTS #: 157388 | 39.00 |
| 04/21/15 | Amtrak Rail travel  VENDOR: American Express/Trv.; INVOICE#: 042915-1; DATE: 4/30/2015  -  VENDOR: American Express/Trv. INVOICE#: 042915-1 DATE: 4/30/2015  NWK WIL NWK ticket #3160061074 \| | -55.00 |
| 05/12/15 | Amtrak Rail travel  VENDOR: Jung, Wojciech F.; INVOICE#: 051415; DATE: 5/14/2015 Revised fare charge | 73.00 |
| 05/12/15 | Out of town ground travel (mileage, taxi, tolls etc...) VENDOR: Kizel, Paul; INVOICE#: 051415; DATE: 5/14/2015  Travel to Delaware for hearing | 25.00 |
| 05/12/15 | Local Travel  VENDOR: Jung, Wojciech F.; INVOICE#: 051415; DATE: 5/14/2015 Attend hearing | 28.80 |
| 05/06/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | $8.00 |
| 05/07/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 05/08/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 05/09/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 05/10/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 05/07/15 | Computerized legal research: Lexis:  User: BEHLMANN, ANDREW; Service: LEXIS LEGAL SERVICES; Charge Type: LEGAL CITATION SERVICES-1.00; COMPUTER CONECTN TIME-267; SINGLE DOCUMENT RETRIEVAL-2.00; ; | 55.85 |
| 05/11/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 05/15/15 | Computerized legal research: Lexis:  User: KELLY-VERDUCCI,  TERRY; Service: LEXIS LEGAL SERVICES; Charge Type: DOCUMENT PRINTING-3.00; SINGLE DOCUMENT RETRIEVAL-4.00; ; | 133.74 |
| 05/12/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 05/13/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 05/14/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 05/15/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  60 / Docs/Lines:  0 | 106.99 |
| 05/16/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Standard Register Committee of Unsecured Creditors  Page 84
Invoice No.: 738066  June 11, 2015

| Date | Description | Amount |
|---|---|---|
| 05/15/15 | Computerized legal research: Westlaw: User Name: DORF,RANDALL B / Duration of Search: 00:00 / Transaction: 9 / Docs/Lines: 0 | 98.99 |
| 05/18/15 | Computerized legal research: Lexis: User: KELLY-VERDUCCI, TERRY; Service: LEXIS LEGAL SERVICES; Charge Type: DOCUMENT PRINTING-4.00; SINGLE DOCUMENT RETRIEVAL-4.00; ; | 149.79 |
| 05/17/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 05/18/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 6 / Docs/Lines: 0 | 32.00 |
| 05/19/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 05/21/15 | Computerized legal research: Westlaw: User Name: BEHLMAN,ANDREW / Duration of Search: 00:00 / Transaction: 5 / Docs/Lines: 0 | 48.00 |
| 05/20/15 | Computerized legal research: Westlaw: User Name: DE LEO,ANTHONY / Duration of Search: 00:00 / Transaction: 9 / Docs/Lines: 0 | 98.99 |
| 05/20/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 6 / Docs/Lines: 0 | 8.00 |
| 05/21/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 05/22/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 15 / Docs/Lines: 0 | 106.99 |
| 05/23/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 05/24/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 05/25/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 05/26/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 3 / Docs/Lines: 0 | 8.00 |
| 05/28/15 | Computerized legal research: Westlaw: User Name: BROWN,NICOLE M / Duration of Search: 00:00 / Transaction: 34 / Docs/Lines: 0 | 395.96 |
| 05/27/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 05/28/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 05/29/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 05/30/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 10 / Docs/Lines: 0 | 205.98 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Standard Register Committee of Unsecured Creditors     Page 85
Invoice No.: 738066     June 11, 2015

| Date | Description | Amount |
|---|---|---|
| 05/31/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| | Bulk rate/special postage | 50.85 |
| | Internal photocopies: 595 pages at $0.10 per page | 59.50 |
| | **Total Disbursements** | **$7,927.31** |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**