**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Timothy R. Quinn, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On June 15, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served in the manners set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Notice of Agenda of Matters Scheduled for Hearing on June 17, 2015 at 10:00 A.M. (ET) [Docket No. 669]

On June 15, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served 1) via Email on the Affected Party Email Service List attached hereto as **Exhibit B** and 2) via Overnight Mail on the Affected Party Overnight Mail Service List attached hereto as **Exhibit C**:

- Debtors' Omnibus Reply to Objections to Debtors' Motion for (I) an Order (A) Establishing Sale Procedures Relating to the Sale of Substantially All of the Debtors' Assets; (B) Approving Bid Protections; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts; (D) Approving Form and Manner of Notice of All Procedures, Protections, Schedules, and Agreements; (E) Scheduling a Hearing to Consider the Proposed Sale; and (F) Granting Certain Related Relief; and (II) an Order (A) Approving the Sale of Substantially All of the Debtors' Assets and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale [Docket No. 667]

---

[1]   The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

- Notice of Agenda of Matters Scheduled for Hearing on June 17, 2015 at 10:00 A.M. (ET) [Docket No. 669]

Dated: June 16, 2015

Timothy R. Quinn

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on June 16, 2015, by Timothy R. Quinn, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

James Daloia
Notary Public, State of New York
No. 02DA6171472
Qualified in Suffolk County New York County
Commission Expires July 23 2011 November 22, 2015

