**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THE STANDARD REGISTER COMPANY, *et al.,* | : | Case No. 15-10541(BLS) |
| | : | |
| | : | Jointly Administered |
| Debtors. | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the attorneys set forth below hereby appear as counsel for Taylor Corporation in the above-captioned cases pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). The below attorneys demand, pursuant to Bankruptcy Rules 2002, 9007, and 9010(b), and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, that all notices given or required to be given in the above-captioned cases be given to and served upon them at the following addresses, and that they be added to any related service list or mailing matrix on file with the Clerk of the Bankruptcy Court:

| | |
|---|---|
| Matthew P. Austria (DE Bar No. 4827) | Phillip W. Bohl (*pro hac vice* pending*)* |
| Werb & Sullivan | Gray Plant Mooty |
| 300 Delaware Avenue, Suite 1300 | 500 IDS Center |
| Wilmington, Delaware  19801 | 80 South Eighth Street |
| Telephone: (302) 652-1100 | Minneapolis, MN 55402 |
| Facsimile: (302) 652-1111 | Telephone: (612) 632-3019 |
| Email: maustria@werbsullivan.com | Facsimile: (612) 632-4019 |
| | Email: Phillip.Bohl@gpmlaw.com |

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or

1

informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, email, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance**,** nor any later appearance, pleading, claim, or suit shall waive any right of Taylor Corporation (1) to have final orders in non-core matters entered only after *de novo* review by a United States District Court, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have a United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: June 16, 2015
Wilmington, Delaware

**WERB & SULLIVAN**

/s/ Matthew P. Austria
Matthew P. Austria (No. 4827)
300 Delaware Avenue, Suite 1300
Wilmington, Delaware  19801
Telephone: (302) 652-1100
Facsimile: (302) 652-1111
Email: maustria@werbsullivan.com

-and-

**GRAY PLANT MOOTY**
Phillip W. Bohl (*pro hac vice* pending*)*
500 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 632-3019
Facsimile: (612) 632-4019
Email: Phillip.Bohl@gpmlaw.com

**Counsel for Taylor Corporation**