Heather H. Jobe
Texas Bar No. 24048825
hjobe@bellnunnally.com
BELL NUNNALLY & MARTIN LLP
3232 McKinney Avenue, Suite 1400
Dallas, Texas 75204
(214) 740-1400 – Telephone
(214) 740-1499 – Facsimile

COUNSEL FOR
LENNOX INDUSTRIES, INC.

FILED
2015 JUN 16   AM 8:45
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| THE STANDARD REGISTER COMPANY, | § | CASE NO. 15-10541-BLS |
| | § | |
| Debtor. | § | |

### NOTICE OF APPEARANCE

Lennox Industries, Inc. ("Lennox"), a party-in-interest in the above-referenced matter, requests that the following attorney receive pleadings and other papers filed in the instant matter:

> Heather H. Jobe, Esq.
> State Bar No. 24048825
> Bell Nunnally & Martin LLP
> 3232 McKinney Avenue, Suite 1400
> Dallas, Texas 75204
> Tel: (214) 740-1400
> Fax: (214) 740-1499
> Email: hjobe@bellnunnally.com

Lennox respectfully requests that the Court's Clerk ensure that henceforth copies of all orders and notices entered in this matter are forwarded to Ms. Jobe.

Respectfully submitted,

**BELL NUNNALLY & MARTIN LLP**

By: */s/ Heather H. Jobe*
    Heather H. Jobe
    Texas Bar No. 24048825

3232 McKinney Avenue, Suite 1400
Dallas, Texas 75204-2429
(214) 740-1400 – Telephone
(214) 740-1499 – Facsimile

**ATTORNEYS FOR LENNOX INDUSTRIES, INC.**

2175453_1.docx / 1718.1