IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered)<br><br>Objection Deadline: July 1, 2015 at 4:00 p.m. |

## NOTICE OF FEE STATEMENT

**PLEASE TAKE NOTICE** that Polsinelli PC (the "**Applicant**") has filed the attached *Third Monthly Fee Statement of Polsinelli PC for Compensation and Reimbursement of Expenses as Delaware Bankruptcy Counsel and Conflicts Counsel for the Official Committee of Unsecured Creditors for the Period of May 1, 2015 through May 31, 2015* (the "**Application**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Application must be filed with the Bankruptcy Court in accordance with the local rules and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 260] (the "**Interim Compensation Order**") and served upon so as to be received by the undersigned counsel on or before **July 1, 2015 at 4:00 P.M. (ET)** (the "**Objection Deadline**").

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

50591231.1

**PLEASE TAKE FURTHER NOTICE** that if any responses or objections to the Application are timely filed, served, and received in accordance with this notice, a hearing on the Application will be held at a date and time convenient to the Bankruptcy Court. Only those objections made in writing and timely filed and received in accordance with the Interim Compensation Order and the procedures described in this notice will be considered by the Bankruptcy Court at the hearing.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE APPLICATION WILL BE DEEMED APPROVED AND THE APPLICANT WILL BE ENTITLED TO PAYMENT OF 80% OF ITS REQUESTED FEES AND 100% OF ITS REQUESTED EXPENSES WITHOUT FURTHER NOTICE OR HEARING.**

Dated: Wilmington, Delaware
June 16, 2015

/s/ Christopher A. Ward
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
**POLSINELLI PC**
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
E-mail: cward@polsinelli.com
jedelson@polsinelli.com

*Counsel to the Official Committee of Unsecured Creditors*