IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*, | |
| Debtors. | Case No. 15-10541 (BLS)<br>Jointly Administered |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, John D. McLaughlin, Jr., Esquire, moves the admission *pro hac vice* of Mark H. Ralston, Esquire, of FishmanJackson, to represent Xerox Corporation in the above-captioned case.

Dated: June 11 2015
Wilmington, Delaware

CIARDI CIARDI & ASTIN

Daniel K. Astin, Esq. (No. 4068)
John D. McLaughlin, Jr., Esq. (No. 4123)
Joseph J. McMahon, Jr., Esq. (No. 4819)
1204 N. King Street
Wilmington, DE 19801
Tel: (302) 658-1100
Fax: (302) 658-1300
jmclaughlin@ciardilaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: June 17th, 2015
Wilmington, Delaware

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

00471554 - 1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective January 1, 2005. I further certify that I caused the annual fee of $25.00 to be paid to the Clerk of the District Court.

                            FISHMANJACKSON

                            */s/ Mark H. Ralston*
                            Mark H. Ralston, Esq.
                            700 Three Galleria Tower
                            13155 Noel Road, L.B. 13
                            Dallas, Texas 75240
                            Tel: (972) 419-5500
                            Fax: (972) 419-5501
                            mralston@fishmanjackson.com