IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____

In re:  : Chapter 11
          :
THE STANDARD REGISTER COMPANY, *et al.*,  : Case No. 15-10541(BLS)
          :
Debtors.  : Jointly Administered
_____  :

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

      Pursuant to Local Rule 9010-1 and the below Certification, counsel moves the admission *pro hac vice* of Phillip W. Bohl, an attorney with the law firm Gray Plant Mooty to represent Taylor Corporation in this matter.

WERB & SULLIVAN

Date: June 15, 2015
    Wilmington, Delaware

/s/ Matthew P. Austria
Matthew P. Austria (DE #4827)
300 Delaware Avenue, Suite 1300
Wilmington, DE 19801
Telephone: (302) 652-1100
Facsimile: (302) 652-1111
Email: maustria@werbsullivan.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Minnesota and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Date: June 15, 2015

/s/ Phillip W. Bohl
Phillip W. Bohl
Gray Plant Mooty
500 IDS Center
80 South Eighth Street
Minneapolis, MN USA 55402
Phone: 612.632.3019
Fax: 612.632.4019
Phillip.Bohl@gpmlaw.com

## ORDER GRANTING MOTION

      IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: June 17th, 2015
Wilmington, Delaware

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE