# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE STANDARD REGISTER | ) | Case No. 15-10541 (BLS) |
| COMPANY, *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Related Docket No. 135** |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND
## REQUEST FOR REMOVAL FROM ELECTRONIC NOTICING MATRIX

PLEASE TAKE NOTICE that McCarter & English LLP hereby withdraws its appearance as counsel for CIT Group/Equipment Financing, Inc. ("CIT Group") in the above-captioned matter. McCarter & English LLP also withdraws its request for receipt of all notices including electronic notices of documents in the above-captioned matter.

The undersigned further requests that the Clerk of the United States Bankruptcy Court for the District of Delaware remove them from the electronic noticing matrix for the above-captioned bankruptcy case.

Date:  June 17, 2015
       Wilmington, DE

**McCARTER & English LLP**

 */s/* Katharine L. Mayer
Katharine L. Mayer (DE ID #3758)
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE 19801
Telephone:  (302) 984-6300
Facsimile:   (302) 984-6399
Email: kmayer@mccarter.com

-and-

ME1 20540199v.1

Lisa Bonsall, Esquire
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444
Facsimile: (973) 624.7070
Email: lbonsall@mccarter.com

*Counsel for CIT Group/Equipment Financing, Inc.*