## CERTIFICATE OF SERVICE

I, Katharine L. Mayer, do hereby certify that on June 17, 2015, I caused a true and correct copy of the *Notice of Withdrawal of Appearance and Request for Removal from Electronic Noticing Matrix* to be served upon the below listed by U.S. Mail, postage pre-paid.

  /s/ Katharine L. Mayer
Katharine L. Mayer (DE ID #3758)

| | |
|---|---|
| Michael R. Nestor<br>Kara Hammond Coyle<br>Maris J. Kandestin<br>Andrew J. Magaziner<br>Young, Conaway Stargett & Taylor, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware  19801<br>*Debtors' Counsel* | Robert A. Klyman<br>Samuel A. Newman<br>Jeremy L. Graves<br>Sabina Jacobs<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, California  90071-1512<br>*Debtors's Counsel* |

Mark S. Kenney
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801