IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Alejandro Soria, am employed in the county of Los Angeles, State of California. I hereby certify that on June 12, 2015, I caused true and correct copies of the following document to be served via overnight mail by placing the documents in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to a overnight courier location in Los Angeles, California to the parties listed on the Service List in **Exhibit A** attached hereto:

- **First Monthly Application of Zolfo Cooper, LLC, Financial and Forensic Advisors to the Official Committee of Unsecured Creditors of Standard Register, for Allowance of Interim Compensation for Services Rendered and for Reimbursement of Expenses for the Period March 24, 2015 through April 30, 2015 [Docket No. 664]**

Dated: June 12, 2015

Alejandro Soria
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this __15__ day of __June__, 20__15__, by Alejandro Soria, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de Mexico, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

**EXHIBIT A**

**EXHIBIT A**

| | | |
|---|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>ROBERT A. KLYMAN<br>333 SOUTH GRAND AVENUE<br>LOS ANGELES CA 90071 | PARKER, HUDSON, RAINER & DOBBS LLP,<br>C. EDWARD DOBBS, ESQ.<br>1500 MARQUIS TWO TOWER<br>285 PEACHTREE CENTER AVE<br>ATLANTA GA 30303 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>RON E. MEISLER<br>155 N. WACKER DRIVE<br>CHICAGO IL  60606 |
| THE STANDARD REGISTER COMPANY<br>ATTN: KEVIN CARMODY, CRO<br>600 ALBANY STREET<br>DAYTON OH 45417 | US TRUSTEE FOR THE DISTRICT OF DE<br>MARK KENNEY<br>LOCKBOX 35<br>844 KING ST, SUITE 2207<br>WILMINGTON DE 19801 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>MICHAEL R. NESTOR<br>1000 N. KING STREET<br>RODNEY SQUARE<br>WILMINGTON DE 19801 |

Parties Served: 6