UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:  : Chapter 11
 : Case No. 15-10541-BLS
The Standard Register Company, et al.[1] : (Jointly Administered)
 :
Debtors. : Re: Docket No. 388

## ORDER AUTHORIZING CARESOURCE MANAGEMENT GROUP CO. TO FILE UNDER SEAL ITS MOTION FOR RELIEF FROM STAY TO PERMIT THE SETOFF OF MUTUAL PRE-PETITION CLAIMS

This matter came before the court upon the motion (the "CareSource Motion To File Under Seal") by CareSource Management Group Co. ("CareSource") for an Order pursuant to 11 U.S.C. § 107(b)(1) of Federal Rule of Bankruptcy Procedure 9018 and Local Bankruptcy Rule 9018-1 authorizing CareSource to file: (i) an un-redacted version of the CareSource Motion for Relief from Stay to Permit Setoff of Mutual Pre-Petition Claims (the "CareSource Motion") only under seal; and (ii) a redacted version of the CareSource Motion in its current form on the docket.[2]

The Court finds that it has jurisdiction over the CareSource Motion To File Under Seal pursuant to 28 U.S.C. §§ 157 and 1334 and pursuant to the Order of Reference entered in this District and that venue is proper in this District, pursuant to 28 U.S.C. §§ 1408 and 1409.

The Court further finds that this matter is a core proceeding, pursuant to 28 U.S.C. § 157(b)(2).

The Court further finds that notice of the CareSource Motion To File Under Seal was proper and sufficient.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company, Standard Register Technologies, Inc., Standard Register International, Inc., iMedConsent, LLC, Standard Register or Puerto Rico Inc., Standard Register Mexico Holding Company, Standard Register Holding, S. de R.L. de C.V., Standard Register de Mexico, S. de R.L. de C.V., Standard Register Servicios, S. de R.L. de C.V., and Standard Register Technologies Canada ULC.

[2] Capitalized terms used herein but not otherwise defined shall have the meaning provided in the CareSource Motion.

1

The Court further finds that the CareSource Motion To File Under Seal has stated sufficient legal and factual bases for the Court to grant the CareSource Motion To File Under Seal and that, therefore, cause exists to grant the CareSource Motion To File Under Seal.

Accordingly, the Court Orders as follows:

1. The CareSource Motion To File Under Seal is granted as provided in this Order.

2. The Court Orders that CareSource is authorized to file: (i) an un-redacted version of the CareSource Motion only under seal; and (ii) a public redacted version of the CareSource Motion on the docket.

3. The Court further approves the following procedures regarding the service of the CareSource Motion:

   i. CareSource will provide un-redacted copies of the CareSource Motion to (a) the Debtor and its counsel, (b) the Official Committee of Unsecured Creditors and its counsel, (c) the U.S. Trustee, and (d) any additional party as ordered by the Court (together, the "Confidential Parties").

   ii. The Confidential Parties shall keep confidential all information contained in the CareSource Motion that is not disclosed in the public version of the Motion.

Dated: June 18, 2015

The Honorable Brendan L. Shannon
Chief United States Bankruptcy Judge