# SIGN-IN SHEET

**CASE NAME: THE STANDARD REGISTER CO.** **COURTROOM NO.: 1 - JUDGE SHANNON**

**CASE NO.: 15-10541** **DATE: JUNE 17, 2015**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mike Nestor | YCST | Debtors |
| Drew Magaziner | YCST | Debtors |
| Michael Rosenthal | Gibson Dunn | Debtors |
| Jeremy Graves | Gibson Dunn | Debtors |
| Matthew Bouslog | Gibson Dunn | Debtors |
| [illegible] | Pottee Anderson + Corroon | Morgan Adhesives |
| Mark Kenney | US Trustee | US Trustee |
| Justin Edelson | Polsinelli | Committee |
| Christopher Simon | Cross & Simon | Care Source Management Co. |
| Sharon Levine | Lowenstein Sandler | Committee |
| Paul Kizel | " | " |
| Wojciech Jung | " | " |
| C. Edward Dobbs | Parker, Hudson, Rainer & Dobbs | Bank of America / ABL Lenders |
| Jay Rankin | " | " |
| Tyler Semmelman | Richards, Layton & Finger | " |

# SIGN-IN SHEET

**CASE NAME: THE STANDARD REGISTER CO.** **COURTROOM NO.: 1 - JUDGE SHANNON**

**CASE NO.: 15-10541** **DATE: JUNE 17, 2015**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Kate Stickles | Cole Schotz PC | Hewlett Packard Co. + certain related entities |
| Courtney Morgan | Pension Benefit Guaranty Corp. | PBGC |
| Chuck Kunz | Morris James LLP | Leeswold, Inc, Bullet Line LLC, Time Planner Calendars, The Reynolds Reynolds Company, Int'l Paper |
| GianClaudio Finizio | Bayard | Chaotic Moon |
| Fred Rosner | Rosner Law Group | Applied Mechanical Systems |
| Brett Fallon | Morris James LLP | Avery Dennison |
| Stephen W Spence | - Phillips Goldman + Spence | - Raymond Ussing et al. |
| Alan Root | Blank Rome | Healthcare Purchasing Alliance |
| Ricardo Palacio | Ashby & Geddes | Cisco Systems Capital Corp<br>Salesforce.com Inc. |
| Matthew P. Austria | Werb + Sullivan | Taylor Corporation |
| Phillip W. Bohl | Gray Plant Mooty | Taylor Corporation |
| | | |
| | | |
| | | |
| | | |

# SIGN-IN SHEET

**CASE NAME: THE STANDARD REGISTER CO.** **COURTROOM NO.: 1 - JUDGE SHANNON**

**CASE NO.: 15-10541** **DATE: JUNE 17, 2015**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Kevin Collins | Barnes + Thornburg LLP | CDK Global, LLC |
| Ron Meisler | Skadden, Arps, Slate, Meagher + Flom | Silverpoint |
| Sarah Pierce | " " | " " |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Court Conference

Calendar Date: 06/17/2015

Calendar Time: 10:00 AM ET

U.S. Bankruptcy Court-Delaware (DE - US)

