**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Timothy R. Quinn, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On June 15, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via overnight mail on the Fee Application Service List attached hereto as **Exhibit A**:

- Third Monthly Application of Gibson, Dunn & Crutcher LLP as General Bankruptcy and Restructuring Co-Counsel for Debtors-and-Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period from May 1, 2015 through and including May 31, 2015 [Docket No. 672]

- Third Monthly Application of Young Conaway Stargatt & Taylor, LLP as Co-Counsel to the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period from May 1, 2015 through and including May 31, 2015 [Docket No. 673]

[*Remainder of Page Intentionally Left Blank*]

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

Dated: June 17, 2015

_/s/ Timothy R. Quinn_
Timothy R. Quinn

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on June 17, 2015, by Timothy R. Quinn, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _/s/_

CHRISTINA PULLO
Notary Public, State of New York
No. 02PU6288253
Qualified in Nassau County
Commission Expires September 3, 20 17

**Exhibit A**

Exhibit A
Fee Application Service List
Served via Overnight Mail

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Lowenstein Sandler LLP | Wojciech F. Jung, Esq. | 1251 Avenue of the Americas | | New York | NY | 10020 |
| Office of the United States Trustee | Mark Kinney | 844 King St Ste 2207 | | Wilmington | DE | 19801 |
| Parker, Hudson, Rainer & Dobbs LLP | Attn: C. Edward Dobbs, Esq. | 1500 Marquis Two Tower | 285 Peachtree Center Avenue, NE | Atlanta | GA | 30303 |
| Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Ron E. Meisler, Esq. | 155 North Wacker Drive | Suite 2700 | Chicago | IL | 60606-1720 |
| The Standard Register | Attn: Kevin Carmody | 600 Albany Street | | Dayton | OH | 45417 |