IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Alejandro Soria, am employed in the county of Los Angeles, State of California. I hereby certify that on June 16, 2015, I caused true and correct copies of the following document to be served (i) via email to the parties listed in **Exhibit A**, and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Supplemental Objection of the Official Committee of Unsecured Creditors to the Proposed Sale of Substantially all of the Debtors' Assets [Docket No. 682]**

Dated: June 17, 2015

Alejandro Soria
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California         }
{                            } ss.
{County of Los Angeles       }

Subscribed and sworn to (or affirmed) before me on this 17 day of June, 20 15, by Alejandro Soria, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de Mexico, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

# EXHIBIT A

| | | |
|---|---|---|
| AKERMAN LLP<br>BRETT MARKS<br>BRETT.MARKS@AKERMAN.COM | AKERMAN LLP<br>SUNDEEP S. SIDHU<br>SUNNY.SIDHU@AKERMAN.COM | ALSTON & BIRD LLP<br>DAVID WENDER<br>DAVID.WENDER@ALSTON.COM |
| ALSTON & BIRD LLP<br>JONATHAN EDWARDS<br>JONATHAN.EDWARDS@ALSTON.COM | ARAPAHOE COUNTY ATTORNEY<br>LEGAL DEPT<br>KMETZGER@ARAPAHOEGOV.COM | ARAPAHOE COUNTY ATTORNEY<br>LEGAL DEPT<br>WROSSMAN@ARAPAHOEGOV.COM |
| ARAPAHOE COUNTY ATTORNEY<br>ROBERT HILL<br>RHILL@ARAPAHOEGOV.COM | ARNSTEIN & LEHR LLP<br>KEVIN H. MORSE<br>KHMORSE@ARNSTEIN.COM | ASHBY & GEDDES, P.A.<br>RICARDO PALACIO<br>RPALACIO@ASHBY-GEDDES.COM |
| BAKER BOTTS L.L.P.<br>JAMES PRINCE<br>JIM.PRINCE@BAKERBOTTS.COM | BAKER BOTTS L.L.P.<br>MEGGIE S. GILSTRAP<br>MEGGIE.GILSTRAP@BAKERBOTTS.COM | BANK OF AMERICA, N.A.<br>JAMES S. RANKIN JR.<br>JRANKIN@PHRD.COM |
| BARNES & THORNBERG LLP<br>DAVID POWLEN<br>DAVID.POWLEN@BTLAW.COM | BARNES & THORNBERG LLP<br>KEVIN COLLINS<br>KEVIN.COLLINS@BTLAW.COM | BAYARD, P.A.<br>SCOTT D. COUSINS, ESQUIRE<br>SCOUSINS@BAYARDLAW.COM |
