## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | **Re: Docket Nos. 23, 286 & 559** |

**CERTIFICATION OF COUNSEL REGARDING <u>REVISED</u> ORDER (I) AUTHORIZING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS; (II) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND <u>UNEXPIRED LEASES; AND (III) GRANTING CERTAIN RELATED RELIEF</u>**

The undersigned hereby certifies as follows:

1.      On March 12, 2015, the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") filed the *Debtors' Motion for (I) an Order (A) Establishing Sale Procedures Relating to the Sale of Substantially All of the Debtors' Assets; (B) Approving Bid Protections; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts; (D) Approving Form and Manner of Notice of All Procedures, Protections, Schedules, and Agreements; (E) Scheduling a Hearing to Consider the Proposed Sale; and (F) Granting Certain Related Relief; and (II) an Order (A) Approving the Sale of Substantially All of the Debtors' Assets and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in*

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001).  The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

*Connection with the Sale* [D.I. 23] (the "Sale Motion").[2]  A proposed form of order approving the Sale was attached to the Sale Motion as Exhibit D.

2.      On April 15, 2015, the Court entered an order [D.I. 286] (the "Sale Procedures Order") approving, among other things, the Sale Procedures and scheduling the Auction and the Sale Hearing.

3.      On May 27, 2015, the Debtors filed a supplement to the Sale Motion [D.I. 559] (the "Supplemental Sale Motion").   A revised proposed form of order approving the Sale Motion was attached to the Supplemental Sale Motion as Exhibit A (the "Initial Sale Order").

4.      Following the Auction, on June 17, 2015, the Court conducted the Sale Hearing and considered the Sale Motion, as amended by the Supplemental Sale Motion.  At the Sale Hearing, the Debtors' undersigned counsel presented a broad overview of a global resolution (the "Settlement") contemplated by and between Debtors, the Official Committee of Unsecured Creditors and the Second Lien Bidders (collectively, the "Parties") in connection with the Sale, and subsequently found that the Debtors had satisfied their burden with respect to the Sale on the terms and conditions described on the record.  The Court subsequently adjourned the Sale Hearing to allow the Parties additional time to memorialize the Settlement and finalize a revised form of order (the "Revised Sale Order") and related asset purchase agreement (the "APA") by and between the Debtors and Taylor Corporation ("Taylor"), and instructed the Debtors that upon a satisfactory settlement being reached by the Parties, a final form of order approving the Sale should be submitted under certification of counsel.

5.      Following good faith negotiations, the Parties have agreed upon the terms of the final Settlement and the Revised Sale Order.  In addition, the Debtors and Taylor have finalized the APA which was approved, in broad terms, at the Sale Hearing.

---

[2]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Sale Motion.

01:17268699.1

6.      Attached hereto as <u>Exhibit A</u> is a copy of the Revised Sale Order, which has been shared with the appropriate objecting parties prior to submission hereof.  At this time, all parties have either advised the Debtors' undersigned counsel that they do not object to entry of the Revised Sale Order, or have elected not to respond to the Debtors' circulation thereof.  A copy of the APA is attached to the Revised Sale Order as Exhibit A.

7.      For the convenience of the Court, and all parties in interest, a blackline of the Revised Sale Order against the Initial Sale Order is attached hereto as <u>Exhibit B</u>.  In addition, a blackline of the APA against the form of asset purchase agreement annexed to the Sale Motion, and executed by the Debtors and the Stalking Horse at the outset of these cases, is attached hereto as <u>Exhibit C</u>.

*[Remainder of Page Intentionally Left Blank]*

01:17268699.1

WHEREFORE, the Debtors respectfully request that the Court enter the Revised Sale Order

without further notice or hearing at the Court's earliest convenience.

Dated:    June 19, 2015
          Wilmington, Delaware              */s/ Andrew L. Magaziner*
                                            Michael R. Nestor (No. 3526)
                                            Kara Hammond Coyle (No. 4410)
                                            Andrew L. Magaziner (No. 5426)
                                            YOUNG CONAWAY STARGATT & TAYLOR, LLP
                                            Rodney Square
                                            1000 North King Street
                                            Wilmington, Delaware 19801
                                            Telephone:  (302) 571-6600
                                            Facsimile:  (302) 571-1253
                                            mnestor@ycst.com
                                            kcoyle@ycst.com
                                            mkandestin@ycst.com
                                            amagaziner@ycst.com

                                            -and-

                                            Michael A. Rosenthal (NY No. 4697561)
                                            Samuel A. Newman (CA No. 217042)
                                            Jeremy L. Graves (CO No. 45522)
                                            Matthew G. Bouslog (CA No. 280978)
                                            GIBSON, DUNN & CRUTCHER LLP
                                            200 Park Avenue
                                            New York, New York 10166-0193
                                            Telephone:  (212) 351-4000
                                            Facsimile:  (212) 351-4035
                                            mrosenthal@gibsondunn.com
                                            snewman@gibsondunn.com
                                            jgraves@gibsondunn.com
                                            mbouslog@gibsondunn.com

                                            *Counsel to the Debtors and
                                            Debtors in Possession*

01:17268699.1