**Exhibit C**

Adjourned Contract Objections

**Chart of Contract Objections**
**(Adjourned)**

| | Objecting Party | D.I.[1] | Counsel/Contact | Objection | Resolution and Response |
|---|---|---|---|---|---|
| 1. | Atlas Tag and Label Inc. ("Atlas") | N/A | BAKER BOTTS L.L.P.<br>Jim Prince<br>2001 Ross Ave.<br>Dallas, TX 75201-2980<br>(214) 953-6612<br>jim.prince@bakerbotts.com | (1) Atlas asserts that the Cure Amount is incorrect. The Cure List sets forth a Cure Amount of $47,714.39. | (1) Atlas's objection solely as to Cure Amount(s) will be adjourned to the July 15, 2015 hearing. |
| 2. | Batson Printing LLC ("Batson") | N/A | Michael Baig<br>847.600.5622<br>michaelb@specialtyprintcomm.com | (1) Batson asserts that the Cure Amount should be $380,004.39. The Cure List included the Cure Amount for Batson's Contract as part of the $100,422.48 Cure Amount listed for the Contract with SPC, Batson's parent corporation. | (1) Batson's objection solely as to Cure Amount(s) will be adjourned to the July 15, 2015 hearing. |
| 3. | CareSource Management Group Co. ("CareSource") | 446 | CROSS & SIMON, LLC<br>Christopher P. Simon<br>1105 North Market Street, Suite 901<br>Wilmington, DE 19801<br>(302) 777-4200<br>csimon@crosslaw.com<br><br>BRICKER & ECKLER LLP<br>David M. Whittaker<br>100 South Third Street<br>Columbus, OH 43215<br>(614) 227-2355<br>dwhittaker@bricker.com | (1) CareSource asserts that the Cure Amount is incorrect. The Cure List sets forth a Cure Amount of $0.00. | (1) CareSource's objection solely as to Cure Amount(s) and adequate assurance of future performance will be adjourned to the July 15, 2015 hearing. |
| 4. | Customgraphix | 598 | SMITH, KATZENSTEIN & JENKINS | (1) Customgraphix asserts that the | (1) Customgraphix's objection solely as to |

---

[1] Docket Nos. with a "N/A" indicate that the Debtors received only an informal response for which an objection was never filed.

1

| # | Objector | Counsel/Contact | Objection | Resolution and Response |
|---|---|---|---|---|
| | Printing Corp. ("Customgraphix") | LLP<br>Kathleen M. Miller<br>The Brandywine Building<br>1000 West Street, Suite 1501<br>Wilmington, DE 19899<br>(302) 652-8400<br>kmiller@skjlaw.com<br><br>and<br><br>RAVICH MEYER KIRKMAN<br>McGRATH NAUMAN & TANSEY A<br>PROFESSIONAL ASSOCIATION<br><br>Michael F. McGrath<br>Will R. Tansey<br>Michael D. Howard<br>4545 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>(612) 332-8511 | Cure Amount should be $467,062.38. The Cure List sets forth a Cure Amount of $205,851.43. | Cure Amount(s) will be adjourned to the July 15, 2015 hearing. |
| 5. | Ennis Business Forms ("Ennis") | N/A<br>BAKER BOTTS L.L.P.<br>Jim Prince<br>2001 Ross Ave.<br>Dallas, TX 75201-2980<br>(214) 953-6612<br>jim.prince@bakerbotts.com | (1) Ennis asserts that the Cure Amount is incorrect. The Cure List sets forth a Cure Amount of $32,850.65. | (1) Ennis's objection solely as to Cure Amount(s) will be adjourned to the July 15, 2015 hearing. |
| 6. | Forms Manufacturer, Inc. | N/A<br>BAKER BOTTS L.L.P.<br>Jim Prince | (1) FMI asserts that the Cure Amount is incorrect. The Cure List sets | (1) FMI's objection solely as to Cure Amount(s) will be adjourned to the July |

2

| # | Counterparty | D/I | Counsel/Contact | Objection | Resolution and Response |
|---|---|---|---|---|---|
| | ("FMI") | | 2001 Ross Ave.<br>Dallas, TX 75201-2980<br>(214) 953-6612<br>jim.prince@bakerbotts.com | forth a Cure Amount of $3,076.25. | 15, 2015 hearing. |
| 7. | GCCFC 2005-GG5 Terminus Industrial Limited Partnership ("GCCFC") | 441 | BILZIN SUMBERG BAENA PRICE & AXELROD LLP<br>Jeffrey I. Snyder<br>1450 Brickell Avenue, 23rd Floor<br>Miami, Florida 33131<br>(305) 374-7580<br>jsnyder@bilzin.com | (1) GCCFC asserts that the Cure Amount should be $92,530.00. The Cure List sets forth a Cure Amount of $0.00.<br><br>(2) GCCFC requests that the Court require the Debtors to provide sufficient adequate assurance of future performance in the amount of three times current "Base Rent." | GCCFC's objection solely as to Cure Amount(s) and adequate assurance of future performance will be adjourned to the July 15, 2015 hearing. |
| 8. | Kay Toledo Tag, Inc. ("Kay Toledo") | N/A | BAKER BOTTS L.L.P.<br>Jim Prince<br>2001 Ross Ave.<br>Dallas, TX 75201-2980<br>(214) 953-6612<br>jim.prince@bakerbotts.com | (1) Kay Toledo asserts that the Cure Amount is incorrect. The Cure List set forth a Cure Amount of $17,249.10. | (1) Kay Toledo's objection solely as to Cure Amount(s) will be adjourned to the July 15, 2015 hearing. |
| 9. | Memorial Hermann Health System | 459 | BAYARD, P.A.<br>Scott D. Cousins | (1) Memorial Hermann asserts that the Debtors should be required to | (1) Memorial Hermann's objection solely as to payment to and performance of third-party |

