# UNITED STATES BANKRUPTCY COURT
District of Delaware

In re: **The Standard Register Company, ET AL.,**　　　　　　　　　　　　　Case No. **15-10541**

## NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **SONAR CREDIT PARTNERS III, LLC** | **Pro Laminators** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim # (if known): **528**
Amount of Claim: **$3,662.51**
Transferred Administrative Portion of Claim in the Amount of: **$2,372.02**
Date Claim Filed: 4/7/2015

**SONAR CREDIT PARTNERS III, LLC**
**80 BUSINESS PARK DRIVE, SUITE 208**
**ARMONK, NY 10504**

Phone: **(914) 730-1005**
Last Four Digits of Acct #: N/A

Phone: N/A
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Name and Current Address of Transferor:

Pro Laminators
PO Box 274
Sellersburg, IN 47172

Phone: N/A
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief:

By: /s/Michael Goldberg　　　　　　　　　　　　　　Date: 6/22/2015
　　　Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EXHIBIT A

## EVIDENCE OF TRANSFER OF ADMINISTRATIVE EXPENSE 503(b)(9) CLAIM

TO:          United States Bankruptcy Court ("Bankruptcy Court")
                 District of Delaware
                 Attn: Clerk

AND TO:     The Standard Register Company ("Debtor"), Case No. 15-10541.

Claim #: 528

PRO LAMINATORS, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

         SONAR CREDIT PARTNERS III, LLC
         80 Business Park Drive
         Suite 208
         Armonk, NY 10504
         Attn: Michael Goldberg
         Phone: (914) 730-1005

its successors and assigns ("Assignee"), all rights, title and interest in and to the claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $2,372.02 ("Administrative Expense 503(b)(9) Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated June 10, 2015.

ASSIGNOR: Pro Laminators

Signature: _Karen Haywood_
Name: Karen S. Haywood
Title: President
Date: 6/10/15

ASSIGNEE: Sonar Credit Partners III, LLC
By: Sonar Asset Management Group, Inc.
Its Managing Member
Signature: _Michael Goldberg_
Name: Michael Goldberg
Title: President
Date: 6/22/15

Home-ClaimInfo



 # The Standard Register Company (15-1054

Case Info   Docket   Claims   Submit a Claim

## Creditor Data Details for Claim # 528

**Creditor**
Pro Laminators
PO Box 274
Sellersburg, IN 47172

**Debtor Name**
The Standard Register Company

**Schedule Number**

**Date Filed**
04/07/2015

**Claim Number**
528

**Proof of Claim**

| | Schedule Amount C*U*D* | Asserted Claim Amount C*U*F* | Current Claim Status Claim Value | |
|---|---|---|---|---|
| General Unsecured | | $1,290.49 | $1,290.49 | Asserted |
| Priority | | | | |
| Secured | | | | |
| 503(b)(9) Admin Priority | | $2,372.02 | $2,372.02 | Asserted |
| Admin Priority | | | | |
| Total | $0.00 | $3,662.51 | $3,662.51 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign*

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is  Open in new window