# UNITED STATES BANKRUPTCY COURT
District of Delaware

In re: **The Standard Register Company, ET AL.,**          Case No. **15-10541**

## NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **SONAR CREDIT PARTNERS III, LLC** | **Conversource Inc.** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim # (if known): **824**
Amount of Claim: **$11,574.12**
Transferred Administrative Portion of Claim in the Amount of: **$2,778.40**
Date Claim Filed: 5/8/2015

**SONAR CREDIT PARTNERS III, LLC**
**80 BUSINESS PARK DRIVE, SUITE 208**
**ARMONK, NY 10504**

Phone: **(914) 730-1005**
Last Four Digits of Acct #: N/A

Phone: N/A
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Name and Current Address of Transferor:

Conversource Inc.
1510 Page Industrial Blvd
St. Louis, MO 63132

Phone: N/A
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief:

By: /s/Michael Goldberg                    Date: 6/22/2015
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EXHIBIT A

## EVIDENCE OF TRANSFER OF ADMINISTRATIVE EXPENSE 503(b)(9) CLAIM

TO:             United States Bankruptcy Court ("Bankruptcy Court")
                District of Delaware
                Attn: Clerk

AND TO:         The Standard Register Company ("Debtor"), Case No. 15-10541.

Claim #: 824

CONVERSOURCE INC., its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

   SONAR CREDIT PARTNERS III, LLC
   80 Business Park Drive
   Suite 208
   Armonk, NY 10504
   Attn: Michael Goldberg
   Phone: (914) 730-1005

its successors and assigns ("Assignee"), all rights, title and interest in and to the claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $2,778.40 ("Administrative Expense 503(b)(9) Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated June 22, 2015.

ASSIGNOR: ConverSource Inc.

Signature: James S. Hant
Name: James S. Hant
Title: Owner
Date: 6-16-15

ASSIGNEE: Sonar Credit Partners III, LLC
By: Sonar Asset Management Group, Inc.
Its Managing Member

Signature: Michael Goldberg
Name: Michael Goldberg
Title: President
Date: 6/22/15



Contact

 **The Standard Register Company (15-10541)**

Case Info    Docket    Claims    Submit a Claim

# Creditor Data Details for Claim # 824

Creditor
Conversource Inc
1510 Page Industrial Blvd
St. Louis, MO 63132

Debtor Name
The Standard Register Company
Schedule Number

Date Filed
05/08/2015

Claim Number
824

Proof of Claim

| | Schedule Amount C*U*D* | Asserted Claim Amount C*U*F* | Current Claim Status Claim Value | |
|---|---|---|---|---|
| General Unsecured | | $8,795.72 | $8,795.72 | Asserted |
| Priority | | | | |
| Secured | | | | |
| 503(b)(9) Admin Priority | | $2,778.40 | $2,778.40 | Asserted ← |
| Admin Priority | | | | |
| Total | $0.00 | $11,574.12 | $11,574.12 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is    Open in new window