**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------- x
                                   :
In re                              :  Chapter 11
                                   :
THE STANDARD REGISTER COMPANY,     :  Case No. 15-10541 (BLS)
*et al.*,                          :
                                   :  (Jointly Administered)
                                   :
         Debtors.                  :  **Re: Docket Nos. 529, 604**
---------------------------------- x

**NOTICE OF WITHDRAWAL OF OBJECTION AND RESERVATION OF RIGHTS OF SILVER POINT FINANCE, LLC WITH RESPECT TO FIRST MONTHLY APPLICATION OF LOWENSTEIN SANDLER LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM MARCH 24, 2015 THROUGH MARCH 31, 2015**

**PLEASE TAKE NOTICE** that the undersigned counsel for Silver Point Finance, LLC, as administrative agent under the Term DIP Loan Agreement, the Prepetition First Lien Credit Agreement, and the Prepetition Second Lien Credit Agreement, hereby withdraws the Objection And Reservation Of Rights Of Silver Point Finance, LLC With Respect To First Monthly Application Of Lowenstein Sandler LLP As Counsel To The Official Committee Of Unsecured Creditors For Compensation For Services Rendered And Reimbursement Of Expenses Incurred For The Period From March 24, 2015 Through March 31, 2015 (Docket No. 604).

DATED:  Wilmington, Delaware
June 23, 2015

                        SKADDEN, ARPS, SLATE, MEAGHER
                           & FLOM LLP

By:  */s/ Sarah E. Pierce*
      Sarah E. Pierce (I.D. No. 4648)
      One Rodney Square
      P.O. Box 636
      Wilmington, Delaware 19899-0636
      Telephone: (302) 651-3000
      Fax: (302) 651-3001

      - and -

      Ron E. Meisler
      Albert L. Hogan III
      Christopher M. Dressel
      Carl T. Tullson
      155 North Wacker Drive
      Chicago, Illinois 60606
      Telephone: (312) 407-0700
      Fax: (312) 407-041

      *Attorneys for Silver Point Finance, LLC*