**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, *et al*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered)<br><br>**RE: Docket No. 529** |

***NO ORDER REQUIRED* CERTIFICATE OF NO OBJECTION REGARDING FIRST MONTHLY APPLICATION OF LOWENSTEIN SANDLER LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM MARCH 24, 2015 THROUGH MARCH 31, 2015**

On May 19, 2015, Lowenstein Sandler LLP ("**Lowenstein**") filed the *First Monthly Application of Lowenstein Sandler LLP as Counsel to the Official Committee of Unsecured Creditors for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from March 24, 2015 Through March 31, 2015* [Docket No. 529] (the "**Application**"). Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than June 3, 2015 at 4:00 p.m. (ET).

On June 3, 2015, Bank of America, N.A. filed the *Limited Objection of Bank of America, N.A. to Fee Application of Lowenstein Sandler* [Docket No. 602], and Silver Point Finance, LLC filed the *Objection and Reservation of Rights of Silver Point Finance, LLC with Respect to the First Monthly Application of Lowenstein Sandler LLP as Counsel to the Official Committee of*

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

*Unsecured Creditors for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from March 24, 2015 Through March 31, 2015* [Docket No. 604]. Lowenstein, Bank of America, N.A. and Silver Point Finance, LLC have reached resolutions at this time and, accordingly, Bank of America, N.A. and Silver Point Finance, LLC have agreed to withdraw their objections. The undersigned certifies that a review of the Court's docket in these cases reflects that no other answer, objection or other responsive pleading to the Application appears thereon.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 260], no further order is required and Lowenstein is entitled to receive 80% of its fees and 100% of its expenses.

Dated: June 23, 2015

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Sharon L. Levine, Esq.
Wojciech F. Jung, Esq.
Andrew Behlmann, Esq.
65 Livingston Avenue
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*-and -*

Gerald C. Bender, Esq.
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402

*Counsel to the Committee*

*-and-*

**POLSINELLI PC**

/s/ *Christopher A. Ward*

Christopher A. Ward (DE Bar No. 3877)
Justin K. Edelson (DE Bar No. 5002)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
jedelson@polsinelli.com

*Delaware Counsel to the Committee*