<u>EXHIBIT A</u>

**FEE SUMMARY**

**The Standard Register Company, et al.**
**(Case No. 15-10541 (BLS)**

**May 1, 2015 through May 31, 2015**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery (#3) | 0.0 | $ 0.00 |
| Asset Disposition (#4) | 6.9 | 2,071.80 |
| Assumption/Rejection of Leases/Contracts (#5) | 0.0 | 0.00 |
| Avoidance Action Analysis (#6) | 0.0 | 0.00 |
| Budgeting (Case) (#7) | 0.0 | 0.00 |
| Business Operations (#8) | 0.0 | 0.00 |
| Case Administration (#9) | 1.0 | 585.00 |
| Claims Administration and Objections (#10) | 0.0 | 0.00 |
| Corporate Governance and Board Matters (#11) | 1.4 | 819.00 |
| Employee Benefits and Pensions (#12) | 63.6 | 21,340.80 |
| Employment and Fee Applications (#13) | 0.2 | 54.90 |
| Employment and Fee Application Objection (#14) | 0.0 | 0.00 |
| Financing and Cash Collateral (#15) | 0.0 | 0.00 |
| Fee Application – Privileged Review (#16) | 0.6 | 351.00 |
| Litigation (#17) | 49.9 | 14,058.90 |
| Meetings/Communications with Creditors (#18) | 0.0 | 0.00 |
| Non-Working Travel (#19) | 27.0 | 5,467.50 |
| Plan and Disclosure Statement (#20) | 0.0 | 0.00 |
| Real Estate (#21) | 13.6 | 3,224.70 |
| Relief From Stay and Adequate Protection (#22) | 0.0 | 0.00 |
| Reporting (#23) | 0.0 | 0.00 |
| Tax (#24) | 0.0 | 0.00 |
| Valuation (#25) | 0.0 | 0.00 |
| Intellectual Property (#26) | 7.5 | 2,134.35 |
| Privacy Matters (#27) | 1.1 | 316.80 |
| Vendor/Customer Ordinary Course Contract (#28) | 0.0 | 0.00 |
| Hawaii Employment Litigation (#29) | 30.3 | 7,556.85 |
| **TOTAL** | **203.10** | **$57,981.60** |

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV
Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

---

The Standard Register Company
PO Box 1167
600 Albany Street
Dayton OH 45417-3405

June 23, 2015
Invoice # 3369537

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.4
Matter: Asset Disposition

---

## Remittance Advice

For Professional Services Rendered Through May 31, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 2,302.00 |
| Less Discount | $ -230.20 |
| Attorney Costs | $ 64.53 |
| Current Total for Professional Services | $ 2,136.33 |
| Previous Outstanding Balance (see detail AR page) | $ 22,616.40 |
| Total Due for Professional Services | $ 24,752.73 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*

  

June 23, 2015
Invoice # 3369537

Dinsmore & Shohl LLP
Client Number – 92211.4
**Matter: Asset Disposition**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| Geoffrey L. Oberhaus | Partner | 1.70 | 490.00 | $ 833.00 |
| Kim Martin Lewis | Partner | 0.30 | 650.00 | $ 195.00 |
| David J. Martin | Associate | 4.90 | 260.00 | $ 1,274.00 |
| | Total Hours / Fees | 6.90 | | $ 2,302.00 |
| | Less Discount | | | $ -230.20 |
| | Current Fee for Hours Worked | | | $ 2,071.80 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Audio Conference | | $ 64.53 |
| | Total Attorney Costs | $64.53 |
| | Current Amount Due This Invoice | $2,136.33 |

1

June 23, 2015
Invoice # 3369537

Dinsmore & Shohl LLP
Client Number – 92211.4
**Matter: Asset Disposition**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/01/15 | GLO | 1.70 | Review and revise [redacted] NDA for [redacted] review. |
| 05/01/15 | DJM | 4.90 | Draft Non-Disclosure Agreement for Standard Register Company regarding provision of confidential material to [redacted]. |
| 05/07/15 | KML | 0.30 | Emails regarding diligence items. |

Total Hours    6.90

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV
Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

---

The Standard Register Company
PO Box 1167
600 Albany Street
Dayton OH 45417-3405

June 23, 2015
Invoice # 3369475

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.9
Matter: Case Administration

---

## Remittance Advice

For Professional Services Rendered Through May 31, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 650.00 |
| Less Discount | $ -65.00 |
| Attorney Costs | $ 2.82 |
| Current Total for Professional Services | $ 587.82 |
| Previous Outstanding Balance (see detail AR page) | $ 2,889.40 |
| Total Due for Professional Services | $ 3,477.22 |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*



June 23, 2015
Invoice # 3369475

Dinsmore & Shohl LLP
Client Number – 92211.9
**Matter: Case Administration**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| Kim Martin Lewis | Partner | 1.00 | 650.00 | $ 650.00 |
| | Total Hours / Fees | 1.00 | | $ 650.00 |
| | Less Discount | | | $ -65.00 |
| | Current Fee for Hours Worked | | | $ 585.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Audio Conference | | $ 2.82 |
| | Total Attorney Costs | $2.82 |
| | Current Amount Due This Invoice | $587.82 |

