# EXHIBIT B

## EXPENSE SUMMARY

The Standard Register Company, et al.
(Case No. 15-10541 (BLS))

May 1, 2015 through May 31, 2015

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Audio Conference | Court Call; InterCall | $98.66 |
| Fedex | | 11.50 |
| Foreign Associates Fees | Gowlings Lafleur Henderson LLP | 323.08 |
| Gov't. Filing Fees | US Patent & Trademark Office | 3,400.00 |
| Local Counsel | Fukunaga Matayoshi Hershey & Ching LLP | 619.27 |
| Photocopies | | 92.10 |
| **Grand Total Expenses** | | **$4,544.61** |