Exhibit A

**ZOLFO COOPER LLC**
**THE STANDARD REGISTER COMPANY**
**PROJECT CATEGORIES**

| Code | Project Category |
|------|------------------|
| 1 | Planning & Coordination/ Case Management |
| 2 | 363 Sale Process |
| 3 | Meetings with UCC Members and/or UCC Professionals |
| 5 | Employee Compensation and Advisor Retention Matters |
| 6 | Financial and Other Due Diligence |
| 7 | Liquidity, Cash Management and Cash Collateral Analysis |
| 8 | Business Plan Analysis and Assessment |
| 9 | Other Diligence |
| 10 | Non-Working Travel Time |
| 11 | Retention, Fee Statements and Fee Applications |
| 12 | Internal Meetings / Discussions |
| 14 | Adversary Proceeding |

### ZOLFO COOPER LLC
### THE STANDARD REGISTER COMPANY
### SUMMARY OF HOURS AND FEES BY PROJECT CATEGORY
### FOR THE PERIOD FROM MAY 1, 2015 THROUGH MAY 31, 2015

**PROJECT CODE 1 - Planning & Coordination/ Case Management**

| PROFESSIONAL | TITLE | HOURLY RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $795 | 0.2 | $    159.00 |
| Mark Cervi | Director | $585 | - | - |
| Corbin Butcher | Associate | $395 | - | - |
| Eugene Lavrov | Associate | $395 | - | - |
| Elizabeth Kardos | Counsel | $490 | - | - |
| Laurie Verry | Paralegal | $255 | - | - |
| | | | 0.2 | $    159.00 |

**PROJECT CODE 2 - 363 Sale Process**

| PROFESSIONAL | TITLE | HOURLY RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $795 | 2.1 | $  1,669.50 |
| Mark Cervi | Director | $585 | 0.4 | 234.00 |
| Corbin Butcher | Associate | $395 | - | - |
| Eugene Lavrov | Associate | $395 | 0.3 | 118.50 |
| Elizabeth Kardos | Counsel | $490 | - | - |
| Laurie Verry | Paralegal | $255 | - | - |
| | | | 2.8 | $  2,022.00 |

Exhibit B

## ZOLFO COOPER LLC
## THE STANDARD REGISTER COMPANY
## SUMMARY OF HOURS AND FEES BY PROJECT CATEGORY
## FOR THE PERIOD FROM MAY 1, 2015 THROUGH MAY 31, 2015

**PROJECT CODE 3 - Meetings with UCC Members and/or UCC Professionals**

| PROFESSIONAL | TITLE | HOURLY RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $795 | 5.2 | $ 4,134.00 |
| Mark Cervi | Director | $585 | 8.1 | 4,738.50 |
| Corbin Butcher | Associate | $395 | 0.4 | 158.00 |
| Eugene Lavrov | Associate | $395 | 32.7 | 12,916.50 |
| Elizabeth Kardos | Counsel | $490 | 0.5 | 245.00 |
| Laurie Verry | Paralegal | $255 | 0.3 | 76.50 |
| | | | 47.2 | $ 22,268.50 |

**PROJECT CODE 5 - Employee Compensation and Advisor Retention Matters**

| PROFESSIONAL | TITLE | HOURLY RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $795 | 3.4 | $ 2,703.00 |
| Mark Cervi | Director | $585 | 0.5 | 292.50 |
| Corbin Butcher | Associate | $395 | - | - |
| Eugene Lavrov | Associate | $395 | - | - |
| Elizabeth Kardos | Counsel | $490 | - | - |
| Laurie Verry | Paralegal | $255 | - | - |
| | | | 3.9 | $ 2,995.50 |

**Exhibit B**

**ZOLFO COOPER LLC**
**THE STANDARD REGISTER COMPANY**
**SUMMARY OF HOURS AND FEES BY PROJECT CATEGORY**
**FOR THE PERIOD FROM MAY 1, 2015 THROUGH MAY 31, 2015**

**PROJECT CODE 6 - Financial and Other Due Diligence**

| PROFESSIONAL | TITLE | HOURLY RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $795 | - | $ - |
| Mark Cervi | Director | $585 | - | - |
| Corbin Butcher | Associate | $395 | - | - |
| Eugene Lavrov | Associate | $395 | 1.5 | 592.50 |
| Elizabeth Kardos | Counsel | $490 | - | - |
| Laurie Verry | Paralegal | $255 | - | - |
| | | | 1.5 | $ 592.50 |

**PROJECT CODE 7 - Liquidity, Cash Management and Cash Collateral Analysis**

| PROFESSIONAL | TITLE | HOURLY RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $795 | 0.4 | $ 318.00 |
| Mark Cervi | Director | $585 | - | - |
| Corbin Butcher | Associate | $395 | 3.2 | 1,264.00 |
| Eugene Lavrov | Associate | $395 | 2.8 | 1,106.00 |
| Elizabeth Kardos | Counsel | $490 | - | - |
| Laurie Verry | Paralegal | $255 | - | - |
| | | | 6.4 | $ 2,688.00 |

**Exhibit B**

**ZOLFO COOPER LLC**
**THE STANDARD REGISTER COMPANY**
**SUMMARY OF HOURS AND FEES BY PROJECT CATEGORY**
**FOR THE PERIOD FROM MAY 1, 2015 THROUGH MAY 31, 2015**

### PROJECT CODE 8 - Business Plan Analysis and Assessment

| PROFESSIONAL | TITLE | HOURLY RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $795 | - | $ - |
| Mark Cervi | Director | $585 | 0.3 | 175.50 |
| Corbin Butcher | Associate | $395 | 0.4 | 158.00 |
| Eugene Lavrov | Associate | $395 | - | - |
| Elizabeth Kardos | Counsel | $490 | - | - |
| Laurie Verry | Paralegal | $255 | - | - |
| | | | 0.7 | $ 333.50 |

### PROJECT CODE 9 - Other Diligence

| PROFESSIONAL | TITLE | HOURLY RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $795 | - | $ - |
| Mark Cervi | Director | $585 | 1.2 | 702.00 |
| Corbin Butcher | Associate | $395 | - | - |
| Eugene Lavrov | Associate | $395 | 14.1 | 5,569.50 |
| Elizabeth Kardos | Counsel | $490 | - | - |
| Laurie Verry | Paralegal | $255 | - | - |
| | | | 15.3 | $ 6,271.50 |

**Exhibit B**

## ZOLFO COOPER LLC
## THE STANDARD REGISTER COMPANY
## SUMMARY OF HOURS AND FEES BY PROJECT CATEGORY
## FOR THE PERIOD FROM MAY 1, 2015 THROUGH MAY 31, 2015

**PROJECT CODE 10 - Non-Working Travel Time**

| PROFESSIONAL | TITLE | HOURLY RATE [(1)] | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $398 | 3.0 | $  1,192.50 |
| Mark Cervi | Director | $293 | - | - |
| Corbin Butcher | Associate | $198 | - | - |
| Eugene Lavrov | Associate | $198 | - | - |
| Elizabeth Kardos | Counsel | $245 | - | - |
| Laurie Verry | Paralegal | $128 | - | - |
| | | | 3.0 | $   1,192.50 |

(1) Travel time rates are reduced by 50%

**PROJECT CODE 11 - Retention, Fee Statements and Fee Applications**

| PROFESSIONAL | TITLE | HOURLY RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $795 | 3.6 | $   2,862.00 |
| Mark Cervi | Director | $585 | 8.2 | 4,797.00 |
| Corbin Butcher | Associate | $395 | - | - |
| Eugene Lavrov | Associate | $395 | 55.3 | 21,843.50 |
| Elizabeth Kardos | Counsel | $490 | 0.8 | 392.00 |
| Laurie Verry | Paralegal | $255 | 3.4 | 867.00 |
| | | | 71.3 | $   30,761.50 |

