B 210A (Form 210A) (12/09)

UNITED STATES BANKRUPTCY COURT
**DISTRICT OF DELAWARE**

In re: **THE STANDARD REGISTER COMPANY,**               Case No. **15-10541**

**TRANSFER OF ADMINISTRATIVE PORTION OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Liquidity Solutions, Inc.** | **Bottcher America Corporation** |
| Name of Transferee | Name of Transferor |

| | |
|---|---|
| Name and Address where notices to transferee should be sent: | Court Claim #s: **773 & 1118** |
| | Administrative Priority Amount of Claim: **$16,897.52** |
| **Liquidity Solutions, Inc.** | Filed Date: **04/28/2015 & 05/26/2015** |
| **One University Plaza, Suite 312** | |
| **Hackensack, NJ 07601** | |
| Phone: **(201) 968-0001** | Phone: _____ |
| Last Four Digits of Acct #: _____ | Last Four Digits of Acct. #: _____ |

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/Nathan Essers                              Date:  6/24/2015
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

UNITED STATES BANKRUPTCY COURT
**DISTRICT OF DELAWARE**

In re: **THE STANDARD REGISTER COMPANY,**              Case No. **15-10541**

**TRANSFER OF ADMINISTRATIVE PORTION OF CLAIM OTHER THAN FOR SECURITY**

Claim No. **773 & 1118** was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on **6/24/2015**.

| | |
|---|---|
| **Liquidity Solutions, Inc.** | **Bottcher America Corporation** |
| Name of Alleged Transferee | Name of Transferor |
| | |
| Address of Alleged Transferee: | Address of Transferor: |
| **One University Plaza, Suite 312** | **4600 Mercedes Drive** |
| **Hackensack, NJ 07601** | **Belcamp, MD** |

**~~DEADLINE TO OBJECT TO TRANSFER~~**

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____            _____
                                                                                            **CLERK OF THE COURT**

**TRANSFER NOTICE**

BOTTCHER AMERICA CORPORATION ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc. with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against The Standard Register Company (the "Debtor"), in the aggregate amount of $16,897.52 representing all administrative claims of Assignor pending against Debtor in the United States Bankruptcy Court, District of Delaware, administered as Case No. 15-10541.

IN WITNESS WHEREOF, Assignor has signed below as of the __18__ day of __June__, 2015.

BOTTCHER AMERICA CORPORATION             LIQUIDITY SOLUTIONS, INC

By: _Linda Hanzlik_                      By: _[signature]_
(Signature)                              (Signature)

Linda Hanzlik                            Nathan Essers
(Print Name of Witness)                  (Print Name and Title)