# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | Re: Docket Nos. 13, 57, 268, 702-707 |

## DEBTORS' OBJECTION TO DECLARATIONS OF
## INTENT TO SELL, TRADE OR OTHERWISE DISPOSE OF STOCK

The Standard Register Company ("Standard Register") and its affiliated debtors and debtors in possession in the above-captioned cases (each a "Debtor," and collectively, the "Debtors"), hereby object (this "Objection") to the six Notices of Intent to Sell, Trade or Otherwise Dispose of Stock filed at Docket Numbers 702, 703, 704, 705, 706, and 707 (collectively, the "Disposition Notices"). In support of this Objection, the Debtors respectfully represent as follows:

## OBJECTION

1. On March 12, 2015, the Debtors filed the *Debtors' Motion for Entry of Interim and Final Orders Establishing Notification Procedures for Dispositions of or Claims of Worthless Stock Deductions With Respect To, Standard Register's Stock* [Docket No. 13] (the "NOL Motion").[2] The Debtors filed the NOL Motion because they have accumulated significant net operating losses ("NOLs") in the recent past. The Debtors' NOLs are an extremely valuable

---

[1] The Debtors and the last four digits of their respective U.S. federal taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (n/a); Standard Register de México, S. de R.L. de C.V. (n/a); Standard Register Servicios, S. de R.L. de C.V. (n/a); and Standard Register Technologies Canada ULC (n/a). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the NOL Motion.

asset because, under the Internal Revenue Code, the Debtors can generally carry forward their NOLs to offset their future taxable income for up to 20 taxable years and thereby reduce their future aggregate tax obligations.

2. Unrestricted trading of Stock in Standard Register could severely limit or even eliminate the Debtors' ability to use their NOLs. To prevent this result, the Court entered its *Final Order Establishing Notification Procedures for Dispositions of, or Claims of Worthless Stock Deductions With Respect To, Standard Register's Stock* [Docket No. 268] (the "NOL Order"). The NOL Order established procedures for Substantial Shareholders to file notices with the Court in advance of proposed dispositions of Stock. Pursuant to those Court-approved procedures, the Debtors then have the opportunity to object on the grounds that the proposed disposition may result in a Pre-Emergence Ownership Change.

3. Via the Disposition Notices, six similarly-situated Substantial Shareholders have expressed their respective intent to dispose of 50,000 shares of Standard Register's Common Stock, which, in the aggregate, constitutes a total disposition of 300,000 shares. This represents slightly more than 3.5% of Standard Register's total outstanding shares of Common Stock. The Debtors are still evaluating the facts to determine whether the proposed dispositions might result in a Pre-Emergence Ownership Change that would cause the Debtors to lose some or all of their NOLs. Accordingly, the Debtors hereby file this Objection to the Disposition Notices. In accordance with the NOL Order, upon the filing hereof, the proposed dispositions cannot occur until an agreement is reached with the Debtors regarding the proposed dispositions or until the Court approves the contemplated transactions.

    WHEREFORE, the Debtors Object to the Disposition Notices.

Dated:    June 24, 2015
           Wilmington, Delaware        YOUNG CONAWAY STARGATT
                                                    & TAYLOR, LLP

                                              */s/ Andrew L. Magaziner*
                                              Michael R. Nestor (No. 3526)
                                              Kara Hammond Coyle (No. 4410)
                                              Andrew L. Magaziner (No. 5426)
                                              Rodney Square
                                              1000 North King Street
                                              Wilmington, Delaware  19801
                                              Telephone: (302) 571-6600
                                              Facsimile: (302) 571-1253

                                              -and-

                                              Michael A. Rosenthal (NY No. 4697561)
                                              Samuel A. Newman (CA No. 217042)
                                              Jeremy L. Graves (CO No. 45522)
                                              Matthew G. Bouslog (CA No. 280978)
                                              GIBSON, DUNN & CRUTCHER LLP
                                              200 Park Avenue
                                              New York, New York 10166-0193
                                              Telephone: (212) 351-4000
                                              Facsimile: (212) 351-4035
                                              mrosenthal@gibsondunn.com
                                              snewman@gibsondunn.com
                                              jgraves@gibsondunn.com
                                              mbouslog@gibsondunn.com

                                              *Counsel to the Debtors and Debtors in Possession*