# EXHIBIT C

**Engagement Letter Amendment**

01:17291658.3

## First Amendment
### to the Amended and Restated Agreement, dated March 2, 2015, between McKinsey Recovery & Transformation Services U.S., LLC and The Standard Register Company

This first amendment (the "First Amendment"), dated June 23, 2015 (the "Effective Date"), amends that certain Amended and Restated Agreement, dated March 2, 2015 (the "Agreement"), between McKinsey Recovery & Transformation Services U.S., LLC ("McKinsey RTS") and The Standard Register Company (the "Company"). All defined terms used in this First Amendment shall have the same meaning as in the Agreement unless defined otherwise herein. The term "Debtors" shall be defined as set forth in the Motion attached hereto.

1. Section 1 (a) of the Agreement is deleted in its entirety and replaced with the following:

" 1. SERVICES

   a) McKinsey RTS will provide Kevin Carmody to serve as interim President, Chief Executive Officer, Director and Chief Restructuring Officer during the ongoing wind-down of the Debtors and in any and all capacities previously served by the Debtors' former CEO, Joseph Morgan with respect to all applicable Debtors. This appointment is effective as of June 26, 2015. (Mr. Carmody's role, as described herein, shall be referred to hereinafter as the "CEO/CRO.") "

2. Each use of the defined term CRO in the Agreement is replaced with the defined term "CEO/CRO."

3. Schedule 1 is modified as follows. In the section labelled "Engagement Staff," with the sub-heading "Individuals with Executive Positions," the description of Kevin Carmody's position is amended to read "Interim President, Chief Executive Officer, Director and Chief Restructuring Officer."

Except as modified or amended herein, the provisions, terms and conditions of the Agreement remain unchanged and in full force and effect and the Agreement, as so modified and amended, is hereby ratified and confirmed by the Parties hereto.

*Signature page to follow*

McKinsey Recovery & Transformation Services U.S., LLC

By: _____
Name: Kevin Carmody
Title: Practice Leader

ACCEPTED AND AGREED TO

The Standard Register Company

By: _____
Name: Joseph P. Morgan, Jr.
Title: President & CEO