**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JUNE 29, 2015 AT 10:00 A.M. (ET)**

**\*\*AS NO MATTERS ARE GOING FORWARD, THIS HEARING
HAS BEEN CANCELLED WITH PERMISSION OF THE COURT\*\***

**UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION**

1.    Debtors' Motion for Entry of an Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property [D.I. 635; 6/8/15]

Related Documents:

      a)    Certificate of No Objection [D.I. 727; 6/24/15]

      b)    Proposed Order

Objection Deadline:    June 22, 2015 at 4:00 p.m. (ET)

Objections/Responses Received:    None.

Status:    A certificate of no objection has been filed.  No hearing is necessary.

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001).  The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

Dated:    June 25, 2015
      Wilmington, Delaware        */s/ Andrew L. Magaziner*
                             Michael R. Nestor (No. 3526)
                             Kara Hammond Coyle (No. 4410)
                             Andrew L. Magaziner (No. 5426)
                             YOUNG CONAWAY STARGATT & TAYLOR, LLP
                             Rodney Square
                             1000 North King Street
                             Wilmington, Delaware 19801
                             Telephone:  (302) 571-6600
                             Facsimile:  (302) 571-1253
                             mnestor@ycst.com
                             kcoyle@ycst.com
                             amagaziner@ycst.com

                             -and-

                             Michael A. Rosenthal (NY No. 4697561)
                             Samuel A. Newman (CA No. 217042)
                             Jeremy L. Graves (CO No. 45522)
                             Matthew G. Bouslog (CA No. 280978)
                             GIBSON, DUNN & CRUTCHER LLP
                             200 Park Avenue
                             New York, New York 10166-0193
                             Telephone:  (212) 351-4000
                             Facsimile:  (212) 351-4035
                             mrosenthal@gibsondunn.com
                             snewman@gibsondunn.com
                             jgraves@gibsondunn.com
                             mbouslog@gibsondunn.com

                             *Counsel to the Debtors and*
                             *Debtors in Possession*

01:17295150.1