IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | **D.I. 505** |

### SUPPLEMENTAL CERTIFICATION OF SHARON L. LEVINE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014(a) IN CONNECTION WITH THE RETENTION OF LOWENSTEIN SANDLER LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Sharon L. Levine, pursuant to 28 U.S.C. Section 1746, certifies as follows:

1. I am a partner of the law firm of Lowenstein Sandler LLP ("Lowenstein"), counsel to the Official Committee of Unsecured Creditors (the "Committee") appointed in the above-referenced chapter 11 cases.

2. The Court previously entered an order on May 12, 2015, effective as of March 24, 2015, authorizing the Committee to retain Lowenstein its counsel in these bankruptcy cases (the "Retention Order"). Docket No. 505. Lowenstein submits this supplemental affidavit pursuant to paragraph 4 of the Retention Order.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

3. Effective July 1, 2015, Lowenstein's hourly rates will be increased as follows:

| | |
|---|---|
| Partners of the Firm | $550.00 - $1,100.00 |
| Senior Counsel and Counsel | $390.00 – $695.00 |
| Associates | $285.00 - $595.00 |
| Paralegals and Assistants | $110.00 - $290.00 |

4. This rate change reflects Lowenstein's customary annual rate increases. Notice of this rate increase is being provided to the appropriate parties simultaneously with the filing of this supplemental affidavit.

5. I certify under penalty of perjury that the foregoing is true and correct.


*/s/ Sharon L. Levine*
Sharon L. Levine

Dated: June 25, 2015