## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 389** |

## NOTICE OF WITHDRAWAL OF MOTION BY CARESOURCE MANAGEMENT GROUP CO. FOR AN ORDER PURSUANT TO 11 U.S.C. § 362(d) GRANTING RELIEF FROM STAY TO PERMIT THE SETOFF OF MUTUAL PREPETITION CLAIMS

PLEASE TAKE NOTICE that on May 4, 2015, CareSource Management Group Co. ("CareSource") filed the **Motion by CareSource Management Group Co. for an Order Pursuant to 11 U.S.C. § 362(d) Granting Relief from Stay to Permit the Setoff of Mutual Prepetition Claims** [D.I. 389] (the "Motion") with the United States Bankruptcy Court for the District of Delaware.

PLEASE TAKE FURTHER NOTICE that CareSource hereby withdraws the Motion without prejudice.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de Mexico, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43k5); AND Standard Register Technologies Canada ULC (0001).  The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

Dated: June 26, 2015              CROSS & SIMON, LLC
       Wilmington, Delaware

*/s/ Christopher P. Simon*

Christopher P. Simon (No. 3697)
1105 North Market Street, Suite 901
Wilmington, DE 19801
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
Email: csimon@crosslaw.com

-and-

David M. Whittaker, Esquire
BRICKER & ECKLER LLP
100 South Third Street
Columbus, OH 43215
Telephone: (614) 227-2355
Facsimile: (614) 227-2390
Email: dwhittaker@bricker.com

*Attorneys for CareSource Management Group Co.*