# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
|  | (Jointly Administered) |
| Debtors. |  |

## AFFIDAVIT OF SERVICE

I, Alejandro Soria, am employed in the county of Los Angeles, State of California. I hereby certify that on June 25, 2015, I caused true and correct copies of the following document to be served via first-class mail, postage pre-paid, to the parties listed in **Exhibit A** attached hereto:

- **Supplemental Certification of Sharon L. Levine Pursuant to Federal Rule of Bankruptcy Procedure 2014(a) in Connection with the Retention of Lowenstein Sandler LLP as Counsel to the Official Committee of Unsecured Creditors [Docket No. 736]**

Dated: June 26, 2015

Alejandro Soria
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                                    } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 26 day of June, 20 15, by Alejandro Soria, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de Mexico, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

## EXHIBIT A

DINSMORE & SHOHL LLP
ATTN: CHRISTOPHER A. DEABLER
255 EAST FIFTH STREET
SUITE 1900
CINCINNATI, OH  45202

GIBSON, DUNN & CRUTCHER LLP
ATTN: JEREMY L. GRAVES/SABINA JACOBS
333 SOUTH GRAND AVENUE
LOS ANGELES, CA  90071-1512

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: MARK KINNEY
844 KING ST STE 2207
WILMINGTON, DE  19801

YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: MICHAEL R. NESTOR
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DE  19801

Parties Served: 4