# UNITED STATES BANKRUPTCY COURT

District of Delaware

In re: **The Standard Register Company, ET AL.,**                    Case No. **15-10541**

## NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**SONAR CREDIT PARTNERS III, LLC**                    **Wenaas USA, Inc.**
         Name of Transferee                                            Name of Transferor

Name and Address where notices to transferee            Court Claim # (if known): **695**
should be sent:                                                         Amount of Claim: **$14,986.86**
                                                                               Transferred Administrative Portion
                                                                               of Claim in the Amount of: **$7,493.43**
                                                                               Date Claim Filed: **5/7/2015**

**SONAR CREDIT PARTNERS III, LLC**
**80 BUSINESS PARK DRIVE, SUITE 208**
**ARMONK, NY 10504**

Phone: **(914) 730-1005**                                        Phone: N/A
Last Four Digits of Acct #: N/A                                 Last Four Digits of Acct. #: N/A

Name and Address where transferee payments             Name and Current Address of Transferor:
should be sent (if different from above):

                                                                               Wenaas USA, Inc.
                                                                               P.O. Box 2409
                                                                               Stafford, TX 77497-2409

Phone: N/A
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief:

By: /s/Michael Goldberg                                    Date: 6/29/2015
         Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EXHIBIT A**

## EVIDENCE OF TRANSFER OF ADMINISTRATIVE EXPENSE 503(b)(9) CLAIM

TO:        United States Bankruptcy Court ("Bankruptcy Court")
              District of Delaware
              Attn: Clerk

AND TO:    The Standard Register Company ("Debtor"), Case No. 15-10541.

Claim #: 695

**WENAAS USA, INC.,** its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

        **SONAR CREDIT PARTNERS III, LLC**
        80 Business Park Drive
        Suite 208
        Armonk, NY 10504
        Attn:  Michael Goldberg
        Phone: (914) 730-1005

its successors and assigns ("Assignee"), all rights, title and interest in and to the claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $7,493.43 ("Administrative Expense 503(b)(9) Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim.   You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated June 22, 2015.

ASSIGNOR: _Wenaas USA, Inc._

Signature: _Tom_ _Boudel_

Name: _Steven L Boubel_

Title: _General Manager_

Date: _6-12-15_

ASSIGNEE: **Sonar Credit Partners III, LLC**
By: Sonar Asset Management Group, Inc.
Its Managing Member

Signature: _Michael Goldberg_

Name: Michael Goldberg

Title: President,

Date: _6/22/15_

~ClaimInfo  



Contact

 **The Standard Register Company (15-10541)**

Case Info    Docket    Claims    Submit a Claim

Se

# Creditor Data Details for Claim # 695

Creditor
Weenas USA,Inc
po box 2409
Stafford, TX 77497-2409

Date Filed
05/07/2015

Claim Number
695

Debtor Name
The Standard Register Company

Schedule Number

Proof of Claim
View PDF    Email PDF

| | Schedule Amount C*U*D* | Asserted Claim Amount C*U*F* | Current Claim Status Claim Value | |
|---|---|---|---|---|
| **General Unsecured** | | | | |
| **Priority** | | $7,493.43 | $7,493.43 | Asserted |
| **Secured** | | | | |
| **503(b)(9) Admin Priority** | | $7,493.43 | $7,493.43 | Asserted |
| **Admin Priority** | | | | |
| **Total** | $0.00 | $14,986.86 | $14,986.86 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign*