# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Ingamar D. Ramirez, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On June 25, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following document, along with a blank proof of claim form, to be served via First Class Mail on the Supplemental Service List attached hereto as **Exhibit A**:

- Notice of Deadlines for the Filing of Proofs of Claim, Including for Claims Asserted Under Section 503(B)(9) of the Bankruptcy Code [Docket No. 507]

Dated: June 29, 2015

Ingamar D. Ramirez

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on June 29, 2015, by Ingamar D. Ramirez, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

BENJAMIN JOSEPH STEELE
NOTARY PUBLIC-STATE OF NEW YORK
No. 02ST6290268
Qualified in New York County
My Commission Expires October 07, 2017

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

**<u>Exhibit A</u>**

Exhibit A
Supplemental Service List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| A+ EDUCATION INC | 154 ARNETT BLVD | | | | DANVILLE | VA | 24540-3426 |
| AB GRAPHICS INTERNATIONAL INC | 2755 PINNACLE DR | | | | ELGIN | IL | 60124 |
| AHLGREN, CHRISTINE ANNA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| ALEXANDER, MICHAEL | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| ARAGON, PAUL | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| AT&T | PO BOX 9102 | | | | CAROL STREAM | IL | 60197-9012 |
| Axiall, LLC | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| BAKER, MARGARET | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| BLACK, MARK | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| BOGGS, ANNETTE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| BREAKAWAY COURIER SYSTEMS | 444 W 36TH ST | | | | NEW YORK | NY | 10018-6344 |
| BUCKRIDGE, DONALD | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| COLOR PROCESS | 10645 baur blvd | | | | SAINT LOUIS | MO | 63132-1612 |
| CSAA-NCNU | AAA NCNU | PO BOX 24502 | | | OAKLAND | CA | 94623-2450 |
| DARNEL, LINDA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| DAVA PHARMACY | PO BOX 1204 | | | | LANSDOWNE | PA | 19050-8204 |
| DAVISSON, MARY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| DAY, LORRAINE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| DIRIGO HEALTH AGENCY | STATE HOUSE STA | | | | AUGUSTA | ME | 04333-0001 |
| DORNAN, JULIE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| DUNLEAVY, OWEN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| DYNAMIT TECHNOLOGIES LLC | 274 MARCONI BLVD STE 300 | | | | COLUMBUS | OH | 43215-2363 |
| EARLEY, GLORIA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| ELLIS, PHILLIP | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| ENTERPRISE SEARCH ASSOCIATES, LLC | PO BOX 293053 | | | | KETTERING | OH | 45429-9053 |

Exhibit A
Supplemental Service List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| First Technology Federal Credit Union | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| FORD'S BUSINESS FORMS | 451 WILLIAMS RD | | | | ROGERSVILLE | TN | 37857-6006 |
| FOURMAN, SHARON | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| FREIDA, EILEEN M | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| FRIEL, LAURA LEE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| GIBSON, JACKIE RAY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| GLAZE, SANDRA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| GRANT, JR., ALEX | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| GREEN, DAVID | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| GREENE, JACQUELINE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| GRIMES, JAMES | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| GRONECK COURIER SERVICES INC | 1200 WORLDWIDE BLVD #8 | | | | HEBRON | KY | 41048-8636 |
| HARDING, NORMA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| HAZEL, GAIL | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Health Management Associates, Inc. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| HEAVILIN JR., ROBERT | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| HERRIN, PRESTON | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| HOLDEN, KENNETH | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| HUTCHISON ALLGOOD PRINTING CO. | 4301 WATERLEAF CT | | | | GREENSBORO | NC | 27410-8106 |
| JOHNSON, NANCY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| JOHNSTON, BECKY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| KOESTER, CARL | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| KOVALCIK, STEVEN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| LAUTERBACH, GLORIA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| LUCAS, DONALD | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

Exhibit A
Supplemental Service List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| Managestaff, Inc. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| MANES, SALLY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| MCFARLAND, JOHN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| MCKNIGHT, LETICIA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| MEHLHOP, LEE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| MID CAL TRACTOR | 1120 W CHARTER WAY | | | | STOCKTON | CA | 95206-1107 |
| MILNE, BETH | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| MULLIGAN, JOAN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| NEWMAN, RICHARD | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| NORMAN, TIMOTHY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| NYC DEPARTMENT OF FINANCE | PO BOX 3923 | | | | NEW YORK | NY | 12402-5070 |
| OCÉ FINANCIAL SERVICES, INC. | 1800 BRUNING DR W | | | | ITASCA | IL | 60143-1061 |
| O'DONNELL, JOHN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Outreach Health Services | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| PARMAR, ASHISH | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| PEACHTREE II AND III | C/O CBRE | 3567 PARKWAY LN STE 150 | | | PEACHTREE COR | GA | 30092-2846 |
| PEDROS PLANET INC | 9298 DIELMAN INDUSTRIAL DR | | | | ST LOUIS | MO | 63132-2203 |
| PHOENIX CITY TREASURER PRIVILEGE LICENSE TAX | PO Box 29125 | | | | PHOENIX | AZ | 85038-9125 |
| POTTER, NANCY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| PROEBER, DAVID | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| QUINN, LOUISE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| ROBINSON, ANTHONY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| ROBINSON, STACY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| RODRIGUEZ, ALLEN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| ROPER, ELIZABETH | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

Exhibit A
Supplemental Service List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| RUSSELL, DIANA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| SCHNEIDER, MICHAEL | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| SCHOCH, IMOGENE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| SHIPLEY, BRIAN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| SIEG, LARINA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| SIOUX CENTER COMMUNITY HOSPITAL | 1101 9TH ST SE | | | | SIOUX CENTER | IA | 51250-1398 |
| SMITH, ARVELLA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| SMITH, JACQUELINE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| SMITH, MATILDA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| SOLA (Security of Los Angeles) | 7916 AJAY DR | | | | SUN VALLEY | CA | 91352-5315 |
| SOURCE TECHNOLOGIS INC., | 4205B Westinghouse Commons Dr | | | | CHARLOTTE | NC | 28273-3958 |
| SUJACK, DONALD E | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| TAPP, SYBIL | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| The Relizon Company | PO BOX 1167 | | | | Dayton | OH | 45401-1167 |
| VAHEY M PAHIGIAN MD | 100 WESTMINSTER ST | | | | PROVIDENCE | RI | 02903-2394 |
| VANOVER, MARK | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| WARREN, GAIL | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| WHITE, GLADIOLA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| WORKFLOWONE | PO BOX 1167 | | | | DAYTON | OH | 45401-1167 |
| YERBY, NANCY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |