## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Delicia De Souza, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On June 26, 2015, at my direction and under my supervision, employees of Prime Clerk caused a Notice of Transfer of Claim based on Official Form 210B to be served via first class mail upon the Transferor(s) and Transferee(s) listed on **Exhibit A** hereto.

Dated: June 26, 2015

_____
Delicia De Souza

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on June 26, 2015, by Delicia De Souza, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

BENJAMIN JOSEPH STEELE
NOTARY PUBLIC-STATE OF NEW YORK
No. 02ST6290268
Qualified in New York County
My Commission Expires October 07, 2017

---

[1]   The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

**Exhibit A**

Exhibit A
Notice of Transfer Service List
Served via First Class Mail

| Docket # | Transferor | Transferee |
|---|---|---|
| 709 | Pro Laminators<br>PO Box 274<br>Sellersburg, IN 47172 | Sonar Credit Partners III, LLC<br>80 Business Park Drive, Suite 208<br>White Plains, NY 10601 |
| 710 | Conversource Inc.<br>1510 Page Industrial Blvd<br>St. Louis, MO 63132 | Sonar Credit Partners III, LLC<br>80 Business Park Drive, Suite 208<br>Armonk, NY 10504 |
| 722 | Bottcher America Corporation<br>4600 Mercedes Drive<br>Belcamp, MD 21017 | Liquidity Solutions, Inc.<br>One University Plaza, Suite 312<br>Hackensack, NJ 07603 |