# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: 7/15/15 at 4:00 p.m.** |

**FIRST MONTHLY APPLICATION OF JEFFERIES LLC
FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS
INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR THE PERIOD FROM MARCH 24, 2015 THROUGH MAY 31, 2015**

| | |
|---|---|
| Name of Applicant: | Jefferies LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | March 24, 2015 |
| Period for Which Compensation and Reimbursement Are Sought: | March 24, 2015 Through May 31, 2015 |
| Amount of Compensation Sought: | $225,806.45 |
| Amount of Compensation Sought Immediately: | $180,645.16 (80% of $225,806.45) |
| Amount of Compensation Held Back: | $45,161.29 (20% of $225,806.45) |
| Amount of Expense Reimbursement Sought: | $20,926.7 |

This is a(n):  _X_ monthly   ____ interim   ____ final application

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

**FIRST MONTHLY APPLICATION OF
JEFFERIES LLC AS INVESTMENT BANKER TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS
MARCH 24, 2015 THROUGH MAY 31, 2015**

| Name | Position | Hours |
|---|---|---|
| Leon Szlezinger | Co Global Head, Restructuring and Recapitalization Group | 156.3 |
| Richard Klein | Managing Director, Restructuring and Recapitalization Group | 155.5 |
| Seth Herman | Vice President, Restructuring and Recapitalization Group | 178.3 |
| Tushar Pande | Associate, Restructuring and Recapitalization Group | 395.5 |
| CJ Wei | Analyst, Restructuring and Recapitalization Group | 452.0 |
| **TOTAL** | | **1,337.5** |

**FIRST MONTHLY APPLICATION OF
JEFFERIES LLC AS INVESTMENT BANKER TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS
MARCH 24, 2015 THROUGH MAY 31, 2015**

| Expenses | Amount |
|---|---:|
| Accommodations | $642.1 |
| Legal | $10,962.5 |
| Meals | $1,441.0 |
| Presentations | $716.0 |
| Printing | $554.4 |
| Transportation – Air | $3,719.8 |
| Transportation – Ground | $2,890.8 |
| **TOTAL** | **$20,926.7** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered)<br><br>**Objection Deadline: 7/15/15 at 4:00 p.m.** |

**FIRST MONTHLY APPLICATION OF JEFFERIES LLC
FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS
INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR THE PERIOD FROM MARCH 24, 2015 THROUGH MAY 31, 2015**

Jefferies LLC ("Jefferies") hereby files this *First Monthly Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Investment Banker to the Official Committee of Unsecured Creditors for the Period from March 24, 2015 through May 31, 2015* (this "Application"). By this Application, Jefferies seeks allowance of compensation for professional services rendered to the Official Committee of Unsecured Creditors (the "Committee") during the period from March 24, 2015 through and including May 31, 2015 (the "Compensation Period") in the amount of $180,645.16, representing 80% of the total unpaid monthly fees ($225,806.45), and reimbursement of 100% of the expenses incurred in connection with rendering such services in the amount of $20,926.7. In support of this Application, Jefferies respectfully represents as follows:

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

**JURISDICTION AND VENUE**

1.  The United States Bankruptcy Court for the District of Delaware (this "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

**BACKGROUND**

2.  On March 12, 2015 (the "Petition Date"), The Standard Register Company and its affiliated debtors (the "Debtors") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), thereby commencing the above-captioned chapter 11 cases.

3.  The Debtors continue to operate their businesses and manage their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in these chapter 11 cases.

4.  On March 24, 2015 the Office of the United States Trustee appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 99]. On the same day, the Committee selected Jefferies to serve as its investment banker, subject to Court approval.

5.  On April 20, 2015, the Committee filed an application to employ and retain Jefferies as its investment banker in accordance with the terms and conditions set forth in that certain engagement letter (the "Engagement Letter") dated March 24, 2015 between Jefferies and the Committee [Docket No. 318] (the "Retention Application"). On June 10, the Court entered the *Order (I) Authorizing the Official Committee of Unsecured Creditors to Retain and Employ*

*Jefferies LLC as Its Investment Banker,* Nunc Pro Tunc *to March 24, 2015 and (II) Waiving Certain Requirements of Local Rule 2016-2* [Docket No. 650] (the "<u>Retention Order</u>").[2]

6. On April 13, 2015, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* (the "<u>Interim Compensation Order</u>") [Docket No. 260], which generally sets forth the procedures for interim compensation and expense reimbursement for all retained professionals. The Interim Compensation Order provides that, upon the expiration of fifteen (15) days after the service of a monthly fee application, the applicant may file a certificate of no objection with the Court, at which time the Debtors are authorized to pay to such professional an amount equal to 80% of the fees and 100% of the expenses requested in such monthly fee application.

