IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| THE STANDARD REGISTER COMPANY, *et al.*, ) | Case No. 15-10541 (BLS) |
| ) | (Jointly Administered) |
| Debtors. ) | |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of David H. Rich of Todd & Weld LLP to represent Craig H. Stockmal; Lynn D. Smith; Focused Impressions, Inc.; and Focused Impressions Technology LLC in this action.

SULLIVAN • HAZELTINE • ALLINSON LLC

/s/ William D. Sullivan
William D. Sullivan (No. 2820)
901 North Market Street, Suite 1300
Wilmington, DE 19801
(302) 428-8191

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Massacussets and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the prepration or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ David H. Rich
David H. Rich, Esq.
Todd & Weld LLP
One Federal Street
Boston, MA 02110
(617) 720-2626

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.