# UNITED STATES BANKRUPTCY COURT

FOR THE  DISTRICT OF  DELAWARE

In re THE STANDARD REGISTER   Case NO.  15-10541 (BLS)
et al.,

Chapter  11

**************************************************************************

## CERTIFICATE OF SERVICE

I, Vincent E. Rhynes, hereby certify under penalty of perjury that:

I am over the age of Eighteen years of age and reside in Los Angeles, County, CALIF.

On 06-29-2015, I caused to be served a true and correct Copy of the Proof Of Interest of Merchants Equity To be Sent by first class mail upon The parties Listed in Exhibit A attach Hereto.

Date: 06-29-2015

Vincent Rhynes (323)971-6063
1522 W. Manchester AVE.
Los Angeles, CALIF. 90047

# EXHIBIT A

OFFICE OF THE UNITED STATES TRUSTEE
844 King Street, Suite 2207
Lockbox # 35
Wilmington, DE 19801

LOWENSTEIN SANDLER LLP
65 Livingston Avenue
Roseland, NJ 07068

YOUNG CONAWAY STARGATT & TAYLOR, LLP
(Rodney Square)
1000 North King Street
Wilmington, DE 19801