## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | **Chapter 11** |
| **THE STANDARD REGISTER COMPANY**, *et al.*,[1] | **Case No. 15-10541 (BLS)** |
| **Debtors.** | **(Jointly Administered)** |
| | **Re: Docket No. 602** |

### NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF BANK OF AMERICA, N.A. TO FEE APPLICATION OF LOWENSTEIN SANDLER

Bank of America, N.A., in its capacity as administrative and collateral agent for the Pre-Petition ABL Lenders and the ABL DIP Lenders (collectively, in such capacities, "ABL Agent"),[2] withdraws the Limited Objection of Bank of America, N.A. to Fee Application of Lowenstein Sandler [Docket No. 602] (the "Limited Objection"), which Limited Objection ABL Agent filed on June 3, 2015, with respect to the First Monthly Application of Lowenstein Sandler LLP as Counsel to the Official Committee of Unsecured Creditors for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from March 24, 2015 through March 31, 2015 [Docket No. 529].

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001).

[2] Capitalized terms used but not defined in this objection shall have the meanings ascribed to them in the Final Order (I) Authorizing Debtors in Possession to obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 362, 363, and 364, (II) Granting Liens and Superpriority Claims to Postpetition Lenders Pursuant to 11 U.S.C. §§ 364; and (III) Providing Adequate Prepetition Credit Parties and Modifying Automatic Stay Pursuant to 11 U.S.C. §§ 361, 362, 363, and 364 (Docket No. 290) (the "Final DIP Financing Order").

In withdrawing the Limited Objection, ABL Agent, on behalf of itself and the Pre-Petition ABL Lenders and the ABL DIP Lenders, reserves the right to object on any grounds to any other monthly, interim or final fee application submitted by Lowenstein Sandler LLP, including, without limitation, the reasonableness of any fees or expenses sought in any such application.

Dated:  July 2, 2015
       Wilmington, Delaware

Respectfully submitted,

*/s/ Tyler D. Semmelman*
Mark D. Collins (No. 2981)
Tyler D. Semmelman (No. 5386)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:  collins@rlf.com
      semmelman@rlf.com

-and-

C. Edward Dobbs
James S. Rankin, Jr.
PARKER HUDSON RAINER
 & DOBBS LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue NE
Atlanta, GA 30303
Telephone:  (404) 523-5300
Facsimile:  (404) 522-8409
Email:  edobbs@phrd.com
      jrankin@phrd.com

*Counsel for Bank of America, N.A., as*
 *Pre-Petition ABL Agent and ABL DIP*
*Agent*