## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF BANK OF AMERICA, N.A. TO FEE APPLICATION OF LOWENSTEIN SANDLER** by email and by first class mail, postage prepaid, upon the parties listed below.

Mr. Kevin Carmody
Chief Restructuring Officer
The Standard Register Company
600 Albany Street
Dayton, Ohio  45417
kevin_carmody@mckinsey.com

Ron E. Meisler, Esq.
Albert L. Hogan III, Esq.
Carl T. Tullson, Esq.
Christopher M. Dressel, Esq.
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
155 North Wacker Drive
Chicago, Illinois  60606
ron.meisler@skadden.com
al.hogan@skadden.com
carl.tullson@skadden.com
christopher.dressel@skadden.com

Sarah E. Pierce, Esq.
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899
sarah.pierce@skadden.com

Christopher A. Ward, Esq.
Justin K. Edelson, Esq.
POLSINELLI PC
222 Delaware Avenue
Suite 1101
Wilmington, Delaware 19801
cward@polsinelli.com
jedelson@polsinelli.com

Kenneth A. Rosen, Esq.
Sharon L. Levine, Esq.
Wojciech F. Jung, Esq.
LOWENSTEIN SANDLER LLP
65 Livingston Avenue
Roseland, New Jersey 07068
krosen@lowenstein.com
slevine@lowenstein.com
wjung@lowenstein.com

Michael A. Rosenthal, Esq.
Robert A. Klyman, Esq.
Samuel A. Newman, Esq.
Jeremy L. Graves, Esq.
Sabina Jacobs, Esq.
GIBSON, DUNN & CRUTCHER, LLP
333 South Grand Avenue
Los Angeles, California 90071
mrosenthal@gibsondunn.com
rklyman@gibsondunn.com
snewman@gibsondunn.com
jgraves@gibsondunn.com

Michael R. Nestor, Esq.  
Kara Hammond Coyle, Esq.  
Maris J. Kandestin, Esq.  
Andrew L. Magaziner, Esq.  
YOUNG CONAWAY STARGATT  
 & TAYLOR, LLP  
Rodney Square  
1000 North King Street  
Wilmington, Delaware  19801  
mnestor@ycst.com  
kcoyle@ycst.com  
mkandestin@ycst.com  
amagaziner@ycst.com  

Gerald C. Bender, Esq.  
LOWENSTEIN SANDLER LLP  
1251 Avenue of the Americas  
New York, New York  10020  
gbender@lowenstein.com  

Mark Kenney, Esq.  
Office of the United States Trustee  
 For the District of Delaware  
844 King Street  
Suite 2207  
Lockbox 35  
Wilmington, Delaware 19801  
mark.kenney@usdoj.gov  

/s/ *Tyler D. Semmelman*  
Tyler D. Semmelman (No. 5386)