# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered) |
| THE STANDARD REGISTER COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>CRAIG H. STOCKMAL; LYNN D. SMITH;<br>FOCUSED IMPRESSIONS, INC.; AND<br>FOCUSED IMPRESSIONS TECHNOLOGY, LLC.<br><br>Defendants. | Adv. Pro. No. 15-50883 (BLS) |

## NOTICE OF DEPOSITION OF AMY LEDDY

TO: Michael R. Nestor (No. 3526)
Kara Hammond Koyle (No. 4410)
Maris J. Kandestin (No. 5294)
Andrew L. Magaziner (No. 5426)
YOUNG, CONAWAYR, STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801

Michael Rosenthal (NY No. 4697561)
Samuel A. Newman (CA No. 217042)
Jeremy L. Graves (CO No. 45522)
Kyle J. Kolb (NY No. 5014121)
Matthew G. Bouslog (CA No. 280978)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193

PLEASE TAKE NOTICE that on July 10, 2015 at 10:00 a.m., the Defendants, by their

attorneys, will take the deposition on oral examination of Amy Leddy pursuant to the Federal

Rules of Civil Procedure. The deposition will take place before a Notary Public or other officer duly authorized to administer oaths, at the offices of Todd & Weld, LLP, 1 Federal Street, 27th Floor, Boston, Massachusetts and it will continue from day to day until completed. You are invited to attend and cross-examine.

Respectfully submitted,

CRAIG H. STOCKMAL, LYNN D. SMITH, FOCUSED IMPRESSIONS, INC., AND FOCUSED IMPRESSIONS TECHNOLOGY, LLC,

By their attorneys:

/s/ Benjamin J. Wish
William D. Sullivan (No. 2820)
William A. Hazeltine (No. 3294)
Elihu E. Allinson III (No 3476)
901 North Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302)428-8195

- and -
David H. Rich (Mass. BBO #634175)
Benjamin J. Wish (Mass. BBO #672743)
Todd & Weld LLP
One Federal Street, 27th Floor
Boston, MA  02110
(617) 720-2626 (telephone)
(617) 227-5777 (facsimile)

*Admission Pro Hac Vice pending*

Dated: July 2, 2015

CERTIFICATE OF SERVICE

I, Benjamin J. Wish, hereby certify that this document has been served via electronic mail and first class mail upon all defense counsel on this 2nd day of July, 2015.

Date: July 2, 2015          /s/ Benjamin J. Wish

4813-6956-6757, v. 1