**EXHIBIT B**

The Standard Register Company
Attn: Gerard D. Sowar, Esq.
600 Albany Street
Dayton, OH  45408

DISBURSEMENTS
90441-00012

_____

| COSTS/CHARGES | TOTAL |
|---|---:|
| DATA LINE CHARGE | $    34.95 |
| DOCUMENT SEARCH AND RETRIEVAL | 2,414.23 |
| IN HOUSE DUPLICATION | 1,646.20 |
| LODGING | 3,256.52 |
| MEALS | 240.07 |
| ON-LINE RESEARCH (LEXIS) | 971.20 |
| ON-LINE RESEARCH (WESTLAW) | 7,314.40 |
| ON-LINE RESEARCH NEXIS - MAIN | 403.00 |
| SPECIALIZED RESEARCH/FILING FEES | 185.10 |
| TELEPHONE CHARGES | 343.90 |
| TRANSCRIPTS/DIGESTING | 1,493.50 |
| TRAVEL - AIR & RAIL | 960.10 |
| TRAVEL - MISCELLANEOUS (TIPS) | 10.00 |
| TRAVEL - TAXI & OTHER MODES/MILES | 407.84 |
| **Total Costs/Charges** | 19,681.01 |
| | |
| **BALANCE DUE** | $   19,681.01 |

Invoice Date: July 2, 2015                                                                                                Invoice No. 2015063576

**Due and Payable Upon Receipt**

DISBURSEMENTS
90441-00012
_____

Detail Costs/Charges:

Data Line Charge

| Date | Amount | Description |
|---|---|---|
| 06/07/15 | 34.95 | VENDOR: BRIAN LUTZ INVOICE#: 0864697706161207 DATE: 6/8/2015 INTERNET CHARGES/GOGO/TRIP TO WILMINGTON FOR HEARING ON STANDING MOTION. |

Document Search and Retrieval

| Date | Amount | Description |
|---|---|---|
| 06/25/15 | 2,414.23 | JUNE_2015-DOCUMENT_RETRIEVAL_SERVICES-C/M_90441-00019-(MONTHLY_RELATIVITY_DISK_STORAGE) |

In House Duplication

| Date | Amount | Description |
|---|---|---|
| 06/03/15 | 77.40 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 06/03/15 |
| 06/04/15 | 5.70 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 06/04/15 |
| 06/05/15 | 310.40 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 06/05/15 |
| 06/07/15 | 51.30 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 06/07/15 |
| 06/08/15 | 19.70 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 06/08/15 |
| 06/09/15 | 0.90 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 06/09/15 |
| 06/10/15 | 41.10 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 06/10/15 |
| 06/11/15 | 63.20 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 06/11/15 |
| 06/12/15 | 91.50 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 06/12/15 |
| 06/13/15 | 16.00 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 06/13/15 |
| 06/15/15 | 862.50 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 06/15/15 |
| 06/16/15 | 26.40 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 06/16/15 |
| 06/24/15 | 3.20 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 06/24/15 |

| Date | Amount | Description |
|---|---|---|
| 06/25/15 | 8.80 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 06/25/15 |
| 06/30/15 | 68.10 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 06/30/15 |

Lodging

| Date | Amount | Description |
|---|---|---|
| 06/08/15 | 482.90 | VENDOR: BRIAN LUTZ INVOICE#: 0864697706161207 DATE: 6/8/2015  BRIAN LUTZ/LODGING/WILMINGTON, DE/HOTEL DUPONT 06/07/2015 - 06/08/2015 TRIP TO WILMINGTON FOR HEARING ON STANDING MOTION. |
| 06/08/15 | 361.90 | VENDOR: KYLE J. KOLB INVOICE#: 0869613706181219 DATE: 6/8/2015  KYLE KOLB/LODGING/DELAWARE/HOTEL DUPONT 06/07/2015 - 06/08/2015 HOTEL FOR STANDING MOTION HEARING IN DELAWARE. |
| 06/09/15 | 811.80 | VENDOR: MICHAEL A. ROSENTHAL INVOICE#: 0862066906201204 DATE: 6/9/2015  MICHAEL ROSENTHAL/LODGING/WILMINGTON, DE/HOTEL DUPONT 06/07/2015 - 06/09/2015 STANDARD REGISTER HEARING |
| 06/17/15 | 1,271.02 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0873641006261908 DATE: 6/19/2015  MATTHEW BOUSLOG/LODGING/NEW YORK, NY/TEH LEXINGTON 06/14/2015 - 06/16/2015 ATTEND AND PARTICIPATE IN AUCTION |
| 06/19/15 | 328.90 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0873641006261908 DATE: 6/19/2015  MATTHEW BOUSLOG/LODGING/WILMINGTON, DELAWARE/HOTEL DUPONT 06/18/2015 - 06/19/2015 ATTEND AND PARTICIPATE IN AUCTION AND HEARING |

