**EXHIBIT C**

## BUDGETED AMOUNT

### June

### $1,000,000.00

## PROFESSIONAL RATES

### June

| | |
|---|---|
| Becker, Barbara L. | $1,225.00 |
| Rosenthal, Michael A. | $1,175.00 |
| Ludwiszewski, Raymond B. | $1,145.00 |
| Lutz, Brian M. | $1,030.00 |
| Collins, Michael J. | $995.00 |
| Newman, Samuel A. | $860.00 |
| Muzumdar, Saee | $815.00 |
| Graves, Jeremy Lee | $755.00 |
| Kolb, Kyle J. | $750.00 |
| Alsarraf, Ali I. | $650.00 |
| Porcelli, Matthew P. | $650.00 |
| Bouslog, Matthew G. | $625.00 |
| Other Restructering/Transactional | $750.00 |
| Other Litigation | $650.00 |
| Amponsah, Duke K. | $395.00 |
| eDiscovery Assistance | $360.00 |

## BUDGETED HOURS

### June

| | |
|---|---|
| Becker, Barbara L. | 75 |
| Rosenthal, Michael A. | 180 |
| Ludwiszewski, Raymond B. | 15 |
| Lutz, Brian M. | 50 |
| Collins, Michael J. | 25 |
| Newman, Samuel A. | 30 |
| Muzumdar, Saee | 100 |
| Graves, Jeremy L. | 180 |
| Kolb, Kyle J. | 75 |
| Alsarraf, Ali I. | 65 |
| Porcelli, Matthew P. | 75 |
| Bouslog, Matthew G. | 180 |
| Other Restructering/Transactional | 50 |
| Amponsah, Duke K. | 100 |

| | |
|---|---|
| eDiscovery Assistance | 75 |
| **TOTAL** | **1275** |

## BUDGETED FEES

### June

| | |
|---|---|
| Becker, Barbara L. | $91,875.00 |
| Rosenthal, Michael A. | $211,500.00 |
| Ludwiszewski, Raymond B. | $17,175.00 |
| Lutz, Brian M. | $51,500.00 |
| Collins, Michael J. | $24,875.00 |
| Newman, Samuel A. | $25,800.00 |
| Muzumdar, Saee | $81,500.00 |
| Graves, Jeremy Lee | $139,500.00 |
| Kolb, Kyle J. | $56,250.00 |
| Alsarraf, Ali I. | $41,325.00 |
| Porcelli, Matthew P. | $48,750.00 |
| Bouslog, Matthew G. | $112,500.00 |
| Other Restructering/Transactional | $30,950.00 |
| Amponsah, Duke K. | $39,500.00 |
| eDiscovery Assistance | $27,000.00 |
| **TOTAL** | **$1,007,425.00** |

## BUDGETED EXPENSES

### June

$50,000

**TOTAL FEES & EXPENSES**     **$1,050,000.00**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise |
|---|---|
| Becker, Barbara L. | Elected partner at Chadbourne & Parke in 1995.  Joined firm as a partner in 2000.  Member of NY Bar since 1989. |
| Rosenthal, Michael A. | Partner since 1992.  Joined firm as an Of Counsel in 1989.  Member of IL Bar since 1980; NY Bar since 2009; TX Bar since 1985. |
| Ludwiszewski, Raymond B. | Partner since 1993.  Joined firm after serving as General Counsel of the U.S. Environmental Protect Agency.  Member of D.C. Bar since 1984. |
| Lutz, Brian M. | Partner since 2012.  Joined firm as an associate in 2003.  Member of CA Bar since 2008; NY Bar since 2003. |
| Collins, Michael J. | Partner since 2007.  Joined firm as an associate in 2000.  Member of D.C. Bar since 2004. |
| Newman, Samuel A. | Partner since 2009.  Joined firm as an associate in 2001.  Member of CA Bar since 2001. |
| Muzumdar, Saee | Associate.  Joined firm as an associate in 2008.  Member of NY Bar since 2009. |
| Graves, Jeremy Lee | Associate.  Joined firm as an associate in 2008.  Member of CO Bar since 2012; TX Bar since 2007[1]. |
| Kolb, Kyle J. | Associate.  Joined firm as an associate in 2011.  Member of NY Bar since 2012. |
| Alsarraf, Ali I. | Associate.  Joined firm as an associate in 2013.  Member of NY Bar since 2014. |
| Porcelli, Matthew P. | Associate.  Joined firm as an associate in 2014.  Member of NY Bar since 2014. |
| Bouslog, Matthew G. | Associate.  Joined firm as an associate in 2012.  Member of CA Bar since 2011. |
| Amponsah, Duke K. | Paralegal |

---

[1] Not actively licensed to practice in Texas.