# EXHIBIT C

01:17336248.1

### BUDGETED AMOUNT

June
$150,000

### PROFESSIONAL RATES

| | June |
|---|---|
| Michael R. Nestor | $725.00 |
| Kara Hammond Coyle | $485.00 |
| Maris J. Kandestin | $460.00 |
| Michael S. Neiburg | $445.00 |
| Andrew Magaziner | $400.00 |
| Elizabeth S. Justison | $310.00 |
| Troy Bollman | $190.00 |

### BUDGETED HOURS

| | June |
|---|---|
| Michael R. Nestor | 47 |
| Kara Hammond Coyle | 70.1 |
| Maris J. Kandestin | 8.8 |
| Michael S. Neiburg | 6.6 |
| Andrew Magaziner | 208.5 |
| Elizabeth S. Justison | 19 |
| Troy Bollman | 76.6 |
| TOTAL | 436.6 |

### BUDGETED FEES

| | June |
|---|---|
| Michael R. Nestor | $34,075.00 |
| Kara Hammond Coyle | $33,998.50 |
| Maris J. Kandestin | $4,048.00 |
| Michael S. Neiburg | $2,937.00 |
| Andrew Magaziner | $83,400.00 |
| Elizabeth S. Justison | $5,890.00 |
| Troy Bollman | $14,554.00 |
| TOTAL | $178,902.50 |

### BUDGETED EXPENSES

June
$11,997.19

| TOTAL FEES & EXPENSES | $190,899.69 |
|---|---|

| PROFESSIONAL | POSITION OF PROFESSIONAL; NUMBER OF YEARS IN THAT POSITION; YEAR OBTAINING LICENSE TO PRACTICE, IF APPLICABLE |
|---|---|
| Michael R. Nestor | Partner since 2003; joined firm as associate in 1998; member of PA and NJ bars since 1995; member of DE bar since 1996. |
| Kara Hammond Coyle | Partner since 2014. Joined firm as an associate in 2003. Member of DE Bar since 2003. |
| Maris J. Kandestin | Joined firm as an associate in 2009. Member of PA and NJ bars since 2004; member of DE bar since 2009. |
| Michael S. Neiburg | Joined firm as an associate in 2008. Member of DE Bar since 2009. |
| Andrew Magaziner | Joined firm as an associate in 2009. Member of DE Bar since 2009. |
| Elizabeth S. Justison | Joined firm as an associate in 2013. Member of DE Bar since 2013. |
| Troy Bollman | Paralegal |