IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br>Jointly Administered |

**NOTICE OF COMMENCEMENT OF LIEN ACTION
PURSUANT TO O.C.G.A. § 44-14-361.1**

TO:    United States Bankruptcy Court, District of Delaware

Pursuant to O.C.G.A. § 44-14-361.1(a)(3), **Raymond Storage Concepts, Inc.** ("Lien Claimant") provides this Notice of Commencement of Lien Action for the recovery of the amount of the Lien Claimant's claim within 365 days from the date of filing for record of its claims of lien based upon amounts due and payable to Lien Claimant by **The Standard Register Company**. The following information is pertinent to Lien Claimant's action:

(1)    Address of Lien Claimant:
**Raymond Storage Concepts, Inc.**,
c/o Stephen W. Spence, Esq.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200
Email: sws@pgslaw.com

(2)    The name and location of the real property subject to claim of lien: **1255 Terminus Drive, Lithia Springs, Douglas County, Georgia 30122** (the "Property").

A more complete legal description of the Property is attached hereto as Exhibit "A", and found in that certain Deed Under Power of Sale dated April 2, 2012 and recorded in Deed Book 3009, Page 23, Douglas County, Georgia records.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de Mexico, S. de R.L. de C.V. (4FNO); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

(3)  Lien Claimant filed a claim of lien in the principal amount of $92,350.00, plus all interest allowed by law, on the building and premises or real estate owned by **GCCFC 2005-GG5 1255 TERMINUS INDUSTRIAL LIMITED PARTNERSHIP**, a Georgia limited partnership. Said lien was filed in the records of the Superior Court of Douglas County on May 18, 2015 and recorded in Lien Book 175, page 978.

Lien Claimant also filed a claim of lien in the principal amount of $92,350.00, plus all interest allowed by law, on the leasehold interest of **THE STANDARD REGISTER COMPANY** in the Property. Said lien was filed in the records of the Superior Court of Douglas County on May 18, 2015 and recorded in Lien Book 175, page 981.

(4)  The Standard Register Company ("Debtor") filed for bankruptcy protection in the United States Bankruptcy Court, District of Delaware, Case No. 15-10541. The automatic stay in bankruptcy, as prescribed in 11 U.S.C. § 362, prohibits Lien Claimant from filing suit against Debtor for amounts due by Debtor to Lien Claimant. Instead, the commencement of action for the recovery of the amount of the Lien Claimant's claim was made by filing of a secured Proof of Claim with the Debtor's Claims Agent in Case No. 15-10541 on June 29, 2015, which was assigned Claim No. 2017.

This Notice of Commencement of Lien Action is executed as of the 6th day of July, 2015.

_____
Unofficial Witness

_____
Notary Public

My Commission Expires:_____

(NOTARY SEAL)
TAMMY A. PATTERSON
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Oct. 6, 2015

RAYMOND STORAGE CONCEPTS, INC.

By: _____
Stephen W. Spence, Esquire (#2033)
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
302-655-4200 (tel.)
302-655-4210 (fax)
sws@pgslaw.com
*Counsel to Raymond Storage Concepts, Inc.*

EXHIBIT "A"

LEGAL DESCRIPTION

DOUGLAS COUNTY, GEORGIA

To find the Point of Beginning commence at a point at the Southeasterly right-of-way intersection of Blairs Bridge Road (R/W Varies) and Lynch Road (30' R/W); Thence proceed along the South right-of-way line of said Blairs Bridge Road, North 64°53'50" East for a distance of 22.59 feet to a point; Thence continuing along said right-of-way on a 1108.43 feet radius curve turning to the left an arc distance of 295.11 feet (said curve being subtended by a chord bearing North 76°56'04" East for a distance of 294.24 feet) to an iron pin set, said iron pin set being the True Point of Beginning.

From the True Point of Beginning as thus established, Thence proceed along a 1108.43 feet radius curve turning to the left an arc distance of 117.47 feet (said curve being subtended by a chord bearing North 66°16'16" East for a distance of 117.41 feet) to an iron pin set; Thence proceed North 66°13'21" East for a distance of 116.72 feet to a 1/2" rebar found; Thence proceed North 66°13'22" East for a distance of 34.71 feet to an iron pin set; Thence proceed North 65°38'58" East for a distance of 100.00 feet to an iron pin set; Thence proceed North 66°13'21" East for a distance of 100.00 feet to an iron pin set; Thence proceed North 66°47'44" East for a distance of 200.01 feet to an iron pin set; Thence proceed North 66°13'21" East for a distance of 200.00 feet to an iron pin set; Thence proceed South 24°10'37" East for a distance of 10.61 feet to an iron pin set; Thence proceed North 65°49'23" East for a distance of 135.93 feet to an iron pin set; Thence proceed South 71°04'20" East for a distance of 50.16 feet to an iron pin set on the Westerly right-of-way of Terminus Drive (80' R/W); Thence proceed along said right-of-way South 23°57'26" East for a distance of 396.71 feet to an iron pin set; Thence proceed along 40.00' radius curve turning to the right an arc distance of 31.54 feet (said curve being subtended by a chord bearing South 01°21'57" East for a distance of 30.73 to a point; Thence proceed along 73.50' radius curve turning to the left an arc distance of 22.24 feet (said curve being subtended by a chord bearing South 12°33'28" West for a distance of 22.15 feet) to an iron pin set; Thence leaving said right-of-way proceed South 60°55'07" West for a distance of 1051.06 feet to an iron pin set, lying on the Land Lot line common to Land Lots 673 and 674; Thence proceed along said Land Lot line North 00°23'21" East for a distance of 72.32 feet to an iron pin set; Thence leaving said Land Lot line proceed North 23°54'14" West for a distance of 456.45 feet to an iron pin set; Thence proceed North 23°54'14" West for a distance of 62.46 feet to an iron pin set, said iron pin set being the True Point of Beginning.

Address:
1255 Terminus Drive
Lithia Springs, GA