## CERTIFICATE OF SERVICE

      I, Celeste A. Hartman, Senior Paralegal, do hereby certify that I am over the age of 18 and that on July 6, 2015, I caused a copy of the *Notice of Commencement of Lien Action Pursuant to O.C.G.A. §44-14-361.1* upon all persons receiving notice through the Court's cm/ecf system and upon the persons on the attached list, via U.S. First Class Mail.

      Under penalty of perjury, I certify the foregoing to be true and correct.

                                                                   */s/ Celeste A. Hartman*
                                                                 CELESTE A. HARTMAN

| | |
|---|---|
| Debtors<br>The Standard Register<br>600 Albany Street<br>Dayton OH  45417 | Gibson, Dunn & Crutcher LLP<br>Robert A. Klyman<br>Samuel A. Newman<br>Jeremy L. Graves<br>Sabina Jacobs<br>333 South Grand Avenue<br>Los Angeles, CA  90071-1512 |
| Young Conaway Stargatt & Taylor LLP<br>Michael R. Nestor<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801 | McKinsey Recovery & Transformation Services U.S., LLC<br>Kevin Carmody and Mark W. Hojnacki<br>55 East 52nd Street<br>New York, NY  10055 |
| Prime Clerk LLC<br>David M. Smith<br>830 3rd Ave FL 9<br>New York, NY  10022 | Akerman LLP<br>Attn: Sundeep S. Sidhu, Esq.<br>420 S. Orange Avenue, Suite 1200<br>Orlando, FL  32801-4904 |
| Alston & Bird LLP<br>Attn: David A. Wender, Jonathan T. Edwards<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA  30309-3424 | Arapahoe County Attorney<br>Attn: Robert Hill<br>5334 S. Prince Street<br>Littleton, CO  80166 |
| Arnstein & Lehr LLP<br>Attn: Kevin H. Morse<br>120 S. Riverside Plaza, Suite 1200<br>hicago, IL  60606 | Ashby & Geddes, P.A.<br>Attn: Ricardo Palacio<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE  19899 |

Baker Botts L.L.P.
Attn: James Prince, Meggie S. Gilstrap
2001 Ross Ave.
Dallas, TX  75201-2980

Bank of America, N.A.
James S. Rankin Jr., Parker, Hudson, Rainer & Dobbs LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue NE
Atlanta, GA  30303

Barnes & Thornburg LLP
Attn: David M. Powlen, Esq. & Kevin G. Collins, Esq.
1000 N. West Street, Suite 1500
Wilmington, DE  19801

Bayard, P.A.
Attn: Scott D. Cousins, Esquire
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

Bell Nunnally & Martin LLP
Attn: Heather H. Jobe, Esq.
3232 McKinney Avenue, Suite 1400
Dallas, TX  75204

Bialson, Bergen & Schwab
Attn: Lawrence M. Schwab, Kenneth T. Law
2600 El Camino Real, Suite 300
Palo Alto, CA  94306

Bialson, Bergen & Schwab
Attn: Lawrence M. Schwab, Thomas M. Gaa
2600 El Camino Real, Suite 300
Palo Alto, CA  94306

**Bilzin Sumberg Baena Price & Axelrod, LLP**
**Attn: Jeffrey I. Snyder**
**1450 Brickell Avenue, 23rd Floor**
**Miami, FL  33131**

Blakeley LLP
Attn: Scott E. Blakeley
2 Park Plaza, Suite 400
Irvine, CA  92614

Blank Rome LLP
Attn: Alan M. Root
1201 Market Street, Suite 800
Wilmington, DE  19801

| | |
|---|---|
| Blank Rome LLP<br>Attn: John E. Lucian<br>One Logan Square<br>130 North 18th Street<br>Philadelphia, PA  19103 | BMC Group, Inc.<br>Attn: T Feil<br>300 Continental Boulevard, #570<br>El Segundo, CA  90245 |
| Bricker & Eckler LLP<br>Attn: David M. Whittaker<br>100 South Third Street<br>Columbus, OH  43215 | Counsel for Bank of America, N.A.<br>Bryan Cave LLP<br>Attn: Michelle McMahon<br>1290 Avenue of the Americas<br>New York, NY  10104-3300 |
| Counsel for Bank of America, N.A.<br>Bryan Cave LLP<br>Attn: Robert J. Miller, Justin A. Sabin<br>Two North Central Avenue, Suite 2200<br>Phoenix, AZ  85004-4406 | Buchalter Nemer, A Professional Corporation<br>Attn: Shawn M. Christianson, Esq.<br>55 Second Street, 17th Floor<br>San Francisco, CA  94105-3493 |
| Carlton Fields Jorden Burt, P.A.<br>Attn: John J. Lamoureux<br>4221 West Boy Scout Boulevard, 10th Floor<br>PO Box 3239<br>Tampa, FL  33601-3239 | Ciardi Ciardi & Astin<br>Attn: Daniel K. Astin; John D. McLaughlin, Jr &<br>Joseph J. McMahon, Jr.<br>1204 N. King Street<br>Wilmington, DE  19801 |
| Clark Hill PLC<br>Attn: Edward J. Kosmowski<br>824 N. Market Street, Suite 710<br>Wilmington, DE  19801 | Clark Hill PLC<br>Attn: Scott N. Schreiber<br>150 N. Michigan Avenue, Suite 2700<br>Chicago, IL  60601 |

