EXHIBIT A

FEE SUMMARY

The Standard Register Company, et al.
(Case No. 15-10541 (BLS)

June 1, 2015 through June 30, 2015

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery (#3) | 0.0 | $    0.00 |
| Asset Disposition (#4) | 6.8 | 2,465.55 |
| Assumption/Rejection of Leases/Contracts (#5) | 0.0 | 0.00 |
| Avoidance Action Analysis (#6) | 0.0 | 0.00 |
| Budgeting (Case) (#7) | 0.0 | 0.00 |
| Business Operations (#8) | 0.4 | 176.40 |
| Case Administration (#9) | 1.5 | 877.50 |
| Claims Administration and Objections (#10) | 0.0 | 0.00 |
| Corporate Governance and Board Matters (#11) | 0.0 | 0.00 |
| Employee Benefits and Pensions (#12) | 87.7 | 29,546.55 |
| Employment and Fee Applications (#13) | 1.5 | 411.75 |
| Employment and Fee Application Objection (#14) | 0.0 | 0.00 |
| Financing and Cash Collateral (#15) | 0.0 | 0.00 |
| Fee Application – Privileged Review (#16) | 0.0 | 0.00 |
| Litigation (#17) | 5.9 | 1,930.05 |
| Meetings/Communications with Creditors (#18) | 0.0 | 0.00 |
| Non-Working Travel (#19) | 0.0 | 0.00 |
| Plan and Disclosure Statement (#20) | 0.0 | 0.00 |
| Real Estate (#21) | 7.1 | 1,597.50 |
| Relief From Stay and Adequate Protection (#22) | 0.0 | 0.00 |
| Reporting (#23) | 1.2 | 594.00 |
| Tax (#24) | 0.0 | 0.00 |
| Valuation (#25) | 0.0 | 0.00 |
| Intellectual Property (#26) | 5.7 | 1,629.45 |
| Privacy Matters (#27) | 1.8 | 664.20 |
| Vendor/Customer Ordinary Course Contract (#28) | 0.0 | 0.00 |
| Hawaii Employment Litigation (#29) | 13.0 | 3,466.80 |
| Violation of Non-Compete (#30) | 0.3 | 109.35 |
| **TOTAL** | **132.90** | **$43,469.10** |

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV*
*Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

---

The Standard Register Company
PO Box 1167
600 Albany Street
Dayton OH 45417-3405

July 2, 2015
Invoice # 3379250

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.4
Matter: Asset Disposition

---

### Remittance Advice

For Professional Services Rendered Through June 30, 2015:

| | |
|---|---|
| Current Fee for Hours Worked | $ 2,739.50 |
| Less Discount | $ -273.95 |
| Attorney Costs | $ 12.00 |
| Current Total for Professional Services | $ 2,477.55 |
| Previous Outstanding Balance (see detail AR page) | $ 19,197.36 |
| Total Due for Professional Services | $ 21,674.91 |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*



Dinsmore & Shohl LLP
Client Number – 92211.4
**Matter: Asset Disposition**

July 2, 2015
Invoice # 3379250

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| Harvey J. Cohen | Partner | 0.80 | 490.00 | $ 392.00 |
| Kim Martin Lewis | Partner | 1.50 | 650.00 | $ 975.00 |
| Patrick D Burns | Associate | 4.50 | 305.00 | $ 1,372.50 |
| | Total Hours / Fees | 6.80 | | $ 2,739.50 |
| | Less Discount | | | $ -273.95 |
| | Current Fee for Hours Worked | | | $ 2,465.55 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 12.00 | |
| | Total Attorney Costs | $12.00 |
| | Current Amount Due This Invoice | $2,477.55 |

1

Dinsmore & Shohl LLP
Client Number – 92211.4
**Matter: Asset Disposition**

July 2, 2015
Invoice # 3379250

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/05/15 | PDB | 0.20 | Attention to ordering certified mortgages regarding objection to sale. |
| 06/05/15 | KML | 0.40 | Emails with Michael Rosenthal regarding sale issues. |
| 06/09/15 | HJC | 0.80 | Client call (.2); files review (.2); requested document to client regarding potential buyer request (.2); related e-mail (.2). |
| 06/11/15 | PDB | 0.80 | Research Ohio foreclosure law question regarding sale objection response. |
| 06/12/15 | PDB | 3.20 | Research Ohio foreclosure law and prepare outline of issues for Gibson Dunn. |
| 06/17/15 | PDB | 0.30 | Respond to inquiries regarding sale and process. |
| 06/18/15 | KML | 1.10 | Emails regarding schedules on APA and calls regarding same. |

Total Hours        6.80

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV*
*Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

---

The Standard Register Company
PO Box 1167
600 Albany Street
Dayton OH 45417-3405

July 6, 2015
Invoice # 3380343

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.8
Matter: Business Operations

---

### Remittance Advice

For Professional Services Rendered Through June 30, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 196.00 |
| Less Discount | $ -19.60 |
| Attorney Costs | $ 0.00 |
| Current Total for Professional Services | $ 176.40 |
| Previous Outstanding Balance (see detail AR page) | $ 632.34 |
| Total Due for Professional Services | $ 808.74 |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*



