**Exhibit A**

### ZOLFO COOPER LLC
### THE STANDARD REGISTER COMPANY
### PROJECT CATEGORIES

| Code | Project Category |
|---|---|
| 1 | Planning & Coordination/ Case Management |
| 2 | 363 Sale Process |
| 3 | Meetings with UCC Members and/or UCC Professionals |
| 4 | Debtor & Debtor's Professional Meetings including Corporate and Operations Site Visits |
| 5 | Employee Compensation and Advisor Retention Matters |
| 6 | Financial and Other Due Diligence |
| 7 | Liquidity, Cash Management and Cash Collateral Analysis |
| 8 | Business Plan Analysis and Assessment |
| 9 | Other Diligence |
| 10 | Non-Working Travel Time |
| 11 | Retention, Fee Statements and Fee Applications |
| 12 | Internal Meetings / Discussions |
| 13 | Preparing for and Attending Depositions |
| 14 | Adversary Proceeding |

Exhibit B

# ZOLFO COOPER LLC
## THE STANDARD REGISTER COMPANY
## SUMMARY OF HOURS AND FEES BY PROJECT CATEGORY
## FOR THE PERIOD FROM JUNE 1, 2015 THROUGH JUNE 30, 2015

**PROJECT CODE 2 - 363 Sale Process**

| PROFESSIONAL | TITLE | HOURLY RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $795 | 16.7 | $ 13,276.50 |
| Mark Cervi | Director | $585 | 1.8 | 1,053.00 |
| Corbin Butcher | Associate | $395 | - | - |
| Eugene Lavrov | Associate | $395 | 7.2 | 2,844.00 |
| Laurie Verry | Paralegal | $255 | - | - |
| | | | 25.7 | $ 17,173.50 |

**PROJECT CODE 3 - Meetings with UCC Members and/or UCC Professionals**

| PROFESSIONAL | TITLE | HOURLY RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $795 | 12.5 | $ 9,937.50 |
| Mark Cervi | Director | $585 | 8.1 | 4,738.50 |
| Corbin Butcher | Associate | $395 | - | - |
| Eugene Lavrov | Associate | $395 | 20.6 | 8,137.00 |
| Laurie Verry | Paralegal | $255 | - | - |
| | | | 41.2 | $ 22,813.00 |

Exhibit B

**ZOLFO COOPER LLC**
**THE STANDARD REGISTER COMPANY**
**SUMMARY OF HOURS AND FEES BY PROJECT CATEGORY**
**FOR THE PERIOD FROM JUNE 1, 2015 THROUGH JUNE 30, 2015**

**PROJECT CODE 4 - Debtor & Debtor's Professional Meetings Including Corporate and Operations Site Visits**

| PROFESSIONAL | TITLE | HOURLY RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $795 | 1.5 | $ 1,192.50 |
| Mark Cervi | Director | $585 | 0.7 | 409.50 |
| Corbin Butcher | Associate | $395 | - | - |
| Eugene Lavrov | Associate | $395 | 1.1 | 434.50 |
| Laurie Verry | Paralegal | $255 | - | - |
| | | | 3.3 | $ 2,036.50 |

**PROJECT CODE 5 - Employee Compensation and Advisor Retention Matters**

| PROFESSIONAL | TITLE | HOURLY RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $795 | 2.0 | $ 1,590.00 |
| Mark Cervi | Director | $585 | 0.4 | 234.00 |
| Corbin Butcher | Associate | $395 | - | - |
| Eugene Lavrov | Associate | $395 | 3.0 | 1,185.00 |
| Laurie Verry | Paralegal | $255 | - | - |
| | | | 5.4 | $ 3,009.00 |

Exhibit B

## ZOLFO COOPER LLC
## THE STANDARD REGISTER COMPANY
## SUMMARY OF HOURS AND FEES BY PROJECT CATEGORY
## FOR THE PERIOD FROM JUNE 1, 2015 THROUGH JUNE 30, 2015

**PROJECT CODE 7 - Liquidity, Cash Management and Cash Collateral Analysis**

| PROFESSIONAL | TITLE | HOURLY RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $795 | 0.2 | $ 159.00 |
| Mark Cervi | Director | $585 | 0.6 | 351.00 |
| Corbin Butcher | Associate | $395 | - | - |
| Eugene Lavrov | Associate | $395 | 3.6 | 1,422.00 |
| Laurie Verry | Paralegal | $255 | - | - |
| | | | 4.4 | $ 1,932.00 |

**PROJECT CODE 10 - Non-Working Travel Time**

| PROFESSIONAL | TITLE | HOURLY RATE [1] | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $398 | 4.0 | $ 1,590.00 |
| Mark Cervi | Director | $293 | - | - |
| Corbin Butcher | Associate | $198 | - | - |
| Eugene Lavrov | Associate | $198 | - | - |
| Laurie Verry | Paralegal | $128 | - | - |
| | | | 4.0 | $ 1,590.00 |

(1) Travel time rates are reduced by 50%

**Exhibit B**

**ZOLFO COOPER LLC**
**THE STANDARD REGISTER COMPANY**
**SUMMARY OF HOURS AND FEES BY PROJECT CATEGORY**
**FOR THE PERIOD FROM JUNE 1, 2015 THROUGH JUNE 30, 2015**

**PROJECT CODE 11 - Retention, Fee Statements and Fee Applications**

| PROFESSIONAL | TITLE | HOURLY RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $795 | 3.0 | $ 2,385.00 |
| Mark Cervi | Director | $585 | 0.5 | 292.50 |
| Corbin Butcher | Associate | $395 | - | - |
| Eugene Lavrov | Associate | $395 | 38.9 | 15,365.50 |
| Laurie Verry | Paralegal | $255 | 2.4 | 612.00 |
| | | | 44.8 | $ 18,655.00 |

