## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No.  15-10541 (BLS) |
| | (Jointly Administered) |
| Debtors. | **Objection Deadline: July 22, 2015 at 4:00 p.m.** <br> **Hearing Date: Only if an objection is filed** |

**FOURTH MONTHLY APPLICATION OF LOWENSTEIN SANDLER
LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD
FROM JUNE 1, 2015 THROUGH JUNE 30, 2015**

| | |
|---|---|
| **Name of Applicant:** | **Lowenstein Sandler LLP** |
| **Authorized to provide professional services to:** | **The Official Committee of Unsecured Creditors** |
| **Date of Retention:** | **May 12, 2015 effective as of March 24, 2015** |
| **Period for which compensation and reimbursement is sought:** | **June 1, 2015 through June 30, 2015** |
| **Amount of Compensation sought as actual, reasonable and necessary:** | **$380,880.60**     (80% of $476,100.75) |
| **Amount of Expense Reimbursement sought as actual, reasonable and necessary:** | **$10,965.56**[2] |

This is a(n): ☑ Monthly   ☐ Interim   ☐ Final application

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001).  The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] This amount includes $1,751.80 in reimbursable expenses of Committee members.

## PRIOR APPLICATION HISTORY

| Title | Date Filed | Period Covered | Requested | | Monthly Statements | | Certificate of No Objection / Signed Order |
|---|---|---|---|---|---|---|---|
| | | | Fees 100% | Expenses | Fees 80% | Expenses | |
| First Monthly | 5/19/15 | March 24, 2015 – March 31, 2015 | $209,616.75 | $6,305.00 | $167,692.94 | $209,616.75 | 6/23/15 |
| Second Monthly | 6/9/15 | April 1, 2015 – April 30, 2015 | $447,105.25 | $13,235.27 | $357,684,20 | $13,235.27 | 6/26/15 |
| Third Monthly | 6/16/15 | May 1, 2015 – May 31, 2015 | $399,558.00 | $7,927.31 | $319,646.40 | $7,927.31 | 7/6/15 |

## SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM JUNE 1, 2015 THROUGH JUNE 30, 2015

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Bender, Gerald C. | 1984 | Partner/Restructuring | 1.80 | $855.00 | $1,539.00 |
| Bennett, Lynda A. | 1994 | Partner/Litigation | 0.30 | $740.00 | $222.00 |
| Berger, John L. | 1983 | Partner/Tax | 2.00 | $685.00 | $1,370.00 |
| Citron, Lowell A. | 1995 | Partner/Corporate | 8.10 | $790.00 | $6,399.00 |
| Gillar, Brooke A. | 2004 | Partner/Corporate | 3.90 | $685.00 | $2,671.50 |
| Jung, Wojciech F. | 2003 | Partner/Restructuring | 200.60 | $600.00 | $120,360.00 |
| *Jung, Wojciech F. - Travel Time | 2003 | Partner/Restructuring | 9.70 | $300.00 | $2,910.00 |
| Kizel, Paul | 1982 | Partner/Restructuring | 126.30 | $705.00 | $89,041.50 |
| *Kizel, Paul - Travel Time | 1982 | Partner/Restructuring | 6.50 | $352.50 | $2,291.25 |
| Levine, Sharon L. | 1983 | Partner/Restructuring | 135.30 | $840.00 | $113,652.00 |
| Sica, Theodore C. | 2002 | Counsel/Corporate | 14.10 | $655.00 | $9,235.50 |

