# EXHIBIT B

**EXHIBIT B**

**Actual and necessary disbursements incurred by Lowenstein Sandler LLP**

**II. Summary of Disbursement Charges**

| | |
|---|---:|
| Messenger and delivery charges | $87.00 |
| Computerized legal research | $6,153.15 |
| Telecommunications | $303.76 |
| Travel | $1,339.35 |
| Photocopies 13305 pages at $0.10 per page | $1,330.50 |
| Reimbursable expenses of members of the Committee | $1,751.80 |
| **Total Disbursements** | **$10,965.56** |

The above charges are based upon time and expense records available on or about the date of the attached letter. Such records are believed in good faith to be accurate and substantially up to date, but there may be fees and expenses that have not been processed as of such date which Lowenstein Sandler LLP may submit in the future. Lowenstein Sandler LLP reserves the right to amend this monthly statement at a later date.

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| | | |
|---|---|---:|
| Standard Register Committee of Unsecured Creditors | | Page 95 |
| Invoice No.: 741151 | | July 7, 2015 |

**DISBURSEMENT DETAIL:**

| Date | Description | Amount |
|---|---|---:|
| 05/07/15 | External Messenger Service  VENDOR: Champion Courier; INVOICE#: 257158; DATE: 5/29/2015 - Messenger service from: LS - NY Office / to: Kasia - 500 Park Ave. Hoboken, NJ / delivery of: package. 5/7/15 | $87.00 |
| 05/01/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18726745 DATE: 5/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 52.10 |
| 05/05/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18726745 DATE: 5/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 4.19 |
| 05/05/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18726745 DATE: 5/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 0.10 |
| 05/05/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18726745 DATE: 5/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 7.35 |
| 05/06/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18726745 DATE: 5/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 8.93 |
| 05/06/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18726745 DATE: 5/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 1.54 |
| 05/06/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18726745 DATE: 5/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 3.16 |
| 05/08/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18726745 DATE: 5/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 0.99 |
| 05/08/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18726745 DATE: 5/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 49.00 |
| 05/08/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18726745 DATE: 5/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 2.28 |
| 05/08/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18726745 DATE: 5/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 2.44 |
| 05/15/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18726745 DATE: 5/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 3.15 |
| 05/15/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18726745 DATE: 5/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 1.58 |
| 05/15/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18726745 DATE: 5/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 17.82 |
| 05/15/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18726745 DATE: 5/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 2.51 |
| 05/15/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18726745 DATE: 5/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 2.11 |
| 05/15/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18726745 DATE: 5/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 22.01 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Standard Register Committee of Unsecured Creditors  
Invoice No.: 741151

Page 96  
July 7, 2015

| Date | Description | Amount |
|---|---|---|
| 05/17/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18726745 DATE: 5/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 21.85 |
| 05/18/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18726745 DATE: 5/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 12.60 |
| 05/21/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18726745 DATE: 5/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 2.39 |
| 05/21/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18726745 DATE: 5/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 2.31 |
| 05/21/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18726745 DATE: 5/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 0.91 |
| 05/21/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18726745 DATE: 5/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 3.93 |
| 05/22/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18726745 DATE: 5/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 4.14 |
| 05/22/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18726745 DATE: 5/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 0.17 |
| 05/22/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18726745 DATE: 5/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 0.43 |
| 05/22/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18726745 DATE: 5/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 4.56 |
| 05/22/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18726745 DATE: 5/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 25.16 |
| 05/28/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18726745 DATE: 5/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 15.08 |
| 05/29/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18726745 DATE: 5/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 6.50 |
| 05/29/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18726745 DATE: 5/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 6.33 |
| 05/29/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18726745 DATE: 5/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 3.56 |
| 05/29/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18726745 DATE: 5/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 0.85 |
| 05/29/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18726745 DATE: 5/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 3.02 |
| 05/29/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18726745 DATE: 5/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 1.48 |
| 05/29/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 18726745 DATE: 5/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 7.23 |
| 04/01/15 | Travel - Accommodations  VENDOR: Behlmann, Andrew | 121.18 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

