## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Richard M. Allen, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On July 6, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via Overnight Mail on the Ordinary Course Professional Service List attached hereto as **Exhibit A**:

- Notice of Filing of Declaration of Disinterestedness by Ordinary Course Professional RSM ROC & Company [Docket No. 776]

- Fourth Monthly Application of Dinsmore & Shohl LLP, as Special Counsel to the Debtors and Debtors in Possession, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period June 1, 2015 through June 30, 2015 [Docket No. 777]

On July 6, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via Overnight Mail on the Fee Application Service List attached hereto as **Exhibit B**:

- Fourth Monthly Application of Dinsmore & Shohl LLP, as Special Counsel to the Debtors and Debtors in Possession, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period June 1, 2015 through June 30, 2015 [Docket No. 777]

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

Dated: July 7, 2015

_____
Richard M. Allen

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on July 7, 2015, by Richard M. Allen, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

James Daloia
**Notary Public, State of New York**
No. 02DA6171472
Qualified in Suffolk County  New York County
Commission Expires July 23, 2011  November 22, 2015

2                                              SRF 3261

**<u>Exhibit A</u>**

## Exhibit A
Ordinary Course Professional Service List
Served via Overnight Mail

| NAME | ADDRESS |
|---|---|
| Lowenstein Sandler LLP | Attn: Wojciech F. Jung, Esq<br>65 Livingston Avenue<br>Roseland NJ 07068-0000 |
| Office of the United States Trustee | Mark Kinney<br>844 King St Ste 2207<br>Wilmington DE 19801 |
| Parker, Hudson, Rainer & Dobbs LLP | Attn: C. Edward Dobbs, James S. Rankin, Jr., Jack C. Basham, Jr.,<br>Joshua J. Lewis<br>1500 Marquis Two Tower<br>285 Peachtree Center Avenue, NE<br>Atlanta GA 30303 |
| Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Ron E. Meisler Carl T. Tullson Christopher M. Dresel<br>155 North Wacker Drive<br>Suite 2700<br>Chicago IL 60606-1720 |

In re The Standard Register Company, *et al.*
Case No. 15-10541 (BLS)

Page 1 of 1

**<u>Exhibit B</u>**

Exhibit B
Fee Application Service List
Served via Overnight Mail

| NAME | ADDRESS |
|---|---|
| Gibson, Dunn & Crutcher LLP | Robert A. Klyman<br>Samuel A. Newman<br>Jeremy L. Graves<br>Sabina Jacobs<br>333 South Grand Avenue<br>Los Angeles CA 90071-1512 |
| The Standard Register | Kevin Carmody, CRO<br>600 Albany Street<br>Dayton OH 45417 |
| Young Conaway Stargatt & Taylor LLP | Michael R. Nestor<br>Rodney Square<br>1000 North King Street<br>Wilmington DE 19801 |

In re The Standard Register Company, *et al.*
Case No. 15-10541 (BLS)