**United States Bankruptcy Court**
**District of Delaware**
-----------------------------------------------------------------X
In re:
The Standard Register Company, et al., : Chapter 11
                                           : Case No. Jointly Administered Under Case No 15-10541
                                           :
                                           : Amount $15,485.14
              Debtor
-----------------------------------------------------------------X

**NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM**
**(Reference Docket Number 748 of 6/29/2015)**

PLEASE TAKE NOTE that the transfer of claim from:

      Eagle Graphics Inc.
      Nikki Stauffer
      150 North Moyer Street
      Annville, PA  17003

IS HEREBY WITHDRAWN BY

      Fair Harbor Capital, LLC
      1841 Broadway Suite 1007
      New York, NY 10023


DATED:  July 8, 2015                    _____/s/_____
                                                      Fredric Glass
                                                      Fair Harbor Capital, LLC
                                                      (212) 967-4035