## EXHIBIT A

### Proposed Order

01:17298035.3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | Re: Docket No. ___ |

**ORDER, PURSUANT TO SECTION 1121(d) OF THE BANKRUPTCY CODE,
EXTENDING THE EXCLUSIVE PERIODS FOR THE FILING OF A
CHAPTER 11 PLAN AND THE SOLICITATION AND ACCEPTANCE THEREOF**

Upon the motion (the "Motion")[2] of The Standard Register Company and its affiliated

debtors as debtors in possession in the above-captioned cases (collectively, the "Debtors") for

entry of an order, pursuant to section 1121(d) of title 11 of the United States Code, 11 U.S.C.

§§ 101-1532 (the "Bankruptcy Code"), extending the Exclusive Periods for the filing of a

chapter 11 plan and solicitation of acceptances thereof; and upon consideration of the Motion;

and this Court having jurisdiction to consider the Motion and the relief requested therein in

accordance with 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference*

from the United States District Court for the District of Delaware dated as of February 29, 2012;

and in consideration of the Motion and the relief requested therein being a core proceeding

pursuant to 28 U.S.C. § 157(b)(2); and venue of this proceeding and the Motion being proper in

this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  The
Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register
Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard
Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register
Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard
Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001).  The
headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

01:17298035.3

having been provided; and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtors and their estates; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1.    The Motion is GRANTED as set forth herein.

2.    The Debtors' Plan Period shall be extended to, through and including October 8, 2015.

3.    The Debtors' Solicitation Period shall be extended to, through and including December 7, 2015.

4.    Entry of this Order shall be without prejudice to the Debtors' rights to request further extensions of the Exclusive Periods or to seek other appropriate relief.

5.    This Court shall retain jurisdiction to hear and determine all matters arising from implementation of this Order.

Dated: _____, 2015
       Wilmington, Delaware                    _____
                                               Brendan L. Shannon
                                               Chief United States Bankruptcy Judge

01:17298035.3

2