# UNITED STATES BANKRUPTCY COURT 9:32

FOR THE   **DISTRICT OF**   DELAWARE

In re  THE STANDARD REGISTER CO.  **Case NO.** 15-10541 (BLS)

et al.,

**Chapter**  11

******************************************************************************

## CERTIFICATE OF SERVICE

I, Vincent E. Rhynes , hereby certify under penalty of perjury that:

I am over the age of Eighteen years of age and reside in Los Angeles, County, CALIF.

On 07-06-2015, I caused to be served a true and correct Copy of the Proof Of Interest of Vincent Rhynes To be Sent by first class mail upon The parties Listed in Exhibit A attach Hereto.

Date: 07-06-2015

Vincent Rhynes (323)971-6063
1522 W. Manchester AVE.
Los Angeles, CALIF. 90047

# EXHIBIT A

---

**OFFICE OF THE UNITED STATES TRUSTEE**
**844 King Street, Suite 2207**
**Lockbox # 35**
**Wilmington, DE 19801**

**LOWENSTEIN SANDLER LLP**
**65 Livingston Avenue**
**Roseland, NJ 07068**

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
**(Rodney Square)**
**1000 North King Street**
**Wilmington, DE 19801**

```
SECURITIES & EXCHANGE COMMISSION
100 F. Street, NE
Washington, DC 20549
```