# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*, | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| THE STANDARD REGISTER COMPANY, | Adv. Pro. No. 15-50883 (BLS) |
| Plaintiff, | |
| vs. | |
| CRAIG H. STOCKMAL; LYNN D. SMITH; FOCUSED IMPRESSIONS, INC.; AND FOCUSED IMPRESSIONS TECHNOLOGY LLC, | |
| Defendants. | |

## NOTICE OF RESCHEDULED OMNIBUS HEARING

PLEASE TAKE NOTICE THAT, at the Court's direction, the omnibus hearing scheduled for July 15, 2015 at 11:00 a.m. (ET) before The Honorable Brendan L. Shannon, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801, has been rescheduled to **July 15, 2015 at 9:00 a.m. (ET)**.  All matters previously scheduled to be heard at 11:00 a.m. (ET) on July 15, 2015, will now be heard at 9:00 a.m. (ET) on July 15, 2015.

[*Signature Page Follows*]

Dated: July 8, 2015
       Wilmington, Delaware

*/s/ Andrew L. Magaziner*
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
mnestor@ycst.com
kcoyle@ycst.com
amagaziner@ycst.com

-and-

Michael A. Rosenthal (NY No. 4697561)
Samuel A. Newman (CA No. 217042)
Jeremy L. Graves (CO No. 45522)
Matthew G. Bouslog (CA No. 280978)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
mrosenthal@gibsondunn.com
snewman@gibsondunn.com
jgraves@gibsondunn.com
mbouslog@gibsondunn.com

*Counsel to the Debtors and Debtors in Possession*