# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re: The Standard Register Company    Case No. 15-10541

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| TRC MASTER FUND LLC | EAGLE GRAPHICS INC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

TRC MASTER FUND LLC
Attn: Terrel Ross
PO Box 633
Woodmere, NY 11598

Phone:  516-255-1801
Last four digits of Acct#:  N/A

Name and address where transferee payments should be sent (if different from above):

Phone:  N/A
Last four digits of Acct#:  N/A

Court Claim # (if known):  N/A
Amount of Claim:  USD$53,882.95
Date Claim Filed:  N/A

Phone: (717) 867-5576
Last four digits of Acct.#:  N/A

Name and Current Address of Transferor:

EAGLE GRAPHICS INC
150 North Moyer Street
Annville, PA 17003

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/Terrel Ross    Date: July 9, 2015
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
District of Delaware
Attention: Clerk

AND TO: The Standard Register Company (Debtor)
Case No. 15-10541
(Jointly Administered against The Standard Register Company
Case No. 15-10541)

Claim # N/A

**EAGLE GRAPHICS INC**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$53,882.95** ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS __8__ DAY OF __July__, 2015.

ASSIGNOR: EAGLE GRAPHICS INC

_____
(Signature)

Nikki Stauffer
(Print Name)

Accounting Manager
(Title)

ASSIGNEE: TRC MASTER FUND LLC

_____
(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)

Case 15-10541-BLS  Doc 805  Filed 07/09/15  Page 3 of 3

Case 15-10541-BLS  Doc 477  Filed 05/11/15  Page 142 of 451
Case No. 15-10541
Schedule F - Creditors Holding Unsecured Nonpriority Claims

