# EXHIBIT B

**BLACKLINE**

01:17359541.1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | Re: Docket No. ~~__~~ **729** |

**ORDER MODIFYING THAT CERTAIN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF MCKINSEY RECOVERY & TRANSFORMATION SERVICES U.S., LLC, TO AUTHORIZE THE APPOINTMENT OF KEVIN CARMODY AS INTERIM PRESIDENT~~,~~ AND CHIEF EXECUTIVE OFFICER~~, AND DIRECTOR~~**

Upon the motion (the "Motion")[2] of The Standard Register Company and its affiliated debtors as debtors in possession in the above-captioned cases (collectively, the "Debtors") for entry of an order authorizing the Debtors to modify the retention of McKinsey RTS to authorize the Debtors to appoint Kevin Carmody as the Debtors' interim President, Chief Executive Officer, and Director; and upon consideration of the Motion; and it appearing that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having jurisdiction to consider the Motion and the relief therein pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

01:~~17359164.1~~17359164.2

other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor; it is hereby ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Debtors are authorized to appoint Kevin Carmody as the Debtors' interim President~~,~~ and Chief Executive Officer, ~~and Director,~~ in addition to his role as Chief Restructuring Officer, pursuant to the terms of the Engagement Letter Amendment, which is approved in all respects except as modified herein.  Mr. Carmody is further authorized to serve in any and all non-director capacities previously served by Mr. Morgan, the Debtors' prior Chief Executive Officer, with respect to all applicable Debtors.

3. Notwithstanding the terms of the Engagement Letter Amendment or the relief requested in the Motion, neither Mr. Carmody nor any principal, employee or independent director of McKinsey RTS shall serve as a director of any of the Debtors during the pendency of the Chapter 11 Cases.

4. ~~3.~~ The McKinsey RTS Retention Order shall remain in full force and effect except to the extent set forth herein, and as modified by the Engagement Letter Amendment.

5. ~~4.~~ This Court shall retain jurisdiction to hear and determine all matters arising from implementation of this Order.

Dated: _____, 2015  
       Wilmington, Delaware

_____  
Brendan L. Shannon  
Chief United States Bankruptcy Judge