# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | Re Docket No. 698 |

## FIRST SUPPLEMENTAL CURE NOTICE SETTING FORTH (I) RESOLUTION OF PREVIOUSLY-ADJOURNED CONTRACT OBJECTIONS AND (II) AGREED-UPON MODIFICATIONS TO CURE LIST APPROVED BY SALE ORDER

**PLEASE TAKE FURTHER NOTICE** that, on April 15, 2015, the United States Bankruptcy Court for the District of Delaware (the "Court") entered that certain *Order (I) Establishing Sale Procedures Relating to the Sale of Substantially All of the Debtors' Assets; (II) Approving the Maximum Reimbursement Amount; (III) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts; (IV) Approving Form and Manner of Notice of All Procedures, Protections, Schedules, and Agreements; (V) Scheduling a Hearing to Consider the Proposed Sale; and (VI) Granting Certain Related Relief* [Docket No. 286] (the "Sale Procedures Order").

**PLEASE TAKE FURTHER NOTICE** that, on June 19, 2015, the Court entered that certain *Order (I) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (II) Granting Certain Related Relief* [Docket No. 698] (the "Sale Order").[2]

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Sale Procedures Order, the Debtors previously filed certain Contract Notices with the Court identifying certain executory contracts and unexpired leases that the Debtors may assume and assign to the Buyers in accordance with the Asset Purchase Agreement [Docket Nos. 307, 356, 461, 497, 515 &

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Sale Order and the Sale Procedures Order, as applicable.

01:17369334.1

681].[3]  The Debtors also served personalized Contract Notices on the non-debtor counterparties to such executory contracts and unexpired leases in accordance with the Sale Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraphs 46 and 47 of the Sale Order, certain Contract Objections set forth on Exhibit C to the Sale Order were adjourned for later consideration by the Court and to allow the parties additional time to resolve such Contract Objections on a consensual basis.

**PLEASE TAKE FURTHER NOTICE THAT**, in accordance with the Sale Order, the Debtors have consensually resolved the Contract Objections identified on Exhibit A hereto, as set forth thereon.  In addition, subsequent to entry of the Sale Order, the Debtors have also conferred with certain contract counterparties regarding the description of applicable Contracts or Leases and Cure Amounts associated therewith, and as a result thereof, have agreed to revise such descriptions or Cure Amounts as set forth on Exhibit A.

**PLEASE TAKE FURTHER NOTICE THAT**, in accordance with the Sale Order, the Contracts or Leases listed on Exhibit A (collectively, the "Exhibit A Contracts") hereto are automatically subject to the terms and conditions of the Sale Order in all respects, including, without limitation, with respect to the agreed-upon Cure Amounts set forth on Exhibit A hereto, and may become Transferred Contracts in accordance with the Asset Purchase Agreement and the Sale Order, without further order of the Court.

**PLEASE TAKE FURTHER NOTICE THAT**, upon further discussions with applicable counterparties to the Contracts or Leases listed on Exhibit B (collectively, the "Exhibit B Contracts"), the Debtors have determined that the Exhibit B Contracts are no longer active and therefore not subject to potential assumption and assignment.

**PLEASE THAT FURTHER NOTICE THAT** notwithstanding anything herein, this First Supplemental Cure Notice shall not be deemed to be an assumption, adoption, rejection, or termination of any of the Exhibit A Contracts.  Moreover, to the extent that the Exhibit A Contracts are not Transferred Contracts under the Sale Order, the Debtors explicitly reserve their rights, in their sole discretion, to seek to reject or assume or assume and assign any Exhibit A Contracts pursuant to section 365(a) of the Bankruptcy Code, and nothing herein (a) alters in any way the prepetition nature of such Exhibit A Contracts or the validity, priority, or amount of any claims of a counterparty to such Exhibit A Contracts against the Debtors that may arise under such Exhibit A Contracts, (b) creates a postpetition contract or agreement, or (c) elevates to administrative expense priority any claims of any counterparty to such Exhibit A Contracts against the Debtors that may arise under such Exhibit A Contracts.

---

[3]  Neither the Contract Notices nor this First Supplemental Cure Notice is an admission by the Debtors that such contracts or leases are executory or unexpired.

Dated: July 10, 2015
Wilmington, Delaware

*/s/ Andrew L. Magaziner*
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
mnestor@ycst.com
kcoyle@ycst.com
amagaziner@ycst.com

-and-

Michael A. Rosenthal (NY No. 4697561)
Samuel A. Newman (CA No. 217042)
Jeremy L. Graves (CO No. 45522)
Matthew G. Bouslog (CA No. 280978)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
mrosenthal@gibsondunn.com
snewman@gibsondunn.com
jgraves@gibsondunn.com
mbouslog@gibsondunn.com

*Counsel to the Debtors and Debtors in Possession*