# **EXHIBIT A**

| **Counterparty Name** | **Executory Contract or Unexpired Lease** | **Cure Amount** |
|---|---|---|
| Ennis, Inc. on behalf of itself and affiliates Atlas Tag & Label, Forms Manufacturer, Inc. (FMI) and Trade Envelopes | Subcontractor Confidentiality, Indemnification, Intellectual Property and Non-Competition Agreement with an effective date of December 31, 2007, as amended or modified by the letter agreement regarding the preferred supplier rebate program effective as of February 1, 2012, as further amended or modified by the vendor letter agreement effective as of February 10, (together with asset acquisition emails dated March 27, 2012), and as further amended or modified by the Addendum to Agreements effective as of June 1, 2014 | $23,319.38 (includes amounts for Ennis, Atlas Tag and FMI) |
| Kay Toledo Tag | Global Sourcing Solutions Agreement with an effective date of January 1, 2007 and Subcontractor Confidentiality, Indemnification, Intellectual Property and Non-Competition Agreement with an effective date of February 24, 2004 | $6,991.95 |
| Printgraphics | Strategic Sourcing Agreement with an effective date of December 1, 2007 | $6,856.50 |
| Special Service Partners | Subcontractor Confidentiality, Indemnification, Intellectual Property and Non-Competition Agreement with an effective date of March 10, 2003 | $21,847.42 |
| Specialty Print Communications | Preferred Certified Supplier Agreement | $139,912.75 |