# EXHIBIT B

| **Counterparty Name** | **Executory Contract or Unexpired Lease** | **Cure Amount** |
|---|---|---|
| Atlas Tag & Label | Global Sourcing Solutions Agreement | $47,714.39 |
| Atlas Tag and Label, Inc. | Subcontractor Confidentiality, Indemnification, Intellectual Property and Non-Competition Agreement | $0.00 |
| Crabar/GBF dba Trade Envelopes | Subcontractor Confidentiality, Indemnification, Intellectual Property and Non-Competition Agreement | $0.00 |
| Forms Manufacturer, Inc. (FMI) | Rebate Agreement | $0.00 |
| Forms Manufacturers, Inc. | Subcontractor Confidentiality, Indemnification, Intellectual Property and Non-Competition Agreement | $3,076.25 |
| Trade Envelopes, Inc. | Subcontractor Confidentiality, Indemnification, Intellectual Property and Non-Competition Agreement | $0.00 |