UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Ingamar D. Ramirez, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On July 9, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Supplemental Service List attached hereto as **Exhibit A**:

- Notice of Motion Regarding Supplement to Debtors' Motion for (I) an Order (A) Establishing Sale Procedures Relating to The Sale of Substantially all of the Debtors' Assets; (B) Approving Bid Protections; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts; (D) Approving Form and Manner of Notice of all Procedures, Protections, Schedules, and Agreements; (E) Scheduling a Hearing to Consider the Proposed Sale; and (F) Granting Certain Related Relief; and (II) an Order (A) Approving the Sale of Substantially all of the Debtors' Assets and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale [Pages 13 – 14 of Docket No. 559]

*[Remainder of page intentionally left blank]*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

Dated: July 10, 2015

_____
Ingamar D. Ramirez

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on July 10, 2015, by Ingamar D. Ramirez, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JOSHUA DOV FALDA
Notary Public, State of New York
No. 02FA6325963
Qualified in Kings County
Commission Expires June 08, 20_19_

## **<u>Exhibit A</u>**

**<u>Exhibit A</u>**

Supplemental Service List
Served via First Class Mail

| Name | Address 1 | Address 2 | City | State | PostalCode |
|---|---|---|---|---|---|
| AT&T | PO BOX 9102 | | CAROL STREAM | IL | 60197-9012 |
| Axiall, LLC | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| CapitalSource Bank | 275 N BREA BLVD | | Brea | CA | 92821-4004 |
| COLOR PROCESS | 10645 baur blvd | | SAINT LOUIS | MO | 63132-1612 |
| First Technology Federal Credit Union | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Health Management Associates, Inc. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| HUTCHINSON ALLGOOD PRINTING CO. | 4301 WATERLEAF CT | | GREENSBORO | NC | 27410-8106 |
| LAKE CABLE PRINTING, INC. | 360 ANCHOR ROW | | PLACIDA | FL | 33946-2201 |
| Managestaff, Inc. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Oce North America, Inc. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Outreach Health Services | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| PeaceHealth | 14432 SE Eastgate Way STE 210 | | Bellevue | WA | 98007-6571 |
| PEACHTREE II AND III | C/O CBRE | 3567 PARKWAY LN STE 150 | PEACHTREE CORNERS | GA | 30092-2846 |
| RIMINI STREET, INC. | 3993 HOWARD HUGHES PKWY STE 780 | | LAS VEGAS | NV | 89169-5992 |
| SOLA (Security of Los Angeles) | 7916 AJAY DR | | SUN VALLEY | CA | 91352-5315 |
| Source Technologies, LLC | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| SOURCE TECHNOLOGIS INC., | 4205B Westinghouse Commons Dr | | CHARLOTTE | NC | 28273-3958 |
| Vanguard Health Management, Inc | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Vercom Software Inc | 706 LOCK LOMOND DR | | ARLINGTON | TX | 76012-2727 |
| WORKFLOWONE | PO BOX 1167 | | DAYTON | OH | 45401-1167 |