# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | |
| THE STANDARD REGISTER COMPANY, | Adv. Pro. No. 15-50883 (BLS) |
| Plaintiff, | |
| vs. | |
| CRAIG H. STOCKMAL; LYNN D. SMITH; FOCUSED IMPRESSIONS, INC.; AND FOCUSED IMPRESSIONS TECHNOLOGY LLC, | |
| Defendants. | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON JULY 15, 2015 AT 9:00 A.M. (ET)

**ADJOURNED/RESOLVED MATTERS**

1. Debtors' Motion for (I) an Order (A) Establishing Sale Procedures Relating to the Sale of Substantially All of the Debtors' Assets; (B) Approving Bid Protections; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts; (D) Approving Form and Manner of Notice of All Procedures, Protections, Schedules, and Agreements; (E) Scheduling a Hearing to Consider the Proposed Sale; and (F) Granting Certain Related Relief; and (II) an Order (A) Approving the Sale of Substantially All of the Debtors' Assets and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale [D.I. 23; 3/12/15] ***(This matter is scheduled solely with respect to cure/contract objections)***

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

Related Documents:

a) Order (I) Establishing Sale Procedures Relating to the Sale of Substantially All of the Debtors' Assets; (II) Approving the Maximum Reimbursement Amount; (III) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts; (IV) Approving Form and Manner of Notice of All Procedures, Protections, Schedules, and Agreements; (V) Scheduling a Hearing to Consider the Proposed Sale; and (VI) Granting Certain Related Relief [D.I. 286; 4/15/15]

b) Notice of Sale, Sale Procedures, Auction and Sale Hearing [D.I. 295; 4/16/15]

c) Notice of (I) Entry into Stalking Horse Agreement and (II) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially All of the Debtors' Assets [D.I. 307; 4/17/15]

d) First Amended Notice of (I) Entry into Stalking Horse Agreement and (II) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially All of the Debtors' Assets [D.I. 356; 4/27/15]

e) Second Amended Notice of (I) Entry into Stalking Horse Agreement and (II) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially All of the Debtors' Assets [D.I. 461; 5/8/15]

f) Corrected Second Amended Notice of (I) Entry into Stalking Horse Agreement and (II) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially All of the Debtors' Assets [D.I. 497; 5/11/15]

g) Third Amended Notice of (I) Entry into Stalking Horse Agreement and (II) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially All of the Debtors' Assets [D.I. 515; 5/14/15]

h) Supplement to Debtors' Sale Motion [D.I. 559; 5/27/15]

i) Debtors' Omnibus Reply in Support of the Sale Motion [D.I. 667; 6/15/15]

j) Notice of Filing of Final List of Executory Contracts and Unexpired Leases That May be Potentially Assumed and Assigned in Connection with the Sale of Substantially All of the Debtors' Assets [D.I. 681; 6/16/15]

k) Order (I) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Certain Related Relief [D.I. 698; 6/19/15]

l) Notice of Filing of Final Form of Asset Purchase Agreement Entered into By and Between the Debtors and the Back-Up Bidder in Connection with the Sale of Substantially All of the Debtors' Assets [D.I. 699; 6/19/15]

m) First Supplemental Cure Notice Setting Forth (I) Resolution of Previously-Adjourned Contract Objections and (II) Agreed-Upon Modifications to Cure List Approved by Sale Order [D.I. 819; 7/10/15]

Objection Deadline with Respect to the Proposed Cure Amounts:   May 8, 2015 at 4:00 p.m. (ET) [Extended for various parties]

Objections/Responses Received with Respect to Proposed Cure Amounts:

n) Limited Objection by GCCFC 2005-GG5 Terminus Industrial Limited Partnership to Proposed Cure Amount [D.I. 441; 5/8/15]

o) Limited Objection of Seebridge Media LLC to Proposed Cure Amounts [D.I. 445; 5/8/15]

p) Objection by CareSource Management Group Co. to Proposed Cure Amount [D.I. 446; 5/8/15]

q) Xerox Corporation's Objection to Proposed Cure Amounts [D.I. 457; 5/8/15]

r) Objection of Memorial Hermann Health System to Proposed Cure Amount [D.I. 459; 5/8/15]

s) Limited Objection of Customgraphix Printing Corp. to Proposed Cure Amount [D.I. 598; 6/3/15]

t) Informal Response to Proposed Cure Amount by Atlas Tag and Label Inc.

u) Informal Response to Proposed Cure Amount by Batson

3

      v)      Informal Response to Proposed Cure Amount by Canon Financial Services, Inc.

      w)      Informal Response to Proposed Cure Amount by Ennis Business Forms

      x)      Informal Response to Proposed Cure Amount by Forms Manufacturer, Inc.

      y)      Informal Response to Proposed Cure Amount by Kay Toledo Tag, Inc.

      z)      Informal Response of Oce Printing Systems USA, Inc. and Oce Financial Services, Inc.

      aa)      Informal Response to Proposed Cure Amount by PrintGraphics

      bb)      Informal Response to Proposed Cure Amount by Special Service Partners

      cc)      Informal Response to Proposed Cure Amount by Specialty Print Communications

Status:      With respect to the responses listed as items (t), (w), (x) (y), (aa), (bb) and (cc), these matters have been resolved as reflected in the supplemental cure list filed on July 10, 2015. With respect to item (q), the cure amount and allocation thereof has been resolved in principle; all other contract objections are adjourned to the next scheduled omnibus hearing on August 18, 2015. No hearing is necessary.

2. Georgia-Pacific Consumer Products LP's Motion for Relief from the Automatic Stay to Permit Setoff Under Section 553 of the Bankruptcy Code [D.I. 198; 4/6/15]

    Related Documents:    None.

