**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

**SUPPLEMENTAL AFFIDAVIT OF SERVICE**

I, Sebastian V. Higgins, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On or before July 10, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on the Supplemental Service List attached hereto as **Exhibit A**:

- Debtors' Motion for (I) an Order (A) Establishing Sale Procedures Relating to the Sale of Substantially All of the Debtors' Assets; (B) Approving Bid Protections; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts; (D) Approving Form and Manner of Notice of All Procedures, Protections, Schedules, and Agreements; (E) Scheduling a Hearing to Consider the Proposed Sale; and (F) Granting Certain Related Relief; and (II) an Order (A) Approving the Sale of Substantially All of the Debtors' Assets and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale [Docket No. 23]

- Order (I) Establishing Sale Procedures Relating to the Sale of Substantially All of the Debtors' Assets; (II) Approving the Maximum Reimbursement Amount; (III) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts; (IV) Approving Form and Manner of Notice of All Procedures, Protections, Schedules, and Agreements; (V) Scheduling a Hearing to Consider the Proposed Sale; and (VI) Granting Certain Related Relief [Docket No. 286]

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

Dated: July 13, 2015

Sebastian V. Higgins

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on July 13, 2015, by Sebastian V. Higgins,
proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

> JOSHUA DOV FALDA
> Notary Public, State of New York
> No. 02FA6325963
> Qualified in Kings County
> Commission Expires June 08, 20_12_

SRF 3319

**Exhibit A**

Exhibit A

Supplemental Service List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|------|-----------|-----------|------|-------|-----|
| Cenveo Publisher Services/ Cadmus | Attn: Chris Crump | 201 W Broad St | Stamford | CT | 06901 |
| COLOR PROCESS THE TYPE HOUSE | 10645 BAUR BLVD | | SAINT LOUIS | MO | 63132-1612 |
| First Technology Federal Credit Union | 1335 Terra Bella Ave | | Mountain View | CA | 94043-1835 |
| Health Management Associates, Inc. | PO BOX 689020 | | FRANKLIN | TN | 37068-9020 |
| KEMP Technologies, Inc. | 600 5th AVE FL 15 | | New York | NY | 10020-2305 |
| Outreach Health Services General Partner | 269 Renner Parkway | | Richardson | TX | 75080-1316 |
| Peachtree II and III | 1230 Peachtree Street NE | Suite 1900 | Atlanta | GA | 30309 |