# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | |
| THE STANDARD REGISTER COMPANY, | Adv. Pro. No. 15-50883 (BLS) |
| Plaintiff, | |
| vs. | |
| CRAIG H. STOCKMAL; LYNN D. SMITH; FOCUSED IMPRESSIONS, INC.; AND FOCUSED IMPRESSIONS TECHNOLOGY LLC, | |
| Defendants. | |

### NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON JULY 15, 2015 AT 9:00 A.M. (ET)

**\*\*AS NO MATTERS ARE GOING FORWARD, THIS HEARING HAS BEEN CANCELLED WITH PERMISSION OF THE COURT\*\***

## ADJOURNED/RESOLVED MATTERS

1. Debtors' Motion for (I) an Order (A) Establishing Sale Procedures Relating to the Sale of Substantially All of the Debtors' Assets; (B) Approving Bid Protections; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts; (D) Approving Form and Manner of Notice of All Procedures, Protections, Schedules, and Agreements; (E) Scheduling a Hearing to Consider the Proposed Sale; and (F) Granting Certain Related Relief; and (II) an Order (A) Approving the Sale of Substantially All of the

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] **Amended items appear in bold.**

Debtors' Assets and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale [D.I. 23; 3/12/15] (*This matter is scheduled solely with respect to cure/contract objections*)

Related Documents:

- a) Order (I) Establishing Sale Procedures Relating to the Sale of Substantially All of the Debtors' Assets; (II) Approving the Maximum Reimbursement Amount; (III) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts; (IV) Approving Form and Manner of Notice of All Procedures, Protections, Schedules, and Agreements; (V) Scheduling a Hearing to Consider the Proposed Sale; and (VI) Granting Certain Related Relief [D.I. 286; 4/15/15]

- b) Notice of Sale, Sale Procedures, Auction and Sale Hearing [D.I. 295; 4/16/15]

- c) Notice of (I) Entry into Stalking Horse Agreement and (II) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially All of the Debtors' Assets [D.I. 307; 4/17/15]

- d) First Amended Notice of (I) Entry into Stalking Horse Agreement and (II) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially All of the Debtors' Assets [D.I. 356; 4/27/15]

- e) Second Amended Notice of (I) Entry into Stalking Horse Agreement and (II) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially All of the Debtors' Assets [D.I. 461; 5/8/15]

- f) Corrected Second Amended Notice of (I) Entry into Stalking Horse Agreement and (II) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially All of the Debtors' Assets [D.I. 497; 5/11/15]

- g) Third Amended Notice of (I) Entry into Stalking Horse Agreement and (II) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially All of the Debtors' Assets [D.I. 515; 5/14/15]

- h) Supplement to Debtors' Sale Motion [D.I. 559; 5/27/15]

2
01:17378761.1

i) Debtors' Omnibus Reply in Support of the Sale Motion [D.I. 667; 6/15/15]

j) Notice of Filing of Final List of Executory Contracts and Unexpired Leases That May be Potentially Assumed and Assigned in Connection with the Sale of Substantially All of the Debtors' Assets [D.I. 681; 6/16/15]

k) Order (I) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Certain Related Relief [D.I. 698; 6/19/15]

l) Notice of Filing of Final Form of Asset Purchase Agreement Entered into By and Between the Debtors and the Back-Up Bidder in Connection with the Sale of Substantially All of the Debtors' Assets [D.I. 699; 6/19/15]

m) First Supplemental Cure Notice Setting Forth (I) Resolution of Previously-Adjourned Contract Objections and (II) Agreed-Upon Modifications to Cure List Approved by Sale Order [D.I. 819; 7/10/15]

Objection Deadline with Respect to the Proposed Cure Amounts:   May 8, 2015 at 4:00 p.m. (ET) [Extended for various parties]

Objections/Responses Received with Respect to Proposed Cure Amounts:

n) Limited Objection by GCCFC 2005-GG5 Terminus Industrial Limited Partnership to Proposed Cure Amount [D.I. 441; 5/8/15]

o) Limited Objection of Seebridge Media LLC to Proposed Cure Amounts [D.I. 445; 5/8/15]

p) Objection by CareSource Management Group Co. to Proposed Cure Amount [D.I. 446; 5/8/15]

q) Xerox Corporation's Objection to Proposed Cure Amounts [D.I. 457; 5/8/15]

r) Objection of Memorial Hermann Health System to Proposed Cure Amount [D.I. 459; 5/8/15]

s) Limited Objection of Customgraphix Printing Corp. to Proposed Cure Amount [D.I. 598; 6/3/15]

t) Informal Response to Proposed Cure Amount by Atlas Tag and Label Inc.

