# SIGN-IN SHEET

**CASE NAME:** THE STANDARD REGISTER CO.
**CASE NO.:** 15-10541
**COURTROOM NO.:** 1 - JUDGE SHANNON
**DATE:** JULY 1, 2015

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mike Nestor | YCST | Debtors |
| Drew Magaziner | YCST | Debtors |
| Michael Rosenthal | Gibson-Dunn | Debtors |
| Kyle Kolb | Gibson-Dunn | Debtors |
| William Sullivan | Sullivan Hazeltine Allinson LLC | Craig Stevenson, Lynn Smith |
| William Hazeltine | " | " |
| Paul Kizel | Lowenstein Sandler LLP | Creditors Committee |
| Justin Ehrman | Polsinelli | " |