**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| | (Jointly Administered) |
| Debtors. | **Objection Deadline: August 4, 2015 at 4:00 p.m.**<br>**Hearing Date: August 18, 2015 at 10:00 a.m.** |

**SUMMARY OF FIRST INTERIM APPLICATION OF LOWENSTEIN SANDLER**
**LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS FOR COMPENSATION FOR SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM**
**MARCH 24, 2015 THROUGH MAY 31, 2015**

| | |
|---|---|
| Name of Applicant: | <u>Lowenstein Sandler LLP</u> |
| Authorized to provide professional services to: | <u>The Official Committee of Unsecured Creditors</u> |
| Petition Date: | <u>March 12, 2015</u> |
| Date of Retention: | <u>March 24, 2015</u> |
| Date of order approving retention: | <u>May 12, 2015 (effective as of March 24, 2015)</u> |
| Period for which compensation and reimbursement is sought: | <u>March 24, 2015 through May 31, 2015</u> |
| Amount of Compensation sought as actual, reasonable and necessary: | <u>$1,056,280.00</u> |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

Amount of Expense Reimbursement
sought as actual, reasonable and
necessary:                              $27,485.58[2]

This is a(n): ☐ Monthly  ☑ Interim  ☐ Final application

This application includes 9.3 hours with a value of $3,100.00 incurred in connection with the
preparation of monthly fee applications.

## PRIOR APPLICATION HISTORY

| Title | Date Filed | Period Covered | Requested | | Monthly Statements | | Certificate of No Objection / Signed Order |
|-------|-----------|----------------|-----------|----------|--------------------|-----------|-------------------|
| | | | Fees 100% | Expenses | Fees 80% | Expenses | |
| **First Monthly** | 5/19/15 | **March 24, 2015 – March 31, 2015** | **$209,616.75** | **$6,305.00** | **$167,692.94** | **$6,305.00** | **6/23/15** |
| **Second Monthly** | 6/9/15 | **April 1, 2015 – April 30, 2015** | **$447,105.25** | **$13,235.27** | **$357,684,20** | **$13,235.27** | **6/26/15** |
| **Third Monthly** | 6/16/15 | **May 1, 2015 – May 31, 2015** | **$399,558.00** | **$7,927.31** | **$319,646.40** | **$7,927.31** | **7/6/15** |

## SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM MARCH 24, 2015 THROUGH MAY 31, 2015

| Timekeeper Name | Year Admitted | Title | Department | Hours Worked | Rate | Bill Amount |
|-----------------|---------------|-------|------------|--------------|------|-------------|
| Alexander, Michele | 1995 | Partner | Tax | 2.80 | $780.00 | $2,184.00 |
| *Bender, Gerald C. - Travel Time | 1984 | Partner | Bankruptcy | 1.20 | $427.50 | $513.00 |
| Bender, Gerald C. | 1984 | Partner | Bankruptcy | 22.50 | $855.00 | $19,237.50 |
| Citron, Lowell A. | 1995 | Partner | Corporate | 43.00 | $790.00 | $33,970.00 |
| *Jung, Wojciech F. - Travel Time | 2003 | Partner | Bankruptcy | 3.80 | $300.00 | $1,140.00 |
| Jung, Wojciech F. | 2003 | Partner | Bankruptcy | 380.70 | $600.00 | $228,420.00 |
| *Kizel, Paul - Travel Time | 1982 | Partner | Bankruptcy | 16.00 | $352.50 | $5,640.00 |

---

[2] This amount includes $4,398.15 in reimbursable expenses of members of the Committee.

