# EXHIBIT B

**EXHIBIT B**

**Summary of Timekeepers Included in this Fee Application**

| Name | Title | Department | Date of 1st Admission | Fees Billed | Hours Billed | Number of Rate Increases | Hourly Rate Billed In This Application |
|---|---|---|---|---|---|---|---|
| Alexander, Michele | Partner | Tax | 1995 | 2,184.00 | 2.80 | 0 | 780.00 |
| *Bender, Gerald C. - Travel Time | Partner | Bankruptcy | 1984 | 513.00 | 1.20 | 0 | 427.50 |
| Bender, Gerald C. | Partner | Bankruptcy | 1984 | 19,237.50 | 22.50 | 0 | 855.00 |
| Citron, Lowell A. | Partner | Corporate | 1995 | 33,970.00 | 43.00 | 0 | 790.00 |
| *Jung, Wojciech F. - Travel Time | Partner | Bankruptcy | 2003 | 1,140.00 | 3.80 | 0 | 300.00 |
| Jung, Wojciech F. | Partner | Bankruptcy | 2003 | 228,420.00 | 380.70 | 0 | 600.00 |
| *Kizel, Paul - Travel Time | Partner | Bankruptcy | 1982 | 5,640.00 | 16.00 | 0 | 352.50 |
| Kizel, Paul | Partner | Bankruptcy | 1982 | 88,407.00 | 125.40 | 0 | 705.00 |
| Levine, Sharon L. | Partner | Bankruptcy | 1983 | 194,040.00 | 231.00 | 0 | 840.00 |
| Porter, Cassandra M. | Counsel | Bankruptcy | 2004 | 25,740.00 | 46.80 | 0 | 550.00 |
| Sica, Theodore C. | Counsel | Corporate | 2003 | 21,353.00 | 32.60 | 0 | 655.00 |
| Bazian, Barry Z. | Associate | Bankruptcy | 2013 | 14,688.00 | 43.20 | 0 | 340.00 |
| *Behlmann, Andrew D. - Travel Time | Associate | Bankruptcy | 2009 | 1,600.50 | 6.60 | 0 | 242.50 |
| Behlmann, Andrew D. | Associate | Bankruptcy | 2009 | 210,975.00 | 435.00 | 0 | 485.00 |
| Brown, Nicole M. | Associate | Bankruptcy | 2014 | 14,518.00 | 42.70 | 0 | 340.00 |
| Cobb, Kathryn | Associate | Corporate | 2013 | 11,212.50 | 32.50 | 0 | 345.00 |
| De Leo, Anthony | Associate | Bankruptcy | 2013 | 33,265.50 | 99.30 | 0 | 335.00 |
| Dorf, Randall B. | Associate | Corporate | 2012 | 15,642.00 | 39.60 | 0 | 395.00 |
| Jesse, Eric | Associate | Litigation | 2009 | 1,995.00 | 4.20 | 0 | 475.00 |
| Lifshitz, David | Associate | Corporate | 2014 | 21,300.00 | 71.00 | 0 | 300.00 |
| *Vislocky, Nicholas B. - Travel Time | Associate | Bankruptcy | 2013 | 962.00 | 5.20 | 0 | 185.00 |
| Vislocky, Nicholas B. | Associate | Bankruptcy | 2013 | 100,122.00 | 270.60 | 0 | 370.00 |

| | |
|---|---|
| Case Name: | The Standard Register Company, et al. |
| Case Number: | 15-10541 (BLS) |
| Applicant's Name: | Lowenstein Sandler LLP |
| Date of Application: | July 15, 2015 |
| Interim or Final: | First Interim |

UST Form 11-330-C   (2013)                                                                                                  Page 1

| Name | Title | Department | Date of 1st Admission | Fees Billed | Hours Billed | Number of Rate Increases | Hourly Rate Billed In This Application |
|---|---|---|---|---|---|---|---|
| Adams, Trina | Paralegal | Practice Support | N/A | 1,035.00 | 4.60 | 0 | 225.00 |
| Buccellato-Karnick, Gina C. | Paralegal | Bankruptcy | N/A | 2,080.00 | 10.40 | 0 | 200.00 |
| Jara, Gabriel | Paralegal | Practice Support | N/A | 1,420.00 | 7.10 | 0 | 200.00 |
| Lawler, Elizabeth B. | Paralegal | Bankruptcy | N/A | 1,240.00 | 6.20 | 0 | 200.00 |
| Pagano, Jamie J. | Paralegal | Practice Support | N/A | 2,880.00 | 12.80 | 0 | 225.00 |
| Grant, Natasha | Research Services | Knowledge and Research Services (Formerly Library) | N/A | 378.00 | 1.80 | 0 | 210.00 |
| Taggart, Katherine E | Research Services | Knowledge and Research Services (Formerly Library) | N/A | 322.00 | 1.40 | 0 | 230.00 |

\*      Reflects 50% rate reduction due to non-working travel time