# EXHIBIT D-1

**EXHIBIT D-1**

**Summary of Compensation Requested by Project Category[1]**

| Project Category | Hours Budgeted (if applicable) | Fees Budgeted (if applicable) | | Hours Billed | Fees Sought |
|---|---|---|---|---|---|
| Adversary Proceedings and Bankruptcy Court Litigation | 750 | $238,600.00 | - $430,700.00 | 361.50 | $188,585.50 |
| Asset Analysis and Recovery | 360 | $129,050.00 | - $234,800.00 | 0.50 | $420.00 |
| Asset Disposition | 660 | $257,700.00 | - $484,600.00 | 284.60 | $167,345.00 |
| Assumption/Rejection of Leases and Contracts | 40 | $12,990.00 | - $23,440.00 | 10.10 | $6,427.00 |
| Board of Directors | 0 | $0.00 | | 4.20 | $2,066.00 |
| Business Operations | 130 | $45,850.00 | - $84,650.00 | 40.50 | $24,747.00 |
| Case Administration | 155 | $52,000.00 | - $95,000.00 | 33.50 | $14,161.50 |
| Claims Administration and Objections | 77 | $27,875.00 | - $51,160.00 | 38.50 | $20,953.50 |
| Employee Benefits/Pensions | 60 | $22,075.00 | - $40,475.00 | 42.50 | $24,238.50 |
| Employment and Retention Applications - Others | 34 | $12,470.00 | - $23,180.00 | 53.50 | $33,931.00 |
| Fee Applications and Invoices - Others | 30 | $11,830.00 | - $22,460.00 | 8.90 | $5,300.00 |
| Fee/Employment Applications | 59 | $10,340.00 | - $19,065.00 | 23.70 | $8,522.00 |
| Fee/Employment Objections | 90 | $29,200.00 | - $53,250.00 | 0.20 | $168.00 |
| Financing/Cash Collateral | 525 | $178,475.00 | - $325,875.00 | 426.00 | $223,633.00 |
| General Bankruptcy Advice/Opinions | 18 | $7,640.00 | - $14,510.00 | 1.30 | $513.50 |
| Investigation of Prepetition Lenders | 230 | $75,400.00 | - $134,800.00 | 171.80 | $82,342.50 |
| Meetings of and Communication with Creditors | 200 | $77,350.00 | - $144,550.00 | 115.00 | $68,342.00 |
| Non-Working Travel | 80 | $33,200.00 | - $62,700.00 | 32.80 | $9,855.50 |
| Other - Insurance Matters | 60 | $19,850.00 | - $35,900.00 | 7.60 | $4,371.00 |
| Other Contested Matters (excluding assumption/rejection motions) | 386 | $134,510.00 | - $245,870.00 | 318.40 | $154,389.50 |
| Relief from Stay/Adequate Protection Proceedings | 36 | $12,350.00 | - $22,360.00 | 9.10 | $5,476.50 |

[1] Covers period of March 24, 2015 through July 31, 2015

**Case Name:**           **The Standard Register Company, et al.**

**Case Number:**         **15-10541 (BLS)**

**Applicant's Name:**     **Lowenstein Sandler LLP**

**Date of Application:**   **July 15, 2015**

**Interim or Final:**      **First Interim**

| Project Category | Hours Budgeted (if applicable) | Fees Budgeted (if applicable) | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Schedules and Statements | 0 | $0.00 | 3.60 | $1,968.00 |
| Tax Issues | 40 | $16,600.00    -    $31,350.00 | 12.20 | $8,523.50 |
| **TOTAL** | | | **2,000.00** | **$1,056,280.00** |