# EXHIBIT D-2

**EXHIBIT D-2**

**Summary of Expense Reimbursement Requested by Category**

| Category | Vendor, If any | Unit Cost, if applicable | Amount |
|---|---|---|---|
| Computerized legal research | Pacer Service Center | | 25.30 |
| Telecommunications | American Express | | 39.59 |
| Telecommunications | Premiere Global Services | | 674.43 |
| Transcript charges | U.S. Legal Support - New York | | 6,797.79 |
| Travel | XYZ Two Way Radio Service, Inc. | | 185.84 |
| Travel | My Limousine Service | | 176.98 |
| Travel | Elite Limousine Plus Inc. | | 114.72 |
| Travel | American Express | | 2,843.97 |
| Travel | American Express/Trv. | | 3,083.35 |
| Travel | | | 2,368.63 |
| Bulk rate/special postage | | | 50.85 |
| Computerized legal research | | | 6,575.08 |
| Miscellaneous | | | 6.00 |
| Photocopies (1,449 pages) | | $0.10 | 144.90 |
| Reimbursable expenses of Committee Members | | | $4,398.15 |
| **TOTAL DISBURSEMENTS** | | | **$27,485.58** |

| | |
|---|---|
| **Case Name:** | **The Standard Register Company, et al.** |
| **Case Number:** | **15-10541 (BLS)** |
| **Applicant's Name:** | **Lowenstein Sandler LLP** |
| **Date of Application:** | **July 15, 2015** |
| **Interim or Final:** | **First Interim** |

UST Form 11-330-C   (2013)                                              Page 1