# EXHIBIT D-3

**EXHIBIT D-3**

**Detailed Description of Expenses**

| Date | Description | Amount |
|---|---|---|
| **Miscellaneous** | | |
| 04/07/15 | Other Office Costs (catering charges for beverages NY conf room) | $6.00 |
| | | |
| **Bulk rate/special postage** | | |
| 05/19/15 | Bulk Rate/Special Postage () | 50.85 |
| | | |
| **Computerized legal research** | | |
| 03/27/15 | Computerized legal research: Lexis:  User: BEHLMANN,  ANDREW; Service: LEXIS LEGAL SERVICES; Charge Type: COMPUTER CONECTN TIME-2187; SINGLE DOCUMENT RETRIEVAL-11.00; COMPUTER CONECTN TIME-61; LEGAL CITATION SERVICES-2.00; ; | 292.07 |
| 04/03/15 | Computerized legal research: Lexis:  User: KELLY-VERDUCCI,  TERRY; Service: BRIEFS PLEADINGS MOTIONS; Charge Type: SEARCHES-1.00; DOCUMENT PRINTING-1.00; SINGLE DOCUMENT RETRIEVAL-3.00; ; | 400.14 |
| 05/07/15 | Computerized legal research: Lexis:  User: BEHLMANN,  ANDREW; Service: LEXIS LEGAL SERVICES; Charge Type: LEGAL CITATION SERVICES-1.00; COMPUTER CONECTN TIME-267; SINGLE DOCUMENT RETRIEVAL-2.00; ; | 55.85 |
| 05/15/15 | Computerized legal research: Lexis:  User: KELLY-VERDUCCI,  TERRY; Service: LEXIS LEGAL SERVICES; Charge Type: DOCUMENT PRINTING-3.00; SINGLE DOCUMENT RETRIEVAL-4.00; ; | 133.74 |
| 05/18/15 | Computerized legal research: Lexis:  User: KELLY-VERDUCCI,  TERRY; Service: LEXIS LEGAL SERVICES; Charge Type: DOCUMENT PRINTING-4.00; SINGLE DOCUMENT RETRIEVAL-4.00; ; | 149.79 |
| 03/25/15 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q12015 DATE: 4/21/2015 Date: 03/25/2015 Court: DEBK Pages: 199 | 19.90 |
| 03/25/15 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q12015 DATE: 4/21/2015 Date: 03/25/2015 Court: VAEBK Pages: 9 | 0.90 |
| 03/26/15 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q12015 DATE: 4/21/2015 Date: 03/26/2015 Court: DEBK Pages: 13 | 1.30 |
| 03/28/15 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q12015 DATE: 4/21/2015 Date: 03/28/2015 Court: DEBK Pages: 3 | 0.30 |
| 03/30/15 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q12015 DATE: 4/21/2015 Date: 03/30/2015 Court: DEBK Pages: 28 | 2.80 |

| | |
|---|---|
| Case Name: | **The Standard Register Company, et al.** |
| Case Number: | **15-10541 (BLS)** |
| Applicant's Name: | **Lowenstein Sandler LLP** |
| Date of Application: | **July 15, 2015** |
| Interim or Final: | **First Interim** |

