# EXHIBIT E

**EXHIBIT E**

**Summary Cover Sheet of Fee Application**

| | |
|---|---|
| Name of applicant | Lowenstein Sandler LLP |
| Name of client | Official Committee Of Unsecured Creditors |
| Time period covered by application | March 24, 2015 through May 31, 2015 |
| Total compensation sought this period | $1,056,280.00 |
| Total expenses sought this period | $27,485.58 |
| Petition date | March 12, 2015 |
| Retention date | March 24, 2015 |
| Date or order approving employment | May 12, 2015 |
| Total compensation approved by interim order to date | $0.00 |
| Total expenses approved by interim order to date | $0.00 |
| Total allowed compensation paid to date | $167,692.94 |
| Total allowed expenses paid to date | $6,305.00 |
| Blended rate in this application for all attorneys | $535.32 |
| Blended rate in this application for all timekeepers | $528.14 |
| Compensation sought in this application already paid pursuant to a monthly compensation order but not yet allowed | $167,692.94 |
| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed | $6,305.00 |
| Number of professionals (attorneys) included in this application | 17 |
| If applicable, number of professionals in this application not included in staffing plan approved by client | N/A |
| If applicable, difference between fees budgeted and compensation sought for this application period | N/A |
| Number of professionals (attorneys) billing fewer than 15 hours to the case during this period | 2 |
| Are any rates higher than those approved or disclosed at retention? If yes, calculate the amount of compensation attributable to any rate increase | No |

| | |
|---|---|
| **Case Name:** | **The Standard Register Company, et al.** |
| **Case Number:** | **15-10541 (BLS)** |
| **Applicant's Name:** | **Lowenstein Sandler LLP** |
| **Date of Application:** | **July 15, 2015** |
| **Interim or Final:** | **First Interim** |

UST Form 11-330-C   (2013)                                   Page 1