# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, *et al*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered)<br><br>Objection Deadline: August 4, 2015 at 4:00 p.m.<br>Hearing Date: August 18, 2015 at 10:00 a.m. |

**FIRST INTERIM APPLICATION OF POLSINELLI PC AS DELAWARE BANKRUPTCY COUNSEL AND CONFLICTS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM THE PERIOD OF <u>MARCH 24, 2015 THROUGH MAY 31, 2015</u>**

| Name of Applicant | Polsinelli PC |
|---|---|
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | May 12, 2015 *nunc pro tunc* to March 24, 2015 |
| Period for which compensation and reimbursement is sought: | March 24, 2015 – May 31, 2015 |
| Amount of compensation sought as actual, reasonable, and necessary: | $99,526.95 |
| Amount of expense reimbursement sought as actual, reasonably, and necessary: | $4,000.89 |

This is a ____ monthly __**X**__ interim ___ final application.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

| Date & Docket No. Filed | Filing Period | Requested Fees | Requested Expenses | CNO Date & Docket No. | Amount of Fees Authorized to be Paid (80%) | Amount of Expenses Authorized to be Paid (100%) | Unapproved Holdback |
|---|---|---|---|---|---|---|---|
| 05/28/2015 [561] | 03/24/2015 through 03/31/2015 | $14,224.50 | $359.85 | CNO 06/17/2015 [688] | $11,379.60 | $359.85 | $2,844.90 |
| 06/09/2015 [641] | 04/01/2015 through 04/30/2015 | $45,904.05 | $641.59 | CNO 06/26/2015 [746] | $36,723.24 | $641.59 | $9,180.81 |
| 06/16/2015 [680] | 05/01/2015 through 05/31/2015 | $39,398.40 | $2,999.45 | CNO 07/06/2015 [780] | $31,518.72 | $2,999.45 | $7,879.68 |
| **TOTAL** | | **$99,526.95** | **$4,000.89** | | **$79,621.56** | **$4,000.89** | **$19,905.39** |

Pursuant to sections 327, 330, and 331 of chapter 11 of Title 11 of the United States Code, (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the *Order Authorizing Employment and Retention of Polsinelli PC Nunc Pro Tunc to March 24, 2015, as Delaware Counsel and Conflicts Counsel to the Official Committee of Unsecured Creditors* [Docket No. 504] (the "**Retention Order**"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals,* dated April 10, 2015 [Docket No. 260] (the "**Interim Compensation Order**"), and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the law firm of Polsinelli PC ("**Polsinelli**" or the "**Firm**"), Delaware bankruptcy and conflicts counsel to the Official Committee of Unsecured Creditors (the "**Committee**") of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), files this first interim fee application (this "**Interim Fee Application**") for: (i) compensation in the amount of $99,526.95 for the reasonable and necessary legal services Polsinelli rendered to the Committee from March 24, 2015 through May 31, 2015 (the "**Fee Period**"); (ii) reimbursement for actual and necessary expenses in the amount of $4,000.89 that Polsinelli incurred during the Fee Period; and (iii) authorization for the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") to pay the full amount requested

in the Interim Fee Application, including the 20% holdback of fees as provided for by the Interim Compensation Order.

Notice of this Interim Fee Application has been provided in accordance with the procedures set forth in the Interim Compensation Order.

WHEREFORE, Polsinelli requests that it be allowed reimbursement for its fees and expenses incurred during the Fee Period in the total amount of $103,527.84, consisting of (a) $99,526.95 in fees incurred by the Committee for reasonable and necessary professional services rendered by Polsinelli, and (b) $4,000.89 for actual and necessary costs and expenses.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>July 15, 2015 | */s/ Christopher A. Ward*<br>Christopher A. Ward (Del. Bar No. 3877)<br>Justin K. Edelson (Del. Bar No. 5002)<br>**POLSINELLI PC**<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>Facsimile:  (302) 252-0921<br>cward@polsinelli.com<br>jedelson@polsinelli.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |

50742786.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, *et al*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered) |

### VERIFICATION OF CHRISTOPHER A. WARD

1. I am the Managing Shareholder of the Wilmington, Delaware office of POLSINELLI PC ("**Polsinelli**"), which maintains offices for the practice of law at 222 Delaware Avenue, Suite 1101, Wilmington, Delaware 19801, among 20 other locations. I also serve as Co-Chair of Polsinelli's Bankruptcy and Financial Restructuring Practice. I am an attorney-at-law, duly admitted and in good standing to practice in the State of Delaware, as well as the United States Court of Appeals for the Third Circuit, and the United States District Court for the District of Delaware.

2. I have personally performed many of the legal services rendered by Polsinelli as Delaware bankruptcy and conflicts counsel to the Official Committee of Unsecured Creditors (the "**Committee**"), and I am familiar with all other work performed on behalf of the Committee by the lawyers and other employees at Polsinelli.

3. The facts set forth in the foregoing Interim Fee Application are true and correct to the best of my knowledge, information, and belief.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

50742786.1

4.	I have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and believe that the Interim Fee Application for Polsinelli complies with same.

5.	Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the forgoing is true and correct.

                                            Respectfully submitted,

                                            */s/ Christopher A. Ward*
                                            Christopher A. Ward (Del. Bar. No. 3877)