**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | Hearing Date: August 18, 2015 at 10:00 a.m. (ET)<br>Obj. Deadline: August 4, 2015 at 4:00 p.m. (ET) |

**FIRST INTERIM QUARTERLY FEE
REQUESTS OF THE DEBTORS' PROFESSIONALS**

TO: (I) THE DEBTORS; (II) THE OFFICE OF THE UNITED STATES TRUSTEE; (III) COUNSEL FOR SILVER POINT FINANCE, LLC; (IV) COUNSEL FOR BANK OF AMERICA, N.A.; (V) COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND (VI) ALL PARTIES THAT HAVE FILED A NOTICE OF APPEARANCE IN THESE CHAPTER 11 CASES PURSUANT TO BANKRUPTCY RULE 2002.

PLEASE TAKE NOTICE that, pursuant to that certain *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, entered on April 13, 2015 [Docket No. 260] (the "**Interim Compensation Order**"), certain professionals retained by the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") hereby apply for interim quarterly allowance of compensation and reimbursement of expenses (the "**Fee Request**") for all interim applications filed during the previous quarterly period covering the period from March 12, 2015, through and including May 31, 2015. Summaries of the fees and expenses that are the subject of this Fee Request are summarized in the attachments hereto.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

01:17332703.1

PLEASE TAKE FURTHER NOTICE that, pursuant to the Interim Compensation Order, the Debtors were authorized to pay on an interim basis 80% of the amount of compensation requested and 100% of the amount requested for reimbursement of expenses without further order of the Court upon the expiration of a 15-day objection period.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Fee Request are to be filed and served on the affected professional and the parties set forth in the Interim Compensation Order on or before **August 4, 2015, at 4:00 p.m. (ET).**

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Fee Request will be held before the Honorable Brendan L. Shannon in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801, on **August 18, 2015 at 10:00 a.m. (ET)**.

[*Signature Page Follows*]

Dated: July 15, 2015
Wilmington, Delaware

/s/ Michael R. Nestor
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
mnestor@ycst.com
kcoyle@ycst.com
amagaziner@ycst.com

-and-

Michael A. Rosenthal (NY No. 4697561)
Samuel A. Newman (CA No. 217042)
Jeremy L. Graves (CO No. 45522)
Matthew G. Bouslog (CA No. 280978)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
mrosenthal@gibsondunn.com
snewman@gibsondunn.com
jgraves@gibsondunn.com
mbouslog@gibsondunn.com

*Counsel to the Debtors and
Debtors in Possession*

01:17332703.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | Hearing Date: August 18, 2015 at 10:00 a.m. (ET)<br>Obj. Deadline: August 4, 2015 at 4:00 p.m. (ET) |

**FIRST INTERIM QUARTERLY FEE REQUEST**

Name of Applicant: Young Conaway Stargatt & Taylor, LLP

Authorized to Provide Professional
Services to: Debtors and Debtors in Possession

Date of Retention: April 13, 2015
(*Nunc Pro Tunc* to March 12, 2015)

Period for which compensation and
reimbursement is sought: March 12, 2015 through June 30, 2015

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | CNO Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To Be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 3/12/15 – 3/31/15 [D.I. 348; 4/24/15] | $139,057.00 | $1,794.60 | D.I. 512; 5/13/15 | $111,245.60 | $1,794.60 | $27,811.40 |
| 4/1/15 – 4/30/15 [D.I. 520; 5/18/15] | $253,927.50 | $8,309.31 | D.I. 701; 6/19/15 | $203,142.00 | $8,309.31 | $50,785.50 |
| 5/1/15 – 5/31/15 [D.I. 673; 6/15/15] | $163,342.00 | $3,710.09 | D.I. 769; 7/2/15 | $130,673.60 | $3,710.09 | $32,668.40 |
| 6/1/15 – 6/30/15 [D.I. 771; 7/2/15] | $178,902.50 | $11,997.19 | TBD | $143,122.00 | $11,997.19 | $35,780.50 |
| **TOTAL** | **$735,229.00** | **$25,811.19** | | **$588,183.20** | **$25,811.19** | **$147,045.80** |

- Attached hereto as **Exhibit A** is a supplemental disclosure regarding the First Interim Fee Request.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | Hearing Date: August 18, 2015 at 10:00 a.m. (ET) |
| | Obj. Deadline: August 4, 2015 at 4:00 p.m. (ET) |

## FIRST INTERIM QUARTERLY FEE REQUEST

| | |
|---|---|
| Name of Applicant: | Gibson, Dunn & Crutcher LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | April 13, 2015 (*Nunc Pro Tunc* to March 12, 2015) |
| Period for which compensation and reimbursement is sought: | March 12, 2015 through June 30, 2015 |

