UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, et al.,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Sebastian V. Higgins, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On July 15, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following document, along with a blank proof of claim form, to be served via First Class Mail on the Supplemental Service List attached hereto as **Exhibit A**:

- Notice of Deadlines for the Filing of Proofs of Claim, Including for Claims Asserted Under Section 503(b)(9) of the Bankruptcy Code [Docket No. 507]

Dated: July 20, 2015

Sebastian V. Higgins

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on July 20, 2015, by Sebastian V. Higgins, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

ADAM ADLER
NOTARY PUBLIC-STATE OF NEW YORK
No. 02AD6306134
Qualified in Nassau County
My Commission Expires June 16, 2018

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

SRF 3373

**<u>Exhibit A</u>**

Exhibit A
Supplemental Service List
Served via First Class Mail

| Name | Address 1 | City | State | Zip Code |
|---|---|---|---|---|
| Axiall, LLC | REDACTED | REDACTED | REDACTED | REDACTED |
| HIGH, CHARLOTTE | REDACTED | REDACTED | REDACTED | REDACTED |
| RICON CORP | 1135 Aviation PL | San Fernando | CA | 91340-1460 |
| VANOVER, MARK | REDACTED | REDACTED | REDACTED | REDACTED |