## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE STANDARD REGISTER COMPANY, *et al.*, | ) | Case No. 15-10541 (BLS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of David H. Rich of Todd & Weld LLP to represent Craig H. Stockmal; Lynn D. Smith; Focused Impressions, Inc.; and Focused Impressions Technology LLC in this action.

SULLIVAN • HAZELTINE • ALLINSON LLC

William D. Sullivan (No. 2820)
901 North Market Street, Suite 1300
Wilmington, DE 19801
(302) 428-8191

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Massacussets and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the prepration or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

David H. Rich, Esq.
Todd & Weld LLP
One Federal Street
Boston, MA 02110
(617) 720-2626

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

Dated: July 20th, 2015
Wilmington, Delaware