**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | Docket Ref. Nos. 92 & 261 |

**NOTICE OF FIRST AMENDMENT TO
LIST OF ORDINARY COURSE PROFESSIONALS**

**PLEASE TAKE NOTICE** that, in accordance with the procedures set forth in that certain *Order Authorizing the Employment and Payment of Professionals Used in the Ordinary Course of Business* [Docket No. 261] (the "OCP Order"),[2] The Standard Register Company and its affiliates, as debtors and debtors in possession (collectively, the "Debtors") hereby provide notice (the "Notice") of their intent to amend Exhibit B-1 to the *Debtors' Motion for an Order Authorizing the Employment and Payment of Professionals Used In the Ordinary Course Of Business* [Docket No. 92] for the purpose of moving the Ordinary Course Professional listed on Exhibit 1 hereto, from Exhibit B-2 to Exhibit B-1.[3]

**PLEASE TAKE FURTHER NOTICE** that a copy of this Notice has been served on the Notice Parties identified in the OCP Order.

**PLEASE TAKE FURTHER NOTICE** that the retention and compensation of the Ordinary Course Professional listed on Exhibit 1 is subject to the OCP Procedures set forth in the OCP Order. As such, the retention of the Ordinary Course Professional shall not be approved until such time as the OCP Procedures have been complied with by such Ordinary Course Professional.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the OCP Order.

[3] The Ordinary Course Professional was originally listed on Exhibit B-2 to the OCP Order, making it subject to the $25,000 fee cap. With this amendment, the Ordinary Course Professional will now be part of Exhibit B-1 with a fee cap of $50,000.

01:17389676.1

Case 15-10541-BLS    Doc 859    Filed 07/20/15    Page 2 of 4

Dated: July 20, 2015  
Wilmington, Delaware

*/s/ Andrew L. Magaziner*  
Michael R. Nestor (No. 3526)  
Kara Hammond Coyle (No. 4410)  
Andrew L. Magaziner (No. 5426)  
YOUNG CONAWAY STARGATT & TAYLOR, LLP  
Rodney Square  
1000 North King Street  
Wilmington, Delaware 19801  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253  
mnestor@ycst.com  
kcoyle@ycst.com  
amagaziner@ycst.com

-and-

Michael A. Rosenthal (NY No. 4697561)  
Samuel A. Newman (CA No. 217042)  
Jeremy L. Graves (CO No. 45522)  
Matthew G. Bouslog (CA No. 280978)  
GIBSON, DUNN & CRUTCHER LLP  
200 Park Avenue  
New York, New York 10166-0193  
Telephone:  (212) 351-4000  
Facsimile:  (212) 351-4035  
mrosenthal@gibsondunn.com  
snewman@gibsondunn.com  
jgraves@gibsondunn.com  
mbouslog@gibsondunn.com

*Counsel to the Debtors and Debtors in Possession*

01:17389676.1

2

# EXHIBIT 1
**First Amendment to OCP List**

01:17389676.1

| | **Professional** | **Description of Services** |
|---|---|---|
| Supplement to Exhibit B-1: Ordinary Course Professionals Subject to $50,000 OCP Cap | | |
| 1. | Von Wobeser<br>Guillermo Gonzalez Camarena 1100, Piso 7<br>Colonia Santa Fe, Centro de Ciudad,<br>Delegacion Alvaro Obregon, C.P.<br>01210 Mexico, D.F.<br>Attn: Javier Lizardi, Esq. | Mexico Counsel |