## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | Docket Ref. No. 478 |

**NOTICE OF FILING OF AMENDMENT TO STATEMENT OF FINANCIAL AFFAIRS OF THE STANDARD REGISTER COMPANY (CASE NO. 15-10541(BLS))**

**PLEASE TAKE NOTICE** that, pursuant to Rule 1009(a) of the Federal Rules of Bankruptcy Procedure, The Standard Register Company, a debtor and debtor in possession in the above-captioned cases, hereby amends its Statement of Financial Affairs (the "SOFA") as set forth herein.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as Exhibit A is an amendment to SOFA question 4(a). The suits and administrative proceedings listed on Exhibit A are hereby added to the suits and administrative proceedings previously listed in response to SOFA question 4(a) by The Standard Register Company.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as Exhibit B is the Declaration Concerning Amendment to Statement of Financial Affairs of The Standard Register Company.

[*SIGNATURE PAGE FOLLOWS*]

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

Dated: July 22, 2015
Wilmington, Delaware

*/s/ Andrew L. Magaziner*
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
mnestor@ycst.com
kcoyle@ycst.com
amagaziner@ycst.com

-and-

Michael A. Rosenthal (NY No. 4697561)
Samuel A. Newman (CA No. 217042)
Jeremy L. Graves (CO No. 45522)
Matthew G. Bouslog (CA No. 280978)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone:  (212) 351-4000
Facsimile:  (212) 351-4035
mrosenthal@gibsondunn.com
snewman@gibsondunn.com
jgraves@gibsondunn.com
mbouslog@gibsondunn.com

*Counsel to the Debtors and Debtors in Possession*

# EXHIBIT A

**SOFA Amendments**

**4. Suits and administrative proceedings, executions, garnishments and attachments**

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Caption of Suit and Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|
| The Regional Transportation Authority, the Village of Forest View, the Village of Tinley Park, the Village of Lemont, the Village of Orland Park, Elk Grove Village, the Village of Melrose Park, the Village of Hazel Crest and the Village of Northbrook v. The City of Kankakee, the Village of Channahon, et al. Case No. 11 CH 29744 | Sales Tax Litigation | Circuit Court of Cook County, Illinois | Active/Open |
| The City of Chicago and the Village of Skokie v. The City of Kankakee, the Village of Channahon, et al. Case No. 11 CH 29745 | Sales Tax Litigation | Circuit Court of Cook County, Illinois | Active/Open |
| The County of Cook v. The City of Kankakee, the Village of Channahon, et al. Case No. 11 CH 34266 | Sales Tax Litigation | Circuit Court of Cook County, Illinois | Active/Open |

01:17402876.1

# EXHIBIT B

**Declaration**

01:17402876.1

2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

## DECLARATION CONCERNING AMENDMENT TO STATEMENT OF FINANCIAL AFFAIRS OF THE STANDARD REGISTER COMPANY

I, Benjamin Cutting, Chief Financial Officer of The Standard Register Company, declare under penalty of perjury that I have reviewed the foregoing amendment to the Statement of Financial Affairs of The Standard Register Company, and that its is true and accurate to the best of my knowledge, information and belief.

Dated: July 22, 2015

*/s/ Benjamin Cutting*
Chief Financial Officer

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.