**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Richard M. Allen, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On July 20, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Ordinary Course Professional Service List attached hereto as **Exhibit A**:

- Notice of First Amendment to List of Ordinary Course Professionals [Docket No. 859]

Dated: July 22, 2015

Richard M. Allen

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on July 22, 2015, by Richard M. Allen, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:____________________

BENJAMIN JOSEPH STEELE
NOTARY PUBLIC-STATE OF NEW YORK
No. 02ST6290268
Qualified in New York County
My Commission Expires October 07, 2017

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

**Exhibit A**

# Exhibit A

Ordinary Course Professional Service List
Served via First Class Mail

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Lowenstein Sandler LLP | Attn: Gerald C. Bender | 1251 Avenue of the Americas | | New York | NY | 10020 |
| Office of the United States Trustee | Mark Kinney | 844 King St Ste 2207 | | Wilmington | DE | 19801 |
| Parker, Hudson, Rainer & Dobbs LLP | Attn: C. Edward Dobbs, James S. Rankin, Jr., Jack C. Basham, Jr., Joshua J. Lewis | 1500 Marquis Two Tower | 285 Peachtree Center Avenue, NE | Atlanta | GA | 30303 |
| Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Ron E. Meisler Carl T. Tullson Christopher M. Dresel | 155 North Wacker Drive | Suite 2700 | Chicago | IL | 60606-1720 |