## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| | (Jointly Administered) |
| Debtors. | |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Darleen Sahagun, am employed in the county of Los Angeles, State of California. I hereby certify that on July 20, 2015, I caused true and correct copies of the following document to be served via first-class mail, postage pre-paid, to the parties listed in **Exhibit A** attached hereto:

- **Notice of Fee Application**[2]

Dated: July 21, 2015

Darleen Sahagun
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 21 day of July, 20 15, by Darleen Sahagun, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public



JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de Mexico, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

2 A copy of the "Notice" is attached hereto as **Exhibit B**.

# EXHIBIT A

**The Standard Register Company - U.S. Mail**

AKERMAN LLP
ATTN: SUNDEEP S. SIDHU
420 S. ORANGE AVENUE
SUITE 1200
ORLANDO, FL 32801-4904

ALSTON & BIRD LLP
ATTN: DAVID WENDER/JONATHAN EDWARDS
ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424

ARAPAHOE COUNTY ATTORNEY
ATTN: ROBERT HILL
5334 S. PRINCE STREET
LITTLETON, CO 80166

ARNSTEIN & LEHR LLP
ATTN: KEVIN H. MORSE
120 S. RIVERSIDE PLAZA, SUITE 1200
CHICAGO, IL 60606

ASHBY & GEDDES, P.A.
ATTN: RICARDO PALACIO
500 DELAWARE AVENUE, 8TH FLOOR
P.O. BOX 1150
WILMINGTON, DE 19899

BAKER BOTTS L.L.P.
ATTN: JAMES PRINCE/MEGGIE GILSTRAP
2001 ROSS AVE.
DALLAS, TX 75201-2980

BANK OF AMERICA, N.A.
C/O RAINER & DOBBS LLP
ATTN: JAMES S. RANKIN JR./HUDSON PARKER
1500 MARQUIS TWO TOWER
285 PEACHTREE CENTER AVENUE NE
ATLANTA, GA 30303

BARNES & THORNBERG LLP
ATTN: DAVID POWLEN/KEVIN COLLINS
1000 N. WEST STREET, SUITE 1500
WILMINGTON, DE 19801

BAYARD, P.A.
ATTN: SCOTT D. COUSINS, ESQUIRE
222 DELAWARE AVENUE
SUITE 900
WILMINGTON, DE 19801

BELL NUNNALLY & MARTIN LLP
ATTN: HEATHER H. JOBE
3232 MCKINNEY AVE
SUITE 1400
DALLAS, TX 75204

BIALSON, BERGEN & SCHWAB
ATTN: LAWRENCE SCHWAB/KENNETH LAW
2600 EL CAMINO REAL
SUITE 300
PALO ALTO, CA 94306

BIALSON, BERGEN & SCHWAB
ATTN: LAWRENCE SCHWAB/THOMAS M. GAA
2600 EL CAMINO REAL
SUITE 300
PALO ALTO, CA 94306

BILZIN SUMBERG BAENA PRICE & AXELROD, LLP
ATTN: JEFFREY I. SNYDER
1450 BRICKELL AVENUE
23RD FLOOR
MIAMI, FL 33131

BLAKELEY LLP
ATTN: SCOTT E. BLAKELEY
2 PARK PLAZA
SUITE 400
IRVINE, CA 92614

BLANK ROME LLP
ATTN: ALAN M. ROOT
1201 MARKET STREET
SUITE 800
WILMINGTON, DE 19801

BLANK ROME LLP
ATTN: JOHN E. LUCIAN
ONE LOGAN SQUARE
130 NORTH 18TH STREET
PHILADELPHIA, PA 19103

BMC GROUP, INC
ATTN: T. FEIL
300 CONTINENTAL BOULEVARD #570
EL SEGUNDO, CA 90245

BRICKER & ECKLER LLP
ATTN: DAVID M. WHITTAKER
100 SOUTH THIRD STREET
COLUMBUS, OH 43215

BRYAN CAVE LLP
ATTN: MICHELLE MCMAHON
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104-3300

BRYAN CAVE LLP
ATTN: ROBERT J. MILLER/JUSTIN A. SABIN
TWO NORTH CENTRAL AVENUE
SUITE 2200
PHOENIX, AZ 85004-4406

BUCHALTER NEMER, A.P.C.
ATTN: SHAWN M. CHRISTIANSON, ESQ.
55 SECOND STREET
17TH FLOOR
SAN FRANCISCO, CA 94105-3493

CARLTON FIELDS JORDEN BURT, P.A.
ATTN: JOHN J. LAMOUREUX
4221 WEST BOY SCOUT BOULEVARD, 10TH FLOOR
PO BOX 3239
TAMPA, FL 33601-3239

