**THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

**IN RE: The Standard Register Company,**
**Debtor(s).**
**600 Albany Street**
**Dayton, OH 45417**
**31-0455440**

**Case No. 15-10541 BLS**

**Chapter 11**

## NOTICE OF WITHDRAWAL OF ADMINISTRATIVE EXPENSE CLAIM

The Tennessee Attorney General hereby gives notice that the undersigned withdraws the following administrative expense claim against the Debtor(s), a copy of which is attached hereto, pursuant to Fed. R. Bankr. P. 3006:

| | |
|---|---|
| Creditor: | TN Dept. of Revenue |
| Amount of Administrative Claim: | $24,201.44 |
| Date Claim Filed: | April 13, 2015 |
| Account Number: | Claim # 400 |

Respectfully submitted,

Herbert H. Slatery III
Attorney General and Reporter

/s/Laura L. McCloud

Laura L. McCloud
Senior Counsel
BPR No. 016206
OFFICE OF THE ATTORNEY GENERAL
BANKRUPTCY DIVISION
P O BOX 20207
Nashville, TN 37202-0207
Phone: 615-532-2504 Fax: 615-741-3334

CERTIFICATE OF SERVICE

I certify that on July 27, 2015 a copy of this pleading was deposited in the United States mail, first class, postage prepaid, or sent electronically (or both as required by local rules) to the parties set out below.

/s/Laura L. McCloud

Office of the U.S. Trustee
844 King St., Room 2207
Lock Box 35
Wilmington, Delaware 19899-0035

Jeremy L. Graves
Attorney for the Debtor(s)
Gibson Dunn & Crutcher LLP
Denver, CO 80202-2642

IN THE UNITED STATES BANKRUPTCY COURT FOR THE

DISTRICT OF DELAWARE

In Re:

BANKRUPTCY

No. 15-10541 Chapter 11

THE STANDARD REGISTER COMPANY

Debtor

ADMINISTRATIVE EXPENSE

This claim is a first priority as an administrative expense incident to the chapter 11 proceedings. This administrative expense claim is in addition to and does not replace our previous claim (claim control# 2271947150330 ) dated March 30, 2015 in the amount of $32,203.94.

## PROOF OF CLAIM

1. The undersigned is authorized to make this proof of claim on behalf of the claimant, The Commissioner of Revenue of the State of Tennessee.

2. The debtor is indebted to the claimant, in the sum of $24,201.44 (See attachment).

   ADMINISTRATIVE EXPENSE CLAIM $24,201.44

3. The consideration for the debt is Tennessee taxes with interest accruing under provisions of T.C.A.

   67-6-101

4. No judgement has been rendered on this claim.
5. The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
6. This claim is not subject to any setoff or counterclaim.
7. No security interest is held for this claim.

Pmt

COPY

Dated: March 30, 2015

Claim No.: 2271956150330

Signed: Wilbur E. Hooks Wilbur E. Hooks
4/2/15
Delegate of the Commissioner of Revenue
of the State of Tennessee

Wilbur E. Hooks, Director
Tax Enforcement Division
Tennessee Department of Revenue
c/o Attorney General
P.O. Box 20207
Nashville, TN 37202-0207

2271956150330001

Debtor: THE STANDARD REGISTER COMPANY

D/B/A: STANDARD REGISTER CO
626 ALBANY ST
DAYTON, OH 45408-1405
ACCT NO. 100228246
ACCT TYPE SALES&USE
ENTITY ID 31-0455440/000

D/B/A: STANDARD REGISTER CO
325 BUTLER DR
MURFREESBORO, TN 37127-5532
ACCT NO. 100228255
ACCT TYPE SALES&USE
ENTITY ID 31-0455440/000

N0008303 1262646150330



# TENNESSEE DEPARTMENT OF REVENUE

TENNESSEE DEPARTMENT OF REVENUE
LEGAL CLAIMS SUMMARY SHEET

THE STANDARD REGISTER COMPANY

STANDARD REGISTER CO
626 ALBANY ST
DAYTON OH 45408-1405

BANKRUPTCY

824 MARKET STREET
WILMINGTON DE 19801

Docket No.: 15-10541

Chapter: 11
Date Petition Filed: March 12, 2015

31-0455440/000
100228246
SALES&USE

First Creditors Meeting:
Business Closure Date:

| ASSMT NO. | RSN | PD. BEG. | TAX | LATE CHG. | RET. CHK. | INTEREST | TOTAL |
|---|---|---|---|---|---|---|---|
| 1 | DLNQ | 03-01-15 | $19,919.22 | $0.00 | $0.00 | $0.00 | $19,919.22 |
| | | TOTALS | $19,919.22 | $0.00 | $0.00 | $0.00 | $19,919.22 |

RECAP

| | |
|---|---|
| Audit Balance: | $0.00 |
| Payment Agreement Balance: | $0.00 |
| No Remittance Balance: | $0.00 |
| Estimated Assessments: | $19,919.22 |
| Underpaid Balance: | $0.00 |
| Returned Checks: | $0.00 |
| GRAND TOTAL: | $19,919.22 |

Penalty and interest calculated through 03-30-15

Debbie McAlister
Preparer's Signature

March 30, 2015
Date

2271956150330003

N0008303 2271910150330



# TENNESSEE DEPARTMENT OF REVENUE

TENNESSEE DEPARTMENT OF REVENUE
LEGAL CLAIMS SUMMARY SHEET

THE STANDARD REGISTER COMPANY

STANDARD REGISTER CO
325 BUTLER DR
MURFREESBORO TN 37127-5532

31-0455440/000
100228255
SALES&USE

BANKRUPTCY

824 MARKET STREET
WILMINGTON DE 19801

Docket No.: 15-10541

Chapter: 11
Date Petition Filed: March 12, 2015

First Creditors Meeting:
Business Closure Date:

| ASSMT NO. | RSN | PD. BEG. | TAX | LATE CHG. | RET. CHK. | INTEREST | TOTAL |
|---|---|---|---|---|---|---|---|
| 2 | DLNQ | 03-01-15 | $4,282.22 | $0.00 | $0.00 | $0.00 | $4,282.22 |
| | | TOTALS | $4,282.22 | $0.00 | $0.00 | $0.00 | $4,282.22 |

RECAP

| | |
|---|---|
| Audit Balance: | $0.00 |
| Payment Agreement Balance: | $0.00 |
| No Remittance Balance: | $0.00 |
| Estimated Assessments: | $4,282.22 |
| Underpaid Balance: | $0.00 |
| Returned Checks: | $0.00 |
| GRAND TOTAL: | $4,282.22 |

Penalty and interest calculated through 03-30-15

Debbie McAlister
Preparer's Signature

March 30, 2015
Date

2271956150330004