**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered)<br><br>Hearing Date: August 18, 2015 at 10:00 a.m. (ET)<br>Obj. Deadline: August 11, 2015 at 4:00 p.m. (ET) |

### DEBTORS' MOTION TO CHANGE
### CORPORATE NAMES AND AMEND CASE CAPTION

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby submit this Motion (this "Motion") for the entry of an order, substantially in the form annexed hereto as Exhibit A, pursuant to section 105(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 1005, 2002(m), and 2002(n) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9004-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") authorizing the Debtors to change their respective corporate names and amending the case caption used in these chapter 11 cases (collectively, the "Chapter 11 Cases"). In support of this Motion, the Debtors respectfully represent as follows.

### JURISDICTION AND VENUE

1.  The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334(b), and the *Amended Standing Order of Reference* from the United States District Court for

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

the District of Delaware dated as of February 29, 2012. This is a core proceeding pursuant to 28 U.S.C. § 157(b) and, pursuant to Local Rule 9013-1(f), the Debtors consent to the entry of a final order by the Court in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief requested herein are sections 105(a) of the Bankruptcy Code, Bankruptcy Rules 1005, 2002, and 9004, and Local Rule 9004-1.

## BACKGROUND

2. On March 12, 2015 (the "Petition Date"), each of the Debtors commenced a voluntary case under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Delaware (the "Court"). Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtors are continuing to manage their financial affairs as debtors in possession. No trustee or examiner has been appointed in these Chapter 11 Cases.

3. On March 24, 2015, the Office of the United States Trustee for the District of Delaware appointed the statutory committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code (the "Committee").

4. Information regarding the Debtors' history and business operations, capital structure and primary secured indebtedness, and the events leading up to the commencement of these Chapter 11 Cases is set forth in the *Declaration of Kevin Carmody in Support of the Debtors' Chapter 11 Petitions and Requests for First Day Relief* [Docket No. 2], which was filed on the Petition Date.

5. On June 19, 2015, the Court entered an order [Docket No. 698] (the <u>Sale Order</u>") authorizing the sale of substantially all of the Debtors' assets (the "<u>Sale</u>") pursuant to the Asset Purchase Agreement, dated June 19, 2015 (the "<u>APA</u>"), between the Debtors and Taylor Corporation.

6. The Sale is expected to close on or before July 31, 2015.  Pursuant to Section 5.10 of the APA, the Debtors are required to change their corporate and business names.

## **RELIEF REQUESTED**

7. By this Motion, the Debtors seek entry of an order pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rules 1005, 2002(m), and 2002(n), and Local Rule 9004-1(a)[2] authorizing the Debtors to change their corporate names as set forth below:

| Old Company Name | New Company Name |
| --- | --- |
| The Standard Register Company | SRC Liquidation Company |
| Standard Register Holding Company | SR Liquidation Holding Company |
| Standard Register Technologies, Inc. | SR Liquidation Technologies, Inc. |
| Standard Register International, Inc. | SR Liquidation International, Inc. |
| iMedConsent, LLC | iMLiquidation, LLC |
| Standard Register of Puerto Rico Inc. | SR Liquidation of Puerto Rico Inc. |
| Standard Register Mexico Holding Company | SR Liquidation Mexico Holding Company |
| Standard Register Holding, S. de R.L. de C.V. | SR Liquidation Holding, S. de R.L. de C.V. |
| Standard Register de México, S. de R.L. de C.V. | SR Liquidation de México, S. de R.L. de C.V. |
| Standard Register Servicios, S. de R.L. de C.V. | SR Liquidation Servicios, S. de R.L. de C.V. |
| Standard Register Technologies Canada ULC | SR Liquidation Technologies Canada ULC |

---

[2] Local Rule 9004-1(a) provides, in part, that "[d]ocuments submitted for filing shall contain in the caption the name of the debtor, the case number, the initials of the Judge to whom the case has been assigned, the docket number assigned to the case and, if applicable, the adversary proceeding number."  Del. Bankr. L.R. 9004-1(a).

