# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: August 4, 2015 at 4:00 p.m. (ET)** |

## SUPPLEMENT TO FIRST INTERIM FEE APPLICATION OF GIBSON, DUNN & CRUTCHER, LLP

Gibson, Dunn & Crutcher, LLP ("Gibson Dunn" or the "Firm"), counsel to the above-captioned debtors and debtors in possession (the "Debtors"), hereby supplements the *First Interim Quarterly Fee Requests of the Debtors' Professionals* [Docket No. 844] (the "First Interim Application") for the period from March 12, 2015 through June 30, 2015 (the "Application Period") by attaching, as Exhibits A through E hereto, certain schedules requested by the *Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Cases* (the "UST Guidelines"). In addition, Gibson Dunn respectfully states as follows to address the questions set forth under section C.5 of the UST Guidelines:

    a.    During the Application Period, Gibson Dunn did not agree to any variations from, or alternatives to, its standard or customary billing rates, fees, or terms.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

b.  The fees sought by Gibson Dunn in the First Interim Application are less than the fees budgeted for the Application Period pursuant to the budget provided by Gibson Dunn to the Debtors.

c.  The professionals included in the First Interim Application did not vary their hourly rate based on the geographic location of the bankruptcy case.

d.  The First Interim Application did not include any fees dedicated to revising time records or preparing and revising invoices that would not normally be compensable outside of bankruptcy.

e.  The time period covered by the First Interim Application includes approximately 25.4 hours with a value of $10,008.50 spent by Gibson Dunn to ensure that the time entries subject to the First Interim Application comply with the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and do not disclose privileged or confidential information.  This review and any revisions associated therewith are a necessary component of Gibson Dunn's preparation of each monthly fee application.

f.  The First Interim Application did not include any rate increases since the effective date of the Court's approval of Gibson Dunn's retention.

[*Remainder of Page Intentionally Left Blank*]

Dated:  July 31, 2015
        Wilmington, Delaware

    */s/ Elizabeth S. Justison*
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Maris J. Kandestin (No. 5294)
Andrew Magaziner (No. 5426)
Elizabeth S. Justison (No. 5911)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
mnestor@ycst.com
kcoyle@ycst.com
mkandestin@ycst.com
amagaziner@ycst.com
ejustison@ycst.com

-and-

Michael A. Rosenthal (NY No. 4697561)
Samuel A. Newman (CA No. 217042)
Jeremy L. Graves (CO No. 45522)
Matthew G. Bouslog (CA No. 280978)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
mrosenthal@gibsondunn.com
snewman@gibsondunn.com
jgraves@gibsondunn.com
mbouslog@gibsondunn.com

*General Bankruptcy and Restructuring Co-Counsel*