# **EXHIBIT A**

**CUSTOMARY AND COMPARABLE
COMPENSATION DISCLOSURES**

The blended hourly rate for all Gibson Dunn domestic timekeepers (including both professionals and paraprofessionals) who billed to non-bankruptcy matters (collectively, the "Non-Bankruptcy Matters")[2] during the 12-month period beginning on October 1, 2013 and ending on September 30, 2014 (the "Comparable Period") was, in the aggregate, approximately **$710** per hour (the "Non-Bankruptcy Blended Hourly Rate").[3]

The blended hourly rate for all Gibson Dunn timekeepers (including both professionals and paraprofessionals) who billed to the Debtors during the Fee Period was approximately **$784** per hour (the "Debtor Blended Hourly Rate").[4]

A detailed comparison of these rates is as follows:[5]

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | Billed Domestic Non-Bankruptcy Matters During Comparable Period | Billed This Application |
| Partners | $982 | $1,084 |
| Of Counsels | $773 | $720 |
| Associates | $616 | $686 |
| Paralegals | $339 | $384 |
| **Aggregated:** | **$710** | **$784** |

---

[2] It is the nature of Gibson Dunn's practice that certain non-bankruptcy engagements require the advice and counsel of professionals and paraprofessionals who work primarily within Gibson Dunn's Restructuring Group. Accordingly, "Non-Bankruptcy Matters" consist of matters for which Gibson Dunn domestic timekeepers represented a client in a matter other than an in-court bankruptcy proceeding. Moreover, the Non-Bankruptcy Matters include time billed by Gibson Dunn domestic timekeepers who work primarily within Gibson Dunn's Restructuring Group.

[3] Gibson Dunn calculated the blended rate for Non-Bankruptcy Matters by dividing the *total dollar amount* billed by Gibson Dunn domestic timekeepers to the Non-Bankruptcy Matters during the Comparable Period by the *total number of hours* billed by Gibson Dunn domestic timekeepers to the Non-Bankruptcy Matters during the Comparable Period.

[4] Gibson Dunn calculated the blended rate for timekeepers who billed to the Debtors by dividing the *total dollar amount billed* by such timekeepers during the Fee Period by the *total number of hours billed* by such timekeepers during the Fee Period.

[5] The billing rate for each professional at Gibson Dunn is based on a number of factors, including seniority. It is important to note, however, that Gibson Dunn does not charge a higher hourly rate for bankruptcy professionals as compared to non-bankruptcy professionals, and each bankruptcy professional's rate is the same whether he or she is billing time to a bankruptcy matter or a non-bankruptcy matter. Therefore, the $74 per hour differential between the average Debtor Blended Hourly Rate and the average Non-Bankruptcy Blended Hourly Rate primarily reflects the fact that the Debtor representations have required a greater percentage of time from more senior attorneys as compared to other matters, including without limitation discovery-intensive litigation, that are factored into the Non-Bankruptcy Blended Hourly Rate.