**EXHIBIT B**

**SUMMARY OF TIMEKEEPERS INCLUDED IN THE
FIRST INTERIM APPLICATION**

| Name | Title | Department | Date of First Admission | Fees Billed in the Application Period ($) | Hours Billed in the Application Period | Hourly Rate Billed in the Application Period ($) |
|---|---|---|---|---|---|---|
| Friedman, Dennis J. | Partner | Corp. | 1970 | 21,977.50 | 14.9 | 1,475.00 |
| Becker, Barbara L. | Partner | Corp. | 1989 | 49,122.50 | 40.1 | 1,225.00 |
| Rosenthal, Michael A. | Partner | Corp. | 1985 | 879,017.50 | 748.1 | 1,175.00 |
| Klyman, Robert A. | Partner | Corp. | 1989 | 98,748.00 | 84.4 | 1,170.00 |
| Ludwiszewski, Raymond B. | Partner | Lit. | 1984 | 57,364.50 | 50.1 | 1,145.00 |
| Arnold, Dennis B. | Partner | R.E. | 1976 | 532.50 | 0.5 | 1,065.00 |
| Krause, Jeffrey C. | Partner | Corp. | 1980 | 69,970.50 | 65.7 | 1,065.00 |
| Kruse, Scott A. | Partner | Lit. | 1972 | 2,875.50 | 2.7 | 1,065.00 |
| Adams, Aaron | Partner | Corp. | 2001 | 14,212.00 | 13.6 | 1,045.00 |
| Fabens, Andrew | Partner | Corp. | 2001 | 6,061.00 | 5.8 | 1,045.00 |
| Lutz, Brian M. | Partner | Lit. | 2003 | 230,205.00 | 223.5 | 1,030.00 |
| Collins, Michael J. | Partner | Lit. | 2004 | 17,313.00 | 17.4 | 995.00 |
| Kelsey, Matthew | Partner | Corp. | 2004 | 965.00 | 1.0 | 995.00 |
| Newman, Samuel A. | Partner | Corp. | 2001 | 285,004.00 | 331.4 | 860.00 |
| Rippeon, Benjamin | Partner | Tax | 2001 | 5,762.00 | 6.7 | 860.00 |
| Cline, Andrew | Of Counsel | Lit. | 2000 | 6,264.00 | 8.7 | 720.00 |
| Angel, Daniel | Associate | Corp. | 2004 | 6,583.50 | 7.7 | 855.00 |
| Muzumdar, Saee | Associate | Corp. | 2009 | 31,377.50 | 38.5 | 815.00 |
| Moskowitz, Alan | Associate | Corp. | 2010 | 36,466.50 | 45.3 | 805.00 |
| Noblett, Amy E. | Associate | Corp. | 2011 | 25,996.50 | 32.7 | 795.00 |
| Graves, Jeremy Lee | Associate | Lit. | 2007 | 566,174.50 | 749.9 | 755.00 |
| Kolb, Kyle J. | Associate | Lit. | 2012 | 258,000.00 | 344.0 | 750.00 |
| Farrar, Quinton C. | Associate | Corp. | 2013 | 3,127.50 | 4.5 | 695.00 |
| Weiner, Genevieve G. | Associate | Corp. | 2007 | 77,848.00 | 105.2 | 740.00 |
| Bach-y-Rita, Peter | Associate | Lit. | 2009 | 43,717.50 | 60.3 | 725.00 |
| Baris, Sam G. | Associate | Corp. | 2013 | 14,873.00 | 21.4 | 695.00 |
| Scott, Natalie K. | Associate | Corp. | 2013 | 24,186.00 | 34.8 | 695.00 |
| Jacobs, Sabina | Associate | Corp. | 2012 | 108,681.00 | 165.4 | 675.00 |
| Alsarraf, Ali I. | Associate | Lit. | 2014 | 14,560.00 | 22.4 | 650.00 |
| Hogan, Mary K. | Associate | Unassigned | 2014 | 3,510.00 | 5.4 | 650.00 |
| Porcelli, Matthew P. | Associate | Unassigned | 2014 | 159,055.00 | 244.7 | 650.00 |
| Bouslog, Matthew G. | Associate | Corp. | 2011 | 475,750.00 | 761.2 | 625.00 |
| Barnao, James | Law Clerk | Unassigned | Pending | 14,351.00 | 25.4 | 565.00 |
| Miceli, Margaret C. | Associate | Unassigned | 2015 | 17,628.00 | 31.2 | 565.00 |
| Marsh, Karyn | Staff | Lit. | 2003 | 605.00 | 1.1 | 550.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Bergmann | Attorney | | | | | |
| Ranney, Christine L. | Associate | Unassigned | 2014 | 2,272.50 | 4.5 | 505.00 |
| Speak, Emily B. | Associate | Unassigned | 2013 | 6,969.00 | 13.8 | 505.00 |
| Avunjian, Helen O. | Associate | Unassigned | 2014 | 3,036.00 | 6.6 | 460.00 |
| Jain, Shailey | Associate | Unassigned | 2014 | 10,580.00 | 23.0 | 460.00 |
| Magallanes, Katie M. | Associate | Unassigned | 2014 | 5,382.00 | 11.7 | 460.00 |
| Bratcher, Vanessa V. | Mgr. of Global Services | N/A | N/A | 4,698.00 | 10.8 | 435.00 |
| Kann, Stephanie | Paralegal | Corp. | N/A | 3,192.00 | 7.6 | 420.00 |
| Modzelewski, Kevin A. | eDiscovery Specialist | N/A | N/A | 34,708.50 | 85.7 | 405.00 |
| Amponsah, Duke K. | Paralegal | Corp. | N/A | 18,683.50 | 47.3 | 395.00 |
| Santamaria, Ariel | Paralegal | Lit. | N/A | 9,875.00 | 25.0 | 395.00 |
| Alarcon, Roberto | eDiscovery Specialist | N/A | N/A | 2,952.00 | 8.2 | 360.00 |
| Hyde, Robert | eDiscovery Specialist | N/A | N/A | 9,216.00 | 25.6 | 360.00 |
| Jones, Mitchell | eDiscovery Specialist | N/A | N/A | 5,508.00 | 15.3 | 360.00 |
| Personett, Curtis | eDiscovery Specialist | N/A | N/A | 900.00 | 2.5 | 360.00 |
| Santos, F. Pamela | Paralegal | N/A | N/A | 16,344.00 | 45.4 | 360.00 |
| Scott, Spencer | Research Analyst | N/A | N/A | 384.00 | 1.6 | 240.00 |
| Jones, Carla | Research Analyst | N/A | N/A | 42.00 | 0.2 | 210.00 |
| Kurinsky, Erin | Research Analyst | N/A | N/A | 336.00 | 1.6 | 210.00 |
| Dun, Elisa | Summer Associate | N/A | N/A | 2,398.50 | 12.3 | 195.00 |
| Organek, William A. | Summer Associate | N/A | N/A | 9,672.00 | 49.6 | 195.00 |
| **Totals** | | | | **3,775,034** | **4714.0** | |
| **Non-Working Travel Time Reduction (50%)** | | | | (64,939.50) | | |
| **Additional Voluntary Write-Offs** | | | | (14,215.00) | | |
| **Net Fees** | | | | **3,695,879.50** | | |