# EXHIBIT C

# BUDGET AND STAFFING PLAN

|  | BUDGETED AMOUNT ($) | | | | BUDGETED AMOUNT ($) |
|---|---|---|---|---|---|
|  | **March** | **April** | **May** | **June** | **Application Period** |
| Total Fees | $800,000.00 | 1,350,000.00 | 1,250,000.00 | 1,000,000.00 | 4,400,000.00 |
|  | **PROFESSIONAL RATES** | | | | **PROFESSIONAL RATES** |
| **Professional** | **March** | **April** | **May** | **June** | **Application Period** |
| Becker, Barbara L. | 1,225.00 | 1,225.00 | 1,225.00 | 1,225.00 | 1,225.00 |
| Rosenthal, Michael A. | 1,175.00 | 1,175.00 | 1,175.00 | 1,175.00 | 1,175.00 |
| Ludwiszewski, Raymond B. | 1,145.00 | 1,145.00 | 1,145.00 | 1,145.00 | 1,145.00 |
| Lutz, Brian M. | 1,030.00 | 1,030.00 | 1,030.00 | 1,030.00 | 1,030.00 |
| Collins, Michael J. | 995.00 | 995.00 | 995.00 | 995.00 | 995.00 |
| Newman, Samuel A. | 860.00 | 860.00 | 860.00 | 860.00 | 860.00 |
| Muzumdar, Saee | 815.00 | 815.00 | 815.00 | 815.00 | 815.00 |
| Graves, Jeremy Lee | 755.00 | 755.00 | 755.00 | 755.00 | 755.00 |
| Kolb, Kyle J. | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 |
| Alsarraf, Ali I. | 650.00 | 650.00 | 650.00 | 650.00 | 650.00 |
| Porcelli, Matthew P. | 650.00 | 650.00 | 650.00 | 650.00 | 650.00 |
| Bouslog, Matthew G. | 625.00 | 625.00 | 625.00 | 625.00 | 625.00 |
| Other Restructuring/Transactional | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 |
| Other Litigation | 650.00 | 650.00 | 650.00 | 650.00 | 650.00 |
| Amponsah, Duke K. | 395.00 | 395.00 | 395.00 | 395.00 | 395.00 |
| eDiscovery Assistance | 360.00 | 360.00 | 360.00 | 360.00 | 360.00 |
|  | **BUDGETED HOURS** | | | | **BUDGETED HOURS** |
| **Professional** | **March** | **April** | **May** | **June** | **Application Period** |
| Becker, Barbara L. | 10 | 50 | 50 | 75 | 185 |
| Rosenthal, Michael A. | 30 | 200 | 200 | 180 | 610 |
| Ludwiszewski, Raymond B. | 5 | 15 | 15 | 15 | 50 |
| Lutz, Brian M. | 40 | 125 | 125 | 50 | 340 |

| | | | | | |
|---|---|---|---|---|---|
| Collins, Michael J. | 10 | 25 | 25 | 25 | 85 |
| Newman, Samuel A. | 150 | 110 | 110 | 30 | 400 |
| Muzumdar, Saee | 20 | 50 | 50 | 100 | 220 |
| Graves, Jeremy Lee | 170 | 200 | 200 | 180 | 750 |
| Kolb, Kyle J. | 60 | 150 | 125 | 75 | 410 |
| Alsarraf, Ali I. | 10 | 125 | 125 | 65 | 325 |
| Porcelli, Matthew P. | 80 | 150 | 150 | 75 | 455 |
| Bouslog, Matthew G. | 150 | 200 | 200 | 180 | 730 |
| Other Restructuring/Transactional | 200 | 50 | 50 | 50 | 350 |
| Other Litigation | 105 | 100 | 0 | 0 | 205 |
| Amponsah, Duke K. | 10 | 100 | 100 | 100 | 310 |
| eDiscovery Assistance | 10 | 100 | 100 | 75 | 275 |
| **TOTAL** | **1060** | **1750** | **1625** | **1275** | **5700** |

