**EXHIBIT D**

**SUMMARY OF COMPENSATION AND EXPENSE REIMBURSEMENT**

| SUMMARY OF COMPENSATION BY PROJECT CATEGORY | | |
| --- | --- | --- |
| **Project Category** | **Hours Billed** | **Fees Sought($)** |
| Asset Analysis and Recovery | 4.3 | 4,046.50 |
| Asset Disposition | 859.3 | 754,869.00 |
| Assumption and Rejection of Leases and Contracts | 142.6 | 97,358.00 |
| Avoidance Action Analysis | 5.6 | 5,645.00 |
| Budgeting | 2.4 | 1,688.00 |
| Business Operations | 65.6 | 49,362.00 |
| Case Administration | 232.5 | 182,014.00 |
| Claims Administration and Objections | 208.1 | 143,610.50 |
| Communications and Meetings with Creditors | 87.3 | 58,309.50 |
| Corporate Governance, Board Matters, and Securities Law | 131.3 | 138,287.50 |
| Employee Benefits and Pensions | 198.0 | 178,803.50 |
| Employment and Fee Applications - Gibson | 132.7 | 73,150.00 |
| Employment and Fee Applications - Others | 112.9 | 83,699.00 |
| Financing, Cash Collateral, and Cash Management | 249.9 | 241,393.50 |
| Hearings | 164.2 | 149,524.00 |
| Insurance | 1.7 | 1,062.50 |
| Litigation | 1,411.9 | 1,069,579.50 |
| Non-Working Travel | 189.8 | 163,748.50 |
| Plan and Disclosure Statement | 2.5 | 2,937.50 |
| Plan Exclusivity | 4.4 | 4,119.00 |
| Real Estate | 2.7 | 2,157.50 |
| Relief from Stay and Adequate Protection | 15.9 | 10,470.00 |
| Reporting | 98.4 | 64,025.50 |
| Secured Creditor/Collateral | 93.4 | 73,699.00 |
| Tax | 18.7 | 15,878.00 |
| Utilities | 26.2 | 17,843.00 |
| Vendors and Suppliers | 251.7 | 187,754.00 |
| **Total** | **4,714.0** | **3,775,034.00** |
| Non-Working Travel Time Reduction (50%) | | (64,939.50) |
| Additional Voluntary Write-Offs | | (14,215.00) |
| **Net Fees** | | **3,695,879.50** |

| SUMMARY OF EXPENSE REIMBURSEMENT BY CATEGORY ($) | |
| --- | --- |
| **Category** | **Amount** |
| Meals | 2,661.38 |
| Lodging | 10,910.66 |
| Travel | 20,634.99 |
| On-Line Research (Lexis) | 3,289.40 |
| On-Line Research (Westlaw) | 9,148.89 |

| | |
|---|---:|
| On-Line Research Nexis - Main | 2,356.00 |
| On-Line Research Lexis - Corp | 111.60 |
| Specialized Research/Filing Fees | 1,588.26 |
| Document Search and Retrieval | 6,941.16 |
| Computer Supplies | 474.11 |
| Data Line Charge | 286.63 |
| Postage | 6.99 |
| Messenger and Courier Expense | 240.56 |
| Telephone Charges | 1,694.16 |
| Outside Process Server | 180.13 |
| Searches-(UCC & Others) | 445.08 |
| Transcripts/Digesting | 6,099.60 |
| Filing Fees | 40.00 |
| Recording Fees | 245.00 |
| Certified Copies | 1,879.60 |
| In House Duplication | 4,546.20 |
| **Totals** | **73,780.40** |