IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, *et al.,*<br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LIST

**PLEASE TAKE NOTICE** that the undersigned has appeared as counsel for MAX International Converters, Inc. ("MAX International"), in the above-referenced bankruptcy case.

**TAKE FURTHER NOTICE** that the below now withdraws his appearance. The undersigned counsel certifies that there is no controversy currently pending before the Court, and Mr. Michael Vigunas, on behalf of MAX International, consents to withdrawal of counsel.

**TAKE FURTHER NOTICE** that the below requests removal from the service list in this case, the mailing matrix, and the Court's electronic notice system in this matter.

> Thomas D. Walsh, Esq. (DE #3783)
> **Marshall Dennehey Warner Coleman & Goggin, P.C.**
> Nemours Building
> 1007 North Orange Street, Suite 600
> P.O. Box 8888
> Wilmington, DE 19899
> Telephone: 302-552-4325; Fax: 302-552-4340
>
> /s/ Thomas D. Walsh
>
> Thomas D. Walsh, Esq. (DE #3783)
> Marshall Dennehey Warner Coleman & Goggin
> 1007 North Orange Street, Suite 600
> P.O. Box 8888
> Wilmington, DE 19899-8888
> Phone: 302-552-4325; Fax: 302-552-4340
> Email: TDWalsh@MDWCG.com