**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the date stated below, a copy of the foregoing **NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LIST** was served upon all registered interested parties via CM/ECF.

        **MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**

/s/ Thomas D. Walsh
Thomas D. Walsh (DE #3783)
1007 Orange Street, Suite 600
P.O. Box 8888
Wilmington, DE 19899 - 8888
Tel.: (302) 552-4325
Fax: (302) 552-4340
Email: TDWalsh@mdwcg.com

*(Withdrawing) Counsel for MAX International Converters, Inc.*

Dated: July 31, 2015