# **EXHIBIT B**

## **SUMMARY OF TIMEKEEPERS INCLUDED IN THE FIRST INTERIM APPLICATION**

| Name | Title | Department | Date of First Admission | Fees Billed in the Application Period ($) | Hours Billed in the Application Period | Hourly Rate Billed in the Application Period ($) |
|---|---|---|---|---|---|---|
| John T. Dorsey | Partner | Bankruptcy | 1990 | 3,825.00 | 5.00 | 765.00 |
| Michael R. Nestor | Partner | Bankruptcy | 1995 | 125,280.00 | 172.80 | 725.00 |
| Kara Hammond Coyle | Partner | Bankruptcy | 2003 | 183,815.00 | 379.00 | 485.00 |
| Maris J. Kandestin | Associate | Bankruptcy | 2004 | 64,860.00 | 141.00 | 460.00 |
| Michael S. Neiburg | Associate | Bankruptcy | 2009 | 2,937.00 | 6.60 | 445.00 |
| Andrew Magaziner | Associate | Bankruptcy | 2009 | 261,440.00 | 653.60 | 400.00 |
| Elizabeth S. Justison | Associate | Bankruptcy | 2013 | 50,871.00 | 164.10 | 310.00 |
| Debbie Laskin | Paralegal | Bankruptcy | N/A | 3,650.00 | 14.60 | 250.00 |
| Troy M. Bollman | Paralegal | Bankruptcy | N/A | 38,551.00 | 202.90 | 190.00 |
| **Totals** | | | | **735,229.00** | **1,739.60** | |