# EXHIBIT C

# BUDGET AND STAFFING PLAN

|  | BUDGETED AMOUNT ($) | | | | BUDGETED AMOUNT ($) |
| --- | --- | --- | --- | --- | --- |
|  | March | April | May | June | Application Period |
| Total Fees | 150,000.00 | 150,000.00 | 150,000.00 | 150,000.00 | 600,000.00 |
|  | PROFESSIONAL RATES | | | | PROFESSIONAL RATES |
| Professional | March | April | May | June | Application Period |
| John T. Dorsey | 765.00 | 765.00 | 765.00 | 765.00 | 765.00 |
| Michael R. Nestor | 725.00 | 725.00 | 725.00 | 725.00 | 725.00 |
| Kara Hammond Coyle | 485.00 | 485.00 | 485.00 | 485.00 | 485.00 |
| Maris J. Kandestin | 460.00 | 460.00 | 460.00 | 460.00 | 460.00 |
| Michael S. Neiburg | 445.00 | 445.00 | 445.00 | 445.00 | 445.00 |
| Andrew Magaziner | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 |
| Elizabeth S. Justison | 310.00 | 310.00 | 310.00 | 310.00 | 310.00 |
| Debbie Laskin | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 |
| Troy Bollman | 190.00 | 190.00 | 190.00 | 190.00 | 190.00 |
|  | BUDGETED HOURS | | | | BUDGETED HOURS |
| Professional | March | April | May | June | Application Period |
| John T. Dorsey | 5.0 | 0.0 | 0.0 | 0.0 | 5.0 |
| Michael R. Nestor | 45.4 | 56.4 | 24.0 | 47.0 | 172.8 |
| Kara Hammond Coyle | 91.2 | 123.7 | 94.0 | 70.1 | 379.0 |
| Maris J. Kandestin | 57.4 | 51.2 | 23.6 | 8.8 | 141.0 |
| Michael S. Neiburg | 0.0 | 0.0 | 0.0 | 6.6 | 6.6 |
| Andrew Magaziner | 24.1 | 250.8 | 170.2 | 208.5 | 653.6 |
| Elizabeth S. Justison | 46.4 | 56.1 | 42.6 | 19.0 | 164.1 |
| Debbie Laskin | 0.0 | 0.0 | 14.6 | 0.0 | 14.6 |
| Troy Bollman | 40.3 | 62.0 | 24.0 | 76.6 | 202.9 |
| **TOTAL** | **309.8** | **600.2** | **393.0** | **436.6** | **1,739.6** |
|  | BUDGETED FEES ($) | | | | BUDGETED FEES ($) |
| Professional | March | April | May | June | Application Period |
| John T. Dorsey | 3,825.00 | 0.00 | 0.00 | 0.00 | 3,825.00 |
| Michael R. Nestor | 32,915.00 | 40,890.00 | 17,400.00 | 34,075.00 | 125,280.00 |
| Kara Hammond Coyle | 44,232.00 | 59,994.50 | 45,590.00 | 33,998.50 | 183,815.00 |
| Maris J. Kandestin | 26,404.00 | 23,552.00 | 10,856.00 | 4,048.00 | 64,860.00 |
| Michael S. Neiburg | 0.00 | 0.00 | 0.00 | 2,937.00 | 2,937.00 |
| Andrew Magaziner | 9,640.00 | 100,320.00 | 68,080.00 | 83,400.00 | 261,440.00 |
| Elizabeth S. Justison | 14,384.00 | 17,391.00 | 13,206.00 | 5,890.00 | 50,871.00 |

01:17410829.1

| | | | | | |
|---|---:|---:|---:|---:|---:|
| Debbie Laskin | 0.00 | 0.00 | 3,650.00 | 0.00 | 3,650.00 |
| Troy Bollman | 7,657.00 | 11,780.00 | 4,560.00 | 14,554.00 | 38,551.00 |
| **TOTAL** | **139,057.00** | **253,927.50** | **163,342.00** | **178,902.50** | **735,229.00** |

| PROFESSIONAL | POSITION OF PROFESSIONAL; NUMBER OF YEARS IN THAT POSITION; YEAR OBTAINING LICENSE TO PRACTICE, IF APPLICABLE |
|---|---|
| John T. Dorsey | Partner since 2004. Joined firm as special counsel in 2003. Member of DE Bar since 1990. |
| Michael R. Nestor | Partner since 2003. Joined firm as an associate in 1998. Member of PA and NJ Bars since 1995. Member of DE Bar since 1996. |
| Kara Hammond Coyle | Partner since 2014. Joined firm as an associate in 2003. Member of DE Bar since 2003. |
| Maris J. Kandestin | Joined firm as an associate in 2009. Member of DE Bar since 2009. Member of PA and NJ Bars since 2004. |
| Michael S. Neiburg | Joined firm as an associate in 2008. Member of the DE Bar since 2009. |
| Andrew Magaziner | Joined firm as an associate in 2009. Member of DE Bar since 2009. |
| Elizabeth S. Justison | Joined firm as an associate in 2013. Member of DE Bar since 2013. |
| Debbie Laskin | Paralegal |
| Troy M. Bollman | Paralegal |

01:17410829.1