## EXHIBIT D

### SUMMARY OF COMPENSATION AND EXPENSE REIMBURSEMENT

| SUMMARY OF COMPENSATION<br>BY PROJECT CATEGORY | | |
|---|---|---|
| **Project Category** | **Hours Billed** | **Fees Sought($)** |
| Case Administration | 113.40 | 45,200.50 |
| Court Hearings | 224.40 | 92,134.00 |
| Cash Collateral/DIP Financing | 32.00 | 16,610.50 |
| Schedules & Statements, U.S. Trustee Reports | 177.40 | 71,618.50 |
| Lease/Executory Contract Issues | 64.30 | 28,877.50 |
| Use, Sale or Lease of Property | 553.30 | 237,930.50 |
| Claims Analysis, Objections & Resolutions | 70.30 | 32,165.50 |
| Meetings | 17.40 | 9,487.00 |
| Stay Relief Matters | 54.20 | 22,963.50 |
| Reclamation Claims and Adversaries | 2.40 | 1,053.50 |
| Other Adversary Matters | 115.00 | 52,742.50 |
| Plan and Disclosure Statement | 7.30 | 2,615.50 |
| Creditor Inquiries | 18.10 | 7,714.50 |
| Employee Matters | 66.50 | 27,471.00 |
| Retention of Professionals/Fee Issues | 134.20 | 51,535.00 |
| Fee Application Preparation | 17.50 | 8,669.00 |
| Travel | 3.60 | 1,570.00 |
| Utility Services | 58.00 | 21,482.50 |
| Business Operations | 10.30 | 3,388.00 |
| **Totals** | **1,739.60** | **735,229.00** |

01:17410829.1

| SUMMARY OF EXPENSE REIMBURSEMENT BY CATEGORY ($) ||
|---|---|
| **Category** | **Amount** |
| Reproduction Charges | 13,528.80 |
| Federal Express | 297.21 |
| Facsimile | 192.00 |
| Filing Fees | 527.00 |
| Air/Rail Travel | 273.00 |
| Deposition/Transcript | 1,931.95 |
| Delivery/Courier | 715.00 |
| Hotel/Lodging | 2,188.80 |
| Car/Bus/Subway Travel | 566.87 |
| Working Meals | 3,250.40 |
| Certified Court Documents | 67.50 |
| AP Outside Duplication Svcs. | 680.00 |
| Teleconference/ Video Conference. | 1,123.22 |
| Postage | 117.69 |
| Computerized Legal Research | 209.65 |
| Docket Retrieval/Search | 142.10 |
| **Totals** | **25,811.19** |

01:17410829.1