# EXHIBIT E

## FIRST INTERIM APPLICATION SUMMARY

| SUMMARY OF FIRST INTERIM APPLICATION ||
|---|---|
| Name of Applicant | Young Conaway Stargatt & Taylor, LLP |
| Name of Client | Debtors |
| Time period covered by First Interim Application | March 12, 2015 through June 30, 2015 |
| Total compensation sought during the Application Period | $735,229.00 |
| Total expenses sought during the Application Period | $25,811.19 |
| Petition Date | March 12, 2015 |
| Retention Date | March 12, 2015 |
| Date of order approving employment | April 13, 2015 |
| Total compensation approved by interim order to date | Pending |
| Total expenses approved by interim order to date | Pending |
| Total allowed compensation paid to date | N/A |
| Total allowed expenses paid to date | N/A |
| Blended rate in the First Interim Application for all attorneys | $455.31 |
| Blended rate in the First Interim Application for all timekeepers | $422.64 |
| Compensation sought in the First Interim Application already paid pursuant to a monthly compensation order but not yet allowed | $558,183.20 |
| Expenses sought in the First Interim Application already paid pursuant to a monthly compensation order but not yet allowed | $25,811.19 |
| Number of professionals included in the First Interim Application | 9 |
| If applicable, number of professionals in the First Interim Application not included in staffing plan approved by client | N/A |
| If applicable, difference between fees budgeted and compensation sought during the Application Period | Amt. Budgeted:  $600,000.00<br>Amt. Sought:  $735,229.00 |
| Number of professionals billing fewer than 15 hours to the case during the Application Period | 3 |
| Are any rates higher than those approved or disclosed at retention? | No |

01:17410829.1