**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>**THE STANDARD REGISTER COMPANY,** *et al.*<br><br>Debtors[1] | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered)<br><br>Objection Deadline: August 4, 2015 at 4:00 p.m. ET |

**SUPPLEMENT TO FIRST INTERIM FEE APPLICATION OF**
**DINSMORE & SHOHL LLP**

Dinsmore & Shohl LLP ("**Dinsmore**" or the "**Firm**"), special counsel to the above-captioned debtors and debtors in possession (the "**Debtors**"), hereby supplements the *First Interim Fee Quarterly Requests of the Debtors' Professionals* [Docket No. 844] (the "**First Interim Application**") for the period from March 12, 2015 through June 30, 2015 (the "**Application Period**") by attaching, as Exhibits A through E hereto, certain schedules requested by the *Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Cases* (the "**UST Guidelines**"). In addition, Dinsmore respectfully states as follows to address the questions set forth under section C.5 of the UST Guidelines:

a. During the Application Period, except as described in the Debtors' Application for Entry of an Order Authorizing the Debtors to Employ and Retain Dinsmore & Shohl LLP as Special Counsel, Pursuant to 11 U.S.C. §327(e), Effective *Nunc Pro Tunc* to the Petition Date (the "Retention Application") [Docket No. 85],

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

      Dinsmore did not agree to any variations from, or alternatives to, its standard or customary billing rates, fees, or terms.

b.     The fees sought by Dinsmore in the First Interim Application are less than the fees budgeted pursuant to the original budget provided by Dinsmore to the Debtors.

c.     The professionals included in the First Interim Application did not vary their hourly rate based on the geographic location of the bankruptcy case.

d.     The First Interim Application did not include any fees dedicated to revising time records or preparing and revising invoices that would not normally be compensable outside of bankruptcy.

e.     The time period covered by the First Interim Application includes approximately 2.1 hours with a value of $1,228.50 spent by Dinsmore to ensure that the time entries subject to the First Interim Application comply with the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and do not disclose privileged or confidential information. This review and any revisions associated therewith are a necessary component of Dinsmore's preparation of each monthly fee application.

f.     The First Interim Application did not include any rate increases since the effective date of the Court's approval of Dinsmore's retention.

Dated:   Wilmington, Delaware  
         July 31, 2015

*/s/ Elizabeth S. Justison*  
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**  
Michael R. Nestor (No. 3526)  
Kara Hammond Coyle (No. 4410)  
Andrew L. Magaziner (No. 5426)  
Elizabeth S. Justison (No. 5911)  
Rodney Square  
1000 North King Street  
Wilmington, Delaware 19801  
Tel:   (302) 571-6600  
Fax:   (302) 571-1253  
Email: mnestor@ycst.com  
       kcoyle@ycst.com  
       amagaziner@ycst.com  
       ejustison@ycst.com

-and-

**DINSMORE & SHOHL LLP**
Kim Martin Lewis
Patrick D. Burns
255 E. 5th St., Ste. 1900
Cincinnati, OH 45202
Tel:    (513) 977-8200
Fax:    (513) 977-8141
Email: kim.lewis@dinsmore.com
         patrick.burns@dinsmore.com