# EXHIBIT B

## SUMMARY OF TIMEKEEPERS INCLUDED IN THE FIRST INTERIM APPLICATION

| Name | Title | Department | Date of First Admission | Fees Billed in the Application Period ($) | Hours Billed in the Application Period | Hourly Rate Billed in the Application Period ($) |
|---|---|---|---|---|---|---|
| Alan H. Abes | Partner | Litigation | 1993 | $495.00 | 1.10 | $450.00 |
| Allan R. Daily | Partner | Corporate | 2002 | $24,224.00 | 75.70 | $320.00 |
| Anne D. Harman | Partner | Litigation | 1989 | $159.00 | 0.60 | $265.00 |
| Ben F. Wells | Partner | Benefits | 1983 | $2,090.00 | 3.80 | $550.00 |
| Charles F. Hertlein, Jr. | Partner | Corporate | 1980 | $3,355.00 | 6.10 | $550.00 |
| David A. Whaley | Partner | Benefits | 2003 | $17,578.00 | 51.70 | $340.00 |
| Geoffrey L. Oberhaus | Partner | IP | 1998 | $1,176.00 | 2.40 | $490.00 |
| Harvey J. Cohen | Partner | Corporate | 1987 | $9,996.00 | 20.40 | $490.00 |
| James F. Gottman | Partner | IP | 1974 | $10,065.00 | 18.30 | $550.00 |
| Jennifer O. Mitchell | Partner | Healthcare | 1988 | $738.00 | 1.80 | $410.00 |
| John D. Luken | Partner | IP | 1981 | $4,345.00 | 7.90 | $550.00 |
| Karen K. Gaunt | Partner | IP | 1997 | $170.00 | 0.40 | $425.00 |
| Kim Martin Lewis | Partner | Bankruptcy | 1989 | $65,520.00 | 100.80 | $650.00 |
| Kimberly Gambrel | Partner | IP | 1988 | $1,979.50 | 3.70 | $535.00 |
| Martiné R. Dunn | Partner | Real Estate | 1985 | $353.50 | 0.70 | $505.00 |
| Matthew S. Arend | Partner | Litigation | 2005 | $5,120.00 | 16.00 | $320.00 |
| Merideth A. Trott | Partner | Real Estate | 1975 | $1,162.50 | 2.50 | $465.00 |
| Michael G. Dailey | Partner | Corporate | 1999 | $78.00 | 0.20 | $390.00 |
| Peter A. Draugelis | Partner | Corporate | 2000 | $2,311.50 | 6.70 | $345.00 |
| R. Warner Off | Partner | Corporate | 2005 | $910.00 | 2.80 | $325.00 |
| Richard D. Porotsky, Jr. | Partner | Litigation | 1996 | $316.00 | 0.80 | $395.00 |
| Ryan W. Green | Partner | Labor | 2000 | $7,411.50 | 18.30 | $405.00 |
| Ryan W. Green (Travel) | Partner | Labor | 2000 | $5,467.50 | 27.00 | $202.50 |
| Steven H. Schreiber | Partner | Real Estate | 1981 | $130.50 | 0.30 | $435.00 |
| Tim J. Robinson | Partner | Bankruptcy | 1990 | $165.00 | 0.30 | $550.00 |
| Christopher A. Deabler | Counsel | Corporate | 2004 | $28,957.50 | 89.10 | $325.00 |
| Jan L. Hatcher | Counsel | Litigation | 1986 | $10,075.00 | 31.00 | $325.00 |
| Meggin N. Musser | Counsel | Litigation | 2009 | $3,096.00 | 12.90 | $240.00 |
| Steve N. Siegel | Counsel | Environmental | 1997 | $720.00 | 2.00 | $360.00 |
| Adam M. Vernick | Associate | Corporate | 2013 | $1,748.00 | 7.60 | $230.00 |
| Amir J. Nahavandi | Associate | Labor | 2014 | $1,496.00 | 6.80 | $220.00 |
| Beth A. Mandel | Associate | Labor | 2005 | $9,338.00 | 40.60 | $230.00 |
| Charles E. Baverman III | Associate | Real Estate | 2008 | $4,344.00 | 18.10 | $240.00 |
| Christopher J. Meyer | Associate | IP | 2011 | $1,963.50 | 7.70 | $255.00 |
| Corinne E. Keel | Associate | Litigation | 2014 | $110.00 | 0.50 | $220.00 |
| Daniel D. Briscoe, Jr. | Associate | Public Finance | 2014 | $1,320.00 | 6.00 | $220.00 |
| David J. Martin | Associate | IP | 2010 | $2,002.00 | 7.70 | $260.00 |

