# EXHIBIT C

## BUDGET AND STAFFING PLAN

|  | BUDGETED AMOUNT ($) | | | | BUDGETED AMOUNT ($) |
|---|---|---|---|---|---|
|  | **March** | **April** | **May** | **June** | **Application Period** |
| Total Fees | $125,000 | $100,000 | $100,000 | $100,000 | $425,000 |
|  |  |  |  |  |  |
|  | PROFESSIONAL RATES | | | | PROFESSIONAL RATES |
| **Professional** | **March** | **April** | **May** | **June** | **Application Period** |
| Alan H. Abes | $450 | $450 | $450 | $450 | $450 |
| Allan R. Daily | $320 | $320 | $320 | $320 | $320 |
| Anne D. Harman | $265 | $265 | $265 | $265 | $265 |
| Ben F. Wells | $550 | $550 | $550 | $550 | $550 |
| Charles F. Hertlein, Jr. | $550 | $550 | $550 | $550 | $550 |
| David A. Whaley | $340 | $340 | $340 | $340 | $340 |
| Geoffrey L. Oberhaus | $490 | $490 | $490 | $490 | $490 |
| Harvey J. Cohen | $490 | $490 | $490 | $490 | $490 |
| James F. Gottman | $550 | $550 | $550 | $550 | $550 |
| Jennifer O. Mitchell | $410 | $410 | $410 | $410 | $410 |
| John D. Luken | $550 | $550 | $550 | $550 | $550 |
| Karen K. Gaunt | $425 | $425 | $425 | $425 | $425 |
| Kim Martin Lewis | $650 | $650 | $650 | $650 | $650 |
| Kimberly Gambrel | $535 | $535 | $535 | $535 | $535 |
| Martiné R. Dunn | $505 | $505 | $505 | $505 | $505 |
| Matthew S. Arend | $320 | $320 | $320 | $320 | $320 |
| Merideth A. Trott | $465 | $465 | $465 | $465 | $465 |
| Michael G. Dailey | $390 | $390 | $390 | $390 | $390 |
| Peter A. Draugelis | $345 | $345 | $345 | $345 | $345 |
| R. Warner Off | $325 | $325 | $325 | $325 | $325 |
| Richard D. Porotsky, Jr. | $395 | $395 | $395 | $395 | $395 |
| Ryan W. Green | $405 | $405 | $405 | $405 | $405 |
| Ryan W. Green (Travel) | $202 | $202 | $202 | $202 | $202 |
| Steven H. Schreiber | $435 | $435 | $435 | $435 | $435 |
| Tim J. Robinson | $550 | $550 | $550 | $550 | $550 |
| Christopher A. Deabler | $325 | $325 | $325 | $325 | $325 |
| Jan L. Hatcher | $325 | $325 | $325 | $325 | $325 |
| Meggin N. Musser | $240 | $240 | $240 | $240 | $240 |
| Steve N. Siegel | $360 | $360 | $360 | $360 | $360 |
| Adam M. Vernick | $230 | $230 | $230 | $230 | $230 |
| Amir J. Nahavandi | $220 | $220 | $220 | $220 | $220 |
| Beth A. Mandel | $230 | $230 | $230 | $230 | $230 |
| Charles E. Baverman III | $240 | $240 | $240 | $240 | $240 |
| Christopher J. Meyer | $255 | $255 | $255 | $255 | $255 |
| Corinne E. Keel | $220 | $220 | $220 | $220 | $220 |
| Daniel D. Briscoe, Jr. | $220 | $220 | $220 | $220 | $220 |
| David J. Martin | $260 | $260 | $260 | $260 | $260 |
| Diana H. Givand | $245 | $245 | $245 | $245 | $245 |

| Professional | | | | |
|---|---|---|---|---|
