**EXHIBIT D**

**SUMMARY OF COMPENSATION AND EXPENSE REIMBURSEMENT**

| SUMMARY OF COMPENSATION BY PROJECT CATEGORY | | |
|---|---|---|
| **Project Category** | **Hours Billed** | **Fees Sought($)** |
| Asset Disposition | 335.6 | 89,842.50 |
| Assumption/Rejection of Leases/Contracts | 3.3 | 1,014.30 |
| Budgeting (Case) | 0.2 | 117.00 |
| Business Operations | 9.4 | 3,338.10 |
| Case Administration | 10.7 | 6,259.50 |
| Corporate Governance and Board Matters | 1.4 | 819.00 |
| Employee Benefits and Pensions | 220.8 | 74,275.65 |
| Employment and Fee Applications | 49.7 | 16,366.05 |
| Fee Application – Privileged Review | 2.1 | 1,228.50 |
| Litigation | 255.0 | 68,155.20 |
| Meetings/Communications with Creditors | 0.4 | 109.80 |
| Non-Working Travel | 27.0 | 5,467.50 |
| Real Estate | 24.0 | 5,973.75 |
| Reporting | 10.6 | 5,320.80 |
| Intellectual Property | 40.8 | 14,628.15 |
| Privacy Matters | 6.9 | 2,133.00 |
| Hawaii Employment Litigation | 43.3 | 11,023.65 |
| Violation of Non-Compete | 0.3 | 109.35 |
| **Totals** | **1041.5** | **$306,181.80** |

| SUMMARY OF EXPENSE REIMBURSEMENT BY CATEGORY ($) | |
|---|---|
| **Category** | **Amount** |
| Airline Tickets | $1,756.01 |
| Audio Conference | 1,071.51 |
| Business Meals | 54.48 |
| Color Copies | 60.00 |
| Court Reporter | 3,489.35 |
| CT Corporation Fees | 596.25 |
| Federal Express | 62.36 |
| Filing and Recording Fees | 1,447.00 |
| Foreign Associates Fees | 323.08 |
| Government Filing Fees | 4,360.00 |
| Hotel Expense | 221.09 |
| Local Counsel Fees | 703.56 |
| Other Travel | 28.00 |
| Photocopies | 3,728.60 |
| **Totals** | **$17,901.29** |