# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | Re Docket No. 698 |

## NOTICE REGARDING RESERVED CONTRACTS SCHEDULE

**PLEASE TAKE NOTICE** that, on June 19, 2015, the United States Bankruptcy Court for the District of Delaware (the "Court") entered that certain *Order (I) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (II) Granting Certain Related Relief* [Docket No. 698] (the "Sale Order").[2]

**PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraph 27 of the Sale Order, the Buyers delivered a schedule of Potential Contracts to the Debtors prior to the Closing Date (such schedule, the "Potential Contracts Schedule") setting forth those Potential Contracts that may be assumed and assigned to the Buyers during, or at the conclusion of, the Asset Review Period.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraph 36 of the Sale Order, the contracts and leases listed on Exhibit A hereto (collectively, the "Reserved Contracts") were not included on the Potential Contracts Schedule and have not been, and will not be, designated as Transferred Contracts.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraph 36 of the Sale Order, the Debtors' rights to assume or reject the Reserved Contracts are fully preserved.

**PLEASE TAKE FURTHER NOTICE** that each executory contract and unexpired lease that has not been designated as a Transferred Contract or a Reserved Contract, otherwise does

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Sale Order.

not appear on the Potential Contracts Schedule, or is not the subject of a pending motion to assume or reject, shall be deemed rejected pursuant to section 365(a) of the Bankruptcy Code as of the Closing Date or such other date as the Court may order.

Dated: August 3, 2015
Wilmington, Delaware

/s/ Andrew L. Magaziner
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
mnestor@ycst.com
kcoyle@ycst.com
amagaziner@ycst.com

-and-

Michael A. Rosenthal (NY No. 4697561)
Samuel A. Newman (CA No. 217042)
Jeremy L. Graves (CO No. 45522)
Matthew G. Bouslog (CA No. 280978)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
mrosenthal@gibsondunn.com
snewman@gibsondunn.com
jgraves@gibsondunn.com
mbouslog@gibsondunn.com

*Counsel to the Debtors and Debtors in Possession*

## EXHIBIT A

## Reserved Contract Schedule

| Counterparty Name | Executory Contract or Unexpired Lease |
|---|---|
| Buck Consultants, LLC | Letter Modification to Consultant Contract |
| Buck Consultants, LLC | Letter of Agreement |
| Community Insurance Company d.b.a. Anthem Blue Cross and Blue Shield | Stop Loss Policy |
| Community Insurance Company dba Anthem Blue Cross and Blue Shield | Insurance Agreement |
| Fidelity Management Trust Company | Trust Agreement |
| Hylant Group, Inc. | Broker Services Agreement |
| Mercer (US) Inc. | Mercer Administrative Services Agreement |
| Mercer Health & Benefits LLC | Engagement Letter Agreement |
| Shepherd Kaplan LLC | Consulting Agreement |
| Shepherd Kaplan LLC | Amended and Restated Agreement for Investment Advisory Services for The Standard Register Employee Savings Plan |
| Shepherd Kaplan LLC | Amended and Restated Agreement for Investment Advisory Services for The Stanreco Retirement Plan |
| The Bank of New York | Master Trust Agreement |
| The Todd Organization | Services Agreement |
| Doherty, Wallace, Pillsbury and Murphy, P.C. | Engagement Letter Agreement |

| Counterparty Name | Executory Contract or Unexpired Lease |
|---|---|
| Fakuri Ireland & Cox P.L.L. | Engagement Letter Agreement |
| Frost Brown Todd LLC | Engagement Letter Agreement |
| Fukunaga Matayoshi Hershey & Ching | Engagement Letter Agreement |
| Gibson, Dunn & Crutcher LLP | Engagement Letter |
| Young Conaway Stargatt & Taylor, LLP | Engagement Letter |
| Ernst & Young LLP | Engagement Letter |
| Kaufman & Canoles, P.C. | Engagement Letter |
| Beiser Greer & Landis, LLP. | Engagement Letter |
| Brightline CPAS and Associates | Engagement Letter |
| Brixey & Meyer | Engagement Letter |
| Bruce Garrison | Engagement Letter |
| Charles Russell | Engagement Letter |
| Coolidge Wall | Engagement Letter |
| Davis Wright Tremaine LLP | Engagement Letter |
| Deloitte & Touche LLP | Engagement Letter |
| Deloitte Tax LLC | Engagement Letter |
| Jacobson Press & Fields P.C. | Engagement Letter |
| Lucas and Cavalier, LLC  Cox P.L.L. | Engagement Letter |
| McConnell Valdes LLC | Engagement Letter |
| McGuire Woods | Engagement Letter |
| McManis Faulkner | Engagement Letter |

