**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | **Re Docket No. 698** |

**NOTICE REGARDING REJECTION OF CERTAIN
AGREEMENTS AS OF CLOSING DATE**

   **PLEASE TAKE NOTICE** that, on June 19, 2015, the United States Bankruptcy Court for the District of Delaware (the "Court") entered that certain *Order (I) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (II) Granting Certain Related Relief* [Docket No. 698] (the "Sale Order").[2]

   **PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraph 27 of the Sale Order, the Buyers delivered a schedule of Potential Contracts to the Debtors prior to the Closing Date (such schedule, the "Potential Contracts Schedule") setting forth those Potential Contracts that may be assumed and assigned to the Buyers during, or at the conclusion of, the Asset Review Period. By separate correspondence, counterparties to the Potential Contracts listed on the Potential Contracts Schedule received notice regarding the designation of applicable agreements as Potential Contracts.

   **PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraph 36 of the Sale Order, certain contracts and unexpired leases not included on the Potential Contracts Schedule were designated as "Reserved Contracts," and have not been, and will not be, designated as Transferred Contracts at a later date. By separate correspondence, counterparties to the Reserved Contracts received notice regarding the designation of applicable agreements as Reserved Contracts.

---

[1]  The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2]  Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Sale Order.

01:17404430.1

**PLEASE TAKE FURTHER NOTICE** that all contracts or leases that have not been designated as either Transferred Contracts, Potential Contracts or Reserved Contracts, and are otherwise not subject to a pending motion to assume or reject, including, but not limited to, those listed on Exhibit A hereto (such excluded contracts and leases, collectively, the "Rejected Contracts") are hereby deemed rejected pursuant to section 365(a) of the Bankruptcy Code as of the Closing Date, July 31, 2015.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with that certain *Order Pursuant to Bankruptcy Rule 3003(c)(3) and Local Rule 2002-1(e) Establishing Bar Dates and Related Procedures for Filing Proofs of Claim (Including for Administrative Claims Arising Under Section 503(b)(9) of the Bankruptcy Code) and Approving the Form and Manner of Notice Thereof* [Docket No. 449] (the "Bar Date Order"), parties to the Rejected Contracts that wish to assert rejection damage claims arising from the rejection of the Rejected Contracts must do so by September 2, 2015. Instructions regarding the submission of rejection damage claims are set forth in the Bar Date Order.

Dated:    August 3, 2015
              Wilmington, Delaware

*/s/ Andrew L. Magaziner*
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
mnestor@ycst.com
kcoyle@ycst.com
amagaziner@ycst.com

-and-

Michael A. Rosenthal (NY No. 4697561)
Samuel A. Newman (CA No. 217042)
Jeremy L. Graves (CO No. 45522)
Matthew G. Bouslog (CA No. 280978)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
mrosenthal@gibsondunn.com
snewman@gibsondunn.com
jgraves@gibsondunn.com
mbouslog@gibsondunn.com

*Counsel to the Debtors and Debtors in Possession*

# **EXHIBIT A**

## **Rejected Contract Schedule**

| **Contract Counterparty** | **Description of Agreement** |
|---|---|
| Dun & Bradstreet, Inc. | Confidentiality & Processing Agreement |
| Dun & Bradstreet, Inc. | Master Agreement |
| Dun & Bradstreet, Inc. | D & B ORDER FORM |
| Czarnowski Display Service, Inc. (tenant to Denver, CO/ColFin Cobalt Industrial Lease) | Sublease Agreement |
| ColFin Cobalt Industrial REIT II | Lease |
| ColFin Cobalt Industrial REIT II | First Amendment to Lease |
| The Promenade at Beavercreek | Lease Agreement |
| Alan D. Palmer (South Burlington, VT) | Lease Agreement |
| CRA-CAR LLC (Tolland) | Lease |
| Peachtree II and III (Norcross) | Peachtree Corners II Office Building Lease Agreement |
| Dun & Bradstreet, Inc. | Confidentiality & Processing Agreement, et al Master Agreement (10-12) Order #917407 |
| NEPS, LLC | Agreement Termination Notice |
| NEPS, LLC | Interim Services Agreement |
| NEPS, LLC | Second Amendment to Interim Services Agreement |
| NEPS, LLC | Services Agreement |

