**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, *et al*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 505** |

### SECOND SUPPLEMENTAL CERTIFICATION OF SHARON L. LEVINE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014(a) IN CONNECTION WITH THE RETENTION OF LOWENSTEIN SANDLER LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Sharon L. Levine, pursuant to 28 U.S.C. § 1746, certifies as follows:

1. I am a partner of the law firm of Lowenstein Sandler LLP ("Lowenstein"), counsel to the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases of the above-captioned debtors-in-possession (the "Debtors").

2. The Court previously entered an order on May 12, 2015, effective as of March 24, 2015, authorizing the Committee to retain Lowenstein its counsel in these bankruptcy cases (the "Retention Order").  Docket No. 505.

3. On July 31, 2015, the Debtors closed the sale of substantially all of their assets (the "Sale") pursuant to the *Order (I) Authorizing the Sale of Substantially all of the Debtors' Assets Free and Clear of all Liens, Claims, Encumbrances, and Interests; (II) Authorizing the*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

-2-

*Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Certain Related Relief* (the "Sale Order") [D.I. 698].

4. Pursuant to the Sale Order and the *Settlement Agreement Among Debtors, Silver Point Finance, LLC & Official Committee of Unsecured Creditors* (the "Settlement Agreement") [D.I. 696 Ex. A] approved by the Sale Order, the SRC Liquidating GUC Trust (the "Trust") was formed upon the closing of the Sale. EisnerAmper LLP was selected as trustee of the Trust (the "Trustee"), and replaced the Committee as plaintiff in the Adversary Proceeding Adv. Pro. No. 15-50771 (the "Adversary Proceeding") [Adv. Proc. D.I. 5].

5. The Trustee has retained Lowenstein to represent it in connection with the Adversary Proceeding.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: August 4, 2015

/s/ Sharon L. Levine
Sharon L. Levine