# **EXHIBIT 1**

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | **Docket Ref. No. ___** |

**ORDER AUTHORIZING REJECTION OF (I) THAT CERTAIN AGREEMENT BY AND BETWEEN THE GRAPHIC COMMUNICATIONS CONFERENCE/ INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL NO. 197-M AND THE STANDARD REGISTER COMPANY, DATED AS OF FEBRUARY 2, 2015, AND (II) THAT CERTAIN AGREEMENT BY AND BETWEEN THE GRAPHIC COMMUNICATIONS UNION LOCAL NO. 594S, SUBORDINATE TO THE GRAPHIC COMMUNICATIONS CONFERENCE OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS DISTRICT COUNCIL, 9 AND THE STANDARD REGISTER COMPANY, DATED AS OF MAY 1, 2014, *NUNC PRO TUNC* TO JULY 31, 2015**

Upon consideration of the motion (the "Motion")[2] of The Standard Register Company and its affiliated debtors and debtors-in-possession in the above-captioned cases (each a "Debtor," and collectively, the "Debtors") for entry of an order, pursuant to section 1113(c) of the Bankruptcy Code, authorizing the rejection of (i) that certain Agreement (the "Local 197 Contract") by and between the Graphic Communications Conference / International Brotherhood of Teamsters, Local No. 197-M (the "Fayetteville Union") and The Standard Register Company, dated as of February 2, 2015, and (ii) that certain Agreement (together with the Local 197 Contract, the "Union Contracts") by and between the Graphic Communications Union Local No. 594S, subordinate to the Graphic Communications Conference of the International Brotherhood

---

[1] The Debtors and the last four digits of their respective U.S. federal taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (n/a); Standard Register de México, S. de R.L. de C.V. (n/a); Standard Register Servicios, S. de R.L. de C.V. (n/a); and Standard Register Technologies Canada ULC (n/a). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Motion.

01:17454173.1

of Teamsters District Council, 9 (together with the Fayetteville Union, the "Unions") and The Standard Register Company, dated as of May 1, 2014, *nunc pro tunc* to July 31, 2015, all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 1334(b) and 157, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided under the particular circumstances, and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors and their respective estates and creditors; and upon all proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

      IT IS HEREBY ORDERED, ADJUDGED and DECREED that:

      1.     The Motion is GRANTED as set forth herein.

      2.     The Debtors are authorized to reject the Union Contracts, effective as of July 31, 2015.

      3.     Any proofs of claim asserting damages from the rejection of the Union Contracts shall be filed not later than thirty (30) days from the date hereof.

      4.     This Court shall retain jurisdiction to hear and determine all matters

arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: _____, 2015
 Wilmington, Delaware

 _____
 Brendan L. Shannon
 Chief United States Bankruptcy Judge