FILED
2015 AUG -3 AM 9:10
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: The Standard Register CO. Case # 15-10541(BLS)
DISCLOSURE STATEMENT OF
VINCENT E. RHYNES

************************************************************************

(A) Upon Reviewing "Prime Clerk" Claims Register, I Find it My Duty to once again, Exhibit Supporting Documents In order to safeguard my 'Security Interest' due to failure of claims agent To rightfully Exhibit such.

(B) Attach hereto is Exhibit (SHARE NET) Etc. in Respect of Claim #2104

07-29-2015

Vincent E. Rhynes

(SHARE NET)

| Account or other number by which Interestholder identifies debtors: 02-0623186 | Check here if this claim: ☐ replaces a previously filed Proof of Interest dated: ___ ☐ amends a previously filed Proof of Interest dated: ___ |
|---|---|
| 2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest: National Financial Services LLC. 200 Liberty Street New York, NY 10281<br>Telephone No. | 3. Date Equity Interest was acquired: @ 2015 |
| 4. Total number of shares held: 20,000 Shares | 5. Stock certificate(s) identification number: ************************************** |

Cusip # 853887206

| Account or other number by which Interestholder identifies debtors: 02-0623186 | Check here if this claim: ☐ replaces a previously filed Proof of Interest dated: ___ ☐ amends a previously filed Proof of Interest dated: ___ |
|---|---|
| 2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest: LPL Financial 75 State Street, 24 th FL Boston, MA 02109-1827<br>Telephone No. | 3. Date Equity Interest was acquired: @ 2015 |
| 4. Total number of shares held: 5000 Shares | 5. Stock certificate(s) identification number: ************************************** |

Cusip # 853887206



**Statement for the Period April 1, 2015 to April 30, 2015**

VINCENT RHYNES - Individual
Account Number: [redacted]3390




EQUITIES *continued*

| Description | Symbol/Cusip Account Type | Quantity | Price on 04/30/15 | Current Market Value | Estimated Annual Income | Total Cost Basis | Unre: Gain ( |
|---|---|---|---|---|---|---|---|
| **NII HLDGS INC COM NEW**<br>Dividend Option Cash<br>Capital Gain Option Cash | NIHDQ<br>CASH | 9,500 | $0.07 | $665.00 | | $2,713.45 | ($2,0 |
| **NORTEL NETWORKS CORPORATION COM NPV**<br>Dividend Option Cash<br>Capital Gain Option Cash | NRTLQ<br>CASH | 25,000 | $0.007 | $175.00 | | $1,034.44 | ($8! |
| **NTN BUZZTIME INC.**<br>Dividend Option Cash<br>Capital Gain Option Cash | NTN<br>CASH | 3,500 | $0.377 | $1,319.50 | | $2,605.92 | ($1,28 |
| **ORMET CORP** | ORMTQ<br>CASH | 35,000 | $0.004 | $140.00 | | | |
| **PAC-WEST TELECOM INC NO STOCKHOLDER**<br>EQUITY 11/30/2007<br>Dividend Option Cash<br>Capital Gain Option Cash | 69371Y101<br>CASH | 200,000 | unavailable | unavailable | | $1,784.50 | |
| **POWERWAVE TECHNOLOGIES INC COM NEW**<br>Dividend Option Cash<br>Capital Gain Option Cash | PWAVQ<br>CASH | 620,000 | $0.0015 | $930.00 | | $2,087.00 | ($1,157 |
| **QUANTUM MRI INC COM** | QTMR<br>CASH | 469 | $0.01 | $4.69 | | $1,862.72 | ($1,858. |
| **RADIOSHACK CORP COM ISIN #US7504381036**<br>SEDOL #2871505<br>Dividend Option Cash<br>Capital Gain Option Cash | RSHCQ<br>CASH | 21,000 | $0.161 | $3,381.00 | | $16,433.42 | ($13,052. |
| **SHARP CORP ADR ISIN #US8198822004 SEDOL**<br>#2800651 | SHCAY<br>CASH | 2,100 | $2.173 | $4,563.30 | | $5,902.10 | ($1,338.ε |
| **SOLUTIA INC**<br>Dividend Option Cash<br>Capital Gain Option Cash | 834376105<br>CASH | 6,000 | unavailable | unavailable | | $1,909.50 | |
| **STANDARD REGISTER CO COM ISIN**<br>#US8538872065 SEDOL #B95HB72<br>Dividend Option Cash<br>Capital Gain Option Cash | SRCTQ<br>CASH | 15,000 | $0.085 | $1,275.00 | | $1,373.00 | ($98.0 |

