In re: The Standard Register CO.  Case # 15-10541(BLS)
## DISCLOSURE STATEMENT OF MERCHANTS EQUITY

***************************************************************

(A) Upon Reviewing "Prime Clerk" Claims Register, I Find it
My Duty to once again, Exhibit Supporting Documents
In order to safeguard our ' Interest' due to failure of claims agent
To rightfully Exhibit such.

(B) Attach hereto is Exhibit Etc. in Respect of Claim #2011.

MERCHANTS EQUITY

07-29-2015                                  _____ (Managing PTR)
                                            Vincent E. Rhynes

FILED 2015 AUG -3 AM 9:10 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

# EXHIBIT ETC.

UNIONBANC INVESTMENT SERVICES
P.O. BOX 513100
LOS ANGELES,       CA 90051

01034592
A710034592
MERCHANTS EQUITY
SOLE PROPRIETORSHIP
VINCENT RHYNES
1522 W MANCHESTER AVE
LOS ANGELES CA 90047

IMPORT,

Should you w
or a contribution by
payable to: NATIONA
Please include

TRADE CONFIRMAT

| YOU BOUGHT | | | |
|---|---|---|---|
| Symbol | Ref # | Qty | Price |
| SRCTQ | 15096-0B2J7C | 579 | .07 |

DESCRIPTION AND DISCLOSURES
STANDARD REGISTER CO COM ISIN #US8538872065 SEDOL #B95HE
WE HAVE ACTED AS AGENT.

UnionBanc Investment Services LLC is a registered broker-dealer, investment adviser, member FINRA/SIPC, and subsidiary of MUFG Union Bank N.A. NOT FDIC INSURED, NO BANK GUARANTEE, MAY LOSE VALUE Information for Federal Home Loan Banks 'FHLB' Discount Notes, Annual Financing Report and Offering Notice can be obtained from www.fhlb-of.com.

PAGE 1 OF 2            A710034592

PAG

UNIONBANC INVESTMENT SERVICES
P.O. BOX 513100
LOS ANGELES,          CA 90051

01020538
A710020538
MERCHANTS EQUITY
SOLE PROPRIETORSHIP
VINCENT RHYNES
1522 W MANCHESTER AVE
LOS ANGELES CA 90047

IMPORT

Should you v
or a contribution b
payable to: NATION/
Please includ(

TRADE CONFIRMA'

### YOU BOUGHT

| Symbol | Ref # | Qty | Price |
|---|---|---|---|
| SRCTQ | 15092-0CL8KJ | 600 | .07 |

DESCRIPTION AND DISCLOSURES
STANDARD REGISTER CO COM ISIN #US8538872065 SEDOL #B95I-
WE HAVE ACTED AS AGENT.

UnionBanc Investment Services LLC is a registered broker-dealer, investment adviser, member FINRA/SIPC, and subsidiary of MUFG Union Bank N.A. NOT FDIC INSURED, NO BANK GUARANTEE, MAY LOSE VALUE Information for Federal Home Loan Banks 'FHLB' Discount Notes, Annual Financing Report and Offering Notice can be obtained from www.fhlb-of.com.

PAGE 1 OF 2          A710020538

```
UNIONBANC INVESTMENT SERVICES
P.O. BOX 513100
LOS ANGELES,           CA 90051


01027482
A710027482
MERCHANTS EQUITY
SOLE PROPRIETORSHIP
VINCENT RHYNES
1522 W MANCHESTER AVE
LOS ANGELES CA 90047
```

IMPORT

Should you v
or a contribution b
payable to: NATION/
Please includ

TRADE CONFIRMA

### YOU BOUGHT

| Symbol | Ref # | Qty | Price |
|---|---|---|---|
| SRCTQ | 15160-0C8WNK | 5,000 | .0599 |

DESCRIPTION AND DISCLOSURES
STANDARD REGISTER CO COM ISIN #US8538872065 SEDOL #B95H
WE HAVE ACTED AS AGENT.

UnionBanc Investment Services LLC is a registered broker-dealer, investment adviser, member FINRA/SIPC, and subsidiary of MUFG Union Bank N.A. NOT FDIC INSURED, NO BANK GUARANTEE, MAY LOSE VALUE Information for Federal Home Loan Banks 'FHLB' Discount Notes, Annual Financing Report and Offering Notice can be obtained from www.fhlb-of.com.

PAGE 1 OF 2        A710027482