## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, *et al*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered)<br><br>**RE: Docket No. 840** |

**SUPPLEMENT TO FIRST INTERIM FEE APPLICATION OF POLSINELLI PC AS DELAWARE BANKRUPTCY COUNSEL AND CONFLICTS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM THE PERIOD OF MARCH 24, 2015 THROUGH MAY 31, 2015**

Polsinelli PC ("**Polsinelli**"), as Delaware bankruptcy counsel and conflicts counsel for the Official Committee of Unsecured Creditors (the "**Committee**"), hereby supplements its *First Interim Application of Polsinelli PC as Delaware Bankruptcy Counsel and Conflicts Counsel for the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred from the Period of March 24, 2015 through May 31, 2015* [Docket No. 840] (the "**First Interim Fee Application**") as requested by the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**").

In response to the U.S. Trustee's request for additional information and in order to comply with the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013* (the "**UST Guidelines**"), Polsinelli hereby submits this supplement (the "**Supplement**") to its First Interim Fee Application. In support thereof, Polsinelli states as follows:

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440) ("Standard Register"); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

1. Polsinelli agreed to a reduction of 10% from its customary billing rates for services provided to the Committee in this case.

2. The fees sought by Polsinelli in this First Interim Fee Application are within the fees budgeted pursuant to the budgets and staffing plans provided by Polsinelli to the Committee for this period.

3. No professionals from Polsinelli covered by the First Interim Fee Application have varied their hourly rates based upon the geographical location of the Chapter 11 cases.

4. The fees covered by this First Interim Fee Application include approximately 1.0 hour reviewing invoices to ensure that the time entries attached to this application are properly coded to comply with the UST Guidelines.

5. The fees covered by this First Interim Fee Application include approximately 0.5 hours in reviewing time records to redact any privileged or other confidential information.

6. Polsinelli did not represent the client prepetition.

7. There were no hourly rate increases by Polsinelli during the interim fee period.

In addition to the responses above, Polsinelli has attached the following exhibits to this Supplement:  (1) Exhibit 1 – Polsinelli's budgets and staffing plans covering the first interim fee period; (2) Exhibit 2 -  Customary and Comparable Compensation Disclosures with Fee Applications; (3) Exhibit 3 – Summary of Timekeepers Included in the Interim Fee Application; (4) Exhibit 4 – Summary of Compensation Requested by Project Category; and (5) Exhibit 5 – Summary of Expense Reimbursement Requested by Category.

50863680.1

Dated: August 5, 2015
      Wilmington, Delaware

**POLSINELLI PC**

/s/ *Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone:  (302) 252-0920
Facsimile:  (302) 252-0921
cward@polsinelli.com
jedelson@polsinelli.com

*Delaware Counsel to the Official Committee of*
*Unsecured Creditors*

50863680.1

# EXHIBIT 1

*In re The Standard Register Company, et al.,* Case No. 15-10541 (BLS)
**Polsinelli PC Budget – March 24, 2015 – April 30, 2015**

| Project Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---|---|
| B100 | Administration | - | - |
| B110 | Case Administration | 20 | $8,440 |
| B120 | Asset Analysis & Recovery | - | - |
| B130 | Asset Disposition | 10 | $4,220 |
| B140 | Relief from Stay / Adequate Protection Proceedings | 5 | $2,110 |
| B150 | Meetings of & Communications with Creditors or Committee | 15 | $6,330 |
| B160 | Employment / Fee Applications | 30 | $12,660 |
| B170 | Employment / Fee Application Objections | - | - |
| B180 | Avoidance Action Analysis | 5 | $2,110 |
| B185 | Assumption / Rejection of Leases & Contracts | 5 | $2,110 |
| B190 | Other Contested Matters | - | - |
| B195 | Non-Working Travel | - | - |
| B200 | Operations | - | - |
| B210 | Business Operations | 5 | $2,110 |
| B220 | Employee Benefits / Pensions | - | - |
| B230 | Financing & Cash Collateral | 15 | $6,330 |
| B240 | Tax Issues | - | - |
| B250 | Real Estate | - | - |
| B260 | Corporate Governance & Board Matters | - | - |
| B300 | Claims & Plan | - | - |
| B310 | Claims Administration & Objections | 5 | $2,110 |
| B320 | Plan & Disclosure Statement | - | - |
| B400 | Bankruptcy-Related Advice | 40 | $16,880 |
| B410 | General Bankruptcy Advice / Opinions | - | - |
| B420 | Restructurings | - | - |
| **Total:** | | 155 | $65,410 |

50898849.1

*In re The Standard Register Company, et al.,* Case No. 15-10541 (BLS)
**Polsinelli PC Staffing Plan – March 24, 2015 – April 30, 2015**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budget Period | Average Hourly Rate[1] |
|---|---|---|
| Shareholder | 2 | $558.00 |
| Associate | 2 | $378.00 |
| Paralegal | 1 | $238.50 |

---

[1] All Polsinelli professionals will invoice at a 10% discount from their standard hourly rates.

