## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: Aug. 20, 2015 at 4:00 p.m.** |

## SECOND MONTHLY APPLICATION OF JEFFERIES LLC
## FOR ALLOWANCE OF COMPENSATION FOR SERVICES
## RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS
## INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED
## CREDITORS FOR THE PERIOD FROM JUNE 1, 2015 THROUGH JUNE 30, 2015

| | |
|---|---|
| Name of Applicant: | Jefferies LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | March 24, 2015 |
| Period for Which Compensation and Reimbursement Are Sought: | June 1, 2015 through June 30, 2015 |
| Amount of Compensation Sought: | $100,000.00 |
| Amount of Compensation Sought Immediately: | $80,000.00 (80% of $100,000.00) |
| Amount of Compensation Held Back: | $20,000.00 (20% of $100,000.00) |
| Amount of Expense Reimbursement Sought: | $39,666.56 |

This is a(n):  _X_  monthly  ____  interim  ____  final application

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

**SECOND MONTHLY APPLICATION OF**
**JEFFERIES LLC AS INVESTMENT BANKER TO THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**JUNE 1, 2015 THROUGH JUNE 30, 2015**

| Name | Position | Hours |
|---|---|---|
| Leon Szlezinger | Managing Director | 72.0 |
| Richard Klein | Managing Director | 73.0 |
| Seth Herman | Vice President | 91.0 |
| Tushar Pande | Associate | 114.0 |
| CJ Wei | Analyst | 123.0 |
| **TOTAL** | | **473.0** |

**SECOND MONTHLY APPLICATION OF
JEFFERIES LLC AS INVESTMENT BANKER TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS
JUNE 1, 2015 THROUGH JUNE 30, 2015**

| Expenses | Amount |
|---|---|
| Legal | $        37,665.56 |
| Meals | 1,360.10 |
| Transportation – Ground | 640.90 |
| **TOTAL** | **$        39,666.56** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: Aug. 20, 2015 at 4:00 p.m.** |

**SECOND MONTHLY APPLICATION OF JEFFERIES LLC
FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS
INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR THE PERIOD FROM JUNE 1, 2015 THROUGH JUNE 30, 2015**

Jefferies LLC ("Jefferies") hereby files this *Second Monthly Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Investment Banker to the Official Committee of Unsecured Creditors for the Period from June 1, 2015 through June 30, 2015* (this "Application").  By this Application, Jefferies seeks allowance of compensation for professional services rendered to the Official Committee of Unsecured Creditors (the "Committee") during the period from June 1, 2015 through June 30, 2015 (the "Compensation Period") in the amount of $80,000.00, representing 80% of the total unpaid monthly fees ($100,000.00), and reimbursement of 100% of the expenses incurred in connection with rendering such services in the amount of $39,666.56.  In support of this Application, Jefferies respectfully represents as follows:

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

## JURISDICTION AND VENUE

1.      The United States Bankruptcy Court for the District of Delaware (this "Court")
has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended
Standing Order of Reference* from the United States District Court for the District of Delaware
dated as of February 29, 2012.  This is a core proceeding within the meaning of 28 U.S.C.
§ 157(b)(2).  Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

2.      On March 12, 2015 (the "Petition Date"), The Standard Register Company and its
affiliated debtors (the "Debtors") filed a voluntary petition for relief under chapter 11 of title 11
of the United States Code (the "Bankruptcy Code"), thereby commencing the above-captioned
chapter 11 cases.

3.      The Debtors continue to operate their businesses and manage their property as
debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee
or examiner has been appointed in these chapter 11 cases.

4.      On March 24, 2015 the Office of the United States Trustee appointed the
Committee pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 99].  On the
same day, the Committee selected Jefferies to serve as its investment banker, subject to Court
approval.

5.      On April 20, 2015, the Committee filed an application to employ and retain
Jefferies as its investment banker in accordance with the terms and conditions set forth in that
certain engagement letter (the "Engagement Letter") dated March 24, 2015 between Jefferies and
the Committee [Docket No. 318] (the "Retention Application").  On June 10, the Court entered
the *Order (I) Authorizing the Official Committee of Unsecured Creditors to Retain and Employ*

*Jefferies LLC as Its Investment Banker,* Nunc Pro Tunc *to March 24, 2015 and (II) Waiving Certain Requirements of Local Rule 2016-2* [Docket No. 650] (the "Retention Order").[2]

6.    On April 13, 2015, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* (the "Interim Compensation Order") [Docket No. 260], which generally sets forth the procedures for interim compensation and expense reimbursement for all retained professionals.    The Interim Compensation Order provides that, upon the expiration of fifteen (15) days after the service of a monthly fee application, the applicant may file a certificate of no objection with the Court, at which time the Debtors are authorized to pay to such professional an amount equal to 80% of the fees and 100% of the expenses requested in such monthly fee application.

## RELIEF REQUESTED

7.    By this Application, Jefferies seeks entry of an order allowing (i) compensation in the amount of $80,000.00, representing 80% of Jefferies' total unpaid monthly fees ($100,000.00) for professional services rendered as investment banker to the Committee in these chapter 11 cases and (ii) reimbursement of actual and necessary expenses in the amount of $39,666.56 representing 100% of Jefferies' total expenses incurred during the Compensation Period in the execution of required professional services on behalf of the Committee.

8.    As set forth in the Retention Application, the Engagement Letter approved by the Court provides for the payment of several different fees to Jefferies, including a monthly fee of $100,000.00 and certain transaction fees.    The monthly fee sought in this Application corresponds to June 2015.

---

[2]    On June 23, 2015, the Committee filed a motion for reconsideration, which requested entry of a revised agreed order approving Jefferies' retention [Docket No. 719].  The Court approved the motion to reconsider pursuant to an order dated July 13, 2015 [Docket No. 824].

9.     All services for which compensation is requested by Jefferies were performed during the Compensation Period on behalf of the Committee.  During the Compensation Period, Jefferies performed significant services on behalf of the Committee, including but not limited to:

- reviewing and analyzing the Debtors' business, financial condition and prospects;

- advising the Committee on the current state of the restructuring market;

- engaging in a direct dialogue with potential buyers and/or their advisors regarding potential ways to get value to unsecured creditors;

- regularly updating the Committee on the sale process;

- attending and participating in hearings before the Bankruptcy Court; and

- rendering such other financial advisory services as may from time to time be agreed upon by the Committee and Jefferies.

10.     Although Jefferies, in line with market convention, does not bill by the hour, Jefferies kept track of its post-petition time in one-half hour increments in accordance with the Retention Order.  Such time records are attached hereto as Exhibit A.  During the Compensation Period, Jefferies professionals spent approximately 473 hours providing investment banking services to the Committee.

11.     The fees charged by Jefferies have been billed in accordance with the Engagement Letter and the Retention Order and are comparable to those fees charged by Jefferies for professional services rendered in connection with similar chapter 11 cases and non-bankruptcy matters.  Jefferies submits that such fees are reasonable based upon the customary compensation charged by similarly skilled practitioners in comparable bankruptcy cases and non-bankruptcy matters in the competitive national investment banking market.

12.     Jefferies also incurred certain necessary expenses during the Compensation Period for which it is entitled to reimbursement under the Engagement Letter.  As set forth in

greater detail on the invoice attached hereto as <u>Exhibit B</u>, Jefferies' total expenses for the Compensation Period are $39,666.56 and are comprised of the legal invoice of Jefferies' counsel, as well as the other expenses set forth on <u>Exhibit B</u>.

13.     There is no agreement or understanding between Jefferies and any other person, other than members of the firm, for the sharing of compensation to be received for services rendered in these chapter 11 cases.

## <u>CERTIFICATION OF COMPLIANCE</u>

14.     The undersigned has reviewed the requirements of Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and certifies that, to the best of his knowledge, information and belief, this Application complies with that rule.

[*Remainder of Page Intentionally Left Blank*]

WHEREFORE, Jefferies respectfully requests allowance and payment of compensation for services rendered on behalf of the Committee during the Compensation Period in the amount of $80,000.00, representing 80% of Jefferies' total monthly fee earned during the Compensation Period, plus $39,666.56 for the reimbursement of 100% actual and necessary expenses incurred in connection with such services, for a total amount of $119,666.56.

