# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Delicia De Souza, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On August 10, 2015, at my direction and under my supervision, employees of Prime Clerk caused a Notice of Transfer of Claim based on Official Form 210B to be served via first class mail upon the Transferor(s) and Transferee(s) listed on **Exhibit A** hereto.

Dated: August 12, 2015

_____
Delicia De Souza

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on August 12, 2015, by Delicia De Souza, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

LIZ SANTODOMINGO
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2018

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

**<u>Exhibit A</u>**

Exhibit A
Notice of Transfer Service List
Served via First Class Mail

| Docket # | Transferor | Transferee |
|---|---|---|
| 896 | Artcraft Co<br>PO Box E<br>Attleboro Falls, MA 02763 | Fair Harbor Capital, LLC<br>Ansonia Finance Station<br>PO Box 237037<br>New York, NY 10023 |
| 904 | Heritage Paper<br>6850 Brista Street<br>Livermore, CA 94550 | Liquidity Solutions, Inc.<br>One University Plaza, Suite 312<br>Hackensack, NJ 07601 |
| 910 | Keystone Press<br>9 Old Falls Rd.<br>Manchester, NH 03103 | Liquidity Solutions, Inc.<br>One University Plaza, Suite 312<br>Hackensack, NJ 07601 |

In re The Standard Register Company, et al.
Case No. 15-10541 (BLS)                    1 of 1