IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, *et al*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.  15-10541 (BLS)<br><br>(Jointly Administered)<br><br>**RE:  Docket Nos. 840 and 900** |

**CERTIFICATE OF NO OBJECTION REGARDING FIRST INTERIM APPLICATION OF POLSINELLI PC AS DELAWARE BANKRUPTCY COUNSEL AND CONFLICTS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF <u>MARCH 24, 2015 THROUGH MAY 31, 2015</u>**

The undersigned hereby certifies that, as of the date hereof, he has received no written answer, objection, or other responsive pleading to the *First Interim Application of Polsinelli PC as Delaware Bankruptcy Counsel and Conflicts Counsel for the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses for the Period of March 24, 2015 Through May 31, 2015* [Docket No. 840] (the "**Application**") filed on July 15, 2015.  The undersigned further certifies that after reviewing the Court's docket in this case, no answer, objection, or other responsive pleading to the Application appears thereon.  Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than August 4, 2015 at 4:00 p.m. (ET).

---

[1]  The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

50958427.2

Polsinelli received an informal response from the Office of the United States Trustee (the "**UST**") requesting certain additional information. On August 5, 2015, Polsinelli filed the *Supplement to First Interim Application of Polsinelli PC as Delaware Bankruptcy Counsel and Conflicts Counsel for the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses for the Period of March 24, 2015 Through May 31, 2015* [Docket No. 900] (the "**Supplement**"). The Supplement resolves the concerns of the UST. No other responses or objections were received.

It is hereby respectfully requested that the Application be approved.

Dated: August 12, 2015                         Respectfully submitted,

                                    **LOWENSTEIN SANDLER LLP**
                                    Kenneth A. Rosen, Esq.
                                    Sharon L. Levine, Esq.
                                    Wojciech F. Jung, Esq.
                                    Andrew Behlmann, Esq.
                                    65 Livingston Avenue
                                    Roseland, NJ 07068
                                    Telephone: (973) 597-2500
                                    Facsimile: (973) 597-2400

                                    -and -

                                    Gerald C. Bender, Esq.
                                    1251 Avenue of the Americas
                                    New York, NY 10020
                                    Telephone: (212) 262-6700
                                    Facsimile: (212) 262-7402

                                    *Counsel to the Committee*
                                     -and-

**POLSINELLI PC**

/s/ *Justin K. Edelson*
Christopher A. Ward (DE Bar No. 3877)
Justin K. Edelson (DE Bar No. 5002)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone:  (302) 252-0920
Facsimile:  (302) 252-0921
cward@polsinelli.com
jedelson@polsinelli.com

*Delaware Counsel to the Committee*