**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | Re: Docket No. 876 |

## CERTIFICATION OF COUNSEL REGARDING ORDER AMENDING CASE CAPTION

On July 28, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion to Change Corporate Names and Amend Case Caption* [Docket No. 876] (the "Motion").

Subsequent to the filing of the Motion, the Debtors determined that additional time is required before the corporate names of debtors Standard Register Holding, S. de R.L. de C.V., Standard Register de México, S. de R.L. de C.V., and Standard Register Servicios, S. de R.L. de C.V. (collectively, the "Mexican Debtors") can be changed. In particular, certain requirements under Mexican law must be met before the corporate names of such Mexican Debtors can be changed.

Attached hereto as Exhibit A is a revised form of order (the "Revised Order") that provides that the corporate names of the Mexican Debtors will be changed upon the filing of a Notice with this Court, whereas the corporate names of each of the other Debtors will be changed as of the date the Court enters the Revised Order. For the court's convenience, a

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

blackline highlighting the changes made to the original form of order attached to the Motion is attached hereto as <u>Exhibit B</u>. The Debtors have circulated the Revised Order to counsel to the Office of the United States Trustee for the District of Delaware, the Official Committee of Unsecured Creditors and Taylor Corporation, and none of these parties has objected to the entry of the Revised Order. Furthermore, as of the date hereof, no responses or objections to the Motion have been received.

As such, the Debtors respectfully request that the Court enter the Revised Order at its earliest convenience without further notice or hearing.

Dated: August 14, 2015
Wilmington, Delaware

*/s/ Kara Hammond Coyle*
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

Michael A. Rosenthal (NY No. 4697561)
Samuel A. Newman (CA No. 217042)
Jeremy L. Graves (CO No. 45522)
Matthew G. Bouslog (CA No. 280978)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Counsel to the Debtors and Debtors in Possession*