**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 839, 840, 841, 844, 860, 883, 885, 886 & 900** |

**CERTIFICATION OF COUNSEL REGARDING PROPOSED
OMNIBUS ORDER APPROVING FIRST INTERIM FEE APPLICATIONS OF
<u>CERTAIN PROFESSIONALS RETAINED IN THESE CHAPTER 11 CASES</u>**

On July 15, 2015, the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "<u>Debtors</u>") filed the *First Interim Quarterly Fee Requests of the Debtors' Professionals* [Docket No. 844] (the "<u>Debtors' Application</u>"). The Debtors' Application includes first interim fee applications for the following professionals retained by the Debtors:

- Gibson, Dunn & Crutcher LLP (counsel to the Debtors)

- Young Conaway Stargatt & Taylor, LLP (counsel to the Debtors)

- Prime Clerk LLC (administrative advisor to the Debtors)

- Dinsmore & Shohl LLP (special counsel to the Debtors)

- Lazard Frères and Co. LLC and Lazard Middle Market LLC (investment banker to the Debtors)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

On July 15, 2015, the official committee of unsecured creditors in the above-captioned chapter 11 cases (the "Committee") filed the following interim fee applications: *First Interim Application of Lowenstein Sandler LLP as Counsel to the Official Committee of Unsecured Creditors for Compensation for Services Rendered and Reimbursement of Expenses for the Period from March 24, 2015 through May 31, 2015* [Docket No. 839] (the "Lowenstein Application"); *First Interim Application of Polsinelli PC as Delaware Bankruptcy Counsel and Conflicts Counsel for the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred from the Period of March 24, 2015 through May 31, 2015* [Docket No. 840] (the "Polsinelli Application"); and *First Interim Application of Zolfo Cooper, LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial and Forensic Advisors to the Official Committee of Unsecured Creditors of Standard Register for the Period March 24, 2015 through May 31, 2015* [Docket No. 841] (the "Zolfo Application"). Five days later, on July 20, 2015, the Committee filed the *First Interim Application of Jefferies LLC for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Investment Banker to the Official Committee of Unsecured Creditors for the Period from March 24, 2015 through May 31, 2015* [Docket No. 860] (the "Jefferies Application," and collectively with the Debtors' Application, the Lowenstein Application, the Polsinelli Application, and the Zolfo Application, the "First Interim Fee Applications").

Prior to the objection deadlines applicable to the First Interim Fee Applications, the Office of the United States Trustee (the "UST") requested certain additional information from Young Conaway Stargatt & Taylor, LLP ("YCST"), Gibson, Dunn & Crutcher LLP ("GDC"), Dinsmore & Shohl LLP ("Dinsmore"), Polsinelli PC "(Polsinelli") and Jefferies LLC

("Jefferies", and collectively with YCST, GDC, Dinsmore and Polisinelli, the "Firms"). In response thereto, each of YCST, GDC, Dinsmore and Polinselli filed supplemental applications [Docket Nos. 883, 885, 886 & 900] (collectively, the "Supplemental Applications") with respect to their respective First Interim Fee Applications, and each has subsequently been advised by the UST that their respective Supplemental Applications resolves the UST's concerns. At this time, Jefferies is preparing a similar supplemental application to be submitted in the near term.

A hearing to consider the First Interim Fee Applications is scheduled to be held on August 18, 2015 at 10:00 a.m. (ET). As no responses have been received with respect to the First Interim Fee Applications other than that from the UST, and YCST, GDC, Dinsmore and Polisinelli have addressed the UST's concerns, the Debtors' undersigned counsel, on behalf of the Debtors and the Committee, hereby submits the proposed form of order, attached hereto as Exhibit 1 (the "Proposed Order"), approving the First Interim Fee Applications other than that filed by Jefferies, and respectfully request that the Court enter the Proposed Order at its earliest convenience without further notice or hearing.

*[Remainder of Page Intentionally Left Blank]*

Dated: August 14, 2015
Wilmington, Delaware

*/s/ Andrew L. Magaziner*
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
mnestor@ycst.com
kcoyle@ycst.com
amagaziner@ycst.com

-and-

Michael A. Rosenthal (NY No. 4697561)
Samuel A. Newman (CA No. 217042)
Jeremy L. Graves (CO No. 45522)
Matthew G. Bouslog (CA No. 280978)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
mrosenthal@gibsondunn.com
snewman@gibsondunn.com
jgraves@gibsondunn.com
mbouslog@gibsondunn.com

*Counsel to the Debtors and Debtors in Possession*

01:17497828.2