# EXHIBIT 1

01:17497828.2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 839, 840, 841, 844, 883, 885, 886, 900 & ____** |

## OMNIBUS ORDER APPROVING CERTAIN FIRST INTERIM FEE APPLICATIONS

Upon consideration of the first interim fee applications (collectively, the "Applications") of certain professionals retained in the above-captioned chapter 11 cases (collectively, the "Professionals") by the above-captioned debtors and debtors in possession (collectively, the "Debtors") and the Official Committee of Unsecured Creditors, respectively, a list of which is attached hereto as Exhibit A, for allowance of compensation and reimbursement of expenses on an interim basis; and it appearing to the Court that all of the requirements of §§ 327, 328, 330, 331 and 503(b) of title 11 of the United States Code, as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, have been satisfied; and it further appearing that the compensation earned and expenses incurred were reasonable and necessary; and that the notices of the Applications were appropriate; and after due deliberation and sufficient good cause appearing therefor,

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001).  The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

**IT IS HEREBY ORDERED THAT**:

1.      The Applications are APPROVED in the amounts set forth on <u>Exhibit A</u>.

2.      The Professionals are granted allowance of compensation in the amounts set forth on <u>Exhibit A</u>.

3.      The Professionals are allowed the reimbursement of reasonable and necessary expenses in the amounts set forth on <u>Exhibit A</u>.

4.      The Debtors are authorized and directed to remit payment to the Professionals in the amounts set forth on <u>Exhibit A</u>, less all amounts previously paid on account of such fees and expenses.

5.      This Order shall be deemed a separate order for each Professional and the appeal of any order with respect to any Professional shall have no effect on the authorized fees and expenses of any other Professional.

6.      This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: August ___, 2015
        Wilmington, Delaware

_____
BRENDAN L. SHANNON
CHIEF UNITED STATES BANKRUPTCY JUDGE

01:17451874.3

# **EXHIBIT A**

**First Interim Fee Application of Young Conaway Stargatt & Taylor, LLP,
Counsel to the Debtors**

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | C.N.O. Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To Be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 3/12/15 – 3/31/15 [D.I. 348; 4/24/15] | $139,057.00 | $1,794.60 | D.I. 512; 5/13/15 | $111,245.60 | $1,794.60 | $27,811.40 |
| 4/1/15 – 4/30/15 [D.I. 520; 5/18/15] | $253,927.50 | $8,309.31 | D.I. 701; 6/19/15 | $203,142.00 | $8,309.31 | $50,785.50 |
| 5/1/15 – 5/31/15 [D.I. 673; 6/15/15] | $163,342.00 | $3,710.09 | D.I. 769; 7/2/15 | $130,673.60 | $3,710.09 | $32,668.40 |
| 6/1/15 – 6/30/15 [D.I. 771; 7/2/15] | $178,902.50 | $11,997.19 | D.I. 858; 7/20/15 | $143,122.00 | $11,997.19 | $35,780.50 |
| **TOTAL** | **$735,229.00** | **$25,811.19** | | **$588,183.20** | **$25,811.19** | **$147,045.80** |

**First Interim Fee Application of Gibson, Dunn & Crutcher LLP,
Counsel to the Debtors**

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | C.N.O. Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To Be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 3/12/15 – 3/31/15 [D.I. 347; 4/24/15] | $775,326.00 | $15,289.43 | D.I. 511; 5/13/15 | $620,260.80 | $15,289.43 | $155,065.20 |
| 4/1/15 – 4/30/15 [D.I. 519; 5/18/15] | $1,291,716.25 | $22,773.78 | D.I. 700; 6/19/15 | $1,033,373.00 | $22,773.78 | $258,343.25 |
| 5/1/15 – 5/31/15 [D.I. 672; 6/15/15] | $768,411.00 | $16,036.18 | D.I. 768; 7/2/15 | $614,728.80 | $16,036.18 | $153,682.20 |
| 6/1/15 – 6/30/15 [D.I. 770; 7/2/15] | $874,641.25 | $19,681.01 | D.I. 857; 7/20/15 | $699,713.00 | $19,681.01 | $174,928.25 |
| **TOTAL** | **$3,695,879.50**[1] | **$73,780.40** | | **$2,968,075.60** | **$73,780.40** | **$727,803.90**[2] |

---

[1]   The total reflects a non-working travel reduction of $64,939.50, which was previously reflected in Gibson Dunn's Monthly Fee Applications, plus an additional voluntary reduction of $14,215.00, which is comprised of fees attributable to transitory and certain non-attorney timekeepers.

[2]   This amount reflects the voluntary reduction described in footnote 1 above.

