**<u>EXHIBIT B</u>**

The Standard Register Company
Attn: Gerard D. Sowar, Esq.
600 Albany Street
Dayton, OH  45408

DISBURSEMENTS
90441-00012

---

| COSTS/CHARGES | TOTAL |
|---|---|
| DATA LINE CHARGE | $      49.93 |
| DOCUMENT SEARCH AND RETRIEVAL | 2,414.23 |
| IN HOUSE DUPLICATION | 1,274.60 |
| LODGING | 5,676.18 |
| MEALS | 3,314.82 |
| MESSENGER AND COURIER EXPENSE | 957.16 |
| ON-LINE RESEARCH (LEXIS) | 1,575.60 |
| ON-LINE RESEARCH (WESTLAW) | 10,989.37 |
| ON-LINE RESEARCH NEXIS - MAIN | 250.00 |
| OUTSIDE DUPLICATION AND BINDING | 82.51 |
| OUTSIDE PROCESS SERVER | 578.32 |
| OUTSIDE SERVICES/CONSULTANTS | 133.40 |
| SECRETARY SUPPORT | 40.00 |
| SPECIALIZED RESEARCH/FILING FEES | 200.50 |
| TELEPHONE CHARGES | 811.28 |
| TRANSCRIPTS/DIGESTING | 2,178.95 |
| TRAVEL - AIR & RAIL | 6,250.00 |
| TRAVEL - PARKING | 92.00 |
| TRAVEL - TAXI & OTHER MODES/MILES | 1,032.62 |

**Total Costs/Charges**          37,901.47

**BALANCE DUE**          $  37,901.47

DISBURSEMENTS
90441-00012

_____

Detail Costs/Charges:
Data Line Charge

| | | |
|---|---|---|
| 06/07/15 | 21.95 | VENDOR: JEREMY GRAVES INVOICE#: 0881287206301940 DATE: 6/8/2015  INTERNET CHARGES/GOGOAIR.COM/STANDING MOTION. |
| 06/08/15 | 9.99 | VENDOR: JEREMY GRAVES INVOICE#: 0881287206301940 DATE: 6/8/2015  INTERNET CHARGES/UNITED/STANDING MOTION |
| 06/15/15 | 8.00 | VENDOR: JEREMY GRAVES INVOICE#: 0881336906301940 DATE: 6/19/2015  INTERNET CHARGES/SOUTHWEST AIRLINE/AUCTION AND SALE HEARING. |
| 06/19/15 | 9.99 | VENDOR: JEREMY GRAVES INVOICE#: 0881336906301940 DATE: 6/19/2015  INTERNET CHARGES/UNITED/AUCTION AND SALE HEARING. |

Document Search and Retrieval

| | | |
|---|---|---|
| 07/28/15 | 2,414.23 | JULY_2015-DOCUMENT_RETRIEVAL_SERVICES-C/M_90441-00019-(MONTHLY_RELATIVITY_DISK_STORAGE) |

In House Duplication

| | | |
|---|---|---|
| 06/29/15 | 9.55 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 06/29/15 |
| 06/30/15 | 2.20 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 06/30/15 |
| 07/02/15 | 0.50 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 07/02/15 |
| 07/07/15 | 4.10 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 07/07/15 |
| 07/08/15 | 106.00 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 07/08/15 |
| 07/09/15 | 390.55 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 07/09/15 |
| 07/11/15 | 477.90 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 07/11/15 |
| 07/13/15 | 39.30 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 07/13/15 |

| 07/14/15 | 50.80 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 07/14/15 |
| 07/15/15 | 8.40 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 07/15/15 |
| 07/16/15 | 53.40 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 07/16/15 |
| 07/17/15 | 2.30 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 07/17/15 |
| 07/23/15 | 4.80 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 07/23/15 |
| 07/27/15 | 6.50 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 07/27/15 |
| 07/28/15 | 10.40 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 07/28/15 |
| 07/29/15 | 3.10 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 07/29/15 |
| 07/30/15 | 104.30 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 07/30/15 |
| 07/31/15 | 0.50 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 07/31/15 |

Lodging

| 06/08/15 | 361.90 | VENDOR: JEREMY GRAVES INVOICE#: 0881287206301940 DATE: 6/8/2015  JEREMY GRAVES/LODGING/PHILADELPHIA, PA/HOTEL DUPONT 06/07/2015 - 06/08/2015 STANDING MOTION. |
| 06/17/15 | 1,226.80 | VENDOR: JEREMY GRAVES INVOICE#: 0881336906301940 DATE: 6/19/2015  JEREMY GRAVES/LODGING/NEW YORK, NY/THE LEXINGTON NEW YORK CITY 06/14/2015 - 06/17/2015 AUCTION AND SALE HEARING. |
| 06/18/15 | 328.90 | VENDOR: MICHAEL A. ROSENTHAL INVOICE#: 0878180806261908 DATE: 6/19/2015  MICHAEL ROSENTHAL/LODGING/WILMINGTON, DE/HOTE DUPONT 06/17/2015 - 06/18/2015 HEARING |
| 06/18/15 | 328.90 | VENDOR: JEREMY GRAVES INVOICE#: 0881336906301940 DATE: 6/19/2015  JEREMY GRAVES/LODGING/PHILADELPHIA, PA/HOTEL DUPONT 06/17/2015 - 06/18/2015 AUCTION AND SALE HEARING. |
| 06/19/15 | 328.90 | VENDOR: MICHAEL A. ROSENTHAL INVOICE#: 0878180806261908 DATE: 6/19/2015  MICHAEL ROSENTHAL/LODGING/WILMINGTON, DE/HOTE DUPONT 06/18/2015 - 06/19/2015 HEARING |

| 06/19/15 | 328.90 | VENDOR: JEREMY GRAVES INVOICE#: 0881336906301940 DATE: 6/19/2015  JEREMY GRAVES/LODGING/PHILADELPHIA, PA/HOTEL DUPONT 06/18/2015 - 06/19/2015 AUCTION AND SALE HEARING. |
| --- | --- | --- |
| 07/10/15 | 555.01 | VENDOR: CHRISTOPHER J. BABCOCK INVOICE#: 0897910407171202 DATE: 7/10/2015  CHRISTOPHER BABCOCK/LODGING/MINNEAPOLIS/THE MARQUETTE 07/08/2015 - 07/10/2015 STAY IN MINNESOTA WHILE ATTENDING MEETING WITH STANDARD REGISTER AND TAYLOR CORPORATION PERSONNEL |
| 07/10/15 | 225.67 | VENDOR: MICHAEL A. ROSENTHAL INVOICE#: 0906324907271947 DATE: 7/10/2015  MICHAEL ROSENTHAL/LODGING/MINNEAPOLIS, MN/THE MARQUETTE 07/09/2015 - 07/10/2015 MEETINGS IN MINNEAPOLIS |
| 07/31/15 | 1,991.20 | VENDOR: JEREMY GRAVES INVOICE#: 0914244308031923 DATE: 8/2/2015  JEREMY GRAVES/LODGING/NEW YORK, NY/GRAND HYATT 07/26/2015 - 07/31/2015 MEETINGS WITH CLIENTS |

Meals

| 06/07/15 | 40.89 | VENDOR: JEREMY GRAVES INVOICE#: 0881287206301940 DATE: 6/8/2015  MEALS/PHILADELPHIA, PA/CHICKIE'S & PETE'S/JEREMY GRAVES/STANDING MOTION. |
| --- | --- | --- |
| 06/07/15 | 2.60 | VENDOR: JEREMY GRAVES INVOICE#: 0881287206301940 DATE: 6/8/2015  MEALS/DENVER, CO/DUNKIN DONUTS/JEREMY GRAVES/STANDING MOTION. |
| 06/08/15 | 7.51 | VENDOR: JEREMY GRAVES INVOICE#: 0881287206301940 DATE: 6/8/2015  MEALS/PHILADELPHIA, PA/JAMBA JUICE/JEREMY GRAVES/STANDING MOTION. |
| 06/12/15 | 959.08 | VENDOR: SEAMLESS NORTH AMERICA, LLC DBA SEAMLESS INVOICE#: 2117811 DATE: 6/21/2015  ORDER NO-1616332294 06/12/2015 47G M. ROSENTHAL STANDARD REGISTRATION AUCTION 20 PEOPLE/J. WIRCHIN |
| 06/12/15 | 328.51 | VENDOR: SEAMLESS NORTH AMERICA, LLC DBA SEAMLESS INVOICE#: 2117811 DATE: 6/21/2015  ORDER NO-1616270540 06/12/2015 47G MICHAEL ROSENTHAL CLIENT MEETING 20 PPL./J. WIRCHIN |
| 06/14/15 | 67.25 | VENDOR: JEREMY GRAVES INVOICE#: 0881336906301940 DATE: |

6/19/2015  JEREMY GRAVES/MEALS/NEW YORK, NY/THE LEXINGTON NEW YORK CITY 06/14/2015 - 06/17/2015 JEREMY GRAVES/AUCTION AND SALE HEARING.

