**EXHIBIT C**

## BUDGETED AMOUNT

### July

### $1,000,000.00

## PROFESSIONAL RATES

### July

| | |
|---|---|
| Becker, Barbara L. | $1,225.00 |
| Karlan, Mitchell A. | $1,255.00 |
| Rosenthal, Michael A. | $1,175.00 |
| Ludwiszewski, Raymond B. | $1,145.00 |
| Noblett, Amy E. | $795.00 |
| Graves, Jeremy Lee | $755.00 |
| Kolb, Kyle J. | $750.00 |
| Bouslog, Matthew G. | $625.00 |
| Babcock, Christopher J. | $625.00 |
| Garmyn, Brittany L. | $625.00 |
| Other Restructering/Transactional | $750.00 |
| Other Litigation | $650.00 |
| Amponsah, Duke K. | $395.00 |
| eDiscovery Assistance | $360.00 |

## BUDGETED HOURS

### July

| | |
|---|---|
| Becker, Barbara L. | 10 |
| Karlan, Mitchell A. | 50 |
| Rosenthal, Michael A. | 220 |
| Ludwiszewski, Raymond B. | 20 |
| Noblett, Amy E. | 20 |
| Graves, Jeremy Lee | 220 |
| Kolb, Kyle J. | 100 |
| Bouslog, Matthew G. | 220 |
| Babcock, Christopher J. | 150 |
| Garmyn, Brittany L. | 100 |
| Other Restructering/Transactional | 55 |
| Other Litigation | 55 |
| Amponsah, Duke K. | 25 |
| eDiscovery Assistance | 20 |
| **TOTAL** | **1265** |

## BUDGETED FEES

### July

| | |
|---|---|
| Becker, Barbara L. | $12,250.00 |
| Karlan, Mitchell A. | $62,750.00 |
| Rosenthal, Michael A. | $258,500.00 |
| Ludwiszewski, Raymond B. | $22,900.00 |
| Noblett, Amy E. | $15,900.00 |
| Graves, Jeremy Lee | $166,100.00 |
| Kolb, Kyle J. | $75,000.00 |
| Bouslog, Matthew G. | $137,500.00 |
| Babcock, Christopher J. | $93,750.00 |
| Garmyn, Brittany L. | $62,500.00 |
| Other Restructering/Transactional | $41,250.00 |
| Other Litigation | $35,750.00 |
| Amponsah, Duke K. | $9,875.00 |
| eDiscovery Assistance | $5,975.00 |
| **TOTAL** | **$1,000,000.00** |

## BUDGETED EXPENSES

### July

$50,000

**TOTAL FEES & EXPENSES**          **$1,050,000.00**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise |
|---|---|
| Becker, Barbara L. | Elected partner at Chadbourne & Parke in 1995. Joined firm as a partner in 2000. Member of NY Bar since 1989. |
| Rosenthal, Michael A. | Partner since 1992. Joined firm as an Of Counsel in 1989. Member of IL Bar since 1980; NY Bar since 2009; TX Bar since 1985. |
| Ludwiszewski, Raymond B. | Partner since 1993. Joined firm after serving as General Counsel of the U.S. Environmental Protect Agency. Member of D.C. Bar since 1984. |
| Noblett, Amy E. | Associate. Joined firm as an associate in 2010. Member of NY Bar since 2011. |
| Graves, Jeremy Lee | Associate. Joined firm as an associate in 2008. Member of CO Bar since 2012; TX Bar since 2007[1]. |
| Kolb, Kyle J. | Associate. Joined firm as an associate in 2011. Member of NY Bar since 2012. |
| Bouslog, Matthew G. | Associate. Joined firm as an associate in 2012. Member of CA Bar since 2011. |
| Babcock, Christopher J. | Associate. Joined firm as an associate in 2011. Member of TX Bar since 2011. |
| Garmyn, Brittany L. | Associate. Joined firm as an associate in 2011. Member of NY Bar since 2012. |
| Amponsah, Duke K. | Paralegal |

---

[1] Not actively licensed to practice in Texas.