IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered) |
| THE STANDARD REGISTER COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>CRAIG H. STOCKMAL; LYNN D. SMITH; FOCUSED IMPRESSIONS, INC.; AND FOCUSED IMPRESSIONS TECHNOLOGY LLC,<br><br>Defendants. | Adv. Pro. No. 15-50883 (BLS)<br><br><br>**Related Docket Nos. 1, 11 and 36** |

### ORDER APPROVING SETTLEMENT AGREEMENT AND GENERAL RELEASE AND DISMISSING ADVERSARY PROCEEDING WITH PREJUDICE

Upon consideration of the *Certification of Counsel Regarding Order Approving Settlement Agreement and General Release* ("Certification of Counsel"); it is hereby

FOUND AND DETERMINED THAT:

A. On June 29, 2015, Plaintiff commenced the captioned Adversary Proceeding against Defendants.

B. After a hearing conducted on July 1, 2015, the Court entered that certain *Temporary Restraining Order* ("Temporary Restraining Order") [Adv. Proc. D.I. 11] pursuant to which, among other things, a hearing on Plaintiff's request for a preliminary injunction was scheduled for July 15, 2015 (the "Preliminary Injunction Hearing").

C. Subsequent thereto, the Parties engaged in extensive discovery and settlement negotiations and agreed to (i) adjourn the Preliminary Injunction Hearing pending a trial on the merits scheduled for August 20, 2015, and (ii) entry of an order extending the Temporary Restraining Order through and including August 20, 2015.

D. As set forth in the Certification of Counsel, the Parties have agreed, subject to approval of this Court, to settle and dismiss this Adversary Proceeding pursuant to the terms and provisions of that certain *Settlement Agreement and General Release* ("Settlement Agreement"), executed on August 7, 2015, a copy of which is attached hereto as Exhibit A.

E. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

F. This a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

G. Due and adequate notice of the relief requested in the Certification of Counsel has been given under the circumstances and no other notice need be given.

H. The Plaintiff's entry into the Settlement Agreement is a sound exercise of the Plaintiff's business judgment.

I. The settlement embodied in the Settlement Agreement falls above the lowest range of reasonableness.

J. The settlement embodied in the Settlement Agreement is in the best interests of the Debtors, their estates, creditors and other parties in interest.

Based on the foregoing, it is hereby ORDERED THAT:

1. The Settlement Agreement is approved in its entirety.

2. All terms and provisions of the Settlement Agreement shall have the same force and effect as if set forth in this Order.

3. The Temporary Restraining Order shall be, and hereby is, dissolved.

4. The Adversary Proceeding shall be, and hereby is, dismissed with prejudice with each Party to bear its own costs and expenses, including attorneys' fees.

Dated: August 14, 2015

Brendan L. Shannon
Chief United States Bankruptcy Judge