# **EXHIBIT A**

**First Interim Fee Application of Young Conaway Stargatt & Taylor, LLP,**
**Counsel to the Debtors**

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | C.N.O. Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To Be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 3/12/15 – 3/31/15 [D.I. 348; 4/24/15] | $139,057.00 | $1,794.60 | D.I. 512; 5/13/15 | $111,245.60 | $1,794.60 | $27,811.40 |
| 4/1/15 – 4/30/15 [D.I. 520; 5/18/15] | $253,927.50 | $8,309.31 | D.I. 701; 6/19/15 | $203,142.00 | $8,309.31 | $50,785.50 |
| 5/1/15 – 5/31/15 [D.I. 673; 6/15/15] | $163,342.00 | $3,710.09 | D.I. 769; 7/2/15 | $130,673.60 | $3,710.09 | $32,668.40 |
| 6/1/15 – 6/30/15 [D.I. 771; 7/2/15] | $178,902.50 | $11,997.19 | D.I. 858; 7/20/15 | $143,122.00 | $11,997.19 | $35,780.50 |
| TOTAL | $735,229.00 | $25,811.19 | | $588,183.20 | $25,811.19 | $147,045.80 |

**First Interim Fee Application of Gibson, Dunn & Crutcher LLP,**
**Counsel to the Debtors**

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | C.N.O. Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To Be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 3/12/15 – 3/31/15 [D.I. 347; 4/24/15] | $775,326.00 | $15,289.43 | D.I. 511; 5/13/15 | $620,260.80 | $15,289.43 | $155,065.20 |
| 4/1/15 – 4/30/15 [D.I. 519; 5/18/15] | $1,291,716.25 | $22,773.78 | D.I. 700; 6/19/15 | $1,033,373.00 | $22,773.78 | $258,343.25 |
| 5/1/15 – 5/31/15 [D.I. 672; 6/15/15] | $768,411.00 | $16,036.18 | D.I. 768; 7/2/15 | $614,728.80 | $16,036.18 | $153,682.20 |
| 6/1/15 – 6/30/15 [D.I. 770; 7/2/15] | $874,641.25 | $19,681.01 | D.I. 857; 7/20/15 | $699,713.00 | $19,681.01 | $174,928.25 |
| TOTAL | $3,695,879.50[1] | $73,780.40 | | $2,968,075.60 | $73,780.40 | $727,803.90[2] |

---

[1]   The total reflects a non-working travel reduction of $64,939.50, which was previously reflected in Gibson Dunn's Monthly Fee Applications, plus an additional voluntary reduction of $14,215.00, which is comprised of fees attributable to transitory and certain non-attorney timekeepers.

[2]   This amount reflects the voluntary reduction described in footnote 1 above.

**First Interim Fee Application of Prime Clerk LLC,
Administrative Advisor to the Debtors**

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | C.N.O. Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To Be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 3/12/15 – 3/31/15 [D.I. 357; 4/28/15] | $1,740.50 | $0.00 | D.I. 531; 5/19/15 | $1,392.40 | $0.00 | $348.10 |
| 4/1/15 – 4/30/15 [D.I. 553; 5/22/15] | $11,015.50 | $0.00 | D.I. 652; 6/10/15 | $8,812.40 | $0.00 | $2,203.10 |
| 5/1/15 – 5/31/15 [D.I. 743; 6/26/15] | $11,906.50 | $0.00 | D.I. 842; 7/15/15 | $9,525.20 | $0.00 | $2,381.30 |
| **TOTAL** | **$24,662.50** | **$0.00** | | **$19,730.00** | **$0.00** | **$4,932.50** |

