# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 876** |

## ORDER AMENDING CASE CAPTION

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rules 1005, 2002(m), and 2002(n), and Local Rule 9004-1(a) authorizing the Debtors to change their corporate names and amending the case caption used in these Chapter 11 Cases; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b) and the Court may enter a final order consistent with Article III of the United States Constitution; and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and upon consideration of the entire record of these Chapter 11 Cases; and due and sufficient notice of the Motion having been given under the

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

circumstances; and it appearing that no other or further notice need be provided; and it appearing that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and after due deliberation, and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Each of the Debtors, other than Standard Register Holding, S. de R.L. de C.V., Standard Register de México, S. de R.L. de C.V., and Standard Register Servicios, S. de R.L. de C.V. (collectively, the "Mexican Debtors"), are authorized to change their corporate names as set forth below:

| Old Company Name | New Company Name |
| --- | --- |
| The Standard Register Company | SRC Liquidation Company |
| Standard Register Holding Company | SR Liquidation Holding Company |
| Standard Register Technologies, Inc. | SR Liquidation Technologies, Inc. |
| Standard Register International, Inc. | SR Liquidation International, Inc. |
| iMedConsent, LLC | iMLiquidation, LLC |
| Standard Register of Puerto Rico Inc. | SR Liquidation of Puerto Rico Inc. |
| Standard Register Mexico Holding Company | SR Liquidation Mexico Holding Company |
| Standard Register Technologies Canada ULC | SR Liquidation Technologies Canada ULC |

3.  Effective as of the date hereof, the new caption of the Debtors' Chapter 11 Cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, et al.,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

---

FN1:   The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

4.  With respect to the Mexican Debtors, the Debtors are authorized to change the corporate names of such Mexican Debtors, as set forth below, upon the filing of a notice (the "Notice") with this Court. Upon the filing of such Notice, the caption of the Debtors' Chapter 11 Cases shall be updated accordingly.

| Old Company Name | New Company Name |
|---|---|
| Standard Register Holding, S. de R.L. de C.V. | SR Liquidation Holding, S. de R.L. de C.V. |
| Standard Register de México, S. de R.L. de C.V. | SR Liquidation de México, S. de R.L. de C.V. |
| Standard Register Servicios, S. de R.L. de C.V. | SR Liquidation Servicios, S. de R.L. de C.V. |

5.  The Clerk of the Court is authorized and directed to make a docket entry in case number 15-10541 (BLS) which states substantially as follows: "An order has been entered in these cases directing that the caption of these cases be changed, in accordance with the corporate name change of The Standard Register Company to SRC Liquidation Company."

6. The Clerk of the Court is authorized and directed to make a docket entry in case number 15-10542 (BLS) which states substantially as follows: "An order has been entered in these cases directing that the caption of these cases be changed, in accordance with the corporate name change of Standard Register Holding Company to SR Liquidation Holding Company."

7. The Clerk of the Court is authorized and directed to make a docket entry in case number 15-10543 (BLS) which states substantially as follows: "An order has been entered in these cases directing that the caption of these cases be changed, in accordance with the corporate name change of Standard Register Technologies, Inc. to SR Liquidation Technologies, Inc."

8. The Clerk of the Court is authorized and directed to make a docket entry in case number 15-10544 (BLS) which states substantially as follows: "An order has been entered in these cases directing that the caption of these cases be changed, in accordance with the corporate name change of Standard Register International, Inc. to SR Liquidation International, Inc."

9. The Clerk of the Court is authorized and directed to make a docket entry in case number 15-10540 (BLS) which states substantially as follows: "An order has been entered in these cases directing that the caption of these cases be changed, in accordance with the corporate name change of iMedConsent, LLC to iMLiquidation, LLC."

10. The Clerk of the Court is authorized and directed to make a docket entry in case number 15-10545 (BLS) which states substantially as follows: "An order has been entered in these cases directing that the caption of these cases be changed, in accordance with the corporate name change of Standard Register of Puerto Rico Inc. to SR Liquidation of Puerto Rico Inc."

11. The Clerk of the Court is authorized and directed to make a docket entry in case number 15-10546 (BLS) which states substantially as follows: "An order has been entered in these cases directing that the caption of these cases be changed, in accordance with the corporate

name change of Standard Register Mexico Holding Company to SR Liquidation Mexico Holding Company."

12. The Clerk of the Court is authorized and directed, upon the filing of the Notice, to make a docket entry in case number 15-10547 (BLS) which states substantially as follows: "An order has been entered in these cases directing that the caption of these cases be changed, in accordance with the corporate name change of Standard Register Holding, S. de R.L. de C.V. to SR Liquidation Holding, S. de R.L. de C.V."

13. The Clerk of the Court is authorized and directed, upon the filing of the Notice, to make a docket entry in case number 15-10548 (BLS) which states substantially as follows: "An order has been entered in these cases directing that the caption of these cases be changed, in accordance with the corporate name change of Standard Register de México, S. de R.L. de C.V. to SR Liquidation de México, S. de R.L. de C.V."

14. The Clerk of the Court is authorized and directed, upon the filing of the Notice, to make a docket entry in case number 15-10549 (BLS) which states substantially as follows: "An order has been entered in these cases directing that the caption of these cases be changed, in accordance with the corporate name change of Standard Register Servicios, S. de R.L. de C.V. to SR Liquidation Servicios, S. de R.L. de C.V."

15. The Clerk of the Court is authorized and directed to make a docket entry in case number 15-10550 (BLS) which states substantially as follows: "An order has been entered in these cases directing that the caption of these cases be changed, in accordance with the corporate name change of Standard Register Technologies Canada ULC to SR Liquidation Technologies Canada ULC."

16.     The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

17.     The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: August 14, 2015
       Wilmington, Delaware

_____
Brendan L. Shannon
Chief United States Bankruptcy Judge