# EXHIBIT B

**EXHIBIT B**

**Actual and necessary disbursements incurred by Lowenstein Sandler LLP**

**II. Summary of Disbursement Charges**

| | |
|---|---|
| Messenger and delivery charges | $103.65 |
| Computerized legal research | 1,067.28 |
| Searches | 42.00 |
| Telecommunications | 906.13 |
| Transcript charges | 3,384.27 |
| Travel | 3,513.65 |
| Photocopies 10 pages at $0.10 per page | 1.00 |
| **Total Disbursements** | **$9,017.98** |

The above charges are based upon time and expense records available on or about the date of the attached letter. Such records are believed in good faith to be accurate and substantially up to date, but there may be fees and expenses that have not been processed as of such date which Lowenstein Sandler LLP may submit in the future. Lowenstein Sandler LLP reserves the right to amend this monthly statement at a later date.

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

**DISBURSEMENT DETAIL:**

| Date | Description | Amount |
|---|---|---|
| 06/02/15 | Searches VENDOR: Restructuring Concepts, LLC; INVOICE#: 30427; DATE: 6/2/2015 | $42.00 |
| 06/01/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 2.94 |
| 06/01/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 3.19 |
| 06/01/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 1.29 |
| 06/01/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 66.77 |
| 06/01/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 1.75 |
| 06/02/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 0.60 |
| 06/02/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 4.49 |
| 06/02/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 4.14 |
| 06/02/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 0.17 |
| 06/02/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 19.73 |
| 06/03/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 2.53 |
| 06/03/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 2.14 |
| 06/03/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 4.10 |
| 06/03/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 0.22 |
| 06/03/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 1.67 |
| 06/03/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 3.11 |
| 06/05/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 4.14 |
| 06/05/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 | 0.17 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

| | | |
|---|---|---|
| | GlobalMeetÂ® Audio NA - Toll Free - USA | |
| 06/05/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 0.10 |
| 06/05/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 4.96 |
| 06/05/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 3.35 |
| 06/05/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 1.11 |
| 06/05/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 8.44 |
| 06/05/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 26.56 |
| 06/05/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 4.10 |
| 06/05/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 0.22 |
| 06/07/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 17.42 |
| 06/09/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 2.88 |
| 06/09/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 1.66 |
| 06/09/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 9.70 |
| 06/09/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 10.72 |
| 06/10/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 6.81 |
| 06/10/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 4.14 |
| 06/10/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 0.17 |
| 06/11/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 1.84 |
| 06/11/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 2.91 |
| 06/12/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 1.42 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| | | |
|---|---|---|
| 06/12/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 3.38 |
| 06/12/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 88.81 |
| 06/12/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 70.91 |
| 06/13/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 1.54 |
| 06/13/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 4.10 |
| 06/13/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 0.21 |
| 06/13/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 3.02 |
| 06/14/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 0.16 |
| 06/14/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 56.13 |
| 06/14/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 15.48 |
| 06/14/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 4.14 |
| 06/15/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 10.35 |
| 06/16/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 12.66 |
| 06/16/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 13.69 |
| 06/16/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 4.14 |
| 06/16/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 0.16 |
| 06/16/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 9.07 |
| 06/17/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 6.27 |
| 06/18/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 0.17 |
| 06/18/15 | Long distance telephone - External VENDOR: Premiere | 62.24 |

| | | |
|---|---|---|
| | Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | |
| 06/18/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 3.92 |
| 06/18/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 0.42 |
| 06/18/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 1.71 |
| 06/18/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 3.05 |
| 06/18/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 4.10 |
| 06/18/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 0.22 |
| 06/18/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 2.80 |
| 06/18/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 1.80 |
| 06/18/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 3.61 |
| 06/18/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 0.82 |
| 06/18/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 4.14 |
| 06/19/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 2.93 |
| 06/19/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 1.62 |
| 06/19/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 8.24 |
| 06/19/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 4.10 |
| 06/19/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 0.21 |
| 06/19/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 27.58 |
| 06/19/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 9.61 |
| 06/19/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 | 0.09 |

