UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>THE STANDARD REGISTER<br>COMPANY, et al | ) CHAPTER 11<br>)<br>)<br>)<br>)<br>) CASE NO.   15-10541 BLS<br>) |

## NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to Local Bankruptcy Rule 9010-4, the undersigned attorneys, hereby gives notice that he is withdrawing as counsel for Debtors. Benjamin Swartzendruber hereby enters his appearance as attorney of record for the Treasurer of Arapahoe County ("Arapahoe County Treasurer"). The undersigned requests that the Court and all other interested parties remove Robert Hill from all notices, pleadings and other documents filed in this proceeding.

The Arapahoe County Treasurer requests that all notices, pleadings and other documents filed in this proceeding be mailed to:

**Benjamin Swartzendruber, Esq.**
Assistant County Attorney
Arapahoe County, Colorado
5334 S. Prince St.
Littleton, CO 80120-1136

and via email to: bswartzendruber@arapahoegov.com and wrossman@arapahoegov.com


Respectfully submitted this 14th day of August, 2015.

                                            RONALD A. CARL #21673
                                            ARAPAHOE COUNTY ATTORNEY

                                            By: _____
                                            Robert Hill #32974
                                            Senior Assistant County Attorney
                                            5334 S. Prince Street
                                            Littleton, CO  80166
                                            (303) 795-4639

RONALD A. CARL #21673
ARAPAHOE COUNTY ATTORNEY

By: /s/
Benjamin Swartzendruber # 37074
Assistant County Attorney
5334 S. Prince Street
Littleton, CO 80120
(303) 795-4639

CERTIFICATE OF SERVICE

This is to certify that on this 14th day of August, 2015 a true and correct copy of Notice of Substitution of Counsel was served via ECF Electronic filing.

/s/Wendy Rossman