IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION COMPANY, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered)<br><br>RE: Docket No. 860 |

**CERTIFICATION OF COUNSEL REGARDING FIRST INTERIM
APPLICATION OF JEFFERIES LLC FOR ALLOWANCE OF
COMPENSATION FOR SERVICES RENDERED AND FOR
REIMBURSEMENT OF EXPENSES AS INVESTMENT BANKER TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
PERIOD FROM MARCH 24, 2015 THROUGH MAY 31, 2015**

I, Justin K. Edelson, of Polsinelli PC, counsel to the Official Committee of Unsecured Creditors (the "**Committee**") appointed in the chapter 11 cases (the "**Chapter 11 Cases**") of the above-captioned debtors and debtors-in-possession (the "**Debtors**"), hereby certify as follows:

1. On July 20, 2015, Jefferies LLC ("**Jefferies**") filed the *First Interim Application of Jefferies LLC for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Investment Banker to the Official Committee of Unsecured Creditors for the Period from March 24, 2015 through May 31, 2015* [Docket No. 860] (the "**Interim Fee Application**").

2. The objection deadline for the Interim Fee Application was August 11, 2015. Jefferies received an informal response from the Office of the United States Trustee (the "**UST**"). No other responses or objections were received.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

50987393.1

3. Pursuant to the request of the UST, Jefferies provided the UST with certain additional information related to the First Interim Fee Application. The concerns of the UST have now been resolved.

4. Attached hereto as <u>Exhibit A</u> is a proposed form of order approving the First Interim Fee Application.

5. Accordingly, Jefferies respectfully requests that the Court enter the Order attached hereto as <u>Exhibit A</u> at its earliest convenience.

Dated: August 17, 2015          Respectfully submitted,

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Sharon L. Levine, Esq.
Wojciech F. Jung, Esq.
Andrew Behlmann, Esq.
65 Livingston Avenue
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*-and-*

Gerald C. Bender, Esq.
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402

*Counsel to the Committee*

*-and-*

**POLSINELLI PC**

/s/ *Justin K. Edelson*
Christopher A. Ward (DE Bar No. 3877)
Justin K. Edelson (DE Bar No. 5002)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
jedelson@polsinelli.com

*Delaware Counsel to the Committee*

50987393.1