## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON AUGUST 18, 2015 AT 10:00 A.M. (ET)

> **\*\*AS NO MATTERS ARE GOING FORWARD, THIS HEARING
> HAS BEEN CANCELLED WITH PERMISSION OF THE COURT\*\***

### ADJOURNED/RESOLVED MATTERS

1.      Debtors' Motion for (I) an Order (A) Establishing Sale Procedures Relating to the Sale of Substantially All of the Debtors' Assets; (B) Approving Bid Protections; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts; (D) Approving Form and Manner of Notice of All Procedures, Protections, Schedules, and Agreements; (E) Scheduling a Hearing to Consider the Proposed Sale; and (F) Granting Certain Related Relief; and (II) an Order (A) Approving the Sale of Substantially All of the Debtors' Assets and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale [D.I. 23; 3/12/15] (***This matter is scheduled solely with respect to cure/contract objections***)

   Related Documents:

   a)      Order (I) Establishing Sale Procedures Relating to the Sale of Substantially All of the Debtors' Assets; (II) Approving the Maximum Reimbursement Amount; (III) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts; (IV) Approving Form and Manner of Notice of All Procedures,

---

[1]     The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2]     **Amended items appear in bold.**

Protections, Schedules, and Agreements; (V) Scheduling a Hearing to Consider the Proposed Sale; and (VI) Granting Certain Related Relief [D.I. 286; 4/15/15]

b)   Notice of Sale, Sale Procedures, Auction and Sale Hearing [D.I. 295; 4/16/15]

c)   Notice of (I) Entry into Stalking Horse Agreement and (II) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially All of the Debtors' Assets [D.I. 307; 4/17/15]

d)   First Amended Notice of (I) Entry into Stalking Horse Agreement and (II) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially All of the Debtors' Assets [D.I. 356; 4/27/15]

e)   Second Amended Notice of (I) Entry into Stalking Horse Agreement and (II) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially All of the Debtors' Assets [D.I. 461; 5/8/15]

f)   Corrected Second Amended Notice of (I) Entry into Stalking Horse Agreement and (II) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially All of the Debtors' Assets [D.I. 497; 5/11/15]

g)   Third Amended Notice of (I) Entry into Stalking Horse Agreement and (II) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially All of the Debtors' Assets [D.I. 515; 5/14/15]

h)   Supplement to Debtors' Sale Motion [D.I. 559; 5/27/15]

i)   Debtors' Omnibus Reply in Support of the Sale Motion [D.I. 667; 6/15/15]

j)   Notice of Filing of Final List of Executory Contracts and Unexpired Leases That May be Potentially Assumed and Assigned in Connection with the Sale of Substantially All of the Debtors' Assets [D.I. 681; 6/16/15]

k)   Order (I) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests; (II) Authorizing the Assumption and Assignment of Certain Executory

01:17537265.1

Contracts and Unexpired Leases; and (III) Granting Certain Related Relief [D.I. 698; 6/19/15]

l)      Notice of Filing of Final Form of Asset Purchase Agreement Entered into By and Between the Debtors and the Back-Up Bidder in Connection with the Sale of Substantially All of the Debtors' Assets [D.I. 699; 6/19/15]

m)      First Supplemental Cure Notice Setting Forth (I) Resolution of Previously-Adjourned Contract Objections and (II) Agreed-Upon Modifications to Cure List Approved by Sale Order [D.I. 819; 7/10/15]

n)      Second Supplemental Cure Notice Setting Forth Resolution of Previously-Adjourned Contract Objections [D.I. 877; 7/28/15]

o)      Third Supplemental Cure Notice Setting Forth Resolution of Previously-Adjourned Contract Objections [D.I. 912; 8/7/15]

Objection Deadline with Respect to the Proposed Cure Amounts:    May 8, 2015 at 4:00 p.m. (ET) [Extended for various parties]

Objections/Responses Received with Respect to Proposed Cure Amounts:

p)      Limited Objection by GCCFC 2005-GG5 Terminus Industrial Limited Partnership to Proposed Cure Amount [D.I. 441; 5/8/15]

q)      Limited Objection of Seebridge Media LLC to Proposed Cure Amounts [D.I. 445; 5/8/15]

r)      Objection by CareSource Management Group Co. to Proposed Cure Amount [D.I. 446; 5/8/15]

s)      Xerox Corporation's Objection to Proposed Cure Amounts [D.I. 457; 5/8/15]

t)      Objection of Memorial Hermann Health System to Proposed Cure Amount [D.I. 459; 5/8/15]

u)      Limited Objection of Customgraphix Printing Corp. to Proposed Cure Amount [D.I. 598; 6/3/15]

v)      Informal Response to Proposed Cure Amount by Canon Financial Services, Inc.

w)      Informal Response of Oce Printing Systems USA, Inc. and Oce Financial Services, Inc.

