## EXHIBIT C

**BUDGETED AMOUNT**
<u>July</u>
$100,000

**PROFESSIONAL RATES**
<u>July</u>

| | |
|---|---|
| Michael R. Nestor | $725.00 |
| Kara Hammond Coyle | $485.00 |
| Michael S. Neiburg | $445.00 |
| Andrew Magaziner | $400.00 |
| Elizabeth S. Justison | $310.00 |
| Troy Bollman | $190.00 |
| Chad A. Corazza | $180.00 |

**BUDGETED HOURS**
<u>July</u>

| | |
|---|---|
| Michael R. Nestor | 22.7 |
| Kara Hammond Coyle | 36.3 |
| Michael S. Neiburg | 18 |
| Andrew Magaziner | 131.3 |
| Elizabeth S. Justison | 16.3 |
| Troy Bollman | 33.1 |
| Chad A. Corazza | 3.3 |
| TOTAL | 261 |

**BUDGETED FEES**
<u>July</u>

| | |
|---|---|
| Michael R. Nestor | $16,457.50 |
| Kara Hammond Coyle | $17,605.50 |
| Michael S. Neiburg | $8,010.00 |
| Andrew Magaziner | $52,520.00 |
| Elizabeth S. Justison | $5,053.00 |
| Troy Bollman | $6,289.00 |
| Chad A. Corazza | $594.00 |
| TOTAL | $106,529.00 |

**BUDGETED EXPENSES**
<u>July</u>
$7,555.83

| | |
|---|---|
| TOTAL FEES & EXPENSES | $114,084.83 |

| PROFESSIONAL | POSITION OF PROFESSIONAL; NUMBER OF YEARS IN THAT POSITION; YEAR OBTAINING LICENSE TO PRACTICE, IF APPLICABLE |
|---|---|
| Michael R. Nestor | Partner since 2003; joined firm as associate in 1998; member of PA and NJ bars since 1995; member of DE bar since 1996. |
| Kara Hammond Coyle | Partner since 2014. Joined firm as an associate in 2003. Member of DE Bar since 2003. |
| Michael S. Neiburg | Joined firm as an associate in 2008. Member of DE Bar since 2009. |
| Andrew Magaziner | Joined firm as an associate in 2009. Member of DE Bar since 2009. |
| Elizabeth S. Justison | Joined firm as an associate in 2013. Member of DE Bar since 2013. |
| Troy Bollman | Paralegal |
| Chad A. Corazza | Paralegal |