## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | **Hearing Date: Sept. 14, 2015 at 10:00 a.m. (ET)** <br> **Obj. Deadline: Sept. 1, 2015 at 4:00 p.m. (ET)** |

## FOURTH MONTHLY & FINAL FEE APPLICATION OF
## LAZARD FRÈRES AND CO. LLC AND LAZARD MIDDLE MARKET LLC,
## AS INVESTMENT BANKER TO THE DEBTORS FOR ALLOWANCE OF
## COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTHLY
## PERIOD FROM JULY 1, 2015 THROUGH JULY 31, 2015, AND THE FINAL PERIOD
## FROM MARCH 12, 2015 THROUGH JULY 31, 2015

| | |
|---|---|
| Name of Applicant: | Lazard Frères & Co. LLC and Lazard Middle Market |
| Authorized to Provide Professional Services to: | Debtors and Debtors-In-Possession |
| Date of Retention: | April 13, 2015, *nunc pro tunc* to March 12, 2015 |
| Monthly Period for which compensation is sought: | July 1, 2015 through July 31, 2015 |
| Final Period for which compensation is sought: | March 12, 2015 through July 31, 2015 |
| Amount of Monthly Compensation sought as actual, reasonable, and necessary: | $3,600,000.00[2] |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001).  The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] Lazard's retention was approved pursuant to the terms set forth in the Engagement Letter dated December 27, 2014, (the "Engagement Letter").  Prior to the commencement of these cases, the Debtors paid Lazard $100,000 for the month of March 2015 pursuant to its Engagement Letter.

Amount of Monthly Expense Reimbursement sought
as actual, reasonable, and necessary:                    $2,549.26

Amount of Final Compensation sought as actual,
reasonable, and necessary:                    $3,900,000.00[3]

Amount of Final Expense Reimbursement sought
as actual, reasonable, and necessary:                    $121,481.22

Less: Amounts Paid to Date:                    $398,931.96

Net Amount of Requested:                    $3,622,549.26

This is a(n): _X_ monthly        __ interim        _X_        final application

Previous Applications Filed to Date:

| Date & Docket No. | Period Covered | Requested Fees | Requested Expenses | CNO Date & Docket No. | Approved Fees | Approved Expenses | Amounts Paid | Balance Due |
|---|---|---|---|---|---|---|---|---|
| 06/05/15 626 | 03/12/15 through 04/30/15 | $100,000.00 | $24,624.31 | 06/24/15 725 | $100,000.00 | $24,624.31 | $124,624.31 | $0.00 |
| 06/22/15 715 | 05/01/15 through 05/31/15 | $100,000.00 | $38,203.31 | 07/09/15 810 | $100,000.00 | $38,203.31 | $138,203.31 | $0.00 |
| 07/20/15 856 | 06/01/15 through 06/30/15 | $100,000.00 | $56,104.34 | 08/06/15 906 | $80,000.00 | $56,104.34 | $136,104.34 | $20,000.00 |
| Current | 7/01/15 through 07/31/15 | $100,000.00 | $2,549.26 | Objection Deadline [09/01/15] | n/a | n/a | n/a | $102,549.26 |
| Current | 07/01/15 through 07/31/15 | $3,500,000.00 | NA | Objection Deadline [09/01/15] | n/a | n/a | n/a | $3,500,000.00 |
| Total | 03/12/15 through 07/31/15 | $3,900,000.00 | $121,481.22 | n/a | $280,000.00 | $118,931.96 | $398,931.96 | $3,622,549.26 |

---

[3] See Exhibit D for a detailed fee calculation.

**LAZARD PROFESSIONALS**
**JULY 1, 2015 THROUGH JULY 31, 2015**

| Name of Professional Individual | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew Torgove | Managing Director | n/a | 34.0 | n/a |
| Dermott O'Flanagan | Director | n/a | 16.0 | n/a |
| Nick Verhein | Financial Analyst | n/a | 1.0 | n/a |
| **TOTALS** | | | **51.0** | **$3,600,000.00** |

**COMPENSATION BY PROJECT CATEGORY**
**JULY 1, 2015 THROUGH JULY 31, 2015**

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Interface with Professionals, Official Committees, and Other Parties-In-Interest | 24.0 | n/a |
| Business Operations Planning, Monitoring, Reporting and Analysis | 1.0 | n/a |
| Preparation and/or review of Court Filings | 0.0 | n/a |
| Court Testimony/Deposition and Preparation | 0.0 | n/a |
| Valuation Analysis | 0.0 | n/a |
| Capital Structure Review and Analysis | 0.0 | n/a |
| Merger & Acquisition Activity | 26.0 | n/a |
| General Corporate Finance, Research and Analysis, and Other Due Diligence | 0.0 | n/a |
| Fee Application, Engagement | 0.0 | n/a |
| Employee Incentive Plans and Compensation | 0.0 | n/a |
| **TOTAL** | **51.0** | **$3,600,000.00** |

