**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

**CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING STIPULATION BY AND BETWEEN THE DEBTORS AND FACTORY MUTUAL INSURANCE COMPANY REGARDING INSURANCE CLAIM**

The undersigned hereby certifies as follows:

1.      On June 19, 2015, the Court entered an order [Docket No. 698] (the "Sale Order") that provided for, among other things, the sale (the "Sale") of substantially all of the assets of The Standard Register Company and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") to Taylor Corporation ("Taylor") and approval of that certain settlement agreement (the "Settlement Agreement") by and among the Debtors, Silver Point Finance, LLC ("Silver Point"), in its own capacity and in its capacity as administrative agent under the pre- and postpetition loan agreements, and the Official Committee of Unsecured Creditors of the Debtors (the "Committee").

2.      Pursuant to the Settlement Agreement, the lien rights of certain prepetition lenders (the "Pre-Petition Term Credit Parties") are preserved with respect to assets excluded from the Sale (each, an "Excluded Asset").

---

[1]   The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); SR Liquidation Holding, S. de R.L. de C.V. (4GR4); SR Liquidation de México, S. de R.L. de C.V. (4FN0); SR Liquidation Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001).  The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

3.      The Debtors hold an insurance policy (the "Policy") issued by Factory Mutual Insurance Company ("FM Global"), which is an Excluded Asset and is subject to the lien rights of the Pre-Petition Term Credit Parties.  FM Global has agreed to advance payment on account of a claim made against the Policy (the "Advance Payment").

4.      The Debtors and FM Global have therefore entered into a stipulation (the "Stipulation"), a copy of which is attached as Exhibit 1 to the proposed form of order (the "Proposed Order") attached hereto as Exhibit A, clarifying the various parties' rights with respect to the Advance Payment.

5.      A copy of the Stipulation has been shared with counsel to FM Global, Silver Point, Taylor, and the Committee, and the Debtors have not received any objection.  Accordingly, the Debtors respectfully request entry of the Proposed Order, attached hereto as Exhibit A, at the earliest convenience of the Court.

*[Remainder of page intentionally left blank]*

Dated:   August 19, 2015
         Wilmington, Delaware          */s/ Andrew L. Magaziner*
                                       Michael R. Nestor (No. 3526)
                                       Kara Hammond Coyle (No. 4410)
                                       Maris J. Kandestin (No. 5294)
                                       Andrew L. Magaziner (No. 5426)
                                       YOUNG CONAWAY STARGATT & TAYLOR, LLP
                                       Rodney Square
                                       1000 North King Street
                                       Wilmington, Delaware 19801
                                       Telephone: (302) 571-6600
                                       Facsimile: (302) 571-1253
                                       mnestor@ycst.com
                                       kcoyle@ycst.com
                                       mkandestin@ycst.com
                                       amagaziner@ycst.com

                                       -and-

                                       Michael A. Rosenthal (NY No. 4697561)
                                       Samuel A. Newman (CA No. 217042)
                                       Jeremy L. Graves (CO No. 45522)
                                       Matthew G. Bouslog (CA No. 280978)
                                       GIBSON, DUNN & CRUTCHER LLP
                                       200 Park Avenue
                                       New York, New York 10166-0193
                                       Telephone: (212) 351-4000
                                       Facsimile: (212) 351-4035
                                       mrosenthal@gibsondunn.com
                                       snewman@gibsondunn.com
                                       jgraves@gibsondunn.com
                                       mbouslog@gibsondunn.com

                                       *Counsel to the Debtors and Debtors in Possession*

01:17548044.2