<u>**EXHIBIT A**</u>

**FEE SUMMARY**

**SRC Liquidation Company, et al.**
**(Case No. 15-10541 (BLS)**

**July 1, 2015 through July 31, 2015**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery (#3) | 0.0 | $      0.00 |
| Asset Disposition (#4) | 2.4 | 1,222.37 |
| Assumption/Rejection of Leases/Contracts (#5) | 0.0 | 0.00 |
| Avoidance Action Analysis (#6) | 0.0 | 0.00 |
| Budgeting (Case) (#7) | 0.0 | 0.00 |
| Business Operations (#8) | 0.8 | 324.62 |
| Case Administration (#9) | 0.0 | 0.00 |
| Claims Administration and Objections (#10) | 0.0 | 0.00 |
| Corporate Governance and Board Matters (#11) | 0.0 | 0.00 |
| Employee Benefits and Pensions (#12) | 87.4 | 26,883.06 |
| Employment and Fee Applications (#13) | 4.2 | 1,120.87 |
| Employment and Fee Application Objection (#14) | 0.0 | 0.00 |
| Financing and Cash Collateral (#15) | 0.0 | 0.00 |
| Fee Application – Privileged Review (#16) | 1.0 | 568.75 |
| Litigation (#17) | 0.0 | 0.00 |
| Meetings/Communications with Creditors (#18) | 0.0 | 0.00 |
| Non-Working Travel (#19) | 0.0 | 0.00 |
| Plan and Disclosure Statement (#20) | 0.0 | 0.00 |
| Real Estate (#21) | 1.1 | 405.12 |
| Relief From Stay and Adequate Protection (#22) | 0.0 | 0.00 |
| Reporting (#23) | 0.0 | 0.00 |
| Tax (#24) | 0.0 | 0.00 |
| Valuation (#25) | 0.0 | 0.00 |
| Intellectual Property (#26) | 5.5 | 2,061.94 |
| Privacy Matters (#27) | 1.5 | 538.12 |
| Vendor/Customer Ordinary Course Contract (#28) | 0.0 | 0.00 |
| Hawaii Employment Litigation (#29) | 24.7 | 6,528.81 |
| Violation of Non-Compete (#30) | 0.7 | 300.12 |
| **TOTAL** | **129.30** | **$39,953.78** |

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV
Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

The Standard Register Company
PO Box 1167
600 Albany Street
Dayton OH 45417-3405

August 19, 2015
Invoice # 3401553

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.4
Matter: Asset Disposition

### Remittance Advice

For Professional Services Rendered Through July 31, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 1,397.00 |
| Less Discount | $ -174.63 |
| Attorney Costs | $ 26.70 |
| Current Total for Professional Services | $ 1,249.07 |
| Previous Outstanding Balance (see detail AR page) | $ 17,968.50 |
| Total Due for Professional Services | $ 19,217.57 |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*



August 19, 2015
Invoice # 3401553

Dinsmore & Shohl LLP
Client Number – 92211.4
**Matter: Asset Disposition**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| Allan R. Daily | Partner | 0.30 | 320.00 | $ 96.00 |
| Harvey J. Cohen | Partner | 0.40 | 490.00 | $ 196.00 |
| Kim Martin Lewis | Partner | 1.70 | 650.00 | $ 1,105.00 |
| | Total Hours / Fees | 2.40 | | $ 1,397.00 |
| | Less Discount | | | $ -174.63 |
| | Current Fee for Hours Worked | | | $ 1,222.37 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 26.70 | |
| Total Attorney Costs | | $26.70 |
| Current Amount Due This Invoice | | $1,249.07 |

1

August 19, 2015
Invoice # 3401553

Dinsmore & Shohl LLP
Client Number – 92211.4
**Matter: Asset Disposition**

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/01/15 | KML | 0.40 | Emails with Lawrence Taschenberger regarding closing issues. |
| 07/12/15 | KML | 1.10 | Numerous emails regarding closing checklist. |
| 07/23/15 | KML | 0.20 | Emails regarding status of SR closing. |
| 07/24/15 | HJC | 0.40 | Client calls on Subsidiary Declaration/Articles issues. |
| 07/30/15 | ARD | 0.30 | Receipt of correspondence from Gibson Dunn regarding disclosure schedule matters (.1); prepare and send final schedules from prior purchase agreement to Gibson Dunn (.2). |

