## EXHIBIT B

## EXPENSE SUMMARY

### SRC Liquidation Company, et al.
### (Case No. 15-10541 (BLS)

### July 1, 2015 through July 31, 2015

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Audio Conference | Court Call; InterCall | $ 496.92 |
| Foreign Associates Fees | Goodrich, Riquelme Y Asociados | 325.00 |
| Gov't. Filing Fees | US Patent & Trademark Office | 300.00 |
| Local Counsel | Fukunaga Matayoshi Hershey & Ching LLP | 4,163.98 |
| Photocopies | | 60.60 |
| **Grand Total Expenses** | | **$5,346.50** |