IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, et al.,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Docket Ref. No. 948** |

**ORDER APPROVING STIPULATION BY AND BETWEEN THE DEBTORS AND FACTORY MUTUAL INSURANCE COMPANY REGARDING INSURANCE CLAIM**

The Court having considered the *Certification of Counsel Regarding Order Approving Stipulation by and Between the Debtors and Factory Mutual Insurance Company Regarding Insurance Claim*, submitted on August 19, 2015, and that certain *Stipulation by and Between the Debtors and Factory Mutual Insurance Company Regarding Insurance Claim* (the "Stipulation"), a copy of which is attached hereto as Exhibit 1, it is hereby:

1. ORDERED, that the Stipulation is approved.

2. ORDERED, that this is a final order within the meaning of 28 U.S.C. § 158 that is effective immediately upon entry.

3. ORDERED, that this Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
Aug. 20, 2015

Brendan L. Shannon
Chief United States Bankruptcy Judge

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); SR Liquidation Holding, S. de R.L. de C.V. (4GR4); SR Liquidation de México, S. de R.L. de C.V. (4FN0); SR Liquidation Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

01:17548044.2