**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: September 4, 2015 at 4:00 p.m. |

**THIRD MONTHLY APPLICATION OF JEFFERIES LLC
FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS
INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR THE PERIOD FROM JULY 1, 2015 THROUGH JULY 31, 2015**

| | |
|---|---|
| Name of Applicant: | Jefferies LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | March 24, 2015 |
| Period for Which Compensation and Reimbursement Are Sought: | July 1, 2015 through July 31, 2015 |
| Amount of Compensation Sought: | $100,000.00 |
| Amount of Compensation Sought Immediately: | $80,000.00 (80% of $100,000.00) |
| Amount of Compensation Held Back: | $20,000.00 (20% of $100,000.00) |
| Amount of Expense Reimbursement Sought: | $29,854.49 |

This is a(n):  _X_ monthly  ____ interim  ____ final application

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

## THIRD MONTHLY APPLICATION OF
## JEFFERIES LLC AS INVESTMENT BANKER TO THE
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## JULY 1, 2015 THROUGH JULY 31, 2015

| Name | Position | Hours |
|---|---|---|
| Leon Szlezinger | Managing Director | 14.0 |
| Richard Klein | Managing Director | 5.5 |
| Seth Herman | Vice President | 14.5 |
| Tushar Pande | Associate | 22.0 |
| CJ Wei | Analyst | 20.5 |
| TOTAL | | 76.5 |

**THIRD MONTHLY APPLICATION OF
JEFFERIES LLC AS INVESTMENT BANKER TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS
JULY 1, 2015 THROUGH JULY 31, 2015**

| Expenses | Amount |
|---|---:|
| Legal | $29,854.49[1] |
| Meals | 0.0 |
| Transportation – Ground | 0.0 |
| **TOTAL** | $29,854.49 |

---

[1] Legal expenses are comprised of $26,336.05 incurred during June 2015 and $3,518.44 incurred during July 2015.

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: Sept. 4, 2015 at 4:00 p.m.** |

### THIRD MONTHLY APPLICATION OF JEFFERIES LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JULY 1, 2015 THROUGH JULY 31, 2015

Jefferies LLC ("Jefferies") hereby files this *Third Monthly Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Investment Banker to the Official Committee of Unsecured Creditors for the Period from July 1, 2015 through July 31, 2015* (this "Application"). By this Application, Jefferies seeks allowance of compensation for professional services rendered to the Official Committee of Unsecured Creditors (the "Committee") during the period from July 1, 2015 through July 31, 2015 (the "Compensation Period") in the amount of $80,000.00, representing 80% of the total unpaid monthly fees ($100,000.00), and reimbursement of 100% of the expenses incurred in connection with rendering such services in the amount of $29,854.49. In support of this Application, Jefferies respectfully represents as follows:

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

4

## JURISDICTION AND VENUE

1.  The United States Bankruptcy Court for the District of Delaware (this "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

2.  On March 12, 2015 (the "Petition Date"), The Standard Register Company and its affiliated debtors (the "Debtors") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), thereby commencing the above-captioned chapter 11 cases.

3.  The Debtors continue to operate their businesses and manage their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in these chapter 11 cases.

4.  On March 24, 2015 the Office of the United States Trustee appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 99]. On the same day, the Committee selected Jefferies to serve as its investment banker, subject to Court approval.

5.  On April 20, 2015, the Committee filed an application to employ and retain Jefferies as its investment banker in accordance with the terms and conditions set forth in that certain engagement letter (the "Engagement Letter") dated March 24, 2015 between Jefferies and the Committee [Docket No. 318] (the "Retention Application"). On June 10, the Court entered the *Order (I) Authorizing the Official Committee of Unsecured Creditors to Retain and Employ*

*Jefferies LLC as Its Investment Banker, Nunc Pro Tunc to March 24, 2015 and (II) Waiving Certain Requirements of Local Rule 2016-2* [Docket No. 650] (the "Retention Order").[2]

6. On April 13, 2015, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* (the "Interim Compensation Order") [Docket No. 260], which generally sets forth the procedures for interim compensation and expense reimbursement for all retained professionals. The Interim Compensation Order provides that, upon the expiration of fifteen (15) days after the service of a monthly fee application, the applicant may file a certificate of no objection with the Court, at which time the Debtors are authorized to pay to such professional an amount equal to 80% of the fees and 100% of the expenses requested in such monthly fee application.

