**Exhibit A**
**Time Record of Jefferies Professionals**

## Jefferies LLC

Summary of Hours Worked
July 1, 2015 - July 31, 2015

| Name | Position | Hours Worked |
|---|---|---|
| Leon Szlezinger | Managing Director, Restructuring and Recapitalization Group | 14.0 |
| Richard Klein | Managing Director, Restructuring and Recapitalization Group | 5.5 |
| Seth Herman | Vice President, Restructuring and Recapitalization Group | 14.5 |
| Tushar Pande | Associate, Restructuring and Recapitalization Group | 22.0 |
| CJ Wei | Analyst, Restructuring and Recapitalization Group | 20.5 |
| | **Total** | **76.5** |

# Jefferies LLC
## Summary of Hours Worked
### July 1, 2015 - July 31, 2015

| Categories | Hours Worked |
| --- | --- |
| Advisor/Management Meetings/Calls | 12.5 |
| Board Presentation Preparation | 0.0 |
| Case Administration/Planning | 6.5 |
| Creditors - Calls/Meetings/Discussions | 0.0 |
| DIP Financing | 0.0 |
| Fee Applications / Monthly Invoice | 42.5 |
| Financial Analysis/Modeling | 2.0 |
| Financial Due Diligence | 1.5 |
| Internal Jefferies Meetings/Calls | 5.0 |
| M&A Process | 6.5 |
| **Total** | **76.5** |

# Jefferies LLC
## Summary of Hours Worked by Person and Category
### July 1, 2015 - July 31, 2015

| Name | Categories | Hours Worked |
|---|---|---|
| **Leon Szlezinger** | **Managing Director, Restructuring and Recapitalization Group** | **14.0** |
| | Advisor/Management Meetings/Calls | 4.5 |
| | Board Presentation Preparation | 0.0 |
| | Case Administration/Planning | 2.5 |
| | Creditors - Calls/Meetings/Discussions | 0.0 |
| | DIP Financing | 0.0 |
| | Fee Applications / Monthly Invoice | 0.0 |
| | Financial Analysis/Modeling | 0.0 |
| | Financial Due Diligence | 1.5 |
| | Internal Jefferies Meetings/Calls | 1.0 |
| | M&A Process | 4.5 |
| **Richard Klein** | **Managing Director, Restructuring and Recapitalization Group** | **5.5** |
| | Advisor/Management Meetings/Calls | 4.0 |
| | Board Presentation Preparation | 0.0 |
| | Case Administration/Planning | 0.0 |
| | Creditors - Calls/Meetings/Discussions | 0.0 |
| | DIP Financing | 0.0 |
| | Fee Applications / Monthly Invoice | 0.0 |
| | Financial Analysis/Modeling | 0.0 |
| | Financial Due Diligence | 0.0 |
| | Internal Jefferies Meetings/Calls | 1.0 |
| | M&A Process | 0.5 |
| **Seth Herman** | **Vice President, Restructuring and Recapitalization Group** | **14.5** |
| | Advisor/Management Meetings/Calls | 4.0 |
| | Board Presentation Preparation | 0.0 |
| | Case Administration/Planning | 1.0 |
| | Creditors - Calls/Meetings/Discussions | 0.0 |
| | DIP Financing | 0.0 |
| | Fee Applications / Monthly Invoice | 7.0 |
| | Financial Analysis/Modeling | 0.0 |
| | Financial Due Diligence | 0.0 |
| | Internal Jefferies Meetings/Calls | 1.0 |
| | M&A Process | 1.5 |
| **Tushar Pande** | **Associate, Restructuring and Recapitalization Group** | **22.0** |
| | Advisor/Management Meetings/Calls | 0.0 |
| | Board Presentation Preparation | 0.0 |
| | Case Administration/Planning | 2.0 |
| | Creditors - Calls/Meetings/Discussions | 0.0 |
| | DIP Financing | 0.0 |
| | Fee Applications / Monthly Invoice | 17.0 |
| | Financial Analysis/Modeling | 2.0 |
| | Financial Due Diligence | 0.0 |
| | Internal Jefferies Meetings/Calls | 1.0 |
| | M&A Process | 0.0 |
| **CJ Wei** | **Analyst, Restructuring and Recapitalization Group** | **20.5** |
| | Advisor/Management Meetings/Calls | 0.0 |
| | Board Presentation Preparation | 0.0 |
| | Case Administration/Planning | 1.0 |
| | Creditors - Calls/Meetings/Discussions | 0.0 |
| | DIP Financing | 0.0 |
| | Fee Applications / Monthly Invoice | 18.5 |
| | Financial Analysis/Modeling | 0.0 |
| | Financial Due Diligence | 0.0 |
| | Internal Jefferies Meetings/Calls | 1.0 |
| | M&A Process | 0.0 |
| | **Total** | **76.5** |

