# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re: <u>The Standard Register Company</u>    Case No. <u>15-10541</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>TRC MASTER FUND LLC</u><br>Name of Transferee | <u>OX PAPER TUBE & CORE INC</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>TRC MASTER FUND LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598<br><br>Phone: <u>516-255-1801</u><br>Last four digits of Acct#: <u>N/A</u> | Court Claim # (if known): <u>1883</u><br>Amount of Claim: <u>USD$46,093.59</u><br>Date Claim Filed: <u>06/15/15</u><br><br>Phone: <u>(717) 632-9580</u><br>Last four digits of Acct.#: <u>N/A</u><br><br>Name and Current Address of Transferor:<br><br>OX PAPER TUBE & CORE INC<br>331 Maple Avenue<br>Hanover, PA 17331 |
| Name and address where transferee payments should be sent (if different from above):<br><br>Phone: <u>N/A</u><br>Last four digits of Acct#: <u>N/A</u> | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    <u>/s/Terrel Ross</u>                                    Date: August 20, 2015
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO:   United States Bankruptcy Court ("Bankruptcy Court")
      District of Delaware
      Attention: Clerk


AND TO:   The Standard Register Company (Debtor)
          Case No. 15-10541
          (Jointly Administered against The Standard Register Company
          Case No. 15-10541)

Claim # 1883

**OX PAPER TUBE & CORE INC.**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$46,093.59** ("Claim"), against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS _19th_ DAY OF _AUGUST_, 2015.

ASSIGNOR: OX PAPER TUBE & CORE INC.

_____
(Signature)

_Kevin Haywood_
(Print Name)

_President_
(Title)

ASSIGNEE: TRC MASTER FUND LLC

_____
(Signature)

_Terrel Ross_
(Print Name)

_Managing Member_
(Title)

# Creditor Data Details for Claim # 1883

**Creditor**
OX PAPER TUBE & CORE INC.
Attn: Legal Counsel
331 Maple Ave
Hanover, Pa 17331

**Date Filed**
06/15/2015

**Claim Number**
1883

**Proof of Claim**
View PDF   Email PDF

**Debtor Name**
The Standard Register Company

**Schedule Number**

| | Schedule Amount CUD* | Asserted Claim Amount CUF* | Current Claim Value | Claim Status |
|---|---|---|---|---|
| **General Unsecured** | | $34,769.66 | $34,769.66 | Asserted |
| **Priority** | | | | |
| **Secured** | | | | |
| **503(b)(9) Admin Priority** | | $11,323.93 | $11,323.93 | Asserted |
| **Admin Priority** | | | | |
| **Total** | $0.00 | $46,093.59 | $46,093.59 | |