# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **SRC LIQUIDATION COMPANY,** *et al.* | Case No. 15-10541 (BLS) |
| Debtors.[1] | (Jointly Administered) |
| | Re: Docket No. 88 |

## THIRD SUPPLEMENTAL DECLARATION OF KIM MARTIN LEWIS IN SUPPORT OF DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO EMPLOY AND RETAIN DINSMORE & SHOHL LLP AS SPECIAL COUNSEL EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE

**KIM MARTIN LEWIS, ESQUIRE**, being duly sworn, deposes and says:

1. I am a partner in the firm of Dinsmore & Shohl LLP ("Dinsmore" or the "Firm"), 255 East Fifth St., Suite 1900, Cincinnati, Ohio 452002. I am admitted to practice in the Supreme Court of Ohio and the United States District Court for the Southern District of Ohio. I am authorized to make this Supplemental Declaration on the Firm's behalf. This supplemental declaration (the "Supplemental Declaration") is submitted pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rules 2014-1(a) and 2016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, in order to supplement my initial declaration (the "Initial Declaration"), submitted as *Exhibit A* to the *Debtors' Application for Entry of an Order Authorizing the Debtors to Employ and*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

*Retain Dinsmore & Shohl LLP as Special Counsel, Pursuant to 11 U.S.C. § 327(e), Effective* Nunc Pro Tunc *to the Petition Date* (the "Application") [Docket No. 88].[2]

2. Pursuant to the Initial Declaration, Dinsmore set forth and described the conflicts and connections search that it conducted with respect to its representation of the Debtors and listed its connections with the Debtors and other parties in interest in these chapter 11 cases. Dinsmore provided that it would supplement the Initial Declaration, as necessary, with disclosures of additional information if and when additional information developed or became available.

3. Dinsmore has been, or may be asked to represent Standard Register, Inc., a subsidiary of Taylor Corporation, on certain matters in which Dinsmore has historically represented the Debtors, including with respect to intellectual property, pending litigation, and transition legal matters. Standard Register, Inc. is the purchaser of substantially all of the assets of the Debtors pursuant to that certain Asset Purchase Agreement dated as of June 19, 2015 and approved by the Bankruptcy Court on June 19, 2015 [Doc. No. 698].

4. Dinsmore has identified additional parties which Dinsmore is currently representing or has represented on matters unrelated to the Debtors. Accordingly, Schedule 2 to the Initial Declaration will be supplemented by the addition of the following entities:

| Name of Entity Searched | Name of Potential Affiliate of Entity that is a Dinsmore Client | Status of Relationship | Brief Description of Representation |
|---|---|---|---|
| CDK Global | CDK Global, Inc. | Current | General Representation Unrelated to the Debtors |
| CIGNA | CIGNA | Current | General Representation Unrelated to the Debtors |
| Colorado Timberline | Caretek, Inc. dba Colorado Timberline | Current | Restructuring Representation Unrelated to the Debtors |
| Microsoft Corporation | Microsoft Corporation | Current | General Representation Unrelated to the Debtors |

---

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Application.

5. Dinsmore will continue to supplement the Application, the Initial Declaration, and this Supplemental Declaration, as necessary, with additional information as the same develops or becomes available.

6. The facts set forth in this Supplemental Declaration are true and correct to the best of my knowledge, information and belief.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
Kim Martin Lewis, Esq.
Dinsmore & Shohl LLP
255 East Fifth St., Suite 1900
Cincinnati, OH 45202
513-977-8200 (telephone)
513-977-8141 (facsimile)
kim.lewis@dinsmore.com

9841188v1