# **EXHIBIT 1**

Carmody Declaration

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |

**DECLARATION OF KEVIN CARMODY IN SUPPORT OF
DEBTORS' FIRST (1ST) OMNIBUS (SUBSTANTIVE) OBJECTION TO
CLAIMS (DROP-SHIP ADMINISTRATIVE PRIORITY CLAIMS) PURSUANT TO
SECTION 502 OF THE BANKRUPTCY CODE,
BANKRUPTCY RULE 3007 AND LOCAL RULE 3007-1**

I, Kevin Carmody, pursuant to 28 U.S.C. § 1746, declare:

1. I am the Chief Executive Officer of SRC Liquidation Company, one of the above-captioned affiliated debtors and debtors in possession. In this capacity, I am one of the persons responsible for overseeing the claims reconciliation and objection process in these Chapter 11 Cases. I have read the *Debtors' First (1st) Omnibus (Substantive) Objection to Claims (Drop-Ship Administrative Priority Claims) Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007*-1 (the "Objection"),[2] and am directly, or by and through other personnel or representatives of the Debtors, reasonably familiar with the information contained therein, the Proposed Order, and the exhibit attached to the Proposed Order. I am authorized to execute this Declaration on behalf of the Debtors.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

2. The Disputed Drop-Ship Claims identified on Exhibit A to the Proposed Order were carefully reviewed and analyzed in good faith utilizing due diligence by the appropriate personnel and representatives of the Debtors. These efforts resulted in the identification of the Disputed Drop-Ship Claims set forth on Exhibit A to the Proposed Order.

3. The information contained in Exhibit A to the Proposed Order is true and correct to the best of my knowledge, information and belief.

4. The Debtors have reviewed their books and records and determined that the Debtors and their estates have no record of receiving goods as set forth in the claims identified on Exhibit A to the Proposed Order within 20 days before the Petition Date. Accordingly, to prevent the claimants from potentially receiving undue administrative or priority status, to the detriment of creditors in these Chapter 11 Cases, the Debtors seek to reclassify such claims as set forth on Exhibit A to the Proposed Order.

5. I declare under penalty of perjury that the foregoing information is true and correct to the best of my knowledge, information and belief.

Executed on August 21, 2015

                                        */s/ Kevin Carmody*
                                        Kevin Carmody