**EXHIBIT 1**
**DECLARATION OF KEVIN M. CARMODY**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |

**DECLARATION OF KEVIN M. CARMODY IN SUPPORT OF DEBTORS'
THIRD (3RD) OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS
PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

I, Kevin M. Carmody, pursuant to 28 U.S.C. § 1746, declare:

1.     I am the President and Chief Executive Officer of SRC Liquidation Company, one of the above-captioned affiliated debtors and debtors in possession. In this capacity, I am one of the persons responsible for overseeing the claims reconciliation and objection process in these Chapter 11 Cases. I have read the *Debtors' Third (3rd) Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007*-1 (the "<u>Objection</u>"),[2] and am directly, or by and through other personnel or representatives of the Debtors, reasonably familiar with the information contained therein, the Proposed Order, and the exhibits attached to the Proposed Order. I am authorized to execute this Declaration on behalf of the Debtors.

---

[1]   The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

2

2. The information contained in Exhibits A and B to the Proposed Order is true and correct to the best of my knowledge, information, and belief.

3. The Debtors have determined, based upon a review of the claims register, that the Equity Interest Claims identified on Exhibit A to the Proposed Order were filed by parties solely on account of equity interests held by such parties in the Debtors. As such, the Debtors seek to disallow the Equity Interest Claims listed on Exhibit A to the Proposed Order

4. The Debtors have reviewed the Disputed Claims identified on Exhibit B to the Proposed Order and determined that such claims assert a priority entitlement in excess of the statutory cap of $12,475 for such priority claims. Accordingly, to prevent the claims from receiving undue priority status, the Debtors request that the Excess Priority Employee Claims be modified to reflect the priority status indicated under the column heading "Modified Classification Status" listed on Exhibit B to the Proposed Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 21, 2015

                                                */s/ Kevin M. Carmody*
                                                Kevin M. Carmody