**EXHIBIT 2**
**PROPOSED ORDER**

01:17565157.1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | **Re: Docket No. ___** |

## ORDER SUSTAINING DEBTORS' THIRD (3RD) OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007 AND LOCAL RULE 3007-1

Upon consideration of the *Debtors' Third (3rd) Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007*-1 (the "Objection")[2] and the Carmody Declaration; and this Court having found that it has jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order; and this Court having found that venue of these Chapter 11 Cases and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having determined that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief requested in the Objection is in the best interests of the Debtors, their estates, their creditors and other parties in interest; and this Court having determined that notice of the Objection was good and sufficient upon the particular circumstances and that no other or further notice need be given; and upon the record herein; and after due deliberation

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

thereon and good and sufficient cause appearing therefor; it is hereby **ORDERED,**

**ADJUDGED, AND DECREED THAT**:

1.       The Objection is SUSTAINED as set forth herein.

2.       The Equity Interest Claims identified on the attached <u>Exhibit A</u> are hereby

disallowed in their entirety.

3.       The Excess Priority Employee Claims identified on the attached <u>Exhibit B</u> are

hereby modified to the amounts identified under the column heading "Modified Classification

Status" and reclassified to the priority levels indicated on <u>Exhibit B</u>.

4.       The Debtors' objection to each Disputed Claim addressed in the Objection

constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order

shall be deemed a separate order with respect to each claim.  Any stay of this Order pending

appeal by any of the claimants subject to this Order shall only apply to the contested matter that

involves such claimant and shall not act to stay the applicability and/or finality of this Order with

respect to the other contested matters covered hereby.

5.       The Debtors shall retain and shall have the right to object in future to any claim

listed on <u>Exhibits A</u> and <u>B</u> on any additional ground.

6.       The Debtors' right to commence additional proceedings with respect to the claims

that are subject to the Objection, including but not limited to proceedings under sections 502(d),

510, 542, 543, 544, 545, 547, 548, 549, 550, 551, and 553 of the Bankruptcy Code, is also fully

reserved and shall not be prejudiced in any way by the filing of the Objection.

7.       The Debtors are authorized and empowered to take all steps necessary and

appropriate to carry out and otherwise effectuate the terms, conditions and provisions of this

Order.

8.      This Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.


Dated: _____, 2015
        Wilmington, Delaware
                                        _____
                                        Brendon L. Shannon
                                        Chief United States Bankruptcy Judge

**Exhibit A**
**(Equity Interest Claims)**

| Name of Claimant | Claim No. | Original Claim Amount and Classification | Date Filed | Reason for Disallowance |
|---|---|---|---|---|
| Clune, Robert H | 1373 | Priority Claim: $14,376.00<br>General Unsecured Claim: $14,376.00 | 6/2/15 | Proof of claim asserts an ownership interest in equity securities of SRC Liquidation Company, and thus does not give rise to a "claim" as such term is defined in the Bankruptcy Code. |
| Kurz, Maximilian P. | 1318 | Priority Claim: $30,554.04 | 6/1/15 | Proof of claim asserts an ownership interest in equity securities of SRC Liquidation Company, and thus does not give rise to a "claim" as such term is defined in the Bankruptcy Code. |
| Lewis, Jennifer | 1795 | Priority Claim: $11,788.95 | 6/10/15 | Proof of claim asserts an ownership interest in equity securities of SRC Liquidation Company, and thus does not give rise to a "claim" as such term is defined in the Bankruptcy Code. |

**Exhibit B**
**(Excess Priority Employee Claims)**

| Name of Claimant | Claim No. | Date Filed | Original Claim Amount and Classification | Modified Classification Status | Reason for Reclassification |
|---|---|---|---|---|---|
| Antisdel, Daisy | 1630 | 6/8/15 | Priority Claim: $40,500.00 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim:$28,775.00 | To the extent valid, claimant is only entitled to a priority claim up to an amount not exceeding $12,475.00, the statutory cap imposed under section 507(a)(5) of the Bankruptcy Code |
| Assini, Robert E. | 1188 | 5/27/15 | Priority Claim: $335,267.48 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim:$323,542.48 | The claimant asserts a section 507(a)(5) priority claim in excess of the statutory cap of $12,475.00 for such priority claims. |
| Beladi, Donna L. | 1046 | 5/26/15 | Priority Claim: $166,331.46 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim:$154,606.46 | The claimant asserts a section 507(a)(5) priority claim in excess of the statutory cap of $12,475.00 for such priority claims. |

