IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Delicia De Souza, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On August 3, 2015, at my direction and under my supervision, employees of Prime Clerk caused a Notice of Transfer of Claim based on Official Form 210B to be served via first class mail upon the Transferor(s) and Transferee(s) listed on **Exhibit A** hereto.

Dated: August 20, 2015

*/s/ Delicia De Souza*
Delicia De Souza

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on August 20, 2015, by Delicia De Souza, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

DAVID M. SMITH
NOTARY PUBLIC-STATE OF NEW YORK
No. 02SM6300826
Qualified in New York Co.
My Commission Expires April 0,

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

**<u>Exhibit A</u>**

# Exhibit A

## Notice of Transfer Service List
### Served via First Class Mail

| Docket # | Transferor | Transferee |
|---|---|---|
| 880 | Tobay Printing<br>1361 Marconi Blvd<br>Copiague, NY 11726 | Tannor Partners Credit Fund, LP<br>150 Grand Street, Suite 401<br>White Plains, NY 10601 |