# Court Conference

**Calendar Date:** 08/24/2015
**Calendar Time:** 09:30 AM ET

## U.S. Bankruptcy Court-Delaware (DE - US)
## Confirmed Telephonic Appearance Schedule
## Honorable Brendan L. Shannon
#1

1st Revision 08/21/2015 10:57 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | SRC Liquidation Company | 15-10541 | Hearing | 7110161 | Matthew Bouslog | (949) 451-3841 | Gibson, Dunn & Crutcher LLP | Debtor, The Standard Register Company / LIVE |
| | | SRC Liquidation Company | 15-10541 | Hearing | 7110928 | Anthony DeLeo | (973) 597-2500 ext. 2243 | Lowenstein Sandler, LLP | Creditor, Creditors Committee / LIVE |
| | | SRC Liquidation Company | 15-10541 | Hearing | 7110091 | Christopher Dressell | (312) 407-0968 | Skadden Arps Slate Meagher & Flom (Chicago) | Interested Party, Silver Point Finance and Standard Acquisitions Holdings, LLC / LIVE |
| | | SRC Liquidation Company | 15-10541 | Hearing | 7110625 | Justin K. Edelson | (302) 252-0925 | Polsinelli PC | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | SRC Liquidation Company | 15-10541 | Hearing | 7110158 | Jeremy L. Graves | (303) 298-5760 | Gibson, Dunn & Crutcher LLP | Debtor, The Standard Register Company / LIVE |
| | | SRC Liquidation Company | 15-10541 | Hearing | 7110863 | Wojciech F. Jung | (973) 597-2465 | Lowenstein Sandler, LLP | Creditor, Committee for Unsecured Creditors / LIVE |
| | | SRC Liquidation Company | 15-10541 | Hearing | 7110548 | Mark Kenney | 302-573-6491 | Office of the US Trustee | U.S. Trustee, Mark Kenney / LIVE |
| | | SRC Liquidation Company | 15-10541 | Hearing | 7110875 | Paul Kizel | (973) 247-2478 | Lowenstein Sandler, LLP | Creditor, Committee of Unsecured Creditors / LIVE |
| | | SRC Liquidation Company | 15-10541 | Hearing | 7110848 | Sharon L. Levine | (973) 597-2374 | Lowenstein Sandler, LLP | Creditor, Official Committee for Unsecured Creditors / LIVE |
| | | SRC Liquidation Company | 15-10541 | Hearing | 7110167 | Michael Nestor | (302) 571-6600 | Young, Conaway Stargatt & Taylor, LLP | Debtor, The Standard Register Company / LIVE |
| | | SRC Liquidation Company | 15-10541 | Hearing | 7110150 | Michael A Rosenthal | 212-351-3969 | Gibson, Dunn & Crutcher LLP | Debtor, The Standard Register Company / LIVE |

| Case | Number | Type | CourtCall ID | Attorney | Phone | Firm | Party |
|---|---|---|---|---|---|---|---|
| SRC Liquidation Company | 15-10541 | Hearing | 7110507 | Christopher A. Ward | (302) 252-0922 | Polsinelli PC | Creditor, Official Committee of Unsecured Creditors / LIVE |