IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Darleen Sahagun, am employed in the county of Los Angeles, State of California. I hereby certify that on August 20, 2015, I caused true and correct copies of the following documents to be served via overnight mail by placing the documents in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to an overnight courier location in Los Angeles, California to the parties listed on the Service List in **Exhibit A** attached hereto:

- **Third Monthly Application of Jefferies LLC for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Investment Banker to the Official Committee of Unsecured Creditors for the Period from July 1, 2015 through July 31, 2015 [Docket No. 955]**

Dated: August 24, 2015

_____
Darleen Sahagun
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this _24_ day of _Aug._, 20 _15_, by Darleen Sahagun proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de Mexico, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

**EXHIBIT A**

GIBSON, DUNN & CRUTCHER LLP
ROBERT A. KLYMAN
333 SOUTH GRAND AVENUE
LOS ANGELES CA 90071

PARKER, HUDSON, RAINER & DOBBS LLP,
C. EDWARD DOBBS, ESQ.
1500 MARQUIS TWO TOWER
285 PEACHTREE CENTER AVE
ATLANTA GA 30303

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
RON E. MEISLER
155 N. WACKER DRIVE
CHICAGO IL  60606

THE STANDARD REGISTER COMPANY
ATTN: KEVIN CARMODY, CRO
600 ALBANY STREET
DAYTON OH 45417

US TRUSTEE FOR THE DISTRICT OF DE
MARK KENNEY
LOCKBOX 35
844 KING ST, SUITE 2207
WILMINGTON DE 19801

YOUNG CONAWAY STARGATT & TAYLOR, LLP
MICHAEL R. NESTOR
1000 N. KING STREET
RODNEY SQUARE
WILMINGTON DE 19801

Parties Served: 6