## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Ingamar D. Ramirez, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On August 21, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following document, a copy of which is attached hereto as **Exhibit A**, to be served via First Class Mail on the Supplemental Service List attached hereto as **Exhibit B**:

- Notice Regarding Designation as Potential Contract

Dated: August 24, 2015

Ingamar D. Ramirez

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on August 24, 2015, by Ingamar D. Ramirez, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

**LIZ SANTODOMINGO**
**Notary Public, State of New York**
**No. 01SA6301250**
**Qualified in New York County**
**Commission Expires April 14, 2018**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); SR Liquidation Holding, S. de R.L. de C.V. (4GR4); SR Liquidation de México, S. de R.L. de C.V. (4FN0); SR Liquidation Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

**Exhibit A**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | **Re Docket No. 698** |

### NOTICE REGARDING DESIGNATION AS POTENTIAL CONTRACT

**PLEASE TAKE NOTICE** that, on June 19, 2015, the United States Bankruptcy Court for the District of Delaware (the "Court") entered that certain *Order (I) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (II) Granting Certain Related Relief* [Docket No. 698] (the "Sale Order").[2]

**PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraph 27 of the Sale Order, the Buyers have designated the Contracts listed on Exhibit A hereto as Potential Contracts.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraphs 27 and 28 of the Sale Order, the Buyers have been granted ninety (90) days from the Closing Date of July 31, 2015, to determine whether to assume or reject the Potential Contracts.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraph 35 of the Sale Order, if the Buyers assume any of the Potential Contracts listed on Exhibit A hereto by designating such Potential Contract as a Post-Closing Transferred Contract, such Potential Contract shall be deemed assumed and assigned to the Buyers upon the expiration of five (5) business days after written notice by the Buyers of such designation.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraph 34 of the Sale Order, if the Buyers reject any of the Potential Contracts listed on Exhibit A hereto by

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Sale Order.

designating such Potential Contract as a Removed Contract, such Potential Contract shall be deemed rejected upon the expiration of five (5) business days after written notice by the Buyers of such designation.


Dated:    August 3, 2015
          Minneapolis, Minnesota            */s/ Phillip Bohl*                  
                                            Phillip Bohl (MN No. 139191)
                                            GRAY, PLANT, MOOTY,
                                              MOOTY & BENNET, P.A.
                                            500 IDS Center
                                            80 South Eighth Street
                                            Minneapolis, Minnesota 55402
                                            Telephone:  (612) 632-3000
                                            Facsimile:  (612) 632-4019
                                            Email:  Phillip.bohl@gpmlaw.com

                                            -and-

                                            Matthew P. Austria (DE No. 4827)
                                            WERB & SULLIVAN
                                            300 Delaware Avenue, 13th Floor
                                            P.O. Box 25046
                                            Wilmington, Delaware 19899
                                            (For courier: 19801)
                                            Telephone:  (302) 652-1100
                                            Facsimile:  (302) 652-1111
                                            E-mail:  maustria@werbsullivan.com

                                            *Counsel to the Buyers*

## EXHIBIT A

## Potential Contracts

| Counterparty Name | Executory Contract or Unexpired Lease |
|---|---|
| | |

**<u>Exhibit B</u>**

Exhibit B
Supplemental Service List
Served via First Class Mail

| NAME | ADDRESS 1 | CITY | STATE | ZIP |
|------|-----------|------|-------|-----|
| Enterprise Search Associates, LLC | PO BOX 293053 | Kettering | OH | 45429-9053 |
| IT Xcel Consulting LLC dba XGS.IT | 7112 Office Park Drive | West Chester | OH | 45069-2261 |
| Lake Cable Printing, Inc. | 360 Anchor Row | Placida | FL | 33946-2201 |
| LANVISION, INC.,  d/b/a STREAMLINE HEALTH | 1230 PEACHTREE ST NE STE 1900 | ATLANTA | GA | 30309-3578 |
| Source Technologies, Inc. | 4205B WESTINGHOUSE COMMONS DR | Charlotte | NC | 28273-3958 |
| Vercom Software Inc | 13355 NOEL RD STE 1100 | DALLAS | TX | 75240-6694 |