**Exhibit A**

## ZOLFO COOPER LLC
## THE STANDARD REGISTER COMPANY
## PROJECT CATEGORIES

| Code | Project Category |
|------|------------------|
| 1 | Planning & Coordination/ Case Management |
| 2 | 363 Sale Process |
| 3 | Meetings with UCC Members and/or UCC Professionals |
| 4 | Debtor & Debtor's Professional Meetings including Corporate and Operations Site Visits |
| 5 | Employee Compensation and Advisor Retention Matters |
| 6 | Financial and Other Due Diligence |
| 7 | Liquidity, Cash Management and Cash Collateral Analysis |
| 8 | Business Plan Analysis and Assessment |
| 9 | Other Diligence |
| 10 | Non-Working Travel Time |
| 11 | Retention, Fee Statements and Fee Applications |
| 12 | Internal Meetings / Discussions |
| 13 | Preparing for and Attending Depositions |
| 14 | Adversary Proceeding |

**Exhibit B**

**ZOLFO COOPER LLC**
**THE STANDARD REGISTER COMPANY**
**SUMMARY OF HOURS AND FEES BY PROJECT CATEGORY**
**FOR THE PERIOD FROM JULY 1, 2015 THROUGH JULY 31, 2015**

**PROJECT CODE 2 - 363 Sale Process**

| PROFESSIONAL | TITLE | HOURLY RATE | HOURS | FEES | |
|---|---|---|---|---|---|
| David MacGreevey | Managing Director | $795 | 1.1 | $ | 874.50 |
| Mark Cervi | Director | $585 | - | | - |
| Corbin Butcher | Associate | $395 | - | | - |
| Eugene Lavrov | Associate | $395 | - | | - |
| Laurie Verry | Paralegal | $255 | - | | - |
| | | | 1.1 | $ | 874.50 |

**PROJECT CODE 3 - Meetings with UCC Members and/or UCC Professionals**

| PROFESSIONAL | TITLE | HOURLY RATE | HOURS | FEES | |
|---|---|---|---|---|---|
| David MacGreevey | Managing Director | $795 | 2.1 | $ | 1,669.50 |
| Mark Cervi | Director | $585 | 1.7 | | 994.50 |
| Corbin Butcher | Associate | $395 | 0.5 | | 197.50 |
| Eugene Lavrov | Associate | $395 | 1.4 | | 553.00 |
| Laurie Verry | Paralegal | $255 | - | | - |
| | | | 5.7 | $ | 3,414.50 |

**Exhibit B**

**ZOLFO COOPER LLC**
**THE STANDARD REGISTER COMPANY**
**SUMMARY OF HOURS AND FEES BY PROJECT CATEGORY**
**FOR THE PERIOD FROM JULY 1, 2015 THROUGH JULY 31, 2015**

**PROJECT CODE 4 - Debtor & Debtor's Professional Meetings Including Corporate and Operations Site Visits**

| PROFESSIONAL | TITLE | HOURLY RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $795 | 0.3 | $ 238.50 |
| Mark Cervi | Director | $585 | 0.4 | 234.00 |
| Corbin Butcher | Associate | $395 | 0.3 | 118.50 |
| Eugene Lavrov | Associate | $395 | 0.3 | 118.50 |
| Laurie Verry | Paralegal | $255 | - | - |
| | | | 1.3 | $ 709.50 |

**PROJECT CODE 7 - Liquidity, Cash Management and Cash Collateral Analysis**

| PROFESSIONAL | TITLE | HOURLY RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $795 | 1.1 | $ 874.50 |
| Mark Cervi | Director | $585 | 0.9 | 526.50 |
| Corbin Butcher | Associate | $395 | - | - |
| Eugene Lavrov | Associate | $395 | 11.2 | 4,424.00 |
| Laurie Verry | Paralegal | $255 | - | - |
| | | | 13.2 | $ 5,825.00 |

Exhibit B

### ZOLFO COOPER LLC
### THE STANDARD REGISTER COMPANY
### SUMMARY OF HOURS AND FEES BY PROJECT CATEGORY
### FOR THE PERIOD FROM JULY 1, 2015 THROUGH JULY 31, 2015

**PROJECT CODE 11 - Retention, Fee Statements and Fee Applications**

| PROFESSIONAL | TITLE | HOURLY RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $795 | 2.0 | $ 1,590.00 |
| Mark Cervi | Director | $585 | 0.9 | 526.50 |
| Corbin Butcher | Associate | $395 | - | - |
| Eugene Lavrov | Associate | $395 | 25.2 | 9,954.00 |
| Laurie Verry | Paralegal | $255 | 3.5 | 892.50 |
| | | | 31.6 | $ 12,963.00 |

