# UNITED STATES BANKRUPTCY COURT

District of Delaware

In re: SRC Liquidation Company (f/k/a The Standard Register Company), ET AL., Case No. 15-10541

## NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **SONAR CREDIT PARTNERS III, LLC** | **ALPHAGRAPHICS** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

SONAR CREDIT PARTNERS III, LLC
80 BUSINESS PARK DRIVE, SUITE 208
ARMONK, NY 10504

Phone: **(914) 730-1005**
Last Four Digits of Acct #: N/A

Name and Address where transferee payments should be sent (if different from above):

Phone: N/A
Last Four Digits of Acct #: N/A

Court Claim # (if known): **1352**
Amount of Claim: **$15,072.84**
Transferred Administrative Portion of Claim in the Amount of: **$7,688.04**
Date Claim Filed: **6/03/2015**

Phone: N/A
Last Four Digits of Acct. #: N/A

Name and Current Address of Transferor:

ALPHAGRAPHICS
97 MAIN STREET
NASHUA, NH 03060

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief:

By: /s/Michael Goldberg          Date: 8/26/2015
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EXHIBIT A

## EVIDENCE OF TRANSFER OF ADMINISTRATIVE EXPENSE 503(b)(9) CLAIM

TO:    United States Bankruptcy Court ("Bankruptcy Court")
District of Delaware
Attn: Clerk

AND TO:    SRC Liquidation Company (f/k/a The Standard Register Company) ("Debtor"), Case No. 15-10541.

Claim #: 1352

**ALPHAGRAPHICS**, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**SONAR CREDIT PARTNERS III, LLC**
80 Business Park Drive
Suite 208
Armonk, NY 10504
Attn: Michael Goldberg
Phone: (914) 730-1005

its successors and assigns ("Assignee"), all rights, title and interest in and to the claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of **$7,688.04** ("Administrative Expense 503(b)(9) Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated August 26, 2015.

ASSIGNOR: Alphagraphics

Signature: David C. Orpin
Name: DAVID C. ORPIN
Title: Owner
Date: August 26, 2015

ASSIGNEE: **Sonar Credit Partners III, LLC**
By: Sonar Asset Management Group, Inc.
Its Managing Member

Signature: Michael Goldberg
Name: Michael Goldberg
Title: President
Date: 8/26/15


Contact (855) 842-4124    Client Login

## Standard Register — SRC Liquidation Company (15-10541)    CHANGE CASE

Case Info    Docket    **Claims**    Submit a Claim

Search Docket    Search Claim

🔍 Enter number or name

| Schedule | Claim # | Filed Date | Creditor Name | Debtor Name | Claim Value |
|---|---|---|---|---|---|
| 113637 | 1352 | 06/03/2015 | ALPHAGRAPHICS | SRC Liquidation Company | $ 15,072.84 |

Select scope: Claims & Schedules

Claim Number(s) (e.g. 1,3,5-7): 1352

### Creditor Data Details for Claim # 1352

Creditor
ALPHAGRAPHICS
97 MAIN STREET
NASHUA, NH 03060

Date Filed
06/03/2015

Claim Number
1352

Debtor Name
SRC Liquidation Company

Proof of Claim
📄 View PDF  ✉ Email PDF

Schedule Number
113637

Schedule Number: 

Creditor name:

Debtor(s): SRC Liquidation Company ×
Add Another

Select Classification: Select an Option

Select Search Operator: Select an Option

Amount:

Date from — Date to

| | Schedule Amount C*U*D* | Asserted Claim Amount C*U*F* | Current Claim Status Claim Value | |
|---|---|---|---|---|
| General Unsecured | $10,091.95 | $7,384.80 | $7,384.80 | Asserted |
| Priority | | | | |
| Secured | | | | |
| 503(b)(9) Admin Priority | | $7,688.04 | $7,688.04 | Asserted |
| Admin Priority | | | | |
| Total | $10,091.95 | $15,072.84 | $15,072.84 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Reset

Open in new window

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law

Page 1 of 1    20    View 1 - 1 of 1

Home    Leadership    Disclaimer

©2013 Prime Clerk. All rights reserved.