## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| SRC LIQUIDATION COMPANY, et al., | ) ) | Case No. 15-10541 (BLS) |
| Debtors. | ) ) ) | (Jointly Administered) |

### NOTICE OF APPEARANCE
### AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that the undersigned hereby enters their appearance as counsel to Richardson Seating Corporation and, pursuant to Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010 and 11 U.S.C. § 1109(b), requests that copies of any and all notices, including but not limited to pleadings, motions, orders to show cause, applications, presentments, petitions, complaints, memoranda, affidavits, declarations, orders, disclosure statements, and plans of reorganization, or other documents filed or entered in this case, be served upon and transmitted to:

> Nicholas M. Miller
> Alexis M. Dominguez
> Neal, Gerber & Eisenberg LLP
> Two North LaSalle Street, Suite 1700
> Chicago, IL 60602-3801
> Ph: (312) 269-8000
> Fax: (312) 269-1747
> Email: nmiller@ngelaw.com
> adominguez@ngelaw.com

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of Richardson Seating Corporation (1) to have final orders in non-core matters entered only after de novo review by a District Court judge, (2) to trial by jury in any proceeding so triable in this case or any case,

21736017.1

controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: August 27, 2015

Respectfully submitted,

**NEAL, GERBER & EISENBERG LLP**

By: */s/ Nicholas M. Miller*
    Nicholas M. Miller
    Alexis M. Dominguez
    **NEAL, GERBER & EISENBERG LLP**
    Two North LaSalle Street – Suite 1700
    Chicago, Illinois 60602-3801
    (312) 269-8000

    *Counsel to Richardson Seating Corporation*

## CERTIFICATE OF SERVICE

      I, Nicholas M. Miller, hereby certify that on August 27, 2015, the Notice of Appearance and Request for Notice was served upon the parties entitled to receive notice by the Court's CM/ECF system and they were sent an email notification of such filing by the Court's CM/ECF system.

      By: */s/ Nicholas M. Miller*
      Nicholas M. Miller