## EXHIBIT B

## WILLIAMS DECLARATION

01:17543265.6

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

## DECLARATION OF LANDEN C. WILLIAMS IN SUPPORT OF DEBTORS' MOTION FOR ORDER AUTHORIZING THE DEBTORS TO (I) EMPLOY AND RETAIN WILLIAMSMARSTON LLC TO PROVIDE INTERIM MANAGEMENT SERVICES PURSUANT TO 11 U.S.C. § 363, AND (II) DESIGNATE LANDEN C. WILLIAMS AS REPLACEMENT CHIEF RESTRUCTURING OFFICER AND TREASURER *NUNC PRO TUNC* TO AUGUST 26, 2015

I, Landen C. Williams, hereby declare under penalty of perjury, pursuant to section 1746 of title 28 of the United States Code, as follows:

1.      I am the co-founder and partner of WilliamsMarston LLC ("<u>WilliamsMarston</u>"),[2] with an office at 800 Boylston Street, 16th Floor, Boston, MA 02199.

2.      I submit this declaration (the "<u>Declaration</u>") on behalf of WilliamsMarston LLC in support of the *Debtors' Motion for Order Authorizing the Debtors to (i) Employ and Retain WilliamsMarston LLC to Provide Interim Management Services Pursuant to 11 U.S.C. § 363 and (ii) Designate Landen C. Williams as Chief Restructuring Officer and Treasurer, Nunc Pro Tunc to August 26, 2015* (the "<u>Motion</u>"), for entry of an order (i) authorizing the Debtors to retain and employ WilliamsMarston LLC to provide interim management services,

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001).  The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2]    Capitalized terms used but not defined herein shall have the meaning provided in the Motion.

and (ii) designating Landen C. Williams as replacement Chief Restructuring Officer (the "Replacement CRO") and Treasurer to the Debtors, *nunc pro tunc* to August 26 2015.

3.      Except as otherwise indicated herein, all facts set forth in this Declaration are based upon my personal knowledge of the matters set forth herein.  I am over eighteen (18) years of age and I am authorized to submit the Declaration on behalf of WilliamsMarston.  If called upon to testify, I could and would competently testify to the facts set forth herein from my own personal knowledge, except as otherwise stated.

## WILLIAMSMARSTON'S QUALIFICATIONS

4.      It is my understanding that, on February 27, 2015, the Debtors' Board of Directors (the "Board") appointed Mr. Kevin Carmody ("Mr. Carmody") as the Debtors' Chief Restructuring Officer, effective as of March 2, 2015.  Pursuant to his appointment, Mr. Carmody became responsible for the Debtors' restructuring efforts and was required to report directly to the Board.

5.      At this time, following the going-concern sale of substantially all of the Debtors' assets, I am advised that the Board has accepted Mr. Carmody's resignation as Chief Restructuring Officer, effective as of August 26, 2015, and I have been selected to replace Mr. Carmody in that role.  In conjunction therewith, WilliamsMarston was also retained to provide interim management services during the Debtors' ongoing wind-down and to replace McKinsey RTS in each capacity that McKinsey RTS has served to date, as needed, following the successful consummation of a going-concern sale of substantially all of the Debtors' assets.

6.      I am qualified to serve as the Debtors' Replacement CRO during the pendency of these Chapter 11 Cases, with the support of the WM Staff.  I am the co-founder and partner of WilliamsMarston's practice in Boston, and have a proven track record of assisting distressed clients liquidate their assets in similar circumstances.

7.     WilliamsMarston is comprised of accounting professionals with significant and varied operational and technical accounting experience.  The firm's service offerings include forensic accounting, consulting and interim management, and I have significant experience working in the context of chapter 11.  During my time as as Managing Director in the Financial Restructuring practice of FTI Consulting, Inc. and a Manager in the Business Restructuring Services practice of PricewaterhouseCoopers LLP, I advised both debtors and creditors regarding the design and implementation of corporate restructuring strategies both in and out of court.  My past clients include, but are not limited to, Stone & Webster, MCI Worldcom, Reliant Resources, Dynegy, Maxim Cranes, and Dow Chemical.  I have almost twenty years of relevant management consulting experience, and in that capacity have previously served as an interim corporate controller of two publicly traded companies and advised many other clients on financial modeling, liquidity and cash management, wind-down initiatives, claims reconciliation and financial reporting.

8.     Given WilliamsMarston's relevant experience and cost-efficient fee structure, the Debtors retained WilliamsMarston and designated me as Replacement CRO and Treasurer pursuant to an Engagement Letter dated August 26, 2015 (the "Engagement Letter").  Under the Engagement Letter, WilliamsMarston was retained principally for the purpose of maintaining a short-term cash flow forecasting process, pursuing wind-down initiatives, participating in the claims reconciliation process, and assisting counsel in conjunction therewith.

9.     As a result of the diligence conducted by WilliamsMarston at the outset of its engagement, and my extensive discussions with Mr. Carmody and the Board's strategic committee members, WilliamsMarston is familiar with the Debtors, the events that have transpired during these Chapter 11 Cases, and the Debtors' historical business operations,

financial affairs, debt structure, employee groups and related matters. Consequently, WilliamsMartston has developed significant relevant experience and expertise regarding the Debtors and the circumstances of these Chapter 11 Cases, and has the skills, qualifications and expertise necessary to continue to assist the Debtors with their wind down efforts in an efficient and cost-effective manner.

<u>**PROFESSIONAL COMPENSATION**</u>

10.     WilliamsMarston's decision to advise and assist the Debtors in connection with the wind-down of these Chapter 11 Cases is conditioned upon its ability to be retained in accordance with WilliamsMarston's customary terms and conditions of employment, including the compensation arrangement set forth in the Engagement Letter (the "<u>Fee and Expense Structure</u>") and summarized below.

11.     The standard hourly rates, subject to periodic adjustments, charged by professionals anticipated to be assigned to these Chapter 11 Cases are as follows:

| <u>Engagement Staff</u> | <u>Description</u> | <u>Hourly Rate</u> |
|---|---|---|
| Landen Williams | Chief Restructuring Officer | $350 |
| Jonathan Marston | Partner | $350 |
| Joseph Furnari | Managing Director | $300 |
| Paul Poirier | Director | $275 |
| Meg Macumber | Manager | $250 |
| Euan Milne | Consultant | $225 |
| Lynette Tsai | Consultant | $225 |

12.     To the extent additional WilliamsMarston personnel provide services to the Debtors during the pendency of these cases, WilliamsMarston's fees will be based on the

hours spent by such personnel at WilliamsMarston's applicable hourly rates,[3] which are as follows:

| Title of Professional | Hourly Rate |
|---|---|
| Partner | $350 |
| Managing Director | $300 |
| Director | $275 |
| Manager | $250 |
| Consultant | $225 |

13.    In addition to any fees payable to WilliamsMarston, the Debtors shall promptly reimburse WilliamsMarston for all reasonable and necessary out-of-pocket expenses incurred in connection with the engagement such as, but not limited to, travel, lodging, case administrators, and working meals following WilliamsMarston's standard expense reporting.

