## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Timothy R. Quinn, depose and say that I am employed by Prime Clerk LLC ("**_Prime Clerk_**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On August 24, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served in the manners set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Supplemental Declaration of Michael A. Rosenthal in Support of the Debtors' Application for an Order Approving the Employment and Retention of Gibson, Dunn & Crutcher LLP as General Bankruptcy and Restructuring Co-Counsel for the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date [Docket No. 961]

- Supplemental Declaration of Michael R. Nestor in Support of the Debtors' Application for an Order, Pursuant to Section 327(a) of the Bankruptcy Code, Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Co-Counsel to the Debtors, *Nunc Pro Tunc* to the Petition Date [Docket No. 962]

- Third Supplemental Declaration of Kim Martin Lewis in Support of Debtors' Application for Entry of an Order Authorizing the Debtors to Employ and Retain Dinsmore & Shohl LLP as Special Counsel Effective *Nunc Pro Tunc* to the Petition Date [Docket No. 963]

[*Remainder of page intentionally left blank*]

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); SR Liquidation Holding, S. de R.L. de C.V. (4GR4); SR Liquidation de México, S. de R.L. de C.V. (4FN0); SR Liquidation Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

Dated: August 26, 2015

_____
Timothy R. Quinn

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on August 26, 2015, by Timothy R. Quinn, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

BENJAMIN JOSEPH STEELE
NOTARY PUBLIC-STATE OF NEW YORK
No. 02ST6290268
Qualified in New York County
My Commission Expires October 07, 2017

**<u>Exhibit A</u>**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for The Ultimate Software Group, Inc. | Akerman LLP | Attn: Sundeep S. Sidhu, Esq.<br>420 S. Orange Avenue<br>Suite 1200<br>Orlando FL 32801-4904 | sunny.sidhu@akerman.com<br>brett.marks@akerman.com | First Class Mail and Email |
| Counsel for Georgia-Pacific Consumer Products LP | Alston & Bird LLP | Attn: David A. Wender & Jonathan T. Edwards<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta GA 30309-3424 | david.wender@alston.com<br>jonathan.edwards@alston.com | First Class Mail and Email |
| Counsel for the Treasurer of Arapahoe County | Arapahoe County Attorney | Attn: Robert Hill<br>5334 S. Prince Street<br>Littleton CO 80166 | rhill@arapahoegov.com<br>wrossman@arapahoegov.com | First Class Mail and Email |
| Counsel for ML-AI 125 Wacker, LLC | Arnstein & Lehr LLP | Attn: Kevin H. Morse<br>120 S. Riverside Plaza<br>Suite 1200<br>Chicago IL 60606 | khmorse@arnstein.com | First Class Mail and Email |
| Counsel for Salesforce.com, Inc. | Ashby & Geddes, PA | Attn: Ricardo Palacio<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington DE 19899 | rpalacio@ashby-geddes.com | First Class Mail and Email |
| Counsel for Ennis, Inc. | Baker Botts LLP | Attn: James Prince & Meggie S. Gilstrap<br>2001 Ross Ave.<br>Dallas TX 75201-2980 | jim.prince@bakerbotts.com<br>meggie.gilstrap@bakerbotts.com | First Class Mail and Email |
