## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Timothy R. Quinn, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On August 24, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via overnight mail on the Counterparty Service List attached hereby to as **Exhibit A**:

- (Customized) Notice Regarding Designation as Post-Closing Transferred Contract and Assumption and Assignment Thereof, a non-customized copy of which is attached hereto as **Exhibit B**.

Dated: August 26, 2015

Timothy R. Quinn

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on August 26, 2015, by Timothy R. Quinn, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

> CHRISTINA PULLO
> Notary Public, State of New York
> No. 02PU6288253
> Qualified in Nassau County
> Commission Expires September 3, 20 17

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); SR Liquidation Holding, S. de R.L. de C.V. (4GR4); SR Liquidation de México, S. de R.L. de C.V. (4FN0); SR Liquidation Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

**Exhibit A**

Exhibit A

Counterparty Service List

Served via Overnight Mail

| NAME | CONTACT | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|------|---------|-----------|-----------|------|-------|-----|
| 1040 Avenue of the Americas, LLC. | Attn: Mr. Leonard Wilf | 13-15 West 54th Street | | New York | NY | 10019 |
| Aetna Life Insurance Company | Attn: Purchasing, RW51 | 151 Farmington Avenue | | Harford | CT | 06156 |
| American Express Travel Related Services Company, Inc. | Attn: General Counsel's Office | 200 Vesey Street | | New York | NY | 10285-4900 |
| American Express Travel Related Services Company, Inc. | American Express Tower | World Financial Center | 200 Vesey Street | New York | NY | 10285 |
| American Heart Association | Attn: Herman Taylor | 7272 Greenville Avenue | | Dallas | TX | 75231 |
| Ameriprise Financial Inc | Attn: General Counsel | 12220 N. Meridian, Suite 175 | | Carmel | IN | 46032 |
| Ameriprise Financial Inc | Attn: General Counsel | 707 2nd Avenue South | | Minneapolis | MN | 55474 |
| Bard Operations Center, S.a.r.l. | Attn: Staff VP, BOC | 730 Central Avenue | | Murray Hill | NJ | 07974 |
| Blue Water Road, LLC | | 4950 Scott Trail | Suite 103 | Eagan | MN | 55122 |
| Bob Evans Farms, Inc. | Attn: Richard Hall | 3700 South High Street | | Columbus | OH | 43207 |
| Capital One Services, LLC | Attn: Chief Counsel, Transactions | 1680 Capital One Drive | | McLean | VA | 22102 |
| Capital One Services, LLC | Attn: John Buckbee | Mail Stop: M.S. 12075-0350 | 15000 Capital One Drive | Richmond | VA | 23238 |
| Comerica Bank | Attn: Susan Newman | Comerica Bank Tower | 1717 Main Street 3rd Floor | Dallas | TX | 75201 |
| Comerica Inc. | Attn: Amy Pillivant | 500 Woodward | | Detroit | MI | 48226 |
| Cooper Tire & Rubber Company | Corporate Purchasing | Attn: Vice President | 701 Lima Avenue | Findlay | OH | 45840 |
| Deloitte Services LP | Attn: Stacy Speidel Musho, Senior Manager | 10 Westport Road | | Wilton | CT | 06897 |
| Delta Dental of Kansas, Inc. | Attn: General Council | 1619 N. Waterfront Pkwy | | Wichita | KS | 67025 |
| Delta Dental Plan of Virginia, Inc. | | 4818 Starkey Road | | Roanoke, | VA | 24014-4010 |
| DraftFCB (As Agent for PG&E) | Attn: Tara Charf, CFO - West Coast | 1160 Battery Street | Suite 250 | San Francisco | CA | 94111 |
| DST Output, LLC | Attn: Senior Vice President, Operations | 5220 Robert J. Mathews Parkway | | El Dorado Hills | CA | 95762-5712 |
| Eaton Corporation | Attn: Supply Chain Management | 1000 Eaton Boulevard | | Cleveland | OH | 44122 |
| Eaton Corporation | Attn: Commodity Manager | 1111 Superior Avenue | | Cleveland | OH | 44114 |
| EVERTEC Group, LLC | | Hwy. 176, Km. 1.3 | | Rio Piedras | PR | 00926 |
| Intellectual Technology, Inc. | | 1926 Kellogg Avenue | Suite A | Carlsbad | CA | 92008 |
| Keybank National Association | | 127 Public Square | | Cleveland | OH | 44114 |
| Lennox Industries Inc | Attn: Worlwide Supply Chain | 2140 Lake Park Blvd | | Richardson | TX | 75080 |
| Luxottica Retail North America, Inc. | Attn: Kerry Bradley, President | 4000 Luxottica Place | | Mason | OH | 45040 |
| Naifco Realty Company | dba Meridian Business Park | P.O. Box 269015 | | Oklahoma City | OK | 73126 |
| Nidec Corporation | Attn: General Council | 8100 W. Florissant | | St Louis | MO | 63136 |
| Pacific Gas and Electric Company | Attn: Nathan Floyd - Sourcing Department | 245 Market Street | | San Francisco | CA | 94105 |
| Pacific Gas and Electric Company | Plan Administrator - HIPAA | PG&E Benefits Department | 1850 Gateway Blvd. 7th Flr | Concord | CA | 94520 |
| Paychex, Inc | | 911 Panorama Trail South | | Rochester | NY | 14625 |
| Peoples Bank & Trust Company | Attn: Robert Connors | 5840 West 74th Street | | Indianapolis | IN | 46278 |
| Pfizer Inc. | Attn: General Council | 235 East 42nd Street | | New York | NY | 10017 |
| Rockwell Automation, Inc. | | 1201 South Second Street | | Milwaukee | WI | 53204-2496 |
| Sovereign Bank (santander bank) | | 1130 Berkshire Boulevard | | Wyomissing | PA | 19610 |
| Surency Life and Health Insurance Company | Attn: General Counsel | 1619 N. Waterfront Parkway | | Wichita | KS | 67206 |
| Surency Life and Health Insurance Company | Attn: General Council | 9300 W 110th St | | Overland Park | KS | 66210 |
| Tenneco Automotive Operating Company Inc. | Attention: Kimberly Krueger | 1 International Drive | | Monroe | MI | 48161 |
| The Huntington National Bank | | 41 South High Street | | Columbus | OH | 43287 |
| The Vanguard Group, Inc. | Attn: Paul Kelly | 100 Vanguard Boulevard | | Malvern | PA | 19355 |

