IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, *et al*<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 15-10541 (BLS)**<br><br>**Jointly Administered** |

**NOTICE OF APPEARANCE ON BEHALF OF CREDITOR ARC DOCUMENT SOLUTIONS, INC. AND REQUEST FOR SERVICE OF PAPERS PURSUANT TO 11 U.S.C. §1109(b) AND BANKRUPTCY RULES 9010 AND 2002**

**TO THE HONORABLE BRENDAN L. SHANNON, JUDGE OF THE UNITED STATES BANKRUPTCY COURT, AND TO DEBTORS AND THEIR COUNSEL OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** pursuant to 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure 9010 and 2002 ("Rules"), the undersigned counsel appears as counsel for ARC Document Solutions, Inc. ("ARC"), a creditor and party-in-interest in the above-captioned and jointly administered Chapter 11 bankruptcy case of Standard Register Company hereby requests, pursuant to Rules 2002, 3017, and 9007 and 11 U.S.C. §§ 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon counsel at the following:

Robyn B. Sokol, Esq.
Ezra Brutzkus Gubner LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA  91367
Telephone:  (818) 827-9000
Facsimile:  (818) 827-9099
Email:  rsokol@ebg-law.com

1

1380571

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), this request includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, all orders and notices of application, complaints, demands, motions, petitions, pleadings, requests, statements of affairs, schedules of assets and liabilities, and operating reports, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopy/facsimile, telegraph, telex, or otherwise filed or made with regarding to this case and proceeding herein.

Neither this request nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive ARC's: (i) right to have final orders in non-core matters entered only after a de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) right to have the reference withdrawn by the U.S. District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which ARC may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

DATED: August 27, 2015                    EZRA BRUTZKUS GUBNER LLP

By:     /s/ Robyn B . Sokol
      Robyn B. Sokol
Attorneys for ARC Document Solutions

1380571