**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | Hearing Date: September 21, 2015 at 10:00 a.m. (ET)<br>Response Deadline: September 11, 2015 at 4:00 p.m. (ET) |
| | Re: Docket Nos. 965 & 966 |

**NOTICE OF CORRECTED EXHIBITS TO
VARIOUS OMNIBUS OBJECTIONS TO CLAIMS**

TO: THE HOLDERS OF THE DISPUTED CLAIMS AFFECTED BY THE CORRECTED EXHIBITS.[2]

**PLEASE TAKE NOTICE** that, on August 21, 2015, SRC Liquidation Company (f/k/a The Standard Register Company) and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") filed with the Court, among other things, the following omnibus objections to claims (individually, each an "Objection," and together, the "Objections"):

- Debtors' Second (2nd) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 965] (the "Second Omnibus Objection")

- Debtors' Third (3rd) Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 966] (the "Third Omnibus Objection")

**PLEASE TAKE FURTHER NOTICE** that, subsequent to the filing of the Objections, it was brought to the Debtors' attention that some of the exhibits attached to the Proposed

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] The Debtors are serving the affected parties with individualized notices.

01:17613901.2

Orders[3] attached to the Objections contained errors.  Therefore, corrected exhibits relating to the Second Omnibus Objection and the Third Omnibus Objection are attached hereto as Exhibits 1 and 2, respectively.  For the convenience of the Court and all parties in interest, blacklines reflecting the corrections are attached hereto as Exhibits 1A and 2A, respectively.

**PLEASE TAKE FURTHER NOTICE** that any responses (each, a "Response") to the relief requested in the Objections must be filed on or before **September 11, 2015 at 4:00 p.m. (ET)** (the "Response Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.  At the same time, any party submitting a response (each, a "Respondent") must serve a copy of its Response upon the undersigned counsel to the Debtors so as to be received on or before the Response Deadline.

**PLEASE TAKE FURTHER NOTICE** that any Response must contain, at a minimum, the following:

  a.  a caption setting forth the name of the Court, the above-referenced case number and the title of the Objection to which the Response is directed;

  b.  the name of the Respondent and a description of the basis for the amount and classification asserted in the Disputed Claim, if applicable;

  b.  a concise statement setting forth the reasons why the particular Disputed Claim or any similar claims should not be disallowed or modified for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which the claimant will rely in opposing the Objection at the Hearing; and

  c.  all documentation or other evidence upon which the Respondent will rely in opposing the Objection at the Hearing;

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING (THE "HEARING") ON THE OBJECTIONS WILL BE HELD ON **SEPTEMBER 21, 2015 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE BRENDAN L. SHANNON, UNITED STATES BANKRUPTCY JUDGE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON, DE 19801.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU ARE A CLAIMANT AND FAIL TO TIMELY FILE AND SERVE A RESPONSE IN ACCORDANCE WITH THE ABOVE REQUIREMENTS, YOU WILL BE DEEMED TO HAVE CONCURRED WITH AND CONSENTED TO THE OBJECTIONS AND THE RELIEF REQUESTED THEREIN, AND THE DEBTORS WILL PRESENT TO THE COURT, WITHOUT FURTHER NOTICE TO YOU, THE PROPOSED ORDERS SUSTAINING THE OBJECTIONS.

---

[3]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objections.

**PLEASE TAKE FURTHER NOTICE** THAT QUESTIONS CONCERNING THE OBJECTIONS SHOULD BE DIRECTED TO THE UNDERSIGNED COUNSEL FOR THE DEBTORS; CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE COURT TO DISCUSS THE MERITS OF THEIR DISPUTED CLAIMS OR THE OBJECTIONS.

Dated:  August 28, 2015
Wilmington, Delaware

/s/ Elizabeth S. Justison
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Andrew L. Magaziner (No. 5426)
Elizabeth S. Justison (No. 5911)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
mnestor@ycst.com
kcoyle@ycst.com
amagaziner@ycst.com
ejustison@ycst.com

-and-

Michael A. Rosenthal (NY No. 4697561)
Samuel A. Newman (CA No. 217042)
Jeremy L. Graves (CO No. 45522)
Matthew G. Bouslog (CA No. 280978)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone:  (212) 351-4000
Facsimile:  (212) 351-4035
mrosenthal@gibsondunn.com
snewman@gibsondunn.com
jgraves@gibsondunn.com
mbouslog@gibsondunn.com

*Counsel to the Debtors and Debtors in Possession*