## EXHIBIT 1A

Blackline

01:17613901.2

| Name of Claimant | Claim No. | Claim Amount and Classification | Modified Reclassification Status | Reason for Reclassification |
|---|---|---|---|---|
| 1040 Avenue of the Americas LLC | 701 | 503(b)(9) Claim: $472.79<br>Priority Claim: $2,055.28 | 503(b)(9) Claim: $472.79<br>General Unsecured Claim: $2,055.28 | Claimant does not provide any basis for asserting that its claim is entitled to priority status under section 507(a)(7) of the Bankruptcy Code. |
| A and E The Graphics Complex | 1314 | 503(b)(9) Claim: $9,749.99<br>Priority Claim: $866.75<br>General Unsecured Claim: $756.03 | 503(b)(9) Claim: $9,749.99<br>General Unsecured Claim: $1,622.78 | Claimant is not a governmental unit and does not provide any basis for asserting that such claim is entitled to priority status under 507(a)(8) of the Bankruptcy Code. |
| A Quick Cut Stamping & Embossing ~~INC~~Inc | 1773 | Priority Claim: $4,482.16<br>General Unsecured Claim: $1,872.16 | General Unsecured Claim: $6,354.32 | Claimant is not an individual and, therefore, is not entitled to a priority claim under section 507(a)(4) of the Bankruptcy Code as asserted. |
| Aaron S. Fink, MD, LLC | 535 | Priority Claim: $1,419.35 | General Unsecured Claim: $1,419.35 | Claimant is not an individual and, therefore, is not entitled to a priority claim under section 507(a)(4) of the Bankruptcy Code as asserted. |

| Name of Claimant | Claim No. | Claim Amount and Classification | Modified Reclassification Status | Reason for Reclassification |
|---|---|---|---|---|
| ACCO Brands USA LLC | 2115 | 503(b)(9) Claim: $7,018.87<br>Administrative Claim: $~~15,857.71~~ 35,682.26<br>Priority Claim: $19,824.55<br>General Unsecured Claim: $~~30,388.32~~23,369.45 | 503(b)(9) Claim: $7,018.87<br><br>Administrative Claim: $35,682.26<br>General Unsecured Claim: $~~59,051.71~~43,194.00 | Claimant does not provide any basis for asserting that its claim is entitled to priority status beyond the asserted 503(b)(9) Claim. The asserted claim is only partially entitled to administrative expense status under section 503(b)(9) of the Bankruptcy Code, if at all, and the balance of the claim is a general unsecured claim. |
| BSC Acquisition Sub, LLC dba Double Envelope | 133 | Priority Claim: $273,209.53 | 503(b)(9) Claim: $273,209.53 | Claimant attempted to assert an administrative expense claim under section 503(b)(9) of the Bankruptcy Code, and therefore its claim is not entitled to be classified as a priority claim under any other provision of section 507 of the Bankruptcy Code. |
| CDW, LLC | 337 | Priority Claim: $289,713.77<br>General Unsecured Claim: $322,103.40 | 503(b)(9) Claim: $289,713.77<br>General Unsecured Claim: $322,103.40 | Claimant attempted to assert an administrative expense claim under section 503(b)(9) of the Bankruptcy Code, and therefore its claim is not entitled to be classified as a priority claim under any other provision of section 507 of the Bankruptcy Code. |

| Name of Claimant | Claim No. | Claim Amount and Classification | Modified Reclassification Status | Reason for Reclassification |
|---|---|---|---|---|
| Courier Direct, Inc. | 405 | Priority Claim: $648.81 | General Unsecured Claim: $648.81 | Claimant is not an individual and, therefore, is not entitled to a priority claim under section 507(a)(4) of the Bankruptcy Code as asserted. |
| Enterprise Search Associates, LLC | 1 | Priority Claim: $913.50 General Unsecured Claim: $12,600.00 | General Unsecured Claim: $13,513.50 | Claimant is not a governmental unit and does not provide any basis for asserting that its claim is entitled to priority status under section 507(a)(8) of the Bankruptcy Code as asserted. |
| Fukunaga Matayoshi Hershey & Ching | 1665 | Priority Claim: $12,846.36 General Unsecured Claim: $503.73 | General Unsecured Claim: $13,350.09 | Claimant is not an individual and, therefore, is not entitled to a priority claim under section 507(a)(4) of the Bankruptcy Code as asserted. |
| J.O.B.E. Services Inc. | 1831 | Priority Claim: $34,342.55 | General Unsecured Claim: $34,342.55 | Claimant does not provide any basis for asserting that its claim is entitled to priority status. |
| Knight Products Group LLC | 820 | 503(b)(9) Claim: $628.65 Priority Claim: $44.73 | 503(b)(9) Claim: $628.65 General Unsecured Claim: $44.73 | Claimant is not a governmental unit and does not provide any basis for asserting that its claim is entitled to priority status under section 507(a)(8) of the Bankruptcy Code. |
| Long, Thomas Brandt | 2327 | Priority Claim: $25,000.00 | General Unsecured Claim: $25,000.00 | Claimant does not provide any basis for asserting that its claim is entitled to priority status. |

