# **EXHIBIT 2**

Corrected Exhibit B (Excess Priority Employee Claims) to Proposed Order
Attached to Third Omnibus Objection

| Name of Claimant | Claim No. | Date Filed | Original Claim Amount and Classification | Modified Classification Status | Reason for Reclassification |
|---|---|---|---|---|---|
| Antisdel, Daisy | 1630 | 6/8/15 | Priority Claim: $40,500.00 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim: $28,025.00 | To the extent valid, claimant is only entitled to a priority claim up in an amount not exceeding $12,475.00, the statutory cap imposed under section 507(a)(5) of the Bankruptcy Code |
| Assini, Robert E. | 1188 | 5/27/15 | Priority Claim: $335,267.48 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim: $322,792.48 | The claimant asserts a 507(a)(5) priority claim, which is in excess of the statutory cap of $12,475.00 for such priority claims. |
| Beladi, Donna L. | 1046 | 5/26/15 | Priority Claim: $166,331.46 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim: $153,856.46 | The claimant asserts a 507(a)(5) priority claim, which is in excess of the statutory cap of $12,475.00 for such priority claims. |
| Blankley, Randy | 1655 | 6/8/15 | Priority Claim: $47,786.76 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim: $35,311.76 | The claimant asserts a 507(a)(4) priority claim, which is in excess of the statutory cap of $12,475.00 for such priority claims. |

| Name of Claimant | Claim No. | Date Filed | Original Claim Amount and Classification | Modified Classification Status | Reason for Reclassification |
|---|---|---|---|---|---|
| Brenker, Alan M | 1764 | 6/9/15 | Priority Claim: $30,845.51 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim: $18,370.51 | The claimant asserts a 507(a)(5) priority claim, which is in excess of the statutory cap of $12,475.00 for such priority claims. |
| Bullock, John | 2063 | 7/1/15 | Priority Claim: $13,289.09 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim: $814.09 | The claimant asserts a 507(a)(5) priority claim, which is in excess of the statutory cap of $12,475.00 for such priority claims. |
| Clements, Richard | 1464 | 6/5/15 | Priority Claim: $52,000.00<br>503(b)(9) Claim: $52,000.00 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>503(b)(9) Claim: $52,000.00<br>Priority Claim: $12,475.00<br>General Unsecured Claim: $39,525.00 | The claimant asserts a 507(a)(5) priority claim, which is in excess of the statutory cap of $12,475.00 for such priority claims. |
| Cooper, Claudia | 1377 | 6/4/15 | Priority Claim: $97,934.76 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim: $85,459.76 | The claimant appears to assert a 507(a)(5) priority claim, which is in excess of the statutory cap of $12,475.00 for such priority claims. |

| Name of Claimant | Claim No. | Date Filed | Original Claim Amount and Classification | Modified Classification Status | Reason for Reclassification |
|---|---|---|---|---|---|
| Donel, Brian O | 2030 | 6/29/15 | Priority Claim: $526,976.29 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim: $514,501.29 | The claimant asserts a 507(a)(5) priority claim, which is in excess of the statutory cap of $12,475.00 for such priority claims. |
| Ferreira, James | 1692 | 6/9/15 | Priority Claim: $134,560.00<br>503(b)(9) Claim: $134,560.00 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>503(b)(9) Claim: $134,560.00<br>Priority Claim: $12,475.00<br>General Unsecured Claim: $256,645.00 | The claimant appears to assert a 507(a)(5) priority claim, which is in excess of the statutory cap of $12,475.00 for such priority claims. |
| Gallant, Robert | 1518 | 6/6/15 | Priority Claim: $216,000.00 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim: $203,525.00 | The claimant asserts a 507(a)(5) priority claim, which is in excess of the statutory cap of $12,475.00 for such priority claims. |
| Graham, Christopher A. | 2277 | 7/8/15 | Priority Claim: $98,582.67 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim: $86,107.67 | The claimant asserts a 507(a)(5) priority claim, which is in excess of the statutory cap of $12,475.00 for such priority claims. |

| Name of Claimant | Claim No. | Date Filed | Original Claim Amount and Classification | Modified Classification Status | Reason for Reclassification |
|---|---|---|---|---|---|
| Haranczak, Keith | 1637 | 6/8/15 | Priority Claim: $20,000.00 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim: $7,525.00 | The claimant asserts a 507(a)(5) priority claim, which is in excess of the statutory cap of $12,475.00 for such priority claims. |
| Harris, Keith | 2086 | 7/1/15 | Priority Claim: $57,342.60 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim: $44,867.60 | The claimant asserts a 507(a)(5) priority claim, which is in excess of the statutory cap of $12,475.00 for such priority claims. |
| Higgins, Gregory | 2191 | 7/7/15 | Priority Claim: $63,646.52 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim: $51,171.52 | The claimant asserts a 507(a)(5) priority claim, which is in excess of the statutory cap of $12,475.00 for such priority claims. |
| Hooks, Odene M. | 419 | 4/14/15 | Priority Claim: $18,752.50 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim: $6,277.50 | The claimant asserts a 507(a)(4) priority claim, which is in excess of the statutory cap of $12,475.00 for such priority claims. |

