## **EXHIBIT B**

**(Proposed Combined Hearing Notice—Publication Version)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |

**NOTICE OF (A) DEADLINE FOR CASTING VOTES TO ACCEPT OR REJECT SRC LIQUIDATION COMPANY ET AL. CHAPTER 11 PLAN OF LIQUIDATION, (B) COMBINED HEARING TO CONSIDER APPROVAL OF DISCLOSURE STATEMENT AND CONFIRMATION OF PLAN AND <u>(C) RELATED MATTERS AND PROCEDURES</u>**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On [_____], 2015, the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") filed: (a) the SRC Liquidation Company et al. Chapter 11 Plan of Liquidation (as it may be amended or modified, the "<u>Plan</u>"); and (b) the Disclosure Statement with respect to the Plan (as it may be amended or modified, the "<u>Disclosure Statement</u>").

2. Pursuant to an order of the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>") dated [_____], 2015 [D.I. _____] (the "<u>Solicitation Procedures Order</u>"), certain procedures and materials have been approved for the solicitation of votes to accept or reject the Plan.[2]

3. Copies of the Solicitation Procedures Order, the Plan and the Disclosure Statement are available upon request to Prime Clerk LLC at the following address, telephone number or email address: SRC Liquidation Company Ballot Processing, c/o Prime Clerk LLC, 830 Third Avenue, 3rd Floor, New York, NY 10022; (855) 842-4124; srcballots@primeclerk.com or, free of charge, on <u>https://cases.primeclerk.com/standardregister</u>.

4. A combined hearing to consider approval of the Disclosure Statement and confirmation of the Plan (the "<u>Combined Hearing</u>") will be held before the Honorable Brendan L. Shannon, United States Bankruptcy Judge, in Courtroom No. 1, Sixth Floor, at the United States

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Solicitation Procedures Order.

Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801, on [_____ ___], 2015, at [_____], (prevailing Eastern Time).

5. Pursuant to the Solicitation Procedures Order, the Court approved certain procedures for the solicitation and tabulation of votes to accept or reject the Plan.

(a) Under the terms of the Plan, Class III (Second Lien Secured Claims) and Class IV (General Unsecured Claims) are entitled to vote on the Plan.

(b) If you are the holder of a claim against the Debtors as of [_____ ___], 2015 (the Record Date established by the Court in the Solicitation Procedures Order) in a Class entitled to vote on the Plan (*i.e.*, Class III and Class IV), you have received with this Notice a Solicitation Package. The Solicitation Package includes, among other things, a ballot form (a "Ballot") and voting instructions appropriate for your claim, as well as copies of the Plan and the Disclosure Statement and related solicitation materials.

(c) Except as provided in subparagraph (e) below, the deadline to return completed Ballots is **5:00 p.m., Eastern Time, on [_____ ___], 2015** (the "Voting Deadline"). Any failure to follow the voting instructions included with the Ballot or to return a properly completed Ballot so that it is received by the Voting Deadline may disqualify the Ballot.

(d) **IF YOU ARE (I) THE HOLDER OF A CLAIM WHO IS PRESUMED TO HAVE ACCEPTED THE PLAN UNDER SECTION 1126(f) OF THE BANKRUPTCY CODE (*I.E.*, THE HOLDER OF A CLASS I CLAIM AND/OR A CLASS II CLAIM) OR (II) THE HOLDER OF A CLASS III SECOND LIEN SECURED CLAIM AND/OR THE HOLDER OF A CLASS IV GENERAL UNSECURED CLAIM AND YOU DO NOT OPT OUT OF THE RELEASE PROVISIONS CONTAINED IN SECTION [7.5] OF THE PLAN BY BOTH (A) VOTING TO REJECT THE PLAN OR ABSTAINING FROM VOTING ON THE PLAN, AND (B) CHECKING THE BOX IN ITEM 2 ON YOUR PROPERLY COMPLETED BALLOT RETURNED PRIOR TO THE VOTING DEADLINE, YOU WILL BE DEEMED TO HAVE CONCLUSIVELY, ABSOLUTELY, UNCONDITIONALLY, IRREVOCABLY, AND FOREVER RELEASED AND DISCHARGED ALL CLAIMS AND CAUSES OF ACTION AGAINST THE RELEASED PARTIES (AS DEFINED IN THE PLAN), TO THE EXTENT SET FORTH IN SECTION [7.5] OF THE PLAN. FOR THE AVOIDANCE OF DOUBT, THE FAILURE TO MAKE THE THIRD PARTY OPT OUT ELECTION SHALL NOT PREVENT ANY HOLDER OF A CLAIM FROM RECEIVING A DISTRIBUTION UNDER THE PLAN.**

(e) Under the terms of the Plan, Class I (Other Secured Claims), Class II (Priority Claims), Class V (Subordinated Claims), and Class VI (Equity Interests) are **not** entitled to vote on the Plan.

(f) If you are the holder of a claim against or interest in the Debtors in a Class not entitled to vote on the Plan, you have not received a Solicitation Package.

(g) Objections, if any, to approval of the Disclosure Statement and/or confirmation of the Plan must: (i) be in writing; (ii) state the name and address of the objecting party and the nature of the claim of such party; (iii) state with particularity the basis and nature of

such Objection (and, if practicable, a proposed modification to the Plan that would resolve such Objection); (iv) conform to the Bankruptcy Rules and the Local Bankruptcy Rules; and (v) be filed with the Court and served on the following parties so that they are received no later than **5:00 p.m., Eastern Time, on [_____ ___], 2015**:

      A.    counsel to the Debtors, Gibson, Dunn & Crutcher, LLP, 200 Park Avenue, New York, New York 10166-0193, Attn: Michael A. Rosenthal, and Young Conaway Stargatt & Taylor, LLP, 1000 North King Street, Rodney Square, Wilmington, Delaware 19801, Attn: Michael R. Nestor;

      B.    the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 N. King Street, Suite 2207, Lock Box 35, Wilmington, Delaware, 19801, Attn: Mark Kenney, Esq.;

      C.    counsel to the Agent, Skadden, Arps, Slate, Meagher & Flom, LLP, Four 155 N. Wacker Drive, Chicago, Illinois 60606-1720, Attn: Ron E. Meisler and Christopher M. Dressel; and

      D.    counsel to the Committee, Lowenstein Sandler LLP, 65 Livingston Avenue, Roseland, New Jersey 07068, Attn: Sharon L. Levine, and Polsinelli PC, 222 Delaware Avenue, Suite 1101, Wilmington, Delaware 19801, Attn: Christopher A. Ward.

6.    The Combined Hearing may be continued from time to time without further notice other than the announcement of the adjourned date at the Combined Hearing or any continued hearing.

Dated: [_____ ___], 2015          **BY ORDER OF THE COURT**

Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Maris J. Kandestin (No. 5294)
Andrew L. Magaziner (No. 5426)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

    -and-

GIBSON, DUNN & CRUTCHER LLP
Michael A. Rosenthal (NY No. 4697561)
Jeremy L. Graves (CO No. 45522)
Matthew G. Bouslog (CA No. 280978)
200 Park Avenue
New York, New York 10166-0193

Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Counsel to the Debtors and Debtors-in-Possession*