# **EXHIBIT C**

**(Proposed Solicitation Package and General Procedures)**

## THE SOLICITATION PACKAGE AND GENERAL NOTICE PROCEDURES[1]

1. By not later than September 28, 2015, the Debtors will complete mailing Solicitation Packages by regular U.S. mail solely to (a) holders of claims in the Classes entitled to vote on the Plan, (b) the U.S. Trustee and (c) any other necessary or appropriate agencies and/or representatives of the United States federal government (the "Federal Government") at the locations required by Bankruptcy Rule 2002(j).

2. The Solicitation Packages will contain copies of:

   (a) a cover letter describing the contents of the Solicitation Package;[2]

   (b) the Combined Hearing Notice;

   (c) the Disclosure Statement together with the exhibits thereto, including the Plan;[3]

   (d) any letter(s) from the Debtors, the Committee or other parties setting forth their recommendations with respect to the Plan; and

   (e) an appropriate form of Ballot for holders of claims in Classes entitled to vote, instructions regarding how to complete the Ballot and a Ballot return envelope.

3. Other creditors and parties who have filed notices of appearance in the Chapter 11 Cases will receive, by regular U.S. mail, the Combined Hearing Notice.

4. The addresses to be used when mailing the Solicitation Packages will be as follows:

   (a) for persons or entities that have filed proofs of claim that are entitled to a Ballot under the Tabulation Rules, at the address provided on the face of the filed proof of claim;

   (b) for persons or entities that have not filed proofs of claim that are entitled to a Ballot under the Tabulation Rules, at the address on the Debtors' current service list;

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the motion.

[2] In addition to the service procedures outlined above: (a) the Plan, the Disclosure Statement and, once they are filed, all exhibits to both documents will be made available at no charge via the internet at https://cases.primeclerk.com/standardregister; (b) the Debtors will provide parties in interest (at no charge) with hard copies of the Plan and/or Disclosure Statement upon request to Prime Clerk LLC at the following address, telephone number or email address: SRC Liquidation Company Ballot Processing, c/o Prime Clerk LLC, 830 Third Avenue, 3rd Floor, New York, NY 10022; (855) 842-4124; srcballots@primeclerk.com; and (c) to the extent not filed earlier, the Debtors will separately file copies of all exhibits to the Plan with the Court prior to the Combined Hearing.

[3] In their discretion, the Debtors reserve the right to provide the Disclosure Statement, the Plan (including exhibits) and any related documents in an electronic format (e.g., flash drive or CD-ROM) if the Debtors determine that this will reduce the administrative costs associated with printing and mailing voluminous paper documents.

2

        (c)      at the address for a claim transferee set forth in a valid notice of transfer of claim; and

        (d)      for the U.S. Trustee and the Federal Government, the addresses used for notice filed in accordance with Bankruptcy Rule 2002.

    5.    Creditors that have filed or purchased duplicate claims will only be provided with one Solicitation Package.

    6.    With respect to any Solicitation Packages and Combined Hearing Notices that are returned by the United States Postal Service as undeliverable as a result of incomplete or inaccurate addresses, the Debtors may in their discretion, but shall not be required to, attempt to determine a correct address and resend the applicable materials.  Any delay in such redelivery, or the Debtors' determination not to attempt any such redelivery, shall <u>not</u> be deemed to be inadequate notice.