## EXHIBIT D

**(Proposed Ballots)**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |

**BALLOT FOR ACCEPTING OR REJECTING SRC LIQUIDATION
COMPANY ET AL. CHAPTER 11 PLAN OF LIQUIDATION**

**CLASS III: SECOND LIEN SECURED CLAIMS**

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE
> PLAN IS 5:00 P.M., EASTERN TIME, ON [_____ ___], 2015**

This Ballot is submitted to you to solicit your vote to accept or reject the *SRC Liquidation Company et al. Chapter 11 Plan of Liquidation* (the "Plan"), which is being proposed by the above-captioned debtors and debtors in possession (collectively, the "Debtors") and which is described in the accompanying disclosure statement, dated [_____ ___], 2015 (the "Disclosure Statement"). On [_____], the Court entered an order approving certain procedures and materials for the solicitation of votes to accept or reject the Plan (the "Solicitation Procedures Order"). Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Disclosure Statement, which remains subject to approval by the Bankruptcy Court, provides information to assist you in deciding how to vote your Ballot. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you, whether or not you vote, if the Plan (a) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the claims in each impaired Class of claims who vote on the Plan; and (b) otherwise satisfies the applicable requirements of section 1129(a) of the Bankruptcy Code. If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan; and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

**To have your vote counted, you must complete, sign and return this Ballot to SRC Liquidation Company Ballot Processing, c/o Prime Clerk LLC, 830 Third Avenue, 3rd Floor, New York, NY 10022, <u>so that it is received</u> by the deadline indicated above.** *Ballots received after 5:00 p.m., Eastern Time, on [_____ ___], 2015 will not be counted. Ballots submitted by e-mail or facsimile transmission will not be accepted. Ballots should not be sent to the Debtors or their attorneys.*

**PLEASE READ THE ATTACHED VOTING INFORMATION
AND INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

---

PLEASE COMPLETE ITEMS 1 AND 2. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST. ITEM 2 IS OPTIONAL. COMPLETE ITEM 2 IF YOU WISH TO OPT OUT OF THE RELEASE PROVISIONS CONTAINED IN SECTION [7.5] OF THE PLAN. **IF YOU DO NOT OPT OUT OF THE RELEASE PROVISIONS CONTAINED IN SECTION [7.5] OF THE PLAN BY BOTH (I) VOTING TO REJECT THE PLAN OR ABSTAINING FROM VOTING ON THE PLAN, AND (II) CHECKING THE BOX IN ITEM 2 BELOW, YOU WILL BE DEEMED TO HAVE CONCLUSIVELY, ABSOLUTELY, UNCONDITIONALLY, IRREVOCABLY, AND FOREVER RELEASED AND DISCHARGED ALL CLAIMS AND CAUSES OF ACTION AGAINST THE RELEASED PARTIES (AS DEFINED IN THE PLAN), TO THE EXTENT SET FORTH IN SECTION [7.5] OF THE PLAN.**

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

---

**Item 1. Class III Vote.** The undersigned, the holder, as of [_____ ___], 2015, of a Second Lien Secured Claim in Class III of the Plan against the Debtors in the amount set forth below, votes as follows (check only one box):

☐ **ACCEPT** the Plan.            ☐ **REJECT** the Plan.

Creditor: _____          Claim Amount: $_____

**Item 2. Third Party Opt-Out Election.** If you voted to reject the Plan in Item 1, above, or if you abstained from voting on the Plan, you may check the box below to opt out of the release provisions contained in Section [7.5] of the Plan. **IF YOU VOTED IN ITEM 1 ABOVE TO ACCEPT THE PLAN OR IF YOU DO NOT OPT OUT OF THE RELEASE PROVISIONS CONTAINED IN SECTION [7.5] OF THE PLAN BY CHECKING THE BOX BELOW, YOU WILL BE DEEMED, AS OF THE EFFECTIVE DATE, ON BEHALF OF YOURSELF AND YOUR ESTATE, AFFILIATES, HEIRS, EXECUTORS, ADMINISTRATORS, SUCCESSORS, ASSIGNS, MANAGERS, BUSINESS MANAGERS, ACCOUNTANTS, ATTORNEYS, REPRESENTATIVES,**

