# **EXHIBIT E**

**(Proposed Tabulation Rules)**

# TABULATION RULES

*Allowance and Disallowance of Claims for Voting Purposes*

1. Claims in Class III (Second Lien Secured Claims) will be deemed temporarily allowed for voting purposes only in the amounts provided by the Agent.

2. Claims in Class IV (General Unsecured Claims) will be temporarily allowed for voting purposes only in an amount equal to the liquidated amount set forth on a timely-filed proof of claim. If no liquidated amount is set forth on a timely-filed proof of claim, the applicable General Unsecured Claim will be temporarily allowed for voting purposes only in an amount equal to the liquidated, noncontingent, and undisputed amount set forth on the Debtors' schedules of assets and liabilities. The lenders under the Second Lien Term Loan Facility shall be deemed, for voting purposes only, to hold allowed Class IV unsecured deficiency claims in the amounts provided by the Agent.

3. If a claim holder identifies a claim amount on its Ballot that is less than the amount otherwise calculated in accordance with the Tabulation Rules, the claim will be temporarily allowed for voting purposes in the lesser amount identified on such Ballot.

4. If a claim is wholly unliquidated, contingent, and/or in an unknown amount, such claim shall be allowed for voting purposes only in the amount of $1.00.

5. If a claim is asserted in the amount of $0 in either a timely-filed proof of claim or in the Debtors' schedules of assets and liabilities, the claim will not be allowed for voting purposes.

6. Claims that are asserted against multiple Debtors will be aggregated and treated as one claim against the Debtors.

7. Duplicate claims will be counted as one claim against the Debtors that is entitled to a single vote, regardless of whether the Debtors have objected to such duplicate claims.

8. If a claim has been paid, such claim shall be disallowed for voting purposes.

*Rules for Counting Votes to Accept or Reject Plan*

In tabulating the Ballots, the following procedures shall apply:

1. Any Ballot received after the Voting Deadline shall not be counted, even if they are postmarked prior to the Voting Deadline, unless the Debtors elect, in their sole discretion, to count such Ballot.

2. Any Ballot that is illegible or contains insufficient information to permit the identification of the claimant shall not be counted.

3. Any Ballot cast by a person or entity that does not hold a claim in a Class that is entitled to vote to accept or reject the Plan shall not be counted.

4. Any Ballot submitted in a form other than the form approved by the Bankruptcy Court shall not be counted.

5. Any Ballot that does not contain an original signature shall not be counted.

6. Any Ballot that is submitted by facsimile, email or other electronic means shall not be counted.

7. Any Ballot that is properly completed, executed and timely returned to Prime Clerk LLC but does not indicate an acceptance or rejection of the Plan, or indicates both an acceptance and rejection of the Plan, will not be counted.

8. If a creditor casts more than one Ballot voting the same claim before the Voting Deadline, the last properly executed Ballot received before the Voting Deadline will be deemed to reflect the voter's intent and, thus, will supersede any prior Ballots.

9. If a creditor simultaneously casts inconsistent duplicate Ballots with respect to the same claim, such Ballots will not be counted.

10. Creditors will be required to vote all of their claims within their Class under the Plan either to accept or reject the Plan and may not split their votes.

11. For purposes of the numerosity requirement of section 1126(c) of the Bankruptcy Code and based on the reasonable efforts of Prime Clerk LLC, separate claims held by a single creditor in a particular class will be aggregated as if such creditor held one claim against the applicable Debtor in such class, and the votes related to such claims will be treated as a single vote to accept or reject the Plan.

12. In the event that a Ballot or a group of Ballots within a Class received from a single creditor partially rejects and partially accepts the Plan, such Ballots shall not be counted.

13. The Debtors, in their discretion, may waive any defect in any Ballot.