## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Timothy R. Quinn, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On August 28, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via overnight mail on the Second Omnibus Service List attached hereto as **Exhibit A**:

- Notice of Corrected Exhibit A to Proposed Order Attached to Debtors' Second (2nd) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Pages 1-10 of Docket No. 987]

On August 28, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via overnight mail on the Third Omnibus Service List attached hereto as **Exhibit B**:

- Notice of Corrected Exhibit B to Debtors' Third (3rd) Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(B) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [Pages 1-2, 18-29 of Docket No. 987]

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); SR Liquidation Holding, S. de R.L. de C.V. (4GR4); SR Liquidation de México, S. de R.L. de C.V. (4FN0); SR Liquidation Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

Dated: August 31, 2015

_____
Timothy R. Quinn

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on August 31, 2015, by Timothy R. Quinn, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

CHRISTINA PULLO
Notary Public, State of New York
No. 02PU6288253
Qualified in Nassau County
Commission Expires September 3, 20___

SRF 4032

**<u>Exhibit A</u>**

Exhibit A
Second Omnibus Service List
Served via Overnight Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 1040 Avenue of the Americas LLC | 820 Morris Tpke | | | | Short Hills | NJ | 07078 | |
| 1040 Avenue of the Americas LLC | Garden Homes Development | 13-15 W 54th St, 1st floor | | | New York | NY | 10019 | |
| A AND E THE GRAPHICS COMPLEX | Kim Noland | Controller | A | 600 N. Central Expwy. | Richardson | TX | 75080-5316 | |
| A AND E THE GRAPHICS COMPLEX | PO BOX 27286 | | | | HOUSTON | TX | 77227 | |
| A AND E THE GRAPHICS COMPLEX | Thomas Printworks | F.K.A. A&E The Graphics Complex | PO Box 740967 | | Dallas | TX | 75374-0967 | |
| A QUICK CUT STAMPING & EMBOSSING INC | 803 N. FORKLANDING ROAD | | | | MAPLE SHADE | NJ | 08052 | |
| Aaron S. Fink, MD, LLC | 1266 West Paces Ferry Road, Box 215 | | | | Atlanta | GA | 30327-3602 | |
| ACCO Brands USA LLC | Paula K. Jacobi | Barnes & Thornburg LLP | One North Wacker Drive, Suite 4400 | | Chicago | IL | 60606 | |
| ACCO Brands USA LLC | Richard M. Comiskey | Customer Financial Services Manager | Four Corporate Drive | | Lake Zurich | IL | 60047 | |
| BSC Acquisition Sub, LLC dba Double Envelope | Ron Roberts, CFO | 2702 Plantation Rd | | | Roanoke | VA | 24019 | |
| CDW, LLC | Attn: Vida Krug | 200 N. Milwaukee Ave | | | Vernon Hills | IL | 60061 | |
| Courier Direct, Inc. | PO Box 3448 | | | | Tualatin | OR | 97062 | |
| Enterprise Search Associates, LLC | PO Box 293053 | | | | Dayton | OH | 45429 | |
| Fukunaga Matayoshi Hershey & Ching | James H. Hershey, Esq. | Davies Pacific Center | 841 Bishop Street | Suite 1200 | Honolulu | HI | 96813 | |
| GILBERTO MARTINEZ | 775 N.Leggett St. | | | | Porterville | CA | 93257 | |
| J.O.B.E. Services Inc. | Attn: Rick Morales | 19747 Hwy 59N, Ste 425 | | | Humble | TX | 77338 | |
| Knight Products Group LLC | Steve Dunbar | 1179 N. Cuyamaca St., Ste L | | | El Cajon | CA | 92020 | |
| MARIETTA GROUP, LLC | Lauretta Teal | PO Box 334 | | | CARMEL | IN | 46082 | |
| MIKE KELKER MACHINE & TOOL | 4905 W ST RTE 571 | | | | WEST MILTON | OH | 45383 | |
| MSC Industrial Supply Co. | Attn: Legal Dept. | 75 Maxess Road | | | Melville | NY | 11747 | |
| NEERAV INFORMATION TECHNOLOGY (INDIA) PRIVATE LIMITED | Attn: Ravi Chitturi | 105 Primrose Towers, L&T Serene County | | | Gachibowli | Hyderabad | TG-500032 | India |
| Photonic Cleaning Technologies, LLC | James Hamilton | Photonic Cleaning Technologies, LLC | 1895 Short Lane, Bldgs 1&2 | | Platteville | WI | 53818 | |
| Randstad North America | Attn: Stacie Gould | 3625 CUMBERLAND BOULEVARD, Ste 600 | | | ATLANTA | GA | 30339 | |
| SECURITY OF LOS ANGELES | 7916 AJAY DRIVE | | | | SUN VALLEY | CA | 91352 | |
| Thomas Brandt Long | 30962 Nassawango Church Rd | | | | Salisbury | MD | 21804 | |
| Thomas Brandt Long | 30962 Nassawango Church Road | | | | Salisbury | MD | 21804 | |
| UNION HYDRAULICS INC | PO BOX 884 | | | | MONROE | NC | 28111 | |
| US LASER LLC | 720 GRANDVIEW AVE. | | | | COLUMBUS | OH | 43215 | |
| Wallace Graphics, Inc. | 1625 Rock Mountain Blvd., Suite 5 | | | | Stone Mountain | GA | 30083 | |
| WHEELER-SONOMA PRINTERS | 836 SONOMA BLVD | | | | VALLEJO | CA | 94590-7225 | |

