IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION COMPANY, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered) |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Ingamar D. Ramirez, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On August 28, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following document, a copy of which is attached hereto as **Exhibit A**, to be served via First Class Mail on the Supplemental Service List attached hereto as **Exhibit B**:

- Notice Regarding Designation as Potential Contract

Dated: September 1, 2015

_____
Ingamar D. Ramirez

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on September 1, 2015, by Ingamar D. Ramirez, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

LIZ SANTODOMINGO
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2018

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); SR Liquidation Holding, S. de R.L. de C.V. (4GR4); SR Liquidation de México, S. de R.L. de C.V. (4FN0); SR Liquidation Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

SRF 4024

**Exhibit A**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | Re Docket No. 698 |

### NOTICE REGARDING DESIGNATION AS POTENTIAL CONTRACT

      **PLEASE TAKE NOTICE** that, on June 19, 2015, the United States Bankruptcy Court for the District of Delaware (the "Court") entered that certain *Order (I) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (II) Granting Certain Related Relief* [Docket No. 698] (the "Sale Order").[2]

      **PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraph 27 of the Sale Order, the Buyers have designated the Contracts listed on Exhibit A hereto as Potential Contracts.

      **PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraphs 27 and 28 of the Sale Order, the Buyers have been granted ninety (90) days from the Closing Date of July 31, 2015, to determine whether to assume or reject the Potential Contracts.

      **PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraph 35 of the Sale Order, if the Buyers assume any of the Potential Contracts listed on Exhibit A hereto by designating such Potential Contract as a Post-Closing Transferred Contract, such Potential Contract shall be deemed assumed and assigned to the Buyers upon the expiration of five (5) business days after written notice by the Buyers of such designation.

      **PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraph 34 of the Sale Order, if the Buyers reject any of the Potential Contracts listed on Exhibit A hereto by

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Sale Order.

designating such Potential Contract as a Removed Contract, such Potential Contract shall be deemed rejected upon the expiration of five (5) business days after written notice by the Buyers of such designation.

Dated:   August 3, 2015
        Minneapolis, Minnesota

*/s/ Phillip Bohl*
Phillip Bohl (MN No. 139191)
GRAY, PLANT, MOOTY,
  MOOTY & BENNET, P.A.
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone:  (612) 632-3000
Facsimile:  (612) 632-4019
Email:  Phillip.bohl@gpmlaw.com

-and-

Matthew P. Austria (DE No. 4827)
WERB & SULLIVAN
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, Delaware 19899
(For courier: 19801)
Telephone:  (302) 652-1100
Facsimile:  (302) 652-1111
E-mail:  maustria@werbsullivan.com

*Counsel to the Buyers*

# EXHIBIT A

## Potential Contracts

| Counterparty Name | Executory Contract or Unexpired Lease |
| --- | --- |
|  |  |

**Exhibit B**

Exhibit B

Supplemental Service List

Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| Buckman Jet Drilling | Attn: General Counsel | 150 Dishman, LN | Bowling Green | KY | 42101-4004 |
| COLOR PROCESS THE TYPE HOUSE | 10645 BAUR BLVD | | SAINT LOUIS | MO | 63132-1612 |
| Furniture Brands International, Inc. | 200 S Hanley Rd Ste 620 | | St. Louis | MO | 63105-3483 |
| Health Management Associates, Inc. | PO BOX 689020 | | FRANKLIN | TN | 37068-9020 |
| KEMP Technologies, Inc. | 600 5th AVE FL 15 | | New York | NY | 10020-2305 |
| Nova Creative Group | 168 W Franklin St | | Centerville | OH | 45459-4730 |
| Premedia Group LLC | Attn: General Counsel | 7605 Business Park Dr Ste F | Greensboro | NC | 27409-9460 |
| Shapco Printing, Inc. | 1109 Zane Ave N | | Minneapolis | MN | 55422-4605 |
| SOLA (Security of Los Angeles) | 7916 AJAY DR | | SUN VALLEY | CA | 91352-5315 |
| Vercom Software Inc | 13355 NOEL RD STE 1100 | | DALLAS | TX | 75240-6694 |

In re SRC Liquidation Company, et al.
Case No. 15-10541 (BLS)

Page 1 of 1