**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Timothy R. Quinn, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On August 31, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via overnight mail on the Transferred Contract Counterparty Service List attached hereby to as **Exhibit A**:

- (Customized) Notice Regarding Designation as Post-Closing Transferred Contract and Assumption and Assignment Thereof, a non-customized copy of which is attached hereto as **Exhibit B**.

On August 31, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via overnight mail on the Removed Contract Counterparty Service List attached hereby to as **Exhibit C**:

- (Customized) Notice Regarding Designation as Removed Contract and Rejection Thereof, a non-customized copy of which is attached hereto as **Exhibit D**.

[*Remainder of Page Intentionally Left Blank*]

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); SR Liquidation Holding, S. de R.L. de C.V. (4GR4); SR Liquidation de México, S. de R.L. de C.V. (4FN0); SR Liquidation Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

Dated: September 1, 2015

_____
Timothy R. Quinn

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on September 1, 2015, by Timothy R. Quinn, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JOSHUA DOV FALDA
Notary Public, State of New York
No. 02FA6325963
Qualified in Kings County
Commission Expires June 08, 20__

SRF 4049

**Exhibit A**

Exhibit A
Transferred Contract Counterparty Service List
Served via Overnight Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| ADS Waste Holdings, Inc. | 90 Fort Wade Road | | | Ponte Vedra | FL | 32081 |
| Advance America | 135 N. Church Street | | | Spartanburg | SC | 29306 |
| Advance America | 135 N. Church Street | | | Spartanburg | SC | 29306 |
| Advance America, Cash Advance Centers, Inc. | 135 North Church Street | | | Spartanburg | SC | 29306 |
| Advance America, Cash Advance Centers, Inc. | 135 N. Church Street | | | Spartanburg | SC | 29306 |
| Alcoholic Beverage Commission, Texas | 5806 Mesa Drive | | | Austin | TX | 78731 |
| Ashland Inc. | 50 East RiverCenter Blvd. | P.O.Box 391 | | Covington | KY | 41012-0391 |
| Ashland, Inc. | 3499 Blazer Parkway | | | Lexington | KY | 40509 |
| City of Houston | Attn: General Counsel | 901 Bagby | | Houston | TX | 77002 |
| County of Butler | 124 West Diamond St | | | Butler | PA | 16001 |
| Cuyahoga County Correctons Planning Board | Attn: General Counsel | 1200 Ontario Street | 7th Floor | Cleveland | OH | 44113 |
| Department of Procurement Services - City of Chicago | Room 403 | City Hall | 121 North LaSalle Street | Chicago | IL | 60602 |
| First Niagara Bank, N.A. | Attn: Legal Department | 726 Exchange St. | Suite 618 | Buffalo | NY | 14210 |
| Genworth Financial Wealth Management, Inc. | Attn: President | 3200 North Central Avenue | | Phoenix | AZ | 85012 |
| Genworth Financial Wealth Management, Inc. | 6620 West Broad Street | | | Richmond | VA | 23230 |
| Harrison County School District | Attn: General Counsel | 11072 Highway 49 | | Gulfport | MS | 39503 |
| Healthfirst | Attn: Privacy Officer | 100 Church Street | 18th Floor, Legal Department | New York | NY | 10007 |
| HF Management Services, LLC | 100 Church Street | | | New York | NY | 10007 |
| Iowa Department of Transportation | Attn: General Counsel | 800 Lincoln Way | | Ames | IA | 50010 |
| Iowa Department of Transportation | Operations & Finance Division | 800 Lincoln Way | | Ames | IA | 50010 |
| Kansas City Missouri School District | Attn: General Counsel | 1211 McGee Street | | Kansas City | MO | 64106 |
| Kansas Department of Revenue | Attn: General Counsel | 900 SW Jackson St | Room 102N | Topeka | KS | 66612-1286 |
| Lincoln National Corporation | Attn: Director of Procurement | 1300 South Clinton Street | | Fort Wayne | IN | 46802 |
| LVMPD | Attn: General Counsel | 400 Stewart Ave | | Las Vegas | NV | 89101 |
| Monroe County | Attn: General Counsel | 39 W. Main St. | | Rochester | NY | 14614 |
| New York City Employees' Retirement System | Attn: General Counsel | 335 Adams Street | | Brooklyn | NY | 11201 |
| Preferred Mutual Insurance Company | One Preferred Way | | | New Berlin | NY | 13411 |
| Safeguard Products International, Inc. | Attn: General Counsel | 11 Piedmont Center, Suite 820 | | Atlanta | GA | 30305 |
| Safe-Guard Products International, LLC | Two Concourse Parkway, Suite 500 | | | Atlanta | GA | 30328 |
| Southeastern Freight Lines | Attn: General Counsel | 420 Davega Road | | Lexington | SC | 29073 |
| State of Hawaii DLNR-Boating | 333 Queen Street | Suite 300 | | Honolulu | HI | 96813 |
| State of New York Executive Department | Office of General Services, Procurement Services Group | Corning Tower Building - 38th Floor | Empire State Plaza | Albany | NY | 12242 |
| Synovus Financial Corp | Attn: General Counsel | 1111 Bay Avenue | Suite 500 | Columbus | GA | 31901 |
| Texas Alcoholic Beverages Commission | Attn: General Counsel | 5806 Mesa Dr | | Austin | TX | 78731 |
| Texas Department of Motor Vehicles | 4000 Jackson Ave | | | Austin | TX | 78731 |
| The Bank of New York Mellon Corporation | Attn: Corporate Sourcing | AIM 19A-0102 | 301 Bellevue Parkway | Wilmington | DE | 19809 |
| The City of Dayton, Ohio | Department of Finance | Attn: Valerie Hudson | 101 West Third Street | Dayton | OH | 45402 |
| The Lincoln National Life Insurance Company | Attn: Teresa A. D'Arcy | 1300 S. Clinton Street | | Fort Wayne | IN | 46802 |
| Waste Management | 1001 Fannan Street, Suite 4000 | | | Houston | TX | 77002 |
| Waste Management | 1001 Fannan Street, Suite 4000 | | | Houston | TX | 77002 |

