# United States Bankruptcy Court

## For the District of Delaware

In re The Standard Register Company , Case No. 15-10541

# PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).

Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | | |
|---|---|---|
| Claims Recovery Group LLC | United Envelope Llc | |
| Name of Transferee | NAME of Transferor | |
| | | |
| Name and Address where notices to transferee should be sent: | Court Claim# (if known):     1673;1677 | |
| | Amount of Claim: | Transferring only 503B9 portions: |
| Claims Recovery Group LLC | Scheduled:           $87,913.18 | - All of claim 1673 |
| 92 Union Ave | Proofs of Claim:    $5,002.17;$78,622.66 | AND |
| Cresskill, NJ 07626 | Date Claim Filed:   06/09/2015;06/09/2015 | - $32,788.86 from claim 1677 |
| | | |
| Phone:  (201) 266-6988 | Phone: | |
| Last Four Digits of Acct#:_____ | Last Four Digits of Acct#:_____ | |
| | | |
| Name and Address where Transferee payments should be sent (if different from above); SAME AS ABOVE | | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/ Allison R. Axenrod_____    Date: 09/01/2015

Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court

## For the District of Delaware

In re The Standard Register Company , Case No. 15-10541

# NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 1673;1677 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/01/2015.

| Claims Recovery Group LLC | United Envelope Llc |
|---|---|
| Name of Alleged Transferee | Name of Transferor |
| | |
| 92 Union Avenue, Cresskill, NJ 07626 | 65 Railroad Ave , , Ridgefield , NJ 07657 |
| Address of Alleged Transferor | Address of Transferee |

### ~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

**CLERK OF THE COURT**

**NOTICE OF TRANSFER AND WAIVER**

United Envelope Llc ("Seller"), sells, transfers and assigns unto Claims Recovery Group LLC, with an address at 92 Union Avenue, Cresskill, NJ 07626, its successors and assigns ("Purchaser"), pursuant to the terms of a Claim Purchase Agreement between Seller and Purchaser (the "Agreement"), all of Seller's right, title and interest in, to and under Seller's Claim (as defined in the Agreement) against The Standard Register Company or any of its co-debtor subsidiaries or affiliates (the "Debtor"), in the aggregate amount of not less than $19,603.65, representing all claims of Seller pending against Debtor in the United States Bankruptcy Court, for the District of Delaware, jointly administered as Case No. 15-10541.

Seller hereby waives its right to raise any objection and/or receive notice pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedures and stipulates that an order may be entered recognizing the Agreement as an unconditional sale and the Purchaser as the valid owner of the Claim.

IN WITNESS WHEREOF, Seller has signed below as of 08/04/2015.

By:  /s/ Michael Mento
      Signature

     Michael Mento
   Print Name/Title
    United Envelope Llc

IN WITNESS WHEREOF, Purchaser has signed below as of Tuesday, September 01, 2015.

By: /s/ Robert Axenrod
 Robert M. Axenrod, Claims Recovery Group LLC