**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | Obj. Deadline: September 15, 2015 at 4:00 p.m. (ET)<br>Docket Ref. Nos. 92 & 261 |

**NOTICE OF SECOND SUPPLEMENTAL**
**LIST OF ORDINARY COURSE PROFESSIONALS**

   **PLEASE TAKE NOTICE** that, in accordance with the procedures set forth in that certain *Order Authorizing the Employment and Payment of Professionals Used in the Ordinary Course of Business* [Docket No. 261] (the "OCP Order"),[2] SRC Liquidation Company (f/k/a The Standard Register Company) and its affiliates, as debtors and debtors in possession (collectively, the "Debtors") hereby provide notice (the "Notice") of their intent to supplement Exhibit B-2 to the *Debtors' Motion for an Order Authorizing the Employment and Payment of Professionals Used In the Ordinary Course Of Business* [Docket No. 92] for purposes of retaining the Ordinary Course Professional listed on Exhibit 1 hereto.

   **PLEASE TAKE FURTHER NOTICE** that a copy of this Notice has been served on the Notice Parties identified in the OCP Order. Any objections to the addition of the Ordinary Course Professional, if any, must be filed in accordance with the OCP Order on or before September 15, 2015 at 4:00 p.m. (ET) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of any objection upon the undersigned attorneys for the Debtors so as to be actually received on or before the Objection Deadline.

   **PLEASE TAKE FURTHER NOTICE** that the retention and compensation of the Ordinary Course Professional listed on Exhibit 1 is subject to the OCP Procedures set forth in the OCP Order. As such, the retention of the Ordinary Course Professional shall not be approved

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the OCP Order.

01:17625319.1

until such time as the OCP Procedures have been complied with by said Ordinary Course Professional.

Dated: September 1, 2015
   Wilmington, Delaware

*/s/ Andrew L. Magaziner*
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
mnestor@ycst.com
kcoyle@ycst.com
amagaziner@ycst.com

-and-

Michael A. Rosenthal (NY No. 4697561)
Samuel A. Newman (CA No. 217042)
Jeremy L. Graves (CO No. 45522)
Matthew G. Bouslog (CA No. 280978)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
mrosenthal@gibsondunn.com
snewman@gibsondunn.com
jgraves@gibsondunn.com
mbouslog@gibsondunn.com

*Counsel to the Debtors and Debtors in Possession*

# EXHIBIT 1
**Second Supplemental OCP List**

01:17625319.1

|   | **Professional** | **Description of Services** |
|---|---|---|
| Supplement to Exhibit B-2: Ordinary Course Professionals Subject to $25,000 OCP Cap ||| 
| 1. | Stites & Harbison PLLC<br>323 East Court Avenue<br>Jeffersonville, Indiana 47130 | Legal services related to potential sale of parcel of Indiana real property |

01:17625319.1