# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*, | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |

### ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing dates in the above-captioned proceedings:

October 14, 2015 at 10:30 a.m. (ET)

November 19, 2015 at 9:30 a.m. (ET)

**Dated: September 2nd, 2015**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**