IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Timothy R. Quinn, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 1, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served in the manners set forth on the Ordinary Course Professional Service List attached hereto as **Exhibit A**:

- Notice of Second Supplemental List of Ordinary Course Professionals [Docket No. 1002]

- Declaration of Disinterestedness by Attorney Used in the Ordinary Course of Business [Docket No. 1003]

Dated: September 2, 2015

/s/ Timothy R. Quinn

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on September 2, 2015, by Timothy R. Quinn, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

DAVID M. SMITH
NOTARY PUBLIC-STATE OF NEW YORK
No. 02SM6300826
Qualified in New York County
My Commission Expires April 07, 2018

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); SR Liquidation Holding, S. de R.L. de C.V. (4GR4); SR Liquidation de México, S. de R.L. de C.V. (4FN0); SR Liquidation Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

SRF 4082

**Exhibit A**

Exhibit A
Ordinary Course Professional Service List
Served as set forth below

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| Lowenstein Sandler LLP | Attn: Gerald C. Bender | 1251 Avenue of the Americas | | New York | NY | 10020 | | | First Class Mail |
| Office of the United States Trustee | Mark Kenney | 844 King St Ste 2207 | | Wilmington | DE | 19801 | | mark.kenney@usdoj.gov | First Class Mail and Email |
| Parker, Hudson, Rainer & Dobbs LLP | Attn: C. Edward Dobbs, James S. Rankin, Jr., Jack C. Basham, Jr., Joshua J. Lewis | 1500 Marquis Two Tower | 285 Peachtree Center Avenue, NE | Atlanta | GA | 30303 | | ced@phrd.com; jsr@phrd.com; jcb@phrd.com; jjl@phrd.com | First Class Mail and Email |
| Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Ron E. Meisler Carl T. Tullson Christopher M. Dresel | 155 North Wacker Drive | Suite 2700 | Chicago | IL | 60606-1720 | | ron.meisler@skadden.com; christopher.dressel@skadden.com | First Class Mail and Email |
| Stites & Harbison PLLC | | 323 East Court Avenue | | Jefferson | IN | 47130 | | | First Class Mail |
| Von Wobeser | Attn: Javier Lizardi, Esq. | Guillermo Gonzalez Camarena 1100, Piso 7 | Colonia Santa Fe, Centro de Ciudad | Delgacion Alvaro Obregon | | 01210 | Mexico | | First Class Mail |