

**47 THAMES, E. WILLIAMSBURG INDUSTRIAL PARK, BROOKLYN, NY 11237**
OFFICE PH: 1.212.239.8200 * FAX: 1.718.360.1498 * E-Mail: Printing@YankeeSchooner.com

September 1, 2015

# In the United States Bankruptcy Court for the District of Delaware
# Case No. 15-10541 (BLS)

**Title of Objection:** Debtors' First (1ˢᵗ) Omnibus (Substantive) Objection to Claims (Drop-Ship Administrative Priority Claims) Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 (the "Objection")

**Respondent:** Yankee Schooner Industries

We assert that the amount owed for priority claims is $23,967.30. This amount was for printed goods that were "Received" by Standard Register.

This particular Disputed Drop-Ship Claim should not be disallowed because all goods were delivered to the Standard Register Distribution Center (700 Patrol Rd. Doors 35-38, Jeffersonville, IN 47130-7757).

Enclosed is documentation and evidence that shows the debtor "Received" the goods. Included are invoices, purchase orders and proofs of delivery. All of which show that Standard Register requested that all goods ship and deliver to their facility, Standard Register Distribution Center in Jeffersonville, IN. (See purchase order contact Page 4 of 5 enclosed).

Please let us know if you have any further questions or require additional documentation. Thank you.

Best regards,

Jillian Francis
President, CEO
Yankee Schooner
Office PH: 212-239-8200
Office FAX: 718-360-1498
Cell: 917-553-6564



**Yankee Schooner Industries**
47 THAMES STREET., SUITE 104
BROOKLYN, NY 11237
U.S.A.

# INVOICE

| | |
|---|---|
| **Invoice Date** | 2/17/2015 |
| **Invoice #** | 38978 |

**Ship To**

NUMBER: 1355354 WHSE: L22
SR DISTRIBUTION CENTER
SR DISTRIBUTION CENTER
700 PATROL RD  DOORS 35-38
JEFFERSONVILLE, IN 47130-7757

| **SRC PO No.** | 2450107 |
|---|---|
| **United Form No.** | IMM PE 1102 |

**Bill To**

STANDARD REGISTER CO.
  CORPORATE SUBCONTRACTING
600 ALBANY ST
PO BOX 1167, DAYTON, OH 45401-1167
(United)

| | |
|---|---|
| **Date Stamp:** | Emailed 03/13/2015 |
| **Order No.** | E-33475 |
| **Ship Date** | 2/17/2015 |
| **Vendor No.** | 5002917 |

| ITEM | DESCRIPTION | QTY ORDERED | U/M | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| PERU-... | PERU: ENTRY CARD (LANDING CDS).  NUMBERED IN TWO LOCATIONS. PADDED 100'S.<br>PO2103664 | 46 | M | 42.17 | 1,939.82 |
| SHIPPI... | SHIPPING & HANDLING | 1 | | 177.48 | 177.48 |
| | INVOICE EMAILED TO David.Fleetwood@standardregister.com, ACCOUNTING 03/13/2015 | | | | |
| | B/L# 991214, 991215 | | | | |
| | SUPPLIED IN 15 CARTONS OF 3000 AND 1 CARTON OF 1000<br>6 BUNDLES OF 500 EACH AND 2 BUNDLES OF 500 EACH<br>SHIPPING 16 CARTONS<br>TOTAL WEIGHT: 270 LBS.<br>SHIPPED VIA UPS GROUND: TRACKING# 1Z6977830350948729 | | | | |

SHIPPING: SEE SPECIAL INSTRUCTIONS. TBD BY WEIGHT.

A 1.5% late fee or the maximum amount permitted by law will be added monthly to all past due balances.

| | |
|---|---|
| Total | $2,117.30 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$2,117.30** |

*THIS IS YOUR INVOICE.*
*PAYABLE IN U.S. DOLLARS ONLY.*
*NO OTHER STATEMENT WILL BE*
*RENDERED. THANK YOU.*

YANKEE SCHOONER INDUSTRIES
PRINTING@YankeeSchooner.com
www.YankeeSchooner.com
212.239.8200
718.360.1498

United States

**My UPS**    **Shipping**    **Tracking**    **Freight**    **Locations**    **Support**    **UPS Solutions**

Save up to 18% on UPS shipping for your business.
**Sign up and start saving in your first week of shipping.**

**Sign Up Now**

| Tracking Number | Log-In for additional tracking details. | Other Tracking Options |

**Tracking Detail**

Like  1.5m   Share          Print    Help    A A **A**

**1Z6977830350948729**                    Updated: 09/02/2015 10:09 A.M. Eastern Time

**Delivered**

**Delivered On:**
Thursday, 02/19/2015 at 1:52 P.M.

**Left At:**
Dock

**Signed By:**
PHILLIPS

Proof of Delivery

What time will your package
be delivered to your home?
Get FREE approximate
Delivery Windows on most
UPS packages.

I am already a UPS My Choice® Member

**Need more
information?**

**Get Help**

**Shipping Information**
**To:**
**JEFFERSONVILLE, IN, US**

**Shipped By**
**UPS GROUND**

Pickup packages for FREE
at The UPS Store and UPS
Access Point locations.

Sign up for UPS My Choice ®

**Shipment Progress**                                What's This?

| Location | Date | Local Time | Activity |
|---|---|---|---|
| JEFFERSONVILLE, IN, US | 02/19/2015 | 1:52 P.M. | Delivered |

**Additional Information**

| **Type:** | Package |

Subscribe to UPS E-mail:  Enter e-mail address                View Examples

**Contact UPS**
Browse Online Support
E-mail UPS
Live Chat
Call Customer Service

UPS UNITED PROBLEM SOLVERS®

**Support**
Get Started
Register
Open a Shipping Account
Change Your Delivery

**Solutions for:**
Healthcare
Small Business
High Tech
More...

**Other UPS Sites:**
Select a website

**Follow us:**

Home   About UPS   Site Guide   Investors   Careers   Pressroom   UPS Global   UPS Mobile   UPS Blog

Service Terms and Conditions   Website Terms of Use   Privacy Notice   Your California Privacy Rights   Protect Against Fraud

Copyright © 1994-2015 United Parcel Service of America, Inc. All rights reserved.

