*Laser Printer Documents • Security Documents*
*Direct Mail • Variable Imaging*

# QUICK TECH
### Graphics

August 25, 2015

United States Bankruptcy Court for the District of Delaware
824 Market St
3rd Floor
Wilmington, DE 19801

RE:    Case No. 15-10541 (BLS)
       Objection:  502 of the Bankruptcy Code, Bankruptcy rule 3007 and Local Rule 3007-1

This is a response by Quick Tech Graphics concerning the above objection filed by SLC Liquidation Company on case no. 15-10541 (BLS).  Our claim #4, 503 (b) (9) in the amount of $1716.23 represented three invoices shipped on behalf on the debtor within the 20 day administrative priority claim period.

All goods were produced and drop shipped by Quick Tech Graphics at the debtor's request to the debtor's customer.  It is Quick Tech Graphics' stance that since the goods were produced on behalf of the debtor and the debtor was paid for the goods by their customer, the objection should not be approved and we are entitled to hold the administrative priority claim in the amount of $1716.23.

All documentation including, purchase orders from the debtor, invoices, bill of ladings, and proof of deliveries are enclosed.

Sincerely,

Jamie Witt
Controller
937-743-5952

408 Sharts Road
Springboro, OH 45066
(937) 743-5952
(800) 473-6767
Fax (937) 743-9256
Accounting Fax (937) 743-8027
www.quicktechgraphics.com

B 10 Modified (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT, DISTRICT OF DELAWARE | PROOF OF CLAIM |
|---|---|

List the **name** and case number of the Debtor against which you assert a claim below. (**List only one Debtor per claim form.**)

**Standard Register**   Case no. 15-10541

**Note:** *This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after commencement of the case. A request for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

**Quick Tech Graphics**

Name and address where notices should be sent:

**Quick Tech Graphics**
**408 Sharts Rd**
**Springboro, OH 45066**
**Attn: Jamie Witt**

Telephone number: **937-743-5952**   email: **accounts@quicktechgraphics.com**

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
*(If known)*

Filed on: _____

Name and address where payment should be sent (if different from above):

**Same as above**

Telephone: _____   email: _____

☒ Date Stamped Copy Returned
☐ No Self-Addressed Stamped Envelope
☐ No Copy Provided

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. Amount of Claim as of Date Case Filed: $ **44,641.65**
If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. Basis for Claim: **goods sold - manufactured**
(See instruction #2)

3. Last four digits of any number by which creditor identifies debtor: _____

3a. Debtor may have scheduled account as:
_____
(See instruction #3a)

3b. Uniform Claim Identifier (optional):
_____
(See instruction #3b)

4. Secured Claim (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other
Describe:
Value of Property: $_____   Annual Interest Rate _____% ☐ Fixed ☐ Variable
(when case was filed)
Amount of arrearage and other charges, as of the time case was filed, included in secured claim,
if any: $_____   Basis for perfection: _____
Amount of Secured Claim: $_____   Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $ 2,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(__).

Amount entitled to priority:

$_____

6. Claim Pursuant to 11 U.S.C. § 503(b)(9): Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.
$ **1716.23**   (See instruction #6)

7. Credits. The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

8. Documents: Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, mortgages, or security agreements. (See instruction #8, and the definition of "redacted".)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

9. Signature: (See instruction #9)
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.
Print Name: **Jamie Witt**
Title: **Controller**
Company: **Quick Tech Graphics**   (Signature) **Jamie Witt** **3/12/15** (Date)
Address and telephone number (if different from notice address above):
**408 Sharts Rd   Springboro, OH 45066**
Telephone number: **937-743-5952**   Email: **accounts@quicktechgraphics.com**

* Amounts are subject to adjustment on 4/1/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

| COURT USE ONLY |
|---|
| RECEIVED |
| MAR 13 2015 |
| PRIME CLERK LLC |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

