IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | **Re: Docket No. 938** |

## CERTIFICATION OF COUNSEL

The undersigned hereby certifies that, on August 17, 2015, Lazard Frères and Co. LLC and Lazard Middle Market LLC filed the *Fourth Monthly and Final Fee Application of Lazard Frères and Co. LLC and Lazard Middle Market LLC, as Investment Banker to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Monthly Period from July 1, 2015 Through July 31, 2015, and the Final Period from March 12, 2015 Through July 31, 2015* [Docket No. 938] (the "Application").  The undersigned further certifies that a review of the Court's docket in these cases reflects that no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than September 1, 2015 at 4:00 p.m. (ET) (the "Objection Deadline").

A hearing to consider the Application is scheduled to be held on September 21, 2015 at 10:00 a.m. (ET).  As no responses have been received with respect to the Application, and the Objection Deadline has passed, the Debtors' undersigned counsel hereby submits a

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001).  The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

01:17641422.1

proposed form of order (the "Proposed Order"), attached hereto as Exhibit 1, approving the Application, and respectfully requests that the Proposed Order be entered at the earliest convenience of the Court.

Dated: September 3, 2015
Wilmington, Delaware

*/s/ Andrew L. Magaziner*
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Andrew L. Magaziner (No. 5426)
Elizabeth S. Justison (No. 5911)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
mnestor@ycst.com
kcoyle@ycst.com
amagaziner@ycst.com
ejustison@ycst.com

-and-

Michael A. Rosenthal (NY No. 4697561)
Samuel A. Newman (CA No. 217042)
Jeremy L. Graves (CO No. 45522)
Matthew G. Bouslog (CA No. 280978)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
mrosenthal@gibsondunn.com
snewman@gibsondunn.com
jgraves@gibsondunn.com
mbouslog@gibsondunn.com

*Counsel to the Debtors and Debtors in Possession*

# Exhibit 1

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket Nos. 938 & ____ |

**ORDER APPROVING FOURTH MONTHLY AND FINAL FEE APPLICATION OF LAZARD FRÈRES AND CO. LLC AND LAZARD MIDDLE MARKET LLC, AS INVESTMENT BANKER TO THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTHLY PERIOD FROM JULY 1, 2015 THROUGH JULY 31, 2015, AND THE FINAL PERIOD FROM MARCH 12, 2015 THROUGH JULY 31, 2015**

Upon consideration of the fourth and final application (the "Application") of Lazard Frères and Co. LLC and Lazard Middle Market LLC ("Lazard"), as investment banker for the above-captioned debtors and debtors in possession (collectively, the "Debtors") for the period from March 12, 2015 through and including July 31, 2015 (the "Application Period"); and the Court having reviewed the Application; and the Court finding that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334; and the Court having determined that proper and adequate notice has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The Application is GRANTED, as set forth herein.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

01:17641313.1

1

2. There shall be allowed to Lazard on a final basis for the Application Period (i) compensation for its professional services rendered as investment banker to the Debtors in the aggregate amount of $3,900,000.00 and (ii) reimbursement of actual, reasonable and necessary expenses in the aggregate amount of $121,481.22.

3. The Debtors are authorized to compensate Lazard consistent with the relief granted herein in the amount of $3,622,549.26, which reflects a reduction of amounts previously paid totaling $398,931.96.

4. The Debtors are authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

5. Any and all payments heretofore made to Lazard in respect of Lazard's fees and expenses accrued during the pendency of these chapter 11 cases are hereby approved, ratified and confirmed.

6. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: _____, 2015
       Wilmington, Delaware

 

_____
Brendan L. Shannon
Chief United States Bankruptcy Judge