| | |
|---|---|
| Date: | AUGUST 31, 2015 |
| Attention: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE<br>824 MARKET STREET, 3RD FLOOR<br>WILMINGTON, DELAWARE 19801 |
| Case #: | 15-10541 (BLS)   CHAPTER 11,  SRC LIQUIDATION COMPANY |
| Objection: | RECLASSIFICATION OF PENSION FUNDS |
| Name: | KAREN ELIZABETH RATTI<br>10725 W. CONNECTICUT AVENUE, SUN CITY, AZ 85351 |
| Basis / Description: | OBJECTION TO RECLASSIFICATION OF FUNDS |

I, like all other claimants, depend heavily on monies that have been earned according to previous terms set forth in company policy. I feel it very unfair, to say the least, that the company we worked for, did our best for, now determines that a 'reclassification' is necessary in order to save themselves the extra dollars already earned by the former employees of Standard Register.

This is no different than any CEO doing a lousy job and being rewarded with a 'golden parachute', while the people, who depend on their pensions for retirement, are left with very little, if anything.

When I signed on with Standard Register in 1991, I was asked to fill out a job application. To my knowledge SRC took my employment information at face value, to be accurate and truthful. When I accepted SRC's job offer, I was given papers to sign and a company handbook that outlined SRC's medical, time off, pension and death benefits, etc. among company rules, regulations and such. I, for my part, took *their* information at face value as well. Now I come to find out that the information I was given at the time I was hired contains *'legal' loopholes* which SRC may use to sidestep the fact that they owe a certain amount of pension funds to former employees. The information I supplied to the court previously states very plainly that the **least** amount of pension funds I would receive (in dollar amount) would be $27,924.

The only other piece of information I could possibly offer is to let you know that I was diagnosed with severe depression and am on med's for this condition, along with anxiety, since 2004 when my father passed away. There is an outside chance that I may have to retire early (possibly on disability). The doctor who has been taking care of me from 2004 is Dr. Jagveer Sandhu. His address is 9165 W. Thunderbird, Ste. 201, Peoria, AZ 85381. The phone number is: 623-876-8420.
Thanking you in advance for your time and trouble,

_Karen E Ratti_
Karen E Ratti
Former Standard Register Employee
cc: Young Conaway Stargatt & Taylor, LLP  and  Gibson, Dunn & Crutcher LLP