Exhibit 1

Vogel Declaration

UNITED STATES BANKRUPTCY COURT

IN THE DISTRICT OF DELAWARE

---------------------------------------------------------

In re:

STANDARD REGISTER COMPANY, *et al.*,

Debtors.

CHAPTER 11

CASE NO. 15-10541 (BLS)

(Jointly Administered)

Hearing Date: September 21, 2015 10 AM (ET)
Objection Deadline: September 4, 2015

---------------------------------------------------------

## DECLARATION OF ROGER VOGEL IN SUPPORT OF THE ENVELOPE PRINTERY'S RESPONSE TO OBJECTION DEBTORS' FIRST (1ST) OMNIBUS (SUBSTANTIVE) TO CLAIMS (DROP-SHIP ADMINISTRATIVE PRIORITY CLAIMS)

I, Roger Vogel, pursuant to 28 U.S.C. § 1746, declare:

1.      I am the Chief Financial Officer of The Envelope Printery, one of the creditors in the above referenced case. In this capacity, I am responsible for overseeing financial matters for The Envelope Printery, including the filing of The Envelope Printery's claims in this case. I am familiar with the facts associated with the Debtors' business relationship with The Envelope Printery and am authorized to file this Declaration on behalf of The Envelope Printery.

2.      The Envelope Printery previously filed a 503(b)(9) claim in this case in the amount of $321,460.57.

3.      In response to Debtors' objection, The Envelope Printery has reexamined its original claim, orders that support that claim, invoices for such orders, computer records and shipping documentation relating to its 503(b)(9) claim.

4.      Assembling this information was a complex project involving: A) hundreds of man hours; B) more than 300 orders; C) examining several different manufacturing and billing

8

computer systems; and D) contacting several shipping carriers selected by Debtors and Debtors' designees and seeking their cooperation in providing shipping information.

5.      I was unable to completely verify that all orders were received by Debtors or its designees prior to filing this Response on a timely basis.

6.      I anticipate that I will complete receipt verification for every order prior to the hearing date for this matter and will amend my declaration if necessary.

7.      To the best of my information, knowledge and belief as of the date of this Declaration, Debtors received goods in the amount of $310,339.56 during the 20 days period.

8.      To the best of my information, knowledge and belief as of the date of this Declaration, attached to this Declaration is a list of all orders received by Debtors or its designees within 20 days of the commencement of Debtors' bankruptcy petition.

9.      The list shows that goods totaling $212,544.35 – under the heading "To Standard Register" - were received by Debtors' facilities within the 20 day period.

10.     The list shows that goods totaling $97,795.21 – under the heading "To Customer" - were received by Debtors' designees within the 20 day period.

11.     The shipping date for each order is designated under the heading "Ship Date".

12.     The Envelope Printery was not responsible to ship or deliver orders for goods from Debtors.

13.     Every order of Debtors was shipped by using a shipping carrier selected by Debtors or Debtors' designees.

14.     The Envelope Printery had no further obligation to perform after delivery of the goods to the shipping carrier selected by Debtors or Debtors' designees.

15.    I declare under penalty of perjury that the foregoing information is true and correct to the best of my knowledge, information and belief.


