
# DESIGNTYPE
## delivers.

**September 2, 2015**

FILED

2015 SEP -4  AM 10: 19

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**To:** US Bankruptcy Court for the District of Delaware

    824 Market Street, 3rd Floor

    Wilmington, DE 19801

    AND

YOUNG CONAWAY STARGATT & TAYLOR, LLP
/s/ Andrew L. Magaziner
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Maris J. Kandestin (No. 5294)
Andrew L. Magaziner (No. 5426)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
-and-
GIBSON, DUNN & CRUTCHER LLP
Michael A. Rosenthal (NY No. 4697561)
Jeremy L. Graves (CO No. 45522)
Matthew G. Bouslog (CA No. 280978)
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

**Re:** United States Bankruptcy Court for the District of Delaware

    Case # 15-10541 (BLS), Notice of Debtors' First (1st) Omnibus (Substantive) Objection to claims (Drop-Ship Administrative Priority Claims) Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1

**From:** Design Type, Inc. Sheryl J. McHugh, President / Claim # 87 Schedule 114185

**1670 Spectrum Drive**
**Lawrenceville, GA 30043**
www.designtype.com



Response from Design Type Claim # 87 to document notifying claimants to determine whether or not we are affected by the notification in above mentioned Objection. Since there is no clearly stated place as to how or where to find said information, we have gathered documentation to protect our rights as a claimant. Attached are all documents supporting verifiability of Purchase Orders which were fulfilled.

I am representing Design Type since the financial alternative of legal counsel is unavailable. I did however speak with Liz Jefferson representing Young, Conaway, Stargatt and Taylor on 9/1/15, whereby she stated that Design Type is not affected by the Objection. If that is indeed factual, then disregard. Attached documentation will assist in settlement of claim as needed.

Our firm, Design Type, Inc. is a small, woman-owned business dating back to 1983. Many other affected Atlanta, GA area firms have been forced to close their doors due non-payment from Standard Register and Chapter 11 bankruptcy. We have continued to serve through this transition trusting that our claim will be settled very soon, and have managed to work through with difficulty.

We accepted pre-petition Purchase Orders in good faith, and have filed Claim # 87, Schedule 114185 in further good faith that we will be made whole as agreed. We continue to accept Purchase Orders and fulfill orders post-petition and have been receiving payment.

Vendors such as ours have had a longstanding relationship with Standard Register and Workflow One prior to Chapter 11 filings on March 12, 2015. If our legal rights are affected in direct relation to this objection, we request that the court review our claim and authorize remittance in the amount of $ 22,514.30 as stated on Schedule 114185 immediately.

Respectfully submitted,

*Sheryl J. McHugh*

Sheryl J. McHugh

for Design Type, Inc.

1670 Spectrum Drive
Lawrenceville, GA 30043
www.designtype.com