2

SRF 3056

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel for The Ultimate Software Group, Inc. | Akerman LLP | Attn: Sundeep S. Sidhu, Esq.<br>420 S. Orange Avenue<br>Suite 1200<br>Orlando FL 32801-4904 | 407-843-6610 | sunny.sidhu@akerman.com<br>brett.marks@akerman.com | Fax and Email |
| Counsel for Georgia-Pacific Consumer Products LP | Alston & Bird LLP | Attn: David A. Wender, Jonathan T. Edwards<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta GA 30309-3424 | | david.wender@alston.com<br>jonathan.edwards@alston.com | Email |
| Counsel for the Treasurer of Arapahoe County | Arapahoe County Attorney | Attn: Robert Hill<br>5334 S. Prince Street<br>Littleton CO 80166 | | rhill@arapahoegov.com<br>kmetzger@arapahoegov.com<br>wrossman@arapahoegov.com | Email |
| Counsel for ML-AI 125 Wacker, LLC | Arnstein & Lehr LLP | Attn: Kevin H. Morse<br>120 S. Riverside Plaza, Suite 1200<br>Chicago IL 60606 | 312-876-6273 | khmorse@arnstein.com | Fax and Email |
| Counsel for Salesforce.com, Inc. | Ashby & Geddes, P.A. | Attn: Ricardo Palacio<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington DE 19899 | 302-654-2067 | rpalacio@ashby-geddes.com | Fax and Email |
| Counsel for Ennis, Inc. | Baker Botts L.L.P. | Attn: James Prince, Meggie S. Gilstrap<br>2001 Ross Ave.<br>Dallas TX 75201-2980 | 214-661-4612 | jim.prince@bakerbotts.com<br>meggie.gilstrap@bakerbotts.com | Fax and Email |
| Administrative Agent under the Debtors' Amended and Restated Loan and Security Agreement | Bank of America, N.A. | James S. Rankin Jr., Parker, Hudson, Rainer & Dobbs LLP<br>1500 Marquis Two Tower<br>285 Peachtree Center Avenue NE<br>Atlanta GA 30303 | 404-522-8409 | jrankin@phrd.com | Fax and Email |
| Counsel for CDK Global, LLC (f/k/a ADP Dealer Services, Inc.) | Barnes & Thornburg LLP | Attn: David M. Powlen, Esq. & Kevin G. Collins, Esq.<br>1000 N. West Street<br>Suite 1500<br>Wilmington DE 19801 | | david.powlen@btlaw.com<br>kevin.collins@btlaw.com | Email |
| Counsel for Memorial Hermann Health System | Bayard, P.A. | Attn: Scott D. Cousins, Esquire<br>222 Delaware Avenue<br>Suite 900<br>Wilmington DE 19801 | 302-658-6395 | scousins@bayardlaw.com | Fax and Email |
| Counsel for United Parcel Service, Inc. | Bialson, Bergen & Schwab | Attn: Lawrence M. Schwab, Kenneth T. Law<br>2600 El Camino Real<br>Suite 300<br>Palo Alto CA 94306 | 650-494-2738 | Klaw@bbslaw.com | Fax and Email |
| Counsel for Salesforce.com, Inc. | Bialson, Bergen & Schwab | Attn: Lawrence M. Schwab, Thomas M. Gaa<br>2600 El Camino Real<br>Suite 300<br>Palo Alto CA 94306 | 650-494-2738 | Tgaa@bbslaw.com | Fax and Email |
| Counsel for GCCFC 2005-GG5-Terminus Industrial Limited Partnership | Bilzin Sumberg Baena Price & Axelrod, LLP | Attn: Jeffrey I. Snyder<br>1450 Brickell Avenue<br>23rd Floor<br>Miami FL 33131 | 305-374-7593;<br>305-351-2234 | jsnyder@bilzin.com | Fax and Email |
| Counsel for Volt Consulting Group, Ltd. | Blakeley LLP | Attn: Scott E. Blakeley<br>2 Park Plaza<br>Suite 400<br>Irvine CA 92614 | 949-260-0613 | SEB@BlakeleyLLP.com | Fax and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel for Liberty Property Limited Partnership | Blank Rome LLP | Attn: Alan M. Root<br>1201 Market Street<br>Suite 800<br>Wilmington DE 19801 | 302-425-6464 | Root@BlankRome.com | Fax and Email |
| Counsel for Liberty Property Limited Partnership | Blank Rome LLP | Attn: John E. Lucian<br>One Logan Square<br>130 North 18th Street<br>Philadelphia PA 19103 | 215-832-5442 | Lucian@BlankRome.com | Fax and Email |
| Counsel for BMC Group, Inc | BMC Group, Inc | Attn T Feil<br>300 Continental Boulevard<br>#570<br>El Segundo CA 90245 | | tfeil@bmcgroup.com | Email |
| Counsel for CareSource | Bricker & Eckler LLP | Attn: David M. Whittaker<br>100 South Third Street<br>Columbus OH 43215 | 614-227-2390 | dwhittaker@bricker.com | Fax and Email |
| Counsel for Bank of America, N.A. | Bryan Cave LLP | Attn: Michelle McMahon<br>1290 Avenue of the Americas<br>New York NY 10104-3300 | 212-541-1439 | michelle.mcmahon@bryancave.com | Fax and Email |
| Counsel for Bank of America, N.A. | Bryan Cave LLP | Attn: Robert J. Miller, Justin A. Sabin<br>Two North Central Avenue<br>Suite 2200<br>Phoenix AZ 85004-4406 | | rjmiller@bryancave.com, justin.sabin@bryancave.com | Email |
| Counsel for Oracle America, Inc. & Oracle Credit Corporation | Buchalter Nemer, A Professional Corporation | Attn: Shawn M. Christianson, Esq.<br>55 Second Street<br>17th Floor<br>San Francisco CA 94105-3493 | 415-227-0770 | schristianson@buchalter.com | Fax and Email |
| Counsel for Saddle Creek Corporation | Carlton Fields Jorden Burt, P.A. | Attn: John J. Lamoureux<br>4221 West Boy Scout Boulevard, 10th Floor<br>PO Box 3239<br>Tampa FL 33601-3239 | 813-229-4133 | jlamoureux@cfjblaw.com | Fax and Email |
| Counsel for Xerox Corporation | Ciardi Ciardi & Astin | Attn: Daniel K. Astin; John D. McLaughlin, Jr & Joseph J. McMahon, Jr.<br>1204 N. King Street<br>Wilmington DE 19801 | | jmclaughlin@ciardilaw.com<br>jmcmahon@ciardilaw.com | Email |
| Counsel for Flexcon, Inc. & Technicote, Inc. | Clark Hill PLC | Attn: Edward J. Kosmowski<br>824 N. Market Street<br>Suite 710<br>Wilmington DE 19801 | 302-421-9439 | ekosmowski@clarkhill.com | Fax and Email |