Confirmed Telephonic Appearance Schedule

Honorable Brendan L. Shannon

#1

*2nd Revision 06/17/2015 06:16 AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | The Standard Register Company | 15-10541 | Hearing | 6988599 | Jay Basham | 404-420-5559 | Parker Hudson Rainer & Dobbs | Creditor, Bank of America, N.A. / LISTEN ONLY |
| | | The Standard Register Company | 15-10541 | Hearing | 6990522 | Jill Bienstock | (201) 525-6328 | Cole, Schotz, Meisel, Forman & Leona | Creditor, Vocalink, Inc. / LIVE |
| | | The Standard Register Company | 15-10541 | Hearing | 6959732 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | The Standard Register Company | 15-10541 | Hearing | 6986429 | Andrew Cole | (410) 224-3000 | LeClairRyan LLP | Creditor, Computer Sciences Corporation / LIVE |
| | | The Standard Register Company | 15-10541 | Hearing | 6988155 | Anthony DiNello | (203) 542-4212 ext. 00 | Silver Point Capital | Interested Party, Silver Point Finance, LLC and Standard Acquisition Holdings, LLC / LIVE |
| | | The Standard Register Company | 15-10541 | Hearing | 6955162 | Amish R. Doshi | (631) 923-2858 | Magnozzi & Kye LLP | Creditor/Claimant, Oracle America, Inc. / LIVE |
| | | The Standard Register Company | 15-10541 | Hearing | 6965650 | Jonathan Edwards | (404) 881-4985 | Alston & Bird LLP | Creditor, Georgia Pacific / LISTEN ONLY |
| | | The Standard Register Company | 15-10541 | Hearing | 6988116 | Chaim Fortgang | (203) 485-7537 | Fortgang Consulting LLC | Interested Party, Silver Point Finance, LLC and Standard Acquisition Holdings, LLC / LIVE |
| | | The Standard Register Company | 15-10541 | Hearing | 6987738 | Thomas Grace | (614) 464-5457 | Vorys, Sater, Seymour & Pease LLP | Creditor, CEVA Freight, LLC / LISTEN ONLY |
| | | The Standard Register Company | 15-10541 | Hearing | 6989594 | Andrew Harnisch | (602) 639-3563 | Minkin & Harnish, PLLC | Creditor, Cenveo Corporation / LISTEN ONLY |
| | | The Standard Register Company | 15-10541 | Hearing | 6990511 | Mark Hojnacki | (212) 446-7000 | McKinsey & Company | Debtor, The Standard Register Company / LISTEN ONLY |
| | | The Standard Register Company | 15-10541 | Hearing | 6987753 | Paula Jacobi | (312) 214-4866 | Barnes & Thornburg LLP | Creditor, Dee Dee K Global / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | 15-10541 | Hearing | 6982088 | Gregory A. Kopacz | (617) 248-5297 | Choate Hall & Stewart, LLP | Client, Liberty Mutual Insurance Company / LIVE |
| The Standard Register Company | 15-10541 | Hearing | 6987943 | Andrew M. Kramer | (212) 661-9100 ext. 345 | Otterbourg P.C. | Creditor, Wells Fargo / LIVE |
| The Standard Register Company | 15-10541 | Hearing | 6987781 | Thomas Labuda | (312) 853-7891 | Sidley Austin LLP | Interested Party, Jefferies LLC / LIVE |
| The Standard Register Company | 15-10541 | Hearing | 6985046 | Kenneth T. Law | (650) 857-9500 | Bialson, Bergen & Schwab | Creditor, Cisco Systems Capital Corp., et al / LIVE |
| The Standard Register Company | 15-10541 | Hearing | 6986232 | Wendy G. Marcari | (212) 351-4500 | Epstein Becker & Green, P.C. | Creditor, New York Presbyterian Hospital / LIVE |
| The Standard Register Company | 15-10541 | Hearing | 6989027 | Kim Martin Lewis | (513) 977-8200 ext. 8259 | Dinsmore & Shohl LLP | Interested Party, Kim Martin Lewis / LISTEN ONLY |
| The Standard Register Company | 15-10541 | Hearing | 6988164 | Ron Meisler | (312) 402-7086 | Skadden Arps Slate Meagher & Flom ( | Interested Party, Silver Point Finance, LLC and Standard Acquisition Holdings, LLC / LIVE |
| The Standard Register Company | 15-10541 | Hearing | 6988139 | Taylor Montague | (203) 542-4211 | Silverpoint Capital | Interested Party, Silver Point Finance, LLC and Standard Acquisition Holdings, LLC / LIVE |
| The Standard Register Company | 15-10541 | Hearing | 6988614 | Todd Nakamoto | (310) 453-7329 | Wells Fargo Capital Finance | Interested Party, Wells Fargo Bank, N.A. / LISTEN ONLY |
| The Standard Register Company | 15-10541 | Hearing | 6988611 | John O'Leary Nocita | (310) 453-7329 | Wells Fargo Capital Finance | Interested Party, Wells Fargo Bank, N.A. / LISTEN ONLY |
| The Standard Register Company | 15-10541 | Hearing | 6979040 | Mark H. Ralston | (972) 419-5544 | Fishman Jackson, PLLC | Creditor, Xerox Corporation / LIVE |
| The Standard Register Company | 15-10541 | Hearing | 6986052 | Jay Sakalo | (305) 375-6156 | Bilzin Sumberg Baena Price Axelrod, l | Representing, LNR Partners / LIVE |
| The Standard Register Company | 15-10541 | Hearing | 6976565 | Michelle E. Shriro | (972) 380-5533 | Singer & Levick, PC | Creditor, ColFin and Buck Consultants / LIVE |
| The Standard Register Company | 15-10541 | Hearing | 6988212 | Robyn B. Sokol | (818) 827-9000 | Ezra Brutzkus Gubner LLP | Representing, Creditor: ARC Document Solutions / LIVE |
| The Standard Register Company | 15-10541 | Hearing | 6988171 | Carl Tullson | (312) 407-0379 | Skadden Arps Slate Meagher & Flom ( | Interested Party, Silver Point Finance, LLC and Standard Acquisition Holdings, LLC / LIVE |
| The Standard Register Company | 15-10541 | Hearing | 6965634 | David A. Wender | (404) 881-7599 | Alston & Bird LLP | Interested Party, Georgia Pacific / LISTEN ONLY |