| BELL NUNNALLY & MARTIN LLP<br>HEATHER H. JOBE, ESQ.<br>HJOBE@BELLNUNNALLY.COM | BIALSON, BERGEN & SCHWAB<br>KENNETH LAW<br>KLAW@BBSLAW.COM | BIALSON, BERGEN & SCHWAB<br>THOMAS M. GAA<br>TGAA@BBSLAW.COM |
| BILZIN SUMBERG BAENA PRICE & AXELROD, LLP<br>JEFFREY I. SNYDER<br>JSNYDER@BILZIN.COM | BLAKELEY LLP<br>SCOTT E. BLAKELEY<br>SEB@BLAKELEYLLP.COM | BLANK ROME LLP<br>ALAN M. ROOT<br>ROOT@BLANKROME.COM |
| BLANK ROME LLP<br>JOHN E. LUCIAN<br>LUCIAN@BLANKROME.COM | BMC GROUP, INC<br>T. FEIL<br>TFEIL@BMCGROUP.COM | BRICKER & ECKLER LLP<br>DAVID M. WHITTAKER<br>DWHITTAKER@BRICKER.COM |
| BRYAN CAVE LLP<br>JUSTIN A. SABIN<br>JUSTIN.SABIN@BRYANCAVE.COM | BRYAN CAVE LLP<br>MICHELLE MCMAHON<br>MICHELLE.MCMAHON@BRYANCAVE.COM | BRYAN CAVE LLP<br>ROBERT J. MILLER<br>RJMILLER@BRYANCAVE.COM |
| BUCHALTER NEMER, A.P.C.<br>SHAWN M. CHRISTIANSON, ESQ.<br>SCHRISTIANSON@BUCHALTER.COM | CARLTON FIELDS JORDEN BURT, P.A.<br>JOHN J. LAMOUREUX<br>JLAMOUREUX@CFJBLAW.COM | CIARDI CIARDI & ASTIN<br>JOHN MCLAUGHLIN, JR.<br>JMCLAUGHLIN@CIARDILAW.COM |
| CIARDI CIARDI & ASTIN<br>JOSEPH MCMAHON JR.<br>JMCMAHON@CIARDILAW.COM | CLARK HILL PLC<br>EDWARD J. KOSMOWSKI<br>EKOSMOWSKI@CLARKHILL.COM | CLARK HILL PLC<br>SCOTT N. SCHREIBER<br>SSCHREIBER@CLARKHILL.COM |
| CLARK HILL PLC<br>SHANNON L. DEEBY<br>SDEEBY@CLARKHILL.COM | COLE SCHOTZ, P.C.<br>MICHAEL D. WARNER<br>MWARNER@COLESCHOTZ.COM | COLE SCHOTZ, P.C.<br>PATRICK J. REILLEY<br>PREILLEY@COLESCHOTZ.COM |
| COMMONWEALTH OF PENNSYLVANIA<br>CAROL MOMJIAN<br>CMOMJIAN@ATTORNEYGENERAL.GOV | COMMONWEALTH OF PENNSYLVANIA<br>LINDA MITTEN<br>RA-LI-UCTS-BANKRUPT@STATE.PA.US | CROSS & SIMON, LLC<br>CHRISTOPHER SIMON<br>CSIMON@CROSSLAW.COM |
| DARLING MILLIGAN HOROWITZ PC<br>BRIAN D. MILLIGAN<br>BMILLIGAN@DMHLAW.NET | DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>ATTORNEY.GENERAL@STATE.DE.US | DELAWARE DIVISION OF REVENUE<br>ZILLAH FRAMPTON<br>FASNOTIFY@STATE.DE.US |
| DELAWARE SECRETARY OF STATE<br>LEGAL DEPT<br>DOSDOC_FTAX@STATE.DE.US | DELAWARE STATE TREASURY<br>BANKRUPTCY DEPT<br>STATETREASURER@STATE.DE.US | DENTONS<br>ARTHUR H. RUEGGER<br>ARTHUR.RUEGGER@DENTONS.COM |