3

| | Objecting Party | Claim # | Counsel/Name | Objections | Resolution/Response |
|---|---|---|---|---|---|
| | ("Memorial Hermann") | | 222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>(302) 655-5000<br>scousins@bayardlaw.com | provide additional assurances of payment to and performance of third-party vendors.<br><br>(2) Memorial Hermann requests that the Court require the Debtors to provide sufficient adequate assurance of future performance. | vendors will be adjourned to the July 15, 2015 hearing. |
| 10. | Oce Printing Systems USA, Inc. and Oce Financial Services, Inc. (together, "Oce")<br><br>and<br><br>Canon Financial Services, Inc. ("Canon") | N/A | THE LAW OFFICES OF HOWARD N. SOBEL, P.A.<br>Howard N. Sobel<br>507 Kresson Road<br>P.O. Box 1525<br>Voorhees, NJ 08043<br>(856) 424-6400<br>info@sobellaw.com | (1) Oce and Canon assert that certain Contracts are not included on the Cure List and that the associated Cure Amounts are incorrect. The Cure List sets forth a Cure Amount of $26,001.91 for Oce and $210,071.27 for Canon. | (1) Oce and Canon's objection solely as to Cure Amount(s) and applicable Contracts will be adjourned to the July 15, 2015 hearing. |
| 11. | Printgraphics | N/A | BAKER BOTTS L.L.P.<br>Jim Prince<br>2001 Ross Ave.<br>Dallas, TX 75201-2980<br>(214) 953-6612<br>jim.prince@bakerbotts.com | (1) Printgraphics asserts that the Cure Amount is incorrect. The Cure List sets forth a Cure Amount of $8,330.79. | (1) Printgraphics's objection solely as to Cure Amount(s) will be adjourned to the July 15, 2015 hearing. |
| 12. | Seebridge Media LLC ("Seebridge") | 445 | MORRIS JAMES LLP<br>Stephen M. Miller<br>500 Delaware Avenue, Suite 1500 | (1) Seebridge asserts that the Cure Amount should be $587,411.26. The Cure List sets forth a Cure | (1) Seebridge's objection solely as to Cure Amount(s) will be adjourned to the July 15, 2015 hearing. |

4

| # | Objector | Docket No. | Parties and Counsel | Objection | Resolution and Response |
|---|---|---|---|---|---|
| | | | Wilmington, DE 19801-1494<br>(302) 888-6800<br>smiller@morrisjames.com<br><br>and<br><br>KING & SPALDING LLP<br>Edward Ripley<br>1100 Louisiana Street, Suite 4000<br>Houston, TX 77002<br>(713) 276-7351<br>eripley@kslaw.com | Amount of $411,016.53. | |
| 13. | Special Service Partners ("SSP") | N/A | BAKER BOTTS L.L.P.<br>Jim Prince<br>2001 Ross Ave.<br>Dallas, TX 75201-2980<br>(214) 953-6612<br>jim.prince@bakerbotts.com | (1) SSP asserts that the Cure Amount is incorrect. The Cure List sets forth a Cure Amount of $65,056.24. | (1) SSP's objection solely as to Cure Amount(s) will be adjourned to the July 15, 2015 hearing. |
| 14. | Specialty Print Communications ("SPC") | N/A | Michael Baig<br>847.600.5622<br>michaelb@specialtyprintcomm.com | (1) SPC asserts that the Cure Amount should be $144,890.09. The Cure List sets forth a Cure Amount of $100,422.48. | (2) SPC's objection solely as to Cure Amount(s) will be adjourned to the July 15, 2015 hearing. |
| 15. | Xerox Corporation ("Xerox") | 457 | CIARDI CIARDI & ASTIN<br>Daniel K. Astin<br>John D. McLaughlin, Jr.<br>Joseph J. McMahon, Jr.<br>1204 N. King Street | (1) Xerox asserts the Contracts and Cure Amounts are incorrect. The Cure List sets forth a total Cure Amount of $1,005,904.73. | (1) Xerox's objection as to Cure Amount(s) and certain additional matters set forth in the Sale Order will be adjourned to the July 15, 2015 hearing. |

5

| Objection | Counsel | Resolution and Response |
|---|---|---|
| | Wilmington, DE 19801<br>(302) 658-1100<br>jmcmahon@ciardilaw.com<br><br>and<br><br>FISHMANJACKSON<br>Mark H. Ralston<br>700 Three Galleria Tower<br>13155 Noel Road, L.B. 13<br>Dallas, TX 75240<br>(972) 419-5500<br>mralston@fishmanjackson.com | |