1

June 23, 2015
Invoice # 3369475

Dinsmore & Shohl LLP
Client Number – 92211.9
**Matter: Case Administration**

**Detail of Current Hours Worked**

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/12/15 | KML | 1.00 | Listen to court hearing. |

Total Hours     1.00

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV
Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

---

The Standard Register Company                                            June 23, 2015
PO Box 1167                                                         Invoice # 3369478
600 Albany Street
Dayton OH 45417-3405

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.11
Matter: Corporate Governance and Board Matters

---

### Remittance Advice

For Professional Services Rendered Through May 31, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 910.00 |
| Less Discount | $ -91.00 |
| Attorney Costs | $ 0.00 |
| Total Due for Professional Services | $ 819.00 |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*



June 23, 2015
Invoice # 3369478

Dinsmore & Shohl LLP
Client Number – 92211.11
**Matter: Corporate Governance and Board Matters**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| Kim Martin Lewis | Partner | 1.40 | 650.00 | $ 910.00 |
| | Total Hours / Fees | 1.40 | | $ 910.00 |
| | Less Discount | | | $ -91.00 |
| | Current Fee for Hours Worked | | | $ 819.00 |

Current Amount Due This Invoice          $819.00

June 23, 2015
Invoice # 3369478

Dinsmore & Shohl LLP
Client Number – 92211.11
**Matter: Corporate Governance and Board Matters**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/08/15 | KML | 0.30 | Prepare for upcoming Board call. |
| 05/08/15 | KML | 1.10 | Attend Board call. |

Total Hours    1.40

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV*
*Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

The Standard Register Company
PO Box 1167
600 Albany Street
Dayton OH 45417-3405

June 23, 2015
Invoice # 3369540

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.12
Matter: Employee Benefits and Pensions

## Remittance Advice

For Professional Services Rendered Through May 31, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 23,712.00 |
| Less Discount | $ -2,371.20 |
| Attorney Costs | $ 23.73 |
| Current Total for Professional Services | $ 21,364.53 |
| Previous Outstanding Balance (see detail AR page) | $ 10,343.34 |
| Total Due for Professional Services | $ 31,707.87 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*



June 23, 2015
Invoice # 3369540

Dinsmore & Shohl LLP
Client Number – 92211.12
**Matter: Employee Benefits and Pensions**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| David A. Whaley | Partner | 11.90 | 340.00 | $ 4,046.00 |
| Kim Martin Lewis | Partner | 17.30 | 650.00 | $ 11,245.00 |
| Matthew S Arend | Partner | 1.30 | 320.00 | $ 416.00 |
| Beth A. Mandel | Associate | 13.50 | 230.00 | $ 3,105.00 |
| Kevin L. Burch | Associate | 19.60 | 250.00 | $ 4,900.00 |
| Total Hours / Fees | | 63.60 | | $ 23,712.00 |
| Less Discount | | | | $ -2,371.20 |
| Current Fee for Hours Worked | | | | $ 21,340.80 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Audio Conference | | $ 23.73 |
| | Total Attorney Costs | $23.73 |
| | Current Amount Due This Invoice | $21,364.53 |

1

June 23, 2015
Invoice # 3369540

Dinsmore & Shohl LLP
Client Number – 92211.12
**Matter: Employee Benefits and Pensions**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/01/15 | KML | 0.40 | Review memo regarding employee benefit issues. |
| 05/01/15 | KLB | 2.50 | Continue drafting employee notices and email to Gerry Sowar and Lawrence Taschenberger regarding same. |
| 05/05/15 | KLB | 1.10 | Multiple emails to Kelly Lazzara regarding tax qualified status of Stanreco Retirement Plan (.3); legal research regarding same (.8). |
| 05/05/15 | KML | 0.30 | Emails regarding employee benefits issues. |
| 05/06/15 | KLB | 3.70 | Teleconference with Standard Register and Gibson Dunn regarding employee notices (1.5); review employee notices (.9); email Kim Lewis regarding same (.3); review Stanreco Retirement Plan amendment regarding early retirement adjustment factors (1.0). |
| 05/06/15 | KML | 0.50 | Benefits call with Standard Register team. |
| 05/06/15 | KML | 0.80 | Draft and review and revise letters to Silverpoint. |
| 05/06/15 | KML | 0.60 | Emails regarding letter to Standard Register employees related to benefits. |
| 05/06/15 | KML | 0.20 | Emails regarding employee benefits. |
| 05/06/15 | KML | 0.40 | Numerous updates regarding employee benefits issues. |
| 05/06/15 | DAW | 2.00 | Review and respond to communications pertaining to terms of the APA amendment and benefits. |
| 05/07/15 | KLB | 2.10 | Teleconference with Buck Consultants and IRS regarding Stanreco defined contribution amendment (1.6); discuss with Kim Lewis regarding certain benefit issues (.5). |
| 05/07/15 | KML | 0.60 | Employee benefits call with Skadden and the Company. |
| 05/07/15 | KML | 0.40 | Follow-up call with Company regarding employee benefits. |
| 05/07/15 | KML | 0.50 | Numerous emails regarding employee benefits issues. |
| 05/07/15 | DAW | 0.50 | Review information in connection with certain benefits. |
| 05/11/15 | DAW | 0.10 | Review communications pertaining to benefit issues. |
| 05/11/15 | MSA | 0.60 | Review and revise [redacted] BAA. |
| 05/11/15 | KML | 0.40 | Emails regarding employee benefits issues. |
| 05/12/15 | DAW | 1.50 | Prepare for and participate in conference calls pertaining to benefit issues (.8); review and respond to communications pertaining to assumption of plans to account for same (.7). |
| 05/12/15 | KLB | 1.10 | Teleconference with Skadden regarding health plan issues (.7); discussion with Kim Lewis regarding termination of other benefit plans (.4). |
| 05/12/15 | MSA | 0.70 | Review and revise [redacted] BAA. |
| 05/12/15 | KML | 1.30 | Benefts call and emails regarding same. |