**Exhibit B**

# ZOLFO COOPER LLC
## THE STANDARD REGISTER COMPANY
### SUMMARY OF HOURS AND FEES BY PROJECT CATEGORY
### FOR THE PERIOD FROM MAY 1, 2015 THROUGH MAY 31, 2015

**PROJECT CODE 12 - Internal Meetings / Discussions**

| PROFESSIONAL | TITLE | HOURLY RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $795 | 1.5 | $ 1,192.50 |
| Mark Cervi | Director | $585 | 5.5 | 3,217.50 |
| Corbin Butcher | Associate | $395 | 1.9 | 750.50 |
| Eugene Lavrov | Associate | $395 | 2.7 | 1,066.50 |
| Elizabeth Kardos | Counsel | $490 | 0.2 | 98.00 |
| Laurie Verry | Paralegal | $255 | 0.2 | 51.00 |
| | | | 12.0 | $ 6,376.00 |

**PROJECT CODE 14 - Adversary Proceeding**

| PROFESSIONAL | TITLE | HOURLY RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $795 | 5.7 | $ 4,531.50 |
| Mark Cervi | Director | $585 | 33.3 | 19,480.50 |
| Corbin Butcher | Associate | $395 | 39.3 | 15,523.50 |
| Eugene Lavrov | Associate | $395 | 27.8 | 10,981.00 |
| Elizabeth Kardos | Counsel | $490 | - | - |
| Laurie Verry | Paralegal | $255 | - | - |
| | | | 106.1 | $ 50,516.50 |

Exhibit C

**ZOLFO COOPER, LLC**
**THE STANDARD REGISTER COMPANY**
DETAIL OF HOURS BY PROJECT CATEGORY, DATE AND PROFESSIONAL
FOR THE PERIOD FROM MAY 1, 2015 THROUGH MAY 31, 2015

| PROFESSIONAL | DATE | PROJECT CODE | DESCRIPTION | HOURS INCURRED |
|---|---|---|---|---|
| David MacGreevey | 5/22/2015 | 1 | Review case calendar | 0.2 |
| | | **1 Total** | | 0.2 |
| David MacGreevey | 5/14/2015 | 2 | T/c w CVO banker re: SRI auction | 0.3 |
| David MacGreevey | 5/22/2015 | 2 | Review Lazard analysis of Silver Point bid | 0.2 |
| David MacGreevey | 5/22/2015 | 2 | Emails w Jefferies re: analysis of Silver Point bid | 0.1 |
| David MacGreevey | 5/22/2015 | 2 | M Cervi t/c re: SRI settlement analysis and bid valuation | 0.2 |
| David MacGreevey | 5/26/2015 | 2 | Emails w Lowenstein & Jefferies re: potential over bidders | 0.4 |
| David MacGreevey | 5/26/2015 | 2 | Email Lowenstein & Jefferies re: draft Silver Point SRI counter | 0.2 |
| David MacGreevey | 5/31/2015 | 2 | Review UCC draft objection to sale of SRI | 0.7 |
| Mark Cervi | 5/31/2015 | 2 | Review of draft objection to sale | 0.4 |
| Eugene Lavrov | 5/15/2015 | 2 | Reviewed M&A activity update provided by Jefferies | 0.3 |
| | | **2 Total** | | 2.8 |
| David MacGreevey | 5/5/2015 | 3 | Emails w S Levine re: BofA objection to ZC SRI retention | 0.2 |
| David MacGreevey | 5/5/2015 | 3 | Attend t/c w professionals re: Bank of America--Standard Register objections to Committee Applications to Retain Professionals | 0.2 |
| David MacGreevey | 5/7/2015 | 3 | Review SRI weekly UCC update presentation | 0.3 |
| David MacGreevey | 5/8/2015 | 3 | T/c w M Cervi re: SRI update materials | 0.3 |
| David MacGreevey | 5/8/2015 | 3 | Attend Standard Register call w Lowenstein & Jefco to prepare for committee call | 0.3 |
| David MacGreevey | 5/8/2015 | 3 | Attend Standard Register committee call re: M&A, KEIP and Cash | 0.5 |
| David MacGreevey | 5/14/2015 | 3 | Review SRI weekly UCC update | 0.3 |

Exhibit C

**ZOLFO COOPER, LLC**
**THE STANDARD REGISTER COMPANY**
DETAIL OF HOURS BY PROJECT CATEGORY, DATE AND PROFESSIONAL
FOR THE PERIOD FROM MAY 1, 2015 THROUGH MAY 31, 2015

| PROFESSIONAL | DATE | PROJECT CODE | DESCRIPTION | HOURS INCURRED |
|---|---|---|---|---|
| David MacGreevey | 5/14/2015 | 3 | Review SRI weekly UCC update presentation | 0.3 |
| David MacGreevey | 5/15/2015 | 3 | Attend Standard Register call w professionals re: drafting complaint | 0.6 |
| David MacGreevey | 5/15/2015 | 3 | Standard Register committee call | 0.5 |
| David MacGreevey | 5/17/2015 | 3 | Attend SRI t/c w Lowenstein and Jefferies re: Adversary complaint | 0.5 |
| David MacGreevey | 5/18/2015 | 3 | Attend SRI t/c w professionals re: Adversary complaint (ATTORNEY-CLIENT PRIVILEGED / ATTORNEY WORK PRODUCT) | 0.3 |
| David MacGreevey | 5/22/2015 | 3 | Review UCC presentation materials | 0.2 |
| David MacGreevey | 5/22/2015 | 3 | Attend SRI t/c w Lowenstein and Jefferies to prepare for UCC call re: liquidity and sale process | 0.2 |
| David MacGreevey | 5/22/2015 | 3 | Attend SRI t/c w UCC, Lowenstein and Jefferies re: sale process and liquidity | 0.4 |
| David MacGreevey | 5/27/2015 | 3 | T/c w G Bender re: SRI key issues | 0.1 |
| Mark Cervi | 5/1/2015 | 3 | t/c with W. Jung of Lowenstein regarding changes to weekly report | 0.1 |
| Mark Cervi | 5/1/2015 | 3 | Update weekly report with KEIP analysis | 0.2 |
| Mark Cervi | 5/1/2015 | 3 | Answer Jefferies Questions and participate in brief call with Jefferies | 0.2 |
| Mark Cervi | 5/1/2015 | 3 | Participate in pre-call with UCC professionals | 0.3 |
| Mark Cervi | 5/1/2015 | 3 | Review weekly report data in advance of a weekly call | 0.2 |
| Mark Cervi | 5/1/2015 | 3 | Participate in UCC weekly call | 0.7 |
| Mark Cervi | 5/5/2015 | 3 | Discussion with N. Vislocky of Lowenstein regarding informal data request from Debtor | 0.1 |
| Mark Cervi | 5/5/2015 | 3 | Discussion with W. Jung of Lowenstein regarding data request from Debtor | 0.1 |
| Mark Cervi | 5/8/2015 | 3 | Participate in UCC professionals call | 0.3 |
| Mark Cervi | 5/8/2015 | 3 | Participate in UCC Call | 0.5 |