## RELIEF REQUESTED

7. By this Application, Jefferies seeks entry of an order allowing (i) compensation in the amount of $180,645.16, representing 80% of Jefferies' total unpaid monthly fees ($225,806.45) for professional services rendered as investment banker to the Committee in these chapter 11 cases and (ii) reimbursement of actual and necessary expenses in the amount of $20,926.7 representing 100% of Jefferies' total expenses incurred during the Compensation Period in the execution of required professional services on behalf of the Committee.

8. As set forth in the Retention Application, the Engagement Letter approved by the Court provides for the payment of several different fees to Jefferies, including a monthly fee of $100,000.00 and certain transaction fees. The monthly fees sought in this Application

---

[2] On June 23, 2015, the Committee filed a motion for reconsideration, which requests entry of a revised agreed order approving Jefferies' retention [Docket No. 719].

correspond to March 2015 (a prorated monthly fee of $25,806.45), April 2015 (the full monthly fee of $100,000.00), and May 2015 (the full monthly fee of $100,000.00).

9. All services for which compensation is requested by Jefferies were performed during the Compensation Period on behalf of the Committee.  During the Compensation Period, Jefferies performed significant services on behalf of the Committee, including but not limited to:

- reviewing and analyzing the Debtors' business, financial condition and prospects;

- advising the Committee on the current state of the restructuring market;

- reviewing the DIP and providing input on the Committees objection;

- reviewing the business plan prepared by the Debtors and meeting with management to review the business plan;

- have direct dialogue with potential buyers and/or their advisors regarding potential ways to get value to unsecured creditors;

- regularly updating the Committee on the sale process;

- attending and participating in hearings before the Bankruptcy Court;

- attending the auction and work with potential buyers to generate a recovery for unsecured creditors;

- negotiating a settlement plan on the Committee's behalf;

- rendering such other financial advisor services as may from time to time be agreed upon by the Committee and Jefferies;

10. Although Jefferies, in line with market convention, does not bill by the hour, Jefferies kept track of its post-petition time in one-half hour increments in accordance with the Retention Order.  Such time records are attached hereto as <u>Exhibit A</u>. During the Compensation Period, Jefferies professionals spent approximately 1,337.5 hours providing investment banking services to the Committee.

11. The fees charged by Jefferies have been billed in accordance with the Engagement Letter and the Retention Order and are comparable to those fees charged by Jefferies for professional services rendered in connection with similar chapter 11 cases and non-bankruptcy matters. Jefferies submits that such fees are reasonable based upon the customary compensation charged by similarly skilled practitioners in comparable bankruptcy cases and non-bankruptcy matters in the competitive national investment banking market.

12. Jefferies also incurred certain necessary expenses during the Compensation Period for which it is entitled to reimbursement under the Engagement Letter. As set forth in greater detail on the invoice attached hereto as <u>Exhibit B</u>, Jefferies' total expenses for the Compensation Period are $20,926.7 and are comprised of the legal invoice of Jefferies' counsel, as well as the other expenses set forth on <u>Exhibit B</u>.

13. There is no agreement or understanding between Jefferies and any other person, other than members of the firm, for the sharing of compensation to be received for services rendered in these chapter 11 cases.

## **CERTIFICATION OF COMPLIANCE**

14. The undersigned has reviewed the requirements of Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and certifies that, to the best of his knowledge, information and belief, this Application complies with that rule.

[*Remainder of Page Intentionally Left Blank*]

WHEREFORE, Jefferies respectfully requests allowance and payment of compensation for services rendered on behalf of the Committee during the Compensation Period in the amount of $180,645.16, representing 80% of Jefferies' total monthly fees earned during the Compensation Period, plus $20,926.7 for the reimbursement of 100% actual and necessary expenses incurred in connection with such services, for a total amount of $201,571.9.


Dated: June 30, 2015
       Wilmington, Delaware

JEFFERIES LLC

   */s/ Leon Szlezinger*
Leon Szlezinger
Managing Director
520 Madison Avenue, 7th Floor
New York, New York 10022
Telephone:  (212) 323-3918