Meals

| Date | Amount | Description |
|---|---|---|
| 06/07/15 | 29.30 | VENDOR: BRIAN LUTZ INVOICE#: 0864697706161207 DATE: 6/8/2015  MEALS/SAN FRANCISCO AIRPORT/PERRY'S RESTAURANT/BRIAN LUTZ/TRIP TO WILMINGTON FOR HEARING ON STANDING MOTION. |
| 06/07/15 | 8.73 | VENDOR: BRIAN LUTZ INVOICE#: 0864697706161207 DATE: 6/8/2015  MEALS/SAN FRANCISCO AIRPORT/HUDSON NEWS/BRIAN LUTZ/TRIP TO WILMINGTON FOR HEARING ON STANDING MOTION. |
| 06/07/15 | 12.00 | VENDOR: KYLE J. KOLB INVOICE#: 0869613706181219 DATE: 6/8/2015  KYLE KOLB/MEALS/DELAWARE/HOTEL DUPONT 06/07/2015 - 06/08/2015 KYLE KOLB/MINI BAR CHARGE. |

| Date | Amount | Description |
|---|---|---|
| 06/08/15 | 29.94 | VENDOR: BRIAN LUTZ INVOICE#: 0864697706161207 DATE: 6/8/2015  MEALS/PHILADELPHIA INTERNATIONAL AIRPORT/JET ROCK BAR AND GRILL/BRIAN LUTZ/TRIP TO WILMINGTON FOR HEARING ON STANDING MOTION. |
| 06/08/15 | 5.98 | VENDOR: BRIAN LUTZ INVOICE#: 0864697706161207 DATE: 6/8/2015  MEALS/PHILADELPHIA INTERNATIONAL AIRPORT/PARADIES SHOPS/BRIAN LUTZ/TRIP TO WILMINGTON FOR HEARING ON STANDING MOTION. |
| 06/08/15 | 39.00 | VENDOR: BRIAN LUTZ INVOICE#: 0864697706161207 DATE: 6/8/2015  BRIAN LUTZ/MEALS/WILMINGTON, DE/HOTEL DUPONT 06/07/2015 - 06/08/2015 BRIAN LUTZ/TRIP TO WILMINGTON FOR HEARING ON STANDING MOTION. |
| 06/08/15 | 3.00 | VENDOR: MICHAEL A. ROSENTHAL INVOICE#: 0862066906201204 DATE: 6/9/2015  MICHAEL ROSENTHAL/MEALS/WILMINGTON, DE/HOTEL DUPONT 06/07/2015 - 06/09/2015 MICHAEL ROSENTHAL/STANDARD REGISTER HEARING |
| 06/14/15 | 9.49 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0873641006261908 DATE: 6/19/2015  MEALS/JOHN WAYNE AIRPORT/UNITED/MATTHEW BOUSLOG/ATTEND AND PARTICIPATE IN AUCTION AND HEARING |
| 06/15/15 | 20.58 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0873641006261908 DATE: 6/19/2015  MEALS/NEW YORK, NY/MENDY'S/MATTHEW BOUSLOG/ATTEND AND PARTICIPATE IN AUCTION AND HEARING |
| 06/16/15 | 8.44 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0873641006261908 DATE: 6/19/2015  MEALS/NEW YORK, NY/CUCINA & CO./MATTHEW BOUSLOG/ATTEND AND PARTICIPATE IN AUCTION AND HEARING |
| 06/16/15 | 16.50 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0873641006261908 DATE: 6/19/2015  MEALS/NEW YORK, NY/TWO BOOTS GRAND CENTRAL/MATTHEW BOUSLOG/ATTEND AND PARTICIPATE IN AUCTION AND HEARING |
| 06/16/15 | 3.00 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0873641006261908 DATE: 6/19/2015  MEALS/NEW YORK, NY/MAGNOLIA BAKERY/MATTHEW BOUSLOG/ATTEND AND PARTICIPATE IN AUCTION AND HEARING |
| 06/17/15 | 9.33 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0873641006261908 |