Clark Hill PLC
Attn: Shannon L. Deeby
151 South Old Woodward Avenue
Suite 200
Birmingham, MI 48009

Cole Schotz, P.C.
Attn: Michael D. Warner
301 Commerce Street, Ste. 1700
Fort Worth, TX 76102

Cole Schotz, P.C.
Attn: Patrick J. Reilley
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Commonwealth of Pennsylvania, Department of Revenue Office of the Attorney General
Attn: Kathleen G. Kane, Carol E. Momjian
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

Cross & Simon, LLC
Attn: Christopher P. Simon
1105 North Market Street, Suite 901
Wilmington, DE 19801

Darling Milligan Horowitz, PC
Attn: Brian D. Milligan, Esq.
1331 17th Street, Suite 800
Denver, CO 80202

Delaware Attorney General
Attn Bankruptcy Dept
Carvel State Office Bldg
820 N French St 6th Fl
Wilmington, DE 19801

Delaware Division of Revenue
Zillah Frampton
820 N French Street
Wilmington, DE 19801

Delaware Secretary of State
Corporations Franchise Tax
PO Box 898
Dover, DE 19903

Delaware State Treasury
Attn Bankruptcy Dept
820 Silver Lake Blvd Ste 100
Dover, DE 19904

Dentons
Attn: Arthur H. Ruegger
1221 Avenue of the Americas
New York, NY  10020

Dinsmore & Shohl LLP
Christopher A. Deabler
255 East Fifth Street, Suite 1900
Cincinnati, OH  45202

Duane Morris LLP
Attn: Jarret P. Hitchings
222 Delaware Avenue, Suite 1600
Wilmington, DE  19801

Duane Morris LLP
Attn: Jeffrey W. Spear
1540 Broadway
New York, NY  10036

Earp Cohn, P.C.
Attn: Richard M. Schlaifer
20 Brace Road, 4th Floor
Cherry Hill, NJ  08034-0000

Environmental Protection Agency - Region 3
Attn: Bankruptcy Dept
1650 Arch Street
Philadelphia, PA  19103-2029

FishmanJackson
Attn: Mark H. Ralston, Esquire
700 Three Galleria Tower
13155 Noel Road, L.B. 13
Dallas, TX  75240

Fleischer, Fleischer & Suglia
Attn: Nicola G. Suglia, Allison L. Domowitch
Plaza 1000 at Main Street, Suite 208
Voorhees, NJ  08043

Frantz Ward LLP
Attn: Timothy J. Richards, John F. Kostelnik
200 Public Square, Suite 3000
Cleveland, OH  44114

Friedlander Misler, PLLC
Attn: Robert E. Greenburg, Thomas F. Murphy, Lindsay A. Thompson
5335 Wisconsin Avenue, NW, Suite 600
Washington, DC  20015

Gary Becker, Committee Member
666 Barclay Lane
Broomall, PA  19008

Georgia Pacific Corp., Committee Member
Emily O. Valladares
133 Peachtree Street, NE
Atlanta, GA  30303

Gibbons P.C.
Attn: Mark B. Conlan
One Gateway Center
Newark, NJ  07102-5310

Gibbons P.C.
Attn: Natasha M. Songonuga
1000 N. West Street, Suite 1200
Wilmington, DE  19801-1058

Golan & Christie LLP
Attn: Barbara L. Yong, Caren A. Lederer
70 W. Madison Street, Suite 1500
Chicago, IL  60602

Goldberg, Kamin & Garvin, LLP
Attn: Robert J. Garvin
1806 Frick Building
437 Grant Street
Pittsburgh, PA  15219-6101

Gray Plant Moody
Attn: Phillip W. Bohl
500 IDS Center
80 South Eighth Street
Minneapolis, MN  55402

Graydon Head & Ritchey LLP
Attn: J. Michael Debbeler
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH  45202

Iannotti & Associates PLC
Attn: Daniel V. Iannotti
1475 Club Drive
Bloomfield Hills, MI  48302