July 6, 2015
Invoice # 3380343

Dinsmore & Shohl LLP
Client Number – 92211.8
**Matter: Business Operations**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| Harvey J. Cohen | Partner | 0.40 | 490.00 | $ 196.00 |
| | Total Hours / Fees | 0.40 | | $ 196.00 |
| | Less Discount | | | $ -19.60 |
| | Current Fee for Hours Worked | | | $ 176.40 |

| | |
|---|---|
| Current Amount Due This Invoice | $176.40 |

1

July 6, 2015
Invoice # 3380343

Dinsmore & Shohl LLP
Client Number – 92211.8
**Matter: Business Operations**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/01/15 | HJC | 0.40 | Client email and call on potential international issues. |

| | | |
|---|---|---|
| Total Hours | 0.40 | |

2

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV*
*Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

The Standard Register Company
PO Box 1167
600 Albany Street
Dayton OH 45417-3405

July 2, 2015
Invoice # 3379252

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.9
Matter: Case Administration

## Remittance Advice

For Professional Services Rendered Through June 30, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 975.00 |
| Less Discount | $ -97.50 |
| Attorney Costs | $ 193.00 |
| Current Total for Professional Services | $ 1,070.50 |
| Previous Outstanding Balance (see detail AR page) | $ 1,547.22 |
| Total Due for Professional Services | $ 2,617.72 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*

   

July 2, 2015
Invoice # 3379252

Dinsmore & Shohl LLP
Client Number – 92211.9
**Matter: Case Administration**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| Kim Martin Lewis | Partner | 1.50 | 650.00 | $ 975.00 |
| | Total Hours / Fees | 1.50 | | $ 975.00 |
| | Less Discount | | | $ -97.50 |
| | Current Fee for Hours Worked | | | $ 877.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Audio Conference | | $ 193.00 |
| | Total Attorney Costs | $193.00 |
| | Current Amount Due This Invoice | $1,070.50 |

1

July 2, 2015
Invoice # 3379252

Dinsmore & Shohl LLP
Client Number – 92211.9
**Matter: Case Administration**

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/17/15 | KML | 1.50 | Listen to court hearing regarding sale. |
| | Total Hours | 1.50 | |

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV*
*Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

The Standard Register Company
PO Box 1167
600 Albany Street
Dayton OH 45417-3405

July 6, 2015
Invoice # 3379253

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.12
Matter: Employee Benefits and Pensions

## Remittance Advice

For Professional Services Rendered Through June 30, 2015:

| | |
|---|---|
| Current Fee for Hours Worked | $ 32,829.50 |
| Less Discount | $ -3,282.95 |
| Attorney Costs | $ 226.14 |
| Current Total for Professional Services | $ 29,772.69 |
| Previous Outstanding Balance (see detail AR page) | $ 26,042.19 |
| Total Due for Professional Services | $ 55,814.88 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

## We accept Visa, Mastercard, American Express and Discover
*Please call (513) 977-8131 to initiate credit card payment.*



July 6, 2015
Invoice # 3379253

Dinsmore & Shohl LLP
Client Number – 92211.12
**Matter: Employee Benefits and Pensions**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| David A. Whaley | Partner | 22.80 | 340.00 | $ 7,752.00 |
| Kim Martin Lewis | Partner | 22.00 | 650.00 | $ 14,300.00 |
| Matthew S Arend | Partner | 7.00 | 320.00 | $ 2,240.00 |
| Beth A. Mandel | Associate | 27.10 | 230.00 | $ 6,233.00 |
| Kevin L. Burch | Associate | 6.90 | 250.00 | $ 1,725.00 |
| Patrick D Burns | Associate | 1.90 | 305.00 | $ 579.50 |
| | Total Hours / Fees | 87.70 | | $ 32,829.50 |
| | Less Discount | | | $ -3,282.95 |
| | Current Fee for Hours Worked | | | $ 29,546.55 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Audio Conference | $ 226.14 | |
| | Total Attorney Costs | $226.14 |
| | Current Amount Due This Invoice | $29,772.69 |