**PROJECT CODE 12 - Internal Meetings / Discussions**

| PROFESSIONAL | TITLE | HOURLY RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $795 | 1.2 | $ 954.00 |
| Mark Cervi | Director | $585 | 1.1 | 643.50 |
| Corbin Butcher | Associate | $395 | - | - |
| Eugene Lavrov | Associate | $395 | 0.8 | 316.00 |
| Laurie Verry | Paralegal | $255 | - | - |
| | | | 3.1 | $ 1,913.50 |

**Exhibit B**

## ZOLFO COOPER LLC
## THE STANDARD REGISTER COMPANY
## SUMMARY OF HOURS AND FEES BY PROJECT CATEGORY
## FOR THE PERIOD FROM JUNE 1, 2015 THROUGH JUNE 30, 2015

**PROJECT CODE 13 - Preparing for and Attending Depositions**

| PROFESSIONAL | TITLE | HOURLY RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $795 | 1.0 | $ 795.00 |
| Mark Cervi | Director | $585 | - | - |
| Corbin Butcher | Associate | $395 | - | - |
| Eugene Lavrov | Associate | $395 | - | - |
| Laurie Verry | Paralegal | $255 | | |
| | | | 1.0 | $ 795.00 |

**PROJECT CODE 14 - Adversary Proceeding**

| PROFESSIONAL | TITLE | HOURLY RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $795 | 16.3 | $ 12,958.50 |
| Mark Cervi | Director | $585 | 5.6 | 3,276.00 |
| Corbin Butcher | Associate | $395 | 6.6 | 2,607.00 |
| Eugene Lavrov | Associate | $395 | 16.4 | 6,478.00 |
| Laurie Verry | Paralegal | $255 | - | - |
| | | | 44.9 | $ 25,319.50 |

Exhibit C

ZOLFO COOPER, LLC
THE STANDARD REGISTER COMPANY
DETAIL OF HOURS BY PROJECT CATEGORY, DATE AND PROFESSIONAL
FOR THE PERIOD FROM JUNE 1, 2015 THROUGH JUNE 30, 2015

| PROFESSIONAL | DATE | PROJECT CODE | DESCRIPTION | HOURS INCURRED |
|---|---|---|---|---|
| David MacGreevey | 6/11/2015 | 2 | Review SRI notes re: administrative claims and preferences | 0.1 |
| David MacGreevey | 6/11/2015 | 2 | Prepare email to K. Carmody (McKinsey) re: SRI data request in advance of auction / sale hearing | 0.5 |
| David MacGreevey | 6/11/2015 | 2 | Participate in SRI call with Lowenstein and Jefferies re: Taylor bid summary | 0.5 |
| David MacGreevey | 6/12/2015 | 2 | Review Taylor bid for SRI | 1.7 |
| David MacGreevey | 6/13/2015 | 2 | Finalize review Taylor Bid for SRI | 0.8 |
| David MacGreevey | 6/13/2015 | 2 | Analysis of administrative claims under Taylor bid for SRI | 0.7 |
| David MacGreevey | 6/15/2015 | 2 | Attend SRI 363 auction | 11.3 |
| David MacGreevey | 6/17/2015 | 2 | Attend SRI Sale Hearing | 0.5 |
| David MacGreevey | 6/17/2015 | 2 | Review SRI UCC supplemental sale objection | 0.6 |
| Mark Cervi | 6/12/2015 | 2 | Review Taylor PSA and understand assumed and excluded liabilities and associated caps and prepare summary for UCC call | 1.0 |
| Mark Cervi | 6/12/2015 | 2 | Review and edit claims summary based on data downloaded from Prime Clerk prepared by E. Lavrov | 0.3 |
| Mark Cervi | 6/13/2015 | 2 | Review revised documents re: Taylor bid | 0.4 |
| Mark Cervi | 6/14/2015 | 2 | Review administrative claims summary and follow-up call with E. Lavrov | 0.1 |
| Eugene Lavrov | 6/14/2015 | 2 | Reviewed Taylor bid and compared to SP's stalking horse bid to summarize SG&A assumed by each party respectively | 2.8 |
| Eugene Lavrov | 6/15/2015 | 2 | Reviewed initial stalking horse bid filed in April 2015 | 1.6 |
| Eugene Lavrov | 6/15/2015 | 2 | Attended SRI 363 auction | 2.8 |
| | | | 363 Sale Process, Total: | 25.7 |
| David MacGreevey | 6/1/2015 | 3 | Prepare for SRI UCC meeting, including review presentation and oral remarks | 0.2 |

Exhibit C

**ZOLFO COOPER, LLC**
**THE STANDARD REGISTER COMPANY**
DETAIL OF HOURS BY PROJECT CATEGORY, DATE AND PROFESSIONAL
FOR THE PERIOD FROM JUNE 1, 2015 THROUGH JUNE 30, 2015