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Behlmann, Andrew D. | 2009 | Associate/Restructuring | 109.50 | $485.00 | $53,107.50 |
| Brown, Nicole M. | 2013 | Associate/Restructuring | 1.80 | $340.00 | $612.00 |
| De Leo, Anthony | 2013 | Associate/Restructuring | 75.40 | $335.00 | $25,259.00 |
| Dorf, Randall B. | 2012 | Associate/Corporate | 4.20 | $395.00 | $1,659.00 |
| Jesse, Eric | 2009 | Associate/Litigation | 1.00 | $475.00 | $475.00 |
| Lifshitz, David | 2014 | Associate/Corporate | 10.60 | $300.00 | $3,180.00 |
| Vislocky, Nicholas B. | 2013 | Associate/Restructuring | 47.00 | $370.00 | $17,390.00 |
| *Vislocky, Nicholas B. - Travel Time | 2013 | Associate/Restructuring | 5.50 | $185.00 | $1,017.50 |
| Waldron, Keara | 2012 | Associate/Restructuring | 40.30 | $385.00 | $15,515.50 |
| Adams, Trina | N/A | Paralegal | 0.20 | $225.00 | $45.00 |
| Buccellato-Karnick, Gina C. | N/A | Paralegal | 30.70 | $200.00 | $6,140.00 |
| Lawler, Elizabeth B. | N/A | Paralegal | 3.20 | $200.00 | $640.00 |
| Pagano, Jamie J. | N/A | Paralegal | 0.10 | $225.00 | $22.50 |
| Sudol, Jeanne | N/A | Paralegal | 4.50 | $110.00 | $495.00 |
| Taggart, Katherine E | | Research Services | 3.70 | $230.00 | $851.00 |
| **TOTAL FEES** | | | **846.30** | | **$476,100.75** |
| | | **Attorney Blended Rate** | | **$582.05** | |

*Reflects 50% rate reduction due to non-working travel time

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY FOR THE PERIOD OF
JUNE 1, 2015 THROUGH JUNE 30, 2015**

| Task Description | Hours | Fees |
|---|---|---|
| Case Administration | 41.30 | $11,282.50 |
| Investigation of Prepetition Lenders | 18.90 | $9,639.00 |
| Asset Disposition | 277.20 | $178,125.00 |
| Relief from Stay/Adequate Protection Proceedings | 0.10 | $84.00 |
| Meetings of and Communication with Creditors | 85.40 | $47,774.50 |
| Fee/Employment Applications | 8.90 | $4,060.00 |
| Employment and Retention Applications - Others | 7.00 | $4,944.00 |
| Fee/Employment Objections | 0.50 | $420.00 |
| Fee Applications and Invoices - Others | 22.00 | $10,282.00 |
| Assumption/Rejection of Leases and Contracts | 1.30 | $916.50 |
| Other Contested Matters (excluding assumption/rejection motions) | 252.80 | $145,932.50 |
| Non-Working Travel | 21.70 | $6,218.75 |
| Business Operations | 6.20 | $3,567.00 |
| Employee Benefits/Pensions | 1.50 | $1,068.00 |
| Financing/Cash Collateral | 2.30 | $1,682.00 |
| Tax Issues | 2.00 | $1,370.00 |
| Claims Administration and Objections | 10.90 | $7,264.50 |
| Plan and Disclosure Statement (including Business Plan) | 1.60 | $867.50 |
| Adversary Proceedings and Bankruptcy Court Litigation | 79.10 | $37,661.00 |
| Schedules and Statements | 2.00 | $740.00 |
| Other - Insurance Matters | 3.60 | $2,202.00 |
| **Total:** | **846.30** | **$476,100.75** |

**EXPENSE SUMMARY FOR THE PERIOD OF**
**JUNE 1, 2015 THROUGH JUNE 30, 2015**

| Expense Category | Amount |
|---|---|
| Messenger and delivery charges | $87.00 |
| Computerized legal research | $6,153.15 |
| Telecommunications | $303.76 |
| Travel | $1,339.35 |
| Photocopies 13305 pages at $0.10 per page | $1,330.50 |
| Reimbursable expenses of members of the Committee | $1,751.80 |
| **Total Disbursements** | **$10,965.56** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No.  15-10541 (BLS) |
| | (Jointly Administered) |
| Debtors. | **Objection Deadline: July 22, 2015 at 4:00 p.m.** <br> **Hearing Date: Only if an objection is filed** |

## FOURTH MONTHLY APPLICATION OF LOWENSTEIN SANDLER LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM JUNE 1, 2015 THROUGH JUNE 30, 2015

TO:  THE HONORABLE BRENDAN L. SHANNON,
          UNITED STATES BANKRUPTCY JUDGE:

Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure and the Interim Compensation Order (defined below), Lowenstein Sandler LLP ("Lowenstein Sandler"), as counsel to the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases of The Standard Register Company and affiliated Debtors, the above captioned Debtors and Debtors-In-Possession (collectively, the "Debtors"), submits its fourth monthly application (the "Application") for allowance of compensation and reimbursement of expenses for the period of June 1, 2015 through June 30, 2015 (the "Fee Period"). By this Application, Lowenstein Sandler seeks a monthly allowance of compensation in the amount of $476,100.75.  Lowenstein Sandler seeks payment of $380,880.60 (80% of the allowed fees) for the Fee Period upon filing a certificate of no objection and/or resolution of any objections.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001).  The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

Lowenstein Sandler also seeks expense reimbursement in the amount of $10,965.56[2].  In support of this Application, Lowenstein Sandler respectfully states as follows:

## BACKGROUND

1.      On March 12, 2015 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, thereby commencing the above-captioned chapter 11 cases (the "Chapter 11 Cases").