|  |  |  |
|---|---|---|
|  | D.; INVOICE#: 062314; DATE: 6/23/2015 Hotel in Ohio for Carmody deposition |  |
| 05/11/15 | Travel - Airfare  VENDOR: American Express/Trv. INVOICE#: 052915-1 DATE: 5/30/2015 Ticket #: 0647362758; Route: ; Date: ; LTS #: 312639 | 24.95 |
| 05/12/15 | Travel - Airfare  VENDOR: American Express/Trv. INVOICE#: 052915-1 DATE: 5/30/2015 Ticket #: 0647385630; Route: ; Date: ; LTS #: 159309 | 39.00 |
| 05/07/15 | Amtrak Rail travel  VENDOR: American Express/Trv. INVOICE#: 052915-1 DATE: 5/30/2015 Ticket #: 5050710477; Route: NWK WIL NWK; Date: 05/12/2015; LTS #: 158933 | 265.00 |
| 05/07/15 | Amtrak Rail travel  VENDOR: American Express/Trv. INVOICE#: 052915-1 DATE: 5/30/2015 Ticket #: 0647187321; Route: ; Date: ; LTS #: 158933 | 39.00 |
| 05/11/15 | Amtrak Rail travel  VENDOR: American Express/Trv. INVOICE#: 052915-1 DATE: 5/30/2015 Ticket #: 5051116487; Route: NWK.WIL NWK; Date: 05/12/2015; LTS #: 159232 | 285.00 |
| 05/11/15 | Amtrak Rail travel  VENDOR: American Express/Trv. INVOICE#: 052915-1 DATE: 5/30/2015 Ticket #: 0647353126; Route: ; Date: ; LTS #: 159232 | 39.00 |
| 05/12/15 | Amtrak Rail travel  VENDOR: American Express/Trv.; INVOICE#: 052915-1; DATE: 5/30/2015  -  VENDOR: American Express/Trv. INVOICE#: 052915-1 DATE: 5/30/2015   | | -95.40 |
| 06/17/15 | Amtrak Rail travel  VENDOR: Kizel, Paul; INVOICE#: 062215; DATE: 6/22/2015  Travel to Delaware for hearing | 100.00 |
| 04/12/15 | Meals (local)  VENDOR: Behlmann, Andrew D.; INVOICE#: 062314; DATE: 6/23/2015 Working lunch | 56.70 |
| 04/01/15 | Out of town ground travel (mileage, taxi, tolls etc...)  VENDOR: Behlmann, Andrew D.; INVOICE#: 062314; DATE: 6/23/2015 Parking at airport/ Carmody deposition | 46.20 |
| 06/08/15 | Out of town ground travel (mileage, taxi, tolls etc...) VENDOR: Kizel, Paul; INVOICE#: 061015; DATE: 6/10/2015  Travel to Wilmington for hearing | 14.00 |
| 06/17/15 | Out of town ground travel (mileage, taxi, tolls etc...) VENDOR: Kizel, Paul; INVOICE#: 062215; DATE: 6/22/2015  Travel to Delaware for hearing | 66.92 |
| 04/01/15 | Travel - Rental Car  VENDOR: Behlmann, Andrew D.; INVOICE#: 062314; DATE: 6/23/2015 Rental car in Dayton for Carmody deposition | 85.89 |
| 04/01/15 | Meals (out of town travel)  VENDOR: Behlmann, Andrew D.; INVOICE#: 062314; DATE: 6/23/2015 Lunch and dinner in Ohio | 102.19 |
| 04/01/15 | Meals (out of town travel)  VENDOR: Behlmann, Andrew D.; INVOICE#: 062314; DATE: 6/23/2015 Dinner in Ohio for Carmody deposition | 30.11 |
| 04/12/15 | Local Travel  VENDOR: Behlmann, Andrew D.; INVOICE#: 062314; DATE: 6/23/2015 travel to/from airport | 16.01 |
| 06/08/15 | Local Travel  VENDOR: Jung, Wojciech F.; INVOICE#: 061815; DATE: 6/18/2015 Attend hearing | 48.80 |
| 06/08/15 | Local Travel  VENDOR: Jung, Wojciech F.; INVOICE#: 060815; DATE: 6/8/2015 Attend hearing | 38.80 |
| 06/15/15 | Local Travel  VENDOR: Kizel, Paul; INVOICE#: 062215; DATE: 6/22/2015  Travel to NY for auction | 16.00 |
| 06/01/15 | Computerized legal research: Westlaw:  User Name: | $8.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| | | | |
|---|---|---|---|
| Standard Register Committee of Unsecured Creditors | | | Page 98 |
| Invoice No.: 741151 | | | July 7, 2015 |

| Date | Description | Amount |
|---|---|---:|
| | VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | |
| 06/01/15 | Computerized legal research: Lexis: User: BEHLMANN, ANDREW; Service: LEXIS LEGAL SERVICES; Charge Type: COMPUTER CONECTN TIME-426; SINGLE DOCUMENT RETRIEVAL-7.00; COMPUTER CONECTN TIME-24; LEGAL CITATION SERVICES-2.00; ; | 189.39 |
| 06/02/15 | Computerized legal research: Westlaw: User Name: DE LEO,ANTHONY / Duration of Search: 00:00 / Transaction: 81 / Docs/Lines: 0 | 197.98 |
| 06/02/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 06/02/15 | Computerized legal research: Westlaw: User Name: DORF,RANDALL B / Duration of Search: 00:00 / Transaction: 27 / Docs/Lines: 0 | 197.98 |
| 06/02/15 | Computerized legal research: Lexis: User: BEHLMANN, ANDREW; Service: LEXIS LEGAL SERVICES; Charge Type: COMPUTER CONECTN TIME-442; TIER 5-442; ; | 85.71 |
| 06/03/15 | Computerized legal research: Lexis: User: BEHLMANN, ANDREW; Service: LEXIS LEGAL SERVICES; Charge Type: COMPUTER CONECTN TIME-2829; SINGLE DOCUMENT RETRIEVAL-7.00; TIER 5-926; COMPUTER CONECTN TIME-70; LEGAL CITATION SERVICES-1.00; ; | 387.79 |
| 06/04/15 | Computerized legal research: Lexis: User: BEHLMANN, ANDREW; Service: LEXIS LEGAL SERVICES; Charge Type: COMPUTER CONECTN TIME-776; SINGLE DOCUMENT RETRIEVAL-14.00; COMPUTER CONECTN TIME-27; LEGAL CITATION SERVICES-2.00; ; | 360.42 |
| 06/05/15 | Computerized legal research: Lexis: User: TAGGART, KATHERINE; Service: LEXIS LEGAL SERVICES; Charge Type: LA DOCUMENT ACCESS-1.00; ; | 20.33 |
| 06/04/15 | Computerized legal research: Westlaw: User Name: DE LEO,ANTHONY / Duration of Search: 00:00 / Transaction: 32 / Docs/Lines: 0 | 98.99 |
| 06/03/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 06/04/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 2 / Docs/Lines: 0 | 8.00 |
| 06/05/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 06/06/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 06/07/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 06/08/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 06/09/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / | 8.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Standard Register Committee of Unsecured Creditors            Page 99
Invoice No.: 741151            July 7, 2015