| Creditor Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Country | CoDebtor | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DYNAMIT TECHNOLOGIES LLC | PO BOX 3276 | | | | DUBLIN | OH | 45601 | | | TRADE PAYABLE | | | | $97,635.00 |
| DZIATKIEWICZ, VINCENT | ADDRESS ON FILE | | | | | | | | | PENSION CLAIM | X | X | | UNDETERMINED |
| DZIEROZYNSKI, EDWARD | ADDRESS ON FILE | | | | | | | | | PENSION CLAIM | X | X | | UNDETERMINED |
| E & R OFFICE SUPPLY | 40800 ENTERPRISE DR | | | | STERLING HEIGHTS | MI | 48314 | | | TRADE PAYABLE | | | | $114.26 |
| E GREENE & CO | PO BOX 1017 | | | | CALDWELL | NJ | 07007 | | | TRADE PAYABLE | | | | $184.05 |
| E I DU PONT DE NEMOURS AND CO | PO BOX 2285 | | | | CAROL STREAM | IL | 60132-2285 | | | TRADE PAYABLE | | | | $19,994.99 |
| E W CROSBY | 4015 FOXBORO DR | | | | DAYTON | OH | 45416 | | | UNCLAIMED PROPERTY | | | | $11.59 |
| EADS, DIANA | ADDRESS ON FILE | | | | | | | | | PENSION CLAIM | X | X | | UNDETERMINED |
| EAGAN, CHARLES | ADDRESS ON FILE | | | | | | | | | PENSION CLAIM | X | X | | UNDETERMINED |
| EAGAN, JEAN | ADDRESS ON FILE | | | | | | | | | PENSION CLAIM | X | X | | UNDETERMINED |
| EAGLE EMBROIDERY & MONOGRAMMING | 14710 FM 529 ROAD | | | | HOUSTON | TX | 77095 | | | TRADE PAYABLE | | | | $11,616.32 |
| EAGLE GRAPHICS INC | 150 NORTH MOYER STREET | | | | ANNVILLE | PA | 17003 | | | TRADE PAYABLE | | | | $53,882.95 |
| EAGLE PARTS & PRODU | 1411 MARVIN GRIFFIN RD | | | | AUGUSTA | GA | 30906-3852 | | | UNCLAIMED PROPERTY | X | | | $55.50 |
| EAGLE PARTS & PRODU | 1411 MARVIN GRIFFIN RD | | | | AUGUSTA | GA | 30906-3852 | | | UNCLAIMED PROPERTY | X | | | $268.50 |
| EAKER, MICHAEL | ADDRESS ON FILE | | | | | | | | | PENSION CLAIM | X | X | | UNDETERMINED |
| EAKIN, RICHARD | ADDRESS ON FILE | | | | | | | | | PENSION CLAIM | X | X | | UNDETERMINED |
| EARL, ERICKA | ADDRESS ON FILE | | | | | | | | | PENSION CLAIM | X | X | | UNDETERMINED |
| EARLEY, GLORIA | ADDRESS ON FILE | | | | | | | | | PENSION CLAIM | X | X | | UNDETERMINED |
| EARLEY, WILOZINE | ADDRESS ON FILE | | | | | | | | | PENSION CLAIM | X | X | | UNDETERMINED |
| EARLY EXPRESS SERVICES | PO BOX 2422 | 1333 E 2ND ST | | | DAYTON | OH | 45401 | | | TRADE PAYABLE | | | | $10,929.88 |
| EARTH COLOR | 7021 PORTWEST DRIVE | STE. 190 | | | HOUSTON | TX | 77024 | | | TRADE PAYABLE | | | | $500,377.73 |
| EASLEY, RALPH | ADDRESS ON FILE | | | | | | | | | PENSION CLAIM | X | X | | UNDETERMINED |
| EAST RIVER MAIL INC | 140 58TH STREET | BLDG B 4A | | | BROOKLYN | NY | 11220 | | | TRADE PAYABLE | | | | $12,530.74 |
| EASTABROOKS, MELANIE | ADDRESS ON FILE | | | | | | | | | PENSION CLAIM | X | X | | UNDETERMINED |
| EASTERN CONNECTION | P O BOX 849159 | | | | BOSTON | MA | 02284 | | | TRADE PAYABLE | | | | $2,537.32 |
| EASTERN ETCHING & MANUFACTURING | 35 LOWER GRAPE STREET | | | | CHICOPEE | MA | 01013-2693 | | | TRADE PAYABLE | | | | $20,392.19 |
| EASTERWOOD, LISA | ADDRESS ON FILE | | | | | | | | | PENSION CLAIM | X | X | | UNDETERMINED |
| EASTLAND, JANICE | ADDRESS ON FILE | | | | | | | | | PENSION CLAIM | X | X | | UNDETERMINED |
| EASTMAN KODAK CO | PO BOX 640350 | | | | PITTSBURGH | PA | 15264 | | | TRADE PAYABLE | | | | $41,228.29 |
| EASTON, KENNETH | ADDRESS ON FILE | | | | | | | | | PENSION CLAIM | X | X | | UNDETERMINED |
| EASTWOOD, DAVID | ADDRESS ON FILE | | | | | | | | | PENSION CLAIM | X | X | | UNDETERMINED |
| EASY ICE LLC | PO BOX 879 | | | | MARQUETTE | MI | 49855 | | | TRADE PAYABLE | | | | $207.48 |
| EASYLINK SERVICES CORP | PO BOX 791247 | | | | BALTIMORE | MD | 21279-1247 | | | TRADE PAYABLE | | | | $4,065.28 |
| EATON, GARY CONN | ADDRESS ON FILE | | | | | | | | | PENSION CLAIM | X | X | | UNDETERMINED |
| EATON, JEFF | ADDRESS ON FILE | | | | | | | | | PENSION CLAIM | X | X | | UNDETERMINED |
| EATON, MARGIE | ADDRESS ON FILE | | | | | | | | | PENSION CLAIM | X | X | | UNDETERMINED |
| EBARB, JAMES | ADDRESS ON FILE | | | | | | | | | PENSION CLAIM | X | X | | UNDETERMINED |
| EBERLY, LINDA | ADDRESS ON FILE | | | | | | | | | PENSION CLAIM | X | X | | UNDETERMINED |
| ECCLES, ELLEN | ADDRESS ON FILE | | | | | | | | | PENSION CLAIM | X | X | | UNDETERMINED |
| ECHELBARGER, DIANA | ADDRESS ON FILE | | | | | | | | | PENSION CLAIM | X | X | | UNDETERMINED |
| ECHELBARGER, RICHARD | ADDRESS ON FILE | | | | | | | | | PENSION CLAIM | X | X | | UNDETERMINED |
| ECKER, DANIEL | ADDRESS ON FILE | | | | | | | | | PENSION CLAIM | X | X | | UNDETERMINED |
| ECKERT, BRETT | ADDRESS ON FILE | | | | | | | | | PENSION CLAIM | X | X | | UNDETERMINED |
| ECKLES JR, MELVIN | P O BOX 419040 | | | | RANCHO CORDOVA | CA | 95741-9040 | | | TRADE PAYABLE | | | | $5.00 |
| ECMC | PO BOX 35834 | | | | TUCSON | AZ | 85740 | | | TRADE PAYABLE | | | | $62.40 |
| ECOSPHERE ASSOCIATES INC | | | | | | | | | | | | | | |