    Objection Deadline:    May 5, 2015 at 4:00 p.m. (ET) [Extended for the Debtors and Silver Point Finance, LLC]

    Objections/Responses Received:    None to date.

    Status:    This matter is adjourned until August 18, 2015. The Debtors and Georgia Pacific have reached an agreement regarding Georgia Pacific's cure amount. In the event that Georgia-Pacific's contract is rejected in conjunction with the ongoing sale process, all parties' rights are reserved with respect to setoff and the allocation thereof.

3. Debtors' Motion for Entry of an Order Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 636; 6/8/15]

4

Related Documents:

    a)    Certificate of No Objection [D.I. 728; 6/24/15]

    b)    Order Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 733; 6/25/15]

Objection Deadline:    June 22, 2015 at 4:00 p.m. (ET)

Objections/Responses Received:    None.

Status:    An order has been entered by the Court.  No hearing is necessary.

### UNCONTESTED MATTERS WITH CERTIFICATIONS FILED

4. Motion of the Official Committee of Unsecured Creditors for Reconsideration of Order (I) Authorizing the Official Committee of Unsecured Creditors to Retain and Employ Jefferies LLC as Its Investment Banker, *Nunc Pro Tunc* to March 24, 2015, and (II) Waiving Certain Requirements of Local Rule 2016-2 [D.I. 719; 6/23/15]

    Related Documents:

        a)    Order (I) Authorizing the Official Committee of Unsecured Creditors to Retain and Employ Jefferies LLC as Its Investment Banker, *Nunc Pro Tunc* to March 24, 2015, and (II) Waiving Certain Requirements of Local Rule 2016-2 [D.I. 650; 6/10/15]

        b)    Certificate of No Objection [D.I. 816; 7/10/15]

        c)    Proposed Order

    Objection Deadline:    July 8, 2015 at 4:00 p.m. (ET)

    Objections/Responses Received:    None.

    Status:    A certificate of no objection has been filed.  A hearing is only necessary to the extent the Court has any questions.

5. Debtors' Motion for Order Modifying that Certain Order Authorizing the Retention and Employment of McKinsey Recovery & Transformation Services U.S., LLC, to Authorize the Appointment of Kevin Carmody as Interim President, Chief Executive Officer, and Director [D.I. 729; 6/24/15]

    Related Documents:

        a)    Certification of Counsel [D.I. 817; 7/10/15]

        b)      Proposed Order

Objection Deadline:      July 8, 2015 at 4:00 p.m. (ET)

Objections/Responses Received:

        c)      Informal Response from the Office of the United States Trustee

Status:      A revised form of order has been submitted under certification of counsel, resolving the comments by the U.S. Trustee. A hearing is only necessary to the extent the Court has any questions.

6. Debtors' Motion for Authority to (A) Terminate Severance Plan and (B) Modify and/or Terminate Other Employee Benefit Plans [D.I. 730; 6/24/15]

    Related Documents:

        a)      Certificate of No Objection [D.I. 818; 7/10/15]

        b)      Proposed Order

Objection Deadline:      July 8, 2015 at 4:00 p.m. (ET)

Objections/Responses Received:      None.

Status:      A certificate of no objection has been filed. A hearing is only necessary to the extent the Court has any questions.

### **CONTESTED MATTERS GOING FORWARD**

7. Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction [Adv. D.I. 2; 6/29/15]

    Related Documents:

        a)      Adversary Complaint for Injunctive and Other Relief [Adv. D.I. 1; 6/29/15]

        b)      Plaintiff's Memorandum of Law in Support of Its Motion for Temporary Restraining Order and Preliminary Injunction [Adv. D.I. 3; 6/29/15]

        c)      Declaration of Kevin Carmody in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction [Adv. D.I. 4; 6/29/15]

      d)      Temporary Restraining Order [Adv. D.I. 11; 7/1/15]

      e)      Stipulation and Protective Order [Adv. D.I. 26; 7/9/15]

      f)      First Amended Adversary Complaint for Injunctive and Other Relief [Adv. D.I. 36; 7/12/15]

Objections/Responses Received:

      g)      Preliminary Response in Opposition to Debtors' Motion for a Temporary Restraining Order and Preliminary Injunction [Adv. D.I. 10; 7/1/15]

Status:      Plaintiff and Defendants intend to submit simultaneous briefs on or before July 14, 2015 at 12:00 p.m. (ET).  This matter is going forward.

8.      Defendants' Motion to Transfer Venue and Memorandum of Law in Support of Motion [Adv. D.I. 29; 7/9/15]

Related Documents:

      a)      Motion to Shorten Notice and Schedule Expedited Hearing on Defendants' Motion to Transfer Venue [Adv. D.I. 31; 7/9/15]

      b)      Order Granting Defendants' Motion to Shorten Notice and Schedule Expedited Hearing on Defendants' Motion to Transfer Venue [Adv. D.I. 34; 7/10/15]

      c)      Notice of Hearing [Adv. D.I. 35; 7/10/15]

Objection Deadline:      July 14, 2015 at 12:00 p.m. (ET)

Objections/Responses Received:      None to date.

Status:      The Debtors intend to file an objection on or before the Objection Deadline.  This matter is going forward.

Dated: July 13, 2015
       Wilmington, Delaware

*/s/ Andrew L. Magaziner*
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
mnestor@ycst.com
kcoyle@ycst.com
amagaziner@ycst.com

-and-

Michael A. Rosenthal (NY No. 4697561)
Samuel A. Newman (CA No. 217042)
Jeremy L. Graves (CO No. 45522)
Matthew G. Bouslog (CA No. 280978)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
mrosenthal@gibsondunn.com
snewman@gibsondunn.com
jgraves@gibsondunn.com
mbouslog@gibsondunn.com

*Counsel to the Debtors and Debtors in Possession*