3

  u)  Informal Response to Proposed Cure Amount by Batson

  v)  Informal Response to Proposed Cure Amount by Canon Financial Services, Inc.

  w)  Informal Response to Proposed Cure Amount by Ennis Business Forms

  x)  Informal Response to Proposed Cure Amount by Forms Manufacturer, Inc.

  y)  Informal Response to Proposed Cure Amount by Kay Toledo Tag, Inc.

  z)  Informal Response of Oce Printing Systems USA, Inc. and Oce Financial Services, Inc.

  aa)  Informal Response to Proposed Cure Amount by PrintGraphics

  bb)  Informal Response to Proposed Cure Amount by Special Service Partners

  cc)  Informal Response to Proposed Cure Amount by Specialty Print Communications

Status:  With respect to the responses listed as items (t), (w), (x) (y), (aa), (bb) and (cc), these matters have been resolved as reflected in the supplemental cure list filed on July 10, 2015. With respect to item (q), the cure amount and allocation thereof has been resolved in principle; all other contract objections are adjourned to the next scheduled omnibus hearing on August 18, 2015. No hearing is necessary.

2. Georgia-Pacific Consumer Products LP's Motion for Relief from the Automatic Stay to Permit Setoff Under Section 553 of the Bankruptcy Code [D.I. 198; 4/6/15]

  Related Documents:  None.

  Objection Deadline:  May 5, 2015 at 4:00 p.m. (ET) [Extended for the Debtors and Silver Point Finance, LLC]

  Objections/Responses Received:  None to date.

  Status:  This matter is adjourned until August 18, 2015. The Debtors and Georgia Pacific have reached an agreement regarding Georgia Pacific's cure amount. In the event that Georgia-Pacific's contract is rejected in conjunction with the ongoing sale process, all parties' rights are reserved with respect to setoff and the allocation thereof.

3.  Debtors' Motion for Entry of an Order Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 636; 6/8/15]

    Related Documents:

    a)  Certificate of No Objection [D.I. 728; 6/24/15]

    b)  Order Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 733; 6/25/15]

    Objection Deadline:     June 22, 2015 at 4:00 p.m. (ET)

    Objections/Responses Received:     None.

    Status:     An order has been entered by the Court. No hearing is necessary.

**UNCONTESTED MATTERS WITH CERTIFICATIONS FILED**

4.  Motion of the Official Committee of Unsecured Creditors for Reconsideration of Order (I) Authorizing the Official Committee of Unsecured Creditors to Retain and Employ Jefferies LLC as Its Investment Banker, *Nunc Pro Tunc* to March 24, 2015, and (II) Waiving Certain Requirements of Local Rule 2016-2 [D.I. 719; 6/23/15]

    Related Documents:

    a)  Order (I) Authorizing the Official Committee of Unsecured Creditors to Retain and Employ Jefferies LLC as Its Investment Banker, *Nunc Pro Tunc* to March 24, 2015, and (II) Waiving Certain Requirements of Local Rule 2016-2 [D.I. 650; 6/10/15]

    b)  Certificate of No Objection [D.I. 816; 7/10/15]

    c)  **Order Granting the Motion of the Official Committee of Unsecured Creditors for Reconsideration of Order (I) Authorizing the Official Committee of Unsecured Creditors to Retain and Employ Jefferies LLC as Its Investment Banker, *Nunc Pro Tunc* to March 24, 2015, and (II) Waiving Certain Requirements of Local Rule 2016-2 [D.I. 824; 7/13/15]**

    Objection Deadline:     July 8, 2015 at 4:00 p.m. (ET)

    Objections/Responses Received:     None.