| Timekeeper Name | Year Admitted | Title | Department | Hours Worked | Rate | Bill Amount |
|---|---|---|---|---|---|---|
| Kizel, Paul | 1982 | Partner | Bankruptcy | 125.40 | $705.00 | $88,407.00 |
| Levine, Sharon L. | 1983 | Partner | Bankruptcy | 231.00 | $840.00 | $194,040.00 |
| Porter, Cassandra M. | 2004 | Counsel | Bankruptcy | 46.80 | $550.00 | $25,740.00 |
| Sica, Theodore C. | 2003 | Counsel | Corporate | 32.60 | $655.00 | $21,353.00 |
| Bazian, Barry Z. | 2013 | Associate | Bankruptcy | 43.20 | $340.00 | $14,688.00 |
| *Behlmann, Andrew D. - Travel Time | 2009 | Associate | Bankruptcy | 6.60 | $242.50 | $1,600.50 |
| Behlmann, Andrew D. | 2009 | Associate | Bankruptcy | 435.00 | $485.00 | $210,975.00 |
| Brown, Nicole M. | 2014 | Associate | Bankruptcy | 42.70 | $340.00 | $14,518.00 |
| Cobb, Kathryn | 2013 | Associate | Corporate | 32.50 | $345.00 | $11,212.50 |
| De Leo, Anthony | 2013 | Associate | Bankruptcy | 99.30 | $335.00 | $33,265.50 |
| Dorf, Randall B. | 2012 | Associate | Corporate | 39.60 | $395.00 | $15,642.00 |
| Jesse, Eric | 2009 | Associate | Litigation | 4.20 | $475.00 | $1,995.00 |
| Lifshitz, David | 2014 | Associate | Corporate | 71.00 | $300.00 | $21,300.00 |
| *Vislocky, Nicholas B. - Travel Time | 2013 | Associate | Bankruptcy | 5.20 | $185.00 | $962.00 |
| Vislocky, Nicholas B. | 2013 | Associate | Bankruptcy | 270.60 | $370.00 | $100,122.00 |
| Adams, Trina | N/A | Paralegal | Practice Support | 4.60 | $225.00 | $1,035.00 |
| Buccellato-Karnick, Gina C. | N/A | Paralegal | Bankruptcy | 10.40 | $200.00 | $2,080.00 |
| Jara, Gabriel | N/A | Paralegal | Practice Support | 7.10 | $200.00 | $1,420.00 |
| Lawler, Elizabeth B. | N/A | Paralegal | Bankruptcy | 6.20 | $200.00 | $1,240.00 |
| Pagano, Jamie J. | N/A | Paralegal | Practice Support | 12.80 | $225.00 | $2,880.00 |
| Grant, Natasha | N/A | Research Services | Knowledge and Research Services (Formerly Library) | 1.80 | $210.00 | $378.00 |
| Taggart, Katherine E | N/A | Research Services | Knowledge and Research Services (Formerly Library) | 1.40 | $230.00 | $322.00 |

| Timekeeper Name | Year Admitted | Title | Department | Hours Worked | Rate | Bill Amount |
|---|---|---|---|---|---|---|
| Total All Timekeepers: | | | | 2,000 | | $1,056,280.00 |
| | | | Attorney Blended Rate: | | $535.32 | |

*Reflects 50% rate reduction due to non-working travel time

## SUMMARY OF COMPENSATION BY PROJECT CATEGORY FOR THE PERIOD OF MARCH 24, 2015 THROUGH MAY 31, 2015

| Task Description | Hours | Total |
|---|---|---|
| Adversary Proceedings and Bankruptcy Court Litigation | 361.50 | $188,585.50 |
| Asset Analysis and Recovery | 0.50 | $420.00 |
| Asset Disposition | 284.60 | $167,345.00 |
| Assumption/Rejection of Leases and Contracts | 10.10 | $6,427.00 |
| Board of Directors | 4.20 | $2,066.00 |
| Business Operations | 40.50 | $24,747.00 |
| Case Administration | 33.50 | $14,161.50 |
| Claims Administration and Objections | 38.50 | $20,953.50 |
| Employee Benefits/Pensions | 42.50 | $24,238.50 |
| Employment and Retention Applications - Others | 53.50 | $33,931.00 |
| Fee Applications and Invoices - Others | 8.90 | $5,300.00 |
| Fee/Employment Applications | 23.70 | $8,522.00 |
| Fee/Employment Objections | 0.20 | $168.00 |
| Financing/Cash Collateral | 426.00 | $223,633.00 |
| General Bankruptcy Advice/Opinions | 1.30 | $513.50 |
| Investigation of Prepetition Lenders | 171.80 | $82,342.50 |
| Meetings of and Communication with Creditors | 115.00 | $68,342.00 |
| Non-Working Travel | 32.80 | $9,855.50 |
| Other - Insurance Matters | 7.60 | $4,371.00 |
| Other Contested Matters (excluding assumption/rejection motions) | 318.40 | $154,389.50 |
| Relief from Stay/Adequate Protection Proceedings | 9.10 | $5,476.50 |
| Schedules and Statements | 3.60 | $1,968.00 |
| Tax Issues | 12.20 | $8,523.50 |

| Task Description | Hours | Total |
|---|---|---|
| Total: | **2,000** | **$1,056,280.00** |