UST Form 11-330-C   (2013)                    Page 1

| Date | Description | Amount |
|---|---|---|
| 03/31/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q12015 DATE: 4/21/2015 Date: 03/31/2015 Court: DEBK Pages: 1 | 0.10 |
| 03/28/15 | Computerized legal research: Westlaw: User Name: PORTER,CASSANDRA M / Duration of Search: 00:00 / Transaction: 12 / Docs/Lines: 0 | 890.91 |
| 03/30/15 | Computerized legal research: Westlaw: User Name: GRANT,NATASHA / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 49.00 |
| 04/02/15 | Computerized legal research: Westlaw: User Name: COBB,KATHRYN A / Duration of Search: 00:00 / Transaction: 7 / Docs/Lines: 0 | 444.96 |
| 04/14/15 | Computerized legal research: Westlaw: User Name: DORF,RANDALL B / Duration of Search: 00:00 / Transaction: 31 / Docs/Lines: 0 | 276.97 |
| 04/16/15 | Computerized legal research: Westlaw: User Name: DORF,RANDALL B / Duration of Search: 00:00 / Transaction: 39 / Docs/Lines: 0 | 49.00 |
| 04/17/15 | Computerized legal research: Westlaw: User Name: DORF,RANDALL B / Duration of Search: 00:00 / Transaction: 23 / Docs/Lines: 0 | 296.97 |
| 04/20/15 | Computerized legal research: Westlaw: User Name: DORF,RANDALL B / Duration of Search: 00:00 / Transaction: 40 / Docs/Lines: 0 | 1,352.86 |
| 04/21/15 | Computerized legal research: Westlaw: User Name: BROWN,NICOLE M / Duration of Search: 00:00 / Transaction: 16 / Docs/Lines: 0 | 295.97 |
| 04/22/15 | Computerized legal research: Westlaw: User Name: BEHLMAN,ANDREW / Duration of Search: 00:00 / Transaction: 4 / Docs/Lines: 0 | 24.00 |
| 04/23/15 | Computerized legal research: Westlaw: User Name: BROWN,NICOLE M / Duration of Search: 00:00 / Transaction: 7 / Docs/Lines: 0 | 246.98 |
| 04/27/15 | Computerized legal research: Westlaw: User Name: BROWN,NICOLE M / Duration of Search: 00:00 / Transaction: 5 / Docs/Lines: 0 | 98.99 |
| 04/28/15 | Computerized legal research: Westlaw: User Name: BROWN,NICOLE M / Duration of Search: 00:00 / Transaction: 12 / Docs/Lines: 0 | 246.98 |
| 05/06/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 05/07/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 05/08/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 05/09/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 05/10/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 05/11/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 05/12/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |

| Date | Description | Amount |
|---|---|---|
| 05/13/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 05/14/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 05/15/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 60 / Docs/Lines: 0 | 106.99 |
| 05/15/15 | Computerized legal research: Westlaw: User Name: DORF,RANDALL B / Duration of Search: 00:00 / Transaction: 9 / Docs/Lines: 0 | 98.99 |
| 05/16/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 05/17/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 05/18/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 6 / Docs/Lines: 0 | 32.00 |
| 05/19/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 05/20/15 | Computerized legal research: Westlaw: User Name: DE LEO,ANTHONY / Duration of Search: 00:00 / Transaction: 9 / Docs/Lines: 0 | 98.99 |
| 05/20/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 6 / Docs/Lines: 0 | 8.00 |
| 05/21/15 | Computerized legal research: Westlaw: User Name: BEHLMAN,ANDREW / Duration of Search: 00:00 / Transaction: 5 / Docs/Lines: 0 | 48.00 |
| 05/21/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 05/22/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 15 / Docs/Lines: 0 | 106.99 |
| 05/23/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 05/24/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 05/25/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 05/26/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 3 / Docs/Lines: 0 | 8.00 |
| 05/27/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 05/28/15 | Computerized legal research: Westlaw: User Name: BROWN,NICOLE M / Duration of Search: 00:00 / Transaction: 34 / Docs/Lines: 0 | 395.96 |

| | | |
|---|---|---|
| 05/28/15 | Computerized legal research: Westlaw:  User Name:  VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 05/29/15 | Computerized legal research: Westlaw:  User Name:  VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 05/30/15 | Computerized legal research: Westlaw:  User Name:  VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  10 / Docs/Lines:  0 | 205.98 |
| 05/31/15 | Computerized legal research: Westlaw:  User Name:  VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |

**Telecommunications**

| | | |
|---|---|---|
| 04/24/15 | Other Telecommunications Charges (VENDOR: American Express; INVOICE#: 042915; DATE: 4/29/2015 Courtcall - Telephonic Court appearance) | 39.59 |
| 03/25/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall) | 4.14 |
| 03/25/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA) | 0.17 |
| 03/25/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall) | 4.14 |
| 03/25/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA) | 0.17 |
| 03/25/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeetÂ® Audio - Call Minimum Shortfall) | 3.64 |
| 03/25/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeetÂ® Audio - Toll Free  - USA) | 0.77 |
| 03/25/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeetÂ® Audio - Call Minimum Shortfall) | 3.64 |
| 03/25/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeetÂ® Audio - Toll Free  - USA) | 0.72 |
| 03/25/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeetÂ® Audio - Call Minimum Shortfall) | 3.64 |
| 03/25/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeetÂ® Audio - Toll Free  - USA) | 0.72 |
| 03/25/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeetÂ® Audio - Call Minimum Shortfall) | 3.64 |
| 03/25/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeetÂ® Audio - Toll Free  - USA) | 0.77 |
| 03/26/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall) | 4.10 |
| 03/26/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA) | 0.21 |