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | CNO Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To Be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 3/12/15 – 3/31/15 [D.I. 347; 4/24/15] | $775,326.00 | $15,289.43 | D.I. 511; 5/13/15 | $620,260.80 | $15,289.43 | $155,065.20 |
| 4/1/15 – 4/30/15 [D.I. 519; 5/18/15] | $1,291,716.25 | $22,773.78 | D.I. 700; 6/19/15 | $1,033,373.00 | $22,773.78 | $258,343.25 |
| 5/1/15 – 5/31/15 [D.I. 672; 6/15/15] | $768,411.00 | $16,036.18 | D.I. 768; 7/2/15 | $614,728.80 | $16,036.18 | $153,682.20 |
| 6/1/15 – 6/30/15 [D.I. 770; 7/2/15] | $874,641.25 | $19,681.01 | TBD | $699,713.00 | $19,681.01 | $174,928.25 |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

01:17332703.1

| TOTAL | $3,695,879.50[2] | $73,780.40 | | $2,968,075.60 | $73,780.40 | $727,803.90[3] |
|---|---|---|---|---|---|---|

- Attached hereto as **Exhibit B** is a supplemental disclosure regarding the First Interim Fee Request.

---

[2] The total reflects a non-working travel reduction of $64,939.50, which was previously reflected in Gibson Dunn's Monthly Fee Applications, plus an additional voluntary reduction of $14,215.00, which is comprised of fees attributable to transitory and certain non-attorney timekeepers.

[3] This amount reflects the voluntary reduction described above.

01:17332703.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | Hearing Date: August 18, 2015 at 10:00 a.m. (ET) |
| | Obj. Deadline: August 4, 2015 at 4:00 p.m. (ET) |

**FIRST INTERIM QUARTERLY FEE REQUEST**

Name of Applicant:    Prime Clerk LLC

Authorized to Provide Professional
Services to:    Debtors and Debtors in Possession

Date of Retention:    April 13, 2015
(*Nunc Pro Tunc* to March 12, 2015)

Period for which compensation and
reimbursement is sought:    March 12, 2015 through May 31, 2015

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | CNO Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To Be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 3/12/15 – 3/31/15 [D.I. 357; 4/28/15] | $1,740.50 | $0.00 | D.I. 531; 5/19/15 | $1,392.40 | $0.00 | $348.10 |
| 4/1/15 – 4/30/15 [D.I. 553; 5/22/15] | $11,015.50 | $0.00 | D.I. 652; 6/10/15 | $8,812.40 | $0.00 | $2,203.10 |
| 5/1/15 – 5/31/15 [D.I. 743; 6/26/15] | $11,906.50 | $0.00 | D.I. 842; 7/15/15 | $9,525.20 | $0.00 | $2,381.30 |
| **TOTAL** | **$24,662.50** | **$0.00** | | **$19,730.00** | **$0.00** | **$4,932.50** |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | Hearing Date: August 18, 2015 at 10:00 a.m. (ET) |
| | Obj. Deadline: August 4, 2015 at 4:00 p.m. (ET) |

## FIRST INTERIM QUARTERLY FEE REQUEST

| | |
|---|---|
| Name of Applicant: | Dinsmore & Shohl LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | April 13, 2015 (*Nunc Pro Tunc* to March 12, 2015) |
| Period for which compensation and reimbursement is sought: | March 12, 2015 through June 30, 2015 |

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | CNO Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To Be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 3/12/15 – 3/31/15 [D.I. 367; 4/30/15] | $120,852.00 | $8,885.60 | D.I. 532; 5/19/15 | $96,681.60 | $8,885.60 | $24,170.40 |
| 4/1/15 – 4/30/15 [D.I. 627; 6/5/15] | $83,879.10 | $707.38 | D.I. 726; 6/24/15 | $67,103.28 | $707.38 | $16,775.82 |
| 5/1/15 – 5/31/15 [D.I. 720; 6/24/15] | $57,981.60 | $4,544.61 | D.I. 827; 7/13/15 | $46,385.28 | $4,544.61 | $11,596.32 |
| 6/1/15 – 6/30/15 [D.I. 777; 7/6/15] | $43,469.10 | $3,763.70 | TBD | $34,775.28 | $3,763.70 | $8,693.82 |
| **TOTAL** | **$306,181.80** | **$17,901.29** | | **$244,945.44** | **$17,901.29** | **$61,236.36** |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

01:17332703.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | Hearing Date: August 18, 2015 at 10:00 a.m. (ET)<br>Obj. Deadline: August 4, 2015 at 4:00 p.m. (ET) |

## FIRST INTERIM QUARTERLY FEE REQUEST

| | |
|---|---|
| Name of Applicant: | Lazard Frères and Co. LLC and Lazard Middle Market LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | April 13, 2015<br>(*Nunc Pro Tunc* to March 12, 2015) |
| Period for which compensation and reimbursement is sought: | March 12, 2015 through May 31, 2015 |