CIARDI CIARDI & ASTIN
ATTN: JOHN MCLAUGHLIN, JR./JOSEPH MCMAHON JR.
1204 N. KING STREET
WILMINGTON, DE 19801

CLARK HILL PLC
ATTN: EDWARD J. KOSMOWSKI
824 N. MARKET STREET
SUITE 710
WILMINGTON, DE 19801

CLARK HILL PLC
ATTN: SCOTT N. SCHREIBER
150 N. MICHIGAN AVENUE
SUITE 2700
CHICAGO, IL 60601

CLARK HILL PLC
ATTN: SHANNON L. DEEBY
151 SOUTH OLD WOODWARD AVENUE
SUITE 200
BIRMINGHAM, MI 48009

COLE SCHOTZ, P.C.
ATTN: MICHAEL D. WARNER
301 COMMERCE STREET
STE. 1700
FORT WORTH, TX 76102

COLE SCHOTZ, P.C.
ATTN: PATRICK J. REILLEY
500 DELAWARE AVENUE
SUITE 1410
WILMINGTON, DE 19801

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF LABOR & INDUSTRY
ATTN: LINDA MITTEN
COLLECTIONS SUPPORT UNIT
651 BOAS STREET, ROOM 700
HARRISBURG, PA 17121

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF REVENUE
OFFICE OF THE ATTORNEY GENERAL
ATTN: KATHLEEN KANE/CAROL MOMJIAN
21 S. 12TH STREET, 3RD FLOOR
PHILADELPHIA, PA 19107-3603

CROSS & SIMON, LLC
ATTN: CHRISTOPHER SIMON
1105 NORTH MARKET STREET
SUITE 901
WILMINGTON, DE 19801

DARLING MILLIGAN HOROWITZ PC
ATTN: BRIAN D. MILLIGAN
1331 17TH STREET, SUITE 800
DENVER, CO 80202

DELAWARE ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
CARVEL STATE OFFICE BLDG
820 N FRENCH ST 6TH FL
WILMINGTON, DE 19801

**The Standard Register Company - U.S. Mail**

DELAWARE DIVISION OF REVENUE
ZILLAH FRAMPTON
820 N FRENCH ST
WILMINGTON, DE 19801

DELAWARE SECRETARY OF STATE
CORPORATIONS FRANCHISE TAX
PO BOX 898
DOVER , DE 19903

DELAWARE STATE TREASURY
ATTN: BANKRUPTCY DEPT
820 SILVER LAKE BLVD STE 100
DOVER , DE 19904

DENTONS
ATTN: ARTHUR H. RUEGGER
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

DINSMORE & SHOHL LLP
ATTN: CHRISTOPHER A. DEABLER
255 EAST FIFTH STREET
SUITE 1900
CINCINNATI, OH 45202

DUANE MORRIS LLP
ATTN: JARRET P. HITCHINGS
222 DELAWARE AVENUE
SUITE 1600
WILMINGTON, DE 19801

DUANE MORRIS LLP
ATTN: JEFFREY W. SPEAR
1540 BROADWAY
NEW YORK, NY 10036

EARP COHN, P.C.
ATTN: RICHARD M. SCHLAIFER
20 BRACE ROAD
4TH FLOOR
CHERRY HILL, NJ 08034-0000

ENVIRONMENTAL PROTECTION AGENCY
ATTN: BANKRUPTCY DEPT
1650 ARCH STREET
PHILADELPHIA, PA 19103-2029

FISHMAN JACKSON
ATTN: MARK H. RALSTON
700 THREE GALLERIA TOWER
13155 NOEL RD. L.B. 13
DALLAS, TX 75240

FLEISCHER, FLEISCHER & SUGLIA
ATTN: NICOLA SUGLIA/ALLISON DOMOWITCH
PLAZA 1000 AT MAIN STREET
SUITE 208
VOORHEES, NJ 08043

FRANTZ WARD LLP
ATTN: TIMOTHY RICHARDS/JOHN KOSTELNIK
200 PUBLIC SQUARE
SUITE 3000
CLEVELAND, OH 44114

FRIEDLANDER MISLER, PLLC
ATTN: ROBERT GREENBURG/THOMAS MURPHY
ATTN: LINDSAY A. THOMPSON
5335 WISCONSIN AVENUE, NW, SUITE 600
WASHINGTON, DC 20015