8. The Debtors also request that the case caption used in these Chapter 11 Cases be amended to appear as follow:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

FN1: The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); SR Liquidation Holding, S. de R.L. de C.V. (4GR4); SR Liquidation de México, S. de R.L. de C.V. (4FN0); SR Liquidation Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

9. Finally, the Debtors request that the Court authorize the Clerk of the United States Bankruptcy Court for the District of Delaware (the "Clerk of the Court") and other parties in interest to take any actions that are necessary to update the ECF filing system and their respective records to reflect the proposed name changes, including the insertion of a docket entry in each of the relevant Debtors' Chapter 11 Cases announcing the Debtor name changes reflected in the amended case caption proposed herein.

**BASIS FOR RELIEF REQUESTED**

10. As noted above, pursuant to Section 5.10 of the APA, the Debtors are required to take all necessary action to change their names following the closing of the Sale.

11. Further, under the Sale Order, the Debtors are authorized "to carry out all of the provisions of the APA . . ." *See* Sale Order, ¶ 69.

4

12. Pursuant to the authority provided by the Sale Order, the Debtors will soon file the necessary paperwork with the secretaries of state (and other relevant agencies) in the Debtors' respective states or countries of organization to accomplish the required changes from a corporate perspective. The Debtors respectfully request that the Court approve the amendment of the case caption used in these Chapter 11 Cases to reflect the Debtors' new names.

13. The Debtors submit that the relief requested herein is routinely approved by courts in this district in situations similar to those present here. *See, e.g., In re Vertis Holdings, Inc.*, Case No. 12-12821 (CSS) (Bankr. D. Del. May 1, 2013); *In re Leiner Health Prods., Inc.*, Case No. 08-10446 (KJC) (Bankr. D. Del. Aug. 19, 2008); *In re TSIC, Inc.*, Case No. 08-10322 (KG) (Bankr. D. Del. July 17, 2008); *In re Tweeter Home Entm't Grp., Inc.*, Case No. 07-10787 (PJW) (Bankr. D. Del. Feb. 5, 2008); *In re SN Liquidation, Inc.*, Case No. 07-11666 (Bankr. D. Del. Jan. 30, 2008); *In re LV Liquidation Corp.*, Case No. 08-10323 (Bankr. D. Del. Apr. 25, 2008); *In re Werner Holding Co. (DE), Inc.*, Case No. 06-10578 (KJC) (Bankr. D. Del. Sept. 24, 2007).

## NOTICE

14. Notice of this Motion has been provided to (i) the Office of the United States Trustee for the District of Delaware; (ii) counsel to the Committee; (iii) counsel for Silver Point Finance, LLC, in its capacity as administrative agent under the Debtors' First Lien Credit Agreement and Second Lien Credit Agreement; (iv) counsel for Bank of America, N.A., in its capacity as administrative agent under the Debtors' Amended and Restated Loan and Security Agreement; (v) counsel to the agents under the Debtors' debtor-in-possession financing facility; and (vi) all parties that have filed a notice of appearance and request for service of papers pursuant to Bankruptcy Rule 2002. In light of the nature of the relief requested herein, the Debtors submit that no other or further notice is necessary.

WHEREFORE, the Debtors respectfully request that the Court grant the relief requested herein, and such other and further relief as it deems just and proper.

Dated: July 28, 2015
Wilmington, Delaware

    */s/ Andrew L. Magaziner*
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Maris J. Kandestin (No. 5294)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
mnestor@ycst.com
kcoyle@ycst.com
mkandestin@ycst.com
amagaziner@ycst.com

-and-

Michael A. Rosenthal (NY No. 4697561)
Samuel A. Newman (CA No. 217042)
Jeremy L. Graves (CO No. 45522)
Matthew G. Bouslog (CA No. 280978)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
mrosenthal@gibsondunn.com
snewman@gibsondunn.com
jgraves@gibsondunn.com
mbouslog@gibsondunn.com

*Counsel to the Debtors and Debtors in Possession*