| | **BUDGETED FEES ($)** | | | | **BUDGETED FEES ($)** |
|---|---|---|---|---|---|
| **Professional** | **March** | **April** | **May** | **June** | **Application Period** |
| Becker, Barbara L. | 12,250.00 | 61,250.00 | 61,250.00 | 91,875.00 | 226,625.00 |
| Rosenthal, Michael A. | 35,250.00 | 235,000.00 | 235,000.00 | 211,500.00 | 716,750.00 |
| Ludwiszewski, Raymond B. | 5,725.00 | 17,175.00 | 17,175.00 | 17,175.00 | 57,250.00 |
| Lutz, Brian M. | 41,200.00 | 128,750.00 | 128,750.00 | 51,500.00 | 350,200.00 |
| Collins, Michael J. | 9,950.00 | 24,875.00 | 24,875.00 | 24,875.00 | 84,575.00 |
| Newman, Samuel A. | 129,000.00 | 92,950.00 | 64,500.00 | 25,800.00 | 312,250.00 |
| Muzumdar, Saee | 16,300.00 | 40,750.00 | 40,750.00 | 81,500.00 | 179,300.00 |
| Graves, Jeremy Lee | 128,350.00 | 155,000.00 | 155,000.00 | 139,500.00 | 577,850.00 |
| Kolb, Kyle J. | 45,000.00 | 112,500.00 | 112,500.00 | 56,250.00 | 326,250.00 |
| Alsarraf, Ali I. | 6,500.00 | 81,250.00 | 81,250.00 | 41,325.00 | 210,325.00 |
| Porcelli, Matthew P. | 52,000.00 | 97,500.00 | 97,500.00 | 48,750.00 | 295,750.00 |
| Bouslog, Matthew G. | 93,750.00 | 125,000.00 | 125,000.00 | 112,500.00 | 456,250.00 |
| Other | 150,000.00 | 37,500.00 | 30,950.00 | 30,950.00 | 249,400.00 |

| | | | | | |
|---|---:|---:|---:|---:|---:|
| Restructuring/Transactional | | | | | |
| Other Litigation | 67,175.00 | 65,000.00 | 0.00 | 0.00 | 132,175.00 |
| Amponsah, Duke K. | 3,950.00 | 39,500.00 | 39,500.00 | 39,500.00 | 122,450.00 |
| eDiscovery Assistance | 3,600.00 | 36,000.00 | 36,000.00 | 27,000.00 | 102,600.00 |
| **TOTAL** | **800,000.00** | **1,350,000.00** | **1,250,000.00** | **1,000,000.00** | **4,400,000.00** |
| | | | | | |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise |
|---|---|
| Becker, Barbara L. | Elected partner at Chadbourne & Parke in 1995. Joined firm as a partner in 2000. Member of NY Bar since 1989. |
| Rosenthal, Michael A. | Partner since 1992. Joined firm as an Of Counsel in 1989. Member of IL Bar since 1980; NY Bar since 2009; TX Bar since 1985. |
| Klyman, Robert A. | Elected partner at Latham & Watkins in 1996. Joined firm as a partner in 2014. Member of CA Bar since 1989. |
| Ludwiszewski, Raymond B. | Partner since 1993. Joined firm after serving as General Counsel of the U.S. Environmental Protect Agency. Member of D.C. Bar since 1984. |
| Krause, Jeffrey C. | Elected partner at Stutman Treister & Glatt, P.C. in 1986. Joined firm as a partner in 2012. Member of CA Bar since 1980. |
| Adams, Aaron | Partner since 2009. Joined firm as an associate in 2006. Member of NY Bar since 2001. |
| Lutz, Brian M. | Partner since 2012. Joined firm as an associate in 2003. Member of CA Bar since 2008; NY Bar since 2003. |
| Collins, Michael J. | Partner since 2007. Joined firm as an associate in 2000. Member of D.C. Bar since 2004. |
| Newman, Samuel A. | Partner since 2009. Joined firm as an associate in 2001. Member of CA Bar since 2001. |
| Muzumdar, Saee | Associate. Joined firm as an associate in 2008. Member of NY Bar since 2009. |
| Noblett, Amy E. | Associate. Joined firm as an associate in 2010. Member of NY Bar since 2011. |
| Graves, Jeremy Lee | Associate. Joined firm as an associate in 2008. Member of CO Bar since 2012; TX Bar since 2007[6]. |
| Kolb, Kyle J. | Associate. Joined firm as an associate in 2011. Member of NY Bar since 2012. |
| Weiner, Genevieve G. | Associate. Joined firm as an associate in 2007. Member of CA Bar since 2007. |
| Alsarraf, Ali I. | Associate. Joined firm as an associate in 2013. Member of NY Bar since 2014. |
| Bach-y-Rita, Peter | Associate. Joined firm as an associate in 2009. Member of CA Bar since 2009. |
| Scott, Natalie K. | Associate. Joined firm as an associate in 2012. Member of NY Bar since 2013. |
| Jacobs, Sabina | Associate. Joined firm as an associate in 2014. Member of CA Bar since 2010; NY Bar since 2012. |

---

[6]    Not actively licensed to practice in Texas.

| | |
|---|---|
| Porcelli, Matthew P. | Associate. Joined firm as an associate in 2014. Member of NY Bar since 2014. |
| Bouslog, Matthew G. | Associate. Joined firm as an associate in 2012. Member of CA Bar since 2011. |
| Amponsah, Duke K. | Paralegal |