| | | | | | | |
|---|---|---|---|---|---:|---:|
| Diana H. Givand | Associate | Litigation | 2009 | $122.50 | 0.50 | $245.00 |
| Elizabeth A. Cramer | Associate | Litigation | 2014 | $3,404.00 | 14.80 | $230.00 |
| Grant B. Schweikert | Associate | Corporate | 2014 | $3,680.00 | 16.00 | $230.00 |
| Jason W. Hilliard | Associate | Labor | 2007 | $38,200.00 | 152.80 | $250.00 |
| Jay B. Stolkin | Associate | Corporate | 2014 | $2,461.00 | 10.70 | $230.00 |
| Jenna G. Moran | Associate | Healthcare | 2014 | $92.00 | 0.40 | $230.00 |
| Jerrad T. Howard | Associate | Corporate | 2012 | $138.00 | 0.60 | $230.00 |
| Joe E. Greiner | Associate | Litigation | 2013 | $1,198.50 | 5.10 | $235.00 |
| Joshua D. Grossman | Associate | Public Finance | 2014 | $1,012.00 | 4.40 | $230.00 |
| Kevin L. Burch | Associate | Benefits | 2006 | $14,550.00 | 58.20 | $250.00 |
| Lauren E. Smith | Associate | Benefits | 2014 | $322.00 | 1.40 | $230.00 |
| Maxwell W. Gerwin | Associate | Commercial Finance | 2012 | $644.00 | 2.80 | $230.00 |
| Patrick D. Burns | Associate | Bankruptcy | 2006 | $26,596.00 | 87.20 | $305.00 |
| Robert J. Waine | Associate | Real Estate | 1991 | $97.50 | 0.50 | $195.00 |
| Ryan A. Morrison | Associate | Litigation | 2004 | $1,527.50 | 6.50 | $235.00 |
| Sean C. Garin | Associate | Public Finance | 2005 | $1,690.00 | 6.50 | $260.00 |
| Susan H. Jackson | Associate | Labor | 2013 | $1,222.00 | 5.20 | $235.00 |
| Thomas M. Lockwood | Associate | Healthcare | 1992 | $1,347.50 | 4.90 | $275.00 |
| Anna M. Vislosky | Paralegal | Corporate | N/A | $752.50 | 3.50 | $215.00 |
| Angela C. Powell | Paralegal | Corporate | N/A | $126.00 | 0.60 | $210.00 |
| Beth A. Bane | Paralegal | Corporate | N/A | $2,205.00 | 12.60 | $175.00 |
| Deborah J. Watkins | Paralegal | Corporate | N/A | $1,033.50 | 5.30 | $195.00 |
| Gloria S. Stemple | Paralegal | Corporate | N/A | $65.00 | 0.50 | $130.00 |
| Gregory S. Hribik | Paralegal | Corporate | N/A | $740.00 | 4.00 | $185.00 |
| Hillary R. Dabney | Paralegal | Corporate | N/A | $1,360.00 | 8.00 | $170.00 |
| Jim Peretzky | Paralegal | Corporate | N/A | $1,701.00 | 8.10 | $210.00 |
| Jodi Weaver | Paralegal | Corporate | N/A | $107.50 | 0.50 | $215.00 |
| Kathy A. Adams | Paralegal | Corporate | N/A | $252.00 | 1.20 | $210.00 |
| Marilyn Z. Nash | Paralegal | Corporate | N/A | $495.00 | 3.00 | $165.00 |
| Natalie B. Taylor | Paralegal | Corporate | N/A | $646.00 | 3.40 | $190.00 |
| Sara B. Hubbard | Paralegal | Corporate | N/A | $1,320.00 | 12.00 | $110.00 |
| **Totals** | | | | **$339,594.50** | **1041.5** | |