| Elizabeth A. Cramer | $230 | $230 | $230 | $230 | $230 |
| Grant B. Schweikert | $230 | $230 | $230 | $230 | $230 |
| Jason W. Hilliard | $250 | $250 | $250 | $250 | $250 |
| Jay B. Stolkin | $230 | $230 | $230 | $230 | $230 |
| Jenna G. Moran | $230 | $230 | $230 | $230 | $230 |
| Jerrad T. Howard | $230 | $230 | $230 | $230 | $230 |
| Joe E. Greiner | $235 | $235 | $235 | $235 | $235 |
| Joshua D. Grossman | $230 | $230 | $230 | $230 | $230 |
| Kevin L. Burch | $250 | $250 | $250 | $250 | $250 |
| Lauren E. Smith | $230 | $230 | $230 | $230 | $230 |
| Maxwell W. Gerwin | $230 | $230 | $230 | $230 | $230 |
| Patrick D. Burns | $305 | $305 | $305 | $305 | $305 |
| Robert J. Waine | $195 | $195 | $195 | $195 | $195 |
| Ryan A. Morrison | $235 | $235. | $235 | $235 | $235 |
| Sean C. Garin | $260 | $260 | $260 | $260 | $260 |
| Susan H. Jackson | $235 | $235 | $235 | $235 | $235 |
| Thomas M. Lockwood | $275 | $275 | $275 | $275 | $275 |
| Anna M. Vislosky | $215 | $215 | $215 | $215 | $215 |
| Angela C. Powell | $210 | $210 | $210 | $210 | $210 |
| Beth A. Bane | $175 | $175 | $175 | $175 | $175 |
| Deborah J. Watkins | $195 | $195 | $195 | $195 | $195 |
| Gloria S. Stemple | $130 | $130 | $130 | $130 | $130 |
| Gregory S. Hribik | $185 | $185 | $185 | $185 | $185 |
| Hillary R. Dabney | $170 | $170 | $170 | $170 | $170 |
| Jim Peretzky | $210 | $210 | $210 | $210 | $210 |
| Jodi Weaver | $215 | $215 | $215 | $215 | $215 |
| Kathy A. Adams | $210 | $210 | $210 | $210 | $210 |
| Marilyn Z. Nash | $165 | $165 | $165 | $165 | $165 |
| Natalie B. Taylor | $190 | $190 | $190 | $190 | $190 |
| Sara B. Hubbard | $110 | $110 | $110 | $110 | $110 |

| Professional | BUDGETED HOURS | | | | BUDGETED HOURS |
|---|---|---|---|---|---|
| | March | April | May | June | Application Period |
| Alan H. Abes | 0.00 | 0.00 | 1.10 | 0.00 | 1.10 |
| Allan R. Daily | 70.30 | 5.40 | 0.00 | 0.00 | 75.70 |
| Anne D. Harman | 0.00 | 0.60 | 0.00 | 0.00 | 0.60 |
| Ben F. Wells | 3.80 | 0.00 | 0.00 | 0.00 | 3.80 |
| Charles F. Hertlein, Jr. | 4.00 | 0.90 | 0.00 | 1.20 | 6.10 |
| David A. Whaley | 11.90 | 5.10 | 11.90 | 22.80 | 51.70 |
| Geoffrey L. Oberhaus | 0.00 | 0.70 | 1.70 | 0.00 | 2.40 |
| Harvey J. Cohen | 13.20 | 3.90 | 0.00 | 3.30 | 20.40 |
| James F. Gottman | 1.00 | 16.30 | 1.00 | 0.00 | 18.30 |
| Jennifer O. Mitchell | 0.00 | 0.00 | 0.00 | 1.80 | 1.80 |
| John D. Luken | 0.00 | 7.90 | 0.00 | 0.00 | 7.90 |
| Karen K. Gaunt | 0.00 | 0.40 | 0.00 | 0.00 | 0.40 |
| Kim Martin Lewis | 27.80 | 24.20 | 23.80 | 25.00 | 100.80 |

| Name | | | | | |
|---|---|---|---|---|---|
| Kimberly Gambrel | 0.00 | 0.30 | 1.40 | 2.00 | 3.70 |