| **Counterparty Name** | **Executory Contract or Unexpired Lease** |
|---|---|
| Meissner Tierney Fisher & Nichols | Engagement Letter |
| Offit Kurman | Engagement Letter |
| Ogier | Engagement Letter |
| Ronald D. Niesley | Engagement Letter |
| Roshell Grigsby | Engagement Letter |
| RSM ROC & Company | Engagement Letter |
| Rutan & Tucker LLP | Engagement Letter |
| Ryan Smith & Carbine Ltd | Engagement Letter |
| Shumacher, Loop & Kendrick, LLP | Engagement Letter |
| Sidley Austin LLP | Engagement Letter |
| Taft Stettinius & Hollister | Engagement Letter |
| Thompson Hine | Engagement Letter |
| McGladrey LLP | Engagement Letter |
| McInnes Cooper | Engagement Letter |
| Dinsmore & Shohl LLP | Engagement Letter |
| Von Wobeser | Engagement Letter |
| Haley & Aldrich, Inc. | Proposal/Engagement Letter |
| Lazard Freres & Co. LLC | Engagement Agreement |
| McKinsey Recovery & Transformation Services U.S., LLC | Amended and Restated Agreement for McKinsey Recovery & Transformation Services to provide consulting services |
| McKinsey Recovery & Transformation Services U.S., LLC | Engagement Agreement |

| Counterparty Name | Executory Contract or Unexpired Lease |
|---|---|
| Mundell & Associates, Inc. | Remediation Consulting Services Agreement |
| Prime Clerk LLC | Engagement Agreement |
| Shumaker, Loop & Kendrick, LLP | Engagement Letter Agreement |
| Zurich North America | Directors and Officers Insurance Policy |
| XL Specialty Insurance Company | Excess Directors and Officers Insurance Policy |
| Navigators Insurance Company | Excess Directors and Officers Insurance Policy |
| Allied World National Assurance Company | D&O Insurance Agreement |
| Continental Casualty Company | Fiduciary Liability Policy |
| Travelers Casualty and Surety Company of America | Fiduciary Liability Policy |
| Federal Insurance Company/ Chubb Group of Insurance | Fiduciary Liability Policy |
| Continental Casualty Company | Employment Practices Liability Policy |
| Federal Insurance Company/ Chubb Group of Insurance | Kidnapping, Ransom, and Extortion Policy |
| Continental Insurance Company | Crime Policy |
| Chubb de Mexico, Company | Foreign Property/Casualty/Liability Policy |
| Chubb Group of Insurance Companies / Vigilant Insurance Company | International Commercial Insurance |
| Factory Mutual Insurance Company/FM Global | Property Insurance |
| Wright National Flood Insurance Company | Flood Insurance |

| **Counterparty Name** | **Executory Contract or Unexpired Lease** |
|---|---|
| National Fire Insurance of Hartford (CNA) | General Liability Policy |
| National Fire Insurance of Hartford (CNA) | Automobile Liability Policy |
| Continental Casualty Company (CNA) | Excess Liability Policy |
| Fireman's Fund Insurance Company | Excess Liability Policy |
| Liberty Mutual Insurance | Workers' Compensation And Employers Liability Insurance Policy |
| Safety National Casualty Corporation | Workers' Compensation Liability Policy |
| Beazley USA Services, Inc. | Professional Liability Policy |
| Columbia Casualty Company (CNA) | Excess Professional Liability Policy |
| Illinois National Insurance Company (AIG) | Excess Professional Liability Policy |
| The Standard Register Company/Standard Register de Mexico S. de R.L. de C.V. | License Agreement |
| The Standard Register Company/Standard Register de Mexico S. de R.L. de C.V. | Royalty Agreement |
| Hunter Consulting Company | Consulting Agreement |
| Indiana Department of Environmental Management | Voluntary Remediation Agreement |