| Contract Counterparty | Description of Agreement |
|---|---|
| Graphic Communications Conference/ International Brotherhood of Teamsters, Local 197-M 2015-16 Agreement Between Graphics Communications Conference/International Brotherhood of Teamsters Local 197-M Fayetteville Chapel & The Standard Register Company, and any related agreement or amendments thereto | Labor Agreement |
| PFM Enterprises, Inc. | Amendment To Royalty Agreement |
| PFM Enterprises, Inc. | Amendment To Royalty Agreement |
| PFM Enterprises, Inc. | Royalty Agreement |
| Robert F. Freund | Royalty Agreement |
| Metropolitan Life Insurance Policy | Application for Group Insurance |
| Metropolitan Life Insurance Company | Standard Register Long Term Disability Benefit Plan |
| Metropolitan Life Insurance Company | Policy Endorsement |
| Metropolitan Life Insurance Company | Policy Amendment |
| Metropolitan Life Insurance Company | Certificate Rider |
| Metropolitan Life Insurance Company | Certificate Rider |
| Cresa Portland LLC | Services Agreement |
| Metropolitan Life Insurance Company | Insurance Policy Related |
| Metropolitan Life Insurance Company | Group Insurance Policy No. 107586-1-G for Standard Register |
| Magellan Behavioral Health, Inc. | Renewal and Amendment of the Services Agreement for the Employee Assistance Program |
| Presidential Service Team | Workers Compensation And Employers Liability Insurance Policy |
| Cigna (Life Insurance Company of North America) | Business Travel Accident Policy ABL960050 |

| Contract Counterparty | Description of Agreement |
|---|---|
| Marriott Dayton | Room Rate Agreement |
| Peerless Transportation Company | Valleycrest Landfill Site Participation Agreement |
| The Duriron Company, Inc. | Valleycrest Landfill Site Participation Agreement |
| AT&T Global Information Solutions Co. | Valleycrest Landfill Site Participation Agreement |
| Cargill, Incorporated | Valleycrest Landfill Site Participation Agreement |
| Dayton Walther | Valleycrest Landfill Site Participation Agreement |
| General Motors Corp. | Valleycrest Landfill Site Participation Agreement |
| Amy L. Reilly | Compensation Recovery Policy Acknowledgement and Agreement |
| Benjamin T. Cutting | Compensation Recovery Policy Acknowledgement and Agreement |
| David M. Williams | Compensation Recovery Policy Acknowledgement and Agreement |
| Gerry Sowar | Compensation Recovery Policy Acknowledgement and Agreement |
| Greg J. Greve | Compensation Recovery Policy Acknowledgement and Agreement |
| James M. Vaughn | Compensation Recovery Policy Acknowledgement and Agreement |
| Jeffery Modor | Compensation Recovery Policy Acknowledgement and Agreement |
| John King | Compensation Recovery Policy Acknowledgement and Agreement |
| Joseph L. Klenke | Compensation Recovery Policy Acknowledgement and Agreement |

| Contract Counterparty | Description of Agreement |
|---|---|
| Joseph P. Morgan, Jr. | Compensation Recovery Policy Acknowledgement and Agreement |
| Terry L. Williams | Compensation Recovery Policy Acknowledgement and Agreement |
| Anthony J. DiNello | Director Indemnity Agreement |
| David P. Bailis | Director Indemnity Agreement |
| Joseph P. Morgan, Jr. | Amended And Restated Executive Severance Agreement |
| F. David Clarke, III | Director Indemnity Agreement |
| Frederic F. Brace | Director Indemnity Agreement |
| John J. Schiff, Jr. | Director Indemnity Agreement |
| John Q. Sherman, II | Director Indemnity Agreement |
| Joseph P. Morgan, Jr | Director Indemnity Agreement |
| Julie D. Klapstein | Director Indemnity Agreement |
| Michael E. Kohlsdorf | Director Indemnity Agreement |
| Robert A. Peiser | Director Indemnity Agreement |
| Roy W. Begley, Jr. | Director Indemnity Agreement |
| Benjamin T. Cutting | Employment Agreement |
| Robert Abbonizo | Employment Agreement |
| Thomas Dailey | Employment Agreement |
| Thomas R. Dew, Jr. | Employment Agreement |
| Michael R. Giachetti | Employment Agreement |
| Amy L. Reilly | Executive Severance Agreement |
| Benjamin T. Cutting | Executive Severance Agreement |