UNIONBANC INVESTMENT SERVICES
P.O. BOX 513100
LOS ANGELES, CA 90051




01017875

A710017875
VINCENT RHYNES
513 W 159TH ST
GARDENA CA 90248

**IMPORTANT MESSAGE**

**Should you wish to make a deposit or a contribution by check, please make check payable to: NATIONAL FINANCIAL SERVICES LLC. Please include your account number.**

**Account:** [redacted]3390
**Confirm Date:** 06/17/2015

**Investment Rep Name:** MARILU HERNANDEZ
**For Questions Call:** (760) 244-5408

**TRADE CONFIRMATION SUMMARY REPORT**

**YOU BOUGHT** Trade Date: **06-17-15** Settlement Date: **06-22-15**

| Symbol | Ref # | Qty | Price | Cusip | Type | Reg Rep |
|---|---|---|---|---|---|---|
| SRCTQ | 15168-004624 | 5,000 | 0.0605 | 853887206 | 1* | 155 K18 |

DESCRIPTION AND DISCLOSURES
STANDARD REGISTER CO COM ISIN #US8538872065 SEDOL #B95HB72
WE HAVE ACTED AS AGENT. UNSOLICITED ORDER AVERAGE PRICE TRADE
DETAILS UPON REQUEST

| | |
|---|---|
| Principal Amount | 302.50 |
| Commission | 45.00 |
| Service Fee | 5.00 |
| **Settlement Amount** | **352.50** |

UnionBanc Investment Services LLC is a registered broker-dealer, investment adviser, member FINRA/SIPC, and subsidiary of MUFG Union Bank N.A. NOT FDIC INSURED, NO BANK GUARANTEE, MAY LOSE VALUE Information for Federal Home Loan Banks 'FHLB' Discount Notes, Annual Financing Report and Offering Notice can be obtained from www.fhlb-of.com.

ACCOUNT CARRIED WITH NATIONAL FINANCIAL SERVICES LLC. ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE.

**LPL Financial**
Member FINRA/SIPC
4707 Executive Drive, San Diego, CA 92121-3091
75 State Street, 24th Floor, Boston, MA 02109-1827
(858) 587-5352

**Trade Confirmation for 03/26/2015**

**Account Number:** xxxx-7064

**Your Account Executive:**

THOMAS HADDEN
24329 CRENSHAW BLVD. STE. F
TORRANCE, CA 90505

**For the Account of:**

00013721 01 AB 0.403 01 TR 00047 LPCNDD01 9T3F BMID: 5GJA
VINCENT RHYNES
513 W. 159TH STREET
GARDENA CA 90248

## EQUITIES AND OPTIONS

| Trade Date/ Settlement | Bought/ Sold | Transaction Type | Account Type | Symbol | Cusip | Security Description | Quantity | Price | Principal | Commission | Service Charge | Settlement Fee | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/26/2015 03/31/2015 | Buy | 06 | 1 | SRCTQ | 853887206 | STANDARD REGISTER COMPANY NEW | 175 | 0.065 | 11.38 | 1.48 | 5.00 | 0.00 | $17.86 |

Additional Information: UNSOLICITED

| Trade Date/ Settlement | Bought/ Sold | Transaction Type | Account Type | Symbol | Cusip | Security Description | Quantity | Price | Principal | Commission | Service Charge | Settlement Fee | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/26/2015 03/31/2015 | Buy | 06 | 1 | SRCTQ | 853887206 | STANDARD REGISTER COMPANY NEW | 4,825 | 0.09 | 434.25 | 56.34 | 0.00 | 0.00 | $490.59 |

Additional Information: UNSOLICITED

IF YOU DID NOT RECEIVE A PROSPECTUS, PLEASE REFERENCE BACK OF TRADE CONFIRMATION FOR INSTRUCTIONS