2

50898849.1

*In re The Standard Register Company, et al.,* Case No. 15-10541 (BLS)
**Polsinelli PC Budget – May 1, 2015 – May 31, 2015**

| Project Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---|---|
| B100 | Administration | - | - |
| B110 | Case Administration | 10 | $4,220 |
| B120 | Asset Analysis & Recovery | - | - |
| B130 | Asset Disposition | 5 | $2,110 |
| B140 | Relief from Stay / Adequate Protection Proceedings | 5 | $2,110 |
| B150 | Meetings of & Communications with Creditors or Committee | 5 | $2,110 |
| B160 | Employment / Fee Applications | 20 | $8,440 |
| B170 | Employment / Fee Application Objections | - | - |
| B180 | Avoidance Action Analysis | 15 | $6,330 |
| B185 | Assumption / Rejection of Leases & Contracts | 5 | $2,110 |
| B190 | Other Contested Matters | - | - |
| B195 | Non-Working Travel | - | - |
| B200 | Operations | - | - |
| B210 | Business Operations | 5 | $2,110 |
| B220 | Employee Benefits / Pensions | - | - |
| B230 | Financing & Cash Collateral | 5 | $2,110 |
| B240 | Tax Issues | - | - |
| B250 | Real Estate | - | - |
| B260 | Corporate Governance & Board Matters | - | - |
| B300 | Claims & Plan | - | - |
| B310 | Claims Administration & Objections | 5 | $2,110 |
| B320 | Plan & Disclosure Statement | 5 | $2,110 |
| B400 | Bankruptcy-Related Advice | 20 | $8,440 |
| B410 | General Bankruptcy Advice / Opinions | - | - |
| B420 | Restructurings | - | - |
| **Total:** | | **105** | **$44,310** |

50898862.1

*In re The Standard Register Company, et al.*, Case No. 15-10541 (BLS)
**Polsinelli PC Staffing Plan – May 1, 2015 – May 31, 2015**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budget Period | Average Hourly Rate[1] |
|---|---|---|
| Shareholder | 2 | $558.00 |
| Associate | 2 | $378.00 |
| Paralegal | 1 | $238.50 |

---

[1] All Polsinelli professionals will invoice at a 10% discount from their standard hourly rates.

2

# EXHIBIT 2

CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS

( See Guidelines C.3. for definitions of terms used in this Exhibit.)

| Category of Timekeeper (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|
| | BILLED OR COLLECTED<br>Firm or offices for preceding year, excluding bankruptcy | BILLED<br>In this fee application |
| Shareholder | $ 568.75 | $ 568.75 |
| Associate | $ 378.00 | $ 378.00 |
| Paralegal | $ 238.50 | $ 238.50 |
| | | |
| All timekeepers averaged | $ 395.08 | $ 395.08 |

49749394.1

# EXHIBIT 3

SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| Name | Title | Section | Date of First Admission | Fees Billed | Hours Billed | Hourly Rate Billed In This Application | Hourly Rate Billed in First Interim Application | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|---|
| Bird, James E. | Shareholder | FR Bankruptcy and Restructuring | 10/15/1980 | $ 106.20 | 0.20 | 531 | 531 | 0 |
| Katona, Shanti M. | Shareholder | FR Bankruptcy and Restructuring | 05/01/2007 | $ 2,683.80 | 7.10 | 378 | 378 | 0 |
| Ward, Chris A. | Shareholder | FR Bankruptcy and Restructuring | 12/15/1999 | $ 49,023.00 | 83.80 | 585 | 585 | 0 |
| Edelson, Justin K. | Associate | FR Bankruptcy and Restructuring | 05/01/2007 | $ 38,102.40 | 100.80 | 378 | 378 | 0 |
| Suprum, Lindsey M. | Paralegal | FR Bankruptcy and Restructuring | | $ 9,611.55 | 40.30 | 239 | 239 | 0 |
| | | | | $ 99,526.95 | 232.20 | 429 | | |

# EXHIBIT 4

**SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY**

(See Guidelines C.8. for project category information.)

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Administration | | | 5.60 | $ 1,377.45 |
| Asset Disposition | | | 13.30 | $ 6,110.10 |
| Assumption/Rejection of Leases & Contracts | | | 4.50 | $ 2,632.50 |
| Avoidance Action Analysis | | | 17.10 | $ 7,478.10 |
| Bankruptcy-Related Advice | | | 58.40 | $ 23,064.75 |
| Business Operations | | | 9.40 | $ 4,898.70 |
| Case Administration | | | 26.20 | $ 10,024.65 |
| Claims Administration & Objections | | | 4.10 | $ 2,274.30 |
| Employee Benefits/Pensions | | | 0.20 | $ 75.60 |
| Employment/Fee Application Objections | | | 0.10 | $ 23.85 |
| Employment/Fee Applications | | | 51.50 | $ 21,464.10 |
| Financing & Cash Collateral | | | 11.80 | $ 5,409.45 |
| Litigation Contested Matters(excl assump/rejection motions) | | | 5.20 | $ 2,752.20 |
| Meetings of & Communications with Creditors or the Committee | | | 18.70 | $ 9,055.80 |
| Plan & Disclosure Statement (including business plan) | | | 0.40 | $ 151.20 |
| Relief from Stay/Adequate Protection Proceedings | | | 5.70 | $ 2,734.20 |
| | | | 232.20 | $ 99,526.95 |

49749394.1

# EXHIBIT 5

# SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY

(See Guidelines C.8. for project category information.)

| Category | Amount |
|---|---|
| Document Reproduction | $ 2,750.90 |
| Document Reproduction | $ 622.05 |
| Deliveries | $ 373.59 |
| Filing Fees | $ 100.00 |
| Meals | $ 80.35 |
| Miscellaneous | $ 74.00 |
| | $ 4,000.89 |

49749394.1