Dated: August 5, 2015          JEFFERIES LLC
      Wilmington, Delaware

                                    */s/ Leon Szlezinger*
                                     Leon Szlezinger
                                     Managing Director
                                     520 Madison Avenue, 7th Floor
                                     New York, New York 10022
                                     Telephone:  (212) 323-3918

<u>**Exhibit A**</u>
**Time Record of Jefferies Professionals**

# Jefferies LLC
Summary of Hours Worked
June 1, 2015 - June 30, 2015

| Name | Position | Hours Worked |
|------|----------|-------------:|
| Leon Szlezinger | Managing Director, Restructuring and Recapitalization Group | 72.0 |
| Richard Klein | Managing Director, Restructuring and Recapitalization Group | 73.0 |
| Seth Herman | Vice President, Restructuring and Recapitalization Group | 91.0 |
| Tushar Pande | Associate, Restructuring and Recapitalization Group | 114.0 |
| CJ Wei | Analyst, Restructuring and Recapitalization Group | 123.0 |
| | **Total** | **473.0** |

# Jefferies LLC
## Summary of Hours Worked
June 1, 2015 - June 30, 2015

| Categories | Hours Worked |
|---|---|
| Advisor/Management Meetings/Calls | 157.0 |
| Board Presentation Preparation | 2.5 |
| Case Administration/Planning | 27.5 |
| Creditors - Calls/Meetings/Discussions | 0.0 |
| DIP Financing | 0.0 |
| Fee Applications / Monthly Invoice | 38.5 |
| Financial Analysis/Modeling | 0.0 |
| Financial Due Diligence | 21.0 |
| Internal Jefferies Meetings/Calls | 43.0 |
| M&A Process | 183.5 |
| **Total** | **473.0** |

**Jefferies LLC**
Summary of Hours Worked by Person and Category
June 1, 2015 - June 21, 2015

| Name | Categories | Hours Worked |
|------|-----------|-------------:|
| **Leon Szlezinger** | **Managing Director, Restructuring and Recapitalization Group** | **72.0** |
| | Advisor/Management Meetings/Calls | 39.5 |
| | Board Presentation Preparation | 1.5 |
| | Case Administration/Planning | 0.5 |
| | Creditors - Calls/Meetings/Discussions | 0.0 |
| | DIP Financing | 0.0 |
| | Fee Applications / Monthly Invoice | 2.5 |
| | Financial Analysis/Modeling | 0.0 |
| | Financial Due Diligence | 1.5 |
| | Internal Jefferies Meetings/Calls | 9.0 |
| | M&A Process | 17.5 |
| **Richard Klein** | **Vice President, Restructuring and Recapitalization Group** | **73.0** |
| | Advisor/Management Meetings/Calls | 18.0 |
| | Board Presentation Preparation | 1.0 |
| | Case Administration/Planning | 2.0 |
| | Creditors - Calls/Meetings/Discussions | 0.0 |
| | DIP Financing | 0.0 |
| | Fee Applications / Monthly Invoice | 3.0 |
| | Financial Analysis/Modeling | 0.0 |
| | Financial Due Diligence | 1.5 |
| | Internal Jefferies Meetings/Calls | 9.0 |
| | M&A Process | 38.5 |
| **Seth Herman** | **Associate, Restructuring and Recapitalization Group** | **91.0** |
| | Advisor/Management Meetings/Calls | 31.5 |
| | Board Presentation Preparation | 0.0 |
| | Case Administration/Planning | 6.0 |
| | Creditors - Calls/Meetings/Discussions | 0.0 |
| | DIP Financing | 0.0 |
| | Fee Applications / Monthly Invoice | 8.0 |
| | Financial Analysis/Modeling | 0.0 |
| | Financial Due Diligence | 5.0 |
| | Internal Jefferies Meetings/Calls | 9.0 |
| | M&A Process | 31.5 |
| **Tushar Pande** | **Analyst, Restructuring and Recapitalization Group** | **114.0** |
| | Advisor/Management Meetings/Calls | 35.5 |
| | Board Presentation Preparation | 0.0 |
| | Case Administration/Planning | 15.0 |
| | Creditors - Calls/Meetings/Discussions | 0.0 |
| | DIP Financing | 0.0 |
| | Fee Applications / Monthly Invoice | 14.0 |
| | Financial Analysis/Modeling | 0.0 |
| | Financial Due Diligence | 9.0 |
| | Internal Jefferies Meetings/Calls | 9.0 |
| | M&A Process | 31.5 |
| **CJ Wei** | **Analyst, Restructuring and Recapitalization Group** | **123.0** |
| | Advisor/Management Meetings/Calls | 32.5 |
| | Board Presentation Preparation | 0.0 |
| | Case Administration/Planning | 4.0 |
| | Creditors - Calls/Meetings/Discussions | 0.0 |
| | DIP Financing | 0.0 |
| | Fee Applications / Monthly Invoice | 11.0 |
| | Financial Analysis/Modeling | 0.0 |
| | Financial Due Diligence | 4.0 |
| | Internal Jefferies Meetings/Calls | 7.0 |
| | M&A Process | 64.5 |
| | **Total** | **473.0** |