**First Interim Fee Application of Prime Clerk LLC,
Administrative Advisor to the Debtors**

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | C.N.O. Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To Be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 3/12/15 – 3/31/15 [D.I. 357; 4/28/15] | $1,740.50 | $0.00 | D.I. 531; 5/19/15 | $1,392.40 | $0.00 | $348.10 |
| 4/1/15 – 4/30/15 [D.I. 553; 5/22/15] | $11,015.50 | $0.00 | D.I. 652; 6/10/15 | $8,812.40 | $0.00 | $2,203.10 |
| 5/1/15 – 5/31/15 [D.I. 743; 6/26/15] | $11,906.50 | $0.00 | D.I. 842; 7/15/15 | $9,525.20 | $0.00 | $2,381.30 |
| **TOTAL** | **$24,662.50** | **$0.00** | | **$19,730.00** | **$0.00** | **$4,932.50** |

**First Interim Fee Application of Dinsmore & Shohl LLP,
Special Counsel to the Debtors**

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | C.N.O. Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To Be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 3/12/15 – 3/31/15 [D.I. 367; 4/30/15] | $120,852.00 | $8,885.60 | D.I. 532; 5/19/15 | $96,681.60 | $8,885.60 | $24,170.40 |
| 4/1/15 – 4/30/15 [D.I. 627; 6/5/15] | $83,879.10 | $707.38 | D.I. 726; 6/24/15 | $67,103.28 | $707.38 | $16,775.82 |
| 5/1/15 – 5/31/15 [D.I. 720; 6/24/15] | $57,981.60 | $4,544.61 | D.I. 827; 7/13/15 | $46,385.28 | $4,544.61 | $11,596.32 |
| 6/1/15 – 6/30/15 [D.I. 777; 7/6/15] | $43,469.10 | $3,763.70 | D.I. 869; 7/23/15 | $34,775.28 | $3,763.70 | $8,693.82 |
| **TOTAL** | **$306,181.80** | **$17,901.29** | | **$244,945.44** | **$17,901.29** | **$61,236.36** |

**First Interim Fee Application of Lazard Frères and Co. LLC and Lazard Middle Market LLC,
Investment Banker to the Debtors**

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | C.N.O. Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To Be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 3/12/15 – 4/30/15 [D.I. 626; 6/5/15] | $100,000.00 | $24,624.31 | D.I. 725; 6/24/15 | $80,000.00 | $24,624.31 | $20,000.00 |
| 5/1/15 – 5/31/15 [D.I. 715; 6/22/15] | $100,000.00 | $38,203.31 | D.I. 810; 7/9/15 | $80,000.00 | $38,203.31 | $20,000.00 |
| **TOTAL** | **$200,000.00** | **$62,827.62** | | **$160,000.00** | **$62,827.62** | **$40,000.00** |

**First Interim Fee Application of Lowenstein Sandler LLP,
Counsel to the Official Committee of Unsecured Creditors**

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | C.N.O. Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To Be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 3/24/15 – 3/31/15 [D.I. 529; 5/19/15] | $209,616.75 | $6,305.00 | D.I. 718; 6/23/15 | $167,693.40 | $6,305.00 | $41,923.35 |
| 4/1/15 – 4/30/15 [D.I. 640; 6/9/15] | $447,105.25 | $13,253.27 | D.I. 745; 6/26/15 | $357,684.20 | $13,253.27 | $89,421.05 |
| 5/1/15 – 5/31/15 [D.I. 676; 6/16/15] | $399,558.00 | $7,927.31 | D.I. 779; 7/6/15 | $319,646.40 | $7,927.31 | $79,911.60 |
| **TOTAL** | **$1,056,280.00** | **$27,485.58** | | **$845,024.00** | **$27,485.58**[3] | **$211,256.00** |

---

[3]  This amount includes $4,398.15 in reimbursable expenses of members of the Committee.

**First Interim Fee Application of Polsinelli PC,**
**Counsel to the Official Committee of Unsecured Creditors**

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | C.N.O. Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To Be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 3/24/15 – 3/31/15 [D.I. 561; 5/28/15] | $14,224.50 | $359.85 | D.I. 688; 6/17/15 | $11,379.60 | $359.85 | $2,844.90 |
| 4/1/15 – 4/30/15 [D.I. 641; 6/9/15] | $45,904.05 | $641.59 | D.I. 746; 6/26/15 | $36,723.24 | $641.59 | $9,180.81 |
| 5/1/15 – 5/31/15 [D.I. 680; 6/16/15] | $39,398.40 | $2,999.45 | D.I. 780; 7/6/15 | $31,518.72 | $2,999.45 | $7,879.68 |
| **TOTAL** | **$99,526.95** | **$4,000.89** | | **$79,621.56** | **$4,000.89** | **$19,905.39** |

**First Interim Fee Application of Zolfo Cooper, LLC,**
**Financial and Forensic Advisors to the Official Committee of Unsecured Creditors**

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | C.N.O. Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To Be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 3/24/15 – 4/30/15 [D.I. 664; 6/12/15] | $401,830.50 | $9,014.16 | D.I. 790; 7/7/15 | $321,464.40 | $9,014.16 | $80,366.10 |
| 5/1/15 – 5/31/15 [D.I. 721; 6/24/15] | $126,177.00 | $818.57 | D.I. 826; 7/13/15 | $100,941.60 | $818.57 | $25,235.40 |
| **TOTAL** | **$528,007.50** | **$9,832.73** | | **$422,406.00** | **$9,832.73** | **$105,601.50** |