06/15/15    939.11    VENDOR: SEAMLESS NORTH AMERICA, LLC DBA SEAMLESS INVOICE#: 2117811 DATE: 6/21/2015  ORDER NO-1618896496 06/15/2015 ORDERED 6/15/15 FOR MICHAEL ROSENTHAL STANDARD REGISTER MEETING IN 47A./J. WIRCHIN

06/16/15    299.05    VENDOR: SEAMLESS NORTH AMERICA, LLC DBA SEAMLESS INVOICE#: 2117811 DATE: 6/21/2015  ORDER NO-1619638181 06/16/2015 50D MICHAEL ROSENTHAL CLIENT MEETING 6 PPL./J. WIRCHIN

06/17/15    3.00    VENDOR: MICHAEL A. ROSENTHAL INVOICE#: 0878180806261908 DATE: 6/19/2015  MICHAEL ROSENTHAL/MEALS/WILMINGTON, DE/HOTE DUPONT 06/17/2015 - 06/18/2015 MICHAEL ROSENTHAL/HEARING

06/18/15    3.00    VENDOR: MICHAEL A. ROSENTHAL INVOICE#: 0878180806261908 DATE: 6/19/2015  MICHAEL ROSENTHAL/MEALS/WILMINGTON, DE/HOTE DUPONT 06/18/2015 - 06/19/2015 MICHAEL ROSENTHAL/HEARING

07/09/15    287.60    VENDOR: MICHAEL A. ROSENTHAL INVOICE#: 0906324907271947 DATE: 7/10/2015  MEALS/MINNEAPOLIS, MN/NICOLLET ISLAND INN/PHILLIP BOHL, MICHAEL ROSENTHAL, CHRIS BABCOCK/MEETINGS IN MINNEAPOLIS - DINNER WITH PHIL BOHL AND CHRIS BABCOCK

07/09/15    34.69    VENDOR: CHRISTOPHER J. BABCOCK INVOICE#: 0897910407171202 DATE: 7/10/2015  CHRISTOPHER BABCOCK/MEALS/MINNEAPOLIS/THE MARQUETTE 07/08/2015 - 07/10/2015 CHRIS BABCOCK/STAY IN MINNESOTA WHILE ATTENDING MEETING WITH STANDARD REGISTER AND TAYLOR CORPORATION PERSONNEL

07/09/15    46.05    VENDOR: MICHAEL A. ROSENTHAL INVOICE#: 0906324907271947 DATE: 7/10/2015  MICHAEL ROSENTHAL/MEALS/MINNEAPOLIS, MN/THE MARQUETTE 07/09/2015 - 07/10/2015 MICHAEL ROSENTHAL/MEETINGS IN MINNEAPOLIS

07/10/15    20.16    VENDOR: KYLE J. KOLB INVOICE#: 0898610707171935 DATE: 7/13/2015  MEALS/DAYTON, OH/DAYTON MARRIOT/KYLE KOLB/BREAKFAST FOR DEPOSITION.

| 07/10/15 | 6.21 | VENDOR: KYLE J. KOLB INVOICE#: 0898610707171935 DATE: 7/13/2015  MEALS/DAYTON, OH/STANDARD REGSTR/KYLE KOLB/LUNCH FOR DEPOSITION. |
| 07/13/15 | 6.92 | VENDOR: MITCHELL A.  KARLAN INVOICE#: 0898512407211222 DATE: 7/13/2015  MEALS/BOSTON/AU BON PAIN/MITCHELL KARLAN/ATTEND DEPOSITIONS OF DEFENDANTS |
| 07/13/15 | 19.58 | VENDOR: MITCHELL A.  KARLAN INVOICE#: 0898512407211222 DATE: 7/13/2015  MEALS/BOSTON, MA/MILK STREET CAFE/MITCHELL KARLAN/ATTEND DEPOSITIONS OF DEFENDANTS |
| 07/26/15 | 16.95 | VENDOR: JEREMY GRAVES INVOICE#: 0914244308031923 DATE: 8/2/2015  MEALS/DENVER, CO/COLORADO SPORTS/JEREMY GRAVES/MEETINGS WITH CLIENTS |
| 07/28/15 | 217.30 | VENDOR: JEREMY GRAVES INVOICE#: 0914244308031923 DATE: 8/2/2015  MEALS/NEW YORK, NY/NANNI RISTORANTI/JEREMY GRAVES, MATTHEW BOUSLOG, CHRIS BABCOCK/MEETINGS WITH CLIENTS |
| 07/29/15 | 9.36 | VENDOR: JEREMY GRAVES INVOICE#: 0914244308031923 DATE: 8/2/2015  MEALS/NEW YORK, NY/CHIRPING CHICKEN/JEREMY GRAVES/MEETINGS WITH CLIENTS |

Messenger and Courier Expense

| 06/14/15 | 47.48 | VENDOR: DELUXE DELIVERY OF DC INC. INVOICE#: 210937 DATE: 6/14/2015  ACCT#GD1050/MESSENGER AND COURIER EXPENSE/6/10/15 W1148801 GDC WDC OFF TO FTC, WDC |
| 06/14/15 | 47.80 | VENDOR: DELUXE DELIVERY OF DC INC. INVOICE#: 210937 DATE: 6/14/2015  ACCT#GD1050/MESSENGER AND COURIER EXPENSE/6/10/15 W1148803 GDC WDC OFF TO DOJ, WDC |
| 06/14/15 | 18.51 | VENDOR: DELUXE DELIVERY OF DC INC. INVOICE#: 210937 DATE: 6/14/2015  ACCT#GD1050/MESSENGER AND COURIER EXPENSE/6/11/15 W1149134 GDC WDC OFF TO FTC, WDC |
| 06/14/15 | 28.98 | VENDOR: DELUXE DELIVERY OF DC INC. INVOICE#: 210937 DATE: 6/14/2015  ACCT#GD1050/MESSENGER AND COURIER EXPENSE/6/11/15 W1149136 GDC WDC OFF TO US DOJ, WDC |
| 06/30/15 | 27.21 | VENDOR: FEDERAL EXPRESS CORPORATION INVOICE#: FEDX-20150703 DATE: 7/3/2015  SHIP DATE 06/30/2015  AIRBILL NO: |