**First Interim Fee Application of Dinsmore & Shohl LLP,
Special Counsel to the Debtors**

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | C.N.O. Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To Be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 3/12/15 – 3/31/15 [D.I. 367; 4/30/15] | $120,852.00 | $8,885.60 | D.I. 532; 5/19/15 | $96,681.60 | $8,885.60 | $24,170.40 |
| 4/1/15 – 4/30/15 [D.I. 627; 6/5/15] | $83,879.10 | $707.38 | D.I. 726; 6/24/15 | $67,103.28 | $707.38 | $16,775.82 |
| 5/1/15 – 5/31/15 [D.I. 720; 6/24/15] | $57,981.60 | $4,544.61 | D.I. 827; 7/13/15 | $46,385.28 | $4,544.61 | $11,596.32 |
| 6/1/15 – 6/30/15 [D.I. 777; 7/6/15] | $43,469.10 | $3,763.70 | D.I. 869; 7/23/15 | $34,775.28 | $3,763.70 | $8,693.82 |
| **TOTAL** | **$306,181.80** | **$17,901.29** | | **$244,945.44** | **$17,901.29** | **$61,236.36** |

**First Interim Fee Application of Lazard Frères and Co. LLC and Lazard Middle Market LLC, Investment Banker to the Debtors**

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | C.N.O. Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To Be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 3/12/15 – 4/30/15 [D.I. 626; 6/5/15] | $100,000.00 | $24,624.31 | D.I. 725; 6/24/15 | $80,000.00 | $24,624.31 | $20,000.00 |
| 5/1/15 – 5/31/15 [D.I. 715; 6/22/15] | $100,000.00 | $38,203.31 | D.I. 810; 7/9/15 | $80,000.00 | $38,203.31 | $20,000.00 |
| **TOTAL** | **$200,000.00** | **$62,827.62** | | **$160,000.00** | **$62,827.62** | **$40,000.00** |

**First Interim Fee Application of Lowenstein Sandler LLP, Counsel to the Official Committee of Unsecured Creditors**

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | C.N.O. Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To Be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 3/24/15 – 3/31/15 [D.I. 529; 5/19/15] | $209,616.75 | $6,305.00 | D.I. 718; 6/23/15 | $167,693.40 | $6,305.00 | $41,923.35 |
| 4/1/15 – 4/30/15 [D.I. 640; 6/9/15] | $447,105.25 | $13,253.27 | D.I. 745; 6/26/15 | $357,684.20 | $13,253.27 | $89,421.05 |
| 5/1/15 – 5/31/15 [D.I. 676; 6/16/15] | $399,558.00 | $7,927.31 | D.I. 779; 7/6/15 | $319,646.40 | $7,927.31 | $79,911.60 |
| **TOTAL** | **$1,056,280.00** | **$27,485.58** | | **$845,024.00** | **$27,485.58**[3] | **$211,256.00** |

---

[3] This amount includes $4,398.15 in reimbursable expenses of members of the Committee.

**First Interim Fee Application of Polsinelli PC,**
**Counsel to the Official Committee of Unsecured Creditors**

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | C.N.O. Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To Be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 3/24/15 – 3/31/15 [D.I. 561; 5/28/15] | $14,224.50 | $359.85 | D.I. 688; 6/17/15 | $11,379.60 | $359.85 | $2,844.90 |
| 4/1/15 – 4/30/15 [D.I. 641; 6/9/15] | $45,904.05 | $641.59 | D.I. 746; 6/26/15 | $36,723.24 | $641.59 | $9,180.81 |
| 5/1/15 – 5/31/15 [D.I. 680; 6/16/15] | $39,398.40 | $2,999.45 | D.I. 780; 7/6/15 | $31,518.72 | $2,999.45 | $7,879.68 |
| TOTAL | $99,526.95 | $4,000.89 | | $79,621.56 | $4,000.89 | $19,905.39 |

**First Interim Fee Application of Zolfo Cooper, LLC,**
**Financial and Forensic Advisors to the Official Committee of Unsecured Creditors**

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | C.N.O. Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To Be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 3/24/15 – 4/30/15 [D.I. 664; 6/12/15] | $401,830.50 | $9,014.16 | D.I. 790; 7/7/15 | $321,464.40 | $9,014.16 | $80,366.10 |
| 5/1/15 – 5/31/15 [D.I. 721; 6/24/15] | $126,177.00 | $818.57 | D.I. 826; 7/13/15 | $100,941.60 | $818.57 | $25,235.40 |
| TOTAL | $528,007.50 | $9,832.73 | | $422,406.00 | $9,832.73 | $105,601.50 |