| | | |
|---|---|---|
| | GlobalMeetÂ® Audio NA - Call Minimum Shortfall | |
| 06/19/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 4.86 |
| 06/19/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 4.14 |
| 06/19/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 0.16 |
| 06/19/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 4.14 |
| 06/19/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 0.16 |
| 06/19/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 4.14 |
| 06/19/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 0.16 |
| 06/19/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 3.47 |
| 06/19/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 0.95 |
| 06/19/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 33.71 |
| 06/22/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 2.80 |
| 06/22/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 1.77 |
| 06/22/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 1.57 |
| 06/22/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 3.30 |
| 06/26/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 2.80 |
| 06/26/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 1.73 |
| 06/26/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 7.08 |
| 06/26/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 4.14 |
| 06/26/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 0.16 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| | | |
|---|---|---|
| 06/26/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 2.70 |
| 06/26/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 1.88 |
| 06/26/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 18.47 |
| 06/26/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 3.30 |
| 06/26/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 1.14 |
| 06/26/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 89.84 |
| 06/26/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 3.35 |
| 06/26/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 1.09 |
| 06/26/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 3.48 |
| 06/26/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 0.97 |
| 06/26/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 4.14 |
| 06/26/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 0.16 |
| 06/26/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 4.10 |
| 06/26/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 0.21 |
| 06/29/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 5.98 |
| 06/30/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 1.37 |
| 06/30/15 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 18956127 DATE: 6/30/2015 GlobalMeetÂ® Audio NA - Toll Free - USA | 3.45 |
| 07/10/15 | Transcript Charges VENDOR: EcoScribe, LLC; INVOICE#: 51272; DATE: 7/16/2015 - Deposition of: Laura Bates | 1,806.22 |
| 07/15/15 | Transcript Charges VENDOR: EcoScribe, LLC; INVOICE#: 51275; DATE: 7/15/2015 - Deposition of: Amy Johnston Leddy | 824.70 |
| 07/23/15 | Transcript Charges VENDOR: TSG Reporting, Inc.; | 753.35 |

| | | |
|---|---|---|
| | INVOICE#: 071315-438578; DATE: 7/23/2015 Transcript Charges | |
| 07/12/15 | Travel - Accommodations VENDOR: Vislock, Nicholas; INVOICE#: 073015; DATE: 7/30/2015 Attend depositions in Boston | 314.74 |
| 07/15/15 | Travel - Accommodations VENDOR: Deleo, Anthony; INVOICE#: 072415; DATE: 7/24/2015 Attend deposition of Amy Leddy | 314.74 |
| 06/02/15 | Amtrak Rail travel VENDOR: American Express/Trv.; INVOICE#: 062815-1; DATE: 6/30/2015 - VENDOR: American Express/Trv. INVOICE#: 062815-1 DATE: 6/30/2015 Ticket# 4473018807 \| | -30.00 |
| 06/03/15 | Amtrak Rail travel VENDOR: American Express/Trv. INVOICE#: 062815-1 DATE: 6/30/2015 Ticket #: 5060316473; Route: NWK WIL NWK; Date: 06/08/2015; LTS #: 161258 | 265.00 |
| 06/03/15 | Amtrak Rail travel VENDOR: American Express/Trv. INVOICE#: 062815-1 DATE: 6/30/2015 Ticket #: 0648245974; Route: ; Date: ; LTS #: 161258 | 39.00 |
| 06/05/15 | Amtrak Rail travel VENDOR: American Express/Trv. INVOICE#: 062815-1 DATE: 6/30/2015 Ticket #: 5060515035; Route: NWK WIL NWK; Date: 06/08/2015; LTS #: 161476 | 338.00 |
| 06/05/15 | Amtrak Rail travel VENDOR: American Express/Trv. INVOICE#: 062815-1 DATE: 6/30/2015 Ticket #: 5060513305; Route: NWK WIL NWK; Date: 06/08/2015; LTS #: 161464 | 248.00 |
| 06/05/15 | Amtrak Rail travel VENDOR: American Express/Trv. INVOICE#: 062815-1 DATE: 6/30/2015 Ticket #: 0648340942; Route: ; Date: ; LTS #: 161476 | 39.00 |
| 06/05/15 | Amtrak Rail travel VENDOR: American Express/Trv. INVOICE#: 062815-1 DATE: 6/30/2015 Ticket #: 0648340931; Route: ; Date: ; LTS #: 161464 | 39.00 |
| 06/08/15 | Amtrak Rail travel VENDOR: American Express/Trv. INVOICE#: 062815-1 DATE: 6/30/2015 Ticket #: 5060812181; Route: NWK WIL NWK; Date: 06/09/2015; LTS #: 161574 | 320.00 |
| 06/08/15 | Amtrak Rail travel VENDOR: American Express/Trv. INVOICE#: 062815-1 DATE: 6/30/2015 Ticket #: 0648392523; Route: ; Date: ; LTS #: 161574 | 39.00 |
| 06/08/15 | Amtrak Rail travel VENDOR: American Express/Trv.; INVOICE#: 062815-1; DATE: 6/30/2015 - VENDOR: American Express/Trv. INVOICE#: 062815-1 DATE: 6/30/2015 Ticket # 2150066395 \| | -111.60 |
| 06/08/15 | Amtrak Rail travel VENDOR: American Express/Trv.; INVOICE#: 062815-1; DATE: 6/30/2015 - VENDOR: American Express/Trv. INVOICE#: 062815-1 DATE: 6/30/2015 Ticket# 3207079557 \| | -126.90 |
| 06/08/15 | Amtrak Rail travel VENDOR: American Express/Trv.; INVOICE#: 062815-1; DATE: 6/30/2015 - VENDOR: American Express/Trv. INVOICE#: 062815-1 DATE: 6/30/2015 Ticket# 5088067112 \| | -143.10 |
| 06/10/15 | Amtrak Rail travel VENDOR: American Express/Trv. INVOICE#: 062815-1 DATE: 6/30/2015 Ticket #: 5061009414; Route: NWK WIL NWK; Date: 06/17/2015; LTS #: 161788 | 338.00 |
| 06/10/15 | Amtrak Rail travel VENDOR: American Express/Trv. INVOICE#: 062815-1 DATE: 6/30/2015 Ticket #: | 39.00 |