3

Status:          With respect to the responses listed as items (q), (s), (u), (v) and (w), these matters have been resolved as reflected in the supplemental cure lists filed on July 28, 2015, and August 7, 2015.  The remaining contract objections are adjourned to the next scheduled omnibus hearing on September 14, 2015.  No hearing is necessary.

2.      Georgia-Pacific Consumer Products LP's Motion for Relief from the Automatic Stay to Permit Setoff Under Section 553 of the Bankruptcy Code [D.I. 198; 4/6/15]

Related Documents:          None.

Objection Deadline:          May 5, 2015 at 4:00 p.m. (ET) [Extended for the Debtors and Silver Point Finance, LLC]

Objections/Responses Received:      None to date.

Status:          This matter has been adjourned to the next scheduled omnibus hearing on September 14, 2015.  The Debtors and Georgia Pacific have reached an agreement regarding Georgia Pacific's cure amount. In the event that Georgia-Pacific's contract is rejected in conjunction with the ongoing sale process, all parties' rights are reserved with respect to setoff and the allocation thereof.

3.      Debtors' Motion for Entry of an Order, Pursuant to Section 1121(d) of the Bankruptcy Code, Extending the Exclusive Periods for the Filing of a Chapter 11 Plan and Solicitation and Acceptance Thereof [D.I. 795; 7/8/15]

Related Documents:

        a)      Certificate of No Objection [D.I. 874; 7/27/15]

        b)      Order, Pursuant to Section 1121(d) of the Bankruptcy Code, Extending the Exclusive Periods for the Filing of a Chapter 11 Plan and Solicitation and Acceptance Thereof [D.I. 878; 7/28/15]

Objection Deadline:          July 22, 2015 at 4:00 p.m. (ET)

Objections/Responses Received:      None.

Status:          An order has been entered by the Court.  No hearing is necessary.

4.      Debtors' Motion for Order Pursuant to 11 U.S.C. § 1113(c) Authorizing Rejection of (I) that Certain Agreement By and Between the Graphic Communications Conference/International Brotherhood of Teamsters, Local No. 197-M and The Standard Register Company, Dated as of February 2, 2015, and (II) that Certain Agreement By and Between the Graphic Communications Union Local No. 594S, Subordinate to the

Graphic Communications Conference of the International Brotherhood of Teamsters District Council, 9 and The Standard Register Company, Dated as of May 1, 2014, *Nunc Pro Tunc* to July 31, 2015 [D.I. 895; 8/4/15]

Related Documents:        None.

Objection Deadline:        August 11, 2015 at 4:00 p.m. (ET) [Extended to September 3, 2015 at 12:00 p.m. (ET) for the Union]

Objections/Responses Received:

        a)        Informal Response from the Union

Status:        This matter has been adjourned to the next scheduled omnibus hearing on September 14, 2015.

## UNCONTESTED MATTERS WITH CERTIFICATIONS FILED

5.        Debtors' Motion to Change Corporate Names and Amend Case Caption [D.I. 876; 7/28/15]

Related Documents:

        a)        Certification of Counsel [D.I. 925; 8/14/15]

        **b)**        **Order Amending Case Caption [D.I. 931; 8/14/15]**

Objection Deadline:        August 11, 2015 at 4:00 p.m. (ET)

Objections/Responses Received:        None.

**Status:**        **An order has been entered by the Court.  No hearing is necessary.**

6.        First Interim Fee Requests of Various Retained Professionals.  Please refer to Exhibit 1, attached hereto.

Related Documents:

        a)        Certification of Counsel [D.I. 926; 8/14/15]

        **b)**        **Omnibus Order Approving Certain First Interim Fee Applications [D.I. 930; 8/14/15]**

Objection Deadline:        Varies per individual applications.