**EXPENSE SUMMARY**
**JULY 1, 2015 THROUGH JULY 31, 2015**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Car Services and Taxis | | $672.18 |
| Employee Meals | | 147.72 |
| Legal Fees | | 415.00 |
| Meals- Meetings/Travel | | 97.24 |
| Telephone/Telex/Fax-Usage | | 113.12 |
| Travel | | 1,104.00 |
| **Total Expenses** | | **$ 2,549.26** |

**LAZARD PROFESSIONALS**
**MARCH 12, 2015 THROUGH JULY 31, 2015**

| Name of Professional Individual | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew Torgove | Managing Director | n/a | 440.0 | n/a |
| Dermott O'Flanagan | Director | n/a | 586.0 | n/a |
| Nick Verhein | Financial Analyst | n/a | 536.5 | n/a |
| **TOTALS** | | | **1,562.5** | **$3,900,000.00** |

**COMPENSATION BY PROJECT CATEGORY**
**MARCH 12, 2015 THROUGH JULY 31, 2015**

| Project Categories | Total Hours | Total Fees |
|---|---:|---:|
| Interface with Professionals, Official Committees, and Other Parties-In-Interest | 370.5 | n/a |
| Business Operations Planning, Monitoring, Reporting and Analysis | 106.5 | n/a |
| Preparation and/or review of Court Filings | 9.0 | n/a |
| Court Testimony/Deposition and Preparation | 117.5 | n/a |
| Valuation Analysis | 0.0 | n/a |
| Capital Structure Review and Analysis | 0.0 | n/a |
| Merger & Acquisition Activity | 741.0 | n/a |
| Financing Including DIP and Exit Financing | 21.5 | n/a |
| General Corporate Finance, Research and Analysis, and Other Due Diligence | 37.0 | n/a |
| Fee Application, Engagement | 19.0 | n/a |
| Employee Incentive Plans and Compensation | 1.5 | n/a |
| Travel | 139.0 | n/a |
| **TOTAL** | **1,562.5** | **$3,900,000.00** |

**EXPENSE SUMMARY**
**MARCH 12, 2015 THROUGH JULY 31, 2015**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Car Services and Taxis | | $12,640.54 |
| Courier/Shipping | | 32.81 |
| Electronic Information Service | | 70.76 |
| Employee Meals | | 2,334.31 |
| Legal Expenses | | 450.00 |
| Legal Fees | | 55,813.50 |
| Meals- Meetings/Travel | | 2,402.55 |
| Printing Consumables - External | | 484.99 |
| Telephone/Telex/Fax-Usage | | 387.93 |
| Temporary Wages | | 111.18 |
| Travel | | 46,752.65 |
| **Total Expenses** | | **$ 121,481.22** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| | Jointly Administered |
| Debtors. | **Hearing Date: Sept. 14, 2015 at 10:00 a.m. (ET)** <br> **Obj. Deadline: Sept. 1, 2015 at 4:00 p.m. (ET)** |

**FOURTH MONTHLY & FINAL FEE APPLICATION OF
LAZARD FRÈRES AND CO. LLC AND LAZARD MIDDLE MARKET LLC,
AS INVESTMENT BANKER TO THE DEBTORS FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTHLY
PERIOD FROM JULY 1, 2015 THROUGH JULY 31, 2015 AND THE FINAL PERIOD
<u>FROM MARCH 12, 2015 THROUGH JULY 31, 2015</u>**

Pursuant to sections 327(a) and 328(a) of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "<u>Local Bankruptcy Rules</u>"), and the *Order Establishing Procedure for Interim Compensation and reimbursement of Expenses for Professionals*, dated April 13, 2015 [D.I. 260] (the "<u>Administrative Order</u>"), Lazard Frères and Co. LLC ("<u>Lazard Frères</u>") and Lazard Middle Market LLC ("<u>LMM</u>" and, together with Lazard Frères, "<u>Lazard</u>"), Investment Banker to The Standard Register Company and certain of its affiliates, as debtors and debtors in possession (collectively the "<u>Debtors</u>"), hereby submits its Fourth Monthly and Final Fee Application for an Allowance of Compensation and

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001).  The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