Total Hours     2.40

# Dinsmore & Shohl LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV
Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

---

The Standard Register Company                               August 19, 2015
PO Box 1167                                                Invoice # 3401554
600 Albany Street
Dayton OH 45417-3405

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.8
Matter: Business Operations

---

## Remittance Advice

For Professional Services Rendered Through July 31, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 371.00 |
| Less Discount | $ -46.38 |
| Attorney Costs | $ 0.00 |
| Current Total for Professional Services | $ 324.62 |
| Previous Outstanding Balance (see detail AR page) | $ 667.62 |
| Total Due for Professional Services | $ 992.24 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*

   

August 19, 2015
Invoice # 3401554

Dinsmore & Shohl LLP
Client Number – 92211.8
**Matter: Business Operations**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| Allan R. Daily | Partner | 0.30 | 320.00 | $ 96.00 |
| Charles F. Hertlein, Jr. | Partner | 0.50 | 550.00 | $ 275.00 |
| | Total Hours / Fees | 0.80 | | $ 371.00 |
| | Less Discount | | | $ -46.38 |
| | Current Fee for Hours Worked | | | $ 324.62 |

Current Amount Due This Invoice          $324.62

l

August 19, 2015
Invoice # 3401554

Dinsmore & Shohl LLP
Client Number – 92211.8
**Matter: Business Operations**

**Detail of Current Hours Worked**

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/13/15 | CFH | 0.50 | Review Form 8-K for filing. |
| 07/24/15 | ARD | 0.30 | Telephone conference with G. Sowar regarding operating agreement (.2); correspondence with G. Sowar regarding same (.1). |

Total Hours    0.80

2

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV*
*Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

---

The Standard Register Company                                    August 19, 2015
PO Box 1167                                                      Invoice # 3401627
600 Albany Street
Dayton OH 45417-3405

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.9
Matter: Case Administration

---

**Remittance Advice**

For Professional Services Rendered Through July 31, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 0.00 |
| Attorney Costs | $ 158.00 |
| Current Total for Professional Services | $ 158.00 |
| Previous Outstanding Balance (see detail AR page) | $ 1,251.90 |
| Total Due for Professional Services | $ 1,409.90 |

**Payment Due on Receipt**

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*

   

August 19, 2015
Invoice # 3401627

Dinsmore & Shohl LLP
Client Number – 92211.9
**Matter: Case Administration**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| | Total Hours / Fees | 0.00 | | $ 0.00 |

## Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Audio Conference | $ 158.00 | |
| Total Attorney Costs | | $158.00 |
| Current Amount Due This Invoice | | $158.00 |

1

August 19, 2015
Invoice # 3401627

Dinsmore & Shohl LLP
Client Number -- 92211.9
**Matter: Case Administration**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
|      |           |       |             |

Total Hours     0.00

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV*
*Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

---

The Standard Register Company                                      August 19, 2015
PO Box 1167                                                        Invoice # 3401555
600 Albany Street
Dayton OH 45417-3405

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.12
Matter: Employee Benefits and Pensions

---

### Remittance Advice

For Professional Services Rendered Through July 31, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 30,723.50 |
| Less Discount | $ -3,840.44 |
| Attorney Costs | $ 338.92 |
| Current Total for Professional Services | $ 27,221.98 |
| Previous Outstanding Balance (see detail AR page) | $ 14,855.13 |
| Total Due for Professional Services | $ 42,077.11 |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*



August 19, 2015
Invoice # 3401555

Dinsmore & Shohl LLP
Client Number -- 92211.12
**Matter: Employee Benefits and Pensions**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| Allison L. Goico | Partner | 2.80 | 320.00 | $ 896.00 |
| David A. Whaley | Partner | 47.60 | 340.00 | $ 16,184.00 |
| Joan M. Verchot | Partner | 2.30 | 430.00 | $ 989.00 |
| Kim Martin Lewis | Partner | 9.80 | 650.00 | $ 6,370.00 |
| Matthew S Arend | Partner | 5.40 | 320.00 | $ 1,728.00 |
| Beth A. Mandel | Associate | 18.40 | 230.00 | $ 4,232.00 |
| Jason W. Hilliard | Associate | 0.20 | 250.00 | $ 50.00 |
| Patrick D Burns | Associate | 0.90 | 305.00 | $ 274.50 |
| | Total Hours / Fees | 87.40 | | $ 30,723.50 |
| | Less Discount | | | $ -3,840.44 |
| | Current Fee for Hours Worked | | | $ 26,883.06 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Audio Conference | $ 338.92 | |
| Total Attorney Costs | | $338.92 |
| Current Amount Due This Invoice | | $27,221.98 |