## RELIEF REQUESTED

7. By this Application, Jefferies seeks entry of an order allowing (i) compensation in the amount of $80,000.00, representing 80% of Jefferies' total unpaid monthly fees ($100,000.00) for professional services rendered as investment banker to the Committee in these chapter 11 cases and (ii) reimbursement of actual and necessary expenses in the amount of $29,854.49 representing 100% of Jefferies' total expenses incurred during the Compensation Period in the execution of required professional services on behalf of the Committee.

8. As set forth in the Retention Application, the Engagement Letter approved by the Court provides for the payment of several different fees to Jefferies, including a monthly fee of $100,000.00 and certain transaction fees. The monthly fee sought in this Application corresponds to July 2015.

---

[2] On June 23, 2015, the Committee filed a motion for reconsideration, which requested entry of a revised agreed order approving Jefferies' retention [Docket No. 719]. The Court approved the motion to reconsider pursuant to an order dated July 13, 2015 [Docket No. 824].

9. All services for which compensation is requested by Jefferies were performed during the Compensation Period on behalf of the Committee. During the Compensation Period, Jefferies performed significant services on behalf of the Committee, including but not limited to:

- reviewing and analyzing the Debtors' business, financial condition and prospects;
- advising the Committee on the current state of the restructuring market;
- attending and participating in hearings before the Bankruptcy Court; and
- rendering such other financial advisory services as may from time to time be agreed upon by the Committee and Jefferies.

10. Although Jefferies, in line with market convention, does not bill by the hour, Jefferies kept track of its post-petition time in one-half hour increments in accordance with the Retention Order. Such time records are attached hereto as Exhibit A. During the Compensation Period, Jefferies professionals spent approximately 76.5 hours providing investment banking services to the Committee.

11. The fees charged by Jefferies have been billed in accordance with the Engagement Letter and the Retention Order and are comparable to those fees charged by Jefferies for professional services rendered in connection with similar chapter 11 cases and non-bankruptcy matters. Jefferies submits that such fees are reasonable based upon the customary compensation charged by similarly skilled practitioners in comparable bankruptcy cases and non-bankruptcy matters in the competitive national investment banking market.

12. Jefferies also incurred certain necessary expenses during the Compensation Period for which it is entitled to reimbursement under the Engagement Letter. As set forth in greater detail on the invoice attached hereto as Exhibit B, Jefferies' total expenses for the

Compensation Period are $29,854.49, which are comprised of the legal invoice of Jefferies' counsel.

13. There is no agreement or understanding between Jefferies and any other person, other than members of the firm, for the sharing of compensation to be received for services rendered in these chapter 11 cases.

## CERTIFICATION OF COMPLIANCE

14. The undersigned has reviewed the requirements of Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and certifies that, to the best of his knowledge, information and belief, this Application complies with that rule.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, Jefferies respectfully requests allowance and payment of compensation for services rendered on behalf of the Committee during the Compensation Period in the amount of $80,000.00, representing 80% of Jefferies' total monthly fee earned during the Compensation Period, plus $29,854.49 for the reimbursement of 100% actual and necessary expenses incurred in connection with such services, for a total amount of $109,854.49.

Dated: August 20, 2015  
Wilmington, Delaware

JEFFERIES LLC

/s/ Leon Szlezinger  
Leon Szlezinger  
Managing Director  
520 Madison Avenue, 7th Floor  
New York, New York 10022  
Telephone: (212) 323-3918