**Jefferies LLC**
July 1, 2015 - July 31, 2015

| Banker | Date | Hours | Category | Comments |
|---|---|---|---|---|
| Leon Szlezinger | 07/01/15 | 0.50 | Advisor/Management Meetings/Calls | Discuss with Lowenstein liquidiating trust issues |
| Leon Szlezinger | 07/06/15 | 1.00 | M&A Process | Review closing timeline and discuss with Lowenstein |
| Leon Szlezinger | 07/10/15 | 1.00 | Advisor/Management Meetings/Calls | UCC call and professionals call |
| Leon Szlezinger | 07/14/15 | 2.00 | M&A Process | Update on Taylor closing including reviewing the checklist and timeline |
| Leon Szlezinger | 07/14/15 | 0.50 | M&A Process | Review Lowenstein update to UCC |
| Leon Szlezinger | 07/16/15 | 1.00 | Financial Due Diligence | Review adversary proceeding pleadings re: former employees |
| Leon Szlezinger | 07/17/15 | 1.00 | Advisor/Management Meetings/Calls | UCC call and professional call |
| Leon Szlezinger | 07/17/15 | 1.50 | Case Administration/Planning | Review Jefferies fee statement and fee application |
| Leon Szlezinger | 07/18/15 | 1.00 | Case Administration/Planning | Case administration |
| Leon Szlezinger | 07/22/15 | 1.00 | Internal Jefferies Meetings/Calls | Internal meeting re: documents to be provided to Zolfo Cooper |
| Leon Szlezinger | 07/22/15 | 0.50 | Financial Due Diligence | Review monthly operating report |
| Leon Szlezinger | 07/28/15 | 1.00 | M&A Process | Review Lowenstein update to UCC |
| Leon Szlezinger | 07/31/15 | 1.00 | Advisor/Management Meetings/Calls | UCC call and professional call |
| Leon Szlezinger | 07/31/15 | 1.00 | Advisor/Management Meetings/Calls | Discuss approach to transfer of valuation work to liquidating trust |
| July 1, 2015 - July 31, 2015 Hours for Leon Szlezinger | | 14.00 | | |
| | | | | |
| *Richard Klein* | | | | |
| Richard Klein | 07/10/15 | 1.00 | Advisor/Management Meetings/Calls | UCC call and professionals call |
| Richard Klein | 07/14/15 | 0.50 | M&A Process | Update on Taylor closing |
| Richard Klein | 07/17/15 | 1.00 | Advisor/Management Meetings/Calls | UCC call and professional call |
| Richard Klein | 07/22/15 | 1.00 | Internal Jefferies Meetings/Calls | Internal meeting re: documents to be provided to Zolfo Cooper |
| Richard Klein | 07/31/15 | 1.00 | Advisor/Management Meetings/Calls | UCC call and professional call |
| Richard Klein | 07/31/15 | 1.00 | Advisor/Management Meetings/Calls | Discuss approach to transfer of valuation work to liquidating trust |
| July 1, 2015 - July 31, 2015 Hours for Richard Klein | | 5.50 | | |
| | | | | |
| *Seth Herman* | | | | |
| Seth Herman | 07/01/15 | 1.00 | Fee Applications / Monthly Invoice | Reviewed First Monthly Fee App |
| Seth Herman | 07/02/15 | 1.00 | Fee Applications / Monthly Invoice | Reviewed first monthly fee app exhibits |
| Seth Herman | 07/10/15 | 1.00 | Advisor/Management Meetings/Calls | UCC call and professionals call |
| Seth Herman | 07/14/15 | 1.50 | M&A Process | Update on Taylor closing including receiving the checklist |
| Seth Herman | 07/17/15 | 1.00 | Advisor/Management Meetings/Calls | UCC call and professional call |
| Seth Herman | 07/17/15 | 1.00 | Case Administration/Planning | Review Jefferies fee statement and fee application |
| Seth Herman | 07/20/15 | 1.00 | Fee Applications / Monthly Invoice | Reviewed First Interim Fee App |