| Name of Claimant | Claim No. | Date Filed | Original Claim Amount and Classification | Modified Classification Status | Reason for Reclassification |
|---|---|---|---|---|---|
| Blankley, Randy | 1655 | 6/8/15 | Priority Claim: $47,786.76 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim:$36,061.76 | The claimant asserts a section 507(a)(4) priority claim in excess of the statutory cap of $12,475.00 for such priority claims. |
| Brenker, Alan M | 1764 | 6/9/15 | Priority Claim: $30,845.51 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim:$19,120.51 | The claimant asserts a section 507(a)(5) priority claim in excess of the statutory cap of $12,475.00 for such priority claims. |
| Bullock, John | 2063 | 7/1/15 | Priority Claim: $13,289.09 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim:$1,564.09 | The claimant asserts a section 507(a)(5) priority claim in excess of the statutory cap of $12,475.00 for such priority claims. |

| Name of Claimant | Claim No. | Date Filed | Original Claim Amount and Classification | Modified Classification Status | Reason for Reclassification |
|---|---|---|---|---|---|
| Clements, Richard | 1464 | 6/5/15 | Priority Claim: $52,000.00 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim:$40,275.00 | The claimant asserts a section 507(a)(5) priority claim in excess of the statutory cap of $12,475.00 for such priority claims. |
| Cooper, Claudia | 1377 | 6/4/15 | Priority Claim: $97,934.76 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim:$86,209.76 | The claimant appears to assert a 507(a)(5) priority claim in excess of the statutory cap of $12,475.00 for such priority claims. |
| Donel, Brian O | 2030 | 6/29/15 | Priority Claim: $526,976.29 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim:$515,251.29 | The claimant asserts a section 507(a)(5) priority claim in excess of the statutory cap of $12,475.00 for such priority claims. |

| Name of Claimant | Claim No. | Date Filed | Original Claim Amount and Classification | Modified Classification Status | Reason for Reclassification |
|---|---|---|---|---|---|
| Ferreira, James | 1692 | 6/9/15 | Priority Claim: $134,560.00 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim:$122,835.00 | The claimant appears to assert a 507(a)(5) priority claim in excess of the statutory cap of $12,475.00 for such priority claims. |
| Gallant, Robert | 1518 | 6/6/15 | Priority Claim: $216,000.00 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim:$204,275.00 | The claimant asserts a section 507(a)(5) priority claim in excess of the statutory cap of $12,475.00 for such priority claims. |
| Graham, Christopher A. | 2277 | 7/8/15 | Priority Claim: $98,582.67 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim:$86,857.67 | The claimant asserts a section 507(a)(5) priority claim in excess of the statutory cap of $12,475.00 for such priority claims. |

| Name of Claimant | Claim No. | Date Filed | Original Claim Amount and Classification | Modified Classification Status | Reason for Reclassification |
|---|---|---|---|---|---|
| Haranczak, Keith | 1637 | 6/8/15 | Priority Claim: $20,000.00 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim:$8,275.00 | The claimant asserts a section 507(a)(5) priority claim in excess of the statutory cap of $12,475.00 for such priority claims. |
| Harris, Keith | 2086 | 7/1/15 | Priority Claim: $57,342.60 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim:$45,617.60 | The claimant asserts a section 507(a)(5) priority claim in excess of the statutory cap of $12,475.00 for such priority claims. |
| Higgins, Gregory | 2191 | 7/7/15 | Priority Claim: $63,646.52 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim:$51,921.52 | The claimant asserts a section 507(a)(5) priority claim in excess of the statutory cap of $12,475.00 for such priority claims. |