**PROJECT CODE 12 - Internal Meetings / Discussions**

| PROFESSIONAL | TITLE | HOURLY RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $795 | 1.8 | $ 1,431.00 |
| Mark Cervi | Director | $585 | 5.3 | 3,100.50 |
| Corbin Butcher | Associate | $395 | 4.2 | 1,659.00 |
| Eugene Lavrov | Associate | $395 | - | - |
| Laurie Verry | Paralegal | $255 | - | - |
| | | | 11.3 | $ 6,190.50 |

**Exhibit B**

# ZOLFO COOPER LLC
## THE STANDARD REGISTER COMPANY
## SUMMARY OF HOURS AND FEES BY PROJECT CATEGORY
## FOR THE PERIOD FROM JULY 1, 2015 THROUGH JULY 31, 2015

**PROJECT CODE 14 - Adversary Proceeding**

| PROFESSIONAL | TITLE | HOURLY RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $795 | 3.9 | $ 3,100.50 |
| Mark Cervi | Director | $585 | 18.4 | 10,764.00 |
| Corbin Butcher | Associate | $395 | 75.5 | 29,822.50 |
| Eugene Lavrov | Associate | $395 | 0.4 | 158.00 |
| Laurie Verry | Paralegal | $255 | - | - |
| | | | 98.2 | $ 43,845.00 |

Exhibit C

ZOLFO COOPER, LLC
THE STANDARD REGISTER COMPANY
DETAIL OF HOURS BY PROJECT CATEGORY, DATE AND PROFESSIONAL
FOR THE PERIOD FROM JULY 1, 2015 THROUGH JULY 31, 2015

| PROFESSIONAL | DATE | PROJECT CODE | DESCRIPTION | HOURS INCURRED |
|---|---|---|---|---|
| David MacGreevey | 7/8/2015 | 2 | Review email and attachments from S. Levine (Lowenstein) re: SRI update | 0.5 |
| David MacGreevey | 7/14/2015 | 2 | Review email and attachments from P. Kizel (Lowenstein) re: Taylor closing documents | 0.6 |
| | | | **363 Sale Process, Total:** | **1.1** |
| David MacGreevey | 7/10/2015 | 3 | Participation in call with Lowenstein, Jefferies and ZC project team in preparation for UCC update conference call re: sale, preferences and causes of action | 0.2 |
| David MacGreevey | 7/10/2015 | 3 | Participation in phone call with UCC re: sale, preferences and causes of action | 0.3 |
| David MacGreevey | 7/14/2015 | 3 | Discussion with S. Levine (Lowenstein) re: SRI litigation trust | 0.3 |
| David MacGreevey | 7/16/2015 | 3 | Review correspondence from P. Kizel (Lowenstein) re: critical dates | 0.2 |
| David MacGreevey | 7/23/2015 | 3 | Emails with Polsinelli re: June CNO | 0.1 |
| David MacGreevey | 7/31/2015 | 3 | Participation in conference call with SRI UCC professionals re: Taylor closing, updated complaint and claims | 0.5 |
| David MacGreevey | 7/31/2015 | 3 | Participation in phone call with SRI UCC re: Taylor closing, updated complaint and claims | 0.5 |
| Mark Cervi | 7/10/2015 | 3 | Participation in call with Lowenstein, Jefferies and ZC project team in preparation for UCC update conference call re: sale, preferences and causes of action | 0.2 |
| Mark Cervi | 7/10/2015 | 3 | Participation in phone call with UCC re: sale, preferences and causes of action | 0.3 |
| Mark Cervi | 7/30/2015 | 3 | Call with A. Behlmann regarding draft complaint | 0.1 |
| Mark Cervi | 7/30/2015 | 3 | Draft email to UCC professional regarding valuation data | 0.1 |
| Mark Cervi | 7/31/2015 | 3 | Particpate in call with UCC professional in advance of UCC call (partial participation) | 0.4 |
| Mark Cervi | 7/31/2015 | 3 | Particpate in weekly call with UCC | 0.5 |
| Mark Cervi | 7/31/2015 | 3 | Call with Jefferies regarding valuation work transiton | 0.1 |
| Eugene Lavrov | 7/10/2015 | 3 | Participation in call with Lowenstein, Jefferies and ZC project team in preparation for UCC update conference call re: sale, preferences and causes of action | 0.2 |