14.    Consistent with the scope of services to be provided by WilliamsMarston under the Engagement Letter, the Debtors and WilliamsMarston negotiated and agreed upon the Fee and Expense Structure described above.  The Debtors believe that the Fee and Expense Structure is reasonable, designed to fairly compensate WilliamsMarston for the work I will perform and that performed by the WM Staff, and consistent with WilliamsMarston's normal and customary billing levels for comparably sized and complex cases, both in and out-of-court, in connection with the rendering of similar services to be provided by WilliamsMarston to the Debtors.  The Fee and Expense Structure is also market-based and consistent with, and typical of, arrangements entered into by other comparable advisory firms rendering similar services for clients such as the Debtors under like circumstances.

---

[3]    WilliamsMarston's rates are subject to periodic adjustment.  WilliamsMarston will inform the Debtors and the U.S. Trustee to the extent any such adjustments occur during the pendency of these Chapter 11 Cases.

15. WilliamsMarston will submit monthly invoices to the Debtors, and the Debtors have requested authority to pay, in the ordinary course of business, all reasonable amounts invoiced by WilliamsMarston for fees and expenses.

16. Because WilliamsMarston is not being employed as a professional under section 327 of the Bankruptcy Code, WilliamsMarston requests that it not be required to submit fee applications pursuant to sections 330 and 331 of the Bankruptcy Code. However, to maintain transparency and to comply with the U.S. Trustee's protocol applicable to the retention of personnel under section 363 of the Bankruptcy Code, WilliamsMarston will file reports of compensation earned and expenses incurred and paid on a quarterly basis (each a "Quarterly Report," and collectively, the "Quarterly Reports") with the Court and provide notice to (i) the Office of the United States Trustee for the District of Delaware ("U.S. Trustee"), (ii) counsel for Silver Point Finance, LLC, in its capacity as administrative agent under the Debtors' prepetition second lien term loan agreement ("Silver Point Counsel"), (iii) counsel to Bank of America, N.A. as administrative and collateral agent under the Debtors' postpetition ABL credit agreement ("Bank of America Counsel"), and (iv) counsel to the Committee (collectively with the U.S. Trustee, Silver Point Counsel, and Bank of America Counsel, the "Notice Parties"). Such reports will (a) summarize the services provided to the Debtors, (b) summarize the compensation earned by each of the WilliamsMarston personnel, (c) identify the staff employee provided, and (d) itemize the expenses incurred. Notice for the Quarterly Reports will provide for a time period of at least fourteen (14) days for objections by parties in interest. All compensation will be subject to review by the Court in the event an objection is filed. For the avoidance of doubt, Mr. Williams and the WM Staff are not, and shall not, be required to comply with Local Rule 2016-2.

01:17544238.4

17.      Quarterly Reports shall be due no later than twenty (20) days after the end of a quarter with the first Quarterly Report, covering the period from the August 1, 2015 through October 31, 2015, due on or before November 20, 2015.  This procedure shall continue for any subsequent Quarterly Reports.  In the event that a party in interest objects to a Quarterly Report, WilliamsMarston's fees and expenses shall be subject to review by this Court.

18.      In addition, WilliamsMarston will file with the Court and provide the Notice Parties a report on staffing, reporting the number of hours worked by category (the "Staffing Report") by the 20th of each month for the previous month, with the first report, covering the August 2015 stub period, being due on September 20, 2015.  These Staffing Reports will include the names and tasks filled by the Replacement CRO and all WM Staff involved in this matter.  Notice for the Staffing Reports will provide for a time period of at least fourteen (14) days for objections by parties in interest.  The Staffing Report (and WilliamsMarston's staffing for this matter) would be subject to review by the Court in the event so requested by any of the Notice Parties.

19.      WilliamsMarston received an initial retainer of $100,000 (the "Retainer") on August 27, 2015 from the Debtors.  Pursuant to the Engagement Letter, WilliamsMarston will apply its Retainer to all amounts invoiced to date, upon receipt of which the Debtors have agreed to replenish such Retainer.  WilliamsMarston did not receive any fees from the Debtors prior to the commencement of these Chapter 11 Cases.

20.      As contemplated by the Engagement Letter, the Retainer will be held as security for postpetition services and expenses incurred in connection with, and during the pendency of, these Chapter 11 Cases.

## WILLIAMSMARSTON'S CONNECTIONS WITH
## THE DEBTORS AND PARTIES IN INTEREST

21.    I am not related or connected to, and, to the best of my knowledge and information, none of the members of the WM Staff are related or connected to any judge of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") or the U.S. Trustee or to any employee in the office thereof.

22.    In anticipation of its proposed retention, and as described herein, WilliamsMarston emailed: (a) members of WilliamsMarston and the WM Staff and searched its client database to determine the existence of any client service provided by such employees within the last three years to parties-in-interest (the "Interested Parties") on the interested parties list attached hereto as Schedule 1 (the "Interested Parties List"),    (b) members of WilliamsMarston that provide consulting services to determine the existence of client services provided by employees within the last three years to any client that focused on a direct commercial relationship or transaction with the Debtors and (c) all employees of WilliamsMarston to request information on any relationships with the Debtors, the U.S. Trustee and the Bankruptcy Court, as well as equity ownership in the Debtors.

23.    Based on the searches described above, to the best of my knowledge and information, after reasonable inquiry, except as set forth herein employees of WilliamsMarston (a) do not have any connection with the Debtors or their affiliates, their creditors, or any other Interested Parties in these cases, as identified on the Interested Parties List other than as set forth herein; (b) are "disinterested persons," as that term is defined in section 101(14) of the Bankruptcy Code; (c) do not hold or represent any interest adverse to the Debtors' estates or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in the Debtors; (d) are not and have not been a creditor, an equity

security holder or an insider of the Debtors, except that WilliamsMarston has previously rendered services to the Debtors for which it has been compensated; (e) are not and have not been, within two years before the Petition Date, a director, officer or employee of the Debtors.

24. Based upon the research described above, I have determined that none of WilliamsMarston's current or past clients appear on the Interested Parties List. However, WilliamsMarston has ascertained that employees of WilliamsMarston have previously served various parties on the Interested Parties List, but on matters unrelated to the Debtors and their Chapter 11 Cases. More specifically, to the best of my knowledge and belief:

a. While employed by a different firm in 2013, I advised Sprint Corporation, one of the Debtors' creditors and contract counterparties, on matters unrelated to these Chapter 11 Cases;

b. While employed by a different firm in 2013, Paul Poirer, one of the WM Staff who is currently designated to provide services to the Debtors, advised Iron Mountain, one of the Debtors' creditors and contract counterparties, on matters unrelated to these Chapter 11 Cases; and

c. A WilliamsMarston employee previously worked for Ernst & Young, one of the Debtors' retained ordinary course professionals, in 2014 on a matter unrelated to these Chapter 11 Cases.