| Administrative Agent under the Debtors' Amended and Restated Loan and Security Agreement | Bank of America, N.A. | Attn: James S. Rankin Jr., Parker, Hudson & Rainer & Dobbs LLP<br>1500 Marquis Two Tower<br>285 Peachtree Center Avenue NE<br>Atlanta GA 30303 | jrankin@phrd.com | First Class Mail and Email |
| Counsel for CDK Global, LLC (f/k/a ADP Dealer Services, Inc.) | Barnes & Thornburg LLP | Attn: David M. Powlen, Esq. & Kevin G. Collins, Esq.<br>1000 N. West Street<br>Suite 1500<br>Wilmington DE 19801 | david.powlen@btlaw.com<br>kevin.collins@btlaw.com | First Class Mail and Email |
| Counsel for Memorial Hermann Health System | Bayard, PA | Attn: Scott D. Cousins, Esquire<br>222 Delaware Avenue<br>Suite 900<br>Wilmington DE 19801 | scousins@bayardlaw.com | First Class Mail and Email |
| Counsel for Lennox Industries, Inc. | Bell Nunnally & Martin LLP | Attn: Heather H. Jobe, Esq.<br>3232 McKinney Avenue<br>Suite 1400<br>Dallas TX 75204 | hjobe@bellnunnally.com | First Class Mail and Email |
| Counsel for United Parcel Service, Inc. | Bialson, Bergen & Schwab | Attn: Lawrence M. Schwab & Kenneth T. Law<br>2600 El Camino Real<br>Suite 300<br>Palo Alto CA 94306 | Klaw@bbslaw.com | First Class Mail and Email |
| Counsel for Salesforce.com, Inc. | Bialson, Bergen & Schwab | Attn: Lawrence M. Schwab & Thomas M. Gaa<br>2600 El Camino Real<br>Suite 300<br>Palo Alto CA 94306 | Tgaa@bbslaw.com | First Class Mail and Email |
| Counsel for GCCFC 2005-GG5-Terminus Industrial Limited Partnership | Bilzin Sumberg Baena Price & Axelrod, LLP | Attn: Jeffrey I. Snyder<br>1450 Brickell Avenue<br>23rd Floor<br>Miami FL 33131 | jsnyder@bilzin.com | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Volt Consulting Group, Ltd. | Blakeley LLP | Attn: Scott E. Blakeley<br>2 Park Plaza<br>Suite 400<br>Irvine CA 92614 | SEB@BlakeleyLLP.com | First Class Mail and Email |
| Counsel for Liberty Property Limited Partnership | Blank Rome LLP | Attn: Alan M. Root<br>1201 Market Street<br>Suite 800<br>Wilmington DE 19801 | Root@BlankRome.com | First Class Mail and Email |
| Counsel for Liberty Property Limited Partnership | Blank Rome LLP | Attn: John E. Lucian<br>One Logan Square<br>130 North 18th Street<br>Philadelphia PA 19103 | Lucian@BlankRome.com | First Class Mail and Email |
| Counsel for BMC Group, Inc | BMC Group, Inc | Attn: T. Feil<br>300 Continental Boulevard<br>#570<br>El Segundo CA 90245 | tfeil@bmcgroup.com | First Class Mail and Email |
| Counsel for CareSource | Bricker & Eckler LLP | Attn: David M. Whittaker<br>100 South Third Street<br>Columbus OH 43215 | dwhittaker@bricker.com | First Class Mail and Email |
| Counsel for Bank of America, N.A. | Bryan Cave LLP | Attn: Michelle McMahon<br>1290 Avenue of the Americas<br>New York NY 10104-3300 | michelle.mcmahon@bryancave.com | First Class Mail and Email |
| Counsel for Bank of America, N.A. | Bryan Cave LLP | Attn: Robert J. Miller & Justin A. Sabin<br>Two North Central Avenue<br>Suite 2200<br>Phoenix AZ 85004-4406 | rjmiller@bryancave.com<br>justin.sabin@bryancave.com | First Class Mail and Email |
| Counsel for Oracle America, Inc. & Oracle Credit Corporation | Buchalter Nemer, A Professional Corporation | Attn: Shawn M. Christianson, Esq.<br>55 Second Street<br>17th Floor<br>San Francisco CA 94105-3493 | schristianson@buchalter.com | First Class Mail and Email |