Exhibit A
Counterparty Service List
Served via Overnight Mail

| NAME | CONTACT | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| The Vanguard Group, Inc. | Attn: Saundra Baldi | 100 Vanguard Boulevard, V-26 | | Malvern | PA | 19355 |
| Volvo & GMC Truck Center of Carolina | | P.O. Box 560007 | | Charlotte | NC | 28256 |
| Volvo Finance North America, Inc. | | 25 Philips Parkway | | Montvale | NJ | 07645 |
| Volvo Trucks North America | Attn: Chris Patterson | 7825 National Service Road | | Greensboro | NC | 27409 |
| Webster Bank National Association | | Webster Plaza | | Waterbury | CT | 06702 |
| WesBanco Bank Inc. | | One Bank Plaza | | Wheeling | WV | 26003 |

**Exhibit B**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | **Re Docket No. 698** |

## NOTICE REGARDING DESIGNATION AS POST-CLOSING TRANSFERRED CONTRACT AND ASSUMPTION AND ASSIGNMENT THEREOF

**PLEASE TAKE NOTICE** that, on June 19, 2015, the United States Bankruptcy Court for the District of Delaware (the "Court") entered that certain *Order (I) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (II) Granting Certain Related Relief* [Docket No. 698] (the "Sale Order").[2]

**PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraph 27 of the Sale Order, the Buyers delivered a schedule of Potential Contracts to the Debtors prior to the Closing Date. You previously received notice regarding the designation of applicable agreements as Potential Contracts.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraphs 27 and 28 of the Sale Order, the Buyers were granted ninety (90) days from the Closing Date to determine whether to assume or reject the Potential Contracts.

**PLEASE TAKE FURTHER NOTICE** that, as of the date hereof, and in accordance with paragraph 35 of the Sale Order, the Buyers have designated the Potential Contracts listed on Exhibit A hereto as Post-Closing Transferred Contracts, and such Post-Closing Transferred Contracts shall be deemed assumed and assigned to the Buyers upon the expiration of five (5) business days from the date hereof.

---

[1]   The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001).  The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2]   Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Sale Order.

Dated:   August 24, 2015
         Wilmington, DE         */s/ Matthew P. Austria*
                              Matthew P. Austria (DE No. 4827)
                              WERB & SULLIVAN
                              300 Delaware Avenue, 13th Floor
                              P.O. Box 25046
                              Wilmington, Delaware 19899
                              (For courier: 19801)
                              Telephone:  (302) 652-1100
                              Facsimile:  (302) 652-1111
                              E-mail:  maustria@werbsullivan.com

                              -and-

                              Phillip Bohl (MN No. 139191)
                              GRAY, PLANT, MOOTY,
                              MOOTY & BENNET, P.A.
                              500 IDS Center
                              80 South Eighth Street
                              Minneapolis, Minnesota 55402
                              Telephone:  (612) 632-3000
                              Facsimile:  (612) 632-4019
                              Email:  Phillip.bohl@gpmlaw.com

                              *Counsel to Taylor Corporation*

2

## EXHIBIT A

### Post-Closing Transferred Contracts

| Counterparty Name | Executory Contract or Unexpired Lease | Cure Amount |
|---|---|---|