| Name of Claimant | Claim No. | Claim Amount and Classification | Modified Reclassification Status | Reason for Reclassification |
|---|---|---|---|---|
| Long, Thomas Brandt | 2328 | Priority Claim: $25,000.00 | General Unsecured Claim: $25,000.00 | Claimant does not provide any basis for asserting that its claim is entitled to priority status. |
| Marietta Group, LLC | 2066 | Priority Claim: $17,404.96 | General Unsecured Claim: $17,404.96 | Claimant is not an individual and does not provide any basis for asserting that its claim is entitled to priority status under section 507(a)(4) of the Bankruptcy Code |
| Marietta Group, LLC | 2121 | Priority Claim: $2,990.63 | General Unsecured Claim: $2,990.63 | Claimant is not an individual and does not provide any basis for asserting that its claim is entitled to priority status under section 507(a)(4) of the Bankruptcy Code. |
| Martinez, Gilberto | 1998 | Priority Claim: $64,796.00 | General Unsecured Claim: $64,796.00 | Claimant does not provide any basis for asserting that its claim is entitled to priority status. |
| Mike Kelker Machine & Tool | 1420 | Priority Claim: $7,925.00 | General Unsecured Claim: $7,925.00 | Claimant is not an individual and does not provide any basis for asserting that its claim is entitled to priority status under section 507(a)(4) of the Bankruptcy Code. |

| Name of Claimant | Claim No. | Claim Amount and Classification | Modified Reclassification Status | Reason for Reclassification |
|---|---|---|---|---|
| MSC Industrial Supply Co. | 468 | Priority Claim: $39.30 General Unsecured Claim: $2,585.94 | 503(b)(9) Claim: $39.30 General Unsecured Claim: $2,585.94 | Claimant attempted to assert an administrative expense claim under section 503(b)(9) of the Bankruptcy Code, and therefore its claim is not entitled to be classified as a priority claim under any other provision of section 507 of the Bankruptcy Code. |
| Neerav Information Technology (India) Private Limited | 403 | Priority Claim: $21,883.40 | General Unsecured Claim: $21,883.40 | Claimant is not an individual and does not provide any basis for asserting that its claim is entitled to priority status under section 507(a)(4) of the Bankruptcy Code. |
| Photonic Cleaning Technologies, LLC | 865 | Priority Claim: $5,122.45 | General Unsecured Claim: $5,122.45 | Claimant does not provide any basis for asserting that its claim is entitled to priority status under section 507(a)(1) of the Bankruptcy Code. |
| Randstad North America | 2048 | Priority Claim: $67,477.62 | General Unsecured Claim: $67,477.62 | Claimant is not an individual and does not provide any basis for asserting that its claim is entitled to priority status under section 507(a)(4) of the Bankruptcy Code. |

| Name of Claimant | Claim No. | Claim Amount and Classification | Modified Reclassification Status | Reason for Reclassification |
|---|---|---|---|---|
| Security Of Los Angeles | 2135 | Priority Claim: $486.52 | General Unsecured Claim: $486.52 | Claimant does not provide any basis for asserting that its claim is entitled to priority status under section 507(a)(7) of the Bankruptcy Code. |
| Union Hydraulics Inc . | 1269 | Priority Claim: $52.46 General Unsecured Claim: $2,776.42 | General Unsecured Claim: $2,828.88 | Claimant is not a governmental unit and does not provide any basis for asserting that its claim is entitled to priority status under section 507(a)(8) of the Bankruptcy Code. |
| US Laser LLC | 108 | Priority Claim: $4,772.74 | 503(b)(9) Claim: $4,772.74 | Claimant attempted to assert an administrative expense claim under section 503(b)(9) of the Bankruptcy Code, and therefore its claim is not entitled to be classified as a priority claim under any other provision of section 507 of the Bankruptcy Code. |
| Wallace Graphics, Inc. | 85 | 503(b)(9) Claim: $29,443.50 Priority Claim: $12,475.00 General Unsecured Claim: $47,680.87 | 503(b)(9) Claim: $29,443.50 General Unsecured Claim: $60,155.87 | Claimant is not an individual and does not provide any basis for asserting that its claim is entitled to priority status under section 507(a)(4) of the Bankruptcy Code. |
| Wheeler-Sonoma Printers | 1171 | Priority Claim: $169.46 | General Unsecured Claim: $169.46 | Claimant does not provide any basis for asserting that its claim is entitled to priority status. |