| Name of Claimant | Claim No. | Date Filed | Original Claim Amount and Classification | Modified Classification Status | Reason for Reclassification |
|---|---|---|---|---|---|
| Hunt, Gary | 2039 | 6/30/15 | Priority Claim: $22,000.00<br>Secured Claim: $22,000.00 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>Secured Claim: $22,000.00<br>General Unsecured Claim: $9,525.00 | The claimant asserts a 507(a)(5) priority claim, which is in excess of the statutory cap of $12,475.00 for such priority claims. |
| Ileleji, Annie | 1540 | 6/7/15 | Priority Claim: $15,000.00 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim: $2,525.00 | The claimant asserts a 507(a)(5) priority claim, which is in excess of the statutory cap of $12,475.00 for such priority claims. |
| Isaksen, Roy | 1506 | 6/8/15 | Priority Claim: $35,000.00 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim: $22,525.00 | The claimant asserts a 507(a)(5) priority claim, which is in excess of the statutory cap of $12,475.00 for such priority claims. |
| Keiper, Edward | 1869 | 6/16/15 | Priority Claim: $356,060.15 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim: $343,585.15 | The claimant asserts a 507(a)(5) priority claim, which is in excess of the statutory cap of $12,475.00 for such priority claims. |

| Name of Claimant | Claim No. | Date Filed | Original Claim Amount and Classification | Modified Classification Status | Reason for Reclassification |
|---|---|---|---|---|---|
| Kuch, John | 1363 | 6/3/15 | Priority Claim: $326,976.30<br>Secured Claim: $326,976.30 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>Secured Claim: $326,976.30<br>General Unsecured Claim: $314,501.30 | The claimant asserts a 507(a)(5) priority claim, which is in excess of the statutory cap of $12,475.00 for such priority claims. |
| Lapins, Lorin | 1205 | 5/26/15 | Priority Claim: $27,262.06 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim: $14,787.06 | The claimant asserts a 507(a)(5) priority claim, which is in excess of the statutory cap of $12,475.00 for such priority claims. |
| Larimer Jr, Hugh J | 1513 | 6/7/15 | Priority Claim: $44,667.15 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim: $32,192.15 | The claimant asserts a 507(a)(5) priority claim, which is in excess of the statutory cap of $12,475.00 for such priority claims. |
| Magoon, Joseph | 1266 | 6/1/15 | Priority Claim: $209,097.00 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim: $196,622.00 | The claimant asserts a 507(a)(5) priority claim, which is in excess of the statutory cap of $12,475.00 for such priority claims. |

| Name of Claimant | Claim No. | Date Filed | Original Claim Amount and Classification | Modified Classification Status | Reason for Reclassification |
|---|---|---|---|---|---|
| Marshall, Robert | 1466 | 6/5/15 | Priority Claim: $34,550.00 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim: $22,075.00 | The claimant asserts a 507(a)(5) priority claim, which is in excess of the statutory cap of $12,475.00 for such priority claims. |
| Mcgehee, Michael | 1316 | 6/1/15 | Priority Claim: $19,695.00 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim: $7,220.00 | The claimant asserts a 507(a)(5) priority claim, which is in excess of the statutory cap of $12,475.00 for such priority claims. |
| Mehta, Rajendra | 1432 | 6/1/15 | Priority Claim: $321,024.87<br>503(b)(9) Claim: $321,024.87 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>503(b)(9) Claim: $321,024.87<br>Priority Claim: $12,475.00<br>General Unsecured Claim: $308,549.87 | The claimant appears to assert a 507(a)(5) priority claim, which is in excess of the statutory cap of $12,475.00 for such priority claims. |
| Merica Ii, Fred A. | 175 | 3/27/15 | Priority Claim: $119,000.00 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim: $106,525.00 | The claimant asserts a 507(a)(4) priority claim, which is in excess of the statutory cap of $12,475.00 for such priority claims. |