**CONSULTANTS, AGENTS, AND ANY AND ALL OTHER PERSONS OR PARTIES CLAIMING UNDER OR THROUGH YOU OR THEM, TO RELEASE, DISCHARGE, AND ACQUIT THE SILVER POINT ENTITIES; DLJ INVESTMENT PARTNERS, L.P.; DLJ INVESTMENT PARTNERS II, L.P., DLJIP II HOLDINGS, L.P.; CREDIT SUISSE AG, CAYMAN ISLANDS BRAND; CREDIT SUISSE LOAN FUNDING LLC; SARGAS CLO II LTD.; WG HORIZONS CLO I; ANY OTHER LENDER UNDER EITHER OR BOTH OF THE FIRST LIEN TERM LOAN FACILITY OR THE SECOND LIEN TERM LOAN FACILITY; ANY PERSON WHO HAS SERVED AS A DIRECTOR OF WORKFLOW HOLDINGS, LLC, WORKFLOWONE, LLC, OR THEIR SUBSIDIARIES (COLLECTIVELY, "<u>WORKFLOWONE</u>"); ANTHONY DINELLO, FREDERIC BRACE, AND ROBERT PEISER; AND EACH OF THEIR RESPECTIVE CURRENT AND FORMER HEIRS, EXECUTORS, ADMINISTRATORS, PREDECESSORS, SUCCESSORS, ASSIGNS, SUBSIDIARIES, PARENTS, AFFILIATES, DIVISIONS, PARTNERS, MEMBERS, INTEREST HOLDERS (DIRECT AND INDIRECT), OFFICERS, DIRECTORS, EMPLOYEES (INCLUDING, FOR THE AVOIDANCE OF DOUBT, ANY CURRENT OR FORMER EMPLOYEE OF THE SILVER POINT ENTITIES IN HIS OR HER CAPACITY AS A BOARD MEMBER OF THE DEBTORS OR WORKFLOWONE), AGENTS, SHAREHOLDERS, MANAGERS, ACCOUNTANTS, ATTORNEYS, REPRESENTATIVES, CONSULTANTS, OTHER PROFESSIONALS, INSURERS, AND ANY AND ALL OTHER PERSONS, CORPORATIONS, OR OTHER ENTITIES ACTING UNDER THE DIRECTION, CONTROL, OR ON BEHALF OF ANY OF THE FOREGOING, IN EACH CASE SOLELY IN THEIR CAPACITY AS SUCH (EACH OF THE FOREGOING, A "<u>RELEASED PARTY</u>") FROM ANY AND ALL CLAIMS, COUNTERCLAIMS, DISPUTES, LIABILITIES, SUITS, DEMANDS, DEFENSES, LIENS, ACTIONS, ADMINISTRATIVE PROCEEDINGS, AND CAUSES OF ACTION OF EVERY KIND AND NATURE, OR FOR ANY TYPE OR FORM OF RELIEF, AND FROM ALL DAMAGES, INJURIES, LOSSES, CONTRIBUTIONS, INDEMNITIES, COMPENSATION, OBLIGATIONS, COSTS, ATTORNEYS' FEES, AND EXPENSES, OF WHATEVER KIND AND CHARACTER, WHETHER PAST OR PRESENT, KNOWN OR UNKNOWN, SUSPECTED OR UNSUSPECTED, FIXED OR CONTINGENT, ASSERTED OR UNASSERTED, ACCRUED OR UNACCRUED, LIQUIDATED OR UNLIQUIDATED, WHETHER IN LAW OR EQUITY, WHETHER SOUNDING IN TORT OR CONTRACT, WHETHER ARISING UNDER FEDERAL OR STATE STATUTORY OR COMMON LAW, OR ANY OTHER APPLICABLE INTERNATIONAL, FOREIGN, OR DOMESTIC LAW, RULE, STATUTE, REGULATION, TREATY, RIGHT, DUTY, OR REQUIREMENT, AND CLAIMS OF EVERY KIND, NATURE, AND CHARACTER WHATSOEVER, INCLUDING AVOIDANCE CLAIMS, CAUSES OF ACTIONS, AND RIGHTS OF RECOVERY ARISING UNDER CHAPTER 5 OF THE BANKRUPTCY CODE AND ANY AND ALL CLAIMS BASED ON AVOIDANCE POWERS UNDER ANY APPLICABLE NON-BANKRUPTCY LAW THAT YOU EVER HAD OR CLAIMED TO HAVE, OR HAVE OR CLAIM TO HAVE PRESENTLY OR AT ANY FUTURE DATE, AGAINST ANY RELEASED PARTY ARISING FROM OR RELATED IN ANY WAY WHATSOEVER TO THE DEBTORS OR WORKFLOWONE. FOR THE AVOIDANCE OF DOUBT, THE FAILURE TO MAKE THE THIRD PARTY OPT OUT ELECTION SHALL NOT**

**PREVENT ANY HOLDER OF A CLAIM FROM RECEIVING A DISTRIBUTION UNDER THE PLAN.**

☐   Opt Out of the release provisions contained in Section [7.5] of the Plan.