**<u>Exhibit B</u>**

## Exhibit B
### Third Omnibus Service List
### Served via Overnight Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|------|-----------|-----------|------|-------|-----|
| ALAN M BRENKER | Redacted | | Redacted | Redacted | Redacted |
| ANTISDEL, DAISY | Redacted | Redacted | Redacted | Redacted | Redacted |
| BLANKLEY, RANDY | Redacted | | Redacted | Redacted | Redacted |
| BRIAN O DONEL | Redacted | | Redacted | Redacted | Redacted |
| Charles Keith Minton | 1407 Freedom Mill Rd. | | Gastonia | NC | 28052 |
| Christopher A. Graham | 10009 Sunset Dr. | | Lenexa | KS | 66220 |
| CLEMENTS, RICHARD | Redacted | | Redacted | Redacted | Redacted |
| COOPER, CLAUDIA | Redacted | Redacted | Redacted | Redacted | Redacted |
| COOPER, CLAUDIA | Redacted | | Redacted | Redacted | Redacted |
| DEBRA WANGLER | Redacted | | Redacted | Redacted | Redacted |
| Donna L. Beladi | Redacted | | Redacted | Redacted | Redacted |
| EDWARD KEIPER | Redacted | | Redacted | Redacted | Redacted |
| Fred A. Merica II | 9266 Asbury Rd | | Leroy | NY | 14482 |
| Fred Merica | Redacted | | Redacted | Redacted | Redacted |
| GARY HUNT | Redacted | | Redacted | Redacted | Redacted |
| GREGORY HIGGINS | Redacted | | Redacted | Redacted | Redacted |
| HUGH J LARIMER JR | Redacted | | Redacted | Redacted | Redacted |
| ILELEJI, ANNIE | Redacted | | Redacted | Redacted | Redacted |
| JAMES FERREIRA | Redacted | | Redacted | Redacted | Redacted |
| Jennifer Lewis | 11420 N. Sawtooth Road | | Oro Valley | AZ | 85737-6532 |
| JOHN BULLOCK | Redacted | | Redacted | Redacted | Redacted |
| JOSEPH MAGOON | Redacted | | Redacted | Redacted | Redacted |
| Karen E. Ratti | 10725 Connecticut Ave | | Sun City | AZ | 85351 |
| KEITH HARANCZAK | Redacted | | Redacted | Redacted | Redacted |
| KEITH HARRIS | Redacted | | Redacted | Redacted | Redacted |
| KUCH, JOHN | Redacted | | Redacted | Redacted | Redacted |
| LAPINS, LORIN | Redacted | | Redacted | Redacted | Redacted |
| Lorie E. Sprague | 1540 E. Trenton Ave #118 | | Orange | Ca | 92867 |

Exhibit B
Third Omnibus Service List
Served via Overnight Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| MARSHALL, ROBERT | Redacted | | Redacted | Redacted | Redacted |
| Maximilian P. Kurz | 359 Old Paper Mill Rd | | Newark | DE | 19711 |
| MICHAEL MCGEHEE | Redacted | | Redacted | Redacted | Redacted |
| Odene M. Hooks | Redacted | | Redacted | Redacted | Redacted |
| OLIGER, KARI | Redacted | | Redacted | Redacted | Redacted |
| PAUL YEAGLE | Redacted | Redacted | Redacted | Redacted | Redacted |
| RAJENDRA MEHTA | Redacted | | Redacted | Redacted | Redacted |
| Robert E. Assini | Redacted | | Redacted | Redacted | Redacted |
| Robert Gallant | 20514 Rio Oro Dr | | Cornelius | NC | 28031 |
| Robert H Clune | 3343 E. Shelby Rd | | Minster | OH | 45865 |
| Roy Isaksen | c/o Attorney Rodney W. Carter | 300 North Corporate Drive, Suite 150 | Brookfield | WI | 53045 |
| Roy Isaksen | S81 W17421 Joel Drive | | Muskego | WI | 53150 |
| SATTERFIELD, SCOTT | Redacted | | Redacted | Redacted | Redacted |
| SCHULTZ, CATHERINE | Redacted | | Redacted | Redacted | Redacted |
| SUSAN PELERSI | Redacted | | Redacted | Redacted | Redacted |
| Tammy Wells | Redacted | | Redacted | Redacted | Redacted |
| Todd J. Post | Redacted | | Redacted | Redacted | Redacted |
| Wesley Williams | Redacted | | Redacted | Redacted | Redacted |
| WHITE, DEBBIE | Redacted | | Redacted | Redacted | Redacted |
| WILDE, STEVEN | Redacted | | Redacted | Redacted | Redacted |