**Exhibit B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | **Re Docket No. 698** |

## NOTICE REGARDING DESIGNATION AS POST-CLOSING TRANSFERRED CONTRACT AND ASSUMPTION AND ASSIGNMENT THEREOF

**PLEASE TAKE NOTICE** that, on June 19, 2015, the United States Bankruptcy Court for the District of Delaware (the "Court") entered that certain *Order (I) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (II) Granting Certain Related Relief* [Docket No. 698] (the "Sale Order").[2]

**PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraph 27 of the Sale Order, the Buyers delivered a schedule of Potential Contracts to the Debtors prior to the Closing Date. You previously received notice regarding the designation of applicable agreements as Potential Contracts.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraphs 27 and 28 of the Sale Order, the Buyers were granted ninety (90) days from the Closing Date to determine whether to assume or reject the Potential Contracts.

**PLEASE TAKE FURTHER NOTICE** that, as of the date hereof, and in accordance with paragraph 35 of the Sale Order, the Buyers have designated the Potential Contracts listed on Exhibit A hereto as Post-Closing Transferred Contracts, and such Post-Closing Transferred Contracts shall be deemed assumed and assigned to the Buyers upon the expiration of five (5) business days from the date hereof.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Sale Order.

Dated: August 31, 2015
 Wilmington, DE */s/ Matthew P. Austria*
 Matthew P. Austria (DE No. 4827)
 WERB & SULLIVAN
 300 Delaware Avenue, 13th Floor
 P.O. Box 25046
 Wilmington, Delaware 19899
 (For courier: 19801)
 Telephone: (302) 652-1100
 Facsimile: (302) 652-1111
 E-mail: maustria@werbsullivan.com

 -and-

 Phillip Bohl (MN No. 139191)
 GRAY, PLANT, MOOTY,
 MOOTY & BENNET, P.A.
 500 IDS Center
 80 South Eighth Street
 Minneapolis, Minnesota 55402
 Telephone: (612) 632-3000
 Facsimile: (612) 632-4019
 Email: Phillip.bohl@gpmlaw.com