**Proof of Delivery**

Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z6977830350948729 |
| **Service:** | UPS GROUND |
| **Delivered On:** | 02/19/2015 1:52 P.M. |
| **Delivered To:** | JEFFERSONVILLE, IN, US |
| **Signed By:** | PHILLIPS |
| **Left At:** | Dock |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  09/02/2015 10:09 A.M.  ET

Print This Page

Close Window



**This document contains confidential and proprietary information and is intended for the sole use of STANDARD REGISTER and/or approved vendors. Distribution to others is STRICTLY PROHIBITED.**

## Standard Register Subcontractor PO

| | |
|---|---|
| SRC Purchase Order Number: | **2450107** |
| Date/Time Printed: | **2/4/15  4:37 PM** |

---

ORDER INFORMATION

| | | Product: **COMMERCIAL PRINT** |
|---|---|---|
| TRACKING NO:  **4361577** | DATE ORDERED: **2/4/2015** | OVERRUNS ALLOWED: **NO** |
| ORDER NO:  **2450107** | DATE DESIRED: **2/18/2015** | UNDERRUNS ALLOWED: **NO** |
| PREV ORDER NO: **7461745** | ORDERED QTY:  **46,000** | |
| ACCOUNT NO: | APPLICATION: **BROCHURE/FLYER - 4 COLOR PROCESS** | |
| PLANT ID: **CORPORATE SUBCONTRACTING** | FORM NAME:  **PERU ENTRY CARD** | |
| KIT COMPONENT: **NO** | FORM NUMBER:   **IMM PE 1102** | |
| QUOTED BY:  Julie Simpson | DISTRICT CODE:  CQ7 | |
| OREDERED BY: **JULIE SIMPSON** | CORP. SUB PHONE: **(800) 877-5133** FAX: **(937) 221-1768** | |
| CONTACT:   **JULIE.SIMPSON** | | |
| SALES REP: **UNITED TEAM** | | |

---

SUBCONTRACTOR INFORMATION

VENDOR NUMBER: 5002917
VENDOR NAME:   **YANKEE SCHOONER**

**231 W 29TH ST**
**NEW YORK**
**NY     10001 -**
VENDOR COMMIT NUMBER:
B/L NUMBERS: **991214, 991215**

ORDER:
QUOTE:      **JSIMPSON/BRIAN**
SUB INVOICE NO:
PER M SUB COST: **42.17**
PREV ORDER:
PREV QUOTE: **DPARKER3/BRIAN**
VENDOR COMMIT DATE: **02/18/2015**

---

COMMENTS:    **SHIP PER SRC ROUTING GUIDE.  PICK UNIT:  500/PACK - NO**
**SHORT UNITS ALLOWED.    PROCEED WITH NEXT AVAILABLE**
**NUMBERING SEQUENCE FROM PREV ORDER# 7461745.    SAMPLES,**
**for all projects 5 finished pieces must be sent to the on**
**site team at United!!**
**United Airlines**
**c/o Standard Register**
**13th floor - WHDQPP, 233 South Wacker Drive**
**1342H**
**Chicago , IL 60606**
**Attn: Jennifer Flack**

---

ORDER NO:   **2450107**    OVERRUN QTY:   **46,000**    DOC ID/VERSION:
DATE: **2/4/2015**    SPECIAL FOLD LENGTH:    TRACKING NO.: **4361577**    Page 1 of  5



This document contains confidential and proprietary information and is intended for the sole use of STANDARD REGISTER and/or approved vendors. Distribution to others is STRICTLY PROHIBITED.

```
CUSTOMER INFORMATION    SEE SHIPPING LIST
SHIP-TO: SEE SHIPPING DESTINATIONS SECTION
SOLD-TO: NUMBER: 1327264                    P.O:      PO2103664
Standard Register Co. - Corporate SubContracting   REQ. NO: 020415-NOT CPX
600 Albany St.                             COST CENTER:    5010270037881400703001
 P.O. Box 1167                             FREIGHT TERMS:   COLLECT
Dayton                                     #INVOICE COPIES:
OH        45401 - 1167           PRIMARY WRITING DEVICE: HANDWRITTEN
                                 MANUFACTURER:
                                 MODEL:
```

**The Standard Register Company Purchase Order Terms and Conditions dated June 1, 2002 apply to this order.**

**Supplier is required to inspect each order for compliance to the specifications of the order. An Inspection report of each order and a sample from the order is to be retained by Supplier for a minimum of 12 months from the date of shipment. Standard Register reserves the right to request copies of the inspection reports and samples or to audit the inspection reports and samples at any time upon reasonable notice to Supplier.**



**This document contains confidential and proprietary information and is intended for the sole use of STANDARD REGISTER and/or approved vendors. Distribution to others is STRICTLY PROHIBITED.**

| PAPER/CARBON INFORMATION | | | ------ CARBON OPTIONS ------ -- FORM SIZE -- | | |
|---|---|---|---|---|---|
| PLY | PAPER/CARBON TYPE | | UP STRIP FEATHER KS NARW SHORT | WIDTH | LENGTH |
| **1P** | **24 FORM BOND RECYCLED WHITE** | | | **4 5/8** | **9 3/4** |

| INK INFORMATION | | | ULTRA | HEAT | NEW | |
|---|---|---|---|---|---|---|
| PLY | FACE | PMS#/NAME | VIOLET | RESIS. | MATCH | SAFETY |
| **1** | **FRONT** | **3M RED** | | | | |
| | | **BLACK** | | | | |
| | **BACK** | **BLACK** | | | | |

| PLATE INFORMATION | | REV. | | QUADS CHANGED |
|---|---|---|---|---|
| PLATE DESCRIPTION | | PRINT | SCREENING | Q1 Q2 Q3 Q4 |
| **1F; BLACK, RED** | | | | |
| **1B; BLACK** | | | | |

ORDER LEVEL FEATURE INFORMATION

| FEATURE TYPE | FEATURE INFORMATION | ATTRIBUTE | VALUE |
|---|---|---|---|
| **BINDERY** | **PADDING** | **CHIPBOARD IND** | **Y** |
| | | **GLUE EDGE** | **TOP** |
| | | **QUANTITY** | **100** |
| **INNER PACKAGING** | **POLYWRAPPING** | **LABEL TYPE** | **NO LABEL** |
| | | **POLYWRAP CHIPBOARD :** | **NONE** |
| | | **POLYWRAP TYPE** | **AVERAGE** |
| | | **QUANTITY** | **500** |
| **PACKAGING** | **SPECIAL** | **SPECIAL QUANTITY** | **4000** |

This document contains confidential and proprietary information and is intended for the sole use of STANDARD REGISTER and/or approved vendors. Distribution to others is STRICTLY PROHIBITED.