2:30 PM

03/12/15

Accrual Basis

# QUICK TECH
## Customer Open Balance
### All Transactions

| Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|------|------|-----|------|----------|-------------|--------|
| **STANDARD REGISTER** | | | | | | |
| Invoice | 09/09/2014 | 149433 | | 10/09/2014 | 27.77 | 27.77 |
| Invoice | 12/22/2014 | 150628 | | 01/21/2015 | 17.55 | 455.10 |
| Invoice | 01/02/2015 | 150730 | | 02/01/2015 | 1,060.50 | 1,060.50 |
| Invoice | 01/06/2015 | 7431 | | 02/05/2015 | 435.92 | 435.92 |
| Invoice | 01/06/2015 | 150740 | | 02/05/2015 | 1,009.50 | 1,009.50 |
| Invoice | 01/08/2015 | 150757 | | 02/07/2015 | 546.50 | 543.50 |
| Invoice | 01/08/2015 | 150719 | | 02/07/2015 | 459.20 | 459.20 |
| Invoice | 01/08/2015 | 150720 | | 02/07/2015 | 7,872.00 | 7,872.00 |
| Invoice | 01/08/2015 | 150721 | | 02/07/2015 | 3,280.00 | 3,280.00 |
| Invoice | 01/09/2015 | 150718 | | 02/08/2015 | 2,624.00 | 2,624.00 |
| Invoice | 01/12/2015 | 150734 | | 02/11/2015 | 9,795.00 | 9,795.00 |
| Invoice | 01/14/2015 | 150761 | | 02/13/2015 | 2,872.00 | 2,872.00 |
| Invoice | 01/19/2015 | 150781 | | 02/18/2015 | 490.58 | 490.58 |
| Invoice | 01/19/2015 | 150782 | | 02/18/2015 | 1,479.48 | 1,479.48 |
| Invoice | 01/20/2015 | 150852 | | 02/19/2015 | 415.97 | 415.97 |
| Invoice | 01/22/2015 | 150837 | | 02/21/2015 | 3,468.00 | 3,468.00 |
| Invoice | 01/30/2015 | 150756 | | 03/01/2015 | 865.73 | 865.73 |
| Invoice | 02/03/2015 | 150919 | | 03/05/2015 | 246.10 | 246.10 |
| Invoice | 02/05/2015 | 150971 | | 03/07/2015 | 851.68 | 851.68 |
| Invoice | 02/09/2015 | 150995 | | 03/11/2015 | 246.10 | 246.10 |
| Invoice | 02/10/2015 | 150903 | | 03/12/2015 | 4,862.00 | 4,862.00 |
| Invoice | 02/23/2015 | 151099 | | 03/25/2015 | 600.06 | 600.06 |
| Invoice | 02/24/2015 | 151137 | | 03/26/2015 | 449.43 | 449.43 |
| Invoice | 03/04/2015 | 151195 | | 04/03/2015 | 666.74 | 666.74 |
| Total STANDARD REGISTER | | | | | 44,641.81 | 45,080.18 |
| **TOTAL** | | | | | **44,641.81** | **45,080.18** |

# QUICK TECH
## GRAPHICS

**INVOICE**

P.O. Box 607
Springboro, Ohio 45066-0607
Phone (800) 473-6767
Fax (937) 743-9256
www.quicktechgraphics.com

| | |
|---|---|
| Account Number | STA454 |
| Invoice Date | 03/04/15 |
| Invoice Number | 151195 |

Sold To
STANDARD REGISTER
PO BOX 1167
DAYTON, OH 45401

Ship To
OTIS ELEVATOR CO.
ATTN:  SUE, MAILSTOP
1 FARM SPRINGS RD.
FARMINGTON, CT  06032

| JOB NO. | DISTRIBUTOR ORDER NO. | CUSTOMER ORDER NO. | PRODUCT ITEM | CAT. | SALESMAN NAME | NO. |
|---|---|---|---|---|---|---|
| 151195 | 2753472 | | | QR | LEBLANC | |

| DATE SHIPPED | CARRIER | TERMS | G/L SALES |
|---|---|---|---|
| 03/04/15 | UPS | 1% 15 days net 30 | 11 |

| QTY. ORDERED | QTY. SHIPPED | DESCRIPTION | PRICE / M | AMOUNT |
|---|---|---|---|---|
| 20,000 | 20,000 | SERVICE CONTR.-IVORY BLANK 4274-BLIV UPS #1Z4050250346534995 | 27.2100 | 544.20 |

| | | |
|---|---|---|
| Subtotal | | 544.20 |
| Freight | | 122.54 |
| Sales Tax | | |

| PAY THIS AMOUNT ➜ | **TOTAL** | 666.74 |

A service charge of 1.5% per month will be charged on balances over 30 days from invoice date.  Invoice is subject to our standard terms and conditions.

A Discount of 5.44 may be taken if Paid by 03/19/15

# STRAIGHT BILL OF LADING - SHORT FORM

PAGE: __1 OF 1__

CUSTOMER P.O.: _____

DATE SHIPPED: __03/04/15__

UPS

**(NAME OF CARRIER)**

Completed [X]   Partial

36715

| FROM | | TO | |
|---|---|---|---|
| STANDARD REGISTER | | OTIS ELEVATOR CO. | |
| | | ATTN:  SUE, MAILSTOP | |
| PO BOX 1167 | | 1 FARM SPRINGS RD. | |
| DAYTON, OH 45401 | | FARMINGTON, CT  06032 | |

P.O.#   2753472

FOR:

ORIGINAL

[ ] INSIDE DELIVERY

| JOB NUMBER | NO. PACKAGES | KIND OF PACKAGING, DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | TOTAL NO. OF FORMS | WEIGHT (subject to corrections) | CLASS |
|---|---|---|---|---|---|
| 151195 | 8 | SERVICE CONTR.-IVORY BLANK | 2,500/ct | 248 | |
| | | 4274-BLIV | 20,000 | | 65 |
| | | | | | |
| | | B/L #S 996574 & 996575 | | | |

| TOTAL PACKAGES | Forms Printed / Not Printed | TOTAL FORMS SHIPPED | | TOTAL |
|---|---|---|---|---|
| 8 | NO! 153250 / 153252 | | 20,000 | 248 |

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding.

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make deliver of this shipment without payment of freight and all other lawful charges.

This Shipment is (circle one)

COMPLETE

PARTIAL

COMPLETE W/ PREV. PARTIALS

Total Charges $

**FREIGHT CHARGES**
Check Appropriate Box:

[X] Bill From Address

[ ] Collect

[ ] C.O.D.

$ _____   Per _____

**(Signature of Consignor)**

The property described above, in apparent good order, except a noted (contents and condition of contents of packages unknown) marked, consigned and destined as shown above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if in its route, otherwise to deliver to another carrier on the route to said destination.  It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that ever service to be performed hereunder shall be to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are agreed to by the shipper and accepted for himself and his assigns.