/s/ Roger Vogel
Roger Vogel

| Customer # | Customer Name | Document # | Document Date | Subtotal | Freight | Total | TO STANDARD REGISTER | TO CUSTOMER | SHIP DATE |
|---|---|---|---|---|---|---|---|---|---|
| 06826 | STANDARD REGISTER | IN078591 | 2/20/2015 | 375.38 | | 375.38 | 375.38 | | 2/20/2015 |
| 06826 | STANDARD REGISTER | IN078592 | 2/20/2015 | 250.25 | | 250.25 | 250.25 | | 2/20/2015 |
| 06826 | STANDARD REGISTER | IN078629 | 2/23/2015 | 694.98 | 89.06 | 784.04 | 784.04 | | 2/23/2015 |
| 06826 | STANDARD REGISTER | IN078644 | 2/23/2015 | 896.00 | 60.86 | 956.86 | 956.86 | | 2/23/2015 |
| 06826 | STANDARD REGISTER | IN078647 | 2/23/2015 | 378.00 | | 378.00 | | 378.00 | 2/23/2015 |
| 06826 | STANDARD REGISTER | IN078649 | 2/23/2015 | 418.00 | 35.48 | 453.48 | | 453.48 | 2/23/2015 |
| 06826 | STANDARD REGISTER | IN078670 | 2/24/2015 | 6,829.20 | | 6,829.20 | | 6,829.20 | 2/24/2015 |
| 06826 | STANDARD REGISTER | IN078673 | 2/24/2015 | 2,455.20 | | 2,455.20 | 2,455.20 | | 2/24/2015 |
| 06826 | STANDARD REGISTER | IN078686 | 2/24/2015 | 228.00 | | 228.00 | | 228.00 | 2/24/2015 |
| 06826 | STANDARD REGISTER | IN078687 | 2/24/2015 | 228.00 | | 228.00 | | 228.00 | 2/24/2015 |
| 06826 | STANDARD REGISTER | IN078693 | 2/24/2015 | 235.95 | 45.05 | 281.00 | | 281.00 | 2/24/2015 |
| 06826 | STANDARD REGISTER | IN078694 | 2/24/2015 | 254.00 | | 254.00 | | 254.00 | 2/24/2015 |
| 06826 | STANDARD REGISTER | IN078708 | 2/24/2015 | 319.70 | | 319.70 | | 319.70 | 2/25/2015 |
| 06826 | STANDARD REGISTER | IN078738 | 2/25/2015 | 200.00 | | 200.00 | | 200.00 | 2/25/2015 |
| 06826 | STANDARD REGISTER | IN078755 | 2/26/2015 | 129.20 | | 129.20 | 129.20 | | 2/26/2015 |
| 06826 | STANDARD REGISTER | IN078756 | 2/26/2015 | 2,713.20 | | 2,713.20 | 2,713.20 | | 2/26/2015 |
| 06826 | STANDARD REGISTER | IN078757 | 2/26/2015 | 11,369.60 | | 11,369.60 | 11,369.60 | | 2/26/2015 |
| 06826 | STANDARD REGISTER | IN078775 | 2/26/2015 | 356.40 | 107.72 | 464.12 | 464.12 | | 2/26/2015 |
| 06826 | STANDARD REGISTER | IN078776 | 2/26/2015 | 298.00 | | 298.00 | | 298.00 | 2/26/2015 |
| 06826 | STANDARD REGISTER | IN078777 | 2/26/2015 | 346.00 | 10.90 | 356.90 | | 356.90 | 2/26/2015 |
| 06826 | STANDARD REGISTER | IN078786 | 2/27/2015 | 7,443.14 | | 7,443.14 | 7,443.14 | | 2/27/2015 |
| 06826 | STANDARD REGISTER | IN078791 | 2/27/2015 | 1,890.19 | 7.62 | 1,897.81 | 952.81 | | 2/27/2015 |
| 06826 | STANDARD REGISTER | IN078791 | 2/27/2015 | | | | 945.00 | | 2/27/2015 |