| Counsel for Flexcon, Inc. & Technicote, Inc. | Clark Hill PLC | Attn: Scott N. Schreiber<br>150 N. Michigan Avenue | 312-985-5984 | sschreiber@clarkhill.com | Fax and Email |
| Counsel for Flexcon, Inc. & Technicote, Inc. | Clark Hill PLC | Attn: Shannon L. Deeby<br>151 South Old Woodward Avenue<br>Suite 200<br>Birmingham MI 48009 | 248-988-2504 | sdeeby@clarkhill.com | Fax and Email |
| Counsel for Hewlett-Packard Company | Cole Schotz, P.C. | Attn: Michael D. Warner<br>301 Commerce Street<br>Ste. 1700<br>Fort Worth TX 76102 | 817-810-5255 | mwarner@coleschotz.com | Fax and Email |
| Counsel for Hewlett-Packard Company | Cole Schotz, P.C. | Attn: Patrick J. Reilley<br>500 Delaware Avenue<br>Suite 1410<br>Wilmington DE 19801 | 302-652-3117 | preilley@coleschotz.com | Fax and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel for the Commonwealth of Pennsylvania, Department of Revenue | Commonwealth of Pennsylvania, Department of Revenue Office of the Attorney General | Attn: Kathleen G. Kane, Carol E. Momjian<br>21 S. 12th Street<br>3rd Floor<br>Philadelphia PA 19107-3603 | 215-560-2202 | cmomjian@attorneygeneral.gov | Fax and Email |
| Counsel for CareSource | Cross & Simon, LLC | Attn: Christopher P. Simon<br>1105 North Market Street<br>Suite 901<br>Wilmington DE 19801 | 302-777-4224 | csimon@crosslaw.com | Fax and Email |
| Counsel for Colorado Timberline | Darling Milligan Horowitz, PC | Attn: Brian D. Milligan, Esq.<br>1331 17th Street<br>Suite 800<br>Denver CO 80202 | 303-623-9129 | bmilligan@dmhlaw.net | Fax and Email |
| Delaware Attorney General | Delaware Attorney General | Attn Bankruptcy Dept<br>Carvel State Office Bldg<br>820 N French St 6th Fl<br>Wilmington DE 19801 | | attorney.general@state.de.us | Email |
| Delaware Division of Revenue | Delaware Division of Revenue | Zillah Frampton<br>820 N French St<br>Wilmington DE 19801 | 302-577-8632 | FASNotify@state.de.us | Fax and Email |
| Delaware Secretary of State | Delaware Secretary of State | Corporations Franchise Tax<br>PO Box 898<br>Dover DE 19903 | 302-739-5831 | dosdoc_Ftax@state.de.us | Fax and Email |
| Delaware State Treasury | Delaware State Treasury | Attn Bankruptcy Dept<br>820 Silver Lake Blvd Ste 100<br>Dover DE 19904 | 302-739-5635 | statetreasurer@state.de.us | Fax and Email |
| Counsel for Lazard Freres & Co. LLC; Lazard Middle Market, LLC | Dentons | Attn: Arthur H. Ruegger<br>1221 Avenue of the Americas<br>New York NY 10020 | | arthur.ruegger@dentons.com | Email |
| Special Corporate Counsel to the Debtors | Dinsmore & Shohl LLP | Christopher A. Deabler<br>255 East Fifth Street<br>Suite 1900<br>Cincinnati OH 45202 | 513-977-8141 | christopher.deabler@dinsmore.com | Fax and Email |
| Counsel for Appvion, Inc. | Duane Morris LLP | Attn: Jarret P. Hitchings<br>222 Delaware Avenue<br>Suite 1600<br>Wilmington DE 19801 | 302-657-4901 | JPHitchings@duanemorris.com | Fax and Email |
| Counsel for Appvion, Inc. | Duane Morris LLP | Attn: Jeffrey W. Spear<br>1540 Broadway<br>New York NY 10036 | | JWSpear@duanemorris.com | Email |
| Counsel for LRP&P Graphics | Earp Cohn, P.C. | Attn: Richard M. Schlaifer<br>20 Brace Road<br>4th Floor<br>Cherry Hill NJ 08034-0000 | 856-354-0842 | rsclaifer@earpcohn.com | Fax and Email |
| Environmental Protection Agency - Region 3 | Environmental Protection Agency | Attn Bankruptcy Dept<br>1650 Arch Street<br>Philadelphia PA 19103-2029 | | r3public@epa.gov | Email |
| Counsel for Xerox Corporation | FishmanJackson | Attn: Mark H. Ralston, Esquire<br>700 Three Galleria Tower<br>13155 Noel Road, L.B. 13<br>Dallas TX 75240 | 972-419-5501 | mralston@fishmanjackson.com | Fax and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel for Canon Financial Services | Fleischer, Fleischer & Suglia | Attn: Nicola G. Suglia, Allison L. Domowitch<br>Plaza 1000 at Main Street<br>Suite 208<br>Voorhees NJ 08043- | 856-489-6439 | | Fax |
| Counsel for Avery Dennison | Frantz Ward LLP | Attn: Timothy J. Richards, John F. Kostelnik<br>200 Public Square<br>Suite 3000<br>Cleveland OH 44114 | 216-515-1650 | trichards@frantzward.com<br>jkostelnik@frantzward.com | Fax and Email |
| Counsel for The Realty Associates Fund IX | Friedlander Misler, PLLC | Attn: Robert E. Greenburg, Thomas F. Murphy, Lindsay A. Thompson<br>5335 Wisconsin Avenue, NW<br>Suite 600<br>Washington DC 20015 | | rgreenberg@dclawfirm.com<br>tmurphy@dclawfirm.com<br>lathompson@dclawfirm.com | Email |
| Committee Member | Gary Becker | 666 Barclay Lane<br>Broomall PA 19008 | | | Overnight Mail |
| Committee Member | Georgia Pacific Corp | Emily O. Valladares<br>133 Peachtree Street, NE<br>Atlanta GA 30303 | 404-584-1461 | Emily.Valladares@gapac.com | Fax and Email |
| Counsel for DG3 Group America, Inc. | Gibbons P.C. | Attn: Mark B. Conlan<br>One Gateway Center<br>Newark NJ 07102-5310 | 973-596-0545 | mconlan@gibbonslaw.com | Fax and Email |
| Counsel for DG3 Group America, Inc. | Gibbons P.C. | Attn: Natasha M. Songonuga<br>1000 N. West Street<br>Suite 1200<br>Wilmington DE 19801-1058 | 302-295-4876 | nsongonuga@gibbonslaw.com | Fax and Email |