| | | |
|---|---|---|
| DINSMORE & SHOHL LLP<br>CHRISTOPHER A. DEABLER<br>CHRISTOPHER.DEABLER@DINSMORE.COM | DUANE MORRIS LLP<br>JARRET P. HITCHINGS<br>JPHITCHINGS@DUANEMORRIS.COM | DUANE MORRIS LLP<br>JEFFREY W. SPEAR<br>JWSPEAR@DUANEMORRIS.COM |
| EARP COHN, P.C.<br>RICHARD M. SCHLAIFER<br>RSCLAIFER@EARPCOHN.COM | ENVIRONMENTAL PROTECTION AGENCY<br>BANKRUPTCY DEPT<br>R3PUBLIC@EPA.GOV | FISHMAN JACKSON<br>MARK H. RALSTON<br>MRALSTON@FISHMANJACKSON.COM |
| FRANTZ WARD LLP<br>JOHN KOSTELNIK<br>JKOSTELNIK@FRANTZWARD.COM | FRANTZ WARD LLP<br>TIMOTHY RICHARDS<br>TRICHARDS@FRANTZWARD.COM | FRIEDLANDER MISLER, PLLC<br>LEGAL DEPT<br>LATHOMPSON@DCLAWFIRM.COM |
| FRIEDLANDER MISLER, PLLC<br>ROBERT GREENBURG<br>RGREENBERG@DCLAWFIRM.COM | FRIEDLANDER MISLER, PLLC<br>THOMAS MURPHY<br>TMURPHY@DCLAWFIRM.COM | GEORGIA PACIFIC CORP<br>EMILY O. VALLADARES<br>EMILY.VALLADARES@GAPAC.COM |
| GIBBONS P.C.<br>MARK B. CONLAN<br>MCONLAN@GIBBONSLAW.COM | GIBBONS P.C.<br>NATASHA M. SONGONUGA<br>NSONGONUGA@GIBBONSLAW.COM | GIBSON, DUNN & CRUTCHER LLP<br>JEREMY L. GRAVES<br>JGRAVES@GIBSONDUNN.COM |
| GIBSON, DUNN & CRUTCHER LLP<br>SABINA JACOBS<br>SJACOBS@GIBSONDUNN.COM | GOLAN & CHRISTIE LLP<br>BARBARA YONG<br>BLYONG@GOLANCHRISTIE.COM | GOLAN & CHRISTIE LLP<br>CAREN LEDERER<br>CALEDERER@GOLANCHRISTIE.COM |
| GOLDBERG, KAMIN & GARVIN, LLP<br>ROBERT J. GARVIN<br>ROBERTG@GKGATTORNEYS.COM | GRAY PLANT MOOTY<br>PHILLIP W. BOHL<br>PHILLIP.BOHL@GPMLAW.COM | GRAYDON HEAD & RITCHEY LLP<br>J. MICHAEL DEBBELER<br>MDEBBELER@GRAYDON.COM |
| IANNOTTI & ASSOCIATES PLC<br>DANIEL V. IANNOTTI<br>DAN@THEGENERALCOUNSEL.COM | IRON MOUNTAIN INFORMATION MANAGEMENT, LLC<br>JOSEPH CORRIGAN<br>BANKRUPTCY2@IRONMOUNTAIN.COM | LAW OFFICES OF ROBERT E. LUNA P.C.<br>C/O GEORGE C. SCHERER<br>SCHERER@TXSCHOOLLAW.COM |
| LECLAIRRYAN<br>ANDREW L. COLE<br>ANDREW.COLE@LECLAIRRYAN.COM | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ELIZABETH WELLER<br>DALLAS.BANKRUPTCY@PUBLICANS.COM | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>JOHN P. DILLMAN<br>HOUSTON_BANKRUPTCY@LGBS.COM |
| LOWENSTEIN SANDLER LLP<br>GERALD C. BENDER<br>GBENDER@LOWENSTEIN.COM | LOWENSTEIN SANDLER LLP<br>KENNETH ROSEN<br>KROSEN@LOWENSTEIN.COM | LOWENSTEIN SANDLER LLP<br>SHARON LEVINE<br>SLEVINE@LOWENSTEIN.COM |
| MAGNOZZI & KYE, LLP<br>AMISH R. DOSHI<br>ADOSHI@MAGNOZZIKYE.COM | MARSHALL DENNEHEY WARNER COLEMAN & GOGG<br>THOMAS D. WALSH<br>TDWALSH@MDWCG.COM | MCCARTER & ENGLISH LLP<br>KATHARINE L. MAYER<br>KMAYER@MCCARTER.COM |
| MCCARTER & ENGLISH LLP<br>LISA BONSALL<br>LBONSALL@MCCARTER.COM | MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>LEE GORDON<br>LGORDON@MVBALAW.COM | MCGRANE LLP<br>GAVIN MCGRANE<br>GAVIN.MCGRANE@MCGRANELLP.COM |
| MEYER, SUOZZI, ENGLISH & KLEIN, P.C.<br>EDWARD J. LOBELLO<br>ELOBELLO@MSEK.COM | MINKIN & HARNISCH PLLC<br>ANDREW HARNISCH<br>ANDY@MHLAWAZ.COM | MINKIN & HARNISCH PLLC<br>ETHAN MINKIN<br>ETHAN@MHLAWAZ.COM |
| MORRIS JAMES LLP<br>JEFFREY R. WAXMAN<br>JWAXMAN@MORRISJAMES.COM | NEALE & NEWMAN, L.L.P.<br>BRIAN K. ASBERRY<br>BASBERRY@NNLAW.COM | NEALE & NEWMAN, L.L.P.<br>LEGAL DEPT<br>SWESTPFAHL@NNLAW.COM |
| NEW YORK STATE DEPT OF TAXATION AND FINANCE<br>ROBERT L. COOK<br>ROBERT.COOK@TAX.NY.GOV | OFFICE OF THE UNITED STATES TRUSTEE<br>MARK KINNEY<br>MARK.KENNEY@USDOJ.GOV | OKLAHOMA COUNTY TREASURER<br>GRETCHEN CRAWFORD<br>GRECRA@OKLAHOMACOUNTY.ORG |