2

June 23, 2015
Invoice # 3369540

Dinsmore & Shohl LLP
Client Number – 92211.12
**Matter: Employee Benefits and Pensions**

| 05/12/15 | KML | 0.40 | Telephone call with Michael Rosenthal regarding updates. |
|----------|-----|------|----------------------------------------------------------|
| 05/13/15 | KML | 1.10 | Numerous emails regarding other benefit programs/plans. |
| 05/13/15 | KML | 0.20 | Emails regarding assumed agreement. |
| 05/13/15 | DAW | 0.50 | Review and respond to communications pertaining to terms of APA Amendment and benefit plans. |
| 05/14/15 | KLB | 0.80 | Review Second Amendment to Asset Purchase Agreement (.6); email Kim Lewis regarding same (.2). |
| 05/14/15 | KML | 0.70 | Conference call with Lawrence Taschenberger, Amy Reilly, Gerry Sowar and David Whaley regarding other employee benefit plans and amendment. |
| 05/14/15 | KML | 1.10 | Numerous emails regarding other employee benefit plans and amendment. |
| 05/14/15 | KML | 0.20 | Telephone call with Michael Rosenthal regarding amendment. |
| 05/14/15 | KML | 0.30 | Emails with Gibson Dunn regarding amendment. |
| 05/14/15 | DAW | 1.30 | Prepare for and participate in conference call pertaining to terms of APA amendment and planning for employee benefits following transaction. |
| 05/15/15 | KML | 0.30 | Review and revise amendment regarding benefits. |
| 05/15/15 | KML | 0.90 | Review and revise materials regarding other benefit plans. |
| 05/15/15 | KML | 0.30 | Emails with Michael Rosenthal regarding other benefit plans. |
| 05/15/15 | KML | 0.70 | Emails with Company regarding benefits plans issues. |
| 05/18/15 | KLB | 1.50 | Revise determination letter amendment; email Buck Consultants regarding same. |
| 05/19/15 | DAW | 0.40 | Preparation for conference call on employee benefits programs following closing. |
| 05/20/15 | KLB | 2.10 | Multiple teleconference with Standard Register, Skadden and Mercer regarding employee benefit plan; Review Stanreco retirement plan regarding non-pension benefits. |
| 05/20/15 | DAW | 2.00 | Prepare for and participate in conference call pertaining to terms of employee benefits for new entity and transition to same. |
| 05/20/15 | KML | 1.20 | Employee benefits call with Skadden and the Company. |
| 05/20/15 | KML | 0.40 | Pre-call with Company regarding benefits issues. |
| 05/20/15 | KML | 0.50 | Emails regarding benefit issues. |
| 05/20/15 | KML | 0.30 | Telephone call with Michael Rosenthal regarding benefits issues. |
| 05/21/15 | KLB | 0.50 | Discuss with Beth Mandel regarding outstanding benefit items. |
| 05/21/15 | DAW | 0.60 | Assist in memo regarding employee benefits on a post-transaction basis. |
| 05/21/15 | BAM | 0.30 | Review benefits transition memo request with David A. Whaley. |
| 05/21/15 | KML | 0.30 | Emails regarding other benefits plans. |
| 05/21/15 | KML | 0.30 | Review and revise amendment regarding benefits issues. |

June 23, 2015
Invoice # 3369540

Dinsmore & Shohl LLP
Client Number – 92211.12
**Matter: Employee Benefits and Pensions**

| | | | |
|---|---|---|---|
| 05/22/15 | DAW | 0.30 | Review steps necessary to transfer benefit programs to new entity. |
| 05/26/15 | DAW | 0.40 | Review information pertaining to terms of employee benefits after reorganization. |
| 05/26/15 | KLB | 1.50 | Discuss with Beth Mandel regarding Standard Register employee benefit plans (1.2); email Beth Mandel regarding same (.3). |
| 05/26/15 | BAM | 4.80 | Review Debtor's motion regarding payment of wages/benefits and Asset Purchase Agreement & outline benefits to be addressed in transition memo. |
| 05/26/15 | KML | 0.90 | Review emails regarding benefits plans. |
| 05/27/15 | DAW | 0.60 | Review terms of memoradum pertaining to terms of employee benefits upon transaction closing. |
| 05/27/15 | KLB | 0.50 | Discuss with Beth Mandel regarding benefits issues. |
| 05/27/15 | BAM | 6.90 | Draft memo regarding benefits assumed under APA and transition of benefits in the event purchaser assumes/does not assume liability as to each plan. |
| 05/28/15 | DAW | 0.10 | Review information pertaining to terms of employee benefits for reorganized entity. |
| 05/28/15 | KLB | 2.20 | Locate Stanreco Retirement Plan 1995 determination letter and 2011 determination letter submissions; email Lawrence Taschenberger regarding same. |
| 05/28/15 | KML | 0.80 | Review benefits information and emails regarding same. |
| 05/29/15 | DAW | 1.60 | Prepare for and participate in conference call pertaining to terms of employee benefits in reorganized company. |
| 05/29/15 | BAM | 1.50 | Participate in phone conference with client, Mercer and attorneys regarding APA and benefits transition (1.0); update memo regarding transition (.5). |