Exhibit C

**ZOLFO COOPER, LLC**
**THE STANDARD REGISTER COMPANY**
**DETAIL OF HOURS BY PROJECT CATEGORY, DATE AND PROFESSIONAL**
**FOR THE PERIOD FROM MAY 1, 2015 THROUGH MAY 31, 2015**

| PROFESSIONAL | DATE | PROJECT CODE | DESCRIPTION | HOURS INCURRED |
|---|---|---|---|---|
| Mark Cervi | 5/11/2015 | 3 | Draft email to UCC professionals regarding draft complaint | 0.1 |
| Mark Cervi | 5/12/2015 | 3 | Call with W. Jung regarding schedules and statements | 0.1 |
| Mark Cervi | 5/13/2015 | 3 | Review and edit weekly report, re: schedules of assets and liabilities | 0.5 |
| Mark Cervi | 5/15/2015 | 3 | Participate in UCC professionals call | 0.6 |
| Mark Cervi | 5/15/2015 | 3 | Participate in UCC Weekly call | 0.5 |
| Mark Cervi | 5/17/2015 | 3 | Participate in call with UCC professionals regarding complaint | 0.5 |
| Mark Cervi | 5/21/2015 | 3 | Email with counsel regarding weekly report | 0.1 |
| Mark Cervi | 5/21/2015 | 3 | Review draft of weekly report | 0.2 |
| Mark Cervi | 5/21/2015 | 3 | Participate in UCC professional call regarding SP settlement proposal | 0.3 |
| Mark Cervi | 5/21/2015 | 3 | Review draft of weekly report | 0.2 |
| Mark Cervi | 5/22/2015 | 3 | Discussion with Jefferies regarding bid and settlement | 0.2 |
| Mark Cervi | 5/22/2015 | 3 | Participate in UCC professional call in advance of weekly call | 0.2 |
| Mark Cervi | 5/22/2015 | 3 | Participate in UCC weekly call | 0.4 |
| Mark Cervi | 5/28/2015 | 3 | Prepare for UCC professionals call regarding settlement proposal | 0.1 |
| Mark Cervi | 5/28/2015 | 3 | Participate in UCC professionals call regarding settlement proposal | 0.6 |
| Mark Cervi | 5/28/2015 | 3 | Review and edit draft of UCC weekly report | 0.2 |
| Mark Cervi | 5/29/2015 | 3 | Participate in call with UCC professionals regarding proposed SP settlement response | 0.6 |
| Corbin Butcher | 5/5/2015 | 3 | Call with Lowenstein and Jefferies to discuss committee application to retain professionals and other case developments | 0.4 |
| Eugene Lavrov | 5/1/2015 | 3 | Participate in pre-call with UCC professionals | 0.3 |

Exhibit C

**ZOLFO COOPER, LLC**
**THE STANDARD REGISTER COMPANY**
DETAIL OF HOURS BY PROJECT CATEGORY, DATE AND PROFESSIONAL
FOR THE PERIOD FROM MAY 1, 2015 THROUGH MAY 31, 2015

| PROFESSIONAL | DATE | PROJECT CODE | DESCRIPTION | HOURS INCURRED |
|---|---|---|---|---|
| Eugene Lavrov | 5/1/2015 | 3 | Updated weekly UCC presentation per comments received from Lowenstein | 0.6 |
| Eugene Lavrov | 5/1/2015 | 3 | Participate in UCC weekly call | 0.7 |
| Eugene Lavrov | 5/5/2015 | 3 | UCC weekly update, reviewed latest available budget and began updating excel model to accommodate for the update | 1.9 |
| Eugene Lavrov | 5/6/2015 | 3 | UCC weekly update, implemented newly issued budget in to excel and formatted statements for the presentation | 1.4 |
| Eugene Lavrov | 5/7/2015 | 3 | UCC Weekly Update, worked on updating a power point deck | 4.6 |
| Eugene Lavrov | 5/8/2015 | 3 | Attend Standard Register call w Lowenstein & Jefco to prepare for committee call | 0.3 |
| Eugene Lavrov | 5/8/2015 | 3 | Attend Standard Register committee call re: M&A, KEIP and Cash | 0.5 |
| Eugene Lavrov | 5/12/2015 | 3 | UCC weekly update, worked on updating a presentation deck | 2.5 |
| Eugene Lavrov | 5/13/2015 | 3 | UCC Weekly Update, updated presentation per feedback received and new BBC | 3.3 |
| Eugene Lavrov | 5/14/2015 | 3 | Finalize and distribute UCC weekly update | 0.7 |
| Eugene Lavrov | 5/14/2015 | 3 | Updated weekly UCC report per new information received regarding schedules of assets and liabilities | 2.1 |
| Eugene Lavrov | 5/15/2015 | 3 | Attend Standard Register call w professionals re: drafting complaint | 0.6 |
| Eugene Lavrov | 5/15/2015 | 3 | Standard Register committee call, re: drafting complaint | 0.5 |
| Eugene Lavrov | 5/15/2015 | 3 | Reviewed updated permitted variance report received from McKinsey and insert in to a weekly update file | 0.4 |
| Eugene Lavrov | 5/17/2015 | 3 | Attend SRI t/c w Lowenstein and Jefferies re: Adversary complaint | 0.5 |
| Eugene Lavrov | 5/21/2015 | 3 | Worked on a weekly UCC Update presentation to update per newly received BBC | 2.1 |
| Eugene Lavrov | 5/22/2015 | 3 | Weekly UCC professionals only call, re: liquidity and sale process | 0.2 |
| Eugene Lavrov | 5/22/2015 | 3 | Attend SRI t/c w UCC, Lowenstein and Jefferies re: sale process and liquidity | 0.4 |
| Eugene Lavrov | 5/27/2015 | 3 | Work on updating UCC weekly presentation per DIP budget received | 1.1 |

Exhibit C

ZOLFO COOPER, LLC
THE STANDARD REGISTER COMPANY
DETAIL OF HOURS BY PROJECT CATEGORY, DATE AND PROFESSIONAL
FOR THE PERIOD FROM MAY 1, 2015 THROUGH MAY 31, 2015

| PROFESSIONAL | DATE | PROJECT CODE | DESCRIPTION | HOURS INCURRED |
|---|---|---|---|---|
| Eugene Lavrov | 5/28/2015 | 3 | Participate in UCC professionals call regarding settlement proposal | 0.6 |
| Eugene Lavrov | 5/28/2015 | 3 | Prepare for UCC professionals call regarding settlement proposal | 0.2 |
| Eugene Lavrov | 5/28/2015 | 3 | Updated UCC weekly presentation per BBC received from McKinsey | 0.9 |
| Eugene Lavrov | 5/28/2015 | 3 | Updated UCC Weekly presentation per M Cervi's comments | 2.1 |
| Eugene Lavrov | 5/28/2015 | 3 | Updated UCC weekly presentation to incorporate Silver Point's offer made on 5/17 and summarized methodology of the offer | 2.4 |
| Eugene Lavrov | 5/28/2015 | 3 | Worked on a draft of the UCC weekly presentation, updated powerpoint deck with all the updated information from the excel files | 1.8 |
| Laurie Verry | 5/5/2015 | 3 | Participated in a call with Lowenstein, Jefferies, D. MacGreevey and E. Kardos regarding DIP lenders proposed changes to ZC's retention order. | 0.3 |
| Elizabeth Kardos | 5/5/2015 | 3 | Participated in a call with Lowenstein, Jefferies, D. MacGreevey and L. Verry regarding DIP lenders proposed changes to ZC's retention order. | 0.3 |
| Elizabeth Kardos | 5/5/2015 | 3 | Call with D. MacGreevey regarding DIP lenders proposed changes to ZC's retention order. | 0.2 |
| | | 3 Total | | 47.2 |
| David MacGreevey | 5/12/2015 | 5 | Attend SRI Omnibus hearing | 3.2 |
| David MacGreevey | 5/14/2015 | 5 | T/c w L Szlezinger re: SRI pension | 0.2 |
| Mark Cervi | 5/6/2015 | 5 | Review email from counsel regarding KEIP and proof of claim deadline update | 0.3 |
| Mark Cervi | 5/15/2015 | 5 | Review and respond to email from counsel regarding Morgan pay | 0.2 |
| | | 5 Total | | 3.9 |
| Eugene Lavrov | 5/8/2015 | 6 | Reviewed documents filed on prime clerk | 0.8 |
| Eugene Lavrov | 5/12/2015 | 6 | Reviewed recently filed motions | 0.7 |
| | | 6 Total | | 1.5 |
| David MacGreevey | 5/7/2015 | 7 | Review SRI May 4 BBC | 0.2 |