**Invoice Date: July 2, 2015**                                                                                           **Invoice No. 2015063576**

**Due and Payable Upon Receipt**

|  |  |  |
|---|---|---|
|  |  | DATE: 6/19/2015  MEALS/NEW YORK, NY/STARBUCKS/MATTHEW BOUSLOG/ATTEND AND PARTICIPATE IN AUCTION AND HEARING |
| 06/18/15 | 29.00 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0873641006261908 DATE: 6/19/2015  MEALS/WILMINGTON, DE/HOTEL DUPONT/MATTHEW BOUSLOG/ATTEND AND PARTICIPATE IN AUCTION AND HEARING |
| 06/19/15 | 6.29 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0873641006261908 DATE: 6/19/2015  MEALS/DENVER, CO/JAMBA JUICE/MATTHEW BOUSLOG/ATTEND AND PARTICIPATE IN AUCTION AND HEARING |
| 06/19/15 | 9.49 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0873641006261908 DATE: 6/19/2015  MEALS/DENVER INTERNATIONAL/UNITED/MATTHEW BOUSLOG/ATTEND AND PARTICIPATE IN AUCTION AND HEARING |

<u>On-Line Research (Lexis)</u>

| Date | Amount | Name | | Date | Matter | Service |
|---|---|---|---|---|---|---|
| 06/02/15 | 68.40 | GRAVES, JEREMY | L | 06/02/15 | 90441-00012 | LEXIS RESEARCH |
| 06/03/15 | 91.20 | GRAVES, JEREMY | L | 06/03/15 | 90441-00012 | LEXIS RESEARCH |
| 06/07/15 | 22.80 | GRAVES, JEREMY | L | 06/07/15 | 90441-00012 | LEXIS RESEARCH |
| 06/09/15 | 59.20 | GRAVES, JEREMY | L | 06/09/15 | 90441-00012 | LEXIS RESEARCH |
| 06/12/15 | 57.00 | GRAVES, JEREMY | L | 06/12/15 | 90441-00012 | LEXIS RESEARCH |
| 06/14/15 | 79.80 | GRAVES, JEREMY | L | 06/14/15 | 90441-00012 | LEXIS RESEARCH |
| 06/15/15 | 34.20 | GRAVES, JEREMY | L | 06/15/15 | 90441-00012 | LEXIS RESEARCH |
| 06/18/15 | 22.80 | GRAVES, JEREMY | L | 06/18/15 | 90441-00012 | LEXIS RESEARCH |
| 06/26/15 | 513.00 | MAGALLANES, KATE | | 06/26/15 | 90441-00012 | LEXIS |

|  |  | RESEARCH |  |  |  |
|---|---|---|---|---|---|
| 06/26/15 | 11.40 | AVUNJIAN, HELEN | 06/26/15 | 90441-00019 | LEXIS RESEARCH |
| 06/29/15 | 11.40 | KURINSKY, ERIN | 06/29/15 | 90441-00012 | LEXIS RESEARCH |

On-Line Research (Westlaw)

| 06/01/15 | 11.32 | KOLB,KYLE J | 06/01/15 | 90441-00019 | WESTLAW RESEARCH AND PRINTING CHARGES |
|---|---|---|---|---|---|
| 06/02/15 | 120.00 | BOUSLOG,MATTHEW G | 06/02/15 | 90441-00012 | WESTLAW RESEARCH AND PRINTING CHARGES |
| 06/03/15 | 53.60 | BOUSLOG,MATTHEW G | 06/03/15 | 90441-00012 | WESTLAW RESEARCH AND PRINTING CHARGES |
| 06/03/15 | 14.37 | PORCELLI,MATTHEW P | 06/03/15 | 90441-00019 | WESTLAW RESEARCH AND PRINTING CHARGES |
| 06/04/15 | 235.20 | BOUSLOG,MATTHEW G | 06/04/15 | 90441-00012 | WESTLAW RESEARCH AND PRINTING CHARGES |
| 06/05/15 | 152.00 | BOUSLOG,MATTHEW G | 06/05/15 | 90441-00012 | WESTLAW RESEARCH AND PRINTING CHARGES |
| 06/05/15 | 1,284.30 | PORCELLI,MATTHEW P | 06/05/15 | 90441-00019 | WESTLAW RESEARCH AND PRINTING CHARGES |
| 06/10/15 | 283.94 | PORCELLI,MATTHEW P | 06/10/15 | 90441-00019 | WESTLAW RESEARCH AND PRINTING CHARGES |
| 06/11/15 | 910.40 | BOUSLOG,MATTHEW G | 06/11/15 | 90441-00012 | WESTLAW RESEARCH AND PRINTING CHARGES |
| 06/11/15 | 202.08 | PORCELLI,MATTHEW P | 06/11/15 | 90441-00019 | WESTLAW RESEARCH AND PRINTING CHARGES |
| 06/12/15 | 16.00 | BOUSLOG,MATTHEW G | 06/12/15 | 90441-00012 | WESTLAW RESEARCH AND PRINTING CHARGES |
| 06/13/15 | 157.60 | BOUSLOG,MATTHEW G | 06/13/15 | 90441-00012 | WESTLAW |