IRS Insolvency Section
Internal Revenue Service
Centralized Insolvency Operation
2970 Market St
Mail Stop 5 Q30 133
Philadelphia, PA  19104-5016

| | |
|---|---|
| IRS Insolvency Section<br>Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA  19101-7346 | Iron Mountain Information Management, LLC<br>Attn: Joseph Corrigan<br>One Federal Street<br>Boston, MA  02110 |
| Law Offices of Robert E. Luna P.C.<br>c/o George C. Scherer<br>4411 N. Central Expressway<br>Dallas, TX  75205 | LeClairRyan<br>Attn: Andrew L. Cole<br>180 Admiral Cochrane Drive, Suite 370<br>Annapolis, MD  21401 |
| Linebarger Goggan Blair & Sampson, LLP<br>Attn: Elizabeth Weller<br>2777 N. Stemmons Freeway, Suite 1000<br>Dallas, TX  75207 | Linebarger Goggan Blair & Sampson, LLP<br>Attn: John P. Dillman<br>PO Box 3064<br>Houston, TX  77253-3064 |
| Lowenstein Sandler LLP<br>Attn: Gerald C. Bender<br>1251 Avenue of the Americas<br>New York, NY  10020 | Lowenstein Sandler LLP<br>Attn: Kenneth A. Rosen, Sharon L. Levine<br>65 Livingston Avenue<br>Rossland, NJ  07068-0000 |
| Magnozzi & Kye, LLP<br>Attn: Amish R. Doshi, Esq.<br>23 Green Street, Suite 302<br>Huntington, NY  11743 | Mark Platt, Committee Member<br>5048 James Hill Road<br>Kettering, OH  45429 |

Marshall Dennehey Warner Coleman & Goggin, P.C.
Attn: Thomas D. Walsh, Esq.
Nemours Building,
1007 North Orange Street, Suite 600,
P.O. Box 8888
Wilmington, DE  19899

McCreary, Veselka, Bragg & Allen, P.C.
Attn: Lee Gordon
PO Box 1269
Round Rock, TX  78680

McGrane LLP
Attn: Gavin McGrane
Four Embarcadero Center, Suite 1400
San Francisco, CA  94111

Meyer, Suozzi, English & Klein, P.C.
Attn: Edward J. LoBello
1350 Broadway, Suite 501
P.O. Box 822
New York, NY  10018-0822

Michael Bazley
651 "I" St.
Sacramento, CA  95814

Minkin & Harnisch PLLC
Attn: Ethan B. Minkin, Andrew A. Harnisch
6515 N. 12th Street, Suite B
Phoenix, AZ  85014

Missouri Department of Revenue
Attn: Sheryl L. Moreau
301 W. High Street, Room 670
PO Box 475
Jefferson City, MO  65105-0475

Morris James LLP
Attn: Jeffrey R. Waxman
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801-1494

Neale & Newman, L.L.P.
Attn: Brian K. Asberry
1949 E. Sunshine, Suite 1-130
P.O. Box 10327
Springfield, MO  65808

State Department of Taxation and Finance NY
State Department of Taxation and Finance
Attn: Robert L. Cook, District Tax Attorney, Office of Counsel
340 East Main St.
Rochester, NY  14604

| | |
|---|---|
| United States Trustee District of Delaware<br>Office of the United States Trustee<br>Mark Kenney<br>844 King St Ste 2207<br>Wilmington, DE  19801 | Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania<br>Attn: Linda Mitten<br>Collections Support Unit<br>651 Boas Street, Room 700<br>Harrisburg, PA  17121 |
| Counsel for the Oklahoma County Treasurer<br>Oklahoma County Treasurer<br>Attn: Gretchen Crawford, Assistant DA<br>320 Robert S. Kerr, Room 505<br>Oklahoma City, OK  73102 | Parker Ibrahim & Berg LLC<br>Attn: Joseph H. Lemkin<br>270 Davidson Avenue<br>Somerset, NJ  08873-0000 |
| Counsel for Bank of America, N.A.<br>Parker, Hudson, Rainer & Dobbs LLP<br>Attn: C. Edward Dobbs, James S. Rankin, Jr., Jack C. Basham, Jr., Joshua J. Lewis<br>1500 Marquis Two Tower<br>285 Peachtree Center Avenue, NE<br>Atlanta, GA  30303 | PBGC, Committee Member<br>Attn Jack Butler<br>1200 K Street NW<br>Washington, DC  20005-4026 |
| Pension Benefit Guaranty Corporation<br>Attn:  Courtney L. Morgan<br>Office of the Chief Counsel<br>1200 K Street NW<br>Washington, DC  20005-4026 | Polsinelli PC<br>Attn: Christopher A. Ward, Justin K. Edelson, Shanti M. Katona<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE  19801 |
| Potter Anderson & Corroon LLP<br>Attn: Jeremy W. Ryan & Etta R. Mayers<br>1313 North Market Street, Sixth Floor<br>PO Box 951<br>Wilmington, DE  19899-0951 | Ravich Meyer Kirkman McGrath Nauman & Tansey, P.A.<br>Attn: Michael F. McGrath<br>4545 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN  55402 |