1

July 6, 2015
Invoice # 3379253

Dinsmore & Shohl LLP
Client Number – 92211.12
**Matter: Employee Benefits and Pensions**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 06/01/15 | KML | 0.20 | Emails regarding benefits information. |
| 06/03/15 | DAW | 0.20 | Review information pertaining to terms of wind-down costs for programs. |
| 06/05/15 | DAW | 2.00 | Review terms of Taylor APA and communications in connection with winddown costs (1.0); prepare for and participate in conference call pertaining to winddown benefits (1.0). |
| 06/05/15 | KML | 0.80 | Benefits call regarding 363 sale. |
| 06/08/15 | MSA | 0.80 | Review and revise [redacted] BAA. |
| 06/08/15 | BAM | 4.60 | Review Taylor APA Employee Benefits provisions and draft memo addressing differences between original (non-redlined) Taylor APA & Silver Point APA. |
| 06/08/15 | DAW | 1.50 | Review materials pertaining to terms of APA with Taylor (1.0); review and respond to communications in connection with same (0.5). |
| 06/08/15 | KML | 0.80 | Emails regarding Taylor APA and benefits language. |
| 06/08/15 | KLB | 0.80 | Email Kim Lewis and discussion with Beth Mandel regarding APA. |
| 06/08/15 | KLB | 1.00 | Review Taylor asset purchase agreement related to benefits issues. |
| 06/09/15 | DAW | 4.00 | Prepare for and participate in conference call pertaining to terms of employee benefit programs in APA (1.5); reveiw terms of memorandum pertaining to benefit plan provisions in same (1.5); revise and edit terms of APA (1.0). |
| 06/09/15 | KML | 3.30 | Review and revise Taylor APA regarding benefits (.8); call regarding winddown budget and benefits (.8); review and revise memo regarding benefits issues under APA (.6); numerous emails regarding benefits issues under APA (1.1). |
| 06/09/15 | BAM | 0.80 | Participate in conference call with Lawrence Taschenberger regarding winddown budget requests. |
| 06/09/15 | BAM | 0.90 | Participate in conference call regarding status of Taylor negotiations. |
| 06/09/15 | BAM | 2.40 | Draft chart for use in developing winddown budget. |
| 06/09/15 | BAM | 5.00 | Review updated 6.9.15 redlined version of Taylor APA regarding Employee Benefits provisions and revise memo addressing differences between new version of Taylor APA & Silver Point APA (5.0). |
| 06/09/15 | KLB | 0.50 | Email Lawrence Taschenberger (.5). |
| 06/09/15 | KLB | 2.20 | Multiple teleconferences with Standard Register, David Whaley and Beth Mandel regarding winddown of employee benefit plans (2.2). |
| 06/10/15 | DAW | 4.00 | Prepare for and participate in conference call pertaining to terms of winddown costs for assumption in APA (2.0); review and respond to communications pertaining to structure of APA in connection with employee benefit programs (2.0). |

2

July 6, 2015
Invoice # 3379253

Dinsmore & Shohl LLP
Client Number – 92211.12
**Matter: Employee Benefits and Pensions**

| | | | |
|---|---|---|---|
| 06/10/15 | KML | 1.00 | Participate in internal call regarding benefits. |
| 06/10/15 | KML | 0.90 | Emails with Gibson Dunn and the Company regarding benefits costs and other benefits issues and question on APA. |
| 06/10/15 | BAM | 2.60 | Research recommended seller-friendly APA language regarding employee benefits transitioning and servicer-crediting for assumed employees (2.6). |
| 06/10/15 | BAM | 1.00 | Participate in conference call regarding status of Taylor negotiations and winddown budget (1.0). |
| 06/10/15 | KLB | 0.50 | Multiple emails to Kim Martin Lewis and David Whaley regarding WARN liability and severance obligations. |
| 06/10/15 | KLB | 0.60 | Legal research regarding WARN liability and severance obligations (.6). |
| 06/11/15 | KLB | 0.40 | Discuss with and email Beth Mandel regarding response to Taylor asset purchase agreement. |
| 06/11/15 | BAM | 3.10 | Review and respond via email to questions on employee benefits transitioning and the Taylor APA benefits provisions. |
| 06/11/15 | DAW | 4.00 | Review and respond to questions pertaining to assumption of employee benefit programs, including severance, in connection with APA with Taylor (2.0); review and respond to application of APA pertaining to remaining benefit programs (2.0). |
| 06/11/15 | KML | 3.60 | Numerous calls and emails regarding benefits issues related to APA analysis. |
| 06/12/15 | KLB | 0.40 | Teleconference with Mercer, Skadden and Standard Register regarding employee benefit plans. |
| 06/12/15 | PDB | 1.10 | Research issues regarding certain benefits issues. |
| 06/12/15 | KML | 2.30 | Numerous emails regarding benefits issues with Buyer B (1.9); telephone call with Gibson Dunn regarding same (.4). |
| 06/12/15 | KML | 0.80 | Prepare for and conference call with Buyer A attorneys regarding employee benefits matters. |
| 06/15/15 | MSA | 1.30 | Work on [redacted] BAA (1.0); emails with Kevin Hunt regarding same (.3). |
| 06/15/15 | MSA | 0.70 | Review and revise [redacted] BAA. |
| 06/15/15 | MSA | 0.80 | Review and revise [redacted] BAA. |
| 06/15/15 | BAM | 1.00 | Draft Health Care Notice to participants of self-insured Plans for use if Taylor is winning bidder (.5); review winddown budget language in final pre-auction Taylor APA (.3); discuss notice needs with K. Lewis and K. Burch (.2). |
| 06/15/15 | KML | 0.90 | Emails regarding issues related to auction and buyer. |
| 06/16/15 | BAM | 0.50 | Update David A. Whaley on status of participant notice discussions (.2); draft communication to Lawrence Taschenberger forwarding Health Care Notice (.3). |
| 06/16/15 | KLB | 0.50 | Discuss with Beth Mandel and Kim Lewis regarding employee communications (.3); call with Lawrence Taschenberger (.3). |
| 06/16/15 | DAW | 1.10 | Review information pertaining to letters to participants. |
| 06/17/15 | DAW | 0.10 | Review next steps in plan terminations. |