| PROFESSIONAL | DATE | PROJECT CODE | DESCRIPTION | HOURS INCURRED |
|---|---|---|---|---|
| David MacGreevey | 6/1/2015 | 3 | Attend Standard Register committee call re: liquidity, sale process, SP settlement proposal | 1.0 |
| David MacGreevey | 6/1/2015 | 3 | Phone call with M. Cervi re: preparation for UCC update call | 0.1 |
| David MacGreevey | 6/5/2015 | 3 | Review SRI update presentation for UCC | 0.2 |
| David MacGreevey | 6/5/2015 | 3 | Participate in SRI call with Lowenstein and Jefferies to prepare for UCC call re: standing motion, sale process and liquidity | 0.3 |
| David MacGreevey | 6/5/2015 | 3 | Attend SRI UCC call re: standing motion, sale process and liquidity | 0.4 |
| David MacGreevey | 6/8/2015 | 3 | Lunch with Lowenstein and Jefferies re: SRI next steps | 0.8 |
| David MacGreevey | 6/9/2015 | 3 | Participate in call with Lowenstein and Jefferies re: SRI Sale Hearing | 0.5 |
| David MacGreevey | 6/11/2015 | 3 | Review draft SRI UCC update presentation re: cash flow and updated budget | 0.3 |
| David MacGreevey | 6/12/2015 | 3 | Phone call with L. Szlezinger (Jeffries) re: SRI claims pool | 0.2 |
| David MacGreevey | 6/12/2015 | 3 | Participate in SRI call with Lowenstein and Jefferies to prepare for UCC call re: Taylor bid and SP settlement | 0.5 |
| David MacGreevey | 6/12/2015 | 3 | Participate in SRI UCC call re: Taylor bid and potential SP settlement | 1.7 |
| David MacGreevey | 6/12/2015 | 3 | Participate in SRI call with Lowenstein and Jefferies re: open items | 0.2 |
| David MacGreevey | 6/14/2015 | 3 | Participate in SRI call with Lowenstein and Jefferies to prepare for UCC call re: sale and potential settlement | 0.5 |
| David MacGreevey | 6/14/2015 | 3 | Participate in SRI call with UCC and professionals re: potential SP settlement | 0.9 |
| David MacGreevey | 6/15/2015 | 3 | Participate in SRI call with UCC and professionals re: SP settlement proposal | 0.5 |
| David MacGreevey | 6/16/2015 | 3 | Participate in call with UCC professionals re: SRI Term Sheet | 0.7 |
| David MacGreevey | 6/18/2015 | 3 | Participate in call with Lowenstein and Jefferies re: SRI settlement | 0.5 |
| David MacGreevey | 6/18/2015 | 3 | Participate in SRI call with professionals for Debtor, lenders and UCC re: settlement | 1.5 |

Exhibit C

**ZOLFO COOPER, LLC**
**THE STANDARD REGISTER COMPANY**
DETAIL OF HOURS BY PROJECT CATEGORY, DATE AND PROFESSIONAL
FOR THE PERIOD FROM JUNE 1, 2015 THROUGH JUNE 30, 2015

| PROFESSIONAL | DATE | PROJECT CODE | DESCRIPTION | HOURS INCURRED |
|---|---|---|---|---|
| David MacGreevey | 6/18/2015 | 3 | Participate in call with professionals for SRI, lenders and UCC re: settlement | 0.8 |
| David MacGreevey | 6/26/2015 | 3 | Review draft update report for SRI UCC | 0.3 |
| David MacGreevey | 6/29/2015 | 3 | Email to Lowenstein re: SRI claims pool and preferences | 0.2 |
| David MacGreevey | 6/30/2015 | 3 | Email exchange with Lowenstein re: SRI / Liberty Mutual TRO | 0.2 |
| Mark Cervi | 6/1/2015 | 3 | Participate in UCC update call with professionals and Committee members | 1.0 |
| Mark Cervi | 6/2/2015 | 3 | Participate in call with UCC professionals re: objections to standing motions | 0.6 |
| Mark Cervi | 6/3/2015 | 3 | Review of supporting materials for counsel and prepared email to UCC professionals | 0.3 |
| Mark Cervi | 6/9/2015 | 3 | Respond to message and email from counsel re: fees statement | 0.1 |
| Mark Cervi | 6/11/2015 | 3 | Phone call with Jefferies re: working capital adjustment included in purchase price of stalking horse bidder | 0.3 |
| Mark Cervi | 6/11/2015 | 3 | Phone call with Jefferies re: working capital adjustment included in purchase price of stalking horse bidder | 0.2 |
| Mark Cervi | 6/11/2015 | 3 | Participate in call with UCC professionals re: Taylor bid and issues with administrative insolvency | 0.5 |
| Mark Cervi | 6/12/2015 | 3 | Participate in Professionals committee preparation call | 0.5 |
| Mark Cervi | 6/12/2015 | 3 | Participate in UCC update call re: general update, sale process and settlement | 1.7 |
| Mark Cervi | 6/14/2015 | 3 | Participate in call with UCC professionals re: SP settlement proposal and preparation for committee call | 0.5 |
| Mark Cervi | 6/14/2015 | 3 | Participate in phone call with UCC (partial participation) | 0.7 |
| Mark Cervi | 6/15/2015 | 3 | Participate in SP settlement call with UCC professionals and committee members (partial participation) | 0.3 |
| Mark Cervi | 6/18/2015 | 3 | Participate in UCC professionals call re: draft SP settlement | 0.5 |
| Mark Cervi | 6/25/2015 | 3 | Review UCC draft weekly report | 0.2 |

Exhibit C

**ZOLFO COOPER, LLC**
**THE STANDARD REGISTER COMPANY**
DETAIL OF HOURS BY PROJECT CATEGORY, DATE AND PROFESSIONAL
FOR THE PERIOD FROM JUNE 1, 2015 THROUGH JUNE 30, 2015

| PROFESSIONAL | DATE | PROJECT CODE | DESCRIPTION | HOURS INCURRED |
|---|---|---|---|---|
| Mark Cervi | 6/26/2015 | 3 | Review UCC draft weekly report | 0.2 |
| Mark Cervi | 6/26/2015 | 3 | Participate on professionals UCC call | 0.2 |
| Mark Cervi | 6/26/2015 | 3 | Participate on UCC call with committee members and professionals | 0.3 |
| Eugene Lavrov | 6/1/2015 | 3 | Participated in weekly SRI UCC call | 1.0 |
| Eugene Lavrov | 6/2/2015 | 3 | Phone call with UCC to discuss follow-up on objections | 0.6 |
| Eugene Lavrov | 6/3/2015 | 3 | Updated analysis and data tables to implement into presentation to counsel | 1.3 |
| Eugene Lavrov | 6/3/2015 | 3 | Updated presentation to counsel to incorporate revised data tables and analyses | 2.1 |
| Eugene Lavrov | 6/4/2015 | 3 | Updated UCC weekly presentation materials | 1.5 |
| Eugene Lavrov | 6/5/2015 | 3 | Participated in UCC professionals call | 0.3 |
| Eugene Lavrov | 6/5/2015 | 3 | Participated in weekly SRI UCC call | 0.4 |
| Eugene Lavrov | 6/5/2015 | 3 | Updated UCC weekly presentation slides | 0.5 |
| Eugene Lavrov | 6/8/2015 | 3 | Updated UCC weekly presentation materials with updated budget and related analyses | 1.9 |
| Eugene Lavrov | 6/11/2015 | 3 | Participated in UCC professionals call re: update from Jeffries on bids | 0.5 |
| Eugene Lavrov | 6/11/2015 | 3 | Updated UCC weekly presentation materials with new BBC data | 1.9 |
| Eugene Lavrov | 6/11/2015 | 3 | Updated UCC weekly presentation materials to incorporate comments from M. Cervi | 0.9 |
| Eugene Lavrov | 6/12/2015 | 3 | Participated in UCC professionals call re: update from Jefferies on bids | 0.5 |
| Eugene Lavrov | 6/12/2015 | 3 | Participated in weekly SRI UCC call re: bids | 1.7 |
| Eugene Lavrov | 6/12/2015 | 3 | Participated in UCC professionals call re: issues to review with UCC | 0.2 |