2.      The Debtors continue to operate their businesses and manage their property as Debtors-In-Possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.   No trustee or examiner has been appointed in these Chapter 11 Cases.

3.      On March 24, 2015, the Office of the United States Trustee appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code.  [Docket Entry No. 99].

4.      On March 24, 2015, the Committee selected Lowenstein Sandler to serve as its counsel in the Chapter 11 Cases.   Thereafter, the Committee selected Polsinelli PC as its Delaware counsel.

5.      On April 13, 2015, the Court entered the *Order Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals* (the "Interim Compensation Order") [Docket No.260].

6.      On May 12, 2015, the Court entered the *Order Authorizing the Employment and Retention of Lowenstein Sandler LLP as Counsel to the Official Committee of Unsecured Creditors effective as of March 24, 2015* ("Retention Order") [Docket No. 505].  The Retention Order authorizes Lowenstein Sandler to be compensated in accordance with terms sets forth in the retention application and the procedures set forth in 11 U.S.C. §§ 330 and 331, the applicable

---

[2] This amount includes $1,751.80 in reimbursable expenses of Committee members.

Federal Rules of Bankruptcy Procedure, the rules of this Court and any Order entered by this Court with respect to the compensation of professionals.

7.      Through the Application, Lowenstein Sandler seeks allowance of compensation for professional services rendered for and on behalf of the Committee during the Fee Period.  A detailed description of services rendered during the Fee Period is annexed hereto as Exhibit "A". A schedule of disbursements incurred during the Fee Period is annexed hereto as Exhibit "B".

8.      During the Fee Period, among other services, Lowenstein Sandler (i) prosecuted the Committee's motion for standing with respect to claims of the Debtors' estates, including drafting of a proposed complaint and replies to objections thereto, (ii) prepared and attended to various objections to the Debtors' sale motion, (iii) communicated frequently with the Committee and the Committee's financial advisors with respect to the sale process, bids, auction and wind down issues, (vi) prepared for and attended the auction and sale hearing, (v) communicated with the Debtors' counsel and lenders' counsel regarding settlement negotiations, prepared settlement term sheets and multiple versions of the settlement agreement, (vi) attended to various objections to professionals' fee applications, (vii) reviewed the Debtors' weekly financial reports and budget analysis, (viii) attended to SERP claims, 503(b)(9) claims and critical vendor claim issues, (ix) attended to insurance-related matters, (x) prepared for and attended the 341 meeting of creditors and various hearings on behalf of the Committee, and (xi) frequently communicated with the members of the Committee, by telephone and e-mail, regarding the Debtors' business operations, case issues and strategy, sale updates, various motions, settlement proposals and negotiations, and other matters related to the Chapter 11 Cases.  Lowenstein Sandler rendered professional services as counsel to the Committee as requested and as necessary and appropriate in furtherance of the Committee's duties and functions in these Chapter 11 Cases.

9.      Annexed hereto as <u>Exhibit "C"</u>, and made part hereof, is a Certification of Sharon L. Levine, Esq. submitted pursuant to section 504 of the Bankruptcy Code.

**SUMMARY OF SERVICES BY PROJECT CATEGORY**

10.      The services rendered by Lowenstein Sandler during the Fee Period are grouped into the categories set forth in Exhibit "A". The attorneys and paralegals that rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category, are listed in the attachments hereto.

**DISBURSEMENTS**

11.      Lowenstein Sandler incurred reasonable and necessary out-of-pocket expenses in the sum of $10,965.56 in connection with rendering legal services to the Committee during the Fee Period. A description of the expenses is set forth in Exhibit "B". Such disbursements may include computerized legal research, telecommunications and travel expenses. Lowenstein Sandler has sought to utilize the most cost efficient method of communication consistent with the necessary time constraints. Westlaw and Lexis charges represent computerized legal research facility charges for computer assisted research. Use of Westlaw and Lexis greatly enhances legal research and access to case law from all jurisdictions, and is cost efficient, saving substantial attorney research time. The disbursements are itemized in the annexed schedule. These disbursements were reasonable and necessary to effectively render legal services in this case.