| Date | Description | Amount |
|---|---|---|
| | Transaction: 1 / Docs/Lines: 0 | |
| 06/10/15 | Computerized legal research: Westlaw: User Name: BEHLMAN,ANDREW / Duration of Search: 00:00 / Transaction: 2 / Docs/Lines: 0 | 24.00 |
| 06/16/15 | Computerized legal research: Westlaw: User Name: BEHLMAN,ANDREW / Duration of Search: 00:00 / Transaction: 2 / Docs/Lines: 0 | 98.99 |
| 06/12/15 | Computerized legal research: Westlaw: User Name: BROWN,NICOLE M / Duration of Search: 00:00 / Transaction: 50 / Docs/Lines: 0 | 1,751.82 |
| 06/13/15 | Computerized legal research: Westlaw: User Name: BROWN,NICOLE M / Duration of Search: 00:00 / Transaction: 9 / Docs/Lines: 0 | 197.98 |
| 06/11/15 | Computerized legal research: Westlaw: User Name: KELLY,TERRY / Duration of Search: 00:00 / Transaction: 6 / Docs/Lines: 0 | 494.95 |
| 06/10/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 23 / Docs/Lines: 0 | 8.00 |
| 06/11/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 06/12/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 06/13/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 7 / Docs/Lines: 0 | 8.00 |
| 06/14/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 06/15/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 06/11/15 | Computerized legal research: Lexis: User: KELLY-VERDUCCI, TERRY; Service: LEXIS LEGAL SERVICES; Charge Type: DOCUMENT PRINTING-3.00; SINGLE DOCUMENT RETRIEVAL-4.00; ; | 142.30 |
| 06/14/15 | Computerized legal research: Lexis: User: BEHLMANN, ANDREW; Service: COLLIER SERVICE; Charge Type: DOCUMENT PRINTING-1.00; COMPUTER CONECTN TIME-1133; DOCUMENT PRINTING-1.00; SINGLE DOCUMENT RETRIEVAL-5.00; LEGAL CITATION SERVICES-1.00; ; | 178.30 |
| 06/16/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 06/16/15 | Computerized legal research: Lexis: User: BEHLMANN, ANDREW; Service: LEXIS LEGAL SERVICES; Charge Type: COMPUTER CONECTN TIME-140; SINGLE DOCUMENT RETRIEVAL-2.00; ; | 49.59 |
| 06/19/15 | Computerized legal research: Westlaw: User Name: KELLY,TERRY / Duration of Search: 00:00 / Transaction: 48 / Docs/Lines: 0 | 107.99 |
| 06/17/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Standard Register Committee of Unsecured Creditors                                                                                       Page 100
Invoice No.: 741151                                                                                                                                              July 7, 2015

| | | |
|---|---|---:|
| 06/18/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 06/19/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 06/20/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 06/21/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 06/22/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 06/23/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 06/24/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 06/25/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 06/26/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 06/27/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 06/28/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 06/29/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 06/30/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 06/25/15 | Computerized legal research: Lexis:  User: BEHLMANN, ANDREW; Service: LEXIS LEGAL SERVICES; Charge Type: COMPUTER CONECTN TIME-73; DOCUMENT PRINTING-80.00; TIER 9-65; DOCUMENT PRINTING-2.00; ; | 1,328.64 |
| | Internal photocopies:  13305 pages at $0.10 per page | 1,330.50 |
| | Total Disbursements | $9,213.76 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

**Travel Expenses- Unsecured Creditors Committee**
**Standard Register Auction and Court Attendance**

Timothy J Webb
4906 E Desert Fairways Dr
Paradise Valley AZ 85253

6-14 2015- 6/17/2015
Bought combined air and hotel package through American Airlines Vacations
American Airlines Phoenix- NY- Phoenix

| | |
|---|---|
| Avalon Hotel 3 nights | $1,492.24 |
| Breakfast 2 days (on hotel bill) | 32.56 |
| Train NY to Wilmington   (receipt included) | 172.00 |
| Cab JFK to hotel 6/14/ 2015 (no receipt ) | 55.00 |
| Total | $1,751.80 |