    **Status:     An order has been entered by the Court. No hearing is necessary.**

5. Debtors' Motion for Order Modifying that Certain Order Authorizing the Retention and Employment of McKinsey Recovery & Transformation Services U.S., LLC, to Authorize the Appointment of Kevin Carmody as Interim President, Chief Executive Officer, and Director [D.I. 729; 6/24/15]

   Related Documents:

   a) Certification of Counsel [D.I. 817; 7/10/15]

   b) **Order Modifying that Certain Order Authorizing the Retention and Employment of McKinsey Recovery & Transformation Services U.S., LLC, to Authorize the Appointment of Kevin Carmody as Interim President and Chief Executive Officer [D.I. 823; 7/13/15]**

   Objection Deadline:   July 8, 2015 at 4:00 p.m. (ET)

   Objections/Responses Received:

   c) Informal Response from the Office of the United States Trustee

   **Status:   An order has been entered by the Court.  No hearing is necessary.**

6. Debtors' Motion for Authority to (A) Terminate Severance Plan and (B) Modify and/or Terminate Other Employee Benefit Plans [D.I. 730; 6/24/15]

   Related Documents:

   a) Certificate of No Objection [D.I. 818; 7/10/15]

   b) **Order Authorizing Debtors to (A) Terminate Severance Plan and (B) Modify and/or Terminate Other Employee Benefit Plans [D.I. 825; 7/13/15]**

   Objection Deadline:   July 8, 2015 at 4:00 p.m. (ET)

   Objections/Responses Received:   None.

   **Status:   An order has been entered by the Court.  No hearing is necessary.**

## CONTESTED MATTERS GOING FORWARD

7. Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction [Adv. D.I. 2; 6/29/15]

   Related Documents:

- a) Adversary Complaint for Injunctive and Other Relief [Adv. D.I. 1; 6/29/15]

- b) Plaintiff's Memorandum of Law in Support of Its Motion for Temporary Restraining Order and Preliminary Injunction [Adv. D.I. 3; 6/29/15]

- c) Declaration of Kevin Carmody in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction [Adv. D.I. 4; 6/29/15]

- d) Temporary Restraining Order [Adv. D.I. 11; 7/1/15]

- e) Stipulation and Protective Order [Adv. D.I. 26; 7/9/15]

- f) First Amended Adversary Complaint for Injunctive and Other Relief [Adv. D.I. 36; 7/12/15]

Objections/Responses Received:

- g) Preliminary Response in Opposition to Debtors' Motion for a Temporary Restraining Order and Preliminary Injunction [Adv. D.I. 10; 7/1/15]

**Additional Pleadings:**

- h) **Certification of Counsel Regarding Temporary Restraining Order [Adv. D.I. 38; 7/14/15]**

**Status:**   This matter is adjourned to August 20, 2015.

8. Defendants' Motion to Transfer Venue and Memorandum of Law in Support of Motion [Adv. D.I. 29; 7/9/15]

Related Documents:

- a) Motion to Shorten Notice and Schedule Expedited Hearing on Defendants' Motion to Transfer Venue [Adv. D.I. 31; 7/9/15]

- b) Order Granting Defendants' Motion to Shorten Notice and Schedule Expedited Hearing on Defendants' Motion to Transfer Venue [Adv. D.I. 34; 7/10/15]

- c) Notice of Hearing [Adv. D.I. 35; 7/10/15]

Objection Deadline:   July 14, 2015 at 12:00 p.m. (ET) **[Extended for the Plaintiff to August 17, 2015 at 4:00 p.m. (ET)]**

7

01:17378761.1

Objections/Responses Received:    None to date.

**Status:    This matter is adjourned to August 20, 2015.**

Dated:  July 14, 2015
        Wilmington, Delaware          */s/ Andrew L. Magaziner*
                                      Michael R. Nestor (No. 3526)
                                      Kara Hammond Coyle (No. 4410)
                                      Andrew L. Magaziner (No. 5426)
                                      YOUNG CONAWAY STARGATT & TAYLOR, LLP
                                      Rodney Square
                                      1000 North King Street
                                      Wilmington, Delaware 19801
                                      Telephone:  (302) 571-6600
                                      Facsimile:  (302) 571-1253
                                      mnestor@ycst.com
                                      kcoyle@ycst.com
                                      amagaziner@ycst.com

                                      -and-

                                      Michael A. Rosenthal (NY No. 4697561)
                                      Samuel A. Newman (CA No. 217042)
                                      Jeremy L. Graves (CO No. 45522)
                                      Matthew G. Bouslog (CA No. 280978)
                                      GIBSON, DUNN & CRUTCHER LLP
                                      200 Park Avenue
                                      New York, New York 10166-0193
                                      Telephone:  (212) 351-4000
                                      Facsimile:  (212) 351-4035
                                      mrosenthal@gibsondunn.com
                                      snewman@gibsondunn.com
                                      jgraves@gibsondunn.com
                                      mbouslog@gibsondunn.com

                                      *Counsel to the Debtors and*
                                      *Debtors in Possession*