## EXPENSE SUMMARY FOR THE PERIOD OF
## MARCH 24, 2015 THROUGH MAY 31, 2015

| Expense Category | Vendor, if any | Amount |
|---|---|---|
| Computerized legal research | Pacer Service Center | 25.30 |
| Telecommunications | American Express | 39.59 |
| Telecommunications | Premiere Global Services | 674.43 |
| Transcript charges | U.S. Legal Support - New York | 6,797.79 |
| Travel | XYZ Two Way Radio Service, Inc. | 185.84 |
| Travel | My Limousine Service | 176.98 |
| Travel | Elite Limousine Plus Inc. | 114.72 |
| Travel | American Express | 2,843.97 |
| Travel | American Express/Trv. | 3,083.35 |
| Travel | | 2,368.63 |
| Bulk rate/special postage | | 50.85 |
| Computerized legal research | | 6,575.08 |
| Miscellaneous | | 6.00 |
| Photocopies (1,449 pages at $0.10 per page) | | 144.90 |
| Reimbursable expenses of Committee Members | | $4,398.15 |
| **Total Disbursements** | | **$27,485.58** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No.  15-10541 (BLS) |
| | (Jointly Administered) |
| Debtors. | **Objection Deadline: August 4, 2015 at 4:00 p.m.** |
| | **Hearing Date: August 18, 2015 at 10:00 a.m.** |

**FIRST INTERIM APPLICATION OF LOWENSTEIN SANDLER LLP AS
COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES FOR THE PERIOD FROM
<u>MARCH 24, 2015 THROUGH MAY 31, 2015</u>**

Pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, Lowenstein Sandler LLP ("**Lowenstein Sandler**"), as counsel to the Official Committee of Unsecured Creditors (the "**Committee**"), appointed in the chapter 11 cases of The Standard Register Company, et al., the above captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), submits its first interim application (the "**Application**") for allowance of compensation and reimbursement of expenses for the period of March 24, 2015 through May 31, 2015 (the "**Interim Period**").  By this Application, pursuant to the Interim Compensation Order (defined below), Lowenstein Sandler seeks allowance and payment of compensation in the amount of $1,056,280.00 for services rendered by Lowenstein Sandler during the Interim Period.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001).  The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

Lowenstein Sandler also seeks allowance and reimbursement of its actual and necessary expenses in the amount of $27,485.58[2] for the Interim Period.    In support of this Application, Lowenstein Sandler respectfully states as follows:

### BACKGROUND AND INTRODUCTION

1.    On March 12, 2015 (the "**Petition Date**"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, thereby commencing the above-captioned chapter 11 cases (the "**Chapter 11 Cases**").

2.    The Debtors continue to operate their businesses and manage their property as Debtors-In-Possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.    No trustee or examiner has been appointed in these Chapter 11 Cases.

3.    On March 24, 2015, the Office of the United States Trustee appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code [D.I. 99].

4.    On March 24, 2015, the Committee selected Lowenstein Sandler to serve as its counsel in the Chapter 11 Cases.    Thereafter, the Committee selected Polsinelli PC as its Delaware counsel.

5.    On May 12, 2015, the Court entered the *Order Authorizing the Employment and Retention of Lowenstein Sandler LLP as Counsel to the Official Committee of Unsecured Creditors effective as of March 24, 2015* ("Retention Order") [Docket No. 505].  The Retention Order authorizes Lowenstein Sandler to be compensated in accordance with the procedures set forth in 11 U.S.C. §§ 330 and 331, the applicable Federal Rules of Bankruptcy Procedure, the rules of this Court and any Order entered by this Court with respect to the compensation of professionals.

---

[2] This amount includes $4,398.15 in reimbursable expenses of members of the Committee.

6.     On April 13, 2015, the Court entered the *Order Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals* (the "**Interim Compensation Order**") [D.I. 260].