| Date | Description | Amount |
|---|---|---|
| 03/26/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeet® Audio NA - Toll Free  - USA) | 21.20 |
| 03/27/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeet® Audio NA - Call Minimum Shortfall) | 3.48 |
| 03/27/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeet® Audio NA - Toll Free  - USA) | 0.96 |
| 03/27/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeet® Audio NA - Toll Free  - USA) | 14.44 |
| 03/27/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeet® Audio NA - Toll Free  - USA) | 45.38 |
| 03/27/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeet® Audio NA - Call Minimum Shortfall) | 1.77 |
| 03/27/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeet® Audio NA - Toll Free  - USA) | 3.02 |
| 03/28/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeet® Audio NA - Call Minimum Shortfall) | 0.01 |
| 03/28/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeet® Audio NA - Toll Free  - USA) | 5.19 |
| 03/28/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeet® Audio NA - Call Minimum Shortfall) | 3.48 |
| 03/28/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeet® Audio NA - Toll Free  - USA) | 0.94 |
| 03/29/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeet® Audio NA - Toll Free  - USA) | 49.24 |
| 03/29/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeet® Audio NA - Toll Free  - USA) | 6.47 |
| 03/30/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeet® Audio NA - Call Minimum Shortfall) | 4.10 |
| 03/30/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeet® Audio NA - Toll Free  - USA) | 0.21 |
| 03/30/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeet® Audio NA - Toll Free  - USA) | 10.29 |
| 03/30/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeet® Audio NA - Call Minimum Shortfall) | 1.64 |
| 03/30/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeet® Audio NA - Toll Free  - USA) | 3.22 |
| 03/30/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18368065 DATE: 3/31/2015 GlobalMeet® Audio NA - Toll Free  - USA) | 12.95 |
| 04/01/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeet® Audio NA - Toll Free  - USA) | 32.51 |

| Date | Description | Amount |
|---|---|---|
| 04/01/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeet® Audio NA - Call Minimum Shortfall) | 2.21 |
| 04/01/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeet® Audio NA - Toll Free - USA) | 2.46 |
| 04/02/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeet® Audio NA - Call Minimum Shortfall) | 2.89 |
| 04/02/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeet® Audio NA - Toll Free - USA) | 1.63 |
| 04/02/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeet® Audio NA - Call Minimum Shortfall) | 1.89 |
| 04/02/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeet® Audio NA - Toll Free - USA) | 2.80 |
| 04/02/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeet® Audio NA - Call Minimum Shortfall) | 4.14 |
| 04/02/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeet® Audio NA - Toll Free - USA) | 0.17 |
| 04/02/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeet® Audio NA - Toll Free - USA) | 10.78 |
| 04/03/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeet® Audio NA - Call Minimum Shortfall) | 0.05 |
| 04/03/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeet® Audio NA - Local Access - USA) | 3.24 |
| 04/03/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeet® Audio NA - Toll Free - USA) | 1.92 |
| 04/06/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeet® Audio NA - Call Minimum Shortfall) | 1.77 |
| 04/06/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeet® Audio NA - Toll Free - USA) | 3.03 |
| 04/06/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeet® Audio NA - Toll Free - USA) | 38.80 |
| 04/08/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeet® Audio NA - Call Minimum Shortfall) | 1.04 |
| 04/08/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeet® Audio NA - Toll Free - USA) | 3.70 |
| 04/08/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeet® Audio NA - Toll Free - USA) | 9.46 |
| 04/10/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeet® Audio NA - Call Minimum Shortfall) | 0.68 |

| Date | Description | Amount |
|---|---|---:|
| 04/10/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA) | 4.25 |
| 04/10/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA) | 5.29 |
| 04/11/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA) | 2.68 |
| 04/11/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall) | 2.03 |
| 04/12/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA) | 17.53 |
| 04/12/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA) | 11.18 |
| 04/16/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA) | 17.09 |
| 04/17/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA) | 71.69 |
| 04/20/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA) | 5.80 |
| 04/21/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA) | 6.91 |
| 04/21/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall) | 3.48 |
| 04/21/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA) | 0.99 |
| 04/21/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall) | 2.40 |
| 04/21/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA) | 2.26 |
| 04/22/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall) | 0.49 |
| 04/22/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA) | 4.54 |
| 04/23/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA) | 6.39 |
| 04/23/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA) | 22.25 |
| 04/23/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall) | 2.39 |
| 04/23/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA) | 2.29 |

| Date | Description | Amount |
|---|---|---|
| 04/23/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall) | 4.14 |
| 04/23/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA) | 0.17 |
| 04/24/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall) | 1.40 |
| 04/24/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA) | 3.51 |
| 04/24/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA) | 7.94 |
| 04/24/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA) | 61.18 |
| 04/27/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA) | 8.45 |
| 04/27/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall) | 4.14 |
| 04/27/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA) | 0.17 |
| 04/28/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA) | 25.55 |
| 04/30/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA) | 7.32 |
| 04/30/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall) | 2.13 |
| 04/30/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA) | 2.64 |
| 04/30/15 | Long distance telephone - External (VENDOR: Premiere Global Services INVOICE#: 18554146 DATE: 4/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA) | 10.13 |