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | CNO Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To Be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 3/12/15 – 4/30/15 [D.I. 626; 6/5/15] | $100,000.00 | $24,624.31 | D.I. 725; 6/24/15 | $80,000.00 | $24,624.31 | $20,000.00 |
| 5/1/15 – 5/31/15 [D.I. 715; 6/22/15] | $100,000.00 | $38,203.31 | D.I. 810; 7/9/15 | $80,000.00 | $38,20.31 | $20,000.00 |
| **TOTAL** | **$200,000.00** | **$62,827.62** | | **$160,000.00** | **$24,682.62** | **$40,000.00** |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

# **Exhibit A**

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES

Young Conaway's hourly rates for bankruptcy services are comparable to the hourly rates charged in complex chapter 11 cases by comparably skilled bankruptcy attorneys. In addition, Young Conaway's hourly rates for bankruptcy services are comparable to the rates charged by the Firm, and by comparably skilled practitioners in other firms, for complex corporate and litigation matters, whether in court or otherwise, regardless of whether a fee application is required. By way of example, Young Conaway's blended hourly rates for attorneys and paraprofessionals in the Corporate Counseling and Litigation, Business Planning and Transactions, and Intellectual Property Litigation sections of the Firm for the prior calendar year were as set forth below. Young Conaway believes that the services performed by those three sections of the Firm are comparable to the services performed in the Bankruptcy and Corporate Restructuring section. Also included below is 2014 blended hourly rate information for all sections of the Firm, excluding the Bankruptcy and Corporate Restructuring section and the Personal Injury and Workers' Compensation section.

| **Category of Timekeeper** | **Blended Hourly Rate** | | |
|---|---|---|---|
| | **Billed** In comparable practice areas for preceding calendar year[1] | **Billed** Firm-wide for preceding calendar year[2] | **Billed** This Application |
| Partner | 724.71 | 567.60 | 582.93 |
| Counsel | 474.81 | 366.12 | N/A |
| Associate | 342.43 | 334.35 | 393.77 |
| Paralegal | 167.42 | 147.50 | 194.03 |
| **Aggregated:** | 489.62 | 405.84 | 422.64 |

---

[1] This column reflects the blended 2014 rates charge by the firm for complex corporate and litigation matters in the following sections of the firm: Corporate Counseling and Litigation, Business Planning and Transactions and Intellectual Property Litigation.

[2] This column excludes blended hourly rates for the Bankruptcy and Corporate Restructuring section and the Personal Injury and Workers' Compensation section.

01:17332703.1

# **Exhibit B**

01:17332703.1

# CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES

## GIBSON DUNN

The blended hourly rate for all Gibson Dunn domestic timekeepers (including both professionals and paraprofessionals) who billed to non-bankruptcy matters (collectively, the "Non-Bankruptcy Matters")[1] during the 12-month period beginning on October 1, 2013 and ending on September 30, 2014 (the "Comparable Period") was, in the aggregate, approximately **$710** per hour (the "Non-Bankruptcy Blended Hourly Rate").[2]

The blended hourly rate for all Gibson Dunn timekeepers (including both professionals and paraprofessionals) who billed to the Debtors during the Fee Period was approximately **$784** per hour (the "Debtor Blended Hourly Rate").[3]

A detailed comparison of these rates is as follows:[4]

| Category of Timekeeper | Blended Hourly Rate Billed Domestic Non-Bankruptcy Matters During Comparable Period | Blended Hourly Rate Billed This Application |
|---|---:|---:|
| Partners | $982 | $1,084 |
| Of Counsels | $773 | $720 |
| Associates | $616 | $686 |
| Paralegals | $339 | $384 |
| **Aggregated:** | **$710** | **$784** |

---

[1] It is the nature of Gibson Dunn's practice that certain non-bankruptcy engagements require the advice and counsel of professionals and paraprofessionals who work primarily within Gibson Dunn's Restructuring Group. Accordingly, "Non-Bankruptcy Matters" consist of matters for which Gibson Dunn domestic timekeepers represented a client in a matter other than an in-court bankruptcy proceeding. Moreover, the Non-Bankruptcy Matters include time billed by Gibson Dunn domestic timekeepers who work primarily within Gibson Dunn's Restructuring Group.

[2] Gibson Dunn calculated the blended rate for Non-Bankruptcy Matters by dividing the *total dollar amount* billed by Gibson Dunn domestic timekeepers to the Non-Bankruptcy Matters during the Comparable Period by the *total number of hours* billed by Gibson Dunn domestic timekeepers to the Non-Bankruptcy Matters during the Comparable Period.

[3] Gibson Dunn calculated the blended rate for timekeepers who billed to the Debtors by dividing the *total dollar amount billed* by such timekeepers during the Fee Period by the *total number of hours billed* by such timekeepers during the Fee Period.

[4] The difference of $74 (10%) between the Debtor Blended Hourly Rate and the Non-Bankruptcy Blended Hourly Rate reflects the fact that these matters have required a larger number of hours from more senior attorneys as compared to other matters that are factored into the Non-Bankruptcy Blended Hourly Rate.