GARY BECKER
666 BARCLAY LANE
BROOMALL, PA 19008

GEORGIA PACIFIC CORP
ATTN: EMILY O. VALLADARES
133 PEACHTREE STREET, NE
ATLANTA, GA 30303

GIBBONS P.C.
ATTN: MARK B. CONLAN
ONE GATEWAY CENTER
NEWARK, NJ 07102-5310

GIBBONS P.C.
ATTN: NATASHA M. SONGONUGA
1000 N. WEST STREET
SUITE 1200
WILMINGTON, DE 19801-1058

GOLAN & CHRISTIE LLP
ATTN: BARBARA YONG/CAREN LEDERER
70 W. MADISON STREET
SUITE 1500
CHICAGO, IL 60602

GOLDBERG, KAMIN & GARVIN, LLP
ATTN: ROBERT J. GARVIN
1806 FRICK BUILDING
437 GRANT STREET
PITTSBURGH, PA 15219-6101

GRAY PLANT MOOTY
ATTN: PHILLIP W. BOHL
500 IDS CENTER
80 SOUTH EIGHTH STREET
MINNEAPOLIS, MN 55402

GRAYDON HEAD & RITCHEY LLP
ATTN: J. MICHAEL DEBBELER
1900 FIFTH THIRD CENTER
511 WALNUT STREET
CINCINNATI, OH 45202

IANNOTTI & ASSOCIATES PLC
ATTN: DANIEL V. IANNOTTI
1475 CLUB DRIVE
BLOOMFIELD HILLS, MI 48302

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
2970 MARKET ST
MAIL STOP 5 Q30 133
PHILADELPHIA, PA 19104-5016

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346

IRON MOUNTAIN INFORMATION MANAGEMENT, LLC
ATTN: JOSEPH CORRIGAN
ONE FEDERAL STREET
BOSTON, MA 02110

LAW OFFICES OF ROBERT E. LUNA P.C.
C/O GEORGE C. SCHERER
4411 N. CENTRAL EXPRESSWAY
DALLAS, TX 75205

LECLAIRRYAN
ATTN: ANDREW L. COLE
180 ADMIRAL COCHRANE DRIVE
SUITE 370
ANNAPOLIS, MD 21401

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: ELIZABETH WELLER
2777 N. STEMMONS FREEWAY
SUITE 1000
DALLAS, TX 75207

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: JOHN P. DILLMAN
PO BOX 3064
HOUSTON, TX 77253-3064

LOWENSTEIN SANDLER LLP
ATTN: GERALD C. BENDER
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

LOWENSTEIN SANDLER LLP
ATTN: KENNETH ROSEN/SHARON LEVINE
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068-0000

MAGNOZZI & KYE, LLP
ATTN: AMISH R. DOSHI
23 GREEN STREET
SUITE 302
HUNTINGTON, NY 11743

MARK PLATT
5048 JAMES HILL ROAD
KETTERING, OH 45429

**The Standard Register Company - U.S. Mail**

MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN,
ATTN: THOMAS D. WALSH
1007 NORTH ORANGE ST. STE 600
NEMOURS BUILDING, PO BOX 8888
WILMINGTON, DE 19899

MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
ATTN: LEE GORDON
PO BOX 1269
ROUND ROCK, TX 78680

MCGRANE LLP
ATTN: GAVIN MCGRANE
FOUR EMBARCADERO CENTER
SUITE 1400
SAN FRANCISCO, CA 94111

MCKINSEY RECOVERY & TRANSFORMATION SERVICE
ATTN: KEVIN CARMODY/MARK HOJNACKI
55 EAST 52ND STREET
NEW YORK, NY 10055

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTN: EDWARD J. LOBELLO
1350 BROADWAY, SUITE 501
P.O. BOX 822
NEW YORK, NY 10018-0822

MICHAEL BAZLEY
651 I STREET
SACRAMENTO, CA 95814

MINKIN & HARNISCH PLLC
ATTN: ETHAN MINKIN/ANDREW HARNISCH
6515 N. 12TH STREET
SUITE B
PHOENIX, AZ 85014

MISSOURI DEPARTMENT OF REVENUE
ATTN: SHERYL L. MOREAU
301 W. HIGH STREET, ROOM 670
PO BOX 475
JEFFERSON CITY, MO 65105-0475