| Martiné R. Dunn | 0.00 | 0.70 | 0.00 | 0.00 | 0.70 |
| Matthew S. Arend | 2.60 | 4.00 | 2.40 | 7.00 | 16.00 |
| Merideth A. Trott | 1.10 | 0.00 | 1.20 | 0.20 | 2.50 |
| Michael G. Dailey | 0.00 | 0.00 | 0.20 | 0.00 | 0.20 |
| Peter A. Draugelis | 5.90 | 0.80 | 0.00 | 0.00 | 6.70 |
| R. Warner Off | 2.80 | 0.00 | 0.00 | 0.00 | 2.80 |
| Richard D. Porotsky, Jr. | 0.00 | 0.80 | 0.00 | 0.00 | 0.80 |
| Ryan W. Green | 1.60 | 8.30 | 5.30 | 3.10 | 18.30 |
| Ryan W. Green (Travel) | 0.00 | 0.00 | 27.00 | 0.00 | 27.00 |
| Steven H. Schreiber | 0.00 | 0.00 | 0.30 | 0.00 | 0.30 |
| Tim J. Robinson | 0.30 | 0.00 | 0.00 | 0.00 | 0.30 |
| Christopher A. Deabler | 79.50 | 5.30 | 0.00 | 4.30 | 89.10 |
| Jan L. Hatcher | 0.00 | 19.20 | 11.80 | 0.00 | 31.00 |
| Meggin N. Musser | 0.00 | 5.90 | 7.00 | 0.00 | 12.90 |
| Steve N. Siegel | 0.00 | 2.00 | 0.00 | 0.00 | 2.00 |
| Adam M. Vernick | 7.60 | 0.00 | 0.00 | 0.00 | 7.60 |
| Amir J. Nahavandi | 6.80 | 0.00 | 0.00 | 0.00 | 6.80 |
| Beth A. Mandel | 0.00 | 0.00 | 13.50 | 27.10 | 40.60 |
| Charles E. Baverman III | 0.00 | 0.20 | 11.40 | 6.50 | 18.10 |
| Christopher J. Meyer | 1.80 | 4.50 | 1.40 | 0.00 | 7.70 |
| Corinne E. Keel | 0.50 | 0.00 | 0.00 | 0.00 | 0.50 |
| Daniel D. Briscoe, Jr. | 6.00 | 0.00 | 0.00 | 0.00 | 6.00 |
| David J. Martin | 0.00 | 2.80 | 4.90 | 0.00 | 7.70 |
| Diana H. Givand | 0.50 | 0.00 | 0.00 | 0.00 | 0.50 |
| Elizabeth A. Cramer | 0.00 | 6.00 | 8.80 | 0.00 | 14.80 |
| Grant B. Schweikert | 16.00 | 0.00 | 0.00 | 0.00 | 16.00 |
| Jason W. Hilliard | 13.00 | 105.30 | 25.00 | 9.50 | 152.80 |
| Jay B. Stolkin | 10.70 | 0.00 | 0.00 | 0.00 | 10.70 |
| Jenna G. Moran | 0.40 | 0.00 | 0.00 | 0.00 | 0.40 |
| Jerrad T. Howard | 0.60 | 0.00 | 0.00 | 0.00 | 0.60 |
| Joe E. Greiner | 0.00 | 5.10 | 0.00 | 0.00 | 5.10 |
| Joshua D. Grossman | 4.40 | 0.00 | 0.00 | 0.00 | 4.40 |
| Kevin L. Burch | 22.50 | 9.20 | 19.60 | 6.90 | 58.20 |
| Lauren E. Smith | 1.40 | 0.00 | 0.00 | 0.00 | 1.40 |
| Maxwell W. Gerwin | 2.80 | 0.00 | 0.00 | 0.00 | 2.80 |
| Patrick D. Burns | 37.10 | 23.40 | 18.20 | 8.50 | 87.20 |
| Robert J. Waine | 0.00 | 0.00 | 0.50 | 0.00 | 0.50 |
| Ryan A. Morrison | 6.50 | 0.00 | 0.00 | 0.00 | 6.50 |
| Sean C. Garin | 6.50 | 0.00 | 0.00 | 0.00 | 6.50 |
| Susan H. Jackson | 0.00 | 5.20 | 0.00 | 0.00 | 5.20 |
| Thomas M. Lockwood | 4.90 | 0.00 | 0.00 | 0.00 | 4.90 |
| Anna M. Vislosky | 0.00 | 0.00 | 1.70 | 1.80 | 3.50 |
| Angela C. Powell | 0.60 | 0.00 | 0.00 | 0.00 | 0.60 |
| Beth A. Bane | 7.90 | 1.40 | 2.00 | 1.30 | 12.60 |

| Professional | | | | | |
|---|---|---|---|---|---|
| Deborah J. Watkins | 5.30 | 0.00 | 0.00 | 0.00 | 5.30 |