| Contract Counterparty | Description of Agreement |
|---|---|
| Diana L. Tullio | Executive Severance Agreement |
| Greg Greve | Executive Severance Agreement |
| James M. Vaughn | Executive Severance Agreement |
| Jeffery L. Moder | Executive Severance Agreement |
| John G. King | Executive Severance Agreement |
| Joseph L. Klenke | Executive Severance Agreement |
| Terry L. Williams | Executive Severance Agreement |
| William P. Lee | Executive Severance Agreement |
| William P. Lee | General Release Agreement |
| Graphics Communications Union Local 594S | Labor Agreement |
| Compensation Strategies | Letter Agreement re: Executive Compensation Consulting Services |
| Davis Wright Tremaine LLP | Letter Agreement re: Representation of Boeing and Standard Register - Waiver of Actual or Potential Conflict of Interest |
| Joseph Francis Custer | Non-Compete Agreement |
| David Preston | Non-Qualified Deferred Compensation Agreement |
| Timothy A. Tatman | Non-Qualified Deferred Compensation Agreement |
| Greg Greve | Performance Restricted Stock Agreement - with Greg Greve |
| Terry L. Williams | Performance Restricted Stock Agreement - with Terry L. Williams |
| Amy L. Reilly | Performance Restricted Stock Grant Agreement |
| Diana L. Tullio | Performance Restricted Stock Grant Agreement |

| Contract Counterparty | Description of Agreement |
|---|---|
| Jeffery L. Moder | Performance Restricted Stock Grant Agreement |
| John G. King | Performance Restricted Stock Grant Agreement |
| John G. King | Performance Restricted Stock Grant Agreement |
| Joseph L. Klenke | Performance Restricted Stock Grant Agreement |
| Joseph P. Morgan | Performance Restricted Stock Grant Agreement |
| Gerard D. Sowar | Performance Restricted Stock Grant Agreement |
| Amy L. Reilly | Restricted Stock Grant Agreement |
| Diana L. Tullio | Restricted Stock Grant Agreement |
| Jeffery L. Moder | Restricted Stock Grant Agreement |
| Joseph P. Morgan, Jr, | Restricted Stock Grant Agreement |
| Kevin Lilly | Restricted Stock Grant Agreement |
| Terry L. Williams | Restricted Stock Grant Agreement |
| F. David Clarke, III | Restricted Stock Grant Agreement – for F. David Clarke, III |
| F. David Clarke, III | Restricted Stock Grant Agreement – for F. David Clarke, III |
| John J. Schiff, Jr. | Restricted Stock Grant Agreement – for John J. Schiff, Jr. |
| John Q. Sherman, II | Restricted Stock Grant Agreement – for John Q. Sherman, II |
| R. Eric McCarthey | Restricted Stock Grant Agreement – for R. Eric McCarthey |
| R. Eric McCarthey | Restricted Stock Grant Agreement – for R. Eric McCarthey |
| Robert A. Peiser | Restricted Stock Grant Agreement – for Robert A. Peiser |

| Contract Counterparty | Description of Agreement |
|---|---|
| John J. Schiff, Jr. | Restricted Stock Grant Agreement - John J. Schiff, Jr. |
| Robert A. Peiser | Restricted Stock Grant Agreement – Robert A. Peiser |
| Greg Greve | Restricted Stock Grant Agreement – with Greg Greve |
| John G. King | Restricted Stock Grant Agreement – with John G. King |
| John G. King | Restricted Stock Grant Agreement – with John G. King |
| Joseph L. Kleinke | Restricted Stock Grant Agreement – with Joseph L. Kleinke |
| Gerard D. Sowar | Restricted Stock Grant Agreement |
| Graphics Communications Union Local 594S | Sideletter Agreement to Labor Agreement |
| Debra L. Balys | Telecommuting Agreement – with employee Debra L. Balys |
| Michelle E. Lomonaco | Telecommuting Agreement – with employee Michelle E. Lomonaco |
| Chris Wentz | WorkflowOne Agreement with Regional Sales Manager |
| Lynne Shillinglaw | WorkflowOne Agreement with Sales Representative |