**Jefferies LLC**

June 1, 2015 - June 30, 2015

| Banker | Date | Hours | Category | Comments |
|---|---|---|---|---|
| **Leon Szlezinger** | | | | |
| Leon Szlezinger | 06/02/15 | 1.00 | Advisor/Management Meetings/Calls | Call re: Replies to Standing Motion |
| Leon Szlezinger | 06/02/15 | 1.00 | Internal Jefferies Meetings/Calls | Internal discussion re: SP's response |
| Leon Szlezinger | 06/03/15 | 1.50 | Board Presentation Preparation | Review of Standard Registers stock chart |
| Leon Szlezinger | 06/05/15 | 1.00 | Advisor/Management Meetings/Calls | Standard Register UCC update call |
| Leon Szlezinger | 06/05/15 | 0.50 | M&A Process | Review of Reply to Objections |
| Leon Szlezinger | 06/05/15 | 1.50 | M&A Process | Review of declarations |
| Leon Szlezinger | 06/05/15 | 1.00 | Advisor/Management Meetings/Calls | Standard Register UCC update call |
| Leon Szlezinger | 06/06/14 | 0.50 | Internal Jefferies Meetings/Calls | Internal discussion re: final fee application |
| Leon Szlezinger | 06/07/15 | 1.00 | Advisor/Management Meetings/Calls | Standard Register Proposed call |
| Leon Szlezinger | 06/08/15 | 1.00 | Advisor/Management Meetings/Calls | Standard Register Hearing |
| Leon Szlezinger | 06/10/15 | 0.50 | Advisor/Management Meetings/Calls | Call with Lowenstein and ZC |
| Leon Szlezinger | 06/10/15 | 0.50 | M&A Process | Call with Lowenstein and ZC on sale |
| Leon Szlezinger | 06/10/15 | 0.50 | Case Administration/Planning | Review of revised purchase price calculation |
| Leon Szlezinger | 06/10/15 | 0.50 | M&A Process | Internal discussion on strategy for sale and objection |
| Leon Szlezinger | 06/10/15 | 0.50 | Advisor/Management Meetings/Calls | Call with Lowenstein on sale process |
| Leon Szlezinger | 06/11/15 | 0.50 | Internal Jefferies Meetings/Calls | Internal discussion on strategy for sale and objection |
| Leon Szlezinger | 06/11/15 | 0.50 | M&A Process | Review of various objections to the Debtors sale motion |
| Leon Szlezinger | 06/11/15 | 1.00 | M&A Process | Review of competing bid |
| Leon Szlezinger | 06/12/15 | 3.50 | Advisor/Management Meetings/Calls | Discussion with SP / counsel re: settlement |
| Leon Szlezinger | 06/12/15 | 1.00 | Advisor/Management Meetings/Calls | Call re: Silver Point Proposal |
| Leon Szlezinger | 06/12/15 | 1.00 | Advisor/Management Meetings/Calls | Standard Register UCC update call |
| Leon Szlezinger | 06/12/15 | 1.50 | M&A Process | Review of revised bid from Taylor |
| Leon Szlezinger | 06/13/15 | 0.50 | Advisor/Management Meetings/Calls | Various correspondence with the debtors and UCC professionals |
| Leon Szlezinger | 06/13/15 | 1.50 | Financial Due Diligence | Review of wind down budget |
| Leon Szlezinger | 06/13/15 | 2.00 | M&A Process | Reviewing bids |
| Leon Szlezinger | 06/13/15 | 2.00 | M&A Process | Review of Taylor bid materials |
| Leon Szlezinger | 06/14/15 | 1.00 | Advisor/Management Meetings/Calls | Call with UCC |
| Leon Szlezinger | 06/14/15 | 1.00 | Advisor/Management Meetings/Calls | Prep call with ZC and Lowenstein |
| Leon Szlezinger | 06/14/15 | 1.00 | M&A Process | Review of revised settlement proposal from SP |
| Leon Szlezinger | 06/15/15 | 13.50 | Advisor/Management Meetings/Calls | Auction / settlement negotiations |
| Leon Szlezinger | 06/15/15 | 0.50 | Advisor/Management Meetings/Calls | Call with Lowenstein on term sheet |
| Leon Szlezinger | 06/16/15 | 1.00 | Advisor/Management Meetings/Calls | Call on settlement term sheet |
| Leon Szlezinger | 06/16/15 | 1.00 | Advisor/Management Meetings/Calls | Call on settlement |
| Leon Szlezinger | 06/16/15 | 1.00 | Advisor/Management Meetings/Calls | Call with Lowenstein & Skadden on SP on Settlement |
| Leon Szlezinger | 06/16/15 | 0.50 | M&A Process | Review of settlement proposal from SP |
| Leon Szlezinger | 06/17/15 | 7.00 | M&A Process | Sale hearing |
| Leon Szlezinger | 06/18/15 | 3.00 | Advisor/Management Meetings/Calls | Call re: settlement |
| Leon Szlezinger | 06/19/15 | 2.00 | Advisor/Management Meetings/Calls | Call re: settlement |
| Leon Szlezinger | 06/21/15 | 0.50 | Advisor/Management Meetings/Calls | Various correspondence re: settlement with Silver Point |
| Leon Szlezinger | 06/21/15 | 0.50 | Advisor/Management Meetings/Calls | Various correspondence regarding settlement with Silver Point |
| Leon Szlezinger | 06/21/15 | 1.00 | M&A Process | Review of final settlement documents |
| Leon Szlezinger | 06/22/15 | 2.00 | Internal Jefferies Meetings/Calls | Administrative / compliance related diligence |
| Leon Szlezinger | 06/24/15 | 1.00 | Financial Due Diligence | Review on re: Silver point equity ownership |
| Leon Szlezinger | 06/26/15 | 0.50 | Fee Applications / Monthly Invoice | Review of Monthly Fee application preparation |
| Leon Szlezinger | 06/26/15 | 2.00 | Internal Jefferies Meetings/Calls | Internal discussion re: First monthly fee app |
| Leon Szlezinger | 06/27/15 | 2.00 | Internal Jefferies Meetings/Calls | Internal discussion re: First monthly fee app |
| Leon Szlezinger | 06/29/15 | 2.00 | Fee Applications / Monthly Invoice | Discussions with Sidley re: First Monthly Fee App |
| Leon Szlezinger | 06/30/15 | 1.00 | Internal Jefferies Meetings/Calls | Internal discussions to discuss next steps |
| **June 1, 2015 - June 30, 2015 Hours for Leon Szlezinger** | | **72.00** | | |
| | | | | |
| **Richard Klein** | | | | |
| Richard Klein | 06/02/15 | 1.00 | Advisor/Management Meetings/Calls | Call re: Standing Motion |
| Richard Klein | 06/02/15 | 1.00 | Internal Jefferies Meetings/Calls | Internal discussion re: SP's response |
| Richard Klein | 06/03/15 | 1.00 | M&A Process | Review of Standard Registers annotated stock chart |
| Richard Klein | 06/05/15 | 1.00 | Advisor/Management Meetings/Calls | Standard Register UCC update call |
| Richard Klein | 06/05/15 | 1.00 | Board Presentation Preparation | Review of Reply to Objections to Standing Motion |
| Richard Klein | 06/05/15 | 2.00 | M&A Process | Review of Declarations |
| Richard Klein | 06/06/14 | 0.50 | Internal Jefferies Meetings/Calls | Internal team discussion re: final fee application |
| Richard Klein | 06/07/15 | 1.00 | Advisor/Management Meetings/Calls | Proposed call |
| Richard Klein | 06/08/15 | 1.00 | Advisor/Management Meetings/Calls | Hearing |
| Richard Klein | 06/10/15 | 0.50 | M&A Process | Call with Lowenstein and Zolfo Cooper |
| Richard Klein | 06/10/15 | 0.50 | M&A Process | Call with Lowenstein and ZC re: upcoming sale |
| Richard Klein | 06/10/15 | 0.50 | M&A Process | Reviewing the revised purchase price calculation from Lazard |
| Richard Klein | 06/10/15 | 0.50 | M&A Process | Internal discussion on strategy for sale and objection |
| Richard Klein | 06/10/15 | 0.50 | M&A Process | Preparation and call with Lowenstein on sale process |
| Richard Klein | 06/11/15 | 1.00 | M&A Process | Review of various objections to sale motion |
| Richard Klein | 06/11/15 | 2.00 | M&A Process | Review of competing bid |
| Richard Klein | 06/11/15 | 0.50 | Internal Jefferies Meetings/Calls | Internal discussion on strategy for sale |
| Richard Klein | 06/12/15 | 1.00 | Advisor/Management Meetings/Calls | Call re: Silver Point Proposal |
| Richard Klein | 06/12/15 | 1.00 | Advisor/Management Meetings/Calls | UCC update call |
| Richard Klein | 06/12/15 | 3.00 | M&A Process | Review of revised bid from Taylor |
| Richard Klein | 06/13/15 | 0.50 | Advisor/Management Meetings/Calls | Call with Silver Point re: counter proposal |
| Richard Klein | 06/13/15 | 0.50 | Advisor/Management Meetings/Calls | Precall UCC call with ZC and Lowenstein |
| Richard Klein | 06/13/15 | 0.50 | Advisor/Management Meetings/Calls | Call with Zolfo Cooper and Lowenstein discussing proposal |
| Richard Klein | 06/13/15 | 0.50 | Advisor/Management Meetings/Calls | Call with SP on a new proposal |
| Richard Klein | 06/13/15 | 0.50 | Advisor/Management Meetings/Calls | Various correspondence with the debtors and UCC professionals |
| Richard Klein | 06/13/15 | 1.00 | M&A Process | Discussing and reviewing counter proposal |
| Richard Klein | 06/13/15 | 0.50 | M&A Process | Review of bid comparison |
| Richard Klein | 06/13/15 | 3.00 | M&A Process | Review of Taylor bid materials |
| Richard Klein | 06/13/15 | 0.50 | Financial Due Diligence | Review of wind down budget |
| Richard Klein | 06/14/15 | 1.00 | Advisor/Management Meetings/Calls | Call with UCC |
| Richard Klein | 06/14/15 | 1.00 | Advisor/Management Meetings/Calls | Call with Zolfo Cooper and Lowenstein |
| Richard Klein | 06/14/15 | 1.00 | M&A Process | Review of revised settlement proposal |
| Richard Klein | 06/15/15 | 13.00 | M&A Process | Auction |
| Richard Klein | 06/16/15 | 0.50 | Advisor/Management Meetings/Calls | Call with Lowenstein on term sheet |
| Richard Klein | 06/16/15 | 0.50 | Advisor/Management Meetings/Calls | Call with Lowenstein, Gibson, Zolfo Cooper and McKinsey on term sheet |
| Richard Klein | 06/16/15 | 1.00 | Advisor/Management Meetings/Calls | Call with Silver Point on Settlement |
| Richard Klein | 06/16/15 | 1.00 | Advisor/Management Meetings/Calls | Call with Lowenstein & Skadden on settlement |
| Richard Klein | 06/16/15 | 1.00 | Advisor/Management Meetings/Calls | Review of settlement proposal from SP |
| Richard Klein | 06/17/15 | 1.00 | Advisor/Management Meetings/Calls | Sale Hearing |

**Jefferies LLC**
June 1, 2015 - June 30, 2015

| Banker | Date | Hours | Category | Comments |
|--------|------|-------|----------|----------|
| Richard Klein | 06/18/15 | 1.00 | M&A Process | Reviewing and commenting on settlement docs with Silver Point |
| Richard Klein | 06/18/15 | 3.00 | M&A Process | Call re: settlement |
| Richard Klein | 06/19/15 | 2.00 | M&A Process | Call re: settlement |
| Richard Klein | 06/20/15 | 2.00 | Advisor/Management Meetings/Calls | Various calls with the debtors over settlement discussions |
| Richard Klein | 06/20/15 | 1.00 | Advisor/Management Meetings/Calls | Reviewing settlement documents |
| Richard Klein | 06/21/15 | 0.50 | Advisor/Management Meetings/Calls | Various correspondence regarding settlement with Silver Point |
| Richard Klein | 06/21/15 | 1.00 | M&A Process | Review of final settlement documents |
| Richard Klein | 06/22/15 | 2.00 | Internal Jefferies Meetings/Calls | Administrative / compliance related diligence |
| Richard Klein | 06/24/15 | 1.00 | Financial Due Diligence | Review on re: Silver point equity ownership |
| Richard Klein | 06/24/15 | 0.50 | Fee Applications / Monthly Invoice | Review of Monthly Fee application preparation |
| Richard Klein | 06/26/15 | 0.50 | Fee Applications / Monthly Invoice | Review of Monthly Fee application preparation |
| Richard Klein | 06/26/15 | 2.00 | Internal Jefferies Meetings/Calls | Internal discussion re: First monthly fee app |
| Richard Klein | 06/27/15 | 1.00 | Case Administration/Planning | Reviewed case docket |
| Richard Klein | 06/27/15 | 2.00 | Internal Jefferies Meetings/Calls | Internal discussion re: First monthly fee app |
| Richard Klein | 06/29/15 | 2.00 | Fee Applications / Monthly Invoice | Discussions with Sidley re: First Monthly Fee App |
| Richard Klein | 06/30/15 | 1.00 | Internal Jefferies Meetings/Calls | Internal discussions to discuss next steps |
| Richard Klein | 06/30/15 | 1.00 | Case Administration/Planning | Reviewed case docket |
| **June 1, 2015 - June 30, 2015 Hours for Richard Klein** | | **73.00** | | |