|  |  | 773954384158  FROM: KYLE KOLB, GIBSON  DUNN & CRUTCHER LLP, NEW YORK, NY  TO: CRAIG H. STOCKMAL, FOCUSED IMPRESSIONS  INC., BOSTON, MA |
|---|---|---|
| 06/30/15 | 23.21 | VENDOR: FEDERAL EXPRESS CORPORATION INVOICE#: FEDX-20150703 DATE: 7/3/2015  SHIP DATE 06/30/2015  AIRBILL NO: 773954458430  FROM: KYLE KOLB, GIBSON  DUNN & CRUTCHER LLP, NEW YORK, NY  TO: FOCUSED IMPRESSIONS TECHNOLOGY, FOCUSED IMPRESSIONS TECHNOLOGY, BOSTON, MA |
| 06/30/15 | 19.60 | VENDOR: FEDERAL EXPRESS CORPORATION INVOICE#: FEDX-20150710 DATE: 7/10/2015  SHIP DATE 06/30/2015  AIRBILL NO: 773954642355  FROM: KYLE KOLB, GIBSON  DUNN & CRUTCHER LLP, NEW YORK, NY  TO: FOCUSED IMPRESSIONS INC., FOCUSED IMPRESSIONS INC, BOSTON, MA |
| 06/30/15 | 27.21 | VENDOR: FEDERAL EXPRESS CORPORATION INVOICE#: FEDX-20150710 DATE: 7/10/2015  SHIP DATE 06/30/2015  AIRBILL NO: 773954497025  FROM: KYLE KOLB, GIBSON  DUNN & CRUTCHER LLP, NEW YORK, NY  TO: LYNN SMITH, FOCUSED IMPRESSIONS TECHNOLOGY, NORTH ANDOVER, MA |
| 07/02/15 | 11.98 | VENDOR: FEDERAL EXPRESS CORPORATION INVOICE#: FEDX-20150710 DATE: 7/10/2015  SHIP DATE 07/02/2015  AIRBILL NO: 773976174546  FROM: KYLE KOLB, GIBSON  DUNN & CRUTCHER LLP, NEW YORK, NY  TO: WILLIAM D. SULLIVAN, SULLIVAN HAZETINE ALLINSON LL, WILMINGTON, DE |
| 07/02/15 | 14.28 | VENDOR: FEDERAL EXPRESS CORPORATION INVOICE#: FEDX-20150710 DATE: 7/10/2015  SHIP DATE 07/02/2015  AIRBILL NO: 773976159969  FROM: KYLE KOLB, GIBSON  DUNN & CRUTCHER LLP, NEW YORK, NY  TO: DAVID H. RICH, TODD & WELD LLP, BOSTON, MA |
| 07/08/15 | 12.10 | VENDOR: FEDERAL EXPRESS CORPORATION INVOICE#: FEDX-20150717 DATE: 7/17/2015  SHIP DATE 07/08/2015  AIRBILL NO: 774009717735  FROM: KYLE KOLB, GIBSON  DUNN & CRUTCHER LLP, NEW YORK, NY  TO: WILLIAM D. SULLIVAN, SULLIVAN HAZETINE ALLINSON LLC, WILMINGTON, DE |
| 07/08/15 | 14.41 | VENDOR: FEDERAL EXPRESS CORPORATION INVOICE#: FEDX-20150717 DATE: 7/17/2015  SHIP DATE 07/08/2015  AIRBILL NO: 774009659669  FROM: KYLE KOLB, GIBSON  DUNN & CRUTCHER LLP, NEW YORK, NY  TO: DAVID H . RICH, TODD & WELD LLP, BOSTON, MA |

07/08/15    9.52    VENDOR: FEDERAL EXPRESS CORPORATION INVOICE#: FEDX-20150717 DATE: 7/17/2015  SHIP DATE 07/08/2015  AIRBILL NO: 774003398085  FROM: BVY RETURNS, FEDEX/BVY, BOSTON, MA  TO: KYLE KOLB, GIBSON DION, NEW YORK, NY

07/09/15    130.83    VENDOR: FEDERAL EXPRESS CORPORATION INVOICE#: FEDX-20150717 DATE: 7/17/2015  SHIP DATE 07/09/2015  AIRBILL NO: 774021503804  FROM: ARIEL SANTAMARIA, GIBSON  DUNN & CRUTCHER LLP, NEW YORK, NY  TO: KYLE KOLB, STANDARD REGISTER CO. C/O GERR, DAYTON, OH

07/09/15    28.81    VENDOR: FEDERAL EXPRESS CORPORATION INVOICE#: FEDX-20150717 DATE: 7/17/2015  SHIP DATE 07/09/2015  AIRBILL NO: 774021406259  FROM: ARIEL SANTAMARIA, GIBSON  DUNN & CRUTCHER LLP, NEW YORK, NY  TO: DREW MAGAZINER, PHILADELPHIA, PA

07/09/15    29.58    VENDOR: FEDERAL EXPRESS CORPORATION INVOICE#: FEDX-20150717 DATE: 7/17/2015  SHIP DATE 07/09/2015  AIRBILL NO: 774021346591  FROM: ARIEL SANTAMARIA, GIBSON  DUNN & CRUTCHER LLP, NEW YORK, NY  TO: MITCHELL KARLAN, OLD GREENWICH, CT

07/10/15    175.56    VENDOR: KYLE J. KOLB INVOICE#: 0898610707171935 DATE: 7/13/2015  MESSENGER AND COURIER SERVICES/FEDEX OFFICE/SHIP DEPOSITION BINDER TO M. KARLAN.

07/10/15    26.34    VENDOR: UNITED PARCEL SERVICE, INC. INVOICE#: UPS-20150718 DATE: 7/18/2015  SHIP DATE 07/10/2015  TRACKING NO: 1Z2748264493152180  FROM: BRITTANY GARMYN, GIBSON, DUNN & CRUTCHER LLP, WASHINGTON, DC  TO: WILLIAM D. SULLIVAN, SULLIVAN HAZETINE ALLINSON, WILMINGTON, DE

07/10/15    30.57    VENDOR: UNITED PARCEL SERVICE, INC. INVOICE#: UPS-20150718 DATE: 7/18/2015  SHIP DATE 07/10/2015  TRACKING NO: 1Z2748264491607371  FROM: BRITTANY GARMYN, GIBSON, DUNN & CRUTCHER LLP, WASHINGTON, DC  TO: DAVID H. RICH, TODD & WELD LLP, BOSTON, MA

07/11/15    115.28    VENDOR: FEDERAL EXPRESS CORPORATION INVOICE#: FEDX-20150717 DATE: 7/17/2015  SHIP DATE 07/11/2015  AIRBILL NO: 774031459448  FROM: KYLE KOLB, GIBSON  DUNN & CRUTCHER LLP, NEW YORK, NY  TO: MITCH KARLAN (GIBSON DUNN), TODD & WELD LLP, BOSTON, MA

07/17/15    43.90    VENDOR: FEDERAL EXPRESS CORPORATION INVOICE#: FEDX-20150724 DATE: 7/24/2015  SHIP DATE 07/17/2015  AIRBILL NO:

774083090407  FROM: MICHAEL A ROSENTHAL, GIBSON  DUNN & CRUTCHER LLP, NEW YORK, NY  TO: PHIL ROBERTS, GRAPHIC COMMUNICATIONS CONFREN, WHITE HOUSE, TN

07/17/15          33.74    VENDOR: FEDERAL EXPRESS CORPORATION INVOICE#: FEDX-20150724 DATE: 7/24/2015  SHIP DATE 07/17/2015  AIRBILL NO: 774083013681  FROM: MICHAEL A ROSENTHAL, GIBSON  DUNN & CRUTCHER LLP, NEW YORK, NY  TO: JOHN POTTS, GCC/BT DISTRICTS COUNCIL 9, PHILADELPHIA, PA

07/17/15          40.26    VENDOR: FEDERAL EXPRESS CORPORATION INVOICE#: FEDX-20150724 DATE: 7/24/2015  SHIP DATE 07/17/2015  AIRBILL NO: 774082970907  FROM: MICHAEL A ROSENTHAL, GIBSON  DUNN & CRUTCHER LLP, NEW YORK, NY  TO: DANNY HAWKINS, GRAPHIC COMMUNICATIONS CONFREN, CHATTANOOGA, TN

On-Line Research (Lexis)

| Date | Amount | Name | | Code | Type |
|------|--------|------|------|------|------|
| 07/03/15 | 34.20 | MAGALLANES, KATE RESEARCH | 07/03/15 | 90441-00012 | LEXIS |
| 07/06/15 | 285.00 | MAGALLANES, KATE RESEARCH | 07/06/15 | 90441-00012 | LEXIS |
| 07/07/15 | 273.60 | MAGALLANES, KATE RESEARCH | 07/07/15 | 90441-00012 | LEXIS |
| 07/08/15 | 353.40 | MAGALLANES, KATE RESEARCH | 07/08/15 | 90441-00012 | LEXIS |
| 07/09/15 | 250.80 | MAGALLANES, KATE RESEARCH | 07/09/15 | 90441-00012 | LEXIS |
| 07/10/15 | 250.80 | MAGALLANES, KATE RESEARCH | 07/10/15 | 90441-00012 | LEXIS |
| 07/11/15 | 116.40 | MAGALLANES, KATE RESEARCH | 07/11/15 | 90441-00012 | LEXIS |
| 07/13/15 | 11.40 | MAGALLANES, KATE RESEARCH | 07/13/15 | 90441-00012 | LEXIS |