| | | |
|---|---|---|
| | 0648486233; Route: ; Date: ; LTS #: 161788 | |
| 06/16/15 | Amtrak Rail travel VENDOR: American Express/Trv. INVOICE#: 062815-1 DATE: 6/30/2015 Ticket #: 5061610112; Route: NWK.WIL NWK; Date: 06/17/2015; LTS #: 162237 | 285.00 |
| 06/16/15 | Amtrak Rail travel VENDOR: American Express/Trv. INVOICE#: 062815-1 DATE: 6/30/2015 Ticket #: 5061614474; Route: NWK WIL NWK; Date: 06/17/2015; LTS #: 162291 | 438.00 |
| 06/16/15 | Amtrak Rail travel VENDOR: American Express/Trv. INVOICE#: 062815-1 DATE: 6/30/2015 Ticket #: 0648698008; Route: ; Date: ; LTS #: 162237 | 39.00 |
| 06/16/15 | Amtrak Rail travel VENDOR: American Express/Trv. INVOICE#: 062815-1 DATE: 6/30/2015 Ticket #: 0648715815; Route: ; Date: ; LTS #: 162291 | 39.00 |
| 06/16/15 | Amtrak Rail travel VENDOR: American Express/Trv.; INVOICE#: 062815-1; DATE: 6/30/2015 - VENDOR: American Express/Trv. INVOICE#: 062815-1 DATE: 6/30/2015 Ticket#9387520844 \| | 285.00 |
| 06/17/15 | Amtrak Rail travel VENDOR: American Express/Trv.; INVOICE#: 062815-1; DATE: 6/30/2015 - VENDOR: American Express/Trv. INVOICE#: 062815-1 DATE: 6/30/2015 Ticket # 7322579586 \| | -90.00 |
| 07/14/15 | Amtrak Rail travel VENDOR: Deleo, Anthony; INVOICE#: 072415; DATE: 7/24/2015 Attend deposition of Amy Leddy | 117.00 |
| 07/13/15 | Meals (local) VENDOR:Vislocky, Nicholas B.; INVOICE#: 071515; DATE: 7/15/2015 Travel to and from Boston for depositions of Smith and Stockmal | 34.88 |
| 07/13/15 | Out of town ground travel (mileage, taxi, tolls etc...) VENDOR:Vislocky, Nicholas B. .; INVOICE#: 071515; DATE: 7/15/2015 Travel to and from Boston for depositions of Smith and Stockmal | 127.00 |
| 07/14/15 | Out of town ground travel (mileage, taxi, tolls etc...) VENDOR: Deleo, Anthony; INVOICE#: 072415; DATE: 7/24/2015 Attend deposition of Amy Leddy- taxi | 33.30 |
| 07/15/15 | Meals (out of town travel) VENDOR: Deleo, Anthony; INVOICE#: 072415; DATE: 7/24/2015 Attend deposition of Amy Leddy | 27.90 |
| 05/22/15 | Local Travel VENDOR: Elite Limousine Plus Inc.; INVOICE#: 1635141; DATE: 5/22/2015 - From: LS - NY Office / To: 1247 Beach 9 Street / Travel Date: 5/13/2015 | 114.72 |
| 06/08/15 | Local Travel VENDOR: Levine, Sharon L.; INVOICE#: 070115; DATE: 7/1/2015 Attend hearings in Delaware 6/8 and 6/17 | 66.60 |
| 07/01/15 | Local Travel VENDOR: My Limousine Service; INVOICE#: 69293; DATE: 7/7/2015 - From: 10 Woodcroft Pl, Short Hills NJ / To: CNWK 2V / Travel Date: 07/01/2015 | 74.37 |
| | Federal Express | 103.65 |
| 04/06/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 04/06/2015 Court: VAEBK Pages: 191 | $19.10 |
| 04/06/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 04/06/2015 Court: NYSBK Pages: 53 | 5.30 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| | | |
|---|---|---|
| 04/09/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 04/09/2015 Court: VAEBK Pages: 133 | 13.30 |
| 04/08/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 04/08/2015 Court: NYSBK Pages: 10 | 1.00 |
| 04/08/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 04/08/2015 Court: DEBK Pages: 630 | 63.00 |
| 04/09/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 04/09/2015 Court: DEBK Pages: 550 | 55.00 |
| 04/22/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 04/22/2015 Court: DEBK Pages: 2 | 0.20 |
| 04/28/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 04/28/2015 Court: DEBK Pages: 30 | 3.00 |
| 04/29/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 04/29/2015 Court: DEBK Pages: 69 | 6.90 |
| 04/30/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 04/30/2015 Court: DEBK Pages: 43 | 4.30 |
| 04/13/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 04/13/2015 Court: NJBK Pages: 5 | 0.50 |
| 04/10/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 04/10/2015 Court: DEBK Pages: 434 | 43.40 |
| 04/16/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 04/16/2015 Court: DEBK Pages: 14 | 1.40 |
| 04/20/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 04/20/2015 Court: DEBK Pages: 21 | 2.10 |
| 05/04/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 05/04/2015 Court: CTBK Pages: 34 | 3.40 |
| 05/01/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 05/01/2015 Court: DEBK Pages: 135 | 13.50 |
| 05/04/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 05/04/2015 Court: DEBK Pages: 352 | 35.20 |
| 05/05/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 05/05/2015 Court: DEBK Pages: 67 | 6.70 |
| 05/11/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 05/11/2015 Court: ILNBK Pages: 94 | 9.40 |