Objections/Responses Received:

   c)     Informal Response from the Office of the United States Trustee to Various
          Interim Applications

**Status:**        **An order has been entered by the Court.  No hearing is necessary.**

## CONTESTED MATTER GOING FORWARD

7.     First Interim Application of Jefferies LLC for Allowance of Compensation for Services
       Rendered and for Reimbursement of Expenses as Investment Banker to the Official
       Committee of Unsecured Creditors for the Period from March 24, 2015 Through May 31,
       2015 [D.I. 860; 7/20/15]

       Related Documents:

          a)     First Monthly Application of Jefferies LLC for Allowance of
                 Compensation for Services Rendered and for Reimbursement of Expenses
                 as Investment Banker to the Official Committee of Unsecured Creditors
                 for the Period from March 24, 2015 Through May 31, 2015 [D.I. 758;
                 6/30/15]

          **b)     Certification of Counsel [D.I. 934; 8/17/15]**

       Objection Deadline:              August 11, 2015 at 4:00 p.m. (ET)

       Objections/Responses Received:

          c)     Informal Response from the Office of the United States Trustee

**Status:**        **Jefferies LLC has addressed the informal comments provided by the
                   United States Trustee, and in furtherance thereof, has submitted a
                   proposed form of order under certification of counsel.  No hearing is
                   necessary.**

01:17537265.1

Dated:  August 17, 2015
        Wilmington, Delaware

*/s/ Andrew L. Magaziner*
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
mnestor@ycst.com
kcoyle@ycst.com
amagaziner@ycst.com

-and-

Michael A. Rosenthal (NY No. 4697561)
Samuel A. Newman (CA No. 217042)
Jeremy L. Graves (CO No. 45522)
Matthew G. Bouslog (CA No. 280978)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone:  (212) 351-4000
Facsimile:  (212) 351-4035
mrosenthal@gibsondunn.com
snewman@gibsondunn.com
jgraves@gibsondunn.com
mbouslog@gibsondunn.com