Reimbursement of Expenses for the Monthly Period from July 1, 2015 through July 31, 2015, and the Final Period from March 12, 2015 Through July 31, 2015 (the "Application") as set forth in its engagement letter (the "Engagement Letter"), attached hereto as **Exhibit A**.   By the Application, Lazard seeks an interim allowance pursuant to the Administrative Order with respect to the sums of $3,600,000.00 as compensation, comprised of the Sale Transaction Fee of $3,500,000 and the Monthly Fee of $100,000, and $2,549.26 for reimbursement of actual and necessary expenses, for a total of $3,602,549.26 for the period from July 1, 2015 through and including July 31, 2015 (the "Monthly Compensation Period"), and a final allowance pursuant to the Administrative Order with respect to the sums of $3,900,000.00 as compensation and $121,481.22 for reimbursement of actual and necessary expenses for a total of $4,021,481.22 for the period from March 12, 2015 through and including July 31, 2015 (the "Final Compensation Period").   In support of this Application, Lazard respectfully represents as follows:

**BACKGROUND**

1.      On March 12, 2015 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

2.      On April 13, 2015, the United States Bankruptcy Court for the District of Delaware entered the order authorizing the retention and employment of Lazard as investment banker to the Debtors *nunc pro tunc* to the petition date (the "Retention Order"), attached hereto as **Exhibit B.**

3.      As set forth in the first day declaration of Kevin Carmody, the Debtors, through Lazard as their investment banker, commenced a process to market and sell substantially all of their assets prior to the commencement of these cases [See Docket No. 2].   In connection therewith, upon filing these cases, the Debtors filed the *Debtors' Motion for (I) an Order (A)*

*Establishing Sale Procedures Relating to the Sale of Substantially All of the Debtors' Assets; (B) Approving Bid Protections; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts; (D) Approving Form and Manner of Notice of All Procedures, Protections, Schedules, and Agreements; (E) Scheduling a Hearing to Consider the Proposed Sale; and (F) Granting Certain Related Relief* [Docket No.23] (the "<u>Sale Procedures Motion</u>")

4.      In the Sale Procedures Motion, the Debtors sought approval of certain bid protections, including, without limitation, the selection of Silver Point Capital, L.P. as the stalking horse.  The Debtors also sought approval of certain other procedures concerning the submission of competing bids and the holding of an auction to be run by the Debtors and Lazard. The court approved the Sale Procedures Motion pursuant to an order dated April 15, 2015 [Docket No. 286]

5.      The auction was held on June 15, 2015. As reported by counsel for the Debtors, the sale process resulted in robust competitive bidding at the auction and the ultimate selection of the successful bid from Taylor Corporation. The Court approved the sale to Taylor Corporation pursuant to that certain *Order (A) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Certain Related Relief* [Docket No. 698].

<u>COMPENSATION REQUEST</u>

6.      Lazard seeks (i) interim allowance of compensation for professional services rendered to the Debtors during the Monthly Compensation Period in the aggregate amount of $3,600,000.00 and reimbursement of expenses incurred in connection with the

rendition of such services in the aggregate amount of $2,549.26, for a total award of $3,602,549.26, and (ii) final allowance of compensation for professional services rendered to the Debtors during the Final Compensation Period in the aggregate amount of $3,900,000.00 and of reimbursement of expenses incurred in connection with the rendition of such services in the aggregate amount of $121,481.22, for a total award of $4,021,481.22.

7.    All services for which compensation is requested by Lazard were performed for or on behalf of the Debtors and not on behalf of any committee, creditor, or other person.

8.    Lazard has received no payment and no promises for payment from any source other than the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.

9.    For the convenience of the Court and all parties in interest, attached hereto as **Exhibit C** is a summary setting forth the name of each professional for whose work on this matter compensation is sought.

## SUMMARY OF SERVICES

10.    The Managing Director, Director and Analyst of Lazard who rendered professional services during the Compensation Period in these cases are as follows: Andrew Torgove (Managing Director); Dermott O'Flanagan (Director) and Nick Verhein (Analyst).

11.    During the Monthly and Final Compensation Periods, the Debtors relied heavily on the experience and expertise of the above-named persons in dealing with matters described in Paragraph 12 hereof.  As a result, Lazard's highly skilled restructuring professionals devoted significant time and effort to perform properly and expeditiously the required professional services.

12.     A summary by project category of all services rendered by Lazard during the Monthly and Final Compensation Period is attached hereto.  The professional services that Lazard rendered as investment banker to the Debtors included, but were not limited to, the following

A.  *Interface with Professionals, Official Committees, and Other Parties-In-Interest* – Lazard has participated in frequent planning sessions and other periodic meetings with the Debtors and its legal counsel concerning the sale process and other issues related to the bankruptcy. Lazard has participated in numerous meetings with the Debtors' management and presented materials regarding the bankruptcy sale process and other strategic issues. Lazard prepared, reviewed, advised and assisted in the preparation of presentation materials for the Debtors' creditors and their advisors. Lazard has engaged in multiple conversations with various creditors and their advisors in furtherance of their diligence efforts.

B.  *Securing ABL and Delayed Draw Term Loan DIPs* –Lazard provided court testimony in connection with the court-approved DIP financing.  In addition, prior to the commencement of these cases, Lazard professionals assisted the Debtors in structuring and negotiating the terms of the DIP financing.