1

Dinsmore & Shohl LLP
Client Number – 92211.12
**Matter: Employee Benefits and Pensions**

August 19, 2015
Invoice # 3401555

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/01/15 | DAW | 0.20 | Review information requests from PBGC pertaining to pension plan. |
| 07/01/15 | KML | 0.50 | Emails with David Whaley regarding benefits issues. |
| 07/06/15 | DAW | 1.80 | Prepare for and participate in conference call pertaining to termination of employee benefit programs (1.1); review terms of programs for drafting of termination documents (0.7). |
| 07/06/15 | BAM | 3.80 | Review most recent Form 5500s for benefit plan information (.9); update list of benefit plans and winddown actions (1.0); participate in conference call with David Whaley, Kim Martin Lewis, and Lawrence Taschenberger regarding termination of benefits (.8); review obligations with respect to short term disability and severance (1.1). |
| 07/06/15 | KML | 1.80 | Review benefits winddown chart (.6); conference call with SR regarding benefits and related closing issues (.8); emails regarding benefits issues with Gibson Dunn and SR (.4). |
| 07/07/15 | DAW | 1.40 | Review materials pertaining to termination of employee benefit programs. |
| 07/07/15 | BAM | 4.20 | Review client correspondence (.2); update winddown chart (.6); draft memo regarding short term disability and severance (1.0); review transition services agreement provision regarding employee plans and propose revision (2.4). |
| 07/07/15 | KML | 1.20 | Emails regarding winddown budget (.4); emails regarding benefit feasibility questions related to winddown (.5); telephone call with David Whaley regarding same (.3). |
| 07/08/15 | JMV | 0.10 | Email to/from Lawrence Taschenberger regarding Ohio Self-Insurance issue. |
| 07/09/15 | DAW | 0.20 | Review communications pertaining to terms of Severance Plan. |
| 07/09/15 | MSA | 0.30 | Conference with Jennifer Mitchell regarding contract addendum related to two factor indemnification. |
| 07/09/15 | MSA | 0.90 | Review and revise BAA (.7); email to G. Feldman-Luebkeman regarding same (.2). |
| 07/09/15 | KML | 1.70 | Telephone call with Tiffany Cobb regarding Anthem (.5); email with Tiffany Cobb and David Whaley regarding Anthem contract (.5); telephone call with SR regarding benefits issues (.7). |
| 07/10/15 | PDB | 0.90 | Review union contracts. |
| 07/10/15 | DAW | 3.50 | Review and respond to communications pertaining to termination of certain employee plans (1.5); review steps to ensure termination of employee benefit programs (2.0). |
| 07/10/15 | KML | 1.40 | Numerous emails regarding labor and employment issues (.9); telephone call with David Whaley (.6). |
| 07/12/15 | DAW | 2.50 | Revise and edit terms of Closing Checklist (2.0); respond to communiations pertaining to same (.5). |
| 07/13/15 | DAW | 5.30 | Prepare for and participate in conference call pertaining to termination of 401(k) Plan (1.5); prepare for and participate in conference call |

August 19, 2015
Invoice # 3401555

Dinsmore & Shohl LLP
Client Number – 92211.12
**Matter: Employee Benefits and Pensions**