| Seth Herman | 07/22/15 | 1.00 | Internal Jefferies Meetings/Calls | Internal meeting re: documents to be provided to Zolfo Cooper |
| Seth Herman | 07/27/15 | 1.00 | Fee Applications / Monthly Invoice | Reviewed second monthly invoice for the month of June |
| Seth Herman | 07/31/15 | 1.00 | Advisor/Management Meetings/Calls | UCC call and professional call |
| Seth Herman | 07/31/15 | 1.00 | Advisor/Management Meetings/Calls | Discuss approach to transfer of valuation work to liquidating trust |
| Seth Herman | 07/31/15 | 3.00 | Fee Applications / Monthly Invoice | Reviewed third monthly invoice for the month of July |
| July 1, 2015 - July 31, 2015 Hours for Seth Herman | | 14.50 | | |
| | | | | |
| *Tushar Pande* | | | | |
| Tushar Pande | 07/01/15 | 2.00 | Fee Applications / Monthly Invoice | Reviewed First Monthly Fee App |
| Tushar Pande | 07/02/15 | 2.00 | Fee Applications / Monthly Invoice | Prepared first monthly invoice |
| Tushar Pande | 07/10/15 | 2.00 | Case Administration/Planning | Reviewed case docket |
| Tushar Pande | 07/15/15 | 1.00 | Fee Applications / Monthly Invoice | Worked with Sidley re: CNO for First Interim Fee App |
| Tushar Pande | 07/17/15 | 5.00 | Fee Applications / Monthly Invoice | Worked on preparing First Interim fee app |
| Tushar Pande | 07/20/15 | 1.00 | Fee Applications / Monthly Invoice | Reviewed and edited First Interim Fee App |
| Tushar Pande | 07/21/15 | 2.00 | Financial Analysis/Modeling | Documents to be provided to Zolfo Cooper re: liquidation trust |
| Tushar Pande | 07/22/15 | 1.00 | Internal Jefferies Meetings/Calls | Internal meeting re: documents to be provided to Zolfo Cooper |
| Tushar Pande | 07/24/15 | 2.00 | Fee Applications / Monthly Invoice | Worked on to prepare second monthly fee application (June) |
| Tushar Pande | 07/27/15 | 1.00 | Fee Applications / Monthly Invoice | Edited second monthly invoice for the month of June |
| Tushar Pande | 07/28/15 | 3.00 | Fee Applications / Monthly Invoice | Worked on to prepare third monthly invoice for the month of July |
| July 1, 2015 - July 31, 2015 Hours for Tushar Pande | | 22.00 | | |
| | | | | |
| *CJ Wei* | | | | |
| CJ Wei | 07/01/15 | 3.00 | Fee Applications / Monthly Invoice | First Monthly Fee App |
| CJ Wei | 07/02/15 | 1.50 | Fee Applications / Monthly Invoice | Prepared first monthly invoice |
| CJ Wei | 07/10/15 | 1.00 | Case Administration/Planning | Reviewed case docket |
| CJ Wei | 07/15/15 | 1.00 | Fee Applications / Monthly Invoice | Worked with Sidley re: CNO for First Interim Fee App |
| CJ Wei | 07/17/15 | 6.00 | Fee Applications / Monthly Invoice | Worked on preparing First Interim fee app |
| CJ Wei | 07/20/15 | 1.00 | Fee Applications / Monthly Invoice | Edited First Interim Fee App |
| CJ Wei | 07/22/15 | 1.00 | Internal Jefferies Meetings/Calls | Internal meeting re: documents to be provided to Zolfo Cooper |
| CJ Wei | 07/24/15 | 2.00 | Fee Applications / Monthly Invoice | Worked on to prepare second monthly fee application (June) |
| CJ Wei | 07/27/15 | 1.00 | Fee Applications / Monthly Invoice | Worked on second monthly invoice for the month of June |
| CJ Wei | 07/28/15 | 3.00 | Fee Applications / Monthly Invoice | Worked on to prepare third monthly invoice for the month of July |
| July 1, 2015 - July 31, 2015 Hours for CJ Wei | | 20.50 | | |