| Name of Claimant | Claim No. | Date Filed | Original Claim Amount and Classification | Modified Classification Status | Reason for Reclassification |
|---|---|---|---|---|---|
| Hooks, Odene M. | 419 | 4/14/15 | Priority Claim: $18,752.50 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim:$7,027.50 | The claimant asserts a section 507(a)(4) priority claim in excess of the statutory cap of $12,475.00 for such priority claims. |
| Hunt, Gary | 2039 | 6/30/15 | Priority Claim: $22,000.00<br>Secured Claim: $22,000.00 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>Secured Claim: $22,000.00<br>General Unsecured Claim:$9,525.00 | The claimant asserts a section 507(a)(5) priority claim in excess of the statutory cap of $12,475.00 for such priority claims. |
| Ileleji, Annie | 1540 | 6/7/15 | Priority Claim: $15,000.00 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim:$3,275.00 | The claimant asserts a section 507(a)(5) priority claim in excess of the statutory cap of $12,475.00 for such priority claims. |

| Name of Claimant | Claim No. | Date Filed | Original Claim Amount and Classification | Modified Classification Status | Reason for Reclassification |
|---|---|---|---|---|---|
| Isaksen, Roy | 1506 | 6/8/15 | Priority Claim: $35,000.00 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim:$23,275.00 | The claimant asserts a section 507(a)(5) priority claim in excess of the statutory cap of $12,475.00 for such priority claims. |
| Keiper, Edward | 1869 | 6/16/15 | Priority Claim: $356,060.15 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim:$344,335.15 | The claimant asserts a section 507(a)(5) priority claim in excess of the statutory cap of $12,475.00 for such priority claims. |
| Kuch, John | 1363 | 6/3/15 | Priority Claim: $326,976.30<br>Secured Claim: $326,976.30 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>Secured Claim: $326,976.30<br>General Unsecured Claim:$314,501.30 | The claimant asserts a section 507(a)(5) priority claim in excess of the statutory cap of $12,475.00 for such priority claims. |

| Name of Claimant | Claim No. | Date Filed | Original Claim Amount and Classification | Modified Classification Status | Reason for Reclassification |
|---|---|---|---|---|---|
| Lapins, Lorin | 1205 | 5/26/15 | Priority Claim: $27,262.06 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim:$15,537.06 | The claimant asserts a section 507(a)(5) priority claim in excess of the statutory cap of $12,475.00 for such priority claims. |
| Larimer Jr, Hugh J | 1513 | 6/7/15 | Priority Claim: $44,667.15 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim:$32,942.15 | The claimant asserts a section 507(a)(5) priority claim in excess of the statutory cap of $12,475.00 for such priority claims. |
| Magoon, Joseph | 1266 | 6/1/15 | Priority Claim: $209,097.00 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim:$197,372.00 | The claimant asserts a section 507(a)(5) priority claim in excess of the statutory cap of $12,475.00 for such priority claims. |

| Name of Claimant | Claim No. | Date Filed | Original Claim Amount and Classification | Modified Classification Status | Reason for Reclassification |
|---|---|---|---|---|---|
| Marshall, Robert | 1466 | 6/5/15 | Priority Claim: $34,550.00 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim:$22,825.00 | The claimant asserts a section 507(a)(5) priority claim in excess of the statutory cap of $12,475.00 for such priority claims. |
| Mcgehee, Michael | 1316 | 6/1/15 | Priority Claim: $19,695.00 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim:$7,970.00 | The claimant asserts a section 507(a)(5) priority claim in excess of the statutory cap of $12,475.00 for such priority claims. |
| Mehta, Rajendra | 1432 | 6/1/15 | Priority Claim: $321,024.87 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim:$309,299.87 | The claimant appears to assert a section 507(a)(5) priority claim in excess of the statutory cap of $12,475.00 for such priority claims. |

| Name of Claimant | Claim No. | Date Filed | Original Claim Amount and Classification | Modified Classification Status | Reason for Reclassification |
|---|---|---|---|---|---|
| Merica Ii, Fred  A. | 175 | 3/27/15 | Priority Claim: $119,000.00 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim:$107,275.00 | The claimant asserts a section 507(a)(4) priority claim in excess of the statutory cap of $12,475.00 for such priority claims. |
| Merica, Fred | 1418 | 6/4/15 | Priority Claim: $197,892.00 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim:$186,167.00 | The claimant asserts a section 507(a)(5) priority claim in excess of the statutory cap of $12,475.00 for such priority claims. |
| Minton, Charles Keith | 426 | 4/13/15 | Priority Claim: $12,896.00 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim:$1,171.00 | The claimant asserts a section 507(a)(4) priority claim in excess of the statutory cap of $12,475.00 for such priority claims. |