ZOLFO COOPER, LLC
THE STANDARD REGISTER COMPANY
DETAIL OF HOURS BY PROJECT CATEGORY, DATE AND PROFESSIONAL
FOR THE PERIOD FROM JULY 1, 2015 THROUGH JULY 31, 2015

| PROFESSIONAL | DATE | PROJECT CODE | DESCRIPTION | HOURS INCURRED |
|---|---|---|---|---|
| Eugene Lavrov | 7/10/2015 | 3 | Participation in phone call with UCC re: sale, preferences and causes of action | 0.3 |
| Eugene Lavrov | 7/17/2015 | 3 | Participation on UCC Professionals only conference call | 0.1 |
| Eugene Lavrov | 7/17/2015 | 3 | Participation on weekly UCC update conference call | 0.1 |
| Corbin Butcher | 7/17/2015 | 3 | Participation on UCC Professionals update conference call with Lowenstein, Jefferies, M. Cervi and E. Lavrov | 0.2 |
| Corbin Butcher | 7/17/2015 | 3 | Participation in UCC update conference call with Lowenstein, Jefferies, M. Cervi and E. Lavrov | 0.3 |
| Eugene Lavrov | 7/31/2015 | 3 | Standard Register - proposed professional call to prepare for committee call (partial participation) | 0.2 |
| Eugene Lavrov | 7/31/2015 | 3 | Attend Standard Register committee call regarding a close of a sale | 0.5 |
| **Meetings with UCC Members and/or UCC Professionals, Total:** | | | | **5.7** |
| David MacGreevey | 7/9/2015 | 4 | Participation in discussion with McKinsey re: SRI Preferences | 0.3 |
| Mark Cervi | 7/9/2015 | 4 | Discussion with McKinsey re: SRI Preferences | 0.3 |
| Mark Cervi | 7/20/2015 | 4 | Follow-up with McKinsey re: preference and claims | 0.1 |
| Eugene Lavrov | 7/9/2015 | 4 | Discussion with McKinsey re: SRI Preferences | 0.3 |
| Corbin Butcher | 7/9/2015 | 4 | Discussion with McKinsey re: SRI Preferences | 0.3 |
| **Debtor & Debtor's Professional Meetings Including Corporate and Operations Site Visits, Total:** | | | | **1.3** |
| David MacGreevey | 7/10/2015 | 7 | Review email and attachments from S. Levine (Lowenstein) re: SRI updates, including GUC Trust Agreement and amended complaint | 0.8 |
| Eugene Lavrov | 7/10/2015 | 7 | Updated claims file based on new information received from Prime Clerk | 1.4 |
| David MacGreevey | 7/10/2015 | 7 | Review SRI update presentation materials for UCC | 0.3 |
| Mark Cervi | 7/9/2015 | 7 | Review and comment on draft weekly report | 0.7 |

Exhibit C

**ZOLFO COOPER, LLC**
**THE STANDARD REGISTER COMPANY**
**DETAIL OF HOURS BY PROJECT CATEGORY, DATE AND PROFESSIONAL**
**FOR THE PERIOD FROM JULY 1, 2015 THROUGH JULY 31, 2015**

| PROFESSIONAL | DATE | PROJECT CODE | DESCRIPTION | HOURS INCURRED |
|---|---|---|---|---|
| Mark Cervi | 7/20/2015 | 7 | Review of latest DIP budget and follow-up email to McKinsey | 0.2 |
| Eugene Lavrov | 7/23/2015 | 7 | Reviewed DIP budget and updated bi-weekly presentation materials | 1.4 |
| Eugene Lavrov | 7/23/2015 | 7 | Reviewed prior week's BBC and updated spreadsheets to accommodate for DIP budget and BBCs | 1.5 |
| Eugene Lavrov | 7/10/2015 | 7 | Updated biweekly UCC presentation to include comments from D. MacGreevey | 1.2 |
| Eugene Lavrov | 7/9/2015 | 7 | Requested bi-weekly budget and BBC for the prior and current weeks | 0.1 |
| Eugene Lavrov | 7/9/2015 | 7 | Updated bi-weekly UCC presentation materials per latest budget and BBC | 4.5 |
| Eugene Lavrov | 7/9/2015 | 7 | Updated bi-weekly UCC presentation materials to include comments from M. Cervi | 1.1 |
| | | | **Liquidity, Cash Management and Cash Collateral Analysis , Total:** | **13.2** |
| David MacGreevey | 7/6/2015 | 11 | Review ZC June 2015 Fee Statement | 0.8 |
| David MacGreevey | 7/9/2015 | 11 | Review First Interim SRI Fee Application | 0.8 |
| David MacGreevey | 7/9/2015 | 11 | Review final version of SRI First Interim Fee Application | 0.4 |
| Mark Cervi | 7/1/2015 | 11 | Review draft June 2015 Fee Application | 0.5 |
| Mark Cervi | 7/7/2015 | 11 | Review and comment on first interim Fee Application | 0.4 |
| Eugene Lavrov | 7/1/2015 | 11 | Worked on June 2015 Fee Statement | 3.3 |
| Eugene Lavrov | 7/1/2015 | 11 | Worked on Interim Fee Statement | 2.9 |
| Eugene Lavrov | 7/2/2015 | 11 | Worked on June 2015 Fee Statement | 5.0 |
| Eugene Lavrov | 7/2/2015 | 11 | Communication with ZC project team re: Fee Statements and collection of expenses accrued in June 2015 | 0.8 |
| Eugene Lavrov | 7/6/2015 | 11 | Updated June 2015 Fee Statement based on comments received from D. MacGreevey | 2.9 |
| Eugene Lavrov | 7/6/2015 | 11 | Worked on Interim Fee Statement | 2.7 |