25. In addition, WilliamsMarston serves clients across a broad range of industries, functions, and geographies, and, within industries, serve competitors and do so in a manner that protects the confidentiality of each client's information (including the confidentiality of the engagement itself). Thus, WilliamsMarston may have in the past provided services for, may presently be providing services for, and may in the future provide services for entities that are determined to be creditors, lenders, shareholders, insurers, customers, competitors, vendors, contract counterparties in each case of the Debtors or otherwise Interested Parties named on the Interested Parties List; however, to the best of my current knowledge, subject to the disclosures

set forth herein, such services do not focus on direct commercial relationships or transactions between such companies and the Debtors.

26. WilliamsMarston does however, from time to time, provide overall strategic analysis and advice to companies that operate in the communications field in which the Debtors operate, which analysis and advice could include review and comment on publicly available information and strategic considerations with respect to the Debtors, as well as other companies. Similarly, certain members of WilliamsMarston may have business associations with certain of the Debtors' creditors, professionals, service providers or other Interested Parties, or interests adverse to such creditors, professionals, service providers or Interested Parties herein, which associations to the best of my knowledge and information have no connection with these proceedings.

27. As noted, WilliamsMarston has a long-standing policy of serving competing companies and do so in a manner that protects the confidentiality of each client's information. In fact, WilliamsMarston's expertise which the Debtors desire to utilize for the purposes described herein derives from WilliamsMarston's broad-based service in many different aspects of the industry and business sector in which the Debtors operate. Because of its practice of serving clients with overlapping or competing interests, these affiliates do not have in place any centralized conflicts identification process, and only have a central database of clients and engagements performed for those clients, which is kept principally for record keeping purposes, but does not contain detailed descriptions of the client support.

28. However, WilliamsMarston completed the following steps in order to make the representations contained herein:

10

a.   WilliamsMarston made inquiry to its members about whether they currently provide consulting services to entities that focus on a direct commercial relationship or transaction with the Debtors.

b.   WilliamsMarston made inquiry to its members and to the partners who are responsible for those clients appearing on the Interested Parties List, as to whether any services WilliamsMarston provided over the past three years or are currently providing to such Interested Parties focused or focus on a direct commercial relationship or transaction with the Debtors.

c.   Additionally, WilliamsMarston made inquiry to its members as to whether such employee or a member of his/her immediate family is related to or employed by the Debtors, the U.S. Trustee and/or the Bankruptcy Court.

d.   Additionally, WilliamsMarston made inquiry to its members as to whether such employee or a member of his/her immediate family owns equity securities of the Debtors.

e.   Finally, WilliamsMarston requested that partners and senior level employees of WilliamsMarston immediately inform me, for the duration of WilliamsMarston's retention by the Debtors, if proposed support for any of their clients would focus on a direct commercial relationship with the Debtors.

29.   Furthermore, based upon responses received to the inquiry my colleagues, no employees of WilliamsMarston or their family members hold equity securities of the Debtors.

30.   Finally, as part of its diverse practice, WilliamsMarston is involved in numerous matters and transactions involving many different professionals, including attorneys, accountants and financial consultants, some of which may represent the Debtors or claimants and Interested Parties in the Debtors' Chapter 11 Cases.  For instance, WilliamsMarston may have in the past been represented by, may currently be represented by, and may in the future be represented by attorneys, law firms or financial advisors who are involved in these proceedings, including law firms and financial advisors representing the Debtors.  Further, WilliamsMarston may in the past have served, may currently serve, and may in the future serve professionals in these cases on matters unrelated to the Debtors' Chapter 11 Cases.  In addition, WilliamsMarston may in the past have worked with, may currently work with, and likely will in the future work

01:17544238.4

with professionals in these cases on matters unrelated to these cases.  Lastly, WilliamsMarston may have in the past contracted with, may currently contract with, and may in the future contract with certain service providers listed on the Interested Parties List for necessary business services. Based upon my current knowledge of the professionals involved, to the best of my knowledge, none of these business relations constitute interests materially adverse to the Debtors herein in matters upon which WilliamsMarston is to be employed, and none are in connection with these cases.

        31.     In accordance with section 504 of the Bankruptcy Code and Bankruptcy Rule 2016, neither I nor WilliamsMarston has entered into any agreements, express or implied, with any other party in interest, including the Debtors, any creditor, or any attorney for such party in interest in these Chapter 11 Cases.

        32.     Based upon the foregoing, I believe that WilliamsMarston does not hold an adverse interest to the Debtors' estates, and that WilliamsMarston is a "disinterested person," as that term is defined in section 101(14) of the Bankruptcy Code.

        33.     WilliamsMarston reserves the right to supplement this Declaration in the event that WilliamsMarston discovers any facts bearing on matters described in this Declaration regarding WilliamsMarston's employment by the Debtors.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

  */s/ Landen C. Williams*
Landen C. Williams

Executed this 27th day of August 2015

## SCHEDULE 1

## POTENTIAL PARTIES IN INTEREST

**Interested Parties**

**A. Debtors and their non-debtor subsidiaries**
1. The Standard Register Company
2. Standard Register Technologies, Inc.
3. iMedConsent, LLC
4. Standard Register Technologies Canada ULC
5. Standard Register Mexico Holding Company
6. Standard Register Holding Company
7. Standard Register International, Inc.
8. Standard Register of Puerto Rico Inc.
9. Standard Register Holding, S. de R.L. de C.V.
10. Standard Register Servicios, S. de R.L. de C.V.
11. Standard Register de Mexico, S. de R.L. de C.V.
12. WorkflowOne, LLC

**B. Debtors' officers and directors**
1. Joseph P. Morgan, Jr.
2. Robert M. Ginnan ("Bob")
3. John G. King
4. Greg J. Greve
5. Joseph L. Klenke
6. Jeffrey L. Moder ("Jeff")
7. Amy L. Reilly
8. Gerard D. Sowar ("Gerry")
9. Diana Tullio
10. Terry Williams
11. F. David Clarke, III
12. Roy W. Begley ("Robin")
13. Anthony J. DiNello
14. Frederic F. Brace ("Jake")
15. R. Eric McCarthey
16. Robert A. Peiser
17. John J. Schiff, Jr.
18. John Q. Sherman, II
19. William P. Lee
20. David P. Bailis
21. Julie D. Klapstein
22. Joanne Cummins
23. Williams Lee

**C. Major business affiliations of the debtors' officers and directors and related persons**
1. Clarke-Hook Corporation
2. Anixter International Inc.
3. The Shelty-Viking Capital Group LLC
4. Vistage International
5. Crestlight Venture Productions
6. Ginzinga Naturals, LLC
7. USA Truck, Inc.
8. Primary Energy Recycling Company Corp.
9. Cincinnati Financial Corporation
10. The Cincinnati Insurance Company
11. Fifth Third Bancorp
12. The Fifth Third Bank
13. Cincinnati Bengals, Inc.
14. John J. and Thomas R. Schiff & Co., Inc.
15. A. Rifkin Company
16. Silver Point Capital, L.P.
17. Granite Broadcasting, Inc.
18. Nautic Global Group, Inc.
19. Novasep Holdings, S.A.S.
20. Annies, Inc.