| Counsel for Saddle Creek Corporation | Carlton Fields Jorden Burt, PA | Attn: John J. Lamoureux<br>4221 West Boy Scout Boulevard, 10th Floor<br>P.O. Box 3239<br>Tampa FL 33601-3239 | jlamoureux@cfjblaw.com | First Class Mail and Email |
| Counsel for Xerox Corporation | Ciardi Ciardi & Astin | Attn: Daniel K. Astin, John D. McLaughlin, Jr & Joseph J. McMahon, Jr.<br>1204 N. King Street<br>Wilmington DE 19801 | jmclaughlin@ciardilaw.com<br>jmcmahon@ciardilaw.com | First Class Mail and Email |
| Counsel for Flexcon, Inc. & Technicote, Inc. | Clark Hill PLC | Attn: Edward J. Kosmowski<br>824 N. Market Street<br>Suite 710<br>Wilmington DE 19801 | ekosmowski@clarkhill.com | First Class Mail and Email |
| Counsel for Flexcon, Inc. & Technicote, Inc. | Clark Hill PLC | Attn: Scott N. Schreiber<br>150 N. Michigan Avenue<br>Suite 2700<br>Chicago IL 60601 | sschreiber@clarkhill.com | First Class Mail and Email |
| Counsel for Flexcon, Inc. & Technicote, Inc. | Clark Hill PLC | Attn: Shannon L. Deeby<br>151 South Old Woodward Avenue<br>Suite 200<br>Birmingham MI 48009 | sdeeby@clarkhill.com | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Hewlett-Packard Company | Cole Schotz, PC | Attn: Michael D. Warner<br>301 Commerce Street<br>Ste. 1700<br>Fort Worth TX 76102 | mwarner@coleschotz.com | First Class Mail and Email |
| Counsel for Hewlett-Packard Company | Cole Schotz, PC | Attn: Patrick J. Reilley<br>500 Delaware Avenue<br>Suite 1410<br>Wilmington DE 19801 | preilley@coleschotz.com | First Class Mail and Email |
| Counsel for the Commonwealth of Pennsylvania, Department of Revenue | Commonwealth of Pennsylvania, Department of Revenue Office of the Attorney General | Attn: Kathleen G. Kane & Carol E. Momjian<br>21 S. 12th Street<br>3rd Floor<br>Philadelphia PA 19107-3603 | cmomjian@attorneygeneral.gov | First Class Mail and Email |
| Counsel for CareSource | Cross & Simon, LLC | Attn: Christopher P. Simon<br>1105 North Market Street<br>Suite 901<br>Wilmington DE 19801 | csimon@crosslaw.com | First Class Mail and Email |
| Counsel for Colorado Timberline | Darling Milligan Horowitz, PC | Attn: Brian D. Milligan, Esq.<br>1331 17th Street<br>Suite 800<br>Denver CO 80202 | bmilligan@dmhlaw.net | First Class Mail and Email |
| Delaware Attorney General | Delaware Attorney General | Attn: Bankruptcy Dept.<br>Carvel State Office Bldg.<br>820 N French St., 6th Fl.<br>Wilmington DE 19801 | attorney.general@state.de.us | First Class Mail and Email |
| Delaware Division of Revenue | Delaware Division of Revenue | Attn: Zillah Frampton<br>820 N. French St.<br>Wilmington DE 19801 | FASNotify@state.de.us | First Class Mail and Email |
| Delaware Secretary of State | Delaware Secretary of State | Attn: Corporations Franchise Tax<br>P.O. Box 898<br>Dover DE 19903 | dosdoc_Ftax@state.de.us | First Class Mail and Email |
| Delaware State Treasury | Delaware State Treasury | Attn: Bankruptcy Dept.<br>820 Silver Lake Blvd.<br>Ste. 100<br>Dover DE 19904 | statetreasurer@state.de.us | First Class Mail and Email |
| Counsel for Lazard Freres & Co. LLC; Lazard Middle Market, LLC | Dentons | Attn: Arthur H. Ruegger<br>1221 Avenue of the Americas<br>New York NY 10020 | arthur.ruegger@dentons.com | First Class Mail and Email |