| Name of Claimant | Claim No. | Date Filed | Original Claim Amount and Classification | Modified Classification Status | Reason for Reclassification |
|---|---|---|---|---|---|
| Merica, Fred | 1418 | 6/4/15 | Priority Claim: $197,892.00 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim: $185,417.00 | The claimant asserts a 507(a)(5) priority claim, which is in excess of the statutory cap of $12,475.00 for such priority claims. |
| Minton, Charles Keith | 426 | 4/13/15 | Priority Claim: $12,896.00 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim: $421.00 | The claimant asserts a 507(a)(4) priority claim, which is in excess of the statutory cap of $12,475.00 for such priority claims. |
| Oliger, Kari | 1088 | 5/29/15 | Priority Claim: $117,517.86 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim: $105,042.86 | The claimant asserts a 507(a)(5) priority claim, which is in excess of the statutory cap of $12,475.00 for such priority claims. |
| Pelersi, Susan | 1296 | 6/2/15 | Priority Claim: $88,718.26 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim: $76,243.26 | The claimant asserts a 507(a)(5) priority claim, which is in excess of the statutory cap of $12,475.00 for such priority claims. |

| Name of Claimant | Claim No. | Date Filed | Original Claim Amount and Classification | Modified Classification Status | Reason for Reclassification |
|---|---|---|---|---|---|
| Post, Todd J. | 555 | 4/22/15 | Priority Claim: $19,057.76 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim: $6,582.76 | The claimant appears to assert a 507(a)(5) priority claim, which is in excess of the statutory cap of $12,475.00 for such priority claims. |
| Ratti, Karen E. | 1202 | 5/26/15 | Priority Claim: $27,924.00 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim: $15,449.00 | The claimant asserts a 507(a)(5) priority claim, which is in excess of the statutory cap of $12,475.00 for such priority claims. |
| Satterfield, Scott | 1545 | 6/5/15 | Priority Claim: $15,000.00 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim: $2,525.00 | The claimant appears to assert a 507(a)(5) priority claim, which is in excess of the statutory cap of $12,475.00 for such priority claims. |
| Schultz, Catherine | 2009 | 6/29/15 | Priority Claim: $50,000.00 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim: $37,525.00 | The claimant asserts a 507(a)(5) priority claim, which is in excess of the statutory cap of $12,475.00 for such priority claims. |

| Name of Claimant | Claim No. | Date Filed | Original Claim Amount and Classification | Modified Classification Status | Reason for Reclassification |
|---|---|---|---|---|---|
| Sprague, Lorie E. | 367 | 4/1/15 | Priority Claim: $16,957.00 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim: $4,482.00 | The claimant asserts a 507(a)(4) priority claim, which is in excess of the statutory cap of $12,475.00 for such priority claims. |
| Wangler, Debra | 1167 | 5/29/15 | Priority Claim: $34,045.00 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim: $21,570.00 | The claimant asserts a 507(a)(5) priority claim, which is in excess of the statutory cap of $12,475.00 for such priority claims. |
| Wells, Tammy | 1311 | 6/1/15 | Priority Claim: $15,000.00 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim: $2,525.00 | The claimant asserts a 507(a)(5) priority claim, which is in excess of the statutory cap of $12,475.00 for such priority claims. |
| White, Debbie | 1038 | 5/27/15 | General Unsecured: $47,000.26<br>Priority Claim: $47,000.26 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim: $81,525.52 | The claimant appears to assert a 507(a)(5) priority claim, which is in excess of the statutory cap of $12,475.00 for such priority claims. |

| Name of Claimant | Claim No. | Date Filed | Original Claim Amount and Classification | Modified Classification Status | Reason for Reclassification |
|---|---|---|---|---|---|
| Wilde, Steven | 2254 | 7/8/15 | Priority Claim: $300,000.00<br>503(b)(9) Claim: $300,000.00 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>503(b)(9) Claim: $300,000.00<br>Priority Claim: $12,475.00<br>General Unsecured Claim: $287,525.00 | The claimant appears to assert a 507(a)(5) priority claim, which is in excess of the statutory cap of $12,475.00 for such priority claims. |
| Williams, Wesley | 2134 | 7/6/15 | Priority Claim: $18,500.00 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim: $6,025.00 | The claimant asserts a 507(a)(5) priority claim, which is in excess of the statutory cap of $12,475.00 for such priority claims. |
| Yeagle, Paul | 1302 | 6/1/15 | Priority Claim: $146,546.00 | Amount in excess of Statutory cap of $12,475.00 is reclassified as General Unsecured Claim such that the claim is reclassified as:<br><br>Priority Claim: $12,475.00<br>General Unsecured Claim: $134,071.00 | The claimant asserts a 507(a)(5) priority claim, which is in excess of the statutory cap of $12,475.00 for such priority claims. |

101986204.1