**Item 3. Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant.  The undersigned understands that, if this Ballot is otherwise validly executed but is not timely submitted, does not indicate either acceptance or rejection of the Plan or indicates both an acceptance and rejection of the Plan, this Ballot will not be counted as having been cast.

_____
Name

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

**VOTING INFORMATION AND
INSTRUCTIONS FOR COMPLETING THE BALLOT**

1. In the boxes provided in Item 1 of the Ballot, please indicate acceptance or rejection of the Plan.

2. If you vote to reject the Plan in Item 1, or if you abstain from voting on the Plan, you may check the box in Item 2 to opt out of the release provisions contained in Section [7.5] of the Plan. **IF YOU VOTE IN ITEM 1 TO ACCEPT THE PLAN OR IF YOU DO NOT OPT OUT OF THE RELEASE PROVISIONS CONTAINED IN SECTION [7.5] OF THE PLAN BY CHECKING THE BOX IN ITEM 2, YOU WILL BE DEEMED, AS OF THE EFFECTIVE DATE, TO HAVE CONCLUSIVELY, ABSOLUTELY, UNCONDITIONALLY, IRREVOCABLY, AND FOREVER RELEASED AND DISCHARGED ALL CLAIMS AND CAUSES OF ACTION AGAINST THE RELEASED PARTIES (AS DEFINED IN THE PLAN), TO THE EXTENT SET FORTH IN SECTION [7.5] OF THE PLAN.  FOR THE AVOIDANCE OF DOUBT, THE FAILURE TO MAKE THE THIRD PARTY OPT OUT ELECTION SHALL NOT PREVENT ANY HOLDER OF A CLAIM FROM RECEIVING A DISTRIBUTION UNDER THE PLAN.**

3. Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Prime Clerk LLC (the "<u>Voting Agent</u>") at the following address:

> **SRC Liquidation Company Ballot Processing
> c/o Prime Clerk LLC
> 830 Third Avenue, 3rd Floor, New York, NY 10022**

**Ballots must be *received* by the Voting Agent by 5:00 p.m., Eastern Time, on [_____  ___], 2015 (the "<u>Voting Deadline</u>").**  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Voting Agent is enclosed for your convenience. *Ballots submitted by e-mail or facsimile transmission will not be accepted.  Ballots should not be sent to the Debtors or their attorneys.*

4. You must vote all of your claims within a single Class under the Plan either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different claims within a single Class under the Plan and the Ballots are not voted in the same manner, such Ballots will not be counted.

5. The Ballot does not constitute and shall not be deemed a proof of claim or an assertion of a claim.

6. If you cast more than one Ballot voting the same claim prior to the Voting Deadline, the last properly executed Ballot received by the Voting Agent before the Voting Deadline (as determined by the Voting Agent) will be deemed to reflect your intent either to accept or reject the Plan.

7. If you wish to withdraw a Ballot after you have delivered it to the Voting Agent, you may do so by delivering a notice of written withdrawal to the Voting Agent at the address

above so that the Voting Agent receives the notice prior to the Voting Deadline. In order to be valid, a notice of withdrawal must (a) specify the name of the creditor who submitted the Ballot to be withdrawn, (b) contain a description of the claim(s) to which it relates and (c) be signed by the creditor in the same manner as on the Ballot.