 *Counsel to Taylor Corporation*

## EXHIBIT A

### Post-Closing Transferred Contracts

| Counterparty Name | Executory Contract or Unexpired Lease | Cure Amount |
| --- | --- | --- |

**Exhibit C**

Exhibit C
Removed Contract Counterparty Service List
Served via Overnight Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Aramark | Attn: General Counsel | 229 Robbins Lane | Syosset | NY | 11791 |
| Aramark Uniform Services | Attn: General Counsel | 115 North First Street | Burbank | CA | 91502 |
| C.K. Enterprises of Watseka, Inc. | 1858 E 1870 North Road | | Watseka | IL | 60970 |
| Mark Andy Inc. | Attention: Legal Counsel | 18081 Chesterfield Airport Road | Chesterfield | MO | 63005 |
| Owen Properties | 3327 Ponchartrain Drive | Suite 101 | Slidell | LA | 70458 |
| Robert J. DiLeonardo | Attn: Barbara Imondi | 2348 Post Road | Warwick | RI | 02886 |
| Trotter Holdingds LLC dba Bridlewood Executive Suites | 204 Muirs Chapel Rd, Suite 100 | | Greensboro | NC | 27410 |
| West Willows Amberst Portfolio | c/o Property Management Associates of WNY, Inc | 403 Main St, Suite 628 | Buffalo | NY | 14203 |

In re SRC Liquidation Company, *et al.*
Case No. 15-10541 (BLS)

Page 1 of 1

**Exhibit D**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | Re Docket No. 698 |

## NOTICE REGARDING DESIGNATION AS REMOVED CONTRACT AND REJECTION THEREOF

**PLEASE TAKE NOTICE** that, on June 19, 2015, the United States Bankruptcy Court for the District of Delaware (the "Court") entered that certain *Order (I) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (II) Granting Certain Related Relief* [Docket No. 698] (the "Sale Order").[2]

**PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraph 27 of the Sale Order, the Buyers delivered a schedule of Potential Contracts to the Debtors prior to the Closing Date. The counterparties to such Potential Contracts previously received notice regarding the designation of such Contracts as Potential Contracts.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraphs 27 and 28 of the Sale Order, the Buyers were granted ninety (90) days from the Closing Date of July 31, 2015, to determine whether to assume or reject the Potential Contracts.

**PLEASE TAKE FURTHER NOTICE** that the Potential Contracts listed on Exhibit A hereto have been designated as Removed Contracts and, in accordance with paragraph 34 of the Sale Order, shall be deemed rejected upon the expiration of five (5) business days from the date hereof.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraph 37 of the

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Sale Order.

Sale Order, counterparties to the Removed Contracts shall have thirty days to assert any Potential Contract Administrative Claim or rejection damage claim relating to the rejection of such Removed Contracts.

Dated:    <u>  August 31  </u>, 2015
       Wilmington, DE                     */s/ Matthew P. Austria*
                                                 Matthew P. Austria (DE No. 4827)
                                                 WERB & SULLIVAN
                                                 300 Delaware Avenue, 13th Floor
                                                 P.O. Box 25046
                                                 Wilmington, Delaware 19899
                                                 (For courier: 19801)
                                                 Telephone: (302) 652-1100
                                                 Facsimile: (302) 652-1111
                                                 E-mail: maustria@werbsullivan.com

                                                 -and-

                                                 Phillip Bohl (MN No. 139191)
                                                 GRAY, PLANT, MOOTY,
                                                 MOOTY & BENNET, P.A.
                                                 500 IDS Center
                                                 80 South Eighth Street
                                                 Minneapolis, Minnesota 55402
                                                 Telephone: (612) 632-3000
                                                 Facsimile: (612) 632-4019
                                                 Email: Phillip.bohl@gpmlaw.com

                                               *Counsel to Taylor Corporation*

## **EXHIBIT A**

| **Counterparty Name** | **Executory Contract or Unexpired Lease** |
| --- | --- |