SHIPPING DESTINATIONS

```
1 OF 1          SHIP TO:   NUMBER: 1355354          WHSE: L22
                           SR DISTRIBUTION CENTER
                           SR DISTRIBUTION CENTER
                           700 PATROL RD DOORS 35-38
                           JEFFERSONVILLE
                           IN           47130 -7757
      ADJ. SHIP QTY: 46,000
           CRTN QTY: 4,000
   TOT NO. CRTN(S): 12                 CONSEC NO PREFIX:
       PICKING UNIT: PERPACKG        STARTING CONSEC NO:
    DELIVERY METHOD: GROUND            ENDING CONSEC NO:
     DELIVERY POINT: STOREDR           CONSEC NO SUFFIX:
                                                   P.O: PO2103664
                                          P.O Line Item: 1
                                              REQ. NO: 020415-NOT CPX
                                          COST CENTER: 5010270037881400703001

      FREIGHT TERMS: Collect
          PAC MARK: ITEM# IMM PE 1102

               VIA:

          Coded VIA:
```

This document contains confidential and proprietary information and is intended for the sole use of STANDARD REGISTER and/or approved vendors. Distribution to others is STRICTLY PROHIBITED.



## SUPPLIER'S RESPONSIBILITIES

**IF YOU CANNOT ABIDE BY THESE REQUIREMENTS, DO NOT ACCEPT THIS ORDER.**

**If instructions on P.O. do not match the below guidelines, follow instructions on P.O.**

1. **ORDER NUMBER:** Our seven-digit order number MUST be on all paperwork Purchase Orders, Packing List, etc. submitted to you by our sales representatives. DO NOT accept an order without a fax copy or original Purchase Order.

2. **SHIPPING:** You MUST use Standard Register's Bill of Lading Numbers, shipping labels must have Standard Register printed on them. Supplier's Company name should not show on ANY shipping documents or cartons.
   For small package shipments like UPS, prepay and add freight to your invoice. Standard Register is to be billed Third Party on all LTL carrier shipments. Call Corporate at (800) 877-5133 for an approved carrier listing.
   <u>**Note: Multiple forms cannot be placed in one carton. Each form requires a separate carton.**</u>

3. **PACKING LIST:** A packing list must be attached to the first carton of all shipments (including UPS). Total quantity with number of cartons shipped must be shown on packing list. (show short unit) The **packing list** must contain the **same information** as the **labels. (see Labels below)**

4. **LABELS:** All cartons should have a label. Labels MUST contain the following information:
   A. **SRC's seven-digit order number.**
   B. SRC's customer's purchase order number.
   C. **Form number, name and ply.**
   D. Customer / Warehouse name and address as shown in Ship To:
   E. Beginning and ending consecutive numbers.
   F. Quantity per Ctn (*If Pick Unit is Carton* -- All ctns shipping to a storage facility should have the EXACT same qty.)
   G. If Pick Unit is per pack, short carton should show correct quantity on label.
   H. If sensitive / negotiable document, note "**SD**" on shipping labels.
   If you need additional Bill of Lading numbers, please call Dayton Corporate Subcontracting at (800) 877-5133 or fax request to (937) 221-1768.

5. **PALLETIZING:** Shipments over 400 lbs (approximately 12 ctns) should be shipped on standard wooden pallets 40W x 44-48D, 4way. Cartons should be stacked at a **maximum of 54"** high from the floor. Cartons should be stacked with labels facing the outside. (*If Pick Unit is not Carton* -- Partial cartons should be placed on top front and marked as such.) **"DO NOT DOUBLE STACK PALLETS"**

6. **CONSECUTIVE NUMBERING:** Cartons should be reverse stacked with the highest number starting on the back right-hand side. Cartons should be stacked (starting on the right side) right to left, back to front, on each layer.

7. **HOW TO GET PAID:** Make sure your invoice references our seven-digit order number and mail the following to the address in the Customer Information section of this Purchase Order.
   A. Two (2) copies of your invoice referencing our seven-digit order number.
   B. Three (3) samples sent direct to sales. If you need sales addresses please contact Corporate Subcontracting (800) 877-5133. **This address list cannot be used for sending marketing material.**
   Supplier will be removed for sending unsolicited material to Sales Offices.
   C. A copy of the Bill of Lading / Packing Slip, etc. as proof of shipment showing the below:
   1. Number of cartons shipped and quantity shipped. **(quantity must not exceed 10% of P.O. amount)**
   2. Quantity per carton. (must show short unit separate)
   3. Weight per carton and total weight.
   4. Carrier.
   If payment has not been received within 55 days, re-check this procedure to make certain you have complied and call the bill to location on the purchase order.

8. **BYLINE:** Acceptable bylines are: "Standard Register", "Standard Register Company, U.S.A.", "Standard Register, VHA", etc. You should not print the words "Printed By" in your byline.

9. **CAUTION:** You can lose your status as our supplier if:
   1. You mail your invoice to a location other than the location on the front of this Purchase Order.
   2. You give your invoice to our sales representative.
   3. You do not ship and label per items 2, 3, and 4 above.
   4. You accept an order without our seven-digit purchase order number.

**NOTE: A minimum fee of $50.00 could be deducted from your invoice if you fail to comply with any of the requirements listed above. (charges could exceed $50 if incident warrants)** (Revision Date 06/01/05)

ORDER NO:   **2450107**      OVERRUN QTY:   **46,000**      DOC ID/VERSION:
DATE: **2/4/2015**      SPECIAL FOLD LENGTH:      TRACKING NO.: **4361577**      Page 5 of 5



# *Yankee Schooner Industries*
47 THAMES STREET., SUITE 104
BROOKLYN, NY 11237
U.S.A.

## INVOICE

| | |
|---|---|
| **Invoice Date** | 2/26/2015 |
| **Invoice #** | 38979 |

**Ship To**

NUMBER: 1355354 WHSE: L22
SR DISTRIBUTION CENTER
SR DISTRIBUTION CENTER
700 PATROL RD   DOORS 35-38
JEFFERSONVILLE, IN 47130-7757

| | |
|---|---|
| **SRC PO No.** | 2690461 |
| **United Form No.** | ZV-IMM US 6059B SPANIS |

**Bill To**

STANDARD REGISTER CO.
 CORPORATE SUBCONTRACTING
600 ALBANY ST
PO BOX 1167, DAYTON, OH 45401-1167
(United)

| | |
|---|---|
| **Date Stamp:** | Emailed 03/13/2015 |
| **Order No.** | E-33485 |
| **Ship Date** | 2/26/2015 |
| **Vendor No.** | 5002917 |

| ITEM | DESCRIPTION | QTY ORDERED | U/M | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| 6059B ... | US CUSTOMS FORM # 6059B SPANISH (04/14 EDN)<br>PO2105256<br><br>INVOICE EMAILED TO David.Fleetwood@standardregister.com, ACCOUNTING 03/13/2015<br><br>B/L# 994586, 994587<br><br>SHIPPED VIA 3RD PARTY FEDEX FREIGHT<br>PRO# 3232207344 | 200 | M | 23.00 | 4,600.00 |

SHIPPING: SEE SPECIAL INSTRUCTIONS. TBD BY WEIGHT.