C.O.D. charge to be paid by

Shipper [ ]

Consignee [ ]

| from | Missing | | 405026      MAR 4, 2015      ACT WT  244.8 LBS  #PK 8 |
|---|---|---|---|
| | | | SVC GNDCOM      BL WT      248.0 LBS |
| | - | | TRACKING# 1Z405025034653499S |
| | | | REF 1:151195 |
| | - | | REF 2: |
| | - | | HC 0.00      CNS 0.00      FRT: 3RD |
| | - | | SHIPMENT RATE CHARGES:      SVC T/P USD |

L TO: P.O. Box 607, Springboro, OH 45066 PPA

ALL CURRENCY USD

| | TOTAL | | NUMBERS |
|---|---|---|---|
| | | Subtotal | BEG. NO. |
| | | | |
| | | Less Missing No. | ENDING NO. |

DV 0.00      COD 0.00      RS 0.00
DC 0.00      DQD 0.00
AH 0.00      PR 0.00      ROD 0.00
TOT CHG 0.00      +HANDLING      0.00

$ 117.54

ALLETS



This document contains confidential and proprietary information and is intended for the sole use of STANDARD REGISTER and/or approved vendors. Distribution to others is STRICTLY PROHIBITED.

## Standard Register Subcontractor PO

| | |
|---|---|
| SRC Purchase Order Number: | **2753472** |
| Date/Time Printed: | **2/24/15  4:15 PM** |

### ORDER INFORMATION

TRACKING NO:    4368267
ORDER NO:    2753472
PREV ORDER NO: 5213890
ACCOUNT NO:
PLANT ID: **CORPORATE SUBCONTRACTING**
KIT COMPONENT: **NO**
QUOTED BY:   LaTisha Darden
OREDERED BY: **MICHAEL FIAL**
CONTACT:    sonya.gauthier
SALES REP: **LEBLANC,LINDA J**

DATE ORDERED: **2/24/2015**
DATE DESIRED: **3/9/2015**
ORDERED QTY: **20,000**
APPLICATION: **HIGHLAND COMPUTER FORMS**
FORM NAME:    **SERVICE CONTR-IVORY BLANK**
FORM NUMBER:    **4274-BLIV**
DISTRICT CODE:    **CB4**
CORP. SUB PHONE: **(800) 877-5133** FAX: **(937) 221-1768**

Product: **NON CORE PRODUCTS**
OVERRUNS ALLOWED: **NO**
UNDERRUNS ALLOWED: **NO**

### SUBCONTRACTOR INFORMATION

VENDOR NUMBER: 7108450
VENDOR NAME:   **QUICK TECH GRAPHICS**
**408 SHARTS RD**

**SPRINGBORO**
**OH    45066 –**
VENDOR COMMIT NUMBER:
B/L NUMBERS: 996574, 996575

ORDER:
QUOTE:
SUB INVOICE NO:
PER M SUB COST: **27.21**
PREV ORDER:
PREV QUOTE: **Q 1580**
VENDOR COMMIT DATE: **03/09/2015**

COMMENTS:    *r/o 8208326*

This document contains confidential and proprietary information and is intended for the sole use of STANDARD REGISTER and/or approved vendors. Distribution to others is STRICTLY PROHIBITED.



SHIPPING DESTINATIONS

1 OF 1            SHIP TO:    NUMBER: 1021650              WHSE:
                             OTIS ELEVATOR

                             1 FARM SPRINGS RD
                             FARMINGTON
                             CT            06032 -2572

ADJ. SHIP QTY: **20,000**
      CRTN QTY: **2,500**                        CONSEC NO PREFIX:
TOT NO. CRTN(S): **8**                    STARTING CONSEC NO:
PICKING UNIT: **PERCTNRL**                  ENDING CONSEC NO:
DELIVERY METHOD: **GROUND**                CONSEC NO SUFFIX:
DELIVERY POINT: **STOREDR**                          P.O: **1810468-10060**
                                          P.O Line Item: **000001**
                                                REQ. NO: **SW C105MV6262**
                                          COST CENTER: **10084**

FREIGHT TERMS: **Prepay and charge**
PAC MARK: **ATTN:SUE MAILSTOP:**

VIA:

Coded VIA:

ORDER NO:    **2753472**        OVERRUN QTY:    **20,000**        DOC ID/VERSION:
DATE: **2/24/2015**          SPECIAL FOLD LENGTH:
                                                    TRACKING NO.: **4368267**        Page 4 of 5

**Proof of Delivery**

Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z4050250344789616 |
| **Service:** | UPS Ground |
| **Weight:** | 30.60 lbs |
| **Shipped/Billed On:** | 03/04/2015 |
| **Delivered On:** | 03/06/2015 11:53 A.M. |
| **Delivered To:** | FARMINGTON, CT, US |
| **Signed By:** | BAMFO |
| **Left At:** | Mail Room |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  08/27/2015 3:47 P.M.  ET

Print This Page

Close Window

 **Proof of Delivery**                    Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z4050250344504020 |
| Service: | UPS Ground |
| Weight: | 30.60 lbs |
| Shipped/Billed On: | 03/04/2015 |
| Delivered On: | 03/06/2015 11:53 A.M. |
| Delivered To: | FARMINGTON, CT, US |
| Signed By: | BAMFO |
| Left At: | Mail Room |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  08/27/2015 3:48 P.M.  ET