| 06826 | STANDARD REGISTER | IN078797 | 2/27/2015 | 955.50 | 16.66 | 972.16 | 972.16 | | 2/27/2015 |
| 06826 | STANDARD REGISTER | IN078830 | 3/2/2015 | 108.00 | | 108.00 | | 108.00 | 3/2/2015 |
| 06826 | STANDARD REGISTER | IN078839 | 3/2/2015 | 1,183.20 | 67.14 | 1,250.34 | 1,250.34 | | 3/2/2015 |
| 06826 | STANDARD REGISTER | IN078847 | 3/2/2015 | 500.00 | 12.02 | 512.02 | | 512.02 | 3/2/2015 |
| 06826 | STANDARD REGISTER | IN078853 | 3/2/2015 | 493.80 | 76.36 | 570.16 | | 570.16 | 3/2/2015 |
| 06826 | STANDARD REGISTER | IN078883 | 3/3/2015 | 2,163.04 | | 2,163.04 | 2,163.04 | | 3/3/2015 |
| 06826 | STANDARD REGISTER | IN078891 | 3/3/2015 | 106.00 | 11.55 | 117.55 | | 117.55 | 3/3/2015 |
| 06826 | STANDARD REGISTER | IN078903 | 3/3/2015 | 415.00 | 131.90 | 546.90 | 546.90 | | 3/3/2015 |
| 06826 | STANDARD REGISTER | IN078925 | 3/4/2015 | 276.00 | | 276.00 | | 276.00 | 3/4/2015 |
| 06826 | STANDARD REGISTER | IN078937 | 3/5/2015 | 4,066.00 | 117.27 | 4,183.27 | 1,080.27 | | 3/4/2015 |
| 06826 | STANDARD REGISTER | IN078937 | 3/5/2015 | | | | 3,103.00 | | 3/5/2015 |
| 06826 | STANDARD REGISTER | IN078953 | 3/5/2015 | 11,776.60 | | 11,776.60 | | 11,776.60 | 3/5/2015 |
| 06826 | STANDARD REGISTER | IN078960 | 3/5/2015 | 915.75 | | 915.75 | 915.75 | | 3/5/2015 |
| 06826 | STANDARD REGISTER | IN078962 | 3/5/2015 | 2,032.25 | | 2,032.25 | 2,032.25 | | 3/5/2015 |
| 06826 | STANDARD REGISTER | IN078966 | 3/5/2015 | 458.23 | 71.42 | 529.65 | 529.65 | | 3/5/2015 |
| 06826 | STANDARD REGISTER | IN078993 | 3/6/2015 | 2,386.89 | 84.04 | 2,470.93 | 2,470.93 | | 3/6/2015 |
| 06826 | STANDARD REGISTER | IN078994 | 3/6/2015 | 734.80 | 96.88 | 831.68 | | 831.68 | 3/6/2015 |
| 06826 | STANDARD REGISTER | IN079039 | 3/9/2015 | 526.25 | 127.60 | 653.85 | | 653.85 | 3/9/2015 |
| 06828 | STANDARD REGISTER | IN079092 | 3/13/2015 | 2,023.79 | | 2,023.79 | | 2,023.79 | 3/11/2015 |
| 06828 | STANDARD REGISTER | IN079093 | 3/13/2015 | 2,216.50 | | 2,216.50 | 2,216.50 | | 3/11/2015 |
| 10449 | STANDARD REGISTER | IN00000895 | 2/19/2015 | 801.81 | | 801.81 | 78.01 | | 2/25/2015 |
| 10449 | STANDARD REGISTER | IN00000895 | 2/19/2015 | | | | 137.87 | | 2/27/2015 |
| 10449 | STANDARD REGISTER | IN00000895 | 2/19/2015 | | | | 145.12 | | 3/2/2015 |
| 10449 | STANDARD REGISTER | IN00000895 | 2/19/2015 | | | | 145.12 | | 3/4/2015 |
| 10449 | STANDARD REGISTER | IN00000895 | 2/19/2015 | | | | 295.69 | | 3/6/2015 |