| Counsel for Bell & Howell Company and BBH Financial Services | Golan & Christie LLP | Attn: Barbara L. Yong, Caren A. Lederer<br>70 W. Madison Street<br>Suite 1500<br>Chicago IL 60602 | 312-263-0939 | blyong@golanchristie.com<br>calederer@golanchristie.com | Fax and Email |
| Counsel for Raff Printing | Goldberg, Kamin & Garvin, LLP | Attn: Robert J. Garvin<br>1806 Frick Building<br>437 Grant Street<br>Pittsburgh PA 15219-6101 | | robertg@gkgattorneys.com | Email |
| Counsel for United Radio, Inc. dba BlueStar | Graydon Head & Ritchey LLP | Attn: J. Michael Debbeler<br>1900 Fifth Third Center<br>511 Walnut Street<br>Cincinnati OH 45202 | 513-651-3836 | mdebbeler@graydon.com | Fax and Email |
| Counsel for The Envelope Printery | Iannotti & Associates PLC | Attn: Daniel V. Iannotti<br>1475 Club Drive<br>Bloomfield Hills MI 48302 | | Dan@TheGeneralCounsel.com | Email |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market St<br>Mail Stop 5 Q30 133<br>Philadelphia PA 19104-5016 | 855-235-6787 | | Fax |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia PA 19101-7346 | 855-235-6787 | | Fax |
| Counsel for Iron Mountain Information Management, LLC | Iron Mountain Information Management, LLC | Attn: Joseph Corrigan<br>One Federal Street<br>Boston MA 02110 | | Bankruptcy2@ironmountain.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel for Lewisville Independent School District | Law Offices of Robert E. Luna P.C. | c/o George C. Scherer 4411 N. Central Expressway Dallas TX 75205 | 214-521-1738 | scherer@txschoollaw.com | Fax and Email |
| Counsel for Computer Sciences Corporation | LeClairRyan | Attn: Andrew L. Cole 180 Admiral Cochrane Drive Suite 370 Annapolis MD 21401 | 410-224-0098 | andrew.cole@leclairryan.com | Fax and Email |
| Counsel for Dallas County | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller 2777 N. Stemmons Freeway Suite 1000 Dallas TX 75207 | 469-221-5003 | dallas.bankruptcy@publicans.com | Fax and Email |
| Counsel for Cypress-Fairbanks ISD, Washington County & Harris County | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman PO Box 3064 Houston TX 77253-3064 | 713-844-3503 | houston_bankruptcy@lgbs.com | Fax and Email |
| Counsel for the Official Committee of Unsecured Creditors | Lowenstein Sandler LLP | Attn: Gerald C. Bender 1251 Avenue of the Americas New York NY 10020 | 212-262-7402 | | Fax |
| Counsel for the Official Committee of Unsecured Creditors | Lowenstein Sandler LLP | Attn: Kenneth A. Rosen, Sharon L. Levine 65 Livingston Avenue Roseland NJ 07068-0000 | 973-597-2400 | | Fax |
| Counsel for Oracle America, Inc. | Magnozzi & Kye, LLP | Attn: Amish R. Doshi, Esq. 23 Green Street Suite 302 Huntington NY 11743 | | adoshi@magnozzikye.com | Email |
| Committee Member | Mark Platt | 5048 James Hill Road Kettering OH 45429 | | | Overnight Mail |
| Counsel for MAX International Converters, Inc. | Marshall Dennehey Warner Coleman & Goggin, P.C. | Attn: Thomas D. Walsh, Esq. Nemours Building, 1007 North Orange Street Suite 600, P.O. Box 8888 Wilmington DE 19899 | 302-552-4340 | TDWalsh@mdwcg.com | Fax and Email |
| Counsel for CIT Group/Equipment Financing, Inc. | McCarter & English LLP | Attn: Katharine L. Mayer Renaissance Centre 405 N. King Street, 8th Floor Wilmington DE 19801 | 302-984-6399 | kmayer@mccarter.com | Fax and Email |
| Counsel for CIT Group/Equipment Financing, Inc. | McCarter & English LLP | Attn: Lisa Bonsall Four Gateway Center 100 Mulberry Street Newark NJ 07102-0000 | 973-624-7070 | lbonsall@mccarter.com | Fax and Email |
| Counsel for Tax Appraisal District of Bell County and the County of Denton, Texas | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Lee Gordon PO Box 1269 Round Rock TX 78680 | 512-323-3205 | lgordon@mvbalaw.com | Fax and Email |
| Counsel for PacerPro, Inc. | McGrane LLP | Attn: Gavin McGrane Four Embarcadero Center Suite 1400 San Francisco CA 94111 | | gavin.mcgrane@mcgranellp.com | Email |
| Debtors Restructuring Advisors | McKinsey Recovery & Transformation Services U.S., LLC | Kevin Carmody and Mark W. Hojnacki 55 East 52nd Street New York NY 10055 | 212-446-8575 | | Fax |
| Counsel for Pitney Bowes Inc., and its Affiliates | Meyer, Suozzi, English & Klein, P.C. | Attn: Edward J. LoBello 1350 Broadway, Suite 501 P.O. Box 822 New York NY 10018-0822 | | elobello@msek.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Interested Party | Michael Bazley | 651 "I" St.<br>Sacramento CA 95814 | | | Overnight Mail |
| Counsel for Cenveo Corporation | Minkin & Harnisch PLLC | Attn: Ethan B. Minkin, Andrew A. Harnisch<br>6515 N. 12th Street<br>Suite B<br>Phoenix AZ 85014 | | ethan@mhlawaz.com<br>andy@mhlawaz.com | Email |
| Counsel for the Missouri Department of Revenue | Missouri Department of Revenue | Attn: Sheryl L. Moreau<br>301 W. High Street, Room 670<br>PO Box 475<br>Jefferson City MO 65105-0475 | 573-751-7232 | | Fax |
| Counsel for Georgia-Pacific Consumer Products LP | Morris James LLP | Attn: Jeffrey R. Waxman<br>500 Delaware Avenue<br>Suite 1500<br>Wilmington DE 19801-1494 | | jwaxman@morrisjames.com | Email |
| Counsel for Ample Industries, Inc. | Neale & Newman, L.L.P. | Attn: Brian K. Asberry<br>1949 E. Sunshine, Suite 1-130<br>P.O. Box 10327<br>Springfield MO 65808 | 417-882-2529 | basberry@nnlaw.com<br>swestpfahl@nnlaw.com | Fax and Email |