| | | |
|---|---|---|
| PARKER IBRAHIM & BERG LLC<br>JOSEPH H. LEMKIN<br>JOSEPH.LEMKIN@PIBLAW.COM | PARKER, HUDSON, RAINER & DOBBS LLP<br>C. EDWARD DOBBS<br>CED@PHRD.COM | PARKER, HUDSON, RAINER & DOBBS LLP<br>JACK C. BASHAM, JR.<br>JCB@PHRD.COM |
| PARKER, HUDSON, RAINER & DOBBS LLP<br>JAMES RANKIN, JR.<br>JSR@PHRD.COM | PARKER, HUDSON, RAINER & DOBBS LLP<br>JOSHUA J. LEWIS<br>JJL@PHRD.COM | PENSION BENEFIT GUARANTY CORPORATION<br>COURTNEY L. MORGAN<br>MORGAN.COURTNEY@PBGC.GOV |
| PENSION BENEFIT GUARANTY CORPORATION<br>LEGAL DEPT<br>EFILE@PBGC.GOV | POLSINELLI PC<br>CHRISTOPHER WARD<br>CWARD@POLSINELLI.COM | POLSINELLI PC<br>JUSTIN EDELSON<br>JEDELSON@POLSINELLI.COM |
| POLSINELLI PC<br>SHANTI KATONA<br>SKATONA@POLSINELLI.COM | POTTER ANDERSON & CORROON LLP<br>ETTA R. MAYERS<br>EMAYERS@POTTERANDERSON.COM | POTTER ANDERSON & CORROON LLP<br>JEREMY W. RYAN<br>JRYAN@POTTERANDERSON.COM |
| RAVICH MEYER KIRKMAN MCGRATH NAUMAN & TAN<br>MICHAEL F. MCGRATH<br>MFMCGRATH@RAVICHMEYER.COM | REED SMITH LLP<br>AMY M. TONTI<br>ATONTI@REEDSMITH.COM | REED SMITH LLP<br>J. CORY FALGOWSKI<br>JFALGOWSKI@REEDSMITH.COM |
| REINHART BOERNER VAN DEUREN<br>KATHERINE O'MALLEY<br>KOMALLEY@REINHARTLAW.COM | REINHART BOERNER VAN DEUREN<br>MICHAEL JANKOWSKI<br>MJANKOWSKI@REINHARTLAW.COM | RICHARD S. PRICE, II<br>RSPRICEII@AOL.COM |
| RICHARDS, LAYTON & FINGER, P.A.<br>MARK COLLINS<br>COLLINS@RLF.COM | RICHARDS, LAYTON & FINGER, P.A.<br>TYLER SEMMELMAN<br>SEMMELMAN@RLF.COM | SAUL EWING LLP<br>TERESA K.D. CURRIER<br>TCURRIER@SAUL.COM |
| SECURITIES & EXCHANGE COMMISSION<br>BANKRUPTCY DEPT<br>BANKRUPTCYNOTICESCHR@SEC.GOV | SECURITIES & EXCHANGE COMMISSION<br>BANKRUPTCY DEPT<br>NYROBANKRUPTCY@SEC.GOV | SILVER POINT FINANCE, LLC<br>RON MEISLER<br>RON.MEISLER@SKADDEN.COM |
| SINGER & LEVICK, P.C.<br>MICHELLE E. SHRIRO<br>MSHRIRO@SINGERLEVICK.COM | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>CARL TULLSON<br>CARL.TULLSON@SKADDEN.COM | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>CHRIS DRESSEL<br>CHRISTOPHER.DRESSEL@SKADDEN.COM |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>RON MEISLER<br>RON.MEISLER@SKADDEN.COM | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>SARAH E. PIERCE<br>SARAH.PIERCE@SKADDEN.COM | SYNCHRONY BANK<br>LEGAL DEPT<br>CLAIMS@RECOVERYCORP.COM |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>JAY W. HURST<br>JAY.HURST@TEXASATTORNEYGENERAL.GOV | THE ROSNER LAW GROUP LLC<br>FREDERICK ROSNER<br>ROSNER@TEAMROSNER.COM | THE ROSNER LAW GROUP LLC<br>JULIA KLEIN<br>KLEIN@TEAMROSNER.COM |
| THOMPSON HINE LLP<br>JONATHAN S. HAWKINS<br>JONATHAN.HAWKINS@THOMPSONHINE.COM | TN DEPT OF REVENUE<br>BANKRUPTCY DIVISION<br>AGBANKDELAWARE@AG.TN.GOV | US ATTORNEY FOR DELAWARE<br>LEGAL DEPT<br>USADE.ECFBANKRUPTCY@USDOJ.GOV |
| VENABLE LLP<br>HAMID R. RAFATJOO<br>HRAFATJOO@VENABLE.COM | VENABLE LLP<br>JAMIE L. EDMONSON<br>JLEDMONSON@VENABLE.COM | WERB & SULLIVAN<br>MATTHEW P. AUSTRIA<br>MAUSTRIA@WERBSULLIVAN.COM |
| WOMBLE CARLYLE SANDRIDGE & RICE, LLP<br>MARK DESGROSSEILLIERS<br>MDESGROSSEILLIERS@WCSR.COM | WOMBLE CARLYLE SANDRIDGE & RICE, LLP<br>MORGAN PATTERSON<br>MPATTERSON@WCSR.COM | YOUNG CONAWAY STARGATT & TAYLOR LLP<br>MICHAEL R. NESTOR<br>MNESTOR@YCST.COM |