Total Hours    63.60

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV
Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

---

The Standard Register Company                                June 23, 2015
PO Box 1167                                            Invoice # 3369543
600 Albany Street
Dayton OH 45417-3405

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.13
Matter: Employment and Fee Applications

---

### Remittance Advice

For Professional Services Rendered Through May 31, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 61.00 |
| Less Discount | $ -6.10 |
| Attorney Costs | $ 30.00 |
| Current Total for Professional Services | $ 84.90 |
| Previous Outstanding Balance (see detail AR page) | $ 6,655.02 |
| Total Due for Professional Services | $ 6,739.92 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*

  

June 23, 2015
Invoice # 3369543

Dinsmore & Shohl LLP
Client Number – 92211.13
**Matter: Employment and Fee Applications**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| Patrick D Burns | Associate | 0.20 | 305.00 | $ 61.00 |
| | Total Hours / Fees | 0.20 | | $ 61.00 |
| | Less Discount | | | $ -6.10 |
| | Current Fee for Hours Worked | | | $ 54.90 |

### Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 18.50 |
| Federal Express | $ 11.50 |
| Total Attorney Costs | $30.00 |

| | |
|---|---|
| Current Amount Due This Invoice | $84.90 |

1

June 23, 2015
Invoice # 3369543

Dinsmore & Shohl LLP
Client Number – 92211.13
**Matter: Employment and Fee Applications**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/27/15 | PDB | 0.20 | Review and edit language in fee application. |
| | Total Hours | 0.20 | |

2

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV*
*Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

---

The Standard Register Company
PO Box 1167
600 Albany Street
Dayton OH 45417-3405

June 23, 2015
Invoice # 3369480

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.16
Matter: Fee Application - Privileged Review

---

## Remittance Advice

For Professional Services Rendered Through May 31, 2015:

| | |
|---|---|
| Current Fee for Hours Worked | $ 390.00 |
| Less Discount | $ -39.00 |
| Attorney Costs | $ 0.00 |
| Total Due for Professional Services | $ 351.00 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*

   

June 23, 2015
Invoice # 3369480

Dinsmore & Shohl LLP
Client Number – 92211.16
**Matter: Fee Application - Privileged Review**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| Kim Martin Lewis | Partner | 0.60 | 650.00 | $ 390.00 |
| | Total Hours / Fees | 0.60 | | $ 390.00 |
| | Less Discount | | | $ -39.00 |
| | Current Fee for Hours Worked | | | $ 351.00 |

Current Amount Due This Invoice          $351.00

June 23, 2015
Invoice # 3369480

Dinsmore & Shohl LLP
Client Number – 92211.16
**Matter: Fee Application - Privileged Review**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/18/15 | KML | 0.60 | Review bills for privilege/redaction. |

|  | Total Hours | 0.60 |

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV*
*Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

---

The Standard Register Company                                  June 23, 2015
PO Box 1167                                               Invoice # 3369546
600 Albany Street
Dayton OH 45417-3405

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.17
Matter: Litigation

---

## Remittance Advice

For Professional Services Rendered Through May 31, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 15,621.00 |
| Less Discount | $ -1,562.10 |
| Attorney Costs | $ 76.18 |
| Current Total for Professional Services | $ 14,135.08 |
| Previous Outstanding Balance (see detail AR page) | $ 48,809.06 |
| | |
| Total Due for Professional Services | $ 62,944.14 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*

   

June 23, 2015
Invoice # 3369546

Dinsmore & Shohl LLP
Client Number – 92211.17
**Matter: Litigation**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| Alan H. Abes | Partner | 1.10 | 450.00 | $ 495.00 |
| Kim Martin Lewis | Partner | 3.20 | 650.00 | $ 2,080.00 |
| Michael G. Dailey | Partner | 0.20 | 390.00 | $ 78.00 |
| Jan L. Hatcher | Of Counsel | 11.80 | 325.00 | $ 3,835.00 |
| Meggin N. Musser | Of Counsel | 7.00 | 240.00 | $ 1,680.00 |
| Elizabeth A Cramer | Associate | 8.80 | 230.00 | $ 2,024.00 |
| Patrick D Burns | Associate | 17.80 | 305.00 | $ 5,429.00 |

|  |  |  |
|---|---|---|
| Total Hours / Fees | 49.90 | $ 15,621.00 |
| Less Discount | | $ -1,562.10 |
| Current Fee for Hours Worked | | $ 14,058.90 |

### Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Audio Conference | $ 7.58 |
| Photocopies | $ 68.60 |
| Total Attorney Costs | $76.18 |

| | |
|---|---|
| Current Amount Due This Invoice | $14,135.08 |

June 23, 2015
Invoice # 3369546

Dinsmore & Shohl LLP
Client Number – 92211.17
**Matter: Litigation**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/01/15 | MNS | 2.40 | Review documents regardung responses to requests for production concerning WorkFlow One acquisition. |
| 05/01/15 | EAC | 0.50 | Draft e-mail to Kyle Kolb regarding list of highlighted documents requiring further review in response to Official Committee of Unsecured Creditors' Requests for Production of Documents. |
| 05/01/15 | JLH | 0.40 | Telephone calls with Meggin Musser regarding various issues including Silver Point, privilege, petition date. |
| 05/01/15 | KML | 0.20 | Emails regarding document review. |
| 05/04/15 | PDB | 0.40 | Begin review of documents regarding Committee request. |
| 05/04/15 | KML | 0.20 | Emails regarding document production. |
| 05/05/15 | JLH | 0.30 | Emails and review of information constituting documents for next review. |
| 05/05/15 | PDB | 0.20 | Attention to document request information from Committee. |
| 05/05/15 | PDB | 0.30 | Review CareSource filing. |
| 05/05/15 | KML | 0.40 | Emails regarding document review. |
| 05/06/15 | JLH | 7.40 | Review and analyze batches for documents and summarize same. |
| 05/06/15 | PDB | 0.60 | Review documents. |
| 05/06/15 | PDB | 1.70 | Research set-off rights. |
| 05/06/15 | MNS | 3.70 | Review documents. |
| 05/06/15 | KML | 0.30 | Emails regarding Care Source. |
| 05/06/15 | KML | 0.30 | Emails regarding document review. |
| 05/06/15 | EAC | 5.50 | Review documents. |
| 05/07/15 | JLH | 0.30 | Emails and telephone calls regarding document production. |
| 05/07/15 | PDB | 3.40 | Research set-off rights under Ohio law. |
| 05/07/15 | PDB | 0.40 | Begin outline of memo regarding set-off rights. |
| 05/07/15 | PDB | 0.30 | Call regarding set-off rights. |
| 05/07/15 | PDB | 0.80 | Review documents and update on documents reviewed. |
| 05/07/15 | EAC | 0.20 | Continue to review documents. |
| 05/07/15 | MNS | 0.90 | Review documents (.7); correspondence with Jan Hatcher regarding same (.2). |
| 05/07/15 | KML | 0.80 | Call regarding Care Source issues (.6); review issues regarding same (.2). |
| 05/07/15 | KML | 0.50 | Review emails regarding Care Source research. |

June 23, 2015
Invoice # 3369546

Dinsmore & Shohl LLP
Client Number – 92211.17
**Matter: Litigation**

| 05/08/15 | PDB | 0.80 | Continue review of case law on set-off rights. |
| 05/08/15 | JLH | 0.30 | Review small batches of additional documents. |
| 05/08/15 | AHA | 0.30 | Telephone calls with Gerry Sower regarding CareSource. |
| 05/08/15 | AHA | 0.80 | Review insurance policy, demand and contract with same. |
| 05/08/15 | EAC | 2.60 | Perform further review of documents. |
| 05/09/15 | PDB | 1.80 | Continue researching and reviewing case law on set-off rights (1.3); outline research results and questions regarding memo on set-off rights (.5). |
| 05/11/15 | MGD | 0.20 | Conference with P. Burns regarding set off claims. |
| 05/11/15 | PDB | 6.80 | Research issues relating to set-off in Ohio (2.4); draft memo and detailed email regarding state of law regarding set-off and approaches to motion filed (4.4). |
| 05/13/15 | KML | 0.20 | Emails regarding document review. |
| 05/14/15 | JLH | 3.10 | Review additional batches for expedited review (2.2); telephone calls with K. Kolb, Elizabeth Cramer (1.5); emails to Elizabeth Cramer and Meggin Musser regarding same (.4). |
| 05/14/15 | PDB | 0.30 | Attention to matters regarding new document production and discussion with J. Hatcher regarding same. |
| 05/19/15 | KML | 0.30 | Emails regarding document review. |

Total Hours    49.90

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV*
*Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

---

The Standard Register Company
PO Box 1167
600 Albany Street
Dayton OH 45417-3405

June 23, 2015
Invoice # 3378088

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.19
Matter: Non-Working Travel

---

### Remittance Advice

For Professional Services Rendered Through May 31, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 10,935.00 |
| Less Discount | $ -5,467.50 |
| Attorney Costs | $ 0.00 |
| Total Due for Professional Services | $ 5,467.50 |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*

   