Exhibit C

**ZOLFO COOPER, LLC**
**THE STANDARD REGISTER COMPANY**
**DETAIL OF HOURS BY PROJECT CATEGORY, DATE AND PROFESSIONAL**
**FOR THE PERIOD FROM MAY 1, 2015 THROUGH MAY 31, 2015**

| PROFESSIONAL | DATE | PROJECT CODE | DESCRIPTION | HOURS INCURRED |
|---|---|---|---|---|
| David MacGreevey | 5/14/2015 | 7 | Review SRI May 11 BBC | 0.2 |
| Corbin Butcher | 5/1/2015 | 7 | Review of financials and comparison with projection model outputs to find discrepancy in liquidity profile in SR | 1.4 |
| Corbin Butcher | 5/7/2015 | 7 | Development and finalizing use of cash and other line item model vs actual result variance slide | 1.8 |
| Eugene Lavrov | 5/1/2015 | 7 | Research liquidity problem and why it was much worse than planned | 2.3 |
| Eugene Lavrov | 5/15/2015 | 7 | Respond to M Cervi regarding Budget to Actuals | 0.1 |
| Eugene Lavrov | 5/16/2015 | 7 | Respond to M Cervi regarding Budget to Actuals | 0.1 |
| Eugene Lavrov | 5/22/2015 | 7 | Reviewed latest DIP budget | 0.3 |
| | | **7 Total** | | 6.4 |
| Mark Cervi | 5/4/2015 | 8 | Email to Jefferies regarding SP base case | 0.1 |
| Mark Cervi | 5/4/2015 | 8 | Draft email to Jefferies regarding WFO tax attributes | 0.2 |
| Corbin Butcher | 5/18/2015 | 8 | Discussion with Tushar at Jefferies about assumptions, sources, and calculations made to model WFO historical performance and implied growth/decline rates | 0.4 |
| | | **8 Total** | | 0.7 |
| Mark Cervi | 5/4/2015 | 9 | Discussion with McKinsey regarding customer program prepetition payment and email to UCC counsel regarding the same | 0.2 |
| Mark Cervi | 5/12/2015 | 9 | Review of schedules and statements | 0.2 |
| Mark Cervi | 5/13/2015 | 9 | Review draft slides summarizing SOFA and schedules | 0.5 |
| Mark Cervi | 5/13/2015 | 9 | Review and email draft sofa and schedule slides to counsel | 0.1 |
| Mark Cervi | 5/20/2015 | 9 | Email exchange with Debtors advisors regarding critical vendor issue | 0.1 |
| Mark Cervi | 5/21/2015 | 9 | Review SOFA data regarding potential preference actions and respond to email from counsel | 0.1 |
| Eugene Lavrov | 5/11/2015 | 9 | Reviewed Schedules of Assets and Liabilities and SOFA | 1.4 |

Exhibit C

**ZOLFO COOPER, LLC**
**THE STANDARD REGISTER COMPANY**
DETAIL OF HOURS BY PROJECT CATEGORY, DATE AND PROFESSIONAL
FOR THE PERIOD FROM MAY 1, 2015 THROUGH MAY 31, 2015

| PROFESSIONAL | DATE | PROJECT CODE | DESCRIPTION | HOURS INCURRED |
|---|---|---|---|---|
| Eugene Lavrov | 5/12/2015 | 9 | Worked on a summary of the Schedules of Assets and Liabilities and SOFA by entity | 3.2 |
| Eugene Lavrov | 5/13/2015 | 9 | Finished reviewing a summary of the Schedules of Assets and Liabilities | 2.6 |
| Eugene Lavrov | 5/13/2015 | 9 | Prepared a summary of UCC claims based on Schedule of Assets and Liabilities | 0.8 |
| Eugene Lavrov | 5/14/2015 | 9 | Reviewed SOFAs | 1.1 |
| Eugene Lavrov | 5/14/2015 | 9 | Summarized SOFAs (similar to Schedules of Assets and Liabilities) per entity | 3.3 |
| Eugene Lavrov | 5/21/2015 | 9 | Researched SOFA's for the preferential treatment, per Lowenstein request | 1.7 |
| | | **9 Total** | | **15.3** |
| David MacGreevey | 5/12/2015 | 10 | Travel from NY office to WIL | 1.3 |
| David MacGreevey | 5/12/2015 | 10 | Travel from WIL to NY office | 1.7 |
| | | **10 Total** | | **3.0** |
| David MacGreevey | 5/4/2015 | 11 | M Cervi discussion re: SRI fee apps | 0.2 |
| David MacGreevey | 5/5/2015 | 11 | E Kardos / Laurie Capen t/c re: Lenders objection to SRI retention application (partial participation) | 0.1 |
| David MacGreevey | 5/6/2015 | 11 | Review Debtor and Lender objections to SRI retention | 0.5 |
| David MacGreevey | 5/7/2015 | 11 | Review Lowenstein's proposed response to SRI retention objections | 0.5 |
| David MacGreevey | 5/13/2015 | 11 | Review revised SRI retention order | 0.2 |
| David MacGreevey | 5/14/2015 | 11 | Review proposed SRI retention order from Silver Point and BofA | 0.3 |
| David MacGreevey | 5/27/2015 | 11 | Review first SRI fee statement (March & April) | 1.8 |
| Mark Cervi | 5/4/2015 | 11 | D MacGreevey discussion re: SRI fee apps | 0.2 |
| Mark Cervi | 5/4/2015 | 11 | Organize data to prepare draft fee application | 1.5 |

Exhibit C

**ZOLFO COOPER, LLC**
**THE STANDARD REGISTER COMPANY**
**DETAIL OF HOURS BY PROJECT CATEGORY, DATE AND PROFESSIONAL**
**FOR THE PERIOD FROM MAY 1, 2015 THROUGH MAY 31, 2015**