RESEARCH AND PRINTING CHARGES

| Date | Amount | Timekeeper | Date | Matter | Description |
|---|---|---|---|---|---|
| 06/14/15 | 32.00 | BOUSLOG,MATTHEW G | 06/14/15 | 90441-00012 | WESTLAW RESEARCH AND PRINTING CHARGES |
| 06/24/15 | 597.07 | KOLB,KYLE J | 06/24/15 | 90441-00012 | WESTLAW RESEARCH AND PRINTING CHARGES |
| 06/25/15 | 1,023.42 | KOLB,KYLE J | 06/25/15 | 90441-00012 | WESTLAW RESEARCH AND PRINTING CHARGES |
| 06/25/15 | 456.00 | AVUNJIAN,HELEN | 06/25/15 | 90441-00019 | WESTLAW RESEARCH AND PRINTING CHARGES |
| 06/26/15 | 288.30 | KOLB,KYLE J | 06/26/15 | 90441-00012 | WESTLAW RESEARCH AND PRINTING CHARGES |
| 06/26/15 | 658.40 | RANNEY,CHRISTINE | 06/26/15 | 90441-00012 | WESTLAW RESEARCH AND PRINTING CHARGES |
| 06/26/15 | 96.00 | MAGALLANES,KATIE MARIE | 06/26/15 | 90441-00012 | WESTLAW RESEARCH AND PRINTING CHARGES |
| 06/26/15 | 722.40 | AVUNJIAN,HELEN | 06/26/15 | 90441-00019 | WESTLAW RESEARCH AND PRINTING CHARGES |

<u>On-Line Research Nexis - Main</u>

| Date | Amount | Timekeeper | Date | Matter | Description |
|---|---|---|---|---|---|
| 06/02/15 | 50.00 | BOUSLOG, MATTHEW | 06/02/15 | 90441-00012 | NEXIS RESEARCH |
| 06/03/15 | 100.00 | BOUSLOG, MATTHEW | 06/03/15 | 90441-00012 | NEXIS RESEARCH |
| 06/05/15 | 73.00 | BOUSLOG, MATTHEW | 06/05/15 | 90441-00012 | NEXIS RESEARCH |
| 06/05/15 | 80.00 | PORCELLI, MATTHEW | 06/05/15 | 90441-00019 | NEXIS RESEARCH |
| 06/08/15 | 50.00 | BOUSLOG, MATTHEW | 06/08/15 | 90441-00012 | NEXIS RESEARCH |

**Invoice Date: July 2, 2015**                                                                                                     **Invoice No. 2015063576**

**Due and Payable Upon Receipt**

| Date | Amount | Description |
|---|---|---|
| 06/14/15 | 50.00 | BOUSLOG, MATTHEW   06/14/15   90441-00012   NEXIS RESEARCH |

**Specialized Research/Filing Fees**

| Date | Amount | Description |
|---|---|---|
| 06/22/15 | 114.20 | PACER  05/04/15  05/08/15  05/20/15  05/21/15  05/22/15  05/27/15  05/28/15  COURT RESEARCH |
| 06/22/15 | 70.90 | PACER  05/14/15  05/18/15  05/21/15  05/25/15  COURT RESEARCH |