| | |
|---|---|
| Reed Smith LLP<br>Attn: Amy M. Tonti<br>Reed Smith Centre<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh, PA 15230-2009 | Reed Smith LLP<br>Attn: J. Cory Falgowski<br>1201 N. Market Street, Suite 1500<br>Wilmington, DE 19801 |
| Reinhart Boerner Van Deuren<br>Attn: Katherine M. O'Malley, Michael D. Jankowski<br>1000 North Water Street, Suite 1700<br>PO Box 2965<br>Milwaukee, WI 53201-2965 | Counsel for PJ Printers<br>Richard S. Price, II<br>1235 N. Harbor Blvd., Suite 200<br>Fullerton, CA 92832-1349 |
| Richards, Layton & Finger, P.A.<br>Attn: Mark D. Collins, Tyler D. Semmelman<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 | Riddell Williams P.S.<br>Attn: Hilary B. Mohr, Esq. & Joseph E. Shickich, Jr., Esq.<br>1001 - 4th Avenue, Suite 4500<br>Seattle, WA 98154 |
| Saul Ewing LLP<br>Attn: Teresa K.D. Currier<br>222 Delaware Avenue, Suite 1200<br>Wilmington, DE 19899 | Securities & Exchange Commission<br>Secretary of the Treasury<br>100 F St NE<br>Washington, DC 20549 |
| Securities & Exchange Commission - NY Office<br>Attn Bankruptcy Dept<br>Brookfield Place<br>200 Vesey Street Ste 400<br>New York, NY 10281-1022 | Securities & Exchange Commission - Philadelphia Office<br>Attn Bankruptcy Dept<br>One Penn Center<br>1617 JFK Blvd Ste 520<br>Philadelphia, PA 19103 |

Silver Point Finance, LLC
Ron Meisler
Chris Dressel c/o Skadden Arps
155 N. Wacker Drive
Chicago, IL  60606

Singer & Levick, P.C.
Attn: Michelle E. Shriro
16200 Addison Road, Suite 1400
Addison, TX  75001

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Ron E. Meisler Carl T. Tullson
Christopher M. Dresel
155 North Wacker Drive, Suite 2700
Chicago, IL  60606-1720

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Sarah E. Pierce
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636

Synchrony Bank
c/o Recovery Management Systems Corporation
25 SE 2nd Avenue, Suite 1120
Miami, FL  33131-1605

Texas Comptroller of Public Accounts
Attn: Jay W. Hurst - Assistant Attorney General
Bankruptcy & Collections Division MC 008
P.O. Box 12548
Austin, TX  78711-2548

The Flesh Company, Committee Member
Attn: Gerard Winterbottom
2118 59th St.
St Louis, MO  63110

The Rosner Law Group LLC
Attn: Frederick B. Rosner, Jula B. Klein
824 Market Street, Suite 810
Wilmington, DE  19801

Thompson Hine LLP
Attn: Jonathan S. Hawkins
Austin Landing I
10050 Innovation Drive, Suite 400
Miamisburg, OH  45342-4934

Timothy Webb, Committee Member
4906 E. Desert Fairways Dr.
Paradise Valley, AZ  85253

TN Dept of Revenue
c/o TN Attorney General's Office, Bankruptcy Division
PO Box 20207
Nashville, TN  37202-0207

US Attorney for Delaware
Charles Oberly c/o Ellen Slights
1007 Orange St Ste 700
PO Box 2046
Wilmington, DE  19899-2046

Venable LLP
Attn: Hamid R. Rafatjoo
2049 Century Park East, Suite 2100
Los Angeles, CA  90067

Venable LLP
Attn: Jamie L. Edmonson
1201 North Market Street, Suite 1400
Wilmington, DE  19801

Veritiv Corporation, Committee Member
Attn: James Salvadori
850 N. Arlington Heights Rd
Itasca, IL  60143

Werb & Sullivan
Attn: Matthew P. Austria
300 Delaware Avenue, Suite 1300
Wilmington, DE  19801

Womble Carlyle Sandridge & Rice, LLP
Attn: Mark L. Desgrosseilliers, Morgan L. Patterson
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801

GCCFC 2005-GG5 1255 Terminus Industrial Limited Partnership
C/O LNR Partners, LLC
1601 Washington Avenue, Suite 700
Miami Beach FL 33139

GCCFC 2005-GG5 1255 Terminus Industrial Limited Partnership
1601 Washington Avenue, Suite 800
Miami Beach, FL 33139