July 6, 2015
Invoice # 3379253

Dinsmore & Shohl LLP
Client Number – 92211.12
**Matter: Employee Benefits and Pensions**

| | | | |
|---|---|---|---|
| 06/18/15 | MSA | 0.60 | Review and revise [redacted] BAA. |
| 06/18/15 | DAW | 0.30 | Review and respond to communications pertaining to terms of self-funded plan recovery services. |
| 06/19/15 | DAW | 0.90 | Review and respond to communications pertaining to terms of sale order and results pertaining to same. |
| 06/19/15 | KML | 1.60 | Numerous emails regarding issues related to benefits as they relate to the APA and sale order. |
| 06/22/15 | KML | 0.30 | Emails regarding employee notices. |
| 06/23/15 | BAM | 2.10 | Discuss employee benefit plan termination and winddown issues with Kim Lewis (.2); review SERP figures and final version of Taylor APA (1.0); review multiple emails related to benefit plan issues (.9). |
| 06/23/15 | PDB | 0.80 | Review issues with termination of employee benefit plans regarding motion. |
| 06/23/15 | KML | 1.40 | Emails with Gerry Sowar regarding benefit plan information (.3); emails with Jeremy Graves regarding same (.4); emails with Michael Rosenthal regarding benefits plan issues (.3); emails with Amy Riley regarding benefit plan information/notices (.2); calls with Beth Mandel (.2). |
| 06/23/15 | DAW | 0.30 | Review committee requests pertaining to SERP benefits. |
| 06/24/15 | BAM | 3.10 | Participate in call with Dinsmore, Lawrence Taschenberger and Amy Riley regarding Notice to Participants of impending termination of health care plans (IBNR Notice) (.9); participate in call with Gibson Dunn regarding Motion to Terminate Severance Plan (.9); review and revise Motion to Terminate Severance Plan to also request permission to modify/terminate other EB plans as needed (1.3). |
| 06/24/15 | KML | 2.10 | Conference call regarding Motion to Modify Employee Benefit Plans and numerous emails regarding same. |
| 06/24/15 | KML | 0.90 | Conference call with Standard Register and Taylor regarding IBNR notification and emails regarding same. |
| 06/24/15 | DAW | 3.60 | Prepare for and participate in conference call pertaining to termination of employee benefit programs (1.0); revise and edit terms of motion pertaining to same (2.6). |
| 06/25/15 | KML | 0.20 | Emails regarding notices. |
| 06/26/15 | KML | 0.90 | Emails regarding benefit plan issues and information. |
| 06/26/15 | DAW | 0.80 | Review and respond to communications pertaining to terms of information requests from the Creditors Committee. |
| 06/29/15 | MSA | 0.80 | Review and revise [redacted] BAA. |
| 06/29/15 | MSA | 1.00 | Review and revise [redacted] BAA. |
| 06/29/15 | MSA | 1.00 | Review and revise [redacted] BAA. |

Total Hours    87.70

July 6, 2015
Invoice # 3379253

Dinsmore & Shohl LLP
Client Number – 92211.12
**Matter: Employee Benefits and Pensions**

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV*
*Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

The Standard Register Company
PO Box 1167
600 Albany Street
Dayton OH 45417-3405

July 2, 2015
Invoice # 3379254

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.13
Matter: Employment and Fee Applications

## Remittance Advice

For Professional Services Rendered Through June 30, 2015:

| | |
|---|---|
| Current Fee for Hours Worked | $ 457.50 |
| Less Discount | $ -45.75 |
| Attorney Costs | $ 26.50 |
| Current Total for Professional Services | $ 438.25 |
| Previous Outstanding Balance (see detail AR page) | $ 3,264.78 |
| Total Due for Professional Services | $ 3,703.03 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*

   

July 2, 2015
Invoice # 3379254

Dinsmore & Shohl LLP
Client Number – 92211.13
**Matter: Employment and Fee Applications**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|------------|-------------|-------|------|--------|
| Patrick D Burns | Associate | 1.50 | 305.00 | $ 457.50 |
| | Total Hours / Fees | 1.50 | | $ 457.50 |
| | Less Discount | | | $ -45.75 |
| | Current Fee for Hours Worked | | | $ 411.75 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | | $ 26.50 |
| | Total Attorney Costs | $26.50 |
| | Current Amount Due This Invoice | $438.25 |

1

July 2, 2015
Invoice # 3379254

Dinsmore & Shohl LLP
Client Number – 92211.13
**Matter: Employment and Fee Applications**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 06/05/15 | PDB | 0.20 | Attention to monthly statement, review and filing. |
| 06/16/15 | PDB | 0.30 | Follow up on conflict issue and adjustments to disclosure affidavit. |
| 06/24/15 | PDB | 0.20 | Modify Fee Application for May fees. |
| 06/26/15 | PDB | 0.80 | Follow up on CNO for April fees (.2); review and edit narrative for May Fee Application (.4); communication regarding Quarterly Fee Application process (.2). |