Exhibit C

ZOLFO COOPER, LLC
THE STANDARD REGISTER COMPANY
DETAIL OF HOURS BY PROJECT CATEGORY, DATE AND PROFESSIONAL
FOR THE PERIOD FROM JUNE 1, 2015 THROUGH JUNE 30, 2015

| PROFESSIONAL | DATE | PROJECT CODE | DESCRIPTION | HOURS INCURRED |
|---|---|---|---|---|
| Eugene Lavrov | 6/18/2015 | 3 | Updated UCC weekly presentation materials to incorporate new timeline information, additional liquidity data and latest BBC | 1.1 |
| Eugene Lavrov | 6/19/2015 | 3 | Participated in UCC weekly call re: proposed settlement | 0.7 |
| Eugene Lavrov | 6/25/2015 | 3 | Updated UCC presentation materials to include new budget | 1.9 |
| Eugene Lavrov | 6/26/2015 | 3 | Participated in UCC weekly professionals call | 0.2 |
| Eugene Lavrov | 6/26/2015 | 3 | Participated in weekly SRI UCC call | 0.3 |
| Eugene Lavrov | 6/26/2015 | 3 | Updated UCC weekly presentation materials to incorporate information included in BBC received on 06/25 | 0.8 |
| Eugene Lavrov | 6/26/2015 | 3 | Updated UCC presentation materials to address feedback and comments | 0.3 |
| | | | **Meetings with UCC Members and/or UCC Professionals, Total:** | 41.2 |
| David MacGreevey | 6/11/2015 | 4 | Phone call with K. Carmody (McKinsey) and M Cervi re: administrative claims and preferences | 0.5 |
| David MacGreevey | 6/12/2015 | 4 | Phone call with M. Hojnacki (McKinsey) re: SRI claims analysis | 0.3 |
| David MacGreevey | 6/29/2015 | 4 | Participate in call with McKinsey re: SERP claims discussion | 0.3 |
| David MacGreevey | 6/29/2015 | 4 | Email to K. Carmody (McKinsey) re: SRI preferences diligence | 0.2 |
| David MacGreevey | 6/30/2015 | 4 | Phone call with K. Carmody (McKinsey) re: SRI / Liberty Mutual TRO | 0.2 |
| Mark Cervi | 6/11/2015 | 4 | Phone call with K. Carmody (McKinsey) and D. MacGreevey re: preference and administrative claims (partial participation) | 0.4 |
| Mark Cervi | 6/29/2015 | 4 | Participate in call with Debtor advisors to discuss retirement claims data | 0.3 |
| Eugene Lavrov | 6/26/2015 | 4 | Communicated with SRI restructuring advisors re: various issues including debt covenants and SERP | 0.8 |
| Eugene Lavrov | 6/29/2015 | 4 | Participated in call with K. Carmody (McKinsey), L. Taschenberger (SRI), D. MacGreevey and M Cervi, re: SERP | 0.3 |
| | | | **Debtor & Debtor's Professional Meetings Including Corporate and Operations Site Visits, Total:** | 3.3 |

Exhibit C

**ZOLFO COOPER, LLC**
**THE STANDARD REGISTER COMPANY**
**DETAIL OF HOURS BY PROJECT CATEGORY, DATE AND PROFESSIONAL**
**FOR THE PERIOD FROM JUNE 1, 2015 THROUGH JUNE 30, 2015**

| PROFESSIONAL | DATE | PROJECT CODE | DESCRIPTION | HOURS INCURRED |
|---|---|---|---|---|
| David MacGreevey | 6/29/2015 | 5 | Review SRI pension obligation rollforward from Debtor | 0.5 |
| David MacGreevey | 6/29/2015 | 5 | Follow-up SRI call with M. Cervi and E Lavrov re: SERP claims | 0.1 |
| David MacGreevey | 6/29/2015 | 5 | Review draft summary of SRI SERP claims | 0.3 |
| David MacGreevey | 6/29/2015 | 5 | Review SRI analysis re: non-qualified pension claims | 0.2 |
| David MacGreevey | 6/30/2015 | 5 | Review SRI / Liberty Mutual TRO | 0.9 |
| Mark Cervi | 6/29/2015 | 5 | Review retirement claims data | 0.1 |
| Mark Cervi | 6/30/2015 | 5 | Review email from counsel re: Debtor TRO for employee competitors and scheduling of call with Debtors | 0.3 |
| Eugene Lavrov | 6/29/2015 | 5 | Reviewed SERP documents received from K. Carmody (McKinsey) in preparation for call | 0.6 |
| Eugene Lavrov | 6/29/2015 | 5 | Worked on summaries of SERP materials | 1.3 |
| Eugene Lavrov | 6/29/2015 | 5 | Updated SERP summaries to incorporate comments received | 1.1 |
| **Employee Compensation and Advisor Retention Matters , Total:** | | | | **5.4** |
| David MacGreevey | 6/26/2015 | 7 | Review SRI borrowing base certificate | 0.2 |
| Mark Cervi | 6/7/2015 | 7 | Prepare analysis of current DIP Budget to original filing budget in preparation for hearing | 0.6 |
| Eugene Lavrov | 6/4/2015 | 7 | Obtained and reviewed weekly BBC | 0.1 |
| Eugene Lavrov | 6/4/2015 | 7 | Implemented weekly BBC into UCC presentation materials | 0.8 |
| Eugene Lavrov | 6/8/2015 | 7 | Reviewed latest SRI budget | 0.9 |
| Eugene Lavrov | 6/8/2015 | 7 | Updated formatted Excel file to reflect latest budget received | 1.8 |
| **Liquidity, Cash Management and Cash Collateral Analysis , Total:** | | | | **4.4** |