12.      During the course of these Chapter 11 Cases, Lowenstein Sandler has incurred and paid its actual and necessary disbursements and expenses.

13.      Consistent with the Interim Compensation Order, Lowenstein Sandler is also seeking reimbursement of certain expenses incurred by members of the Committee as indicated in the chart below.

4

| COMMITTEE MEMBER  (Timothy Webb) | AMOUNT |
|---|---|
| Combined air and hotel package to attend auction in New York and sale hearing in Delaware (3 nights) | $1,492.24 |
| Meals (2 days) | $32.56 |
| Train (NYC to Wilmington) | $172.00 |
| Cab (JFK to hotel) | $55.00 |
| **TOTAL** | **$1,751.80** |

14.     The Committee member expenses relate to attendance at the auction and sale hearing and are reasonable and reimbursable pursuant to 11 U.S.C. §503(b)(3)(F).

## VALUATION OF SERVICES & RELIEF REQUESTED

15.     Attorneys and paraprofessionals employed by Lowenstein Sandler have expended a total of 846.30 hours in connection with this matter during the Fee Period detailed below.

16.     The nature of the work performed by these persons is fully set forth in the detail attached hereto as Exhibit "A".  The hourly rates set forth above are Lowenstein Sandler's hourly rates for work of this nature during the Fee Period.  The reasonable value of the services rendered by Lowenstein Sandler for the Fee Period as counsel to the Committee is $476,100.75.

17.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (a) the complexity and expedited nature of these Chapter 11 Cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the cost of comparable services other than in a case under this title.

18.     This is Lowenstein Sandler's fourth monthly application pursuant to the Interim Compensation Order.  Lowenstein Sandler has received no payment (other than from the Debtors) and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with these Chapter 11 Cases, and there is no agreement or understanding between Lowenstein Sandler and any other person, other than partners of

Lowenstein Sandler, for the sharing of compensation to be received for services rendered in this case. No prior application has been made to this or any other Court for this Fee Period or for the allowance of fees and disbursements sought herein.

19.     This Application covers the period of June 1, 2015 through June 30, 2015. Lowenstein Sandler reserves the right to seek compensation for services performed and disbursements made during the Fee Period to the extent such services or disbursements were not recorded and processed at the time this Application is being submitted. Lowenstein Sandler has and will continue to perform additional necessary services subsequent to June 30, 2015, for which Lowenstein Sandler will file subsequent fee applications.

**WHEREFORE**, Lowenstein Sandler respectfully requests the Court grant the Application and allow Lowenstein Sandler's monthly fees in the amount of $476,100.75, less a twenty percent (20%) holdback in the amount of $95,220.15 for a total fee request in the amount of $380,880.60, for professional services rendered to and on behalf of the Committee during the Fee Period, plus reimbursement of its actual, reasonable, and necessary expenses incurred in connection with services rendered during the Fee Period in the sum of $10,965.56, and that it be granted such other and further relief as the Court may deem just and proper.

Dated: July 7, 2015                              Respectfully submitted,

                                                **LOWENSTEIN SANDLER LLP**
                                                Kenneth A. Rosen, Esq.
                                                Sharon L. Levine, Esq.
                                                Paul Kizel, Esq.
                                                Wojciech F. Jung, Esq.
                                                65 Livingston Avenue
                                                Roseland, NJ  07068
                                                Telephone:  (973-597-2500
                                                Facsimile:  (973) 597-2400
                                                krosen@lowenstein.com
                                                slevine@lowenstein.com
                                                pkizel@lowenstein.com
                                                wjung@lowenstein.com

*-and –*

Gerald C. Bender, Esq.
1251 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 262-6700
Facsimile:  (212) 262-7402
gbender@lowenstein.com

*-and-*

**POLSINELLI PC**

/s/ *Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
222 Delaware Avenue
Suite 1101
Wilmington, DE 19801
Telephone:  (302) 252-0920
Facsimile:  (302) 252-0921
cward@polsinelli.com
jedelson@polsinelli.com


***Counsel to the Official Committee of Unsecured Creditors***