(Note- I am not including dinner expense incurred nor the rebooking return flight expense due to delay in court)

*Timothy J. Webb*

Committee Expense Report
& Receipts Attached



From Phoenix Intl - (PHX), Phoenix, AZ, United States
To JFK Intl - (JFK), New York, NY, United States

**Confirmation:** XAQJMQ | American Airlines - XAQJMQ

| | | | |
|---|---|---|---|
| American Airlines AA 1737<br>Operated By US Airways<br>Coach (L) | Plane: 321 | Phoenix Intl - (PHX)<br><br>JFK Intl - (JFK) | Depart:<br><br>Arrive:<br><br>Duration: | Sunday 06/14/15<br>8:58AM<br>Sunday 06/14/15<br>5:06PM<br>5 hr 8 min |

TIMOTHY J WEBB (Adult)

ROOM

**Confirmation:** 207094749-122829621390

Avalon Hotel
16 E 32nd Street
New York , NY 10016 US

212 299-7000

**Room description** This 425-square-foot junior suite has 1 queen or 2 double beds with Egyptian-cotton linens. The sitting area includes a sofa bed and a flat-panel TV. Triple-paned windows keep out the sounds of the city. The clock radio comes with an iPod dock. Wireless and wired high-speed Internet access is complimentary. The marble bathroom includes twin sinks, a separate shower and bathtub, and Frette velour bathrobes.
**Room type:** Junior Suite, Non Smoking - Special Offer - 1 queen and 1 sofa bed

Check-In: Sunday 06/14/15 3:00PM
Check-Out: Wednesday 06/17/15 12:00PM
Nights: 3
Occupants: 1 Adult

TIMOTHY WEBB
4906 E DESERT FAIRWAYS DR
PARADISE VALLEY , AZ 852533331 US

**Policies** View

FLIGHTS NONSTOP

From JFK Intl - (JFK), New York, NY, United States
To Phoenix Intl - (PHX), Phoenix, AZ, United States

**Confirmation:** XAQJMQ | American Airlines - XAQJMQ

| | | | |
|---|---|---|---|
| American Airlines AA 654<br>Operated By US Airways<br>Coach (N) | Plane: 321 | JFK Intl - (JFK)<br><br>Phoenix Intl - (PHX) | Depart:<br><br>Arrive:<br><br>Duration: | Wednesday 06/17/15<br>1:30PM<br>Wednesday 06/17/15<br>3:46PM<br>5 hr 16 min |

TIMOTHY J WEBB (Adult)

TERMS & CONDITIONS



# AMERICAN AIRLINES VACATIONS

By engaging American Airlines Vacations (hereafter referred to as AAV) or using any website of AAV, including aavacations.com, you agree to be legally bound by these terms and conditions. In all cases the person making the booking shall be considered to have accepted these terms and conditions on behalf of all persons included in the package being booked.

### RESERVATIONS POLICIES

The following terms and conditions apply to AAV packages. Customers must be at least 18 years old and possess the legal authority to conduct business with AAV in accordance with the terms and conditions herein. Customers may be required by AAV to provide photo identification at check-in to validate that their identity matches the booking identity.

### FLIGHTS

AAV shall not be responsible for flight schedule changes.

For flights operated by American Airlines, US Airways, Envoy, PSA and Piedmont, American Airlines' Customer Service Plan applies. American Airlines Customer Service Plan can be found at:
Customer Commitment. *The provisions contained within the Customer Service Plan shall apply only to American Airlines, US Airways, Envoy, PSA and Piedmont flights booked as part of an AAV reservation (hereafter "American Airlines flight reservations"). These provisions do not apply to other portions of AAV reservations, such as hotels, tours, rental cars, show tickets, theme park tickets and other non-American Airlines flight reservations.* For flights operated by carriers other than those described in the immediately preceding sentence (for purposes of these terms and conditions, the "American Airlines Carriers" and "American Airlines flights") , customers should consult the operating carrier for its Customer Service Plan.

For flights operated by *American Airlines, US Airways, Envoy, PSA and Piedmont*, American Airlines' Contingency Plan for Lengthy Tarmac Delays shall also apply. American Airlines' Contingency Plan for Lengthy Tarmac Delays can be found at: Contingency Plan. *The provisions contained within the Contingency Plan for Lengthy Tarmac Delays shall apply only to American Airlines flights booked as part of an AAV reservation.* For flights operated by carriers other than American Airlines Carriers, customers should consult the operating carrier for its contingency plan for tarmac delays.

Read about Canadian and international tariff information and the contract of carriage for *American Airlines, US Airways, Envoy, PSA and Piedmont* flights.

Certain discounted airfares do not allow upgrades to another class of service. Please verify at the time of booking.

Certain discounted airfares do not qualify to earn American Airlines AAdvantage® miles. Please verify at time of booking. American Airlines Carriers reserve the right to change the eligible fare classes at any time without notice.