7.     Pursuant to the Interim Compensation Order, the Professionals are required to comply with certain requirements of the *United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013 (the "**Revised UST Guidelines**").   The Office of the United States Trustee has promulgated forms to aid in compliance with the Revised UST Guidelines.   Charts and tables based on such forms are attached hereto as exhibits and filled out with data to the extent relevant to these cases:

| | |
|---|---|
| **Exhibit A:** | Customary and Comparable Compensation Disclosures with Fee Applications; |
| **Exhibit B:** | Summary of Timekeepers Included in this Fee Application; |
| **Exhibit C-1:** | Budgets; |
| **Exhibit C-2:** | Staffing Plan; |
| **Exhibit D-1:** | Summary of Compensation Requested by Project Category; |
| **Exhibit D-2:** | Summary of Expense Reimbursement Requested by Category; and |
| **Exhibit E:** | Summary Cover Sheet of Fee Application. |

**LOWENSTEIN SANDLER'S APPLICATION FOR
COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES**

8.     Lowenstein Sandler's monthly fee applications (the "**Monthly Fee Applications**") for the periods of March 24, 2015 through May 31, 2015 have been filed and served pursuant to the Interim Compensation Order.

9.      On May 19, 2015, Lowenstein Sandler filed its First Monthly Application As Counsel To The Official Committee Of Unsecured Creditors For Compensation For Services Rendered And Reimbursement Of Expenses For The Period From March 24, 2015 Through March 31, 2014 [Docket No. 529] (the "**First Monthly Fee Application**") requesting $209,616.75 in fees and $6,305.00[3] in expenses.  The Certificate of No Objection for the First Monthly Fee Application was filed on June 23, 2015 [Docket No. 718].

10.      On June 9, 2015, Lowenstein Sandler filed its Second Monthly Application As Counsel To The Official Committee Of Unsecured Creditors For Compensation For Services Rendered And Reimbursement Of Expenses For The Period From April 1, 2015 Through April 30, 2015 [Docket No. 640] (the "**Second Monthly Fee Application**") requesting $447,105.25 in fees and $13,253.27 in expenses.  The Certificate of No Objection for the Second Monthly Fee Application was filed on June 26, 2015 [Docket No. 745].

11.      On June 16, 2015, Lowenstein  Sandler filed its Third Monthly Application As Counsel To The Official Committee Of Unsecured Creditors For Compensation For Services Rendered And Reimbursement Of Expenses For The Period From May 1, 2015 Through May 31, 2015 [Docket No. 676] (the "**Third Monthly Fee Application**") requesting $399,558.00 in fees and $7,927.31 in expenses.   The Certificate of No Objection for the Second Monthly Fee Application was filed on July 6, 2015 [Docket No. 779].

12.      The Monthly Fee Applications covered by this Application contain detailed daily time logs describing the actual and necessary services provided and expenses incurred by Lowenstein Sandler during the periods covered by such applications, as well as other detailed information required to be included in fee applications.  A detailed description of the services

---

[3] This amount includes $4,398.15 in reimbursable expenses of members of the Committee.

rendered during the Interim Period is attached hereto as **Exhibit A-1** and a detailed description of the expenses incurred during the Interim Period is attached hereto as **Exhibit D-3**.

13.    In accordance with the Interim Compensation Order,  Lowenstein Sandler seeks interim approval and payment in an amount equal to the difference between the full amount of the fees and expenses requested in the above-referenced Monthly Fee Applications and the actual payments received by Lowenstein Sandler on account of the Monthly Fee Applications.

## SUMMARY OF SERVICES

14.    During the Compensation Period, Lowenstein Sandler rendered professional services to the Committee solely in connection with these Chapter 11 Cases and on behalf of the Committee in accordance with Lowenstein Sandler's professional responsibilities.  The services performed were necessary to the administration of these Chapter 11 Cases and were beneficial at the time at which the services were rendered.  All services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed.