**Transcript charges**

| Date | Description | Amount |
|---|---|---|
| 04/10/15 | Transcript Charges (VENDOR: U.S. Legal Support - New York; INVOICE#: 250896; DATE: 4/10/2015 Transcript Charges) | 765.70 |
| 04/10/15 | Transcript Charges (VENDOR: U.S. Legal Support - New York; INVOICE#: 250898; DATE: 4/10/2015 Transcript Charges) | 1,456.24 |
| 04/15/15 | Transcript Charges (VENDOR: U.S. Legal Support - New York; INVOICE#: 251267; DATE: 4/15/2015) | 1,316.65 |
| 04/15/15 | Transcript Charges (VENDOR: U.S. Legal Support - New York; INVOICE#: 251249; DATE: 4/15/2015) | 478.50 |
| 04/16/15 | Transcript Charges (VENDOR: U.S. Legal Support - New York; INVOICE#: 251337; | 2,780.70 |

DATE: 4/16/2015 Transcript Charges)

**Travel**

| | | |
|---|---|---:|
| 04/09/15 | Travel - Accommodations (VENDOR: Levine, Sharon L.; INVOICE#: 043015-1; DATE: 4/30/2015 Attend deposition-Chicago) | 283.68 |
| 04/10/15 | Travel - Accommodations (VENDOR: Kizel, Paul; INVOICE#: 041315; DATE: 4/13/2015  Travel to Chicago for depositions) | 266.56 |
| 04/11/15 | Travel - Accommodations (VENDOR: Kizel, Paul; INVOICE#: 051415; DATE: 5/14/2015  Travel to Chicago for depositions-) | 306.38 |
| 04/11/15 | Travel - Accommodations (VENDOR: American Express; INVOICE#: 042915; DATE: 4/29/2015 Chicago Renaissance - Behlmann hotel) | 266.56 |
| 03/31/15 | Travel - Airfare (VENDOR: American Express; INVOICE#: 042915; DATE: 4/29/2015 United Airlines - Behlmann flights for Deposition - Ohio) | 22.00 |
| 03/31/15 | Travel - Airfare (VENDOR: American Express; INVOICE#: 042915; DATE: 4/29/2015 Behlmann flights for Deposition - Airfare from: Newark / to: Ohio) | 29.00 |
| 03/31/15 | Travel - Airfare (VENDOR: American Express; INVOICE#: 042915; DATE: 4/29/2015 Behlmann flights for Deposition - Airfare from: Newark / to: Ohio) | 45.00 |
| 03/31/15 | Travel - Airfare (VENDOR: American Express; INVOICE#: 042915; DATE: 4/29/2015 Behlmann flights for Deposition - Airfare from: Newark / to: Ohio) | 9.00 |
| 03/31/15 | Travel - Airfare (VENDOR: American Express; INVOICE#: 042915; DATE: 4/29/2015 Behlmann flights for Deposition - Airfare from: Newark / to: Ohio) | 1,234.20 |
| 04/04/15 | Travel - Airfare (VENDOR: American Express; INVOICE#: 042915; DATE: 4/29/2015 Behlmann flights for Deposition - Airfare from: Newark / to: Ohio) | 880.21 |
| 04/07/15 | Travel - Airfare (VENDOR: American Express/Trv. INVOICE#: 042915-1 DATE: 4/30/2015 Ticket #: 7586339386; Route: EWR ORD EWR; Date: 04/09/2015; LTS #: 156120) | 930.20 |
| 04/07/15 | Travel - Airfare (VENDOR: American Express/Trv. INVOICE#: 042915-1 DATE: 4/30/2015 Ticket #: 7586339385; Route: EWR ORD EWR; Date: 04/09/2015; LTS #: 156118) | 930.20 |
| 04/07/15 | Travel - Airfare (VENDOR: American Express/Trv. INVOICE#: 042915-1 DATE: 4/30/2015 Ticket #: 0645936111; Route: ; Date: ; LTS #: 156120) | 39.00 |
| 04/07/15 | Travel - Airfare (VENDOR: American Express/Trv. INVOICE#: 042915-1 DATE: 4/30/2015 Ticket #: 0645936110; Route: ; Date: ; LTS #: 156118) | 39.00 |
| 04/10/15 | Travel - Airfare (VENDOR: American Express/Trv. INVOICE#: 042915-1 DATE: 4/30/2015 Ticket #: 0646137043; Route: ; Date: ; LTS #: 156593) | 39.00 |
| 04/13/15 | Travel - Airfare (VENDOR: American Express/Trv. INVOICE#: 042915-1 DATE: 4/30/2015 Ticket #: 0646203705; Route: ; Date: ; LTS #: 156714) | 24.95 |
| 04/17/15 | Travel - Airfare (VENDOR: American Express; INVOICE#: 042915; DATE: 4/29/2015 Behlmann flights for Deposition - Airfare from: Newark / to: Ohio) | 72.00 |
| 04/22/15 | Travel - Airfare (VENDOR: American Express; INVOICE#: 042915; DATE: 4/29/2015 Behlmann flights for Deposition - Airfare from: Newark / to: Ohio) | 45.00 |