MORRIS JAMES LLP
ATTN: JEFFREY R. WAXMAN
500 DELAWARE AVENUE
SUITE 1500
WILMINGTON, DE 19801-1494

NEALE & NEWMAN, L.L.P.
ATTN: BRIAN K. ASBERRY
1949 E. SUNSHINE, SUITE 1-130
P.O. BOX 10327
SPRINGFIELD, MO 65808

NEW YORK STATE DEPT OF TAXATION AND FINANCE
OFFICE OF COUNSEL
ATTN: ROBERT L. COOK, DISTRICT TAX ATTORNEY
340 EAST MAIN ST.
ROCHESTER, NY 14604

OKLAHOMA COUNTY TREASURER
ATTN: GRETCHEN CRAWFORD - ASST D.A.
320 ROBERT S. KERR
ROOM 505
OKLAHOMA CITY, OK 73102

PARKER IBRAHIM & BERG LLC
ATTN: JOSEPH H. LEMKIN
270 DAVIDSON AVENUE
SOMERSET, NJ 08873-0000

PBGC
ATTN: JACK BUTLER
1200 K STREET NW
WASHINGTON, DC 20005-4026

PENSION BENEFIT GUARANTY CORPORATION
ATTN: COURTNEY L. MORGAN
OFFICE OF THE CHIEF COUNSEL
1200 K STREET NW
WASHINGTON, DC 20005-4026

POLSINELLI PC
ATTN: CHRISTOPHER WARD/SHANTI KATONA
ATTN: JUSTIN EDELSON
222 DELAWARE AVENUE, SUITE 1101
WILMINGTON, DE 19801

POTTER ANDERSON & CORROON LLP
ATTN: JEREMY W. RYAN/ETTA R. MAYERS
1313 NORTH MARKET STREET, SIXTH FLOOR
PO BOX 951
WILMINGTON, DE 19899-0951

PRIME CLERK LLC
ATTN: DAVID M. SMITH
830 3RD AVE FL 9
NEW YORK, NY 10022

RAVICH MEYER KIRKMAN MCGRATH NAUMAN & TANS
ATTN: MICHAEL F. MCGRATH
4545 IDS CENTER
80 SOUTH EIGHTH STREET
MINNEAPOLIS, MN 55402

REED SMITH LLP
ATTN: AMY M. TONTI
REED SMITH CENTRE
225 FIFTH AVENUE, SUITE 1200
PITTSBURGH, PA 15230-2009

REED SMITH LLP
ATTN: J. CORY FALGOWSKI
1201 N. MARKET STREET
SUITE 1500
WILMINGTON, DE 19801

REINHART BOERNER VAN DEUREN
ATTN: KATHERINE O'MALLEY/MICHAEL JANKOWSKI
1000 NORTH WATER STREET, SUITE 1700
PO BOX 2965
MILWAUKEE, WI 53201-2965

RICHARD S. PRICE, II
1235 N. HARBOR BLVD
SUITE 200
FULLERTON, CA 92832-1349

RICHARDS, LAYTON & FINGER, P.A.
ATTN: MARK COLLINS/TYLER SEMMELMAN
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DE 19801

RIDDELL WILLIAMS P.S.
ATTN: HILLARY MOHR/JOSEPH SHICKICK JR.
1001 - 4TH AVENUE, SUITE 4500
SEATTLE, WA 98154

SAUL EWING LLP
ATTN: TERESA K.D. CURRIER
222 DELAWARE AVENUE
SUITE 1200
WILMINGTON, DE 19899

SECURITIES & EXCHANGE COMMISSION
ATTN: BANKRUPTCY DEPT
BROOKFIELD PLACE
200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

SECURITIES & EXCHANGE COMMISSION
ATTN: BANKRUPTCY DEPT
ONE PENN CENTER
1617 JFK BLVD STE 520
PHILADELPHIA, PA 19103

SECURITIES & EXCHANGE COMMISSION
SECRETARY OF THE TREASURY
100 F ST NE
WASHINGTON, DC 20549

SILVER POINT FINANCE, LLC
C/O SKADDEN ARPS
ATTN: RON MEISLER/CHRIS DRESSEL
155 N. WACKER DRIVE, SUITE 2700
CHICAGO, IL 60606