| Gloria S. Stemple | 0.50 | 0.00 | 0.00 | 0.00 | 0.50 |
| Gregory S. Hribik | 4.00 | 0.00 | 0.00 | 0.00 | 4.00 |
| Hillary R. Dabney | 8.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| Jim Peretzky | 8.10 | 0.00 | 0.00 | 0.00 | 8.10 |
| Jodi Weaver | 0.50 | 0.00 | 0.00 | 0.00 | 0.50 |
| Kathy A. Adams | 0.40 | 0.20 | 0.00 | 0.60 | 1.20 |
| Marilyn Z. Nash | 3.00 | 0.00 | 0.00 | 0.00 | 3.00 |
| Natalie B. Taylor | 3.40 | 0.00 | 0.00 | 0.00 | 3.40 |
| Sara B. Hubbard | 12.00 | 0.00 | 0.00 | 0.00 | 12.00 |
| **TOTAL** | **429.5** | **276.00** | **203.10** | **132.9** | **1041.5** |

| Professional | BUDGETED FEES ($) | | | | BUDGETED FEES ($) |
|---|---|---|---|---|---|
| | March | April | May | June | Application Period |
| Alan H. Abes | 0.00 | 0.00 | 495.00 | 0.00 | $495.00 |
| Allan R. Daily | 22,496.00 | 1,728.00 | 0.00 | 0.00 | $24,224.00 |
| Anne D. Harman | 0.00 | 159.00 | 0.00 | 0.00 | $159.00 |
| Ben F. Wells | 2,090.00 | 0.00 | 0.00 | 0.00 | $2,090.00 |
| Charles F. Hertlein, Jr. | 2,200.00 | 495.00 | 0.00 | 660.00 | $3,355.00 |
| David A. Whaley | 4,046.00 | 1,734.00 | 4,046.00 | 7,752.00 | $17,578.00 |
| Geoffrey L. Oberhaus | 0.00 | 343.00 | 833.00 | 0.00 | $1,176.00 |
| Harvey J. Cohen | 6,468.00 | 1,911.00 | 0.00 | 1,617.00 | $9,996.00 |
| James F. Gottman | 550.00 | 8,965.00 | 550.00 | 0.00 | $10,065.00 |
| Jennifer O. Mitchell | 0.00 | 0.00 | 0.00 | 738.00 | $738.00 |
| John D. Luken | 0.00 | 4,345.00 | 0.00 | 0.00 | $4,345.00 |
| Karen K. Gaunt | 0.00 | 170.00 | 0.00 | 0.00 | $170.00 |
| Kim Martin Lewis | 18,070.00 | 15,730.00 | 15,470.00 | 16,250.00 | $65,520.00 |
| Kimberly Gambrel | 0.00 | 160.50 | 749.00 | 1,070.00 | $1,979.50 |
| Martiné R. Dunn | 0.00 | 353.50 | 0.00 | 0.00 | $353.50 |
| Matthew S. Arend | 832.00 | 1,280.00 | 768.00 | 2,240.00 | $5,120.00 |
| Merideth A. Trott | 511.50 | 0.00 | 558.00 | 93.00 | $1,162.50 |
| Michael G. Dailey | 0.00 | 0.00 | 78.00 | 0.00 | $78.00 |
| Peter A. Draugelis | 2,035.50 | 276.00 | 0.00 | 0.00 | $2,311.50 |
| R. Warner Off | 910.00 | 0.00 | 0.00 | 0.00 | $910.00 |
| Richard D. Porotsky, Jr. | 0.00 | 316.00 | 0.00 | 0.00 | $316.00 |
| Ryan W. Green | 648.00 | 3,361.50 | 2,146.50 | 1,255.50 | $7,411.50 |
| Ryan W. Green (Travel) | 0.00 | 0.00 | 5,467.50 | 0.00 | $5,467.50 |
| Steven H. Schreiber | 0.00 | 0.00 | 130.50 | 0.00 | $130.50 |
| Tim J. Robinson | 165.00 | 0.00 | 0.00 | 0.00 | $165.00 |
| Christopher A. Deabler | 25,837.50 | 1,722.50 | 0.00 | 1,397.50 | $28,957.50 |
| Jan L. Hatcher | 0.00 | 6,240.00 | 3,835.00 | 0.00 | $10,075.00 |
| Meggin N. Musser | 0.00 | 1,416.00 | 1,680.00 | 0.00 | $3,096.00 |