**Seth Herman**

| Banker | Date | Hours | Category | Comments |
|--------|------|-------|----------|----------|
| Seth Herman | 06/02/15 | 1.00 | Advisor/Management Meetings/Calls | Call re: Replies to Standing Motion |
| Seth Herman | 06/02/15 | 1.00 | Internal Jefferies Meetings/Calls | Internal discussion re: SP's response |
| Seth Herman | 06/03/15 | 1.00 | M&A Process | Review of Standard Registers annotated stock chart |
| Seth Herman | 06/04/15 | 1.00 | Advisor/Management Meetings/Calls | Standard Register UCC update call |
| Seth Herman | 06/05/15 | 1.00 | M&A Process | Review of response to Objections re: Standing Motion |
| Seth Herman | 06/05/15 | 1.00 | M&A Process | Review of Declarations |
| Seth Herman | 06/06/14 | 0.50 | Internal Jefferies Meetings/Calls | Internal team discussion re: final fee application |
| Seth Herman | 06/07/15 | 0.50 | Advisor/Management Meetings/Calls | Various correspondence |
| Seth Herman | 06/08/15 | 1.00 | Advisor/Management Meetings/Calls | Standard Register Hearing |
| Seth Herman | 06/09/15 | 0.50 | Advisor/Management Meetings/Calls | Call with Lowenstein and Zolfo |
| Seth Herman | 06/09/15 | 0.50 | M&A Process | Reviewed revised purchase price analysis |
| Seth Herman | 06/10/15 | 0.50 | Advisor/Management Meetings/Calls | Call with Lowenstein and Zolfo |
| Seth Herman | 06/10/15 | 0.50 | Advisor/Management Meetings/Calls | Call with Lowenstein and Zolfo re: upcoming sale |
| Seth Herman | 06/10/15 | 0.50 | M&A Process | Reviewing revised purchase price calculation |
| Seth Herman | 06/10/15 | 1.00 | M&A Process | Internal discussion on sale and objection |
| Seth Herman | 06/10/15 | 1.00 | M&A Process | Preparation for and call with Lowenstein on sale process |
| Seth Herman | 06/11/15 | 0.50 | Advisor/Management Meetings/Calls | Discussed bid with Zolfo and Lowenstein |
| Seth Herman | 06/11/15 | 1.50 | M&A Process | Review of various objections to sale motion |
| Seth Herman | 06/11/15 | 3.00 | M&A Process | Review of competing bid from Taylor |
| Seth Herman | 06/11/15 | 2.00 | M&A Process | Read through Taylor Bid |
| Seth Herman | 06/11/15 | 0.50 | Advisor/Management Meetings/Calls | Create summary of economic implications of bid |
| Seth Herman | 06/11/15 | 0.50 | Internal Jefferies Meetings/Calls | Internal discussion on strategy for sale |
| Seth Herman | 06/12/15 | 1.00 | Advisor/Management Meetings/Calls | Call re: Silver Point Proposal |
| Seth Herman | 06/12/15 | 1.00 | Advisor/Management Meetings/Calls | UCC update call |
| Seth Herman | 06/12/15 | 2.00 | M&A Process | Review of revised bid from Taylor |
| Seth Herman | 06/13/15 | 0.50 | Advisor/Management Meetings/Calls | Call re: counter proposal |
| Seth Herman | 06/13/15 | 0.50 | Advisor/Management Meetings/Calls | Precall for UCC call with Zolfo and Lowenstein |
| Seth Herman | 06/13/15 | 0.50 | Advisor/Management Meetings/Calls | Call with Zolfo and Lowenstein re: SP proposal |
| Seth Herman | 06/13/15 | 0.50 | Advisor/Management Meetings/Calls | Call with SP re: new proposal |
| Seth Herman | 06/13/15 | 0.50 | Advisor/Management Meetings/Calls | Various correspondence with the debtors and UCC professionals |
| Seth Herman | 06/13/15 | 2.00 | Advisor/Management Meetings/Calls | Discussing and reviewing proposed counter to SP |
| Seth Herman | 06/13/15 | 1.00 | M&A Process | Reviewing changes to Taylor bid |
| Seth Herman | 06/13/15 | 1.00 | M&A Process | Comparison of Taylor & SP bids |
| Seth Herman | 06/13/15 | 2.00 | M&A Process | Review of Taylor bid materials |
| Seth Herman | 06/13/15 | 3.00 | M&A Process | Reviewing and commenting on settlement docs with SP |
| Seth Herman | 06/13/15 | 2.00 | Financial Due Diligence | Review of wind down budget |
| Seth Herman | 06/14/15 | 1.00 | Advisor/Management Meetings/Calls | Call with UCC |
| Seth Herman | 06/14/15 | 1.00 | Advisor/Management Meetings/Calls | Prep call with Zolfo and Lowenstein |
| Seth Herman | 06/14/15 | 1.00 | M&A Process | Review of revised settlement proposal from Silver Point |
| Seth Herman | 06/15/15 | 14.00 | M&A Process | Standard Register Auction |
| Seth Herman | 06/16/15 | 0.50 | Advisor/Management Meetings/Calls | Call with Lowenstein on settlement term sheet |
| Seth Herman | 06/16/15 | 0.50 | Advisor/Management Meetings/Calls | Call with Lowenstein, Gibson, Zolfo and McKinsey on settlement term sheet |
| Seth Herman | 06/16/15 | 1.00 | Advisor/Management Meetings/Calls | Call with Lowenstein & Skadden on settlement |
| Seth Herman | 06/16/15 | 2.00 | M&A Process | Review of settlement proposal from Silver Point |
| Seth Herman | 06/17/15 | 1.00 | Advisor/Management Meetings/Calls | Sale hearing |
| Seth Herman | 06/18/15 | 3.00 | M&A Process | Call re: settlement |
| Seth Herman | 06/19/15 | 2.00 | M&A Process | Call re: settlement |
| Seth Herman | 06/22/15 | 2.00 | Internal Jefferies Meetings/Calls | Administrative / compliance related diligence |
| Seth Herman | 06/24/15 | 3.00 | Financial Due Diligence | Review on re: Silver point equity ownership |
| Seth Herman | 06/24/15 | 3.00 | Fee Applications / Monthly Invoice | Review of Monthly Fee application preparation |
| Seth Herman | 06/26/15 | 3.00 | Fee Applications / Monthly Invoice | Review of Monthly Fee application preparation |
| Seth Herman | 06/26/15 | 2.00 | Internal Jefferies Meetings/Calls | Internal discussion re: First monthly fee app |
| Seth Herman | 06/27/15 | 3.00 | Case Administration/Planning | Reviewed case docket |
| Seth Herman | 06/27/15 | 2.00 | Internal Jefferies Meetings/Calls | Internal discussion re: First monthly fee app |
| Seth Herman | 06/29/15 | 2.00 | Fee Applications / Monthly Invoice | Discussions with Sidley re: First Monthly Fee App |
| Seth Herman | 06/30/15 | 1.00 | Internal Jefferies Meetings/Calls | Internal discussions to discuss next steps |
| Seth Herman | 06/30/15 | 3.00 | Case Administration/Planning | Reviewed case docket |
| **June 1, 2015 - June 30, 2015 Hours for Seth Herman** | | **91.00** | | |

**Tushar Pande**

| Banker | Date | Hours | Category | Comments |
|--------|------|-------|----------|----------|
| Tushar Pande | 06/01/14 | 3.00 | Advisor/Management Meetings/Calls | Preparation of transaction summary |
| Tushar Pande | 06/02/14 | 1.00 | Advisor/Management Meetings/Calls | Internal Jefferies call |
| Tushar Pande | 06/02/14 | 1.00 | M&A Process | Spoke to interested party |
| Tushar Pande | 06/02/15 | 1.00 | Advisor/Management Meetings/Calls | Call re: Replies to Standing Motion |
| Tushar Pande | 06/02/15 | 1.00 | Internal Jefferies Meetings/Calls | Internal discussion re: SP's response |
| Tushar Pande | 06/03/15 | 1.00 | M&A Process | Review of Standard Registers annotated stock chart |
| Tushar Pande | 06/03/14 | 1.00 | Advisor/Management Meetings/Calls | Communications with Counsel re: final fee application |
| Tushar Pande | 06/04/15 | 1.00 | Advisor/Management Meetings/Calls | Standard Register UCC update call |
| Tushar Pande | 06/05/15 | 1.00 | M&A Process | Review of Objections to Standing Motion |