On-Line Research (Westlaw)

| Date | Amount | Name | | Code | Type |
|------|--------|------|------|------|------|
| 05/31/15 | 519.99 | KOLB,KYLE J | 05/31/15 | 90441-00019 | WESTLAW RESEARCH AND PRINTING CHARGES |

| | | |
|---|---|---|
| 06/29/15 | 22.64 | KOLB,KYLE J    06/29/15    90441-00012    WESTLAW RESEARCH AND PRINTING CHARGES |
| 06/29/15 | 117.60 | BOUSLOG,MATTHEW G    06/29/15    90441-00012    WESTLAW RESEARCH AND PRINTING CHARGES |
| 06/30/15 | 417.21 | KOLB,KYLE J    06/30/15    90441-00012    WESTLAW RESEARCH AND PRINTING CHARGES |
| 07/02/15 | 722.49 | GARMYN,BRITTANY L    07/02/15    90441-00012    WESTLAW RESEARCH AND PRINTING CHARGES |
| 07/05/15 | 379.86 | GARMYN,BRITTANY L    07/05/15    90441-00012    WESTLAW RESEARCH AND PRINTING CHARGES |
| 07/06/15 | 1,714.02 | GARMYN,BRITTANY L    07/06/15    90441-00012    WESTLAW RESEARCH AND PRINTING CHARGES |
| 07/06/15 | 410.24 | KOLB,KYLE J    07/06/15    90441-00012    WESTLAW RESEARCH AND PRINTING CHARGES |
| 07/06/15 | 312.00 | BOUSLOG,MATTHEW G    07/06/15    90441-00012    WESTLAW RESEARCH AND PRINTING CHARGES |
| 07/07/15 | 13.53 | BUCKWALTER,MARIANN    07/07/15    90441-00012    WESTLAW RESEARCH AND PRINTING CHARGES |
| 07/07/15 | 1,794.80 | GARMYN,BRITTANY L    07/07/15    90441-00012    WESTLAW RESEARCH AND PRINTING CHARGES |
| 07/08/15 | 1,133.65 | GARMYN,BRITTANY L    07/08/15    90441-00012    WESTLAW RESEARCH AND PRINTING CHARGES |
| 07/09/15 | 996.60 | GARMYN,BRITTANY L    07/09/15    90441-00012    WESTLAW RESEARCH AND PRINTING CHARGES |
| 07/09/15 | 77.08 | KOLB,KYLE J    07/09/15    90441-00012    WESTLAW RESEARCH AND PRINTING CHARGES |
| 07/09/15 | 123.20 | BOUSLOG,MATTHEW G    07/09/15    90441-00012    WESTLAW |

RESEARCH AND PRINTING CHARGES

| 07/10/15 | 222.50 | GARMYN,BRITTANY L   07/10/15   90441-00012   WESTLAW RESEARCH AND PRINTING CHARGES |

07/10/15          222.50          GARMYN,BRITTANY L    07/10/15    90441-00012    WESTLAW
                                           RESEARCH AND PRINTING CHARGES

07/10/15          133.60          BOUSLOG,MATTHEW G    07/10/15    90441-00012    WESTLAW
                                           RESEARCH AND PRINTING CHARGES

07/11/15        1,162.41         GARMYN,BRITTANY L    07/11/15    90441-00012    WESTLAW
                                           RESEARCH AND PRINTING CHARGES

07/11/15           87.98          KOLB,KYLE J   07/11/15   90441-00012    WESTLAW RESEARCH
                                           AND PRINTING CHARGES

07/12/15           33.00          GARMYN,BRITTANY L    07/12/15    90441-00012    WESTLAW
                                           RESEARCH AND PRINTING CHARGES

07/13/15          134.53          GARMYN,BRITTANY L    07/13/15    90441-00012    WESTLAW
                                           RESEARCH AND PRINTING CHARGES

07/13/15           64.00          BOUSLOG,MATTHEW G    07/13/15    90441-00012    WESTLAW
                                           RESEARCH AND PRINTING CHARGES

07/13/15          170.40          MAGALLANES,KATIE MARIE    07/13/15    90441-00012
                                           WESTLAW RESEARCH AND PRINTING CHARGES

07/14/15          153.98          GARMYN,BRITTANY L    07/14/15    90441-00012    WESTLAW
                                           RESEARCH AND PRINTING CHARGES

07/14/15           11.32          KOLB,KYLE J   07/14/15   90441-00012    WESTLAW RESEARCH
                                           AND PRINTING CHARGES

07/20/15           32.00          BOUSLOG,MATTHEW G    07/20/15    90441-00012    WESTLAW
                                           RESEARCH AND PRINTING CHARGES

07/29/15           28.74          KOLB,KYLE J   07/29/15   90441-00012    WESTLAW RESEARCH
                                           AND PRINTING CHARGES

On-Line Research Nexis - Main
07/06/15           50.00          BOUSLOG, MATTHEW    07/06/15    90441-00012    NEXIS
                                           RESEARCH

| 07/09/15 | 50.00 | BOUSLOG, MATTHEW | 07/09/15 | 90441-00012 | NEXIS |

RESEARCH

| 07/10/15 | 100.00 | BOUSLOG, MATTHEW | 07/10/15 | 90441-00012 | NEXIS |

RESEARCH

| 07/11/15 | 50.00 | MAGALLANES, KATE | 07/11/15 | 90441-00012 | NEXIS |

RESEARCH

Outside Duplication and Binding

07/12/15    82.51    VENDOR: KYLE J. KOLB INVOICE#: 0893191907131945 DATE: 7/12/2015  OUTSIDE DUPLICATION, PRINTING AND BINDERY/FEDEX/COPYING FOR DEPOSITION IN BOSTON

Outside Process Server

03/12/15    43.04    VENDOR: FIRST LEGAL NETWORK, LLC INVOICE#: FLC-20150315 DATE: 3/15/2015  JOB DATE 03/12/2015 CONTROL NO 2622591 FROM: GIBSON DUNN & CRUTCHER (M), LOS ANGELES, CA   TO: MATTHEW BOUSLOG,LOS ANGELES, CA   ATTY: BOUSLOG - MIKE 213 229-7283 DELIVER ENVELOPE LEAVE AT DOOR

03/13/15    108.99    VENDOR: FIRST LEGAL NETWORK, LLC INVOICE#: FLC-20150315 DATE: 3/15/2015  JOB DATE 03/13/2015 CONTROL NO 2625128 FROM: GIBSON DUNN & CRUTCHER (M), LOS ANGELES, CA   TO: SAM NEWMAN,MANHATTAN BEACH, CA   ATTY: KLYMAN - PLEASE DELIVER 1 BOX OK TO LEAVE

03/13/15    46.29    VENDOR: FIRST LEGAL NETWORK, LLC INVOICE#: FLC-20150315 DATE: 3/15/2015  JOB DATE 03/13/2015 CONTROL NO 2625127 FROM: GIBSON DUNN & CRUTCHER (M), LOS ANGELES, CA   TO: ROBERT KLYMAN,LOS ANGELES, CA   ATTY: KLYMAN - PLEASE DELIVER 1 BOX OK TO LEAVE

07/03/15    130.00    VENDOR: BEACON HILL RESEARCH, INC. INVOICE#: 68439 DATE: 7/3/2015  OUTSIDE PROCESS SERVER/7/1/15 SUMMONS/COMPLAINT ANDOVER

07/03/15    75.00    VENDOR: BEACON HILL RESEARCH, INC. INVOICE#: 68431 DATE: 7/3/2015  OUTSIDE PROCESS SERVER/6/30/15 SUMMONS/COMPLAINT BOSTON

07/03/15    50.00    VENDOR: BEACON HILL RESEARCH, INC. INVOICE#: 68433 DATE: 7/3/2015  OUTSIDE PROCESS SERVER/6/30/15 SUMMONS/COMPLAINT BOSTON

07/03/15        50.00    VENDOR: BEACON HILL RESEARCH, INC. INVOICE#: 68432 DATE: 7/3/2015  OUTSIDE PROCESS SERVER/6/30/15 SUMMONS/COMPLAINT BOSTON

07/03/15        75.00    VENDOR: BEACON HILL RESEARCH, INC. INVOICE#: 68430 DATE: 7/3/2015  N/A/OUTSIDE PROCESS SERVER/SUMMONS/COMPLAINT BOSTON

Outside Services/Consultants
07/23/15       133.40    VENDOR: CSC INVOICE#: 81103439944 DATE: 7/23/2015 ACCT#3558J/REGISTRATION FEES - SEC/DMV/OTHER/NAME RESERVATION FOR IMLIQUIDATION, LLC

Secretary Support
07/30/15        40.00    NOTARIZATION OF DOCUMENTS FOR CLIENT.