| 05/18/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 05/18/2015 Court: INNDC Pages: 37 | 3.70 |
| 05/04/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 05/04/2015 Court: NJBK Pages: 122 | 12.20 |
| 05/04/15 | Computerized legal research: Pacer: VENDOR: Pacer | 8.40 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| | | |
|---|---|---|
| | Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 05/04/2015 Court: NYSBK Pages: 84 | |
| 05/03/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 05/03/2015 Court: VAEBK Pages: 62 | 6.20 |
| 05/14/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 05/14/2015 Court: VAEBK Pages: 116 | 11.60 |
| 05/06/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 05/06/2015 Court: DEBK Pages: 140 | 14.00 |
| 05/07/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 05/07/2015 Court: DEBK Pages: 479 | 47.90 |
| 05/12/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 05/12/2015 Court: DEBK Pages: 10 | 1.00 |
| 05/14/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 05/14/2015 Court: DEBK Pages: 14 | 1.40 |
| 05/15/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 05/15/2015 Court: DEBK Pages: 30 | 3.00 |
| 05/18/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 05/18/2015 Court: DEBK Pages: 336 | 33.60 |
| 05/22/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 05/22/2015 Court: DEBK Pages: 2 | 0.20 |
| 06/01/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 06/01/2015 Court: DEBK Pages: 12 | 1.20 |
| 06/02/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 06/02/2015 Court: DEBK Pages: 9 | 0.90 |
| 06/08/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 06/08/2015 Court: DEBK Pages: 36 | 3.60 |
| 06/09/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 06/09/2015 Court: DEBK Pages: 7 | 0.70 |
| 05/21/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 05/21/2015 Court: NJBK Pages: 133 | 13.30 |
| 06/19/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 06/19/2015 Court: NJBK Pages: 69 | 6.90 |
| 06/11/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 06/11/2015 Court: NYSBK Pages: 80 | 8.00 |
| 06/13/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 06/13/2015 Court: NYSBK Pages: 60 | 6.00 |
| 06/19/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 06/19/2015 Court: NYSBK Pages: 2 | 0.20 |
| 06/07/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: | 6.20 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| | | |
|---|---|---|
| | 7/15/2015 Date: 06/07/2015 Court: VAEBK Pages: 62 | |
| 06/12/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 06/12/2015 Court: VAEBK Pages: 268 | 26.80 |
| 06/13/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 06/13/2015 Court: VAEBK Pages: 146 | 14.60 |
| 06/11/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 06/11/2015 Court: DEBK Pages: 13 | 1.30 |
| 06/12/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 06/12/2015 Court: DEBK Pages: 48 | 4.80 |
| 06/15/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 06/15/2015 Court: DEBK Pages: 164 | 16.40 |
| 06/16/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 06/16/2015 Court: DEBK Pages: 30 | 3.00 |
| 06/19/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 06/19/2015 Court: DEBK Pages: 196 | 19.60 |
| 05/22/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 05/22/2015 Court: NJBK Pages: 5 | 0.50 |
| 05/28/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 05/28/2015 Court: NJBK Pages: 15 | 1.50 |
| 05/29/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 05/29/2015 Court: NJBK Pages: 8 | 0.80 |
| 06/02/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 06/02/2015 Court: NJBK Pages: 22 | 2.20 |
| 06/03/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 06/03/2015 Court: NJBK Pages: 10 | 1.00 |
| 06/04/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 06/04/2015 Court: NJBK Pages: 4 | 0.40 |
| 06/05/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 06/05/2015 Court: NJBK Pages: 47 | 4.70 |
| 06/07/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 06/07/2015 Court: NJBK Pages: 13 | 1.30 |
| 06/08/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 06/08/2015 Court: NJBK Pages: 95 | 9.50 |
| 06/09/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 06/09/2015 Court: NJBK Pages: 8 | 0.80 |
| 06/10/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 06/10/2015 Court: NJBK Pages: 3 | 0.30 |
| 05/29/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 05/29/2015 Court: NYSBK Pages: 144 | 14.40 |