*Counsel to the Debtors and
Debtors in Possession*

01:17537265.1

# EXHIBIT 1

**A.**    **First Interim Fee Request of Young Conaway Stargatt & Taylor, LLP [D.I. 844; 7/15/15]**

1.    First Monthly Fee Application for the Period from March 12, 2015 through March 31, 2015 [D.I. 348; 4/24/15]

2.    Certificate of No Objection [D.I. 512; 5/13/15]

3.    Second Monthly Fee Application for the Period from April 1, 2015 through April 30, 2015 [D.I. 520; 5/18/15]

4.    Certificate of No Objection [D.I. 701; 6/19/15]

5.    Third Monthly Fee Application for the Period from May 1, 2015 through May 31, 2015 [D.I. 673; 6/15/15]

6.    Certificate of No Objection [D.I. 769; 7/2/15]

7.    Fourth Monthly Fee Application for the Period from June 1, 2015 through June 30, 2015 [D.I. 771; 7/2/15]

8.    Certificate of No Objection [D.I. 858; 7/20/15]

9.    Supplement to First Interim Fee Application [D.I. 885; 7/31/15]

**B.**    **First Interim Fee Request of Gibson, Dunn & Crutcher LLP [D.I. 844; 7/15/15]**

1.    First Monthly Fee Application for the Period from March 12, 2015 through March 31, 2015 [D.I. 347; 4/24/15]

2.    Certificate of No Objection [D.I. 511; 5/13/15]

3.    Second Monthly Fee Application for the Period from April 1, 2015 through April 30, 2015 [D.I. 519; 5/18/15]

4.    Certificate of No Objection [D.I. 700; 6/19/15]

5.    Third Monthly Fee Application for the Period from May 1, 2015 through May 31, 2015 [D.I. 672; 6/15/15]

6.    Certificate of No Objection [D.I. 768; 7/2/15]

7.    Fourth Monthly Fee Application for the Period from June 1, 2015 through June 30, 2015 [D.I. 770; 7/2/15]

8.      Certificate of No Objection [D.I. 857; 7/20/15]

9.      Supplement to First Interim Fee Application [D.I. 883; 7/31/15]

**C.      First Interim Fee Request of Prime Clerk LLC [D.I. 844; 7/15/15]**

1.      First Monthly Fee Application for the Period from March 12, 2015 through March 31, 2015 [D.I. 357; 4/28/15]

2.      Certificate of No Objection [D.I. 531; 5/19/15]

3.      Second Monthly Fee Application for the Period from April 1, 2015 through April 30, 2015 [D.I. 553; 5/22/15]

4.      Certificate of No Objection [D.I. 652; 6/10/15]

5.      Third Monthly Fee Application for the Period from May 1, 2015 through May 31, 2015 [D.I. 743; 6/26/15]

6.      Certificate of No Objection [D.I. 842; 7/15/15]

**D.      First Interim Fee Request of Dinsmore & Shohl LLP [D.I. 844; 7/15/15]**

1.      First Monthly Fee Application for the Period from March 12, 2015 through March 31, 2015 [D.I. 367; 4/30/15]

2.      Certificate of No Objection [D.I. 532; 5/19/15]

3.      Second Monthly Fee Application for the Period from April 1, 2015 through April 30, 2015 [D.I. 627; 6/5/15]

4.      Certificate of No Objection [D.I. 726; 6/24/15]

5.      Third Monthly Fee Application for the Period from May 1, 2015 through May 31, 2015 [D.I. 720; 6/24/15]

6.      Certificate of No Objection [D.I. 827; 7/13/15]

7.      Fourth Monthly Fee Application for the Period from June 1, 2015 through June 30, 2015 [D.I. 777; 7/6/15]

8.      Certificate of No Objection [D.I. 869; 7/23/15]

9.      Supplement to First Interim Fee Application [D.I. 886; 7/31/15]

01:17537265.1

E.    **First Interim Fee Request of Lazard Frères and Co. LLC and Lazard Middle Market LLC [D.I. 844; 7/15/15]**

   1.    First Monthly Fee Application for the Period from March 12, 2015 through April 30, 2015 [D.I. 626; 6/5/15]

   2.    Certificate of No Objection [D.I. 725; 6/24/15]

   3.    Second Monthly Fee Application for the Period from May 1, 2015 through May 31, 2015 [D.I. 715; 6/22/15]

   4.    Certificate of No Objection [D.I. 810; 7/9/15]

F.    **First Interim Fee Request of Lowenstein Sandler LLP [D.I. 839; 7/15/15]**

   1.    First Monthly Fee Application for the Period from March 24, 2015 through March 31, 2015 [D.I. 529; 5/19/15]

   2.    Certificate of No Objection [D.I. 718; 6/23/15]

   3.    Second Monthly Fee Application for the Period from April 1, 2015 through April 30, 2015 [D.I. 640; 6/9/15]

   4.    Certificate of No Objection [D.I. 745; 6/26/15]

   5.    Third Monthly Fee Application for the Period from May 1, 2015 through May 31, 2015 [D.I. 676; 6/16/15]

   6.    Certificate of No Objection [D.I. 779; 7/6/15]

G.    **First Interim Fee Request of Polsinelli PC [D.I. 840; 7/15/15]**

   1.    First Monthly Fee Application for the Period from March 24, 2015 through March 31, 2015 [D.I. 561; 5/28/15]

   2.    Certificate of No Objection [D.I. 688; 6/17/15]

   3.    Second Monthly Fee Application for the Period from April 1, 2015 through April 30, 2015 [D.I. 641; 6/9/15]

   4.    Certificate of No Objection [D.I. 746; 6/26/15]

   5.    Third Monthly Fee Application for the Period from May 1, 2015 through May 31, 2015 [D.I. 680; 6/16/15]

   6.    Certificate of No Objection [D.I. 780; 7/6/15]

   7.    Supplement to First Interim Fee Application [D.I. 900; 8/5/15]

**H.**    **First Interim Fee Request of Zolfo Cooper, LLC [D.I. 841; 7/15/15]**

    1.    First Monthly Fee Application for the Period from March 24, 2015 through April 30, 2015 [D.I. 664; 6/12/15]

    2.    Certificate of No Objection [D.I. 790; 7/7/15]

    3.    Second Monthly Fee Application for the Period from May 1, 2015 through May 31, 2015 [D.I. 721; 6/24/15]

    4.    Certificate of No Objection [D.I. 826; 7/13/15]

01:17537265.1