C.  *Meetings and Oversight of Diligence with Creditors* – Lazard prepared, reviewed, advised and assisted in the preparation of diligence materials for the Debtors' creditors (including the Official Committee of Unsecured Creditors) and their advisors to keep them informed about the Debtors' operations and the sale process. Lazard engaged in frequent conversations with multiple creditors and their advisors.  Further, Lazard, in coordination with the Debtors' management and legal and restructuring advisors, conducted in-person and telephonic diligence sessions and provided regular updates in connection with the sale processes.

D.  *Marketing of Debtors' Assets* – Lazard advised on the sale of Debtors' assets. Lazard professionals assisted the Debtors in contacting various parties in interest in regards to the sales process. Lazard also facilitated the due diligence process for interested parties by providing information about the sale process as outlined in the bidding procedures, coordinating the negotiation and execution of non-disclosure agreements, providing access to the electronic data room, participating on due diligence calls, in-person due diligence meetings and facility visits with potential buyers and management as well as populating the electronic data room with additional diligence materials throughout the sale process. Further, Lazard provided

-5-

court testimony in connection with the marketing efforts and approval
related bidding procedures.

E.  *Preparation and/or review of Court Filings* – Lazard assisted the Debtors'
management and their advisors in preparing and reviewing numerous
court filings, including the Sale Procedures and Debtor-in-Possession
Financing.

F.  *Assistance with General Bankruptcy* –Lazard professionals along with the
Debtors' other professionals provided periodic updates to the Board of
Directors on the status of the bankruptcy process, financial situation and
the sale processes, and assisted the Debtors in preparing presentation
materials related thereto.

## SUMMARY OF EXPENSES

13.     During the Monthly and Final Compensation Periods, Lazard incurred or
disbursed actual and necessary costs and expenses related to these cases in the amounts of
$2,549.26 and $121,481.22, respectively.  The expenses incurred include, but are not limited to,
ground transportation, business meals, and travel expenses.  A summary by category of all the
necessary costs and expenses incurred by Lazard for the Monthly and Final Compensation
Periods is attached hereto as **Exhibit D**.

## CONCLUSION

14.     It is respectfully submitted that the amount requested by Lazard is fair and
reasonable given (a) the complexity of the issues presented, (b) the time and labor required, (c)
the skill necessary to perform the financial advisory services, (d) the preclusion of other
employment, and (e) the customary fees charged to clients in bankruptcy and non-bankruptcy
situations.

WHEREFORE Lazard respectfully requests that the Court authorize that (i) for the period from July 1, 2015 through July 31, 2015, an interim allowance be made to Lazard pursuant to the terms of the Administrative Order, with respect to the sum of $3,600,000.00 as compensation for professional services rendered, and the sum of $2,549.26 as reimbursement of actual and necessary costs and expenses, for a total of $3,602,549.26, and (ii) for the period from March 12, 2014 through July 31, 2015, a final allowance be made to Lazard pursuant to the terms of the Administrative Order, with respect to the sum of $3,900,000.00 as compensation for professional services rendered, and the sum of $121,481.22 as reimbursement of actual and necessary costs and expenses, for a total of $4,021,481.22, and that corresponding sums be authorized for payment and for such other and further relief as this Court may deem just and proper.

Dated:      August 17, 2015
              New York, New York

                                 LAZARD FRÈRES & CO. LLC

                                 Andrew Torgove
                                 Managing Director
                                 Lazard Middle Market LLC
                                 30 Rockefeller Plaza, 61st Floor
                                 New York, NY  10020
                                 (212/632-6000)
                                 Investment Banker to the Debtors

## VERIFICATION

ANDREW TORGOVE, being duly sworn, deposes and says:

1.  I am a Managing Director of Lazard Middle Market LLC ("LMM"), which maintains offices for providing investment banking services at 30 Rockefeller Plaza, New York, New York 10020.  Lazard has acted as an investment banker to and rendered professional services on behalf of the Debtors.

2.  This affidavit is submitted pursuant to Bankruptcy Rule 2016 in connection with Lazard's application (the "Application") for Allowance of Compensation and Reimbursement of Expenses for the time period from March 12, 2015 through and including July 31, 2015 in the amount of **$4,021,481.22.**

3.  All of the services for which compensation is sought by Lazard were performed for and on behalf of the Debtors and not on behalf of any other person.

4.  No agreement or understanding exists between Lazard and any other entity for the sharing of compensation received or to be received for services rendered in or in connection with these cases.

5.  I have reviewed the requirements of Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and I believe that this application complies with such Local Rule.

Andrew Torgove
Managing Director

Sworn to before me this 17th day of August 2015

Bradley Dunn
Notary Public, State of New York
No. 01DU6292333