|  |  |  |  |
|---|---|---|---|
|  |  |  | pertaining to terminationissues (1.5); draft resolutions pertaining to termination of employee benefit plans (1.5); review and respond to communications in connection with same (0.8). |
| 07/13/15 | BAM | 0.40 | Review client communication regarding Taylor closing and review benefits portion of closing checklist. |
| 07/13/15 | KML | 0.80 | Conference call regarding employee benefit issues and emails regarding same. |
| 07/13/15 | KML | 1.30 | Calls and emails regarding various benefits issues. |
| 07/13/15 | MSA | 3.40 | Draft amendment (3.0); conference with Jennifer Mitchell regarding same (.4). |
| 07/14/15 | DAW | 1.00 | Review and respond to communications pertaining to terms of Resolutions terminating employee benefit plans. |
| 07/15/15 | DAW | 2.20 | Review information pertaining to actions to terminate pension plans (0.5); review and edit terms of 401(k) termination amendment (0.5); review and respond to notice communications pertaining to terms of termination of other plans (1.1). |
| 07/15/15 | BAM | 0.30 | Review 7/14 and 7/15 correspondence regarding benefit plan termination resolutions. |
| 07/15/15 | MSA | 0.80 | Review BAA (.6); email to Kevin Hunt regarding same (.2). |
| 07/16/15 | DAW | 3.10 | Prepare for and participate in Board Meeting (1.0); participate in meeting with M. Rosenthal and G. Sowar (1.0); review and respond to communications pertaining to terms of termination of plans (1.1) |
| 07/16/15 | ALG | 1.80 | Advise regarding employee notice issues. |
| 07/16/15 | BAM | 1.40 | Review ongoing client correspondence (.2); Review 401(k) rollover provision in APA (.3); telephonic Board Meeting and subsequent call with bankruptcy counsel to discuss employee termination procedures and benefit plan terminations (.6); draft communication to Lawrence Taschenberger regarding severance termination notice (.3). |
| 07/17/15 | DAW | 3.10 | Prepare for and participate in conference call pertaining to terms of Employee Benefit Termination (1.0); prepare for and participate in conference call pertaining to terms of Anthem agreement (1.0); review and respond to communications pertaining to same (1.1). |
| 07/17/15 | ALG | 1.00 | Advise regarding WARN Act issues. |
| 07/17/15 | BAM | 0.10 | Respond to David Whaley's question regarding Anthem ASA & Vision/Dental benefits administration. |
| 07/17/15 | KML | 1.10 | Conference call regarding Anthem issues and emails regarding same. |
| 07/20/15 | JWH | 0.20 | Telephone call with H. Glaser to discuss an employee issue related to ADA. |
| 07/20/15 | DAW | 1.20 | Review and respond to communications in connection with PBGC assumption of plan and information sharing in connection with same. |
| 07/21/15 | DAW | 0.20 | Review communications pertaining to PBGC requests in connection with Pension Plan. |
| 07/22/15 | BAM | 3.40 | Gather documents and information needed for Standard Register Employee Savings Plan 5310 binder (2.4); begin preparing 5310 questionnaire (1.0). |
| 07/22/15 | DAW | 2.40 | Prepare for and participate in conference call pertaining to terms of employee benefit plan terminations (1.4); review terms of amended |

August 19, 2015
Invoice # 3401555

Dinsmore & Shohl LLP
Client Number – 92211.12
**Matter: Employee Benefits and Pensions**

|  |  |  | agreements to faciliate same (1.0). |
|---|---|---|---|
| 07/24/15 | JMV | 0.10 | Telephone call with Lawrence Taschenberger at Standard Register regarding Ohio workers' compensation matters. |
| 07/24/15 | DAW | 1.60 | Participate in conference calls pertaining to appointment of Shepherd Kaplan. |
| 07/27/15 | BAM | 4.00 | Continue gathering information for 5310 binder, including WorkFlow One 401(k) documentation and continue with mock 5310 and questionaire. |
| 07/27/15 | DAW | 4.90 | Prepare for and participate in conference call pertaining to terms of employee benefit plans upon closing (1.5); revise and edit terms of Shepherd Kaplan Agreement and Anthem Agreement (3.4). |
| 07/28/15 | JMV | 0.40 | Telephone call to/from Matt Bouslog regarding Ohio workers' compensation matters. |
| 07/28/15 | JMV | 0.40 | Review Ohio Self-Insured Bankruptcy Process. |
| 07/28/15 | BAM | 0.80 | Finalize WorkFlow One portion of questionnaire and draft communication to client and Fidelity regarding outstanding items for 5310 binder. |
| 07/28/15 | DAW | 2.80 | Prepare for and participate in Board Meeting (1.8); review and edit materials in connection with appointment of Shepherd Kaplan (1.0). |
| 07/29/15 | DAW | 6.70 | Edit and revise terms of Agreement with Anthem (3.4); edit and revise terms of IA Agreement with Shepherd Kaplan (3.3). |
| 07/30/15 | DAW | 2.80 | Review and edit terms of amendment to agreement with Anthem for run out claims (2.0); review communications pertaining to same (.8). |
| 07/31/15 | DAW | 0.70 | Review and respond to communications pertaining to terms of agreement with Anthem to pay run-out claims. |
| 07/31/15 | JMV | 0.30 | Telephone call with Celeste Leach regarding Ohio Workers' Compensation issues. |
| 07/31/15 | JMV | 0.20 | Email to/from Ross Hunter regarding Third Party Administrator for Ohio Workers' Compensation. |
| 07/31/15 | JMV | 0.60 | Receive/review documents from Celeste Leach regarding Ohio Self Insured Review Panel order. |
| 07/31/15 | JMV | 0.20 | Email to/from Ross Hunter at Hunter Consulting regarding Standard Register Ohio Workers' Compensation transition. |