| | |
|---|---|
| **SIDLEY AUSTIN LLP**<br>ONE SOUTH DEARBORN<br>CHICAGO, IL 60603<br>(312) 853 7000<br>(312) 853 7036 FAX | BEIJING     HONG KONG    SHANGHAI<br>BOSTON      HOUSTON      SINGAPORE<br>BRUSSELS    LONDON       SYDNEY<br>CENTURY CITY LOS ANGELES  TOKYO<br>CHICAGO     NEW YORK     WASHINGTON, D.C.<br>DALLAS      PALO ALTO<br>GENEVA      SAN FRANCISCO |

**FOUNDED 1866**

FEDERAL ID 36-4474078

August 13, 2015

Jefferies LLC
520 Madison Avenue
New York, NY 10022

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 35044145
2481
Client Matter 55734-30290

The Standard Register Company
Jefferies & Company, Inc. 2481

For professional services rendered through July 31, 2015 as shown on
the attached exhibits:

Fees                                                                $3,428.50

Expenses                                                              89.94

**Total Due This Bill**                                          **$3,518.44**

---

Remit Check Payments To:           Remit Wire Payments To:
Sidley Austin LLP                  Sidley Austin LLP
P.O. Box 0642                      JP Morgan Chase Bank, NA
Chicago, Illinois  60690           Account Number: 5519624
                                   ABA Number: 071000013
                                   Swift Code: CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN** LLP

Invoice Number: 35044145
Jefferies LLC

The Standard Register Company

<center>Invoice Cover Sheet</center>

Jefferies & Company, Inc. Matter Name:    The Standard Register Company
Jefferies & Company, Inc. Matter Number:    2481
Jefferies & Company, Inc. Supervising Attorney:    Justin DeSpirito

Fee Summary by Timekeeper:

| Name | Hours | Rate | Fees |
|---|---|---|---|
| TA Labuda | 3.70 | $895.00 | $3,311.50 |
| ME Linder | .20 | 585.00 | 117.00 |
| **Total Hours and Fees:** | **3.90** | | **$3,428.50** |

Fee Summary by Task:

| Code | Code Description | Hours | Fees |
|---|---|---|---|
| B160 | Fee/Employment Applications | .20 | $117.00 |
| C300 | Analysis and Advice | 3.70 | 3,311.50 |
| | **Total Fees:** | | **$3,428.50** |

Expense/Disbursements:

| Code | Code Description | Amount |
|---|---|---|
| E105 | Telephone | $89.94 |
| | **Total Expenses** | **$89.94** |

Fees                                                           $3,428.50
Expenses                                              89.94
**Total Due This Bill**                              **$3,518.44**