| Name of Claimant | Claim No. | Date Filed | Original Claim Amount and Classification | Modified Classification Status | Reason for Reclassification |
|---|---|---|---|---|---|
| Oliger, Kari | 1088 | 5/29/15 | Priority Claim: $117,517.86 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim:$105,792.86 | The claimant asserts a section 507(a)(5) priority claim in excess of the statutory cap of $12,475.00 for such priority claims. |
| Pelersi, Susan | 1296 | 6/2/15 | Priority Claim: $88,718.26 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim:$76,993.26 | The claimant asserts a section 507(a)(5) priority claim in excess of the statutory cap of $12,475.00 for such priority claims. |
| Post, Todd J. | 555 | 4/22/15 | Priority Claim: $19,057.76 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim:$7,332.76 | The claimant appears to assert a section 507(a)(5) priority claim in excess of the statutory cap of $12,475.00 for such priority claims. |

| Name of Claimant | Claim No. | Date Filed | Original Claim Amount and Classification | Modified Classification Status | Reason for Reclassification |
|---|---|---|---|---|---|
| Ratti, Karen E. | 1202 | 5/26/15 | Priority Claim: $27,924.00 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim:$16,199.00 | The claimant asserts a section 507(a)(5) priority claim in excess of the statutory cap of $12,475.00 for such priority claims. |
| Satterfield, Scott | 1545 | 6/5/15 | Priority Claim: $15,000.00 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim:$3,275.00 | The claimant appears to assert a section 507(a)(5) priority claim in excess of the statutory cap of $12,475.00 for such priority claims. |
| Schultz, Catherine | 2009 | 6/29/15 | Priority Claim: $50,000.00 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim:$38,275.00 | The claimant asserts a section 507(a)(5) priority claim in excess of the statutory cap of $12,475.00 for such priority claims. |

| Name of Claimant | Claim No. | Date Filed | Original Claim Amount and Classification | Modified Classification Status | Reason for Reclassification |
|---|---|---|---|---|---|
| Sprague, Lorie E. | 367 | 4/1/15 | Priority Claim: $16,957.00 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim:$5,232.00 | The claimant asserts a section 507(a)(4) priority claim in excess of the statutory cap of $12,475.00 for such priority claims. |
| Wangler, Debra | 1167 | 5/29/15 | Priority Claim: $34,045.00 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim:$22,320.00 | The claimant asserts a section 507(a)(5) priority claim in excess of the statutory cap of $12,475.00 for such priority claims. |
| Wells, Tammy | 1311 | 6/1/15 | Priority Claim: $15,000.00 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim:$3,275.00 | The claimant asserts a section 507(a)(5) priority claim in excess of the statutory cap of $12,475.00 for such priority claims. |

| Name of Claimant | Claim No. | Date Filed | Original Claim Amount and Classification | Modified Classification Status | Reason for Reclassification |
|---|---|---|---|---|---|
| White, Debbie | 1038 | 5/27/15 | Priority Claim: $47,000.26<br>General Unsecured: $47,000.26 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim:$82,275.52 | The claimant appears to assert a section 507(a)(5) priority claim in excess of the statutory cap of $12,475.00 for such priority claims. |
| Wilde, Steven | 2254 | 7/8/15 | Priority Claim: $300,000.00 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim:$288,275.00 | The claimant appears to assert a section 507(a)(5) priority claim in excess of the statutory cap of $12,475.00 for such priority claims. |
| Williams, Wesley | 2134 | 7/6/15 | Priority Claim: $18,500.00 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim:$6,775.00 | The claimant asserts a section 507(a)(5) priority claim in excess of the statutory cap of $12,475.00 for such priority claims. |

| Name of Claimant | Claim No. | Date Filed | Original Claim Amount and Classification | Modified Classification Status | Reason for Reclassification |
|---|---|---|---|---|---|
| Yeagle, Paul | 1302 | 6/1/15 | Priority Claim: $146,546.00 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim:$134,821.00 | The claimant asserts a section 507(a)(5) priority claim in excess of the statutory cap of $12,475.00 for such priority claims. |