**ZOLFO COOPER, LLC**
**THE STANDARD REGISTER COMPANY**
**DETAIL OF HOURS BY PROJECT CATEGORY, DATE AND PROFESSIONAL**
**FOR THE PERIOD FROM JULY 1, 2015 THROUGH JULY 31, 2015**

| PROFESSIONAL | DATE | PROJECT CODE | DESCRIPTION | HOURS INCURRED |
|---|---|---|---|---|
| Eugene Lavrov | 7/7/2015 | 11 | Worked on first Interim Fee Statement | 3.5 |
| Eugene Lavrov | 7/7/2015 | 11 | Updated first Interim Fee Statement based on comments received from M. Cervi | 0.8 |
| Eugene Lavrov | 7/9/2015 | 11 | Updated and finalized first Interim Fee Statement based on comments received from D. MacGreevey | 2.5 |
| Eugene Lavrov | 7/22/2015 | 11 | Worked on June 2015 monthly Fee Application | 0.8 |
| Laurie Verry | 7/6/2015 | 11 | Worked on ZC June 2015 Fee Statement | 1.4 |
| Laurie Verry | 7/14/2015 | 11 | Worked on revisions to ZC retention documents | 0.5 |
| Laurie Verry | 7/15/2015 | 11 | Worked on revisions to ZC retention documents | 0.8 |
| Laurie Verry | 7/21/2015 | 11 | Worked on ZC monthly Fee Statement reconciliation | 0.7 |
| Laurie Verry | 7/29/2015 | 11 | Provided W-9 to debtors | 0.1 |
| | | | **Retention, Fee Statements and Fee Applications, Total:** | 31.6 |
| David MacGreevey | 7/6/2015 | 12 | Phone call with M. Cervi re: SRI preference and D&O analyses | 0.3 |
| David MacGreevey | 7/9/2015 | 12 | Follow-up phone call with M. Cervi re: SRI preferences and claims analysis | 0.1 |
| David MacGreevey | 7/15/2015 | 12 | Follow-up discussion with M. Cervi and C. Butcher re: D&O litigation | 0.4 |
| David MacGreevey | 7/23/2015 | 12 | Phone call with M. Cervi and C. Butcher re: SR: Business Plan analysis | 1.0 |
| Mark Cervi | 7/6/2015 | 12 | Phone call with D. MacGreevey re: SRI preference and D&O analyses | 0.3 |
| Mark Cervi | 7/8/2015 | 12 | Discussion with C. Butcher re: projection benchmarking and risk / opportunities analysis | 0.1 |
| Mark Cervi | 7/9/2015 | 12 | Follow-up phone call with D MacGreevey re: SRI preferences and claims analysis | 0.1 |
| Mark Cervi | 7/13/2015 | 12 | Discussion with C. Butcher re: projection benchmarking and risk / opportunities analysis | 0.1 |
| Mark Cervi | 7/15/2015 | 12 | Follow-up discussion with M. Cervi and C. Butcher re: D&O litigation | 0.4 |

Exhibit C

**ZOLFO COOPER, LLC**
**THE STANDARD REGISTER COMPANY**
**DETAIL OF HOURS BY PROJECT CATEGORY, DATE AND PROFESSIONAL**
**FOR THE PERIOD FROM JULY 1, 2015 THROUGH JULY 31, 2015**