**D. Debtors' secured creditors**
1. Silver Point Capital
2. Silver Point Capital, L.P.
3. Silver Point Finance, LLC
4. Silver Point Capital Fund, L.P.
5. SPCP Group, LLC
6. SPF CDO I, LTD
7. SPCP Group III LLC
8. Credit Suisse AG, Cayman Island Branch
9. Credit Suisse Loan Funding LLC
10. Sargas CLO II Ltd.
11. WG Horizons CLO I
12. West Gate Horizons Advisors LLC
13. DLJ Investment Partners, L.P.
14. DLJ Investment Partners II, L.P.
15. DLJIP II Holdings, L.P.
16. Credit Suisse
17. Bank of America, N.A.
18. Wells Fargo
19. Canon Solutions America, Inc.
20. Cisco Systems Capital Corporation
21. Crown Credit Company
22. Dell Financial Services LP
23. E. I. Dupont De Nemours And Company
24. Fujifilm
25. Fujifilm North America Corporation
26. Harold M. Pitman Company
27. Hewlett-Packard Financial Services Company
28. Northstar Recycling Company, Inc.
29. Northstar Recycling Group, Inc.
30. Oce Financial Services, Inc.
31. Oce North America, Inc.
32. Software Professionals, Inc.
33. Tilt-Lock Inc.
34. Xerox Corporation
35. CIT Technologies Corporation d/b/a CIT Systems Leasing
36. CIT Finance LLC
37. Georgia-Pacific Consumer Products LP
38. Raymond Leasing Corporation
39. Dainippon Screen Graphics (USA), LLC
40. SmartWorks.com, Inc.

E. **Debtors' 50 largest unsecured creditors on a consolidated basis as identified in their chapter 11 petitions**

1. The Pension Benefit Guaranty Corporation
2. Timothy Webb
3. Georgia Pacific Corp
4. Gary Becker
5. Salesforce Com Inc.
6. Michael Spaul
7. Volt Consulting
8. Mark Platt
9. Craig Stockmal
10. Peter Redding
11. Washington State Department of Ecology
12. Westborough (The Realty Associates Fund IX, c/o Lincoln Property Company)
13. Avery Dennison
14. Joseph Custer
15. Purchase Power
16. Bank Of America
17. Carolinas Shared Services (subgroup within Premier GPO)
18. Business Card Service
19. Appvion Inc
20. John Harden
21. Dennis  Rediker
22. Tenet (subgroup within MedAssets GPO comprised of about 45 hospitals)
23. HP Enterprise Services LLC
24. Kathryn Lamme
25. GLS Graphic Label Solutions
26. Earth Color
27. Precision Dynamics Corp
28. Craig Brown
29. Rajendra Mehta
30. Virginia Rafferty
31. Jack Marshall
32. Unisource Worldwide Inc
33. Michael Wolk
34. Flexcon Company Inc.
35. Edward Keiper
36. Xpedx LLC
37. Lithia Springs
38. Novation GPO
39. Robert Assini
40. Sanmar Corp.
41. Partners Healthcare
42. Nevs Ink Inc
43. Source Technologies Inc
44. Domtar Paper Co LLC
45. Cass Information Systems
46. Dayton Mailing Services
47. Bruce Moses
48. Catholic Contracting Group (CCG)
49. Independent Printing Co Inc.
50. Nissan Total

F. **Debtor's landlords**

1. ColFin Cobalt Industrial Reit II
2. ProLogis Trust
3. Liberty Property Trust
4. Windmill 1
5. Double Nickel
6. The Realty Associates Fund IX
7. Lincoln Property Company
8. Ninth 209, LLC
9. Sandusky Investments LTD
10. BRE/COS 1 LLC
11. Alan D Palmer
12. Brookwood Four Points Investor
13. First National Bank Alaska
14. Rita Blumenfeld
15. MCI CIF LLC
16. Naifco Realty
17. Owen Properties
18. Pacific Realty Associates,
19. ProLogis
20. GCCFC 2005-GG5 1255 Terminus Industrial Limited Partnership
21. 21 Parker Drive, LLC
22. Twenty Park Plaza, LLC
23. American Heart Association
24. The Arbor, LLC
25. PS Business Parks
26. Robert J. DiLeonardo
27. West Willows Amherst Portfolio
28. Burt Jordan Realtors
29. Sublease - Czarnowski Display
30. Tel-Bingham Associates
31. CRP-2 Holdings, AA, LP
32. HART NJ8A-I LLC
33. 100-200 CCC, Inc
34. TAK Realty and Investment, LLC
35. LSOP 3 MD 2, LLC
36. Fairview Plaza JLC LLC
37. One Telcom, LLC
38. FSBT, Inc
39. Peachtree II and III,
40. BWC Exchangepoint LLC
41. 588 Associates, LP
42. 1040 Ave. of the Americas LLC
43. Flexible Office Solutions, LLC
44. Harris Bank
45. ML-AI 125 Wacker LLC
46. Inversiones Chevere, S.E.
47. Stonegate Partners I, LLC
48. Commodore Drive, LP
49. The Paragon, LP
50. Trotter Holdings LLC dba
51. A&B Properties Inc, 822 Bishop
52. Exeter 700 Patrol, LLC
53. Trafalgar Investments LLC
54. Duetsche Bank Mexico SA

55. MPC Holdings, LLC
56. Paragano Holdings, LLC
57. 55 Broadway Associates, LLC
58. Chipman Miles
59. TR Crownpointe Corp.
60. Carlsen Investment, LLC
61. Valley Freeway Corporate Park,
62. CIR III-1 Reit
63. BRE/Industrial Portfolio Holdings LLC
64. Kyrene 919280, LLC
65. Pattillo Foundation
66. CRA-CAR, LLC
67. Hillcrest Real Estate Development Co LLC
68. Blue Water Road LLC
69. C.K. Enterprises of Watseka, I
70. Princetons Properties Inc
71. Westboro Two LLC
72. American Asset Corporation
73. Block Hawley Commercial Real Estate Services
74. BMO Harris Bank N.A.
75. Bridlewood Executive Suites
76. Bruns Building and Development
77. CAM, Inc.
78. Carruth Capital LLC
79. CBRE, Inc.
80. Colliers International
81. Colliers International Asset
82. Core Partners
83. Cushman & Wakefield of NJ Inc.
84. D.L. Saunders Real Estate
85. Double Nickel
86. G&E Real Estate Management Services Inc
87. Harbor Group Management Company
88. Hill Properties
89. Jones Lang LaSalle America
90. Juno Commercial Real Estate, I
91. Larken Associates
92. Lincoln Property Company
93. Mackenzie Mgmt Company
94. Mallard Creek Investors LLC
95. Meridian Business Park
96. Metro Office Park
97. Newmark Grubb Knight Frank
98. Newmark Grubb Memphis
99. Northwest Building LLC
100. Oliver and Company, Inc.
101. Patillo Industrial Real Estate
102. Property Management Associates of WNY Inc
103. Shekley
104. Solon Gershman Inc.
105. Swanson Holdings LLC
106. The Charter Group