| Special Corporate Counsel to the Debtors | Dinsmore & Shohl LLP | Attn: Christopher A. Deabler<br>255 East Fifth Street<br>Suite 1900<br>Cincinnati OH 45202 | christopher.deabler@dinsmore.com | First Class Mail and Email |
| Counsel for Appvion, Inc. | Duane Morris LLP | Attn: Jarret P. Hitchings<br>222 Delaware Avenue<br>Suite 1600<br>Wilmington DE 19801 | JPHitchings@duanemorris.com | First Class Mail and Email |
| Counsel for Appvion, Inc. | Duane Morris LLP | Attn: Jeffrey W. Spear<br>1540 Broadway<br>New York NY 10036 | JWSpear@duanemorris.com | First Class Mail and Email |
| Counsel for LRP&P Graphics | Earp Cohn, PC | Attn: Richard M. Schlaifer<br>20 Brace Road<br>4th Floor<br>Cherry Hill NJ 08034-0000 | | First Class Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Environmental Protection Agency - Region 3 | Environmental Protection Agency | Attn: Bankruptcy Dept.<br>1650 Arch Street<br>Philadelphia PA 19103-2029 | r3public@epa.gov | First Class Mail and Email |
| Counsel for Xerox Corporation | FishmanJackson | Attn: Mark H. Ralston, Esquire<br>700 Three Galleria Tower<br>13155 Noel Road, L.B. 13<br>Dallas TX 75240 | mralston@fishmanjackson.com | First Class Mail and Email |
| Counsel for Canon Financial Services | Fleischer, Fleischer & Suglia | Attn: Nicola G. Suglia & Allison L. Domowitch<br>601 Route 73 North<br>Four Greentree Centre, Suite 305<br>Marlton NJ 08053- | | First Class Mail |
| Counsel for Avery Dennison | Frantz Ward LLP | Attn: Timothy J. Richards & John F. Kostelnik<br>200 Public Square<br>Suite 3000<br>Cleveland OH 44114 | trichards@frantzward.com<br>jkostelnik@frantzward.com | First Class Mail and Email |
| Counsel for The Realty Associates Fund IX | Friedlander Misler, PLLC | Attn: Robert E. Greenburg, Thomas F. Murphy & Lindsay A. Thompson<br>5335 Wisconsin Avenue, NW<br>Suite 600<br>Washington DC 20015 | rgreenberg@dclawfirm.com<br>tmurphy@dclawfirm.com<br>lathompson@dclawfirm.com | First Class Mail and Email |
| Committee Member | Gary Becker | 666 Barclay Lane<br>Broomall PA 19008 | | First Class Mail |
| Committee Member | Georgia Pacific Corp | Attn: Emily O. Valladares<br>133 Peachtree Street, NE<br>Atlanta GA 30303 | Emily.Valladares@gapac.com | First Class Mail and Email |
| Counsel for DG3 Croup America, Inc. | Gibbons PC | Attn: Mark B. Conlan<br>One Gateway Center<br>Newark NJ 07102-5310 | mconlan@gibbonslaw.com | First Class Mail and Email |
| Counsel for DG3 Croup America, Inc. | Gibbons PC | Attn: Natasha M. Songonuga<br>1000 N. West Street<br>Suite 1200<br>Wilmington DE 19801-1058 | nsongonuga@gibbonslaw.com | First Class Mail and Email |
| Counsel for Bell & Howell Company and BBH Financial Services | Golan & Christie LLP | Attn: Barbara L. Yong & Caren A. Lederer<br>70 W. Madison Street<br>Suite 1500<br>Chicago IL 60602 | blyong@golanchristie.com<br>calederer@golanchristie.com | First Class Mail and Email |
| Counsel for Raff Printing | Goldberg, Kamin & Garvin, LLP | Attn: Robert J. Garvin<br>1806 Frick Building<br>437 Grant Street<br>Pittsburgh PA 15219-6101 | robertg@gkgattorneys.com | First Class Mail and Email |