**PLEASE RETURN YOUR BALLOT PROMPTLY.**
**BALLOTS SHOULD *NOT* BE SENT TO THE DEBTORS OR THEIR ATTORNEYS.**

**THE VOTING AGENT**
**WILL *NOT* ACCEPT BALLOTS BY E-MAIL OR FACSIMILE TRANSMISSION.**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |

**BALLOT FOR ACCEPTING OR REJECTING SRC LIQUIDATION
COMPANY ET AL. CHAPTER 11 PLAN OF LIQUIDATION**

**CLASS IV:  GENERAL UNSECURED CLAIMS**

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE
> PLAN IS 5:00 P.M., EASTERN TIME, ON [_____ ___], 2015**

This Ballot is submitted to you to solicit your vote to accept or reject the SRC Liquidation Company et al. Chapter 11 Plan of Liquidation (the "Plan"), which is being proposed by the above-captioned debtors and debtors in possession (collectively, the "Debtors") and which is described in the accompanying disclosure statement, dated [_____ ___], 2015  (the "Disclosure Statement"). On [_____], the Court entered an order approving certain procedures and materials for the solicitation of votes to accept or reject the Plan (the "Solicitation Procedures Order").  Capitalized terms used in this Ballot and  the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Disclosure Statement, which remains subject to approval by the Bankruptcy Court, provides information to assist you in  deciding how to vote your Ballot.  You should review the Disclosure Statement and the Plan before you vote.  You may wish to  seek legal advice concerning the Plan and your classification and treatment under the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you, whether or not you vote, if the Plan (a) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the claims in each impaired Class of claims who vote on the Plan; and (b) otherwise satisfies the applicable requirements of section 1129(a) of the Bankruptcy Code.  If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

01:17626701.1

treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan; and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

**To have your vote counted, you must complete, sign and return this Ballot to SRC Liquidation Company Ballot Processing, c/o Prime Clerk LLC, 830 Third Avenue, 3rd Floor, New York, NY 10022, so that it is received by the deadline indicated above.** *Ballots received after 5:00 p.m., Eastern Time, on [_____ ___], 2015 will not be counted. Ballots submitted by e-mail or facsimile transmission will not be accepted. Ballots should not be sent to the Debtors or their attorneys.*

<b>PLEASE READ THE ATTACHED VOTING INFORMATION<br>AND INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.</b>

> IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS A VOTE TO ACCEPT OR REJECT THE PLAN. ITEM 2 IS OPTIONAL. COMPLETE ITEM 2 IF YOU WISH TO OPT OUT OF THE RELEASE PROVISIONS CONTAINED IN SECTION [7.5] OF THE PLAN. **IF YOU DO NOT OPT OUT OF THE RELEASE PROVISIONS CONTAINED IN SECTION [7.5] OF THE PLAN BY BOTH (I) VOTING TO REJECT THE PLAN OR ABSTAINING FROM VOTING ON THE PLAN, AND (II) CHECKING THE BOX IN ITEM 2 BELOW, YOU WILL BE DEEMED TO HAVE CONCLUSIVELY, ABSOLUTELY, UNCONDITIONALLY, IRREVOCABLY, AND FOREVER RELEASED AND DISCHARGED ALL CLAIMS AND CAUSES OF ACTION AGAINST THE RELEASED PARTIES (AS DEFINED IN THE PLAN), TO THE EXTENT SET FORTH IN SECTION [7.5] OF THE PLAN.**
>
> IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class IV Vote.** The undersigned, the holder, as of [_____ ___], 2015, of a General Unsecured Claim in Class IV of the Plan against the Debtors in the amount set forth below, votes as follows (check only one box):

☐ **ACCEPT** the Plan.          ☐ **REJECT** the Plan.

Creditor: _____          Claim Amount: $_____

**Item 2. Third Party Opt-Out Election.** If you voted to reject the Plan in Item 1, above, or if you abstained from voting on the Plan, you may check the box below to opt out of the release provisions contained in Section [7.5] of the Plan. **IF YOU VOTED IN ITEM 1 ABOVE TO ACCEPT THE PLAN OR IF YOU DO NOT OPT OUT OF THE RELEASE PROVISIONS CONTAINED IN SECTION [7.5] OF THE PLAN BY CHECKING THE BOX BELOW, YOU WILL BE DEEMED, AS OF THE EFFECTIVE DATE, ON BEHALF OF YOURSELF AND YOUR ESTATE, AFFILIATES, HEIRS, EXECUTORS, ADMINISTRATORS, SUCCESSORS, ASSIGNS, MANAGERS, BUSINESS MANAGERS, ACCOUNTANTS, ATTORNEYS, REPRESENTATIVES,**