A 1.5% late fee or the maximum permitted by law will be added monthly to all past due balances.

| | |
|---|---|
| **Total** | $4,600.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | **$4,600.00** |

*THIS IS YOUR INVOICE.*
*PAYABLE IN U.S. DOLLARS ONLY.*
*NO OTHER STATEMENT WILL BE*
*RENDERED. THANK YOU.*

**YANKEE SCHOONER INDUSTRIES**
PRINTING@YankeeSchooner.com
www.YankeeSchooner.com

212.239.8200
718.360.1498

My Profile | Support | Locations | ▒▒ English | Search

**FedEx.**  Ship   Track   Manage   Learn   FedEx Office ®

Login

**IMPORTANT!**
**FedEx is closely monitoring Tropical Storm Erika and Hurricane Ignacio.** Learn More

## FedEx ® Tracking

### 3232207344

Ship date :
Thur 2/26/2015

Actual delivery :
Mon 3/02/2015 11:00 am

FLUSHING, NY US
Origin Terminal
WEST BABYLON, NY

**Delivered**
Signed for by: D PHILLIPS

JEFFERSONVILLE, IN US
Destination Location
LOUISVILLE, KY

## Travel History

| Date/Time | Activity | Location |
|---|---|---|
| ▪ 3/02/2015 - Monday | | |
| 11:00 am | Delivered | JEFFERSONVILLE, IN |
| 8:20 am | Out for delivery | LOUISVILLE, KY |
| | Manifest Number 775000281807 | |
| ▪ 2/28/2015 - Saturday | | |
| 10:18 am | At local facility | LOUISVILLE, KY |
| | Manifest Number 775000281807 | |
| ▪ 2/27/2015 - Friday | | |
| 10:48 pm | At local facility | LOUISVILLE, KY |
| 7:59 pm | In transit | DAYTON, OH |
| 7:41 am | In transit | POCONO SUMMIT, PA |
| ▪ 2/26/2015 - Thursday | | |
| 10:07 pm | In transit | LONG ISLAND, NY |
| 6:42 pm | Picked up | FLUSHING, NY |

## Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | 3232207344 | Service | FedEx Freight Priority |
| Total pieces | 34 | Total shipment weight | 1,150 lbs / 521.63 kgs |
| Bill of lading number | 994588, 994587, 994588994587 | | |

**FedEx.**

Search

| Customer Focus | Featured Services | Companies | Follow FedEx | 🇺🇸 United States - English |
|---|---|---|---|---|
| New Customer Center | FedEx One Rate | FedEx Express | | |
| Small Business Center | FedEx SameDay | FedEx Ground | | |
| Service Guide | FedEx Home Delivery | FedEx Office | | |
| Customer Support | Healthcare Solutions | FedEx Freight | | |
| | Online Retail Solutions | FedEx Custom Critical | | |
| Company Information | Packaging Services | FedEx Trade Networks | | |
| About FedEx | Ancillary Clearance Services | FedEx SupplyChain | | |
| Careers | | FedEx TechConnect | | |
| Investor Relations | Other Resources | | | |
| | FedEx Compatible | | | |
| | Developer Resource Center | | | |
| | FedEx Ship Manager Software | | | |
| | FedEx Mobile | | | |

© FedEx 1995-2015

Global Home | Site Map | fedex.com Terms of Use | Security and Privacy



August 31,2015

Dear Customer:

The following is the proof-of-delivery for tracking number **3232207344**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery date:** | Mar 2, 2015 11:00 |
| **Signed for by:** | D PHILLIPS | | |
| **Service type:** | FedEx Freight Priority | | |
| **Special Handling:** | | | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 3232207344 | **Ship date:** | Feb 26, 2015 |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| JEFFERSONVILLE, IN US | FLUSHING, NY US |

| | |
|---|---|
| **Purchase order number:** | 994586, 994587 |
| **Purchase order number:** | 994586994587 |

Thank you for choosing FedEx.



This document contains confidential and proprietary information and is intended for the sole use of STANDARD REGISTER and/or approved vendors. Distribution to others is STRICTLY PROHIBITED.

## Standard Register Subcontractor PO

| | |
|---|---|
| SRC Purchase Order Number: | **2690461** |
| Date/Time Printed: | **2/17/15  1:28 PM** |

---

ORDER INFORMATION                                           Product: **COMMERCIAL PRINT**
TRACKING NO:   **4365354**        DATE ORDERED:**2/17/2015**        OVERRUNS ALLOWED: **NO**
ORDER NO:      **2690461**         DATE DESIRED:**3/3/2015**         UNDERRUNS ALLOWED: **NO**
PREV ORDER NO:**5022181**          ORDERED QTY: **200,000**
ACCOUNT NO:                       APPLICATION: **BROCHURE/FLYER - 4 COLOR PROCESS**
PLANT ID:**CORPORATE SUBCONTRACTING**    FORM NAME:     **US CUSTOMS BORDER PATROL-S**
KIT COMPONENT: **NO**              FORM NUMBER:   **ZV-IMM US 6059B SPANIS**
QUOTED BY: Julie Simpson           DISTRICT CODE:  CQ7
OREDERED BY:**JULIE SIMPSON**      CORP. SUB PHONE: **(800) 877-5133 FAX: (937) 221-1768**
CONTACT:    **JULIE.SIMPSON**
SALES REP:**UNITED TEAM**

---

SUBCONTRACTOR INFORMATION
VENDOR NUMBER: 5002917             ORDER:
VENDOR NAME:   **YANKEE SCHOONER**      QUOTE:      **JSIMPSON/BRIAN**
                                  SUB INVOICE NO:
**231 W 29TH ST**                  PER M SUB COST:23.00
**NEW YORK**                       PREV ORDER:
**NY    10001 -**                  PREV QUOTE:
VENDOR COMMIT NUMBER:             VENDOR COMMIT DATE: **03/03/2015**
B/L NUMBERS: **994586, 994587**

COMMENTS:   **PLEASE SHIP PER SRC ROUTING GUIDE.  NO OVERRUN, NO**
            **UNDERRUN.  PICK UNIT:  500/PACK - NO SHORT UNITS ALLOWED.**
            **SAMPLES, for all projects 5 finished pieces must be sent to**
            **the on site team at United!!**
            **United Airlines**
            **c/o Standard Register**
            **13th floor - WHDQPP, 233 South Wacker Drive**
            **1342H**
            **Chicago , IL 60606**
            **Attn: Jennifer Flack**