Print This Page                                        Close Window

 **Proof of Delivery**

Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z4050250344937830 |
| Service: | UPS Ground |
| Weight: | 30.60 lbs |
| Shipped/Billed On: | 03/04/2015 |
| Delivered On: | 03/06/2015 11:53 A.M. |
| Delivered To: | FARMINGTON, CT, US |
| Signed By: | BAMFO |
| Left At: | Mail Room |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:    08/27/2015 3:48 P.M.  ET

Print This Page                              Close Window

 **Proof of Delivery**                    Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z4050250346487046 |
| **Service:** | UPS Ground |
| **Weight:** | 30.60 lbs |
| **Shipped/Billed On:** | 03/04/2015 |
| **Delivered On:** | 03/06/2015 11:53 A.M. |
| **Delivered To:** | FARMINGTON, CT, US |
| **Signed By:** | BAMFO |
| **Left At:** | Mail Room |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  08/27/2015 3:48 P.M.  ET

Print This Page                    Close Window

 **Proof of Delivery**                              Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z4050250346187656 |
| **Service:** | UPS Ground |
| **Weight:** | 30.60 lbs |
| **Shipped/Billed On:** | 03/04/2015 |
| **Delivered On:** | 03/06/2015 11:53 A.M. |
| **Delivered To:** | FARMINGTON, CT, US |
| **Signed By:** | BAMFO |
| **Left At:** | Mail Room |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  08/27/2015 3:49 P.M.  ET

Print This Page                                    Close Window

 **Proof of Delivery**

Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z4050250344315663 |
| **Service:** | UPS Ground |
| **Weight:** | 30.60 lbs |
| **Shipped/Billed On:** | 03/04/2015 |
| **Delivered On:** | 03/06/2015 11:53 A.M. |
| **Delivered To:** | FARMINGTON, CT, US |
| **Signed By:** | BAMFO |
| **Left At:** | Mail Room |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  08/27/2015 3:50 P.M.  ET

Print This Page                    Close Window

**UPS** **Proof of Delivery**                    Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z4050250346534995 |
| **Service:** | UPS Ground |
| **Weight:** | 30.60 lbs |
| **Shipped/Billed On:** | 03/04/2015 |
| **Delivered On:** | 03/06/2015 11:53 A.M. |
| **Delivered To:** | FARMINGTON, CT, US |
| **Signed By:** | BAMFO |
| **Left At:** | Mail Room |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  08/27/2015 3:51 P.M.   ET

Print This Page                    Close Window

 **Proof of Delivery**

Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z4050250344438601 |
| Service: | UPS Ground |
| Weight: | 30.60 lbs |
| Shipped/Billed On: | 03/04/2015 |
| Delivered On: | 03/06/2015 11:53 A.M. |
| Delivered To: | FARMINGTON, CT, US |
| Signed By: | BAMFO |
| Left At: | Mail Room |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  08/27/2015 3:51 P.M.  ET

Print This Page                                    Close Window

# QUICK TECH
**GRAPHICS**

**INVOICE**

P.O. Box 607
Springboro, Ohio 45066-0607
Phone (800) 473-6767
Fax (937) 743-9256
www.quicktechgraphics.com

| | |
|---|---|
| Account Number | STA454 |
| Invoice Date | 02/24/15 |
| Invoice Number | 151137 |

Sold To
STANDARD REGISTER
PO BOX 1167
DAYTON, OH 45401

Ship To
BAPTIST EASLEY HOSPITAL
SR DISTRIBUTION CENTER
700 PATROL RD, DOORS 35-38
JEFFERSONVILLE, IN 47130

| JOB NO. | DISTRIBUTOR ORDER NO. | CUSTOMER ORDER NO. | PRODUCT ITEM | CAT. | SALESMAN NAME | NO. |
|---|---|---|---|---|---|---|
| 151137 | 2709172 | INVENTORY | | QR | ROACH | |

| DATE SHIPPED | CARRIER | TERMS | G/L SALES |
|---|---|---|---|
| 02/24/15 | UPS | 1% 15 days net 30 | 11 |

| QTY. ORDERED | QTY. SHIPPED | DESCRIPTION | PRICE / M | AMOUNT |
|---|---|---|---|---|
| 20,000 | 22,000 | TRAY TICKETS                76021100<br>UPS #1Z4050250345118615 | 17.0300 | 374.66 |

| | |
|---|---|
| Subtotal | 374.66 |
| Freight | 74.77 |
| Sales Tax | |
| **TOTAL** | 449.43 |

**PAY THIS AMOUNT** ➡

A service charge of 1.5% per month will be charged on balances over 30 days from invoice date. Invoice is subject to our standard terms and conditions.