| Customer # | Customer Name | Document # | Document Date | Subtotal | Freight | Total | TO STANDARD REGISTER | TO CUSTOMER | SHIP DATE |
|---|---|---|---|---|---|---|---|---|---|
| 10449 | STANDARD REGISTER | INO78614 | 2/23/2015 | 2,658.43 | | 2,658.43 | | 2,658.43 | 2/26/2015 |
| 10449 | STANDARD REGISTER | INO78618 | 2/23/2015 | 1,572.90 | | 1,572.90 | 1,572.90 | | 2/23/2015 |
| 10449 | STANDARD REGISTER | INO78623 | 2/23/2015 | 1,302.40 | 840.70 | 2,143.10 | | 2,143.10 | 2/23/2015 |
| 10449 | STANDARD REGISTER | INO78625 | 2/23/2015 | 294.80 | 32.44 | 327.24 | | 327.24 | 2/23/2015 |
| 10449 | STANDARD REGISTER | INO78626 | 2/23/2015 | 659.10 | 99.71 | 758.81 | | 758.81 | 2/23/2015 |
| 10449 | STANDARD REGISTER | INO78637 | 2/23/2015 | 574.00 | | 574.00 | | 574.00 | 2/23/2015 |
| 10449 | STANDARD REGISTER | INO78646 | 2/23/2015 | 1,309.76 | 34.14 | 1,343.90 | | 1,343.90 | 2/23/2015 |
| 10449 | STANDARD REGISTER | INO78679 | 2/24/2015 | 1,180.00 | | 1,180.00 | | 1,180.00 | 2/24/2015 |
| 10449 | STANDARD REGISTER | INO78690 | 2/24/2015 | 382.80 | 106.56 | 489.36 | 373.36 | 116.00 | 2/24/2015 |
| 10449 | STANDARD REGISTER | INO78706 | 2/25/2015 | 2,388.00 | | 2,388.00 | 2,388.00 | | 2/25/2015 |
| 10449 | STANDARD REGISTER | INO78711 | 2/25/2015 | 2,776.13 | | 2,776.13 | 2,776.13 | | 2/25/2015 |
| 10449 | STANDARD REGISTER | INO78722 | 2/25/2015 | 1,384.00 | | 1,384.00 | 1,384.00 | | 2/25/2015 |
| 10449 | STANDARD REGISTER | INO78709 | 2/26/2015 | 1,744.35 | 263.46 | 2,007.81 | | 152.54 | 2/20/2015 |
| 10449 | STANDARD REGISTER | INO78709 | 2/26/2015 | | | | | 39.43 | 2/20/2015 |
| 10449 | STANDARD REGISTER | INO78709 | 2/26/2015 | | | | | 49.91 | 2/20/2015 |
| 10449 | STANDARD REGISTER | INO78709 | 2/26/2015 | | | | | 64.83 | 2/20/2015 |
| 10449 | STANDARD REGISTER | INO78709 | 2/26/2015 | | | | | 98.17 | 2/20/2015 |
| 10449 | STANDARD REGISTER | INO78709 | 2/26/2015 | | | | | 137.12 | 2/20/2015 |
| 10449 | STANDARD REGISTER | INO78709 | 2/26/2015 | | | | | 82.65 | 2/20/2015 |
| 10449 | STANDARD REGISTER | INO78709 | 2/26/2015 | | | | | 60.56 | 2/20/2015 |
| 10449 | STANDARD REGISTER | INO78709 | 2/26/2015 | | | | | 45.03 | 2/20/2015 |
| 10449 | STANDARD REGISTER | INO78709 | 2/26/2015 | | | | | 41.98 | 2/20/2015 |
| 10449 | STANDARD REGISTER | INO78709 | 2/26/2015 | | | | | 80.44 | 2/20/2015 |
| 10449 | STANDARD REGISTER | INO78709 | 2/26/2015 | | | | | 446.58 | 2/20/2015 |
| 10449 | STANDARD REGISTER | INO78709 | 2/26/2015 | | | | | 95.08 | 2/20/2015 |
| 10449 | STANDARD REGISTER | INO78709 | 2/26/2015 | | | | | 256.28 | 2/23/2015 |
| 10449 | STANDARD REGISTER | INO78709 | 2/26/2015 | | | | | 74.27 | 2/23/2015 |
| 10449 | STANDARD REGISTER | INO78709 | 2/26/2015 | | | | | 47.58 | 2/23/2015 |
| 10449 | STANDARD REGISTER | INO78709 | 2/26/2015 | | | | | 43.62 | 2/23/2015 |
| 10449 | STANDARD REGISTER | INO78709 | 2/26/2015 | | | | | 191.74 | 2/23/2015 |
| 10449 | STANDARD REGISTER | INO78752 | 2/26/2015 | 1,906.10 | | 1,906.10 | 1,906.10 | | 2/26/2015 |
| 10449 | STANDARD REGISTER | INO78768 | 2/26/2015 | 458.70 | 35.48 | 494.18 | | 494.18 | 2/26/2015 |
| 10449 | STANDARD REGISTER | INO78771 | 2/26/2015 | 2,457.00 | | 2,457.00 | 2,457.00 | | 2/26/2015 |
| 10449 | STANDARD REGISTER | INO78774 | 2/26/2015 | 464.75 | 28.56 | 493.31 | | 493.31 | 2/26/2015 |
| 10449 | STANDARD REGISTER | INO78795 | 2/27/2015 | 11,473.00 | | 11,473.00 | | 11,473.00 | 2/27/2015 |
| 10449 | STANDARD REGISTER | INO78796 | 2/27/2015 | 4,231.15 | 57.71 | 4,288.86 | 4,288.86 | | 2/27/2015 |
| 10449 | STANDARD REGISTER | INO78799 | 2/27/2015 | 924.00 | 278.00 | 1,202.00 | | 1,202.00 | 2/27/2015 |
| 10449 | STANDARD REGISTER | INO78801 | 2/27/2015 | 2,534.40 | 294.60 | 2,829.00 | 2,829.00 | | 2/27/2015 |
| 10449 | STANDARD REGISTER | INO78807 | 2/27/2015 | 312.40 | 121.88 | 434.28 | 434.28 | | 2/27/2015 |
| 10449 | STANDARD REGISTER | INO78810 | 2/27/2015 | 910.80 | 86.23 | 997.03 | | 997.03 | 2/27/2015 |
| 10449 | STANDARD REGISTER | INO78870 | 2/28/2015 | 7,861.71 | 994.81 | 8,856.52 | 1,503.50 | | 2/23/2015 |
| 10449 | STANDARD REGISTER | INO78870 | 2/28/2015 | | | | 484.87 | | 2/25/2015 |
| 10449 | STANDARD REGISTER | INO78870 | 2/28/2015 | | | | 497.04 | | 2/25/2015 |
| 10449 | STANDARD REGISTER | INO78870 | 2/28/2015 | | | | 62.93 | | 2/25/2015 |
| 10449 | STANDARD REGISTER | INO78870 | 2/28/2015 | | | | 186.00 | | 2/25/2015 |
| 10449 | STANDARD REGISTER | INO78870 | 2/28/2015 | | | | 418.83 | | 2/26/2015 |
| 10449 | STANDARD REGISTER | INO78870 | 2/28/2015 | | | | | 148.00 | 2/20/2015 |
| 10449 | STANDARD REGISTER | INO78870 | 2/28/2015 | | | | | 138.00 | 2/20/2015 |