| Counsel for the Commissioner of the New York State Department of Taxation and Finance by and through Amanda Hiller, Deputy Commissioner and Counsel | New York State Department of Taxation and Finance | Attn: Robert L. Cook, District Tax Attorney, Office of Counsel<br>340 East Main St.<br>Rochester NY 14604 | 518-435-8490 | Robert.Cook@tax.ny.gov | Fax and Email |
| United States Trustee District of Delaware | Office of the United States Trustee | Mark Kinney<br>844 King St Ste 2207<br>Wilmington DE 19801 | 302-573-6497 | mark.kenney@usdoj.gov | Fax and Email |
| Creditor Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania | Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania | Attn: Linda Mitten<br>Collections Support Unit<br>651 Boas Street, Room 700<br>Harrisburg PA 17121 | 717-787-7671 | ra-li-ucts-bankrupt@state.pa.us | Fax and Email |
| Counsel for the Oklahoma County Treasurer | Oklahoma County Treasurer | Attn: Gretchen Crawford - Assistant District Attorney<br>320 Robert S. Kerr<br>Room 505<br>Oklahoma City OK 73102 | 405-713-1749 | grecra@oklahomacounty.org | Fax and Email |
| Counsel for Unilever | Parker Ibrahim & Berg LLC | Attn: Joseph H. Lemkin<br>270 Davidson Avenue<br>Somerset NJ 08873-0000 | 908-333-6230 | joseph.lemkin@piblaw.com | Fax and Email |
| Counsel for Bank of America, N.A. | Parker, Hudson, Rainer & Dobbs LLP | Attn: C. Edward Dobbs, James S. Rankin, Jr., Jack C. Basham, Jr., Joshua J. Lewis<br>1500 Marquis Two Tower<br>285 Peachtree Center Avenue, NE<br>Atlanta GA 30303 | 404-522-8409 | ced@phrd.com<br>jsr@phrd.com<br>jcb@phrd.com<br>jjl@phrd.com | Fax and Email |
| Committee Member | PBGC | Attn Jack Butler<br>1200 K Street NW<br>Washington DC 20005-4026 | 202-842-2643 | Morgan.Courtney@pbgc.gov | Fax and Email |
| Counsel for the Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn:  Courtney L. Morgan<br>Office of the Chief Counsel<br>1200 K Street NW<br>Washington DC 20005-4026 | 202-326-4112 | morgan.courtney@pbgc.gov<br>efile@pbgc.gov | Fax and Email |
| Delaware Bankruptcy Counsel to the Official Committee of Unsecured Creditors | Polsinelli PC | Attn: Christopher A. Ward, Justin K. Edelson, Shanti M. Katona<br>222 Delaware Avenue<br>Suite 1101<br>Wilmington DE 19801 | 302-252-0921 | cward@polsinelli.com<br>skatona@polsinelli.com<br>jedelson@polsinelli.com | Fax and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel for Dayton Mailing Services, Inc. | Potter Anderson & Corroon LLP | Attn: Jeremy W. Ryan & Etta R. Mayers<br>1313 North Market Street, Sixth Floor<br>PO Box 951<br>Wilmington DE 19899-0951 | 302-658-1192 | jryan@potteranderson.com<br>emayers@potteranderson.com | Fax and Email |
| Counsel for Customgraphix Printing Corp. | Ravich Meyer Kirkman McGrath Nauman & Tansey, P.A. | Attn: Michael F. McGrath<br>4545 IDS Center<br>80 South Eighth Street<br>Minneapolis MN 55402 | | mfmcgrath@ravichmeyer.com | Email |
| Counsel for The Bank of New York Mellon | Reed Smith LLP | Attn: Amy M. Tonti<br>Reed Smith Centre<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh PA 15230-2009 | 412-288-3063 | atonti@reedsmith.com | Fax and Email |
| Counsel for The Bank of New York Mellon | Reed Smith LLP | Attn: J. Cory Falgowski<br>1201 N. Market Street<br>Suite 1500<br>Wilmington DE 19801 | 302-778-7575 | jfalgowski@reedsmith.com | Fax and Email |
| Counsel for Nev's Ink, Inc. | Reinhart Boerner Van Deuren | Attn: Katherine M. O'Malley, Michael D. Jankowski<br>1000 North Water Street, Suite 1700<br>PO Box 2965<br>Milwaukee WI 53201-2965 | 414-298-8097 | komalley@reinhartlaw.com<br>mjankowski@reinhartlaw.com | Fax and Email |
| Counsel for PJ Printers | Richard S. Price, II | 1235 N. Harbor Blvd<br>Suite 200<br>Fullerton CA 92832-1349 | | rspriceii@aol.com | Email |
| Counsel for Bank of America, N.A. | Richards, Layton & Finger, P.A. | Attn: Mark D. Collins, Tyler D. Semmelman<br>One Rodney Square<br>920 North King Street<br>Wilmington DE 19801 | 302-651-7701 | collins@rlf.com<br>semmelman@rlf.com | Fax and Email |
| Counsel for 588 Associates, L.P. | Saul Ewing LLP | Attn: Teresa K.D. Currier<br>222 Delaware Avenue<br>Suite 1200<br>Wilmington DE 19899 | 302-421-5861 | tcurrier@saul.com | Fax and Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury<br>100 F St NE<br>Washington DC 20549 | | NYROBankruptcy@SEC.GOV | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn Bankruptcy Dept<br>Brookfield Place<br>200 Vesey Street Ste 400<br>New York NY 10281-1022 | | bankruptcynoticeschr@sec.gov<br>NYROBankruptcy@SEC.GOV | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn Bankruptcy Dept<br>One Penn Center<br>1617 JFK Blvd Ste 520<br>Philadelphia PA 19103 | | NYROBankruptcy@SEC.GOV | Email |
| Counsel for William Hudson | Shenwick & Associates | Attn: James H. Shenwick<br>655 Third Avenue<br>20th Floor<br>New York NY 10017 | | | Overnight Mail |
| Administrative Agent under Debtors' First Lein Credit Agreement and Second Lein Credit Agreement | Silver Point Finance, LLC | Ron Meisler<br>Chris Dressel c/o Skadden Arps<br>155 N. Wacker Drive<br>Chicago IL 60606 | 312-407-0411 | ron.meisler@skadden.com<br>christopher.dressel@skadden.com | Fax and Email |