Parties Served:  132

**EXHIBIT B**

FLEISCHER, FLEISCHER & SUGLIA
ATTN: NICOLA SUGLIA/ALLISON DOMOWITCH
PLAZA 1000 AT MAIN STREET
SUITE 208
VOORHEES, NJ  08043

GARY BECKER
666 BARCLAY LANE
BROOMALL, PA  19008

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
2970 MARKET ST
MAIL STOP 5 Q30 133
PHILADELPHIA, PA  19104-5016

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA  19101-7346

MARK PLATT
5048 JAMES HILL ROAD
KETTERING, OH  45429

MCKINSEY RECOVERY & TRANSFORMATION SERV
ATTN: KEVIN CARMODY/MARK HOJNACKI
55 EAST 52ND STREET
NEW YORK, NY  10055

MICHAEL BAZLEY
651 I STREET
SACRAMENTO, CA  95814

MISSOURI DEPARTMENT OF REVENUE
ATTN: SHERYL L. MOREAU
301 W. HIGH STREET, ROOM 670
PO BOX 475
JEFFERSON CITY, MO  65105-0475

PBGC
ATTN: JACK BUTLER
1200 K STREET NW
WASHINGTON, DC  20005-4026

PRIME CLERK LLC
ATTN: DAVID M. SMITH
830 3RD AVE FL 9
NEW YORK, NY  10022

SECURITIES & EXCHANGE COMMISSION
SECRETARY OF THE TREASURY
100 F ST NE
WASHINGTON, DC  20549

THE FLESH COMPANY
ATTN: GERARD WINTERBOTTOM
2118 59TH ST.
ST LOUIS, MO  63110

THE STANDARD REGISTER
600 ALBANY STREET
DAYTON, OH  45417

TIMOTHY WEBB
4906 E. DESERT FAIRWAYS DR.
PARADISE VALLEY, AZ  85253

VERITIV CORPORATION
ATTN: JAMES SALVADORI
850 N. ARLINGTON HEIGHTS RD
ITASCA, IL  60143

Parties Served: 15