June 23, 2015
Invoice # 3378088

Dinsmore & Shohl LLP
Client Number – 92211.19
**Matter: Non-Working Travel**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| Ryan W. Green | Partner | 27.00 | 405.00 | $ 10,935.00 |
| | Total Hours / Fees | 27.00 | | $ 10,935.00 |
| | Less Discount | | | $ -5,467.50 |
| | Current Fee for Hours Worked | | | $ 5,467.50 |

| | |
|---|---|
| Current Amount Due This Invoice | $5,467.50 |

June 23, 2015
Invoice # 3378088

Dinsmore & Shohl LLP
Client Number – 92211.19
**Matter: Non-Working Travel**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/25/15 | RWG | 13.00 | Travel to Honolulu for motion for summary judgment hearing. |
| 05/26/15 | RWG | 7.00 | Commence return travel to Cincinnati. |
| 05/27/15 | RWG | 7.00 | Complete return travel to Cincinnati. |

Total Hours    27.00

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV*
*Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

The Standard Register Company
PO Box 1167
600 Albany Street
Dayton OH 45417-3405

June 23, 2015
Invoice # 3369483

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.21
Matter: Real Estate

## Remittance Advice

For Professional Services Rendered Through May 31, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 3,583.00 |
| Less Discount | $ -358.30 |
| Attorney Costs | $ 2.50 |
| Current Total for Professional Services | $ 3,227.20 |
| Previous Outstanding Balance (see detail AR page) | $ 783.27 |
| Total Due for Professional Services | $ 4,010.47 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*

  

June 23, 2015
Invoice # 3369483

Dinsmore & Shohl LLP
Client Number – 92211.21
**Matter: Real Estate**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| Merideth A. Trott | Partner | 1.20 | 465.00 | $ 558.00 |
| Steven H. Schreiber | Partner | 0.30 | 435.00 | $ 130.50 |
| Charles E. Baverman III | Associate | 11.40 | 240.00 | $ 2,736.00 |
| Patrick D Burns | Associate | 0.20 | 305.00 | $ 61.00 |
| Robert J. Waine | Associate | 0.50 | 195.00 | $ 97.50 |
| | Total Hours / Fees | 13.60 | | $ 3,583.00 |
| | Less Discount | | | $ -358.30 |
| | Current Fee for Hours Worked | | | $ 3,224.70 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 2.50 | |
| | Total Attorney Costs | $2.50 |
| | Current Amount Due This Invoice | $3,227.20 |

1

June 23, 2015
Invoice # 3369483

Dinsmore & Shohl LLP
Client Number – 92211.21
**Matter: Real Estate**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/18/15 | CEB | 0.20 | Correspondence regarding brokerage agreement for sale of Emigsville, PA property. |
| 05/19/15 | CEB | 0.50 | Correspondence with buyer's counsel and Gerry Sowar regarding closing. |
| 05/20/15 | CEB | 1.00 | Correspondence with Gerry Sowar, title company and buyer's counsel regarding closing (.2); review buyer's proposed closing documents (.8). |
| 05/26/15 | MAT | 0.40 | Meet with legal assistant to coordinate response to Gerry Sowar's request for title documentation. |
| 05/27/15 | CEB | 3.00 | Review buyer's proposed closing documents (.6); research property tax information; meetings with title company regarding closing (.4); draft bill of sale (.7); telephone conference and correspondence with buyer's counsel regarding same (.5). |
| 05/27/15 | SHS | 0.30 | Conference with Mollie McBroon and Charlie Baverman regarding sale of PA property. |
| 05/27/15 | PDB | 0.20 | Bankruptcy consult regarding sale of real estate with C. Baverman. |
| 05/28/15 | CEB | 3.50 | Draft, review and revise closing documents (2.0); correspondence with title company and buyer's counsel regarding same (.7); telephone conferences with Merideth Trott and Bob Waine regarding same (.8). |
| 05/28/15 | MAT | 0.80 | Consult with Charlie Baverman on issues relating to PA sale and closing in context of pending bankruptcy (.5); meet with legal assistant to identify forms for closing (.3). |
| 05/29/15 | RJW | 0.50 | Review deed for compliance with Pennsylvania requirements. |
| 05/29/15 | CEB | 3.20 | Review and revise closing documents (1.7); correspondence with buyer's counsel regarding same (.5); telephone conferences with Tim Smiley and broker regarding closing issues (1.0). |

Total Hours    13.60

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV*
*Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

The Standard Register Company                                  June 23, 2015
PO Box 1167                                            Invoice # 3369548
600 Albany Street
Dayton OH 45417-3405

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.26
Matter: IP

## Remittance Advice

For Professional Services Rendered Through May 31, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 2,371.50 |
| Less Discount | $ -237.15 |
| Attorney Costs | $ 3,725.58 |
| Current Total for Professional Services | $ 5,859.93 |
| Previous Outstanding Balance (see detail AR page) | $ 9,899.57 |
| Total Due for Professional Services | $ 15,759.50 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*

   

June 23, 2015
Invoice # 3369548

Dinsmore & Shohl LLP
Client Number – 92211.26
**Matter: IP**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| James F. Gottman | Partner | 1.00 | 550.00 | $ 550.00 |
| Kimberly Gambrel | Partner | 1.40 | 535.00 | $ 749.00 |
| Christopher I. Meyer | Associate | 1.40 | 255.00 | $ 357.00 |
| Anna M. Vislosky | Paralegal | 1.70 | 215.00 | $ 365.50 |
| Beth A Bane | Paralegal | 2.00 | 175.00 | $ 350.00 |
| Total Hours / Fees | | 7.50 | | $ 2,371.50 |
| Less Discount | | | | $ -237.15 |
| Current Fee for Hours Worked | | | | $ 2,134.35 |

### Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 2.50 |
| Foreign Associates Fees | $ 323.08 |
| Govt. Filing Fee paid to US Patent & Trademark Office | $ 3,400.00 |
| Total Attorney Costs | $3,725.58 |

| | |
|---|---|
| Current Amount Due This Invoice | $5,859.93 |

1

June 23, 2015
Invoice # 3369548

Dinsmore & Shohl LLP
Client Number – 92211.26
**Matter: IP**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 05/01/15 | JFG | 1.00 | STD 1315 PA - Draft Pre-Appeal Brief Request for Review. |
| 05/05/15 | BB | 0.30 | Review confirmation of recordal of merger document from U.S. Copyright Office (.1); draft letter to D. Thaxton regarding same (.2)/ |
| 05/06/15 | KG | 0.10 | Letter to D. Thaxton reporting recordal of merger of WorkflowOne LLC into The Standard Register Company with the U.S. Copyright Office (STD1390 G0). |
| 05/06/15 | CIM | 1.10 | STD 1311 Pa - Revise reply brief (.7); file reply brief (.3); attention to appeal forwarding fee (.1). |
| 05/07/15 | BB | 0.30 | E-mail to A. Daily and K. Lewis regarding merger recordal at U.S. Copyright Office and documents from State of Delaware. |
| 05/07/15 | KG | 0.20 | Review specimen of use for POST-RITE design mark for maintenance of federal registration (.1); email correspondence with D. Thaxton regarding same (.1) (STD 1404 TA). |
| 05/12/15 | BB | 0.70 | STD 1290 G0 - Telephone call to Delaware Secretary of State's Office regarding process for receiving refund of credit balance for overpayment of certified copies (.2); draft letter to Delaware Secretary of State's Office requesting refund of credit balance (.4); confer with K. Gambrel regarding letter to Delaware Secretary of State's Office (.1). |
| 05/13/15 | BB | 0.40 | STD 1292 TA - SMARTWORKS SIMPLYPRINT - Review file for status of declaration of use (.1); draft letter to D. Thaxton regarding same (.3). |
| 05/13/15 | BB | 0.30 | STD 1400 TA - EXCEPTIONAL PEOPLE, PROVEN RESULTS - Review file regarding status of trademark renewal (.1); draft letter to D. Thaxton regarding trademark renewal (.2). |
| 05/13/15 | KG | 0.40 | Letters to D. Thaxton regarding maintenance of U.S. trademark registrations for SMARTWORKS, SIMPLYPRINT and EXCEPTIONAL PEOPLE, PROVEN RESULTS (STD 1292/1400 TA - 41213.711/871) (.2); review and enhance specimen of use for maintenance of U.S. trademark registration for POST-RITE (STD 1404 TA - 41213.875) (.2). |
| 05/14/15 | AV | 1.70 | STD 1364 PA/41213.838 - U.S. Patent Application No. 13/836,766 - Review Notice of Allowance (.3); draft reporting letter to D. Thaxton (.4); amend claims per Examiner's amendment (1.0). |
| 05/14/15 | KG | 0.60 | Prepare and file renewal application (.5); email to D. Thaxton (.1). |
| 05/26/15 | KG | 0.10 | Letter to D. Thaxton reporting maintenance of U.S. trademark registration for POST-RITE. |
| 05/30/15 | CIM | 0.30 | STD 1311 PA - Communication regarding Patent Trial and Appeal Board Docketing Notice for Appeal No. 2015-005721. |

Total Hours     7.50

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV
Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

---

The Standard Register Company
600 Albany Street
Dayton OH 45417

June 23, 2015
Invoice # 3378089

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.27
Matter: Privacy Matters

---

### Remittance Advice

For Professional Services Rendered Through May 31, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 352.00 |
| Less Discount | $ -35.20 |
| Attorney Costs | $ 0.00 |
| | |
| Total Due for Professional Services | $ 316.80 |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*

   

June 23, 2015
Invoice # 3378089

Dinsmore & Shohl LLP
Client Number – 92211.27
**Matter: Privacy Matters**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew S Arend | Partner | 1.10 | 320.00 | $ 352.00 |
| | Total Hours / Fees | 1.10 | | $ 352.00 |
| | Less Discount | | | $ -35.20 |
| | Current Fee for Hours Worked | | | $ 316.80 |

| | |
|---|---|
| Current Amount Due This Invoice | $316.80 |

Dinsmore & Shohl LLP
Client Number – 92211.27
**Matter: Privacy Matters**

June 23, 2015
Invoice # 3378089

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 05/08/15 | MSA | 0.50 | Email with P. Draugelis regarding privacy and HIPAA concerns. |
| 05/12/15 | MSA | 0.60 | Telephone call with H. Glaser and S. Wallace regarding HIPAA issues. |
| | Total Hours | 1.10 | |

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV
Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

---

The Standard Register Company                                          June 23, 2015
600 Albany Street                                                Invoice # 3369486
Dayton OH 45417

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.29
Matter: Hawaii Employment Litigation