| PROFESSIONAL | DATE | PROJECT CODE | DESCRIPTION | HOURS INCURRED |
|---|---|---|---|---|
| Mark Cervi | 5/6/2015 | 11 | Review and analyze Debtor and DIP objections to ZC retention application | 0.9 |
| Mark Cervi | 5/7/2015 | 11 | Review of Reply to retention objection and review of DIP availability to include in reply | 0.5 |
| Mark Cervi | 5/8/2015 | 11 | Assist with preparation of March and April fee application | 0.7 |
| Mark Cervi | 5/24/2015 | 11 | Worked on March/April Fee Statement | 0.2 |
| Mark Cervi | 5/26/2015 | 11 | Worked on March/April Fee Statement | 0.3 |
| Mark Cervi | 5/26/2015 | 11 | Worked on March/April Fee Statement | 0.4 |
| Mark Cervi | 5/26/2015 | 11 | Worked on March/April Fee Statement | 1.6 |
| Mark Cervi | 5/27/2015 | 11 | Review and edit fee application draft and exhibits | 0.6 |
| Mark Cervi | 5/28/2015 | 11 | Review and edit fee application draft and exhibits | 0.4 |
| Mark Cervi | 5/28/2015 | 11 | Review and edit fee application draft and exhibits | 0.9 |
| Eugene Lavrov | 5/1/2015 | 11 | Began working on a fee statement | 0.9 |
| Eugene Lavrov | 5/4/2015 | 11 | Worked on March/April Fee Statement | 3.5 |
| Eugene Lavrov | 5/5/2015 | 11 | Worked on March/April Fee Statement | 4.2 |
| Eugene Lavrov | 5/6/2015 | 11 | Worked on March/April Fee Statement | 5.6 |
| Eugene Lavrov | 5/7/2015 | 11 | Worked on March/April Fee Statement | 3.3 |
| Eugene Lavrov | 5/8/2015 | 11 | Worked on March/April Fee Statement | 6.7 |
| Eugene Lavrov | 5/11/2015 | 11 | Worked on March/April Fee Statement | 4.5 |
| Eugene Lavrov | 5/12/2015 | 11 | Worked on March/April Fee Statement | 2.2 |
| Eugene Lavrov | 5/13/2015 | 11 | Worked on March/April Fee Statement | 1.4 |

Exhibit C

**ZOLFO COOPER, LLC**
**THE STANDARD REGISTER COMPANY**
**DETAIL OF HOURS BY PROJECT CATEGORY, DATE AND PROFESSIONAL**
**FOR THE PERIOD FROM MAY 1, 2015 THROUGH MAY 31, 2015**

| PROFESSIONAL | DATE | PROJECT CODE | DESCRIPTION | HOURS INCURRED |
|---|---|---|---|---|
| Eugene Lavrov | 5/21/2015 | 11 | Received and reviewed expense report from the accounting department | 0.8 |
| Eugene Lavrov | 5/21/2015 | 11 | Worked on March/April Fee Statement | 1.6 |
| Eugene Lavrov | 5/22/2015 | 11 | Worked on March/April Fee Statement | 1.8 |
| Eugene Lavrov | 5/26/2015 | 11 | Reviewed Lowenstein Fee Application submitted | 0.8 |
| Eugene Lavrov | 5/26/2015 | 11 | Worked on March/April Fee Statement | 4.6 |
| Eugene Lavrov | 5/26/2015 | 11 | Worked on March/April Fee Statement | 5.7 |
| Eugene Lavrov | 5/27/2015 | 11 | Worked on March/April Fee Statement | 0.8 |
| Eugene Lavrov | 5/27/2015 | 11 | Worked on March/April Fee Statement | 4.8 |
| Eugene Lavrov | 5/28/2015 | 11 | Worked on March/April Fee Statement | 2.1 |
| Laurie Verry | 5/7/2015 | 11 | Researched similar retentions in Delaware and provided findings to D. MacGreevey. | 1.2 |
| Laurie Verry | 5/11/2015 | 11 | Worked on ZC's first monthly fee statement. | 0.4 |
| Laurie Verry | 5/20/2015 | 11 | Retrieved ZC's retention order from Pacer and circulated to ZC professionals. | 0.2 |
| Laurie Verry | 5/21/2015 | 11 | Worked on ZC's first monthly fee statement. | 1.3 |
| Laurie Verry | 5/25/2015 | 11 | Communicated with ZC professionals regarding ZC's monthly fee statement. | 0.3 |
| Elizabeth Kardos | 5/7/2015 | 11 | Reviewed reply by UCC to objection by DIP agent regarding ZC's and others retentions. | 0.3 |
| Elizabeth Kardos | 5/14/2015 | 11 | Reviewed and responded to Bank of America's and Silver Point's proposed revisions to ZC's retention order. | 0.3 |
| Elizabeth Kardos | 5/15/2015 | 11 | Reviewed final mark up to ZC's retention order. | 0.2 |
| | | **11 Total** | | **71.3** |
| David MacGreevey | 5/4/2015 | 12 | M Cervi discussion re: SRI key issues, including complaint, UCC reporting | 0.3 |

Exhibit C

ZOLFO COOPER, LLC
THE STANDARD REGISTER COMPANY
DETAIL OF HOURS BY PROJECT CATEGORY, DATE AND PROFESSIONAL
FOR THE PERIOD FROM MAY 1, 2015 THROUGH MAY 31, 2015

| PROFESSIONAL | DATE | PROJECT CODE | DESCRIPTION | HOURS INCURRED |
|---|---|---|---|---|
| David MacGreevey | 5/11/2015 | 12 | Call with D. MacGreevey regarding general case status update and complaint | 0.2 |
| David MacGreevey | 5/18/2015 | 12 | M Cervi t/c re: final review of SRI complaint | 0.3 |
| David MacGreevey | 5/21/2015 | 12 | M Cervi t/c re: SRI settlement analysis | 0.2 |
| David MacGreevey | 5/22/2015 | 12 | M Cervi t/c re: SRI settlement analysis | 0.2 |
| David MacGreevey | 5/26/2015 | 12 | M Cervi  t/c re: SRI settlement analysis | 0.3 |
| Mark Cervi | 5/2/2015 | 12 | Draft and send email to ZC to coordinate review of documents | 0.2 |
| Mark Cervi | 5/4/2015 | 12 | C Butcher discussion re: Silver Point projections and revised UCC base case projections | 0.3 |
| Mark Cervi | 5/4/2015 | 12 | D MacGreevey discussion re: SRI key issues, including complaint, UCC reporting | 0.3 |
| Mark Cervi | 5/5/2015 | 12 | C Butcher discussion regarding build-out of assumptions for UCC projections | 0.2 |
| Mark Cervi | 5/5/2015 | 12 | Email and discussion to ZC team regarding informal data request to Debtor and any additions to list | 0.1 |
| Mark Cervi | 5/6/2015 | 12 | C Butcher discussion regarding build-out of assumptions for UCC projections | 0.2 |
| Mark Cervi | 5/6/2015 | 12 | C Butcher discussion regarding build-out of assumptions for UCC projections and incorporation of recent WFO data | 0.3 |
| Mark Cervi | 5/7/2015 | 12 | C Butcher discussion regarding build-out of assumptions for UCC projections and incorporation of recent WFO data | 0.2 |
| Mark Cervi | 5/7/2015 | 12 | C Butcher discussion regarding build-out of assumptions for UCC projections and incorporation of recent WFO data | 0.3 |
| Mark Cervi | 5/7/2015 | 12 | Review and edit weekly report and discuss changes with E. Lavrov | 0.5 |
| Mark Cervi | 5/8/2015 | 12 | Call with D. MacGreevey regarding UCC update report | 0.2 |
| Mark Cervi | 5/11/2015 | 12 | Call with C. Butcher regarding data for complaint and enhancement of report | 0.1 |
| Mark Cervi | 5/11/2015 | 12 | Call with D. MacGreevey regarding general case status update and complaint | 0.2 |
| Mark Cervi | 5/12/2015 | 12 | Discussion with E. Lavrov regarding schedules and statements and weekly report | 0.1 |