**Telephone Charges**

| Date | Amount | Number | Location |
|---|---|---|---|
| 06/01/15 | 3.04 | 1(937)221-1940 | 06/01/2015 DAYTON    OH |
| 06/01/15 | 5.32 | 1(469)221-5075 | 06/01/2015 DALLAS    TX |
| 06/01/15 | 1.90 | 1(630)240-3743 | 06/01/2015 LA GRANGE  IL |
| 06/02/15 | 1.90 | 1(212)967-4024 | 06/02/2015 NEW YORK   NY |
| 06/02/15 | 1.14 | 1(312)407-0968 | 06/02/2015 CHICAGO    IL |
| 06/02/15 | 1.14 | 1(937)221-1940 | 06/02/2015 DAYTON    OH |
| 06/02/15 | 4.56 | 1(937)221-1222 | 06/02/2015 DAYTON    OH |
| 06/02/15 | 1.52 | 1(281)482-3196 | 06/02/2015 FRIENDSWD  TX |
| 06/02/15 | 1.90 | 1(312)407-0379 | 06/02/2015 CHICAGO    IL |
| 06/03/15 | 1.52 | 1(630)240-3743 | 06/03/2015 LA GRANGE  IL |
| 06/03/15 | 2.28 | 1(440)371-1371 | 06/03/2015 ELYRIA    OH |
| 06/03/15 | 3.42 | 1(302)576-3592 | 06/03/2015 WILMINGTON DE |
| 06/03/15 | 15.20 | 1(773)484-9436 | 06/03/2015 CHICAGO    IL |
| 06/03/15 | 4.18 | 1(312)407-0379 | 06/03/2015 CHICAGO    IL |

| Date | Amount | Number | Location |
|---|---|---|---|
| 06/03/15 | 5.70 | 1(937)367-4089 | 06/03/2015 DAYTON    OH |
| 06/04/15 | 2.28 | 1(215)851-8148 | 06/04/2015 PHILA     PA |
| 06/05/15 | 5.32 | 1(937)367-4089 | 06/05/2015 DAYTON    OH |
| 06/05/15 | 5.32 | 1(302)777-4200 | 06/05/2015 WILMINGTON DE |
| 06/08/15 | 5.70 | 1(302)651-3101 | 06/08/2015 WILMINGTON DE |
| 06/09/15 | 1.14 | 1(302)594-3100 | 06/09/2015 WILMINGTON DE |
| 06/09/15 | 1.90 | 1(972)380-5533 | 06/09/2015 DALLAS    TX |
| 06/09/15 | 4.94 | 1(312)214-4866 | 06/09/2015 CHICAGO   IL |
| 06/09/15 | 1.52 | 1(937)272-1167 | 06/09/2015 DAYTON    OH |
| 06/09/15 | 2.28 | 1(216)515-1636 | 06/09/2015 CLEVELAND OH |
| 06/09/15 | 7.22 | 1(937)221-1940 | 06/09/2015 DAYTON    OH |
| 06/09/15 | 4.56 | 1(937)221-1940 | 06/09/2015 DAYTON    OH |
| 06/09/15 | 8.74 | 1(302)576-3592 | 06/09/2015 WILMINGTON DE |
| 06/09/15 | 1.14 | 1(302)576-3592 | 06/09/2015 WILMINGTON DE |
| 06/09/15 | 3.42 | 1(440)371-1371 | 06/09/2015 ELYRIA    OH |
| 06/09/15 | 10.64 | 1(312)407-0968 | 06/09/2015 CHICAGO   IL |
| 06/10/15 | 2.66 | 1(302)888-6800 | 06/10/2015 WILMINGTON DE |
| 06/10/15 | 18.62 | 1(312)407-0968 | 06/10/2015 CHICAGO   IL |