Total Hours       1.50

2

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV*
*Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

---

The Standard Register Company                                         July 2, 2015
PO Box 1167                                                    Invoice # 3379255
600 Albany Street
Dayton OH 45417-3405

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.17
Matter: Litigation

---

### Remittance Advice

For Professional Services Rendered Through June 30, 2015:

| | |
|---|---|
| Current Fee for Hours Worked | $ 2,144.50 |
| Less Discount | $ -214.45 |
| Attorney Costs | $ 271.07 |
| Current Total for Professional Services | $ 2,201.12 |
| Previous Outstanding Balance (see detail AR page) | $ 24,568.33 |
| | |
| Total Due for Professional Services | $ 26,769.45 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*



July 2, 2015
Invoice # 3379255

Dinsmore & Shohl LLP
Client Number – 92211.17
**Matter: Litigation**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| Harvey J. Cohen | Partner | 1.40 | 490.00 | $ 686.00 |
| Christopher A. Deabler | Of Counsel | 4.30 | 325.00 | $ 1,397.50 |
| Patrick D Burns | Associate | 0.20 | 305.00 | $ 61.00 |
| | Total Hours / Fees | 5.90 | | $ 2,144.50 |
| | Less Discount | | | $ -214.45 |
| | Current Fee for Hours Worked | | | $ 1,930.05 |

### Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Audio Conference | $ 6.42 |
| Federal Express | $ 37.65 |
| Filing and Recording Fees | $ 227.00 |
| Total Attorney Costs | $271.07 |

Current Amount Due This Invoice          $2,201.12

1

July 2, 2015
Invoice # 3379255

Dinsmore & Shohl LLP
Client Number – 92211.17
**Matter: Litigation**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/11/15 | CAD | 1.40 | Analysis and review of adversary complaint. |
| 06/11/15 | CAD | 2.20 | Research regarding [redacted] in connection with adversary complaint. |
| 06/11/15 | CAD | 0.70 | Correspondence to H. Cohen regarding [redacted] in connection with adversary complaint. |
| 06/11/15 | HJC | 1.40 | Client correspondence on potential actions, and defendants document review (.2); related emails (.2); call regarding facts of case (.4); later litigation emails (.4); emails regarding litigation matter (.2). |
| 06/19/15 | PDB | 0.20 | Review order entered regarding CareSource. |

Total Hours    5.90

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV
Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

---

The Standard Register Company
PO Box 1167
600 Albany Street
Dayton OH 45417-3405

July 6, 2015
Invoice # 3380215

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.19
Matter: Non-Working Travel

---

### Remittance Advice

For Professional Services Rendered Through June 30, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 0.00 |
| Attorney Costs | $ 2,059.58 |
| Total Due for Professional Services | $ 2,059.58 |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*



Dinsmore & Shohl LLP
Client Number – 92211.19
**Matter: Non-Working Travel**

July 6, 2015
Invoice # 3380215

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| | Total Hours / Fees | 0.00 | | $ 0.00 |

## Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Airline Ticket Expenses | $ 1,756.01 |
| Business Meals | $ 54.48 |
| Hotel Expense | $ 221.09 |
| Other Travel | $ 28.00 |
| Total Attorney Costs | $2,059.58 |
| Current Amount Due This Invoice | $2,059.58 |

July 6, 2015
Invoice # 3380215

Dinsmore & Shohl LLP
Client Number – 92211.19
**Matter: Non-Working Travel**

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
|      |           |       |             |

Total Hours    0.00

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV*
*Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

The Standard Register Company                                          July 6, 2015
PO Box 1167                                                    Invoice # 3379256
600 Albany Street
Dayton OH 45417-3405

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.21
Matter: Real Estate

## Remittance Advice

For Professional Services Rendered Through June 30, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 1,775.00 |
| Less Discount | $ -177.50 |
| Attorney Costs | $ 13.21 |
| Current Total for Professional Services | $ 1,610.71 |
| Previous Outstanding Balance (see detail AR page) | $ 3,457.51 |
| Total Due for Professional Services | $ 5,068.22 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*

   

July 6, 2015
Invoice # 3379256

Dinsmore & Shohl LLP
Client Number – 92211.21
**Matter: Real Estate**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| Merideth A. Trott | Partner | 0.20 | 465.00 | $ 93.00 |
| Charles E. Baverman III | Associate | 6.50 | 240.00 | $ 1,560.00 |
| Patrick D Burns | Associate | 0.40 | 305.00 | $ 122.00 |
| | Total Hours / Fees | 7.10 | | $ 1,775.00 |
| | Less Discount | | | $ -177.50 |
| | Current Fee for Hours Worked | | | $ 1,597.50 |

## Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Federal Express | $ 13.21 | |
| Total Attorney Costs | | $13.21 |
| Current Amount Due This Invoice | | $1,610.71 |