Exhibit C

**ZOLFO COOPER, LLC**
**THE STANDARD REGISTER COMPANY**
**DETAIL OF HOURS BY PROJECT CATEGORY, DATE AND PROFESSIONAL**
**FOR THE PERIOD FROM JUNE 1, 2015 THROUGH JUNE 30, 2015**

| PROFESSIONAL | DATE | PROJECT CODE | DESCRIPTION | HOURS INCURRED |
|---|---|---|---|---|
| David MacGreevey | 6/8/2015 | 10 | Non-working travel time (New York to Delaware) | 0.8 |
| David MacGreevey | 6/8/2015 | 10 | Non-working travel time (Delaware to New York) | 0.8 |
| David MacGreevey | 6/17/2015 | 10 | Non-working travel time (New York to Delaware) | 0.8 |
| David MacGreevey | 6/17/2015 | 10 | Non-working travel time (Delaware to New York) | 1.6 |
| | | | **Non-Working Travel Time, Total:** | 4.0 |
| David MacGreevey | 6/11/2015 | 11 | Review SRI March and April 2015 fee statements | 1.1 |
| David MacGreevey | 6/11/2015 | 11 | Review SRI March and April 2015 fee statements | 0.3 |
| David MacGreevey | 6/12/2015 | 11 | Final review and file SRI fee statement | 0.3 |
| David MacGreevey | 6/19/2015 | 11 | Review SRI May 2015 fee statement | 1.0 |
| David MacGreevey | 6/23/2015 | 11 | Final review SRI May 2015 Fee Statement | 0.3 |
| Mark Cervi | 6/23/2015 | 11 | Review draft fee application | 0.5 |
| Eugene Lavrov | 6/3/2015 | 11 | Worked on April 2015 Fee Statement | 0.8 |
| Eugene Lavrov | 6/4/2015 | 11 | Worked on May 2015 Fee Statement | 2.7 |
| Eugene Lavrov | 6/4/2015 | 11 | Worked on March and April 2015 Fee Statements | 1.9 |
| Eugene Lavrov | 6/4/2015 | 11 | Worked on May 2015 Fee Statement | 1.7 |
| Eugene Lavrov | 6/4/2015 | 11 | Worked on May 2015 Fee Statement | 1.2 |
| Eugene Lavrov | 6/5/2015 | 11 | Worked on April 2015 Fee Statement | 2.6 |
| Eugene Lavrov | 6/8/2015 | 11 | Worked on May 2015 Fee Statement | 2.1 |

Exhibit C

**ZOLFO COOPER, LLC**
**THE STANDARD REGISTER COMPANY**
**DETAIL OF HOURS BY PROJECT CATEGORY, DATE AND PROFESSIONAL**
**FOR THE PERIOD FROM JUNE 1, 2015 THROUGH JUNE 30, 2015**

| PROFESSIONAL | DATE | PROJECT CODE | DESCRIPTION | HOURS INCURRED |
|---|---|---|---|---|
| Eugene Lavrov | 6/9/2015 | 11 | Worked on May 2015 Fee statement | 3.7 |
| Eugene Lavrov | 6/11/2015 | 11 | Worked on May 2015 Fee Statement | 1.2 |
| Eugene Lavrov | 6/11/2015 | 11 | Worked on April 2015 Fee Statement | 2.9 |
| Eugene Lavrov | 6/12/2015 | 11 | Worked on April 2015 Fee Statement | 1.0 |
| Eugene Lavrov | 6/17/2015 | 11 | Reviewed Fee Statement data received from L. Capen and cross referenced with time entry materials | 0.3 |
| Eugene Lavrov | 6/18/2015 | 11 | Worked on May 2015 Fee Statement | 1.8 |
| Eugene Lavrov | 6/19/2015 | 11 | Finished preliminary draft of May 2015 Fee Statement and submitted for review | 1.4 |
| Eugene Lavrov | 6/19/2015 | 11 | Revised Fee Statement materials to incorporate changes provided by D. MacGreevey | 0.9 |
| Eugene Lavrov | 6/22/2015 | 11 | Worked on May 2015 Fee Statement | 3.1 |
| Eugene Lavrov | 6/23/2015 | 11 | Worked on May 2015 Fee Statement | 3.1 |
| Eugene Lavrov | 6/24/2015 | 11 | Revised Fee Statement materials | 0.2 |
| Eugene Lavrov | 6/29/2015 | 11 | Began working on the interim Fee Statement | 2.8 |
| Eugene Lavrov | 6/29/2015 | 11 | Reviewed sample Fee Statements to determine documents needed in preparation of the fee statement | 0.8 |
| Eugene Lavrov | 6/30/2015 | 11 | Worked on interim Fee Statement | 2.7 |
| Laurie Verry | 6/4/2015 | 11 | Worked on ZC's April 2015 Fee Statement | 0.4 |
| Laurie Verry | 6/5/2015 | 11 | Worked on ZC's May 2015 Fee Statement | 0.6 |
| Laurie Verry | 6/10/2015 | 11 | Worked on ZC's May 2015 Fee Statement | 0.8 |
| Laurie Verry | 6/17/2015 | 11 | Worked on ZC's May 2015 Fee Statement | 0.4 |