If you have redeemed AAdvantage miles to purchase all or any portion of your packaged travel (air and land components) you will not earn mileage on that travel.

### INFORMATION ABOUT HAZARDOUS MATERIALS

Federal law forbids the carriage of hazardous materials aboard aircraft in your luggage or on your person. A violation can result in five years' imprisonment and penalties of $250,000 or more (49 U.S.C. 5124). Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials.

Examples: Paints, lighter fluid, fireworks, tear gases, oxygen bottles, and radio-pharmaceuticals.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage and certain smoking materials carried on your person. Check with FAA for more info. faa.gov

### OPTIONAL AIRLINE FEES

Read more about American Airlines optional fees.

If your flight is operated by an associated airline, please check with that airline for more information about optional fees.

### INTENDED USE

Buyer understands that the air and hotel rates and rooms allocated by AAV are to be used exclusively for personal leisure travel (i.e., vacation travel clients). This product is not intended for use for business, conventions or meetings and is subject to cancellation if used for any purpose other than personal leisure travel.

### MINIMUM HOTEL STAYS IN AIR AND HOTEL PACKAGES

When booking air and hotel together, the hotel stay must match the itinerary dates of the air booked or must have a minimum of 3 nights hotel. The hotel in the package must be located in the passenger's vacation destination.

### RENTAL CARS

Each car rental day included in the package is defined as a 24-hour period beginning at the time when the car is picked-up. No refunds will be issued for unused cars or periods.

If the car is returned beyond the 24-hour rental period, additional charges will apply. Car rental rates for packages that include a car do not include taxes, service charges and additional fees, gasoline, optional insurance, collision damage waiver (CDW), personal accident insurance, personal effects protection, drop-off charges or child safety seats. Any applicable taxes and fees are payable directly to the car rental company at time of rental. A valid driver's license and major credit card (e.g. MasterCard, Visa, American Express, or Discover Card) will be required prior to renting the car and both must be in the driver's name. The rental car driver must be at least 25 years old.

### PAYMENT

Full payment is expected at time of booking. Prices, hotel availability, flight and travel dates are only guaranteed after full payment is received by AAV. AAV reserves the right to treat a booking as cancelled by the Customer if the balance due is not paid on time. All prices are in U.S. dollars, and all airfares include required government taxes, segment fees, airport passenger facility charges (PFC's), September 11th Security Fees and federal segment fees.

Adjustments of package pricing will not be made after payment is received, nor shall any rate reduction subsequent to booking be retroactively applied. AAV reserves the right to correct any errors. Government taxes and fees are subject to change after

purchase.

### LOWEST PRICE GUARANTEE

If you find a lower priced package with the exact same components of your AAV package on another website within 24 hours of paying for your AAV package, AAV's Lowest Price Guarantee will apply. AAV will refund the difference to the original form of payment and provide a discount code worth $50 off your next trip booked on AAV.
For further terms and conditions or to file a claim click here.

### CHILDREN'S RATES

Special children's rates may be available and will be quoted with the total package price based upon request. Additional charges for cribs, rollaway beds, infant car seats and similar special request items will be the responsibility of the individual and must be paid directly to the hotel or rental car company. Hotel check-in restrictions may apply (most Las Vegas hotels require one guest to be at least 21 years old).
More restrictions on travelling with children may be found here.

### EXCLUSIONS

AAV prices/rates do not include extra charges imposed by the airlines (see "Optional Airline Fees"). Resort fees, meals, shows, tours, tips, energy surcharge, telephone surcharge, telephone calls, liquor, taxes, room service, laundry, parking fees, pet fees or other items of a personal nature not otherwise specified in the quoted rates are excluded from the package/tour price. All personal charges must be paid prior to departure from the hotel or upon return of rental car. A major credit card, cash, deposit and photo identification may be required upon check-in at the hotel. Deposit amounts vary by hotel, please contact the hotel booked for more information on their deposit policies.

### PRE-DEPARTURE PROTECTION (PDP)

The Pre-Departure Protection, an optional plan that can be purchased, allows you to revise your booking up to and including the 8th day prior to departure or to cancel the booking entirely at any time prior to your originally scheduled departure time, without incurring any revision or cancellation fees. Revisions may be possible within 7 days from travel however third party fees may apply. Please call reservations at 800-321-2121 for more information. PDP does not waive an increase to your vacation package price as a result of a change and any increase in price must be paid for in full at the time the change is made. PDP does not protect against airline flight/schedule changes. However, certain promotional tours, specific room categories and activities that are identified in the booking path as non-refundable or advance purchase are not covered by the PDP. Additionally, Sandals Resorts, Beaches Resorts and Grand Pineapple Resorts become non-refundable on the 15th day prior to travel and will not be covered by PDP at that point. PDP does not apply to any changes or cancellations once travel has begun.

PDP protects passengers up to 15 days prior to departure for name changes without penalty. Name changes are not permitted 15 days or less prior to departure. PDP does not apply to any changes or cancellations once travel has begun. PDP does not eliminate charges or cancellation fees for no shows. PDP is non-refundable in whole or part.