15.    The categories of services performed by Lowenstein Sandler during the Application Period are summarized as follows:

    a.    <u>Case Administration</u>:  This category includes various administrative tasks conducted by Lowenstein Sandler including, without limitation, reviewing general case documents, reviewing and maintaining case calendars, filing and service of pleadings, preparing *pro hac vice* applications, setting up a discovery database and creating Committee contact lists, as well as other miscellaneous tasks that are otherwise not separately classifiable.  33.5 hours, $14,161.50.

b.    <u>Asset Analysis and Recovery</u>:    This category includes time spent by Lowenstein Sandler in connection with obtaining data room access for discovery. 0.5 hours, $420.00.

c.    <u>Investigation of Prepetition Lenders</u>:    This category includes time spent with respect to the Committee's investigation of the liens and claims of the Debtors' prepetition lenders.  The time spent in this category includes the review of prepetition loan documents, review and analysis of other relevant documents relating to the Debtors' prepetition loans and related transactions, review and analysis of the extent, validity and priority of the liens of the prepetition lenders, research and analysis of potential challenges to certain liens of the prepetition lenders, communications with counsel for the Debtors and the prepetition lenders with respect to the liens and claims of the prepetition lenders, and the preparation of summaries, memoranda and other written materials regarding the liens and claims of the prepetition lenders.  171.8 hours, $82,342.50.

d.    <u>Asset Disposition</u>:    This category includes time spent by Lowenstein Sandler in connection with the disposition of assets of the Debtors' estates. The time spent in this category includes communications with the Debtors' counsel and the Committee's financial advisors regarding the sale process and bid procedures process in connection with the sale of the Debtors' business and the preparation of the Committee's objections to the bid procedures and sale motions.  Lowenstein Sandler also prepared for and took depositions in connection with the sale, engaged in discovery and

6

research in connection with the sale, and communicated with potential bidders. 86.6 hours, $57,575.00.

e.    <u>Relief from Stay/Adequate Protection Proceedings</u>:  This category includes time spent by Lowenstein Sandler in connection with researching issues involved with lift stay motions filed by parties such as Volt Consulting Group, Ltd., Georgia-Pacific Consumer Products, LP and CareSource Management Group Co., as well as communications with the Debtors' counsel, counsel to the various counterparties and the Committee regarding the resolution of these lift stay motions.  9.1 hours, $5,476.50.

f.    <u>Meetings of and Communications with Creditors</u>: This category includes time spent by Lowenstein Sandler communicating with the Committee (both in written updates and through telephonic meetings) and other creditors concerning all aspects of the Chapter 11 Cases.  Such communications included, but were not limited to, communications regarding the drafting of Committee bylaws and confidentiality agreements, selection of a financial advisor, preparation for the §341 meeting, preparation of a §1102 motion, updates regarding case developments and strategy, the sale processes, discovery, status of various motions, DIP financing, committee member expenses, and claim issues. This category also includes time spent by Lowenstein Sandler responding to creditor inquiries.  115.00 hours, $68,342.00.

g.      <u>Fee/Employment Applications</u>:    This category includes time spent by Lowenstein Sandler in connection with the preparation and filing of its retention application and monthly fee applications.  23.7 hours, $8,552.00.

h.      <u>Employment and Retention Applications - Others</u>:  This category includes time spent by Lowenstein Sandler in connection with the selection of financial advisors and local counsel for the Committee, as well as the preparation and filing of the retention applications of professionals retained by the Committee in these Chapter 11 Cases, and communications with various parties regarding the retention applications. This category also includes time spent by Lowenstein Sandler in connection with the review of the Debtors' motions to retain various professionals.    Lowenstein Sandler also attended to objections to the retention of certain professionals by the Committee, and prepared a response to the objections and prosecuted same.  53.50 hours, $33,931.00.

i.      <u>Fee/Employment Objections</u>: This category includes *de minimus* time spent by Lowenstein Sandler in connection with the Committee's objection to the retention of certain professionals by the Debtors.  0.2 hours, $168.00.

j.      <u>Fee Applications and Invoices – Others</u>:  This category includes time spent by Lowenstein Sandler reviewing fee applications filed by the Debtors' professionals, as well as reviewing fee applications of professionals retained by the Committee.  This category also includes time spent by Lowenstein Sandler preparing budget and staffing plans, and

8

preparing an application for reimbursement of expenses.   8.9 hours, $5,300.00.

k.   <u>Assumption/Rejection of Leases and Contracts</u>:   This category includes time spent by Lowenstein Sandler in connection with attending to the Debtors' proposed assumption and assignment of executory contracts, and rejection of certain leases, as well as attending to various objections to cure amounts in connection with the Debtors' assumption of certain executory contracts and unexpired leases.  10.1 hours, $6,427.00.