| Date | Description | Amount |
|---|---|---:|
| 04/22/15 | Travel - Airfare (VENDOR: American Express; INVOICE#: 042915; DATE: 4/29/2015 Behlmann flights for Deposition - Airfare from: Newark / to: Ohio) | -72.00 |
| 04/22/15 | Travel - Airfare (VENDOR: American Express; INVOICE#: 042915; DATE: 4/29/2015 Behlmann flights for Deposition - Airfare from: Newark / to: Ohio) | -45.00 |
| 04/26/15 | Travel - Airfare (VENDOR: Kizel, Paul; INVOICE#: 051415; DATE: 5/14/2015 Travel to Chicago for depositions- Baggage fee) | 35.00 |
| 03/26/15 | Amtrak Rail travel (VENDOR: American Express/Trv. INVOICE#: 032815-1 DATE: 3/28/2015 Ticket #: 5032616254; Route: NWK WIL NWK; Date: 04/01/2015; LTS #: 155246) | 303.00 |
| 03/26/15 | Amtrak Rail travel (VENDOR: American Express/Trv. INVOICE#: 032815-1 DATE: 3/28/2015 Ticket #: 0645538430; Route: ; Date: ; LTS #: 155246) | 39.00 |
| 04/08/15 | Amtrak Rail travel (VENDOR: American Express/Trv. INVOICE#: 042915-1 DATE: 4/30/2015 Ticket #: 5040810091; Route: NWK WIL NWK; Date: 04/13/2015; LTS #: 156259) | 358.00 |
| 04/08/15 | Amtrak Rail travel (VENDOR: American Express/Trv. INVOICE#: 042915-1 DATE: 4/30/2015 Ticket #: 0645993292; Route: ; Date: ; LTS #: 156259) | 39.00 |
| 04/12/15 | Amtrak Rail travel (VENDOR: Kizel, Paul; INVOICE#: 051415; DATE: 5/14/2015 Travel to Delaware for hearing) | 303.00 |
| 04/13/15 | Amtrak Rail travel (VENDOR: American Express; INVOICE#: 042915; DATE: 4/29/2015 Amtrak to hearing) | 358.00 |
| 04/20/15 | Amtrak Rail travel (VENDOR: American Express/Trv. INVOICE#: 042915-1 DATE: 4/30/2015 Ticket #: 5042012431; Route: NWK WIL NWK; Date: 04/21/2015; LTS #: 157388) | 358.00 |
| 04/20/15 | Amtrak Rail travel (VENDOR: American Express/Trv. INVOICE#: 042915-1 DATE: 4/30/2015 Ticket #: 0646494090; Route: ; Date: ; LTS #: 157388) | 39.00 |
| 04/21/15 | Amtrak Rail travel (VENDOR: American Express/Trv.; INVOICE#: 042915-1; DATE: 4/30/2015  -  VENDOR: American Express/Trv. INVOICE#: 042915-1 DATE: 4/30/2015  NWK WIL NWK ticket #3160061074  |) | -55.00 |
| 04/29/15 | Amtrak Rail travel (VENDOR: Kizel, Paul; INVOICE#: 051415; DATE: 5/14/2015 Travel to Delaware for hearing) | 418.00 |
| 05/12/15 | Amtrak Rail travel (VENDOR: Jung, Wojciech F.; INVOICE#: 051415; DATE: 5/14/2015 Revised fare charge) | 73.00 |
| 03/24/15 | Meals (local) (VENDOR: Levine, Sharon L.; INVOICE#: 032615-1; DATE: 3/26/2015 Attend committee meeting) | 3.51 |
| 04/13/15 | Meals (local) (VENDOR: Levine, Sharon L.; INVOICE#: 042115-1; DATE: 4/21/2015 Attend hearing in Newark) | 3.30 |
| 04/09/15 | Out of town ground travel (mileage, taxi, tolls etc...) (VENDOR: Kizel, Paul; INVOICE#: 051415; DATE: 5/14/2015  Travel to Chicago for depositions- taxi) | 48.05 |
| 04/29/15 | Out of town ground travel (mileage, taxi, tolls etc...) (VENDOR: Kizel, Paul; INVOICE#: 051415; DATE: 5/14/2015  Travel to Chicago for depositions-taxi) | 16.30 |