SINGER & LEVICK, P.C.
ATTN: MICHELLE E. SHRIRO
16200 ADDISON ROAD
SUITE 1400
ADDISON, TX 75001

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: SARAH E. PIERCE
ONE RODNEY SQUARE
P.O. BOX 636
WILMINGTON, DE 19899-0636

SYNCHRONY BANK
C/O RECOVERY MANAGEMENT SYSTEMS CORPOR
25 SE 2ND AVENUE
SUITE 1120
MIAMI, FL 33131-1605

**The Standard Register Company - U.S. Mail**                    Served 7/20/2015

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
ATTN: JAY W. HURST, AAG
BANKRUPTCY & COLLECTIONS DIVISION MC 008
P.O. BOX 12548
AUSTIN, TX  78711-2548

THE FLESH COMPANY
ATTN: GERARD WINTERBOTTOM
2118 59TH ST.
ST LOUIS, MO  63110

THE ROSNER LAW GROUP LLC
ATTN: FREDERICK ROSNER/JULIA KLEIN
824 MARKET STREET
SUITE 810
WILMINGTON, DE  19801

THOMPSON HINE LLP
ATTN: JONATHAN S. HAWKINS
10050 INNOVATION DRIVE, SUITE 400
MIAMISBURG, OH  45342-4934
AUSTIN LANDING I

TIMOTHY WEBB
4906 E. DESERT FAIRWAYS DR.
PARADISE VALLEY, AZ  85253

TN DEPT OF REVENUE
C/O TN ATTORNEY GENERAL'S OFFICE
BANKRUPTCY DIVISION
PO BOX 20207
NASHVILLE, TN  37202-0207

US ATTORNEY FOR DELAWARE
CHARLES OBERLY C/O ELLEN SLIGHTS
1007 ORANGE ST STE 700
PO BOX 2046
WILMINGTON, DE  19899-2046

VENABLE LLP
ATTN: HAMID R. RAFATJOO
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067

VENABLE LLP
ATTN: JAMIE L. EDMONSON
1201 NORTH MARKET STREET, SUITE 1400
WILMINGTON, DE 19801

VERITIV CORPORATION
ATTN: JAMES SALVADORI
850 N. ARLINGTON HEIGHTS RD
ITASCA, IL  60143

WERB & SULLIVAN
ATTN: MATTHEW P. AUSTRIA
300 DELAWARE AVE
SUITE 1300
WILMINGTON, DE 19801

WOMBLE CARLYLE SANDRIDGE & RICE, LLP
ATTN: MARK DESGROSSEILLIERS/MORGAN PATTE
222 DELAWARE AVENUE
SUITE 1501
WILMINGTON, DE  19801

Parties Served: 111

## **EXHIBIT B**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al*,[1] | Case No.  15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline:  August 11, 2015 at 4:00 p.m.**<br>**Hearing Date: August 18, 2015 at 10:00 a.m.** |

## NOTICE OF FEE APPLICATION

**PLEASE TAKE NOTICE** that Jefferies LLC (the "**Applicant**") has filed the attached *First Interim Application of Jefferies LLC for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Investment Banker to the Official Committee of Unsecured Creditors for the Period from March 24, 2015 through May 31, 2015* (the "**Application**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Application must be filed with the Bankruptcy Court in accordance with the local rules and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 260] (the "**Interim Compensation Order**") and served upon so as to be received by the undersigned counsel on or before **August 11, 2015 at 4:00 P.M. (ET)** (the "**Objection Deadline**").

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

**PLEASE TAKE FURTHER NOTICE** that if any responses or objections to the Application are timely filed, served, and received in accordance with this notice, a hearing on the Application will be held on **August 18, 2015 at 10:00 A.M. (ET)** before the Honorable Brendan L. Shannon at the Bankruptcy Court, 824 N. Market Street, 6th floor, Courtroom No. 1, Wilmington, Delaware 19801.   Only those objections made in writing and timely filed and received in accordance with the Interim Compensation Order and the procedures described in this notice will be considered by the Bankruptcy Court at the hearing.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE RELIEF REQUESTED IN THE APPLICATION MAY BE GRANTED WITHOUT FURTHER NOTICE OR HEARING.**

Dated:  Wilmington, Delaware
      July 20, 2015

/s/ Christopher A. Ward
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
**POLSINELLI PC**
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile:  (302) 252-0921
E-mail:  cward@polsinelli.com
        jedelson@polsinelli.com

*Counsel to the Official Committee of Unsecured Creditors*

50784021.1