| Steve N. Siegel | 0.00 | 720.00 | 0.00 | 0.00 | $720.00 |
| Adam M. Vernick | 1,748.00 | 0.00 | 0.00 | 0.00 | $1,748.00 |
| Amir J. Nahavandi | 1,496.00 | 0.00 | 0.00 | 0.00 | $1,496.00 |

| Name | | | | | Total |
|---|---|---|---|---|---|
| Beth A. Mandel | 0.00 | 0.00 | 3,105.00 | 6,233.00 | $9,338.00 |
| Charles E. Baverman III | 0.00 | 48.00 | 2,736.00 | 1,560.00 | $4,344.00 |
| Christopher J. Meyer | 459.00 | 1,147.50 | 357.00 | 0.00 | $1,963.50 |
| Corinne E. Keel | 110.00 | 0.00 | 0.00 | 0.00 | $110.00 |
| Daniel D. Briscoe, Jr. | 1,320.00 | 0.00 | 0.00 | 0.00 | $1,320.00 |
| David J. Martin | 0.00 | 728.00 | 1,274.00 | 0.00 | $2,002.00 |
| Diana H. Givand | 122.50 | 0.00 | 0.00 | 0.00 | $122.50 |
| Elizabeth A. Cramer | 0.00 | 1,380.00 | 2,024.00 | 0.00 | $3,404.00 |
| Grant B. Schweikert | 3,680.00 | 0.00 | 0.00 | 0.00 | $3,680.00 |
| Jason W. Hilliard | 3,250.00 | 26,325.00 | 6,250.00 | 2,375.00 | $38,200.00 |
| Jay B. Stolkin | 2,461.00 | 0.00 | 0.00 | 0.00 | $2,461.00 |
| Jenna G. Moran | 92.00 | 0.00 | 0.00 | 0.00 | $92.00 |
| Jerrad T. Howard | 138.00 | 0.00 | 0.00 | 0.00 | $138.00 |
| Joe E. Greiner | 0.00 | 1,198.50 | 0.00 | 0.00 | $1,198.50 |
| Joshua D. Grossman | 1,012.00 | 0.00 | 0.00 | 0.00 | $1,012.00 |
| Kevin L. Burch | 5,625.00 | 2,300.00 | 4,900.00 | 1,725.00 | $14,550.00 |
| Lauren E. Smith | 322.00 | 0.00 | 0.00 | 0.00 | $322.00 |
| Maxwell W. Gerwin | 644.00 | 0.00 | 0.00 | 0.00 | $644.00 |
| Patrick D. Burns | 11,315.50 | 7,137.00 | 5,551.00 | 2,592.50 | $26,596.00 |
| Robert J. Waine | 0.00 | 0.00 | 97.50 | 0.00 | $97.50 |
| Ryan A. Morrison | 1,527.50 | 0.00 | 0.00 | 0.00 | $1,527.50 |
| Sean C. Garin | 1,690.00 | 0.00 | 0.00 | 0.00 | $1,690.00 |
| Susan H. Jackson | 0.00 | 1,222.00 | 0.00 | 0.00 | $1,222.00 |
| Thomas M. Lockwood | 1,347.50 | 0.00 | 0.00 | 0.00 | $1,347.50 |
| Anna M. Vislosky | 0.00 | 0.00 | 365.50 | 387.00 | $752.50 |
| Angela C. Powell | 126.00 | 0.00 | 0.00 | 0.00 | $126.00 |
| Beth A. Bane | 1,382.50 | 245.00 | 350.00 | 227.50 | $2,205.00 |
| Deborah J. Watkins | 1,033.50 | 0.00 | 0.00 | 0.00 | $1,033.50 |
| Gloria S. Stemple | 65.00 | 0.00 | 0.00 | 0.00 | $65.00 |
| Gregory S. Hribik | 740.00 | 0.00 | 0.00 | 0.00 | $740.00 |
| Hillary R. Dabney | 1,360.00 | 0.00 | 0.00 | 0.00 | $1,360.00 |
| Jim Peretzky | 1,701.00 | 0.00 | 0.00 | 0.00 | $1,701.00 |
| Jodi Weaver | 107.50 | 0.00 | 0.00 | 0.00 | $107.50 |
| Kathy A. Adams | 84.00 | 42.00 | 0.00 | 126.00 | $252.00 |
| Marilyn Z. Nash | 495.00 | 0.00 | 0.00 | 0.00 | $495.00 |
| Natalie B. Taylor | 646.00 | 0.00 | 0.00 | 0.00 | $646.00 |