**Jefferies LLC**
June 1, 2015 - June 30, 2015

| Banker | Date | Hours | Category | Comments |
|--------|------|-------|----------|----------|
| Tushar Pande | 06/05/15 | 3.00 | M&A Process | Review of declarations from Ginnan, Morgan and Carmody |
| Tushar Pande | 06/06/14 | 3.00 | Fee Applications / Monthly Invoice | Preparation and review of final fee application |
| Tushar Pande | 06/06/14 | 0.50 | Internal Jefferies Meetings/Calls | Internal team discussion re: final fee application |
| Tushar Pande | 06/07/14 | 1.00 | Advisor/Management Meetings/Calls | Standard Register Proposed call |
| Tushar Pande | 06/07/14 | 4.00 | Case Administration/Planning | Preparation of Fee App |
| Tushar Pande | 06/08/14 | 5.00 | Case Administration/Planning | Preparation of Fee App |
| Tushar Pande | 06/08/15 | 1.00 | Advisor/Management Meetings/Calls | Standard Register Hearing |
| Tushar Pande | 06/09/15 | 0.50 | Advisor/Management Meetings/Calls | Call with Lowenstein, Zolfo |
| Tushar Pande | 06/09/15 | 0.50 | M&A Process | Reviewed revised Lazard purchase price analysis |
| Tushar Pande | 06/10/15 | 0.50 | Advisor/Management Meetings/Calls | Call with Lowenstein and Zolfo |
| Tushar Pande | 06/10/15 | 0.50 | Advisor/Management Meetings/Calls | Call with Lowenstein and Zolfo on discussion with the debtors and upcoming sale |
| Tushar Pande | 06/10/15 | 1.00 | M&A Process | Reviewing the revised purchase price calculation from Lazard |
| Tushar Pande | 06/10/15 | 0.50 | M&A Process | Internal discussion on strategy for sale and objection |
| Tushar Pande | 06/10/15 | 1.00 | M&A Process | Preparation for and call with Lowenstein on update on sale process |
| Tushar Pande | 06/11/15 | 0.50 | M&A Process | Discussed bid with Zolfo and Lowenstein |
| Tushar Pande | 06/11/15 | 1.50 | M&A Process | Review of various objections to Debtors sale motion |
| Tushar Pande | 06/11/15 | 3.00 | M&A Process | Review of competing bid from Taylor |
| Tushar Pande | 06/11/15 | 2.00 | M&A Process | Put together summary of implications of bid |
| Tushar Pande | 06/11/15 | 0.50 | Internal Jefferies Meetings/Calls | Internal discussion on strategy for sale and objection |
| Tushar Pande | 06/12/15 | 1.00 | Advisor/Management Meetings/Calls | Call re: Silver Point Proposal |
| Tushar Pande | 06/12/15 | 1.00 | Advisor/Management Meetings/Calls | Standard Register UCC update call |
| Tushar Pande | 06/12/15 | 3.00 | M&A Process | Review of revised bid from Taylor |
| Tushar Pande | 06/13/15 | 0.50 | M&A Process | Call with SP to present counter proposal |
| Tushar Pande | 06/13/15 | 0.50 | Advisor/Management Meetings/Calls | Precall UCC call with Zolfo and Lowenstein |
| Tushar Pande | 06/13/15 | 0.50 | Advisor/Management Meetings/Calls | Call with Zolfo and Lowenstein discussing SP proposal |
| Tushar Pande | 06/13/15 | 0.50 | Advisor/Management Meetings/Calls | Call with Silver Point on a new proposal |
| Tushar Pande | 06/13/15 | 0.50 | Advisor/Management Meetings/Calls | Various correspondence with the debtors and UCC professionals |
| Tushar Pande | 06/13/15 | 2.00 | M&A Process | Discussing and reviewing proposed counter to Silver Point |
| Tushar Pande | 06/13/15 | 1.00 | M&A Process | Reviewing changes to Taylor bid |
| Tushar Pande | 06/13/15 | 1.00 | M&A Process | Comparison of Taylor & SP bids |
| Tushar Pande | 06/13/15 | 2.00 | M&A Process | Review of Taylor bid materials |
| Tushar Pande | 06/13/15 | 3.00 | M&A Process | Review and comment on settlement docs with SP |
| Tushar Pande | 06/13/15 | 2.00 | Financial Due Diligence | Review of wind down budget |
| Tushar Pande | 06/14/15 | 1.00 | Advisor/Management Meetings/Calls | Call with UCC |
| Tushar Pande | 06/14/15 | 1.00 | Advisor/Management Meetings/Calls | Prep call with Zolfo and Lowenstein |
| Tushar Pande | 06/14/15 | 1.00 | M&A Process | Review of revised settlement proposal from SP |
| Tushar Pande | 06/15/15 | 14.00 | Advisor/Management Meetings/Calls | Standard Register Auction |
| Tushar Pande | 06/16/15 | 0.50 | Advisor/Management Meetings/Calls | Call with Lowenstein on SP settlement term sheet |
| Tushar Pande | 06/16/15 | 0.50 | Advisor/Management Meetings/Calls | Call with Lowenstein, Gibson, ZC and McKinsey on SP settlement term sheet |
| Tushar Pande | 06/16/15 | 1.00 | Advisor/Management Meetings/Calls | Call with SP on Settlement |
| Tushar Pande | 06/16/15 | 1.00 | Advisor/Management Meetings/Calls | Call with Lowenstein & Skadden on SP on Settlement |
| Tushar Pande | 06/16/15 | 2.00 | M&A Process | Review of settlement proposal from SP |
| Tushar Pande | 06/17/15 | 1.00 | Advisor/Management Meetings/Calls | Standard Register Sale Hearing |
| Tushar Pande | 06/17/15 | 1.00 | Advisor/Management Meetings/Calls | Discussions with the committee on a proposed settlement |
| Tushar Pande | 06/18/15 | 5.00 | Financial Due Diligence | Proceed committee member's request re: Silver point equity ownership |
| Tushar Pande | 06/19/15 | 3.00 | Case Administration/Planning | Reviewed case docket |
| Tushar Pande | 06/22/15 | 2.00 | Internal Jefferies Meetings/Calls | Administrative / compliance related diligence |
| Tushar Pande | 06/24/15 | 2.00 | Financial Due Diligence | Follow-up on re: Silver point equity ownership |
| Tushar Pande | 06/24/15 | 4.00 | Fee Applications / Monthly Invoice | First Monthly Fee application preparation |
| Tushar Pande | 06/25/15 | 5.00 | Fee Applications / Monthly Invoice | First Monthly Fee application preparation |
| Tushar Pande | 06/26/15 | 2.00 | Internal Jefferies Meetings/Calls | Internal discussion re: First monthly fee app |
| Tushar Pande | 06/27/15 | 2.00 | Case Administration/Planning | Reviewed case docket |
| Tushar Pande | 06/27/15 | 2.00 | Internal Jefferies Meetings/Calls | Internal discussion re: First monthly fee app |
| Tushar Pande | 06/29/15 | 2.00 | Fee Applications / Monthly Invoice | Discussions with Sidley re: First Monthly Fee App |
| Tushar Pande | 06/30/15 | 1.00 | Internal Jefferies Meetings/Calls | Internal discussions to discuss next steps |
| Tushar Pande | 06/30/15 | 1.00 | Case Administration/Planning | Reviewed case docket |
| **June 1, 2015 - June 30, 2015 Hours for Tushar Pande** | | **114.00** | | |
| | | | | |
| *CJ Wei* | | | | |
| | | | | |
| CJ Wei | 06/02/15 | 1.00 | Advisor/Management Meetings/Calls | Call re: Standing Motion |
| CJ Wei | 06/02/15 | 8.00 | M&A Process | Analysis re: SP's UCC objection |
| CJ Wei | 06/02/15 | 1.00 | Internal Jefferies Meetings/Calls | Internal discussion re: SP's response |
| CJ Wei | 06/03/15 | 4.00 | M&A Process | Review of Standard Registers annotated stock chart |
| CJ Wei | 06/05/15 | 1.00 | Advisor/Management Meetings/Calls | Standard Register UCC update call |
| CJ Wei | 06/05/15 | 2.00 | M&A Process | Review of Reply to Objections to Standing Motion |
| CJ Wei | 06/05/15 | 2.00 | M&A Process | Review of declarations from Ginnan, Morgan and Carmody |
| CJ Wei | 06/07/15 | 1.00 | Advisor/Management Meetings/Calls | Standard Register call |
| CJ Wei | 06/08/15 | 1.00 | Advisor/Management Meetings/Calls | Standard Register Hearing |
| CJ Wei | 06/09/15 | 0.50 | Advisor/Management Meetings/Calls | Call with Lowenstein, Zolfo |
| CJ Wei | 06/09/15 | 1.00 | M&A Process | Reviewed revised Lazard purchase price analysis |
| CJ Wei | 06/10/15 | 0.50 | Advisor/Management Meetings/Calls | Call with Lowenstein and ZC |
| CJ Wei | 06/10/15 | 0.50 | Advisor/Management Meetings/Calls | Call with Lowenstein and ZC on discussion with the debtors and upcoming sale |
| CJ Wei | 06/10/15 | 2.00 | M&A Process | Reviewing the revised purchase price calculation from Lazard |
| CJ Wei | 06/10/15 | 0.50 | M&A Process | Internal discussion on strategy for sale and objection |
| CJ Wei | 06/10/15 | 4.00 | M&A Process | Preparation for and call with Lowenstein on update on sale process |
| CJ Wei | 06/11/15 | 0.50 | M&A Process | Discussed bid with Zolfo and Lowenstein |
| CJ Wei | 06/11/15 | 3.00 | M&A Process | Review of various objections to the Debtors sale motion |
| CJ Wei | 06/11/15 | 3.00 | M&A Process | Review of competing bid from Taylor |
| CJ Wei | 06/11/15 | 3.00 | M&A Process | Read through Taylor Bid |
| CJ Wei | 06/11/15 | 3.00 | M&A Process | Put together summary of economic implications of bid |
| CJ Wei | 06/11/15 | 0.50 | M&A Process | Internal discussion on strategy for sale and objection |