Specialized Research/Filing Fees
07/13/15        68.00    TLO  06/24/15  06/29/15  ONLINE RESEARCH  (SPENCER SCOTT)

07/16/15        17.70    PACER  06/15  COURT RESEARCH

07/16/15         5.40    PACER  06/15  COURT RESEARCH

07/16/15        11.30    PACER  06/15  COURT RESEARCH

07/16/15        98.10    PACER  06/15  COURT RESEARCH

Telephone Charges
03/16/15         4.63    VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-032215 DATE: 3/22/2015  CONFERENCING SERVICES BY ROBERT KLYMAN

03/19/15         8.46    VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-032215 DATE: 3/22/2015  CONFERENCING SERVICES BY SAEE MUZUMDAR

04/28/15        21.57    VENDOR: RAYMOND B. LUDWISZEWSKI INVOICE#: 0861178207061231 DATE: 4/28/2015  PHONE CHARGES/VERIZON/2137035795/PHONE CALLS

05/21/15        12.49    VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-052415 DATE: 5/24/2015  CONFERENCING SERVICES

BY KYLE JAMESON KOLB

05/26/15          24.40    VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#:
                           2132297000-060115 DATE: 6/1/2015  CONFERENCING SERVICES
                           BY KYLE JAMESON KOLB

05/28/15          21.85    VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#:
                           2132297000-060115 DATE: 6/1/2015  CONFERENCING SERVICES
                           BY BRIAN M. LUTZ

05/29/15           9.43    VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#:
                           2132297000-060115 DATE: 6/1/2015  CONFERENCING SERVICES
                           BY KYLE JAMESON KOLB

05/29/15           7.48    VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#:
                           2132297000-060115 DATE: 6/1/2015  CONFERENCING SERVICES
                           BY KYLE JAMESON KOLB

05/29/15          12.27    VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#:
                           2132297000-060115 DATE: 6/1/2015  CONFERENCING SERVICES
                           BY KYLE JAMESON KOLB

05/29/15          17.49    VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#:
                           2132297000-060115 DATE: 6/1/2015  CONFERENCING SERVICES
                           BY MICHAEL ROSENTHAL

05/29/15          22.72    VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#:
                           2132297000-060115 DATE: 6/1/2015  CONFERENCING SERVICES
                           BY MICHAEL ROSENTHAL

06/01/15          15.37    VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#:
                           2132297000-060715 DATE: 6/7/2015  CONFERENCING SERVICES
                           BY MICHAEL ROSENTHAL

06/01/15           7.12    VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#:
                           2132297000-060715 DATE: 6/7/2015  CONFERENCING SERVICES
                           BY MICHAEL ROSENTHAL

06/01/15           4.96    VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#:
                           2132297000-060715 DATE: 6/7/2015  CONFERENCING SERVICES
                           BY KYLE JAMESON KOLB

06/01/15          25.54    VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#:
                           2132297000-060715 DATE: 6/7/2015  CONFERENCING SERVICES

BY MICHAEL ROSENTHAL

| 06/03/15 | 21.78 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-060715 DATE: 6/7/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 06/05/15 | 11.34 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-060715 DATE: 6/7/2015  CONFERENCING SERVICES BY KYLE JAMESON KOLB |
| 06/05/15 | 11.76 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-060715 DATE: 6/7/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 06/09/15 | 7.03 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-061415 DATE: 6/14/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 06/09/15 | 22.91 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-061415 DATE: 6/14/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 06/10/15 | 13.73 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-061415 DATE: 6/14/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 06/11/15 | 8.12 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-061415 DATE: 6/14/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 06/12/15 | 7.76 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-061415 DATE: 6/14/2015  CONFERENCING SERVICES BY MICHAEL A. ROSENTHAL |
| 06/12/15 | 10.10 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-061415 DATE: 6/14/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 06/12/15 | 3.70 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-061415 DATE: 6/14/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 06/12/15 | 23.47 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-061415 DATE: 6/14/2015  CONFERENCING SERVICES |

BY MICHAEL ROSENTHAL

| | | |
|---|---|---|
| 06/12/15 | 6.56 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-061415 DATE: 6/14/2015  CONFERENCING SERVICES BY MATTHEW PORCELLI |
| 06/13/15 | 9.37 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-061415 DATE: 6/14/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 06/16/15 | 50.78 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-062115 DATE: 6/21/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 06/16/15 | 15.06 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-062115 DATE: 6/21/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 06/16/15 | 4.11 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-062115 DATE: 6/21/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 06/16/15 | 8.04 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-062115 DATE: 6/21/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 06/19/15 | 6.39 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-062115 DATE: 6/21/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 06/21/15 | 3.28 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-06282015 DATE: 6/28/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 06/22/15 | 9.25 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-06282015 DATE: 6/28/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 06/24/15 | 3.02 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-06282015 DATE: 6/28/2015  CONFERENCING SERVICES BY KYLE JAMESON KOLB |
| 06/24/15 | 3.33 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-06282015 DATE: 6/28/2015  CONFERENCING |

SERVICES BY MICHAEL ROSENTHAL

| 06/24/15 | 4.25 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-06282015 DATE: 6/28/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
|---|---|---|
| 06/26/15 | 7.36 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-06282015 DATE: 6/28/2015  CONFERENCING SERVICES BY KYLE JAMESON KOLB |
| 07/01/15 | 1.14 | 1(302)571-6699 | 07/01/2015 WILMINGTON DE |
| 07/02/15 | 11.40 | 1(612)632-3019 | 07/02/2015 ANOKA     MN |
| 07/02/15 | 2.28 | 1(402)231-8814 | 07/02/2015 OMAHA     NE |
| 07/06/15 | 4.18 | 1(937)221-1940 | 07/06/2015 DAYTON    OH |
| 07/06/15 | 6.84 | 1(302)576-3592 | 07/06/2015 WILMINGTON DE |
| 07/06/15 | 1.14 | 1(302)576-3592 | 07/06/2015 WILMINGTON DE |
| 07/06/15 | 14.44 | 1(937)221-1940 | 07/06/2015 DAYTON    OH |
| 07/07/15 | 3.04 | 1(312)407-0968 | 07/07/2015 CHICAGO    IL |
| 07/07/15 | 1.14 | 1(203)832-3938 | 07/07/2015 STAMFORD   CT |
| 07/07/15 | 5.32 | 1(612)632-3019 | 07/07/2015 ANOKA     MN |
| 07/07/15 | 3.04 | 1(612)632-3019 | 07/07/2015 ANOKA     MN |
| 07/07/15 | 4.56 | 1(302)576-3592 | 07/07/2015 WILMINGTON DE |
| 07/07/15 | 2.28 | 1(202)326-4020 | 07/07/2015 WASHINGTON DC |
| 07/07/15 | 3.04 | 1(937)221-1940 | 07/07/2015 DAYTON    OH |