| | | |
|---|---|---|
| 05/19/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 05/19/2015 Court: DEBK Pages: 4 | 0.40 |
| 05/21/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 05/21/2015 Court: DEBK Pages: 2 | 0.20 |
| 07/07/15 | Computerized legal research: Westlaw: User Name: WALDRON,KEARA / Duration of Search: 00:00 / Transaction: 132 / Docs/Lines: 0 | 226.98 |
| 07/01/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 07/02/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 07/03/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 07/04/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 07/05/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 07/06/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 07/07/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 06/25/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 06/25/2015 Court: NJBK Pages: 3 | 0.30 |
| 06/30/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 06/30/2015 Court: NJBK Pages: 2 | 0.20 |
| 06/22/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22015 DATE: 7/15/2015 Date: 06/22/2015 Court: DEBK Pages: 64 | 6.40 |
| 07/08/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 07/09/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 07/10/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 07/11/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 07/12/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 07/13/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 07/14/15 | Computerized legal research: Westlaw: User Name: | 8.00 |

| Date | Description | Amount |
|---|---|---|
| | VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 12 / Docs/Lines: 0 | |
| 07/15/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 07/16/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 07/17/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 07/18/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 07/19/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 07/20/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 07/21/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 4 / Docs/Lines: 0 | 8.00 |
| 07/22/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 07/23/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 07/24/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 07/27/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 07/28/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 07/29/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 07/30/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 07/31/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| | Internal photocopies: 10 pages at $0.10 per page | 1.00 |
| | Total Disbursements | $9,017.98 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**