Total Hours    87.40

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV*
*Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

---

The Standard Register Company
PO Box 1167
600 Albany Street
Dayton OH 45417-3405

August 19, 2015
Invoice # 3401528

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.13
Matter: Employment and Fee Applications

---

## Remittance Advice

For Professional Services Rendered Through July 31, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 1,281.00 |
| Less Discount | $ -160.13 |
| Attorney Costs | $ 33.90 |
| Current Total for Professional Services | $ 1,154.77 |
| Previous Outstanding Balance (see detail AR page) | $ 3,273.21 |
| Total Due for Professional Services | $ 4,427.98 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*



August 19, 2015
Invoice # 3401528

Dinsmore & Shohl LLP
Client Number – 92211.13
**Matter: Employment and Fee Applications**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| Patrick D Burns | Associate | 4.20 | 305.00 | $ 1,281.00 |
| | Total Hours / Fees | 4.20 | | $ 1,281.00 |
| | Less Discount | | | $ -160.13 |
| | Current Fee for Hours Worked | | | $ 1,120.87 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 33.90 | |
| Total Attorney Costs | | $33.90 |
| Current Amount Due This Invoice | | $1,154.77 |

August 19, 2015
Invoice # 3401528

Dinsmore & Shohl LLP
Client Number -- 92211.13
**Matter: Employment and Fee Applications**

**Detail of Current Hours Worked**

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/01/15 | PDB | 0.20 | Follow up on potential conflict issue and edits to Kim Martin Lewis Affidavit. |
| 07/02/15 | PDB | 0.40 | Attention to June fee application (.2); review draft of quarterly fee application (.2). |
| 07/06/15 | PDB | 0.60 | Follow up on conflict issues regarding latest update to Declaration (.2); review and revise June fee application and prepare same for filing (.4). |
| 07/13/15 | PDB | 0.30 | Attention to monthly fee application. |
| 07/24/15 | PDB | 0.60 | Analyze comments of U.S. Trustee to Interim Fee Application and begin process of responding to same. |
| 07/27/15 | PDB | 0.50 | Edit Supplement to Interim Fee Application. |
| 07/28/15 | PDB | 0.90 | Update records related to Trustee request for information in regard to Interim Fee Application. |
| 07/30/15 | PDB | 0.70 | Finalize issues with Interim Fee Application (.4); address overpayment with Young Conaway and U.S. Trustee (.3). |

Total Hours        4.20

2

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV
Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

---

The Standard Register Company                                         August 19, 2015
PO Box 1167                                                           Invoice # 3401529
600 Albany Street
Dayton OH 45417-3405

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.16
Matter: Fee Application - Privileged Review

---

### Remittance Advice

For Professional Services Rendered Through July 31, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 650.00 |
| Less Discount | $ -81.25 |
| Attorney Costs | $ 0.00 |
| Current Total for Professional Services | $ 568.75 |
| Previous Outstanding Balance (see detail AR page) | $ 245.70 |
| Total Due for Professional Services | $ 814.45 |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*



August 19, 2015
Invoice # 3401529

Dinsmore & Shohl LLP
Client Number – 92211.16
**Matter: Fee Application - Privileged Review**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| Kim Martin Lewis | Partner | 1.00 | 650.00 | $ 650.00 |
| | Total Hours / Fees | 1.00 | | $ 650.00 |
| | Less Discount | | | $ -81.25 |
| | Current Fee for Hours Worked | | | $ 568.75 |