**SIDLEY AUSTIN LLP**

Invoice Number: 35044145
Jefferies LLC

The Standard Register Company

## TIME DETAIL

| Date | Name | Task | Activity | Narrative | Hours |
|---|---|---|---|---|---|
| 07/08/15 | TA Labuda | C300 | A104 | Review docket (.1); emails with LS re retention order (.1); emails with J. Edelson re motion to reconsider (.1). | .30 |
| 07/09/15 | TA Labuda | C300 | A106 | Emails with J. Edelson re CNO on motion to reconsider (.1); email from LS re same (.1). | .20 |
| 07/10/15 | TA Labuda | C300 | A106 | Emails with J. Edelson re motion to reconsider objections (.1); review CNO re same (.1). | .20 |
| 07/12/15 | TA Labuda | C300 | A106 | Emails with LS re retention order status. | .10 |
| 07/13/15 | TA Labuda | C300 | A106 | Email with LS re order on motion to reconsider (.1); review same (.1). | .20 |
| 07/15/15 | TA Labuda | C300 | A105 | Emails with T. Pande and M. Linder re fee statement filings. | .20 |
| 07/15/15 | ME Linder | B160 | A106 | E-mails with client, T. Labuda and Polsinelli re CNO for first monthly fee statement | .20 |
| 07/17/15 | TA Labuda | C300 | A106 | Emails with T. Pande re interim fee application preparation (.1); review same (.3); emails with T. Pande re same (.1). | .50 |
| 07/19/15 | TA Labuda | C300 | A104 | Comment on draft interim fee application (.3); email to T. Pande re same (.2). | .50 |
| 07/20/15 | TA Labuda | C300 | A106 | Emails with T. Pande re revised interim fee application (.1); review and comment on same (.3); review exhibits for same (.2); emails to Polsinelli re same (.1). | .70 |
| 07/28/15 | TA Labuda | C300 | A106 | Emails with T. Pande re final fee application preparation and filing (.3); emails with LS re same (.1). | .40 |
| 07/31/15 | TA Labuda | C300 | A106 | Emails with T. Pande re monthly fee statements (.1); work in July fee statement (.3). | .40 |
| | | | | **Total Hours** | **3.90** |



| SIDLEY AUSTIN LLP | BEIJING | HONG KONG | SHANGHAI |
| ONE SOUTH DEARBORN | BOSTON | HOUSTON | SINGAPORE |
| CHICAGO, IL 60603 | BRUSSELS | LONDON | SYDNEY |
| (312) 853 7000 | CENTURY CITY | LOS ANGELES | TOKYO |
| (312) 853 7036 FAX | CHICAGO | NEW YORK | WASHINGTON, D.C. |
| | DALLAS | PALO ALTO | |
| | GENEVA | SAN FRANCISCO | |

FOUNDED 1866

FEDERAL ID  36-4474078

August 13, 2015

Jefferies LLC
520 Madison Avenue
New York, NY  10022

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 35044145
Client Matter 55734-30290

REMITTANCE PAGE
For Professional Services Rendered

OUTSTANDING STATEMENTS

| Date | Invoice | Balance |
|---|---|---|
| 06/30/15 | 35034868 | $37,665.56 |
| 07/29/15 | 35040580 | 26,336.05 |

**Total Outstanding Invoices** $64,001.61

**Total This Bill** <u>3,518.44</u>

**Total Amount Due** <u>$67,520.05</u>

Please Return This Page With Your Remittance

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

SIDLEY AUSTIN LLP
SIDLEY

SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN
CHICAGO, IL 60603
(312) 853 7000
(312) 853 7036 FAX

BEIJING
BOSTON
BRUSSELS
CENTURY CITY
CHICAGO
DALLAS
GENEVA
HONG KONG
HOUSTON
LONDON
LOS ANGELES
NEW YORK
PALO ALTO
SAN FRANCISCO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
WASHINGTON, D.C.

FOUNDED 1866

FEDERAL ID 36-4474078

July 29, 2015

Jefferies LLC
520 Madison Avenue
New York, NY 10022

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 35040580
2481
Client Matter 55734-30290

The Standard Register Company
Jefferies & Company, Inc. 2481

For professional services rendered through June 30, 2015 as shown on the attached exhibits:

Leon Szlezinger

| | |
|---|---|
| Fees | $24,515.50 |
| Expenses | 1,820.55 |
| **Total Due This Bill** | **$26,336.05** |

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: 5519624
ABA Number: 071000013
Swift Code: CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number: 35040580
Jefferies LLC

The Standard Register Company

<p align="center">Invoice Cover Sheet</p>

Jefferies & Company, Inc. Matter Name:     The Standard Register Company
Jefferies & Company, Inc. Matter Number:     2481
Jefferies & Company, Inc. Supervising Attorney:     Justin DeSpirito