| PROFESSIONAL | DATE | PROJECT CODE | DESCRIPTION | HOURS INCURRED |
|---|---|---|---|---|
| Mark Cervi | 7/17/2015 | 12 | Discussion with C. Butcher re: revisions in presentation materials | 0.2 |
| Mark Cervi | 7/20/2015 | 12 | Discussion with C. Butcher re: draft business plan analysis | 0.3 |
| Mark Cervi | 7/20/2015 | 12 | Discussion with C. Butcher re: draft business plan analysis | 0.5 |
| Mark Cervi | 7/21/2015 | 12 | Discussion with C. Butcher re: draft business plan analysis | 0.5 |
| Mark Cervi | 7/22/2015 | 12 | Discussion with C. Butcher re: draft business plan analysis | 0.5 |
| Mark Cervi | 7/22/2015 | 12 | Discussion with C. Butcher re: draft business plan analysis | 0.8 |
| Mark Cervi | 7/23/2015 | 12 | Phone call with D. MacGreevey re: business plan analysis | 1.0 |
| Mark Cervi | 7/23/2015 | 12 | Phone call with C. Butcher to coordinate discussion with D. MacGreevey re: business plan analysis | 0.1 |
| Mark Cervi | 7/23/2015 | 12 | Phone call with C. Butcher re: changes to business plan analysis | 0.2 |
| Mark Cervi | 7/27/2015 | 12 | Phone call with C. Butcher re: changes to business plan analysis | 0.1 |
| Mark Cervi | 7/27/2015 | 12 | Phone call with C. Butcher re: changes to business plan analysis | 0.1 |
| Corbin Butcher | 7/8/2015 | 12 | Discussion with M.Cervi re: projection benchmarking and risk / opportunities analysis | 0.1 |
| Corbin Butcher | 7/13/2015 | 12 | Phone discussion with M. Cervi re: margin assumptions along different SR products | 0.1 |
| Corbin Butcher | 7/15/2015 | 12 | Follow-up discussion with M. Cervi and C. Butcher re: D&O litigation (partial participation) | 0.2 |
| Corbin Butcher | 7/17/2015 | 12 | Discussion with M. Cervi re: revisions in presentation materials | 0.2 |
| Corbin Butcher | 7/20/2015 | 12 | Discussion with M. Cervi re: draft business plan analysis | 0.3 |
| Corbin Butcher | 7/20/2015 | 12 | Discussion with M. Cervi re: draft business plan analysis | 0.5 |
| Corbin Butcher | 7/21/2015 | 12 | Discussed additions and edits to presentation materials with M. Cervi | 0.5 |
| Corbin Butcher | 7/22/2015 | 12 | Discussion with M. Cervi re: presentation materials | 0.5 |

Exhibit C

**ZOLFO COOPER, LLC**
**THE STANDARD REGISTER COMPANY**
**DETAIL OF HOURS BY PROJECT CATEGORY, DATE AND PROFESSIONAL**
**FOR THE PERIOD FROM JULY 1, 2015 THROUGH JULY 31, 2015**

| PROFESSIONAL | DATE | PROJECT CODE | DESCRIPTION | HOURS INCURRED |
|---|---|---|---|---|
| Corbin Butcher | 7/22/2015 | 12 | Discussion with M.Cervi re: draft business plan analysis | 0.8 |
| Corbin Butcher | 7/23/2015 | 12 | Discussed output with D. MacGreevey and M. Cervi (partial participation) | 0.5 |
| Corbin Butcher | 7/23/2015 | 12 | Phone call with M. Cervi to coordinate discussion with D. MacGreevey re: business plan analysis | 0.1 |
| Corbin Butcher | 7/23/2015 | 12 | Phone call with M.Cervi re: changes to business plan analysis | 0.2 |
| Corbin Butcher | 7/27/2015 | 12 | Discussion with M. Cervi re: final edits to presentation materials | 0.1 |
| Corbin Butcher | 7/27/2015 | 12 | Discussion with M. Cervi re: final edits to presentation materials | 0.1 |
| | | | **Internal Meetings / Discussions, Total:** | **11.3** |
| David MacGreevey | 7/16/2015 | 14 | Review SRI presentation materials re: WF1 merger model assumptions | 0.8 |
| David MacGreevey | 7/23/2015 | 14 | Review SR business plan analysis prepared by M. Cervi and C. Butcher | 0.6 |
| David MacGreevey | 7/28/2015 | 14 | Review updated SRI presentation materials re: merger analysis | 0.3 |
| David MacGreevey | 7/31/2015 | 14 | Review amended SRI complaint received from A. Behlmann (Lowenstein) | 1.7 |
| David MacGreevey | 7/31/2015 | 14 | Prepare for SRI UCC update conference call re: amended complaint, Taylor sale and claims | 0.5 |
| Mark Cervi | 7/13/2015 | 14 | Review of data related to benchmarking and projections including board minutes from 2013 and 2014 plan | 2.9 |
| Mark Cervi | 7/13/2015 | 14 | Review existing SR and WFO data for contribution margin information | 2.4 |
| Mark Cervi | 7/13/2015 | 14 | Compare historical data to projected data to understand contribution margin affect of strategic initiatives | 1.4 |
| Mark Cervi | 7/14/2015 | 14 | Review draft business plan analysis and provide comments to C. Butcher | 0.7 |
| Mark Cervi | 7/15/2015 | 14 | Review draft business plan analysis and provide comments to C. Butcher | 0.9 |
| Mark Cervi | 7/15/2015 | 14 | Review of data related to benchmarking and projections | 0.9 |
| Mark Cervi | 7/16/2015 | 14 | Review draft business plan analysis and provide comments to C. Butcher | 0.4 |