107. Transwestern Commercial Service
108. Westside Investment Partners
109. Wilson Property Services, Inc.

**G.  Largest vendors and subcontracting vendors**
1. Adair Printing Technologies
2. Adecco Employment Services
3. Appvion Inc.
4. Avery Dennison
5. Bay State Envelope
6. Bestforms Inc.
7. Business Card Service Inc.
8. Business Stationery
9. Cass
10. Cenveo
11. Customgraphix
12. Data Card Corp.
13. Domtar Paper Co. LLC
14. Ennis Business Forms Inc
15. Enterprise Group/A Division of Domtar Paper Co. LLC
16. Fasson
17. FCL Graphics Inc.
18. Flesh Company
19. Flexcon Company
20. Georgia Pacific Corp.
21. Glatfelter
22. GLS Graphic Label Solutions
23. Hewlett-Packard
24. HM Graphics Inc.
25. International Paper
26. JDS Graphics Inc.
27. Kirkwood Printing
28. Multi Packaging Solutions
29. Nationwide Envelope Specialists Inc.
30. Nevs Ink Inc.
31. Novation LLC
32. PJ Printers
33. Precision Dynamics Corp.
34. Raff Printing Inc.
35. Rollsource
36. Seebridge Media LLC
37. Total Printing Services LLC
38. Unisource Worldwide Inc.
39. Volt Consulting
40. Wright Enterprises Holding Co.
41. Xerox Corp.
42. XGS.IT
43. Xpedx

**H.  Largest freight vendors/providers**
1. Dayton Freight Lines Inc.
2. Dynamex Operations East
3. Fedex Corp.
4. Fedex Freight East Inc.
5. J B Hunt Transport Inc.
6. Old Dominion Freight Line Inc.
7. Rush Transportation & Logis

8. United Parcel (Package)
9. UPS Supply Chain Solutions Inc.
10. Velocity Express

**I. Other "significant" vendors as identified by Debtors**
1. Adobe
2. Corepoint
3. FIS
4. IBM
5. Instream
6. L&H Signs
7. Salar
8. Salar OEM
9. Smart-ER
10. Viridian
11. Zafesoft

**J. Parties relating to significant litigation involving the Debtors**
1. 3M CO
2. A. Schulman Inc
3. A.E. Fickert and Sons Inc.
4. A.E. Fickert, Inc.
5. Abbott Laboratories
6. ABCO Construction
7. Abex Corp
8. Acon Inc.
9. Acoustical Systems Inc.
10. Affinity Express, Inc.
11. AK Steel Corporation
12. Alcatel Lucent Usa, Inc.
13. Alliance Machine Co
14. American Axle And Manufacturing
15. American Business Forms
16. American Honda Motor Co
17. American Optical Corp
18. American Solutions for Business
19. American Standard Inc
20. Ameron International Corp
21. Anchor Danly LLC
22. Anchor Glass Container Corp
23. Anheuser Busch LLC
24. AO Smith Corp
25. Aqua-Chem, Inc.
26. Ardagh Glass Inc
27. Armco
28. Armstrong Pumps Inc
29. Arvinmetiro, Inc.
30. Astenjohnson Inc
31. AT&T Corp
32. Aurora Pump Co
33. Avery Dennison Corp
34. Avocet Enterprises Inc
35. Bacou Dalloz
36. Barry Controls
37. Basf Corp
38. Beazer East

39. Bechtel Inc
40. Bf Goodrich Co
41. Bingham Pumps
42. Blaylock Trucking and Waste Removal
43. Bondstrand
44. Borg Warner Morse Tec Inc
45. Borg-Warner Corp.
46. Bradford Soap International, Inc.
47. Bridgestone Americas Tire Operations LLC
48. Bridgestone Firestone Inc.
49. Bridgestone/Firestone America's Holding, Inc.
50. Britisher Htg And Cooling
51. Brush Wellman Int'l Inc
52. Burns International Services Corp
53. Butt Construction Co Inc
54. Butt Construction Co LLC
55. BW/IP International Inc
56. Byron Jackson Pump Division
57. Carborundum Co
58. Cargill, Inc.
59. Carrier Corp
60. Catalystic
61. CBS Corp
62. Certain-Teed Corp
63. Chaotic Moon LLC
64. Chass Brass And Copper Co LLC
65. Chemineer, Inc.
66. Chicago Bridge And Iron Co
67. Chicago Gasket Co
68. Cintas Corporation
69. City of Dayton, Ohio
70. CL Zimmerman Co
71. Clark Asbestos Hi Statutory Agent, Inc.
72. Clark Industrial Insulation Co
73. Clark-Reliance Corp
74. Cleaver Brooks
75. Coca-Cola Refreshments USA, Inc.
76. Conagra Grocery Products Company
77. Container Services Inc.
78. Continental Fibre Drum, Inc.
79. Continental Teves
80. Conwed Corp
81. Cooper Industries Inc
82. Copes Vulcan Inc
83. Core Furnace Systems Corp
84. Cox Media Group Ohio Inc.
85. Crane Co
86. Crown Cork & Seal USA Inc
87. CSR, Inc
88. CSR, Ltd
89. Cutler Hammer, Inc.
90. Dana Companies LLC
91. Daniel International Corp
92. DAP Inc.