| Counsel for Taylor Corporation | Gray Plant Moody | Attn: Phillip W. Bohl<br>500 IDS Center<br>80 South Eighth Street<br>Minneapolis MN 55402 | phillip.bohl@gpmlaw.com | First Class Mail and Email |
| Counsel for United Radio, Inc. dba BlueStar | Graydon Head & Ritchey LLP | Attn: J. Michael Debbeler<br>1900 Fifth Third Center<br>511 Walnut Street<br>Cincinnati OH 45202 | mdebbeler@graydon.com | First Class Mail and Email |
| Counsel for The Envelope Printery | Iannotti & Associates PLC | Attn: Daniel V. Iannotti<br>1475 Club Drive<br>Bloomfield Hills MI 48302 | Dan@TheGeneralCounsel.com | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>2970 Market St.<br>Mail Stop 5 Q30 133<br>Philadelphia PA 19104-5016 | | First Class Mail |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | | First Class Mail |
| Counsel for Iron Mountain Information Management, LLC | Iron Mountain Information Management, LLC | Attn: Joseph Corrigan<br>One Federal Street<br>Boston MA 02110 | Bankruptcy2@ironmountain.com | First Class Mail and Email |
| Counsel for Lewisville Independent School District | Law Offices of Robert E. Luna PC | Attn: George C. Scherer<br>4411 N. Central Expressway<br>Dallas TX 75205 | scherer@txschoollaw.com | First Class Mail and Email |
| Counsel for Computer Sciences Corporation | LeClairRyan | Attn: Andrew L. Cole<br>180 Admiral Cochrane Drive<br>Suite 370<br>Annapolis MD 21401 | andrew.cole@leclairryan.com | First Class Mail and Email |
| Counsel for Dallas County | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas TX 75207 | dallas.bankruptcy@publicans.com | First Class Mail and Email |
| Counsel for Cypress-Fairbanks ISD, Washington County & Harris County | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman<br>P.O. Box 3064<br>Houston TX 77253-3064 | houston_bankruptcy@lgbs.com | First Class Mail and Email |
| Counsel for the Official Committee of Unsecured Creditors | Lowenstein Sandler LLP | Attn: Gerald C. Bender<br>1251 Avenue of the Americas<br>New York NY 10020 | | First Class Mail |
| Counsel for the Official Committee of Unsecured Creditors | Lowenstein Sandler LLP | Attn: Kenneth A. Rosen & Sharon L. Levine<br>65 Livingston Avenue<br>Roseland NJ 07068-0000 | | First Class Mail |
| Counsel for Oracle America, Inc. | Magnozzi & Kye, LLP | Attn: Amish R. Doshi, Esq.<br>23 Green Street<br>Suite 302<br>Huntington NY 11743 | adoshi@magnozzikye.com | First Class Mail and Email |
| Committee Member | Mark Platt | 5048 James Hill Road<br>Kettering OH 45429 | | First Class Mail |
| Counsel for Tax Appraisal District of Bell County and the County of Denton, Texas | McCreary, Veselka, Bragg & Allen, PC | Attn: Lee Gordon<br>P.O. Box 1269<br>Round Rock TX 78680 | lgordon@mvbalaw.com | First Class Mail and Email |
| Counsel for PacerPro, Inc. | McGrane LLP | Attn: Gavin McGrane<br>Four Embarcadero Center<br>Suite 1400<br>San Francisco CA 94111 | gavin.mcgrane@mcgranellp.com | First Class Mail and Email |
| Counsel for Pitney Bowes Inc., and its Affiliates | Meyer, Suozzi, English & Klein, PC | Attn: Edward J. LoBello<br>1350 Broadway, Suite 501<br>P.O. Box 822<br>New York NY 10018-0822 | elobello@msek.com | First Class Mail and Email |
| Interested Party | Michael Bazley | 651 "I" St.<br>Sacramento CA 95814 | | First Class Mail |

In re SRC Liquidation Company, et al.