CONSULTANTS, AGENTS, AND ANY AND ALL OTHER PERSONS OR PARTIES CLAIMING UNDER OR THROUGH YOU OR THEM, TO RELEASE, DISCHARGE, AND ACQUIT THE SILVER POINT ENTITIES; DLJ INVESTMENT PARTNERS, L.P.; DLJ INVESTMENT PARTNERS II, L.P., DLJIP II HOLDINGS, L.P.; CREDIT SUISSE AG, CAYMAN ISLANDS BRAND; CREDIT SUISSE LOAN FUNDING LLC; SARGAS CLO II LTD.; WG HORIZONS CLO I; ANY OTHER LENDER UNDER EITHER OR BOTH OF THE FIRST LIEN TERM LOAN FACILITY OR THE SECOND LIEN TERM LOAN FACILITY; ANY PERSON WHO HAS SERVED AS A DIRECTOR OF WORKFLOW HOLDINGS, LLC, WORKFLOWONE, LLC, OR THEIR SUBSIDIARIES (COLLECTIVELY, "<u>WORKFLOWONE</u>"); ANTHONY DINELLO, FREDERIC BRACE, AND ROBERT PEISER; AND EACH OF THEIR RESPECTIVE CURRENT AND FORMER HEIRS, EXECUTORS, ADMINISTRATORS, PREDECESSORS, SUCCESSORS, ASSIGNS, SUBSIDIARIES, PARENTS, AFFILIATES, DIVISIONS, PARTNERS, MEMBERS, INTEREST HOLDERS (DIRECT AND INDIRECT), OFFICERS, DIRECTORS, EMPLOYEES (INCLUDING, FOR THE AVOIDANCE OF DOUBT, ANY CURRENT OR FORMER EMPLOYEE OF THE SILVER POINT ENTITIES IN HIS OR HER CAPACITY AS A BOARD MEMBER OF THE DEBTORS OR WORKFLOWONE), AGENTS, SHAREHOLDERS, MANAGERS, ACCOUNTANTS, ATTORNEYS, REPRESENTATIVES, CONSULTANTS, OTHER PROFESSIONALS, INSURERS, AND ANY AND ALL OTHER PERSONS, CORPORATIONS, OR OTHER ENTITIES ACTING UNDER THE DIRECTION, CONTROL, OR ON BEHALF OF ANY OF THE FOREGOING, IN EACH CASE SOLELY IN THEIR CAPACITY AS SUCH (EACH OF THE FOREGOING, A "<u>RELEASED PARTY</u>") FROM ANY AND ALL CLAIMS, COUNTERCLAIMS, DISPUTES, LIABILITIES, SUITS, DEMANDS, DEFENSES, LIENS, ACTIONS, ADMINISTRATIVE PROCEEDINGS, AND CAUSES OF ACTION OF EVERY KIND AND NATURE, OR FOR ANY TYPE OR FORM OF RELIEF, AND FROM ALL DAMAGES, INJURIES, LOSSES, CONTRIBUTIONS, INDEMNITIES, COMPENSATION, OBLIGATIONS, COSTS, ATTORNEYS' FEES, AND EXPENSES, OF WHATEVER KIND AND CHARACTER, WHETHER PAST OR PRESENT, KNOWN OR UNKNOWN, SUSPECTED OR UNSUSPECTED, FIXED OR CONTINGENT, ASSERTED OR UNASSERTED, ACCRUED OR UNACCRUED, LIQUIDATED OR UNLIQUIDATED, WHETHER IN LAW OR EQUITY, WHETHER SOUNDING IN TORT OR CONTRACT, WHETHER ARISING UNDER FEDERAL OR STATE STATUTORY OR COMMON LAW, OR ANY OTHER APPLICABLE INTERNATIONAL, FOREIGN, OR DOMESTIC LAW, RULE, STATUTE, REGULATION, TREATY, RIGHT, DUTY, OR REQUIREMENT, AND CLAIMS OF EVERY KIND, NATURE, AND CHARACTER WHATSOEVER, INCLUDING AVOIDANCE CLAIMS, CAUSES OF ACTIONS, AND RIGHTS OF RECOVERY ARISING UNDER CHAPTER 5 OF THE BANKRUPTCY CODE AND ANY AND ALL CLAIMS BASED ON AVOIDANCE POWERS UNDER ANY APPLICABLE NON-BANKRUPTCY LAW THAT YOU EVER HAD OR CLAIMED TO HAVE, OR HAVE OR CLAIM TO HAVE PRESENTLY OR AT ANY FUTURE DATE, AGAINST ANY RELEASED PARTY ARISING FROM OR RELATED IN ANY WAY WHATSOEVER TO THE DEBTORS OR WORKFLOWONE.  FOR THE AVOIDANCE OF DOUBT, THE FAILURE TO MAKE THE THIRD PARTY OPT OUT ELECTION SHALL NOT