**This document contains confidential and proprietary information and is intended for the sole use of STANDARD REGISTER
and/or approved vendors. Distribution to others is STRICTLY PROHIBITED.**

```
CUSTOMER INFORMATION   SEE SHIPPING LIST
SHIP-TO: SEE SHIPPING DESTINATIONS SECTION
SOLD-TO: NUMBER: 1327264                  P.O:      PO2105256
Standard Register Co. - Corporate SubContracting   REQ. NO: 021715-NOT CPX
600 Albany St.                            COST CENTER:    5010270037881400703001
 P.O. Box 1167                            FREIGHT TERMS:  COLLECT
Dayton                                    #INVOICE COPIES:
OH       45401 - 1167          PRIMARY WRITING DEVICE: HANDWRITTEN
                               MANUFACTURER:
                               MODEL:
```

**The Standard Register Company Purchase Order Terms and Conditions dated
June 1, 2002 apply to this order.**

**Supplier is required to inspect each order for compliance to the
specifications of the order. An Inspection report of each order and
a sample from the order is to be retained by Supplier for a minimum of 12
months from the date of shipment. Standard Register reserves the right to
request copies of the inspection reports and samples or to audit the
inspection reports and samples at any time upon reasonable notice to
Supplier.**



* 0 2 6 9 0 4 6 1 *

**This document contains confidential and proprietary information and is intended for the sole use of STANDARD REGISTER and/or approved vendors. Distribution to others is STRICTLY PROHIBITED.**

| PAPER/CARBON INFORMATION | | ------ CARBON OPTIONS ------ | -- FORM SIZE -- | |
|---|---|---|---|---|
| PLY PAPER/CARBON TYPE | | UP STRIP FEATHER KS NARW SHORT | WIDTH | LENGTH |
| **1P  20 XEROGRAPHIC WHITE** | | | **4 1/4** | **8 1/2** |

| INK INFORMATION | | ULTRA | HEAT | NEW | |
|---|---|---|---|---|---|
| PLY  FACE  PMS#/NAME | | VIOLET | RESIS. | MATCH | SAFETY |
| **1  FRONT 286** | | | | | |
| **BACK  286** | | | | | |

| PLATE INFORMATION | | REV. | QUADS CHANGED |
|---|---|---|---|
| PLATE DESCRIPTION | | PRINT SCREENING | Q1 Q2 Q3 Q4 |
| **PMS 286; 1F** | | | |
| **PMS 286; 1B** | | | |

ORDER LEVEL FEATURE INFORMATION

| FEATURE TYPE | FEATURE INFORMATION | ATTRIBUTE | VALUE |
|---|---|---|---|
| **INNER PACKAGING** | **POLYWRAPPING** | **LABEL TYPE** | **NO LABEL** |
| | | **POLYWRAP CHIPBOARD** | **:NONE** |
| | | **POLYWRAP TYPE** | **AVERAGE** |
| | | **QUANTITY** | **500** |
| **PACKAGING** | **SPECIAL** | **SPECIAL QUANTITY** | **6000** |

**This document contains confidential and proprietary information and is intended for the sole use of STANDARD REGISTER and/or approved vendors. Distribution to others is STRICTLY PROHIBITED.**



* 0 2 6 9 0 4 6 1 *

SHIPPING DESTINATIONS

```
1 OF 1          SHIP TO:    NUMBER: 1355354        WHSE: L22
                            SR DISTRIBUTION CENTER
                            SR DISTRIBUTION CENTER
                            700 PATROL RD DOORS 35-38
                            JEFFERSONVILLE
                            IN              47130  -7757
        ADJ. SHIP QTY: 200,000
             CRTN QTY: 6,000                CONSEC NO PREFIX:
       TOT NO. CRTN(S): 34           STARTING CONSEC NO:
         PICKING UNIT: PERPACKG        ENDING CONSEC NO:
       DELIVERY METHOD: GROUND         CONSEC NO SUFFIX:
        DELIVERY POINT: STOREDR                     P.O: PO2105256
                                        P.O Line Item: 1
                                            REQ. NO: 021715-NOT CPX
                                        COST CENTER: 5010270037881400703001

        FREIGHT TERMS: Collect
            PAC MARK: ITEM ZV- IMM US 6059B SPANISH

                 VIA:

           Coded VIA:
```

---

ORDER NO:   **2690461**      OVERRUN QTY:    **200,000**      DOC ID/VERSION:

DATE: **2/17/2015**         SPECIAL FOLD LENGTH:            TRACKING NO.: **4365354**      Page 4 of 5

This document contains confidential and proprietary information and is intended for the sole use of STANDARD REGISTER and/or approved vendors. Distribution to others is STRICTLY PROHIBITED.



## SUPPLIER'S RESPONSIBILITIES
### IF YOU CANNOT ABIDE BY THESE REQUIREMENTS, DO NOT ACCEPT THIS ORDER.
### If instructions on P.O. do not match the below guidelines, follow instructions on P.O.

**1. ORDER NUMBER:** Our seven-digit order number MUST be on all paperwork Purchase Orders, Packing List, etc. submitted to you by our sales representatives. DO NOT accept an order without a fax copy or original Purchase Order.

**2. SHIPPING:** You MUST use Standard Register's Bill of Lading Numbers, shipping labels must have Standard Register printed on them. Supplier's Company name should not show on ANY shipping documents or cartons.
For small package shipments like UPS, prepay and add freight to your invoice. Standard Register is to be billed Third Party on all LTL carrier shipments. Call Corporate at (800) 877-5133 for an approved carrier listing.
**Note: Multiple forms cannot be placed in one carton. Each form requires a separate carton.**

**3. PACKING LIST:** A packing list must be attached to the first carton of all shipments (including UPS). Total quantity with number of cartons shipped must be shown on packing list. (show short unit) The **packing list** must contain the **same information** as the **labels. (see Labels below)**

**4. LABELS: All cartons should have a label. Labels MUST contain the following information:**

A. **SRC's seven-digit order number.**
B. SRC's customer's purchase order number.
C. **Form number, name and ply.**
D. Customer / Warehouse name and address as shown in Ship To:
E. Beginning and ending consecutive numbers.

F. Quantity per Ctn (*If Pick Unit is Carton* -- All ctns shipping to a storage facility should have the EXACT same qty.)
G. If Pick Unit is per pack, short carton should show correct quantity on label.
H. If sensitive / negotiable document, note **"SD"** on shipping labels.