A Discount of 3.75 may be taken if Paid by 03/11/15

# STRAIGHT BILL OF LADING - SHORT FORM

PAGE: 1 OF 1

CUSTOMER P.O.: INVENTORY

DATE SHIPPED: 02/24/15

UPS

(NAME OF CARRIER)

36628

Completed [X]   Partial [ ]

| FROM | STANDARD REGISTER<br><br>PO BOX 1167<br>DAYTON, OH 45401 | TO | BAPTIST EASLEY HOSPITAL<br>SR DISTRIBUTION CENTER<br>700 PATROL RD, DOORS 35-38<br>JEFFERSONVILLE, IN 47130 |

P.O.# 2709172    FOR:

ORIGINAL

| JOB NUMBER | NO. PACKAGES | KIND OF PACKAGING, DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | TOTAL NO. OF FORMS | WEIGHT (subject to corrections) | CLASS |
|---|---|---|---|---|---|
| 151137 | 1 | TRAY TICKETS<br>76021100 | 2,000/ct<br>2,000 | 12 | 65 |
| 151137 | 5 | TRAY TICKETS<br>76021100 | 4,000/ct<br>20,000 | 110 | |
| | | B/L #S 243281 & 243282 | | | |

TOTAL PACKAGES 6

Forms Printed / Not Printed
NO. ___ / 153,252

TOTAL FORMS SHIPPED   22,000

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
   The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding.

$ ___ Per ___

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement;
   The carrier shall not make deliver of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

This Shipment is (circle one)

COMPLETE

PARTIAL

COMPLETE W/ PREV. PARTIALS

Total Charges $

FREIGHT CHARGES

Check Appropriate Box:

[X] Bill From Address    [ ] Collect

[ ] C.O.D.

The property described above, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned and destined as shown above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that ever service to be performed hereunder shall be to all the bill of lading terms and conditions in the governing classification on the date of shipment.
   Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are agreed to by the shipper and accepted for himself and his assigns.

C.O.D. charge to be paid by
Shipper [ ]
Consignee [ ]

BILL TO: P.O. Box 607, Springboro, OH 45066 PPA

| CTN. NO. | TOTAL | | NUMBERING |
|---|---|---|---|
| | | Subtotal | BEG. NO. |
| | | Less Missing No. | ENDING NO. |

from  Missing numbers
405025    FEB 24, 2015
SVC GNDCOM         BL WT
TRACKING# 1Z4050250345118615
REF 1:151197
REF 2:

ACT WT  121.3 LBS  #PK 6

ALL CURRENCY USD

HC 0.00           CN8 0.00         FRT: 3RD
SHIPMENT RATE CHARGES:        SVC T/P USD
DV 0.00           COD    0.00      RS 0.00
DC 0.00           DGD    0.00
AH 0.00           PR     0.00      ROD 0.00
TOT CHG 0.00                      +HANDLING  0.00

PALLETS

$ 69.77



This document contains confidential and proprietary information and is intended for the sole use of STANDARD REGISTER and/or approved vendors. Distribution to others is STRICTLY PROHIBITED.

## Standard Register Subcontractor PO

| | |
|---|---|
| SRC Purchase Order Number: | **2709172** |
| Date/Time Printed: | **2/19/15  4:15 PM** |

### ORDER INFORMATION

TRACKING NO:   21521130
ORDER NO:      2709172
PREV ORDER NO: 9952009
ACCOUNT NO:
PLANT ID: **CORPORATE SUBCONTRACTING**
KIT COMPONENT: NO
QUOTED BY:  **N Blake Young**
OREDERED BY: **N BLAKE YOUNG**
CONTACT:     **blake.young**
SALES REP: **ROACH JR, ROBERT WAYNE**

DATE ORDERED: 2/19/2015
DATE DESIRED: 3/2/2015
ORDERED QTY: 20,000
APPLICATION: **CUT SHEET/ROLL BLANK PAPER (EXCL LABELS)**
FORM NAME:      76021100 5.83 X 8.27
FORM NUMBER:    76021100
DISTRICT CODE:  LV5
CORP. SUB PHONE: (800) 877-5133 FAX: (937) 221-1768

Product: **NON CORE PRODUCTS**
OVERRUNS ALLOWED: **YES**
UNDERRUNS ALLOWED: **YES**

### SUBCONTRACTOR INFORMATION

VENDOR NUMBER: 7108450
VENDOR NAME:   **QUICK TECH GRAPHICS**
**408 SHARTS RD**

**SPRINGBORO**
**OH    45066 –**
VENDOR COMMIT NUMBER:
B/L NUMBERS: 243281, 243282

ORDER:
QUOTE:      **Quote # 4150**
SUB INVOICE NO:
PER M SUB COST: 17.03
PREV ORDER:
PREV QUOTE:  Q# 31427
VENDOR COMMIT DATE: 03/02/2015

COMMENTS:

*X/R 149579*

*Shg*

| | | |
|---|---|---|
| ORDER NO:  **2709172** | OVERRUN QTY:   **20,000** | DOC ID/VERSION: |
| DATE: **2/19/2015** | SPECIAL FOLD LENGTH: | TRACKING NO.: 21521130   Page 1 of  5 |



This document contains confidential and proprietary information and is intended for the sole use of STANDARD REGISTER and/or approved vendors. Distribution to others is STRICTLY PROHIBITED.

CUSTOMER INFORMATION    SEE SHIPPING LIST
SHIP-TO: SEE SHIPPING DESTINATIONS SECTION
SOLD-TO: NUMBER: 7960263
Standard Register Co. - Corporate SubContracting
600 Albany St.
 P.O. Box 1167
Dayton
OH        45401 - 1167

P.O:        INVENTORY
REQ. NO:
COST CENTER:        X
FREIGHT TERMS:    PREPAID
#INVOICE COPIES:
PRIMARY WRITING DEVICE: HANDWRITTEN
MANUFACTURER:
MODEL:

The Standard Register Company Purchase Order Terms and Conditions dated
June 1, 2002 apply to this order.