| Customer # | Customer Name | Document # | Document Date | Subtotal | Freight | Total | TO STANDARD REGISTER | TO CUSTOMER | SHIP DATE |
|---|---|---|---|---|---|---|---|---|---|
| 10449 | STANDARD REGISTER | IN078870 | 2/28/2015 | | | | | 206.10 | 2/23/2015 |
| 10449 | STANDARD REGISTER | IN078870 | 2/28/2015 | | | | | 51.07 | 2/23/2015 |
| 10449 | STANDARD REGISTER | IN078870 | 2/28/2015 | | | | | 163.78 | 2/23/2015 |
| 10449 | STANDARD REGISTER | IN078870 | 2/28/2015 | | | | | 107.50 | 2/23/2015 |
| 10449 | STANDARD REGISTER | IN078870 | 2/28/2015 | | | | | 45.08 | 2/23/2015 |
| 10449 | STANDARD REGISTER | IN078870 | 2/28/2015 | | | | | 99.68 | 2/23/2015 |
| 10449 | STANDARD REGISTER | IN078870 | 2/28/2015 | | | | | 15.33 | 2/23/2015 |
| 10449 | STANDARD REGISTER | IN078870 | 2/28/2015 | | | | | 38.34 | 2/23/2015 |
| 10449 | STANDARD REGISTER | IN078870 | 2/28/2015 | | | | | 212.29 | 2/24/2015 |
| 10449 | STANDARD REGISTER | IN078870 | 2/28/2015 | | | | | 50.98 | 2/24/2015 |
| 10449 | STANDARD REGISTER | IN078870 | 2/28/2015 | | | | | 308.19 | 2/24/2015 |
| 10449 | STANDARD REGISTER | IN078870 | 2/28/2015 | | | | | 82.00 | 2/24/2015 |
| 10449 | STANDARD REGISTER | IN078870 | 2/28/2015 | | | | | 79.67 | 2/24/2015 |
| 10449 | STANDARD REGISTER | IN078870 | 2/28/2015 | | | | | 153.53 | 2/24/2015 |
| 10449 | STANDARD REGISTER | IN078870 | 2/28/2015 | | | | | 121.63 | 2/24/2015 |
| 10449 | STANDARD REGISTER | IN078870 | 2/28/2015 | | | | | 37.88 | 2/24/2015 |
| 10449 | STANDARD REGISTER | IN078870 | 2/28/2015 | | | | | 74.21 | 2/25/2015 |
| 10449 | STANDARD REGISTER | IN078870 | 2/28/2015 | | | | | 124.26 | 2/25/2015 |
| 10449 | STANDARD REGISTER | IN078870 | 2/28/2015 | | | | | 147.38 | 2/25/2015 |
| 10449 | STANDARD REGISTER | IN078870 | 2/28/2015 | | | | | 283.63 | 2/25/2015 |
| 10449 | STANDARD REGISTER | IN078870 | 2/28/2015 | | | | | 148.21 | 2/25/2015 |
| 10449 | STANDARD REGISTER | IN078870 | 2/28/2015 | | | | | 69.33 | 2/26/2015 |
| 10449 | STANDARD REGISTER | IN078870 | 2/28/2015 | | | | | 39.43 | 2/26/2015 |
| 10449 | STANDARD REGISTER | IN078870 | 2/28/2015 | | | | | 80.31 | 2/26/2015 |
| 10449 | STANDARD REGISTER | IN078870 | 2/28/2015 | | | | | 117.00 | 2/26/2015 |
| 10449 | STANDARD REGISTER | IN078870 | 2/28/2015 | | | | | 263.29 | 2/26/2015 |
| 10449 | STANDARD REGISTER | IN078870 | 2/28/2015 | | | | | 832.20 | 2/26/2015 |
| 10449 | STANDARD REGISTER | IN078870 | 2/28/2015 | | | | | 115.73 | 2/27/2015 |
| 10449 | STANDARD REGISTER | IN078870 | 2/28/2015 | | | | | 938.74 | 3/2/2015 |
| 10449 | STANDARD REGISTER | IN078870 | 2/28/2015 | | | | | 74.27 | 3/2/2015 |
| 10449 | STANDARD REGISTER | IN078870 | 2/28/2015 | | | | | 35.98 | 3/2/2015 |
| 10449 | STANDARD REGISTER | IN078870 | 2/28/2015 | | | | | 38.86 | 3/2/2015 |
| 10449 | STANDARD REGISTER | IN078870 | 2/28/2015 | | | | | 45.03 | 3/3/2015 |
| 10449 | STANDARD REGISTER | IN078870 | 2/28/2015 | | | | | 148.75 | 3/3/2015 |
| 10449 | STANDARD REGISTER | IN078870 | 2/28/2015 | | | | | 77.69 | 3/3/2015 |
| 10449 | STANDARD REGISTER | IN00000902 | 3/2/2015 | 4,202.55 | | 4,202.55 | 4,202.55 | | 3/2/2015 |
| 10449 | STANDARD REGISTER | IN078844 | 3/2/2015 | 229.60 | 19.32 | 248.92 | | 248.92 | 3/2/2015 |
| 10449 | STANDARD REGISTER | IN078848 | 3/2/2015 | 229.60 | 17.74 | 247.34 | | 247.34 | 3/2/2015 |
| 10449 | STANDARD REGISTER | IN078849 | 3/2/2015 | 212.73 | 21.15 | 233.88 | | 233.88 | 3/2/2015 |
| 10449 | STANDARD REGISTER | IN078851 | 3/2/2015 | 724.50 | 241.60 | 966.10 | | 966.10 | 3/2/2015 |
| 10449 | STANDARD REGISTER | IN078852 | 3/3/2015 | 1,749.00 | 209.99 | 1,958.99 | | 1,958.99 | 3/2/2015 |
| 10449 | STANDARD REGISTER | IN00000904 | 3/3/2015 | 966.55 | 51.43 | 1,017.98 | 1,017.98 | | 3/3/2015 |
| 10449 | STANDARD REGISTER | IN078892 | 3/3/2015 | 875.60 | | 875.60 | | 875.60 | 3/3/2015 |
| 10449 | STANDARD REGISTER | IN078902 | 3/3/2015 | 4,724.50 | 307.85 | 5,032.35 | 4,423.85 | 608.50 | 3/10/2015 |
| 10449 | STANDARD REGISTER | IN00000905 | 3/4/2015 | 462.50 | 27.48 | 489.98 | | 489.98 | 3/3/2015 |
| 10449 | STANDARD REGISTER | IN078909 | 3/4/2015 | 3,239.25 | | 3,239.25 | 3,239.25 | | 3/4/2015 |
| 10449 | STANDARD REGISTER | IN078920 | 3/4/2015 | 1,170.40 | 66.12 | 1,236.52 | 484.12 | 752.40 | 3/4/2015 |
| 10449 | STANDARD REGISTER | IN078949 | 3/5/2015 | 2,461.25 | | 2,461.25 | | 2,461.25 | 3/5/2015 |