In re The Standard Register Company, *et al.*
Case No. 15-10541 (BLS)

Page 7 of 9

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel for ColFin Cobalt I-II Owner, LLC and ColFin Cobalt III Owner, LLC | Singer & Levick, P.C. | Attn: Michelle E. Shriro<br>16200 Addison Road<br>Suite 1400<br>Addison TX 75001 | 972-380-5748 | mshriro@singerlevick.com | Fax and Email |
| Counsel for Silver Point Finance, LLC and Standard Acquistion Holdings, LLC | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Ron E. Meisler Carl T. Tullson Christopher M. Dresel<br>155 North Wacker Drive<br>Suite 2700<br>Chicago IL 60606-1720 | 312-407-0411 | ron.meisler@skadden.com<br>carl.tullson@skadden.com<br>christopher.dressel@skadden.com | Fax and Email |
| Counsel for Silver Point Finance, LLC and Standard Acquistion Holdings, LLC | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Sarah E. Pierce<br>One Rodney Square<br>P.O. Box 636<br>Wilmington DE 19899-0636 | 302-651-3001 | sarah.pierce@skadden.com | Fax and Email |
| Counsel for Sam's Club Business Cred | Synchrony Bank | c/o Recovery Management Systems Corporation<br>25 SE 2nd Avenue<br>Suite 1120<br>Miami FL 33131-1605 | 305-374-8113 | claims@recoverycorp.com | Fax and Email |
| Attorneys for the Texas Comptroller of Public Accounts | Texas Comptroller of Public Accounts | Attn: Jay W. Hurst - Assistant Attorney General<br>Bankruptcy & Collections Division MC 008<br>P.O. Box 12548<br>Austin TX 78711-2548 | 512-936-1409 | Jay.Hurst@texasattorneygeneral.gov | Fax and Email |
| Committee Member | The Flesh Company | Attn: Gerard Winterbottom<br>2118 59th St.<br>St Louis MO 63110 | 314-951-2003 | | Fax |
| Counsel for Timothy Webb | The Rosner Law Group LLC | Attn: Frederick B. Rosner, Jula B. Klein<br>824 Market Street<br>Suite 810<br>Wilmington DE 19801 | | rosner@teamrosner.com<br>klein@teamrosner.com | Email |
| Counsel for The Reynolds and Reynolds Company | Thompson Hine LLP | Attn: Jonathan S. Hawkins<br>Austin Landing I<br>10050 Innovation Drive, Suite 400<br>Miamisburg OH 45342-4934 | 937-443-6635 | jonathan.hawkins@thompsonhine.com | Fax and Email |
| Committee Member | Timothy Webb | 4906 E. Desert Fairways Dr.<br>Paradise Valley AZ 85253 | | | Overnight Mail |
| Counsel for Tennessee Department of Revenue | TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division<br>PO Box 20207<br>Nashville TN 37202-0207 | 615-741-3334 | AGBankDelaware@ag.tn.gov | Fax and Email |
| US Attorney for the District of Delaware | US Attorney for Delaware | Charles Oberly c/o Ellen Slights<br>1007 Orange St Ste 700<br>PO Box 2046<br>Wilmington DE 19899-2046 | | usade.ecfbankruptcy@usdoj.gov | Email |
| Counsel for Brady Corporation | Venable LLP | Attn: Hamid R. Rafatjoo<br>2049 Century Park East<br>Suite 2100<br>Los Angeles CA 90067 | 310-229-9901 | hrafatjoo@venable.com | Fax and Email |
| Counsel for Brady Corporation | Venable LLP | Attn: Jamie L. Edmonson<br>1201 North Market Street<br>Suite 1400<br>Wilmington DE 19801 | 302-298-3550 | jledmonson@venable.com | Fax and Email |
| Committee Member | Veritiv Corporation | Attn: James Salvadori<br>850 N. Arlington Heights Rd<br>Itasca IL 60143 | 866-797-2681 | | Fax |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel for Ennis, Inc. | Womble Carlyle Sandridge & Rice, LLP | Attn: Mark L. Desgrosseilliers, Morgan L. Patterson<br>222 Delaware Avenue<br>Suite 1501<br>Wilmington DE 19801 | | mdesgrosseilliers@wcsr.com<br>mpatterson@wcsr.com | Email |