---

### Remittance Advice

For Professional Services Rendered Through May 31, 2015:

| | |
|---|---|
| Current Fee for Hours Worked | $ 8,396.50 |
| Less Discount | $ -839.65 |
| Attorney Costs | $ 619.27 |
| Total Due for Professional Services | $ 8,176.12 |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*

  

June 23, 2015
Invoice # 3369486

Dinsmore & Shohl LLP
Client Number – 92211.29
**Matter: Hawaii Employment Litigation**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| Ryan W. Green | Partner | 5.30 | 405.00 | $ 2,146.50 |
| Jason W. Hilliard | Associate | 25.00 | 250.00 | $ 6,250.00 |
| | Total Hours / Fees | 30.30 | | $ 8,396.50 |
| | Less Discount | | | $ -839.65 |
| | Current Fee for Hours Worked | | | $ 7,556.85 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Local Counsel | | $ 619.27 |
| | Total Attorney Costs | $619.27 |
| | Current Amount Due This Invoice | $8,176.12 |

June 23, 2015
Invoice # 3369486

Dinsmore & Shohl LLP
Client Number – 92211.29
**Matter: Hawaii Employment Litigation**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/01/15 | JWH | 0.10 | Correspond with client regarding an affidavit to cover the judicial estoppel issue. |
| 05/01/15 | JWH | 2.40 | Draft declaration to include in memorandum in opposition. |
| 05/01/15 | JWH | 1.70 | Review and revise ASB memorandum in opposition. |
| 05/01/15 | JWH | 1.50 | Review and revise individual defendants' memorandum in opposition. |
| 05/01/15 | JWH | 0.30 | Prepare affidavit for Hermie Glaser. |
| 05/03/15 | JWH | 1.10 | Review and revise ASB memorandum in opposition. |
| 05/03/15 | JWH | 0.90 | Review and revise individual defendants' memorandum in opposition. |
| 05/03/15 | JWH | 1.00 | Review R. Green's Declaration and Exhibits. |
| 05/04/15 | RWG | 2.30 | Review/revise final draft responses to defendants' Motion for Summary Judgment, Concise Statement of Facts and Affidavits. |
| 05/04/15 | JWH | 1.80 | Final revisions to ASB memorandum in opposition. |
| 05/04/15 | JWH | 1.60 | Make final revisions to individual defendants' memorandum in opposition. |
| 05/04/15 | JWH | 0.60 | Review and revise reply to the individual defendants' concise statement of fact. |
| 05/04/15 | JWH | 0.60 | Review and revise reply to ASB's concise statement of fact. |
| 05/04/15 | JWH | 0.30 | Prepare Local Rule 7.5 compliance documents for each brief. |
| 05/04/15 | JWH | 0.50 | Review and revise R. Green declaration. |
| 05/04/15 | JWH | 0.30 | Draft letter to client regarding promissory estoppel issue. |
| 05/04/15 | JWH | 0.30 | Review Exhibits A to U attached to memorandum in opposition. |
| 05/04/15 | JWH | 0.30 | Conduct final shepparizing of cases cited in brief prior to filing. |
| 05/04/15 | JWH | 0.40 | Conduct final review of the motions filed by defendants to ensure all arguments are addressed. |
| 05/06/15 | JWH | 0.10 | Follow-up with counsel regarding declaration of R. Green. |
| 05/12/15 | JWH | 0.60 | Prepare outline for oral argument. |
| 05/13/15 | JWH | 0.40 | Review ASB's reply to our memorandum in opposition. |
| 05/13/15 | JWH | 0.40 | Review individual defendants' reply brief. |
| 05/14/15 | JWH | 0.20 | Review order issued by the Court regarding "consideration issue". |
| 05/14/15 | JWH | 0.10 | Update client on recent order by the Court and its impact on the case. |
| 05/14/15 | JWH | 0.50 | Prepare outline for oral argument. |
| 05/18/15 | JWH | 1.60 | Work on outline for oral argument. |

June 23, 2015
Invoice # 3369486

Dinsmore & Shohl LLP
Client Number – 92211.29
**Matter: Hawaii Employment Litigation**

| | | | |
|---|---|---|---|
| 05/19/15 | JWH | 0.10 | Correspondence with Rob Assini regarding the case. |
| 05/19/15 | JWH | 0.70 | Work on outline for oral argument. |
| 05/20/15 | JWH | 1.30 | Prepare outline for upcoming oral argument. |
| 05/20/15 | JWH | 0.80 | Review and highlight relevant portions of the case law and Restatement. |
| 05/20/15 | JWH | 0.40 | Review and summarize ASB's and the individual defendants' brief. |
| 05/21/15 | JWH | 1.60 | Prepare for oral argument by reviewing case law and arguments made, strategizing, and anticipating the judge's questions. |
| 05/21/15 | JWH | 0.30 | Research additional cases cited by the individual defendants in their reply. |
| 05/21/15 | RWG | 1.50 | Prepare for 5/26/15 oral argument on motion for summary judgment. |
| 05/26/15 | JWH | 0.20 | Review court order regarding motion for summary judgment. |
| 05/26/15 | RWG | 1.50 | Attend motion for summary judgment hearing and final preparation. |

Total Hours     30.30