Exhibit C

## ZOLFO COOPER, LLC
### THE STANDARD REGISTER COMPANY
#### DETAIL OF HOURS BY PROJECT CATEGORY, DATE AND PROFESSIONAL
#### FOR THE PERIOD FROM MAY 1, 2015 THROUGH MAY 31, 2015

| PROFESSIONAL | DATE | PROJECT CODE | DESCRIPTION | HOURS INCURRED |
|---|---|---|---|---|
| Mark Cervi | 5/14/2015 | 12 | Discussion with E. Lavrov regarding weekly report | 0.2 |
| Mark Cervi | 5/15/2015 | 12 | Follow up with E. Lavrov regarding Budget to Actuals | 0.1 |
| Mark Cervi | 5/16/2015 | 12 | Follow up with E. Lavrov regarding Budget to Actuals | 0.1 |
| Mark Cervi | 5/16/2015 | 12 | Discussion with C Butcher about WFO 2013 operating performance and prior full year revenue and EBITDA numbers | 0.3 |
| Mark Cervi | 5/18/2015 | 12 | D MacGreevey t/c re: final review of SRI complaint | 0.3 |
| Mark Cervi | 5/21/2015 | 12 | Review of SP settlement proposal and discussion with E. Lavrov regarding the same | 0.2 |
| Mark Cervi | 5/21/2015 | 12 | D MacGreevey t/c re: SRI settlement analysis | 0.2 |
| Mark Cervi | 5/22/2015 | 12 | D MacGreevey t/c re: SRI settlement analysis and bid valuation | 0.2 |
| Mark Cervi | 5/26/2015 | 12 | D MacGreevey t/c re: SRI settlement analysis | 0.3 |
| Mark Cervi | 5/27/2015 | 12 | Call with E. Lavrov regarding fee application draft | 0.1 |
| Mark Cervi | 5/27/2015 | 12 | Call with E. Lavrov regarding weekly report | 0.1 |
| Mark Cervi | 5/27/2015 | 12 | Call with E. Lavrov regarding fee application draft | 0.1 |
| Mark Cervi | 5/28/2015 | 12 | Call with E. Lavrov regarding settlement proposal | 0.1 |
| Corbin Butcher | 5/4/2015 | 12 | Call with Mark Cervi to discuss additional sections required to adequately describe projection development methodology for lawyers to synthesize in the complaint | 0.3 |
| Corbin Butcher | 5/5/2015 | 12 | C Butcher discussion regarding build-out of assumptions for UCC projections | 0.2 |
| Corbin Butcher | 5/6/2015 | 12 | Call from Mark Cervi regarding edits to draft bullets for complaint | 0.2 |
| Corbin Butcher | 5/6/2015 | 12 | Call with Mark Cervi regarding further organic WFO margin projection analysis | 0.3 |
| Corbin Butcher | 5/7/2015 | 12 | Call with Mark Cervi regarding model vs actual variance analysis | 0.2 |
| Corbin Butcher | 5/7/2015 | 12 | Discussion with Mark Cervi regarding actual debt amortization paid in 2012 and 2014 | 0.3 |

Exhibit C

**ZOLFO COOPER, LLC**
**THE STANDARD REGISTER COMPANY**
DETAIL OF HOURS BY PROJECT CATEGORY, DATE AND PROFESSIONAL
FOR THE PERIOD FROM MAY 1, 2015 THROUGH MAY 31, 2015

| PROFESSIONAL | DATE | PROJECT CODE | DESCRIPTION | HOURS INCURRED |
|---|---|---|---|---|
| Corbin Butcher | 5/11/2015 | 12 | Call with M Cervi regarding dta for complaint and enhancement of report | 0.1 |
| Corbin Butcher | 5/16/2015 | 12 | Discussion with Mark Cervi about  WFO 2013 operating performance and prior full year revenue and EBITDA numbers | 0.3 |
| Eugene Lavrov | 5/1/2015 | 12 | Emails between team members, regarding model updates | 0.6 |
| Eugene Lavrov | 5/4/2015 | 12 | Emails with the team to provide update on the status of the model and fee statements | 0.8 |
| Eugene Lavrov | 5/7/2015 | 12 | Discuss report w/ M Cervi | 0.4 |
| Eugene Lavrov | 5/12/2015 | 12 | Discussion with E. Lavrov regarding schedules and statements and weekly report | 0.1 |
| Eugene Lavrov | 5/14/2015 | 12 | Discussion with M Cervi regarding weekly report | 0.2 |
| Eugene Lavrov | 5/21/2015 | 12 | Review of SP settlement proposal and discussion with M Cervi regarding the same | 0.2 |
| Eugene Lavrov | 5/27/2015 | 12 | Call w/ M Cervi Re: Fee Statement | 0.2 |
| Eugene Lavrov | 5/27/2015 | 12 | Call w/ M Cervi Re: Weekly Report | 0.1 |
| Eugene Lavrov | 5/28/2015 | 12 | Call with M. Cervi regarding settlement proposal | 0.1 |
| Laurie Verry | 5/6/2015 | 12 | Communicated with ZC professionals regarding the monthly fee statement process. | 0.2 |
| Elizabeth Kardos | 5/12/2015 | 12 | Communication with ZC professionals in connection with ZC's retention under 328 and 330. | 0.2 |
| | | **12 Total** | | 12.0 |
| David MacGreevey | 5/5/2015 | 14 | T/c w G Bender re: SRI adversary complaint | 0.3 |
| David MacGreevey | 5/8/2015 | 14 | Review draft SRI adversary complaint | 1.1 |
| David MacGreevey | 5/8/2015 | 14 | Review email from M Cervi re: proposed areas of input for SRI complaint | 0.2 |
| David MacGreevey | 5/12/2015 | 14 | Review email w attachment from M Cervi re: comments to SRI adversary complaint | 0.4 |
| David MacGreevey | 5/14/2015 | 14 | Review Standard Register complaint | 0.8 |

Exhibit C

ZOLFO COOPER, LLC
THE STANDARD REGISTER COMPANY
DETAIL OF HOURS BY PROJECT CATEGORY, DATE AND PROFESSIONAL
FOR THE PERIOD FROM MAY 1, 2015 THROUGH MAY 31, 2015

| PROFESSIONAL | DATE | PROJECT CODE | DESCRIPTION | HOURS INCURRED |
|---|---|---|---|---|
| David MacGreevey | 5/17/2015 | 14 | Review updated adversary complaint | 1.3 |
| David MacGreevey | 5/17/2015 | 14 | Review SRI settlement proposal from Silver Point | 0.3 |
| David MacGreevey | 5/18/2015 | 14 | Final review SRI adversary complaint | 0.7 |
| David MacGreevey | 5/26/2015 | 14 | Develop counter to Silver Point SRI proposal | 0.6 |
| Mark Cervi | 5/1/2015 | 14 | Adjust Model for run scenarios and prepare power point presentation of results | 2.8 |
| Mark Cervi | 5/1/2015 | 14 | Update model to share with Jefferies | 0.5 |
| Mark Cervi | 5/1/2015 | 14 | Read former CFO data regarding transaction and projections | 0.4 |
| Mark Cervi | 5/1/2015 | 14 | Adjust Model to run scenarios and prepare power point presentation of results | 0.3 |
| Mark Cervi | 5/1/2015 | 14 | Review new documents in dataroom | 0.9 |
| Mark Cervi | 5/1/2015 | 14 | Research and respond to Jefferies request for WFO tax attribute data and marginal tax rates | 0.7 |
| Mark Cervi | 5/2/2015 | 14 | Research and respond to Jefferies request for WFO tax attribute data and marginal tax rates | 0.2 |
| Mark Cervi | 5/2/2015 | 14 | Review new discovery document forwarded by Counsel | 1.8 |
| Mark Cervi | 5/3/2015 | 14 | Review new discovery document forwarded by Counsel | 3.4 |
| Mark Cervi | 5/4/2015 | 14 | Review new discovery document forwarded by Counsel | 2.5 |
| Mark Cervi | 5/4/2015 | 14 | Review new discovery document relating to SP transaction analysis | 1.3 |
| Mark Cervi | 5/4/2015 | 14 | Review new discovery document relating to SP transaction analysis | 1.1 |
| Mark Cervi | 5/4/2015 | 14 | Review and comment on expanded growth assumption slides and reply to CB regarding the same | 0.8 |
| Mark Cervi | 5/5/2015 | 14 | Review and analyze objection to KEIP filed by the US trustee | 0.4 |
| Mark Cervi | 5/5/2015 | 14 | Review new discovery document relating to SP transaction analysis | 0.5 |