| Date | Amount | Number | Location |
|---|---|---|---|
| 06/10/15 | 3.42 | 1(513)659-4750 | 06/10/2015 CINCINNATI OH |
| 06/11/15 | 6.08 | 1(937)221-1940 | 06/11/2015 DAYTON   OH |
| 06/11/15 | 2.28 | 1(302)576-3592 | 06/11/2015 WILMINGTON DE |
| 06/11/15 | 1.90 | 1(312)407-0968 | 06/11/2015 CHICAGO   IL |
| 06/11/15 | 1.14 | 1(630)240-3743 | 06/11/2015 LA GRANGE IL |
| 06/11/15 | 1.14 | 1(312)407-0968 | 06/11/2015 CHICAGO   IL |
| 06/11/15 | 7.98 | 1(302)576-3592 | 06/11/2015 WILMINGTON DE |
| 06/11/15 | 2.28 | 1(937)221-1940 | 06/11/2015 DAYTON   OH |
| 06/11/15 | 4.94 | 1(312)407-0968 | 06/11/2015 CHICAGO   IL |
| 06/11/15 | 4.94 | 1(856)424-6400 | 06/11/2015 HADDONFLD NJ |
| 06/11/15 | 2.66 | 1(630)240-3743 | 06/11/2015 LA GRANGE IL |
| 06/11/15 | 3.04 | 1(212)755-4400 | 06/11/2015 NEW YORK NY |
| 06/12/15 | 3.80 | 1(937)221-1994 | 06/12/2015 DAYTON   OH |
| 06/12/15 | 1.90 | 1(302)559-4799 | 06/12/2015 WILMINGTON DE |
| 06/12/15 | 7.98 | 1(305)375-6148 | 06/12/2015 MIAMI   FL |
| 06/12/15 | 10.26 | 1(312)407-0968 | 06/12/2015 CHICAGO   IL |
| 06/12/15 | 2.28 | 1(786)247-1666 | 06/12/2015 MIAMI   FL |
| 06/12/15 | 3.80 | 1(302)576-3592 | 06/12/2015 WILMINGTON DE |
| 06/12/15 | 1.14 | 1(612)632-3019 | 06/12/2015 ANOKA   MN |

| Date | Amount | Number | Details |
|---|---|---|---|
| 06/16/15 | 7.98 | 1(972)380-5533 | 06/16/2015 DALLAS    TX |
| 06/16/15 | 2.28 | 1(312)214-4866 | 06/16/2015 CHICAGO    IL |
| 06/16/15 | 1.90 | 1(281)798-0841 | 06/16/2015 HOUSTON    TX |
| 06/16/15 | 2.66 | 1(302)576-3592 | 06/16/2015 WILMINGTON DE |
| 06/16/15 | 2.28 | 1(630)240-3743 | 06/16/2015 LA GRANGE  IL |
| 06/16/15 | 4.18 | 1(216)515-1636 | 06/16/2015 CLEVELAND  OH |
| 06/16/15 | 1.52 | 1(973)597-2374 | 06/16/2015 LIVINGSTON NJ |
| 06/16/15 | 2.66 | 1(216)515-1636 | 06/16/2015 CLEVELAND  OH |
| 06/16/15 | 4.18 | 1(302)576-3592 | 06/16/2015 WILMINGTON DE |
| 06/16/15 | 1.14 | 1(302)576-3592 | 06/16/2015 WILMINGTON DE |
| 06/22/15 | 1.90 | 1(302)571-6699 | 06/22/2015 WILMINGTON DE |
| 06/22/15 | 1.52 | 1(302)571-6699 | 06/22/2015 WILMINGTON DE |
| 06/22/15 | 6.84 | 1(302)576-3592 | 06/22/2015 WILMINGTON DE |
| 06/23/15 | 1.14 | 1(302)576-3592 | 06/23/2015 WILMINGTON DE |
| 06/23/15 | 6.84 | 1(212)798-0808 | 06/23/2015 NEW YORK   NY |
| 06/24/15 | 1.90 | 1(312)407-0968 | 06/24/2015 CHICAGO    IL |
| 06/24/15 | 3.04 | 1(513)977-8554 | 06/24/2015 CINCINNATI OH |
| 06/24/15 | 9.12 | 1(212)798-0808 | 06/24/2015 NEW YORK   NY |