1

July 6, 2015
Invoice # 3379256

Dinsmore & Shohl LLP
Client Number – 92211.21
**Matter: Real Estate**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/01/15 | CEB | 5.00 | Review and finalize all closing documents (2.7); correspondence with Cathy Eveler regarding same (.2); travel to Standard Register's offices to have documents executed (.8); draft closing escrow letter (.9); send same with documents to Cathy Eveler (.1); correspondence with Gerry Sowar and bankruptcy counsel regarding wire transfer instructions (.3). |
| 06/02/15 | CEB | 1.50 | Telephone conferences and correspondence with closing agent and Gerry Sowar regarding closing Emigsville sale and wiring of funds. |
| 06/09/15 | MAT | 0.20 | Conference with broker at Lazard regarding question on title matters. |
| 06/10/15 | PDB | 0.40 | Attention to certified copies of mortgages and review same. |

Total Hours    7.10

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV*
*Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

---

The Standard Register Company                                                    July 6, 2015
PO Box 1167                                                                Invoice # 3380213
600 Albany Street
Dayton OH 45417-3405

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.23
Matter: Reporting

---

## Remittance Advice

For Professional Services Rendered Through June 30, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 660.00 |
| Less Discount | $ -66.00 |
| Attorney Costs | $ 0.00 |
| Current Total for Professional Services | $ 594.00 |
| Previous Outstanding Balance (see detail AR page) | $ 945.36 |
| Total Due for Professional Services | $ 1,539.36 |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*

   

July 6, 2015
Invoice # 3380213

Dinsmore & Shohl LLP
Client Number – 92211.23
**Matter: Reporting**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| Charles F. Hertlein, Jr. | Partner | 1.20 | 550.00 | $ 660.00 |
| | Total Hours / Fees | 1.20 | | $ 660.00 |
| | Less Discount | | | $ -66.00 |
| | Current Fee for Hours Worked | | | $ 594.00 |

Current Amount Due This Invoice          $594.00

1

July 6, 2015
Invoice # 3380213

Dinsmore & Shohl LLP
Client Number – 92211.23
**Matter: Reporting**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/17/15 | CFH | 0.60 | Call from Gerry Sowar regarding 8-K (.2); review successive 8-K drafts (.4). |
| 06/19/15 | CFH | 0.60 | Review 8-K revisions, etc. |

Total Hours        1.20

2

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV
Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

---

The Standard Register Company
PO Box 1167
600 Albany Street
Dayton OH 45417-3405

July 2, 2015
Invoice # 3379257

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.26
Matter: IP

---

### Remittance Advice

For Professional Services Rendered Through June 30, 2015:

| | |
|---|---|
| Current Fee for Hours Worked | $ 1,810.50 |
| Less Discount | $ -181.05 |
| Attorney Costs | $ 962.20 |
| Current Total for Professional Services | $ 2,591.65 |
| Previous Outstanding Balance (see detail AR page) | $ 8,032.80 |
| Total Due for Professional Services | $ 10,624.45 |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*

  

Dinsmore & Shohl LLP
Client Number – 92211.26
Matter: IP

July 2, 2015
Invoice # 3379257

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| Kimberly Gambrel | Partner | 2.00 | 535.00 | $ 1,070.00 |
| Anna M. Vislosky | Paralegal | 1.80 | 215.00 | $ 387.00 |
| Beth A Bane | Paralegal | 1.30 | 175.00 | $ 227.50 |
| Kathy A. Adams | Paralegal | 0.60 | 210.00 | $ 126.00 |
| | Total Hours / Fees | 5.70 | | $ 1,810.50 |
| | Less Discount | | | $ -181.05 |
| | Current Fee for Hours Worked | | | $ 1,629.45 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 2.20 | |
| Govt. Filing Fee paid to US Patent & Trademark Office | $ 960.00 | |
| | Total Attorney Costs | $962.20 |
| | Current Amount Due This Invoice | $2,591.65 |