Exhibit C

**ZOLFO COOPER, LLC**
**THE STANDARD REGISTER COMPANY**
**DETAIL OF HOURS BY PROJECT CATEGORY, DATE AND PROFESSIONAL**
**FOR THE PERIOD FROM JUNE 1, 2015 THROUGH JUNE 30, 2015**

| PROFESSIONAL | DATE | PROJECT CODE | DESCRIPTION | HOURS INCURRED |
|---|---|---|---|---|
| Laurie Verry | 6/24/2015 | 11 | Worked on ZC's May 2015 Fee Statement | 0.2 |
| | | | **Retention, Fee Statements and Fee Applications, Total:** | 44.8 |
| David MacGreevey | 6/2/2015 | 12 | Phone call with M. Cervi re: response to Debtor relating to objection to standing motion | 0.2 |
| David MacGreevey | 6/3/2015 | 12 | Phone call with M. Cervi and E. Lavrov re: response to Debtor relating to objection to standing motions and review of supporting materials for counsel | 0.1 |
| David MacGreevey | 6/3/2015 | 12 | Phone call with M. Cervi and E. Lavrov re: response to Debtor relating to objection to standing motions and review of supporting materials for counsel | 0.1 |
| David MacGreevey | 6/5/2015 | 12 | Phone call with M. Cervi re: SRI standing motion | 0.2 |
| David MacGreevey | 6/11/2015 | 12 | Phone call with M. Cervi to prepare for SRI call with K. Carmody (McKinsey) re: preference and administrative claims | 0.1 |
| David MacGreevey | 6/14/2015 | 12 | Exchanged emails with E. Lavrov and M. Cervi re: administrative claims analysis | 0.3 |
| David MacGreevey | 6/19/2015 | 12 | Exchanged emails with M. Cervi and E. Lavrov re: SRI settlement, presentation materials and upcoming UCC call | 0.2 |
| Mark Cervi | 6/1/2015 | 12 | Phone call with D. MacGreevey re: preparation for UCC update call | 0.1 |
| Mark Cervi | 6/2/2015 | 12 | Phone call with D. MacGreevey re: response to Debtor relating to objection to standing motions | 0.2 |
| Mark Cervi | 6/2/2015 | 12 | Phone call with E. Lavrov re: response to Debtor relating to objection to standing motions | 0.1 |
| Mark Cervi | 6/3/2015 | 12 | Phone call with D. MacGreevey and E. Lavrov re: response to Debtor relating to objection to standing motions and review of supporting materials for counsel | 0.1 |
| Mark Cervi | 6/3/2015 | 12 | Phone call with D. MacGreevey and E. Lavrov re: response to Debtor relating to objection to standing motions and review of supporting materials for counsel | 0.1 |
| Mark Cervi | 6/5/2015 | 12 | Phone call with D. MacGreevey re: SRI standing motion | 0.2 |
| Mark Cervi | 6/11/2015 | 12 | Phone call with D. MacGreevey to prepare for SRI call with K. Carmody (McKinsey) re: preference and administrative claims | 0.1 |
| Mark Cervi | 6/19/2015 | 12 | Review and email exchange with ZC team re: draft of weekly report | 0.1 |
| Mark Cervi | 6/29/2015 | 12 | Phone call with D. MacGreevey and E. Lavrov re: summary of data for counsel | 0.1 |

Exhibit C

**ZOLFO COOPER, LLC**
**THE STANDARD REGISTER COMPANY**
**DETAIL OF HOURS BY PROJECT CATEGORY, DATE AND PROFESSIONAL**
**FOR THE PERIOD FROM JUNE 1, 2015 THROUGH JUNE 30, 2015**

| PROFESSIONAL | DATE | PROJECT CODE | DESCRIPTION | HOURS INCURRED |
|---|---|---|---|---|
| Eugene Lavrov | 6/3/2015 | 12 | Phone call with D. MacGreevey and M. Cervi re: response to Debtor relating to objection to standing motions and review of supporting materials for counsel | 0.1 |
| Eugene Lavrov | 6/3/2015 | 12 | Phone call with D. MacGreevey and M.Cervi re: response to Debtor relating to objection to standing motions and review of supporting materials for counsel | 0.1 |
| Eugene Lavrov | 6/18/2015 | 12 | Discussed changes to UCC weekly presentation materials with M. Cervi and implemented transition to bi-weekly report | 0.5 |
| Eugene Lavrov | 6/29/2015 | 12 | Phone call with M. Cervi and D. MacGreevey re: summary of data for counsel | 0.1 |
| | | | **Internal Meetings / Discussions, Total:** | **3.1** |
| David MacGreevey | 6/16/2015 | 13 | Review SRI proffer and provide missing data | 0.8 |
| David MacGreevey | 6/16/2015 | 13 | Exchanged emails with Lowenstein re: draft SRI proffer | 0.2 |
| | | | **Preparing for and Attending Depositions, Total:** | **1.0** |
| David MacGreevey | 6/2/2015 | 14 | Review SRI objections from Debtor and SP to standing motion | 2.6 |
| David MacGreevey | 6/2/2015 | 14 | Participate in SRI call with Lowenstein and Jefferies re: Debtor and SP objections to standing motion | 0.6 |
| David MacGreevey | 6/4/2015 | 14 | Review UCC response to SRI objections to standing motion | 0.7 |
| David MacGreevey | 6/7/2015 | 14 | Participate in call with Lowenstein and Jefferies re: SRI preparation for June 8, 2015 hearing | 0.5 |
| David MacGreevey | 6/8/2015 | 14 | Review Debtor objections and declarations to SRI standing motion | 1.3 |
| David MacGreevey | 6/8/2015 | 14 | Attend Standard Register Hearing re: standing motion | 2.4 |
| David MacGreevey | 6/16/2015 | 14 | Participate in call with Debtor and UCC professionals re: SRI Draft Settlement term sheet | 0.1 |
| David MacGreevey | 6/16/2015 | 14 | Review SRI settlement term sheet from Silver Point | 0.5 |
| David MacGreevey | 6/16/2015 | 14 | Participate in call with Skadden, Lowenstein and Jefferies re: SRI settlement | 0.5 |
| David MacGreevey | 6/16/2015 | 14 | Participate in call with Debtor and UCC professionals re: Silver Point settlement | 0.8 |