If one passenger purchases the PDP, it is mandatory for all other passengers (adults and children of any age) booked in the same package to purchase the PDP.

The PDP may only be purchased when the initial reservation is made and may not be added after any payment has been made in relation to the reservation.

Embargo periods may apply during which the PDP is not applicable. These embargo periods are at the sole discretion of AAV. PDP payments are non-refundable and non-transferrable.

### CANCELLATIONS

A package is considered confirmed once payment is received and thereafter all penalties will apply if the package is changed or cancelled. All cancellations of packages booked directly with AAV must be phoned in to AAV at 800-321-2121 and are effective at the time of such call. Cancellations of a person or persons in a package that involve a change in hotel configuration or category (i.e. from double occupancy to single occupancy, from run-of-house to a suite) are subject to rates in effect at the time cancellation is made. Pre-Departure Protection will be available with some packages.

### CANCELLATION PENALTIES

**(a)** All AAV Package Cancellations without Pre-Departure Protection.

| Days prior to departure | Penalty |
|---|---|
| 15 days or more prior to departure | $200 per person + any third party fees |
| | Balance as credit toward future travel |
| 14 days or less | Non-refundable |

**(b)** All AAV package cancellations with Pre-Departure Protection.

| Days prior to departure | Penalty |
|---|---|
| Prior to scheduled departure* | Cost of waivers** |
| After departure | No refund |

*Cancellations for hotel packages (no air component) must be requested by 11:59 PM (Central Time) the day before check-in for PDP cancellation protection to be valid. After 11:59 PM the day before check-in, the full package becomes non-refundable.

** Sandals Resorts, Beaches Resorts and Grand Pineapple Resorts become non-refundable on the 15 day prior to travel and at that point are not covered by PDP.

**(c)** Cancellation penalties outlined above may be more restrictive for travel during special events and holiday periods (e.g. Thanksgiving, Christmas or New Year's). Contact AAV at 800-321-2121 for specific restrictions.

### REFUND OF AIR TICKET PORTION WITHIN 24 HOURS OF PURCHASE

Within 24 hours of booking, you are allowed to cancel your refundable or non-refundable air ticket for a full refund (and no change fees and/or difference in fare) subject to the following rules:
You must call 800-321-2121 within 24 hours of purchase to cancel the air ticket reservation and request a refund of the air ticket. The reservation must have been booked at least 7 days before scheduled departure
This policy does not apply to hotel or other non-air portions of the package. Standard cancellation policies will apply to all non-air components of the package.
Refunds are only issued for tickets booked on aavacations.com or with American Airlines Vacations Reservations.

#### CHANGES WITHOUT PRE-DEPARTURE PROTECTION

All changes or revisions made to existing reservations are subject to change fees that vary by destination and dates of travel. Flight, date or hotel changes cannot be made 8 days or less prior to departure. Some packages or portions of packages are non-changeable. Changes in a package including, but not limited to, a change in origin, departure date, destination or hotel room category/configuration are subject to change fees in effect at the time changes are made. If changes involve a change in rate, payment will be required at the time of change. Standard change fees are $50 per person plus third party fees plus change in package price. Within 15 days of travel, the passenger is subject to a $200 per person reissue fee for domestic, Mexico, Central America and Caribbean packages, $350 per person for all other packages. If no PDP was purchased, name changes made to packages more than 15 days prior to departure may be subject to a $200 per person charge. Name changes are not permitted 15 days or less prior to departure.

The standard change fee of $50 per person may be waived in the following circumstances:
Pre-Departure Protection was purchased with the package (see "Changes with Pre-Departure Protection)
A change that results in a higher price in the non-air components of the package
A purchased upgrade from Main Cabin to a premium cabin on all of the same flights originally purchased in the package.
AAV will not be liable to pay any compensation or damages if it cancels or in any way changes a trip or package as a result of unusual or unforeseeable circumstances beyond its control, the consequences of which could not have been avoided even with all due care. These include but are not limited to problems with transportation, acts of God, war or threat of war, civil strife, industrial disputes, natural disaster, weather, epidemic or terrorist threat or activity.

#### REFUNDS

Some packages and/or package components are non-refundable. The right to refund is limited if changes are made to travel plans, travel dates, hotels, hotel categories, hotel configurations, changes in origination or destination. Due to the nature of AAV packages, AAV is unable to provide separate refunds for flights associated with the package (i.e. any refund associated with the package must be processed for the package as a whole). No refunds will be issued or exchanges made for any missed or unused package features, package components or unused hotel nights. AAV is not responsible for free components provided by third party vendors. Free components have no cash value.

Requests for refunds, after travel has been completed, must be submitted in writing or email to AAV no later than 30 days after the departure date. Send requests for refunds to:
American Airlines Vacations Customer Relations
4500 South 129 E Ave. Suite 300
Tulsa, OK 74134
Or fax refund request to: 888-776-9897
All refunds are subject to conditions outlined above governing cancellations, changes and revisions, and are further subject to any such fees or other charges imposed by third party suppliers including, but not limited to, airlines, hotels, rental car companies or ground transportation companies. Acceptance of a refund constitutes a waiver by the customer of all rights and remedies under applicable laws other than the amount of the refund.