l.   <u>Other Contested Matters (excluding assumption/rejection motions)</u>: This category includes significant time spent by Lowenstein Sandler engaging in discovery in connection with the Debtors' prepetition transactions, post-petition financing, insider and avoidance actions, and valuation issues. This category also includes time spent communicating with the Debtors' counsel, counsel to the various counterparties and the Committee regarding these issues.  In addition, this category includes time spent by Lowenstein Sandler drafting a motion for standing with respect to claims including pre-petition transactions, prosecuting the contested motion, as well as negotiating a scheduling order and engaging in settlement discussions with the Debtors' and lenders' counsel.   318.40 hours, $154,389.50.

m.   <u>Non-Working Travel</u>: This category covers time expended by attorneys from Lowenstein Sandler for traveling to Court to attend hearings and meetings on behalf of the Committee. This category also includes time

spent by Lowenstein Sandler traveling to New York, Ohio and Illinois for depositions. Travel related time incurred by Lowenstein Sandler is billed at 50% of normal hourly rates. 32.8 hours, $9,855.50.

n.    <u>Business Operations</u>: This category includes time spent in connection with preparing objections to the Debtors' critical vendor and cash management motions and providing input to the Debtors regarding the orders approving these motions. Lowenstein Sandler attorneys also spent time in this category attending to the closure of bank accounts, researching intercompany transactions and reviewing monthly operating reports, weekly performance reporting and other financial data of the Debtors. 40.5 hours, $24,747.00.

o.    <u>Employee Benefits/Pensions</u>:  This category includes work performed by Lowenstein Sandler in connection with the wage motion and KEIP motion, engaging in discovery related to the KEIP motion, and resolving the Committee's objection to the KEIP motion. 42.5 hours, $24,238.50.

p.    <u>Financing/Cash Collateral</u>:  This category includes significant time Lowenstein Sandler spent reviewing and analyzing all relevant pleadings, correspondence and other documents in connection with the Debtors' DIP financing.  This category includes time spent conducting due diligence, extensive discovery and legal research and drafting objections, as well as corresponding and communicating with the Debtors' counsel, the lender's counsel, the Committee's financial advisor regarding the DIP financing terms and budget.  This category also includes time spent by Lowenstein

Sandler addressing amendments to the budget and interim and final DIP financing orders. 426.0 hours, $223,633.00.

q.    Tax Issues:  This category includes time spent by Lowenstein Sandler in connection with the Debtors' net operating loss motion, and preparation of the Committee's objection to same.  12.2 hours, $8,523.50.

r.    Board of Directors:  This category includes time spent by Lowenstein Sandler in connection with review of the Debtors' board meeting minutes and certain SEC filings.  4.2 hours, $2,066.00.

s.    Claims Administration and Objections: This category includes time spent by Lowenstein Sandler attending to the Debtors' critical vendor motion, and providing input to the Debtors regarding the critical vendor order. This category also includes time spent in connection with providing input to the Debtors regarding the bar date motion, and preparing an objection to certain Section 503(b)(9) claims.   38.5 hours, $20,953.50.

t.    General Bankruptcy Advice/Opinions: This category includes time spent by Lowenstein Sandler on telephone calls in connection with researching and analyzing potential causes of action.  1.3 hours, $513.50.

u.    Adversary Proceedings and Bankruptcy Court Litigation:  This category includes significant time spent by Lowenstein Sandler in connection with drafting a lien challenge complaint, as well as researching causes of action and drafting a complaint against the Debtors' directors and officers and prepetition secured lenders. 361.50 hours, $188,585.50.

11

v.    <u>Schedules and Statements</u>:  This category includes time spent by Lowenstein Sandler reviewing the Debtors' Schedules and Statements of Financial Affairs.  3.6 hours, $1,968.00.

w.    <u>Other- Insurance Matters</u>:  This category includes time spent by Lowenstein Sandler in connection with the Debtors' D&O insurance coverage, and corresponding with D&O insurance carriers regarding claims. 7.6 hours, $4,371.00.

16.    Lowenstein Sandler has rendered professional services as counsel to the Committee as requested and necessary and appropriate in furtherance of the Committee's duties and functions in these Chapter 11 Cases.