| Date | Description | Amount |
|---|---|---|
| 05/12/15 | Out of town ground travel (mileage, taxi, tolls etc...) (VENDOR: Kizel, Paul; INVOICE#: 051415; DATE: 5/14/2015  Travel to Delaware for hearing) | 25.00 |
| 04/10/15 | Meals (out of town travel) (VENDOR: Kizel, Paul; INVOICE#: 041315; DATE: 4/13/2015  Travel to Chicago for depositions) | 79.81 |
| 04/10/15 | Meals (out of town travel) (VENDOR: Levine, Sharon L.; INVOICE#: 043015-1; DATE: 4/30/2015 Attend deposition) | 133.61 |
| 04/10/15 | Meals (out of town travel) (VENDOR: Kizel, Paul; INVOICE#: 051415; DATE: 5/14/2015  Travel to Chicago for depositions-) | 27.67 |
| 03/24/15 | Local Travel (VENDOR: Levine, Sharon L.; INVOICE#: 032615-1; DATE: 3/26/2015 Attend committee meeting) | 47.80 |
| 04/03/15 | Local Travel (VENDOR: Elite Limousine Plus Inc.; INVOICE#: 1629798; DATE: 4/3/2015 - From: LS - NY Office / To: 1247 Beach 9th Street / Travel Date: 3/31/2015) | 114.72 |
| 04/08/15 | Local Travel (VENDOR: Kizel, Paul; INVOICE#: 041315; DATE: 4/13/2015  Travel to NY for depositions) | 175.37 |
| 04/09/15 | Local Travel (VENDOR: Bazian, Barry Z.; INVOICE#: 042215; DATE: 4/22/2015 Late night cab home) | 42.99 |
| 04/13/15 | Local Travel (VENDOR: Levine, Sharon L.; INVOICE#: 042115-1; DATE: 4/21/2015 Attend hearing in Newark) | 27.80 |
| 04/15/15 | Local Travel (VENDOR: My Limousine Service; INVOICE#: 67273; DATE: 4/15/2015 - From: 10 Woodcroft Place, Short Hills, NJ / To: EWR Airport / Travel Date: 4/9/2015) | 90.84 |
| 04/15/15 | Local Travel (VENDOR: My Limousine Service; INVOICE#: 67273; DATE: 4/15/2015 - From: EWR Airport / To: 10 Woodcroft Place, Short Hills, NJ / Travel Date: 4/10/2015) | 86.14 |
| 04/15/15 | Local Travel (VENDOR: XYZ Two Way Radio Service, Inc.; INVOICE#: 1559875; DATE: 4/15/2015 - From: LS - NY Office / To: Short Hills, NJ / Travel Date: 4/8/2015) | 99.43 |
| 04/15/15 | Local Travel (VENDOR: XYZ Two Way Radio Service, Inc.; INVOICE#: 1559875; DATE: 4/15/2015 - From: LS - NY Office / To: EWR Airport / Travel Date: 4/9/2015) | 86.41 |
| 04/21/15 | Local Travel (VENDOR: Vislocky, Nicholas; INVOICE#: 042915; DATE: 4/29/2015 Attend 341 meeting) | 23.00 |
| 05/12/15 | Local Travel (VENDOR: Jung, Wojciech F.; INVOICE#: 051415; DATE: 5/14/2015 Attend hearing) | 28.80 |

**Photocopies**

| | | |
|---|---|---|
| | Internal photocopies:  1,449 pages at $0.10 per page | 144.90 |

| | **Total Disbursements** | **$23,087.43** |
|---|---|---|