| Sara B. Hubbard | 1,320.00 | 0.00 | 0.00 | 0.00 | $1,320.00 |
| **TOTAL** | **$134,280.00** | **$93,199.00** | **$63,816.50** | **$48,299.00** | **$339,594.50** |

| PROFESSIONAL | POSITION OF PROFESSIONAL; NUMBER OF YEARS IN THAT POSITION; YEAR OBTAINING LICENSE TO PRACTICE, IF APPLICABLE |
|---|---|
| Alan H. Abes | Partner; 13 years in Position. Licensed in OH(1993) |
| Allan R. Daily | Partner; under 1 year in position. Licensed in CA(2002) |
| Anne D. Harman | Partner; 4 years in Position. Licensed in OH(95) WV(89) PA(90) |
| Ben F. Wells | Partner; 21 years in Position. Licensed in OH(83) DC(2012) |
| Charles F. Hertlein, Jr. | Partner; 28 years in Position. Licensed in OH(1980) |
| David A. Whaley | Partner; 2 years in Position. Licensed in OH(2003) |
| Geoffrey L. Oberhaus | Partner; 8 years in Position. Licensed in OH(1998) |
| Harvey J. Cohen | Partner; 19 years in Position. Licensed in OH(1987) |
| James F. Gottman | Partner; 12 years in Position. Licensed in OH(1974) |
| Jennifer O. Mitchell | Partner; 7 years in Position. Licensed in OH(1988) KY(2001) |
| John D. Luken | Partner; 27 years in Position. Licensed in OH(1981) |
| Karen K. Gaunt | Partner; 3 years in Position. Licensed in OH(1997) |
| Kim Martin Lewis | Partner; 19 years in Position. Licensed in OH (1989) |
| Kimberly Gambrel | Partner; 12 years in Position. Licensed in OH(1988) |
| Martiné R. Dunn | Partner; 7 years in Position. Licensed in OH(1985) |
| Matthew S. Arend | Partner; under 1 year in position. Licensed in OH(2005) |
| Merideth A. Trott | Partner; 17 years in Position. Licensed in OH(1975) |
| Michael G. Dailey | Partner; 7 years in Position. Licensed in OH(1999) |
| Peter A. Draugelis | Partner; 4 years in Position. Licensed in OH(2000) |
| R. Warner Off | Partner; 1 year in Position. Licensed in OH(2005) |
| Richard D. Porotsky, Jr. | Partner; 7 years in Position. Licensed in OH(1996) KY(2004) |
| Ryan W. Green | Partner; 6 years in Position. Licensed in KY(2000) |
| Steven H. Schreiber | Partner; 22 years in Position. Licensed in OH(1981) KY(1999) |
| Tim J. Robinson | Partner; 6 years in Position. Licensed in OH(1990) |
| Christopher A. Deabler | Associate of Counsel; 1 year in Position. Licensed in OH(2004) |
| Jan L. Hatcher | Associate of Counsel; 10 years in Position. Licensed in OH(1986) |
| Meggin N. Musser | Associate; 1 years in Position. Licensed in OH(2009) |
| Steve N. Siegel | Associate of Counsel; 5 years in Position. Licensed in OH(1997) |
| Adam M. Vernick | Associate; 1 year in Position. Licensed in OH(2013) |
| Amir J. Nahavandi | Associate; under 1 year in Position. Licensed in KY(2014) |