**Jefferies LLC**
June 1, 2015 - June 30, 2015

| Banker | Date | Hours | Category | Comments |
|--------|------|-------|----------|----------|
| CJ Wei | 06/12/15 | 1.00 | Advisor/Management Meetings/Calls | Call re: Silver Point Proposal |
| CJ Wei | 06/12/15 | 1.00 | Advisor/Management Meetings/Calls | UCC update call |
| CJ Wei | 06/12/15 | 3.00 | M&A Process | Review of revised bid from Taylor |
| CJ Wei | 06/13/15 | 0.50 | Advisor/Management Meetings/Calls | Call with SP to present counter proposal |
| CJ Wei | 06/13/15 | 0.50 | Advisor/Management Meetings/Calls | Precall UCC call with ZC and lowenstein |
| CJ Wei | 06/13/15 | 0.50 | Advisor/Management Meetings/Calls | Call with ZC and lowenstein discussing SP proposal |
| CJ Wei | 06/13/15 | 0.50 | Advisor/Management Meetings/Calls | Call with SP on a new proposal |
| CJ Wei | 06/13/15 | 0.50 | Advisor/Management Meetings/Calls | Various correspondence with the debtors and UCC professionals |
| CJ Wei | 06/13/15 | 2.00 | Advisor/Management Meetings/Calls | Discussing and reviewing proposed counter to SP |
| CJ Wei | 06/13/15 | 1.50 | Advisor/Management Meetings/Calls | Call with UCC |
| CJ Wei | 06/13/15 | 2.00 | M&A Process | Reviewing changes to Taylor bid |
| CJ Wei | 06/13/15 | 2.00 | M&A Process | Comparison of Taylor & SP bids |
| CJ Wei | 06/13/15 | 3.00 | M&A Process | Review of Taylor bid materials |
| CJ Wei | 06/13/15 | 4.00 | M&A Process | Reviewing and commenting on settlement docs with SP |
| CJ Wei | 06/13/15 | 2.00 | Financial Due Diligence | Review of wind down budget |
| CJ Wei | 06/14/15 | 1.00 | Advisor/Management Meetings/Calls | Prep call with Zolfo and Lowenstein |
| CJ Wei | 06/14/15 | 4.00 | M&A Process | Analysis on Taylor bid |
| CJ Wei | 06/14/15 | 2.00 | M&A Process | Review of revised settlement proposal from SP |
| CJ Wei | 06/15/15 | 14.00 | M&A Process | Standard Register Auction |
| CJ Wei | 06/16/15 | 0.50 | Advisor/Management Meetings/Calls | Call with Lowenstein on settlement term sheet |
| CJ Wei | 06/16/15 | 0.50 | Advisor/Management Meetings/Calls | Call with Lowenstein, Gibson, Zolfo and McKinsey on SP settlement term sheet |
| CJ Wei | 06/16/15 | 1.00 | Advisor/Management Meetings/Calls | Call with SP on Settlement |
| CJ Wei | 06/16/15 | 1.00 | Advisor/Management Meetings/Calls | Call with Lowenstein & Skadden on Settlement |
| CJ Wei | 06/16/15 | 3.00 | M&A Process | Review of settlement proposal from SP |
| CJ Wei | 06/17/15 | 1.00 | Advisor/Management Meetings/Calls | Sale Hearing |
| CJ Wei | 06/19/15 | 4.00 | M&A Process | Analysis on SP total position in SR's equity |
| CJ Wei | 06/18/15 | 2.00 | Financial Due Diligence | Proceed comments re: Silver point equity ownership |
| CJ Wei | 06/19/15 | 2.00 | Case Administration/Planning | Reviewed case docket |
| CJ Wei | 06/22/15 | 1.00 | Internal Jefferies Meetings/Calls | Administrative / compliance related diligence |
| CJ Wei | 06/24/15 | 5.00 | Fee Applications / Monthly Invoice | First Monthly Fee application preparation |
| CJ Wei | 06/26/15 | 4.00 | Fee Applications / Monthly Invoice | First Monthly Fee application preparation |
| CJ Wei | 06/26/15 | 2.00 | Internal Jefferies Meetings/Calls | Internal discussion re: First monthly fee app |
| CJ Wei | 06/27/15 | 1.00 | Case Administration/Planning | Reviewed case docket |
| CJ Wei | 06/27/15 | 2.00 | Internal Jefferies Meetings/Calls | Internal discussion re: First monthly fee app |
| CJ Wei | 06/29/15 | 2.00 | Fee Applications / Monthly Invoice | Discussions with Sidley re: First Monthly Fee App |
| CJ Wei | 06/30/15 | 1.00 | Internal Jefferies Meetings/Calls | Internal discussions to discuss next steps |
| CJ Wei | 06/30/15 | 1.00 | Case Administration/Planning | Reviewed case docket |
| **June 1, 2015 - June 30, 2015 Hours for CJ Wei** | | **123.00** | | |