| 07/08/15 | 4.18 | 1(574)400-9316 | 07/08/2015 AREASUMMRY IN |
| 07/08/15 | 5.32 | 1(513)977-8554 | 07/08/2015 CINCINNATI OH |
| 07/08/15 | 1.52 | 1(980)683-9895 | 07/08/2015 CHARLOTTE  NC |
| 07/09/15 | 3.04 | 1(203)832-3938 | 07/09/2015 STAMFORD   CT |
| 07/09/15 | 2.28 | 1(214)953-6612 | 07/09/2015 DALLAS    TX |
| 07/09/15 | 1.14 | 1(757)450-9686 | 07/09/2015 NORFOLK   VA |
| 07/09/15 | 9.12 | 1(302)576-3592 | 07/09/2015 WILMINGTON DE |
| 07/09/15 | 3.04 | 1(305)375-6148 | 07/09/2015 MIAMI     FL |
| 07/09/15 | 2.28 | 1(302)576-3592 | 07/09/2015 WILMINGTON DE |
| 07/10/15 | 1.52 | 1(212)257-5464 | 07/10/2015 NEW YORK  NY |
| 07/10/15 | 2.66 | 1(215)868-2043 | 07/10/2015 PHILA     PA |
| 07/12/15 | 1.90 | 1(617)482-4400 | 07/12/2015 BOSTON    MA |
| 07/12/15 | 2.28 | 1(480)329-3483 | 07/12/2015 PHOENIX   AZ |
| 07/12/15 | 1.14 | 1(617)482-4400 | 07/12/2015 BOSTON    MA |
| 07/13/15 | 1.14 | 1(617)482-4400 | 07/13/2015 BOSTON    MA |
| 07/13/15 | 2.28 | 1(302)571-6699 | 07/13/2015 WILMINGTON DE |
| 07/13/15 | 2.28 | 1(302)576-3590 | 07/13/2015 WILMINGTON DE |
| 07/13/15 | 4.56 | 1(302)571-6550 | 07/13/2015 WILMINGTON DE |
| 07/13/15 | 2.28 | 1(513)378-2984 | 07/13/2015 CINCINNATI OH |

Due and Payable Upon Receipt

| 07/13/15 | 3.80 | 1(630)240-3743 | 07/13/2015 LA GRANGE  IL |
| 07/13/15 | 3.04 | 1(617)720-2626 | 07/13/2015 BOSTON     MA |
| 07/13/15 | 6.08 | 1(302)571-6550 | 07/13/2015 WILMINGTON DE |
| 07/13/15 | 2.66 | 1(513)977-8554 | 07/13/2015 CINCINNATI OH |
| 07/13/15 | 1.14 | 1(513)977-8259 | 07/13/2015 CINCINNATI OH |
| 07/14/15 | 2.28 | 1(630)240-3743 | 07/14/2015 LA GRANGE  IL |
| 07/15/15 | 1.14 | 1(937)221-1867 | 07/15/2015 DAYTON     OH |
| 07/15/15 | 7.60 | 1(612)802-2294 | 07/15/2015 MINNEAPOLS MN |
| 07/15/15 | 4.56 | 1(612)632-3019 | 07/15/2015 ANOKA      MN |
| 07/16/15 | 10.26 | 1(902)444-8553 | 07/16/2015 HALIFAX    NS |
| 07/16/15 | 1.14 | 1(630)240-3743 | 07/16/2015 LA GRANGE  IL |
| 07/16/15 | 1.14 | 1(757)450-9686 | 07/16/2015 NORFOLK    VA |
| 07/16/15 | 3.80 | 1(937)221-1478 | 07/16/2015 DAYTON     OH |
| 07/17/15 | 3.42 | 1(612)632-3019 | 07/17/2015 ANOKA      MN |
| 07/17/15 | 7.22 | 1(937)221-2175 | 07/17/2015 DAYTON     OH |
| 07/20/15 | 2.28 | 1(312)407-0968 | 07/20/2015 CHICAGO    IL |
| 07/20/15 | 1.14 | 1(302)576-3592 | 07/20/2015 WILMINGTON DE |
| 07/20/15 | 1.14 | 1(312)407-0850 | 07/20/2015 CHICAGO    IL |

| 07/21/15 | 4.94 | 1(302)576-3592 | 07/21/2015 WILMINGTON DE |
| 07/21/15 | 3.04 | 1(980)683-9895 | 07/21/2015 CHARLOTTE  NC |
| 07/21/15 | 4.18 | 1(302)576-3592 | 07/21/2015 WILMINGTON DE |
| 07/22/15 | 12.54 | 1(212)798-0808 | 07/22/2015 NEW YORK  NY |
| 07/22/15 | 3.04 | 1(630)240-3743 | 07/22/2015 LA GRANGE  IL |
| 07/22/15 | 1.52 | 1(937)221-1303 | 07/22/2015 DAYTON    OH |
| 07/22/15 | 1.90 | 1(937)221-1994 | 07/22/2015 DAYTON    OH |
| 07/23/15 | 3.42 | 1(302)571-6550 | 07/23/2015 WILMINGTON DE |
| 07/23/15 | 3.42 | 1(978)642-0305 | 07/23/2015 WILMINGTON MA |
| 07/23/15 | 2.66 | 1(937)221-1303 | 07/23/2015 DAYTON    OH |
| 07/23/15 | 6.84 | 1(302)571-6550 | 07/23/2015 WILMINGTON DE |
| 07/23/15 | 3.80 | 1(937)221-1940 | 07/23/2015 DAYTON    OH |
| 07/23/15 | 2.28 | 1(937)221-1303 | 07/23/2015 DAYTON    OH |
| 07/23/15 | 3.80 | 1(612)632-3310 | 07/23/2015 ANOKA     MN |
| 07/24/15 | 14.82 | 1(937)221-1867 | 07/24/2015 DAYTON    OH |
| 07/27/15 | 1.52 | 1(612)632-3019 | 07/27/2015 ANOKA     MN |
| 07/27/15 | 4.56 | 1(404)523-5300 | 07/27/2015 ATLANTA   GA |
| 07/27/15 | 6.84 | 1(937)475-2520 | 07/27/2015 DAYTON    OH |

| 07/28/15 | 16.72 | 1(937)221-1478 | 07/28/2015 DAYTON      OH |
| 07/28/15 | 1.90 | 1(302)571-6550 | 07/28/2015 WILMINGTON DE |
| 07/28/15 | 5.70 | 1(937)221-1867 | 07/28/2015 DAYTON      OH |
| 07/28/15 | 4.18 | 1(513)977-8554 | 07/28/2015 CINCINNATI OH |
| 07/29/15 | 4.18 | 1(513)977-8554 | 07/29/2015 CINCINNATI OH |
| 07/30/15 | 1.52 | 1(612)371-6532 | 07/30/2015 MINNEAPOLS MN |
| 07/30/15 | 1.14 | 1(404)420-5559 | 07/30/2015 ATLANTA    GA |
| 07/30/15 | 14.44 | 1(925)997-3388 | 07/30/2015 DUBLINSNRM CA |
| 07/30/15 | 3.42 | 1(404)420-5559 | 07/30/2015 ATLANTA    GA |
| 07/31/15 | 3.04 | 1(404)420-5559 | 07/31/2015 ATLANTA    GA |

Transcripts/Digesting

| 07/16/15 | 2,178.95 | VENDOR: TSG REPORTING. INC. INVOICE#: 071315-438576 DATE: 7/16/2015  TRANSCRIPTS/DIGESTING/CRAIG H. STOCKMAL/LYNN D. SMITH TRANSCRIPT |

Travel - Air & Rail

| 03/12/15 | -570.60 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150402-3 DATE: 3/22/2015  TRAVEL INVOICE#/DATE: 136425 03/12/2015 TICKET NO: 7580118760 DEPART DATE: 03/12/2015 PASSENGER: BOUSLOG/MATTHEW ITINERARY: DAY/ORD/SNA |

| 03/13/15 | -249.00 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150402-3 DATE: 3/22/2015  TRAVEL INVOICE#/DATE: 136541 03/13/2015 TICKET NO: 7580118923 DEPART DATE: 03/13/2015 PASSENGER: KLYMAN/ROBERT A ITINERARY: PHL/LAX |

| 03/23/15 | -90.00 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150402-4 DATE: 3/28/2015  TRAVEL INVOICE#/DATE: 136364 03/11/2015 TICKET NO: 2183485989 TRAVEL DATES: 03/12/2015 - 03/14/2015 PASSENGER: |