Current Amount Due This Invoice          $568.75

August 19, 2015
Invoice # 3401529

Dinsmore & Shohl LLP
Client Number – 92211.16
**Matter: Fee Application - Privileged Review**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/02/15 | KML | 1.00 | Review SRC bills regarding redactions. |

Total Hours    1.00

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV
Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

---

The Standard Register Company                                   August 19, 2015
PO Box 1167                                                     Invoice # 3401558
600 Albany Street
Dayton OH 45417-3405

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.21
Matter: Real Estate

---

### Remittance Advice

For Professional Services Rendered Through July 31, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 463.00 |
| Less Discount | $ -57.88 |
| Attorney Costs | $ 0.00 |
| Current Total for Professional Services | $ 405.12 |
| Previous Outstanding Balance (see detail AR page) | $ 1,194.75 |
| Total Due for Professional Services | $ 1,599.87 |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*



August 19, 2015
Invoice # 3401558

Dinsmore & Shohl LLP
Client Number – 92211.21
**Matter: Real Estate**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|------------|-------------|-------|------|--------|
| Allan R. Daily | Partner | 0.50 | 320.00 | $ 160.00 |
| Martiné R. Dunn | Partner | 0.60 | 505.00 | $ 303.00 |
| | Total Hours / Fees | 1.10 | | $ 463.00 |
| | Less Discount | | | $ -57.88 |
| | Current Fee for Hours Worked | | | $ 405.12 |

Current Amount Due This Invoice          $405.12

August 19, 2015
Invoice # 3401558

Dinsmore & Shohl LLP
Client Number – 92211.21
**Matter: Real Estate**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/28/15 | MRD | 0.40 | Review of mortgage releases submitted by Gibson Dunn (.2); telephone conference with Jeremy Graves regarding revised pages (.2). |
| 07/28/15 | ARD | 0.10 | Correspondence with M. Dunn regarding mortgage release documents. |
| 07/29/15 | ARD | 0.30 | Telephone conference with M. Dunn regarding mortgage releases (.1); review mortgage release documents (.2). |
| 07/30/15 | MRD | 0.20 | Review of mortgage releases and confirmation of recording information (.1); email to Jeremy Graves regarding same. (.1) |
| 07/30/15 | ARD | 0.10 | Correspondence with M. Dunn regarding mortgage release documents. |

Total Hours    1.10

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV*
*Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

---

The Standard Register Company
PO Box 1167
600 Albany Street
Dayton OH 45417-3405

August 19, 2015
Invoice # 3401559

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.26
Matter: IP

---

## Remittance Advice

For Professional Services Rendered Through July 31, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 2,356.50 |
| Less Discount | $ -294.56 |
| Attorney Costs | $ 625.00 |
| Current Total for Professional Services | $ 2,686.94 |
| Previous Outstanding Balance (see detail AR page) | $ 2,925.63 |
| Total Due for Professional Services | $ 5,612.57 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*

   

August 19, 2015
Invoice # 3401559

Dinsmore & Shohl LLP
Client Number – 92211.26
**Matter: IP**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| James F. Gottman | Partner | 3.60 | 550.00 | $ 1,980.00 |
| Anna M. Vislosky | Paralegal | 1.10 | 215.00 | $ 236.50 |
| Beth A Bane | Paralegal | 0.80 | 175.00 | $ 140.00 |
| Total Hours / Fees | | 5.50 | | $ 2,356.50 |
| Less Discount | | | | $ -294.56 |
| Current Fee for Hours Worked | | | | $ 2,061.94 |

## Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Foreign Associates Fees | $ 325.00 |
| Govt. Filing Fee paid to US Patent & Trademark Office | $ 300.00 |
| Total Attorney Costs | $625.00 |

| | |
|---|---|
| Current Amount Due This Invoice | $2,686.94 |

1

Dinsmore & Shohl LLP
Client Number – 92211.26
**Matter: IP**

August 19, 2015
Invoice # 3401559

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 06/29/15 | JFG | 0.60 | STD 1315 PA - Letter to D. Thaxton. |
| 07/06/15 | JFG | 1.00 | STD 1315 PB - Letter to D. Thaxton; email to Mexican Associate |
| 07/07/15 | AV | 1.10 | STD 1361 PA - Review final Office Action (.2); draft reporting letter to D. Thaxton (.3); prepare current listing of claims (.3); obtain references (.3). |
| 07/14/15 | JFG | 1.00 | STD 1361 PA (PD11-05) - Review Office Action. |
| 07/21/15 | BB | 0.30 | STD 1315 PB - Draft email to Mexican associate regarding response to Office Action (.2); confer with J. Gottman regarding same (.1). |
| 07/21/15 | JFG | 1.00 | STD 1361 PA - Review Office Action and Report in letter to D. Thaxton. |
| 07/22/15 | BB | 0.50 | STD 1354 PA - Review Office Action (.2); draft letter to D. Thaxton (.2); prepare current list of claims (.1). |