Fee Summary by Timekeeper:

| Name | Hours | Rate | Fees |
|---|---|---|---|
| TA Labuda | 25.30 | $895.00 | $22,643.50 |
| ME Linder | 3.20 | 585.00 | 1,872.00 |
| **Total Hours and Fees:** | **28.50** | | **$24,515.50** |

Fee Summary by Task:

| Code | Code Description | Hours | Fees |
|---|---|---|---|
| B160 | Fee/Employment Applications | 3.20 | $1,872.00 |
| C300 | Analysis and Advice | 25.30 | 22,643.50 |
| | **Total Fees:** | | **$24,515.50** |

Expense/Disbursements:

| Code | Code Description | Amount |
|---|---|---|
| E105 | Telephone | $11.10 |
| E110 | Out-of-Town Travel | 1,809.45 |
| | **Total Expenses** | **$1,820.55** |

Fees     $24,515.50
Expenses     1,820.55
**Total Due This Bill**     **$26,336.05**

SIDLEY AUSTIN LLP

Invoice Number: 35040580
Jefferies LLC

The Standard Register Company

## TIME DETAIL

| Date | Name | Task | Activity | Narrative | Hours |
|---|---|---|---|---|---|
| 06/01/15 | TA Labuda | C300 | A106 | Emails with J. Edelson re order submission to the Court (.1); emails with W. Jung re notice language for order submission (.1); email to LS re same (.1). | .30 |
| 06/02/15 | TA Labuda | C300 | A106 | Emails with W. Jung re Silver Point form of order (.1); emails with C. Ward re same (.1); review same (.1); confer with LS re same (.1). | .40 |
| 06/04/15 | TA Labuda | C300 | A104 | Review hearing agenda (.1); emails with W. Jung and C. Ward re continued hearing on Jefferies retention application and order (.1); emails with RK and LS re same (.1); emails with J. Graves re same (.1). | .40 |
| 06/05/15 | TA Labuda | C300 | A106 | Conference call with client re continued retention hearing and related standing motion (.4); emails with LS and Lowenstein re potential LS deposition/testimony (.2); call from LS re potential need for LS testimony at hearing (.3). | .90 |
| 06/06/15 | TA Labuda | C300 | A104 | Review committee motion for standing (.4); review objections to same (.7); review reply brief re same (.4); analyze impact on potential testimony needed from Jefferies re same (.5). | 2.00 |
| 06/07/15 | TA Labuda | C300 | A101 | Prepare for continued retention hearing (1.5); travel to Wilmington, DE (3.0); emails with L. Szlezinger re standing motion (.1); conference with L. Szlezinger re same (.1); review declarations in support of standing objections (.5); prepare revised form of order without transaction fee (.3); emails with C. Ward re same (.1). | 5.60 |
| 06/08/15 | TA Labuda | C300 | A101 | Attend hearing (1.5); work on letter to court re forms of order (.4); return travel from retention hearing (4.9). | 6.80 |
| 06/08/15 | ME Linder | B160 | A108 | E-mail to Polsinelli and Lowenstein re letter to Judge Shannon | .20 |
| 06/10/15 | TA Labuda | C300 | A104 | Review retention order (.1); conference with L. Szlezinger re same (.2); emails with Lowenstein re same (.1). | .40 |
| 06/10/15 | ME Linder | B160 | A104 | Review retention order entered by court and communications with T. Labuda re same | .30 |
| 06/11/15 | TA Labuda | C300 | A106 | Emails with LS re potential motion to reconsider (.2); conference call with J. DeSpirito re court | .40 |