Exhibit C

**ZOLFO COOPER, LLC**
**THE STANDARD REGISTER COMPANY**
DETAIL OF HOURS BY PROJECT CATEGORY, DATE AND PROFESSIONAL
FOR THE PERIOD FROM JULY 1, 2015 THROUGH JULY 31, 2015

| PROFESSIONAL | DATE | PROJECT CODE | DESCRIPTION | HOURS INCURRED |
|---|---|---|---|---|
| Mark Cervi | 7/16/2015 | 14 | Review of available data for determination of report to UCC and respond to question posed by counsel | 0.1 |
| Mark Cervi | 7/17/2015 | 14 | Review analysis data and share with C. Butcher | 0.4 |
| Mark Cervi | 7/17/2015 | 14 | Review draft GUC trust agreement | 0.7 |
| Mark Cervi | 7/20/2015 | 14 | Review draft business plan analysis | 0.4 |
| Mark Cervi | 7/20/2015 | 14 | Review draft business plan analysis | 0.3 |
| Mark Cervi | 7/21/2015 | 14 | Review draft business plan analysis | 0.4 |
| Mark Cervi | 7/21/2015 | 14 | Review of supporting discovery documents related to business plan analysis | 0.8 |
| Mark Cervi | 7/22/2015 | 14 | Review draft business plan analysis | 0.3 |
| Mark Cervi | 7/22/2015 | 14 | Review draft business plan analysis | 0.4 |
| Mark Cervi | 7/23/2015 | 14 | Review draft business plan analysis | 0.5 |
| Mark Cervi | 7/27/2015 | 14 | Review latest draft business plan analysis | 0.6 |
| Mark Cervi | 7/27/2015 | 14 | Review revised draft business plan analysis and email exchange with C. Butcher re: suggested changes and clarifications | 0.5 |
| Mark Cervi | 7/28/2015 | 14 | Review latest draft business plan analysis, draft email regarding the same, and send to counsel | 0.6 |
| Mark Cervi | 7/28/2015 | 14 | Review amended draft of complaint distributed by counsel | 0.3 |
| Mark Cervi | 7/29/2015 | 14 | Review amended draft of complaint distributed by counsel and compare do ZC prepared financial data | 0.8 |
| Mark Cervi | 7/29/2015 | 14 | Review amended draft of complaint distributed by counsel and compare do ZC prepared financial data | 0.5 |
| Mark Cervi | 7/29/2015 | 14 | Review amended draft of complaint distributed by counsel and email comments to group | 0.7 |
| Mark Cervi | 7/29/2015 | 14 | Review emails from counsel regarding complaint | 0.1 |
| Mark Cervi | 7/31/2015 | 14 | Review amended draft of complaint distributed by counsel | 0.4 |

Exhibit C

ZOLFO COOPER, LLC
THE STANDARD REGISTER COMPANY
DETAIL OF HOURS BY PROJECT CATEGORY, DATE AND PROFESSIONAL
FOR THE PERIOD FROM JULY 1, 2015 THROUGH JULY 31, 2015