93.  DAP Products, Inc.
94.  Day International Inc.
95.  Dayton Board of Education
96.  Dayton Daily News
97.  Dayton Industrial Drum, Inc.
98.  Dayton Journal Herald
99.  Dayton Power and Light Company
100. Dayton Rubber Company
101. Dayton Tire and Rubber Company
102. Deborah Gelinas
103. Despatch Industries Inc
104. Devcon Corp
105. Domtar Industries LLC
106. Dow Chemical Co
107. Dravo Corp
108. Durco
109. Duriron Corporation
110. Duro Dyne Corp
111. Eagle Technologies Group
112. Eaton Corp
113. Ecodyne Limited
114. Edward Valve Co
115. Eli Lilly And Co
116. Emerson Electric Co
117. Essex Wire Corp
118. Ferro Engineering
119. Fickert Devco Inc.
120. Flowserve Corporation
121. Flowserve US Inc
122. Fluor Corp
123. Fluor Enterprises Inc
124. Ford Motor Co
125. Formosa Plastics Corp USA
126. Foster Wheeler Corp
127. Franklin Iron & Metal Corp.
128. Fruehauf Corp
129. Fruehauf Trailer Corp
130. Gardner Denver Inc
131. General Electric Co
132. General Refractories Co
133. General Refuse Service Inc.
134. Georgia Pacific Consumer Operations LLC
135. Georgia Pacific Corporation
136. Georgia-Pacific LLC
137. GlaxoSmithKline LLC
138. GMZ INC
139. Goodrich Corp
140. Goodyear Tire And Rubber Co
141. Goulds Pumps Ipg Inc
142. Greif Inc
143. Grinnell LLC
144. Guide Corp
145. H.K. Ferguson
146. Hamilton Sundstrand Corp
147. Hanson Systems LLC
148. Harris Corporation
149. Harris Seybold Co.
150. Health Conservation Inc
151. Hercules Inc
152. Hewitt Soap Works, Inc.
153. Hobart Corporation
154. Homasote Co
155. Honeywell Inc
156. Honeywell International Inc
157. Huffy Corp
158. IDEX Corp
159. Illinois Tool Works Inc
160. IMO Industries Inc
161. Indiana Department of Environmental Management
162. Inductotherm Corp
163. Inductotherm Group Co
164. Industrial Holding Corp
165. Industrial Waste Disposal Co. Inc.
166. Ingersoll Rand Co
167. International Business Machine Corp
168. International Comfort Products Corp
169. ITT Corp
170. J.E. Lonergan
171. Jaxcine Guzon
172. JH France Refractories Co
173. JM AC
174. JM Manufacturing Co Inc
175. John Crane Inc
176. Kaiser Gypsum Co Inc
177. KC Wall Products, Inc
178. KCG INC
179. Kelsey-Hayes Company
180. Kimberly-Clark Corporation
181. Kunkle Valve
182. L.M. Berry and Company LLC
183. La Mirada Products Co., Inc.
184. Lau Industries Inc
185. Lennox Industries Inc
186. Lindberg
187. LPL Licensing, L.L.C.
188. Lucent Technologies, Inc.
189. Lynden Keala
190. Marley Cooling Tower
191. Materion Brush Inc
192. McCall Corp.
193. MCI Telecommunications
194. Meadwestvaco Corp
195. Merck Sharp And Dohme Corp
196. Metropolitan Life Insurance
197. Milliken And Co
198. Monsanto Company
199. Monsanto Research Company
200. Morrison Knudsen Corp
201. Mount Vernon Mills Inc
202. National Can Corp

203. National Oilwell Varco Inc
204. NCR Corporation
205. Newell Rubbermaid Inc
206. Newmark LLC
207. Nooter Corp
208. Norma Duttera
209. Occidental Chemical Corp
210. Oglebay Norton
211. Ohio Bell Telephone Company
212. P-Americas, LLC
213. Panelag
214. Pasco Sanitary Landfill Industrial Waste Group
215. Peerless Heater Co
216. Peerless Industries Inc
217. Peerless Pump Co Inc
218. Peerless Transportation Company
219. Pepsi Cola General Bottlers of Ohio, Inc.
220. Pfizer Inc
221. Pharmacia Corp
222. Pharmacia LLC
223. Phoenix Licensing, L.L.C.
224. Plastics Engineering Co
225. Pneumo Abex Llc
226. PPG Industries, Inc.
227. Process Equipment Co Of Tipp City
228. Quigley Inc
229. R J Reynolds Tobacco Company
230. Raytheon Engineering & Constructors
231. Rebecca Goodwin
232. Relizon Company
233. Resco Holdings LLC
234. Reunion Industries Inc
235. Rew Materials, Inc
236. Rexam Beverage Can Co
237. Reynolds and Reynolds Company
238. Rheem Manufacturing Co
239. Richard Goodwin
240. Ric-Will, Inc.
241. Riley Power Inc
242. Riley Stocker Corp
243. Rockwell Manufacturing Co
244. Rogers Corp
245. Rohm And Haas Co
246. Ross Laboratories
247. Rucco Equipment And Magnum Products
248. Rust Engineering Co
249. Rust International Inc
250. Ruud Heating Cooling And Water Heating
251. Saint Gobain Abrasives Inc
252. Sanford Duttera
253. SCA Services of Ohio Inc.
254. Securitas Security Services Usa Inc
255. Sharon Brown-Henry
256. Sherwin-Williams Company
257. Skipprint LLC
258. Special Electric Co Inc
259. Special Materials, Inc
260. Special Shipping Inc.
261. Spence Engineering Co Inc
262. Spirax Sarco Inc
263. Sprint Corporation
264. Sprint Spectrum L.P.
265. Spx Cooling Technologies Inc
266. State of Ohio
267. Stearns-Rogers Corp
268. Sulzer Pumps Us Inc
269. Sun Chemical Corp
270. Sunoco, Inc.
271. Superior Boiler Works Inc.
272. Superior Essex Inc
273. Tecumseh Products Co
274. Tenneco Automotive Operatinc Co, Inc
275. Tenova Core
276. The Duriron Co Inc
277. The Gorman Rupp Co
278. The Kroger Co
279. The Mead Corp
280. The Procter And Gamble Co
281. The William Powell Co
282. Thiem
283. Total Petrochemicals And Refining USA Inc
284. Toyota Motor Sales USA Inc
285. TPI Corp Succ To Fostoria Industries Inc
286. Trane US Inc
287. Treco Constructions Service
288. TRW Automotive Us LLC
289. Tyco Flow Control
290. Tyco International US Inc
291. Tyco Valves & Controls
292. Union Carbide Corp
293. Union City Body Co
294. United Engineers & Constructor
295. United States Department of Defense
296. United States Department of Energy
297. United States of America
298. United States Steel Corpora
299. Universal Refaractories
300. University of Dayton
301. URS Corp
302. URS Energy & Construction Inc
303. Utilimaster Corp
304. Valley Asphalt Corporation
305. Van Dyne-Crotty, Inc.
306. Ventfabrics, Inc.
307. Verizon New York Inc
308. Verizon North LLC
309. Viacom
310. Warren Pumps LLC
311. Warren Pumps, Inc.

01:16898034.9

312. Warren Rupp Inc
313. Washington Department of Ecology
314. Washington Group International Inc
315. Waste Management of Ohio, Inc.
316. Welco Manufacturing Co
317. Weldun International Ltd
318. Westinghouse Electric Corp
319. Weyerhaeuser Co
320. Willamette Industries Inc
321. Willson Safety Products
322. Wood Conversion Co
323. Workflow Solutions, LLC
324. York International Corp
325. Zurn Industries Inc
326. Zurn Industries LLC

**K. Debtors' equity holders (greater than 5%)**
1. Roy W. Begley, Jr.
2. Gary P. Kreider
3. William C. Martin
4. Raging Capital Management, LLC
5. Raging Capital Master Fund, Ltd.
6. Charles Francis Sherman
7. James L. Sherman
8. James Louis Sherman
9. John Q. Sherman
10. William Patrick Sherman
11. Patricia Lucille Sherman Begley
12. Mary Catherine Sherman Newshawg
13. Helen Louise Sherman Tormey
14. Silver Point Capital L.P.
15. The Fifth Third Bank