Case No. 15-10541 (BLS)

Page 5 of 9

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Cenveo Corporation | Minkin & Harnisch PLLC | Attn: Ethan B. Minkin & Andrew A. Harnisch<br>6515 N. 12th Street<br>Suite B<br>Phoenix AZ 85014 | ethan@mhlawaz.com<br>andy@mhlawaz.com | First Class Mail and Email |
| Counsel for the Missouri Department of Revenue | Missouri Department of Revenue | Attn: Sheryl L. Moreau<br>301 W. High Street, Room 670<br>P.O. Box 475<br>Jefferson City MO 65105-0475 | | First Class Mail |
| Counsel for Georgia-Pacific Consumer Products LP | Morris James LLP | Attn: Jeffrey R. Waxman<br>500 Delaware Avenue<br>Suite 1500<br>Wilmington DE 19801-1494 | jwaxman@morrisjames.com | First Class Mail and Email |
| Counsel for Ample Industries, Inc. | Neale & Newman, LLP | Attn: Brian K. Asberry<br>1949 E. Sunshine, Suite 1-130<br>P.O. Box 10327<br>Springfield MO 65808 | basberry@nnlaw.com<br>swestpfahl@nnlaw.com | First Class Mail and Email |
| Counsel for the Commissioner of the New York State Department of Taxation and Finance by and through Amanda Hiller, Deputy Commissioner and Counsel | New York State Department of Taxation and Finance | Attn: Robert L. Cook, District Tax Attorney, Office of Counsel<br>340 East Main St.<br>Rochester NY 14604 | Robert.Cook@tax.ny.gov | First Class Mail and Email |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn: Mark Kenney<br>844 King St., Ste. 2207<br>Wilmington DE 19801 | mark.kenney@usdoj.gov | First Class Mail and Email |
| Creditor Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania | Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania | Attn: Linda Mitten<br>Collections Support Unit<br>651 Boas Street, Room 700<br>Harrisburg PA 17121 | ra-li-ucts-bankrupt@state.pa.us | First Class Mail and Email |
| Counsel for the Oklahoma County Treasurer | Oklahoma County Treasurer | Attn: Gretchen Crawford - Assistant District Attorney<br>320 Robert S. Kerr<br>Room 505<br>Oklahoma City OK 73102 | grecra@oklahomacounty.org | First Class Mail and Email |
| Counsel for Unilever | Parker Ibrahim & Berg LLC | Attn: Joseph H. Lemkin<br>270 Davidson Avenue<br>Somerset NJ 08873-0000 | joseph.lemkin@piblaw.com | First Class Mail and Email |
| Counsel for Bank of America, N.A. | Parker, Hudson, Rainer & Dobbs LLP | Attn: C. Edward Dobbs, James S. Rankin, Jr., Jack C. Basham, Jr. & Joshua J. Lewis<br>1500 Marquis Two Tower<br>285 Peachtree Center Avenue, NE<br>Atlanta GA 30303 | ced@phrd.com<br>jsr@phrd.com<br>jcb@phrd.com<br>jjl@phrd.com | First Class Mail and Email |
| Committee Member | PBGC | Attn: Jack Butler<br>1200 K Street NW<br>Washington DC 20005-4026 | Morgan.Courtney@pbgc.gov | First Class Mail and Email |
| Counsel for the Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Courtney L. Morgan<br>Office of the Chief Counsel<br>1200 K Street, NW<br>Washington DC 20005-4026 | morgan.courtney@pbgc.gov<br>efile@pbgc.gov | First Class Mail and Email |
| Delaware Bankruptcy Counsel to the Official Committee of Unsecured Creditors | Polsinelli PC | Attn: Christopher A. Ward, Justin K. Edelson & Shanti M. Katona<br>222 Delaware Avenue<br>Suite 1101<br>Wilmington DE 19801 | cward@polsinelli.com<br>skatona@polsinelli.com<br>jedelson@polsinelli.com | First Class Mail and Email |