**PREVENT ANY HOLDER OF A CLAIM FROM RECEIVING A DISTRIBUTION UNDER THE PLAN.**

☐ Opt Out of the release provisions contained in Section [7.5] of the Plan.

**Item 3.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant.  The undersigned understands that, if this Ballot is otherwise validly executed but is not timely submitted, does not indicate either acceptance or rejection of the Plan or indicates both an acceptance and rejection of the Plan, this Ballot will not be counted as having been cast.

_____
Name

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

# VOTING INFORMATION AND
# INSTRUCTIONS FOR COMPLETING THE BALLOT

1. In the boxes provided in Item 1 of the Ballot, please indicate acceptance or rejection of the Plan.

2. If you vote to reject the Plan in Item 1, or if you abstain from voting on the Plan, you may check the box in Item 2 to opt out of the release provisions contained in Section [7.5] of the Plan.  **IF YOU VOTE IN ITEM 1 TO ACCEPT THE PLAN OR IF YOU DO NOT OPT OUT OF THE RELEASE PROVISIONS CONTAINED IN SECTION [7.5] OF THE PLAN BY CHECKING THE BOX IN ITEM 2, YOU WILL BE DEEMED, AS OF THE EFFECTIVE DATE, TO HAVE CONCLUSIVELY, ABSOLUTELY, UNCONDITIONALLY, IRREVOCABLY, AND FOREVER RELEASED AND DISCHARGED ALL CLAIMS AND CAUSES OF ACTION AGAINST THE RELEASED PARTIES (AS DEFINED IN THE PLAN), TO THE EXTENT SET FORTH IN SECTION [7.5] OF THE PLAN.  FOR THE AVOIDANCE OF DOUBT, THE FAILURE TO MAKE THE THIRD PARTY OPT OUT ELECTION SHALL NOT PREVENT ANY HOLDER OF A CLAIM FROM RECEIVING A DISTRIBUTION UNDER THE PLAN.**

3. Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Prime Clerk LLC (the "Voting Agent") at the following address:

> **SRC Liquidation Company Ballot Processing**
> **c/o Prime Clerk LLC**
> **830 Third Avenue, 3rd Floor, New York, NY 10022**

**Ballots must be *received* by the Voting Agent by 5:00 p.m., Eastern Time, on [_____ ___], 2015 (the "Voting Deadline").**  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Voting Agent is enclosed for your convenience. *Ballots submitted by e-mail or facsimile transmission will not be accepted.  Ballots should not be sent to the Debtors or their attorneys.*

4. You must vote all of your claims within a single Class under the Plan either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different claims within a single Class under the Plan and the Ballots are not voted in the same manner, such Ballots will not be counted.

5. The Ballot does not constitute and shall not be deemed a proof of claim or an assertion of a claim.

6. If you cast more than one Ballot voting the same claim prior to the Voting Deadline, the last properly executed Ballot received by the Voting Agent before the Voting Deadline (as determined by the Voting Agent) will be deemed to reflect your intent either to accept or reject the Plan.

7. If you wish to withdraw a Ballot after you have delivered it to the Voting Agent, you may do so by delivering a notice of written withdrawal to the Voting Agent at the address

01:17626701.1

2

above so that the Voting Agent receives the notice prior to the Voting Deadline.  In order to be valid, a notice of withdrawal must (a) specify the name of the creditor who submitted the Ballot to be withdrawn, (b) contain a description of the claim(s) to which it relates and (c) be signed by the creditor in the same manner as on the Ballot.

**PLEASE RETURN YOUR BALLOT PROMPTLY.**
**BALLOTS SHOULD *NOT* BE SENT TO THE DEBTORS OR THEIR ATTORNEYS.**

**THE VOTING AGENT**
**WILL *NOT* ACCEPT BALLOTS BY E-MAIL OR FACSIMILE TRANSMISSION.**