If you need additional Bill of Lading numbers, please call Dayton Corporate Subcontracting at (800) 877-5133 or fax request to (937) 221-1768.

**5. PALLETIZING:** Shipments over 400 lbs (approximately 12 ctns) should be shipped on standard wooden pallets 40W x 44-48D, 4way. Cartons should be stacked at a **maximum of 54"** high from the floor. Cartons should be stacked with labels facing the outside. (*If Pick Unit is not Carton* -- Partial cartons should be placed on top front and marked as such.) **"DO NOT DOUBLE STACK PALLETS"**

**6. CONSECUTIVE NUMBERING:** Cartons should be reverse stacked with the highest number starting on the back right-hand side. Cartons should be stacked (starting on the right side) right to left, back to front, on each layer.

**7. HOW TO GET PAID:** Make sure your invoice references our seven-digit order number and mail the following to the address in the Customer Information section of this Purchase Order.

A. Two (2) copies of your invoice referencing our seven-digit order number.
B. Three (3) samples sent direct to sales. If you need sales addresses please contact Corporate Subcontracting (800) 877-5133. **This address list cannot be used for sending marketing material.**
   Supplier will be removed for sending unsolicited material to Sales Offices.
C. A copy of the Bill of Lading / Packing Slip, etc. as proof of shipment showing the below:
   1. Number of cartons shipped and quantity shipped. **(quantity must not exceed 10% of P.O. amount)**
   2. Quantity per carton. (must show short unit separate)
   3. Weight per carton and total weight.
   4. Carrier.

If payment has not been received within 55 days, re-check this procedure to make certain you have complied and call the bill to location on the purchase order.

**8. BYLINE:** Acceptable bylines are: "Standard Register", "Standard Register Company, U.S.A.", "Standard Register, VHA", etc. You should not print the words "Printed By" in your byline.

**9. CAUTION:** You can lose your status as our supplier if:
   1. You mail your invoice to a location other than the location on the front of this Purchase Order.
   2. You give your invoice to our sales representative.
   3. You do not ship and label per items 2, 3, and 4 above.
   4. You accept an order without our seven-digit purchase order number.

**NOTE: A minimum fee of $50.00 could be deducted from your invoice if you fail to comply with any of the requirements listed above. (charges could exceed $50 if incident warrants)** (Revision Date 06/01/05)



## *Yankee Schooner Industries*

47 THAMES STREET., SUITE 104
BROOKLYN, NY 11237
U.S.A.

# INVOICE

| | |
|---|---|
| **Invoice Date** | 2/16/2015 |
| **Invoice #** | 38970 |

**Ship To**

NUMBER: 1355354 WHSE: L22
SR DISTRIBUTION CENTER
SR DISTRIBUTION CENTER
700 PATROL RD   DOORS 35-38
JEFFERSONVILLE, IN 47130-7757

| **SRC PO No.** | 9631588 |
|---|---|
| **United Form No.** | ZV-IMM US 6059B ENGL S |

**Bill To**

STANDARD REGISTER CO.
 CORPORATE SUBCONTRACTING
600 ALBANY ST
PO BOX 1167, DAYTON, OH 45401-1167
(United)

| | |
|---|---|
| **Date Stamp:** | Emailed 02/27/2015 |
| **Order No.** | A-33465 |
| **Ship Date** | 2/16/2015 |
| **Vendor No.** | 5002917 |

| ITEM | DESCRIPTION | QTY ORDERED | U/M | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| 6059B ... | NEW EDITION - US CUSTOMS FORM #6059B ENGLISH (04/14 EDN.) PO2101248-V2 | 1,500 | M | 11.50 | 17,250.00 |
| | INVOICE EMAILED TO David.Fleetwood@standardregister.com, ACCOUNTING 02/27/2015 | | | | |
| | B/L# 985806, 985807 | | | | |
| | SUPPLIED IN CARTONS OF 6000 | | | | |
| | 12 BUNDLES OF 500 EACH | | | | |
| | SHIPPING 250 EVEN CARTONS | | | | |
| | TOTAL WEIGHT: 8300 LBS. | | | | |
| | SHIPPED VIA 3RD PARTY FED EX FREIGHT PRIORITY | | | | |
| | PRO# 1898554652 | | | | |

SHIPPING: SEE SPECIAL INSTRUCTIONS. TBD BY WEIGHT.

A 1.5% late fee or the maximum amount permitted by law will be added monthly to all past due balances.

| | |
|---|---|
| Total | $17,250.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$17,250.00** |

*THIS IS YOUR INVOICE. PAYABLE IN U.S. DOLLARS ONLY. NO OTHER STATEMENT WILL BE RENDERED. THANK YOU.*

YANKEE SCHOONER INDUSTRIES
PRINTING@YankeeSchooner.com
www.YankeeSchooner.com

212.239.8200
718.360.1498

# FedEx

Ship    Track    Manage    Learn    FedEx Office ®

My Profile    Support    Locations    🌐 English    Search

Login

**IMPORTANT!**
**FedEx is closely monitoring Tropical Storm Erika and Hurricane Ignacio. Learn More**

## FedEx ® Tracking

### 1898554652

Ship date :
Mon 2/16/2015

Actual delivery :
Thur 2/19/2015 11:20 am

FLUSHING, NY US
Origin Terminal
WEST BABYLON, NY

**Delivered**
*Signed for by: M ORTIZ*

JEFFERSONVILLE, IN US
Destination Location
LOUISVILLE, KY

## Travel History

| Date/Time | Activity | Location |
|---|---|---|
| **2/19/2015 - Thursday** | | |
| 11:20 am | Delivered | JEFFERSONVILLE, IN |
| 9:33 am | Out for delivery<br>Manifest Number 775000281255 | LOUISVILLE, KY |
| 9:09 am | At local facility<br>Manifest Number 775000281255 | LOUISVILLE, KY |
| **2/18/2015 - Wednesday** | | |
| 6:47 am | Shipment exception<br>Weather - Delay in transit | LOUISVILLE, KY |
| 3:31 am | At local facility | LOUISVILLE, KY |
| 2:35 am | Shipment exception<br>Weather - Delay in transit | LOUISVILLE, KY |
| 12:40 am | In transit | DAYTON, OH |
| **2/17/2015 - Tuesday** | | |
| 8:33 am | In transit | POCONO SUMMIT, PA |
| **2/16/2015 - Monday** | | |
| 8:23 pm | In transit | LONG ISLAND, NY |
| 5:13 pm | Shipment exception<br>Shipment weight corrected | WEST BABYLON, NY |
| 4:52 pm | Shipment exception<br>Weather - Delay in transit | LONG ISLAND, NY |
| 4:11 pm | Picked up | FLUSHING, NY |

## Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | 1898554652 | Service | FedEx Freight Priority |
| Total pieces | 5 | Total shipment weight | 8,460 lbs / 3,837.39 kgs |
| Purchase order number | PO2101248-V2, PO2101248V2 | Bill of lading number | OR, 985807, 985806 |

# FedEx.

Search

**Customer Focus**
New Customer Center
Small Business Center
Service Guide
Customer Support

**Company Information**
About FedEx
Careers
Investor Relations

**Featured Services**
FedEx One Rate
FedEx SameDay
FedEx Home Delivery
Healthcare Solutions
Online Retail Solutions
Packaging Services
Ancillary Clearance Services

**Other Resources**
FedEx Compatible
Developer Resource Center
FedEx Ship Manager Software
FedEx Mobile

**Companies**
FedEx Express
FedEx Ground
FedEx Office
FedEx Freight
FedEx Custom Critical
FedEx Trade Networks
FedEx SupplyChain
FedEx TechConnect

**Follow FedEx**

🇺🇸 United States - English



August 31, 2015

Dear Customer:

The following is the proof-of-delivery for tracking number **1898554652**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery date: | Feb 19, 2015 11:20 |
| Signed for by: | M ORTIZ | | |
| Service type: | FedEx Freight Priority | | |
| Special Handling: | | | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

---

### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 1898554652 | Ship date: | Feb 16, 2015 |

| | |
|---|---|
| Recipient: | Shipper: |
| JEFFERSONVILLE, IN US | FLUSHING, NY US |

| | |
|---|---|
| Purchase order number: | OR |
| Purchase order number: | 985807 |
| Purchase order number: | 985806 |
| Purchase order number: | PO2101248-V2 |
| Purchase order number: | PO2101248V2 |

Thank you for choosing FedEx.



This document contains confidential and proprietary information and is intended for the sole use of STANDARD REGISTER and/or approved vendors. Distribution to others is STRICTLY PROHIBITED.

### Standard Register Subcontractor PO

| | |
|---|---|
| SRC Purchase Order Number: | **9631588** |
| Date/Time Printed: | **1/29/15  8:58 AM** |

ORDER INFORMATION                                                    Product: **NON CORE PRODUCTS**

TRACKING NO:    **4357734**          DATE ORDERED: **1/29/2015**          OVERRUNS ALLOWED: **NO**
ORDER NO:       **9631588**          DATE DESIRED: **2/9/2015**           UNDERRUNS ALLOWED: **NO**
PREV ORDER NO:  **6622344**          ORDERED QTY: **1,500,000**
ACCOUNT NO:                          APPLICATION: **REGISTER FORM**
PLANT ID: **CORPORATE SUBCONTRACTING**    FORM NAME:      **IMM US 6059B ENGLISH**
KIT COMPONENT: **NO**                FORM NUMBER:    **ZV-IMM US 6059B ENGLIS**
QUOTED BY: **Deborah Parker**        DISTRICT CODE:  **CQ7**
OREDERED BY: **DEBORAH PARKER**      CORP. SUB PHONE: **(800) 877-5133** FAX: **(937) 221-1768**
CONTACT:   **deborah.parker**
SALES REP: **UNITED TEAM**

SUBCONTRACTOR INFORMATION
VENDOR NUMBER: **5002917**           ORDER:
VENDOR NAME:   **YANKEE SCHOONER**   QUOTE:      **DPARKER3/JILLIAN**
                                     SUB INVOICE NO:
**231 W 29TH ST**                    PER M SUB COST: **11.50**
**NEW YORK**                         PREV ORDER:
**NY     10001 –**                   PREV QUOTE: **DPARKER3 / JILLIAN**
VENDOR COMMIT NUMBER:                VENDOR COMMIT DATE: **02/09/2015**
B/L NUMBERS: **985806, 985807**

COMMENTS:    **PLEASE SHIP REV 4/14.  PLEASE SHIP USING SRC ROUTING GUIDE.**
             **NO OVERRUN, NO UNDERRUN.  PICK UNIT: 500/PACK – NO SHORT**
             **UNITS ALLOWED.**
             **SAMPLES, for all projects 5 finished pieces must be sent to**
             **the on site team at United!!**
             **United Airlines**
             **c/o Standard Register**
             **13th floor – WHDQPP, 233 South Wacker Drive**
             **1342H**
             **Chicago , IL 60606**
             **Attn: Jennifer Flack**



This document contains confidential and proprietary information and is intended for the sole use of **STANDARD REGISTER** and/or approved vendors. Distribution to others is **STRICTLY PROHIBITED.**

CUSTOMER INFORMATION    **SEE SHIPPING LIST**
SHIP-TO: **SEE SHIPPING DESTINATIONS SECTION**
SOLD-TO: NUMBER: **1327264**                          P.O:      **PO2101248-V2**
**Standard Register Co. - Corporate SubContracting**   REQ. NO: **012915-NOT CPX**
**600 Albany St.**                                     COST CENTER:    **50102700378814007030O1**
 **P.O. Box 1167**                                     FREIGHT TERMS:    **COLLECT**
**Dayton**                                             #INVOICE COPIES:
**OH        45401 - 1167**                     PRIMARY WRITING DEVICE: **HANDWRITTEN**
                                               MANUFACTURER:
                                               MODEL:

**The Standard Register Company Purchase Order Terms and Conditions dated June 1, 2002 apply to this order.**

**Supplier is required to inspect each order for compliance to the specifications of the order. An Inspection report of each order and a sample from the order is to be retained by Supplier for a minimum of 12 months from the date of shipment. Standard Register reserves the right to request copies of the inspection reports and samples or to audit the inspection reports and samples at any time upon reasonable notice to Supplier.**

ORDER NO:   **9631588**       OVERRUN QTY:   **1,500,000**       DOC ID/VERSION:
DATE: **1/29/2015**       SPECIAL FOLD LENGTH:              TRACKING NO.: **4357734**       Page 2 of  5



**This document contains confidential and proprietary information and is intended for the sole use of STANDARD REGISTER and/or approved vendors. Distribution to others is STRICTLY PROHIBITED.**

| PAPER/CARBON INFORMATION | | ------ CARBON  OPTIONS ------ | -- FORM SIZE -- | |
|---|---|---|---|---|
| PLY PAPER/CARBON TYPE | | UP STRIP FEATHER KS NARW SHORT | WIDTH | LENGTH |
| **1P  24 XEROGRAPHIC WHITE** | | | **8 1/2** | **11** |

ORDER LEVEL FEATURE INFORMATION

| FEATURE TYPE | FEATURE INFORMATION | ATTRIBUTE | VALUE |
|---|---|---|---|
| **INNER PACKAGING** | **POLYWRAPPING** | **LABEL TYPE** | **NO LABEL** |
| | | **POLYWRAP CHIPBOARD** | **:NONE** |
| | | **POLYWRAP TYPE** | **AVERAGE** |
| | | **QUANTITY** | **500** |
| **PACKAGING** | **SPECIAL** | **SPECIAL QUANTITY** | **1500** |

This document contains confidential and proprietary information and is
intended for the sole use of STANDARD REGISTER and/or approved
vendors. Distribution to others is STRICTLY PROHIBITED.