Supplier is required to inspect each order for compliance to the
specifications of the order. An Inspection report of each order and
a sample from the order is to be retained by Supplier for a minimum of 12
months from the date of shipment. Standard Register reserves the right to
request copies of the inspection reports and samples or to audit the
inspection reports and samples at any time upon reasonable notice to
Supplier.

ORDER NO:   2709172      OVERRUN QTY:    20,000      DOC ID/VERSION:
DATE: 2/19/2015       SPECIAL FOLD LENGTH:
                                                    TRACKING NO.: 21521130        Page 2 of  5



This document contains confidential and proprietary information and is intended for the sole use of **STANDARD REGISTER** and/or approved vendors. Distribution to others is **STRICTLY PROHIBITED.**

SPECIAL INSTRUCTIONS
**COMBO RUN**

PAPER/CARBON INFORMATION
PLY PAPER/CARBON TYPE
**1P   20 XEROGRAPHIC WHITE**

------ CARBON   OPTIONS ------ -- FORM  SIZE --
UP STRIP FEATHER KS NARW SHORT  WIDTH    LENGTH
                                 5.83     8.27

ORDER LEVEL FEATURE INFORMATION

| FEATURE TYPE | FEATURE INFORMATION | ATTRIBUTE | VALUE |
|---|---|---|---|
| **INNER PACKAGING** | **POLYWRAPPING** | **LABEL TYPE** | **NO LABEL** |
| | | **POLYWRAP CHIPBOARD** : | **NONE** |
| | | **POLYWRAP TYPE** | **AVERAGE** |
| | | **QUANTITY** | **500** |
| **PACKAGING** | **SPECIAL** | **SPECIAL QUANTITY** | **4000** |

ORDER NO:   2709172      OVERRUN QTY:    20,000       DOC ID/VERSION:
DATE: 2/19/2015       SPECIAL FOLD LENGTH:          TRACKING NO.: 21521130      Page 3 of  5

**This document contains confidential and proprietary information and is intended for the sole use of STANDARD REGISTER and/or approved vendors. Distribution to others is STRICTLY PROHIBITED.**



SHIPPING DESTINATIONS

```
1 OF 1.          SHIP TO:    NUMBER: 1630911       WHSE: L22
                             BAPTIST EASLEY HOSPITAL
                             SR DISTRIBUTION CENTER
                             700 PATROL RD DOORS 35-38
                             JEFFERSONVILLE
         ADJ. SHIP QTY: 20,000      IN           47130 -7757
            CRTN QTY: 4,000
   TOT NO. CRTN(S): 5                    CONSEC NO PREFIX:
       PICKING UNIT: PERCTNRL        STARTING CONSEC NO:
    DELIVERY METHOD: GROUND            ENDING CONSEC NO:
     DELIVERY POINT: STOREDR           CONSEC NO SUFFIX:
                                                   P.O: INVENTORY
                                       P.O Line Item:
                                             REQ. NO:
                                        COST CENTER: X
      FREIGHT TERMS: Prepay and charge
          PAC MARK: 76021100 - TRAY TICKETS

               VIA:

           Coded VIA:
```

ORDER NO:   2709172        OVERRUN QTY:    20,000       DOC ID/VERSION:
DATE: 2/19/2015            SPECIAL FOLD LENGTH:            TRACKING NO.: 21521130       Page 4 of 5

**Proof of Delivery**

Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z4050250345118615 |
| **Service:** | UPS GROUND |
| **Delivered On:** | 02/25/2015 12:42 P.M. |
| **Delivered To:** | JEFFERSONVILLE, IN, US |
| **Signed By:** | GREENWAY |
| **Left At:** | Dock |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  08/27/2015 3:59 P.M.  ET

Print This Page                    Close Window

# QUICK TECH
**GRAPHICS**

P.O. Box 607
Springboro, Ohio 45066-0607
Phone (800) 473-6767
Fax (937) 743-9256
www.quicktechgraphics.com

# INVOICE

| | |
|---|---|
| Account Number | STA371 |
| Invoice Date | 02/23/15 |
| Invoice Number | 151099 |

Sold To
STANDARD REGISTER COMPANY
P.O. BOX 839
MURFREESBORO, TN 37130

Ship To
COUNTRY INSURANCE
COUNTRY FINANCIAL
1711 GENERAL ELECTRIC RD.
BLOOMINGTON, IL 61704

| JOB NO. | DISTRIBUTOR ORDER NO. | CUSTOMER ORDER NO. | PRODUCT ITEM | CAT. | SALESMAN NAME | NO. |
|---|---|---|---|---|---|---|
| 151099 | 2689531 | 24525 | | QR | JOHN RICE | |

| DATE SHIPPED | CARRIER | TERMS | G/L SALES |
|---|---|---|---|
| 02/23/15 | UPS | 1% 15 days net 30 | 11 |

| QTY. ORDERED | QTY. SHIPPED | DESCRIPTION | | PRICE / M | AMOUNT |
|---|---|---|---|---|---|
| 10,000 | 10,000 | 2 UP EXP CHECK<br>UPS #1Z4050250346264509 | S32-025-00 | 52.9700 | 529.70 |

| | | |
|---|---|---|
| Subtotal | | 529.70 |
| Freight | | 70.36 |
| Sales Tax | | |
| **TOTAL** | | 600.06 |

PAY THIS AMOUNT ➡

A service charge of 1.5% per month will be charged on balances over 30 days from invoice date.  Invoice is subject to our standard terms and conditions.