| Customer # | Customer Name | Document # | Document Date | Subtotal | Freight | Total | TO STANDARD REGISTER | TO CUSTOMER | SHIP DATE |
|---|---|---|---|---|---|---|---|---|---|
| 10449 | STANDARD REGISTER | IN078964 | 3/5/2015 | 482.90 | 54.88 | 537.78 | | 537.78 | 3/5/2015 |
| 10449 | STANDARD REGISTER | IN078967 | 3/5/2015 | 1,230.24 | | 1,230.24 | | 1,230.24 | 3/5/2015 |
| 10449 | STANDARD REGISTER | IN078999 | 3/6/2015 | 3,982.00 | | 3,982.00 | 3,982.00 | | 3/6/2015 |
| 10449 | STANDARD REGISTER | IN079025 | 3/9/2015 | 940.50 | | 940.50 | 940.50 | | 3/9/2015 |
| 10449 | STANDARD REGISTER | IN079026 | 3/9/2015 | 16,214.00 | | 16,214.00 | 16,214.00 | | 3/9/2015 |
| 10449 | STANDARD REGISTER | IN079028 | 3/9/2015 | 8,107.00 | | 8,107.00 | 8,107.00 | | 3/9/2010 |
| 10449 | STANDARD REGISTER | IN079036 | 3/9/2015 | 481.80 | 81.04 | 562.84 | 562.84 | | 3/9/2015 |
| 10449 | STANDARD REGISTER | IN079040 | 3/9/2015 | 2,438.70 | | 2,438.70 | 2,438.70 | | 3/9/2015 |
| 10449 | STANDARD REGISTER | IN079043 | 3/9/2015 | 329.86 | 47.73 | 377.59 | | 377.59 | 3/9/2015 |
| 10449 | STANDARD REGISTER | IN079044 | 3/9/2015 | 983.40 | 89.37 | 1,072.77 | 1,072.77 | | 3/9/2015 |
| 10449 | STANDARD REGISTER | IN079049 | 3/13/2015 | 1,095.60 | | 1,095.60 | 1,095.60 | | 3/4/2015 |
| | | | | 22,396.64 | 5,227.71 | 27,624.35 | | | |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | 1,042.14 | | 2/27/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | 53.66 | | 2/24/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 840.84 | 2/25/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 85.46 | 2/23/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 73.57 | 2/26/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 45.08 | 2/26/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 307.04 | 2/26/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 344.96 | 3/3/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 163.90 | 3/3/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 336.40 | 2/27/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 39.03 | 2/27/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 70.31 | 3/2/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 54.76 | 3/2/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 710.65 | 2/27/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 2/26/2015 | | | | | 350.87 | 3/3/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 195.75 | 3/2/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 185.88 | 3/2/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | 419.42 | | 3/5/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | 799.65 | | 3/2/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | 827.15 | | 3/2/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 41.98 | 3/3/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 123.33 | 3/3/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 123.33 | 3/3/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | 693.85 | | 2/27/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 65.71 | 3/3/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 144.58 | 3/3/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 45.23 | 3/3/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 147.36 | 3/3/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | 642.11 | | 3/3/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 199.65 | 3/3/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 121.62 | 3/4/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 47.79 | 3/2/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 39.03 | 3/4/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 90.75 | 3/4/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 176.20 | 3/4/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 59.77 | 2/27/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 49.03 | 3/6/2015 |