**Exhibit B**

## Exhibit B
Affected Party Email Service List
Served via Email

| NAME | EMAIL |
|---|---|
| ACE American Insurance Company | Gibbonsj@whiteandwilliams.com |
| Aetna Life Insurance Company | ngreenberg@mcguirewoods.com |
| American Reprographics Company | rsokol@ebg-law.com |
| Apex Color | rah@tmhlaw.net |
| Appvion, Inc. f/k/a Appleton Papers Inc. | JPHitchings@duanemorris.com; JWSpear@duanemorris.com |
| Atlas Tag and Label Inc. | jim.prince@bakerbotts.com |
| B&D Litho California, Inc | sg@bndlitho.com |
| Batson Printing LLC | michaelb@specialtyprintcomm.com |
| Bell and Howell, LLC | ajdagostino@golanchristie.com |
| Buck Consultants, LLC | mshriro@singerlevick.com |
| Canon Financial Services, Inc | info@sobellaw.com; jim.prince@bakerbotts.com |
| CareSource Management Group Co | csimon@crosslaw.com; dwhittaker@bricker.com |
| CEVA Freight, LLC | thgrace@vorys.com |
| Chaotic Moon, LLC | nglassman@bayardlaw.com; gfinizio@bayardlaw.com; dbyrne@fbhf.com; lfancher@fbhf.com |
| Cisco Systems Capital Corporation | rpalacio@ashby-geddes.com; Tgaa@bbslaw.com |

## Exhibit B
Affected Party Email Service List
Served via Email

| NAME | EMAIL |
|------|-------|
| Computer Sciences Corporation | andrew.cole@leclairryan.com |
| Concur Technologies, Inc. | mark.magner@concur.com |
| Crown Credit Company | rhanseman@ssdlaw.com |
| Customgraphix Printing Corp. | kmiller@skjlaw.com |
| Dayton Mailing Services, Inc. | emayers@potteranderson.com |
| Deloitte & Touche LLP | rolyoung@deloitte.com |
| DG3 North America, Inc. | nsongonuga@gibbonslaw.com; mconlan@gibbonslaw.com; ldunn@gibbonslaw.com |
| Domtar Industries LLC | bsandler@pszjlaw.com |
| Electronics for Imaging | dhw@dhclegal.com |
| Ennis Business Forms | jim.prince@bakerbotts.com |
| FLEXcon Company, Inc. | sschreiber@clarkhill.com; ekosmowski@clarkhill.com; sdeeby@clarkhill.com |
| Forms Manufacturer, Inc. | jim.prince@bakerbotts.com |
| GCCFC 2005-GG5 Terminus Industrial Limited Partnership | jsnyder@bilzin.com |
| Georgia-Pacific Consumer Products LP | jwaxman@morrisjames.com |
| GLS Companies | ed.caldie@stinsonleonard.com |
| HART NJ8A-I LLC | sdavis@coxcastle.com |
| Healthcare Purchasing Alliance, LLC | Root@BlankRome.com |
| Hewlett-Packard Company and related entities | jbienstock@coleschotz.com |

Exhibit B
Affected Party Email Service List
Served via Email

| NAME | EMAIL |
|---|---|
| HM Graphics, Inc. | rlong@dkattorneys.com |
| Hudson Energy Services, LLC | kek@crb-law.com |
| I.D. Images, LLC | Root@BlankRome.com |
| Insight Global, LLC | Christopher.Glastetter@insightglobal.net |
| International Paper Company | jwaxman@morrisjames.com |
| Iron Mountain | joseph.corrigan@ironmountain.com |
| Kay Toledo Tag, Inc. | jim.prince@bakerbotts.com |
| Labelteq Unlimited, Inc. | csamis@wtplaw.com |
| Life Insurance Company of North America, a Cigna Company | mina.bergland@cigna.com |
| MedAssets Performance Management Solutions, Inc. | ngray@medassets.com |
| Memorial Hermann Health System | scousins@bayardlaw.com |
| ML-AI 125 Wacker, LLC | khmorse@arnstein.com |
| National Carton and Coating Company | pjs@delcollections.com; dwb@delcollections.com |
| Nev's Ink, Inc. | mjankowski@reinhartlaw.com |
| NSF-ISR Registration Services | bjw@h2law.com |
| Oce Printing Systems USA, Inc. and Oce Financial Services, Inc. | info@sobellaw.com; jim.prince@bakerbotts.com |
| OneTouchPoint East Corp fka Berman Printing | fdicastri@whdlaw.com |
| OneTouchPoint Mountain States LLC fka Raby Enterprises Inc. dba NSO Press | fdicastri@whdlaw.com |