Exhibit C

**ZOLFO COOPER, LLC**
**THE STANDARD REGISTER COMPANY**
DETAIL OF HOURS BY PROJECT CATEGORY, DATE AND PROFESSIONAL
FOR THE PERIOD FROM MAY 1, 2015 THROUGH MAY 31, 2015

| PROFESSIONAL | DATE | PROJECT CODE | DESCRIPTION | HOURS INCURRED |
|---|---|---|---|---|
| Mark Cervi | 5/5/2015 | 14 | Review and comment on expanded growth assumption slides and reply to CB regarding the same | 0.7 |
| Mark Cervi | 5/6/2015 | 14 | Review latest discovery document uploaded to Intralinks and to FTP site | 2.6 |
| Mark Cervi | 5/6/2015 | 14 | Review and comment on expanded growth assumption slides and reply to CB regarding the same | 0.5 |
| Mark Cervi | 5/6/2015 | 14 | Review latest discovery document uploaded to Intralinks and to FTP site | 0.6 |
| Mark Cervi | 5/6/2015 | 14 | Review latest discovery document uploaded to Intralinks and to FTP site | 0.7 |
| Mark Cervi | 5/6/2015 | 14 | Review and edit new comparison slide from BAML base case to actuals for 2014 | 0.8 |
| Mark Cervi | 5/8/2015 | 14 | Review of new document additions to dataroom and review on discovery documents | 0.4 |
| Mark Cervi | 5/8/2015 | 14 | Review of draft complaint | 1.5 |
| Mark Cervi | 5/8/2015 | 14 | Draft email to UCC professionals regarding draft complaint | 0.3 |
| Mark Cervi | 5/11/2015 | 14 | Review draft complaint and develop language for counsel | 0.4 |
| Mark Cervi | 5/11/2015 | 14 | Review data prepared by C. Butcher and integrate into document for counsel | 0.3 |
| Mark Cervi | 5/11/2015 | 14 | Review and Analyze new discovery documents and prepare summary of relevant information for ZC team | 1.8 |
| Mark Cervi | 5/12/2015 | 14 | Review and Analyze new discovery documents and prepare summary of relevant information for ZC team | 2.5 |
| Mark Cervi | 5/13/2015 | 14 | Review Jefferies edits to complaint | 0.2 |
| Mark Cervi | 5/15/2015 | 14 | Review draft complaint and identify ZC related input requirements | 0.4 |
| Mark Cervi | 5/16/2015 | 14 | Research Board minutes to locate SR 2012 Budget data | 0.2 |
| Mark Cervi | 5/16/2015 | 14 | Review Draft complaint | 0.6 |
| Mark Cervi | 5/16/2015 | 14 | Prepare response to ZC sections in draft complaint | 0.9 |
| Mark Cervi | 5/21/2015 | 14 | Develop alternative SP settlement structure and model in advance of UCC professional discussion | 0.3 |

Exhibit C

**ZOLFO COOPER, LLC**
**THE STANDARD REGISTER COMPANY**
**DETAIL OF HOURS BY PROJECT CATEGORY, DATE AND PROFESSIONAL**
**FOR THE PERIOD FROM MAY 1, 2015 THROUGH MAY 31, 2015**

| PROFESSIONAL | DATE | PROJECT CODE | DESCRIPTION | HOURS INCURRED |
|---|---|---|---|---|
| Corbin Butcher | 5/1/2015 | 14 | Review of dataroom financials in order to build 2014 financial actuals to compare to alternate base case projections for SR | 0.8 |
| Corbin Butcher | 5/4/2015 | 14 | Review of SilverPoint transaction assumptions to compare internal projections to UCC model outputs | 2.1 |
| Corbin Butcher | 5/4/2015 | 14 | Development of powerpoint slides to describe methodology for determining projections, source documentation, and assumptions | 3.1 |
| Corbin Butcher | 5/4/2015 | 14 | Development of projections comparison to SPs revised projections | 2.1 |
| Corbin Butcher | 5/5/2015 | 14 | Transcribing projection methodology into consolidated word document for complaint | 2.5 |
| Corbin Butcher | 5/5/2015 | 14 | Reading WFO 2012 CIM and development of capacity utilization analysis | 3.1 |
| Corbin Butcher | 5/5/2015 | 14 | Development of excel tables for complaint powerpoint deck and analysis sourcing | 0.8 |
| Corbin Butcher | 5/6/2015 | 14 | Review of documents and development of synopsis for quick future reference | 2.6 |
| Corbin Butcher | 5/6/2015 | 14 | Development of slide for back-up slide deck that reconciles model performance with actual performance and provides detailed variance descriptions | 2.7 |
| Corbin Butcher | 5/6/2015 | 14 | Development of historical trend EBITDARP margin analysis for WFO on an organic basis | 3.2 |
| Corbin Butcher | 5/7/2015 | 14 | Review of dataroom to find documents pertaining to debt repayment through 2013 and 2014 | 2.8 |
| Corbin Butcher | 5/7/2015 | 14 | Reconciling debt payments and credit documents to determine actual debt amort paid | 0.6 |
| Corbin Butcher | 5/8/2015 | 14 | Developing description bullets for complaint back-up deck for lawyers, standardizing formatting | 2.8 |
| Corbin Butcher | 5/8/2015 | 14 | Generating model scenarios to put into slide deck for lawyers; checking output assumptions | 1.2 |
| Corbin Butcher | 5/8/2015 | 14 | Conducted edits and added cash flow bridge slide to legal justification deck | 2.2 |
| Corbin Butcher | 5/11/2015 | 14 | Edit complaint bullets for data points previously developed, add pro-forma historical segment performance from WFO / SR | 1.8 |
| Corbin Butcher | 5/11/2015 | 14 | Develop text bullets for complaint items regarding pension plan contributions and segment disclosures | 2.1 |
| Corbin Butcher | 5/16/2015 | 14 | Review and revision of language in complaint regarding WFO revenue and EBITDA declines | 1.3 |
| Corbin Butcher | 5/16/2015 | 14 | Review of Settlement Proposal sent by Mark Cervi | 0.2 |