| Date | Amount | Number | Location |
|---|---|---|---|
| 06/24/15 | 3.04 | 1(630)240-3743 | 06/24/2015 LA GRANGE  IL |
| 06/24/15 | 4.94 | 1(612)632-3019 | 06/24/2015 ANOKA    MN |
| 06/24/15 | 4.94 | 1(202)326-4020 | 06/24/2015 WASHINGTON DC |
| 06/25/15 | 3.04 | 1(617)456-1270 | 06/25/2015 BOSTON   MA |
| 06/26/15 | 1.90 | 1(617)990-4234 | 06/26/2015 HYDE PARK  MA |
| 06/29/15 | 1.14 | 1(617)426-0550 | 06/29/2015 BOSTON   MA |
| 06/29/15 | 1.14 | 1(630)240-3743 | 06/29/2015 LA GRANGE  IL |
| 06/29/15 | 3.04 | 1(214)953-6612 | 06/29/2015 DALLAS   TX |
| 06/29/15 | 1.14 | 1(302)571-6699 | 06/29/2015 WILMINGTON DE |
| 06/29/15 | 13.68 | 1(212)798-0808 | 06/29/2015 NEW YORK   NY |
| 06/29/15 | 8.74 | 1(630)240-3743 | 06/29/2015 LA GRANGE  IL |
| 06/29/15 | 2.28 | 1(630)240-3743 | 06/29/2015 LA GRANGE  IL |
| 06/29/15 | 2.28 | 1(630)240-3743 | 06/29/2015 LA GRANGE  IL |
| 06/30/15 | 1.14 | 1(630)240-3743 | 06/30/2015 LA GRANGE  IL |
| 06/30/15 | 4.18 | 1(937)221-1940 | 06/30/2015 DAYTON   OH |
| 06/30/15 | 1.90 | 1(937)221-1940 | 06/30/2015 DAYTON   OH |
| 06/30/15 | 5.32 | 1(302)576-3592 | 06/30/2015 WILMINGTON DE |
| 06/30/15 | 1.90 | 1(630)240-3743 | 06/30/2015 LA GRANGE  IL |

Transcripts/Digesting

| Date | Amount | Description |
|---|---|---|
| 06/24/15 | 1,493.50 | VENDOR: VERITEXT COMPANY DBA VERITEXT LOS ANGELE INVOICE#: OC2355285 DATE: 6/24/2015 TRANSCRIPTS/DIGESTING/AUCTION PROCEEDINGS, ORIGINAL AND 1 CERTIFIED TRANSCRIPT |

Travel - Air & Rail

| Date | Amount | Description |
|---|---|---|
| 05/11/15 | -500.00 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150601-3 DATE: 5/16/2015  TICKET NO: 2107032014 DEPART DATE: 05/08/2015 PASSENGER: GRAVES/JEREMY LEE |
| 05/12/15 | -501.10 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150601-3 DATE: 5/16/2015  TRAVEL INVOICE#/DATE: 139378 05/12/2015 TICKET NO: 7595927004 DEPART DATE: 05/12/2015 PASSENGER: GRAVES/JEREMY LEE ITINERARY: PHL/DEN |
| 05/15/15 | -79.00 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150601-3 DATE: 5/16/2015  TICKET NO: 2923393016 DEPART DATE: 05/08/2015 PASSENGER: GRAVES/JEREMY LEE |
| 06/05/15 | 141.00 | VENDOR: MATTHEW P. PORCELLI INVOICE#: 0865929406161207 DATE: 6/5/2015  MATTHEW PORCELLI/RAIL FARE/159068106251806/08/2015 - 06/08/2015 NY TO WILMINGTON/TRAVEL TO AND FROM WILMINGTON, DELAWARE FOR DERIVATIVE STANDING HEARING. |
| 06/05/15 | 106.00 | VENDOR: MATTHEW P. PORCELLI INVOICE#: 0865929406161207 DATE: 6/5/2015  MATTHEW PORCELLI/RAIL FARE/159068106251806/08/2015 - 06/08/2015 WILMINGTON TO NY/TRAVEL TO AND FROM WILMINGTON, DELAWARE FOR DERIVATIVE STANDING HEARING. |
| 06/08/15 | 106.00 | VENDOR: MICHAEL A. ROSENTHAL INVOICE#: 0862066906201204 DATE: 6/9/2015  MICHAEL ROSENTHAL/RAIL FARE/155664904127406/07/2015 - 06/08/2015 WILMINGTON, DE STATION TO NEW YORK, PENN STATION/STANDARD REGISTER HEARING |
| 06/12/15 | 1,450.20 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0873641006261908 DATE: 6/19/2015  MATTHEW BOUSLOG/AIRFARE/0162453843268/06/14/2015 - 06/19/2015 ORANGE COUNTY, CA TO NEWARK, NJ; PHILADELPHIA, PA TO DENVER, CO TO ORANGE COUNTY, CA/ATTEND AND PARTICIPATE IN AUCTION AND HEARING |

| Date | Amount | Description |
|---|---|---|
| 06/12/15 | 99.00 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0873641006261908 DATE: 6/19/2015  MATTHEW BOUSLOG/AIRFARE/0162453843268/06/14/2015 - 06/19/2015 N/A/ATTEND AND PARTICIPATE IN AUCTION AND HEARING |
| 06/19/15 | 46.00 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0873641006261908 DATE: 6/19/2015  MATTHEW BOUSLOG/AIRFARE/0162453843268/06/14/2015 - 06/19/2015 N/A/ATTEND AND PARTICIPATE IN AUCTION AND HEARING |
| 06/19/15 | 92.00 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0873641006261908 DATE: 6/19/2015  MATTHEW BOUSLOG/CHANGE TICKET FEE/0162453843268/N/A/ATTEND AND PARTICIPATE IN AUCTION AND HEARING |