1

July 2, 2015
Invoice # 3379257

Dinsmore & Shohl LLP
Client Number – 92211.26
**Matter: IP**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 06/08/15 | BB | 0.50 | STD 1295 TA - United States - INDUSTRAMARK - Draft letter to D. Thaxton regarding declaration of use. |
| 06/08/15 | BB | 0.50 | STD 1397 TA - United States - COMPATIBLE FILING PRODUCTS HEALTHCARE BUSINESS SOLUTIONS and design - Draft letter to D. Thaxton regarding declaration of use. |
| 06/08/15 | KG | 0.20 | Letters to D. Thaxton regarding maintenance of U.S. trademark registrations for INDUSTRAMARK and COMPATIBLE FILING PRODUCTS HEALTHCARE BUSINESS SOLUTIONS and design. |
| 06/19/15 | AV | 0.20 | STD 1315 PB - Mexican Patent Application No. MX/a/2011/012080 entitled IN-MOLD LABELED ARTICLE AND METHOD - Review email from Mexican associate with office action attached. |
| 06/19/15 | KA | 0.50 | Renewal inquiry letter to D. Thaxton regarding trademark registrations in New Zealand for SMARTWORKS in Classes 9, 35 and 42. |
| 06/19/15 | KG | 0.20 | Letter to D. Thaxton regarding maintenance of New Zealand trademark registrations for SMARTWORKS. |
| 06/22/15 | KA | 0.10 | Calculate patent term adjustment at issuance for accuracy for patent application Serial No. 13/836,766 entitled "Systems, Methods, and Apparatus for Marking, Verifying and Authentication Consume Products" (Docket STD 1364 PA). |
| 06/24/15 | AV | 1.00 | STD 1315 PB/41213.809 - Mexican patent application no. MX/a/2011/012084 - Review correspondence and first Office Action received from Mexican associate (.3); draft reporting letter obtain cited reference (.7). |
| 06/25/15 | AV | 0.40 | STD 1325 PA - Work on supplement informational disclosure statement regarding questions concerning copy of translated Mexican first Office Action (.2); conference with Jim Gottman and Christopher Meyer. |
| 06/25/15 | KG | 0.90 | Review and search for specimens of use for COMPATIBLE FILING PRODUCTS trademark, to support maintenance of federal registration (.7); email correspondence with D. Thaxton (.2). |
| 06/26/15 | KG | 0.10 | Email correspondence with D. Thaxton regarding maintenance of federal trademark registration for COMPATIBLE FILING PRODUCTS. |
| 06/29/15 | BB | 0.30 | Review correspondence and refund check from State of Delaware (.1); confer with K. Gambrel regarding same (.1); provide instructions to accounting for applying refund (.1) |
| 06/29/15 | AV | 0.20 | STD 0572 TB - 41212.22 - THERMACOLOR - Canadian Regi. Review email from associate regarding renewal filing (.1); email to associate with instructions to allow registration to expire (.1). |
| 06/30/15 | KG | 0.60 | Prepare and file Declaration of Use and Incontestability for COMPATIBLE FILING PRODUCTS trademark (.4); email to D. Thaxton (.2). |

Dinsmore & Shohl LLP
Client Number – 92211.26
**Matter: IP**

July 2, 2015
Invoice # 3379257

Total Hours      5.70

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV*
*Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

---

The Standard Register Company                                July 2, 2015
600 Albany Street                                      Invoice # 3379258
Dayton OH 45417

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.27
Matter: Privacy Matters

---

## Remittance Advice

For Professional Services Rendered Through June 30, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 738.00 |
| Less Discount | $ -73.80 |
| Attorney Costs | $ 0.00 |
| Total Due for Professional Services | $ 664.20 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*

   

Dinsmore & Shohl LLP
Client Number – 92211.27
**Matter: Privacy Matters**

July 2, 2015
Invoice # 3379258

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| Jennifer O. Mitchell | Partner | 1.80 | 410.00 | $ 738.00 |
| | Total Hours / Fees | 1.80 | | $ 738.00 |
| | Less Discount | | | $ -73.80 |
| | Current Fee for Hours Worked | | | $ 664.20 |

|  |  |
|---|---|
| Current Amount Due This Invoice | $664.20 |

July 2, 2015
Invoice # 3379258

Dinsmore & Shohl LLP
Client Number – 92211.27
**Matter: Privacy Matters**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/03/15 | JOM | 0.50 | Call with H. Glaser regarding [redacted]. |
| 06/09/15 | JOM | 0.50 | Analysis of [redacted] deal terms and compliance considerations (.3); emails with S. Wallace regarding same (.2). |
| 06/29/15 | JOM | 0.40 | Conference call with H. Glaser, Keaton, S. Wallace regarding iForms/healthcare/HIPAA. |
| 06/30/15 | JOM | 0.40 | Analysis of [redacted] call center structure from S. Wallace (.1); communication to S. Wallace regarding same (.3). |

Total Hours    1.80

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV*
*Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

The Standard Register Company
600 Albany Street
Dayton OH 45417

July 2, 2015
Invoice # 3379260

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.29
Matter: Hawaii Employment Litigation

## Remittance Advice

For Professional Services Rendered Through June 30, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 3,852.00 |
| Less Discount | $ -385.20 |
| Attorney Costs | $ 0.00 |
| Total Due for Professional Services | $ 3,466.80 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*



Dinsmore & Shohl LLP
Client Number – 92211.29
**Matter: Hawaii Employment Litigation**

July 2, 2015
Invoice # 3379260

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| Harvey J. Cohen | Partner | 0.70 | 490.00 | $ 343.00 |
| Ryan W. Green | Partner | 2.80 | 405.00 | $ 1,134.00 |
| Jason W. Hilliard | Associate | 9.50 | 250.00 | $ 2,375.00 |
| | Total Hours / Fees | 13.00 | | $ 3,852.00 |
| | Less Discount | | | $ -385.20 |
| | Current Fee for Hours Worked | | | $ 3,466.80 |

Current Amount Due This Invoice          $3,466.80

July 2, 2015
Invoice # 3379260

Dinsmore & Shohl LLP
Client Number – 92211.29
Matter: Hawaii Employment Litigation