Exhibit C

**ZOLFO COOPER, LLC**
**THE STANDARD REGISTER COMPANY**
**DETAIL OF HOURS BY PROJECT CATEGORY, DATE AND PROFESSIONAL**
**FOR THE PERIOD FROM JUNE 1, 2015 THROUGH JUNE 30, 2015**

| PROFESSIONAL | DATE | PROJECT CODE | DESCRIPTION | HOURS INCURRED |
|---|---|---|---|---|
| David MacGreevey | 6/16/2015 | 14 | Participate in call with Debtor and UCC professionals re: SRI settlement | 0.3 |
| David MacGreevey | 6/17/2015 | 14 | Discussion with L. Szlezinger (Jeffries) re: SRI settlement | 0.3 |
| David MacGreevey | 6/17/2015 | 14 | Discussion with L. Szlezinger (Jeffries) and S. Levine (Lowenstein) re: SRI settlement | 1.0 |
| David MacGreevey | 6/17/2015 | 14 | Participate in SRI settlement discussions | 1.7 |
| David MacGreevey | 6/18/2015 | 14 | Review various turns of SRI settlement term sheet | 1.0 |
| David MacGreevey | 6/19/2015 | 14 | Review updated SRI settlement term sheet | 0.4 |
| David MacGreevey | 6/19/2015 | 14 | Participate in call with SRI and UCC re: settlement | 0.7 |
| David MacGreevey | 6/30/2015 | 14 | Phone call with P. Kizel (Lowenstein) re: potential SRI D&O causes of action | 0.4 |
| David MacGreevey | 6/30/2015 | 14 | Phone call with M. Cervi, E. Lavrov and C. Butcher re: SRI D&O analysis | 0.5 |
| Mark Cervi | 6/1/2015 | 14 | Review SP objection to UCC standing motions | 0.4 |
| Mark Cervi | 6/1/2015 | 14 | Review BofA objection to UCC standing motions | 0.3 |
| Mark Cervi | 6/2/2015 | 14 | Review objections to UCC standing motions to prepare for call with UCC professionals | 0.8 |
| Mark Cervi | 6/2/2015 | 14 | Review and respond to financial question from counsel re: auditor opinion for response to objection on complaint | 0.1 |
| Mark Cervi | 6/18/2015 | 14 | Participate in SP settlement discussion with Debtor and SP | 1.5 |
| Mark Cervi | 6/18/2015 | 14 | Participate in SP settlement discussion with Debtor and SP | 0.8 |
| Mark Cervi | 6/18/2015 | 14 | Review draft SP settlement document | 0.3 |
| Mark Cervi | 6/19/2015 | 14 | Participate in SP settlement discussion with Debtor and SP (partial participation) | 0.1 |
| Mark Cervi | 6/24/2015 | 14 | Review SP ownership information at the request of PBBC | 0.4 |

Exhibit C

ZOLFO COOPER, LLC
THE STANDARD REGISTER COMPANY
DETAIL OF HOURS BY PROJECT CATEGORY, DATE AND PROFESSIONAL
FOR THE PERIOD FROM JUNE 1, 2015 THROUGH JUNE 30, 2015

| PROFESSIONAL | DATE | PROJECT CODE | DESCRIPTION | HOURS INCURRED |
|---|---|---|---|---|
| Mark Cervi | 6/30/2015 | 14 | Phone call with P. Kizel re: potential SRI D&O causes of action | 0.4 |
| Mark Cervi | 6/30/2015 | 14 | Phone call with D. MacGreevey, E. Lavrov and C. Butcher re: SRI D&O analysis | 0.5 |
| Eugene Lavrov | 6/2/2015 | 14 | Detailed analysis of objections to Standing Motions | 2.2 |
| Eugene Lavrov | 6/2/2015 | 14 | Reviewed summary of findings and research of source for figures used in objections to Standing Motions | 3.1 |
| Eugene Lavrov | 6/2/2015 | 14 | Reviewed objections to Standing Motions | 0.7 |
| Eugene Lavrov | 6/2/2015 | 14 | Summarized objections and distributed notes to M. Cervi prior to phone call with UCC | 1.1 |
| Eugene Lavrov | 6/3/2015 | 14 | Constructed revenue analysis to contrast to one referenced in objection filing | 1.1 |
| Eugene Lavrov | 6/3/2015 | 14 | Edited revenue comparison table | 0.7 |
| Eugene Lavrov | 6/3/2015 | 14 | Reviewed presentation previously distributed to Jefferies and performed comparison to most recent model | 1.1 |
| Eugene Lavrov | 6/10/2015 | 14 | Reviewed complaint filed by UCC against SP, suing the latter over the WFO acquisition | 0.6 |
| Eugene Lavrov | 6/12/2015 | 14 | Researched and analyzed claims on Prime Clerk database | 0.7 |
| Eugene Lavrov | 6/12/2015 | 14 | Create summary of all the claims filed based on Prime Clerk data | 1.7 |
| Eugene Lavrov | 6/19/2015 | 14 | Reviewed proposed settlement document | 0.7 |
| Eugene Lavrov | 6/24/2015 | 14 | Researched Silver Point ownership stake in SRI as of last DEF filed (March 2014) | 0.3 |
| Eugene Lavrov | 6/24/2015 | 14 | Reviewed public filings (SC13 schedules) to determine ownership stake of Silver Point in SRI at the time of Chapter 11 filing and cross referenced sales with Jefferies schedule | 0.9 |
| Eugene Lavrov | 6/30/2015 | 14 | Phone call with P. Kizel (Lowenstein), D. MacGreevey, M. Cervi | 0.4 |
| Eugene Lavrov | 6/30/2015 | 14 | Follow-up discussion with D. MacGreevey, M. Cervi, and C. Butcher re: call with P. Kizel (Lowenstein) | 0.5 |
| Eugene Lavrov | 6/30/2015 | 14 | Reviewed Adversary complaint filed by Debtor against former employees | 0.6 |