#### SPECIAL TRAVEL REQUESTS

Hotels, destinations, airlines and tourist facilities do not necessarily have the appropriate special services and equipment to accommodate persons with disabilities or special needs. Please advise AAV of any special requests at the time of booking by calling 800-321-2121 at least 15 days prior to travel. AAV will forward the requests to the appropriate vendors. Fees and charges for special services may apply. Special requests or services are treated as requests only and cannot be guaranteed by AAV.

#### DOMESTIC TRAVEL REQUIREMENTS

All travelers 18 years and older must show a government-issued photo ID at flight check-in. Hotel check-in restrictions may apply (most Las Vegas hotels require one guest to be at least 21 years old). Children 14 years and younger may not travel alone and must be accompanied by an adult 18 years and older on the same package.

#### PASSPORT REQUIREMENTS FOR INTERNATIONAL TRAVEL

All air and sea passengers need a passport to enter or re-enter the United States. This requirement applies to all U.S. citizens and includes children and infants. For more information and to obtain a passport, United States citizens can visit the State Department's travel website www.travel.state.gov, or call the U.S. National Passport Information Center: 877-4USA-PPT; TTY/TDD: 888-874-7793.
Non-U.S. citizens should check entry requirements with the consular officials of the countries to be visited well in advance. It is your responsibility to obtain passports and visas, where required, from the appropriate embassy or nearest consulate of the country or countries being visited, including any connecting countries. Requirements vary by country and citizenship. Additional foreign departure taxes, immigration and inspection fees may apply.
The passenger's name on the ticket must match the name on the form of identification to be used, including middle initial. When making a reservation online, enter the name exactly as it appears on the form of identification. Children under 18 must provide a valid passport or an original or certified copy of a county or state issued birth certificate. A notarized letter of permission to carry the child outside U.S. boundaries is required from any legal parent/guardian not traveling with the child. For travel to/from Mexico, a separate notarized letter of permission in Spanish is also required. In cases of divorce or death of a parent, original custody papers verifying full custody to the traveling parent or an official death certificate eliminates the need for a notarized letter.
Married or divorced women traveling under names other than what appears on their travel documents must present a marriage certificate/license and/or divorce decree.
It is your responsibility to ensure that you have the correct documents needed for travel to any international destination, including the Caribbean, Latin America, and Europe. If you do not have the required documentation and identification for your destination, you will not be allowed to board the plane. For example, AAV is not responsible for any person who is unable to travel as a result of their failure to have a valid passport, and for non-U.S. citizen's failure to have necessary travel documents.

#### RESPONSIBILITY

AAV is a tour operator and an independent contractor, which makes arrangements with third party independent vendors for all tour packages, services and accommodations including air transportation, hotels and other services. AAV is not an agent of the customer or of other parties providing travel-related services. AAV does not accept and expressly disclaims any liability for the actions or omissions of these independent vendors. Further, excursions or other tours that a customer of AAV or his travel party

may choose to book or pay for while on their trip shall not create a contract with AAV, but rather the contract will be with the operator of the excursion or tour. AAV will not be responsible for the provision of such excursions or tours or for anything that happens during the course of its provision by the operator even if a member of the AAV staff accompanies the relevant excursion or tour.

All travel documents are issued subject to the terms and conditions specified by such vendors. Neither AAV nor any of its agents or employees shall be held liable for, and by accepting these documents customer waives any claim against all such parties for a) any loss of or damage to property or injury to any person caused by reason of a defect, negligence or other wrongful act or omission of or any failure of performance of any kind by any other transportation company, vendor or supplier or other damage caused by factors outside of AAV's control; b) any inconvenience, loss of enjoyment, mental distress or other similar matter; c) any delayed departure, airline turbulence, transportation accidents or missed connections, substitutions of accommodations, termination of service or changes in fares and rates or other unforeseen circumstances; and d) any cancellation or double-booking of reservations, tickets or packages beyond the control of AAV.

In no event shall AAV be responsible for any amount other than the price paid by the customer for the tour or package. AAV reserves the right to accept, decline, retain or remove any person as a member of the tour package program or group at any time. AAV's liability will also be limited in accordance with any relevant international conventions in relation to the provision of travel or accommodation services which are hereby incorporated into and form part of every person's agreement with AAV and AAV will be regarded as having all the benefit of any limitation of compensation or liability contained in any such conventions.

Each customer agrees that all disputes in any matters whatsoever arising under this Agreement in connection with the responsibility of AAV or any airline shall be construed and enforced in accordance with the laws of the State of Texas, and each customer consents to the courts of the state of Texas, USA, being the sole venue of any action related to this agreement, to the exclusion of the courts in any other state or country. Each customer waives its rights to a jury trial.

### LINKS TO THIRD PARTY WEBSITES

Our website may contain links to websites owned and operated by third parties. Such links are provided for convenience and reference only. AAV does not own, operate or control the content of these websites. AAV's inclusion of any links does not imply an endorsement of the material or content.