17.    During the course of these Chapter 11 Cases, Lowenstein Sandler incurred and paid its actual and necessary disbursements and expenses.

18.    This is Lowenstein Sandler's first interim application pursuant to the Interim Compensation Order.  Lowenstein Sandler has made no prior or other application to this or any other Court for the relief requested herein.  Lowenstein Sandler has and will continue to perform additional necessary services subsequent to May 31, 2015, for which Lowenstein Sandler will file subsequent fee applications

## STATEMENT FROM THE APPLICANT

19.    Pursuant to the Revised UST Guidelines, Lowenstein Sandler states as follows:

a)    Lowenstein Sandler has not agreed to variations from, or alternatives to, its standard or customary billing rates, fees or terms for services that were provided during the Interim Period.

12

b)     The fees sought by Lowenstein Sandler in this Application for the period of March 24, 2015 through May 31, 2015 are within the fees budgeted pursuant to the budgets provided by Lowenstein Sandler to the Committee for these months.

c)     No professionals from Lowenstein Sandler covered by the Interim Period for this Application have varied their hourly rates based upon the geographical location of the Chapter 11 Cases.

d)     The Interim Period covered by this Application includes 1.8 hours with a value of $1,080.00 spent by Lowenstein Sandler reviewing invoices to ensure that the time entries attached to this application are properly coded to comply with the U.S. Trustee Guidelines.

e)     This Application includes 1.1 hours with a value of $660.00 spent by Lowenstein Sandler in reviewing time records to redact any privileged or other confidential information.

f)     There were no hourly rate increases by Lowenstein Sandler during the Interim Period.


*(the remainder of this page has intentionally been left blank)*

**RELIEF REQUESTED**

20.     By this Application, Lowenstein Sandler requests that the Court approve payment of one-hundred percent (100%) of the fees and expenses incurred by Lowenstein Sandler during the Interim Period of March 24, 2015 through May 31, 2015.

21.     The professional services and related expenses for which Lowenstein Sandler requests approval were rendered and incurred in connection with the Chapter 11 Cases in accordance with Lowenstein Sandler's professional responsibilities as counsel to the Committee. Lowenstein Sandler's services have been necessary and beneficial to the Committee, the Debtors, the Debtors' estates and creditors, and other parties in interest.

22.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount of compensation requested by Lowenstein Sandler in this Application is fair and reasonable given (a) the complexity of the Chapter 11 Cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code. Moreover, Lowenstein Sandler has reviewed the requirements of Del. Bankr. L.R. 2016-2, the Interim Compensation Order and the Revised UST Guidelines and believes this Application complies with such Local Rule, Order and guidelines.

**CERTIFICATION OF COUNSEL**

23.     A Certification of Counsel is attached hereto as **Exhibit F** and made part of this Application.

**WHEREFORE**, Lowenstein Sandler LLP respectfully requests the Court enter an order, substantially in the form attached hereto, providing (a)  that an interim allowance be made to Lowenstein Sandler LLP for the period from March 24, 2015 through May 31, 2015, in the amount of (i) $1,056,280.00 as compensation for necessary professional services rendered, and (ii) $27,485.58 for actual and necessary expenses incurred, for a total of $1,083,765.58; (b) that

the Debtors are authorized and directed to pay Lowenstein Sandler the outstanding amount of such sums; and (c) for such other and further relief as may be just and proper.

Dated: July 15, 2015

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Sharon L. Levine, Esq.
Paul Kizel, Esq.
Wojciech F. Jung, Esq.
65 Livingston Avenue
Roseland, NJ  07068
Telephone:  (973-597-2500
Facsimile:  (973) 597-2400
krosen@lowenstein.com
slevine@lowenstein.com
pkizel@lowenstein.com
wjung@lowenstein.com

*-and –*

Gerald C. Bender, Esq.
1251 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 262-6700
Facsimile:  (212) 262-7402
gbender@lowenstein.com

*-and-*

**POLSINELLI PC**

/s/ Christopher A. Ward
Christopher A. Ward, Esq.
Justin K. Edelson, Esq.
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone:  (302) 252-0920
Facsimile:  (302) 252-0921
cward@polsinelli.com
jedelson@polsinelli.com

***Counsel to the Official Committee of Unsecured Creditors***

15