| Beth A. Mandel | Associate; under 1 year in Position. Licensed in OH(2005) |

| | |
|---|---|
| Charles E. Baverman III | Associate; 4 years in Position. Licensed in OH(2008) KY(2010) |
| Christopher J. Meyer | Associate; 4 years in Position. Licensed in OH(2011) |
| Corinne E. Keel | Associate; under 1 year in Position. Licensed in KY(2014) |
| Daniel D. Briscoe, Jr. | Associate; under 1 year in Position. Licensed in KY(2014) |
| David J. Martin | Associate; under 1 year in Position. Licensed in OH(2010) |
| Diana H. Givand | Associate; under 1 year in Position. Licensed in OH(2009) |
| Elizabeth A. Cramer | Associate; under 1 year in Position. Licensed in OH(2014) |
| Grant B. Schweikert | Associate; under 1 year in Position. Licensed in OH(2014) |
| Jason W. Hilliard | Associate; 4 years in Position. Licensed in OH(2007) |
| Jay B. Stolkin | Associate; under 1 year in Position. Licensed in OH(2014) |
| Jenna G. Moran | Associate; under 1 year in Position. Licensed in OH(2014) |
| Jerrad T. Howard | Associate; 3 years in Position. Licensed in KY (2012) |
| Joe E. Greiner | Associate; 2 years in Position. Licensed in OH(2013) |
| Joshua D. Grossman | Associate; under 1 year in Position. Licensed in OH (2014) |
| Kevin L. Burch | Associate; 1 year in Position. Licensed in CO(2006) |
| Lauren E. Smith | Associate; Termed 5/8/15; Licensed in OH (2014) |
| Maxwell W. Gerwin | Associate; under 1 year in Position. Licensed in OH(2012) |
| Patrick D. Burns | Associate; 9 years in Position. Licensed in OH(2006) |
| Robert J. Waine | Associate; under 1 year in Position. Licensed in PA(1991) |
| Ryan A. Morrison | Associate; 3 years in Position. Licensed in KY(2004) |
| Sean C. Garin | Associate; 5 years in Position. Licensed in PA(2005) |
| Susan H. Jackson | Associate; 2 years in Position. Licensed in OH(2013) |
| Thomas M. Lockwood | Associate; Termed 5/22/15; Licensed in OH (1992) |
| Anna M. Vislosky | Paralegal; 17 years in position. |
| Angela C. Powell | Paralegal; 4 years in position. |
| Beth A. Bane | Paralegal; under 1 year in position. |
| Deborah J. Watkins | Paralegal; 17 years in position. |
| Gloria S. Stemple | Paralegal; 1 year in position. |
| Gregory S. Hribik | Paralegal; 7 years in position. |
| Hillary R. Dabney | Paralegal; 1 year in position. |
| Jim Peretzky | Paralegal; 19 years in position. |
| Jodi Weaver | Paralegal; 13 years in position. |
| Kathy A. Adams | Paralegal; 20 years in position. |
| Marilyn Z. Nash | Paralegal; 3 years in position. |
| Natalie B. Taylor | Paralegal; under 1 year in position. |
| Sara B. Hubbard | Paralegal; under 1 year in position. |