**Exhibit B**
**Expense Details**

Jefferies LLC
May 17, 2015 - June 30, 2015

| Banker | Amount ($) | Expense Incurred Date | Category | Account Description | Transaction Description |
|---|---|---|---|---|---|
| TUSHAR PANDE | $        25.73 | 04/20/15 | MEALS | EMPLOYEE MEAL EXPENSE | Meal Expense |
| CHING WEI | 25.99 | 04/20/15 | MEALS | EMPLOYEE MEAL EXPENSE | Meal Expense |
| CHING WEI | 26.00 | 04/21/15 | MEALS | EMPLOYEE MEAL EXPENSE | Meal Expense |
| CHING WEI | 25.89 | 04/22/15 | MEALS | EMPLOYEE MEAL EXPENSE | Meal Expense |
| TUSHAR PANDE | 26.00 | 04/23/15 | MEALS | EMPLOYEE MEAL EXPENSE | Meal Expense |
| CHING WEI | 25.99 | 04/23/15 | MEALS | EMPLOYEE MEAL EXPENSE | Meal Expense |
| TUSHAR PANDE | 25.74 | 04/24/15 | MEALS | EMPLOYEE MEAL EXPENSE | Meal Expense |
| CHING WEI | 25.84 | 04/24/15 | MEALS | EMPLOYEE MEAL EXPENSE | Meal Expense |
| CHING WEI | 17.84 | 04/25/15 | MEALS | EMPLOYEE MEAL EXPENSE | Meal Expense |
| TUSHAR PANDE | 18.09 | 04/25/15 | MEALS | EMPLOYEE MEAL EXPENSE | Meal Expense |
| CHING WEI | 25.70 | 04/25/15 | MEALS | EMPLOYEE MEAL EXPENSE | Meal Expense |
| TUSHAR PANDE | 25.92 | 04/25/15 | MEALS | EMPLOYEE MEAL EXPENSE | Meal Expense |
| TUSHAR PANDE | 22.27 | 04/26/15 | MEALS | EMPLOYEE MEAL EXPENSE | Meal Expense |
| CHING WEI | 26.00 | 04/26/15 | MEALS | EMPLOYEE MEAL EXPENSE | Meal Expense |
| TUSHAR PANDE | 18.46 | 04/26/15 | MEALS | EMPLOYEE MEAL EXPENSE | Meal Expense |
| CHING WEI | 18.18 | 04/26/15 | MEALS | EMPLOYEE MEAL EXPENSE | Meal Expense |
| TUSHAR PANDE | 25.00 | 04/27/15 | MEALS | EMPLOYEE MEAL EXPENSE | Meal Expense |
| CHING WEI | 25.93 | 04/27/15 | MEALS | EMPLOYEE MEAL EXPENSE | Meal Expense |
| CHING WEI | 25.89 | 04/28/15 | MEALS | EMPLOYEE MEAL EXPENSE | Meal Expense |
| TUSHAR PANDE | 26.00 | 04/28/15 | MEALS | EMPLOYEE MEAL EXPENSE | Meal Expense |
| TUSHAR PANDE | 26.00 | 04/28/15 | MEALS | EMPLOYEE MEAL EXPENSE | Meal Expense |
| CHING WEI | 25.89 | 04/29/15 | MEALS | EMPLOYEE MEAL EXPENSE | Meal Expense |
| TUSHAR PANDE | 25.74 | 04/29/15 | MEALS | EMPLOYEE MEAL EXPENSE | Meal Expense |
| TUSHAR PANDE | 25.81 | 04/30/15 | MEALS | EMPLOYEE MEAL EXPENSE | Meal Expense |
| CHING WEI | 26.00 | 04/30/15 | MEALS | EMPLOYEE MEAL EXPENSE | Meal Expense |
| CHING WEI | 25.76 | 05/01/15 | MEALS | EMPLOYEE MEAL EXPENSE | Meal Expense |
| CHING WEI | 26.00 | 05/02/15 | MEALS | EMPLOYEE MEAL EXPENSE | Meal Expense |
| CHING WEI | 18.10 | 05/02/15 | MEALS | EMPLOYEE MEAL EXPENSE | Meal Expense |
| CHING WEI | 24.70 | 05/03/15 | MEALS | EMPLOYEE MEAL EXPENSE | Meal Expense |
| CHING WEI | 25.85 | 05/04/15 | MEALS | EMPLOYEE MEAL EXPENSE | Meal Expense |
| TUSHAR PANDE | 25.74 | 05/04/15 | MEALS | EMPLOYEE MEAL EXPENSE | Meal Expense |
| CHING WEI | 25.93 | 05/05/15 | MEALS | EMPLOYEE MEAL EXPENSE | Meal Expense |
| TUSHAR PANDE | 25.00 | 05/05/15 | MEALS | EMPLOYEE MEAL EXPENSE | Meal Expense |
| TUSHAR PANDE | 25.00 | 05/06/15 | MEALS | EMPLOYEE MEAL EXPENSE | Meal Expense |
| RICHARD KLEIN | 25.96 | 05/08/15 | MEALS | EMPLOYEE MEAL EXPENSE | Meal Expense |
| SETH HERMAN | 25.96 | 05/08/15 | MEALS | EMPLOYEE MEAL EXPENSE | Meal Expense |
| TUSHAR PANDE | 26.00 | 05/08/15 | MEALS | EMPLOYEE MEAL EXPENSE | Meal Expense |
| CHING WEI | 25.66 | 05/08/15 | MEALS | EMPLOYEE MEAL EXPENSE | Meal Expense |
| CHING WEI | 25.89 | 05/09/15 | MEALS | EMPLOYEE MEAL EXPENSE | Meal Expense |
| TUSHAR PANDE | 25.62 | 05/09/15 | MEALS | EMPLOYEE MEAL EXPENSE | Meal Expense |
| CHING WEI | 18.01 | 05/09/15 | MEALS | EMPLOYEE MEAL EXPENSE | Meal Expense |
| TUSHAR PANDE | 18.32 | 05/09/15 | MEALS | EMPLOYEE MEAL EXPENSE | Meal Expense |
| CHING WEI | 17.98 | 05/10/15 | MEALS | EMPLOYEE MEAL EXPENSE | Meal Expense |
| TUSHAR PANDE | 13.10 | 05/10/15 | MEALS | EMPLOYEE MEAL EXPENSE | Meal Expense |
| CHING WEI | 26.00 | 05/10/15 | MEALS | EMPLOYEE MEAL EXPENSE | Meal Expense |
| CHING WEI | 25.80 | 05/11/15 | MEALS | EMPLOYEE MEAL EXPENSE | Meal Expense |
| CHING WEI | 26.00 | 05/12/15 | MEALS | EMPLOYEE MEAL EXPENSE | Meal Expense |
| CHING WEI | 26.00 | 05/13/15 | MEALS | EMPLOYEE MEAL EXPENSE | Meal Expense |
| CHING WEI | 25.91 | 05/14/15 | MEALS | EMPLOYEE MEAL EXPENSE | Meal Expense |
| CHING WEI | 26.00 | 05/15/15 | MEALS | EMPLOYEE MEAL EXPENSE | Meal Expense |
| CHING WEI | 26.00 | 05/15/15 | MEALS | EMPLOYEE MEAL EXPENSE | Meal Expense |
| CHING WEI | 26.00 | 05/16/15 | MEALS | EMPLOYEE MEAL EXPENSE | Meal Expense |
| CHING WEI | 18.12 | 05/16/15 | MEALS | EMPLOYEE MEAL EXPENSE | Meal Expense |
| CHING WEI | 25.89 | 06/04/15 | MEALS | EMPLOYEE MEAL EXPENSE | Meal Expense |
| LEON SZLEZINGER | 45.00 | 06/08/15 | TRANG | TRAVEL EXPENSE | Travel |
| CHING WEI | 25.89 | 06/11/15 | MEALS | EMPLOYEE MEAL EXPENSE | Meal Expense |
| CHING WEI | 26.00 | 06/12/15 | MEALS | EMPLOYEE MEAL EXPENSE | Meal Expense |
| LEON SZLEZINGER | 12.65 | 06/13/15 | TRANG | TRAVEL EXPENSE | Travel |
| LEON SZLEZINGER | 18.00 | 06/13/15 | TRAVE | TRAVEL EXPENSE | Travel |
| LEON SZLEZINGER | 10.35 | 06/15/15 | TRANG | TRAVEL EXPENSE | Travel |
| LEON SZLEZINGER | 12.65 | 06/15/15 | TRANG | TRAVEL EXPENSE | Travel |
| LEON SZLEZINGER | 40.00 | 06/15/15 | TRAVE | TRAVEL EXPENSE | Travel |
| LEON SZLEZINGER | 11.30 | 06/16/15 | TRANG | TRAVEL EXPENSE | Travel |
| LEON SZLEZINGER | 358.00 | 06/16/15 | TRANG | TRAVEL EXPENSE | Travel |
| LEON SZLEZINGER | 13.56 | 06/16/15 | TRANG | TRAVEL EXPENSE | Travel |
| LEON SZLEZINGER | 8.00 | 06/17/15 | TRANG | TRAVEL EXPENSE | Travel |
| LEON SZLEZINGER | 6.89 | 06/17/15 | TRANG | TRAVEL EXPENSE | Travel |
| RICHARD S. KLEIN | 84.65 | 06/17/15 | TRANG | TRAVEL EXPENSE | Travel |
| LEON SZLEZINGER | 10.38 | 06/18/15 | TRANG | TRAVEL EXPENSE | Travel |
| LEON SZLEZINGER | 9.49 | 06/24/15 | TRANG | TRAVEL EXPENSE | Travel |
| SIDLEY AUSTIN LLP | 37,665.56 | 06/30/15 | LEGAL | LEGAL | Legal |
| **Total Expenses** | **$        39,666.57** | | | | |



**SIDLEY AUSTIN** LLP
ONE SOUTH DEARBORN
CHICAGO, IL 60603
(312) 853 7000
(312) 853 7036 FAX

| BEIJING | HONG KONG | SHANGHAI |
|---|---|---|
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

FEDERAL ID 36-4474078

June 30, 2015

Jefferies LLC
520 Madison Avenue
New York, NY 10022

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 35034868
2481
Client Matter 55734-30290

The Standard Register Company
Jefferies & Company, Inc. 2481

For professional services rendered through May 31, 2015 as shown on
the attached exhibits:

Leon Szlezinger

| | |
|---|---|
| Fees | $35,926.50 |
| Expenses | 1,739.06 |
| **Total Due This Bill** | **$37,665.56** |

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: 5519624
ABA Number: 071000013
Swift Code: CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN** LLP

Invoice Number:  35034868
Jefferies LLC

The Standard Register Company

Invoice Cover Sheet

Jefferies & Company, Inc. Matter Name:          The Standard Register Company
Jefferies & Company, Inc. Matter Number:          2481
Jefferies & Company, Inc. Supervising Attorney:          Justin DeSpirito