KLYMAN/ROBERT A ITINERARY: LAX/PHL/LAX

| | | |
|---|---|---|
| 05/07/15 | 179.00 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150601-2 DATE: 5/10/2015  TRAVEL INVOICE#/DATE: 139205 05/07/2015 TICKET NO: 2545021119 TRAVEL DATES: 05/12/2015 - 05/13/2015 PASSENGER: ROSENTHAL/MICHAEL ALAN ITINERARY: NYP/WIL |
| 05/29/15 | 1,095.45 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150601-5 DATE: 5/31/2015  TRAVEL INVOICE#/DATE: 140209 05/29/2015 TICKET NO: 7600148602 TRAVEL DATES: 06/07/2015 - 06/09/2015 PASSENGER: LUTZ/BRIAN M ITINERARY: SFO/PHL/SFO |
| 06/03/15 | 471.10 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150701-2 DATE: 6/5/2015  TRAVEL INVOICE#/DATE: 140414 06/03/2015 TICKET NO: 7600148731 TRAVEL DATES: 06/08/2015 - 06/09/2015 PASSENGER: GRAVES/JEREMY LEE ITINERARY: PHL/DEN |
| 06/03/15 | 520.35 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150701-2 DATE: 6/5/2015  TRAVEL INVOICE#/DATE: 140413 06/03/2015 TICKET NO: 7600148730 TRAVEL DATES: 06/07/2015 - 06/08/2015 PASSENGER: GRAVES/JEREMY LEE ITINERARY: DEN/PHL |
| 06/03/15 | 312.00 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150701-2 DATE: 6/5/2015  TRAVEL INVOICE#/DATE: 140370 06/03/2015 TICKET NO: 5126041741 TRAVEL DATES: 06/07/2015 - 06/09/2015 PASSENGER: KOLB/KYLE J ITINERARY: NYP/WIL/NYP |
| 06/04/15 | 153.00 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150701-2 DATE: 6/5/2015  TRAVEL INVOICE#/DATE: 140428 06/04/2015 TICKET NO: 6649041274 TRAVEL DATES: 06/07/2015 - 06/08/2015 PASSENGER: ROSENTHAL/MICHAEL ALAN ITINERARY: NYP/WIL |
| 06/05/15 | -660.62 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150701-3 DATE: 6/13/2015  TRAVEL INVOICE#/DATE: 140471 06/05/2015 TICKET NO: 7572540428 DEPART DATE: 02/24/2015 PASSENGER: KLYMAN/ROBERT A ITINERARY: DAY/DFW/LAX |
| 06/05/15 | -538.72 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150701-3 DATE: 6/13/2015  TRAVEL INVOICE#/DATE: 140480 06/05/2015 TICKET NO: 7577701964 |

DEPART DATE: 03/07/2015 PASSENGER: BOUSLOG/MATTHEW
ITINERARY: DAY/ORD/LAX

| | | |
|---|---|---|
| 06/11/15 | 510.00 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150701-3 DATE: 6/13/2015  TRAVEL INVOICE#/DATE: 140692 06/11/2015 TICKET NO: 2117349151 TRAVEL DATES: 06/17/2015 - 06/18/2015 PASSENGER: GRAVES/JEREMY LEE ITINERARY: PHL/DEN |
| 06/12/15 | 613.24 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150701-3 DATE: 6/13/2015  TRAVEL INVOICE#/DATE: 140723 06/12/2015 TICKET NO: 2117582733 TRAVEL DATES: 06/14/2015 - 06/15/2015 PASSENGER: GRAVES/JEREMY LEE ITINERARY: DEN/LGA |
| 06/16/15 | 226.00 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150701-4 DATE: 6/21/2015  TRAVEL INVOICE#/DATE: 140813 06/16/2015 TICKET NO: 9653532325 TRAVEL DATES: 06/17/2015 - 06/18/2015 PASSENGER: GRAVES/JEREMY LEE ITINERARY: NYP/WIL |
| 06/16/15 | 226.00 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150701-4 DATE: 6/21/2015  TRAVEL INVOICE#/DATE: 140816 06/16/2015 TICKET NO: 9653532226 TRAVEL DATES: 06/17/2015 - 06/18/2015 PASSENGER: BOUSLOG/MATTHEW ITINERARY: NYP/WIL |
| 06/16/15 | 226.00 | VENDOR: MICHAEL A. ROSENTHAL INVOICE#: 0878180806261908 DATE: 6/19/2015  MICHAEL ROSENTHAL/RAIL FARE/064863854706/17/2015 - 06/19/2015 NY PENN TO WILMINGTON DE/HEARING |
| 06/17/15 | -510.00 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150701-4 DATE: 6/21/2015  TICKET NO: 2117349151 DEPART DATE: 06/11/2015 PASSENGER: GRAVES/JEREMY LEE |
| 06/19/15 | 1,183.35 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150701-4 DATE: 6/21/2015  TRAVEL INVOICE#/DATE: 141001 06/19/2015 TICKET NO: 7657819839 TRAVEL DATES: 06/19/2015 - 06/20/2015 PASSENGER: GRAVES/JEREMY LEE ITINERARY: PHL/DEN |
| 06/19/15 | 159.00 | VENDOR: MICHAEL A. ROSENTHAL INVOICE#: 0878180806261908 DATE: 6/19/2015  MICHAEL ROSENTHAL/RAIL FARE/170053054692206/16/2015 - 06/19/2015 WILMINGTON, DE - NY PENN STATION/HEARING |

| | | |
|---|---|---|
| 07/01/15 | 106.00 | VENDOR: MICHAEL A. ROSENTHAL INVOICE#: 0906308107251204 DATE: 7/1/2015  MICHAEL ROSENTHAL/RAIL FARE/182064050851107/01/2015 - 07/01/2015 NEW YORK, NY TO WILMINGTON, DE/HEARING |
| 07/01/15 | 179.00 | VENDOR: MICHAEL A. ROSENTHAL INVOICE#: 0906308107251204 DATE: 7/1/2015  MICHAEL ROSENTHAL/RAIL FARE/182913259843507/01/2015 - 07/01/2015 WILMINGTON, DE TO NEW YORK, NY/HEARING |
| 07/06/15 | 1,926.45 | VENDOR: MICHAEL A. ROSENTHAL INVOICE#: 0906324907271947 DATE: 7/10/2015  MICHAEL ROSENTHAL/AIRFARE/7660874694/07/09/2015 - 07/10/2015 NEW YORK, NY TO MINNEAPOLIS, MN/MEETINGS IN MINNEAPOLIS |
| 07/08/15 | 200.00 | VENDOR: KYLE J. KOLB INVOICE#: 0890197507101224 DATE: 7/8/2015  KYLE KOLB/CHANGE TICKET FEE/0062196255962/ATTEND CLIENT DEPOSITION/TICKET CHANGE TO ATTEND CLIENT DEPOSITION IN DAYTONA, FL. |
| 07/08/15 | 558.00 | VENDOR: KYLE J. KOLB INVOICE#: 0890197507101224 DATE: 7/8/2015  KYLE KOLB/AIRFARE/0062196255962/07/10/2015 - 07/10/2015 CLIENT DEPOSITIION/FARE DIFFERENCE AND TAXES TO ATTEND CLIENT DEPOSITION IN DAYTONA, FL. |
| 07/27/15 | 25.00 | VENDOR: CHRISTOPHER J. BABCOCK INVOICE#: 0914507308041914 DATE: 8/1/2015  CHRIS BABCOCK/BAGGAGE FEE/BAGGAGE FEE FOR TRAVEL FROM DALLAS TO NEW YORK |

Travel - Parking

| | | |
|---|---|---|
| 07/10/15 | 44.00 | VENDOR: CHRISTOPHER J. BABCOCK INVOICE#: 0897910407171202 DATE: 7/10/2015  PARKING/DFW INTERNAL AIRPORT/PARKING WHILE IN MINNESOTA ATTENDING MEETING WITH STANDARD REGISTER AND TAYLOR CORPORATION PERSONNEL |
| 07/29/15 | 48.00 | VENDOR: JEREMY GRAVES INVOICE#: 0914244308031923 DATE: 8/2/2015  PARKING/DENVER, CO/MEETINGS WITH CLIENTS |

Travel - Taxi & Other Modes/Miles

| | | |
|---|---|---|
| 05/12/15 | 9.80 | VENDOR: MICHAEL A. ROSENTHAL INVOICE#: 0853974706031919 DATE: 5/12/2015  CAB FARE/NY, NY/HEARING - TAXI TO PENN STATION |

05/12/15          10.00      VENDOR: MICHAEL A. ROSENTHAL INVOICE#: 0853974706031919
                             DATE: 5/12/2015  CAB FARE/NY, NY/HEARING - TAXI TO YCST

05/12/15          10.00      VENDOR: MICHAEL A. ROSENTHAL INVOICE#: 0853974706031919
                             DATE: 5/12/2015  CAB FARE/NY, NY/[NO RECEIPT]  HEARING -
                             TRAIN TO WILMINGTON

06/07/15          80.79      VENDOR: JEREMY GRAVES INVOICE#: 0881287206301940 DATE:
                             6/8/2015  CAB FARE/DENVER, CO/STANDING MOTION

06/07/15          42.03      VENDOR: DIAL CAR INC. INVOICE#: 1201981 DATE: 6/17/2015
                             VOUCHER G68113 06/07/2015 PORCELLI, M. (BOX) FROM 200
                             PARK AV  M TO 200 E 89 ST 10128 M

06/07/15          67.88      VENDOR: JEREMY GRAVES INVOICE#: 0881287206301940 DATE:
                             6/8/2015  CAB FARE/PHILADELPHIA, PA/STANDING MOTION.

06/08/15          80.45      VENDOR: JEREMY GRAVES INVOICE#: 0881287206301940 DATE:
                             6/8/2015  CAB FARE/DENVER, CO/STANDING MOTION.

06/14/15          26.38      VENDOR: JEREMY GRAVES INVOICE#: 0881336906301940 DATE:
                             6/19/2015  MILEAGE (45.87)/AUCTION AND SALE HEARING.

06/14/15          38.54      VENDOR: JEREMY GRAVES INVOICE#: 0881336906301940 DATE:
                             6/19/2015  CAB FARE/NEW YORK, NY/AUCTION AND SALE
                             HEARING.

06/17/15          13.30      VENDOR: MICHAEL A. ROSENTHAL INVOICE#: 0878180806261908
                             DATE: 6/19/2015  CAB FARE/NY, NY/HEARING

06/17/15          10.00      VENDOR: MICHAEL A. ROSENTHAL INVOICE#: 0878180806261908
                             DATE: 6/19/2015  CAB FARE/WILMINGTON, DE/HEARING

06/17/15          11.62      VENDOR: JEREMY GRAVES INVOICE#: 0881336906301940 DATE:
                             6/19/2015  CAB FARE/NEW YORK, NY/AUCTION AND SALE
                             HEARING.

06/19/15          14.80      VENDOR: MICHAEL A. ROSENTHAL INVOICE#: 0878180806261908
                             DATE: 6/19/2015  CAB FARE/NY, NY/HEARING

06/19/15          26.38      VENDOR: JEREMY GRAVES INVOICE#: 0881336906301940 DATE:
                             6/19/2015  MILEAGE (45.87)/AUCTION AND SALE HEARING.

| 07/01/15 | 10.30 | VENDOR: MICHAEL A. ROSENTHAL INVOICE#: 0906308107251204 DATE: 7/1/2015  CAB FARE/NY, NY/HEARING |
| 07/01/15 | 10.80 | VENDOR: MICHAEL A. ROSENTHAL INVOICE#: 0906308107251204 DATE: 7/1/2015  CAB FARE/NY, NY/HEARING |
| 07/01/15 | 9.00 | VENDOR: MICHAEL A. ROSENTHAL INVOICE#: 0906308107251204 DATE: 7/1/2015  CAB FARE/NY, NY/HEARING |
| 07/01/15 | 9.00 | VENDOR: MICHAEL A. ROSENTHAL INVOICE#: 0906308107251204 DATE: 7/1/2015  CAB FARE/NY, NY/HEARING |
| 07/01/15 | 20.76 | VENDOR: KYLE J. KOLB INVOICE#: 0885145007081219 DATE: 7/1/2015  CAB FARE/NEW YORK/CAB HOME FROM TRAVEL TO DELAWARE. |
| 07/07/15 | 7.39 | VENDOR: BRITTANY L. GARMYN INVOICE#: 0889812207091240 DATE: 7/7/2015  CAB FARE/WASHINGTON, DC/LAT CAB HOME FROM GDC |
| 07/09/15 | 6.74 | VENDOR: BRITTANY L. GARMYN INVOICE#: 0892093807101949 DATE: 7/9/2015  CAB FARE/WASHINGTON, DC/LATE NIGHT CAB HOME FROM GDC |
| 07/09/15 | 71.27 | VENDOR: KYLE J. KOLB INVOICE#: 0893429007131945 DATE: 7/10/2015  CAB FARE/NEW YORK/CAR TO EWR AIRPORT, TRAVEL FOR DEPOSITION IN DAYTON, OHIO. |
| 07/09/15 | 6.55 | VENDOR: KYLE J. KOLB INVOICE#: 0893429007131945 DATE: 7/10/2015  CAB FARE/DAYTONA, OH/CAR FROM CLIENT TO HOTEL, IN TOWN FOR DEPOSITION. |
| 07/09/15 | 40.34 | VENDOR: MICHAEL A. ROSENTHAL INVOICE#: 0906324907271947 DATE: 7/10/2015  CAB FARE/NY, NY/MEETINGS IN MINNEAPOLIS |
| 07/09/15 | 40.00 | VENDOR: MICHAEL A. ROSENTHAL INVOICE#: 0906324907271947 DATE: 7/10/2015  CAB FARE/MINNEAPOLIS, MN/MEETINGS IN MINNEAPOLIS |
| 07/10/15 | 7.13 | VENDOR: KYLE J. KOLB INVOICE#: 0893429007131945 DATE: 7/10/2015  CAB FARE/DAYTONA, OH/CAR FROM CLIENT TO HOTEL, IN TOWN FOR DEPOSITION. |

| | | |
|---|---|---|
| 07/10/15 | 45.00 | VENDOR: MICHAEL A. ROSENTHAL INVOICE#: 0906324907271947 DATE: 7/10/2015  CAB FARE/MINNEAPOLIS, MN/MEETINGS IN MINNEAPOLIS |
| 07/10/15 | 43.34 | VENDOR: MICHAEL A. ROSENTHAL INVOICE#: 0906324907271947 DATE: 7/10/2015  CAB FARE/NY, NY/MEETINGS IN MINNEAPOLIS |
| 07/13/15 | 6.69 | VENDOR: BRITTANY L. GARMYN INVOICE#: 0895130407151223 DATE: 7/13/2015  CAB FARE/WASHINGTON, D.C./LATE NIGHT TAXI HOME FROM WORK. |
| 07/13/15 | 29.15 | VENDOR: KYLE J. KOLB INVOICE#: 0898610707171935 DATE: 7/13/2015  CAB FARE/NEW YORK/WORKING LATE. |
| 07/13/15 | 137.15 | VENDOR: MITCHELL A.  KARLAN INVOICE#: 0898512407211222 DATE: 7/13/2015  CAB FARE/BOSTON, MA/ATTEND DEPOSITIONS OF DEFENDANTS |
| 07/13/15 | 29.60 | VENDOR: MITCHELL A.  KARLAN INVOICE#: 0898512407211222 DATE: 7/13/2015  CAB FARE/BOSTON, MA/ATTEND DEPOSITIONS OF DEFENDANTS |
| 07/13/15 | 21.30 | VENDOR: MITCHELL A.  KARLAN INVOICE#: 0898512407211222 DATE: 7/13/2015  CAB FARE/BOSTON, MA/ATTEND DEPOSITIONS OF DEFENDANTS |
| 07/27/15 | 39.14 | VENDOR: JEREMY GRAVES INVOICE#: 0914244308031923 DATE: 8/2/2015  CAB FARE/NEW YORK, NY/MEETINGS WITH CLIENTS |