Total Hours        5.50

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV*
*Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

---

The Standard Register Company
600 Albany Street
Dayton OH 45417

August 19, 2015
Invoice # 3401530

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.27
Matter: Privacy Matters

---

### Remittance Advice

For Professional Services Rendered Through July 31, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 615.00 |
| Less Discount | $ -76.88 |
| Attorney Costs | $ 0.00 |
| Current Total for Professional Services | $ 538.12 |
| Previous Outstanding Balance (see detail AR page) | $ 426.60 |
| Total Due for Professional Services | $ 964.72 |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*

   

August 19, 2015
Invoice # 3401530

Dinsmore & Shohl LLP
Client Number – 92211.27
**Matter: Privacy Matters**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| Jennifer O. Mitchell | Partner | 1.50 | 410.00 | $ 615.00 |
| | Total Hours / Fees | 1.50 | | $ 615.00 |
| | Less Discount | | | $ -76.88 |
| | Current Fee for Hours Worked | | | $ 538.12 |

Current Amount Due This Invoice          $538.12

1

August 19, 2015
Invoice # 3401530

Dinsmore & Shohl LLP
Client Number – 92211.27
**Matter: Privacy Matters**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 07/06/15 | JOM | 0.30 | Analysis of [redacted] issues with S. Wallace and H. Glaser. |
| 07/08/15 | JOM | 0.40 | Conference call with H. Glaser, S. Wallace, T. Kelly regarding Standard Register/[redacted] agreements. |
| 07/09/15 | JOM | 0.40 | Conference with M. Arend regarding drafting addendum to [redacted] agreement. |
| 07/13/15 | JOM | 0.40 | Review and revision of amendment to [redacted] agreement with [redacted]. |

Total Hours    1.50

2

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV*
*Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

---

The Standard Register Company                                          August 19, 2015
600 Albany Street                                                      Invoice # 3401531
Dayton OH 45417

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.29
Matter: Hawaii Employment Litigation

---

### Remittance Advice

For Professional Services Rendered Through July 31, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 7,461.50 |
| Less Discount | $ -932.69 |
| Attorney Costs | $ 4,163.98 |
| Current Total for Professional Services | $ 10,692.79 |
| Previous Outstanding Balance (see detail AR page) | $ 2,204.73 |
| Total Due for Professional Services | $ 12,897.52 |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*

   

August 19, 2015
Invoice # 3401531

Dinsmore & Shohl LLP
Client Number – 92211.29
**Matter: Hawaii Employment Litigation**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| Ryan W. Green | Partner | 8.30 | 405.00 | $ 3,361.50 |
| Jason W. Hilliard | Associate | 16.40 | 250.00 | $ 4,100.00 |
| | Total Hours / Fees | 24.70 | | $ 7,461.50 |
| | Less Discount | | | $ -932.69 |
| | Current Fee for Hours Worked | | | $ 6,528.81 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Local Counsel | $ 4,163.98 | |
| | Total Attorney Costs | $4,163.98 |
| | Current Amount Due This Invoice | $10,692.79 |

1

August 19, 2015
Dinsmore & Shohl LLP                                    Invoice # 3401531
Client Number – 92211.29
**Matter: Hawaii Employment Litigation**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 07/01/15 | JWH | 1.30 | Draft 30(b)(6) deposition topics for deposition notice. |
| 07/01/15 | JWH | 1.10 | Draft document requests to serve upon ASB. |
| 07/02/15 | JWH | 0.80 | Draft document requests to serve upon ASB. |
| 07/02/15 | JWH | 1.30 | Draft interrogatories to serve upon ASB. |
| 07/02/15 | JWH | 0.40 | Revise 30(b)(6) topics for deposition. |
| 07/02/15 | JWH | 1.50 | Draft letter to opposing counsel regarding insufficient discovery responses. |
| 07/07/15 | RWG | 0.10 | Communicate with local counsel. |
| 07/09/15 | JWH | 0.60 | Review additions to the 30(b)(6) notice and add additional information. |
| 07/09/15 | JWH | 0.50 | Revise document requests to ASB. |
| 07/09/15 | RWG | 3.60 | Work on 30(b)(6) Notice and Interrogatories and Request for Production of Documents to ASB. |
| 07/10/15 | JWH | 0.10 | Correspondence with Court regarding the scheduling conference. |
| 07/10/15 | JWH | 0.30 | Revise scheduling conference statement. |
| 07/13/15 | JWH | 0.20 | Review defendants' scheduling conference statement. |
| 07/15/15 | JWH | 1.30 | Revise discovery requests. |
| 07/15/15 | JWH | 0.20 | Telephone call with co-defense counsel. |
| 07/16/15 | JWH | 0.70 | Review and revise discovery requests to serve upon ASB. |
| 07/16/15 | RWG | 0.40 | Review/revise draft request for production of documents to ASB. |
| 07/17/15 | JWH | 0.50 | Attend court conference. |
| 07/17/15 | JWH | 0.10 | Update client on the matter. |
| 07/17/15 | RWG | 1.00 | Attend telephone scheduling conference and prepare for same. |
| 07/21/15 | JWH | 0.40 | Telephone conference with client to discuss case strategy going forward. |
| 07/21/15 | RWG | 0.40 | Telephone conference with client. |
| 07/29/15 | JWH | 0.30 | Review letter from opposing counsel regarding supplementing initial disclosures. |
| 07/29/15 | JWH | 1.50 | Review documents and information and plan additional tasks. |
| 07/29/15 | JWH | 2.10 | Draft memorandum. |
| 07/29/15 | RWG | 0.40 | Receive/review and attend to letter from ASB regarding supplementation of Rule 26 disclosures. |
| 07/30/15 | JWH | 0.40 | Review stipulation of protective order and local rules regarding the |

2

August 19, 2015
Invoice # 3401531

Dinsmore & Shohl LLP
Client Number – 92211.29
**Matter: Hawaii Employment Litigation**

| | | | same. |
|---|---|---|---|
| 07/30/15 | RWG | 1.00 | Receive/review and attend to 30(b)(6) notices from ASB. |
| 07/30/15 | RWG | 0.60 | Develop further strategy. |
| 07/31/15 | JWH | 0.50 | Review deposition notices for Standard Register and Work Flow Solutions. |
| 07/31/15 | JWH | 0.30 | Draft letter to opposing counsel regarding deposition notices. |
| 07/31/15 | RWG | 0.50 | Receive/review request for admissions from ASB. |
| 07/31/15 | RWG | 0.30 | Review letter to all counsel regarding discovery. |

Total Hours    24.70

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV*
*Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

---

The Standard Register Company                                    August 19, 2015
PO Box 1167                                                      Invoice # 3401570
600 Albany Street
Dayton OH 45417-3405

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.30
Matter: Violation of Non-Compete

---

### Remittance Advice

For Professional Services Rendered Through July 31, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 343.00 |
| Less Discount | $ -42.88 |
| Attorney Costs | $ 0.00 |
| Current Total for Professional Services | $ 300.12 |
| Previous Outstanding Balance (see detail AR page) | $ 21.87 |
| Total Due for Professional Services | $ 321.99 |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*

   

August 19, 2015
Invoice # 3401570

Dinsmore & Shohl LLP
Client Number – 92211.30
**Matter: Violation of Non-Compete**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| Harvey J. Cohen | Partner | 0.70 | 490.00 | $ 343.00 |
| | Total Hours / Fees | 0.70 | | $ 343.00 |
| | Less Discount | | | $ -42.88 |
| | Current Fee for Hours Worked | | | $ 300.12 |

Current Amount Due This Invoice          $300.12

1

August 19, 2015
Invoice # 3401570

Dinsmore & Shohl LLP
Client Number – 92211.30
**Matter: Violation of Non-Compete**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/06/15 | HJC | 0.70 | Client call on documents regarding litigation (.3); file review (.2); forward email regarding files relevant to litigation (.1). |

| | Total Hours | 0.70 |
|--|-------------|------|

2