20

SIDLEY AUSTIN LLP

Invoice Number: 35040580
Jefferies LLC

The Standard Register Company

| Date | Name | Task | Activity | Narrative | Hours |
|---|---|---|---|---|---|
| | | | | hearings and order (.1); confer with M. Linder re Rule 59 deadline (.1). | |
| 06/11/15 | ME Linder | B160 | A105 | E-mails with T. Labuda re potential motion to reconsider | .20 |
| 06/16/15 | TA Labuda | C300 | A106 | Confer with LS re sale hearing, possible settlement and retention issues (.2); revise retention (.3); emails with LS re same (.1); conference with R. Meisler re same (.1); emails to R. Meisler, W. Jung and J. Graves re same (.2). | .80 |
| 06/17/15 | TA Labuda | C300 | A106 | Emails with J. Graves re revised retention order (.1); emails with LS re same (.1); emails with C. Ward re same (.1); emails with W. Jung re same (.1); attend hearing telephonically (part) (1.8); emails with L. Szlezinger re same (.1). | 2.30 |
| 06/18/15 | TA Labuda | C300 | A106 | Emails with LS re settlement status. | .10 |
| 06/19/15 | TA Labuda | C300 | A106 | Emails and conference call with LS re settlement and related retention issues and agreement (.3); email to M. Rosenthal re same and revised retention order (.1); email to S. Levine re same (.1); confer with L. Szlezinger re reconsideration motion (.2); work on outline of same for Lowenstein (.4); email to J. Graves re same (.1); emails with W. Jung re same (.1); email to R. Meisler re same (.1); emails with J. Graves re blackline order (.1); emails with LS re potential services for liquidation trust (.1). | 1.60 |
| 06/20/15 | TA Labuda | C300 | A106 | Email from R. Meisler re revised retention order. | .10 |
| 06/21/15 | TA Labuda | C300 | A106 | Email to R. Meisler re revised order (.1); email to LS re same (.1). | .20 |
| 06/22/15 | TA Labuda | C300 | A106 | Call to C. Ward re reconsideration motion (.1); email to C. Ward re same (.1); email to R. Meisler re same (.1); emails with J. Edelson re revised form of order (.1); email from C. Dressel re same (.1). | .50 |
| 06/23/15 | TA Labuda | C300 | A106 | Email from C. Dressel re revised order (.1); emails with J. Edelson and LS re same (.1); review and work on motion for reconsideration (.4); emails with Polsinelli and Lowenstein re same (.1); review sale order and settlement terms (.3); emails and conference with LS re same (.2); confer with J. Edelson re motion revisions (.2 ); work on motion exhibits (.2); review revised motion (.2); emails with W. Jung re same (.1); email to M. Collins re | 2.00 |

**SIDLEY AUSTIN** LLP

Invoice Number: 35040580
Jefferies LLC

The Standard Register Company

| Date | Name | Task | Activity | Narrative | Hours |
|---|---|---|---|---|---|
| | | | | same (.1). | |
| 06/25/15 | TA Labuda | C300 | A104 | Review and comments on monthly fee statement (.3); emails and conference with M. Linder re same (.2). | .50 |
| 06/25/15 | ME Linder | B160 | A103 | Draft first monthly fee statement | 1.60 |
| 06/26/15 | ME Linder | B160 | A106 | Communications with client re monthly fee statement | .20 |
| 06/30/15 | ME Linder | B160 | A106 | Communications with client re monthly fee statement (.4); confer with T. Labuda re same (.2); e-mail to Polsinelli re: same (.1) | .70 |
| | | | | **Total Hours** | **28.50** |



| SIDLEY AUSTIN LLP | BEIJING | HONG KONG | SHANGHAI |
| ONE SOUTH DEARBORN | BOSTON | HOUSTON | SINGAPORE |
| CHICAGO, IL 60603 | BRUSSELS | LONDON | SYDNEY |
| (312) 853 7000 | CENTURY CITY | LOS ANGELES | TOKYO |
| (312) 853 7036 FAX | CHICAGO | NEW YORK | WASHINGTON, D.C. |
| | DALLAS | PALO ALTO | |
| | GENEVA | SAN FRANCISCO | |

FOUNDED 1866

FEDERAL ID 36-4474078

July 29, 2015

Jefferies LLC
520 Madison Avenue
New York, NY  10022

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 35040580
Client Matter 55734-30290

REMITTANCE PAGE
For Professional Services Rendered

OUTSTANDING STATEMENTS

| Date | Invoice | Balance |
|---|---|---|
| 06/30/15 | 35034868 | $37,665.56 |

**Total Outstanding Invoices** — $37,665.56

**Total This Bill** — 26,336.05

**Total Amount Due** — $64,001.61

Please Return This Page With Your Remittance

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

23