| PROFESSIONAL | DATE | PROJECT CODE | DESCRIPTION | HOURS INCURRED |
|---|---|---|---|---|
| Eugene Lavrov | 7/28/2015 | 14 | Reviewed adversary complaint prepared by counsel | 0.4 |
| Corbin Butcher | 7/9/2015 | 14 | Developed comparability slide deck with outline | 1.9 |
| Corbin Butcher | 7/9/2015 | 14 | Reviewed breakdown of revenue sources from comparable companies to further analyze margin data | 1.8 |
| Corbin Butcher | 7/10/2015 | 14 | Review of strategic plan presented in 2012, updates to Board of Directors from 2012-2014 and created timeline associated with plan forecast | 2.1 |
| Corbin Butcher | 7/13/2015 | 14 | Development of EBITDA risk and opportunity table to show implied revenue lost | 2.3 |
| Corbin Butcher | 7/13/2015 | 14 | Creation of SG&A time series data for comparable companies to highlight SRC assumptions vs. peers | 3.7 |
| Corbin Butcher | 7/13/2015 | 14 | Pull SR comparable operating data for M. Cervi | 0.5 |
| Corbin Butcher | 7/13/2015 | 14 | Create time series comparison of SRC forecast vs. comparables operating performance | 2.5 |
| Corbin Butcher | 7/14/2015 | 14 | Incorporated revisions from M. Cervi on formatting and analysis into business plan analysis | 1.7 |
| Corbin Butcher | 7/14/2015 | 14 | Reviewed IBIS and equity research reports re: forecasts as of WFO Merger for comparable companies and general print industry | 2.4 |
| Corbin Butcher | 7/14/2015 | 14 | Reviewed 2013 budget updates presented to SR Board post-transaction and incorporated updated forecasts into analysis | 1.8 |
| Corbin Butcher | 7/15/2015 | 14 | Revised comparison analysis to include equity analyst forecasts at the time of transaction | 3.2 |
| Corbin Butcher | 7/15/2015 | 14 | Calculated assumed operating metrics based on M&A financing operating forecasts | 1.2 |
| Corbin Butcher | 7/15/2015 | 14 | Making revisions, adding supplementary text and arrows to amplify analysis conclusions | 2.4 |
| Corbin Butcher | 7/15/2015 | 14 | Conducted additional analysis on margin expansion over time and correlated SG&A spend | 1.1 |
| Corbin Butcher | 7/17/2015 | 14 | Reformatted and completed changes in presentation materials provided by M. Cervi | 1.3 |
| Corbin Butcher | 7/17/2015 | 14 | Reviewed materials presented to WFO's Board of Directors in the context of forecasts | 0.8 |
| Corbin Butcher | 7/17/2015 | 14 | Generated additional analysis based on WFO financial advisors opinions to Board prior to transaction | 2.6 |
| Corbin Butcher | 7/17/2015 | 14 | Completed text edits, reformatting and clarifying changes | 0.9 |

Exhibit C

**ZOLFO COOPER, LLC**
**THE STANDARD REGISTER COMPANY**
**DETAIL OF HOURS BY PROJECT CATEGORY, DATE AND PROFESSIONAL**
**FOR THE PERIOD FROM JULY 1, 2015 THROUGH JULY 31, 2015**

| PROFESSIONAL | DATE | PROJECT CODE | DESCRIPTION | HOURS INCURRED |
|---|---|---|---|---|
| Corbin Butcher | 7/20/2015 | 14 | Generated additional slides depicting various financial metric correlations for both WFO and SRC for comparative purposes | 2.8 |
| Corbin Butcher | 7/20/2015 | 14 | Reworked and updated model to account for updated benchmarking assumptions | 2.4 |
| Corbin Butcher | 7/20/2015 | 14 | Created slides and formatted new outputs from model | 2.1 |
| Corbin Butcher | 7/20/2015 | 14 | Created new debt coverage matrix from new model to show comparative values, variances and deltas | 1.2 |
| Corbin Butcher | 7/21/2015 | 14 | Made changes and edits to presentation materials based on discussion with M. Cervi | 1.2 |
| Corbin Butcher | 7/21/2015 | 14 | Reviewed and updated UCC margin analysis for D&O assumptions | 2.1 |
| Corbin Butcher | 7/21/2015 | 14 | Built out additional revenue and margin model for updated D&O forecast analysis | 2.6 |
| Corbin Butcher | 7/21/2015 | 14 | Used model to determine EBITDA bridge elements and formatted into presentation slides | 3.1 |
| Corbin Butcher | 7/21/2015 | 14 | Updated presentation materials with more annotations and updated language | 0.4 |
| Corbin Butcher | 7/21/2015 | 14 | Reworked margin matrix analysis to tie SRC to BAML EBITDA bridge | 1.9 |
| Corbin Butcher | 7/22/2015 | 14 | Developed additional justification for SRC revenue growth assumptions | 2.0 |
| Corbin Butcher | 7/22/2015 | 14 | Developed methodology to calculate lost operating leverage given certain revenue projections | 2.3 |
| Corbin Butcher | 7/22/2015 | 14 | Reformatted presentation materials and developed additional pages for revenue forecast justification | 2.1 |
| Corbin Butcher | 7/22/2015 | 14 | Re-ran operating leverage analysis based on discussion with M. Cervi | 1.4 |
| Corbin Butcher | 7/22/2015 | 14 | Reformatted and updated all slides to reflect updated model inputs | 1.6 |
| Corbin Butcher | 7/23/2015 | 14 | Completed edits to presentation materials requested by D. MacGreevey and M. Cervi | 2.6 |
| Corbin Butcher | 7/23/2015 | 14 | Built additional model scenario to generate additional variance outputs and incorporated findings into presentation materials | 1.8 |
| Corbin Butcher | 7/23/2015 | 14 | Sensitized ZC assumptions and created variation analysis | 2.1 |
| Corbin Butcher | 7/26/2015 | 14 | Adjusted model assumptions, validated outputs and flowed through pages in presentation materials with respective formatting | 2.2 |

Exhibit C

ZOLFO COOPER, LLC
THE STANDARD REGISTER COMPANY
DETAIL OF HOURS BY PROJECT CATEGORY, DATE AND PROFESSIONAL
FOR THE PERIOD FROM JULY 1, 2015 THROUGH JULY 31, 2015

| PROFESSIONAL | DATE | PROJECT CODE | DESCRIPTION | HOURS INCURRED |
|---|---|---|---|---|
| Corbin Butcher | 7/26/2015 | 14 | Adjusted language and presentation material comments based on new assumptions set | 1.1 |
| Corbin Butcher | 7/27/2015 | 14 | Added baseline projection assumptions output and additional pages to presentation materials | 1.4 |
| Corbin Butcher | 7/27/2015 | 14 | Completed edits to formatting, language and graphical outputs in presentation materials | 0.9 |
| | | | Adversary Proceeding, Total: | 98.2 |
| | | | Total Billable | 162.4 |

**ZOLFO COOPER LLC**
**THE STANDARD REGISTER COMPANY**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD FROM JULY 1, 2015 THROUGH JULY 31, 2015**

| Expense Category | Total Expenses During Period |
|---|---|
| Ground Transportation | $67.00 |
| Meals | $181.43 |
| Miscellaneous | $366.06 |
| **Total** | **$614.49** |

Exhibit E

**ZOLFO COOPER, LLC**
**THE STANDARD REGISTER COMPANY**
**DETAIL OF EXPENSES BY PROFESSIONAL**
**FOR THE PERIOD FROM JULY 1, 2015 THROUGH JULY 31, 2015**

| PROFESSIONAL | DATE | CATEGORY | DESCRIPTION | INCURRED AMOUNT | VOLUNTARY REDUCTION | FINAL AMOUNT |
|---|---|---|---|---|---|---|
| Eugene Lavrov | 7/9/2015 | Ground Transportation | After hours transportation | 67.00 | - | 67.00 |
| | | | **Total Ground Transportation** | **$ 67.00** | **$ -** | **$ 67.00** |
| | | | | | | |
| Corbin Butcher | 7/2/2015 | Meals | Working Lunch | 11.98 | - | 11.98 |
| Corbin Butcher | 7/14/2015 | Meals | Working Lunch | 14.13 | - | 14.13 |
| Corbin Butcher | 7/15/2015 | Meals | Working Lunch | 15.17 | - | 15.17 |
| Corbin Butcher | 7/16/2015 | Meals | Working Lunch | 19.03 | - | 19.03 |
| Corbin Butcher | 7/20/2015 | Meals | Working Lunch | 13.26 | - | 13.26 |
| Corbin Butcher | 7/21/2015 | Meals | Working Lunch | 19.03 | - | 19.03 |
| Corbin Butcher | 7/22/2015 | Meals | Working Lunch | 19.58 | - | 19.58 |
| Eugene Lavrov | 7/2/2015 | Meals | Working Lunch | 14.10 | - | 14.10 |
| Eugene Lavrov | 7/6/2015 | Meals | Working Lunch | 11.98 | - | 11.98 |
| Eugene Lavrov | 7/7/2015 | Meals | Working Lunch | 14.97 | - | 14.97 |
| Eugene Lavrov | 7/9/2015 | Meals | Working Lunch | 14.10 | - | 14.10 |
| Eugene Lavrov | 7/10/2015 | Meals | Working Lunch | 14.10 | - | 14.10 |
| | | | **Total Meals** | **$ 181.43** | **$ -** | **$ 181.43** |
| | | | | | | |
| Mark Cervi | 7/1/2015 | Miscellaneous | Phone | 25.88 | | 25.88 |
| David MacGreevey | 7/7/2015 | Miscellaneous | Phone | 27.82 | - | 27.82 |
| Eugene Lavrov | 7/31/2015 | Miscellaneous | Phone | 10.00 | - | 10.00 |
| Corbin Butcher | 6/16/2015 | Miscellaneous | Phone | 50.00 | - | 50.00 |
| Corbin Butcher | 7/16/2015 | Miscellaneous | Phone | 36.97 | - | 36.97 |
| Payable Accounts | 6/30/2015 | Miscellaneous | Phone | 7.15 | - | 7.15 |
| Payable Accounts | 7/26/2015 | Miscellaneous | Phone | 29.04 | - | 29.04 |
| Payable Accounts | 6/30/2015 | Miscellaneous | Pacer | 179.20 | - | 179.20 |
| | | | **Total Miscellaneous** | **$ 366.06** | **$ -** | **$ 366.06** |
| | | | **Total Expenses** | **$ 614.49** | **$ -** | **$ 614.49** |