**L. Debtor's largest customers**
1. Automatic Data Processing, Inc.
2. Bank of America Corp.
3. Citibank
4. Liberty Mutual Insurance
5. Quest Diagnostics Inc.
6. SR DE Mexico-National
7. TD Bank
8. Verizon

**M. Insurance companies**
1. AIG
2. Allianz SE
3. Allied World
4. Beazley
5. Chartis
6. Chubb
7. CNA Financial Corp.
8. Columbia Casualty Company
9. Continental Casualty
10. Federal Insurance Company
11. Fireman's Fund Ins.
12. FM Global
13. Illinois National Ins Co
14. Liberty Mutual
15. National Fire Insurance of Hartford

16. National Union Fire Insurance Company of Pittsburgh
17. Navigators
18. Safety National
19. Travelers
20. Vigilante Insurance
21. Wright National Flood Insurance Company
22. XL
23. Zurich

**N. Utility providers**
1. Accessline Communications
2. Alaska Communications Systems
3. Ameren Illinois
4. Ameren Missouri
5. Ameren UE
6. American Electric Power Co.
7. AT&T
8. Atmos Energy
9. Austell Gas System
10. Austell Natural Gas System
11. Avaya Financial Services
12. Blair Telephone Company
13. Brandenburg Telephone Co.
14. Century Link
15. Century Telephone
16. Charter Business
17. Chesapeake Utility Corp.
18. Cincinnati Bell
19. City of Brenham Utility
20. City of Darlington
21. City of Fayetteville
22. City of Livermore
23. City of Mesquite
24. City of Ontario
25. City of Orange California
26. City of Salisbury
27. City of Tampa Utilities
28. City of Toccoa
29. Cleco Power LLC
30. Columbia Gas of Massachusetts
31. Columbia Gas of Ohio
32. Columbia Gas of Pennsylvania
33. Comcast
34. Comed
35. Compass Energy Gas Services LLC
36. Connecticut Light & Power
37. Connecticut Water Co. Crwc
38. Connecticut Water Company
39. Consolidated Communications
40. Constellation Newenergy Inc.
41. Cox Communications Inc.
42. Dayton Power & Light Co.
43. Delmarva Power
44. Direct Energy Business
45. Dominion East Ohio

46.   DPL Energy Resources Inc.
47.   DPLER
48.   Duke Energy
49.   Duke Energy Progress
50.   Duke Energy-Charlotte
51.   Duke Energy-Louisville
52.   Duke Energy Florida, Inc.
53.   Duke Energy Indiana, Inc.
54.   Fairpoint Communications
55.   Frontier
56.   Frontier Communications
57.   Frontier Telephone
58.   Gas Co.
59.   GCI Communications Corp.
60.   Georgia Power Co.
61.   Gexa Energy LP
62.   Goshen Water & Sewer
63.   Granite Telecommunications
64.   Greystone Power Corp.
65.   Hardin County Water Dist. 1
66.   Hawaiian Electric Co.
67.   Hawaiian Telecom
68.   Hillsborough County Water Dept.
69.   Hudson Energy Services Texas
70.   Indiana American Water Co.
71.   Intercall
72.   Jeffersonville Sewer Department
73.   Kentucky Utility Co.
74.   Laclede Gas Company
75.   Level 3 Communications
76.   Louisville Gas & Electric Co.
77.   Manchester Township
78.   MCI Worldcom
79.   Met Ed
80.   Metropolitan Edison Company
81.   Minnesota Energy Resources
82.   Murfreesboro Electric Dept.
83.   Murfreesboro Water And Sewer
84.   National Fuel Gas Distribution
      Corporation
85.   National Grid
86.   Nicor Gas
87.   Nipsco
88.   North State Communications
89.   NSTAR
90.   OG & E
91.   Oklahoma Natural Gas Co.
92.   Pacific Gas & Electric Co.
93.   PG & E
94.   Piedmont Natural Gas
95.   Puerto Rico Telephone
96.   Puget Sound Energy
97.   Puget Sound Power & Light Co.
98.   Questar Gas Company
99.   Qwest
100.  River Ridge Development Authority

101.  Road Runner
102.  Rocky Mtn Power-Utah
103.  Salt Lake City Corp
104.  Shelbyville Public Utilities
105.  Sourcegas Arkansas Inc.
106.  Southern California Edison
107.  Springettsbury Township Sewer
108.  Sprint
109.  Tampa Electric
110.  TDS Metrocom
111.  Teco Tampa Electric Co.
112.  Time Warner Cable
113.  Toccoa Natural Gas
114.  Town of Tolland
115.  TW Telecom
116.  TXU Energy
117.  Union Power Cooperative
118.  United Communications
119.  United Telephone Company
120.  VCOM Solutions
121.  Vectren
122.  Vectren Energy Delivery
123.  Verizon
124.  Verizon Wireless
125.  Village of Coldwater
126.  Village of Howard
127.  Walton EMC Natural Gas
128.  Windstream
129.  Xcel Energy
130.  Yankee Gas Services
131.  York Water Co.

**O.   Ordinary course professionals**
1.    Stephen J. Axtell, Esq.
2.    Beiser Greer & Landis, LLP
3.    David Berry, Esq.
4.    Gregory J. Boulbol,  Esq.,
5.    Kevin Braig, Esq.
6.    Brightline CPAs And Associates
7.    Brixey & Meyer
8.    Robert M. Cavalier, Esq.
9.    Davis Wright Tremaine LLP
10.   Deloitte & Touche LLP
11.   Deloitte Tax LLC
12.   Doherty, Wallace, Pillsbury and Murphy,
      P.C.
13.   Ernst & Young LLP
14.   Michael Ewing, Esq.
15.   Faruki, Ireland & Cox P.L.L.
16.   Douglas M. Foley, Esq.
17.   Frost Brown Todd LLC
18.   Funkunaga Malayoshi Hershey & Ching
19.   Bruce Garrison
20.   Roshell Grigsby
21.   Steve Haughey, Esq.
22.   James H. Hershey, Esq.
23.   Scott J. Heyman, Esq.

24. Barry D. Horne, Esq.
25. Jeff Ireland, Esq.
26. Scott Kamins, Esq.
27. Kaufman & Canoles
28. David C. Korte, Esq.
29. Thomas H. Lee, Esq.
30. Javier Lizardi, Esq.
31. Lucas and Cavalier, LLC
32. Mark Malloy, Esq.
33. John L. McCarthey, Esq.
34. Jennifer McCave, Esq.
35. McConnell Valdes LLC
36. McGladrey LLP
37. McGuireWoods
38. McInnes Cooper
39. McManis Faulkner
40. James McManis, Esq.
41. Meissner Tierney Fisher & Nichols
42. Jeffrey A. Mullins, Esq.
43. Ronald D Niesley
44. Offit Kurman
45. Ogier
46. Mark J. Payne, Esq.
47. Charles Russell
48. Rutan & Tucker LLP
49. Ryan Smith & Carbine Ltd.
50. L. Scott Seymour, Esq.
51. Shumacher, Loop & Kendrick, LLP
52. Sidley Austin LLP
53. Taft Stettinius & Hollister
54. Thompson Hine
55. Thomson Reuters
56. David J. Ubaldi, Esq.
57. Coolidge Wall
58. Von Wobeser
59. Mark F. Werle
60. David P. Williamson, Esq.
61. Marc Yates

**P. Chapter 11 case professionals for Debtors**
1. Dinsmore & Shohl LLP
2. Gibson Dunn & Crutcher LLP
3. Lazard Freres & Co. LLC
4. Lazard Middle Market, LLC
5. McKinsey Recovery & Transformation Services U.S., LLC
6. Palisades Pension Financial Advisory
7. Prime Clerk
8. Young Conaway Stargatt & Taylor LLP

**Q. Counsel and other advisors retained by other significant parties**
1. Skadden, Arps, Slate, Meagher & Flom LLP
2. Parker Hudson Rainer & Dobbs LLP

**R. United States Bankruptcy Judges in the District of Delaware**
1. Kevin J. Carey

2. Kevin Gross
3. Brendan L. Shannon
4. Laurie Selber Silverstein
5. Christopher S. Sontchi
6. Mary F. Walrath

**S. United States Trustee for the District of Delaware, or any person employed by the Office of the United States Trustee for the District of Delaware**
1. Lauren Attix
2. David Buchbinder
3. Shakima L. Dortch
4. Timothy J. Fox, Jr.
5. Diane Giordano
6. Christine Green
7. Benjamin Hackman
8. Jeffrey Heck
9. Mark Kenney
10. Jane Leamy
11. Tony Murray
12. James R. O'Malley
13. Michael Panacio
14. Tiiara Patton
15. Juliet Sarkessian
16. Richard Schepacarter
17. T. Patrick Tinker
18. Ramona Vinson
19. Michael West
20. Dion Wynn

**T. Potential §363 Purchasers**
1. [Confidential]

**U. Other significant parties in interest -**
1. John Q. Sherman Trust
2. William C. Sherman Trust
3. William C. Sherman Inter Vivos Trust

**V. Additional vendors/freight**
1. Advantage North American
2. ACCO Brands
3. Ace American Insurance Company
4. Airgas USA, LLC
5. AmeriPride
6. Ample Industries, Inc.
7. Apex Diversified - El Paso
8. Applied Mechanical Systems, Inc.
9. Appvion, Inc., f/k/a Appleton Papers Inc.
10. Arapahoe County Treasurer
11. Arlington Printing and Stationers, Inc. d/b/a/ Apex Color
12. Bank of New York Mellon
13. BBH Financial Services
14. Bell & Howell Company
15. BMC Group, Inc.
16. Brady Corporation
17. Brady Worldwide, Inc.
18. Buck Consultants, LLC

19. Bullet Line, LLC
20. Canon
21. Canon Financial Services, Inc.
22. CareSource
23. CareSource Management Group Co.
24. Cass Bank
25. CDK Global, LLC (f/k/a ADP Dealer Services, Inc.)
26. Centennial
27. CEVA Logistics
28. Chad Bumgarner
29. Cigna
30. Cintas
31. CIT Group/Equipment Financing, Inc.
32. Cohber Press
33. ColFin Cobalt I-II Owner, LLC
34. ColFin Cobalt III Owner, LLC
35. Colorado Timberline
36. Commonwealth of Pennsylvania
37. Comptroller of Public Accounts of the State of Texas
38. Computer Sciences Corporation
39. Concur Technologies, Inc.
40. Conopco, Inc. d/b/a Unilever
41. Crown Equipment Corporation
42. Customgraphix Printing Corp.
43. Cypress-Fairbanks ISD
44. DG3 Group America, Inc.
45. DG3 North America, Inc.
46. DigitalToPrint Inc.
47. Don Peterka
48. Dualcore LLC dba Promovision
49. Dupli-Systems, Inc.
50. Dynamics Corporation
51. Ennis Inc.
52. Estes Freight
53. Flexcon, Inc.
54. Florida Department of Financial Services
55. Forms Manufacturer , Inc.
56. Henkel Corporation
57. Hub Pen Company
58. HyperLogistics
59. Imagemaker Graphics
60. Insight Global
61. International Paper Company
62. Iron Mountain Management, LLC
63. IWAG Group III
64. James W. Little
65. JON-DA Printing Company Inc.
66. Kay Toledo Tag
67. Kirkwood Direct
68. KP Select, LLC
69. Larsen Warehousing & Distribution, Inc.
70. Leedsworld, Inc.
71. Liberty Property Limited Partnership
72. Lindenmeyr Munroe
73. Lowes
74. LRP&P Graphics
75. Mack International
76. MAX International Converters, Inc.
77. Morgan Adhesive Company, LLC d/b/a MACtac
78. MedAssets Performance Management Solutions, Inc.
79. MedSpeed
80. Memorial Hermann Health System
81. Michael Bazley
82. Microsoft Corporation
83. Microsoft Licensing GP
84. Missouri Department of Revenue
85. ML-AI 125 Wacker, LLC
86. Multnomah County
87. National Carton and Coating Company
88. NEPS, LLC
89. New York State Department of Taxation
90. North American Van Lines
91. Oklahoma County Treasurer
92. Oracle America, Inc.
93. Ozburn-Hessey Logistics (OHL)
94. Pacific Cascade
95. PacerPro, Inc.
96. Packaging Corporation of America
97. Pitney Bowes Inc.
98. Print Management Corporation
99. Print-O-Tape, Inc.
100. ProTrans
101. Pro-Type Printing, Inc.
102. Raymond Corporation
103. Raymond of New Jersey, LLC
104. Raymond Storage Concepts, Inc.
105. Republic Industries, Inc.
106. Robert Bosch Tool Corp.
107. RoundTower Technologies, Inc.
108. Ryder Integrated Logistics
109. Ryder Truck Rental
110. Saddle Creek
111. Saddle Creek Corporation
112. Sallie Mae
113. SMC3
114. Strategic Solutions Inc. (SSI)
115. Sue Kummer
116. Synnex Corporation
117. Tax Appraisal District of Bell County and The County of Denton, Texas
118. Taylor Corporation
119. Team Advantage
120. Team Advantage Inc.
121. Technicote, Inc.
122. Tennessee Department of Revenue
123. The Envelope Printery
124. The New York and Presbyterian Hospital
125. The Ultimate Software Group, Inc.

01:16898034.9

126. Thermo Graphic, LLC
127. Timeplanner Calendars, Inc.
128. TLS Graphics
129. United Parcel Service, Inc.
130. United Radio, Inc. d/b/a BlueStar
131. Victor Envelope Company
132. Verizon Communications Inc.
133. Vocalink, Inc. d/b/a Vocalink Language Services
134. Whitesell
135. Wholesale Printing Specialists
136. Wise Business Forms
137. Wright Business Graphics
138. W.W. Grainger Inc.

01:16898034.9