| Counsel for Dayton Mailing Services, Inc. | Potter Anderson & Corroon LLP | Attn: Jeremy W. Ryan & Etta R. Mayers<br>1313 North Market Street, Sixth Floor<br>P.O. Box 951<br>Wilmington DE 19899-0951 | jryan@potteranderson.com<br>emayers@potteranderson.com | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Customgraphix Printing Corp. | Ravich Meyer Kirkman McGrath Nauman & Tansey, PA | Attn: Michael F. McGrath<br>4545 IDS Center<br>80 South Eighth Street<br>Minneapolis MN 55402 | mfmcgrath@ravichmeyer.com | First Class Mail and Email |
| Counsel for The Bank of New York Mellon | Reed Smith LLP | Attn: Amy M. Tonti<br>Reed Smith Centre<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh PA 15230-2009 | atonti@reedsmith.com | First Class Mail and Email |
| Counsel for The Bank of New York Mellon | Reed Smith LLP | Attn: J. Cory Falgowski<br>1201 N. Market Street<br>Suite 1500<br>Wilmington DE 19801 | jfalgowski@reedsmith.com | First Class Mail and Email |
| Counsel for Nev's Ink, Inc. | Reinhart Boerner Van Deuren | Attn: Katherine M. O'Malley & Michael D. Jankowski<br>1000 North Water Street, Suite 1700<br>P.O. Box 2965<br>Milwaukee WI 53201-2965 | komalley@reinhartlaw.com<br>mjankowski@reinhartlaw.com | First Class Mail and Email |
| Counsel for PJ Printers | Richard S. Price, II | 1235 N. Harbor Blvd.<br>Suite 200<br>Fullerton CA 92832-1349 | rspriceii@aol.com | First Class Mail and Email |
| Counsel for Bank of America, N.A. | Richards, Layton & Finger, PA | Attn: Mark D. Collins & Tyler D. Semmelman<br>One Rodney Square<br>920 North King Street<br>Wilmington DE 19801 | collins@rlf.com<br>semmelman@rlf.com | First Class Mail and Email |
| Counsel for Microsoft Corporation and Microsoft Licensing, GP | Riddell Williams PS | Attn: Hilary B. Mohr, Esq. & Joseph E. Shickich, Jr., Esq.<br>1001 - 4th Avenue<br>Suite 4500<br>Seattle WA 98154 | jshickich@riddellwilliams.com<br>hmohr@riddellwilliams.com | First Class Mail and Email |
| Counsel for 588 Associates, L.P. | Saul Ewing LLP | Attn: Teresa K.D. Currier<br>222 Delaware Avenue<br>Suite 1200<br>Wilmington DE 19899 | tcurrier@saul.com | First Class Mail and Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury<br>100 F St., NE<br>Washington DC 20549 | NYROBankruptcy@SEC.GOV | First Class Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Dept.<br>Brookfield Place<br>200 Vesey Street, Ste. 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov<br>NYROBankruptcy@SEC.GOV | First Class Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Dept.<br>One Penn Center<br>1617 JFK Blvd., Ste. 520<br>Philadelphia PA 19103 | NYROBankruptcy@SEC.GOV | First Class Mail and Email |
| Administrative Agent under Debtors' First Lein Credit Agreement and Second Lein Credit Agreement | Silver Point Finance, LLC | Attn: Ron Meisler & Chris Dressel c/o Skadden Arps<br>155 N. Wacker Drive<br>Chicago IL 60606 | ron.meisler@skadden.com<br>christopher.dressel@skadden.com | First Class Mail and Email |
| Counsel for ColFin Cobalt I-II Owner, LLC and ColFin Cobalt III Owner, LLC | Singer & Levick, PC | Attn: Michelle E. Shriro<br>16200 Addison Road<br>Suite 1400<br>Addison TX 75001 | mshriro@singerlevick.com | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Silver Point Finance, LLC and Standard Acquistion Holdings, LLC | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Ron E. Meisler, Carl T. Tullson & Christopher M. Dresel<br>155 North Wacker Drive<br>Suite 2700<br>Chicago IL 60606-1720 | ron.meisler@skadden.com<br>carl.tullson@skadden.com<br>christopher.dressel@skadden.com | First Class Mail and Email |
| Counsel for Silver Point Finance, LLC and Standard Acquistion Holdings, LLC | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Sarah E. Pierce<br>One Rodney Square<br>P.O. Box 636<br>Wilmington DE 19899-0636 | sarah.pierce@skadden.com | First Class Mail and Email |
| Counsel for Sam's Club Business Cred | Synchrony Bank | Attn: Recovery Management Systems Corporation<br>25 SE 2nd Avenue<br>Suite 1120<br>Miami FL 33131-1605 | claims@recoverycorp.com | First Class Mail and Email |
| Attorneys for the Texas Comptroller of Public Accounts | Texas Comptroller of Public Accounts | Attn: Jay W. Hurst - Assistant Attorney General<br>Bankruptcy & Collections Division MC 008<br>P.O. Box 12548<br>Austin TX 78711-2548 | Jay.Hurst@texasattorneygeneral.gov | First Class Mail and Email |
| Committee Member | The Flesh Company | Attn: Gerard Winterbottom<br>2118 59th St.<br>St Louis MO 63110 | | First Class Mail |
| Counsel for Timothy Webb | The Rosner Law Group LLC | Attn: Frederick B. Rosner & Jula B. Klein<br>824 Market Street<br>Suite 810<br>Wilmington DE 19801 | rosner@teamrosner.com<br>klein@teamrosner.com | First Class Mail and Email |
| Counsel for The Reynolds and Reynolds Company | Thompson Hine LLP | Attn: Jonathan S. Hawkins<br>Austin Landing I<br>10050 Innovation Drive, Suite 400<br>Miamisburg OH 45342-4934 | jonathan.hawkins@thompsonhine.com | First Class Mail and Email |
| Committee Member | Timothy Webb | 4906 E. Desert Fairways Dr.<br>Paradise Valley AZ 85253 | | First Class Mail |
| Counsel for Tennessee Department of Revenue | TN Dept of Revenue | Attn: TN Attorney General's Office, Bankruptcy Division<br>P.O. Box 20207<br>Nashville TN 37202-0207 | AGBankDelaware@ag.tn.gov | First Class Mail and Email |
| US Attorney for the District of Delaware | US Attorney for Delaware | Attn: Charles Oberly c/o Ellen Slights<br>1007 Orange St., Ste. 700<br>P.O. Box 2046<br>Wilmington DE 19899-2046 | usade.ecfbankruptcy@usdoj.gov | First Class Mail and Email |
| Counsel for Brady Corporation | Venable LLP | Attn: Hamid R. Rafatjoo<br>2049 Century Park East<br>Suite 2100<br>Los Angeles CA 90067 | hrafatjoo@venable.com | First Class Mail and Email |
| Counsel for Brady Corporation | Venable LLP | Attn: Jamie L. Edmonson<br>1201 North Market Street<br>Suite 1400<br>Wilmington DE 19801 | jledmonson@venable.com | First Class Mail and Email |
| Committee Member | Veritiv Corporation | Attn: James Salvadori<br>850 N. Arlington Heights Rd.<br>Itasca IL 60143 | | First Class Mail |
| Counsel for Taylor Corporation | Werb & Sullivan | Attn: Matthew P. Austria<br>300 Delaware Avenue<br>Suite 1300<br>Wilmington DE 19801 | maustria@werbsullivan.com | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Ennis, Inc. | Womble Carlyle Sandridge & Rice, LLP | Attn: Mark L. Desgrosseilliers & Morgan L. Patterson<br>222 Delaware Avenue<br>Suite 1501<br>Wilmington DE 19801 | mdesgrosseilliers@wcsr.com<br>mpatterson@wcsr.com | First Class Mail and Email |