*0963 1588*

SHIPPING DESTINATIONS
1 OF 1          SHIP TO:   NUMBER: 1355354          WHSE: L22
                          SR DISTRIBUTION CENTER
                          SR DISTRIBUTION CENTER
                          700 PATROL RD DOORS 35-38
                          JEFFERSONVILLE
                          IN          47130  -7757

        ADJ. SHIP QTY: 1,500,000
            CRTN QTY: 1,500                CONSEC NO PREFIX:
    TOT NO. CRTN(S): 1000           STARTING CONSEC NO:
        PICKING UNIT: PERPACKG         ENDING CONSEC NO:
     DELIVERY METHOD: GROUND           CONSEC NO SUFFIX:
      DELIVERY POINT: STOREDR                        P.O: PO2101248-V2
                                            P.O Line Item: 1
                                              REQ. NO: 012915-NOT CPX
                                           COST CENTER: 5010270037881400703001

        FREIGHT TERMS: Collect
           PAC MARK: ITEM# ZV-IMM US 6059B ENGLIS

                VIA:

           Coded VIA:


ORDER NO:   9631588      OVERRUN QTY:   1,500,000     DOC ID/VERSION:
DATE: 1/29/2015          SPECIAL FOLD LENGTH:            TRACKING NO.: 4357734      Page 4 of 5

*This document contains confidential and proprietary information and is intended for the sole use of STANDARD REGISTER and/or approved vendors. Distribution to others is STRICTLY PROHIBITED.*



## SUPPLIER'S RESPONSIBILITIES
**IF YOU CANNOT ABIDE BY THESE REQUIREMENTS, DO NOT ACCEPT THIS ORDER.**
**If instructions on P.O. do not match the below guidelines, follow instructions on P.O.**

1. **ORDER NUMBER:** Our seven-digit order number MUST be on all paperwork Purchase Orders, Packing List, etc. submitted to you by our sales representatives. DO NOT accept an order without a fax copy or original Purchase Order.

2. **SHIPPING:** You MUST use Standard Register's Bill of Lading Numbers, shipping labels must have Standard Register printed on them. Supplier's Company name should not show on ANY shipping documents or cartons.
   For small package shipments like UPS, prepay and add freight to your invoice. Standard Register is to be billed Third Party on all LTL carrier shipments. Call Corporate at (800) 877-5133 for an approved carrier listing.
   <u>**Note: Multiple forms cannot be placed in one carton. Each form requires a separate carton.**</u>

3. **PACKING LIST:** A packing list must be attached to the first carton of all shipments (including UPS). Total quantity with number of cartons shipped must be shown on packing list. (show short unit) The **packing list** must contain the **same information** as the **labels. (see Labels below)**

4. **LABELS: All cartons should have a label. Labels MUST contain the following information:**
   A. **SRC's seven-digit order number.**
   B. SRC's customer's purchase order number.
   C. **Form number, name and ply.**
   D. Customer / Warehouse name and address as shown in Ship To:
   E. Beginning and ending consecutive numbers.
   F. Quantity per Ctn (*If Pick Unit is Carton* -- All ctns shipping to a storage facility should have the EXACT same qty.)
   G. If Pick Unit is per pack, short carton should show correct quantity on label.
   H. If sensitive / negotiable document, note **"SD"** on shipping labels.
   If you need additional Bill of Lading numbers, please call Dayton Corporate Subcontracting at (800) 877-5133 or fax request to (937) 221-1768.

5. **PALLETIZING:** Shipments over 400 lbs (approximately 12 ctns) should be shipped on standard wooden pallets 40W x 44-48D, 4way. Cartons should be stacked at a **maximum of 54"** high from the floor. Cartons should be stacked with labels facing the outside. (*If Pick Unit is not Carton* -- Partial cartons should be placed on top front and marked as such.) **"DO NOT DOUBLE STACK PALLETS"**

6. **CONSECUTIVE NUMBERING:** Cartons should be reverse stacked with the highest number starting on the back right-hand side. Cartons should be stacked (starting on the right side) right to left, back to front, on each layer.

7. **HOW TO GET PAID:** Make sure your invoice references our seven-digit order number and mail the following to the address in the Customer Information section of this Purchase Order.
   A. Two (2) copies of your invoice referencing our seven-digit order number.
   B. Three (3) samples sent direct to sales. If you need sales addresses please contact Corporate Subcontracting (800) 877-5133. **This address list cannot be used for sending marketing material.**
      Supplier will be removed for sending unsolicited material to Sales Offices.
   C. A copy of the Bill of Lading / Packing Slip, etc. as proof of shipment showing the below:
      1. Number of cartons shipped and quantity shipped. **(quantity must not exceed 10% of P.O. amount)**
      2. Quantity per carton. (must show short unit separate)
      3. Weight per carton and total weight.
      4. Carrier.
      If payment has not been received within 55 days, re-check this procedure to make certain you have complied and call the bill to location on the purchase order.

8. **BYLINE:** Acceptable bylines are: "Standard Register", "Standard Register Company, U.S.A.", "Standard Register, VHA", etc. You should not print the words "Printed By" in your byline.

9. **CAUTION:** You can lose your status as our supplier if:
   1. You mail your invoice to a location other than the location on the front of this Purchase Order.
   2. You give your invoice to our sales representative.
   3. You do not ship and label per items 2, 3, and 4 above.
   4. You accept an order without our seven-digit purchase order number.


**NOTE: A minimum fee of $50.00 could be deducted from your invoice if you fail to comply with any of the requirements listed above. (charges could exceed $50 if incident warrants)**    (Revision Date 06/01/05)

ORDER NO:   9631588       OVERRUN QTY:   1,500,000       DOC ID/VERSION:
DATE: 1/29/2015           SPECIAL FOLD LENGTH:           TRACKING NO.: 4357734        Page 5 of 5