A Discount of 5.30 may be taken if Paid by 03/10/15

# STRAIGHT BILL OF LADING - SHORT FORM

UPS

(NAME OF CARRIER)

PAGE: 1 OF 1
CUSTOMER P.O.: 24525
DATE SHIPPED: 02/23/15

Completed [X]    Partial [ ]

36620

| | |
|---|---|
| **F R O M** | STANDARD REGISTER COMPANY<br>P.O. BOX 839<br><br>MURFREESBORO, TN 37130 |

| | |
|---|---|
| **T O** | COUNTRY INSURANCE<br>COUNTRY FINANCIAL<br>1711 GENERAL ELECTRIC RD.<br>BLOOMINGTON, IL 61704 |

P.O.# 2689531          FOR:

ORIGINAL                                    [ ] INSIDE DELIVERY

| JOB NUMBER | NO. PACKAGES | KIND OF PACKAGING, DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | TOTAL NO. OF FORMS | WEIGHT (subject to corrections) | CLASS |
|---|---|---|---|---|---|
| 151099 | 4 | 2 UP EXP CHECK<br>S32-025-00 | 2,500/ct<br>10,000 | 124 | 65 |
| | | | | | |
| | | B/L #S 994478 & 994479 | | | |
| | | | | | |

TOTAL PACKAGES    4

Forms Printed / Not Printed
NOI :53?? / ??? 5?

TOTAL FORMS SHIPPED    10,000

TOTAL    124

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding.

$_____ Per_____

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make deliver of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

This Shipment (circle one)

COMPLETE

PARTIAL

COMPLETE W/
PREV. PARTIALS

Total Charges $

FREIGHT CHARGES
Check Appropriate Box:

[ ] Bill From Address

[ ] Collect
[ ] C.O.D.

C.O.D. charge to be paid by
Shipper [ ]
Consignee [ ]

The property described above, in apparent good order, except a noted (contents and condition of contents of packages unknown) marked, consigned and destined as shown above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any property, that ever service to be performed hereunder shall be to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are agreed to by the shipper and accepted for himself and his assigns.

from    M

405026      FEB 23, 2015      ACT WT  123.6 LBS  #PK 4
SVC GNDCOM          BL WT
TRACKING# 1Z405025034626450 9      ALL CURRENCY USD
REF 1:151099
REF 2:SHIPPING CODE 1

HC 0.00          CNS 0.00          FRT: SHP
SHIPMENT CCC RATE CHARGES:          SVC  65.36 USD
DV 0.00          COD    0.00          RS    0.00
DC 0.00          DQD    0.00
AH 0.00          PR     0.00          ROD  0.00
TOT CCC CHG  66.36          CCC+HANDLING     65.36

BILL TO: P.O. Box 607, Springboro, OH 45066 PPA

| CTN. NO. | TOTAL | | NUMBERS |
|---|---|---|---|
| | Subtotal | | BEG. NO. |
| | | | |
| | Less Missing No. | ENDING NO. | |

PALLETS



This document contains confidential and proprietary information and is intended for the sole use of STANDARD REGISTER and/or approved vendors. Distribution to others is STRICTLY PROHIBITED.

### Standard Register Subcontractor PO

| | |
|---|---|
| SRC Purchase Order Number: | **2689531** |
| Date/Time Printed: | **2/17/15  10:30 AM** |

---

ORDER INFORMATION

TRACKING NO:    4368482
ORDER NO:       2689531
PREV ORDER NO:  5363640
ACCOUNT NO:
PLANT ID: **MURFREESBORO**
KIT COMPONENT: **NO**
QUOTED BY:  **Sydni Mungin**
OREDERED BY: **SYDNI MUNGIN**
CONTACT:    **ANTHONY.MEYER**
SALES REP: **RICE,JOHN ROBERT**

DATE ORDERED: **2/17/2015**
DATE DESIRED: **3/3/2015**
ORDERED QTY: **10,000**
APPLICATION:

Product: **SHEETED SINGLES**
OVERRUNS ALLOWED: **YES**
UNDERRUNS ALLOWED: **YES**

FORM NAME:      **2 UP EXP CHECK**
FORM NUMBER:    **S32-025-00**
DISTRICT CODE:  **CQ1**
CORP. SUB PHONE: **(800) 877-5133** FAX: **(937) 221-1768**

---

SUBCONTRACTOR INFORMATION

VENDOR NUMBER: **7108450**
VENDOR NAME:   **QUICK TECH GRAPHICS**
**408 SHARTS RD**

**SPRINGBORO**
**OH     45066 -**
VENDOR COMMIT NUMBER:
B/L NUMBERS: **994478, 994479**

ORDER:
QUOTE:    **4008**      *XR 149144*
SUB INVOICE NO:
PER M SUB COST: **52.97**
PREV ORDER:
PREV QUOTE:
VENDOR COMMIT DATE: **03/03/2015**

COMMENTS:

---

ORDER NO:  **2689531**      OVERRUN QTY:  **10,000**          DOC ID/VERSION: **031550297/2**
DATE: **2/17/2015**        SPECIAL FOLD LENGTH:            TRACKING NO.: **4368482**      Page 1 of  5



This document contains confidential and proprietary information and is intended for the sole use of STANDARD REGISTER and/or approved vendors. Distribution to others is STRICTLY PROHIBITED.

CUSTOMER INFORMATION    SEE SHIPPING LIST
SHIP-TO: SEE SHIPPING DESTINATIONS SECTION
SOLD-TO: NUMBER: 9854835
Standard Register Co. - Murfreesboro
325 Butler Drive
 P.O. Box 839
Murfreesboro
TN     37130 - 5532

P.O:      24525
REQ. NO: 1-1
COST CENTER:
FREIGHT TERMS:   PREPAY AND CHARGE
#INVOICE COPIES:
PRIMARY WRITING DEVICE: PRINTER
MANUFACTURER:         XEROX
MODEL:                4635

The Standard Register Company Purchase Order Terms and Conditions dated June 1, 2002 apply to this order.

Supplier is required to inspect each order for compliance to the specifications of the order. An Inspection report of each order and a sample from the order is to be retained by Supplier for a minimum of 12 months from the date of shipment. Standard Register reserves the right to request copies of the inspection reports and samples or to audit the inspection reports and samples at any time upon reasonable notice to Supplier.



This document contains confidential and proprietary information and is intended for the sole use of STANDARD REGISTER and/or approved vendors. Distribution to others is STRICTLY PROHIBITED.

SPECIAL INSTRUCTIONS
SECURE DOCUMENT
FULL CARTONS ONLY
PAPER CHANGED TO CASCADE CHECK SECURE PREMIUM, 24#
QUICK TECH QUOTE 18982
SHIP BEST WAY, SHIP 3RD PARTY STATE FARM C/O US BANK PO BOX 3001,
NAPERVILLE, IL  60566
BILL OF LADING NEEDS SHIPPING CODE 1 IN DESCRIPTION FIELD .

PAPER/CARBON INFORMATION
```
                                   ------ CARBON  OPTIONS ------ -- FORM SIZE --
PLY PAPER/CARBON TYPE              UP STRIP FEATHER KS NARW SHORT WIDTH   LENGTH
1P  SP 024 SECURE  SMOOTH                                        8 1/2    11
    CASCADE PREMIUM WHITE
```

INK INFORMATION
```
                                   ULTRA   HEAT     NEW
PLY FACE  PMS#/NAME                 VIOLET RESIS. MATCH  SAFETY
1   FRONT 342                               X
```

PLATE INFORMATION
```
PLATE DESCRIPTION                  REV.             QUADS CHANGED
342; 1F                            PRINT SCREENING  Q1 Q2 Q3 Q4
```

PERFORATION/PUNCHING INFORMATION
```
    KS/STUB   FULL    PARTIAL
PLY L R T B  V H D    V H D    PERFORATION / PUNCHING DESCRIPTION
1            3                 LETTEREDGE
                              LETTEREDGE
                              LETTEREDGE
```

ORDER LEVEL FEATURE INFORMATION
```
FEATURE TYPE        FEATURE INFORMATION    ATTRIBUTE            VALUE
INNER PACKAGING     POLYWRAPPING           LABEL LOCATION       OUTSIDE
                                           LABEL TYPE           LABEL
                                           POLYWRAP CHIPBOARD : BOTH
                                           POLYWRAP TYPE        AVERAGE
                                           QUANTITY             500
PACKAGING           SPECIAL                SPECIAL QUANTITY     2500
PALLETIZING         PALLETIZING            TYPE                 STANDARD
```

This document contains confidential and proprietary information and is intended for the sole use of STANDARD REGISTER and/or approved vendors. Distribution to others is STRICTLY PROHIBITED.



<u>SHIPPING DESTINATIONS</u>

1 OF 1        SHIP TO:   **NUMBER: 9854800**      WHSE:

                       **COUNTRY INSURANCE**

                       **COUNTRY FINANCIAL**

                       **1711 GENERAL ELECTRIC RD**

                       **BLOOMINGTON**

                       **IL**           **61704 -2286**

ADJ. SHIP QTY: **10,000**     (Est.)

      **CRTN QTY: 2,500**     (Est.)     CONSEC NO PREFIX:

TOT NO. CRTN(S): **4**       (Est.)   STARTING CONSEC NO:

  PICKING UNIT: **PERCTNRL**         ENDING CONSEC NO:

DELIVERY METHOD: **GROUND**        CONSEC NO SUFFIX:

 DELIVERY POINT: **STOREDR**              P.O: **24525**

                            P.O Line Item:

                               REQ. NO: **1-1**

                          COST CENTER:

FREIGHT TERMS: **Prepay and charge**

   PAC MARK: **PO: 24525**

        VIA:  **SHIP BEST WAY**

     Coded VIA:

---

 **Proof of Delivery**

Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number:**      1Z4050250346264509
**Service:**      UPS GROUND
**Delivered On:**      02/25/2015 8:34 A.M.
**Delivered To:**      BLOOMINGTON, IL, US
**Signed By:**      AUBREY
**Left At:**      Dock

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  08/27/2015 4:01 P.M.  ET

Print This Page             Close Window