| Customer # | Customer Name | Document # | Document Date | Subtotal | Freight | Total | TO STANDARD REGISTER | TO CUSTOMER | SHIP DATE |
|---|---|---|---|---|---|---|---|---|---|
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 86.17 | 3/6/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 102.05 | 3/4/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 162.47 | 3/2/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 206.24 | 3/7/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 169.50 | 3/5/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 2/26/2015 | | | | 351.03 | | 3/6/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 68.92 | 3/5/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 231.14 | 3/11/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 38.86 | 3/6/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 340.87 | 3/6/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 80.31 | 3/6/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 1,550.25 | 3/4/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 45.13 | 3/6/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 98.79 | 3/6/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 2/26/2015 | | | | 150.00 | | 3/2/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | 5,346.00 | 80.31 | 3/6/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 244.89 | 3/6/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 269.16 | 3/9/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 40.07 | 3/10/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 209.50 | 3/5/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 256.56 | 3/5/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 82.61 | 3/6/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 54.29 | 3/5/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 43.51 | 3/5/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 138.54 | 3/6/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | 150.00 | | 3/5/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | 944.36 | | 3/2/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 47.29 | 3/6/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 42.59 | 3/10/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 342.24 | 3/10/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 322.56 | 3/10/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 50.09 | 3/6/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 52.49 | 3/11/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 38.75 | 3/11/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 93.68 | 3/9/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 19.36 | 3/5/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 360.19 | 3/6/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 102.47 | 3/2/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 1,646.76 | 3/5/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 236.43 | 3/5/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 472.52 | 3/9/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 281.35 | 3/6/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 53.80 | 3/6/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 176.77 | 3/5/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | 178.75 | 73.97 | 3/2/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 105.29 | 3/9/2015 |

| Customer # | Customer Name | Document # | Document Date | Subtotal | Freight | Total | TO STANDARD REGISTER | TO CUSTOMER | SHIP DATE |
|---|---|---|---|---|---|---|---|---|---|
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 631.60 | 3/6/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 130.77 | 3/9/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | 826.77 | | 3/4/2015 |
| 10449 | STANDARD REGISTER | IN079050 | 3/13/2015 | | | | | 38.49 | 3/5/2015 |
| 10449 | STANDARD REGISTER | IN079077 | 3/13/2015 | 1,535.60 | | 1,535.60 | 1,465.80 | 69.80 | 3/10/2015 |
| 10449 | STANDARD REGISTER | IN079081 | 3/13/2015 | 546.92 | 74.07 | 620.99 | | 620.99 | 3/5/2015 |
| 10449 | STANDARD REGISTER | IN079115 | 3/13/2015 | 1,205.88 | 87.77 | 1,293.65 | | 1,293.65 | 3/5/2015 |
| 10449 | STANDARD REGISTER | IN079127 | 3/13/2015 | 270.88 | 25.14 | 296.02 | | 296.02 | 3/10/2015 |
| 10449 | STANDARD REGISTER | IN079142 | 3/13/2015 | 4,613.40 | | 4,613.40 | 4,613.40 | | 3/4/2015 |
| 10449 | STANDARD REGISTER | IN079143 | 3/13/2015 | 276.00 | 15.02 | 291.02 | | 291.02 | 3/6/2015 |
| 10449 | STANDARD REGISTER | IN079144 | 3/13/2015 | 370.70 | 28.33 | 399.03 | | 399.03 | 3/9/2015 |
| 10449 | STANDARD REGISTER | IN079201 | 3/13/2015 | 1,636.80 | 188.99 | 1,825.79 | 1,825.79 | | 3/10/2015 |
| 10449 | STANDARD REGISTER | IN079206 | 3/13/2015 | 1,595.00 | 898.16 | 2,493.16 | | 2,493.16 | 3/6/2015 |
| 10449 | STANDARD REGISTER | IN079207 | 3/13/2015 | 422.50 | 18.91 | 441.41 | | 441.41 | 3/9/2015 |
| 10449 | STANDARD REGISTER | IN079209 | 3/13/2015 | 1,393.00 | 199.78 | 1,592.78 | 1,592.78 | | 3/10/2015 |
| 10449 | STANDARD REGISTER | IN079252 | 3/16/2015 | 398.00 | 109.60 | 507.60 | | 507.60 | 3/5/2015 |
| 10449 | STANDARD REGISTER | IN079257 | 3/16/2015 | 398.00 | | 398.00 | | 398.00 | 3/6/2015 |
| 10449 | STANDARD REGISTER | IN079272 | 3/18/2015 | 3,493.95 | 642.89 | 4,136.84 | 1,396.96 | | 3/6/2015 |
| 10449 | STANDARD REGISTER | IN079272 | 3/18/2015 | | | | 294.74 | | 3/6/2015 |
| 10449 | STANDARD REGISTER | IN079272 | 3/18/2015 | | | | | 67.84 | 3/9/2015 |
| 10449 | STANDARD REGISTER | IN079272 | 3/18/2015 | | | | | 67.84 | 3/9/2015 |
| 10449 | STANDARD REGISTER | IN079272 | 3/18/2015 | | | | | 108.90 | 3/9/2015 |
| 10449 | STANDARD REGISTER | IN079272 | 3/18/2015 | | | | | 175.75 | 3/9/2015 |
| 10449 | STANDARD REGISTER | IN079272 | 3/18/2015 | | | | | 44.39 | 3/9/2015 |
| 10449 | STANDARD REGISTER | IN079272 | 3/18/2015 | | | | | 119.42 | 3/10/2015 |
| 10449 | STANDARD REGISTER | IN079272 | 3/18/2015 | | | | | 45.12 | 3/10/2015 |
| 10449 | STANDARD REGISTER | IN079272 | 3/18/2015 | | | | | 115.05 | 3/10/2015 |
| 10449 | STANDARD REGISTER | IN079272 | 3/18/2015 | | | | | 294.20 | 3/10/2015 |
| 10449 | STANDARD REGISTER | IN079272 | 3/18/2015 | | | | | 191.06 | 3/10/2015 |
| 10449 | STANDARD REGISTER | IN079272 | 3/18/2015 | | | | | 160.29 | 3/10/2015 |
| 10449 | STANDARD REGISTER | IN079272 | 3/18/2015 | | | | | 96.45 | 3/10/2015 |
| 10449 | STANDARD REGISTER | IN079272 | 3/18/2015 | | | | | 141.19 | 3/11/2015 |
| 10449 | STANDARD REGISTER | IN079272 | 3/18/2015 | | | | | 130.61 | 3/11/2015 |
| 10449 | STANDARD REGISTER | IN079272 | 3/18/2015 | | | | | 157.32 | 3/11/2015 |
| 10449 | STANDARD REGISTER | IN079272 | 3/18/2015 | | | | | 172.09 | 3/11/2015 |
| 10449 | STANDARD REGISTER | IN079272 | 3/18/2015 | | | | | 194.58 | 3/11/2015 |
| 10449 | STANDARD REGISTER | IN079272 | 3/18/2015 | | | | | 163.04 | 3/11/2015 |
| 10449 | STANDARD REGISTER | IN079340 | 3/19/2015 | 74,847.90 | | 74,847.90 | 3,091.70 | | Various 2/25-3/11 |
| 10449 | STANDARD REGISTER | IN079340 | 3/19/2015 | | | | 31,779.80 | | 2/25/2015 |
| 10449 | STANDARD REGISTER | IN079340 | 3/19/2015 | | | | 5,464.40 | | 2/27/2015 |
| 10449 | STANDARD REGISTER | IN079340 | 3/19/2015 | | | | 5,752.00 | | 3/2/2015 |
| 10449 | STANDARD REGISTER | IN079340 | 3/19/2015 | | | | 5,752.00 | | 3/4/2015 |
| 10449 | STANDARD REGISTER | IN079340 | 3/19/2015 | | | | 14,380.00 | | 3/6/2015 |
| 10449 | STANDARD REGISTER | IN079340 | 3/19/2015 | | | | 8,628.00 | | 3/11/2015 |
| | | | | 297,143.68 | 13,195.88 | 310,339.56 | 212,544.35 | 97,795.21 | |