Exhibit B
Affected Party Email Service List
Served via Email

| NAME | EMAIL |
| --- | --- |
| Oracle America, Inc. | jhuggett@margolisedelstein.com |
| P.H. Glatfelter Company | dbaker@reedsmith.com |
| Packaging Corporation of America | bsandler@pszj law.com |
| Pitney Bowes, Inc. | elobello@msek.com |
| Print Management Corporation | csamis@wtplaw.com |
| Print-O-Tape, Inc. | m-frieburg@printotape.com |
| Prologis | nedwards@prologis.com |
| Raymond Leasing Corporation, Raymond Storage Concepts, Inc., and Raymond of New Jersey, LLC | sws@pgslaw.com |
| RoundTower Technologies, Inc. | Stephen.west@roundtower.com |
| Salesforce.com, Inc. | tgaa@bbslaw.com |
| Sapphire Printing Group | sg@bndlitho.com |
| Seebridge Media LLC | smiller@morrisjames.com; eripley@kslaw.com |
| Special Service Partners | jim.prince@bakerbotts.com |
| Specialty Print Communications | michaelb@specialtyprintcomm.com |
| The Flesh Company | csamis@wtplaw.com |
| The New York and Presbyterian Hospital | WMarcari@ebglaw.com |

## Exhibit B
Affected Party Email Service List
Served via Email

| NAME | EMAIL |
|---|---|
| The Paragon, LP | dbarber@bsblawyers.com |
| The Reynolds and Reynolds Company | ckunz@morrisjames.com; jonathan.hawkins@thompsonhine.com |
| The Ultimate Software Group, Inc. | sunny.sidhu@akerman.com |
| TLF Graphics | kgriffith@HarrisBeach.com |
| Toyota Motor Sales, U.S.A, Inc. | Tobin_Lippert@Toyota.com |
| United Parcel Service, Inc. and its affiliated companies | rpalacio@ashby-geddes.com; Klaw@bbslaw.com |
| Valid USA | ajdagostino@golanchristie.com |
| Vana Solutions, LLC | dblasius@ihtlaw.com |
| Verizon Communications Inc. and its subsidiaries | wtaylor@mccarter.com; darrell.clark@stinsonleonard.com |
| Volt Consulting Group, Ltd | psweeney@blakeleyllp.com; dmannion@blakeleyllp.com |
| W. W. Grainger | aaron.davis@bryancave.com |
| Westmark Industries, Inc. | jkrauel@westmarkind.com |
| Wholesale Printing Specialists | walter@wholesaleprinting.com |
| Wise Business Forms, Inc | leah.fiorenza@bryancave.com |
| Wright Business Graphics | csamis@wtplaw.com |
| Xerox Corporation | jmcmahon@ciardilaw.com; mralston@fishmanjackson.com |

**Exhibit C**

Exhibit C
Affected Party Overnight Mail Service List
Served via Overnight Mail

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Chad Bumgarner | | 1603 Spencer Mountain Rd | | Gastonia | NC | 28054 |
| Customgraphix Printing Corp | Michael McGrath W Tansey M Howard | RAVICH MEYER KIRKMAN McGRATH NAUMAN | 4545 IDS Center 80 South Eighth St | Minneapolis | MN | 55402 |
| Georgia Pacific Consumer Products | David A Wender Jonathan T Edwards | ALSTON & BIRD LLP | 1201 West Peachtree Street | Atlanta | GA | 30309-3424 |
| James Little | | 3101 Clancy Place | | Charlotte | NC | 28227-3202 |
| JON DA Printing Co | John Malluzo | 234 16 Street | | Jersey City | NJ | 07310 |
| Liberty Mutual insurance Company | R Karl Hill | SEITZ VAN OGTROP & GREEN PA | 222 Delaware Avenue Ste 1500 | Wilmington | DE | 19801 |
| Liberty Mutual insurance Company | Douglas R Gooding Gregory A Kopacz | CHOATE HALL & STEWART LLP | Two International Place | Boston | MA | 02110 |
| Oracle America Inc | Amish R Doshi Esq | MAGNOZZI & KYE LLP | 23 Green Street Suite 302 | Huntington | NY | 11743 |
| Oracle America Inc | Shawn Christianson Valerie Bantner | 55 Second Street | Suite 1700 | San Francisco | CA | 94105 |
| Palmetto Health Alliance | Diane Talbot | 7909 Parklane Road | Suite 400 | Columbia | SC | 29223 |
| Salesforcecom Inc | Ricardo Palacio | ASHBY & GEDDES PA | 500 Delaware Avenue 8th Floor | Wilmington | DE | 19899 |
| SMC3 | David Sexton | 500 Westpark Drive | | Peachtree City | GA | 30269 |
| SPM Professional Services LP | Jeremy Blubaugh | 610 Smithfield Street | Suite 200 | Pittsburgh | PA | 15222 |
| United States Department of Justice | Ellen W Slights | UNITED STATES ATTORNEY | 1007 Orange Street Suite 700 | Wilmington | DE | 19899-2046 |