Exhibit C

**ZOLFO COOPER, LLC**
**THE STANDARD REGISTER COMPANY**
**DETAIL OF HOURS BY PROJECT CATEGORY, DATE AND PROFESSIONAL**
**FOR THE PERIOD FROM MAY 1, 2015 THROUGH MAY 31, 2015**

| PROFESSIONAL | DATE | PROJECT CODE | DESCRIPTION | HOURS INCURRED |
|---|---|---|---|---|
| Corbin Butcher | 5/18/2015 | 14 | Verification and recalculation of WFO historical numbers, sources, and tying numbers to different source documents in data room | 1.3 |
| Eugene Lavrov | 5/1/2015 | 14 | Additional work in the model to refine sensitivity scenarios and add functionality to the model | 2.6 |
| Eugene Lavrov | 5/1/2015 | 14 | Reviewed former SR CFO's notes on the WFO acquisition | 0.8 |
| Eugene Lavrov | 5/3/2015 | 14 | Reviewed documents received from Lowenstein over the weekend. Re: WFO business plan, fin statements prior to acquisition | 0.9 |
| Eugene Lavrov | 5/3/2015 | 14 | Summarized files received and distributed the list to ZC team | 1.6 |
| Eugene Lavrov | 5/4/2015 | 14 | Continued to review documents received over the weekend. RE: WFO financials pre-acquisition | 0.8 |
| Eugene Lavrov | 5/4/2015 | 14 | Put together additional summaries of the documents received | 1.1 |
| Eugene Lavrov | 5/4/2015 | 14 | Updated model, added functionality to make model more interactive to allow for a quicker and more efficient scenario generation | 2.3 |
| Eugene Lavrov | 5/5/2015 | 14 | Model Updates | 0.8 |
| Eugene Lavrov | 5/6/2015 | 14 | Model Updates | 1.3 |
| Eugene Lavrov | 5/11/2015 | 14 | Reviewed a draft of a complaint | 0.8 |
| Eugene Lavrov | 5/11/2015 | 14 | Reviewed documents received from the Counsel | 0.7 |
| Eugene Lavrov | 5/11/2015 | 14 | Summarized files received from the Counsel | 1.3 |
| Eugene Lavrov | 5/14/2015 | 14 | Reviewed updated draft of a complaint | 0.9 |
| Eugene Lavrov | 5/15/2015 | 14 | Reviewed latest draft of a complaint | 0.5 |
| Eugene Lavrov | 5/15/2015 | 14 | Searched data room (intralinks) for 2011 and 2012 budgets | 0.5 |
| Eugene Lavrov | 5/15/2015 | 14 | Summarized 2011 and 2012 budgets and actuals | 1.1 |
| Eugene Lavrov | 5/15/2015 | 14 | Added synergies information to the model file based on the new documents received | 1.3 |
| Eugene Lavrov | 5/16/2015 | 14 | Created a summary table for 2011 and 2012 budgets and compared to actuals | 1.0 |

Exhibit C

**ZOLFO COOPER, LLC**
**THE STANDARD REGISTER COMPANY**
**DETAIL OF HOURS BY PROJECT CATEGORY, DATE AND PROFESSIONAL**
**FOR THE PERIOD FROM MAY 1, 2015 THROUGH MAY 31, 2015**

| PROFESSIONAL | DATE | PROJECT CODE | DESCRIPTION | HOURS INCURRED |
|---|---|---|---|---|
| Eugene Lavrov | 5/16/2015 | 14 | Replicated excel format of the Exhibit C of the complaint | 0.9 |
| Eugene Lavrov | 5/16/2015 | 14 | Reviewed latest complaint draft | 0.5 |
| Eugene Lavrov | 5/17/2015 | 14 | Reviewed SP Settlement Offer | 0.5 |
| Eugene Lavrov | 5/17/2015 | 14 | Created an itemized summary of the Debtor's assets based on the Schedules of Assets and Liabilities | 3.1 |
| Eugene Lavrov | 5/18/2015 | 14 | Review the latest draft complaint | 0.7 |
| Eugene Lavrov | 5/19/2015 | 14 | Review Final complaint that was submitted (5/18/15) | 0.9 |
| Eugene Lavrov | 5/21/2015 | 14 | Worked on recreating Silver Point's settlement offer in excel to allow for additional modeling | 0.9 |
| | | **14 Total** | | **106.1** |
| | | **Grand Total** | | **270.4** |

**Exhibit D**

**ZOLFO COOPER LLC**
**THE STANDARD REGISTER COMPANY**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD FROM MAY 1, 2015 THROUGH MAY 31, 2015**

| Expense Category | Total Expenses During Period |
|---|---|
| Airfare | $0.00 |
| Ground Transportation | $365.25 |
| Lodging | $0.00 |
| Meals | $272.44 |
| Miscellaneous | $180.88 |
| Total | $818.57 |

Exhibit E

**ZOLFO COOPER, LLC**
**THE STANDARD REGISTER COMPANY**
**DETAIL OF EXPENSES BY PROFESSIONAL**
**FOR THE PERIOD FROM MAY 1, 2015 THROUGH MAY 31, 2015**

| PROFESSIONAL | DATE | CATEGORY | DESCRIPTION | INCURRED AMOUNT | VOLUNTARY REDUCTION | FINAL AMOUNT |
|---|---|---|---|---|---|---|
| | | | Total Airfare | $ - | $ - | $ - |
| David MacGreevey | 5/12/2015 | Ground Transportation | NY to Wilmington, DE | 179.00 | - | 179.00 |
| David MacGreevey | 5/12/2015 | Ground Transportation | Wilmington, DE to NY | 179.00 | - | 179.00 |
| David MacGreevey | 5/12/2015 | Ground Transportation | In city transportation | 7.25 | - | 7.25 |
| | | | Total Ground Transportation | $ 365.25 | $ - | $ 365.25 |
| | | | Total Lodging | $ - | $ - | $ - |
| Mark Cervi | 5/4/2015 | Meal | Lunch, Working | 13.28 | - | 13.28 |
| David MacGreevey | 5/11/2015 | Meal | Lunch, Working | 11.98 | - | 11.98 |
| David MacGreevey | 5/12/2015 | Meal | Breakfast, Traveling | 6.00 | | 6.00 |
| David MacGreevey | 5/12/2015 | Meal | Lunch, Working | 10.00 | | 10.00 |
| David MacGreevey | 5/22/2015 | Meal | Lunch, Working | 12.25 | | 12.25 |
| Corbin Butcher | 5/4/2015 | Meal | Lunch, Working | 21.19 | | 21.19 |
| Corbin Butcher | 5/5/2015 | Meal | Lunch, Working | 16.96 | | 16.96 |
| Corbin Butcher | 5/8/2015 | Meal | Lunch, Working | 16.85 | | 16.85 |
| Corbin Butcher | 5/11/2015 | Meal | Lunch, Working | 14.79 | | 14.79 |
| Corbin Butcher | 5/12/2015 | Meal | Lunch, Working | 14.79 | | 14.79 |
| Corbin Butcher | 5/13/2015 | Meal | Lunch, Working | 16.96 | | 16.96 |
| Eugene Lavrov | 5/1/2015 | Meal | Lunch, Working | 11.72 | | 11.72 |
| Eugene Lavrov | 5/4/2015 | Meal | Lunch, Working | 6.52 | | 6.52 |
| Eugene Lavrov | 5/5/2015 | Meal | Lunch, Working | 6.00 | | 6.00 |
| Eugene Lavrov | 5/14/2015 | Meal | Lunch, Working | 9.49 | | 9.49 |
| Eugene Lavrov | 5/15/2015 | Meal | Lunch, Working | 9.28 | | 9.28 |
| Eugene Lavrov | 5/21/2015 | Meal | Dinner, Working | 16.48 | | 16.48 |
| Eugene Lavrov | 5/26/2015 | Meal | Dinner, Working | 30.00 | | 30.00 |
| Eugene Lavrov | 5/27/2015 | Meal | | 27.90 | | 27.90 |
| | | | Total Meals | $ 272.44 | $ - | $ 272.44 |
| Mark Cervi | 5/15/2015 | Miscellaneous | Phone | 42.47 | - | 42.47 |
| David MacGreevey | 5/7/2015 | Miscellaneous | Phone | 32.35 | - | 32.35 |
| Corbin Butcher | 5/15/2015 | Miscellaneous | Phone | 38.02 | - | 38.02 |
| Eugene Lavrov | 5/31/2015 | Miscellaneous | Phone | 68.04 | - | 68.04 |
| | | | Total Miscellaneous | $ 180.88 | $ - | $ 180.88 |
| | | | Total Expenses | $ 818.57 | $ - | $ 818.57 |