Travel - Miscellaneous (tips)

| Date | Amount | Description |
|---|---|---|
| 06/19/15 | 10.00 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0873641006261908 DATE: 6/19/2015  TIPS/ATTEND AND PARTICIPATE IN AUCTION AND HEARING |

Travel - Taxi & Other Modes/Miles

| Date | Amount | Description |
|---|---|---|
| 06/05/15 | 14.31 | VENDOR: MATTHEW P. PORCELLI INVOICE#: 0865139006151917 DATE: 6/10/2015  CAB FARE/NEW YORK/CAR FARE |
| 06/07/15 | 12.80 | VENDOR: MICHAEL A. ROSENTHAL INVOICE#: 0862066906201204 DATE: 6/9/2015  CAB FARE/NY, NY/TAXI TO PENN STATION-STANDARD REGISTER HEARING |
| 06/07/15 | 10.00 | VENDOR: MICHAEL A. ROSENTHAL INVOICE#: 0862066906201204 DATE: 6/9/2015  CAB FARE/WILMINGTON, DE/TAXI TO HOTEL-STANDARD REGISTER HEARING |
| 06/07/15 | 31.25 | VENDOR: BRIAN LUTZ INVOICE#: 0864697706161207 DATE: 6/8/2015  CAB FARE/SAN FRANCISCO, CA/TRIP TO WILMINGTON FOR HEARING ON STANDING MOTION. |
| 06/07/15 | 65.16 | VENDOR: BRIAN LUTZ INVOICE#: 0864697706161207 DATE: 6/8/2015  CAB FARE/WILMINGTON, DE/TRIP TO WILMINGTON FOR HEARING ON STANDING MOTION. |
| 06/08/15 | 54.78 | VENDOR: BRIAN LUTZ INVOICE#: 0864697706161207 DATE: 6/8/2015  CAB FARE/SAN FRANCISCO, CA/TRIP TO WILMINGTON FOR HEARING ON STANDING MOTION. |

Invoice Date: July 2, 2015　　　　　　　　　　　　　　　　　　　　　　　　Invoice No. 2015063576

**Due and Payable Upon Receipt**

| Date | Amount | Description |
|---|---|---|
| 06/08/15 | 11.80 | VENDOR: MICHAEL A. ROSENTHAL INVOICE#: 0862066906201204 DATE: 6/9/2015  CAB FARE/NY, NY/TAXI FROM PENN STATION- STANDARD REGISTER HEARING |
| 06/08/15 | 10.00 | VENDOR: MICHAEL A. ROSENTHAL INVOICE#: 0862066906201204 DATE: 6/9/2015  CAB FARE/WILMINGTON, DE/TAXI TO WILMINGTON STATION- STANDARD REGISTER HEARING |
| 06/10/15 | 14.09 | VENDOR: MATTHEW P. PORCELLI INVOICE#: 0865139006151917 DATE: 6/10/2015  CAB FARE/NEW YORK/CAR FARE |
| 06/14/15 | 136.85 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0873641006261908 DATE: 6/19/2015  CAB FARE/NEW YORK, NY/ATTEND AND PARTICIPATE IN AUCTION AND HEARING |
| 06/15/15 | 21.80 | VENDOR: WILLIAM A. ORGANEK INVOICE#: 0871474306201204 DATE: 6/15/2015  CAB FARE/NEW YORK/CAR FARE |
| 06/17/15 | 10.00 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0873641006261908 DATE: 6/19/2015  CAB FARE/WILMINGTON, DE/ATTEND AND PARTICIPATE IN AUCTION AND HEARING |
| 06/19/15 | 15.00 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0873641006261908 DATE: 6/19/2015  CAB FARE/DELAWARE/ATTEND AND PARTICIPATE IN AUCTION AND HEARING |