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/08/15 | JWH | 0.40 | Review Court Order denying summary judgment. |
| 06/08/15 | RWG | 0.40 | Receive/review Order denying Motion for Summary Judgment. |
| 06/09/15 | HJC | 0.70 | MSJ denial order ruling and emails/client email and call (.4); call with Ryan Green (.3). |
| 06/09/15 | JWH | 0.20 | Telephone conference with client to discuss the ruling. |
| 06/09/15 | JWH | 0.20 | Telephone call with Court regarding notice of further injunctive relief. |
| 06/09/15 | JWH | 0.30 | Research [redacted] litigation. |
| 06/09/15 | RWG | 1.30 | Telephone conference with G. Sowar and H. Glaser and follow-up strategy planning regarding next steps post-Motion for Summary Judgment ruling. |
| 06/15/15 | JWH | 0.20 | Strategize litigation going forward. |
| 06/15/15 | JWH | 0.20 | Correspondence with opposing counsel regarding the case. |
| 06/16/15 | JWH | 0.10 | Correspondence with opposing counsel regarding the case. |
| 06/16/15 | JWH | 0.20 | Telephone call with the Court regarding the case. |
| 06/16/15 | JWH | 0.10 | Follow-up with opposing counsel regarding potential new dates for discovery and trial. |
| 06/17/15 | JWH | 0.10 | Follow-up with local counsel regarding [redacted]. |
| 06/17/15 | JWH | 0.60 | Research [redacted] motion. |
| 06/22/15 | JWH | 1.00 | Draft letter to court regarding renewed motion for injunctive relief. |
| 06/22/15 | JWH | 1.80 | Research case law for [redacted]. |
| 06/22/15 | JWH | 0.10 | Correspondence with court and counsel regarding injunctive relief. |
| 06/22/15 | RWG | 0.20 | Review/revise letter to Judge regarding injunctive relief. |
| 06/23/15 | JWH | 0.10 | Review notice from court regarding our intention to pursue injunctive relief. |
| 06/23/15 | JWH | 0.10 | Correspondence with opposing counsel regarding the case. |
| 06/23/15 | JWH | 0.10 | Review minutes order by the court regarding injunctive relief. |
| 06/23/15 | JWH | 0.20 | Telephone call with court regarding scheduling conference. |
| 06/23/15 | JWH | 0.20 | Follow-up telephone call with the court and opposing counsel regarding the hearing. |
| 06/23/15 | JWH | 0.50 | Draft discovery requests to serve upon ASB. |
| 06/23/15 | RWG | 0.80 | Plan additional discovery and strategy (.6); communicate with opposing counsel regarding discovery plan (.2). |
| 06/24/15 | JWH | 0.10 | Review various emails and correspondence between opposing counsel and the court. |

Dinsmore & Shohl LLP
Client Number – 92211.29
**Matter: Hawaii Employment Litigation**

July 2, 2015
Invoice # 3379260

| | | | |
|---|---|---|---|
| 06/24/15 | JWH | 2.00 | Draft scheduling conference proposal and propose dates. |
| 06/25/15 | JWH | 0.10 | Correspondence with court regarding upcoming hearing. |
| 06/30/15 | JWH | 0.20 | Telephone call with Joshua Dorothy, attorney for ASB, regarding the case. |
| 06/30/15 | JWH | 0.40 | Draft discovery requests to serve on ASB. |
| 06/30/15 | RWG | 0.10 | Telephone call with ASB's counsel regarding discovery and proposed case management schedule. |

Total Hours       13.00

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV
Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

The Standard Register Company
PO Box 1167
600 Albany Street
Dayton OH 45417-3405

July 2, 2015
Invoice # 3379261

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.30
Matter: Violation of Non-Compete

## Remittance Advice

For Professional Services Rendered Through June 30, 2015:

| | |
|---|---|
| Current Fee for Hours Worked | $ 121.50 |
| Less Discount | $ -12.15 |
| Attorney Costs | $ 0.00 |
| Total Due for Professional Services | $ 109.35 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*

   

July 2, 2015
Invoice # 3379261

Dinsmore & Shohl LLP
Client Number -- 92211.30
**Matter: Violation of Non-Compete**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| Ryan W. Green | Partner | 0.30 | 405.00 | $ 121.50 |
| | Total Hours / Fees | 0.30 | | $ 121.50 |
| | Less Discount | | | $ -12.15 |
| | Current Fee for Hours Worked | | | $ 109.35 |

| | |
|---|---|
| Current Amount Due This Invoice | $109.35 |

July 2, 2015
Invoice # 3379261

Dinsmore & Shohl LLP
Client Number – 92211.30
**Matter: Violation of Non-Compete**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/12/15 | RWG | 0.30 | Telephone conference with G. Sowar and H. Glaser regarding no-compete issues. |

Total Hours    0.30

EXHIBIT B

EXPENSE SUMMARY

The Standard Register Company, et al.
(Case No. 15-10541 (BLS)

June 1, 2015 through June 30, 2015

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Airline Tickets | | $1,756.01 |
| Audio Conference | Court Call; InterCall | 425.56 |
| Business Meals | | 54.48 |
| Fedex | | 50.86 |
| Filing and Recording Fees | | 227.00 |
| Gov't. Filing Fees | US Patent & Trademark Office | 960.00 |
| Hotel Expense | | 221.09 |
| Other Travel | Taxi | 28.00 |
| Photocopies | | 40.70 |
| **Grand Total Expenses** | | $3,763.70 |