Exhibit C

**ZOLFO COOPER, LLC**
**THE STANDARD REGISTER COMPANY**
**DETAIL OF HOURS BY PROJECT CATEGORY, DATE AND PROFESSIONAL**
**FOR THE PERIOD FROM JUNE 1, 2015 THROUGH JUNE 30, 2015**

| PROFESSIONAL | DATE | PROJECT CODE | DESCRIPTION | HOURS INCURRED |
|---|---|---|---|---|
| Corbin Butcher | 6/30/2015 | 14 | Phone call with D. MacGreevey, M. Cervi and E. Lavrov re: SRI D&O analysis | 0.5 |
| Corbin Butcher | 6/30/2015 | 14 | Reviewed monthly income statement build-ups to determine margin components in 2012 | 1.4 |
| Corbin Butcher | 6/30/2015 | 14 | Built comparable company margin benchmarking analysis and reviewed filings for adjustments and comparability | 2.4 |
| Corbin Butcher | 6/30/2015 | 14 | Review of revenue growth assumptions for comparable companies | 0.7 |
| Corbin Butcher | 6/30/2015 | 14 | Development of slide and text explanations of margin assumptions | 1.6 |
| | | | **Adversary Proceeding, Total:** | 44.9 |
| | | | **Total Billable** | 177.8 |

**ZOLFO COOPER LLC**
**THE STANDARD REGISTER COMPANY**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD FROM JUNE 1, 2015 THROUGH JUNE 30, 2015**

| Expense Category | Total Expenses During Period |
|---|---|
| Ground Transportation | $969.67 |
| Meals | $238.74 |
| Miscellaneous | $91.57 |
| Total | $1,299.98 |

Exhibit E

**ZOLFO COOPER, LLC**
**THE STANDARD REGISTER COMPANY**
**DETAIL OF EXPENSES BY PROFESSIONAL**
**FOR THE PERIOD FROM JUNE 1, 2015 THROUGH JUNE 30, 2015**

| PROFESSIONAL | DATE | CATEGORY | DESCRIPTION | INCURRED AMOUNT | VOLUNTARY REDUCTION | FINAL AMOUNT |
|---|---|---|---|---|---|---|
| Eugene Lavrov | 6/2/2015 | Ground Transportation | After hours transportation | 84.66 | - | 84.66 |
| David MacGreevey | 6/8/2015 | Ground Transportation | In city transportation | 10.00 | - | 10.00 |
| David MacGreevey | 6/8/2015 | Ground Transportation | NY to Wilmington, DE | 179.00 | - | 179.00 |
| David MacGreevey | 6/8/2015 | Ground Transportation | Wilmington, DE to NY | 106.00 | - | 106.00 |
| David MacGreevey | 6/8/2015 | Ground Transportation | In city transportation | 8.00 | - | 8.00 |
| David MacGreevey | 6/15/2015 | Ground Transportation | After hours transportation | 236.45 | - | 236.45 |
| David MacGreevey | 6/17/2015 | Ground Transportation | NY to Wilmington, DE | 179.00 | - | 179.00 |
| David MacGreevey | 6/17/2015 | Ground Transportation | Wilmington, DE to NY | 159.00 | - | 159.00 |
| David MacGreevey | 6/17/2015 | Ground Transportation | In city transportation | 7.56 | - | 7.56 |
| | | | **Total Ground Transportation** | $ 969.67 | $ - | $ 969.67 |
| David MacGreevey | 6/8/2015 | Meal | Breakfast, Travelling | 6.25 | - | 6.25 |
| David MacGreevey | 6/17/2015 | Meal | Breakfast, Travelling | 6.25 | - | 6.25 |
| David MacGreevey | 6/30/2015 | Meal | Lunch, Working | 10.88 | - | 10.88 |
| Eugene Lavrov | 6/2/2015 | Meal | Lunch, Working | 13.98 | - | 13.98 |
| Eugene Lavrov | 6/3/2015 | Meal | Lunch, Working | 15.97 | - | 15.97 |
| Eugene Lavrov | 6/3/2015 | Meal | Dinner, Working | 48.00 | - | 48.00 |
| Eugene Lavrov | 6/4/2015 | Meal | Lunch, Working | 15.24 | - | 15.24 |
| Eugene Lavrov | 6/4/2015 | Meal | Dinner, Working | 28.00 | - | 28.00 |
| Eugene Lavrov | 6/8/2015 | Meal | Dinner, Working | 17.05 | - | 17.05 |
| Eugene Lavrov | 6/11/2015 | Meal | Lunch, Working | 14.10 | - | 14.10 |
| Eugene Lavrov | 6/12/2015 | Meal | Lunch, Working | 11.50 | - | 11.50 |
| Eugene Lavrov | 6/19/2015 | Meal | Lunch, Working | 22.18 | - | 22.18 |
| Eugene Lavrov | 6/29/2015 | Meal | Lunch, Working | 14.37 | - | 14.37 |
| Eugene Lavrov | 6/30/2015 | Meal | Lunch, Working | 14.97 | - | 14.97 |
| | | | **Total Meals** | $ 238.74 | $ - | $ 238.74 |
| Mark Cervi | 6/1/2015 | Miscellaneous | Phone | 5.50 | - | 5.50 |
| David MacGreevey | 6/7/2015 | Miscellaneous | Phone | 40.86 | - | 40.86 |
| Eugene Lavrov | 6/29/2015 | Miscellaneous | Phone | 45.21 | - | 45.21 |
| | | | **Total Miscellaneous** | $ 91.57 | $ - | $ 91.57 |
| | | | **Total Expenses** | $ 1,299.98 | $ - | $ 1,299.98 |