### COMPLIMENTS/COMPLAINTS

If you have compliments or complaints about American Airlines Vacations and packages sold by American Airlines Vacations, please send an email, fax or mail a letter to Customer Relations:

American Airlines Vacations Customer Relations
4500 South 129 E Ave. Suite 300
Tulsa, OK 74134
Email Customer Relations
Fax: 888-776-9897
Department of Transportation Compliments/complaints
Department of Transportation (DOT)
Aviation Consumer Protection Division, C-75
U.S. Department of Transportation
1200 New Jersey Ave, S.E.
Washington, D.C. 20590

### OTHER INFORMATION

AAV shall not be responsible for rate changes, errors or omissions. Subject to the terms and conditions herein, all prices and features described in AAV promotional materials and its website(s) are subject to change without notice.
AAV programs and the website aavacations.com are operated by American Airlines Vacations, 4333 Amon Carter Blvd, Fort Worth, TX 76155 USA, 800-321-2121.

### SECURE FLIGHT REQUIREMENTS

The Transportation Security Administration (TSA) requires you to provide your full name, birth date and gender for watch list screening (49 U.S.C. Section 114, the Intelligence Reform and Terrorism Prevention Act of 2004 and 49 C.F.R. parts 1540 and 1560). You may also provide your redress number if you have one. If you do not provide your full name, date of birth and gender, you may be denied access to board or fly. TSA may share your information with law enforcement, intelligence agencies or others.

### CARBON DIOXIDE EMISSIONS

For an estimate of your carbon footprint calculate the $CO_2$ emissions from your flight and add 19%. (American Airlines cannot guarantee this calculator's accuracy.)

*The foregoing terms and conditions are subject to change without notice. Payment in full constitutes final acceptance of the above terms and conditions.*

**If you have any questions please call AAV at 800-321-2121.**

To make changes to your reservations, please contact us at 1-800-321-2121.

06-17-15

| | |
|---|---|
| **Mr Timothy Webb** <br> 4906 E Desert Fairways Dr <br> Paradise Valley AZ 85253 <br> United States | Folio No.     : <br> A/R Number : <br> Group Code  : <br> Company     : |

| | |
|---|---|
| Room No.   : | 0505 |
| Arrival     : | 06-14-15 |
| Departure : | 06-17-15 |
| Conf. No.  : | 1146683 |
| User ID    : | AHH |
| Page No.  : | 1 of 1 |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 06-15-15 | Merlin Room - Brkfst | 4 | 16.28 | |
| 06-16-15 | Merlin Room - Brkfst | 2 | 16.28 | |
| 06-17-15 | American Express | XXXXXXXXXXX4007 | | 32.56 |
| | | Total | 32.56 | 32.56 |
| | | Balance | 0.00 | |

Guest Signature: _____

I have received the goods and / or services in the amount shown heron. I agree that my liablity for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or association fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

**PURCHASE RECEIPT**

Ticket Coupon 01 of 01

Date of Issue: 17Jun15 03:11PM

Place of Issue: WIL

Res. #: 800-USA-RAIL

RES# 114AD9-170615
TKT# 1688719565443

Name of Passenger: WEBB/TIMOTHY

From 2121 WIL-WAS 17Jun15 $172.00

PLEASE REFER TO YOUR ETICKET TRAVEL DOCUMENT FOR ADDITIONAL FARE RESTRICTION INFORMATION

Form of Payment: AX 4007 $172.00

MERCH ID 08719
Accom Charge

Fare Plan / AUTH CODE
Pricing Pt 148517

**NOT VALID FOR TRAVEL**

Total Charge: $172.00

097348810016

SEE REVERSE SIDE FOR CONDITIONS OF CONTRACT.

NRPT 96   STOCK CONTROL NO.   TKT NO - DO NOT MARK OR STAMP IN THIS BLOCK

---

**PURCHASE RECEIPT** AMTRAK

Name of Passenger: WASHINGTON, DC

REFUND/EXCHNGE PENALTIES MAY APPLY
OTHER TERMS AND CONDITIONS APPLY.

PASSENGER RECEIPT

# COMMITTEE EXPENSE REPORT

**Creditor's Name:**    **Date:**

| Date | Description/Reason | Transportation/ Airfare | Meals | Hotels | Car Service/ Taxi | Misc. | Total Due |
|---|---|---|---|---|---|---|---|
| 6-14 | UCC-STANDARD REGISTER AUCTION Bought Combined Air + Hotel Package To Save Expense | 1492.24 | 32.56 | | 55 | | |
| 6-17 | Train | | | | 172- | | |
| | | | | | | | 1751.80 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | Total | 1751.80 |

I hereby certify that all of the expenses described above were incurred in connection with my responsibilities as a member of the official committee of unsecured creditors of the Standard Register Company, et al. (Bankr. D. Del., Case No. 15-10541(BLS)).

By: Timothy J. Well

Title: CO-Chair UCC - Standard Register

*Please Attach All Receipts