Fee Summary by Timekeeper:

| Name | Hours | Rate | Fees |
|------|------:|-----:|-----:|
| TA Labuda | 34.00 | $895.00 | $30,430.00 |
| ME Linder | .80 | 585.00 | 468.00 |
| C Jun | 11.30 | 445.00 | 5,028.50 |
| **Total Hours and Fees:** | **46.10** | | **$35,926.50** |

Fee Summary by Task:

| Code | Code Description | Hours | Fees |
|------|------------------|------:|-----:|
| B110 | Case Administration | 11.30 | $5,028.50 |
| B160 | Fee/Employment Applications | .80 | 468.00 |
| C300 | Analysis and Advice | 34.00 | 30,430.00 |
| | **Total Fees:** | | **$35,926.50** |

Expense/Disbursements:

| Code | Code Description | Amount |
|------|------------------|-------:|
| E110 | Out-of-Town Travel | $1,739.06 |
| | **Total Expenses** | **$1,739.06** |

| | |
|---|---:|
| Fees | $35,926.50 |
| Expenses | 1,739.06 |
| **Total Due This Bill** | **$37,665.56** |

SIDLEY AUSTIN LLP

Invoice Number:  35034868
Jefferies LLC

The Standard Register Company

TIME DETAIL

| Date | Name | Task | Activity | Narrative | Hours |
|------|------|------|----------|-----------|-------|
| 05/04/15 | TA Labuda | C300 | A106 | Emails with L. Szlezinger re retention objections (.1); call from and email with R. Klein re same (.1); call from L. Szlezinger re same (.1). | .30 |
| 05/05/15 | TA Labuda | C300 | A104 | Review BofA email re retention objections (.1); emails with R. Klein and L. Szlezinger re same (.2); review proposed language for retention orders (.1); emails with client and S. Levine re same (.1); review BofA limited objection (.2); review SP objection (.3); review debtor objection to retention application (.2); emails with client re same (.1). | 1.30 |
| 05/06/15 | C Jun | B110 | A105 | Meeting with T. Labuda re response to omnibus objection (.1); review and analyze arguments in objection and precedent pleadings (3.1) | 3.20 |
| 05/06/15 | TA Labuda | C300 | A106 | Emails and conference with R. Klein re response to objections (.3); conference call with Lowenstein team re same (.4); review cases and orders cited in objections (.4); review UST comments on retention order (.1); call to M. Kenney re same (.1); confer with J. DeSpirito re same (.1); confer with L. Szlezinger and R. Klein re response to objections (.2); call to M. Rosenthal re same (.1). | 1.70 |
| 05/07/15 | C Jun | B110 | A105 | Confer w/ T. Labuda re response draft to omnibus objection (.1); draft response arguments re section 328 (2.3); phone conference w/ T. Labuda re redraft (.2); revise and update draft (.9); emails w/ T. Labuda re same (.1) | 3.60 |
| 05/07/15 | TA Labuda | C300 | A104 | Review Lowenstein draft omnibus objection (.3); review carve out provisions (.2); negotiations with M. Rosenthal (.2); emails and conference with R. Klein re same and Lazard dialogue (.2); email proposal to M. Rosenthal (.1); emails with R. Klein re comps (.1); work on compilation of same (.3); work on brief in response to debtor, SP and BofA objections (2.6). | 4.00 |
| 05/08/15 | C Jun | B110 | A105 | Emails with T. Labuda and W. Jung re response filing (.2); research case law related to response (1.2); confer w/ T. Labuda re same (.1); review and analyze case law cited in response (2.1); draft email summary to T. Labuda of same (.9) | 4.50 |
| 05/08/15 | TA Labuda | C300 | A104 | Review counter-proposal from M. Rosenthal (.1); | 3.00 |

**SIDLEY AUSTIN** LLP

Invoice Number:  35034868
Jefferies LLC

The Standard Register Company

| Date | Name | Task | Activity | Narrative | Hours |
|------|------|------|----------|-----------|-------|
| | | | | conference call with client re same and comps (.4); work on response to objections (1.5); confer with R. Klein re LMM discussions and hearing strategy (.3); revise order (.4); emails with UST re same (.2); calls and emails with M. Rosenthal (.1). | |
| 05/11/15 | TA Labuda | C300 | A106 | Emails with R. Klein re comps (.1); email from W. Jung re hearing preparation (.1); emails with client re same (.1); travel to retention hearing (4.9); conference with L. Szlezinger re hearing strategy (.6); conference call with Lowenstein team re same (.5); emails with W. Jung and C. Ward re pro hac vice motion (.1); emails with W. Jung re Gibson dialogue (.1); revise retention order (.4); emails with client re same (.1); review comps (.2); emails and conference with L. Szlezinger re hearing preparation (.2); prepare for hearing (1.0). | 8.40 |
| 05/12/15 | TA Labuda | C300 | A101 | Prepare for hearing (2.4); emails with W. Jung re same (.1); attend retention hearing (3.5); confer with L. Szlezinger re next steps (.2); return travel from hearing (4.8); email to Gibson Dunn re retention proposal (.1); email to SP and lenders re same (.1); emails with M. Rosenthal re same (.1). | 11.10 |
| 05/12/15 | ME Linder | B160 | A105 | E-mails with T. Labuda re retention orders (.1); telephone call with T. Labuda re hearing (.1) | .20 |
| 05/13/15 | TA Labuda | C300 | A106 | Email from M. Rosenthal re response to fee proposal (.1); emails with L. Slzezinger re same (.1); draft revised order (.3); call from Gibson Dunn re same (.2); confer with L. Szlezinger and S. Levine re dialogue with debtors counsel (.2); email to S. Levine re same (.1); emails with J. Graves re same (.1). | 1.10 |
| 05/13/15 | ME Linder | B160 | A105 | Confer with T. Labuda re amended proposed retention order | .20 |
| 05/13/15 | ME Linder | B160 | A105 | Confer with T. Labuda re retention issues | .20 |
| 05/14/15 | TA Labuda | C300 | A106 | Emails with S. Levine and M. Rosenthal re response to revised order (.1); conference call/negotiations with J. Graves re revised retention order (.2); work on revised form of order (.3); emails with R. Klein re same (.1); emails with Gibson re revised form of order (.2); emails with Lowenstein team re same (.1); emails with lenders re revised retention order (.2); emails with P. Kizel re same (.1). | 1.30 |

**SIDLEY AUSTIN** LLP

Invoice Number: 35034868
Jefferies LLC

The Standard Register Company

| Date | Name | Task | Activity | Narrative | Hours |
|------|------|------|----------|-----------|-------|
| 05/15/15 | TA Labuda | C300 | A106 | Emails with C. Ward and P. Kizel re outreach to chambers. | .10 |
| 05/19/15 | TA Labuda | C300 | A106 | Emails and calls with L. Szlezinger re retention status (.1); calls and emails with C. Ward and Lowenstein team re same (.1). | .20 |
| 05/21/15 | TA Labuda | C300 | A106 | Emails with R. Klein re June 8 hearing and related support issues (.1); emails with W. Jung and C. Ward re Jefferies retention order (.2); confer with L. Szlezinger re same (.1). | .40 |
| 05/26/15 | TA Labuda | C300 | A106 | Call from L. Szlezinger re retention status and June 8 hearing (.2); emails with C. Ward re same (.1); review Gibson correspondence re standing motion issues (.1); emails with L. Szlezinger re same (.1). | .50 |
| 05/27/15 | TA Labuda | C300 | A106 | Emails with C. Ward re submission of revised orders. | .10 |
| 05/28/15 | TA Labuda | C300 | A106 | Confer with W. Jung re potential factual issues and testimony for standing motion (.1); emails with L. Szlezinger re same and submission of revised order (.1). | .20 |
| 05/29/15 | TA Labuda | C300 | A107 | Emails with Polsinelli firm re submission of revised order (.1); review and comment on notice of filing (.1); emails with client re same (.1). | .30 |
| 05/29/15 | ME Linder | B160 | A103 | Revise retention order and e-mails with T. Labuda and Polsinelli re same | .20 |
| | | | | **Total Hours** | **46.10** |



**SIDLEY AUSTIN** LLP
ONE SOUTH DEARBORN
CHICAGO, IL 60603
(312) 853 7000
(312) 853 7036 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

FEDERAL ID 36-4474078

June 30, 2015

Jefferies LLC
520 Madison Avenue
New York, NY 10022

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 35034868
Client Matter 55734-30290

## REMITTANCE PAGE
For Professional Services Rendered

### OUTSTANDING STATEMENTS

| Date | Invoice | Balance |
|---|---|---|
| 05/15/15 | 35024982 | $10,962.50 |

| | |
|---|---|
| **Total Outstanding Invoices** | **$10,962.50** |
| **Total This Bill** | **37,665.56** |
| **Total Amount Due** | **$48,628.06** |

Please Return This Page With Your Remittance

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: 5519624
ABA Number: 071000013
Swift Code: CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice