07/15/15

**Design Type Inc**
**Customer Open Balance**

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Inv Date | | Num | | Memo | | Ship Date | | Open Balance | | Delivered to | | Tracking # |
| 2 | | | | | | | | | | | | | |
| 3 | 01/14/2015 | | 133812 | | SERVICE EXCEL CARD  LARGE | | 01/12/2015 | | 1,010.40 | | Customer | | 1ZY6907603543339829 |
| 4 | 01/22/2015 | | 133859 | | NOLAND HEALTH - LETTERHEAD AND ENVELOPES | | 01/20/2015 | | 257.13 | | Customer | | 1ZY6907603352785001 |
| 5 | 01/22/2015 | | 133894 | | INFUSION ENVELOPES - ROPER | | 01/20/2015 | | 96.06 | | Customer | | 1ZY6907603353269782 |
| 6 | 01/22/2015 | | 133840 | | NOLAND HEALTH - OAKS ON PARKWOOD LETTERHEAD AN | | 01/20/2015 | | 359.20 | | Customer | | 1ZY6907603353144399 |
| 7 | 01/22/2015 | | 133837 | | GRADY POCKET FOLDERS | | 01/20/2015 | | 1,740.23 | | S/R | | SEE ATTACHED COURIER |
| 8 | 01/23/2015 | | 133881 | | AXIALL INTERSECTION EMPLOYEE SPOTLIGHT | | 01/20/2015 | | 54.46 | | Customer | | 1ZY6907603352791610 |
| 9 | 01/26/2015 | | 133868 | | CHS CRIB CARD BOY | | 01/22/2015 | | 490.94 | | Customer | | 1ZY6907603353457202 |
| 10 | 01/26/2015 | | 133867 | | CHS CRIB CARD GIRL | | 01/22/2015 | | 490.94 | | Customer | | 1ZY6907603352496592 |
| 11 | 01/26/2015 | | 133882 | | NOLAND HEALTH - OAKS ON PARKWOOD ENVELOPES | | 01/22/2015 | | 111.09 | | Customer | | 1ZY6907603353183543 |
| 12 | 01/26/2015 | | 133858 | | NOLAND HEALTH - LETTERHEAD AND ENVELOPES | | 01/23/2015 | | 719.85 | | Customer | | 1ZY6907603354959641 |
| 13 | 01/26/2015 | | 133907 | | EQUIFAX/NIADA | | 01/22/2015 | | 838.26 | | Customer | | 1ZY6907603352117278 |
| 14 | 01/26/2015 | | 133892 | | THANK YOU ENVELOPES - CAROLINA HEALTHCARE | | 01/23/2015 | | 1,721.04 | | Customer | | 1ZY6907603547502059 |
| 15 | 01/26/2015 | | 133880 | | SPAULDING LETTERHEAD | | 01/22/2015 | | 470.39 | | Customer | | 1ZY6907603353818938 |
| 16 | 01/26/2015 | | 133883 | | WAYNE FARMS BUSINESS CARD FOR GONZALEZ | | 01/22/2015 | | 41.18 | | Customer | | 1ZY6907603354783812 |
| 17 | 01/28/2015 | | 133895 | | NOLAND CORPORATE BUSINESS CARDS - CHERYL NEWT | | 01/27/2015 | | 48.80 | | Customer | | 1ZY6907603352967234 |
| 18 | 01/28/2015 | | 133924 | | WAYNE FARMS BUSINESS CARDS FOR JASON WILSON | | 01/26/2015 | | 41.80 | | Customer | | 1ZY6907603354248794 |
| 19 | 01/28/2015 | | 133912 | | WAYNE FARMS BUSINESS CARDS FOR RICHARD STEWAR | | 01/26/2015 | | 41.80 | | Customer | | 1ZY6907603354734188 |
| 20 | 01/31/2015 | | 133906 | | ICU PIN CARDS | | 01/29/2015 | | 180.00 | | Customer | | FEDEX 772763196468 |
| 21 | 01/31/2015 | | 133942 | | NOLAND EAST GLEN #10 ENVELOPES | | 01/30/2015 | | 101.09 | | Customer | | 1ZY6907603353044729 |
| 22 | 01/31/2015 | | 133908 | | NOLAND BUSINESS CARDS SHEFFIELD | | 01/29/2015 | | 48.80 | | Customer | | 1ZY6907603353341676 |
| 23 | 01/31/2015 | | 133930 | | LEVINE BC TYPESETTING AND OVERPRINTS FOR  6 NAME | | 02/11/2015 | | 183.06 | | Customer | | 1ZY6907603352883333 |
| 24 | 01/31/2015 | | 133931 | | ILEVINE BC  TYPESETTING AND OVERPRINTS FOR  JENNA | | 02/11/2015 | | 100.51 | | Customer | | 1ZY6907603354887942 |
| 25 | 01/31/2015 | | 133970 | | WAYNE FARMS BUSINESS CARDS FOR WALLACE DANIEL | | 02/02/2015 | | 45.45 | | Customer | | 1ZY6907603354566388 |
| 26 | 02/09/2015 | | 134036 | | EQUIFAX VP INFO BROCHURE | | 02/05/2015 | | 211.54 | | Customer | | 1ZY6907603354160413 |
| 27 | 02/09/2015 | | 134003 | | EQUIFAX ABS SHOW MATERIALS | | 02/05/2015 | | 658.39 | | Customer | | 1ZY6907603152953190 |
| 28 | 02/09/2015 | | 133862 | | CAROLINAS HEALTH CARE SYSTEM  #10 ENVELOPES | | 02/03/2015 | | 3,095.60 | | Customer | | 1ZY6907603352494656 |
| 29 | 02/09/2015 | | 133976 | | SPALDING REGIONAL  CATCH A SHINING STAR CARD | | 02/03/2015 | | 286.89 | | Customer | | 1ZY6907603545155530 |
| 30 | 02/09/2015 | | 133977 | | LEVINE BUSINESS CARD SHELLS | | 02/05/2015 | | 705.00 | | IN HOUSE | | STORAGE OF BC SHELLS |
| 31 | 02/09/2015 | | 133950 | | COLUMBUS REGIONAL  "YOU ACED IT"  CARDS | | 02/03/2015 | | 360.03 | | S/R | | 1ZY6907603353356928 |
| 32 | 02/11/2015 | | 133963 | | BAQUASPA POS BROCHURE | | 02/10/2015 | | 747.14 | | S/R | | SEE ATTACHED COURIER |
| 33 | 02/11/2015 | | 134005 | | BROOKWOOD TARGET 100 CARDS | | 02/09/2015 | | 153.00 | | Customer | | FEDEX 772870430993 |

**Design Type Inc**
**Customer Open Balance**

07/15/15

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34 | 02/11/2015 | | 134010 | | NOTEPADS | | 02/09/2015 | | 335.00 | | Customer | | FEDEX 772871181363 |
| 35 | 02/11/2015 | | 134027 | | OAKS ON PARKWOOD BUSINESS CARDS FOR RHODA LEA | | 02/10/2015 | | 49.51 | | Customer | | 1ZY69076035383909059 |
| 36 | 02/11/2015 | | 133973 | | STROKE INFO CARDS | | 02/06/2015 | | 308.39 | | Customer | | SEE ATTACHED COURIER |
| 37 | 02/11/2015 | | 133995 | | STROKE INFO CARDS | | 02/09/2015 | | 100.51 | | Customer | | 1ZY69076035352905390 |
| 38 | 02/11/2015 | | 133996 | | LEVINE BC TYPESETTING AND OVERPRINTS FOR SUE AN | | 02/09/2015 | | 100.51 | | Customer | | 1ZY69076035353146002 |
| 39 | 02/14/2015 | | 133980 | | LEVINE BUSINESS CARDS TYPESETTING AND OVERPRINT | | 02/13/2015 | | 100.51 | | Customer | | 1ZY69076035353140919 |
| 40 | 02/14/2015 | | 133983 | | LEVINE BUSINESS CARDS TYPESETTING AND OVERPRINT | | 02/13/2015 | | 100.51 | | Customer | | 1ZY69076035353693528 |
| 41 | 02/14/2015 | | 134018 | | NOLAND HEALTH - SYLACAUGA HEALTH AND REHAB ENVE | | 02/12/2015 | | 188.36 | | Customer | | 1ZY69076035353834376 |
| 42 | 02/14/2015 | | 134000 | | 31941-22-855 AMB SURGERY PRE OP INST SPANISH | | 02/12/2015 | | 60.93 | | S/R | | 1ZY69076035352771767 |
| 43 | 02/14/2015 | | 134039 | | HEALTH SCREEN INFO CONSENT FORM | | 02/16/2015 | | 148.03 | | Customer | | 1ZY69076035352946579 |
| 44 | 02/22/2015 | | 134086 | | NOLAND BUSINESS CARDS  CARIE PEEPLES | | 02/18/2015 | | 48.80 | | Customer | | 1ZY69076035354860069 |
| 45 | 02/22/2015 | | 134055 | | OAKS ON PARKWOOD BUSINESS CARDS FOR DEBBIE AR | | 02/17/2015 | | 48.80 | | Customer | | 1ZY69076035352349625 |
| 46 | 02/22/2015 | | 134043 | | NOLAND CORPORATE #10 ENVELOPES | | 02/17/2015 | | 216.99 | | Customer | | 1ZY69076035353890403 |
| 47 | 02/22/2015 | | 134063 | | GRADY THANK YOU CARDS | | 02/17/2015 | | 122.12 | | S/R | | 1ZY69076035354137010 |
| 48 | 02/22/2015 | | 134095 | | EQUIFAX RUSH SHOW MATERIALS | | 02/18/2015 | | 189.71 | | Customer | | 1ZY690760254902677 |
| 49 | 02/22/2015 | | 134092 | | EQUIFAX EFX-USA-0895 | | 02/19/2015 | | 538.05 | | Customer | | 1ZY690761254605729 |
| 50 | 02/26/2015 | | 134025 | | CHEMO AND YOU BOOKLET | | 02/23/2015 | | 3,500.00 | | Customer | | FEDEX 772973484539 |
| 51 | 02/26/2015 | | 134066 | | SERVICE EXCEL CARD LARGE | | 02/20/2015 | | 1,016.58 | | Customer | | 1ZY69076035354461820 |
| 52 | 02/26/2015 | | 134072 | | LEVINE BUSINESS CARDS TYPESETTING AND OVERPRINT | | 02/20/2015 | | 100.51 | | Customer | | 1ZY69076035354019559 |
| 53 | 02/26/2015 | | 134113 | | EAST GLEN BUSINESS CARDS FOR MELISSA MARTIN | | 02/24/2015 | | 48.80 | | Customer | | 1ZY69076035352498705 |
| 54 | 02/26/2015 | | 134038 | | STROKE INFO CARD | | 02/25/2015 | | 308.39 | | Customer | | SEE ATTACHED COURIER |
| 55 | 02/28/2015 | | 134152 | | ROPER LIFELINE #9 ENVELOPES | | 02/27/2015 | | 111.75 | | Customer | | 1ZY69076035353977249 |
| 56 | 02/28/2015 | | 134102 | | WAYNE FARMS BUSINESS CARDS FOR BRANDY BOYMAN | | 02/26/2015 | | 44.73 | | Customer | | 1ZY69076035352234801 |
| 57 | 02/28/2015 | | 134127 | | BAE PLANT VISITOR BADGE | | 02/27/2015 | | 189.00 | | Customer | | FEDEX 773016370557 |
| 58 | 03/10/2015 | | 134142 | | WAYNE FARMS BUSINESS CARDS  FOR MICHAEL HERNDC | | 03/04/2015 | | 45.33 | | Customer | | 1ZY69076035353507005 |
| 59 | 03/10/2015 | | 134130 | | WAYNE FARMS BUSINESS CARDS  FOR WILLIAM VANMAH | | 03/04/2015 | | 41.71 | | Customer | | 1ZY69076035354591789 |
| 60 | 03/10/2015 | | 134136 | | WAYNE FARMS BUSINESS CARDS  11 LOTS | | 03/04/2015 | | 150.59 | | Customer | | 1ZY69076035352666390 |
| 61 | 03/10/2015 | | 134141 | | WAYNE FARMS BUSINESS CARDS  FOR BILL DYER | | 03/04/2015 | | 42.69 | | Customer | | 1ZY69076035352683175 |
| 62 | 03/10/2015 | | 134159 | | NOLAND BUSINESS CARDS - TIM MERRITT | | 03/04/2015 | | 48.71 | | Customer | | 1ZY69076035352340562 |
| 63 | 03/10/2015 | | 134156 | | NOLAND BUSINESS CARDS - ALISHA SAMPLE | | 03/04/2015 | | 48.71 | | Customer | | 1ZY69076035354624832 |
| 64 | 03/10/2015 | | 134154 | | EQUIFAX  EFX-USA-0895 | | 03/03/2015 | | 113.40 | | Customer | | 1ZY690760153727076 |
| 65 | 03/10/2015 | | 134174 | | NOLAND BUSINESS CARDS  - ANGELA FOWLER | | 03/05/2015 | | 48.71 | | Customer | | 1ZY69076035354236663 |
| 66 | 03/10/2015 | | 134119 | | ROPER HOSPITAL LETTERHEAD | | 03/04/2015 | | 336.09 | | Customer | | 1ZY690760354713610 |

07/15/15

**Design Type Inc**
**Customer Open Balance**

|   | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 67 | 03/10/2015 | | 134162 | | CAREER DEVELOPMENT QRG AND QA | | 03/04/2015 | | 764.78 | | Customer | | SEE ATTACHED COURIER |
| 68 | 03/10/2015 | | 134158 | | CONCORDIA CHANGE ORDER FORM | | 03/02/2015 | | 67.00 | | Customer | | SEE ATTACHED INPAX |
| 69 | 03/10/2015 | | 134153 | | CONCORDIA PRE ANESTHESIA OPER ASSESSMENT | | 03/09/2015 | | 109.19 | | Customer | | 1ZY6907603539097714 |

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/14/2015 | 133812 |

Bill To

Standard Register
600 Albany Street
Dayton,OH   45417-3405

**Terms**

2% 20 Net 30

**Due Date**

2/15/2015

| | P.O. Number | Ship Date | Contact |
|---|---|---|---|
| | **M117** | 1/14/2015 | JEREMY |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| SERVICE EXCEL CARD  LARGE | | | |
| PRINTING - QTY 20,000 | | 888.00 | 888.00 |
| SHIPPING CHARGE | | 122.40 | 122.40 |
| | | **Subtotal** | $1,010.40 |
| | | **Sales Tax** | $0.00 |
| | | **Total** | $1,010.40 |

Standard Register 2706, 7243A SERVICE EXCEL CARD ... http://wfo.reading.standardregister.com/wfo/procurement ordering order...

Return from Printable View

2706, 7243A SERVICE EXCEL CARD-LARGE (01-49065)
Order Details

January 5, 2015 2:30:27 PM

Order: 2706, 7243A SERVICE EXCEL CARD-LARGE

**View Order List**

## Order Information

| | | | |
|---|---|---|---|
| Title: | 2706, 7243A SERVICE EXCEL CARD-LARGE | Comments: | Please rush - Print ready file attached. |
| Order completion date: | 1/9/15 5:00 PM | Prefix: | M |
| Status: | Accepted | Quote Number: | per Debbie Cox |
| Buyer workgroup: | Workflow Enterprise | Sales Rep: | Sherrill, Jeremy |
| Buyer Person: | Terri Mayberry | Sales Rep Territory: | 93634 |
| Supplier workgroup: | Design Type, Inc. (WFO) | Project Number: | 01-49065 |
| Supplier Person: | Orders Design Type | Project Completion Date: | 1/9/15 |
| Production Plus Direct Bill: | | New or Reprint?: | Exact Repeat |
| Customer Name: | AMERICAN PRODUCT DISTRIBUTORS (APD) - includes all CHS | Project Hot?: | Yes |
| | | **General Information** | |
| Customer Number: | 7039628 | Payment method: | Purchase Order |
| Client ID: | 2706 | **WFO Purchase Order Number:** | **M117** |
| **Customer PO:** | **NA** | Allowed Overs: | 0.00 % |
| Local Terms and Conditions: | CharlotteNC Standard Register 4001 Performance Road Charlotte, NC 28214 | Allowed Unders: | 0.00 % |
| Buyer Phone Number: | 704-398-5293 | | |

*Shipped UPS See Attached*

## Order Items

Reorder of 2706, 7243A SERVICE EXCEL CARD-LARGE (8691516) [ Job Id: 8233740 ]

| | | | |
|---|---|---|---|
| Completion date: | 1/9/15 5:00 PM | Quantity: | 20,000 |
| Item Number: | 7243A *Item is validated* | Rate Card: | NONE |
| Item Name: | SERVICE EXCEL CARD-LARGE | Cost Price: | $44.40 per 1,000 |
| Pricing UOI: | 1/CT/1 | Last Supplier Job Number: | |
| Pricing UOR: | 1000/EA/1 | Last Order Number: | M105 |
| Packaging UOI: | 500/CT/1 | | |
| Packaging UOR: | 1/EA/1 | | |
| Bill Code: | Bill Upon Inventory Release | | |
| Requested Shipments: | 20,000 | | |
| Delivered: | 0 | | |
| Received: | 0 | | |

| | |
|---|---|
| **Vendor Cost:** | $888.00 |

1 of 4

1/5/2015 2:30 PM

| | |
|---|---|
| Order Total: | $888.00 |
| Tax: | $0.00 |
| Shipping: | $0.00 |
| **Grand Total:** | **$888.00** |

Detailed Specifications

Reorder of 2706, 7243A SERVICE EXCEL CARD-LARGE

## Spec Description

| | |
|---|---|
| Name: | Reorder of 2706, 7243A SERVICE EXCEL CARD-LARGE |
| SKU: | 7243A |
| Reference Number: | 8691516 |
| Product Type: | Card |

### Size

| | Width | Height | Other |
|---|---|---|---|
| Finished size: | 5 x 4 | in | *ISO:* |

### Stocks and Inks

| Stock used as | Stock Description | Ink Description |
|---|---|---|
| 2706, 7241 SERVICE EXCEL CARD-SMALL | Name:Cougar<br>Weight:100 lb<br>Type:Cover<br>Coating:Uncoated<br>Finish:Smooth<br>Color:White | Inks for both sides<br>Black:Medium<br>Spot colors:Medium 1 PMS 321<br><br>Bleeds:Yes |

### Packaging

| Wrapping | Quantity | Special Instructions |
|---|---|---|
| ✔ Shrink wrap in | 50 | NO OVERS, UNDERS OR PARTIALS. |
| **Packing** | **Quantity** | **Special Instructions** |
| ✔ Carton pack in | | Material:<br>10 PACKS OF 50 - 500/CARTON |

## Shipment Details

**Shipment Information**

Spec: Reorder of 2706, 7243A SERVICE EXCEL CARD-LARGE

Job Id: 8233740

Buyer: Terri Mayberry of Workflow Enterprise

Supplier: Orders Design Type of Design Type, Inc. (WFO)

Shipment Name: Reorder of 2706, 7243A SERVICE EXCEL CARD-LARGE Shipment

Status: Not Shipped

Delivery Address #1 of 1

| | |
|---|---|
| Warehouse Name: | CEVA Logistics Charlotte (CFE) |
| Warehouse ID: | 0822 |
| Address: | 1816 West Pointe Drive |

| | |
|---|---|
| City: | Charlotte |
| State: | NC |
| Postal Code: | 28214-9284 |
| Warehouse Promo Code: | MCL |

### Requested

| | |
|---|---|
| Request Type: | Normal |
| Delivery Date: | 1/9/15 |
| Quantity: | 20,000 |
| Ship Via: | 000000002: BEST METHOD |

### Delivery

Quantity shipped: 0　　　　　　　　　　Units:
　　　　　　　　　　　　　　　　　　　Weight:

Terms & Conditions

**Workflow Enterprise Purchase Terms and Conditions**

Standard Register vendors can contact Accounts Payable by emailing accountspayable@standardregister.com or by contacting:

Accounts Payable Service Rep for vendors A-J:
Sherri Perry
T: (937) 221-2125
F: (937) 913-3154
Sherri.Perry@StandardRegister.com

Accounts Payable Service Rep for vendors K-S:
Ortha Jean Mooney
T: (937) 221-2118
F: (937) 913-3012
OrthaJean.Mooney@StandardRegister.com

Accounts Payable Service Rep for vendors T-Z:
Chris Jeans
T: (937) 221-2110
F: (937) 913-3196
Chris.Jeans@StandardRegister.com

Page references below are from the Standard Register 2014 Order Fulfillment Instructions guide. Copies of the OFI can be obtained by contacting strategicsourcing@standardregister.com. Several new additions have been made to the Order Fulfillment Instructions that we provide to our Certified Trade Partners. The OFI gives guidelines as to purchase orders, packaging, palletizing, freight compliance, etc. to ensure seamless business interactions between Standard Register and its valued sourcing network.

Below are a few (but not all) changes from last year:

Invoicing:
• All invoices must contain a Purchase Order number. (p. 12)
Purchase Orders:
• All purchase orders must be received directly from NetSource, Hagen, CPX, NFM, Printstream, Star, or I-series. (p. 12)
Shipping:
• Standard Register UPS Parcel Program – One account will be issued per vendor.
Palletizing:
• Pallet requirements for each individual warehouse vary. (p. 16)
Labeling:
• Standard Register labels for shipping. (p. 15)
Terms
• Terms for STP are 2%, 30 Net 60. (p. 26)

**Design Type, Inc. (WFO) Sales Terms and Conditions**

*Design Type, Inc. (WFO) has not entered any Terms & Conditions.*

# PACKING SLIP

| | Ship Date | Invoice No. |
|---|---|---|
| | 1/12/2015 | 133812 |

**STANDARD REGISTER**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

Ship To:

**CEVA LOGISTICS**

**1816 WEST POINTE DRIVE**

**CHARLOTTE, NC 28214**

Attn:

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|---|---|---|---|
| M117 | | UPS | |

| Job Description | Quantity |
|---|---|
| CAROLINAS HEALTHCARE<br>FORM # 7243A<br>SERVICE EXCEL CARD LARGE | 20,000 |

```
Y69076          JAN 12, 2015    ALL CURR USD        1 OF 7
SVC GNDCOM                ACT WT 27.0 LBS
TRACKING# 1ZY690760354339829
REF 1:
REF 2:


HANDLING CHARGE 0.00
SINGLE-PIECE PUB RATE CHRGS:
DV 0.00                                      SVC  T/P USD
DC 0.00              COD    0.00             RS 0.00
AH 0.00              DGD    0.00             SD 0.00
TOT PUB CHG 0.00     PR     0.00             SP 0.00
                           PUB+HANDLING         0.00
```

$$97.92$$

```
Y69076          JAN 12, 2015    ALL CURR USD        2 OF 7
SVC GNDCOM                ACT WT 27.0 LBS
TRACKING# 1ZY690760354238438
REF 1:
REF 2:


HANDLING CHARGE 0.00
SINGLE-PIECE PUB RATE CHRGS:
DV 0.00                                      SVC  T/P USD
DC 0.00              COD    0.00             RS 0.00
AH 0.00              DGD    0.00             SD 0.00
TOT PUB CHG 0.00     PR     0.00             SP 0.00
                           PUB+HANDLING         0.00
```

```
Y69076          JAN 12, 2015    ALL CURR USD        3 OF 7
SVC GNDCOM                ACT WT 27.0 LBS
TRACKING# 1ZY690760353303047
REF 1:
REF 2:


HANDLING CHARGE 0.00
SINGLE-PIECE PUB RATE CHRGS:
DV 0.00                                      SVC  T/P USD
DC 0.00              COD    0.00             RS 0.00
AH 0.00              DGD    0.00             SD 0.00
TOT PUB CHG 0.00     PR     0.00             SP 0.00
                           PUB+HANDLING         0.00
```

```
Y69076          JAN 12, 2015    ALL CURR USD        4 OF 7
SVC GNDCOM                ACT WT 27.0 LBS
TRACKING# 1ZY690760352133652
REF 1:
REF 2:


HANDLING CHARGE 0.00
SINGLE-PIECE PUB RATE CHRGS:
DV 0.00                                      SVC  T/P USD
DC 0.00              COD    0.00             RS 0.00
AH 0.00              DGD    0.00             SD 0.00
TOT PUB CHG 0.00     PR     0.00             SP 0.00
                           PUB+HANDLING         0.00
```

Servic
-Shir
otio...
Mail Marketing

```
       6        JAN 12, 2015    ALL CURR USD     5 OF 7
        DCOM                ACT WT 27.0 LBS
TRACKING# 1ZY690760354330266
REF 1:
REF 2:

HANDLING CHARGE 0.00
SINGLE-PIECE PUB RATE CHRGS:              SVC  T/P USD
DV 0.00              COD   0.00        RS 0.00
DC 0.00              DGD   0.00        SD 0.00
AH 0.00              PR    0.00        SP 0.00
TOT PUB CHG 0.00           PUB+HANDLING    0.00


Y69076       JAN 12, 2015    ALL CURR USD     6 OF 7
SVC GNDCOM             ACT WT 27.0 LBS
TRACKING# 1ZY690760354492878
REF 1:
REF 2:

HANDLING CHARGE 0.00
SINGLE-PIECE PUB RATE CHRGS:              SVC  T/P USD
DV 0.00              COD   0.00        RS 0.00
DC 0.00              DGD   0.00        SD 0.00
AH 0.00              PR    0.00        SP 0.00
TOT PUB CHG 0.00           PUB+HANDLING    0.00


Y69076       JAN 12, 2015    ALL CURR USD     7 OF 7
SVC GNDCOM             ACT WT 19.0 LBS
TRACKING# 1ZY690760353221484
REF 1:
REF 2:

HANDLING CHARGE 0.00
SINGLE-PIECE PUB RATE CHRGS:              SVC  T/P USD
DV 0.00              COD   0.00        RS 0.00
DC 0.00              DGD   0.00        SD 0.00
AH 0.00              PR    0.00        SP 0.00
TOT PUB CHG 0.00           PUB+HANDLING    0.00
```

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/22/2015 | 133859 |

Bill To

Standard Register
600 Albany Street
Dayton, OH  45417-3405

**Terms**

2% 20 Net 30

**Due Date**

2/22/2015

| P.O. Number | Ship Date | Contact |
|-------------|-----------|---------|
| X627548 | 1/22/2015 | DEBORA |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| NOLAND HEALTH - LETTERHEAD AND ENVELOPES | | | |
| PRINTING - QTY 2 @ 500 LETTERHEADS | | 144.00 | 144.00 |
| PRINTING - QTY 500 ENVELOPES | | 100.00 | 100.00 |
| SHIPPING CHARGE | | 13.13 | 13.13 |

| | |
|---|---|
| **Subtotal** | $257.13 |
| **Sales Tax** | $0.00 |
| **Total** | $257.13 |

RELEASE ACKNOWLEDGEMENT

```
                              RUN DATE      1/13/2015
                              TIME     11:50 AM
                              OPERATOR       I07059120

ORDER # X627548          Reference # 90-0972

--------------------------------------------------------------------------
---------------
ITEM #          ITEM DESC               QTY SHIPPED   U/M    UNIT PRICE
VALUE
NHLH-500        LETTERHEAD              1             BX     65.000000
65.000000

B/L Number   K013075


 BILL TO 01-07059120 SHIP TO HOME OFFICE
NOLAND HEALTH SERVICESNOLAND HEALTH SERVICES
                              KIM HARLAND
600 CORPORATE PKWY STE 100600 CORPORATE PARKWAY  STE 100


        BIRMINGHAM          BIRMINGHAM
     AL 35242-5451      AL 35242-5451
--------------------------------------------------------------------------
---------------
ITEM #          ITEM DESC               QTY SHIPPED   U/M    UNIT PRICE
VALUE
NHLH-500        LETTERHEAD              1             BX     65.000000
65.000000

B/L Number   K013075


 BILL TO 01-07059120 SHIP TO HOME OFFICE
NOLAND HEALTH SERVICESNOLAND HEALTH SERVICES
                              KIM HARLAND
600 CORPORATE PKWY STE 100600 CORPORATE PARKWAY  STE 100


        BIRMINGHAM          BIRMINGHAM
     AL 35242-5451      AL 35242-5451
--------------------------------------------------------------------------
---------------
ITEM #          ITEM DESC               QTY SHIPPED   U/M    UNIT PRICE
VALUE
NHENV-500       #10 ENVELOPE            1             BX     90.000000
90.000000

B/L Number   K013075


 BILL TO 01-07059120 SHIP TO HOME OFFICE
NOLAND HEALTH SERVICESNOLAND HEALTH SERVICES
                              KIM HARLAND
600 CORPORATE PKWY STE 100600 CORPORATE PARKWAY  STE 100


        BIRMINGHAM          BIRMINGHAM
     AL 35242-5451      AL 35242-5451
APPLICABLE TAX, FREIGHT, AND SPECIAL CHARGES (IF ANY) WILL BE ADDED TO YOUR
FINAL INVOICE
SPECIAL INSTRUCTIONS:
SHIP VIA: UPS GROUND
REQUEST BY:
```

```
BILLING INFO:
company:01
name:STANDARD REGISTER
address1:P.O. BOX 3933
address2:
city:DAYTON
state:OH
zip:45401

SHIPPING INFO:
customer:07059120
STANDARD REGISTER order number:X627548
STANDARD REGISTER b/l#:K013075
reference number:90-0972
name:NOLAND HEALTH SERVICES
attention:KIM HARLAND
costcenter number:HOME OFFICE
costcenter shipping address1:600 CORPORATE PARKWAY  STE 100
address2:
city:BIRMINGHAM
state:AL
zip:35242-5451
shipvia:UPS GROUND
request by:
special instructions:

DETAIL INFO:
item number:NHENV-500
Quantity:1 BX  of 500
Sequence:3

HiRes File: d:/webimages/hires/01/07059120/NHENV-500*PDF
```

```
BILLING INFO:
company:01
name:STANDARD REGISTER
address1:P.O. BOX 3933
address2:
city:DAYTON
state:OH
zip:45401

SHIPPING INFO:
customer:07059120
STANDARD REGISTER order number:X627548
STANDARD REGISTER b/l#:K013075
reference number:90-0972
name:NOLAND HEALTH SERVICES
attention:KIM HARLAND
costcenter number:HOME OFFICE
costcenter shipping address1:600 CORPORATE PARKWAY  STE 100
address2:
city:BIRMINGHAM
state:AL
zip:35242-5451
shipvia:UPS GROUND
request by:
special instructions:

DETAIL INFO:
item number:NHLH-500
Quantity:1 BX  of 500
Sequence:1

HiRes File: d:/webimages/hires/01/07059120/NHLH-500*PDF
special instructions:

DETAIL INFO:
item number:NHLH-500
Quantity:1 BX  of 500
Sequence:1

HiRes File: d:/webimages/hires/01/07059120/NHLH-500*PDF
```

```
BILLING INFO:
company:01
name:STANDARD REGISTER
address1:P.O. BOX 3933
address2:
city:DAYTON
state:OH
zip:45401

SHIPPING INFO:
customer:07059120
STANDARD REGISTER order number:X627548
STANDARD REGISTER b/l#:K013075
reference number:90-0972
name:NOLAND HEALTH SERVICES
attention:KIM HARLAND
costcenter number:HOME OFFICE
costcenter shipping address1:600 CORPORATE PARKWAY  STE 100
address2:
city:BIRMINGHAM
state:AL
zip:35242-5451
shipvia:UPS GROUND
request by:
special instructions:

DETAIL INFO:
item number:NHLH-500
Quantity:1 BX  of 500
Sequence:2

HiRes File: d:/webimages/hires/01/07059120/NHLH-500*PDF
special instructions:

DETAIL INFO:
item number:NHLH-500
Quantity:1 BX  of 500
Sequence:2

HiRes File: d:/webimages/hires/01/07059120/NHLH-500*PDF
```

```
BILLING INFO:
company:01
name:NOLAND HEALTH SERVICES
address1:600 CORPORATE PKWY STE 100
address2:
city:BIRMINGHAM
state:AL
zip:35242-5451
country:

SHIPPING INFO:
customer:07059120
igetsmart company order number:X627S48
Order Date:20150113
reference number:90-0972
name:NOLAND HEALTH SERVICES
attention:KIM HARLAND
costcenter number:HOME OFFICE
costcenter/shipping address1:600 CORPORATE PARKWAY  STE 100
address2:
city:BIRMINGHAM
state:AL
zip:35242-5451
shipvia:UPS GROUND
day phone:
evening phone:
email:
request by:
special instructions:

DETAIL INFO:
URL:http://commerce.workflowoneaccess.com/UI/VariableImage/POFO/
li4F18r83nIWaiZxw-pc-pP4yA-e-e.pdf
item number: NHENV-500
Quantity: 1 BX 500
cardtype: #10 ENVELOPE
languageoption: English
Sequence Number: 3
Billing Transaction Number: 056776917
Warehouse Descriptor:
Combined Warehouse Order: N

USER FIELDS:
four51username:purchasing@nolandhealth.com
Address1:1725 Pine Street
Address2:5th Floor North Wing
City:Montgomery
State:Alabama
ZIP:36106
Logo:Noland_BC02_Logo_Montgomery.eps
Document:Noland_ENV01.xdt
NameSelect:Noland Hospital Montgomery,LLC
--------------------------------------------------------
```

```
BILLING INFO:
company:01
name:NOLAND HEALTH SERVICES
address1:600 CORPORATE PKWY STE 100
address2:
city:BIRMINGHAM
state:AL
zip:35242-5451
country:

SHIPPING INFO:
customer:07059120
igetsmart company order number:X627548
Order Date:20150113
reference number:90-0972
name:NOLAND HEALTH SERVICES
attention:KIM HARLAND
costcenter number:HOME OFFICE
costcenter/shipping address1:600 CORPORATE PARKWAY  STE 100
address2:
city:BIRMINGHAM
state:AL
zip:35242-5451
shipvia:UPS GROUND
day phone:
evening phone:
email:
request by:
special instructions:

DETAIL INFO:
URL:http://commerce.workflowoneaccess.com/UI/VariableImage/PDFO/
ligo3d3S8VkyFx0EEzkM8uLg-e-e.pdf
item number: NHLH-500
Quantity: 1 BX 500
cardtype: LETTERHEAD
languageoption: English
Sequence Number: 2
Billing Transaction Number: 056776919
Warehouse Descriptor:
Combined Warehouse Order: N

USER FIELDS:
four51username:purchasing@nolandhealth.com
Address1:809 University Boulevard East
Address2:4th Floor
City:Tuscaloosa
State:Alabama
ZIP:35401
Tel1:2057597241
Tel2:2057597242
Teltype2:Fax
Logo:Noland_LH01_Logo_Tuscaloosa.eps
Document:Noland_LH01.xdt
NameSelect:Noland Hospital Tuscaloosa, LLC
-------------------------------------------------------
```

```
BILLING INFO:
company:01
name:NOLAND HEALTH SERVICES
address1:600 CORPORATE PKWY STE 100
address2:
city:BIRMINGHAM
state:AL
zip:35242-5451
country:

SHIPPING INFO:
customer:07059120
igetsmart company order number:X627548
Order Date:20150113
reference number:90-0972
name:NOLAND HEALTH SERVICES
attention:KIM HARLAND
costcenter number:HOME OFFICE
costcenter/shipping address1:600 CORPORATE PARKWAY  STE 100
address2:
city:BIRMINGHAM
state:AL
zip:35242-5451
shipvia:UPS GROUND
day phone:
evening phone:
email:
request by:
special instructions:

DETAIL INFO:
URL:http://commerce.workflowoneaccess.com/UI/VariableImage/PDFO/
liXgLpzlIfAtJwBY4jhBDCYQ-e-e.pdf
item number: NHLH-500
Quantity: 1 BX 500
cardtype: LETTERHEAD
languageoption: English
Sequence Number: 1
Billing Transaction Number: 056776918
Warehouse Descriptor:
Combined Warehouse Order: N

USER FIELDS:
four51username:purchasing@nolandhealth.com
Address1:1725 Pine Street
Address2:5th Floor North Wing
City:Montgomery
State:Alabama
ZIP:36106
Tel1:3342400532
Tel2:3348322425
Teltype2:Fax
Logo:Noland_LH01_Logo_Montgomery.eps
Document:Noland_LH01.xdt
----------------------------------------------------------
```

# PACKING SLIP

| Ship Date | Invoice No. |
|---|---|
| 1/20/2015 | 133859 |

**STANDARD REGISTER**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

**Ship To:**

**NOLAND HEALTH SERVICES**

**600 CORPORATE PARKWAY, SUITE 100**

**BIRMINGHAM, AL 35242**

**Attn:** KIM HARLAND

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|---|---|---|---|
| X627548 | | UPS | 90-0972 |

| Job Description | Quantity |
|---|---|
| OAKS ON PARKWOOD<br>FORM # NHENV-500<br>FORM # NHLH-500<br>FORM # NHLH-500 | 500EA |

Shipped UPS
1ZY690760352785001

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/22/2015 | **133894** |

Bill To

Standard Register
600 Albany Street
Dayton,OH   45417-3405

**Terms**

2% 20 Net 30

**Due Date**

2/22/2015

| P.O. Number | Ship Date | Contact |
|-------------|-----------|---------|
| **J349** | 1/22/2015 | LINDA |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| INFUSION ENVELOPES - ROPER | | | |
| | | | |
| PRINTING - QTY 500 | | 85.00 | 85.00 |
| SHIPPING CHARGE | | 11.06 | 11.06 |

| | |
|--|--|
| **Subtotal** | $96.06 |
| **Sales Tax** | $0.00 |
| **Total** | $96.06 |



My Desk ▾  Workspace ▾  Contacts ▾  Reports ▾

Advanced

Create Project    Recent Projects

Orders Design Type
Design Type, Inc. (WFO)

**2769-INFUSION LEFT (01-52529)**
Order Details

January 16, 2015 4:47:06 PM
Printable View

| **Project Menu** | **Order: INFUSION LEFT** |
|---|---|

**Home**
Overview
Update...
Attach...
Copy...
Budget...
Cost...

**Teams**
List
Invite Members...

**Messages**
List
Post...

**Files**
List
Attach...
Attach Remote...
Create Folder...

**Events**
List
Enter...

**Tasks**
List
Create...

**Schedule**

**Specs**
List
Create..
Find & Copy...

**Shipments**

**Estimates**
List
Create RFE...
Create Open Bid...

**Orders**
List
Create...

Order Information

| | |
|---|---|
| Title: | INFUSION LEFT |
| Order completion date: | 1/20/15 5:00 PM |
| Supplier Tracking: | |
| Status: | Accepted |
| Buyer workgroup: | Workflow Enterprise |
| Buyer Person: | Tom Stratton |
| Supplier workgroup: | Design Type, Inc. (WFO) |
| Supplier Person: | Orders Design Type |
| Production Plus Direct Bill: | |
| Customer Name: | AMERICAN PRODUCT DISTRIBUTORS - ROPER |
| Customer Number: | 7040500 |
| Client ID: | 2769 |
| Customer PO: | 10-5725 |
| Local Terms and Conditions: | Atlanta<br>Standard Register 4855 Peachtree Industrial Blvd, Ste 220, Norcross, GA 30092 |
| Buyer Phone Number: | 770 840 3330 |
| Comments: | |
| Prefix: | J |
| Quote Number: | D Cox |
| Sales Rep: | Smith,Julie A |
| Sales Rep Territory: | 99302 |
| Project Number: | 01-52529 |
| Project Completion Date: | 1/20/15 |
| New or Reprint?: | Revised Repeat |
| Project Hot?: | Yes |
| Project Comments: | |

**General Information**

| | |
|---|---|
| Payment method: | Purchase Order |
| WFO Purchase Order Number: | **J349** |
| Allowed Overs: | 10.00 % |
| Allowed Unders: | 10.00 % |

Order Items

1 of 3

1/16/15 4:47 PM

#10 ENVELOPE LEFT (8710113) [ Job Id: 8251166 ]

| | |
|---|---|
| Completion date: | 1/20/15 5:00 PM |
| Item Number: | INFUSION LEFT *Item is validated* |
| Item Name: | #10 ENVELOPE LEFT |
| Pricing UOI: | 1/BX/1 |
| Pricing UOR: | 1/BX/1 |
| Packaging UOI: | 500/BX/1 |
| Packaging UOR: | 500/BX/1 |
| Bill Code: | Bill Upon Straight Ship |
| Requested Shipments: | 500 |
| Delivered: | 0 |
| Received: | 0 |
| | |
| Quantity: | 500 |
| Rate Card: | NONE |
| Cost Price: | $170.00 per 1,000 |
| Notes: | order for 1 box of 500 |
| Last Supplier Job Number: | |
| Last Order Number: | J346 |

| | |
|---|---|
| **Vendor Cost:** | $85.00 |
| | |
| Order Total: | $85.00 |
| Tax: | $0.00 |
| Shipping: | $0.00 |
| **Grand Total:** | **$85.00** |

Terms & Conditions

### Workflow Enterprise Purchase Terms and Conditions

Standard Register vendors can contact Accounts Payable by emailing accountspayable@standardregister.com or by contacting:

Accounts Payable Service Rep for vendors A-J:
Sherri Perry
T: (937) 221-2125
F: (937) 913-3154
Sherri.Perry@StandardRegister.com

Accounts Payable Service Rep for vendors K-S:
Ortha Jean Mooney
T: (937) 221-2118
F: (937) 913-3012
OrthaJean.Mooney@StandardRegister.com

Accounts Payable Service Rep for vendors T-Z:
Chris Jeans
T: (937) 221-2110
F: (937) 913-3196
Chris.Jeans@StandardRegister.com

Page references below are from the Standard Register 2014 Order Fulfillment Instructions guide. Copies of the OFI can be obtained by contacting strategicsourcing@standardregister.com. Several new additions have been made to the Order Fulfillment Instructions that we provide to our Certified Trade Partners. The OFI gives guidelines as to purchase orders, packaging, palletizing, freight compliance, etc. to ensure seamless business interactions between Standard Register and its valued sourcing network.

Below are a few (but not all) changes from last year.

Invoicing:

• All invoices must contain a Purchase Order number. (p. 12)
Purchase Orders:
• All purchase orders must be received directly from NetSource, Hagen, CPX, NFM, Printstream, Star, or I-series. (p. 12)
Shipping:
• Standard Register UPS Parcel Program – One account will be issued per vendor.
Palletizing:
• Pallet requirements for each individual warehouse vary. (p. 16)
Labeling:
• Standard Register labels for shipping. (p. 15)
Terms
• Terms for STP are 2%, 30 Net 60. (p. 26)

### Design Type, Inc. (WFO) Sales Terms and Conditions

*Design Type, Inc. (WFO) has not entered any Terms & Conditions.*

**Cancel Order**      **Create Change Order...**      **Update Supplier Tracking...**

**Update Order Status...**      **Close Order...**

**Edit Shipments...**

# PACKING SLIP

| Ship Date | Invoice No. |
|---|---|
| 1/20/2015 | 133894 |

**STANDARD REGISTER**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

**Ship To:**

**ROPER HOME INFUSION THERAPIES**

**316 CALHOUN STREET, 2EAST RM 2324,**
**DEPT 10-5725**

**CHARLESTON, SC 29403**

**Attn:** ADRIENNE AGEE

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|---|---|---|---|
| J349 | | UPS | 10-5725 |

| Job Description | Quantity |
|---|---|
| HOME INFUSION<br>FORM # INFUSION LEFT<br>#10 LEFT WINDOW ENV | 500 |

Shipped UPS
1Z4690760353269782

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

**Invoice**

| Date | Invoice # |
|------|-----------|
| 1/22/2015 | **133837** |

Bill To

Standard Register
600 Albany Street
Dayton,OH   45417-3405

**Terms**

2% 20 Net 30

**Due Date**

2/22/2015

| P.O. Number | Ship Date | Contact |
|-------------|-----------|---------|
| **M6569730** | 1/22/2015 | LINDA |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| GRADY POCKET FOLDERS<br>306-9117 | | | |
| PRINTING- QTY 2100<br>SHIPPING CHARGE | | 1,659.00<br>81.23 | 1,659.00<br>81.23 |
| | | **Subtotal** | $1,740.23 |
| | | **Sales Tax** | $0.00 |
| | | **Total** | $1,740.23 |

Return from Printable View

3191 306-9117 GHS (01-52263)
Order Details

January 8, 2015 12:37:06 PM

## Order: 3191 306-9117 GHS

### Order Information

| | | | |
|---|---|---|---|
| Title: | 3191 306-9117 GHS | Comments: | EXACT REPEAT 132340 |
| **Order completion date:** | 1/23/15 3:00 PM | Prefix: | M |
| Status: | Accepted | **Quote Number:** | **DEBBIE COX** |
| Buyer workgroup: | Workflow Enterprise | Sales Rep: | David,Linda A |
| Buyer Person: | Vanessa White | Sales Rep Territory: | 61403 |
| Supplier workgroup: | Design Type, Inc. (WFO) | Project Number: | 01-52263 |
| Supplier Person: | Orders Design Type | Project Completion Date: | 1/23/15 |
| Production Plus Direct Bill: | | New or Reprint?: | Exact Repeat |
| Customer Name: | GRADY HEALTH SYSTEM | Project Hot?: | No |
| Customer Number: | 1894413 | **General Information** | |
| Client ID: | 3191 | Payment method: | Purchase Order |
| **Customer PO:** | **6578738** | **WFO Purchase Order Number:** | **M6569730** |
| Local Terms and Conditions: | Atlanta Standard Register 4855 Peachtree Industrial Blvd, Ste 220, Norcross, GA 30092 | Allowed Overs: | 10.00 % |
| | | Allowed Unders: | 10.00 % |
| Buyer Phone Number: | 770.840.3336 | | |

### Order Items

306-9117 POCKET FOLDERS (306-9117) [ Job Id: 8238975 ]

| | | | |
|---|---|---|---|
| Completion date: | 1/23/15 3:00 PM | **Quantity:** | **2,000** |
| **Item Number:** | **306-9117** *Item is validated* | Rate Card: | NONE |
| Item Name: | GRADY HEALTH POCKET FOLDE | Cost Price: | $787.50 per 1,000 |
| Pricing UOI: | 1/EA/1 | Last Supplier Job Number: | 132340 |
| Pricing UOR: | 1/EA/1 | Last Order Number: | M6557398 |
| Packaging UOI: | 1/EA/1 | | |
| Packaging UOR: | 1/EA/1 | | |
| Bill Code: | Bill Upon Inventory Release | | |
| Requested Shipments: | 2,000 | | |
| Delivered: | 0 | | |
| Received: | 0 | | |

| | |
|---|---|
| **Vendor Cost:** | $1,575.00 |
| Order Total: | $1,575.00 |
| Tax: | $0.00 |

Case 13-10454-BLS   Doc 4018-1   Filed 09/04/15   Page 27 of 319

|  |  |
|---|---|
| Shipping: | $0.00 |
| **Grand Total:** | **$1,575.00** |

Detailed Specifications

 306-9117 POCKET FOLDERS

### Spec Description

| | |
|---|---|
| Name: | 306-9117 POCKET FOLDERS |
| SKU: | 306-9117 |
| Reference Number: | 306-9117 |
| Product Type: | Presentation Folder |
| Description: | EXACT REPEAT 132340 |
| | STANDARD 9 X 12 POCKET FOLDER W/TWO 4" GLUED POCKETS, BC SLITS ON RIGHT POCKET |

### Size

| | Width | Height | Other |
|---|---|---|---|
| Finished size: | 9 x 12 in | *ISO:* | |

### Stocks and Inks

| Stock used as | Stock Description | Ink Description |
|---|---|---|
| POCKET FOLDER | Weight:12 pt<br>Finish:Gloss C2S<br>Color:WHITE<br>Comments:EXACT REPEAT 132340 | **Inks for first side**<br>Spot colors:Light 2 BLACK, 485 RED<br><br>Bleeds:No<br><br><br>**Inks for second side**<br>Black:Medium<br><br>Bleeds:No<br>Second Inks comments:EXACT REPEAT 132340 - SOLID BLACK SCREEN |

### Stock Comments

Comments:
EXACT REPEAT 132340

### Prepress

#### Art and Files

✔ Exact Reprint Comments: EXACT REPEAT 132340

#### Prepress Comments

Comments:
EXACT REPEAT 132340

### Post-Press

#### Folding and Bindery

✔ Trim to size

✔ Folding

      Comments:

## Finishing

✔ Die cut    Comments:

✔ Score      Comments:

✔ Glue       Comments:

### Packaging

| Packing | Quantity | Special Instructions |
|---|---|---|
| ✔ Vendor Choice | | |

## Shipment Details

### Shipment Information

      Spec: 306-9117 POCKET FOLDERS

    Job Id: 8238975

    Buyer: Vanessa White of Workflow Enterprise

  Supplier: Orders Design Type of Design Type, Inc. (WFO)

Shipment Name: 306-9117 POCKET FOLDERS Shipment

     Status: Not Shipped

### Delivery Address #1 of 1

| | |
|---|---|
| Warehouse Name: | **STANDARD REGISTER - LITHIA SPRINGS** |
| Warehouse ID: | **0825** |
| Address: | **1255 Terminus Dr** |
| | **Ste 400** |
| City: | **LITHIA SPRINGS** |
| State: | **GA** |
| Postal Code: | **30122** |
| Warehouse Promo Code: | **MLS** |

### Requested

  Request Type: Normal

  Delivery Date: 1/23/15

  Quantity:    2,000

  Ship Via:    000000002: BEST METHOD

### Delivery

Quantity shipped: 0                Units:

                                    Weight:

Terms & Conditions

**Workflow Enterprise Purchase Terms and Conditions**

Standard Register vendors can contact Accounts Payable by emailing accountspayable@standardregister.com or by contacting:

Accounts Payable Service Rep for vendors A-J:
Sherri Perry
T: (937) 221-2125
F: (937) 913-3154
Sherri.Perry@StandardRegister.com

Accounts Payable Service Rep for vendors K-S:
Ortha Jean Mooney
T: (937) 221-2118
F: (937) 913-3012
OrthaJean.Mooney@StandardRegister.com

Accounts Payable Service Rep for vendors T-Z:
Chris Jeans
T: (937) 221-2110
F: (937) 913-3196
Chris.Jeans@StandardRegister.com

Page references below are from the Standard Register 2014 Order Fulfillment Instructions guide. Copies of the OFI can be obtained by contacting strategicsourcing@standardregister.com. Several new additions have been made to the Order Fulfillment Instructions that we provide to our Certified Trade Partners. The OFI gives guidelines as to purchase orders, packaging, palletizing, freight compliance, etc. to ensure seamless business interactions between Standard Register and its valued sourcing network.

Below are a few (but not all) changes from last year:

Invoicing:
• All invoices must contain a Purchase Order number. (p. 12)
Purchase Orders:
• All purchase orders must be received directly from NetSource, Hagen, CPX, NFM, Printstream, Star, or i-series. (p. 12)
Shipping:
• Standard Register UPS Parcel Program – One account will be issued per vendor.
Palletizing:
• Pallet requirements for each individual warehouse vary. (p. 16)
Labeling:
• Standard Register labels for shipping. (p. 15)
Terms
• Terms for STP are 2%, 30 Net 60. (p. 26)

**Design Type, Inc. (WFO) Sales Terms and Conditions**

*Design Type, Inc. (WFO) has not entered any Terms & Conditions.*

COURIER-NOW, INC.

EDIT POSTED ORDERS    01/20/2015  15:43

01/20/2015

ALBERT

PES1670
DESIGN TYPE
1070 SPECTRUM DRIVE

LAWRENCEVILLE  GA 30043
770-338-3801
133837
CNW

STANDARD REGISTER
1255 TERMINUS DR
SUITE 400
LITHIA SPRINGS

DESIGN TYPE
1070 SPECTRUM DRIVE

: 30043

LAWRENCEVILLE
ALBERT
770-338-3801

TERRELL ATKINSON    01/20/2015  12:13

F1-HELP    F3-DELETE    F6-JUMP    F7-E

# PACKING SLIP

| | Ship Date | Invoice No. |
|---|---|---|
| | 1/20/2015 | 133837 |

**STANDARD REGISTER**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

| Ship To: |
|---|
| **STANDARD REGISTER** |
| **GRADY HEALTH SYSTEM** |
| **1255 TERMINUS DR, SUITE 400** |
| **Lithia Springs, GA 30122** |
| Attn: |

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|---|---|---|---|
| M6569730 | | COURIER NOW | 6578738 |

| Job Description | Quantity |
|---|---|
| GRADY HEALTH<br>FORM # 306-9117<br>GRADY HEALTH POCKET FOLDER | 2100 |

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

**Invoice**

| Date | Invoice # |
|------|-----------|
| 1/23/2015 | 133881 |

Bill To

Standard Register
600 Albany Street
Dayton,OH   45417-3405

**Terms**

2% 20 Net 30

**Due Date**

2/23/2015

| P.O. Number | Ship Date | Contact |
|-------------|-----------|---------|
| EN233390 | 1/23/2015 | DONALD |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| AXIALL INTERSECTION EMPLOYEE SPOTLIGHT | | | |
| PRINTING - QTY 90 | | 45.00 | 45.00 |
| SHIPPING CHARGE | | 9.46 | 9.46 |

| | |
|---|---|
| **Subtotal** | $54.46 |
| **Sales Tax** | $0.00 |
| **Total** | $54.46 |

 Standard Register

My Desk ▾ Workspace ▾ Contacts ▾ Reports ▾

Create Project     Recent Projects

Orders Design Type
Design Type, Inc. (WFO)

7058915 INTERSECT WINTER 2014 AXIALL (01-52460)                                   January 15, 2015 9:36:21 AM
Order Details                                                                                    Printable View

| **Project Menu** | **Order: INTERSECT WINTER SPOTLIGH** |
|---|---|

**Home**
Overview
Update...
Attach...
Copy...
Budget...
Cost...

**Teams**
List
Invite Members...

**Messages**
List
Post...

**Files**
List
Attach...
Attach Remote...
Create Folder...

**Events**
List
Enter...

**Tasks**
List
Create...

**Schedule**

**Specs**
List
Create...
Find & Copy...

**Shipments**

**Estimates**
List
Create RFE...
Create Open Bid...

**Orders**
List
Create...

Order Information
| Title: | INTERSECT WINTER SPOTLIGH |
|---|---|
| Order completion date: | 1/16/15 5:00 PM |
| Supplier Tracking: | |
| Status: | Accepted |
| Buyer workgroup: | Workflow Enterprise |
| Buyer Person: | Barbara J Daniels |
| Supplier workgroup: | Design Type, Inc (WFO) |
| Supplier Person: | Orders Design Type |
| Production Plus Direct Bill: | |
| Customer Name: | Axiall Corporation Atlanta |
| Customer Number: | 7058915 |
| Client ID: | |
| Customer PO: | Riah |
| Local Terms and Conditions | Atlanta
Standard Register 4855 Peachtree Industrial Blvd, Ste 220, Norcross, GA 30092 |
| Buyer Phone Number: | 770-840-3326 |
| Comments: | |
| Quote Number: | debbie |
| Sales Rep: | Miller,Donald C |
| Sales Rep Territory: | 93501 |
| Project Number: | 01-52460 |
| Project Completion Date: | 1/16/15 |
| New or Reprint?: | New |
| Project Hot?: | Yes |
| Project Comments: | |

**General Information**
| Payment method: | Purchase Order |
|---|---|
| WFO Purchase Order Number: | **EN233390** |
| Allowed Overs: | 0.00 % |
| Allowed Unders: | 0.00 % |

Order Items

## INTERSECTION EMPLOYEE SPOTLGHT (8707222) [ Job Id: 8248175 ]

| | |
|---|---|
| Completion date: | 1/16/15 5:00 PM |
| Item Number: | INTERSECT WINTER *Item is validated* |
| Item Name: | INTERSECTION EMPLOYEE SPOTLIGH |
| UOM: | EA |
| Sell Code: | E |
| Bill Code: | Bill Upon Straight Ship |
| Bill Freight Code: | C |
| Pack Size: | 1 |
| Requested Shipments: | 90 |
| Delivered: | 0 |
| Received: | 0 |
| | |
| Quantity: | 90 |
| Rate Card: | NONE |
| Cost Price: | $500.00 per 1,000 |
| Notes: | |
| Last Supplier Job Number: | |
| Last Order Number: | |
| Country of Origin: | USA |

| | |
|---|---|
| **Vendor Cost:** | $45.00 |
| | |
| Order Total: | $45.00 |
| Tax: | $0.00 |
| Shipping: | $0.00 |
| **Grand Total:** | **$45.00** |

### Terms & Conditions

**Workflow Enterprise Purchase Terms and Conditions**

Standard Register vendors can contact Accounts Payable by emailing accountspayable@standardregister.com or by contacting:

Accounts Payable Service Rep for vendors A-J:
Sherri Perry
T: (937) 221-2125
F: (937) 913-3154
Sherri.Perry@StandardRegister.com

Accounts Payable Service Rep for vendors K-S
Ortha Jean Mooney
T: (937) 221-2118
F: (937) 913-3012
OrthaJean.Mooney@StandardRegister.com

Accounts Payable Service Rep for vendors T-Z:
Chris Jeans
T: (937) 221-2110
F: (937) 913-3196
Chris.Jeans@StandardRegister.com

Page references below are from the Standard Register 2014 Order Fulfillment Instructions guide. Copies of the OFI can be obtained by contacting strategicsourcing@standardregister.com. Several new additions have been made to the Order Fulfillment Instructions that we provide to our Certified Trade Partners. The OFI gives guidelines as to purchase orders, packaging, palletizing, freight compliance, etc. to ensure seamless business interactions between Standard Register and its valued sourcing network.

Below are a few (but not all) changes from last year:

Invoicing:
• All invoices must contain a Purchase Order number. (p. 12)
Purchase Orders:
• All purchase orders must be received directly from NetSource, Hagen, CPX, NFM, Printstream, Star, or I-series. (p. 12)
Shipping:
• Standard Register UPS Parcel Program – One account will be issued per vendor.
Palletizing:
• Pallet requirements for each individual warehouse vary. (p. 16)
Labeling:
• Standard Register labels for shipping. (p. 15)
Terms
• Terms for STP are 2%, 30 Net 60. (p. 26)


**Design Type, Inc. (WFO) Sales Terms and Conditions**

*Design Type, Inc. (WFO) has not entered any Terms & Conditions.*



# PACKING SLIP

| Ship Date | Invoice No. |
|---|---|
| 1/20/2015 | 133881 |

**STANDARD REGISTER**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

Ship To:

**AXIALL CORPORATION**

**1000 ABERNATHY RD NE, SUITE 1200**

**ATLANTA, GA 30328**

Attn: RIAH LAWRY

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|---|---|---|---|
| EN233390 | | UPS | |

| Job Description | Quantity |
|---|---|
| AXIALL<br>INTERSECTION EMPLOYEE SPOTLIGHT | 90 |

Shipped UPS
1ZY69076035279 1610

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/26/2015 | 133868 |

Bill To

Standard Register
600 Albany Street
Dayton,OH   45417-3405

**Terms**

2% 20 Net 30

**Due Date**

2/26/2015

| P.O. Number | Ship Date | Contact |
|-------------|-----------|---------|
| M120 | 1/26/2015 | JEREMY |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| CHS CRIB CARD BOY | | | |
| PRINTING - QTY 5000 | | 465.00 | 465.00 |
| SHIPPING CHARGE | | 25.94 | 25.94 |

| | |
|---|---|
| **Subtotal** | $490.94 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $490.94 |

Return from Printable View

**2706, 317196 CRIB CARD BOY CHS ONE GENERAL USE (01-45476)**
**Order Details**

January 13, 2015 1:12:35 PM

## Order: 2706, 317196 CRIB CARD BOY CHS ONE GENERAL USE

### Order Information

| | | | |
|---|---|---|---|
| Title: | 2706, 317196 CRIB CARD BOY CHS ONE GENERAL USE | Comments: | Exact repeat INV 133106 MUST WRAP IN 100'S. |
| **Order completion date:** | **1/22/15 5:00 PM** | Prefix: | M |
| Status: | Accepted | **Quote Number:** | **PER DEBBIE 3/10** |
| Buyer workgroup: | Workflow Enterprise | Sales Rep: | Sherrill, Jeremy |
| Buyer Person: | Kathy Duckworth | Sales Rep Territory: | 93634 |
| Supplier workgroup: | Design Type, Inc. (WFO) | Project Number: | 01-45476 |
| Supplier Person: | Orders Design Type | Project Completion Date: | 1/22/15 |
| Production Plus Direct Bill: | | New or Reprint?: | Exact Repeat |
| Customer Name: | AMERICAN PRODUCT DISTRIBUTORS (APD) - includes all CHS | Project Hot?: | No |
| Customer Number: | 7039628 | **General Information** | |
| Client ID: | 2706 | Payment method: | Purchase Order |
| **Customer PO:** | **STORAGE** | **WFO Purchase Order Number:** | **M120** |
| Local Terms and Conditions: | CharlotteNC Standard Register 4001 Performance Road Charlotte, NC 28214 | Allowed Overs: | 0.00 % |
| | | Allowed Unders: | 0.00 % |
| Buyer Phone Number: | 704-398-5129 | | |

### Order Items

Reorder of 2706, 317196 CRIB CARD BOY CHS ONE GENERAL USE (8704034) [ Job Id: 8245241 ]

| | | | |
|---|---|---|---|
| Completion date: | 1/22/15 5:00 PM | **Quantity:** | **5,000** |
| **Item Number:** | **317196** *Item is validated* | Rate Card: | NONE |
| Item Name: | CRIB CARD BOY | Cost Price: | $93.00 per 1,000 |
| Pricing UOI: | 1/PK/1 | Last Supplier Job Number: | INV 133106 |
| Pricing UOR: | 1000/EA/1 | Last Order Number: | **M108** |
| Packaging UOI: | 100/PK/1 | | |
| Packaging UOR: | 1/EA/1 | | |
| Bill Code: | Bill Upon Inventory Release | | |
| Requested Shipments: | 5,000 | | |
| Delivered: | 0 | | |
| Received: | 0 | | |

*133106* (handwritten)

| | |
|---|---|
| **Vendor Cost:** | **$465.00** |

Case 15-10541-BLS    Doc 1018-1    Filed 09/04/15    Page 39 of 319

| | |
|---|---|
| Order Total: | $465.00 |
| Tax: | $0.00 |
| Shipping: | $0.00 |
| **Grand Total:** | **$465.00** |

Detailed Specifications

 Reorder of 2706, 317196 CRIB CARD BOY CHS ONE GENERAL USE

**Spec Description**

Name:                Reorder of 2706, 317196 CRIB CARD BOY CHS ONE GENERAL USE

SKU:                 317196

Reference Number: 8704034

Product Type:      Card

**Size**

| | Width | Height | | Other |
|---|---|---|---|---|
| Finished size: | 5 | x 3 | in *ISO:* | |
| Flat size: | 5 | x 3 | | |

**Stocks and Inks**

| Stock used as | Stock Description | Ink Description |
|---|---|---|
| **2706, 317196 CRIB CARD BOY CHS ONE GENERAL USE** | Weight:100 lb<br>Type:Cover<br>Coating:Coated<br>Finish:Velvet<br>Comments:C2S | **Inks for printing one side only**<br>4 color process:Medium<br><br>Bleeds:Yes<br>First Inks comments:MATCH TEAL IN LOGO TO PMS 321 AS CLOSE<br>AS POSSIBLE |

**Prepress**

**Art and Files**

✔ Exact Reprint Comments:

**Packaging**

| Wrapping | Quantity | Special Instructions |
|---|---|---|
| ✔ Shrink wrap in | 100 | No partial packs. |
| **Packing** | **Quantity** | **Special Instructions** |
| ✔ Vendor Choice | | |

**Shipment Details**

**Shipment Information**

Spec:  Reorder of 2706, 317196 CRIB CARD BOY CHS ONE GENERAL USE

Job Id: 8245241
Buyer: Kathy Duckworth of Workflow Enterprise
Supplier: Orders Design Type of Design Type, Inc. (WFO)

Shipment Name: Reorder of 2706, 317196 CRIB CARD BOY CHS ONE GENERAL USE Shipment
Status: Not Shipped

Delivery Address #1 of 1

| Warehouse Name: | CEVA Logistics Charlotte (CFE) |
| Warehouse ID: | 0822 |
| Address: | 1816 West Pointe Drive |
| | |
| City: | Charlotte |
| State: | NC |
| Postal Code: | 28214-9284 |
| Warehouse Promo Code: | MCL |

**Requested**

Request Type: Normal
Delivery Date: 1/22/15
Quantity: 5,000
Ship Via: 000000002: BEST METHOD

**Delivery**

Quantity shipped: 0                                          Units:
                                                            Weight:

Terms & Conditions

**Workflow Enterprise Purchase Terms and Conditions**
Standard Register vendors can contact Accounts Payable by emailing accountspayable@standardregister.com or by contacting:

Accounts Payable Service Rep for vendors A-J:
Sherri Perry
T: (937) 221-2125
F: (937) 913-3154
Sherri.Perry@StandardRegister.com

Accounts Payable Service Rep for vendors K-S:
Ortha Jean Mooney
T: (937) 221-2118
F: (937) 913-3012
OrthaJean.Mooney@StandardRegister.com

Accounts Payable Service Rep for vendors T-Z:
Chris Jeans
T: (937) 221-2110
F: (937) 913-3196
Chris.Jeans@StandardRegister.com

Page references below are from the Standard Register 2014 Order Fulfillment Instructions guide. Copies of the OFI can be obtained by contacting strategicsourcing@standardregister.com. Several new additions have been made to the Order Fulfillment Instructions that we provide to our Certified Trade Partners. The OFI gives guidelines as to purchase orders, packaging, palletizing, freight compliance, etc. to ensure seamless business interactions between Standard Register and its valued sourcing network.

Below are a few (but not all) changes from last year:

Invoicing:
• All invoices must contain a Purchase Order number. (p. 12)
Purchase Orders:
• All purchase orders must be received directly from NetSource, Hagen, CPX, NFM, Printstream, Star, or I-series. (p. 12)
Shipping:

• Standard Register UPS Parcel Program – One account will be issued per vendor.
Palletizing:
• Pallet requirements for each individual warehouse vary. (p. 16)
Labeling:
• Standard Register labels for shipping. (p. 15)
Terms
• Terms for STP are 2%, 30 Net 60. (p. 26)

**Design Type, Inc. (WFO) Sales Terms and Conditions**

*Design Type, Inc. (WFO) has not entered any Terms & Conditions.*

# PACKING SLIP

| | Ship Date | Invoice No. |
|---|---|---|
| | 1/22/2015 | 133868 |

**STANDARD REGISTER**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

**Ship To:**

**CEVA LOGISTICS CHARLOTTE**

**1816 WEST POINTE DR**

**CHARLOTTE, NC 28214**

Attn:

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|---|---|---|---|
| M120 | | UPS | STORAGE |

| Job Description | Quantity |
|---|---|
| CAROLINAS HEALTH<br>FORM # 317196<br>CRIB CARD BOY | 5000 |

Shipped UPS

1Z46907603534572O2

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

**Invoice**

| Date | Invoice # |
|---|---|
| 1/26/2015 | 133867 |

Bill To

Standard Register
600 Albany Street
Dayton, OH   45417-3405

**Terms**

2% 20 Net 30

**Due Date**

2/26/2015

| P.O. Number | Ship Date | Contact |
|---|---|---|
| M119 | 1/26/2015 | JEREMY |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| CHS CRIB CARD GIRL | | | |
| PRINTING - QTY 5000 | | 465.00 | 465.00 |
| SHIPPING CHARGE | | 25.94 | 25.94 |

| | |
|---|---|
| **Subtotal** | $490.94 |
| **Sales Tax** | $0.00 |
| **Total** | $490.94 |

Case 15-10541-BLS   Doc 1018-1   Filed 09/04/15   Page 44 of 319

Return from Printable View

**2706, 317195 CRIB CARD GIRL CHS ONE GENERAL USE (01-45474)**
Order Details

January 13, 2015 1:11:15 PM

**Order: 2706, 317195 CRIB CARD GIRL CHS ONE GENERAL USE**

View Order Hist

Order Information

| | | | |
|---|---|---|---|
| Title: | 2706, 317195 CRIB CARD GIRL CHS ONE GENERAL USE | Comments: | Exact repeat of INV 133107 |
| | | | MUST WRAP IN 100'S |
| **Order completion date:** | **1/22/15 5:00 PM** | Prefix: | M |
| Status: | Accepted | **Quote Number:** | **PER DEBBIE 3/10** |
| Buyer workgroup: | Workflow Enterprise | Sales Rep: | Sherrill, Jeremy |
| Buyer Person: | Kathy Duckworth | Sales Rep Territory: | 93634 |
| Supplier workgroup: | Design Type, Inc. (WFO) | Project Number: | 01-45474 |
| Supplier Person: | Orders Design Type | Project Completion Date: | 1/22/15 |
| Production Plus Direct Bill: | | New or Reprint?: | Exact Repeat |
| Customer Name: | AMERICAN PRODUCT DISTRIBUTORS (APD) - includes all CHS | Project Hot?: | No |
| | | **General Information** | |
| Customer Number: | 7039628 | Payment method: | Purchase Order |
| Client ID: | 2706 | **WFO Purchase Order Number:** | **M119** |
| **Customer PO:** | **STORAGE** | | |
| Local Terms and Conditions: | CharlotteNC Standard Register 4001 Performance Road Charlotte, NC 28214 | Allowed Overs: | 0.00 % |
| | | Allowed Unders: | 0.00 % |
| Buyer Phone Number: | 704-398-5129 | | |

Order Items

Reorder of 2706, 317195 CRIB CARD GIRL CHS ONE GENERAL USE (8704049) [ Job Id: 8245254 ]

| | | | |
|---|---|---|---|
| Completion date: | 1/22/15 5:00 PM | **Quantity:** | **5,000** |
| **Item Number:** | **317195** *Item is validated* | Rate Card: | NONE |
| Item Name: | CRIB CARD GIRL | Cost Price: | $93.00 per 1,000 |
| Pricing UOI: | 1/PK/1 | Last Supplier Job Number: | 133107 |
| Pricing UOR: | 1000/EA/1 | Last Order Number: | **M109** |
| Packaging UOI: | 100/PK/1 | | |
| Packaging UOR: | 1/EA/1 | | |
| Bill Code: | Bill Upon Inventory Release | | |
| Requested Shipments: | 5,000 | | |
| Delivered: | 0 | | |
| Received: | 0 | | |

Vendor Cost:    $465.00

| | |
|---|---|
| Order Total: | $465.00 |
| Tax: | $0.00 |
| Shipping: | $0.00 |
| **Grand Total:** | **$465.00** |

Detailed Specifications

 Reorder of 2706, 317195 CRIB CARD GIRL CHS ONE GENERAL USE

**Spec Description**

Name: Reorder of 2706, 317195 CRIB CARD GIRL CHS ONE GENERAL USE
SKU: 317195
Reference Number: 8704049
Product Type: Card

**Size**

| | Width | Height | | Other |
|---|---|---|---|---|
| Finished size: | 5 x | 3 | in *ISO:* | |
| Flat size: | 5 x | 3 | | |

**Stocks and Inks**

| Stock used as | Stock Description | Ink Description |
|---|---|---|
| 2706, 317195 CRIB CARD GIRL CHS ONE GENERAL USE | Weight:100 lb Type:Cover Coating:Coated Finish:Velvet Comments:C2S | Inks for printing one side only 4 color process:Medium Bleeds:Yes First Inks comments:MATCH TEAL IN LOGO TO PMS 321 AS CLOSE AS POSSIBLE |

**Prepress**

**Art and Files**

✔ Exact Reprint Comments:

**Packaging**

| Wrapping | Quantity | Special Instructions |
|---|---|---|
| ✔ Shrink wrap in | 100 | |
| **Packing** | **Quantity** | **Special Instructions** |
| ✔ Vendor Choice | | |

**Shipment Details**
**Shipment Information**

Spec:  Reorder of 2706, 317195 CRIB CARD GIRL CHS ONE GENERAL USE

# PACKING SLIP

| Ship Date | Invoice No. |
|---|---|
| 1/22/2015 | 133867 |

**STANDARD REGISTER**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

Ship To:

**CEVA LOGISTICS CHARLOTTE**

**1816 WEST POINTE DR**

**CHARLOTTE, NC 28214**

Attn:

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|---|---|---|---|
| M119 | | UPS | STORAGE |

| Job Description | Quantity |
|---|---|
| CAROLINAS HEALTH<br>FORM # 317195<br>CRIB CARD GIRL | 5000 |

Shipped UPS
1Z4690760352496592

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

**Invoice**

| Date | Invoice # |
|------|-----------|
| 1/22/2015 | 133840 |

Bill To

Standard Register
600 Albany Street
Dayton,OH   45417-3405

**Terms**

2% 20 Net 30

**Due Date**

2/22/2015

| P.O. Number | Ship Date | Contact |
|-------------|-----------|---------|
| X592544 | 1/22/2015 | DEBORA |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| NOLAND HEALTH - OAKS ON PARKWOOD LETTERHEAD AND ENVELOPES | | | |
| PRINTING - QTY 1000 LETTERHEAD | | 144.00 | 144.00 |
| PRINTING - QTY 500 OAKS ON PARKWOOD | | 100.00 | 100.00 |
| PRINTING - QTY 500 OAKS ON PARKWOOD | | 100.00 | 100.00 |
| SHIPPING CHARGE | | 15.20 | 15.20 |

| | |
|---|---|
| **Subtotal** | $359.20 |
| **Sales Tax** | $0.00 |
| **Total** | $359.20 |

STANDARD REGISTER
P.O. BOX 3933
DAYTON                                    OH   45401

For Returns call (770) 440-3300

| CC. CUSTOMER | 01-07059244 |
| CHARGE TO | |
| COST CENTER TO | OAKS ON PARKWOOD |
| CUSTOMER PO NO. | 60-3087 |

SOLD TO: OAKS ON PARKWOOD LLC
SHIP TO: OAKS ON PARKWOOD LLC
CATHY HUNEYCUTT
2651 LAUREL OAKS DR
BESSEMER, AL 35022-5440

| PAGE | 1 | DATE | 1-08/15 | 14:03 |
| CR-SET OF LADING NO | | 01-J977406 | |

WAREHOUSE: DESIGN TYPE PRINT SERVICES        ORDER # X592544
ORDER # :

SPECIAL SHIPPING INSTRUCTIONS.

CARRIER:

| ITEM NO | DESCRIPTION | REQUESTED BY | DELIVERY | DELIVERY TERMS | SHIP VIA | WEIGHT | NO. OF PIECES |
| | | | INSIDE | PrePaid | UPS GROUND | 00 | .00 |
| | | LOCATION | # OF UNITS | U/M | | | VALUE |
| NHENV-500 | #10 ENVELOPE | KIT-POD | 1 | BX | 500 | 500 | |
| | Job#: 5202141 | | | | | | |
| NHENV-500 | #10 ENVELOPE | KIT-POD | | BX | 500 | 500 | |
| | Job#: 5202141 | | | | | | |
| NHLH-500 | LETTERHEAD | KIT-POD | 2 | BX | 500 | 1,000 | |
| | Job#: 5202140 | | | | | | |

SPECIAL PACKING INSTRUCTIONS

Standard Register
ADVANCING YOUR REPUTATION

TOTAL VALUE

RELEASE ACKNOWLEDGEMENT

```
                              RUN DATE      1/8/2015
                              TIME     2:09 PM
                              OPERATOR        I07059244

ORDER # X592544        Reference # 60-3087

-------------------------------------------------------------------------
--------------
ITEM #         ITEM DESC              QTY SHIPPED    U/M    UNIT PRICE
VALUE
NHLH-500       LETTERHEAD             2              BX     65.000000
130.000000

B/L Number    J977406

 BILL TO 01-07059244SHIP TO OAKS ON PARKWOOD
OAKS ON PARKWOOD LLCOAKS ON PARKWOOD LLC
                         CATHY  HUNEYCUTT
600 CORPORATE PKWY STE 100 2651 LAUREL OAKS DR

          BIRMINGHAM          BESSEMER
      AL 35242-5451      AL 35022-5440
-------------------------------------------------------------------------
--------------
ITEM #         ITEM DESC              QTY SHIPPED    U/M    UNIT PRICE
VALUE
NHENV-500      #10 ENVELOPE           1              BX     90.000000
90.000000

B/L Number    J977406

 BILL TO 01-07059244SHIP TO OAKS ON PARKWOOD
OAKS ON PARKWOOD LLCOAKS ON PARKWOOD LLC
                         CATHY  HUNEYCUTT
600 CORPORATE PKWY STE 100 2651 LAUREL OAKS DR

          BIRMINGHAM          BESSEMER
      AL 35242-5451      AL 35022-5440
-------------------------------------------------------------------------
--------------
ITEM #         ITEM DESC              QTY SHIPPED    U/M    UNIT PRICE
VALUE
NHENV-500      #10 ENVELOPE           1              BX     90.000000
90.000000

B/L Number    J977406

 BILL TO 01-07059244SHIP TO OAKS ON PARKWOOD
OAKS ON PARKWOOD LLCOAKS ON PARKWOOD LLC
                         CATHY  HUNEYCUTT
600 CORPORATE PKWY STE 100 2651 LAUREL OAKS DR

          BIRMINGHAM          BESSEMER
      AL 35242-5451      AL 35022-5440
APPLICABLE TAX, FREIGHT, AND SPECIAL CHARGES (IF ANY) WILL BE ADDED TO YOUR
FINAL iNVOICE
SPECIAL INSTRUCTIONS:
SHIP VIA: UPS GROUND
REQUEST BY:
```

```
BILLING INFO:
company:01
name:OAKS ON PARKWOOD LLC
address1:600 CORPORATE PKWY STE 100
address2:
city:BIRMINGHAM
state:AL
zip:35242-5451
country:

SHIPPING INFO:
customer:07059244
igetsmart company order number:X592544
Order Date:20150108
reference number:60-3087
name:OAKS ON PARKWOOD LLC
attention:CATHY  HUNEYCUTT
costcenter number:OAKS ON PARKWOOD
costcenter/shipping address1:2651 LAUREL OAKS DR
address2:
city:BESSEMER
state:AL
zip:35022-5440
shipvia:UPS GROUND
day phone:
evening phone:
email:
request by:
special instructions:

DETAIL INFO:
URL:http://commerce.workflowoneaccess.com/UI/VariableImage/PDFO/
liYBHDnkxFFzS0nE8MJRVn0g-e-e.pdf
item number: NHLH-500
Quantity: 2 BX 500
cardtype: LETTERHEAD
languageoption: English
Sequence Number: 1
Billing Transaction Number: 056711259
Warehouse Descriptor:
Combined Warehouse Order: N

USER FIELDS:
four51username:purchasing@nolandhealth.com
Address1:2651 Laurel Oak Drive
City:Bessemer
State:Alabama
ZIP:35022
Tel1:2054974520
Tel2:2054974521
Teltype2:Fax
Logo:Noland_LH01_Logo_Oaks.eps
Document:Noland_LH01.xdt
NameSelect:Oaks on Parkwood,LLC
---------------------------------------------------------
```

```
BILLING INFO:
company:01
name:STANDARD REGISTER
address1:P.O. BOX 3933
address2:
city:DAYTON
state:OH
zip:45401

SHIPPING INFO:
customer:07059244
STANDARD REGISTER order number:X592544
STANDARD REGISTER b/l#:J977406
reference number:60-3087
name:OAKS ON PARKWOOD LLC
attention:CATHY  HUNEYCUTT
costcenter number:OAKS ON PARKWOOD
costcenter shipping address1:2651 LAUREL OAKS DR
address2:
city:BESSEMER
state:AL
zip:35022-5440
shipvia:UPS GROUND
request by:
special instructions:

DETAIL INFO:
item number:NHLH-500
Quantity:2 BX  of 500
Sequence:1

HiRes File: d:/webimages/hires/01/07059120/NHLH-500*PDF
```

```
BILLING INFO:
company:01
name:STANDARD REGISTER
address1:P.O. BOX 3933
address2:
city:DAYTON
state:OH
zip:45401

SHIPPING INFO:
customer:07059244
STANDARD REGISTER order number:X592544
STANDARD REGISTER b/l#:J977406
reference number:60-3087
name:OAKS ON PARKWOOD LLC
attention:CATHY  HUNEYCUTT
costcenter number:OAKS ON PARKWOOD
costcenter shipping address1:2651 LAUREL OAKS DR
address2:
city:BESSEMER
state:AL
zip:35022-5440
shipvia:UPS GROUND
request by:
special instructions:

DETAIL INFO:
item number:NHENV-500
Quantity:1 BX  of 500
Sequence:3

HiRes File: d:/webimages/hires/01/07059120/NHENV-500*PDF
special instructions:

DETAIL INFO:
item number:NHENV-500
Quantity:1 BX  of 500
Sequence:3

HiRes File: d:/webimages/hires/01/07059120/NHENV-500*PDF
```

```
BILLING INFO:
company:01
name:STANDARD REGISTER
address1:P.O BOX 3933
address2:
city:DAYTON
state:OH
zip:45401

SHIPPING INFO:
customer:07059244
STANDARD REGISTER order number:X592S44
STANDARD REGISTER b/l#:J977406
reference number:60-3087
name:OAKS ON PARKWOOD LLC
attention:CATHY  HUNEYCUTT
costcenter number:OAKS ON PARKWOOD
costcenter shipping address1:2651 LAUREL OAKS DR
address2:
city:BESSEMER
state:AL
zip:35022-5440
shipvia:UPS GROUND
request by:
special instructions:

DETAIL INFO:
item number:NHENV-500
Quantity:1 BX  of 500
Sequence:2

HiRes File: d:/webimages/hires/01/07059120/NHENV-500*PDF
special instructions:

DETAIL INFO:
item number:NHENV-500
Quantity:1 BX  of 500
Sequence:2

HiRes File: d:/webimages/hires/01/07059120/NHENV-500*PDF
```

```
BILLING INFO:
company:01
name:OAKS ON PARKWOOD LLC
address1:600 CORPORATE PKWY STE 100
address2:
city:BIRMINGHAM
state:AL
zip:35242-5451
country:

SHIPPING INFO:
customer:07059244
igetsmart company order number:X592544
Order Date:20150108
reference number:60-3087
name:OAKS ON PARKWOOD LLC
attention:CATHY  HUNEYCUTT
costcenter number:OAKS ON PARKWOOD
costcenter/shipping address1:2651 LAUREL OAKS DR
address2:
city:BESSEMER
state:AL
zip:35022-5440
shipvia:UPS GROUND
day phone:
evening phone:
email:
request by:
special instructions:

DETAIL INFO:
URL:http://commerce.workflowoneaccess.com/UI/VariableImage/PDFO/
liwqeqHM4nFvOk62-pS2Emw8Q-e-e.pdf
item number: NHENV-500
Quantity: 1 BX 500
cardtype: #10 ENVELOPE
languageoption: English
Sequence Number: 3
Billing Transaction Number: 056711258
Warehouse Descriptor:
Combined Warehouse Order: N

USER FIELDS:
four51username:purchasing@nolandhealth.com
Address1:2651 Laurel Oak Drive
City:Bessemer
State:Alabama
ZIP:35022
Logo:Noland_ENV01_Oak.eps
Document:Noland_ENV01.xdt
NameSelect:Oaks on Parkwood,LLC
----------------------------------------------------------
```

```
BILLING INFO:
company:01
name:OAKS ON PARKWOOD LLC
address1:600 CORPORATE PKWY STE 100
address2:
city:BIRMINGHAM
state:AL
zip:35242-5451
country:

SHIPPING INFO:
customer:07059244
igetsmart company order number:X592544
Order Date:20150108
reference number:60-3087
name:OAKS ON PARKWOOD LLC
attention:CATHY  HUNEYCUTT
costcenter number:OAKS ON PARKWOOD
costcenter/shipping address1:2651 LAUREL OAKS DR
address2:
city:BESSEMER
state:AL
zip:35022-5440
shipvia:UPS GROUND
day phone:
evening phone:
email:
request by:
special instructions:

DETAIL INFO:
URL:http://commerce.workflowoneaccess.com/UI/VariableImage/PDFO/
liR3IGidZ4KzSSzm8ylZVrcA-e-e.pdf
item number: NHENV-500
Quantity: 1 BX 500
cardtype: #10 ENVELOPE
languageoption: English
Sequence Number: 2
Billing Transaction Number: 056711257
Warehouse Descriptor:
Combined Warehouse Order: N

USER FIELDS:
four51username:purchasing@nolandhealth.com
Address1:2651 Laurel Oak Drive
City:Bessemer
State:Alabama
ZIP:35022
Logo:Noland_ENV01_Oak.eps
Document:Noland_ENV01.xdt
NameSelect:Oaks on Parkwood,LLC
----------------------------------------------------------
```

# PACKING SLIP

| Ship Date | Invoice No. |
|---|---|
| 1/20/2015 | 133840 |

**STANDARD REGISTER**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

**Ship To:**

**OAKS ON PARKWOOD LLC**

**2651 LAUREL OAKS DR**

**BESSEMER, AL 35022**

**Attn:** CATHY HUNEYCUTT

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|---|---|---|---|
| X592544 | | UPS | 60-3087 |

| Job Description | Quantity |
|---|---|
| OAKS ON PARKWOOD<br>FORM # NHENV-500<br>FORM # NHLH-500 | 1000EA |

Shipped UPS
1 2 Y 6 9 0 7 6 0 3 5 3 1 4 4 3 9 9

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

**Invoice**

| Date | Invoice # |
|------|-----------|
| 1/26/2015 | **133882** |

Bill To

Standard Register
600 Albany Street
Dayton,OH   45417-3405

**Terms**

2% 20 Net 30

**Due Date**

2/26/2015

| P.O. Number | Ship Date | Contact |
|-------------|-----------|---------|
| X633768 | 1/26/2015 | DEBORA |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| NOLAND HEALTH  - OAKS ON PARKWOOD ENVELOPES | | | |
| PRINTING - QTY 500 | | 100.00 | 100.00 |
| SHIPPING CHARGE | | 11.09 | 11.09 |

| | | |
|---|---|---|
| **Subtotal** | | $111.09 |
| **Sales Tax** | | $0.00 |
| **Total** | | $111.09 |

# PACKING SLIP

| Ship Date | Invoice No. |
|---|---|
| 1/22/2015 | 133882 |

**STANDARD REGISTER**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

**Ship To:**

**OAKS ON PARKWOOD LLC**

**2651 LAUREL OAKS DR**

**BESSEMER, AL 35022**

**Attn:** LJ

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|---|---|---|---|
| X633768 | | UPS | 60-3102 |

| Job Description | Quantity |
|---|---|
| OAKS ON PARKWOOD<br>FORM # NHENV-500<br>#10 ENVELOPE | 500 |

Shipped UPS
1Z469076353183543

From:    <autosender2@STANDARDREGISTER.COM>
Subject: **DESIGN TYPE PRINT SERVICES B/L#:01-K019423 Ord#: X633768**
Date:    January 14, 2015 4:43:35 PM EST
To:      <orderentry@designtype.com>
>        1 Attachment, 52.1 KB

B/L#: 01-K019423

| | |
|---|---|
| STANDARD REGISTER | |
| P.O. BOX 3933 | |
| DAYTON                    OH   45401 | |
| For Returns call (770) 840-3300 | |

| | |
|---|---|
| CB/CUSTOMER | 01-07059244 |
| CHARGE TO | |
| COST CENTER NO. | OAKS ON PARKWOOD |
| CUSTOMER PO NO. | 60-3102 |

| | | | |
|---|---|---|---|
| PAGE # | 1 | DATE | 1/14/15    16 43 |
| CB/BILL OF LADING NO. | | 01-K019423 | |

**WAREHOUSE:** DESIGN TYPE PRINT SERVICES    **ORDER #  X633768**
**ORDER # :**

SPECIAL SHIPPING INSTRUCTIONS:

CARRIER:

**SOLD TO:** OAKS ON PARKWOOD LLC
**SHIP TO:** OAKS ON PARKWOOD LLC
LJ
2651 LAUREL OAKS DR
BESSEMER, AL  35022-5440

| REQUESTED BY | DELIVERY | DELIVERY TERMS | SHIP VIA | WEIGHT | NO. OF PIECES |
|---|---|---|---|---|---|
| | INSIDE | PrePaid | UPS GROUND | 00 | .00 |

| ITEM NO. | DESCRIPTION | LOCATION | # OF UNITS | UOM | QTY PER UNIT | B/O UNITS | TOTAL QTY. SHIPPED | VALUE |
|---|---|---|---|---|---|---|---|---|
| NHENV-500 | #10 ENVELOPE<br>Job#:  5207339 | KIT-POD | 1 | BX | 500 | | 500 | |

SPECIAL PACKING INSTRUCTIONS

**Standard Register**
ADVANCING YOUR REPUTATION

**TOTAL VALUE**

```
BILLING INFO:
company:01
name:OAKS ON PARKWOOD LLC
address1:600 CORPORATE PKWY STE 100
address2:
city:BIRMINGHAM
state:AL
zip:35242-5451
country:

SHIPPING INFO:
customer:07059244
igetsmart company order number:X633768
Order Date:20150114
reference number:60-3102
name:OAKS ON PARKWOOD LLC
attention:L  J
costcenter number:OAKS ON PARKWOOD
costcenter/shipping address1:2651 LAUREL OAKS DR
address2:
city:BESSEMER
state:AL
zip:35022-5440
shipvia:UPS GROUND
day phone:
evening phone:
email:
request by:
special instructions:

DETAIL INFO:
URL:http://commerce.workflowoneaccess.com/UI/VariableImage/PDFO/lixPoE-
pfEbsMme02mf0NtIjg-e-e.pdf
item number: NHENV-500
Quantity: 1 BX 500
cardtype: #10 ENVELOPE
languageoption: English
Sequence Number: 1
Billing Transaction Number: 056792075
Warehouse Descriptor:
Combined Warehouse Order: N

USER FIELDS:
four51username:purchosing@nolandhealth.com
Address1:2651 Laurel Oak Drive
City:Bessemer
State:Alabama
ZIP:35022
Logo:Noland_ENV01_Oak.eps
Document:Noland_ENV01.xdt
NameSelect:Oaks on Parkwood,LLC
------------------------------------------------------------
```

```
BILLING INFO:
company:01
name:STANDARD REGISTER
address1:P.O. BOX 3933
address2:
city:DAYTON
state:OH
zip:45401

SHIPPING INFO:
customer:07059244
STANDARD REGISTER order number:X633768
STANDARD REGISTER b/1#:K019423
reference number:60-3102
name:OAKS ON PARKWOOD LLC
attention:L J
costcenter number:OAKS ON PARKWOOD
costcenter shipping address1:2651 LAUREL OAKS DR
address2:
city:BESSEMER
state:AL
zip:35022-5440
shipvia:UPS GROUND
request by:
special instructions:

DETAIL INFO:
item number:NHENV-500
Quantity:1 BX  of 500
Sequence:1

HiRes File: d:/webimages/hires/01/07059120/NHENV-500*PDF
```

RELEASE ACKNOWLEDGEMENT

```
                                 RUN DATE      1/14/2015
                                 TIME     4:49 PM
                                 OPERATOR      I0/059244

ORDER # X633768          Reference # 60-3102

-------------------------------------------------------------------------

ITEM #        ITEM DESC            QTY SHIPPED   U/M    UNIT PRICE
VALUE
NHENV-500     #10 ENVELOPE             1         BX     90.000000
90.000000

B/L Number   K019423


 BILL TO 01-07059244SHIP TO OAKS ON PARKWOOD
OAKS ON PARKWOOD LLCOAKS ON PARKWOOD LLC
                                  L J
600 CORPORATE PKWY STE 100 2651 LAUREL OAKS DR

        BIRMINGHAM           BESSEMER
     AL 35242-5451      AL 35022-5440
APPLICABLE TAX, FREIGHT, AND SPECIAL CHARGES (IF ANY) WILL BE ADDED TO YOUR
FINAL INVOICE
SPECIAL INSTRUCTIONS:
SHIP VIA: UPS GROUND
REQUEST BY:
```

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

**Invoice**

| Date | Invoice # |
|------|-----------|
| 1/26/2015 | 133858 |

Bill To

Standard Register
600 Albany Street
Dayton,OH  45417-3405

**Terms**

2% 20 Net 30

**Due Date**

2/26/2015

| P.O. Number | Ship Date | Contact |
|-------------|-----------|---------|
| X626044 | 1/26/2015 | DEBORA |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| NOLAND HEALTH - LETTERHEAD AND ENVELOPES | | | |
| PRINTING - QTY 4 @ 500 LETTERHEAD | | 288.00 | 288.00 |
| PRINTING - QTY 4 @ 500 ENVELOPES | | 400.00 | 400.00 |
| SHIPPING CHARGE | | 31.85 | 31.85 |

| | | |
|---|---|---|
| **Subtotal** | | $719.85 |
| **Sales Tax** | | $0.00 |
| **Total** | | $719.85 |

RELEASE ACKNOWLEDGEMENT

```
                         RUN DATE      1/13/2015
                         TIME     10:13 AM
                         OPERATOR        I07059120
```

**ORDER # X626044**       Reference # 90-0971

```
-------------------------------------------------------------------
--------------
ITEM #         ITEM DESC              QTY SHIPPED    U/M    UNIT PRICE
VALUE
NHLH-500       LETTERHEAD             1              BX     65.000000
65.000000
```

B/L Number    K010412

```
 BILL TO 01-07059120 SHIP TO HOME OFFICE
NOLAND HEALTH SERVICESNOLAND HEALTH SERVICES
                          KIM HARLAND
600 CORPORATE PKWY STE 100600 CORPORATE PARKWAY  STE 100

          BIRMINGHAM        BIRMINGHAM
       AL 35242-5451    AL 35242-5451
-------------------------------------------------------------------
--------------
ITEM #         ITEM DESC              QTY SHIPPED    U/M    UNIT PRICE
VALUE
NHLH-500       LETTERHEAD             1              BX     65.000000
65.000000
```

B/L Number    K010412

```
 BILL TO 01-07059120 SHIP TO HOME OFFICE
NOLAND HEALTH SERVICESNOLAND HEALTH SERVICES
                          KIM HARLAND
600 CORPORATE PKWY STE 100600 CORPORATE PARKWAY  STE 100

          BIRMINGHAM        BIRMINGHAM
       AL 35242-5451    AL 35242-5451
-------------------------------------------------------------------
--------------
ITEM #         ITEM DESC              QTY SHIPPED    U/M    UNIT PRICE
VALUE
NHLH-500       LETTERHEAD             1              BX     65.000000
65.000000
```

B/L Number    K010412

```
 BILL TO 01-07059120 SHIP TO HOME OFFICE
NOLAND HEALTH SERVICESNOLAND HEALTH SERVICES
                          KIM HARLAND
600 CORPORATE PKWY STE 100600 CORPORATE PARKWAY  STE 100

          BIRMINGHAM        BIRMINGHAM
       AL 35242-5451    AL 35242-5451
-------------------------------------------------------------------
--------------
ITEM #         ITEM DESC              QTY SHIPPED    U/M    UNIT PRICE
VALUE
NHLH-500       LETTERHEAD             1              BX     65.000000
65.000000
```

B/L Number    K010412

```
 BILL TO 01-07059120 SHIP TO HOME OFFICE
NOLAND HEALTH SERVICESNOLAND HEALTH SERVICES
                          KIM HARLAND
600 CORPORATE PKWY STE 100600 CORPORATE PARKWAY  STE 100

          BIRMINGHAM        BIRMINGHAM
       AL 35242-5451    AL 35242-5451
```

```
BILLING INFO:
company:01
name:STANDARD REGISTER
address1:P.O. BOX 3933
address2:
city:DAYTON
state:OH
zip:45401

SHIPPING INFO:
customer:07059120
STANDARD REGISTER order number:X626044
STANDARD REGISTER b/l#:K010412
reference number:90-0971
name:NOLAND HEALTH SERVICES
attention:KIM HARLAND
costcenter number:HOME OFFICE
costcenter shipping address1:600 CORPORATE PARKWAY  STE 100
address2:
city:BIRMINGHAM
state:AL
zip:35242-5451
shipvia:UPS GROUND
request by:
special instructions:

DETAIL INFO:
item number:NHENV-500
Quantity:1 BX  of 500
Sequence:5

HiRes File: d:/webimages/hires/01/07059120/NHENV-500*PDF
special instructions:

DETAIL INFO:
item number:NHENV-500
Quantity:1 BX  of 500
Sequence:5

HiRes File: d:/webimages/hires/01/07059120/NHENV-500*PDF
special instructions:

DETAIL INFO:
item number:NHENV-500
Quantity:1 BX  of 500
Sequence:5

HiRes File: d:/webimages/hires/01/07059120/NHENV-500*PDF
special instructions:

DETAIL INFO:
item number:NHENV-500
Quantity:1 BX  of 500
Sequence:5

HiRes File: d:/webimages/hires/01/07059120/NHENV-500*PDF
```

BILLING INFO:
company:01
name:NOLAND HEALTH SERVICES
address1:600 CORPORATE PKWY STE 100
address2:
city:BIRMINGHAM
state:AL
zip:35242-5451
country:

SHIPPING INFO:
customer:07059120
igetsmart company order number:X626044
Order Date:20150113
reference number:90-0971
name:NOLAND HEALTH SERVICES
attention:KIM HARLAND
costcenter number:HOME OFFICE
costcenter/shipping address1:600 CORPORATE PARKWAY  STE 100
address2:
city:BIRMINGHAM
state:AL
zip:35242-5451
shipvia:UPS GROUND
day phone:
evening phone:
email:
request by:
special instructions:

DETAIL INFO:
URL:http://commerce.workflowoneaccess.com/UI/VariableImage/PDFO/liJWkZZ-
sxqH2PHhz-stkL26Pw-e-e.pdf
item number: NHLH-500
Quantity: 1 BX 500
cardtype: LETTERHEAD
languageoption: English
Sequence Number: 4
Billing Transaction Number: 056772339
Warehouse Descriptor:
Combined Warehouse Order: N

USER FIELDS:
four51username:purchasing@nolandhealth.com
Address1:53 Medical Park Drive East
City:Birmingham
State:Alabama
ZIP:35235
Tel1:2058364231
Tel2:2058385327
Teltype2:Fax
Logo:Noland_LH01_Logo_EastGlen.eps
Document:Noland_LH01.xdt
NameSelect:East Glen, LLC.
--------------------------------------------------------

```
BILLING INFO:
company:01
name:STANDARD REGISTER
address1:P.O. BOX 3933
address2:
city:DAYTON
state:OH
zip:45401

SHIPPING INFO:
customer:07059120
STANDARD REGISTER order number:X626044
STANDARD REGISTER b/l#:K010412
reference number:90-0971
name:NOLAND HEALTH SERVICES
attention:KIM HARLAND
costcenter number:HOME OFFICE
costcenter shipping address1:600 CORPORATE PARKWAY  STE 100
address2:
city:BIRMINGHAM
state:AL
zip:35242-5451
shipvia:UPS GROUND
request by:
special instructions:

DETAIL INFO:
item number:NHENV-500
Quantity:1 BX  of 500
Sequence:6

HiRes File: d:/webimages/hires/01/07059120/NHENV-500*PDF
special instructions:

DETAIL INFO:
item number:NHENV-500
Quantity:1 BX  of 500
Sequence:6

HiRes File: d:/webimages/hires/01/07059120/NHENV-500*PDF
special instructions:

DETAIL INFO:
item number:NHENV-500
Quantity:1 BX  of 500
Sequence:6

HiRes File: d:/webimages/hires/01/07059120/NHENV-500*PDF
special instructions:

DETAIL INFO:
item number:NHENV-500
Quantity:1 BX  of 500
Sequence:6

HiRes File: d:/webimages/hires/01/07059120/NHENV-500*PDF
```

# PACKING SLIP

| Ship Date | Invoice No. |
|---|---|
| 1/23/2015 | 133858 |

**STANDARD REGISTER**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

Ship To:

**NOLAND HEALTH SERVICES**

**600 CORPORATE PARKWAY, SUITE 100**

**BIRMINGHAM, AL 35242**

Attn: KIM HARLAND

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|---|---|---|---|
| X626044 | | UPS | 90-0971 |

| Job Description | Quantity |
|---|---|
| NOLAND HEALTH<br>FORM # NHENV-500 - 4 DIFFERENT ENVS<br>FORM # NHLH-500 - 4 DIFFERENT LH | 500EA |

Shipped UPS
1Z4690760354959641

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/26/2015 | 133907 |

Bill To

Standard Register
600 Albany Street
Dayton, OH   45417-3405

**Terms**

2% 20 Net 30

**Due Date**

2/26/2015

| P.O. Number | Ship Date | Contact |
|-------------|-----------|---------|
| A0721735 | 1/26/2015 | TERRY |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| EQUIFAX/NIADA | | | |
| PRINTING - QTY 4500 | | 700.00 | 700.00 |
| SHIPPING CHARGE | | 138.26 | 138.26 |

| | | |
|--|--|--|
| **Subtotal** | | $838.26 |
| **Sales Tax** | | $0.00 |
| **Total** | | $838.26 |

# PURCHASE ORDER

Standard Register
4905 PGA PK TREE IND BLVD SUITE 220
NORCROSS, GA 30092
Phone 770-840-3322
Email barrows@standardregister.com

SEND PROOFS, ALL SAMPLES, DUPLICATE
INVOICES, DUPLICATE SHIPPING PAPERS AND
ARTWORK

Send all invoices to:
Accounts Payable
WorkflowOne
P.O. Box 3933
Dayton, Ohio 45401-3933

SEND ALL INVOICES TO THIS ADDRESS

PURCHASING CONTACT NUMBER

BOTH #'S MUST APPEAR ON ALL SHIPPING PAPERS
CUSTOMER PURCHASE ORDER NUMBER

COST CENTER: 0004/6001

| BILL TO/CUST. NO | 70542T0 |
|---|---|
| COST CENTER | |
| CHARGE ACCT # | |
| Credit Card Info | |
| CARD # | |
| BILL ADDRESS | |
| BUYER NAME | |
| TITLE | |

| ORDER DATE | SHIP DATE | IN HANDS/EVENT DATE | REP | NUMBER |
|---|---|---|---|---|
| 1/16/2015 | ASAP | 1/23/2015 | GRAHAM | |

OUR JOB #/DATE

| | Proof | Spec. Sample | Pre-production Proof |
|---|---|---|---|
| | | IF APPLICABLE | IF APPLICABLE |

| Prepayment on order? | No |
|---|---|

| Vendor Item # | SIZE | Color | DESCRIPTION (100 CHAR MAX) | UNIT | COST |
|---|---|---|---|---|---|
| | 11 X 17 | 4CP | BROCHURE PRINTED AND FOLDED TO 8.5 X11 | E | $700.00 |
| | | | 100# GLOSS TEXT | | |
| | | | 4/4 BLEEDS | | |
| | | | | | |
| | | | PROOF: THOMAS.BARROWS@STANDARDREGISTER.COM | | |

IMPORTANT:
Failure to ship via
our specified
carrier may result
in deduction of
shipping charges
from your invoice

| | | ADDITIONAL CHARGES THIS ORDER | | | |
|---|---|---|---|---|---|
| | ITEM REF | VENDOR | COST | SELL | MARKUP/A% |
| | FRT | | 3rd party | | |

ADDITIONAL BILLING INSTRUCTIONS

LINE ITEM CHARGE:
INVENTORY ANALYSIS

WAREHOUSE INSTRUCTION FOR PICK N' PACK

| NAME | IF APPLICABLE |
|---|---|
| ATTN: | IF APPLICABLE |
| ADDRESS | IF APPLICABLE |
| CITY, ST ZIP | IF APPLICABLE |
| COUNTRY | |
| SHIP VIA: | |

SHIP TO:

SHIP QTY:

PMS COLOR

| Location | |
| Size | |
| Application | |

Insert artwork pic here

Tom Barrows 770-840-3323
Signature

QTY: 4500

IN HANDS 1/24

barrows@standardregister.com with questions 770-840-3323

e tracking once the order ships

rchase Order Number, Item number - Quantity and Description

# PACKING SLIP

| Ship Date | Invoice No. |
|---|---|
| 1/22/2015 | 133907 |

**STANDARD REGISTER**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

| Ship To: |
|---|
| **EQUIFAX** |
| **C/O NIADA** |
| **218 WEST BROADWAY** |
| **FORT WORTH, TX 76104** |
| **Attn:** BRANDI EVERSOLE |

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|---|---|---|---|
| A0721735 | | UPS | |

| Job Description | Quantity |
|---|---|
| EQUIFAX NIADA BROCHURE | 4500 |

*Shipped UPS See Attached*

2 OF 3

Y69076          JAN 22, 2015    ALL CURR USD
SVC GNDCOM                      ACT WT 65.0 LBS
TRACKING# 1ZY6907603534B5888
REF 1:
REF 2:

HANDLING CHARGE 0.00
SINGLE-PIECE PUB RATE CHRGS:                    SVC   T/P USD
DV 0.00                      COD   0.00          RS   0.00
DC 0.00                      DGD   0.00          SD   0.00
AH 0.00                      PR    0.00          SP   0.00
TOT PUB CHG 0.00         PUB+HANDLING

---

3 OF 3

69076          JAN 22, 2015    ALL CURR USD
VC GNDCOM                      ACT WT 66.0 LBS
RACKING# 1ZY6907603540204S4
EF 1:A00721735
EF 2:133907

HANDLING CHARGE 0.00                            DV AMT   700.00
SINGLE-PIECE PUB RATE CHRGS:                    SVC   T/P USD
DV 0.00                      COD   0.00          RS   0.00
DC 0.00                      DGD   0.00          SD   0.00
AH 0.00                      PR    0.00          SP   0.00
TOT PUB CHG 0.00         PUB+HANDLING

---

| ITEM 1 | BROCHURE | | |
|---|---|---|---|
| Paper Size | 12 1/2 X 19 | Flat Size | 11 x 17 |
| Stock | | 100# GLOSS TEXT | |
| Stock Color | | WHITE | |
| Ink Front | CMYK | | |
| Ink Back | CMYK | | |
| Press | RYOBI | 1-up | Sheetwise |
| Qty Ordered | 4500 | Qty Shipped | |
| | | Item 1 Price | $700.00 |

1 OF 3

Y69076          JAN 22, 2015    ALL CURR USD
SVC GNDCOM                      ACT WT 57.0 LBS
TRACKING# 1ZY6907603521172278
REF 1:
REF 2:

HANDLING CHARGE 0.00
SINGLE-PIECE PUB RATE CHRGS:                    SVC   T/P USD
DV 0.00                      COD   0.00          RS   0.00
DC 0.00                      DGD   0.00          SD   0.00
AH 0.00                      PR    0.00          SP   0.00
TOT PUB CHG 0.00         PUB+HANDLING

110.01

Job Instructions

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

**Invoice**

| Date | Invoice # |
|------|-----------|
| 1/26/2015 | 133892 |

Bill To

Standard Register
600 Albany Street
Dayton,OH   45417-3405

**Terms**

2% 20 Net 30

**Due Date**

2/26/2015

| P.O. Number | Ship Date | Contact |
|-------------|-----------|---------|
| M6570485 | 1/26/2015 | JEREMY |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| THANK YOU ENVELOPES - CAROLINA HEALTHCARE | | | |
| PRINTING- QTY 20,000 | | 1,600.00 | 1,600.00 |
| SHIPPING CHARGE | | 121.04 | 121.04 |

| | | |
|---|---|---|
| **Subtotal** | | $1,721.04 |
| **Sales Tax** | | $0.00 |
| **Total** | | $1,721.04 |



My Desk ▾  Workspace ▾  Contacts ▾  Reports ▾

**Create Project**   **Recent Projects**

Orders Design Type
Design Type, Inc. (WFO)

1162 Thank You Envelope (01-42672)                                      January 16, 2015 5:05:56 PM
Order Details
                                                                        Printable View

| **Project Menu** | **Order: 2706 -1162 Thank You Envelope** |
|---|---|

**Home**
  Overview
  Update...
  Attach...
  Copy...
  Budget...
  Cost...

**Teams**
  List
  Invite Members...

**Messages**
  List
  Post...

**Files**
  List
  Attach...
  Attach Remote...
  Create Folder...

**Events**
  List
  Enter...

**Tasks**
  List
  Create...

**Schedule**

**Specs**
  List
  Create...
  Find & Copy...

**Shipments**

**Estimates**
  List
  Create RFE...
  Create Open Bid...

**Orders**
  List
  Create...

Order Information

| Title: | 2706 -1162 Thank You Envelope |
|---|---|
| Order completion date: | 1/23/15 5:00 PM |
| Supplier Tracking: | |
| Status: | Accepted |
| Buyer workgroup: | Workflow Enterprise |
| Buyer Person: | Kathy Duckworth |
| Supplier workgroup: | Design Type, Inc. (WFO) |
| Supplier Person: | Orders Design Type |
| Production Plus Direct Bill: | |
| Customer Name: | AMERICAN PRODUCT DISTRIBUTORS (APD) - includes all CHS |
| Customer Number: | 7039628 |
| Client ID: | 2706 |
| Customer PO: | n/a |
| Local Terms and Conditions: | CharlotteNC Standard Register 4001 Performance Road Charlotte, NC 28214 |
| Buyer Phone Number: | 704-553-6056 |
| Comments: | OVER / UNDER RUN MUST BE IN FULL CARTONS OF 500. PARTIALS WILL NOT BE ACCEPTED. |
| Prefix: | M |
| Quote Number: | Debbie Cox |
| Sales Rep: | Sherrill, Jeremy |
| Sales Rep Territory: | 93634 |
| Project Number: | 01-42672 |
| Project Completion Date: | 1/23/15 |
| New or Reprint?: | Exact Repeat |
| Project Hot?: | Yes |
| Project Comments: | |

General Information

| Payment method: | Purchase Order |
|---|---|
| WFO Purchase Order Number: | **M6570485** |
| Allowed Overs: | 10.00 % |
| Allowed Unders: | 10.00 % |

Order Items

Reorder of Thank You Envelope (8710530) [ Job Id: 8251538 ]

| | |
|---|---|
| Completion date: | 1/23/15 5:00 PM |
| Item Number: | 1162 *Item is validated* |
| Item Name: | ENV.THANK YOU/INVITE |
| Pricing UOI: | 1/CT/1 |
| Pricing UOR: | 1000/EA/1 |
| Packaging UOI: | 1000/CT/1 |
| Packaging UOR: | 1/EA/1 |
| Bill Code: | Bill Upon Inventory Release |
| Requested Shipments: | 20,000 |
| Delivered: | 0 |
| Received: | 0 |
| | |
| Quantity: | 20,000 |
| Rate Card: | NONE |
| Cost Price: | $80.00 per 1,000 |
| Notes: | |
| Last Supplier Job Number: | |
| Last Order Number: | M6534085 |

| | |
|---|---|
| **Vendor Cost:** | $1,600.00 |
| | |
| Order Total: | $1,600.00 |
| Tax: | $0.00 |
| Shipping: | $0.00 |
| **Grand Total:** | **$1,600.00** |

Terms & Conditions

**Workflow Enterprise Purchase Terms and Conditions**

Standard Register vendors can contact Accounts Payable by emailing accountspayable@standardregister.com or by contacting:

Accounts Payable Service Rep for vendors A-J:
Sherri Perry
T: (937) 221-2125
F: (937) 913-3154
Sherri.Perry@StandardRegister.com

Accounts Payable Service Rep for vendors K-S:
Ortha Jean Mooney
T: (937) 221-2118
F: (937) 913-3012
OrthaJean.Mooney@StandardRegister.com

Accounts Payable Service Rep for vendors T-Z:
Chris Jeans
T: (937) 221-2110
F: (937) 913-3196
Chris.Jeans@StandardRegister.com

Page references below are from the Standard Register 2014 Order Fulfillment Instructions guide. Copies of the OFI can be obtained by contacting strategicsourcing@standardregister.com. Several new additions have been made to the Order Fulfillment Instructions that we provide to our Certified Trade Partners. The OFI gives guidelines as to purchase orders, packaging, palletizing, freight compliance, etc. to ensure seamless business interactions between Standard Register and its valued sourcing network.

Below are a few (but not all) changes from last year:

Invoicing:

• All invoices must contain a Purchase Order number. (p. 12)
Purchase Orders:
• All purchase orders must be received directly from NetSource, Hagen, CPX, NFM, Printstream, Star, or I-series. (p. 12)
Shipping:
• Standard Register UPS Parcel Program – One account will be issued per vendor.
Palletizing:
• Pallet requirements for each individual warehouse vary. (p. 16)
Labeling:
• Standard Register labels for shipping. (p. 15)
Terms
• Terms for STP are 2%, 30 Net 60. (p. 26)

### Design Type, Inc. (WFO) Sales Terms and Conditions

*Design Type, Inc. (WFO) has not entered any Terms & Conditions.*

**Cancel Order**     **Create Change Order...**     **Update Supplier Tracking...**

**Update Order Status...**     **Close Order...**

**Edit Shipments...**

# PACKING SLIP

| Ship Date | Invoice No. |
|---|---|
| 1/23/2015 | 133892 |

**STANDARD REGISTER**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

Ship To:

**CEVA LOGISTICS CHARLOTTE**

**1816 WEST POINTE DR**

**CHARLOTTE, NC 28214**

Attn:

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|---|---|---|---|
| M6570485 | | UPS | |

| Job Description | Quantity |
|---|---|
| CAROLINAS HEALTH<br>FORM # 1162<br>THANK YOU/INVITE, ENV | 20000 |

Shipped UPS
See Attached

LIST VIEW

10:46 AM                    M6570485

Y69076        JAN 23, 2015    ALL CURR USD    2 OF 4
SVC GNDCOM              ACT WT 50.0 LBS
TRACKING# 1ZY690760354906868
REF 1:
REF 2:

**PREPRESS**

Comp ☐
Plates ☐        Design ☐        Proofing **PDF**
Laser ☐         Scan ☐          Download

PDF TO KATHY DUCKWORTH. UPON APPROVAL GOES TO LARRY

HANDLING CHARGE 0.00
SINGLE-PIECE PUB RATE CHRGS:            SVC T/P USD
DV 0.00            COD   0.00        RS 0.00
DC 0.00            DGD   0.00        SD 0.00
AH 0.00            PR    0.00        SP 0.00
TOT PUB CHG 0.00        PUB+HANDLING     0.00

**OPERATOR        TOTAL TIME**

**DIGITAL**

Paper
Grommet ☐      Laminating
Easel Back ☐    Mounting

Stitching
Pack 1000    500        Shrink Wrap 50

**MUST WRAP IN 50'S AND BOX IN 1000'S**    1000 S

| **ITEM 1** | **ENVELOPE** | | **ITEM 3** | | |
|---|---|---|---|---|---|
| Paper Size | | Flat Size **A2** | Paper Size | | Flat Size |
| Stock | **70# STARBITE** | | Stock | | |
| Stock Color | **WHITE** | | Stock Color | | |
| Ink Front | | | | | |
| Ink Back | **Black** | **321** | | | |

Y69076        JAN 23, 2015    ALL CURR USD    3 OF 4
SVC GNDCOM              ACT WT 50.0 LBS
TRACKING# 1ZY690760353029479
REF 1:
REF 2:

Press **LARRY**
Qty Ordered **20000**    Qty Shipped
                          Item 1 Price  1600.00

HANDLING CHARGE 0.00
SINGLE-PIECE PUB RATE CHRGS:            SVC T/P USD
DV 0.00            COD   0.00        RS 0.00
DC 0.00            DGD   0.00        SD 0.00
AH 0.00            PR    0.00        SP 0.00
TOT PUB CHG 0.00        PUB+HANDLING     0.00

Y69076        JAN 23, 2015    ALL CURR USD    1 OF 4
SVC GNDCOM              ACT WT 50.0 LBS
TRACKING# 1ZY690760354750259
REF 1:
REF 2:

HANDLING CHARGE 0.00
SINGLE-PIECE PUB RATE CHRGS:            SVC T/P USD
DV 0.00            COD   0.00        RS 0.00
DC 0.00            DGD   0.00        SD 0.00
AH 0.00            PR    0.00        SP 0.00
TOT PUB CHG 0.00        PUB+HANDLING     0.00

90.78

Y69076        JAN 23, 2015    ALL CURR USD    4 OF 4
SVC GNDCOM              ACT WT 50.0 LBS
TRACKING# 1ZY690760352718084
REF 1:M6570485
REF 2:133892

DV AMT 500.00

HANDLING CHARGE 0.00
SINGLE-PIECE PUB RATE CHRGS:            SVC T/P USD
DV 0.00            COD   0.00        RS 0.00
DC 0.00            DGD   0.00        SD 0.00
AH 0.00            PR    0.00        SP 0.00
TOT PUB CHG 0.00        PUB+HANDLING     0.00

JOB INSTRUCTIONS

**PFS $1040**

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

**Invoice**

| Date | Invoice # |
|------|-----------|
| 1/26/2015 | **133880** |

Bill To

Standard Register
600 Albany Street
Dayton, OH  45417-3405

**Terms**

2% 20 Net 30

**Due Date**

2/26/2015

| P.O. Number | Ship Date | Contact |
|-------------|-----------|---------|
| **J348** | 1/26/2015 | LINDA |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| SPAULDING LETTERHEAD | | | |
| PRINTING - QTY 2500 | | 436.00 | 436.00 |
| SHIPPING CHARGE | | 34.39 | 34.39 |

| | |
|---|---|
| **Subtotal** | $470.39 |
| **Sales Tax** | $0.00 |
| **Total** | $470.39 |

133 880



My Desk ▾  Workspace ▾  Contacts ▾  Reports ▾

Orders Design Type
Design Type, Inc. (WFO)

3370 SPR438 SPR (01-52464)
Order Details

January 15, 2015 9:48:39 AM
Printable View

| Project Menu | Order: 3370 SPR438 SPR |
|---|---|

**Home**
 Overview
 Update...
 Attach...
 Copy...
 Budget...
 Cost...

**Teams**
 List
 Invite Members...

**Messages**
 List
 Post...

**Files**
 List
 Attach...
 Attach Remote...
 Create Folder...

**Events**
 List
 Enter...

**Tasks**
 List
 Create...

**Schedule**

**Specs**
 List
 Create...
 Find & Copy...

**Shipments**

**Estimates**
 List
 Create RFE...
 Create Open Bid...

**Orders**
 List
 Create...

Order Information

| | |
|---|---|
| Title: | 3370 SPR438 SPR |
| Order completion date: | 1/23/15 3:00 PM |
| Supplier Tracking: | |
| Status: | Accepted |
| Buyer workgroup: | Workflow Enterprise |
| Buyer Person: | Vanessa White |
| Supplier workgroup: | Design Type, Inc. (WFO) |
| Supplier Person: | Orders Design Type |
| Production Plus Direct Bill: | |
| Customer Name: | SPALDING REGIONAL MEDICAL CEN |
| Customer Number: | 1896301 |
| Client ID: | 3370 |
| Customer PO: | 0392 296403 |
| Local Terms and Conditions: | Atlanta
Standard Register 4855 Peachtree Industrial Blvd, Ste 220, Norcross, GA 30092 |
| Buyer Phone Number: | 770.840.3336 |
| Comments: | EXACT REPEAT 131528 |
| Prefix: | J |
| Quote Number: | DEBBIE COX |
| Sales Rep: | David,Linda A |
| Sales Rep Territory: | 61403 |
| Project Number: | 01-52464 |
| Project Completion Date: | 1/23/15 |
| New or Reprint?: | Exact Repeat |
| Project Hot?: | No |
| Project Comments: | |

**General Information**

| | |
|---|---|
| Payment method: | Purchase Order |
| WFO Purchase Order Number: | **J348** |
| Allowed Overs: | 0.00 % |
| Allowed Unders: | 0.00 % |

Order Items

SPR438 LETTERHEAD (SPR438) [ Job Id: 8248813 ]

| | |
|---|---|
| Completion date: | 1/23/15 3:00 PM |
| Item Number: | SPR438 *item is validated* |
| Item Name: | LETTERHEAD |
| Pricing UOI: | 1/BX/1 |
| Pricing UOR: | 1/BX/1 |
| Packaging UOI: | 500/BX/1 |
| Packaging UOR: | 500/BX/1 |
| Bill Code: | Bill Upon Inventory Release |
| Requested Shipments: | 2,500 |
| Delivered: | 0 |
| Received: | 0 |
| | |
| Quantity: | 2,500 |
| Rate Card: | NONE |
| Cost Price: | $174.40 per 1,000 |
| Notes: | |
| Last Supplier Job Number: | 131528 |
| Last Order Number: | J257 |

| | |
|---|---|
| **Vendor Cost:** | $436.00 |
| | |
| Order Total: | $436.00 |
| Tax: | $0.00 |
| Shipping: | $0.00 |
| **Grand Total:** | **$436.00** |

Terms & Conditions

**Workflow Enterprise Purchase Terms and Conditions**

Standard Register vendors can contact Accounts Payable by emailing accountspayable@standardregister.com or by contacting:

Accounts Payable Service Rep for vendors A-J:
Sherri Perry
T: (937) 221-2125
F: (937) 913-3154
Sherri.Perry@StandardRegister.com

Accounts Payable Service Rep for vendors K-S:
Ortha Jean Mooney
T: (937) 221-2118
F: (937) 913-3012
OrthaJean.Mooney@StandardRegister.com

Accounts Payable Service Rep for vendors T-Z:
Chris Jeans
T: (937) 221-2110
F: (937) 913-3196
Chris.Jeans@StandardRegister.com

Page references below are from the Standard Register 2014 Order Fulfillment Instructions guide. Copies of the OFI can be obtained by contacting strategicsourcing@standardregister.com. Several new additions have been made to the Order Fulfillment Instructions that we provide to our Certified Trade Partners. The OFI gives guidelines as to purchase orders, packaging, palletizing, freight compliance, etc. to ensure seamless business interactions between Standard Register and its valued sourcing network.

Below are a few (but not all) changes from last year:

Invoicing

• All invoices must contain a Purchase Order number. (p. 12)
Purchase Orders:
• All purchase orders must be received directly from NetSource, Hagen, CPX, NFM, Printstream, Star, or t-series. (p. 12)
Shipping:
• Standard Register UPS Parcel Program – One account will be issued per vendor
Palletizing:
• Pallet requirements for each individual warehouse vary. (p. 16)
Labeling:
• Standard Register labels for shipping. (p. 15)
Terms
• Terms for STP are 2%, 30 Net 60. (p. 26)

### Design Type, Inc. (WFO) Sales Terms and Conditions

*Design Type, Inc. (WFO) has not entered any Terms & Conditions.*



# PACKING SLIP

| Ship Date | Invoice No. |
|---|---|
| 1/22/2015 | 133880 |

**STANDARD REGISTER**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

Ship To:

**SPALDING REGIONAL MEDICAL CENTER**

**601 SOUTH 8TH STREET**

**GRIFFIN, GA 30224**

Attn: CC2020

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|---|---|---|---|
| J348 | | UPS | 0392 296403 |

| Job Description | Quantity |
|---|---|
| SPALDING REGIONAL<br>FORM # SPR438<br>LETTERHEAD | 2500 |

Shipped UPS
See Attached

ook | **Order Entry** | Prepress | Digital | Press | Bindery | Shipping

| E ENTERED | PROOF DUE | PRINT DUE | TIME DUE | DEPARTMENT |
|---|---|---|---|---|
| 1/15/15 | | 01/21/15 | | Prepress |

| E ENTERED | PRIORITY | CUSTOMER PO NUMBER | STATUS |
|---|---|---|---|
| 0.20 AM | | J348 | Open |

## BINDERY

Drill | Pos.
Cut ___ To
Pad | COLOR
Number ___ To
Number Position

Score
Perf
Fold | Finish Size
Collate
Stitching
Pack **500** | Shrink Wrap

```
Y69076        JAN 22, 2015    ALL CURR USD    1 OF 2
SVC GNDCOM            ACT WT 25.0 LBS
TRACKING# 1ZY690760353620329
REF 1:
REF 2:

HANDLING CHARGE 0.00
SINGLE-PIECE PUB RATE CHRGS:        SVC  T/P USD
DV 0.00         COD  0.00      RS 0.00
DC 0.00         DGD  0.00      SD 0.00
AH 0.00         PR   0.00      SP 0.00
TOT PUB CHG 0.00       PUB+HANDLING    0.00
```

25-70

```
Y69076        JAN 22, 2015    ALL CURR USD    2 OF 2
SVC GNDCOM            ACT WT 7.0 LBS
TRACKING# 1ZY690760353818938
REF 1:J348
REF 2:133880

HANDLING CHARGE 0.00              DV AMT  436.00
SINGLE-PIECE PUB RATE CHRGS:        SVC  T/P USD
DV 0.00         COD  0.00      RS 0.00
DC 0.00         DGD  0.00      SD 0.00
AH 0.00         PR   0.00      SP 0.00
TOT PUB CHG 0.00       PUB+HANDLING    0.00
```



**SHIPPING** | Ship To | Ship From

| SHIP mark-up | SHIP TOTAL | SHIP % | SHIP T % |
|---|---|---|---|
| | | 0.75 | |

| POSTAGE | | TOTAL PRICE |
|---|---|---|
| | | $436.00 |

133880

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/26/2015 | **133883** |

**Bill To**

Standard Register
600 Albany Street
Dayton,OH   45417-3405

**Terms**

2% 20 Net 30

**Due Date**

2/26/2015

| P.O. Number | Ship Date | Contact |
|-------------|-----------|---------|
| **X634615** | 1/26/2015 | DONALD |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| WAYNE FARMS BUSINESS CARD FOR GONZALEZ | | | |
| PRINTING - QTY 250 | | 33.00 | 33.00 |
| SHIPPING CHARGE | | 8.18 | 8.18 |

|  |  |
|--|--|
| **Subtotal** | $41.18 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $41.18 |

From: <autosender2@STANDARDREGISTER.COM>
Subject: **DESIGN TYPE PRINT SERVICES B/L#:01-K020474 Ord#: X634615**
Date: January 15, 2015 8:30:08 AM EST
To: <orderentry@designtype.com>
1 Attachment, 52.4 KB

B/L#: 01-K020474

| | |
|---|---|
| STANDARD REGISTER | |
| P.O. BOX 3933 | |
| DAYTON | OH 45401 |
| For Returns call (770) 840-3300 | |

| | |
|---|---|
| CO/CUSTOMER | 01-070036987 |
| CHARGE TO | 001 |
| COST CENTER NO. | 001 |
| CUSTOMER PO NO. | 631185 |

| | |
|---|---|
| PAGE # | 1 |
| DATE | 1/15/15    08 30 |
| CO/BILL OF LADING NO. | 01-K020474 |

WAREHOUSE: DESIGN TYPE PRINT SERVICES    ORDER # X634615
ORDER # :

SPECIAL SHIPPING INSTRUCTIONS:

SOLD TO: WAYNE FARMS LLC
SHIP TO: WAYNE FARMS - DECATUR FRESH
LAMA GILLS
254 IPSCO STREET
DECATUR, AL 35601

CARRIER:

| REQUESTED BY | | DELIVERY | DELIVERY TERMS | SHIP VIA | | WEIGHT | NO. OF PIECES |
|---|---|---|---|---|---|---|---|
| | | INSIDE | PrePaid | UPS GROUND | | 00 | 00 |

| ITEM NO. | DESCRIPTION | LOCATION | # OF UNITS | UOM | QTY PER UNIT | B/O UNITS | TOTAL QTY SHIPPED | VALUE |
|---|---|---|---|---|---|---|---|---|
| BCWF2 | BUSINESS CARDS Job#: 5207510 | KIT-POD | 1 | BOX | 250 | | 250 | |

SPECIAL PACKING INSTRUCTIONS

**Standard Register**
ADVANCING YOUR REPUTATION

TOTAL VALUE

```
BILLING INFO:
company:01
name:WAYNE FARMS - DECATUR FRESH
address1:254 IPSCO STREET
address2:
city:DECATUR
state:AL
zip:35601-7414
country:

SHIPPING INFO:
customer:07036987
igetsmart company order number:X634615
Order Date:20150115
reference number:631185
name:WAYNE FARMS - DECATUR FRESH
attention:LAMA GILLS
costcenter number:001
costcenter/shipping address1:254 IPSCO STREET
address2:
city:DECATUR
state:AL
zip:35601
shipvia:UPS GROUND
day phone:
evening phone:
email:
request by:
special instructions:

DETAIL INFO:
URL:http://commerce.workflowoneaccess.com/UI/VariableImage/PDFO/
liExLH2krDCXH2lFM9WudFmw-e-e.pdf
item number: BCWF2
Quantity: 1 BOX 250
cardtype: BUSINESS CARDS
languageoption: English
Sequence Number: 1
Billing Transaction Number: 056794394
Warehouse Descriptor:
Combined Warehouse Order: N

USER FIELDS:
four51username:lhstewart
Name:Bruno Gonzalez
Title1:Human Resources
Address1:254 Ipsco Street
City:Decatur
State:AL
ZIP:35601
Tel1:2563061037
Tel2:2563061075
Teltype1:Phone
Teltype2:Fax
Email:bruno.gonzalez@waynefarms.com
Title2:Sr. Staffing Recruiter
Logo:Wayne Farms LogoNEW.pdf
Document1:WayneFarms_BC02.xdt
Document2:WayneFarms_BC02_press.xdt
name1:Name
-------------------------------------------------------
```

RELEASE ACKNOWLEDGEMENT

```
                        RUN DATE     1/15/2015
                        TIME    8:36 AM
                        OPERATOR      I07036987
```

ORDER # X634615          Reference # 631185

----------------------------------------------------------------------------

```
ITEM #        ITEM DESC            QTY SHIPPED   U/M     UNIT PRICE
VALUE
BCWF2         BUSINESS CARDS       1             BOX     33.000000
33.000000
```

B/L Number   K020474

```
 BILL TO 01-07036987        SHIP TO 001
WAYNE FARMS - DECATUR FRESHWAYNE FARMS - DECATUR FRESH
                         LAMA GILLS
    254 IPSCO STREET    254 IPSCO STREET

            DECATUR            DECATUR
       AL 35601-7414        AL 35601
APPLICABLE TAX, FREIGHT, AND SPECIAL CHARGES (IF ANY) WILL BE ADDED TO YOUR
FINAL INVOICE
SPECIAL INSTRUCTIONS:
SHIP VIA: UPS GROUND
REQUEST BY:
```

```
BILLING INFO:
company·01
name:STANDARD REGISTER
address1:P.O. BOX 3933
address2:
city:DAYTON
state:OH
zip:45401

SHIPPING INFO:
customer:07036987
STANDARD REGISTER order number:X634615
STANDARD REGISTER b/l#:K020474
reference number:631185
name:WAYNE FARMS - DECATUR FRESH
attention:LAMA GILLS
costcenter number:001
costcenter shipping address1:254 IPSCO STREET
address2:
city:DECATUR
state:AL
zip:35601
shipvia:
request by:
special instructions:

DETAIL INFO:
item number:BCWF2
Quantity:1 BOX of 250
Sequence:1

HiRes File: d:/webimages/hires/01/07037385/BCWF2*PDF
```

# PACKING SLIP

| Ship Date | Invoice No. |
|---|---|
| 1/22/2015 | 133883 |

**STANDARD REGISTER**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

| Ship To: |
|---|
| **WAYNE FARMS** |
| **254 IPSCO STREET** |
| **DECATUR, AL 35601** |
| **Attn:** LAMA GILLS |

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|---|---|---|---|
| X634615 | | UPS | 631185 |

| Job Description | Quantity |
|---|---|
| WAYNE FARMS<br>BUSINESS CARDS FOR GONZALEZ | 250 |

Shipped UPS
1Z4690760354783812

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/28/2015 | 133895 |

Bill To

Standard Register
600 Albany Street
Dayton,OH   45417-3405

**Terms**

2% 20 Net 30

**Due Date**

2/28/2015

| P.O. Number | Ship Date | Contact |
|-------------|-----------|---------|
| X638413 | 1/28/2015 | DEBORA |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| NOLAND CORPORATE BUSINESS CARDS - CHERYL NEWTON | | | |
| PRINTING - QTY 500 | | 40.00 | 40.00 |
| SHIPPING CHARGE | | 8.80 | 8.80 |

| | |
|---|---|
| **Subtotal** | $48.80 |
| **Sales Tax** | $0.00 |
| **Total** | $48.80 |

From: <autosender2@STANDARDREGISTER.COM>
Subject: **DESIGN TYPE PRINT SERVICES B/L#:01-K024558 Ord#: X638413**
Date: January 16, 2015 11:05:34 AM EST
To: <orderentry@designtype.com>
1 Attachment, 53.1 KB

B/L#: 01-K024558

| | |
|---|---|
| STANDARD REGISTER | |
| P.O. BOX 3933 | |
| DAYTON | OH  45401 |

For Returns call (770) 840-3300

| | |
|---|---|
| CO CUSTOMER | 01-07059120 |
| CHARGE TO | |
| COST CENTER NO. | HOME OFFICE |
| CUSTOMER PO NO. | 90-0975 |

SOLD TO: **NOLAND HEALTH SERVICES**
SHIP TO: **NOLAND HEALTH SERVICES**
**KIM HARLAND**
**600 CORPORATE PARKWAY  STE 100**
**BIRMINGHAM, AL  35242-5451**

| PAGE # | 1 | DATE | 1/16/15 | 11 05 |
|---|---|---|---|---|
| CO.BILL OF LADING NO. | | | 01-K024558 | |

WAREHOUSE: DESIGN TYPE PRINT SERVICES   ORDER # X638413
ORDER # :

SPECIAL SHIPPING INSTRUCTIONS:

CARRIER:

| REQUESTED BY | | DELIVERY | DELIVERY TERMS | | SHIP VIA | | WEIGHT | NO. OF PIECES |
|---|---|---|---|---|---|---|---|---|
| | | INSIDE | PrePaid | | UPS GROUND | | 00 | 00 |
| ITEM NO. | DESCRIPTION | | LOCATION | > OF UNITS | UOM | QTY PER UNIT | BD UNITS | TOTAL QTY PER UNIT | VALUE |
| NHCORPBC-500 | CORPORATE BUSINESS CARDS<br>Job#:  5209384 | | KIT-POD | 1 | BX | 500 | | 500 | |

SPECIAL PACKING INSTRUCTIONS

**Standard Register**
ADVANCING YOUR REPUTATION

| TOTAL VALUE |
|---|
| |

# PACKING SLIP

| | Ship Date | Invoice No. |
|---|---|---|
| | 1/27/2015 | 133895 |

**STANDARD REGISTER**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

**Ship To:**

**NOLAND HEALTH SERVICES**

**600 CORPORATE PARKWAY, SUITE 100**

**BIRMINGHAM, AL 35242**

**Attn:** KIM HARLAND

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|---|---|---|---|
| X638413 | | UPS | 90-0975 |

| Job Description | Quantity |
|---|---|
| NOLAND HEALTH<br>FORM # NHCORPBC-500<br>CORPORATE BUSINESS CARDS FOR NEWTON | 500 |

*Shipped UPS*

*1Z Y6907603 52 967 234*

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/28/2015 | **133924** |

Bill To

Standard Register
600 Albany Street
Dayton,OH  45417-3405

**Terms**

2% 20 Net 30

**Due Date**

2/28/2015

| P.O. Number | Ship Date | Contact |
|-------------|-----------|---------|
| **X666708** | 1/28/2015 | DONALD |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| WAYNE FARMS BUSINESS CARDS FOR JASON WILSON | | | |
| PRINTING - QTY 250 | | 33.00 | 33.00 |
| SHIPPING CHARGE | | 8.80 | 8.80 |

| | |
|---|---|
| **Subtotal** | $41.80 |
| **Sales Tax** | $0.00 |
| **Total** | $41.80 |

STANDARD REGISTER
P.O. BOX 3933
DAYTON                          OH  45401

    For Returns call (770) 840-3300

| SO CUSTOMER | 01-07036987 |
| CHARGE TO | 001 |
| COST CENTER TO | 001 |
| CUSTOMER PO NO | 631185-1 |

| PAGE # | 1 | DATE | 1/22/15 | 11:06 |
| SO BILL OF LADING NO | 01-K054266 |

WAREHOUSE: DESIGN TYPE PRINT SERVICES     ORDER # X666708
ORDER # :
SPECIAL SHIPPING INSTRUCTIONS:

SOLD TO:  WAYNE FARMS LLC
SHIP TO:  WAYNE FARMS - DECATUR FRESH
          LANA GILLS
          254 IPSCO STREET
          DECATUR, AL 35601

CARRIER:

| REQUESTED BY | DELIVERY | DELIVERY TERMS | SHIP VIA | | WEIGHT | NO OF PIECES |
|---|---|---|---|---|---|---|
| | INSIDE | PrePaid | UPS GROUND | | .00 | .00 |

| ITEM NO | DESCRIPTION | LOCATION | # OF UNITS | UOM | | U IN UNITS | | VALUE |
|---|---|---|---|---|---|---|---|---|
| BCWF2 | BUSINESS CARDS | KIT-POD | 1 | BOX | 250 | | 250 | |
| | Job#: 5215323 | | | | | | | |

SPECIAL PACKING INSTRUCTIONS

**Standard Register**
ADVANCING YOUR REPUTATION

TOTAL VALUE

```
BILLING INFO:
company:01
name:WAYNE FARMS - DECATUR FRESH
address1:254 IPSCO STREET
address2:
city:DECATUR
state:AL
zip:35601-7414
country:

SHIPPING INFO:
customer:07036987
igetsmart company order number:X666708
Order Date:20150122
reference number:631185-1
name:WAYNE FARMS - DECATUR FRESH
attention:LANA GILLS
costcenter number:001
costcenter/shipping address1:254 IPSCO STREET
address2:
city:DECATUR
state:AL
zip:35601
shipvia:UPS GROUND
day phone:
evening phone:
email:
request by:
special instructions:

DETAIL INFO:
URL:http://commerce.workflowoneaccess.com/UI/VariableImage/PDFO/li7jv3-
pJVEGul17JhWsieKGA-e-e.pdf
item number: BCWF2
Quantity: 1 BOX 250
cardtype: BUSINESS CARDS
languageoption: English
Sequence Number: 1
Billing Transaction Number: 056874459
Warehouse Descriptor:
Combined Warehouse Order: N

USER FIELDS:
four51username:lhstewart
name1:Name
Name:Jason Wilson
Title1:Decatur Hatchery Manager
Address1:254 Ipsco Street
City:Decatur
State:AL
ZIP:35601
Tel1:2563061063
Tel2:2565858232
Teltype1:Office
Teltype2:Cell
Email:jason.wilson@waynefarms.com
Teltype3:Fax
Logo:Wayne Farms LogoNEW.pdf
Document1:WayneFarms_BC02.xdt
Document2:WayneFarms_BC02_press.xdt
---------------------------------------------------------
```

```
BILLING INFO:
company:01
name:STANDARD REGISTER
address1:P.O. BOX 3933
address2:
city:DAYTON
state:OH
zip:45401

SHIPPING INFO:
customer:07036987
STANDARD REGISTER order number:X666708
STANDARD REGISTER b/l#:K054266
reference number:631185-1
name:WAYNE FARMS - DECATUR FRESH
attention:LANA GILLS
costcenter number:001
costcenter shipping address1:254 IPSCO STREET
address2:
city:DECATUR
state:AL
zip:35601
shipvia:
request by:
special instructions:

DETAIL INFO:
item number:BCWF2
Quantity:1 BOX of 250
Sequence:1

HiRes File: d:/webimages/hires/01/07037385/BCWF2*PDF
```

RELEASE ACKNOWLEDGEMENT

```
                                    RUN DATE        1/22/2015
                                    TIME     11:12 AM
                                    OPERATOR        I07036987
```

ORDER # X666708          Reference # 631185-1

------------------------------------------------------------------------
--------------

| ITEM #<br>VALUE | ITEM DESC | QTY SHIPPED | U/M | UNIT PRICE |
|---|---|---|---|---|
| BCWF2<br>33.000000 | BUSINESS CARDS | 1 | BOX | 33.000000 |

B/L Number   K054266

```
 BILL TO 01-07036987          SHIP TO 001
WAYNE FARMS - DECATUR FRESHWAYNE FARMS - DECATUR FRESH
                              LANA GILLS
    254 IPSCO STREET    254 IPSCO STREET

          DECATUR              DECATUR
      AL 35601-7414          AL 35601
APPLICABLE TAX, FREIGHT, AND SPECIAL CHARGES (IF ANY) WILL BE ADDED TO YOUR
FINAL iNVOICE
SPECIAL INSTRUCTIONS:
SHIP VIA: UPS GROUND
REQUEST BY:
```

# PACKING SLIP

| Ship Date | Invoice No. |
|-----------|-------------|
| 1/26/2015 | 133924 |

**STANDARD REGISTER**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

**Ship To:**

**WAYNE FARMS**

**254 IPSCO STREET**

**DECATUR, AL 35601**

**Attn:** LANA GILLS

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|--------------------|--------|---------------|-----------------|
| X666708 | | UPS | 631185-1 |

| Job Description | Quantity |
|-----------------|----------|
| WAYNE FARMS<br>BUSINESS CARDS FOR WILSON | 250 |

Shipped UPS

1Z46907603542248794

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

**Invoice**

| Date | Invoice # |
|------|-----------|
| 1/28/2015 | 133912 |

Bill To

Standard Register
600 Albany Street
Dayton,OH   45417-3405

**Terms**

2% 20 Net 30

**Due Date**

2/28/2015

| P.O. Number | Ship Date | Contact |
|-------------|-----------|---------|
| X663927 | 1/28/2015 | DONALD |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| WAYNE FARMS BUSINESS CARDS FOR RICHARD STEWART | | | |
| PRINTING - QTY 250 | | 33.00 | 33.00 |
| SHIPPING CHARGE | | 8.80 | 8.80 |

| | | |
|---|---|---|
| **Subtotal** | | $41.80 |
| **Sales Tax** | | $0.00 |
| **Total** | | $41.80 |

From: <autosender2@STANDARDREGISTER.COM>
Subject: **DESIGN TYPE PRINT SERVICES B/L#:01-K049999 Ord#: X663927**
Date: January 21, 2015 12:33:53 PM EST
To: <orderentry@designtype.com>
1 Attachment, 52.4 KB

B/L#: 01-K049999

| PAGE # | 1 | DATE | 1/21/15 | 12:33 |
|---|---|---|---|---|
| CO BILL OF LADING NO. | | 01-K049999 | | |

STANDARD REGISTER
P.O. BOX 3933
DAYTON                    OH  45401

For Returns call (770) 840-3300

| CO.CUSTOMER | 01-07037775 |
|---|---|
| CHARGE TO | 001 |
| COST CENTER NO. | 001 |
| CUSTOMER PO NO. | 563267 |

**WAREHOUSE:** DESIGN TYPE PRINT SERVICES      **ORDER #** X663927
ORDER # :

SPECIAL SHIPPING INSTRUCTIONS:

CARRIER:

SOLD TO: WAYNE FARMS LLC
SHIP TO: WAYNE FARMS - ALBERTVILLE
BETH WHITE
700 MCDONALD AVENUE
ALBERTVILLE, AL  35950

| REQUESTED BY | DELIVERY | DELIVERY TERMS | SHIP VIA | WEIGHT | NO. OF PIECES |
|---|---|---|---|---|---|
| | INSIDE | PrePaid | UPS GROUND | .00 | .00 |

| ITEM NO | DESCRIPTION | LOCATION | # OF UNITS | UOM | CLOSED QTY | B/O UNITS | BACK QTY | VALUE |
|---|---|---|---|---|---|---|---|---|
| BCWF2 | BUSINESS CARDS  Job#: 5214311 | KIT-POD | 1 | BOX | 250 | | 250 | |

SPECIAL PACKING INSTRUCTIONS



**Standard Register**
ADVANCING YOUR REPUTATION

TOTAL VALUE

```
BILLING INFO:
company:01
name:WAYNE FARMS-ALBERTVILLE
address1:700 MCDONALD AVENUE
address2:
city:ALBERTVILLE
state:AL
zip:35950-2479
country:

SHIPPING INFO:
customer:07037775
igetsmart company order number:X663927
Order Date:20150121
reference number:563267
name:WAYNE FARMS - ALBERTVILLE
attention:BETH  WHITE
costcenter number:001
costcenter/shipping address1:700 MCDONALD AVENUE
address2:
city:ALBERTVILLE
state:AL
zip:35950
shipvia:UPS GROUND
day phone:
evening phone:
email:
request by:
special instructions:

DETAIL INFO:
URL:http://commerce.workflowoneaccess.com/UI/VariableImage/PDFO/liblXLgL4X-
sE1Y3-siHvez79Q-e-e.pdf
item number: BCWFZ
Quantity: 1 BOX 250
cardtype: BUSINESS CARDS
languageoption: English
Sequence Number: 1
Billing Transaction Number: 056865167
Warehouse Descriptor:
Combined Warehouse Order: N

USER FIELDS:
four51username:lhstewart
Name:Richard Stewart
Title1:Area Complex Manager
Address1:254 Ipsco Street
City:Decatur
State:AL
ZIP:35601
Tel1:3347509661
Teltype1:Phone
Email:richard.stewart@waynefarms.com
Title2:North Alabama
Logo:Wayne Farms LogoNEW.pdf
Document1:WayneFarms_BC02.xdt
Document2:WayneFarms_BC02_press.xdt
name1:Name
-----------------------------------------------------------
```

```
BILLING INFO:
company:01
name:STANDARD REGISTER
address1:P.O. BOX 3933
address2:
city:DAYTON
state:OH
zip:45401

SHIPPING INFO:
customer:0703777S
STANDARD REGISTER order number:X663927
STANDARD REGISTER b/l#:K049999
reference number:563267
name:WAYNE FARMS - ALBERTVILLE
attention:BETH  WHITE
costcenter number:001
costcenter shipping address1:700 MCDONALD AVENUE
address2:
city:ALBERTVILLE
state:AL
zip:35950
shipvia:
request by:
special instructions:

DETAIL INFO:
item number:BCWF2
Quantity:1 BOX of 250
Sequence:1

HiRes File: d:/webimages/hires/01/0703738S/BCWF2*PDF
```

# PACKING SLIP

| Ship Date | Invoice No. |
|---|---|
| 1/26/2015 | 133912 |

**STANDARD REGISTER**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

**Ship To:**

**WAYNE FARMS**

**700 MCDONALD AVENUE**

**ALBERTVILLE, AL 35950**

**Attn:** BETH WHITE

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|---|---|---|---|
| X663927 | | UPS | 563267 |

| Job Description | Quantity |
|---|---|
| WAYNE FARMS<br>BUSINESS CARDS FOR STEWART | 250 |

Shipped UPS

1ZY690760354734188

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

**Invoice**

| Date | Invoice # |
|------|-----------|
| 1/31/2015 | **133906** |

Bill To

Standard Register
600 Albany Street
Dayton,OH   45417-3405

**Terms**

2% 20 Net 30

**Due Date**

2/28/2015

| P.O. Number | Ship Date | Contact |
|-------------|-----------|---------|
| J5322605 | 1/31/2015 | DEBORA |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| ICU PIN CARDS | | | |
| PREPRESS | | 60.00 | 60.00 |
| PRINTING - QTY 1000 | | 120.00 | 120.00 |

| | |
|---|---|
| **Subtotal** | $180.00 |
| **Sales Tax** | $0.00 |
| **Total** | $180.00 |

**SALES ORDER**

Debbie @ Design Type

- EXACT REPEAT ☐
- REPEAT W CHG ☐
- NEW ☒
- QUOTE ☐
- ORDER ☒

DATE 1/20/15

| SALES REPRESENTATIVE | PHONE #/FAX # | VOICE MAIL | CUSTOMER PO # | ALPHA | CONTROL / PO # | TERRITORY # |
|---|---|---|---|---|---|---|
| D. Cantrell | (706)327-9000 | Sandra Lisenby | | J | 5322605 | BRANCH 61 SLSM 502 |

| ADDRESS (CITY/STATE/ZIP) | | MAIL CODE / CUSTOMER/PROD PLUS # | TAX EXEMPT | BUSINESS CODE | VENDOR CODE |
|---|---|---|---|---|---|
| GA09 | 31904 | 1877253 | | 01 | |

**BILL TO:** IF SAME AS SHIP TO WRITE "SAME" BELOW

NAME

↗ Ship using fedex account # 481685524

ADDRESS

ADDRESS

CITY/STATE/ZIP

ATTENTION / PHONE #

**SHIP TO:** IF MULTIPLE, CHECK BOX & LIST IN SPECIAL INSTRUCTIONS

NAME Midtown Med Center

ADDRESS 710 Center Street

ADDRESS

CITY/STATE/ZIP Columbus, GA 31901

ATTENTION Sandra Lisenby

PO# 487940

PAYMENT TERMS: 3%_30_N_60" UNLESS YOU HAVE A SIGNED CONTRACT ON FILE.

| REQUESTED SHIP DATE | SHIP METHOD/VIA | FREIGHT | BILL ON | WAREHOUSING |
|---|---|---|---|---|
| ASAP | 3rd party | PLANT / COLLECT / SALES / 3RD PTY / INSIDE DELIVERY / ADD TO INVOICE / BURY | COMPLETION / RELEASE | ☐ Y ☐ N PROMO CODE |

| QUANTITY | FORM NUMBER AND DESCRIPTION | PTS | TOTAL/SELL PRICE | TOTAL LIST/TRANS PRICE |
|---|---|---|---|---|
| 1,000 | ICU Pin Cards | | | |

| TYPE ORDER | LASER CUT-SHEET | ROLL | COMPOSITION | NO OVER /UNDER RUN | UCI | COST/UNIT |
|---|---|---|---|---|---|---|
| FLAT / SNAPOUT | CONTINUOUS / CLUB RUN (AD) | IMPRINT / CUSTOM | LIGHT / MEDIUM / HEAVY | | Job | $1.80 |

PREVIOUS JOB NUMBER | PICK UP FROM JOB # | PLANT RELEASE NUMBER

| PLY | STANDARD / COLOR / ACETATE | SALES REP / CUSTOMER | DATE / / | SPECIAL BILLING INSTRUCTIONS CODE(S) | RUSH CHG | ART CHG | PALLET CHG |
|---|---|---|---|---|---|---|---|

**SPECIAL INSTRUCTIONS:**

↗ Send pdf proof to:

Sheila.stribling@standardregister.com

no overs! exact qty

COPY CHANGE   SHELL CHANGE   COPY ATTCH

| COMBINATION ORDER ☐ Y ☐ N | MICR PT(S) | STATIC / MOD# / OR ☐ DSR | CONS | NUMBERING (PREFIX · STARTING # · SUFFIX) | COLOR | GUAR. # / CRASH / PRESS | LIST MISSING | NO. OF POSITIONS |
|---|---|---|---|---|---|---|---|---|

RUN WITH ORDER #

**PAPER** / **INK** / **PERFORATION** / **MARGINAL WORDS** / **CARBON**

| PART | COLOR | WEIGHT | TYPE | (STUB) WIDTH X LENGTH | 1ST | 2ND | 3RD | 4TH | 5TH | 6TH/BACK | TOP | BOT | LEFT | RIGHT | HORZ | VERT | POSITION | | TYPE | SIZE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | white card stock | | | X 3 x 5 | | | | | | | | | | | | | | | | X |
| 2 | | | | X | Two-Sided | | | | | | | | | | | | | | | X |
| 3 | | | | X | Full color | | | | | | | | | | | | | | | X |
| 4 | | | | X | | | | | | | See attached | | | | | | | | | X |
| 5 | | | | X | | | | | | | | | | | | | | | | X |
| 6 | | | | X | | | | | | | | | | | | | | | | X |
| 7 | | | | X | | | | | | | | | | | | | | | | X |
| 8 | | | | X | | | | | | | | | | | | | | | | X |

CRIMP PAPER / CRIMP PAPER & CARBON

GLU(MK) / SPOT / CROSS WEB

FORM USE: HAND / TYPED / COMPUTER / LASER

SPACING / FOLD (SHOW ON SAMPLE)

PUNCHING POSITION / PHOLES / DIAMETER / C TO C

STUB WIDTH & POSITION

BOOK BINDING: PERFECT / WRAP AROUND / OPEN END

SADDLE-STITCHED / STAPLE PTS STAYS / TAPE LOCK IN BOOK

BIND

SPIRAL COIL: WIRE QTY PER BOOK / PLASTIC

SECURITY FEATURE(S)

ROLL: FACE ☐ IN ☐ OUT / PULL ☐ HEAD ☐ FOOT

CORE SIZE

ROUND/CLIP CORNER: TL / TR / BL / BR

LASER: WHICH DIMENSION FEEDS INTO THE PRINTER? / WIDTH / LENGTH

RMS STANDARD PALLET: 40" D x 44" W / OTHER:

RETURN ARTWORK? ☐ Y ☐ N

SEND SALESPERSON / SAMPLES

PAD / POLYWRAP / BOXINNER BOX / CARTON 1,000 / ROLL / PALLET / WIRE / STRING / MYLAR REINFORCEMENT PARTS W L / TRANSFER TAPE ☐ PERMANENT ☐ REMOVABLE

/PD /PK /BX /CT /RL /PL /SET /CTC

963360 (8/97)

* IF IMPRINT COPY IS DIFFERENT THAN "BILL TO", INDICATE IN DETAIL IN THE "SPECIAL INSTRUCTION" SECTION

MUST SUBMIT A CLEAR COPY

EXACT REPEAT

RPT W CHG

NEW QUOTE

INTERNAL PLANT COPY



## Shipment Receipt

**Address Information**

Ship to:
SANDRA LISENBY
MIDTOWN MEDICAL CENTER
710 CENTER STREET

COLUMBUS, GA
31901
US
7063279000

Ship from:
DEBORAH CANTRELL
WORKFLOWONE
5651 WHITESVILLE ROAD
SUITE 104
COLUMBUS, GA
31904
US
6789452470

**Shipment Information:**
Tracking no.: 772763196468
Ship date: 01/29/2015
Estimated shipping charges: 0.00

**Package Information**
Pricing option: FedEx Standard Rate
Service type: FedEx Ground
Package type: Your Packaging
Number of packages: 1
Total weight: 6  LBS
Declared Value: 120.00  USD
Special Services:
Pickup/Drop-off: Drop off package at FedEx location

**Billing Information:**
Bill transportation to: Third party
Your reference: J5322605
P.O. no.:
Invoice no.:
Department no.:

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, Consult the applicable FedEx Service Guide for details
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

# PACKING SLIP

| | Ship Date | Invoice No. |
|---|---|---|
| | 1/29/2015 | 133906 |

**STANDARD REGISTER**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

Ship To:

**MIDTOWN MEDICAL CENTER**

**710 CENTER STREET**

**COLUMBUS, GA 31901**

**Attn:** SANDRA LISENBY

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|---|---|---|---|
| J5322605 | | FED EX | |

| Job Description | Quantity |
|---|---|
| COLUMBUS REGIONAL ICU PIN CARDS | 1000 |

FED. EX.
See AttAched

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/31/2015 | 133942 |

Bill To

Standard Register
600 Albany Street
Dayton,OH   45417-3405

**Terms**

2% 20 Net 30

**Due Date**

2/28/2015

| P.O. Number | Ship Date | Contact |
|-------------|-----------|---------|
| X676334 | 1/31/2015 | DEBORA |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| NOLAND EAST GLEN #10 ENVELOPES | | | |
| PRINTING - QTY 500 | | 90.00 | 90.00 |
| SHIPPING CHARGE | | 11.09 | 11.09 |

| | | |
|---|---|---|
| **Subtotal** | | $101.09 |
| **Sales Tax** | | $0.00 |
| **Total** | | $101.09 |

From: <autosender2@STANDARDREGISTER.COM>
Subject: **DESIGN TYPE PRINT SERVICES B/L#:01-K064267 Ord#: X676334**
Date: January 26, 2015 12:42:25 PM EST
To: <orderentry@designtype.com>
1 Attachment, 52.2 KB

B/L#: 01-K064267

| | | | |
|---|---|---|---|
| PAGE # | 1 | DATE | 1/26/15  12 42 |
| CO BILL OF LADING NO | | | 01-K064267 |

STANDARD REGISTER
P.O. BOX 3933
DAYTON                    OH   45401

For Returns call (770) 840-3300

**WAREHOUSE:** DESIGN TYPE PRINT SERVICES    **ORDER #** X676334
**ORDER # :**

| CO CUSTOMER | 01-07059241 |
|---|---|
| CHARGE TO | |
| COST CENTER NO | EAST GLEN |
| CUSTOMER PO NO. | 50-1331 |

SPECIAL SHIPPING INSTRUCTIONS:

**SOLD TO:** EAST GLEN LLC
**SHIP TO:** EAST GLEN LLC
ADAM ALVIS
53 MEDICAL PARK DR EAST
BIRMINGHAM, AL. 35235-3402

CARRIER:

| REQUESTED BY | | DELIVERY | DELIVERY TERMS | | SHIP VIA | | | WEIGHT | NO. OF PIECES |
|---|---|---|---|---|---|---|---|---|---|
| | | INSIDE | PrePaid | | UPS GROUND | | | .00 | .00 |

| ITEM NO | DESCRIPTION | LOCATION | # OF UNITS | UOM | UNITS PER | BID UNITS | UNITS PER SHIP | VALUE |
|---|---|---|---|---|---|---|---|---|
| NHENV-500 | #10 ENVELOPE<br>Job#: 5218096 | KIT-POD | 1 | BX | 500 | | 500 | |

SPECIAL PACKING INSTRUCTIONS



 **Standard Register**
ADVANCING YOUR REPUTATION

| TOTAL VALUE | |
|---|---|

```
BILLING INFO:
company:01
name:STANDARD REGISTER
address1:P.O. BOX 3933
address2:
city:DAYTON
state:OH
zip:45401

SHIPPING INFO:
customer:07059241
STANDARD REGISTER order number:X676334
STANDARD REGISTER b/l#:K064267
reference number:50-1331
name:EAST GLEN LLC
attention:ADAM ALVIS
costcenter number:EAST GLEN
costcenter shipping address1:53 MEDICAL PARK DR EAST
address2:
city:BIRMINGHAM
state:AL
zip:35235-3402
shipvia:UPS GROUND
request by:
special instructions:

DETAIL INFO:
item number:NHENV-500
Quantity:1 BX  of 500
Sequence:1

HiRes File: d:/webimages/hires/01/07059120/NHENV-500*PDF
```

# PACKING SLIP

| Ship Date | Invoice No. |
|---|---|
| 1/30/2015 | 133942 |

**STANDARD REGISTER**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

| Ship To: |
|---|
| **EAST GLEN LLC** |
| **53 MEDICAL PARK DR EAST** |
| **BIRMINGHAM, AL 35235** |
| **Attn:** ADAM ALVIS |

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|---|---|---|---|
| X676334 | | UPS | 50-1331 |

| Job Description | Quantity |
|---|---|
| EAST GLEN<br>FORM # NHENV-500<br>#10 ENVELOPE | 500 |

Shipped UPS

1Z46907603530447 29

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/31/2015 | **133908** |

Bill To

Standard Register
600 Albany Street
Dayton, OH   45417-3405

**Terms**

2% 20 Net 30

**Due Date**

2/28/2015

| P.O. Number | Ship Date | Contact |
|-------------|-----------|---------|
| **X655228** | 1/31/2015 | DEBORA |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| NOLAND BUSINESS CARDS SHEFFIELD | | | |
| PRINTING - QTY 500 | | 40.00 | 40.00 |
| SHIPPING CHARGE | | 8.80 | 8.80 |

| | |
|---|---|
| **Subtotal** | $48.80 |
| **Sales Tax** | $0.00 |
| **Total** | $48.80 |

From: &lt;autosender2@STANDARDREGISTER.COM&gt;
Subject: **DESIGN TYPE PRINT SERVICES B/L#:01-K042531 Ord#: X655228**
Date: January 20, 2015 5:10:55 PM EST
To: &lt;orderentry@designtype.com&gt;
1 Attachment, 52.4 KB

B/L#: 01-K042531

| | | |
|---|---|---|
| STANDARD REGISTER P.O. BOX 3933 DAYTON OH 45401 | | |

For Returns call (770) 840-3300

| | |
|---|---|
| CO CUSTOMER | 01-07059193 |
| CHARGE TO | |
| COST CENTER NO | ANNISTON |
| CUSTOMER PO NO. | 05-1050 |

| PAGE # | 1 | DATE | 1/20/15 | 17 10 |
|---|---|---|---|---|
| OR BILL OF LADING NO. | | 01-K042531 | | |

WAREHOUSE: DESIGN TYPE PRINT SERVICES    ORDER # X655228
ORDER # :

SPECIAL SHIPPING INSTRUCTIONS:

CARRIER:

SOLD TO: NOLAND HOSP ANNISTON LLC
SHIP TO: NOLAND HOSP ANNISTON LLC
RENEE SHEPPERLD
408 EAST 10TH STREET 4TH FLR
ANNISTON, AL 36207-4716

| REQUESTED BY | | DELIVERY | DELIVERY TERMS | SHIP VIA | WEIGHT | NO. OF PIECES |
|---|---|---|---|---|---|---|
| | | INSIDE | PrePaid | UPS GROUND | .00 | .00 |

| ITEM NO | DESCRIPTION | LOCATION | # OF UNITS | UOM | # UNITS | B.O UNITS | UNITS SHIPPED | VALUE |
|---|---|---|---|---|---|---|---|---|
| NHBC-500 | : BUSINESS CARDS : Job#: 5213448 | KIT-POD | 1 | BX | 500 | | 500 | |

SPECIAL PACKING INSTRUCTIONS

**Standard Register**
ADVANCING YOUR REPUTATION

| TOTAL VALUE |
|---|

```
BILLING INFO:
company:01
name:STANDARD REGISTER
address1:P.O. BOX 3933
address2:
city:DAYTON
state:OH
zip:45401

SHIPPING INFO:
customer:07059193
STANDARD REGISTER order number:X655228
STANDARD REGISTER b/l#:K042531
reference number:05-1050
name:NOLAND HOSP ANNISTON LLC
attention:RENEE SHEFFIELD
costcenter number:ANNISTON
costcenter shipping address1:400 EAST 10TH STREET  4TH FLR
address2:
city:ANNISTON
state:AL
zip:36207-4716
shipvia:UPS GROUND
request by:
special instructions:

DETAIL INFO:
item number:NHBC-500
Quantity:1 BX  of 500
Sequence:1

HiRes File: d:/webimages/hires/01/07059120/NHBC-500*PDF
```

# PACKING SLIP

| Ship Date | Invoice No. |
|---|---|
| 1/29/2015 | 133908 |

**STANDARD REGISTER**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

**Ship To:**

**NOLAND HOSPITAL ANNISTON LLC**

**400 EAST 10TH STREET, 4TH FLOOR**

**ANNISTON, AL 36207**

**Attn:** RENEE SHEFFIELD

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|---|---|---|---|
| X655228 | | UPS | 05-1050 |

| Job Description | Quantity |
|---|---|
| NOLAND HOSPITAL<br>FORM # NHBC-500<br>BUSINESS CARDS FOR SHEFFIELD | 500 |

Shipped UPS
1 Z 46907603533416 76

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/31/2015 | **133930** |

Bill To

Standard Register
600 Albany Street
Dayton,OH   45417-3405

**Terms**

2% 20 Net 30

**Due Date**

2/28/2015

| P.O. Number | Ship Date | Contact |
|-------------|-----------|---------|
| J351 | 1/31/2015 | JEREMY |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| LEVINE BUSINESS CARDS TYPESETTING AND OVERPRINTS FOR  6 NAMES | | | |
| PREPRESS | | 15.00 | 15.00 |
| PRINTING - QTY 6 @ 500 | | 152.00 | 152.00 |
| SHIPPING CHARGE | | 16.06 | 16.06 |

| | |
|---|---|
| **Subtotal** | $183.06 |
| **Sales Tax** | $0.00 |
| **Total** | $183.06 |

2706 - 249810 LCH B-C (1569504) 6 Lots (01-52738)
Order Details

## Order: 2706 - 249810 LCH B-C (1569504) 6 Lots

Order Information

| | | | |
|---|---|---|---|
| Title: | 2706 - 249810 LCH B-C (1569504) 6 Lots | Copy attached for: | Vani Gopalareddy |
| **Order completion date:** | **1/27/15 5:00 PM** | | Ricardo Caicedo |
| Status: | Accepted | | Ameesh Shah |
| Buyer workgroup: | Workflow Enterprise | Comments: | Victor Pineiro |
| Buyer Person: | Kathy Duckworth | | Emmala Ryan Shonce |
| | | | Jason Dranove |
| Supplier workgroup: | Design Type, Inc. (WFO) | | Use the Levine Childrens logo |
| Supplier Person: | Orders Design Type | | and template. |
| Production Plus Direct Bill: | | Prefix: | J |
| | | **Quote Number:** | **Contract** |
| Customer Name: | AMERICAN PRODUCT DISTRIBUTORS (APD) - includes all CHS | Sales Rep: | Sherrill, Jeremy |
| | | Sales Rep Territory: | 93634 |
| Customer Number: | 7039628 | Project Number: | 01-52738 |
| Client ID: | 2706 | Project Completion Date: | 1/27/15 |
| **Customer PO:** | **1569504** | New or Reprint?: | New |
| Local Terms and Conditions: | CharlotteNC Standard Register 4001 Performance Road Charlotte, NC 28214 | Project Hot?: | No |
| | | **General Information** | |
| | | Payment method: | Purchase Order |
| Buyer Phone Number: | 704-553-8056 | **WFO Purchase Order Number:** | **J361** |
| | | Allowed Overs: | 0.00 % |
| | | Allowed Unders: | 0.00 % |

Order Items

249810 LEVINE BUSINESS CARDS (8721214) [ Job Id: 8261667 ]

| | | | |
|---|---|---|---|
| Completion date: | 1/27/15 5:00 PM | **Quantity:** | **3,000** |
| **Item Number:** | **249810** *Item is validated* | Rate Card: | NONE |
| Item Name: | CARD,BUSINESS LEVINE CHIL | Cost Price: | $152.00 per 1,000 |
| Pricing UOI: | 1/BX/1 | Last Supplier Job Number: | |
| Pricing UOR: | 1000/EA/1 | Last Order Number: | |
| Packaging UOI: | 500/BX/1 | | |
| Packaging UOR: | 1/EA/1 | | |
| Bill Code: | Bill Upon Inventory Release | | |
| Requested Shipments: | 3,000 | | |
| Delivered: | 0 | | |
| Received: | 0 | | |

Spec: 249810 LEVINE BUSINESS CARDS
Job Id: 8261667
Buyer: Kathy Duckworth of Workflow Enterprise
Supplier: Orders Design Type of Design Type, Inc. (WFO)

Shipment Name: 249810 LEVINE BUSINESS CARDS Shipment
Status: Not Shipped

Delivery Address #1 of 6

| | | | |
|---|---|---|---|
| Cost Center Number: | 01-344000 | Address: | 2828 NORTH POPLAR ST |
| Cost Center Name: | CAROLINAS MEDICAL CENTER | City: | CHARLOTTE |
| Charge to Cost Center: | 01-344000 | State: | NC |
| Charge to Cost Center Name: | AMERICAN PRODUCT DISTRIBUTORS | Postal Code: | 28206 |
| | | Country: | US |
| Name (First, MI, Last): | Vani Gopalareddy | Req & Line Charge?: | No |
| Company Name: | PO #1569504 | Free Freight?: | Yes |
| Work Phone Number: | | | |
| E-mail: | | | |

**Requested**

Request Type: Normal
Delivery Date: 1/27/15
Quantity:      500
Ship Via:      000000002: BEST METHOD

**Delivery**

Quantity shipped: 0

Units:
Weight:

Delivery Address #2 of 6

| | | | |
|---|---|---|---|
| Cost Center Number: | 01-344000 | Address: | 2828 NORTH POPLAR ST |
| Cost Center Name: | CAROLINAS MEDICAL CENTER | City: | CHARLOTTE |
| Charge to Cost Center: | 01-344000 | State: | NC |
| Charge to Cost Center Name: | AMERICAN PRODUCT DISTRIBUTORS | Postal Code: | 28206 |
| | | Country: | US |
| Name (First, MI, Last): | Ricardo Caicedo | Req & Line Charge?: | No |
| Company Name: | PO # 1569504 | Free Freight?: | Yes |
| Work Phone Number: | | | |
| E-mail: | | | |

**Requested**

Request Type: Normal
Delivery Date: 1/27/15
Quantity:      500
Ship Via:      000000002: BEST METHOD

| | | |
|---|---|---|
| **Vendor Cost:** | **$456.00** | |
| | | |
| Order Total: | $456.00 | |
| Tax: | $0.00 | |
| Shipping: | $0.00 | |
| **Grand Total:** | **$456.00** | |

Detailed Specifications

## 249810 LEVINE BUSINESS CARDS

### Spec Description

| | |
|---|---|
| Name: | 249810 LEVINE BUSINESS CARDS |
| SKU: | 249810 |
| Reference Number: | 8721214 |
| Product Type: | Business Card |

### Size

| | Width | Height | Other |
|---|---|---|---|
| Finished size: | 3 1/2 x | 2 in | *ISO:* |

### Stocks and Inks

| Stock used as | Stock Description | Ink Description |
|---|---|---|
| **LEVINE BUSINESS CARD** | Name:Environmental Felt<br>Weight:80 lb<br>Type:Cover<br>Coating:Uncoated<br>Color:White | **Inks for printing one side only**<br>Black:Medium<br>Spot colors:Light 1 PMS 321<br><br>Bleeds:No<br>First Inks comments:IMPRINT ON NEW LCH NEW SHELLS Shell Inks: Yellow Bar at top – set to CMYK – Match PMS 7406 All teal items – spot PMS 321 Red in logo – set to CMYK – Match PMS 1795 Blue in logo – set to CMYK – Match PMS 300 Yellow in logo – set to CMYK – Match PMS 7406 Type – 80% Black Type in CHS logo – 100% Black |

### Post-Press

### Folding and Bindery

✔ Trim to size

### Packaging

| Packing | Quantity | Special Instructions |
|---|---|---|
| | | MUST PACK/SHOW ON BOX LABEL 500/BOX. NO OVER, UNDER, PARTIAL. |
| ✔ Box in | 500 | |
| | | PUT CUSTOMER PO ON ALL SHIPMENTS. |

---
**Shipment Details**

**Shipment Information**

# PACKING SLIP

| Ship Date | Invoice No. |
|---|---|
| 1/30/2015 | 1●33930 |

**STANDARD REGISTER**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

| Ship To: |
|---|
| **CAROLINAS HEALTHCARE SYSTEM** |
| **2828 NORTH POPLAR STREET** |
| **CHARLOTTE, NC 28206** |
| **Attn:** VANI GOPALAREDDY |

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|---|---|---|---|
| J351 | | UPS | 1569504 |

| Job Description | Quantity |
|---|---|
| LEVINE CHILDREN'S<br>FORM # 249810<br>BUSINESS CARDS 6 NAMES | 500EA |

Shipped UPS

1Z4690760352883333

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

**Invoice**

| Date | Invoice # |
|------|-----------|
| 1/31/2015 | **133931** |

Bill To

Standard Register
600 Albany Street
Dayton,OH   45417-3405

**Terms**

2% 20 Net 30

**Due Date**

2/28/2015

| | P.O. Number | Ship Date | Contact |
|---|---|---|---|
| | j350 | 1/31/2015 | JEREMY |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| ILEVINE BUSINESS CARDS TYPESETTING AND OVERPRINTS FOR JENNA ANDERSON | | | |
| PREPRESS | | 15.00 | 15.00 |
| PRINTING - QTY 500 | | 76.00 | 76.00 |
| SHIPPING CHARGE | | 9.51 | 9.51 |

| | | Subtotal | $100.51 |
|---|---|----------|---------|
| | | Sales Tax | $0.00 |
| | | **Total** | $100.51 |

Return from Printable View

**2706 - 249810 LCH B-C (156525) Jenna Anderson (01-52739)**
**Order Details**

January 23, 2015 9:59:12 AM

### Order: 2706 - 249810 LCH B-C (156525) Jenna Anderson

View Order List

#### Order Information

| | | | |
|---|---|---|---|
| Title: | 2706 - 249810 LCH B-C (156525) Jenna Anderson | Copy attached for: | Jenna E Anderson |
| **Order completion date:** | 1/27/15 5:00 PM | Comments: | |
| Status: | Accepted | | Use the Levine Childrens Hospital logo and template. |
| Buyer workgroup: | Workflow Enterprise | Prefix: | J |
| Buyer Person: | Kathy Duckworth | **Quote Number:** | **Contract** |
| Supplier workgroup: | Design Type, Inc. (WFO) | Sales Rep: | Sherrill, Jeremy |
| Supplier Person: | Orders Design Type | Sales Rep Territory: | 93634 |
| Production Plus Direct Bill: | | Project Number: | 01-52739 |
| Customer Name: | AMERICAN PRODUCT DISTRIBUTORS (APD) - includes all CHS | Project Completion Date: | 1/27/15 |
| | | New or Reprint?: | New |
| | | Project Hot?: | No |
| Customer Number: | 7039628 | | |
| Client ID: | 2706 | **General Information** | |
| **Customer PO:** | **1569525** | Payment method: | Purchase Order |
| Local Terms and Conditions: | CharlotteNC Standard Register 4001 Performance Road Charlotte, NC 28214 | **WFO Purchase Order Number:** | **J350** |
| | | Allowed Overs: | 0.00 % |
| Buyer Phone Number: | 704-553-6056 | Allowed Unders: | 0.00 % |

#### Order Items

> 249810 LEVINE BUSINESS CARDS (8721225) [ Job Id: 8261681 ]

| | | | |
|---|---|---|---|
| Completion date: | 1/27/15 5:00 PM | **Quantity:** | **500** |
| **Item Number:** | **249810** *Item is validated* | Rate Card: | NONE |
| Item Name: | CARD,BUSINESS LEVINE CHIL | Cost Price: | $152.00 per 1,000 |
| Pricing UOI: | 1/BX/1 | Last Supplier Job Number: | |
| Pricing UOR: | 1000/EA/1 | Last Order Number: | |
| Packaging UOI: | 500/BX/1 | | |
| Packaging UOR: | 1/EA/1 | | |
| Bill Code: | Bill Upon Inventory Release | | |
| Requested Shipments: | 500 | | |
| Delivered: | 0 | | |
| Received: | 0 | | |

**Vendor Cost:**    $76.00

| | |
|---|---|
| Order Total: | $76.00 |
| Tax: | $0.00 |
| Shipping: | $0.00 |
| **Grand Total:** | **$76.00** |

Detailed Specifications

249810 LEVINE BUSINESS CARDS

### Spec Description

| | |
|---|---|
| Name: | 249810 LEVINE BUSINESS CARDS |
| SKU: | 249810 |
| Reference Number: | 8721225 |
| Product Type: | Business Card |

### Size

| | Width | Height | | Other |
|---|---|---|---|---|
| Finished size: | 3 1/2 x | 2 | in | *ISO:* |

### Stocks and Inks

| Stock used as | Stock Description | Ink Description |
|---|---|---|
| LEVINE BUSINESS CARD | Name:Environmental Felt<br>Weight:80 lb<br>Type:Cover<br>Coating:Uncoated<br>Color:White | Inks for printing one side only<br>Black:Medium<br>Spot colors:Light 1 PMS 321<br><br>Bleeds:No<br>First Inks comments:IMPRINT ON NEW LCH NEW SHELLS Shell Inks: Yellow Bar at top – set to CMYK – Match PMS 7406 All teal items – spot PMS 321 Red in logo – set to CMYK – Match PMS 1795 Blue in logo – set to CMYK – Match PMS 300 Yellow in logo – set to CMYK – Match PMS 7406 Type – 80% Black Type in CHS logo – 100% Black |

### Post-Press

### Folding and Bindery

✔ Trim to size

### Packaging

| Packing | Quantity | Special Instructions |
|---|---|---|
| ✔ Box in | 500 | MUST PACK/SHOW ON BOX LABEL 500/BOX. NO OVER, UNDER, PARTIAL.<br><br>PUT CUSTOMER PO ON ALL SHIPMENTS. |

### Shipment Details
### Shipment Information

Spec: 249810 LEVINE BUSINESS CARDS

Job Id: 8261681

# PACKING SLIP

| | |
|---|---|
| **Ship Date** | **Invoice No.** |
| 2/11/2015 | **133931** |

**Standard Register**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

**Ship To:**

**CAROLINAS HEALTHCARE SYSTEM**

**2828 NORTH POPLAR STREET**

**CHARLOTTE, NC 28206**

**Attn:** JENNA ANDERSON

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|---|---|---|---|
| J350 | | UPS | 1569525 |

| Job Description | Quantity |
|---|---|
| LEVINE CHILDRENS<br>FORM # 249810<br>BUSINESS CARDS FOR ANDERSON | 500 |

```
Y69076      FEB 11, 2015    ALL CURR USD    1 OF 1
SVC GNDCOM            ACT WT 8.0 LBS
TRACKING# 1ZY690760352646885
REF 1:J351
REF 2:133930

HANDLING CHARGE 0.00
SINGLE-PIECE PUB RATE CHRGS:           SVC  9.65 USD
DV 0.00         COD   0.00      RS 0.00
DC 0.00         DGD   0.00      SD 0.00
AH 0.00         PR    0.00      SP 0.00
TOT PUB CHG 9.65      PUB+HANDLING    9.65
```

```
Y69076      FEB 11, 2015    ALL CURR USD    1 OF 1
SVC GNDCOM            ACT WT 1.0 LBS
TRACKING# 1ZY690780353781496
REF 1:J350
REF 2:133931

HANDLING CHARGE 0.00
SINGLE-PIECE PUB RATE CHRGS:           SVC  7.61 USD
DV 0.00         COD   0.00      RS 0.00
DC 0.00         DGD   0.00      SD 0.00
AH 0.00         PR    0.00      SP 0.00
TOT PUB CHG 7.61      PUB+HANDLING    7.61
```

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/31/2015 | 133970 |

Bill To

Standard Register
600 Albany Street
Dayton, OH  45417-3405

**Terms**

2% 20 Net 30

**Due Date**

2/28/2015

| | P.O. Number | Ship Date | Contact |
|---|---|---|---|
| | X692651 | 1/31/2015 | DONALD |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| WAYNE FARMS BUSINESS CARDS FOR WALLACE DANIELS | | | |
| PRINTING - QTY 250 | | 33.00 | 33.00 |
| SHIPPING CHARGE | | 12.45 | 12.45 |

| | | |
|---|---|---|
| **Subtotal** | | $45.45 |
| **Sales Tax** | | $0.00 |
| **Total** | | $45.45 |

STANDARD REGISTER
P.O. BOX 3933
DAYTON                    OH   45401

For Returns call (770) 840-3300

| PAGE # | 1 | DATE | 1/29/15 | 11 32 |
| CO/BILL OF LADING NO | | 01-K081613 | | |

WAREHOUSE: DESIGN TYPE PRINT SERVICES      ORDER #  X692651
ORDER # :

| CO/CUSTOMER | 01-07036988 |
| CHARGE TO | 001 |
| COST CENTER NO. | 001 |
| CUSTOMER PO NO. | 564941 |

SPECIAL SHIPPING INSTRUCTIONS:

**SOLD TO:** WAYNE FARMS LLC
**SHIP TO:** WAYNE FARMS - ENTERPRISE
VICKIE CROWDER
1020 COUNTY ROAD 114
JACK, AL  36346

CARRIER:

| REQUESTED BY | DELIVERY | DELIVERY TERMS | SHIP VIA | WEIGHT | NO. OF PIECES |
|---|---|---|---|---|---|
| | INSIDE | PrePaid | UPS GROUND | .00 | .00 |

| ITEM NO | DESCRIPTION | LOCATION | # OF UNITS | UOM | QTY PER UNIT | B/O UNITS | TOTAL QTY SHIPPED | VALUE |
|---|---|---|---|---|---|---|---|---|
| BCWF2 | BUSINESS CARDS  Job#:  5221550 | KIT-POD | 1 | BOX | 250 | | 250 | |

SPECIAL PACKING INSTRUCTIONS




ADVANCING YOUR REPUTATION

| TOTAL VALUE | |

```
BILLING INFO:
company:01
name:WAYNE FARMS-ENTERPRISE
address1:1020 COUNTY ROAD 114
address2:
city:JACK
state:AL
zip:36346-6228
country:

SHIPPING INFO:
customer:07036988
igetsmart company order number:X692651
Order Date:20150129
reference number:564941
name:WAYNE FARMS - ENTERPRISE
attention:VICKIE CROWDER
costcenter number:001
costcenter/shipping address1:1020 COUNTY ROAD 114
address2:
city:JACK
state:AL
zip:36346
shipvia:UPS GROUND
day phone:
evening phone:
email:
request by:
special instructions:

DETAIL INFO:
URL:http://commerce.workflowoneaccess.com/UI/VariableImage/PDFO/liL-
svKHJu3c1Whr7J8tKWkAw-e-e.pdf
item number: BCWF2
Quantity: 1 BOX 250
cardtype: BUSINESS CARDS
languageoption: English
Sequence Number: 1
Billing Transaction Number: 056942577
Warehouse Descriptor:
Combined Warehouse Order: N

USER FIELDS:
four51username:lhstewart
name1:Name
Name:Wallace Daniels
Title1:Maintenance Supervisor
Address1:1020 County Road 114
City:Jack
State:AL
ZIP:36346
Tel1:3348530723
Tel2:3348971031
Teltype1:Office
Teltype2:Fax
Email:wallace.daniels@waynefarms.com
Logo:Wayne Farms LogoNEW.pdf
Document1:WayneFarms_BC02.xdt
Document2:WayneFarms_BC02_press.xdt
---------------------------------------------------------
```

# PACKING SLIP

| Ship Date | Invoice No. |
|---|---|
| 2/2/2015 | **133970** |

**STANDARD REGISTER**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

**Ship To:**

**WAYNE FARMS**

**1020 COUNTY ROAD 114**

**JACK, AL 36346**

**Attn:** VICKIE CROWDER

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|---|---|---|---|
| X692651 | | UPS | 564941 |

| Job Description | Quantity |
|---|---|
| WAYNE FARMS<br>BUSINESS CARDS FOR DANIELS | 250 |

*Shipped UPS*

*1 2 4 6 9 0 7 6 0 3 5 4 5 6 6 3 8 8*

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

**Invoice**

| Date | Invoice # |
|------|-----------|
| 2/9/2015 | 134036 |

Bill To

Standard Register
600 Albany Street
Dayton, OH  45417-3405

**Terms**

2% 20 Net 30

**Due Date**

3/9/2015

| P.O. Number | Ship Date | Contact |
|-------------|-----------|---------|
| A0722664 | 2/9/2015 | TERRY |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| EQUIFAX VP INFO BROCHURE | | | |
| PRINTING - QTY 100 | | 200.00 | 200.00 |
| SHIPPING CHARGE | | 11.54 | 11.54 |

| | |
|---|---|
| **Subtotal** | $211.54 |
| **Sales Tax** | $0.00 |
| **Total** | $211.54 |

PURCHASE ORDER

**A0722004**

0027/6901

| | | Design Type | | 2/2/2015 | 2/6/2015 | 2/6/2015 | T Graham | 1514 |
|---|---|---|---|---|---|---|---|---|
| Phone: | | FAX: | | | | | | |

| | QTY | | | | | | Yes | | $200.00 |
|---|---|---|---|---|---|---|---|---|---|
| | 2/4/2015 | Debbie Cox | | | | | | | |
| 1 | 4 (pkgs of 25) | Comm VP Info Brochure | | | Commercial VP Infographic Brochure | | L | | $200.00 |
| | | | | | In Hands Date 2/6/15 | | | | |
| | | | | | Brochure Proof Already Approved | | | | |

| SHIP TO Production Orders | NAME | Aria | | SHIP TO Production Samples | NAME | Equifax | | |
|---|---|---|---|---|---|---|---|---|
| | ATTN: | C/O Peter McGinnis, Equifax | | | ATTN: | Christie Toelkes | | IMPORTANT: Failure to ship via our specified carrier may result in deduction of shipping charges from your invoice. |
| | | 3730 Las Vegas Blvd. | | | ADDRESS | 1625 Windward Concourse | | |
| | | | | | | Bldg 2 J42H | | |
| | CITY, ST ZIP | Las Vegas, NV 59109 | | | CITY, ST ZIP | Alpharetta, GA 30005 | | |
| | COUNTRY | | SHIP QTY: | 2 pkgs of 25 | COUNTRY | | SHIP QTY: | 2 Pkgs of 25 |
| | SHIP VIA: | UPS Next Day Air (Ship With Other Items From A0722663) | | | SHIP VIA: | Can Courier if Needed Deliver by 2/6/15 | | |
| | | 678-795-7901 | | | | | | |

SPECIAL INSTRUCTIONS:

| | | | PMS COLOR |
|---|---|---|---|
| 1 | | | |
| 2 | | | Location |
| 3 | | | Size |
| 4 | | | Application |
| 5 | | | |
| 6 | | | Artwork Preview Above |

Insert artwork pic here

```
Y69076
SVC GNDCOM        FEB 5, 2015
TRACKING# 1ZY690760354160413    ACT WT 4.0 LBS    ALL CURR USD    1 OF 1
REF 1:A0722664
REF 2:134003

HANDLING CHARGE 0.00
SINGLE-PIECE PUB RATE CHRGS:
DV 0.00
DC 0.00              COD    0.00        SVC  T/P USD
DGD    0.00        RS  0.00
AH 0.00              PR     0.00        SD  0.00
TOT PUB CHG 0.00                        SP  0.00
                     PUB+HANDLING           0.00
```

8.08

# PACKING SLIP

| Ship Date | Invoice No. |
|---|---|
| 2/5/2015 | 134036 |

**STANDARD REGISTER**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

**Ship To:**

**EQUIFAX**

**1525 WINDWARD CONSOURSE, BLDG 2 J42H**

**ALPHARETTA, GA 30005**

**Attn:** CHRISTIE TOELKES

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|---|---|---|---|
| A0722664 | | UPS | 0027/6001 |

| Job Description | Quantity |
|---|---|
| EQUIFAX<br>COMMERCIAL INFOGRAPHIC BROCHURE | 100 |

Shipped UPS
See Attached

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/9/2015 | 134003 |

Bill To

Standard Register
600 Albany Street
Dayton,OH   45417-3405

**Terms**

2% 20 Net 30

**Due Date**

3/9/2015

| P.O. Number | Ship Date | Contact |
|-------------|-----------|---------|
| A0722663 | 2/9/2015 | TERRY |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| EQUIFAX ABS SHOW MATERIALS | | | |
| | | | |
| PRINTING - QTY 50 32 PAGER, 25 BROCHURES, 25 ABS CRI, 25 CRI SERVICING | | 450.00 | 450.00 |
| SHIPPING CHARGE | | 208.39 | 208.39 |

| | |
|---|---|
| **Subtotal** | $658.39 |
| **Sales Tax** | $0.00 |
| **Total** | $658.39 |

Standard Register
ASI # 333647

**One**

PURCHASE ORDER

SEND PROOFS AS SOFTWARE DUPLICATE MODEL DUPLICATE SHIPPING PAPERS AND RETURNS

PURCHASE ORDER NUMBER  A0722663

SEND ALL INVOICES TO THIS ADDRESS:

Standard Register
Address
City, State, Zip Code
Contact name and phone/
Email address

Remit all invoices to:
Accounts Payable
Standard Register
P.O. Box 9822
Dayton, Ohio 45401-2855

| Design Type | | | | | 3/2/2015 | 2/5/2015 | 2/6/2015 | T. Graham | 3708 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Phone: | | | FAX: | | | | | Yes | |

| | QUOTE DATE | QUOTE # | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 2/2/2015 | Debbie Cox | | | | | | IF APPLICABLE | IF APPLICABLE |
| 1 | 1 (pkg of 25) | 15-9810 | | | ABS CRI Product Sheet | | | L | $112.50 |
| 2 | 1 (pkg of 25) | 15-9815 | | | Financial Markets Brochure | | | L | $112.50 |
| 3 | 1 (pkg of 25) | 15-9817 | | | CRI Servicing Product Sheet | | | L | $112.50 |
| 4 | 2 (pkgs of 25) | FRR Booklet | | | Fraud & Return Booklet | | | L | $112.50 |
| | | | | | Booklet Proof Already Approved | | | | |
| | | | | | In Hands Date Set 2/7 or Better | | | | |

| SHIP TO for Prequisition Order | | | | SHIP TO for Preproduction Samples | |
| --- | --- | --- | --- | --- | --- |
| NAME | Aria | | NAME | | IMPORTANT: Failure to ship via our specified carrier may result in deduction of shipping charges from your invoice |
| ATTN: | C/O Peter McGinnis, Equifax | | ATTN: | |
| | 3730 Las Vegas Blvd. | | ADDRESS | |
| CITY, ST ZIP | Las Vegas, NV 89109 | | CITY, ST ZIP | |
| COUNTRY | | SHIP QTY:   5 pkgs | COUNTRY | |
| SHIP VIA: | UPS Next Day Air | | SHIP VIA: | |
| | 678-786-7901 | | | |

SPECIAL INSTRUCTIONS:

1
2
3
4
5
6

# PACKING SLIP

| | Ship Date | Invoice No. |
|---|---|---|
| | 2/5/2015 | 134003 |

**STANDARD REGISTER**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

| Ship To: |
|---|
| **ARIA** |
| **3730 LAS VEGAS BLVD** |
| **LAS VEGAS NV 89109** |
| **Attn:** C/O PETER MCGINNIS, EQUIFAX |

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|---|---|---|---|
| A0722663 | | UPS | |

| Job Description | Quantity |
|---|---|
| EQUIFAX | |
| FORM # 15-9810 | |
| ABS CRI PRODUCT SHEET ---------------- 25 | |
| FORM # 15-9815 | |
| FINANCIAL MARKETS BROCHURE ------ 25 | |
| FORM # 15-9817 | |
| CRI SERVICING PRODUCT SHEET ------ 25 | |
| FORM # FRR BOOKLET | |
| FEDERAL RESERVE BOOKLET ----------- 50 | |

Shipped  UPS

1Z4690760152953190

# PACKING SLIP

| | Ship Date | Invoice No. |
|---|---|---|
| | 2/5/2015 | 134003 |

**STANDARD REGISTER**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

| Ship To: |
|---|
| **ARIA** |
| **3730 LAS VEGAS BLVD** |
| **LAS VEGAS NV 89109** |
| **Attn:** C/O PETER MCGINNIS, EQUIFAX |

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|---|---|---|---|
| A0722664 | | UPS | |

| Job Description | Quantity |
|---|---|
| EQUIFAX<br>FORM # 1COMM VP INFO BROCH<br>COMMERCIAL VP INFOGRAPHIC BROCHURE | 50 |

# PACKING SLIP

| Ship Date | Invoice No. |
|-----------|-------------|
| 2/5/2015 | 134003 |

**STANDARD REGISTER**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

**Ship To:**

**EQUIFAX**

**1525 WINWARD CONCOURSE, BLDG 2 J42H**

**ALPHARETTA, GA 30005**

**Attn:** CHRISTIE TOELKES

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|--------------------|--------|---------------|-----------------|
| A0722664 | | UPS | |

| Job Description | Quantity |
|-----------------|----------|
| EQUIFAX<br>FORM # 1COMM VP INFO BROCH<br>COMMERCIAL VP INFOGRAPHIC BROCHURE | 50 |

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/9/2015 | **133862** |

Bill To

Standard Register
600 Albany Street
Dayton, OH  45417-3405

**Terms**

2% 20 Net 30

**Due Date**

3/9/2015

| | P.O. Number | Ship Date | Contact |
|---|-------------|-----------|---------|
| | **M121** | 2/9/2015 | JEREMY |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| CAROLINAS HEALTH CARE SYSTEM  #10 ENVELOPES | | | |
| PRINTING - QTY 17500 | | 2,887.50 | 2,887.50 |
| SHIPPING CHARGE | | 208.10 | 208.10 |
| | | **Subtotal** | $3,095.60 |
| | | **Sales Tax** | $0.00 |
| | | **Total** | $3,095.60 |

**253520 ENV, LEVINE (01-44101)**
Order Details

January 13, 2015 2:26:24 PM

## Order: 2706 - 253520 ENV, LEVINE

### Order Information

| | |
|---|---|
| Title: | 2706 - 253520 ENV, LEVINE |
| **Order completion date:** | **1/21/15 5:00 PM** |
| Status: | Accepted |
| Buyer workgroup: | Workflow Enterprise |
| Buyer Person: | Kathy Duckworth |
| Supplier workgroup: | Design Type, Inc. (WFO) |
| Supplier Person: | Orders Design Type |
| Production Plus Direct Bill: | |
| Customer Name: | AMERICAN PRODUCT DISTRIBUTORS (APD) - includes all CHS |
| Customer Number: | 7039628 |
| Client ID: | 2706 |
| **Customer PO:** | **NA** |
| Local Terms and Conditions: | CharlotteNC Standard Register 4001 Performance Road Charlotte, NC 28214 |
| Buyer Phone Number: | 704-398-5129 |

Exact repeat of order 133295.

| | |
|---|---|
| Comments: | MUST PACK 500 PER CARTON. NO PARTIALS. |
| Prefix: | M |
| **Quote Number:** | **DEBBIE** |
| Sales Rep: | Sherrill, Jeremy |
| Sales Rep Territory: | 93634 |
| Project Number: | 01-44101 |
| Project Completion Date: | 1/21/15 |
| New or Reprint?: | Exact Repeat |
| Project Hot?: | Yes |

### General Information

| | |
|---|---|
| Payment method: | Purchase Order |
| **WFO Purchase Order Number:** | **M121** |
| Allowed Overs: | 10.00 % |
| Allowed Unders: | 10.00 % |

*Shipped UPS See Attached*

### Order Items

Reorder of 253520 LH ENV LEVINE CHILDREN'S HOSPITAL GENERIC (8704148) [ Job Id: 8245333 ]

| | |
|---|---|
| Completion date: | 1/21/15 5:00 PM |
| **Item Number:** | **253520** *Item is validated* |
| Item Name: | ENV,LH LEVINE GENE |
| Pricing UOI: | 1/BX/1 |
| Pricing UOR: | 1000/EA/1 |
| Packaging UOI: | 500/BX/1 |
| Packaging UOR: | 1/EA/1 |
| Bill Code: | Bill Upon Inventory Release |
| Requested Shipments: | 17,500 |
| Delivered: | 0 |
| Received: | 0 |

| | |
|---|---|
| **Quantity:** | **17,500** |
| Rate Card: | NONE |
| Cost Price: | $165.00 per 1,000 |
| Last Supplier Job Number: | 133295 |
| Last Order Number: | M112 |

| | |
|---|---|
| Vendor Cost: | $2,887.50 |
| Order Total: | $2,887.50 |

|  |  |  |
|---|---|---|
| Tax: | $0.00 |
| Shipping: | $0.00 |
| **Grand Total:** | **$2,887.50** |

Detailed Specifications

Reorder of 253520 LH ENV LEVINE CHILDREN'S HOSPITAL GENERIC

### Spec Description

Name: Reorder of 253520 LH ENV LEVINE CHILDREN'S HOSPITAL GENERIC

SKU: 253520

Reference Number: 8704148

Product Type: Envelope

### Envelope Description
### Face and Back

Type: Regular

Size: #10 4-1/8 x 9-1/2 (Height x Width)

Seam: Side

### Flap

Flap style: Square - rounded at edges

Flap opens: Long Dimension

Seal: Regular gum

### Stock & Inks

### Stocks

Weight: 80

Color: WHITE

Comments: ENVIRONMENT TEXT IN ULTRA BRIGHT WHITE-SMOOTH FINISH

### Inks

Both sides - same inks

- Both sides - different inks

Face only

Back only

**Inks - First side**

✔ 4 Color Process    Coverage:

**Inks - Second side**

✔ 4 Color Process    Coverage:

Comments   ON FLAP

### Packaging

| Packing | Quantity | Special Instructions |
|---|---|---|
| ✔ Carton pack in | 500 | MUST PACK/SHOW ON CTN LBL 500/CTN. NO OVER, UNDER, PARTIAL |

### Shipment Details

**Shipment Information**

Spec: Reorder of 253520 LH ENV LEVINE CHILDREN'S HOSPITAL GENERIC

Job Id: 8245333

Buyer: Kathy Duckworth of Workflow Enterprise

Supplier: Orders Design Type of Design Type, Inc. (WFO)

Shipment Name: Reorder of 253520 LH ENV LEVINE CHILDREN'S HOSPITAL GENERIC Shipment

Status: Not Shipped

Delivery Address #1 of 1

| | |
|---|---|
| Warehouse Name: | **CEVA Logistics Charlotte (CFE)** |
| Warehouse ID: | **0822** |
| Address: | **1816 West Pointe Drive** |
| | |
| City: | **Charlotte** |
| State: | **NC** |
| Postal Code: | **28214-9284** |
| Warehouse Promo Code: | **MCL** |

**Requested**

Request Type: Normal

Delivery Date: 1/21/15

Quantity:      17,500

Ship Via:      000000002: BEST METHOD

**Delivery**

Quantity shipped: 0

Units:

Weight:

Terms & Conditions

**Workflow Enterprise Purchase Terms and Conditions**

Standard Register vendors can contact Accounts Payable by emailing accountspayable@standardregister.com or by contacting:

Accounts Payable Service Rep for vendors A-J:
Sherri Perry
T: (937) 221-2125

F: (937) 913-3154
Sherri.Perry@StandardRegister.com

Accounts Payable Service Rep for vendors K-S.
Ortha Jean Mooney
T: (937) 221-2118
F: (937) 913-3012
OrthaJean.Mooney@StandardRegister.com

Accounts Payable Service Rep for vendors T-Z:
Chris Jeans
T: (937) 221-2110
F: (937) 913-3196
Chris.Jeans@StandardRegister.com

Page references below are from the Standard Register 2014 Order Fulfillment Instructions guide. Copies of the OFI can be obtained by contacting strategicsourcing@standardregister.com. Several new additions have been made to the Order Fulfillment Instructions that we provide to our Certified Trade Partners. The OFI gives guidelines as to purchase orders, packaging, palletizing, freight compliance, etc. to ensure seamless business interactions between Standard Register and its valued sourcing network.

Below are a few (but not all) changes from last year:

Invoicing:
• All invoices must contain a Purchase Order number. (p. 12)
Purchase Orders:
• All purchase orders must be received directly from NetSource, Hagen, CPX, NFM, Printstream, Star, or I-series. (p. 12)
Shipping:
• Standard Register UPS Parcel Program – One account will be issued per vendor.
Palletizing:
• Pallet requirements for each individual warehouse vary. (p. 16)
Labeling:
• Standard Register labels for shipping. (p. 15)
Terms
• Terms for STP are 2%, 30 Net 60. (p. 26)

### Design Type, Inc. (WFO) Sales Terms and Conditions

*Design Type, Inc. (WFO) has not entered any Terms & Conditions.*

```
Y69076        FEB 3, 2015     ALL CURR USD    4 OF 7
SVC GNDCOM            ACT WT 42.0 LBS
TRACKING# 1ZY690760352382482
REF 1:
REF 2:

HANDLING CHARGE 0.00
SINGLE-PIECE PUB RATE CHRGS:          SVC T/P USD
DV 0.00           COD    0.00      RS 0.00
DC 0.00           DGD    0.00      SD 0.00
AH 0.00           PR     0.00      SP 0.00
TOT PUB CHG 0.00       PUB+HANDLING    0.00
```

```
Y69076        FEB 3, 2015     ALL CURR USD    1 OF 7
SVC GNDCOM            ACT WT 42.0 LBS
TRACKING# 1ZY690760352494656
REF 1:
REF 2:

HANDLING CHARGE 0.00
SINGLE-PIECE PUB RATE CHRGS:          SVC T/P USD
DV 0.00           COD    0.00      RS 0.00
DC 0.00           DGD    0.00      SD 0.00
AH 0.00           PR     0.00      SP 0.00
TOT PUB CHG 0.00       PUB+HANDLING    0.00
```

```
Y69076        FEB 3, 2015     ALL CURR USD    5 OF 7
SVC GNDCOM            ACT WT 42.0 LBS
TRACKING# 1ZY690760353877099
REF 1:
REF 2:

HANDLING CHARGE 0.00
SINGLE-PIECE PUB RATE CHRGS:          SVC T/P USD
DV 0.00           COD    0.00      RS 0.00
DC 0.00           DGD    0.00      SD 0.00
AH 0.00           PR     0.00      SP 0.00
TOT PUB CHG 0.00       PUB+HANDLING    0.00
```

```
Y69076        FEB 3, 2015     ALL CURR USD    2 OF 7
SVC GNDCOM            ACT WT 42.0 LBS
TRACKING# 1ZY690760352291268
REF 1:
REF 2:

HANDLING CHARGE 0.00
SINGLE-PIECE PUB RATE CHRGS:          SVC T/P USD
DV 0.00           COD    0.00      RS 0.00
DC 0.00           DGD    0.00      SD 0.00
AH 0.00           PR     0.00      SP 0.00
TOT PUB CHG 0.00       PUB+HANDLING    0.00
```

```
Y69076        FEB 3, 2015     ALL CURR USD    6 OF 7
SVC GNDCOM            ACT WT 42.0 LBS
TRACKING# 1ZY690760352137701
REF 1:
REF 2:

HANDLING CHARGE 0.00
SINGLE-PIECE PUB RATE CHRGS:          SVC T/P USD
DV 0.00           COD    0.00      RS 0.00
DC 0.00           DGD    0.00      SD 0.00
AH 0.00           PR     0.00      SP 0.00
TOT PUB CHG 0.00       PUB+HANDLING    0.00
```

```
Y69076        FEB 3, 2015     ALL CURR USD    3 OF 7
SVC GNDCOM            ACT WT 42.0 LBS
TRACKING# 1ZY690760353053871
REF 1:
REF 2:

HANDLING CHARGE 0.00
SINGLE-PIECE PUB RATE CHRGS:          SVC T/P USD
DV 0.00           COD    0.00      RS 0.00
DC 0.00           DGD    0.00      SD 0.00
AH 0.00           PR     0.00      SP 0.00
TOT PUB CHG 0.00       PUB+HANDLING    0.00
```

```
Y69076        FEB 3, 2015     ALL CURR USD    7 OF 7
SVC GNDCOM            ACT WT 42.0 LBS
TRACKING# 1ZY690760353764317
REF 1:M121
REF 2:133862
                              DV AMT  2888.00
HANDLING CHARGE 0.00
SINGLE-PIECE PUB RATE CHRGS:          SVC T/P USD
DV 0.00           COD    0.00      RS 0.00
DC 0.00           DGD    0.00      SD 0.00
AH 0.00           PR     0.00      SP 0.00
TOT PUB CHG 0.00       PUB+HANDLING    0.00
```

116.48

# PACKING SLIP

| Ship Date | Invoice No. |
|---|---|
| 2/3/2015 | 133862 |

**Standard Register**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

**Ship To:**

**CEVA LOGISTICS**

**1816 WEST POINTE DR**

**CHARLOTTE, NC 28214**

**Attn:**

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|---|---|---|---|
| M121 | | UPS | |

| Job Description | Quantity |
|---|---|
| LEVINE CHILDRENS<br>FORM # 253520<br>ENV, LH LEVINE GENE | 17500 |

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

**Invoice**

| Date | Invoice # |
|------|-----------|
| 2/9/2015 | 133976 |

Bill To

Standard Register
600 Albany Street
Dayton,OH   45417-3405

**Terms**

2% 20 Net 30

**Due Date**

3/9/2015

| P.O. Number | Ship Date | Contact |
|-------------|-----------|---------|
| J352 | 2/9/2015 | LINDA |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| SPALDING REGIONAL    CATCH A SHINING STAR CARD | | | |
| PRINTING - QTY 1000 | | 270.00 | 270.00 |
| SHIPPING CHARGE | | 16.89 | 16.89 |

| | | |
|---|---|---|
| **Subtotal** | | $286.89 |
| **Sales Tax** | | $0.00 |
| **Total** | | $286.89 |

Return from Printable View

3370 SPRSC SPR (01-52918)
Order Details

January 29, 2015 1:49:08 PM

**Order: 3370 SPRSC SPR**

Order Information

| | | | |
|---|---|---|---|
| Title: | 3370 SPRSC SPR | Comments: | EXACT REPEAT 131801 |
| **Order completion date:** | **2/9/15 3:00 PM** | Prefix: | J |
| Status: | Accepted | **Quote Number:** | **DEBBIE COX** |
| Buyer workgroup: | Workflow Enterprise | Sales Rep: | David,Linda A |
| Buyer Person: | Vanessa White | Sales Rep Territory: | 61403 |
| Supplier workgroup: | Design Type, Inc. (WFO) | Project Number: | 01-52918 |
| Supplier Person: | Orders Design Type | Project Completion Date: | 2/9/15 |
| Production Plus Direct Bill: | | New or Reprint?: | Exact Repeat |
| Customer Name: | SPALDING REGIONAL MEDICAL CEN | Project Hot?: | No |
| Customer Number: | 1896301 | **General Information** | |
| Client ID: | 3370 | Payment method: | Purchase Order |
| **Customer PO:** | **0392 297080** | **WFO Purchase Order Number:** | **J352** |
| Local Terms and Conditions: | Atlanta Standard Register 4855 Peachtree Industrial Blvd, Ste 220, Norcross, GA 30092 | Allowed Overs: | 0.00 % |
| | | Allowed Unders: | 0.00 % |
| Buyer Phone Number: | 770.840.3336 | | |

Order Items

SPRSC CATCH A SHINING STAR (SPRSC) [ Job Id: 8269990 ]

| | | | |
|---|---|---|---|
| Completion date: | 2/9/15 3:00 PM | **Quantity:** | **1,000** |
| **Item Number:** | **SPRSC** *Item is validated* | Rate Card: | NONE |
| Item Name: | SPALDING STAR CARD | Cost Price: | $270.00 per 1,000 |
| Pricing UOI: | 1/BX/1 | Last Supplier Job Number: | 131801 |
| Pricing UOR: | 1/BX/1 | Last Order Number: | J271 |
| Packaging UOI: | 500/BX/1 | | |
| Packaging UOR: | 500/BX/1 | | |
| Bill Code: | Bill Upon Inventory Release | | |
| Requested Shipments: | 1,000 | | |
| Delivered: | 0 | | |
| Received: | 0 | | |

| | |
|---|---|
| Vendor Cost: | $270.00 |
| Order Total: | $270.00 |
| Tax: | $0.00 |

|  |  |
|---|---|
| Shipping: | $0.00 |
| **Grand Total:** | **$270.00** |

Detailed Specifications

### SPRSC CATCH A SHINING STAR

#### Spec Description

| | |
|---|---|
| Name: | SPRSC CATCH A SHINING STAR |
| SKU: | SPRSC |
| Reference Number: | SPRSC |
| Product Type: | Card |
| Description: | EXACT REPEAT 131801 |

#### Size

| | Width | Height | Other |
|---|---|---|---|
| Finished size: | 4-1/2 x 7-1/2 in | *ISO:* | |
| Flat size: | 4-1/2 x 7-1/2 | | |

Comments: EXACT REPEAT 131801

#### Stocks and Inks

| Stock used as | Stock Description | Ink Description |
|---|---|---|
| Card | Weight:90 lb<br>Type:Index<br>Color:White | Inks for first side<br>4 color process:Medium<br><br>Bleeds:No<br><br>Inks for second side<br><br>Bleeds:No<br>Second Inks comments:2nd side ink - pms 654 |

#### Prepress

#### Art and Files

✔ Exact Reprint Comments: EXACT REPEAT 131801

#### Packaging

| Packing | Quantity | Special Instructions |
|---|---|---|
| ✔ Box in | 500 | |

#### Shipment Details
#### Shipment Information

Spec: SPRSC CATCH A SHINING STAR

Job Id: 8269990

Buyer: Vanessa White of Workflow Enterprise

# PACKING SLIP

| Ship Date | Invoice No. |
|-----------|-------------|
| 2/3/2015 | **133976** |

**Standard Register**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

Ship To:

**SPALDING REGIONAL MEDICAL CENTER**

**601 SOUTH 8TH STREET**

**GRIFFIN, GA 30224**

Attn: CC8650

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|--------------------|--------|---------------|-----------------|
| J352 | | UPS | 0392 297080 |

| Job Description | Quantity |
|-----------------|----------|
| SPALDING REGIONAL<br>FORM # SPRSC<br>SPALDING STAR CARDS | 1000 |

Shipped UPS

1ZY690760354515530

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/9/2015 | 133977 |

Bill To

Standard Register
600 Albany Street
Dayton,OH   45417-3405

**Terms**

2% 20 Net 30

**Due Date**

3/9/2015

| P.O. Number | Ship Date | Contact |
|-------------|-----------|---------|
| J1292015 | 2/9/2015 | JEREMY |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| LEVINE BUSINESS CARD SHELLS | | | |
| PRINTING - QTY 17,000 | | 705.00 | 705.00 |
| | | **Subtotal** | $705.00 |
| | | **Sales Tax** | $0.00 |
| | | **Total** | $705.00 |

**Debbie Cox**

From: Duckworth, Kathy A [Kathy.Duckworth@standardregister.com]
Sent: Thursday, January 29, 2015 3:28 PM
To: Debbie Cox
Subject: RE: time to order more Levine Childrens Hospital Shells

Go ahead and order 17,000. PO # J 1292015

KATHY DUCKWORTH
*Customer Service Specialist*
**Standard Register**
5950 Fairview Rd, Suite 502, Charlotte, NC 28210
Office: 704-553-6056 Fax: 704-554-6415
CHS Orders: 844-898-6054

Confidentiality Notice: This email message, including all attachments, is for the sole use of the intended recipient(s) and may contain confidential information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

From: Debbie Cox [mailto:debbie@designtype.com]
Sent: Wednesday, January 28, 2015 5:09 PM
To: Duckworth, Kathy A
Subject: RE: time to order more Levine Childrens Hospital Shells

Price is $705

Thanks

Debbie Cox
Design Type
1670 Spectrum Drive
Lawrenceville, GA 30043
770-338-8801
Cell 404-444-8587

*[handwritten:] B/c Shells*

*[handwritten:] No Shipping Stored In our for overprints w/House*

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

**Invoice**

| Date | Invoice # |
|------|-----------|
| 2/9/2015 | 133950 |

Bill To

Standard Register
600 Albany Street
Dayton,OH   45417-3405

**Terms**

2% 20 Net 30

**Due Date**

3/9/2015

| P.O. Number | Ship Date | Contact |
|-------------|-----------|---------|
| CB5218889 | 2/9/2015 | DEBORA |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| COLUMBUS REGIONAL  " YOU ACED IT"  CARDS | | | |
| PRINTING - QTY 2600   ($355.00 MINUS $15.00 COUPON) | | 340.00 | 340.00 |
| SHIPPING CHARGE | | 20.03 | 20.03 |

| | | |
|---|---|---|
| **Subtotal** | | $360.03 |
| **Sales Tax** | | $0.00 |
| **Total** | | $360.03 |

Debbie Cox

**SALES ORDER**

- ( EXACT REPEAT ☑ )
- ( REPEAT W CHG ☐ )
- ( NEW ☐ )
- ( QUOTE ☐ )
- ( ORDER ☑ )

DATE 1/26/15

THIS ENTIRE NUMBER INCLUDING ALPHA, CONTROL, NO., BRANCH AND SALES REP. NO. MUST APPEAR ON ALL INVOICES, CARTONS, LABELS AND ACKNOWLEDGEMENTS AS THE WORKFLOW/NG P.O. #

| SALES REPRESENTATIVE | PHONE # / FAX # | VOICE MAIL | CUSTOMER PO # | ALPHA | CONTROL / PO # | TERRITORY # |
|---|---|---|---|---|---|---|
| D. Cantrell | (706) 327-9000 | | | CB | 5218889 | 01602 |

| ADDRESS (CITY/STATE/ZIP) | MAIL CODE | CUSTOMER/PROD PLUS # | TAX EXEMPT | BUSINESS CODE | VENDOR CODE |
|---|---|---|---|---|---|
| GA09          31904 | | 1877253 | | 01 | 3842 |

**BILL TO:**   IF SAME AS SHIP TO WRITE "SAME" BELOW

NAME

ADDRESS

ADDRESS

CITY/STATE/ZIP

ATTENTION / PHONE #

**SHIP TO:**   IF MULTIPLE, CHECK BOX & LIST IN SPECIAL INSTRUCTIONS ☐

NAME  Standard Register

ADDRESS  5651 Whitesville Road

ADDRESS  Suite #104

CITY/STATE/ZIP  Columbus, GA 31904

ATTENTION

PAYMENT TERMS: _3%_ _30_ N_60_ UNLESS YOU HAVE A SIGNED CONTRACT ON FILE.

**EXACT REPEAT** (vertical label)

| REQUESTED SHIP DATE | SHIP METHOD/VIA | FREIGHT | BILL ON | WAREHOUSING |
|---|---|---|---|---|
| ASAP | BW | ☒ PLANT ☐ INSIDE DELIVERY  [4] COLLECT [3] 3RD PTY [2] SURY [9]BU SALES [1] ADD TO INVOICE | ☐ COMPLETION ☐ RELEASE | ☐ Y ☒ N  PROMO CODE |

| QUANTITY | FORM NUMBER AND DESCRIPTION | PTS | TOTAL SELL PRICE | TOTAL LIST/TRANS PRICE |
|---|---|---|---|---|
| 2,600 | You need id cards | | | |

| TYPE ORDER | | COMPOSITION | NO OVER / UNDER RUN | UOI | COST/UNIT | SION |
|---|---|---|---|---|---|---|
| ☐ FLAT ☐ SNAPOUT | ☐ LASER CUT-SHEET ☐ CONTINUOUS ☐ CLUB RUN (AD) | ☐ ROLL ☐ IMPRINT ☐ CUSTOM | ☐ LIGHT ☐ MEDIUM ☐ HEAVY | | $355.00  lot | Confirm order please |

| PREVIOUS JOB NUMBER | PLANT RELEASE NUMBER |
|---|---|
| CB 5038917 | |

| | STANDARD | SALES REP | DATE | SPECIAL BILLING INSTRUCTIONS | | | |
|---|---|---|---|---|---|---|---|
| ☐ Y ☐ N | ☐ COLOR ☐ ACCURATE | ☐ CUSTOMER  ATTN | / / | CODE(S) | RUSH CHG | ART CHG | PALLET CHG |

**SPECIAL INSTRUCTIONS:**

exact repeat

☐ NO CHANGE   ☐ CHANGE   ☐ COPY ATTCH

| COMBINATION ORDER ☐ Y ☐ N | MICR PT(S) | ☐ STATIC ☐ MOO# ☐ DR | ☐ CONS ☐ DSR | NUMBERING (PREFIX - STARTING # - SUFFIX) | COLOR | ☐ GUAR. # ☐ CRASH ☐ PRESS | ☐ LIST MISSING | NO. OF POSITIONS |
|---|---|---|---|---|---|---|---|---|
| RUN WITH ORDER # | | | | | | | | |

| PART | COLOR | WEIGHT | TYPE | PAPER (STYLE) WIDTH X LENGTH | INK | PERFORATION | MARGINAL WORDS | CARBON |
|---|---|---|---|---|---|---|---|---|
| | | | | 1ST 2ND 3RD 4TH 5TH 6TH/BACK | TOP BOT LEFT RIGHT HORZ VERT | POSITION | TYPE SIZE |
| 1 | | | | X | | | | X |
| 2 | #100 | | | X  6x4 | 4/0 | | | X |
| 3 | | | | X | | | | X |
| 4 | Dull on one side | | | X | | | | X |
| 5 | coter white | | | X | | | | X |
| 6 | | | | X | | | | X |
| 7 | | | | X | | | | X |
| 8 | | | | X | | | | X |

| CRIMP PAPER | ☐L ☐R | GLUING ☐T ☐L ☐B ☐R | ☐ SPOT ☐ STRIP | FORM USE ☐ HAND ☐ COMPUTER | ☐ TYPED ☐ LASER | SPACING H    V | FOLD | SHOW ON SAMPLE | PUNCHING POSITION    #HOLES    DIAMETER    C TO C |
|---|---|---|---|---|---|---|---|---|---|
| CRIMP PAPER & CARBON | ☐L ☐R | | | | | | | | |

| STUB WIDTH & POSITION  L    T    B    R | BOOK BINDING ☐ WRAP AROUND ☐ OPEN END | ☐ PERFECT ☐ STAPLE ☐ TAPE LOCK | ☐ SADDLE STITCHED ☐ PTB STAYS IN BOOK | BIND ☐ T ☐ L ☐ B | SPIRAL COIL ☐ WIRE ☐ PLASTIC | QTY PER BOOK | SECURITY FEATURE(S) |
|---|---|---|---|---|---|---|---|

| ROLL: ☐ FACE ☐ IN ☐ OUT ☐ FULL ☐ HEAD ☐ FOOT | CORE SIZE | ROUND/CLIP CORNER ☐ TL ☐ TR ☐ BL ☐ BR | LASER: WHICH DIMENSION FEEDS INTO THE PRINTER? ☐ WIDTH ☐ LENGTH | FMS STANDARD PALLET ☐ 40" D x 44" W ☐ OTHER: | RETURN ARTWORK? ☐ Y ☐ N | SEND SALESPERSON 3 SAMPLES |
|---|---|---|---|---|---|---|

| PAD | POLYWRAP 200 | BOX/INNER BOX | CARTON | ROLL | PALLET | WRB / STRING | ☐ MYLAR REINFORCEMENT PARTS    W    L | TRANSFER TAPE ☐ PERMANENT ☐ REMOVABLE |
|---|---|---|---|---|---|---|---|---|
| / PD | / PK | / BX | / CT | / RL | / PL | / SET | | |

963380 (8/97)   * IF IMPRINT COPY IS DIFFERENT THAN "BILL TO", INDICATE IN DETAIL IN THE "SPECIAL INSTRUCTION" SECTION

(vertical left margin) MUST SUBMIT A CLEAR COPY

(vertical right margin) INTERNAL PLANT COPY

# PACKING SLIP

| Ship Date | Invoice No. |
|---|---|
| 2/3/2015 | 133950 |

**Standard Register**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

| Ship To: |
|---|
| **STANDARD REGISTER**<br><br>**5651 WHITESVILLE RD, SUITE 104**<br><br>**COLUMBUS, GA 31901**<br>Attn: |

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|---|---|---|---|
| CB5218889 | | UPS | |

| Job Description | Quantity |
|---|---|
| COLUMBUS REGIONAL<br>YOU ACED IT CARDS | 2600 |

Shipped OPS
1Z Y690760353356928

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/11/2015 | 133963 |

Bill To

Standard Register
600 Albany Street
Dayton, OH   45417-3405

**Terms**

2% 20 Net 30

**Due Date**

3/11/2015

| P.O. Number | Ship Date | Contact |
|-------------|-----------|---------|
| EN235057 | 2/11/2015 | MAXANNE SOULARD |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| BAQUASPA POS BROCHURE | | | |
| PRINTING - QTY 5000 | | 664.00 | 664.00 |
| SHIPPING CHARGE | | 83.14 | 83.14 |

| | |
|---|---|
| **Subtotal** | $747.14 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $747.14 |

Return from Printable View

**#28100 - Baquaspa POS Brochure (08-34394)**
Order Details

January 28, 2015 4:38:12 PM

**Order: BAQ SPA POS BROCHURE**

Order Information

| | | | |
|---|---|---|---|
| Title: | BAQ SPA POS BROCHURE | **Quote Number:** | |
| **Order completion date:** | **2/6/15 5:00 PM** | Sales Rep: | SOULARD, MAXANNE |
| Status: | Accepted | Sales Rep Territory: | 94714 |
| Buyer workgroup: | Workflow Enterprise | Project Number: | 08-34394 |
| Buyer Person: | Gary Jackson | Project Completion Date: | 2/6/15 |
| Supplier workgroup: | Design Type, Inc. (WFO) | New or Reprint?: | New |
| Supplier Person: | Orders Design Type | Project Hot?: | No |

*gary. jackson*

| | | | |
|---|---|---|---|
| Production Plus Direct Bill: | | | Please send all acknowledgements, proofs and samples to: EMAIL: steven.kurtzman@standardregister.com |
| Customer Name: | Lonza- Dealer Direct | Project Comments: | ADDRESS Standard Register Attn: Steven 1040 Ave of the Americas, Ste 1100 New York, NY 10018 |
| Customer Number: | 7059232 | | |
| **Customer PO:** | **DK SPECIAL PROJECTS** | | |
| Local Terms and Conditions: | New York Standard Register 1040 Avenue of the Americas, Suite 1100, New York, NY 10018 | **General Information** | |
| | | Payment method: | Purchase Order |
| | | **WFO Purchase Order Number:** | **EN235057** |
| Buyer Phone Number: | 212 844-7160 | Allowed Overs: | 0.00 % |
| | | Allowed Unders: | 0.00 % |

*Shipped Courier See Attached*

Order Items

Reorder of Baquaspa POS Brochure #28100 (8728374) [ Job Id: 8268436 ]

| | | | |
|---|---|---|---|
| Completion date: | 2/6/15 5:00 PM | **Quantity:** | **5,000 Units** |
| **Item Number:** | **28100** *Item is validated* | Rate Card: | NONE |
| Item Name: | BAQ SPA POS BROCHURE | Cost Price: | $0.1328 per Unit |
| UOM: | PK | Last Supplier Job Number: | |
| Sell Code: | E | Last Order Number: | |
| Bill Code: | Bill Upon Inventory Receipt | Country of Origin: | USA |
| Bill Freight Code: | C | | |
| Pack Size: | 25 | | |
| Requested Shipments: | 5,000 | | |
| Delivered: | 0 | | |
| Received: | 0 | | |

| | |
|---|---|
| Vendor Cost: | $664.00 |
| Order Total: | $664.00 |

|  |  |
|---|---|
| Tax: | $0.00 |
| Shipping: | $0.00 |
| **Grand Total:** | **$664.00** |

Detailed Specifications

 Reorder of Baquaspa POS Brochure #28100

### Spec Description

| | |
|---|---|
| Name: | Reorder of Baquaspa POS Brochure #28100 |
| SKU: | |
| Reference Number: | 8728374 |
| Product Type: | Brochure |
| UNSPSC: | Unspecified |
| Description | 4-page brochure |

### Specification

Write any special specification here :
QTY: 2,000
SIZE: 5-1/2 x 17 flat, folds to 8-1/2 x 5-1/2" final
STOCK: 80# Gloss Cover
INK: 4/4 process / digital + bleed
BINDERY: Trim, score, fold, shrink in 25s, carton pack

PDF Proof

### Files

| Title | Size | Versions | Owner | Created | Updated |
|---|---|---|---|---|---|

## Shipment Details

### Shipment Information

Spec: Reorder of Baquaspa POS Brochure #28100

Job Id: 8268436

Buyer: Gary Jackson of Workflow Enterprise

Supplier: Orders Design Type of Design Type, Inc. (WFO)

Shipment Name: Reorder of Baquaspa POS Brochure #28100 Shipment

Status: Not Shipped

Delivery Address #1 of 1

| | |
|---|---|
| Warehouse Name: | STANDARD REGISTER - LITHIA SPRINGS |
| Warehouse ID: | LITHIA |
| Address: | 1255 Terminus Dr |
| | Ste 400 |
| City: | LITHIA SPRINGS |
| State: | GA |
| Postal Code: | 30122 |
| Warehouse Promo Code: | N/A |

### Requested

Request Type: Normal

Delivery Date: 2/6/15

Quantity: 5,000

Ship Via: 000000001: UPS GROUND

### Delivery

Quantity shipped: 0

Units:

Weight:

Terms & Conditions

**Workflow Enterprise Purchase Terms and Conditions**

Standard Register vendors can contact Accounts Payable by emailing accountspayable@standardregister.com or by contacting:

Accounts Payable Service Rep for vendors A-J:
Sherri Perry
T: (937) 221-2125
F: (937) 913-3154
Sherri.Perry@StandardRegister.com

Accounts Payable Service Rep for vendors K-S:
Ortha Jean Mooney
T: (937) 221-2118
F: (937) 913-3012
OrthaJean.Mooney@StandardRegister.com

Accounts Payable Service Rep for vendors T-Z:
Chris Jeans
T: (937) 221-2110
F: (937) 913-3196
Chris.Jeans@StandardRegister.com

Page references below are from the Standard Register 2014 Order Fulfillment Instructions guide. Copies of the OFI can be obtained by contacting strategicsourcing@standardregister.com. Several new additions have been made to the Order Fulfillment Instructions that we provide to our Certified Trade Partners. The OFI gives guidelines as to purchase orders, packaging, palletizing, freight compliance, etc. to ensure seamless business interactions between Standard Register and its valued sourcing network.

Below are a few (but not all) changes from last year:

Invoicing:
• All invoices must contain a Purchase Order number. (p. 12)
Purchase Orders:
• All purchase orders must be received directly from NetSource, Hagen. CPX, NFM, Printstream, Star, or I-series. (p. 12)
Shipping:
• Standard Register UPS Parcel Program -- One account will be issued per vendor.
Palletizing:
• Pallet requirements for each individual warehouse vary. (p. 16)
Labeling:
• Standard Register labels for shipping. (p. 15)
Terms
• Terms for STP are 2%, 30 Net 60. (p. 26)

### Design Type, Inc. (WFO) Sales Terms and Conditions

*Design Type, Inc. (WFO) has not entered any Terms & Conditions.*

# PACKING SLIP

| Ship Date | Invoice No. |
|---|---|
| 2/10/2015 | 133963 |

**STANDARD REGISTER**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

**Ship To:**

**STANDARD REGISTER**

**1255 TERMINUS DR, SUITE 400**

**Lithia Springs, GA 30122**

Attn:

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|---|---|---|---|
| EN235057 | | UPS | DK SPECIAL |

| Job Description | Quantity |
|---|---|
| SPECIAL PROJECTS<br>FORM # 28100<br>BAQ SPA POS BROCHURE | 4375 |

COURIER-NOW, INC.

EDIT POSTED ORDER

02/11/2015  16:47

ALBERT

DESIGN TYPE
SPECTRUM DRIVE

LAWRENCEVILLE  GA 30043
338-8801

133963

DESIGN TYPE
SPECTRUM DRIVE

LAWRENCEVILLE                    30043
ALBERT
770-338-8801

R HERNANDEZ          02/11/2015  10:50

STANDARD REGISTER
1255 TERMINUS DR
SUITE 400
LITHIA SPRINGS

EDIT

F1-HELP    F3-DELETE    F6-JUMP    F7-

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

# Invoice

| Date | Invoice # |
| --- | --- |
| 2/11/2015 | 134005 |

Bill To

Standard Register
600 Albany Street
Dayton,OH   45417-3405

**Terms**

2% 20 Net 30

**Due Date**

3/11/2015

| P.O. Number | Ship Date | Contact |
| --- | --- | --- |
| J5322690 | 2/11/2015 | DEBORA |

| Description | Quantity | Rate | Amount |
| --- | --- | --- | --- |
| BROOKWOOD TARGET 100 CARDS | | | |
| PRINTING - QTY 500 | | 153.00 | 153.00 |
| | | **Subtotal** | $153.00 |
| | | **Sales Tax** | $0.00 |
| | | **Total** | $153.00 |

**SALES ORDER**

EXACT REPEAT ☐   QUOTE ☐
REPEAT W CHG ☐   ORDER ☑
NEW ☐

*Design Type*

| SALES REPRESENTATIVE | PHONE / FAX # | VOICE MAIL | CUSTOMER PO # | ALPHA | CONTROL / PO # | TERRITORY # |
|---|---|---|---|---|---|---|
| D. Cantrell | (706) 327 | | 0378-6246741 | J | 5322690 | BRANCH 61 BLS# 502 |

| ADDRESS (CITY/STATE/ZIP) | MAIL CODE | CUSTOMER/PROD PLUS # ☐ | TAX EXEMPT ☐ | BUSINESS CODE | VENDOR CODE |
|---|---|---|---|---|---|
| GA09  31904 | | 189.4212 | | 01 | 3842 |

**BILL TO:**  IF SAME AS SHIP TO WRITE "SAME" BELOW

NAME ____
ADDRESS ____
ADDRESS ____
CITY/STATE/ZIP ____
ATTENTION / PHONE # ____

*Ship using #*
*fedex acct # 4380-6084-7*

**SHIP TO:**  IF MULTIPLE, CHECK BOX & LIST IN SPECIAL INSTRUCTIONS ☐

NAME  Brookwood Medical Center
ADDRESS  2031 Medical Center Dr.
ADDRESS  Warehouse B
CITY/STATE/ZIP  Homewood, Al 35209
ATTENTION  PO# 0378-6246741
Dept 6087

**PAYMENT TERMS: 3%_30_N_90° UNLESS YOU HAVE A SIGNED CONTRACT ON FILE.**

| REQUESTED SHIP DATE | SHIP METHOD/VIA | FREIGHT | BILL ON | WAREHOUSING ☐ Y |
|---|---|---|---|---|
| ASAP | 3rd party | ☑ PLANT  ④ COLLECT<br>②A SALES  ③RD PTY<br>☐ INSIDE DELIVERY  ① ADD TO INVOICE  ②① BURY | ☐ COMPLETION<br>☐ RELEASE | PROMO CODE  ☐ N |

| QUANTITY | FORM NUMBER AND DESCRIPTION | PTS | TOTAL SELL PRICE | TOTAL LIST/TRANS PRICE |
|---|---|---|---|---|
| 500 | Target 100 Cards | | | |

| TYPE ORDER | | COMPOSITION | NO OVER | UOI | COST/UNIT | SSION |
|---|---|---|---|---|---|---|
| ☐ FLAT  ☐ LASER CUT-SHEET  ☐ ROLL | | ☐ LIGHT  ☐ MEDIUM  ☐ HEAVY | ☐ / UNDER  ☐ RUN | | | % |
| ☐ SNAPOUT  ☐ CLUB RUN (AD)  ☐ CUSTOM | | | | B+ | $153.00 | |

| PREVIOUS JOB NUMBER | PICK UP FROM JOB # | PLANT RELEASE NUMBER |
|---|---|---|
| J 4318134 | | |

| | ☐ Y  ☐ STANDARD  ☐ SALES REP | DATE | SPECIAL BILLING INSTRUCTIONS |
|---|---|---|---|
| | ☐ N  ☐ COLOR  ☐ CUSTOMER<br>☐ ACCURATE ATTN | / / | CODE(S)  RUSH CHG  ART CHG  PALLET CHG |

**SPECIAL INSTRUCTIONS:**

☐ COPY CHANGE  ☐ SPEC CHANGE  ☐ COPY ATTCH

No overs/ exact qty

| COMBINATION ORDER  ☐ Y ☐ N | MICR | STATIC ☐ CONS | NUMBERING (PREFIX - STARTING # - SUFFIX) | COLOR | ☐ GUAR. #  ☐ CRASH  ☐ PRESS | ☐ LIST MISSING | NO. OF POSITIONS |
|---|---|---|---|---|---|---|---|
| RUN WITH ORDER # | PT(S) ☐ | ☐ DR  ☐ DSR | | | | | |

| PART | PAPER | | | (STYLE) WIDTH X LENGTH | INK | | | | | HEAT REG | PERFORATION | | | | | | MARGINAL WORDS | | CARBON | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | COLOR | WEIGHT | TYPE | | 1ST | 2ND | 3RD | 4TH | 5TH | 6TH / BACK | TOP | BOT | LEFT | RIGHT | HORIZ | VERT | POSITION: | | TYPE | SIZE |
| 1 | | | | X | | | | | | | | | | | | | | | | X |
| 2 | | | | X | | | | | | | | | | | | | | | | X |
| 3 | | | | X | | | | | | | | | | | | | | | | X |
| 4 | | | | X | | | | | | | | | | | | | | | | X |
| 5 | | | | X | | | | | | | | | | | | | | | | X |
| 6 | | | | X | | | | | | | | | | | | | | | | X |
| 7 | | | | X | | | | | | | | | | | | | | | | X |
| 8 | | | | X | | | | | | | | | | | | | | | | X |

*exact repeat*

| CRIMP PAPER | L ☐  R ☐ | GLUING | FORM USE | SPACING  H ☐ V | FOLD (SHOW ON SAMPLE) | PUNCHING | | | |
|---|---|---|---|---|---|---|---|---|---|
| CRIMP PAPER & CARBON | L ☐  R ☐ | ☐ T ☐ L ☐ SPOT<br>☐ B ☐ R ☐ CROSS WEB | ☐ HAND  ☐ TYPED<br>☐ COMPUTER  ☐ LASER | | | POSITION  #HOLES  DIAMETER  C TO C | | | |

| STUB WIDTH & POSITION | BOOK BINDING | ☐ PERFECT  ☐ SADDLESTITCHED | BIND ☐ T | SPIRAL COIL | SECURITY FEATURE(S) |
|---|---|---|---|---|---|
| L  T  B  R | ☐ WRAP AROUND  ☐ STAPLE  PTS STAYS | | ☐ L  R ☐ | ☐ WIRE  QTY PER BOOK<br>☐ B | |
| | ☐ OPEN END  ☐ TAPE LOCK  IN BOOK | | | | |

| ROLL: | CORE SIZE | ROUND/CLIP CORNER | LASER: | FMS STANDARD PALLET | RETURN ARTWORK? | SEND SALESPERSON |
|---|---|---|---|---|---|---|
| FACE ☐ IN ☐ OUT | | ☐ TL ☐ TR | WHICH DIMENSION FEEDS INTO THE PRINTER? | ☐ 40" D x 44" W | ☐ Y ☐ N | 3 |
| PULL ☐ HEAD ☐ FOOT | | ☐ BL ☐ BR | ☐ WIDTH ☐ LENGTH | ☐ OTHER: | | SAMPLES |

| PAD | POLYWRAP | SCX/INNER BOX | CARTON | ROLL | PALLET | WIRE / STRING | MYLAR REINFORCEMENT PARTS  W  L | TRANSFER TAPE |
|---|---|---|---|---|---|---|---|---|
| / PD | / PK | 500  / BX | / CT | / RL | / PL | / SET | | ☐ PERMANENT<br>☐ REMOVABLE |

865380 (4/07)   * IF IMPRINT COPY IS DIFFERENT THAN "BILL TO", INDICATE IN DETAIL IN THE "SPECIAL INSTRUCTION" SECTION

MUST SUBMIT A CLEAR COPY

INTERNAL PLANT COPY



## Shipment Receipt

**Address Information**

**Ship to:**
BROOKWOOD MEDICAL CENTER
BROOKWOOD MEDICAL CENTER
2031 MEDICAL CENTER DR
WAREHOUSE B
BIRMINGHAM, AL
352096804
US
2058772116

**Ship from:**
DEBORAH CANTRELL
STANDARD REGISTER
5651 WHITESVILLE ROAD
SUITE 104
COLUMBUS, GA
31904
US
6789452470

**Shipment Information:**
Tracking no.: 772870430993
Ship date: 02/09/2015
Estimated shipping charges: 0.00

**Package Information**
Pricing option: FedEx Standard Rate
Service type: FedEx Ground
Package type: Your Packaging
Number of packages: 1
Total weight: 5  LBS
Declared Value: 0.00  USD
Special Services:
Pickup/Drop-off: Use an already scheduled pickup at my location

**Billing Information:**
Bill transportation to: Third party
Your reference: J5322690
P.O. no.:
Invoice no.:
Department no.:

## Thank you for shipping online with FedEx ShipManager at fedex.com.

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits. Consult the applicable FedEx Service Guide for details

The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

# PACKING SLIP

| Ship Date | Invoice No. |
|-----------|-------------|
| 2/9/2015 | 134005 |

**STANDARD REGISTER**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

Ship To:

**BROOKWOOD MEDICAL CENTER**

**2031 MEDICAL CENTER DR, WAREHOUSE B**

**HOMEWOOD, AL 35209**

**Attn:** DEPT 6087

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|--------------------|--------|---------------|-----------------|
| J5322690 | | FED EX | 0378-624674 |

| Job Description | Quantity |
|-----------------|----------|
| BROOKWOOD MEDICAL TARGET 100 CARDS | 500 |

*Shipped FED Ex.*
*See Attached*

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

**Invoice**

| Date | Invoice # |
|------|-----------|
| 2/11/2015 | **134010** |

Bill To

Standard Register
600 Albany Street
Dayton,OH   45417-3405

**Terms**

2% 20 Net 30

**Due Date**

3/11/2015

| P.O. Number | Ship Date | Contact |
|-------------|-----------|---------|
| J5322697 | 2/11/2015 | DEBORA |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| NOTEPADS | | | |
| PREPRESS | | 25.00 | 25.00 |
| PRINTING - QTY 500 PADS OF 50 | | 310.00 | 310.00 |

| | | |
|---|---|---|
| **Subtotal** | | $335.00 |
| **Sales Tax** | | $0.00 |
| **Total** | | $335.00 |

SALES ORDER

EXACT REPEAT ☐    QUOTE ☐
REPEAT W CHG ☐    ORDER ☑
NEW ☑    DATE 2/3/15

Debbie @ Design

**SALES REPRESENTATIVE** D. Cantrell Jr
**PHONE # / FAX #** (706)327-9000 to follow
**VOICE MAIL**
**CUSTOMER PO #**
**ALPHA** J
**CONTROL / PO #** 5322697
**TERRITORY #** 61902

**ADDRESS (CITY/STATE/ZIP)** GA09    31904
**MAIL CODE**
**CUSTOMER/PROD PLUS #** 1877253  ☐ TAX EXEMPT
**BUSINESS CODE** 01
**VENDOR CODE** 5542

**BILL TO:**  IF SAME AS SHIP TO WRITE "SAME" BELOW

NAME ............ Ship using
ADDRESS ........ fedex acct
ADDRESS ........ 481685524
CITY/STATE/ZIP ...
ATTENTION / PHONE #

**SHIP TO:**  IF MULTIPLE, CHECK BOX & LIST IN SPECIAL INSTRUCTIONS

NAME Columbus Regional
ADDRESS Pediatrics
ADDRESS 2000 10th Ave Ste 400
CITY/STATE/ZIP Columbus, GA 31901
ATTENTION Jessica Freeman
PO 493173

**PAYMENT TERMS:** _3%_30_N_60° UNLESS YOU HAVE A SIGNED CONTRACT ON FILE

**REQUESTED SHIP DATE** ASAP
**SHIP METHOD/VIA** 3rd party
**FREIGHT** ☑ PLANT ☐ COLLECT
**BILL ON** ☐ COMPLETION ☐ RELEASE
**WAREHOUSING** ☐ Y ☑ N
**PROMO CODE**

**QUANTITY** 500
**FORM NUMBER AND DESCRIPTION** 3x3 Notepads for Peds
**PTS**
**TOTAL SELL PRICE**
**COST/UNIT** lot
**TOTAL LIST/TRANS PRICE**
**SION**

**TYPE ORDER** ☐ LASER CUT-SHEET ☐ ROLL
☐ FLAT ☐ CONTINUOUS ☐ IMPRINT
☐ SNAPOUT ☐ CLUB RUN (AD) ☐ CUSTOM
**COMPOSITION** ☐ LIGHT ☐ MEDIUM ☐ HEAVY
☐ NO OVER / UNDER ☐ RUN

**PREVIOUS JOB NUMBER**   **PICK UP FROM JOB #**   **PLANT RELEASE NUMBER**

**SPECIAL INSTRUCTIONS:**
→ Send pdf proof to:
Sheila.Stribling@standardregister.com
no overs/exact qty

**PAPER**

| PART | COLOR/WEIGHT | TYPE | INK | PERFORATION | | | | | | CARBON |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | White | X | Black | | | | | | | X |
| 2 | with | X | | | | | | | | X |
| 3 | drop | X | See | | | | | | | X |
| 4 | cord | X | attached | | | | | | | X |
| 5 | | X | | | | | | | | X |
| 6 | | X | | | | | | | | X |
| 7 | | X | | | | | | | | X |
| 8 | | X | | | | | | | | X |

3 x 3

**INTERNAL PLANT COPY**

**MUST SUBMIT A CLEAR COPY**

* IF IMPRINT COPY IS DIFFERENT THAN "BILL TO", INDICATE IN DETAIL IN THE "SPECIAL INSTRUCTION" SECTION



Shipment

**Address Information**
**Ship to:**
JESSICA FREEMAN
COLUMBUS REGIONAL
2000 10TH STREET
SUITE 400
COLUMBUS, GA
31901
US
7063279000

**Shipment Information:**
Tracking no.: 772871181363
Ship date: 02/09/2015
Estimated shipping charges: 0.00

**Package Information**
Pricing option: FedEx Standard Rate
Service type: FedEx Ground
Package type: Your Packaging
Number of packages: 1
Total weight: 32  LBS
Declared Value: 310.00  USD
Special Services:
Pickup/Drop-off: Drop off package at FedEx location

**Billing Information:**
Bill transportation to: Third party
Your reference:  J5322697
P.O. no.:
Invoice no.:
Department no.:

**Thank you for shipping online**

**Please Note**
FedEx will not be responsible for any claim in excess of
a higher value, pay an additional charge. document you
FedEx for any loss, including intrinsic value of the package
consequential, or special is limited to the greater of $100
value is $500, e.g., jewelry, precious metals, negotiable
applicable FedEx Service Guide for details
The estimated shipping charge may be different than the
applicable FedEx Service Guide or the FedEx Rate Sheet

# PACKING SLIP

| Ship Date | Invoice No. |
|---|---|
| 2/9/2015 | 134010 |

**STANDARD REGISTER**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

**Ship To:**

**COLUMBUS REGIONAL MEDICAL CENTER**

**PEDIATRICS**

**2000 10TH AVE, SUITE 400**

**COLUMBUS, GA 31901**

**Attn:** JESSICA FREEMAN

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|---|---|---|---|
| J5322697 | | FED EX | |

| Job Description | Quantity |
|---|---|
| COLUMBUS REGIONAL<br>3X3 NOTEPADS FOR PEDS | 500PADS |

*Shipped Fed Ex.*
*See Attached*

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

**Invoice**

| Date | Invoice # |
|------|-----------|
| 2/11/2015 | 134027 |

Bill To

Standard Register
600 Albany Street
Dayton,OH  45417-3405

**Terms**

2% 20 Net 30

**Due Date**

3/11/2015

| P.O. Number | Ship Date | Contact |
|-------------|-----------|---------|
| X720679 | 2/11/2015 | DEBORA |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| OAKS ON PARKWOOD BUSINESS CARDS FOR RHODA LEASE | | | |
| PRINTING - QTY 500 | | 40.00 | 40.00 |
| SHIPPING CHARGE | | 9.51 | 9.51 |

| | | |
|---|---|---|
| **Subtotal** | | $49.51 |
| **Sales Tax** | | $0.00 |
| **Total** | | $49.51 |



B/L#: 01-K110235

Standard Register

```
BILLING INFO:
company:01
name:OAKS ON PARKWOOD LLC
address1:600 CORPORATE PKWY STE 100
address2:
city:BIRMINGHAM
state:AL
zip:35242-5451
country:

SHIPPING INFO:
customer:07059244
igetsmart company order number:X720679
Order Date:20150205
reference number:60-3179
name:OAKS ON PARKWOOD LLC
attention:KELIA FLUKER
costcenter number:OAKS ON PARKWOOD
costcenter/shipping address1:2651 LAUREL OAKS DR
address2:
city:BESSEMER
state:AL
zip:35022-5440
shipvia:UPS GROUND
day phone:
evening phone:
email:
request by:
special instructions:

DETAIL INFO:
URL:http://commerce.workflowoneaccess.com/UI/VariableImage/PDFC/
lirkGw3PDT5Qkv-pMqdPo-pltw-e-e.pdf
item number: NHBC-500-OAKS
Quantity: 1 BX 500
cardtype: OAKS BUSINESS CARDS
languageoption: English
Sequence Number: 1
Billing Transaction Number: 057002486
Warehouse Descriptor:
Combined Warehouse Order: N

USER FIELDS:
four51username:purchasing@nolandhealth.com
Name:Rhoda Lease, LBSW
Title1:Director of Social Services
Address1:2625 Laurel Oak Drive
City:Bessemer
State:Alabama
ZIP:35022
Tel1:2054974571
Tel2:2054974598
Teltype1:Phone
Teltype2:Fax
Email:rlease@nolandhealth.com
Website:www.oaksonparkwood.com
Logo:Noland_BC03_Oak.pdf
Document:Noland_BC03.xdt
Teltype3:Cell
NameSelect:Oaks on Parkwood,LLC
-----------------------------------------------------
```

# PACKING SLIP

| Ship Date | Invoice No. |
|---|---|
| 2/10/2015 | 134027 |

**STANDARD REGISTER**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

**Ship To:**

**OAKS ON PARKWOOD LLC**

**2651 LAUREL OAKS DR**

**BESSEMER, AL 35022**

**Attn:** KELIA FLUKER

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|---|---|---|---|
| X720679 | | UPS | 60-3179 |

| Job Description | Quantity |
|---|---|
| OAKS ON PARKWOOD<br>BUSINESS CARDS FOR LEASE | 500 |

*Shipped UPS*

*1ZY690760353839059*

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

**Invoice**

| Date | Invoice # |
|------|-----------|
| 2/11/2015 | 133973 |

Bill To

Standard Register
600 Albany Street
Dayton,OH   45417-3405

**Terms**

2% 20 Net 30

**Due Date**

3/11/2015

| P.O. Number | Ship Date | Contact |
|-------------|-----------|---------|
| J353 | 2/11/2015 | LINDA |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| STROKE INFO CARDS<br>306-03070 | | | |
| PRINTING - QTY 1000<br>SHIPPING CHARGE | | 250.00<br>58.39 | 250.00<br>58.39 |

| | |
|---|---|
| **Subtotal** | $308.39 |
| **Sales Tax** | $0.00 |
| **Total** | $308.39 |

Return from Printable View

3191 306-03070 GHS (01-52923)
Order Details

January 29, 2015 2:56:53 PM

## Order: 3191 306-03070 GHS

### Order Information

| | | | |
|---|---|---|---|
| Title: | 3191 306-03070 GHS | Comments: | REVISED REPEAT 130054 |
| **Order completion date:** | **2/13/15 3:00 PM** | Prefix: | J |
| Status: | Accepted | **Quote Number:** | **DEBBIE COX** |
| Buyer workgroup: | Workflow Enterprise | Sales Rep: | David,Linda A |
| Buyer Person: | Vanessa White | Sales Rep Territory: | 61403 |
| Supplier workgroup: | Design Type, Inc. (WFO) | Project Number: | 01-52923 |
| Supplier Person: | Orders Design Type | Project Completion Date: | 2/13/15 |
| Production Plus Direct Bill: | | New or Reprint?: | Revised Repeat |
| Customer Name: | GRADY HEALTH SYSTEM | Project Hot?: | No |
| Customer Number: | 1894413 | **General Information** | |
| Client ID: | 3191 | Payment method: | Purchase Order |
| **Customer PO:** | **JACKIE MOORE** | **WFO Purchase Order Number:** | **J353** |
| Local Terms and Conditions: | Atlanta Standard Register 4855 Peachtree Industrial Blvd, Ste 220, Norcross, GA 30092 | Allowed Overs: | 0.00 % |
| | | Allowed Unders: | 0.00 % |
| Buyer Phone Number: | 770.840.3336 | | |

### Order Items

306-03070 STROKE INFO CARD (306-03070) [ Job Id: 8270105 ]

| | | | |
|---|---|---|---|
| Completion date: | 2/13/15 3:00 PM | **Quantity:** | **1,000** |
| **Item Number:** | **306-03070** *Item is validated* | Rate Card: | NONE |
| Item Name: | STROKE INFO CARD | Cost Price: | $250.00 per 1,000 |
| Pricing UOI: | 1/EA/1 | Last Supplier Job Number: | 130054 |
| Pricing UOR: | 1/EA/1 | Last Order Number: | J6518466 |
| Packaging UOI: | 1/EA/1 | | |
| Packaging UOR: | 1/EA/1 | | |
| Bill Code: | Bill Upon Inventory Release | | |
| Requested Shipments: | 1,000 | | |
| Delivered: | 0 | | |
| Received: | 0 | | |

| | |
|---|---|
| **Vendor Cost:** | **$250.00** |
| Order Total: | $250.00 |
| Tax: | $0.00 |

cynthia.white@standardregister.com

### Post-Press

**Folding and Bindery**

✔ Trim to size

✔ Folding

Comments:  10-PAGE ACCORDION FOLD

**Packaging**

| Packing | Quantity | Special Instructions |
|---|---|---|
| ✔ Vendor Choice | | |

### Shipment Details

**Shipment Information**

Spec:  306-03070 STROKE INFO CARD
Job Id:  8270105
Buyer:  Vanessa White of Workflow Enterprise
Supplier:  Orders Design Type of Design Type, Inc. (WFO)

Shipment Name:  306-03070 STROKE INFO CARD Shipment
Status:  Not Shipped

Delivery Address #1 of 1

| | | | |
|---|---|---|---|
| Cost Center Number: | 28802 | Address: | 80 JESSE HILL JR. DRIVE SE |
| Cost Center Name: | MARCUS STROKE & NEURO SCIENCE | | ROOM 8B |
| Charge to Cost Center: | 28802 | City: | ATLANTA |
| | | State: | GA |
| Charge to Cost Center Name: | | Postal Code: | 30303-3031 |
| | | Country: | US |
| Name (First, MI, Last): | JACKIE MOORE | Req & Line Charge?: | Yes |
| Company Name: | GRADY HEALTH SYSTEM | Free Freight?: | Yes |
| Work Phone Number: | | | |
| E-mail: | | | |

**Requested**

Request Type:  Normal
Delivery Date:  2/13/15
Quantity:  1,000
Ship Via:  000000002: BEST METHOD

**Delivery**

Quantity shipped: 0                                          Units:
                                                             Weight:

Terms & Conditions

### Workflow Enterprise Purchase Terms and Conditions

Standard Register vendors can contact Accounts Payable by emailing accountspayable@standardregister.com or by contacting:

Accounts Payable Service Rep for vendors A-J:
Sherri Perry
T: (937) 221-2125
F: (937) 913-3154
Sherri.Perry@StandardRegister.com

Accounts Payable Service Rep for vendors K-S:
Ortha Jean Mooney
T: (937) 221-2118
F: (937) 913-3012
OrthaJean.Mooney@StandardRegister.com

Accounts Payable Service Rep for vendors T-Z:
Chris Jeans
T: (937) 221-2110
F: (937) 913-3196
Chris.Jeans@StandardRegister.com

Page references below are from the Standard Register 2014 Order Fulfillment Instructions guide. Copies of the OFI can be obtained by contacting strategicsourcing@standardregister.com. Several new additions have been made to the Order Fulfillment Instructions that we provide to our Certified Trade Partners. The OFI gives guidelines as to purchase orders, packaging, palletizing, freight compliance, etc. to ensure seamless business interactions between Standard Register and its valued sourcing network.

Below are a few (but not all) changes from last year:

Invoicing:
• All invoices must contain a Purchase Order number. (p. 12)
Purchase Orders:
• All purchase orders must be received directly from NetSource, Hagen, CPX, NFM, Printstream, Star, or I-series. (p. 12)
Shipping:
• Standard Register UPS Parcel Program – One account will be issued per vendor.
Palletizing:
• Pallet requirements for each individual warehouse vary. (p. 16)
Labeling:
• Standard Register labels for shipping. (p. 15)
Terms
• Terms for STP are 2%, 30 Net 60. (p. 26)

### Design Type, Inc. (WFO) Sales Terms and Conditions

*Design Type, Inc. (WFO) has not entered any Terms & Conditions.*

# COURIER-NOW, INC.

## EDIT POSTED ORDERS

02/06/2015  11:44

**ALBERT**

DES1670
DESIGN TYPE
1670 SPECTRUM DRIVE

LAWRENCEVILLE GA 30043
770-338-8801
133973
CNW

DESIGN TYPE
1670 SPECTRUM DRIVE

LAWRENCEVILLE          30043
ALBERT
770-338-8801

JACKIE MOORE

GRADY HOSPITAL
80 JESSE HILL JR
ROOM 8B
ATLANTA
JACKIE MOORE

02/06/2015 13:35

F1-HELP    F3-DELETE    F6-JUMP    F7-

# PACKING SLIP

| Ship Date | Invoice No. |
|---|---|
| 2/6/2015 | 133973 |

**STANDARD REGISTER**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

**Ship To:**

**Grady Health System**

**MARCUS STROKE & NEUROSCIENCE, ROOM 8B**

**80 Jesse Hill Jr Drive**

**Atlanta, GA 30303**

**Attn:** JACKIE MOORE

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|---|---|---|---|
| J353 | | COURIER NOW | |

| Job Description | Quantity |
|---|---|
| GRADY HEALTH<br>FORM # 306-03070<br>STROKE INFO CARDS | 1000 |

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/11/2015 | 133995 |

Bill To

Standard Register
600 Albany Street
Dayton,OH  45417-3405

**Terms**

2% 20 Net 30

**Due Date**

3/11/2015

| P.O. Number | Ship Date | Contact |
|-------------|-----------|---------|
| J357 | 2/11/2015 | JEREMY |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| LEVINE BUSINESS CARDS TYPESETTING AND OVERPRINTS FOR AMI STEELE | | | |
| PREPRESS | | 15.00 | 15.00 |
| PRINTING - QTY 500 | | 76.00 | 76.00 |
| SHIPPING CHARGE | | 9.51 | 9.51 |

| | |
|---|---|
| **Subtotal** | $100.51 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $100.51 |



Advanced

My Desk ▾ Workspace ▾ Contacts ▾ Reports ▾

Create Project    Recent Projects

Orders Design Type
Design Type, Inc. (WFO)

2706 - 249810 LCH B-C (156807) Steele (01-52999)
Order Details

February 2, 2015 1:31:30 PM
Printable View

| Project Menu | Order: 2706 - 249810 LCH B-C (156807) Steele |

**Home**
Overview
Update...
Attach...
Copy...
Budget...
Cost...

**Teams**
List
Invite Members...

**Messages**
List
Post...

**Files**
List
Attach...
Attach Remote...
Create Folder...

**Events**
List
Enter...

**Tasks**
List
Create...

**Schedule**

**Specs**
List
Create...
Find & Copy...

**Shipments**

**Estimates**
List
Create RFE...
Create Open Bid...

**Orders**
List
Create...

Order Information

| | |
|---|---|
| Title: | 2706 - 249810 LCH B-C (156807) Steele |
| Order completion date: | 2/9/15 5:00 PM |
| Supplier Tracking: | |
| Status: | Accepted |
| Buyer workgroup: | Workflow Enterprise |
| Buyer Person: | Janet Hedrick |
| Supplier workgroup: | Design Type, Inc. (WFO) |
| Supplier Person: | Orders Design Type |
| Production Plus Direct Bill: | |
| Customer Name: | AMERICAN PRODUCT DISTRIBUTORS (APD) - includes all CHS |
| Customer Number: | 7039628 |
| Client ID: | 2706 |
| Customer PO: | 1576807 |
| Local Terms and Conditions: | CharlotteNC
Standard Register 4001 Performance Road Charlotte, NC 28214 |
| Buyer Phone Number: | 704-553-6055 |
| Comments: | COPY ATTACHED FOR: AMII STEELE |
| Prefix: | J |
| Quote Number: | CONTRACT |
| Sales Rep: | Sherrill, Jeremy |
| Sales Rep Territory: | 93634 |
| Project Number: | 01-52999 |
| Project Completion Date: | 2/9/15 |
| New or Reprint?: | New |
| Project Hot?: | No |
| Project Comments: | |

General Information

| | |
|---|---|
| Payment method: | Purchase Order |
| WFO Purchase Order Number: | J357 |
| Allowed Overs: | 0.00 % |
| Allowed Unders: | 0.00 % |

Order Items

2/2/15 1:32 PM

249810 LEVINE BUSINESS CARDS (8733393) [ Job Id: 8273410 ]

| | |
|---|---|
| Completion date: | 2/9/15 5:00 PM |
| Item Number: | 249810 *Item is validated* |
| Item Name: | CARD,BUSINESS LEVINE CHIL |
| Pricing UOI: | 1/BX/1 |
| Pricing UOR: | 1000/EA/1 |
| Packaging UOI: | 500/BX/1 |
| Packaging UOR: | 1/EA/1 |
| Bill Code: | Bill Upon Inventory Release |
| Requested Shipments: | 500 |
| Delivered: | 0 |
| Received: | 0 |
| | |
| Quantity: | 500 |
| Rate Card: | NONE |
| Cost Price: | $152.00 per 1,000 |
| Notes: | |
| Last Supplier Job Number: | |
| Last Order Number: | |

| | |
|---|---|
| **Vendor Cost:** | $76.00 |
| | |
| Order Total: | $76.00 |
| Tax: | $0.00 |
| Shipping: | $0.00 |
| **Grand Total:** | **$76.00** |

Terms & Conditions

**Workflow Enterprise Purchase Terms and Conditions**
Standard Register vendors can contact Accounts Payable by emailing accountspayable@standardregister.com or by contacting:

Accounts Payable Service Rep for vendors A-J:
Sherri Perry
T: (937) 221-2125
F: (937) 913-3154
Sherri.Perry@StandardRegister.com

Accounts Payable Service Rep for vendors K-S:
Ortha Jean Mooney
T: (937) 221-2118
F: (937) 913-3012
OrthaJean.Mooney@StandardRegister.com

Accounts Payable Service Rep for vendors T-Z:
Chris Jeans
T: (937) 221-2110
F: (937) 913-3196
Chris.Jeans@StandardRegister.com

Page references below are from the Standard Register 2014 Order Fulfillment Instructions guide. Copies of the OFI can be obtained by contacting strategicsourcing@standardregister.com. Several new additions have been made to the Order Fulfillment Instructions that we provide to our Certified Trade Partners. The OFI gives guidelines as to purchase orders, packaging, palletizing, freight compliance, etc. to ensure seamless business interactions between Standard Register and its valued sourcing network.

Below are a few (but not all) changes from last year:

Invoicing
• All invoices must contain a Purchase Order number. (p 12)

# PACKING SLIP

| Ship Date | Invoice No. |
|-----------|-------------|
| 2/9/2015 | 133995 |

**STANDARD REGISTER**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

**Ship To:**

**CAROLINAS MEDICAL CENTER**

**LOOP RD DOCK**

**1000 BLYTHE BLVD**

**CHARLOTTE, NC 28203**

**Attn:** AMII STEELE

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|--------------------|--------|---------------|-----------------|
| J357 | | UPS | 1576807 |

| Job Description | Quantity |
|-----------------|----------|
| LEVINE CHILDRENS<br>FORM # 249810<br>BUSINESS CARDS FOR STEELE | 500 |

*Shipped UPS*

*1 Z4 690 760 352 905 390*

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

**Invoice**

| Date | Invoice # |
|------|-----------|
| 2/11/2015 | 133996 |

Bill To

Standard Register
600 Albany Street
Dayton, OH   45417-3405

**Terms**

2% 20 Net 30

**Due Date**

3/11/2015

| P.O. Number | Ship Date | Contact |
|-------------|-----------|---------|
| J356 | 2/11/2015 | JEREMY |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| LEVINE BC TYPESETTING AND OVERPRINTS FOR SUE ANN WEDDINGTON | | | |
| | | | |
| PREPRESS | | 15.00 | 15.00 |
| PRINTING - QTY 500 | | 76.00 | 76.00 |
| SHIPPING CHARGE | | 9.51 | 9.51 |

| | | |
|---|---|---|
| **Subtotal** | | $100.51 |
| **Sales Tax** | | $0.00 |
| **Total** | | $100.51 |



*Advanced*

My Desk ▾  Workspace ▾  Contacts ▾  Reports ▾

**Create Project      Recent Projects**

Orders Design Type
Design Type, Inc. (WFO)

2706 - 249810 LCH B-C (1576170) Weddington (01-52992)
Order Details

February 2, 2015 1:28:33 PM
Printable View

| Project Menu | Order: 2706 - 249810 LCH B-C (1576170) Weddington |
|---|---|

**Home**
Overview
Update...
Attach...
Copy...
Budget...
Cost...

**Teams**
List
Invite Members...

**Messages**
List
Post...

**Files**
List
Attach...
Attach Remote...
Create Folder...

**Events**
List
Enter...

**Tasks**
List
Create...

**Schedule**

**Specs**
List
Create...
Find & Copy...

**Shipments**

**Estimates**
List
Create RFE...
Create Open Bid...

**Orders**
List
Create...

Order Information

| | |
|---|---|
| Title: | 2706 - 249810 LCH B-C (1576170) Weddington |
| Order completion date: | 2/9/15 5:00 PM |
| Supplier Tracking: | |
| Status: | Accepted |
| Buyer workgroup: | Workflow Enterprise |
| Buyer Person: | Janet Hedrick |
| Supplier workgroup: | Design Type, Inc. (WFO) |
| Supplier Person: | Orders Design Type |
| Production Plus Direct Bill: | |
| Customer Name: | AMERICAN PRODUCT DISTRIBUTORS (APD) - includes all CHS |
| Customer Number: | 7039628 |
| Client ID: | 2706 |
| Customer PO: | 1576170 |
| Local Terms and Conditions: | CharlotteNC |
| | Standard Register 4001 Performance Road Charlotte, NC 28214 |
| Buyer Phone Number: | 704-553-6055 |
| Comments: | COPY ATTACHED FOR WEDDINGTON |
| Prefix: | J |
| Quote Number: | CONTRACT |
| Sales Rep: | Sherrill, Jeremy |
| Sales Rep Territory: | 93634 |
| Project Number: | 01-52992 |
| Project Completion Date: | 2/9/15 |
| New or Reprint?: | New |
| Project Hot?: | No |
| Project Comments: | |

General Information

| | |
|---|---|
| Payment method: | Purchase Order |
| WFO Purchase Order Number: | **J356** |
| Allowed Overs: | 0.00 % |
| Allowed Unders: | 0.00 % |

Order Items

249810 LEVINE BUSINESS CARDS (8733251) [ Job Id: 8273322 ]

| | |
|---|---|
| Completion date: | 2/9/15 5:00 PM |
| Item Number: | 249810 *Item is validated* |
| Item Name: | CARD,BUSINESS LEVINE CHIL |
| Pricing UOI: | 1/BX/1 |
| Pricing UOR: | 1000/EA/1 |
| Packaging UOI: | 500/BX/1 |
| Packaging UOR: | 1/EA/1 |
| Bill Code: | Bill Upon Inventory Release |
| Requested Shipments: | 500 |
| Delivered: | 0 |
| Received: | 0 |
| | |
| Quantity: | 500 |
| Rate Card: | NONE |
| Cost Price: | $152.00 per 1,000 |
| Notes: | |
| Last Supplier Job Number: | |
| Last Order Number: | |

| | |
|---|---|
| Vendor Cost: | $76.00 |
| | |
| Order Total: | $76.00 |
| Tax: | $0.00 |
| Shipping: | $0.00 |
| Grand Total: | $76.00 |

Terms & Conditions

**Workflow Enterprise Purchase Terms and Conditions**
Standard Register vendors can contact Accounts Payable by emailing accountspayable@standardregister.com or by contacting:

Accounts Payable Service Rep for vendors A-J:
Sherri Perry
T: (937) 221-2125
F: (937) 913-3154
Sherri.Perry@StandardRegister.com

Accounts Payable Service Rep for vendors K-S:
Ortha Jean Mooney
T: (937) 221-2118
F: (937) 913-3012
OrthaJean.Mooney@StandardRegister.com

Accounts Payable Service Rep for vendors T-Z:
Chris Jeans
T: (937) 221-2110
F: (937) 913-3196
Chris.Jeans@StandardRegister.com

Page references below are from the Standard Register 2014 Order Fulfillment Instructions guide. Copies of the OFI can be obtained by contacting strategicsourcing@standardregister.com. Several new additions have been made to the Order Fulfillment Instructions that we provide to our Certified Trade Partners. The OFI gives guidelines as to purchase orders, packaging, palletizing, freight compliance, etc. to ensure seamless business interactions between Standard Register and its valued sourcing network.

Below are a few (but not all) changes from last year:

Invoicing:
• All invoices must contain a Purchase Order number. (p. 12)

# PACKING SLIP

| Ship Date | Invoice No. |
|-----------|-------------|
| 2/9/2015 | 133996 |

**STANDARD REGISTER**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

**Ship To:**

**CAROLINAS HEALTHCARE SYSTEM**

**2828 NORTH POPLAR ST**

**CHARLOTTE, NC 28206**

**Attn:** SUE ANN WEDDINGTON

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|--------------------|--------|---------------|-----------------|
| J356 | | UPS | 1576170 |

| Job Description | Quantity |
|-----------------|----------|
| LEVINE CHILDRENS<br>FORM # 249810<br>BUSINESS CARDS FOR WEDDINGTON | 500 |

*Shipped UPS*
*1Z4690760353146002*

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

**Invoice**

| Date | Invoice # |
|------|-----------|
| 2/14/2015 | **133980** |

Bill To

Standard Register
600 Albany Street
Dayton, OH  45417-3405

**Terms**

2% 20 Net 30

**Due Date**

3/14/2015

| | P.O. Number | Ship Date | Contact |
|--|-------------|-----------|---------|
| | **J354** | 2/14/2015 | JEREMY |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| LEVINE BUSINESS CARDS TYPESETTING AND OVERPRINTS FOR JAVIER OSTERHELD | | | |
| | | | |
| PREPRESS | | 15.00 | 15.00 |
| PRINTING - QTY 500 | | 76.00 | 76.00 |
| SHIPPING CHARGE | | 9.51 | 9.51 |

| | |
|--|--|
| **Subtotal** | $100.51 |
| **Sales Tax** | $0.00 |
| **Total** | $100.51 |

2706 - 249810 LCH B-C (1573118) OESTERHELD (01-52932)
Order Details

January 30, 2015 9:17:12 AM

## Order: 2706 - 249810 LCH B-C (1573118) OESTERHELD



### Order Information

| | | | |
|---|---|---|---|
| Title: | 2706 - 249810 LCH B-C (1573118) OESTERHELD | Comments: | copy attached for OESTERHELD |
| **Order completion date:** | **2/6/15 5:00 PM** | Prefix: | j |
| Status: | Accepted | **Quote Number:** | **contract** |
| Buyer workgroup: | Workflow Enterprise | Sales Rep: | Sherrill, Jeremy |
| Buyer Person: | Janet Hedrick | Sales Rep Territory: | 93634 |
| Supplier workgroup: | Design Type, Inc. (WFO) | Project Number: | 01-52932 |
| Supplier Person: | Orders Design Type | Project Completion Date: | 2/6/15 |
| Production Plus Direct Bill: | | New or Reprint?: | New |
| Customer Name: | AMERICAN PRODUCT DISTRIBUTORS (APD) - includes all CHS | Project Hot?: | No |
| | | **General Information** | |
| Customer Number: | 7039628 | Payment method: | Purchase Order |
| Client ID: | 2706 | **WFO Purchase Order Number:** | **J354** |
| **Customer PO:** | **1573118** | | |
| Local Terms and Conditions: | CharlotteNC Standard Register 4001 Performance Road Charlotte, NC 28214 | Allowed Overs: | 0.00 % |
| | | Allowed Unders: | 0.00 % |
| Buyer Phone Number: | 704-553-6055 | | |

### Order Items

249810 LEVINE BUSINESS CARDS (8731147) [ Job Id: 8271037 ]

| | | | |
|---|---|---|---|
| Completion date: | 2/6/15 5:00 PM | **Quantity:** | **500** |
| **Item Number:** | **249810** *Item is validated* | Rate Card: | NONE |
| Item Name: | CARD,BUSINESS LEVINE CHIL | Cost Price: | $152.00 per 1,000 |
| Pricing UOI: | 1/BX/1 | Last Supplier Job Number: | |
| Pricing UOR: | 1000/EA/1 | Last Order Number: | |
| Packaging UOI: | 500/BX/1 | | |
| Packaging UOR: | 1/EA/1 | | |
| Bill Code: | Bill Upon Inventory Release | | |
| Requested Shipments: | 500 | | |
| Delivered: | 0 | | |
| Received: | 0 | | |

| | |
|---|---|
| **Vendor Cost:** | $76.00 |

| | |
|---|---|
| Order Total: | $76.00 |
| Tax: | $0.00 |
| Shipping: | $0.00 |
| **Grand Total:** | **$76.00** |

Detailed Specifications

 249810 LEVINE BUSINESS CARDS

### Spec Description

| | |
|---|---|
| Name: | 249810 LEVINE BUSINESS CARDS |
| SKU: | 249810 |
| Reference Number: | 8731147 |
| Product Type: | Business Card |

### Size

| | Width | Height | | Other |
|---|---|---|---|---|
| Finished size: | 3 1/2 x | 2 | in | *ISO:* |

### Stocks and Inks

| Stock used as | Stock Description | Ink Description |
|---|---|---|
| LEVINE BUSINESS CARD | Name:Environmental Felt<br>Weight:80 lb<br>Type:Cover<br>Coating:Uncoated<br>Color:White | Inks for printing one side only<br>Black:Medium<br>Spot colors:Light 1 PMS 321<br><br>Bleeds:No<br>First Inks comments:IMPRINT ON NEW LCH NEW SHELLS Shell Inks: Yellow Bar at top – set to CMYK – Match PMS 7406 All teal items – spot PMS 321 Red in logo – set to CMYK – Match PMS 1795 Blue in logo – set to CMYK – Match PMS 300 Yellow in logo – set to CMYK – Match PMS 7406 Type – 80% Black Type in CHS logo – 100% Black |

### Post-Press

### Folding and Bindery

✔ Trim to size

### Packaging

| Packing | Quantity | Special Instructions |
|---|---|---|
| ✔ Box in | 500 | MUST PACK/SHOW ON BOX LABEL 500/BOX. NO OVER, UNDER, PARTIAL.<br><br>PUT CUSTOMER PO ON ALL SHIPMENTS. |

### Shipment Details
### Shipment Information

Spec:   249810 LEVINE BUSINESS CARDS

Job Id: 8271037

# PACKING SLIP

| Ship Date | Invoice No. |
|---|---|
| 2/13/2015 | 133980 |

**STANDARD REGISTER**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

| Ship To: |
|---|
| **CAROLINAS HEALTHCARE SYSTEM** |
| **2828 NORTH POPLAR ST** |
| **CHARLOTTE NC 28026** |
| Attn: |

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|---|---|---|---|
| J354 | | UPS | 1573118 |

| Job Description | Quantity |
|---|---|
| LEVINE B/C JAVIER OSTERHELD | 500 |

Shipped UPS
1ZY690760353140919

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/14/2015 | 133983 |

**Bill To**

Standard Register
600 Albany Street
Dayton,OH   45417-3405

**Terms**

2% 20 Net 30

**Due Date**

3/14/2015

| P.O. Number | Ship Date | Contact |
|-------------|-----------|---------|
| J355 | 2/14/2015 | JEREMY |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| LEVINE BUSINESS CARDS TYPESETTING AND OVERPRINTS FOR JOSEPH SECHIER | | | |
| PREPRESS | | 15.00 | 15.00 |
| PRINTING - QTY 500 | | 76.00 | 76.00 |
| SHIPPING CHARGE | | 9.51 | 9.51 |

| | |
|---|---|
| **Subtotal** | $100.51 |
| **Sales Tax** | $0.00 |
| **Total** | $100.51 |

Case 15-10541-BLS    Doc 1018-1    Filed 09/04/15    Page 192 of 319

Return from Printable View

**249810 LCH Business Cards (1573003) SECHEIR (01-52954)**                                    January 30, 2015 2:41.16 PM
Order Details

**Order: 249810 LCH Business Cards (1573003) SECHEIR**



## Order Information

| | | | |
|---|---|---|---|
| Title: | 249810 LCH Business Cards (1573003) SECHEIR | Comments: | COPY ATTACHED FOR J SECHIER |
| **Order completion date:** | **2/6/15 4:00 PM** | Prefix: | J |
| Status: | Accepted | **Quote Number:** | **CONTRACT** |
| Buyer workgroup: | Workflow Enterprise | Sales Rep: | Sherrill, Jeremy |
| Buyer Person: | Janet Hedrick | Sales Rep Territory: | 93634 |
| Supplier workgroup: | Design Type, Inc. (WFO) | Project Number: | 01-52954 |
| Supplier Person: | Orders Design Type | Project Completion Date: | 2/6/15 |
| Production Plus Direct Bill: | | New or Reprint?: | New |
| Customer Name: | AMERICAN PRODUCT DISTRIBUTORS (APD) - includes all CHS | Project Hot?: | No |
| | | Project Comments: | MUST USE LCH BUSINESS CARD TEMPLATE |
| Customer Number: | 7039628 | **General Information** | |
| Client ID: | 2706 | Payment method: | **Purchase Order** |
| **Customer PO:** | **1573003** | **WFO Purchase Order Number:** | **J355** |
| Local Terms and Conditions: | CharlotteNC Standard Register 4001 Performance Road Charlotte, NC 28214 | Allowed Overs: | 0.00 % |
| | | Allowed Unders: | 0.00 % |
| Buyer Phone Number: | 704-553-6055 | | |

## Order Items

🔧 249810 LCH B-C (8731516) [ Job Id: 8271395 ]

| | | | |
|---|---|---|---|
| Completion date: | 2/6/15 4:00 PM | **Quantity:** | **500** |
| **Item Number:** | **249810** *Item is validated* | Rate Card: | NONE |
| Item Name: | CARD,BUSINESS LEVINE CHIL | Cost Price: | $152.00 per 1,000 |
| Pricing UOI: | 1/BX/1 | Last Supplier Job Number: | |
| Pricing UOR: | 1000/EA/1 | Last Order Number: | |
| Packaging UOI: | 500/BX/1 | | |
| Packaging UOR: | 1/EA/1 | | |
| Bill Code: | Bill Upon Inventory Release | | |
| Requested Shipments: | 500 | | |
| Delivered: | 0 | | |
| Received: | 0 | | |

**Vendor Cost:**       $76.00

# PACKING SLIP

| Ship Date | Invoice No. |
|---|---|
| 2/13/2015 | 133983 |

**STANDARD REGISTER**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

**Ship To:**

**CAROLINAS HEALTHCARE SYSTEM**

**2828 NORTH POPLAR ST**

**CHARLOTTE NC 28026**

Attn:

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|---|---|---|---|
| J355 | | UPS | 1573003 |

| Job Description | Quantity |
|---|---|
| LEVINE B/C JOSEPH W. SECHIER | 500 |

Shipped UPS

1ZY69076035369528

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

**Invoice**

| Date | Invoice # |
|------|-----------|
| 2/14/2015 | 134018 |

Bill To

Standard Register
600 Albany Street
Dayton,OH   45417-3405

**Terms**

2% 20 Net 30

**Due Date**

3/14/2015

| P.O. Number | Ship Date | Contact |
|-------------|-----------|---------|
| X713490 | 2/14/2015 | DEBORA |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| NOLAND HEALTH - SYLACAUGA HEALTH AND REHAB ENVELOPES | | | |
| PRINTING - QTY 500 LETTERHEAD | | 72.00 | 72.00 |
| PRINTING - QTY 500 ENVELOPES | | 100.00 | 100.00 |
| SHIPPING CHARGE | | 16.36 | 16.36 |

| | |
|---|---|
| **Subtotal** | $188.36 |
| **Sales Tax** | $0.00 |
| **Total** | $188.36 |

STANDARD REGISTER
P.O. BOX 3933
DAYTON                           OH   45401

For Returns call (770) 840-3300

| PAGE # | 1 | DATE | 2/04/15 | 13 30 |
|---|---|---|---|---|

| CO/BILL OF LADING NO. | 01-K103561 |
|---|---|

**WAREHOUSE:** DESIGN TYPE PRINT SERVICES      ORDER #  X713490
**ORDER # :**

SPECIAL SHIPPING INSTRUCTIONS:

**CARRIER:**

| CO/CUSTOMER | 01-07059243 |
|---|---|
| CHARGE TO: | |
| COST CENTER NO. | SYLACAUGA HLTH&REHAB SERV |
| CUSTOMER PO NO. | 65-1982 |

**SOLD TO:** SYLACAUGA HLTH&REHAB SERV LLC
**SHIP TO:** SYLACAUGA HLTH&REHAB SERV LLC
B H
1007 WEST FORT WILLIAMS ST
SYLACAUGA, AL  35150-2301

| REQUESTED BY | | DELIVERY | DELIVERY TERMS | SHIP VIA | WEIGHT | NO. OF PIECES |
|---|---|---|---|---|---|---|
| | | INSIDE | PrePaid | UPS GROUND | .00 | .00 |

| ITEM NO. | DESCRIPTION | LOCATION | # OF UNITS | UOM | QTY PER UNIT | B/O UNITS | TOTAL QTY SHIPPED | VALUE |
|---|---|---|---|---|---|---|---|---|
| NHENV-500 | #10  ENVELOPE<br>Job#:  5226332 | KIT-POD | 1 | BX | 500 | | 500 | |
| NHLH-500 | LETTERHEAD<br>Job#:  5226331 | KIT-POD | 1 | BX | 500 | | 500 | |

SPECIAL PACKING INSTRUCTIONS





| TOTAL VALUE | |
|---|---|

RELEASE ACKNOWLEDGEMENT

```
                         RUN DATE      2/4/2015
                         TIME    1:36 PM
                         OPERATOR        I07059243

ORDER # X713490          Reference # 65-1982

-------------------------------------------------------------------------------
--------------
ITEM #          ITEM DESC            QTY SHIPPED    U/M    UNIT PRICE
VALUE
NHLH-500        LETTERHEAD               1          BX     65.000000
65.000000

B/L Number    K103561


 BILL TO 01-07059243SHIP TO SYLACAUGA HLTH&REHAB SERV
SYLACAUGA HLTH&REHAB SERV LLCSYLACAUGA HLTH&REHAB SERV LLC
                                B H
600 CORPORATE PKWY STE 1001007 WEST FORT WILLIAMS ST

          BIRMINGHAM           SYLACAUGA
          AL 35242-5451    AL 35150-2301
-------------------------------------------------------------------------------
--------------
ITEM #          ITEM DESC            QTY SHIPPED    U/M    UNIT PRICE
VALUE
NHENV-500       #10 ENVELOPE             1          BX     90.000000
90.000000

B/L Number    K103561


 BILL TO 01-07059243SHIP TO SYLACAUGA HLTH&REHAB SERV
SYLACAUGA HLTH&REHAB SERV LLCSYLACAUGA HLTH&REHAB SERV LLC
                                B H
600 CORPORATE PKWY STE 1001007 WEST FORT WILLIAMS ST

          BIRMINGHAM           SYLACAUGA
          AL 35242-5451    AL 35150-2301
APPLICABLE TAX, FREIGHT, AND SPECIAL CHARGES (IF ANY) WILL BE ADDED TO YOUR
FINAL INVOICE
SPECIAL INSTRUCTIONS:
SHIP VIA: UPS GROUND
REQUEST BY:
```

# PACKING SLIP

| Ship Date | Invoice No. |
|---|---|
| 2/12/2015 | 134018 |

**STANDARD REGISTER**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

**Ship To:**

**SYLACAUGA HEALTH AND REHAB SERVICE LLC**

**1007 WEST FORT WILLIAMS ST**

**SYLACAUGA, AL 35150**

**Attn:** BH

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|---|---|---|---|
| X713490 | | UPS | 65-1982 |

| Job Description | Quantity |
|---|---|
| SYLACAUGA HEALTH<br>FORM # NHENV-500<br>#10 ENVELOPE<br><br>FORM # NHLH-500<br>LETTERHEAD | 500EA |

Shipped UPS
1Z46907603538343TL

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

**Invoice**

| Date | Invoice # |
|------|-----------|
| 2/14/2015 | 134000 |

Bill To

Standard Register
600 Albany Street
Dayton, OH   45417-3405

**Terms**

2% 20 Net 30

**Due Date**

3/14/2015

| P.O. Number | Ship Date | Contact |
|-------------|-----------|---------|
| M6580741 | 2/14/2015 | LINDA |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| 31941-22-855 AMB SURGERY PRE OP INST SPANISH | | | |
| PRINTING - QTY 200 | | 50.00 | 50.00 |
| SHIPPING CHARGE | | 10.93 | 10.93 |

| | |
|---|---|
| **Subtotal** | $60.93 |
| **Sales Tax** | $0.00 |
| **Total** | $60.93 |

Return from Printable View

**3191 22-85S GHS (01-53015)**
**Order Details**

February 3, 2015 10:35:12 AM

**Order: 3191 22-85S GHS**

View Order List

### Order Information

| | | | |
|---|---|---|---|
| Title: | 3191 22-85S GHS | Comments: | EXACT REPEAT 133600 |
| **Order completion date:** | **2/12/15 3:00 PM** | Prefix: | M |
| Status: | Accepted | **Quote Number:** | **DEBBIE COX** |
| Buyer workgroup: | Workflow Enterprise | Sales Rep: | David,Linda A |
| Buyer Person: | Vanessa White | Sales Rep Territory: | 61403 |
| Supplier workgroup: | Design Type, Inc. (WFO) | Project Number: | 01-53015 |
| Supplier Person: | Orders Design Type | Project Completion Date: | 2/12/15 |
| Production Plus Direct Bill: | | New or Reprint?: | Exact Repeat |
| Customer Name: | GRADY HEALTH SYSTEM | Project Hot?: | No |
| Customer Number: | 1894413 | | |
| Client ID: | 3191 | **General Information** | |
| **Customer PO:** | **6580741** | Payment method: | Purchase Order |
| Local Terms and Conditions: | Atlanta Standard Register 4855 Peachtree Industrial Blvd, Ste 220, Norcross, GA 30092 | **WFO Purchase Order Number:** | **M6580741** |
| | | Allowed Overs: | 10.00 % |
| | | Allowed Unders: | 10.00 % |
| Buyer Phone Number: | 770.840.3336 | | |

### Order Items

22-85S AMBULATORY PRE-OP INSTRUCTIONS SPANISH (22-85S) [ Job Id: 8275063 ]

| | | | |
|---|---|---|---|
| Completion date: | 2/12/15 3:00 PM | **Quantity:** | **200** |
| **Item Number:** | **22-85S** *Item is validated* | Rate Card: | NONE |
| Item Name: | AMB SURG PRE-OP INST SPAN | Cost Price: | $250.00 per 1,000 |
| Pricing UOI: | 1/PK/2 | Last Supplier Job Number: | 133600 |
| Pricing UOR: | 1/PK/2 | Last Order Number: | J337 |
| Packaging UOI: | 50/PK/2 | | |
| Packaging UOR: | 50/PK/2 | | |
| Bill Code: | Bill Upon Inventory Release | | |
| Requested Shipments: | 200 | | |
| Delivered: | 0 | | |
| Received: | 0 | | |

| | |
|---|---|
| **Vendor Cost:** | **$50.00** |
| Order Total: | $50.00 |
| Tax: | $0.00 |
| Shipping: | $0.00 |
| **Grand Total:** | **$50.00** |

### Detailed Specifications

22-85S AMBULATORY PRE-OP INSTRUCTIONS SPANISH

#### Spec Description

| | |
|---|---|
| Name: | 22-85S AMBULATORY PRE-OP INSTRUCTIONS SPANISH |
| SKU: | 22-85S |
| Reference Number: | 22-85S |
| Product Type: | Business Form - Unit Set |
| Description: | EXACT REPEAT 133600 |

8-1/2 X 11
2PT NCR - WHT/CAN
EDGE GLUED @ TOP
BLACK INK FACE ONLY, BOTH PARTS PRINT SAME

# PACKING SLIP

| Ship Date | Invoice No. |
|-----------|-------------|
| 2/12/2015 | 134000 |

Design Type
1670 Spectrum Drive
Lawrenceville, GA 30043

**Ship To:**

**STANDARD REGISTER**

**1255 TERMINUS DR, SUITE 400**

**Lithia Springs, GA 30122**

Attn:

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|--------------------|--------|---------------|-----------------|
| M6580741 | | UPS | |

| Job Description | Quantity |
|-----------------|----------|
| GRADY HEALTH<br>FORM # 2285S<br>AMBULATORY SURGERY UNIT PRE-OP INSTRUCTIONS SPANISH | 200 |

Shipped UPS
1Z46907603527717G7

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

**Invoice**

| Date | Invoice # |
|------|-----------|
| 2/14/2015 | 134039 |

Bill To

Standard Register
600 Albany Street
Dayton,OH   45417-3405

**Terms**

2% 20 Net 30

**Due Date**

3/14/2015

| P.O. Number | Ship Date | Contact |
|-------------|-----------|---------|
| J359 | 2/14/2015 | LINDA |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| HEALTH SCREEN INFO CONSENT FORM | | | |
| PRINTING - QTY 400 | | 135.00 | 135.00 |
| SHIPPING CHARGE | | 13.03 | 13.03 |

| | | |
|---|---|---|
| **Subtotal** | | $148.03 |
| **Sales Tax** | | $0.00 |
| **Total** | | $148.03 |

Return from Printable View

3370 0392HSI001 SPR (01-53116)
Order Details

February 6, 2015 12:52:15 PM

**Order: 3370 0392HSI001 SPR**

View Order List

Order Information

| | | | |
|---|---|---|---|
| Title: | 3370 0392HSI001 SPR | Comments: | EXACT REPEAT 133285 |
| **Order completion date:** | **2/17/15 3:00 PM** | Prefix: | J |
| Status: | Accepted | **Quote Number:** | **DEBBIE COX** |
| Buyer workgroup: | Workflow Enterprise | Sales Rep: | David,Linda A |
| Buyer Person: | Vanessa White | Sales Rep Territory: | 61403 |
| Supplier workgroup: | Design Type, Inc. (WFO) | Project Number: | 01-53116 |
| Supplier Person: | Orders Design Type | Project Completion Date: | 2/17/15 |
| Production Plus Direct Bill: | | New or Reprint?: | Exact Repeat |
| Customer Name: | SPALDING REGIONAL MEDICAL CEN | Project Hot?: | No |
| Customer Number: | 1896301 | **General Information** | |
| Client ID: | 3370 | Payment method: | Purchase Order |
| **Customer PO:** | **0392 297398** | **WFO Purchase Order Number:** | **J359** |
| Local Terms and Conditions | Atlanta Standard Register 4855 Peachtree Industrial Blvd, Ste 220, Norcross, GA 30092 | Allowed Overs: | 0.00 % |
| | | Allowed Unders: | 0.00 % |
| Buyer Phone Number: | 770.840.3336 | | |

Order Items

0392HSI001 HEALTH SCREEN INFO CONSENT (0392HSI001) [ Job Id: 8280803 ]

| | | | |
|---|---|---|---|
| Completion date: | 2/17/15 3:00 PM | **Quantity:** | **400** |
| Item Number: | **0392HSI001** *Item is validated* | Rate Card: | NONE |
| Item Name: | HLTH SCREEN INFO CONSENT | Cost Price: | $337.50 per 1,000 |
| Pricing UOI: | 1/PK/3 | Last Supplier Job Number: | 133285 |
| Pricing UOR: | 1/PK/3 | Last Order Number: | J314 |
| Packaging UOI: | 100/PK/3 | | |
| Packaging UOR: | 100/PK/3 | | |
| Bill Code: | Bill Upon Inventory Release | | |
| Requested Shipments: | 400 | | |
| Delivered: | 0 | | |
| Received: | 0 | | |

Vendor Cost:     $135.00

Order Total:     $135.00

|  | |
|---|---|
| Tax: | $0.00 |
| Shipping: | $0.00 |
| **Grand Total:** | **$135.00** |

Detailed Specifications

   0392HSI001 HEALTH SCREEN INFO CONSENT

### Spec Description

Name: 0392HSI001 HEALTH SCREEN INFO CONSENT

SKU: 0392HSI001

Reference Number: 0392HSI001

Product Type: Business Form - Unit Set

Description: EXACT REPEAT 133285

### General

Form number: 0392HSI001

### Size

**Form Size**

       Width   Height   Other

Net Form Size: 8-1/2 x  11  in

Comments: NO STUB - EDGE GLUED @ TOP ALONG 8-1/2" DIMENSION

### Pre-Press

**Art and Files**

Comments: EXACT REPEAT 133285

### Form Parts

| Part | Paper | Backer | Inks | Carbon |
|---|---|---|---|---|
| Number: 1<br>Color: White | Grade: CB<br>Weight: 16<br>Size: 8-1/2 W x 11 H in | | Ink 1: BLACK | |
| Number: 2<br>Color: Canary | Grade: CFB<br>Weight: 14<br>Size: 8-1/2 W x 11 H in | | Ink 1: BLACK | |
| Number: 3<br>Color: Pink | Grade: CF<br>Weight: 15<br>Size: 8-1/2 W x 11 H in | | Ink 1: BLACK | |

Comments: ALL PARTS PRINT THE SAME

Finishing

**Punching**

Comments: NONE

**Numbering**

Type:   Location:  Crash    Prefix:  IN PLATE

Comments:  PICK UP NUMBERS FROM PREV 133285

Packaging

| Wrapping | Quantity | Special Instructions |
|---|---|---|
| ✓ Shrink wrap in | 100 | |

## Shipment Details

**Shipment Information**

Spec:   0392HSI001 HEALTH SCREEN INFO CONSENT
Job Id: 8280803
Buyer: Vanessa White of Workflow Enterprise
Supplier: Orders Design Type of Design Type, Inc. (WFO)

Shipment Name: 0392HSI001 HEALTH SCREEN INFO CONSENT Shipment
Status: Not Shipped

Delivery Address #1 of 1

| Cost Center Number: | 2020 | Address: | 601 S 8TH STREET |
|---|---|---|---|
| Cost Center Name: | SPALDING REGIONAL MED CTR | | ATTN: CC 2020 / PO 0392 297398 |
| Charge to Cost Center: | 2020 | City: | GRIFFIN |
| Charge to Cost Center Name: | | State: | GA |
| Name (First, MI, Last): | | Postal Code: | 30224- |
| Company Name: | | Country: | US |
| Work Phone Number: | | Req & Line Charge?: | Yes |
| E-mail: | | Free Freight?: | Yes |

**Requested**

Request Type: Normal
Delivery Date: 2/17/15
Quantity:    400
Ship Via:   000000002: BEST METHOD

**Delivery**

# PACKING SLIP

| Ship Date | Invoice No. |
|---|---|
| 2/16/2015 | 134039 |

**STANDARD REGISTER**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

| Ship To: |
|---|
| **SPALDING REGIONAL MEDICAL CENTER**<br><br>**601 SOUTH 8TH STREET**<br><br>**GRIFFIN GA. 30224**<br><br>**Attn:** CC 2020 / PO 0392 297398 |

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|---|---|---|---|
| J359 | | UPS | |

| Job Description | Quantity |
|---|---|
| 0392HSI001 HEALTH SCREEN INFO CONSENT | 400 |

Shipped UPS

1Z4690760352946579

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

**Invoice**

| Date | Invoice # |
|------|-----------|
| 2/22/2015 | 134086 |

Bill To

Standard Register
600 Albany Street
Dayton,OH   45417-3405

**Terms**

2% 20 Net 30

**Due Date**

3/22/2015

| P.O. Number | Ship Date | Contact |
|-------------|-----------|---------|
| X7465989 | 2/22/2015 | DEBORA |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| NOLAND BUSINESS CARDS  CARIE PEEPLES | | | |
| PRINTING - QTY 500 | | 40.00 | 40.00 |
| SHIPPING CHARGE | | 8.80 | 8.80 |

| | | |
|---|---|---|
| **Subtotal** | | $48.80 |
| **Sales Tax** | | $0.00 |
| **Total** | | $48.80 |

STANDARD REGISTER
P.O. BOX 3933
DAYTON                                    OH  45401

For Returns call (770) 840-3300

| CO-CUSTOMER | 01-07059245 |
| CHARGE TO | |
| COST CENTER NO. | BIRMINGHAM |
| CUSTOMER PO NO. | 10-1705 |

SOLD TO:  NOLAND HOSP BIRMINGHAM LLC
SHIP TO:  NOLAND HOSP BIRMINGHAM LLC
          CARIE PEC
          50 MEDICAL CENTER DR 6TH FLOOR
          BIRMINGHAM, AL  35235

| PAGE # | 1 | DATE | 2-16/15 | 16:06 |
| CO-CUSTOMER/ADDRESS NO | | 01-K156894 | | |

WAREHOUSE:  DESIGN TYPE PRINT SERVICES        ORDER #  X765989
ORDER # :
SPECIAL SHIPPING INSTRUCTIONS:

CARRIER:

| REQUESTED BY | | DELIVERY | DELIVERY TERMS | | SHIP VIA | | | WEIGHT | NO OF PIECES |
|---|---|---|---|---|---|---|---|---|---|
| | | INSIDE | PrePaid | | UPS GROUND | | | .00 | .00 |
| ITEM NO | DESCRIPTION | | LOCATION | # OF UNITS | UOM | SHIP QTY | B/O UNITS | TOTAL QTY | VALUE |
| NHBC-500 | BUSINESS CARDS | | KIT-POD | 1 | BX | 500 | | 500 | |
| | John:  5235412 | | | | | | | | |

SPECIAL PACKING INSTRUCTIONS

**Standard Register**
ADVANCING YOUR REPUTATION

| TOTAL VALUE | |

RELEASE ACKNOWLEDGEMENT

```
                              RUN DATE      2/16/2015
                              TIME    4:12 PM
                              OPERATOR       I07059245
```

ORDER # X765989        Reference # 10-1705

```
------------------------------------------------------------------
---------------
ITEM #            ITEM DESC                QTY SHIPPED   U/M    UNIT PRICE
VALUE
NHBC-500          BUSINESS CARDS               1         BX     35.000000
35.000000
```

B/L Number   K156894

 BILL TO 01-07059245   SHIP TO BIRMINGHAM
NOLAND HOSP BIRMINGHAM LLCNOLAND HOSP BIRMINGHAM LLC
                              CARIE PEE
600 CORPORATE PKWY STE 10050 MEDICAL CENTER DR 8TH FLOOR

          BIRMINGHAM         BIRMINGHAM
          AL 35242-5451         AL 35235
APPLICABLE TAX, FREIGHT, AND SPECIAL CHARGES (IF ANY) WILL BE ADDED TO YOUR
FINAL INVOICE
SPECIAL INSTRUCTIONS:
SHIP VIA: UPS GROUND
REQUEST BY:

```
BILLING INFO:
company:01
name:NOLAND HOSP BIRMINGHAM LLC
address1:600 CORPORATE PKWY STE 100
address2:
city:BIRMINGHAM
state:AL
zip:35242-5451
country:

SHIPPING INFO:
customer:07059245
igetsmart company order number:X765989
Order Date:20150216
reference number:10-1705
name:NOLAND HOSP BIRMINGHAM LLC
attention:CARIE PEE
costcenter number:BIRMINGHAM
costcenter/shipping address1:50 MEDICAL CENTER DR 8TH FLOOR
address2:
city:BIRMINGHAM
state:AL
zip:35235
shipvia:UPS GROUND
day phone:
evening phone:
email:
request by:
special instructions:

DETAIL INFO:
URL:http://commerce.workflowoneaccess.com/UI/VariableImage/PDFO/
lijxf8lVGo3fxSoSgBxN5HbA-e-e.pdf
item number: NHBC-500
Quantity: 1 BX 500
cardtype: BUSINESS CARDS
languageoption: English
Sequence Number: 1
Billing Transaction Number: 057094050
Warehouse Descriptor:
Combined Warehouse Order: N

USER FIELDS:
four51username:purchasing@nolandhealth.com
Name:Carie Peeples, RRT
Title1:Senior Clinical Marketing Liaison
Address1:50 Medical Center Drive East
Address2:8th Floor
City:Birmingham
State:Alabama
ZIP:35235
Tel1:2058385100
Tel2:8776025904
Teltype1:Phone
Teltype2:Fax
Email:cpeeples@nolandhealth.com
Website:www.nolandhealth.com
Logo:Noland_BC02_Logo_Birmingham.eps
Document:Noland_BC02.xdt
Tel3:2059108511
Teltype3:Cell
atBC:Noland_Hospital_Cards.xat
NameSelect:Noland Hospital Birmingham,LLC
----------------------------------------------------------
```

# PACKING SLIP

| Ship Date | Invoice No. |
|---|---|
| 2/18/2015 | 134086 |

**Standard Register**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

Ship To:

**NOLAND HOSPITAL BIRMINGHAM LLC**

**50 MEDICAS`L CENTER DR, 8TH FLOOR**

**BIRMINGHAM, AL 35235**

**Attn:** CARIE PEEPLES

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|---|---|---|---|
| X765989 | | UPS | 10-1705 |

| Job Description | Quantity |
|---|---|
| NOLAND HOSPITAL<br>FORM # NHBC-500<br>BUSINESS CARDS FOR PEEPLES | 500 |

Shipped UPS

1ZY69076035486 0069

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

**Invoice**

| Date | Invoice # |
|------|-----------|
| 2/22/2015 | 134055 |

Bill To

Standard Register
600 Albany Street
Dayton,OH   45417-3405

**Terms**

2% 20 Net 30

**Due Date**

3/22/2015

| P.O. Number | Ship Date | Contact |
|-------------|-----------|---------|
| X739286 | 2/22/2015 | DEBORA |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| OAKS ON PARKWOOD BUSINESS CARDS FOR DEBBIE ARMSTRONG | | | |
| PRINTING - QTY 500 | | 40.00 | 40.00 |
| SHIPPING CHARGE | | 8.80 | 8.80 |

| | |
|---|---|
| **Subtotal** | $48.80 |
| **Sales Tax** | $0.00 |
| **Total** | $48.80 |

From: <autosender2@STANDARDREGISTER.COM>
Sent: DESIGN TYPE PRINT SERVICES B/L#:01-K130394 Ord#: X739286
Date: February 10, 2015 1:52:02 PM EST
To: <orderentry@designtype.com>
1 Attachment, 52.9 KB

B/L#: 01-K130394

STANDARD REGISTER

WAREHOUSE: DESIGN TYPE PRINT SERVICES    ORDER # X739286

SOLD TO: OAKS ON PARKWOOD LLC
SHIP TO: OAKS ON PARKWOOD LLC
DEBBIE ARMSTRONG
3401 LANESS, OAKS DR
MEADOWS, AL 35022-3440

CARRIER:

SPECIAL PACKING INSTRUCTIONS

Standard Register

```
BILLING INFO:
company:01
name:OAKS ON PARKWOOD LLC
address1:600 CORPORATE PKWY STE 100
address2:
city:BIRMINGHAM
state:AL
zip:35242-5451
country:

SHIPPING INFO:
customer:07059244
igetsmart company order number:X739286
Order Date:20150210
reference number:60-3194
name:OAKS ON PARKWOOD LLC
attention:DEBBIE ARMSTRONG
costcenter number:OAKS ON PARKWOOD
costcenter/shipping address1:2651 LAUREL OAKS DR
address2:
city:BESSEMER
state:AL
zip:35022-5440
shipvia:UPS GROUND
day phone:
evening phone:
email:
request by:
special instructions:

DETAIL INFO:
URL:http://commerce.workflowoneaccess.com/UI/VariableImage/PDFO/lilEVC-
sUlg04oVT-pF2XUZFUQ-e-e.pdf
item number: NHBC-S00-OAKS
Quantity: 1 BX 500
cardtype: OAKS BUSINESS CARDS
languageoption: English
Sequence Number: 1
Billing Transaction Number: 057042649
Warehouse Descriptor:
Combined Warehouse Order: N

USER FIELDS:
four51username:purchasing@nolandhealth.com
Name:Debbie Armstrong
Title1:Director of Marketing
Address1:2651 Laurel Oak Drive
City:Bessemer
State:Alabama
ZIP:35022
Tel1:2054974562
Tel2:2054814326
Teltype1:Phone
Teltype2:Fax
Email:darmstrong@nolandhealth.com
Website:www.oaksonparkwood.com
Logo:Noland_BC03_Oak.pdf
Document:Noland_BC03.xdt
Teltype3:Cell
NameSelect:Oaks on Parkwood,LLC
-------------------------------------------------------
```

# PACKING SLIP

| Ship Date | Invoice No. |
|---|---|
| 2/17/2015 | 134055 |

**STANDARD REGISTER**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

**Ship To:**

**OAKS ON PARKWOOD LLC**

**2651 LAUREL OAKS DR**

**BESSEMER, AL 35022**

**Attn:** DEBBIE ARMSTRONG

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|---|---|---|---|
| X739286 | | UPS | 60-3194 |

| Job Description | Quantity |
|---|---|
| OAKS ON PARKWOOD<br>FORM # NHBC-500<br>OAKS BUSINESS CARD FOR ARSTRONG | 500 |

*Shipped USP*

*1ZY6907603523 49625*

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

**Invoice**

| Date | invoice # |
|------|-----------|
| 2/22/2015 | 134043 |

Bill To

Standard Register
600 Albany Street
Dayton,OH   45417-3405

**Terms**

2% 20 Net 30

**Due Date**

3/22/2015

| P.O. Number | Ship Date | Contact |
|-------------|-----------|---------|
| X727202 | 2/22/2015 | DEBORA |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| NOLAND CORPORATE #10 ENVELOPES | | | |
| PRINTING - QTY 1000 | | 200.00 | 200.00 |
| SHIPPING CHARGE | | 16.99 | 16.99 |

| | |
|---|---|
| **Subtotal** | $216.99 |
| **Sales Tax** | $0.00 |
| **Total** | $216.99 |

From: <autosender2@STANDARDREGISTER.COM>
Subject: **DESIGN TYPE PRINT SERVICES** B/L#:01-K117603 Ord#: X727202
Date: February 6, 2015 2:42:17 PM EST
To: <ordersrnlty@designtype.com>
1 Attachment, 53.5 KB

B/L# 01-K117603



RELEASE ACKNOWLEDGEMENT

```
                              RUN DATE      2/6/2015
                              TIME    2:48 PM
                              OPERATOR        I07059247

ORDER # X727202        Reference # 25-2058

-----------------------------------------------------------------------------
----------------
ITEM #        ITEM DESC              QTY SHIPPED   U/M    UNIT PRICE
VALUE
HD-1005       #10 ENVELOPE - CORPORATE2          BX     68.900000
137.800000

B/L Number   K117603

 BILL TO 01-07059247  SHIP TO TUSCALOOSA
NOLAND HOSP TUSCALOOSA LLCNOLAND HOSP TUSCALOOSA LLC
                         BRANDY BYNUM
600 CORPORATE PKWY STE 100809 UNIVERSITY BLVD E 4TH FLR

        BIRMINGHAM          TUSCALOOSA
     AL 35242-5451      AL 35401-2029
APPLICABLE TAX, FREIGHT, AND SPECIAL CHARGES (IF ANY) WILL BE ADDED TO YOUR
FINAL INVOICE
SPECIAL INSTRUCTIONS:
SHIP VIA: UPS GROUND
REQUEST BY:
```

# PACKING SLIP

| Ship Date | Invoice No. |
|---|---|
| 2/17/2015 | 134043 |

**STANDARD REGISTER**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

**Ship To:**

**NOLAND HOSPITAL TUSCALOOSA LLC**

**809 UNIVERSITY BLVD E, 4TH FLOOR**

**TUSCALOOSA, AL 35401**

**Attn:** BRANDY BYNUM

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|---|---|---|---|
| X727202 | | UPS | 25-2058 |

| Job Description | Quantity |
|---|---|
| NOLAND HOSPITAL<br>FORM # HD-1005<br>#10 ENVELOPES | 1000 |

*Shipped UPS*
*1Z4690760353890403*

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

**Invoice**

| Date | Invoice # |
|------|-----------|
| 2/22/2015 | 134063 |

Bill To

Standard Register
600 Albany Street
Dayton,OH   45417-3405

**Terms**

2% 20 Net 30

**Due Date**

3/22/2015

| P.O. Number | Ship Date | Contact |
|-------------|-----------|---------|
| M6580636 | 2/22/2015 | LINDA |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| GRADY THANK YOU CARDS | | | |
| PRINTING - QTY 500 | | 108.00 | 108.00 |
| SHIPPING CHARGE | | 14.12 | 14.12 |
| | | **Subtotal** | $122.12 |
| | | **Sales Tax** | $0.00 |
| | | **Total** | $122.12 |

Return from Printable View

3191 306-01501 GHS (01-53202)
Order Details

February 11, 2015 11:11:46 AM

## Order: 3191 306-01501 GHS

View Order List

### Order Information

| | | | |
|---|---|---|---|
| Title: | 3191 306-01501 GHS | Comments: | EXACT REPEAT 129812 |
| **Order completion date:** | **2/20/15 3:00 PM** | Prefix: | M |
| Status: | Accepted | **Quote Number:** | **DEBBIE COX** |
| Buyer workgroup: | Workflow Enterprise | Sales Rep: | David,Linda A |
| Buyer Person: | Vanessa White | Sales Rep Territory: | 61403 |
| Supplier workgroup: | Design Type, Inc. (WFO) | Project Number: | 01-53202 |
| Supplier Person: | Orders Design Type | Project Completion Date: | 2/20/15 |
| Production Plus Direct Bill: | | New or Reprint?: | Exact Repeat |
| Customer Name: | GRADY HEALTH SYSTEM | Project Hot?: | No |
| Customer Number: | 1894413 | **General Information** | |
| Client ID: | 3191 | Payment method: | Purchase Order |
| **Customer PO:** | **6580636** | **WFO Purchase Order Number:** | **M6580636** |
| Local Terms and Conditions: | Atlanta Standard Register 4855 Peachtree Industrial Blvd, Ste 220, Norcross, GA 30092 | Allowed Overs: | 10.00 % |
| | | Allowed Unders: | 10.00 % |
| Buyer Phone Number: | 770.840.3336 | | |

### Order Items

306-01501 THANK YOU CARD (306-01501) [ Job Id: 8286792 ]

| | | | |
|---|---|---|---|
| Completion date: | 2/20/15 3:00 PM | Quantity: | **500** |
| **Item Number:** | **306-01501** *Item is validated* | Rate Card: | NONE |
| Item Name: | THANK YOU CARD | Cost Price: | $216.00 per 1,000 |
| Pricing UOI: | 1/PK/1 | Last Supplier Job Number: | 129812 |
| Pricing UOR: | 1/PK/1 | Last Order Number: | M6514455 |
| Packaging UOI: | 50/PK/1 | | |
| Packaging UOR: | 50/PK/1 | | |
| Bill Code: | Bill Upon Inventory Release | | |
| Requested Shipments: | 500 | | |
| Delivered: | 0 | | |
| Received: | 0 | | |

| | |
|---|---|
| Vendor Cost: | $108.00 |
| Order Total: | $108.00 |
| Tax: | $0.00 |

| | | |
|---|---|---|
| Shipping: | $0.00 | |
| **Grand Total:** | **$108.00** | |

Detailed Specifications

### 306-01501 THANK YOU CARD

#### Spec Description

Name:                306-01501 THANK YOU CARD
SKU:                 306-01501
Reference Number: 306-01501
Product Type:        Card
Description:         EXACT REPEAT 129812

#### Size

      Width   Height   Other

Flat size:   5   x   7

#### Stocks and Inks

| Stock used as | Stock Description | Ink Description |
|---|---|---|
| CARD | Weight:80 lb<br>Coating:Coated<br>Finish:Matte<br>Color:WHITE<br>Comments:EXACT REPEAT 129812 | **Inks for printing one side only**<br>Spot colors:Light 2 BLACK, 485 RED<br><br>Bleeds:Yes<br>First Inks comments:BLACK BLEEDS OFF LEFT |

#### Prepress

#### Art and Files

✔ Exact Reprint Comments: EXACT REPEAT 129812

#### Prepress Comments

Comments:
EXACT REPEAT 129812

#### Post-Press

#### Folding and Bindery

✔ Trim to size

#### Finishing

✔ Score     Comments: 3-1/2" FROM TOP

#### Post-Press Comments

Comments:
PLEASE LEAVE FLAT

#### Packaging

# PACKING SLIP

| Ship Date | Invoice No. |
|---|---|
| 2/17/2015 | 134063 |

**STANDARD REGISTER**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

**Ship To:**

**STANDARD REGISTER**

**GRADY HEALTH SYSTEM**

**1255 TERMINUS DR, SUITE 400**

**Lithia Springs, GA 30122**

Attn:

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|---|---|---|---|
| M6580636 | | UPS | |

| Job Description | Quantity |
|---|---|
| GRADY HEALTH<br>FORM # 306-01501<br>THANK YOU CARD | 500 |

Shipped UPS
1ZY690760354137010

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/22/2015 | 134095 |

Bill To

Standard Register
600 Albany Street
Dayton,OH  45417-3405

**Terms**

2% 20 Net 30

**Due Date**

3/22/2015

| | P.O. Number | Ship Date | Contact |
|---|---|---|---|
| | A0722677 | 2/22/2015 | TERRY |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| EQUIFAX RUSH SHOW MATERIALS | | | |
| PRINTING - FLYERS | | 150.00 | 150.00 |
| SHIPPING CHARGE | | 39.71 | 39.71 |

|  | |
|---|---|
| **Subtotal** | $189.71 |
| **Sales Tax** | $0.00 |
| **Total** | $189.71 |

# PACKING SLIP

| | Ship Date | Invoice No. |
|---|---|---|
| | 2/18/2015 | **134095** |

**Standard Register**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

| Ship To: |
|---|
| **GAYLORD TEXAN RESORT & CONVENTION CENTER** |
| **1501 GAYLORD TRAIL** |
| **GRAPEVINE, TX 76051** |
| Attn: C/O ROSIE BIUNDO |

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|---|---|---|---|
| A0722677 | | UPS | |

| Job Description | Quantity |
|---|---|
| EQUIFAX<br>FORM # EFX-00168-9-13<br>CREDIT HI-LITE<br>FORM # EFXUSA-2040<br>PROPERTY CONDITION REPORT<br>FORM # EFX-00207<br>OCCUPANCY ADVISOR<br>FORM # EFX-0211<br>CONDO PACKAGE SERVICE<br>FORM # EFX-USA-0955<br>AVM INSIGHT<br><br>*Shipped UPS*<br>*1ZY69076025490 2677* | 25EA |

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/22/2015 | 134092 |

Bill To

Standard Register
600 Albany Street
Dayton,OH   45417-3405

**Terms**

2% 20 Net 30

**Due Date**

3/22/2015

| | P.O. Number | Ship Date | Contact |
|---|---|---|---|
| | A0722676 | 2/22/2015 | TERRY |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| EQUIFAX EFX-USA-0895 | | | |
| PRINTING - QTY 2900 | | 432.00 | 432.00 |
| SHIPPING CHARGE | | 106.05 | 106.05 |

| | | |
|---|---|---|
| **Subtotal** | | $538.05 |
| **Sales Tax** | | $0.00 |
| **Total** | | $538.05 |

Standard Register

ASI # 333647

Standard Register
Address
City, State, Zip Code
Contact name and phone
Email address

Send all invoices to:
Accounts Payable
Standard Register
P.O. Box 2033
Dayton, Ohio 45401-2033

SEND PROOFS, ALL SAMPLES, DUPLICATE INVOICES, DUPLICATE SHIPPING PAPERS AND ARTWORK

SEND ALL INVOICES TO THIS ADDRESS

## PURCHASE ORDER

PURCHASE ORDER NUMBER: A0722676

BOTH #S MUST APPEAR ON ALL SHIPPING PAPERS

CUSTOMER PURCHASE ORDER NUMBER: 0037/5000

| VENDOR | | ORDER DATE | SHIP DATE | IN HANDS EVENT DATE | SCP | NUMBER |
|---|---|---|---|---|---|---|
| Design Type | | 2/16/2015 | 2/20/2015 | 02/25/15 By 10:30 AM | T Graham | 3708 |
| Phone: | FAX: | | | | | |

| QUOTE DATE | QUOTE # | REV | MFG PREV JOB OR INV # | DUP JOB # DATE | ART | Proof | Spec Sample | Preproduction Proof |
|---|---|---|---|---|---|---|---|---|
| 2/16/2015 | Debbie Cox | IF APPLICABLE | | | IF APPLICABLE | YES | IF APPLICABLE | IF APPLICABLE |

| | QTY | VENDOR # | | SIZE | Color | DESCRIPTION | UNIT | COST |
|---|---|---|---|---|---|---|---|---|
| 1 | 2900 | EFX-USA-0895 | | | | Data Breach Planning | L | $432.00 |
| | (In Pkgs of 25) | | | | | | | |
| | | | | | | In Hands Date 2/25/15 (Morning Delivery) | | |

**SHIP TO: For Production Order**

| | |
|---|---|
| NAME | IAPP Show Management Materials |
| ATTN: | C/O Freeman |
| ADDRESS | IAPP Global Privacy Summit |
| | 8900 Business Parkway |
| CITY, ST ZIP | Lanham, MD 20706 |
| COUNTRY | SHIP QTY: 2900 (116 pkgs of 25) |
| SHIP VIA: | Best To Deliver By 2/25/15 10:30 AM |

**SHIP TO: for Preproduction Samples**

| | |
|---|---|
| NAME | IF APPLICABLE |
| ATTN: | IF APPLICABLE |
| ADDRESS | IF APPLICABLE |
| | |
| CITY, ST ZIP | IF APPLICABLE |
| COUNTRY | |
| SHIP VIA: | SHIP QTY: |

**IMPORTANT:** Failure to ship via our specified carrier may result in deduction of shipping charges from your invoice.

**SPECIAL INSTRUCTIONS:**

| | | | |
|---|---|---|---|
| | | PMS COLOR | |
| 1 | send proof to richelle.sashington@standardregister.com | | |
| 2 | | Location | |
| 3 | | Size | |
| 4 | | Application | |
| 5 | | | |
| 6 | | | |

Insert artwork pic here

Artwork Preview Above

All shipments must be clearly marked with Standard Register Purchase Order Number- Item number - Quantity and Description

Richelle Sashington 770-840-3343
*Signature*

# PACKING SLIP

| Ship Date | Invoice No. |
|---|---|
| 2/19/2015 | 134092 |

**Standard Register**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

| Ship To: |
|---|
| **IAPP GLOBAL PRIVACY SUMMIT** |
| **IAPP SHOW MANAGEMENT MATERIALS** |
| **9900 BUSINESS PARKWAY** |
| **LANHAM, MD 20706** |
| Attn: C/O FREEMAN |

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|---|---|---|---|
| A0722676 | | UPS | |

| Job Description | Quantity |
|---|---|
| EQUIFAX<br>FORM # EFX-USA-0895<br>DATA BREACH PLANNING | 2900 |

Shipped UPS
1 Z Y 6 9 0 7 6 0 2 5 4 6 0 5 7 2 9

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/26/2015 | 134025 |

**Bill To**

Standard Register
600 Albany Street
Dayton,OH   45417-3405

**Terms**

2% 20 Net 30

**Due Date**

3/26/2015

| P.O. Number | Ship Date | Contact |
|-------------|-----------|---------|
| J5322694 | 2/26/2015 | DEBORA |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| CHEMO AND YOU BOOKLET | | | |
| PRINTING - QTY 500 | | 3,500.00 | 3,500.00 |

| | | |
|---|---|---|
| **Subtotal** | | $3,500.00 |
| **Sales Tax** | | $0.00 |
| **Total** | | $3,500.00 |

q 33
1 e 49

**SALES ORDER**

EXACT REPEAT ☐    QUOTE ☐
REPEAT W CHG ☐    ORDER ☑
NEW ☑              DATE 2/3 15

Debbie W Design

| SALES REPRESENTATIVE Type | PHONE # / FAX # | VOICE MAIL | CUSTOMER PO # | ALPHA | CONTROL / PO # | TERRITORY # |
|---|---|---|---|---|---|---|
| D. Cantrell | (706)327-9000 | | 490554 | J | 5322694 | BRANCH / SLSM # 61902 |

| ADDRESS (CITY/STATE/ZIP) | | MAIL CODE | CUSTOMER/PROD PLUS # ☐ TAX EXEMPT | BUSINESS CODE | VENDOR CODE |
|---|---|---|---|---|---|
| GA09 | 31904 | | 1877253 | 01 | 3842 |

**BILL TO:**  IF SAME AS SHIP TO WRITE "SAME" BELOW     **SHIP TO:**  IF MULTIPLE, CHECK BOX & LIST IN SPECIAL INSTRUCTIONS ☐

NAME _____          NAME Midtown Med Center

ADDRESS _____          ADDRESS 710 Center Street

Ship using #
fedex acct #
4816 85524

ADDRESS _____          ADDRESS _____

CITY/STATE/ZIP _____          CITY/STATE/ZIP Columbus, GA 31901

ATTENTION / PHONE # _____          ATTENTION PO#490554

PAYMENT TERMS: 3%_30_N_60* UNLESS YOU HAVE A SIGNED CONTRACT ON FILE.

**E X A C T R E P E A T**

| REQUESTED SHIP DATE | SHIP METHOD/VIA | FREIGHT | | BILL ON | | WAREHOUSING ☐ Y |
|---|---|---|---|---|---|---|
| ASAP | 3rd party | 2P PLANT ☐ / 4 COLLECT ☐ / 2A SALES ☐ / 3RD PTY ☐ / INSIDE DELIVERY ☐ / 1 ADD TO INVOICE ☐ / 21 BURY ☐ | | COMPLETION ☐ / RELEASE ☐ | | PROMO CODE ☐ N |

| QUANTITY | FORM NUMBER AND DESCRIPTION | PTS | TOTAL SELL PRICE | TOTAL LIST/TRANS PRICE |
|---|---|---|---|---|
| 500 | Chemo + You Book | | | |

| TYPE ORDER | ☐ LASER CUT-SHEET ☐ ROLL ☐ FLAT ☐ CONTINUOUS ☐ IMPRINT ☐ SNAPOUT ☐ CLUB RUN (AD) ☐ CUSTOM | COMPOSITION ☐ LIGHT ☐ MEDIUM ☐ HEAVY | NO OVER / UNDER RUN | UOI | COST/UNIT Send cost | SELL/UNIT | SERVICE/COMMISSION % |
|---|---|---|---|---|---|---|---|

PREVIOUS JOB NUMBER    PICK UP FROM JOB #    PLANT RELEASE NUMBER           PRODUCT CODE

| P ☐ Y STANDARD ☐ SALES REP  DATE | SPECIAL BILLING INSTRUCTIONS | QUOTE # | DATE | SY |
|---|---|---|---|---|
| R ☐ COLOR ☐ CUSTOMER  / / | CODE(S)  RUSH CHG  ART CHG  PALLET CHG | | | |
| O F ☐ N ☐ ACCETATE ATTN | | | | |

**R P T W C H G**

**SPECIAL INSTRUCTIONS:**     ☐ COPY CHANGE  ☐ SPEC CHANGE  ☐ COPY ATTCH

no overs / exact qty

**MUST SUBMIT A CLEAR COPY**

| COMBINATION ORDER ☐ Y ☐ N | MICR PT(S) | ☐ STATIC ☐ CONS ☐ MOD# ☐ DR ○ DSR | NUMBERING (PREFIX - STARTING # - SUFFIX) | COLOR | ☐ GUAR. # ☐ CRASH ☐ PRESS | ☐ LIST MISSING | NO. OF POSITIONS |
|---|---|---|---|---|---|---|---|

RUN WITH ORDER #

| PAPER | | | | INK | | | | | PERFORATION | | | | | | MARGINAL WORDS | CARBON | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PART # | COLOR | WEIGHT | TYPE | (STL)# WIDTH X LENGTH | INK ☐STD ☐MTCH ☐PMS ☐HEAT FREE | 1ST | 2ND | 3RD | 4TH | 5TH | STH/ BACK | TOP | BOT | LEFT | RIGHT | HORZ | VERT | POSITION: | TYPE | SIZE |

| 1 | | | | X | | | | | | | | | | | | | | X |
| 2 | | | | X | | | | | | | | | | | | | | X |
| 3 | | | | X | | | | | | | | | | | | | | X |
| 4 | | | | X | | | | | | | | | | | | | | X |
| 5 | | | | X | | | | | | | | | | | | | | X |
| 6 | | | | X | | | | | | | | | | | | | | X |
| 7 | | | | X | | | | | | | | | | | | | | X |
| 8 | | | | X | | | | | | | | | | | | | | X |

See attached

**N E W Q U O T E**

CRIMP PAPER ☐ L ☐ R    GLUING ☐ T ☐ L ☐ SPOT    FORM USE ☐ HAND ☐ TYPED    SPACING H V    FOLD SHOW ON SAMPLE    PUNCHING POSITION #HOLES DIAMETER C TO C
CRIMP PAPER & CARBON ☐ L ☐ R    ☐ B ☐ R ☐ CROSS WEB    ☐ COMPUTER ☐ LASER

STUB WIDTH & POSITION    L  T  B  R    BOOK BINDING ☐ PERFECT ☐ SADDLESTITCHED    BIND ☐ T ☐ L    SPIRAL COIL ☐ WIRE  QTY PER BOOK    SECURITY FEATURE(S)
☐ WRAP AROUND ☐ STAPLE  PTS STAYS    ☐ B    ☐ PLASTIC
☐ OPEN END ☐ TAPE LOCK  IN BOOK

ROLL: FACE ☐ IN ☐ OUT    CORE SIZE    ROUND/CLIP CORNER LASER:    FMS STANDARD PALLET    RETURN ARTWORK?    SEND SALESPERSON
PULL ☐ HEAD ☐ FOOT    ☐ TL ☐ TR    WHICH DIMENSION FEEDS INTO THE PRINTER?    ☐ 40" D x 44" W    ☐ Y ☐ N
☐ BL ☐ BR    ☐ WIDTH ☐ LENGTH    OTHER:    SAMPLES

along top

PAD    POLYWRAP    BOX/INNER BOX    CARTON ☐ ROLL    PALLET    WIRE / STRING    MYLAR REINFORCEMENT PARTS W L    TRANSFER TAPE ☐
☐ PERMANENT ☐ REMOVABLE ☐

/ PO    / PK    / BX    / CT    / RL    / PL    / SET

963380 (9/97)    * IF IMPRINT COPY IS DIFFERENT THAN "BILL TO", INDICATE IN DETAIL IN THE "SPECIAL INSTRUCTION" SECTION

INTERNAL PLANT COPY

 **Shipment Receipt**

**Address Information**

**Ship to:**
WAREHOUSE
MIDTOWN MEDICAL CENTER
710 CENTER STREET

COLUMBUS, GA
31901
US
7063279000

**Ship from:**
DEBORAH CANTRELL
WORKFLOWONE
5651 WHITESVILLE ROAD
SUITE 104
COLUMBUS, GA
31904
US
6789452470

**Shipment Information:**
Tracking no.: 772973484539
Ship date: 02/23/2015
Estimated shipping charges: 0.00

**Package Information**
Pricing option: FedEx Standard Rate
Service type: FedEx Ground
Package type: Your Packaging
Number of packages: 5
Total weight: 229  LBS
Declared Value: 3500.00  USD
Special Services: Direct signature required
Pickup/Drop-off: Drop off package at FedEx location

**Billing Information:**
Bill transportation to: Third party
Your reference:  J5322694
P.O. no.:
Invoice no.:
Department no.:

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.

The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

# PACKING SLIP

| Ship Date | Invoice No. |
|-----------|-------------|
| 2/23/2015 | 134025 |

**Standard Register**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

| Ship To: |
|----------|
| **MIDTOWN MEDICAL CENTER** |
| **710 CENTER STREET** |
| **COLUMBUS, GA 31901** |
| **Attn:** RECIEVING |

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|--------------------|--------|---------------|-----------------|
| J5322694 | | FED EX | 490554 |

| Job Description | Quantity |
|-----------------|----------|
| MIDTOWN MEDICAL CHEMO AND YOU BOOKS | 500 |

*Shipped FED EX. See Attached*

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/26/2015 | 134056 |

Bill To

Standard Register
600 Albany Street
Dayton,OH   45417-3405

**Terms**

2% 20 Net 30

**Due Date**

3/26/2015

| P.O. Number | Ship Date | Contact |
|-------------|-----------|---------|
| M122 | 2/26/2015 | JEREMEY |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| SERVICE EXCEL CARD LARGE | | | |
| PRINTING - QTY 20,000 | | 888.00 | 888.00 |
| SHIPPING CHARGE | | 128.58 | 128.58 |

| | | |
|---|---|---|
| **Subtotal** | | $1,016.58 |
| **Sales Tax** | | $0.00 |
| **Total** | | $1,016.58 |

Return from Printable View

**2706, 7243A SERVICE EXCEL CARD-LARGE (01-49065)**
Order Details

February 10, 2015 2:52:40 PM

## Order: 2706 - 328303 CMC Patient Guide To Surgery

View Order List

Order Information

| | | | |
|---|---|---|---|
| Title: | 2706 - 328303 CMC Patient Guide To Surgery | Prefix: | M |
| **Order completion date:** | **2/19/15 5:00 PM** | **Quote Number:** | **per Debbie Cox** |
| Status: | Accepted | Sales Rep: | Sherrill, Jeremy |
| Buyer workgroup: | Workflow Enterprise | Sales Rep Territory: | 93634 |
| Buyer Person: | Kathy Duckworth | Project Number: | 01-49065 |
| Supplier workgroup: | Design Type, Inc. (WFO) | Project Completion Date: | 2/19/15 |
| Supplier Person: | Orders Design Type | New or Reprint?: | Exact Repeat |
| Production Plus Direct Bill: | | Project Hot?: | Yes |
| Customer Name: | AMERICAN PRODUCT DISTRIBUTORS (APD) - includes all CHS | **General Information** | |
| | | Payment method: | Purchase Order |
| Customer Number: | 7039628 | **WFO Purchase Order Number:** | **M122** |
| Client ID: | 2706 | Allowed Overs: | 0.00 % |
| **Customer PO:** | **NA** | Allowed Unders: | 0.00 % |
| Local Terms and Conditions: | CharlotteNC Standard Register 4001 Performance Road Charlotte, NC 28214 | | |
| Buyer Phone Number: | 704-553-6056 | | |

*Shipped U.P.S.*

*1Z4690760354461820*

Order Items

> Reorder of 2706, 7243A SERVICE EXCEL CARD-LARGE (8746226) [ Job Id: 8284935 ]

| | | | |
|---|---|---|---|
| Completion date: | 2/19/15 5:00 PM | **Quantity:** | **20,000** |
| **Item Number:** | **7243A** *Item is validated* | Rate Card: | NONE |
| Item Name: | SERVICE EXCEL CARD-LARGE | Cost Price: | $44.40 per 1,000 |
| Pricing UOI: | 1/CT/1 | Last Supplier Job Number: | |
| Pricing UOR: | 1000/EA/1 | Last Order Number: | M117  *133812* |
| Packaging UOI: | 500/CT/1 | | |
| Packaging UOR: | 1/EA/1 | | |
| Bill Code: | Bill Upon Inventory Release | | |
| Requested Shipments: | 20,000 | | |
| Delivered: | 0 | | |
| Received: | 0 | | |

Vendor Cost:    $888.00

| | |
|---|---|
| Order Total: | $888.00 |
| Tax: | $0.00 |
| Shipping: | $0.00 |
| **Grand Total:** | **$888.00** |

Detailed Specifications

Reorder of 2706, 7243A SERVICE EXCEL CARD-LARGE

### Spec Description

| | |
|---|---|
| Name: | Reorder of 2706, 7243A SERVICE EXCEL CARD-LARGE |
| SKU: | 7243A |
| Reference Number: | 8746226 |
| Product Type: | Card |

### Size

| | Width | Height | | Other |
|---|---|---|---|---|
| Finished size: | 5 x | 4 | in | *ISO:* |

### Stocks and Inks

| Stock used as | Stock Description | Ink Description |
|---|---|---|
| 2706, 7241 SERVICE EXCEL CARD-SMALL | Name:Cougar<br>Weight:100 lb<br>Type:Cover<br>Coating:Uncoated<br>Finish:Smooth<br>Color:White | Inks for both sides<br>Black:Medium<br>Spot colors:Medium 1 PMS 321<br><br>Bleeds:Yes |

### Prepress

### Art and Files

✔ Exact Reprint Comments:

### Packaging

| Wrapping | Quantity | Special Instructions |
|---|---|---|
| ✔ Shrink wrap in | 50 | NO OVERS, UNDERS OR PARTIALS. |
| **Packing** | **Quantity** | **Special Instructions** |
| ✔ Carton pack in | | Material:<br>10 PACKS OF 50 - 500/CARTON |

### Shipment Details
#### Shipment Information

Spec:　Reorder of 2706, 7243A SERVICE EXCEL CARD-LARGE

Job Id: 8284935

Buyer: Kathy Duckworth of Workflow Enterprise

Supplier: Orders Design Type of Design Type, Inc. (WFO)

Shipment Name: Reorder of 2706, 7243A SERVICE EXCEL CARD-LARGE Shipment
Status: Not Shipped

Delivery Address #1 of 1

| | |
|---|---|
| Warehouse Name: | CEVA Logistics Charlotte (CFE) |
| Warehouse ID: | 0822 |
| Address: | 1816 West Pointe Drive |
| | |
| City: | Charlotte |
| State: | NC |
| Postal Code: | 28214-9284 |
| Warehouse Promo Code: | MCL |

**Requested**

| | |
|---|---|
| Request Type: | Normal |
| Delivery Date: | 2/19/15 |
| Quantity: | 20,000 |
| Ship Via: | 000000002: BEST METHOD |

**Delivery**

Quantity shipped: 0                              Units:
                                                 Weight:

Terms & Conditions

**Workflow Enterprise Purchase Terms and Conditions**

Standard Register vendors can contact Accounts Payable by emailing accountspayable@standardregister.com or by contacting:

Accounts Payable Service Rep for vendors A-J:
Sherri Perry
T: (937) 221-2125
F: (937) 913-3154
Sherri.Perry@StandardRegister.com

Accounts Payable Service Rep for vendors K-S:
Ortha Jean Mooney
T: (937) 221-2118
F: (937) 913-3012
OrthaJean.Mooney@StandardRegister.com

Accounts Payable Service Rep for vendors T-Z:
Chris Jeans
T: (937) 221-2110
F: (937) 913-3196
Chris.Jeans@StandardRegister.com

Page references below are from the Standard Register 2014 Order Fulfillment Instructions guide. Copies of the OFI can be obtained by contacting strategicsourcing@standardregister.com. Several new additions have been made to the Order Fulfillment Instructions that we provide to our Certified Trade Partners. The OFI gives guidelines as to purchase orders, packaging, palletizing, freight compliance, etc. to ensure seamless business interactions between Standard Register and its valued sourcing network.

Below are a few (but not all) changes from last year:

Invoicing:
• All invoices must contain a Purchase Order number. (p. 12)
Purchase Orders:
• All purchase orders must be received directly from NetSource, Hagen, CPX, NFM, Printstream, Star, or I-series. (p. 12)
Shipping:
• Standard Register UPS Parcel Program – One account will be issued per vendor.
Palletizing:
• Pallet requirements for each individual warehouse vary. (p. 16)

Labeling:
• Standard Register labels for shipping. (p. 15)
Terms
• Terms for STP are 2%, 30 Net 60. (p. 26)

**Design Type, Inc. (WFO) Sales Terms and Conditions**

*Design Type, Inc. (WFO) has not entered any Terms & Conditions.*

# PACKING SLIP

| Ship Date | Invoice No. |
|-----------|-------------|
| 2/20/2015 | 134056 |

**Standard Register**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

**Ship To:**

**CEVA LOGISTICS CHARLOTTE**

**1816 WEST POINTE DR**

**CHARLOTTE, NC 28214**

Attn:

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|--------------------|--------|---------------|-----------------|
| M122 | | UPS | |

| Job Description | Quantity |
|-----------------|----------|
| CAROLINAS HEALTHCARE<br>FORM # 7243A<br>SERVICE EXCEL CARD LARGE | 20000 |

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

**Invoice**

| Date | Invoice # |
|------|-----------|
| 2/26/2015 | 134072 |

Bill To

Standard Register
600 Albany Street
Dayton,OH   45417-3405

**Terms**

2% 20 Net 30

**Due Date**

3/26/2015

| P.O. Number | Ship Date | Contact |
|-------------|-----------|---------|
| J360 | 2/26/2015 | JEREMEY |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| LEVINE BUSINESS CARDS TYPESETTING AND OVERPRINTS FOR LYNN MYERS | | | |
| PREPRESS | | 15.00 | 15.00 |
| PRINTING - QTY 500 | | 76.00 | 76.00 |
| SHIPPING CHARGE | | 9.51 | 9.51 |

| | |
|---|---|
| **Subtotal** | $100.51 |
| **Sales Tax** | $0.00 |
| **Total** | $100.51 |

Case 15-10541-BLS   Doc 1018-1   Filed 09/04/15   Page 240 of 319

Return from Printable View

2706 - 249810 LCH B-C (1528551) Lynne Myers (01-53231)
Order Details

February 12, 2015 9:29:05 AM

## Order: 2706 - 249810 LCH B-C (1528551) Lynne Myers

### Order Information

| | | | |
|---|---|---|---|
| Title: | 2706 - 249810 LCH B-C (1528551) Lynne Myers | Comments: | Copy attached. |
| | | Prefix: | J |
| Order completion date: | 2/16/15 5:00 PM | Quote Number: | Contract |
| Status: | Accepted | Sales Rep: | Sherrill, Jeremy |
| Buyer workgroup: | Workflow Enterprise | Sales Rep Territory: | 93634 |
| Buyer Person: | Kathy Duckworth | Project Number: | 01-53231 |
| Supplier workgroup: | Design Type, Inc. (WFO) | Project Completion Date: | 2/16/15 |
| Supplier Person: | Orders Design Type | New or Reprint?: | New |
| Production Plus Direct Bill: | | Project Hot?: | No |
| Customer Name: | AMERICAN PRODUCT DISTRIBUTORS (APD) - includes all CHS | **General Information** | |
| | | Payment method: | Purchase Order |
| Customer Number: | 7039628 | WFO Purchase Order Number: | J360 |
| Client ID: | 2706 | | |
| Customer PO: | 1528551 | Allowed Overs: | 0.00 % |
| Local Terms and Conditions: | CharlotteNC Standard Register 4001 Performance Road Charlotte, NC 28214 | Allowed Unders: | 0.00 % |
| Buyer Phone Number: | 704-553-6056 | | |

### Order Items

249810 LEVINE BUSINESS CARDS (8750233) [ Job Id: 8288673 ]

| | | | |
|---|---|---|---|
| Completion date: | 2/16/15 5:00 PM | Quantity: | 500 |
| Item Number: | 249810 *Item is validated* | Rate Card: | NONE |
| Item Name: | CARD,BUSINESS LEVINE CHIL | Cost Price: | $212.00 per 1,000 |
| Pricing UOI: | 1/BX/1 | Notes: | No sell - Rerun. |
| Pricing UOR: | 1000/EA/1 | Last Supplier Job Number: | |
| Packaging UOI: | 500/BX/1 | Last Order Number: | |
| Packaging UOR: | 1/EA/1 | | |
| Bill Code: | Bill Upon Inventory Release | | |
| Requested Shipments: | 500 | | |
| Delivered: | 0 | | |
| Received: | 0 | | |

| | |
|---|---|
| **Vendor Cost:** | $106.00 |

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/26/2015 | 134072 |

Bill To

Standard Register
600 Albany Street
Dayton,OH   45417-3405

**Terms**

2% 20 Net 30

**Due Date**

3/26/2015

| P.O. Number | Ship Date | Contact |
|-------------|-----------|---------|
| J360 | 2/26/2015 | JEREMEY |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| LEVINE BUSINESS CARDS TYPESETTING AND OVERPRINTS FOR LYNN MYERS | | | |
| PREPRESS | | 15.00 | 15.00 |
| PRINTING - QTY 500 | | 76.00 | 76.00 |
| SHIPPING CHARGE | | 9.51 | 9.51 |

| | | |
|-------|------|------|
| **Subtotal** | | $100.51 |
| **Sales Tax** | | $0.00 |
| **Total** | | $100.51 |

Standard Register > 2706 - 249810 LCH B-C (1528551) Lynne Myers ...   http://sourcing.standardregister.com/noosh/procurement/ordering/order...

Return from Printable View

2706 - 249810 LCH B-C (1528551) Lynne Myers (01-53231)
Order Details

February 12, 2015 9:29:05 AM

## Order: 2706 - 249810 LCH B-C (1528551) Lynne Myers

View Order List

### Order Information

| | | | |
|---|---|---|---|
| Title: | 2706 - 249810 LCH B-C (1528551) Lynne Myers | Comments: | Copy attached. |
| | | Prefix: | J |
| **Order completion date:** | **2/16/15 5:00 PM** | **Quote Number:** | **Contract** |
| Status: | Accepted | Sales Rep: | Sherrill, Jeremy |
| Buyer workgroup: | Workflow Enterprise | Sales Rep Territory: | 93634 |
| Buyer Person: | Kathy Duckworth | Project Number: | 01-53231 |
| Supplier workgroup: | Design Type, Inc. (WFO) | Project Completion Date: | 2/16/15 |
| Supplier Person: | Orders Design Type | New or Reprint?: | New |
| Production Plus Direct Bill: | | Project Hot?: | No |
| Customer Name: | AMERICAN PRODUCT DISTRIBUTORS (APD) - includes all CHS | **General Information** | |
| | | Payment method: | Purchase Order |
| Customer Number: | 7039628 | **WFO Purchase Order Number:** | **J360** |
| Client ID: | 2706 | Allowed Overs: | 0.00 % |
| **Customer PO:** | **1528551** | Allowed Unders: | 0.00 % |
| Local Terms and Conditions: | **Charlotte NC** Standard Register 4001 Performance Road Charlotte, NC 28214 | | |
| Buyer Phone Number: | 704-553-6056 | | |

### Order Items

249810 LEVINE BUSINESS CARDS (8750233) [ Job Id: 8288673 ]

| | | | |
|---|---|---|---|
| Completion date: | 2/16/15 5:00 PM | **Quantity:** | **500** |
| **Item Number:** | **249810** *Item is validated* | Rate Card: | NONE |
| Item Name: | CARD,BUSINESS LEVINE CHIL | Cost Price: | $212.00 per 1,000 |
| Pricing UOI: | 1/BX/1 | Notes: | No sell - Rerun. |
| Pricing UOR: | 1000/EA/1 | Last Supplier Job Number: | |
| Packaging UOI: | 500/BX/1 | Last Order Number: | |
| Packaging UOR: | 1/EA/1 | | |
| Bill Code: | Bill Upon Inventory Release | | |
| Requested Shipments: | 500 | | |
| Delivered: | 0 | | |
| Received: | 0 | | |

|  |  |
|---|---|
| **Vendor Cost:** | $106.00 |

| | |
|---|---|
| Order Total: | $106.00 |
| Tax: | $0.00 |
| Shipping: | $0.00 |
| **Grand Total:** | **$106.00** |

## Detailed Specifications

### 249810 LEVINE BUSINESS CARDS

#### Spec Description

| | |
|---|---|
| Name: | 249810 LEVINE BUSINESS CARDS |
| SKU: | 249810 |
| Reference Number: | 8750233 |
| Product Type: | Business Card |

#### Size

| | Width | Height | Other |
|---|---|---|---|
| Finished size: | 3 1/2 x | 2 in | *ISO:* |

#### Stocks and Inks

| Stock used as | Stock Description | Ink Description |
|---|---|---|
| LEVINE BUSINESS CARD | Name:Environmental Felt<br>Weight:80 lb<br>Type:Cover<br>Coating:Uncoated<br>Color:White | **Inks for printing one side only**<br>Black:Medium<br>Spot colors:Light 1 PMS 321<br>Bleeds:No<br>First Inks comments:IMPRINT ON NEW LCH NEW SHELLS Shell Inks: Yellow Bar at top – set to CMYK – Match PMS 7406 All teal items – spot PMS 321 Red in logo – set to CMYK – Match PMS 1795 Blue in logo – set to CMYK – Match PMS 300 Yellow in logo – set to CMYK – Match PMS 7406 Type – 80% Black Type in CHS logo – 100% Black |

#### Post-Press

#### Folding and Bindery

✔ Trim to size

#### Packaging

| Packing | Quantity | Special Instructions |
|---|---|---|
| ✔ Box in | 500 | MUST PACK/SHOW ON BOX LABEL 500/BOX. NO OVER, UNDER, PARTIAL.<br><br>PUT CUSTOMER PO ON ALL SHIPMENTS. |

#### Shipment Details

#### Shipment Information

Spec: 249810 LEVINE BUSINESS CARDS

Job Id: 8288673

# PACKING SLIP

| Ship Date | Invoice No. |
|---|---|
| 2/20/2015 | **134072** |

**Standard Register**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

| Ship To: |
|---|
| **CAROLINAS HEALTHCARE SYSTEM** |
| **2828 NORTH POPLAR ST** |
| **CHARLOTTE, NC 28206** |
| **Attn:** LYNNE MYERS |

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|---|---|---|---|
| J360 | | UPS | 1528551 |

| Job Description | Quantity |
|---|---|
| LEVINE CHILDRENS<br>FORM # 249810<br>BUSINESS CARDS FOR MYERS<br><br>Shipped UPS<br><br>1Z4690760354019559 | 500 |

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

**Invoice**

| Date | Invoice # |
|---|---|
| 2/26/2015 | 134113 |

Bill To

Standard Register
600 Albany Street
Dayton,OH   45417-3405

**Terms**

2% 20 Net 30

**Due Date**

3/26/2015

| P.O. Number | Ship Date | Contact |
|---|---|---|
| X791500 | 2/26/2015 | DEBORA |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| EAST GLEN BUSINESS CARDS FOR MELISSA MARTIN | | | |
| PRINTING - QTY 500 | | 40.00 | 40.00 |
| SHIPPING CHARGE | | 8.80 | 8.80 |

| | |
|---|---|
| **Subtotal** | $48.80 |
| **Sales Tax** | $0.00 |
| **Total** | $48.80 |

From: <autosender2@STANDARDREGISTER.COM>
Subject: **DESIGN TYPE PRINT SERVICES B/L#:01-K182691 Ord#: X791500**
Date: February 19, 2015 3:30:06 PM EST
To: <orderentry@designtype.com>
  1 Attachment, 52.4 KB

B/L#: 01-K182691

| | |
|---|---|
| STANDARD REGISTER | PAGE # 1 |
| P.O. BOX 3933 | DATE 2/19/15 15:30 |
| DAYTON OH 45401 | COMBILL OF LADING NO 01-K182691 |
| For Returns call (770) 840-3300 | |

WAREHOUSE: DESIGN TYPE PRINT SERVICES    ORDER # X791500
ORDER # :

SPECIAL SHIPPING INSTRUCTIONS:

| | |
|---|---|
| CO. CUSTOMER | 01-07059241 |
| CHARGE TO: | |
| COST CENTER NO | EAST GLEN |
| CUSTOMER PO NO. | 50-1355 |

SOLD TO: **EAST GLEN LLC**
SHIP TO: **EAST GLEN LLC**
**MELISSA MARTIN**
**53 MEDICAL PARK DR EAST**
**BIRMINGHAM, AL 35235-3402**

CARRIER:

| REQUESTED BY | | DELIVERY | DELIVERY TERMS | SHIP VIA | WEIGHT | NO OF PIECES |
|---|---|---|---|---|---|---|
| | | INSIDE | PrePaid | UPS GROUND | .00 | .00 |

| ITEM NO. | DESCRIPTION | LOCATION | # OF UNITS | UOM | QTY PER UNIT | BID UNITS | TOTAL QTY SHIPPED | VALUE |
|---|---|---|---|---|---|---|---|---|
| NHBC-500 | BUSINESS CARDS | KIT-POD | 1 | BX | 500 | | 500 | |
| | Job#: 5238743 | | | | | | | |

SPECIAL PACKING INSTRUCTIONS

**Standard Register**
ADVANCING YOUR REPUTATION

TOTAL VALUE

```
BILLING INFO:
company:01
name:EAST GLEN LLC
address1:600 CORPORATE PKWY STE 100
address2:
city:BIRMINGHAM
state:AL
zip:35242-5451
country:

SHIPPING INFO:
customer:07059241
igetsmart company order number:X791500
Order Date:20150219
reference number:50-1355
name:EAST GLEN LLC
attention:MELISSA MARTIN
costcenter number:EAST GLEN
costcenter/shipping address1:53 MEDICAL PARK DR EAST
address2:
city:BIRMINGHAM
state:AL
zip:35235-3402
shipvia:UPS GROUND
day phone:
evening phone:
email:
request by:
special instructions:

DETAIL INFO:
URL:http://commerce.workflowoneaccess.com/UI/VariableImage/PDFO/
lit0aSra9PE1nu1SE1YVU2Kw-e-e.pdf
item number: NHBC-500
Quantity: 1 BX 500
cardtype: BUSINESS CARDS
languageoption: English
Sequence Number: 1
Billing Transaction Number: 057141071
Warehouse Descriptor:
Combined Warehouse Order: N

USER FIELDS:
four51username:purchasing@nolandhealth.com
Name:Melissa Martin, RN, BSN
Title1:Director of Nursing
Address1:53 Medical Park Drive East
City:Birmingham
State:Alabama
ZIP:35235
Tel1:2058364231
Teltype1:Phone
Teltype2:Fax
Email:mmartin@nolandhealth.com
Website:www.nolandhealth.com
Logo:Noland_BC02_Eastglen.pdf
Document:Noland_BC02.xdt
Tel3:2057670410
Teltype3:Cell
atBC:Noland_Assisted_Living_Cards.xat
NameSelect:East Glen, LLC.
--------------------------------------------------------
```

# PACKING SLIP

| | Ship Date | Invoice No. |
|---|---|---|
| | 2/24/2015 | 134113 |

**Standard Register**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

**Ship To:**

**EAST GLEN LLC**

**53 MEDICAL PARK DR EAST**

**BIRMINGHAM, AL 35235**

**Attn:** MELISSA MARTIN

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|---|---|---|---|
| X791500 | | UPS | 50-1355 |

| Job Description | Quantity |
|---|---|
| EAST GLEN<br>FORM # NHBC-500<br>BUSINESS CARDS FOR MARTIN | 500 |

Shipped UPS
1Z469076035 2498705

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

**Invoice**

| Date | Invoice # |
|------|-----------|
| 2/26/2015 | 134038 |

Bill To

Standard Register
600 Albany Street
Dayton,OH   45417-3405

**Terms**

2% 20 Net 30

**Due Date**

3/26/2015

| P.O. Number | Ship Date | Contact |
|-------------|-----------|---------|
| J358 | 2/26/2015 | LINDA |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| STROKE INFO CARD 306-03070 | | | |
| PRINTING - QTY 1000 | | 250.00 | 250.00 |
| SHIPPING CHARGE | | 58.39 | 58.39 |

| | |
|---|---|
| **Subtotal** | $308.39 |
| **Sales Tax** | $0.00 |
| **Total** | $308.39 |

Return from Printable View

3191 306-03070 GHS (01-53114)                                                February 6, 2015 12:45:26 PM
Order Details

## Order: 3191 306-03070 GHS                                          View Order List

### Order Information

| | | | |
|---|---|---|---|
| Title: | 3191 306-03070 GHS | Comments: | EXACT REPEAT 133973 |
| Order completion date: | 2/17/15 3:00 PM | Prefix: | J |
| Status: | Accepted | Quote Number: | DEBBIE COX |
| Buyer workgroup: | Workflow Enterprise | Sales Rep: | David, Linda A |
| Buyer Person: | Vanessa White | Sales Rep Territory: | 61403 |
| Supplier workgroup: | Design Type, Inc. (WFO) | Project Number: | 01-53114 |
| Supplier Person: | Orders Design Type | Project Completion Date: | 2/17/15 |
| Production Plus Direct Bill: | | New or Reprint?: | Exact Repeat |
| | | Project Hot?: | No |
| Customer Name: | GRADY HEALTH SYSTEM | | |
| Customer Number: | 1894413 | **General Information** | |
| Client ID: | 3191 | Payment method: | Purchase Order |
| Customer PO: | JACKIE MOORE | WFO Purchase Order Number: | J353 |
| Local Terms and Conditions: | Atlanta Standard Register 4855 Peachtree Industrial Blvd, Ste 220, Norcross, GA 30092 | Allowed Overs: | 0.00 % |
| | | Allowed Unders: | 0.00 % |
| Buyer Phone Number: | 770.840.3336 | | |

### Order Items

306-03070 STROKE INFO CARD (306-03070) [ Job Id: 8280797 ]

| | | | |
|---|---|---|---|
| Completion date: | 2/17/15 3:00 PM | Quantity: | 1.000 |
| Item Number: | 306-03070 *Item is validated* | Rate Card: | NONE |
| Item Name: | STROKE INFO CARD | Cost Price: | $250.00 per 1,000 |
| Pricing UOI: | 1/EA/1 | Last Supplier Job Number: | 133973 |
| Pricing UOR: | 1/EA/1 | Last Order Number: | J353 |
| Packaging UOI: | 1/EA/1 | | |
| Packaging UOR: | 1/EA/1 | | |
| Bill Code: | Bill Upon Inventory Release | | |
| Requested Shipments: | 1,000 | | |
| Delivered: | 0 | | |
| Received: | 0 | | |

| | |
|---|---|
| Vendor Cost: | $250.00 |
| Order Total: | $250.00 |
| Tax: | $0.00 |
| Shipping: | $0.00 |

Grand Total:        $250.00

Detailed Specifications

 306-03070 STROKE INFO CARD

### Spec Description

Name:              306-03070 STROKE INFO CARD
SKU:               306-03070
Reference Number:  306-03070
Product Type:      Card
Description:       EXACT REPEAT 133973

### Size

|                | Width | Height    | Other |
|----------------|-------|-----------|-------|
| Finished size: | 2.2   | x 3.625 in | ISO:  |
| Flat size:     | 11    | x 3.625   |       |

### Stocks and Inks

| Stock used as | Stock Description | Ink Description |
|---------------|-------------------|-----------------|
| CARD          | Weight:80 lb      | Inks for both sides |
|               | Type:Cover        | Black:Medium    |
|               | Color:NEON PINK   |                 |
|               |                   | Bleeds:No       |

### Prepress
### Art and Files

✔ Exact Reprint Comments: EXACT REPEAT 133973

### Post-Press
### Folding and Bindery

✔ Trim to size

✔ Folding

Comments:  10-PAGE ACCORDION FOLD

### Packaging

| Packing | Quantity | Special Instructions |
|---------|----------|---------------------|
| ✔ Vendor Choice | | |

Shipment Details

## Shipment Information

Spec: 306-03070 STROKE INFO CARD
Job Id: 8280797
Buyer: Vanessa White of Workflow Enterprise
Supplier: Orders Design Type of Design Type, Inc. (WFO)

Shipment Name: 306-03070 STROKE INFO CARD Shipment
Status: Not Shipped

Delivery Address #1 of 1

| | | | |
|---|---|---|---|
| Cost Center Number: | 28802 | Address: | 80 JESSE HILL JR. DRIVE SE |
| Cost Center Name: | MARCUS STROKE & NEURO SCIENCE | | ROOM 8B |
| Charge to Cost Center: | 28802 | City: | ATLANTA |
| | | State: | GA |
| Charge to Cost Center Name: | | Postal Code: | 30303-3031 |
| | | Country: | US |
| Name (First, MI, Last): | JACKIE MOORE | Req & Line Charge?: | Yes |
| Company Name: | | Free Freight?: | Yes |
| Work Phone Number: | | | |
| E-mail: | | | |

### Requested

Request Type: Normal
Delivery Date: 2/17/15
Quantity: 1,000
Ship Via: 000000002: BEST METHOD

### Delivery

Quantity shipped: 0

Units:
Weight:

## Terms & Conditions

### Workflow Enterprise Purchase Terms and Conditions

Standard Register vendors can contact Accounts Payable by emailing accountspayable@standardregister.com or by contacting:

Accounts Payable Service Rep for vendors A-J:
Sherri Perry
T: (937) 221-2125
F: (937) 913-3154
Sherri.Perry@StandardRegister.com

Accounts Payable Service Rep for vendors K-S:
Ortha Jean Mooney
T: (937) 221-2118
F: (937) 913-3012
OrthaJean.Mooney@StandardRegister.com

Accounts Payable Service Rep for vendors T-Z:
Chris Jeans
T: (937) 221-2110
F: (937) 913-3196
Chris.Jeans@StandardRegister.com

Page references below are from the Standard Register 2014 Order Fulfillment Instructions guide. Copies of the OFI can be obtained by contacting strategicsourcing@standardregister.com. Several new additions have been made to the Order Fulfillment Instructions that we provide to our Certified Trade Partners. The OFI gives guidelines as to purchase orders, packaging, palletizing, freight compliance, etc. to ensure seamless business interactions between Standard Register and its valued sourcing network.

Below are a few (but not all) changes from last year:

Invoicing:
• All invoices must contain a Purchase Order number. (p. 12)
Purchase Orders:
• All purchase orders must be received directly from NetSource, Hagen, CPX, NFM, Printstream, Star, or I-series. (p. 12)
Shipping:
• Standard Register UPS Parcel Program – One account will be issued per vendor.
Palletizing:
• Pallet requirements for each individual warehouse vary. (p. 16)
Labeling:
• Standard Register labels for shipping. (p. 15)
Terms:
• Terms for STP are 2%, 30 Net 60. (p. 26)

### Design Type, Inc. (WFO) Sales Terms and Conditions

*Design Type, Inc. (WFO) has not entered any Terms & Conditions.*

COURIER-NOW, INC.

EDIT PLACED ORDER    02/25/2015 08:14

ALBERT
WPS1670
DESIGN TYPE
1670 SPECTRUM DRIVE
LAWRENCEVILLE GA 30043
770-338-9801
134038
CNW

DESIGN TYPE
1670 SPECTRUM DRIVE
LAWRENCEVILLE
ALBERT
770-338-8801

...30043

GRADY HOSPITAL
80 JESSE HILL JR
ROOM 8B
ATLANTA
JACKIE MOORE

BAI NABOU JOBE    02/25/2015 11:49

F1-HELP    F3-DELETE    F6-JUMP    F7-E

# PACKING SLIP

| | Ship Date | Invoice No. |
|---|---|---|
| | 2/25/2015 | 134038 |

**Standard Register**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

| Ship To: |
|---|
| **Grady Health System** |
| **MARCUS STROKE & NEUROSCIENCE, ROOM 8B** |
| **80 Jesse Hill Jr Drive** |
| **Atlanta, GA 30303** |
| **Attn:** JACKIE MOORE |

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|---|---|---|---|
| J358 | | COURIER NOW | |

| Job Description | Quantity |
|---|---|
| GRADY HEALTH<br>FORM # 306-03070<br>STROKE INFO CARD | 1000 |

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

**Invoice**

| Date | Invoice # |
|------|-----------|
| 2/28/2015 | 134152 |

Bill To

Standard Register
600 Albany Street
Dayton,OH   45417-3405

**Terms**

2% 20 Net 30

**Due Date**

3/28/2015

| P.O. Number | Ship Date | Contact |
|-------------|-----------|---------|
| J365 | 2/28/2015 | TOM |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| ROPER LIFELINE #9 ENVELOPES | | | |
| | | | |
| PRINTING - QTY 2000 | | 94.00 | 94.00 |
| SHIPPING CHARGE | | 17.75 | 17.75 |

| | |
|---|---|
| **Subtotal** | $111.75 |
| **Sales Tax** | $0.00 |
| **Total** | $111.75 |

Return from Printable View

2769-LIFE#9 (01-53543)                                                February 26, 2015 4:26:22 PM
Order Details

**Order: LIFE#9**                                                        View Order List

Order Information

| | | | |
|---|---|---|---|
| Title: | LIFE#9 | Prefix: | J |
| **Order completion date:** | **2/27/15 5:00 PM** | **Quote Number:** | **D Cox** |
| Status: | Accepted | Sales Rep: | Smith,Julie A |
| Buyer workgroup: | Workflow Enterprise | Sales Rep Territory: | 99302 |
| Buyer Person: | Tom Stratton | Project Number: | 01-53543 |
| Supplier workgroup: | Design Type, Inc. (WFO) | Project Completion Date: | 2/27/15 |
| Supplier Person: | Orders Design Type | New or Reprint?: | New |
| Production Plus Direct Bill: | | Project Hot?: | No |
| Customer Name: | AMERICAN PRODUCT DISTRIBUTORS - ROPER | **General Information** | |
| Customer Number: | 7040500 | Payment method: | Purchase Order |
| Client ID: | 2769 | **WFO Purchase Order Number:** | **J365** |
| **Customer PO:** | **10-4508** | Allowed Overs: | 10.00 % |
| Local Terms and Conditions: | Atlanta Standard Register 4855 Peachtree Industrial Blvd, Ste 220, Norcross, GA 30092 | Allowed Unders: | 10.00 % |
| Buyer Phone Number: | 770 840 3330 | | |

Order Items

#9 LIFELINE ENVELOPE (8776051) [ Job Id: 8316889 ]

| | | | |
|---|---|---|---|
| Completion date: | 2/27/15 5:00 PM | **Quantity:** | **2,000** |
| **Item Number:** | **LIFE#9** *Item is validated* | Rate Card: | NONE |
| Item Name: | #9 LIFELINE ENVELOPE | Cost Price: | $47.00 per 1,000 |
| Pricing UOI: | 1/BX/1 | Notes: | order for 4 boxes of 500 |
| Pricing UOR: | 1/BX/1 | | |
| Packaging UOI: | 500/BX/1 | Last Supplier Job Number: | |
| Packaging UOR: | 500/BX/1 | Last Order Number: | |
| Bill Code: | Bill Upon Straight Ship | | |
| Requested Shipments: | 2,000 | | |
| Delivered: | 0 | | |
| Received: | 0 | | |

| | |
|---|---|
| **Vendor Cost:** | $94.00 |
| Order Total: | $94.00 |
| Tax: | $0.00 |

| | |
|---|---|
| Shipping: | $0.00 |
| **Grand Total:** | **$94.00** |

Detailed Specifications

**#9 LIFELINE ENVELOPE**

**Spec Description**

Name: #9 LIFELINE ENVELOPE

SKU: LIFE#9

Reference Number: 8776051

Product Type: Envelope

**Envelope Description**

**Face and Back**

Type: Regular

Size: #9 3-7/8 x 8-7/8 (Height x Width)

Seam: Diagonal

**Flap**

Flap style: Triangular - rounded at edges

Flap opens: Long Dimension

Seal: Regular gum

**Stock & Inks**

**Stocks**

Type: Wove

Weight: 80

Color: WHITE

**Inks**

Both sides - same inks

Both sides - different inks

- Face only

Back only

**Inks - Details**

# PACKING SLIP

| Ship Date | Invoice No. |
|---|---|
| 2/27/2015 | 134152 |

**Standard Register**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

**Ship To:**

**LIFELINE PROGRAM**

**1483 TOBIAS GADSON BLVD, SUITE 208**

**CHARLESTON, SC 29407**

**Attn:** KELLEY PROGRAM

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|---|---|---|---|
| J365 | | UPS | 10-4508 |

| Job Description | Quantity |
|---|---|
| LIFELINE<br>FORM # LIFE#9<br>#9 LIFELINE ENVELOPE | 2000 |

Shipped UPS

1ZY690760353977249

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

**Invoice**

| Date | Invoice # |
|------|-----------|
| 2/28/2015 | 134102 |

Bill To

Standard Register
600 Albany Street
Dayton,OH  45417-3405

**Terms**

2% 20 Net 30

**Due Date**

3/28/2015

| P.O. Number | Ship Date | Contact |
|-------------|-----------|---------|
| X784918 | 2/28/2015 | DONALD |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| WAYNE FARMS BUSINESS CARDS FOR BRANDY BOYMAN | | | |
| PRINTING - QTY 250 | | 33.00 | 33.00 |
| SHIPPING CHARGE | | 11.73 | 11.73 |

| | |
|---|---|
| **Subtotal** | $44.73 |
| **Sales Tax** | $0.00 |
| **Total** | $44.73 |

STANDARD REGISTER
P.O. BOX 3933
DAYTON                                    OH  45401

For Returns call (770) 840-3300

| CD CUSTOMER | 01-07037301 |
| CHARGE TO | 001 |
| COST CENTER NO | 001 |
| CUSTOMER PO NO. | 568241(USH) |

| PAGE # | 1 | DATE | 2/18/15 | 17:01 |
| CO BILL OF LADING NO | | 01-K177605 | | |

WAREHOUSE: DESIGN TYPE PRINT SERVICES        ORDER # X784918
ORDER # :

SPECIAL SHIPPING INSTRUCTIONS:

SOLD TO: WAYNE FARMS LLC
SHIP TO: WAYNE FARMS - TROY
         BRANDY BAYMAN
         111 FARMERS STREET
         TROY, AL 36079

CARRIER:

| REQUESTED BY | | DELIVERY | DELIVERY TERMS | | SHIP VIA | | WEIGHT | NO. OF PIECES |
|---|---|---|---|---|---|---|---|---|
| | | INSIDE | PrePaid | | UPS GROUND | | .00 | .00 |
| ITEM NO | DESCRIPTION | LOCATION | # OF UNITS | UOM | | E-U UNITS | | VALUE |
| BCWF2 | BUSINESS CARDS Job#  5237687 | KIT-POD | 1 | BOX | 250 | | 250 | |

SPECIAL PACKING INSTRUCTIONS

Standard Register
ADVANCING YOUR REPUTATION

TOTAL VALUE

```
BILLING INFO:
company:01
name:WAYNE FARMS-TROY
address1:11 FARMERS STREET
address2:
city:TROY
state:AL
zip:36079
country:

SHIPPING INFO:
customer:07037301
igetsmart company order number:X784918
Order Date:20150218
reference number:568241(USH)
name:WAYNE FARMS - TROY
attention:BRANDY BAYMAN
costcenter number:001
costcenter/shipping address1:111 FARMERS STREET
address2:
city:TROY
state:AL
zip:36079
shipvia:UPS GROUND
day phone:
evening phone:
email:
request by:
special instructions:

DETAIL INFO:
URL:http://commerce.workflowoneaccess.com/UI/VariableImage/PDFO/
li2L4Tl1dRBTySjlJ-pILKkCw-e-e.pdf
item number: BCWFZ
Quantity: 1 BOX 250
cardtype: BUSINESS CARDS
languageoption: English
Sequence Number: 1
Billing Transaction Number: 057131085
Warehouse Descriptor:
Combined Warehouse Order: N

USER FIELDS:
four51username:lhstewart
Name:Brandy Bayman
Title1:Troy Hatchery Manager
Address1:P.O. Box 367
Address2:111 Farmer Street
City:Troy
State:AL
ZIP:36079
Tel1:3348089692
Tel2:3344030586
Teltype1:Office
Teltype2:Cell
Email:brandy.mcleod@waynefarms.com
Logo:Wayne Farms LogoNEW.pdf
Document1:WayneFarms_BC02.xdt
Document2:WayneFarms_BC02_press.xdt
name1:Name
---------------------------------------------------------
```

# PACKING SLIP

| | Ship Date | Invoice No. |
|---|---|---|
| | 2/26/2015 | 134102 |

**STANDARD REGISTER**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

**Ship To:**

**WAYNE FARMS**

**111 FARMERS STREET**

**TROY, AL 36079**

**Attn:** BRANDY BAYMAN

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|---|---|---|---|
| X784918 | | UPS | 568241(USH) |

| Job Description | Quantity |
|---|---|
| WAYNE FARMS BUSINESS CARDS FOR BAYMAN | 250 |

Shipped UPS

1Z4690760352234801

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/28/2015 | 134127 |

Bill To

Standard Register
600 Albany Street
Dayton,OH   45417-3405

**Terms**

2% 20 Net 30

**Due Date**

3/28/2015

| | P.O. Number | Ship Date | Contact |
|---|---|---|---|
| | J364 | 2/28/2015 | LISA VOLTZ |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| BAE PLANT VISITOR BADGE | | | |
| PRINTING - QTY 150 | | 189.00 | 189.00 |

| | | |
|---|---|---|
| **Subtotal** | | $189.00 |
| **Sales Tax** | | $0.00 |
| **Total** | | $189.00 |



Search
Advanced

My Desk ▾ Workspace ▾ Contacts ▾ Reports ▾

Create Project   Recent Projects

Orders Design Type
Design Type, Inc. (WFO)

1782039 L&A-5013 BAE Systems (04-54459)
Order Details

February 23, 2015 1:06:03 PM
Printable View

| Project Menu | Order: PLANT VISITOR BADGE |
|---|---|

**Home**
Overview
Update...
Attach...
Copy...
Budget...
Cost...

**Teams**
List
Invite Members...

**Messages**
List
Post...

**Files**
List
Attach...
Attach Remote...
Create Folder...

**Events**
List
Enter...

**Tasks**
List
Create...

**Schedule**

**Specs**
List
Create...
Find & Copy...

**Shipments**

**Estimates**
List
Create RFE...
Create Open Bid...

**Orders**
List
Create...

Order Information

| | |
|---|---|
| Title: | PLANT VISITOR BADGE |
| Order completion date: | 3/2/15 5:00 PM |
| Supplier Tracking: | |
| Status: | Accepted |
| Buyer workgroup: | Workflow Enterprise |
| Buyer Person: | Dian Rust |
| Supplier workgroup: | Design Type, Inc. (WFO) |
| Supplier Person: | Orders Design Type |
| Production Plus Direct Bill: | |
| Customer Name: | BAE Systems |
| Customer Number: | 1782039 |
| Client ID: | 2753 |
| Customer PO: | LS00238 |
| Local Terms and Conditions: | KOP |
| | Standard Register 588 North Gulph Road Suite B3, King of Prussia, PA 19406 |
| Buyer Name: | Lisa Voltz |
| Buyer Phone Number: | 610-491-2911 |
| Comments: | Send samples and acknowledgements (lisa.voltz@standardregister.com) to: Standard Register Company Attn: Lisa Voltz 588 North Gulph Road, Suite B3 King of Prussia, PA 19406 |
| | Send PDF Proof to: lisa.voltz@standardregister.com |
| Prefix: | J |
| Quote Number: | |
| Sales Rep: | Beltz, Barbara |
| Sales Rep Territory: | 64904 |
| Project Number: | 04-54459 |
| Project Completion Date: | 3/2/15 |
| New or Reprint?: | New |
| Project Hot?: | No |
| Project Comments: | |

**General Information**

| | |
|---|---|
| Payment method: | Credit Card |
| **WFO Purchase Order Number:** | **J364** |
| Allowed Overs: | 10.00 % |

Allowed Unders: 10.00 %

Order Items

PLANT VISITOR BADGE (L&A-5013) [ Job Id: 8302532 ]

| | |
|---|---|
| Completion date: | 3/2/15 5:00 PM |
| Item Number: | L&A-5013 *Item is validated* |
| Item Name: | PLANT VISITOR BADGE |
| Pricing UOI: | 1000/EA/1 |
| Pricing UOR: | 1000/EA/1 |
| Packaging UOI: | 1/EA/1 |
| Packaging UOR: | 1/EA/1 |
| Bill Code: | Bill Upon Inventory Release |
| Requested Shipments: | 150 |
| Delivered: | 0 |
| Received: | 0 |
| | |
| Quantity: | 150 |
| Rate Card: | NONE |
| Cost Price: | $1,260.00 per 1,000 |
| Notes: | |
| Last Supplier Job Number: | |
| Last Order Number: | |

| | |
|---|---|
| **Vendor Cost:** | $189.00 |
| | |
| Order Total: | $189.00 |
| Tax: | $0.00 |
| Shipping: | $0.00 |
| **Grand Total:** | **$189.00** |

Terms & Conditions

**Workflow Enterprise Purchase Terms and Conditions**

Standard Register vendors can contact Accounts Payable by emailing accountspayable@standardregister.com or by contacting:

Accounts Payable Service Rep for vendors A-J:
Sherri Perry
T: (937) 221-2125
F: (937) 913-3154
Sherri.Perry@StandardRegister.com

Accounts Payable Service Rep for vendors K-S:
Ortha Jean Mooney
T: (937) 221-2118
F: (937) 913-3012
OrthaJean.Mooney@StandardRegister.com

Accounts Payable Service Rep for vendors T-Z:
Chris Jeans
T: (937) 221-2110
F: (937) 913-3196
Chris.Jeans@StandardRegister.com

Page references below are from the Standard Register 2014 Order Fulfillment Instructions guide. Copies of the OFI can be obtained by contacting strategicsourcing@standardregister.com. Several new additions have been made to the Order Fulfillment Instructions that we provide to our Certified Trade Partners. The OFI gives guidelines as to purchase orders, packaging, palletizing, freight compliance, etc. to ensure seamless business interactions between Standard Register and its valued sourcing network.

# PACKING SLIP

| Ship Date | Invoice No. |
|---|---|
| 2/27/2015 | **134127** |

**Standard Register**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

**Ship To:**

**BAE SYSTEMS**

**200 INDUSTRIAL PARK**

**ELGIN, OK 73538**

**Attn:** BONNIE PARKER

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|---|---|---|---|
| J364 | | FED EX | LS00238 |

| Job Description | Quantity |
|---|---|
| BAE SYSTEMS<br>FORM # L&A-5013<br>PLANT VISITOR BADGE | 150 |

*Shipped FED EX*

*See Attachel*

 **Shipment Receipt**

**Address Information**

**Ship to:**
BONNIE OARKER
BAE SYSTEMS
200 INDUSTRIAL PARK

ELGIN, OK
73538
US
6104912911

**Ship from:**
LISA VOLTZ
STANDARD REGISTER
588 NORTH GULPH ROAD
SUITE B3
KING OF PRUSSIA, PA
19406
US
6104912911

**Shipment Information:**
Tracking no.: 773016370557
Ship date: 02/27/2015
Estimated shipping charges: 0.00

**Package Information**
Pricing option: FedEx Standard Rate
Service type: FedEx Ground
Package type: Your Packaging
Number of packages: 1
Total weight: 1  LBS
Declared Value: 189.00  USD
Special Services:
Pickup/Drop-off: Drop off package at FedEx location

**Billing Information:**
Bill transportation to: Third party
Your reference:  J364
P.O. no.:
Invoice no.:
Department no.:

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.

The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/10/2015 | 134142 |

Bill To

Standard Register
600 Albany Street
Dayton,OH   45417-3405

**Terms**

2% 20 Net 30

**Due Date**

4/10/2015

| P.O. Number | Ship Date | Contact |
|-------------|-----------|---------|
| X8380870 | 3/10/2015 | DONALD |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| WAYNE FARMS BUSINESS CARDS  FOR MICHAEL HERNDON | | | |
| PRINTING - QTY 250 | | 33.00 | 33.00 |
| SHIPPING CHARGE | | 12.33 | 12.33 |

| | |
|--|--|
| **Subtotal** | $45.33 |
| **Sales Tax** | $0.00 |
| **Total** | $45.33 |

From: <autosender2@STANDARDREGISTER.COM>
Subject: **DESIGN TYPE PRINT SERVICES B/L#:01-K224808 Ord#: X830870**
Date: February 25, 2015 10:00:08 AM EST
To: <orderentry@designtype.com>
➤ 1 Attachment, 52.4 KB

B/L#: 01-K224808

STANDARD REGISTER
P.O. BOX 3933
DAYTON                    OH  45401

For Returns call (770) 840-3300

| | |
|---|---|
| CO/CUSTOMER | 01-07038416 |
| CHARGE TO. | 001 |
| COST CENTER NO. | 002 |
| CUSTOMER PO NO. | 567919(DOH) |

PAGE # 1    DATE 2/25/15   10:00
CO/BILL OF LADING NO.    01-K224808

WAREHOUSE: DESIGN TYPE PRINT SERVICES    ORDER # X830870
ORDER # :
SPECIAL SHIPPING INSTRUCTIONS:

CARRIER:

SOLD TO: WAYNE FARMS LLC
SHIP TO: WAYNE FARMS - ELKIN
KAREN GLASS
10949 NC 268 STREET
ELKIN, NC 28621

| REQUESTED BY | DELIVERY | DELIVERY TERMS | SHIP VIA | WEIGHT | NO. OF PIECES. |
|---|---|---|---|---|---|
| | INSIDE | PrePaid | UPS GROUND | .00 | .00 |

| ITEM NO. | DESCRIPTION | LOCATION | # OF UNITS | UOM | QTY PER UNIT | B/O UNITS | TOTAL QTY SHIPPED | VALUE |
|---|---|---|---|---|---|---|---|---|
| BCWF2 | BUSINESS CARDS Job#: 5243842 | KIT-POD | 1 | BOX | 250 | | 250 | |

SPECIAL PACKING INSTRUCTIONS

**Standard Register**
ADVANCING YOUR REPUTATION

TOTAL VALUE

```
BILLING INFO:
company:01
name:WAYNE FARMS-DOBSON
address1:802 E. ATKINS STREET
address2:
city:DOBSON
state:NC
zip:27017-8707
country:

SHIPPING INFO:
customer:07038416
igetsmart company order number:X830870
Order Date:20150225
reference number:567919(DOH)
name:WAYNE FARMS - ELKIN
attention:KAREN  GLASS
costcenter number:002
costcenter/shipping address1:10949 NC 268 STREET
address2:
city:ELKIN
state:NC
zip:28621
shipvia:UPS GROUND
day phone:
evening phone:
email:
request by:
special instructions:

DETAIL INFO:
URL:http://commerce.workflowoneaccess.com/UI/VariableImage/PDFO/
li77nOAkco1kVCfcPTxLIXCg-e-e.pdf
item number: BCWF2
Quantity: 1 BOX 250
cardtype: BUSINESS CARDS
languageoption: English
Sequence Number: 1
Billing Transaction Number: 057208352
Warehouse Descriptor:
Combined Warehouse Order: N

USER FIELDS:
fourS1username:lhstewart
name1:name
Name:Michael Herndon
Title1:Hatchery Manager
Address1:10951 NC 268
City:Elkin
State:NC
ZIP:28621
Tel1:3363865682
Tel2:3369814461
Teltype1:Office
Teltype2:Cell
Email:michael.herndon@waynefarms.com
Tel3:3363865676
Teltype3:Fax
Title2:Wayne Farms, LLC
Logo:Wayne Farms LogoNEW.pdf
Document1:WayneFarms_BC02.xdt
Document2:WayneFarms_BC02_press.xdt
--------------------------------------------------------
```

# PACKING SLIP

| Ship Date | Invoice No. |
|---|---|
| 3/4/2015 | 134142 |

**Standard Register**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

**Ship To:**

**WAYNE FARMS LLC**

**10949 NC 268 STREET**

**ELKIN, NC 28621**

**Attn:** KAREN GLASS

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|---|---|---|---|
| X830870 | | UPS | 567919(DOH) |

| Job Description | Quantity |
|---|---|
| WAYNE FARMS<br>BUSINESS CARDS FOR HERNDON | 250 |

*Shipped UPS*

*1ZY6907603535O7005*

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/10/2015 | 134130 |

Bill To

Standard Register
600 Albany Street
Dayton, OH   45417-3405

**Terms**

2% 20 Net 30

**Due Date**

4/10/2015

| P.O. Number | Ship Date | Contact |
|-------------|-----------|---------|
| X822444 | 3/10/2015 | DONALD |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| WAYNE FARMS BUSINESS CARDS FOR WILLIAM VANMAHLAND | | | |
| PRINTING - QTY 500 | | 33.00 | 33.00 |
| SHIPPING CHARGE | | 8.71 | 8.71 |

| | |
|---|---|
| **Subtotal** | $41.71 |
| **Sales Tax** | $0.00 |
| **Total** | $41.71 |

STANDARD REGISTER
P.O. BOX 3933
DAYTON                                    OH  45401

For Returns call (770) 840-3300

| PAGE # | 1 | DATE | 2/23/15 | 14:33 |
| ORDER DATE/REFERENCE | | | 01-K215456 | |

WAREHOUSE: DESIGN TYPE PRINT SERVICES    ORDER # X822444
ORDER # :

SPECIAL SHIPPING INSTRUCTIONS:

| CO.CUSTOMER | 01-07017786 |
| CHARGE TO | 001 |
| COST CENTER NO | 001 |
| CUSTOMER PO NO | 568237(DFW) |

SOLD TO: WAYNE FARMS LLC DFW
SHIP TO: WAYNE FARMS - FURTHER WEST
WILLIAM VONMAHLAND
112 PLUGS DRIVE
DECATUR, AL 35601

CARRIER:

| REQUESTED BY | DELIVERY | DELIVERY TERMS | SHIP VIA | WEIGHT | NO. OF PIECES |
|---|---|---|---|---|---|
| | INSIDE | PrePaid | UPS GROUND | .00 | .00 |

| ITEM NO | DESCRIPTION | LOCATION | # OF UNITS | U/M | PRINTED | B/U UNITS | | VALUE |
|---|---|---|---|---|---|---|---|---|
| BCWF2 | BUSINESS CARDS Job#: 5241785 | KIT-POD | 2 | BOX | 250 | | 500 | |

SPECIAL PACKING INSTRUCTIONS

Standard Register
ADVANCING YOUR REPUTATION

| TOTAL VALUE | |

```
BILLING INFO:
company:01
name:STANDARD REGISTER
address1:P.O. BOX 3933
address2:
city:DAYTON
state:OH
zip:45401

SHIPPING INFO:
customer:07037786
STANDARD REGISTER order number:X822444
STANDARD REGISTER b/l#:K21S456
reference number:568237(DFW)
name:WAYNE FARMS - FURTHER WEST
attention:WILLIAM VONMAHLAND
costcenter number:001
costcenter shipping address1:112 PLUGS DRIVE
address2:
city:DECATUR
state:AL
zip:35601
shipvia:
request by:
special instructions:

DETAIL INFO:
item number:BCWF2
Quantity:2 BOX of 250
Sequence:1

HiRes File: d:/webimages/hires/01/07037385/BCWF2*PDF
```

RELEASE ACKNOWLEDGEMENT

RUN DATE    2/23/2015
TIME    3:02 PM
OPERATOR    I07037786

ORDER # X822444        Reference # 568237(DFW)

---------------------------------------------------------------------------
---------------
ITEM #        ITEM DESC            QTY SHIPPED    U/M    UNIT PRICE
VALUE
BCWF2        BUSINESS CARDS        2            BOX    33.000000
33.000000

B/L Number    K21S456

 BILL TO 01-07037786        SHIP TO 001
WAYNE FARMS-FURTHER WESTWAYNE FARMS - FURTHER WEST
                    WILLIAM VONMAHLAND
    112 PLUGS DRIVE    112 PLUGS DRIVE

        DECATUR            DECATUR
        AL 35601-7442        AL 35601
APPLICABLE TAX, FREIGHT, AND SPECIAL CHARGES (IF ANY) WILL BE ADDED TO YOUR
FINAL INVOICE
SPECIAL INSTRUCTIONS:
SHIP VIA: UPS GROUND
REQUEST BY:

```
BILLING INFO:
company:01
name:WAYNE FARMS-FURTHER WEST
address1:112 PLUGS DRIVE
address2:
city:DECATUR
state:AL
zip:35601-7442
country:

SHIPPING INFO:
customer:07037786
igetsmart company order number:X822444
Order Date:20150223
reference number:568237(DFW)
name:WAYNE FARMS - FURTHER WEST
attention:WILLIAM VONMAHLAND
costcenter number:001
costcenter/shipping address1:112 PLUGS DRIVE
address2:
city:DECATUR
state:AL
zip:35601
shipvia:UPS GROUND
day phone:
evening phone:
email:
request by:
special instructions:

DETAIL INFO:
URL:http://commerce.workflowoneaccess.com/UI/VariableImage/PDFO/
liEAnvrFpmXsdo-sWuPmxPG6w-e-e.pdf
item number: BCWF2
Quantity: 2 BOX 250
cardtype: BUSINESS CARDS
languageoption: English
Sequence Number: 1
Billing Transaction Number: 057185796
Warehouse Descriptor:
Combined Warehouse Order: N

USER FIELDS:
four51username:lhstewart
Name:William VonMahland
Title1:Plant Manager - East
Address1:Decatur Further Processing
Address2:100 Plugs Drive
City:Decatur
State:AL
ZIP:35601
Tel1:2565524845
Tel2:2563417485
Teltype1:Office
Teltype2:Cell
Email:william.vonmahland@waynefarms.com
Title2:Wayne Farms LLC
Logo:Wayne Farms LogoNEW.pdf
Document1:WayneFarms_BC02.xdt
Document2:WayneFarms_BC02_press.xdt
name1:Name
-----------------------------------------------------------
```

# PACKING SLIP

| Ship Date | Invoice No. |
|---|---|
| 3/4/2015 | 134130 |

**Standard Register**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

Ship To:

**WAYNE FARMS LLC**

**112 PLUGS DR**

**DECATUR, AL 25601**

**Attn:** WILLIAM VONMAHLAND

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|---|---|---|---|
| X822444 | | UPS | 568237(DFW) |

| Job Description | Quantity |
|---|---|
| WAYNE FARMS<br>BUSINESS CARDS FOR VONMAHLAND | 500 |

Ship UPS
1ZY6907603545917889

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/10/2015 | 134136 |

Bill To

Standard Register
600 Albany Street
Dayton,OH   45417-3405

**Terms**

2% 20 Net 30

**Due Date**

4/10/2015

| P.O. Number | Ship Date | Contact |
|-------------|-----------|---------|
| **X828291** | 3/10/2015 | DONALD |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| WAYNE FARMS BUSINESS CARDS  11 LOTS | | | |
| PRINTING - QTY 11 @ 250 | | 132.00 | 132.00 |
| SHIPPING CHARGE | | 18.59 | 18.59 |

| | |
|---|---|
| **Subtotal** | $150.59 |
| **Sales Tax** | $0.00 |
| **Total** | $150.59 |

STANDARD REGISTER
P.O. BOX 3933
DAYTON                          OH  45401

For Returns call (770) 840-3300

| CO-ORDINATOR | 01-07038416 |
|---|---|
| CHARGE TO | 001 |
| COST CENTER NO | 002 |
| CUSTOMER PO NO. | 565187(DOH) |

SOLD TO: WAYNE FARMS LLC
SHIP TO: WAYNE FARMS - ELKIN
KAREN GLASS
1049 NC 268 STREET
ELKIN, NC 28621

| PAGE: | 1 | DATE | 2/24/15 | 13:41 |
|---|---|---|---|---|

ORDER CT LAB NO. SO      01-K222128

WAREHOUSE: DESIGN TYPE PRINT SERVICES    ORDER # X828291
ORDER # :

SPECIAL SHIPPING INSTRUCTIONS:

CARRIER:

| REQUESTED BY | DESCRIPTION | DELIVERY INSIDE | DELIVERY TERMS PrePaid | SHIP VIA UPS GROUND | | WEIGHT .00 | NO. OF PIECES .00 |
|---|---|---|---|---|---|---|---|
| ITEM NO | DESCRIPTION | LOCATION | # OF UNITS | UOM | # OF UNITS | QTY | VALUE |
| BCWF2 | BUSINESS CARDS Job#: 5243075 | KJT-POD | 1 | BOX | 250 | 250 | |
| BCWF2 | BUSINESS CARDS Job#: 5243075 | KJT-POD | 1 | BOX | 250 | 250 | |
| BCWF2 | BUSINESS CARDS Job#: 5243075 | KIT-POD | 1 | BOX | 250 | 250 | |
| BCWF2 | BUSINESS CARDS Job#: 5243075 | KJT-POD | 1 | BOX | 250 | 250 | |
| BCWF2 | BUSINESS CARDS Job#: 5243075 | KJT-POD | 1 | BOX | 250 | 250 | |
| BCWF2 | BUSINESS CARDS Job#: 5243075 | KJT-POD | 1 | BOX | 250 | 250 | |
| BCWF2 | BUSINESS CARDS Job#: 5243075 | KIT-POD | 1 | BOX | 250 | 250 | |
| BCWF2 | BUSINESS CARDS Job#: 5243075 | KJT-POD | 1 | BOX | 250 | 250 | |
| BCWF2 | BUSINESS CARDS Job#: 5243075 | KJT-POD | 1 | BOX | 250 | 250 | |

SPECIAL PACKING INSTRUCTIONS

**Standard Register®**
ADVANCING YOUR REPUTATION

Contin...   TOTAL VALUE

STANDARD REGISTER
P.O. BOX 3933
DAYTON                                OH   45401

For Returns call (770) 840-3500

| OR CUSTOMER | 01-07038416 |
| CHARGE TO | 001 |
| CUST CENTER NO | 002 |
| CUSTOMER PO NO. | 56518T(DOH) |

**SOLD TO:** WAYNE FARMS LLC
**SHIP TO:** WAYNE FARMS - ELKIN
KAREN GLASS
10949 NC 268 STREET
ELKIN, NC  28621

| PAGE # | 2 | DATE | 2-24-15 | 15 41 |
| ORDER OF CARTON NO. | | 01-K222128 | | |

**WAREHOUSE:** DESIGN TYPE PRINT SERVICES    **ORDER #** X828291
**ORDER # :**
SPECIAL SHIPPING INSTRUCTIONS

**CARRIER:**

| REQUESTED BY | | DELIVERY | DELIVERY TERMS | SHIP VIA | | WEIGHT | NO OF PIECES |
|---|---|---|---|---|---|---|---|
| | | INSIDE | PrePaid | UPS GROUND | | 00 | 00 |
| ITEM NO | DESCRIPTION | LOCATION | # OF UNITS | UNIT | PER M | B/O UNITS | SHIP QTY | VALUE |

| ITEM NO | DESCRIPTION | LOCATION | # OF UNITS | UNIT | PER M | B/O UNITS | SHIP QTY | VALUE |
|---|---|---|---|---|---|---|---|---|
| BCWF2 | BUSINESS CARDS Job#  5243D75 | KJT-POD | 1 | BOX | 250 | | 250 | |
| BCWF2 | BUSINESS CARDS Job#  5243D75 | KJT-POD | 1 | BOX | 250 | | 250 | |

SPECIAL PACKING INSTRUCTIONS

**Standard Register**
ADVANCING YOUR REPUTATION

| TOTAL VALUE | |

# PACKING SLIP

| | Ship Date | Invoice No. |
|---|---|---|
| | 3/4/2015 | **134136** |

**Standard Register**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

Ship To:

**WAYNE FARMS LLC**

**10949 NC 268 STREET**

**ELKIN, NC 28621**

**Attn:** KAREN GLASS

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|---|---|---|---|
| **X828291** | | **UPS** | 565187(DOH) |

| Job Description | Quantity |
|---|---|
| WAYNE FARMS<br>BUSINESS CARDS FOR 11 NAMES | 250 |

Shipped UPS
1ZY69076035266390

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/10/2015 | 134141 |

Bill To

Standard Register
600 Albany Street
Dayton,OH  45417-3405

**Terms**

2% 20 Net 30

**Due Date**

4/10/2015

| P.O. Number | Ship Date | Contact |
|-------------|-----------|---------|
| X830883 | 3/10/2015 | DONALD |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| WAYNE FARMS BUSINESS CARDS  FOR BILL DYER | | | |
| PRINTING - QTY 250 | | 33.00 | 33.00 |
| SHIPPING CHARGE | | 9.69 | 9.69 |

| | | |
|---|---|---|
| **Subtotal** | | $42.69 |
| **Sales Tax** | | $0.00 |
| **Total** | | $42.69 |

From: &lt;autosender2@STANDARDREGISTER.COM&gt;
Subject: **DESIGN TYPE PRINT SERVICES B/L#:01-K224838 Ord#: X830883**
Date: February 25, 2015 10:01:06 AM EST
To: &lt;orderentry@designtype.com&gt;
&gt;    1 Attachment, 52.4 KB

B/L#: 01-K224838

STANDARD REGISTER
P.O. BOX 3933
DAYTON                                    OH   45401

For Returns call (770) 840-3300

| | |
|---|---|
| CO/CUSTOMER | 01-07036986 |
| CHARGE TO: | 001 |
| COST CENTER NO. | 001 |
| CUSTOMER PO NO. | 569242 |

SOLD TO: **WAYNE FARMS LLC**
SHIP TO: **WAYNE FARMS - LAUREL**
**ANNA THORNTON**
**525 WAYNE DRIVE**
**LAUREL, MS 39440**

| PAGE # | 1 | DATE | 2/25/15 | 10:01 |
|---|---|---|---|---|
| ORDER OF LADING NO. | | | 01-K224838 | |

WAREHOUSE: DESIGN TYPE PRINT SERVICES          ORDER # X830883
ORDER # :

SPECIAL SHIPPING INSTRUCTIONS:

CARRIER:

| REQUESTED BY | | DELIVERY | DELIVERY TERMS | SHIP VIA | | WEIGHT | NO. OF PIECES |
|---|---|---|---|---|---|---|---|
| | | INSIDE | PrePaid | UPS GROUND | | .00 | .00 |

| ITEM NO. | DESCRIPTION | LOCATION | # OF UNITS | UOM | QTY PER UNIT | B/O UNITS | TOTAL QTY SHIPPED | VALUE |
|---|---|---|---|---|---|---|---|---|
| BCWF2 | 1 BUSINESS CARDS<br>1 Job# 5243842 | KIT-POD | 1 | BOX | 250 | | 250 | |

SPECIAL PACKING INSTRUCTIONS



**Standard Register**
ADVANCING YOUR REPUTATION

| TOTAL VALUE : |
|---|

```
BILLING INFO:
company:01
name:WAYNE FARMS - LAUREL
address1:525 N. MISSISSIPPI AVENUE
address2:
city:LAUREL
state:MS
zip:39440-4088
country:

SHIPPING INFO:
customer:07036986
igetsmart company order number:X830883
Order Date:20150225
reference number:S69242
name:WAYNE FARMS - LAUREL
attention:ANNA THORNTON
costcenter number:001
costcenter/shipping address1:525 WAYNE DRIVE
address2:
city:LAUREL
state:MS
zip:39440
shipvia:UPS GROUND
day phone:
evening phone:
email:
request by:
special instructions:

DETAIL INFO:
URL:http://commerce.workflowoneaccess.com/UI/VariableImage/PDFO/
liisNJu0TwvSmODY3j-sNaHU3Q-e-e.pdf
item number: 8CWF2
Quantity: 1 BOX 250
cardtype: BUSINESS CARDS
languageoption: English
Sequence Number: 1
Billing Transaction Number: 057208398
Warehouse Descriptor:
Combined Warehouse Order: N

USER FIELDS:
four51username:lhstewart
name1:Name
Name:Bill Dyer
Title1:Wayne Farms LLC
Address1:525 N. Mississippi Ave
City:Laurel
State:MS
ZIP:39440
Tel1:6013997026
Tel2:6013997059
Teltype1:Office
Teltype2:Fax
Email:bill.dyer@waynefarms.com
Title2: Human Resources Manager
Logo:Wayne Farms LogoNEW.pdf
Document1:WayneFarms_BC02.xdt
Document2:WayneFarms_BC02_press.xdt
------------------------------------------------------
```

# PACKING SLIP

| Ship Date | Invoice No. |
|---|---|
| 3/4/2015 | **134141** |

**Standard Register**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

**Ship To:**

**WAYNE FARMS LLC**

**525 WAYNE DRIVE**

**LAUREL, MS 39440**

**Attn:** ANNA THORNTON

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|---|---|---|---|
| X830883 | | **UPS** | 569242 |

| Job Description | Quantity |
|---|---|
| WAYNE FARMS<br>BUSINESS CARDS FOR DYER | 250 |

Shipped UPS

1ZY6907603526831 75

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

**Invoice**

| Date | Invoice # |
|------|-----------|
| 3/10/2015 | 134159 |

Bill To

Standard Register
600 Albany Street
Dayton,OH   45417-3405

**Terms**

2% 20 Net 30

**Due Date**

4/10/2015

| P.O. Number | Ship Date | Contact |
|-------------|-----------|---------|
| X838264 | 3/10/2015 | DEBORA |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| NOLAND BUSINESS CARDS - TIM MERRITT | | | |
| PRINTING - QTY 500 | | 40.00 | 40.00 |
| SHIPPING CHARGE | | 8.71 | 8.71 |

| | | |
|---|---|---|
| **Subtotal** | | $48.71 |
| **Sales Tax** | | $0.00 |
| **Total** | | $48.71 |

STANDARD REGISTER
P.O. BOX 3933
DAYTON                          OH   45401

For Returns call (770) 840-1300

| CO-CUSTOMER | 01-07059193 |
| CHARGE TO | |
| COST CENTER ID | ANNISTON |
| CUSTOMER PO NO. | 05-1605 |

| PAGE # | 1 | DATE | 2/27/15 | 10 31 |
| SOURCE OF LADING NO | | 01-K232593 | | |

WAREHOUSE: DESIGN TYPE PRINT SERVICES    ORDER # X838264
ORDER # :

SPECIAL SHIPPING INSTRUCTIONS

SOLD TO:  NOLAND HOSP ANNISTON LLC
SHIP TO:  NOLAND HOSP ANNISTON LLC
          TIM MERRITT
          400 EAST 10TH STREET  4TH FLR
          ANNISTON, AL  36207-4716

CARRIER:

| REQUESTED BY | DELIVERY | DELIVERY TERMS | SHIP VIA | WEIGHT | NO OF PIECES |
| | INSIDE | PrePaid | UPS GROUND | 00 | .00 |

| ITEM NO | DESCRIPTION | LOCATION | # OF UNITS | UNIT | ITEMS | B/O UNITS | TOTAL | VALUE |
|---|---|---|---|---|---|---|---|---|
| NHBC-500 | BUSINESS CARDS<br>Job#: 5346347 | KIT-POD | 1 | BX | 500 | | 500 | |

SPECIAL PACKING INSTRUCTIONS

**Standard Register®**
ADVANCING YOUR REPUTATION

| TOTAL VALUE | |

```
BILLING INFO:
company:01
name:NOLAND HOSP ANNISTON LLC
address1:600 CORPORATE PKWY STE 100
address2:
city:BIRMINGHAM
state:AL
zip:35242-5451
country:

SHIPPING INFO:
customer:07059193
igetsmart company order number:X838264
Order Date:20150227
reference number:05-1605
name:NOLAND HOSP ANNISTON LLC
attention:TIM MERRITT
costcenter number:ANNISTON
costcenter/shipping address1:400 EAST 10TH STREET  4TH FLR
address2:
city:ANNISTON
state:AL
zip:36207-4716
shipvia:UPS GROUND
day phone:
evening phone:
email:
request by:
special instructions:

DETAIL INFO:
URL:http://commerce.workflowoneaccess.com/UI/VariableImage/PDFO/
liTuzbg4WL7nGS50EwNktfdw-e-e.pdf
item number: NHBC-500
Quantity: 1 BX 500
cardtype: BUSINESS CARDS
languageoption: English
Sequence Number: 1
Billing Transaction Number: 057228884
Warehouse Descriptor:
Combined Warehouse Order: N

USER FIELDS:
four51username:purchasing@nolandhealth.com
Name:Tim E. Merritt
Title1:Administrator
Address1:400 East 10th Street
Address2:4th Floor
City:Anniston
State:Alabama
ZIP:36207
Tel1:2567416153
Tel2:2567416158
Teltype1:Phone
Teltype2:Fax
Email:tmerritt@nolandhealth.com
Website:www.nolandhealth.com
Logo:Noland_BC02_Logo_Anniston.eps
Document:Noland_BC02.xdt
Tel3:2564191012
Teltype3:Cell
atBC:Noland_Hospital_Cards.xat
NameSelect:Noland Hospital Anniston,LLC
----------------------------------------------------------
```

# PACKING SLIP

| Ship Date | Invoice No. |
|---|---|
| 3/4/2015 | 134159 |

**Standard Register**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

**Ship To:**

**NOLAND HOSPITAL LLC**

**400 EAST 10TH STREET, 4TH FLOOR**

**ANNISTON, AL 36207**

**Attn:** TIM MERRITT

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|---|---|---|---|
| X838264 | | UPS | 05-1605 |

| Job Description | Quantity |
|---|---|
| NOLAND HOSPITAL<br>FORM # NHBC-500<br>BUSINESS CARDS FOR MERRITT | 500 |

Shipped UPS
1 Z Y 6 9 0 7 6 0 3 5 2 3 4 0 5 6 2

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/10/2015 | 134156 |

Bill To

Standard Register
600 Albany Street
Dayton,OH   45417-3405

**Terms**

2% 20 Net 30

**Due Date**

4/10/2015

| P.O. Number | Ship Date | Contact |
|-------------|-----------|---------|
| X836481 | 3/10/2015 | DEBORA |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| NOLAND BUSINESS CARDS - ALISHA SAMPLE | | | |
| PRINTING - QTY 500 | | 40.00 | 40.00 |
| SHIPPING CHARGE | | 8.71 | 8.71 |

| | | |
|---|---|---|
| **Subtotal** | | $48.71 |
| **Sales Tax** | | $0.00 |
| **Total** | | $48.71 |

From: <autosender2@STANDARDREGISTER.COM>
Subject: **DESIGN TYPE PRINT SERVICES B/L#:01-K230626 Ord#: X836481**
Date: February 26, 2015 3:50:14 PM EST
To: <orderentry@designtype.com>
1 Attachment, 52.4 KB

B/L#: 01-K230626

STANDARD REGISTER
P.O. BOX 3933
DAYTON                                    OH  45401

For Returns call (770) 840-3300

| CO.CUSTOMER | 01-07059246 |
| CHARGE TO | |
| COST CENTER NO. | MONTGOMERY |
| CUSTOMER PO NO. | 20-1571 |

SOLD TO: NOLAND HOSP MONTGOMERY LLC
SHIP TO: NOLAND HOSP MONTGOMERY LLC
ALISHA SAMPLE
1785 PINE ST  5TH FLOOR NORTH
MONTGOMERY, AL  36106-1109

| PAGE # | 1 | DATE | 2/26/15 | 15 50 |
| CO. BILL OF LADING NO | | 01-K230626 |

WAREHOUSE: DESIGN TYPE PRINT SERVICES     ORDER # X836481
ORDER # :
SPECIAL SHIPPING INSTRUCTIONS:

CARRIER:

| REQUESTED BY | | DELIVERY | DELIVERY TERMS | | SHIP VIA | | WEIGHT | NO. OF PIECES |
|---|---|---|---|---|---|---|---|---|
| | | INSIDE | PrePaid | | UPS GROUND | | .00 | .00 |
| ITEM NO. | DESCRIPTION | LOCATION | # OF UNITS | UOM | QTY PER UOM | B/O UNITS | TOT. QTY | VALUE |
| NHBC-500 | BUSINESS CARDS  Job#: 5245919 | KIT-POD | 1 | BX | 500 | | 500 | |

SPECIAL PACKING INSTRUCTIONS

**Standard Register**
ADVANCING YOUR REPUTATION

TOTAL VALUE

```
BILLING INFO:
company:01
name:NOLAND HOSP MONTGOMERY LLC
address1:600 CORPORATE PKWY STE 100
address2:
city:BIRMINGHAM
state:AL
zip:35242-5451
country:

SHIPPING INFO:
customer:07059246
igetsmart company order number:X836481
Order Date:20150226
reference number:20-1571
name:NOLAND HOSP MONTGOMERY LLC
attention:ALISHA SAMPLE
costcenter number:MONTGOMERY
costcenter/shipping address1:1725 PINE ST  5TH FLOOR NORTH
address2:
city:MONTGOMERY
state:AL
zip:36106-1109
shipvia:UPS GROUND
day phone:
evening phone:
email:
request by:
special instructions:

DETAIL INFO:
URL:http://commerce.workflowoneaccess.com/UI/VariableImage/PDFO/
liYyw60J2KbQh609Fo-pgAh3g-e-e.pdf
item number: NHBC-500
Quantity: 1 BX 500
cardtype: BUSINESS CARDS
languageoption: English
Sequence Number: 1
Billing Transaction Number: 057221955
Warehouse Descriptor:
Combined Warehouse Order: N

USER FIELDS:
four51username:purchasing@nolandhealth.com
Name:Alisha Sample, RN
Title1:Nurse Manager
Address1:1725 Pine Street
Address2:5th Floor North Wing
City:Montgomery
State:Alabama
ZIP:36106
Tel1:3342400537
Tel2:3342400551
Teltype1:Phone
Teltype2:Fax
Email:asample@nolandhealth.com
Website:www.nolandhealth.com
Logo:Noland_BC02_Logo_Montgomery.eps
Document:Noland_BC02.xdt
Teltype3:Cell
atBC:Noland_Hospital_Cards.xat
NameSelect:Noland Hospital Montgomery,LLC
--------------------------------------------------------
```

# PACKING SLIP

| Ship Date | Invoice No. |
|---|---|
| 3/4/2015 | **134156** |

**Standard Register**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

**Ship To:**

**NOLAND HOSPITAL LLC**

**1725 PINE ST, 5TH FLOOR NORTH**

**MONTGOMERY, AL 36106**

**Attn:** ALISHA SAMPLE

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|---|---|---|---|
| X836481 | | UPS | 20-1571 |

| Job Description | Quantity |
|---|---|
| WAYNE FARMS<br>BUSINESS CARDS FOR SAMPLE | 250 |

Shipped UPS

1ZY690760354624832

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/10/2015 | 134154 |

Bill To

Standard Register
600 Albany Street
Dayton,OH   45417-3405

**Terms**

2% 20 Net 30

**Due Date**

4/10/2015

| P.O. Number | Ship Date | Contact |
|-------------|-----------|---------|
| A0722684 | 3/10/2015 | TERRY |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| EQUIFAX   EFX-USA-0895 | | | |
| PRINTING - QTY 100 | | 50.00 | 50.00 |
| SHIPPING CHARGE | | 63.40 | 63.40 |

| | |
|---|---|
| **Subtotal** | $113.40 |
| **Sales Tax** | $0.00 |
| **Total** | $113.40 |

## PURCHASE ORDER

**NUMBER A0722684**

**Standard Register**

ASI # 333647

SEND PROOFS, ALL SAMPLES, DUPLICATE INVOICES
DUPLICATE SHIPPING PAPERS AND ARTWORK

SEND ALL INVOICES TO THIS ADDRESS

Standard Register
Address
City, State, Zip Code
Contact name and email
Email address

Send all invoices to:
Accounts Payable
Standard Register
P.O. Box 3083
Dayton, Ohio 45401-3083

BOTH #'S MUST APPEAR ON ALL SHIPPING PAPERS
CUSTOMER PURCHASE ORDER NUMBER
**00371K000**

| VENDOR | | | | ORDER DATE | SHIP DATE | IN HANDS/EVENT DATE | REP | | NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 2/25/2015 | Best | 3/4/2015 | T Graham | | **3708** |

**Phone:**

Design Type

**FAX:**

| | | | | | | | Proof | Spec Sample | Pre-production Proof |

| QUOTE DATE | QUOTE # | | NEW | MFG PREP JOB ONLINE | | OUR JOB # DATE | ART | | IF APPLICABLE |
|---|---|---|---|---|---|---|---|---|---|
| 2/25/2015 | Debbie Cox | IF APPLICABLE | | | | A0722876 | IF APPLICABLE | | COST |

| QTY | First Item # | Vendor item # | SIZE | Color | | DESCRIPTION/IMPRINT/INSTRUCTIONS | | UNIT | COST |
|---|---|---|---|---|---|---|---|---|---|
| 100 | EFX-USA-0895 | | | | | Data Breach Planning | | L | $50.00 |
| (4 Pkgs of 25) | | | | | | Repeat of A0722876 | | | |
| | | | | | | In Hands Date 3/4/15 | | | |

### Preproduction
### SHIP TO: for     Samples

| NAME | | IF APPLICABLE |
|---|---|---|
| ATTN: | | IF APPLICABLE |
| ADDRESS | | IF APPLICABLE |
| CITY, ST ZIP | IF APPLICABLE | |
| COUNTRY | | |
| SHIP VIA: | | |
| | SHIP QTY: | |

### Production Order
### SHIP TO: for

| NAME | Washington Marriott at Metro Center |
|---|---|
| ATTN: | Larry Simons |
| ADDRESS | 775 12th Street NW |
| CITY, ST ZIP | Washington, District of Columbia |
| COUNTRY | |
| SHIP VIA: | Best To Deliver By 3/4/16 |
| | SHIP QTY: 100 (4 pkgs of 25) |

| PMS COLOR | |
|---|---|
| Location | |
| Size | |
| Application | |

Insert artwork pic here

Artwork Preview Above

Richele Sashington 770-840-3343
*Signature*

**IMPORTANT:**
Failure to ship via
our specified
carrier may result
in deduction of
shipping charges
from your invoice.

**SPECIAL INSTRUCTIONS:**

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |

All shipments must be clearly marked with Standard Register Purchase Order Number, Item number, Quantity and Description

20005

# PACKING SLIP

| | Ship Date | Invoice No. |
|---|---|---|
| | 3/3/2015 | 134154 |

**STANDARD REGISTER**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

Ship To:

**WASHINGTON MARRIOTT AT METRO CENTER**

**775 12TH STREET NW**

**WASHINGTON, DC 20005**

**Attn:** LARRY SIMONS

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|---|---|---|---|
| A0722684 | | UPS | 0037/5000 |

| Job Description | Quantity |
|---|---|
| EQUIFAX<br>FORM # EFX-USA-0895<br>DATA BREACH PLANNING | 100 |

*Shipped UPS*

*1Z4690760153727076*

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

**Invoice**

| Date | Invoice # |
|------|-----------|
| 3/10/2015 | 134174 |

Bill To

Standard Register
600 Albany Street
Dayton,OH   45417-3405

**Terms**

2% 20 Net 30

**Due Date**

4/10/2015

| P.O. Number | Ship Date | Contact |
|-------------|-----------|---------|
| X858104 | 3/10/2015 | DEBORA |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| NOLAND BUSINESS CARDS  - ANGELA FOWLER | | | |
| PRINTING - QTY 500 | | 40.00 | 40.00 |
| SHIPPING CHARGE | | 8.71 | 8.71 |
| | | **Subtotal** | $48.71 |
| | | **Sales Tax** | $0.00 |
| | | **Total** | $48.71 |

STANDARD REGISTER
P.O. BOX 3993
DAYTON                    OH  45401

For Returns call (770) 840-3100

| CO CUSTOMER # | 01-07059245 |
| CHARGE TO | |
| PROFIT CENTER NO | BIRMINGHAM |
| CUSTOMER PO NO | 10-1733 |

| PAGE # | 1 | DATE | 3-02-15 | 16:50 |
| CO BILL OF LADING NO | 01-K253023 | | | |

**WAREHOUSE:** DESIGN TYPE PRINT SERVICES    **ORDER #** X858104
**ORDER # :**

SPECIAL SHIPPING INSTRUCTIONS:

CARRIER:

**SOLD TO:** NOLAND HOSP BIRMINGHAM LLC
**SHIP TO:** NOLAND HOSP BIRMINGHAM LLC
ANGELA F
50 MEDICAL CENTER DR 8TH FLOOR
BIRMINGHAM, AL 35235

| REQUESTED BY | DELIVERY | DELIVERY TERMS | SHIP VIA | WEIGHT | NO. OF PIECES |
|---|---|---|---|---|---|
| | INSIDE | PrePaid | UPS GROUND | .00 | .00 |

| ITEM NO | DESCRIPTION | LOCATION | # OF UNITS | U of M | U per | B of UNITS | VALUE |
|---|---|---|---|---|---|---|---|
| NHBC-500 | BUSINESS CARDS | KIT-POD | 1 | BX | 500 | 500 | |
| | Job#:  5248290 | | | | | | |

SPECIAL PACKING INSTRUCTIONS

**Standard Register**
ADVANCING YOUR REPUTATION

| TOTAL VALUE | |
|---|---|

```
BILLING INFO:
company:01
name:NOLAND HOSP BIRMINGHAM LLC
address1:600 CORPORATE PKWY STE 100
address2:
city:BIRMINGHAM
state:AL
zip:35242-S451
country:

SHIPPING INFO:
customer:07059245
igetsmart company order number:X858104
Order Date:20150302
reference number:10-1733
name:NOLAND HOSP BIRMINGHAM LLC
attention:ANGELA F
costcenter number:BIRMINGHAM
costcenter/shipping address1:50 MEDICAL CENTER DR 8TH FLOOR
address2:
city:BIRMINGHAM
state:AL
zip:35235
shipvia:UPS GROUND
day phone:
evening phone:
email:
request by:
special instructions:

DETAIL INFO:
URL:http://commerce.workflowoneaccess.com/UI/VariableImage/PDFO/li064jUFE-
prfqkh8TwHmTcsA-e-e.pdf
item number: NHBC-500
Quantity: 1 BX 500
cardtype: BUSINESS CARDS
languageoption: English
Sequence Number: 1
Billing Transaction Number: 057288164
Warehouse Descriptor:
Combined Warehouse Order: N

USER FIELDS:
four51username:purchasing@nolandhealth.com
Name:Angela Fowler, RN, BSN
Title1:Clinical Marketing Liaison
Address1:50 Medical Center Drive East
Address2:8th Floor
City:Birmingham
State:Alabama
ZIP:35235
Tel1:2058385100
Tel2:8776025904
Teltype1:Phone
Teltype2:Fax
Email:afowler@nolandhealth.com
Website:www.nolandhealth.com
Logo:Noland_BC02_Logo_Birmingham.eps
Document:Noland_BC02.xdt
Tel3:2056030280
Teltype3:Cell
atBC:Noland_Hospital_Cards.xat
NameSelect:Noland Hospital Birmingham,LLC
-------------------------------------------------------
```

# PACKING SLIP

| Ship Date | Invoice No. |
|---|---|
| 3/5/2015 | 134174 |

**Standard Register**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

**Ship To:**

**NOLAND HOSPITAL BIRMINGHAM LLC**

**50 MEDICAL CENTER DR, 8TH FLOOR**

**BIRMINGHAM, AL 35235**

**Attn:** ANGELA F

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|---|---|---|---|
| X858104 | | UPS | 10-1733 |

| Job Description | Quantity |
|---|---|
| NOLAND HOSPITAL<br>FORM # NHBC-500<br>BUSINESS CARDS FOR FOWLER | 500 |

Shipped UPS

1Z4690760354236663

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

**Invoice**

| Date | Invoice # |
|------|-----------|
| 3/10/2015 | 134119 |

Bill To

Standard Register
600 Albany Street
Dayton,OH   45417-3405

**Terms**

2% 20 Net 30

**Due Date**

4/10/2015

| P.O. Number | Ship Date | Contact |
|-------------|-----------|---------|
| J362 | 3/10/2015 | JULIE SMITH |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| ROPER HOSPITAL LETTERHEAD | | | |
| PRINTING - QTY 2000 | | 317.50 | 317.50 |
| SHIPPING CHARGE | | 18.59 | 18.59 |

| | |
|---|---|
| **Subtotal** | $336.09 |
| **Sales Tax** | $0.00 |
| **Total** | $336.09 |

Return from Printable View

**2769-G90007 (01-53427)**
Order Details

February 20, 2015 10:54:53 AM

**Order: G90007**

### Order Information

| | | | |
|---|---|---|---|
| Title: | G90007 | Prefix: | J |
| **Order completion date:** | **2/27/15 5:00 PM** | **Quote Number:** | **D Cox** |
| Status: | Accepted | Sales Rep: | Smith, Julie A |
| Buyer workgroup: | Workflow Enterprise | Sales Rep Territory: | 99302 |
| Buyer Person: | Tom Stratton | Project Number: | 01-53427 |
| Supplier workgroup: | Design Type, Inc. (WFO) | Project Completion Date: | 2/27/15 |
| Supplier Person: | Orders Design Type | New or Reprint?: | Exact Repeat |
| Production Plus Direct Bill: | | Project Hot?: | No |
| Customer Name: | AMERICAN PRODUCT DISTRIBUTORS - ROPER | **General Information** | |
| | | Payment method: | Purchase Order |
| Customer Number: | 7040500 | **WFO Purchase Order Number:** | **J362** |
| Client ID: | 2769 | | |
| **Customer PO:** | **stock** | Allowed Overs: | 10.00 % |
| Local Terms and Conditions: | Atlanta Standard Register 4855 Peachtree Industrial Blvd, Ste 220, Norcross, GA 30092 | Allowed Unders: | 10.00 % |
| Buyer Phone Number: | 770 840 3330 | | |

### Order Items

ROPER HOSPITAL LETTERHEAD (8765309) [ Job Id: 8306920 ]

| | | | |
|---|---|---|---|
| Completion date: | 2/27/15 5:00 PM | Quantity: | **2,000** |
| **Item Number:** | **G90007** *Item is validated* | Rate Card: | NONE |
| Item Name: | ROPER HOSPITAL LETTERHEAD | Cost Price: | $158.75 per 1,000 |
| Pricing UOI: | 1/BX/1 | Notes: | order for 4 boxes of 500 |
| Pricing UOR: | 1/BX/1 | Last Supplier Job Number: | 132866 |
| Packaging UOI: | 500/BX/1 | Last Order Number: | M102 |
| Packaging UOR: | 500/BX/1 | | |
| Bill Code: | Bill Upon Inventory Release | | |
| Requested Shipments: | 2,000 | | |
| Delivered: | 0 | | |
| Received: | 0 | | |

| | |
|---|---|
| Vendor Cost: | $317.50 |
| Order Total: | $317.50 |

2/20/2015 10:55 AM

| | | |
|---|---|---|
| Tax: | $0.00 | |
| Shipping: | $0.00 | |
| Grand Total: | $317.50 | |

Detailed Specifications

 ROPER HOSPITAL LETTERHEAD

### Spec Description

Name:      ROPER HOSPITAL LETTERHEAD

Reference Number: 8765309

Product Type:     Letterhead

### Size

         Width   Height      Other

Finished size: 8 1/2 x   11   in   *ISO:*

### Stocks and Inks

| Stock used as | Stock Description | Ink Description |
|---|---|---|
| G90007 | Weight:60 lb<br>Type:Offset<br>Color:WHITE | Inks for printing one side only<br>4 color process:Light<br>Spot colors:Light 1 GRAY<br><br>Bleeds:No |

### Prepress

### Art and Files

✔ Exact Reprint Comments:

### Packaging

| Packing | Quantity | Special Instructions |
|---|---|---|
| ✔ Box in | 500 | NO PARTIALS |

### Shipment Details

Shipment Information

Spec:  ROPER HOSPITAL LETTERHEAD

Job Id: 8306920

Buyer: Tom Stratton of Workflow Enterprise

Supplier: Orders Design Type of Design Type, Inc. (WFO)

Shipment Name: ROPER HOSPITAL LETTERHEAD Shipment

Status: Not Shipped

Delivery Address #1 of 1

# PACKING SLIP

| Ship Date | Invoice No. |
|---|---|
| 3/4/2015 | **134119** |

**Standard Register**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

**Ship To:**

**CEVA LOGISTICS CHARLOTTE**

**1816 WEST POINTE DR**

**CHARLOTTE, NC 28214**

Attn:

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|---|---|---|---|
| J362 | | UPS | STOCK |

| Job Description | Quantity |
|---|---|
| ROPER HOSPITAL<br>FORM # G90007<br>ROPER HOSPITAL LETTERHEAD | 2000 |

Shipped UPS

1 Z Y 6 9 0 7 6 0 3 5 4 7 1 3 6 1 0

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/10/2015 | **134162** |

Bill To

Standard Register
600 Albany Street
Dayton,OH   45417-3405

**Terms**

2% 20 Net 30

**Due Date**

4/10/2015

| | P.O. Number | Ship Date | Contact |
|---|---|---|---|
| | A0722688 | 3/10/2015 | RICHELLE |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| CAREER DEVELOPMENT QRG AND QA | | | |
| PRINTING - QTY 600 ORG | | 355.00 | 355.00 |
| PRINTING - QTY 600 QA | | 355.00 | 355.00 |
| SHIPPING CHARGE | | 54.78 | 54.78 |

| | |
|---|---|
| **Subtotal** | $764.78 |
| **Sales Tax** | $0.00 |
| **Total** | $764.78 |



**PURCHASE ORDER**

A6722088

**Workflow One**

ASI# 333847

Phone:

Design Type

| | QTY | | | | |
|---|---|---|---|---|---|
| 1 | 600 | Career Development ORG | 4.25 x 5.5 | | $165.00 |
| 2 | 600 | Career Development QA | 4.25 x 5.5 | | $165.00 |

2/27/15    3/4/15    3/4/15    3/4/15    T. Graham    3708

Career Development Quick Reference Guide
Career Development QA
100 Gloss Text, 5 Mil Lamination
Duplex Color – Bleeds
In Hands Date 3/4/15

NAME: Equifax
ATTN: Cicely Tucker
ADDRESS: 1550 Peachtree St NW
H24
CITY, ST ZIP Atlanta, GA 30309
COUNTRY
SHIP VIA: Best To Deliver By 3/4/15 Can Courier If Needed

SHIP QTY    1200 (600 of each)

SPECIAL INSTRUCTIONS:

NAME:
ATTN:
ADDRESS:
CITY, ST ZIP
COUNTRY
SHIP VIA:

PMS COLOR
Location
Size
Application

Insert artwork pic here

Artwork Preview Above
Signature

COURIER-NOW, INC.

—————EDIT POSTED ORDERS——————

TO

10340863    03/04/2015  11:56

ALBERT
DES1670
DESIGN TYPE
1670 SPECTRUM DRIVE

LAWRENCEVILLE GA 30043
770-338-8801

134162
NW

DESIGN TYPE
1670 SPECTRUM DRIVE                    30043

LAWRENCEVILLE
ALBERT
770-338-8801



EQUIFAX
1550 PEACHTREE
SUITE H-24
ATLANTA

ANDRE EVANS/MAILROOM 03/04/2015 15:55

F1-HELP       F3-DELETE       F6-JUMP       F7-E

# PACKING SLIP

| | Ship Date | Invoice No. |
|---|---|---|
| | 3/4/2015 | 134162 |

**STANDARD REGISTER**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

**Ship To:**

**EQUIFAX**

**1550 PEACHTREE ST NW SUITE H24**

**ATLANTA, GA 30309**

**Attn:** CICELY TUCKER

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|---|---|---|---|
| A0722688 | | COURIER NOW | |

| Job Description | Quantity |
|---|---|
| EQUIFAX<br>CAREER DEVELOPMENT QRG<br>CAREER DEVELOPMENT QA | 600EA |

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

**Invoice**

| Date | Invoice # |
|------|-----------|
| 3/10/2015 | 134158 |

Bill To

Standard Register
600 Albany Street
Dayton, OH  45417-3405

**Terms**

2% 20 Net 30

**Due Date**

4/10/2015

| P.O. Number | Ship Date | Contact |
|-------------|-----------|---------|
| EN238591 | 3/10/2015 | LINDA |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| CONCORDIA CHANGE ORDER FORM CAI-OR012 | | | |
| PRINTING - QTY 200 | | 67.00 | 67.00 |

| | | | |
|---|---|---|---|
| | **Subtotal** | | $67.00 |
| | **Sales Tax** | | $0.00 |
| | **Total** | | $67.00 |

Return from Printable View

7112383 CAI-OR012 CAI (01-53550)
Order Details

February 27, 2015 9:23:18 AM

## Order: 7112383 CAI-OR012 CAI

Order Information

| | | | |
|---|---|---|---|
| Title: | 7112383 CAI-OR012 CAI | **Quote Number:** | |
| **Order completion date:** | **3/2/15 3:00 PM** | Sales Rep: | David, Linda A |
| Status: | Accepted | Sales Rep Territory: | 61403 |
| Buyer workgroup: | Workflow Enterprise | Project Number: | 01-53550 |
| Buyer Person: | Vanessa White | Project Completion Date: | 3/2/15 |
| Supplier workgroup: | Design Type, Inc. (WFO) | New or Reprint?: | New |
| Supplier Person: | Orders Design Type | Project Hot?: | No |
| Production Plus Direct Bill: | | **General Information** | |
| Customer Name: | CONCORDIA ANESTHESIOLOGY INC. | Payment method: | Credit Card |
| Customer Number: | 7112383 | **WFO Purchase Order Number:** | **EN238591** |
| **Customer PO:** | **BENAY THAMES** | Allowed Overs: | 0.00 % |
| Local Terms and Conditions: | Atlanta Standard Register 4855 Peachtree Industrial Blvd, Ste 220, Norcross, GA 30092 | Allowed Unders: | 0.00 % |
| Buyer Phone Number: | 770.840.3336 | | |

Order Items

CAI-OR012 ANESTHESIA BILLING RECORD (CAI-OR012) [ Job Id: 8317246 ]

| | | | |
|---|---|---|---|
| Completion date: | 3/2/15 3:00 PM | **Quantity:** | **200** |
| **Item Number:** | **CAI-OR012** *Item is validated* | Rate Card: | NONE |
| Item Name: | ANESTHESIA BILLING RECORD | Cost Price: | $335.00 per 1,000 |
| UOM: | EA | Last Supplier Job Number: | |
| Sell Code: | M | Last Order Number: | |
| Bill Code: | Bill Upon Straight Ship | Country of Origin: | USA |
| Bill Freight Code: | C | | |
| Pack Size: | 100 | | |
| Requested Shipments: | 200 | | |
| Delivered: | 0 | | |
| Received: | 0 | | |

| | |
|---|---|
| **Vendor Cost:** | $67.00 |
| Order Total: | $67.00 |
| Tax: | $0.00 |

|  | |
|---|---|
| Shipping: | $0.00 |
| **Grand Total:** | **$67.00** |

Detailed Specifications

 CAI-OR012 ANESTHESIA BILLING RECORD

### Spec Description

| | |
|---|---|
| Name: | CAI-OR012 ANESTHESIA BILLING RECORD |
| SKU: | CAI-OR012 |
| Reference Number: | CAI-OR012 |
| Product Type: | Digital Mono |
| Description: | 8.5" X 11 2PT NCR<br>WHT/CAN<br>BLACK INK, FACE AND BACK - HEAD TO HEAD<br>POLY IN 100'S |

### Size

| | Width | Height | | Other |
|---|---|---|---|---|
| Finished size: | 8.5 x | 11 | in | *ISO:* |

### Stocks and Inks

| Stock used as | Stock Description | Ink Description |
|---|---|---|
| **FORM** | Weight:20 lb<br>Type:NCR - CB<br>Color:WHITE | **Inks for both sides**<br>Black:Medium<br><br>Bleeds:No |
| **FORM** | Weight:20 lb<br>Type:NCR - CF<br>Color:CANARY | **Inks for both sides**<br>Black:Medium<br><br>Bleeds:No |

### Stock Comments

Comments:
BOTH PARTS PRINT SAME, FRONT AND BACK.

HEAD TO HEAD

### Prepress

**Art and Files**

✔ Line art (camera ready copy)

**Prepress Comments**

Comments:
CAI-OR012.PDF

### Packaging

| Wrapping | Quantity | Special Instructions |
|---|---|---|
| ✔ Shrink wrap in | 100 | |

### Shipment Details

**Shipment Information**

Spec: CAI-OR012 ANESTHESIA BILLING RECORD

Job Id: 8317246
Buyer: Vanessa White of Workflow Enterprise
Supplier: Orders Design Type of Design Type, Inc. (WFO)

Shipment Name: CAI-OR012 ANESTHESIA BILLING RECORD Shipment
Status: Not Shipped

Delivery Address #1 of 1

| | | | |
|---|---|---|---|
| Cost Center Number: | LENOX | Address: | 3475 LENOX ROAD NE SUITE 655 |
| Cost Center Name: | CONCORDIA ANESTHESIOLOGY INC. | City: | ATLANTA |
| | | State: | GA |
| Customer Release Number: | | Postal Code: | 30326-3331 |
| | | Country: | US |
| Name (First, MI, Last): | BENAY THAMES | | |
| Company Name: | CONCORDIA ANESTHESIOLOGY INC. | | |
| Work Phone Number: | | | |
| E-mail: | | | |

**Requested**

Request Type: Normal
Delivery Date: 3/2/15
Quantity: 200
Ship Via: 000000002: BEST METHOD

**Delivery**

Quantity shipped: 0

Units:
Weight:

Terms & Conditions

**Workflow Enterprise Purchase Terms and Conditions**
Standard Register vendors can contact Accounts Payable by emailing accountspayable@standardregister.com or by contacting:

Accounts Payable Service Rep for vendors A-J:
Sherri Perry
T: (937) 221-2125
F: (937) 913-3154
Sherri.Perry@StandardRegister.com

Accounts Payable Service Rep for vendors K-S:
Ortha Jean Mooney
T: (937) 221-2118
F: (937) 913-3012
OrthaJean.Mooney@StandardRegister.com

Accounts Payable Service Rep for vendors T-Z:
Chris Jeans
T: (937) 221-2110
F: (937) 913-3196
Chris.Jeans@StandardRegister.com

Case 15-10541-BLS    Doc 1018-1    Filed 09/04/15    Page 314 of 319

Page references below are from the Standard Register 2014 Order Fulfillment Instructions guide. Copies of the OFI can be obtained by contacting strategicsourcing@standardregister.com. Several new additions have been made to the Order Fulfillment Instructions that we provide to our Certified Trade Partners. The OFI gives guidelines as to purchase orders, packaging, palletizing, freight compliance, etc. to ensure seamless business interactions between Standard Register and its valued sourcing network.

Below are a few (but not all) changes from last year:

Invoicing:
• All invoices must contain a Purchase Order number. (p. 12)
Purchase Orders:
• All purchase orders must be received directly from NetSource, Hagen, CPX, NFM, Printstream, Star, or I-series. (p. 12)
Shipping:
• Standard Register UPS Parcel Program – One account will be issued per vendor.
Palletizing:
• Pallet requirements for each individual warehouse vary. (p. 16)
Labeling:
• Standard Register labels for shipping. (p. 15)
Terms
• Terms for STP are 2%, 30 Net 60. (p. 26)

### Design Type, Inc. (WFO) Sales Terms and Conditions

*Design Type, Inc. (WFO) has not entered any Terms & Conditions.*



134158

INPAK COURIER

# PACKING SLIP

| Ship Date | Invoice No. |
|---|---|
| 3/2/2015 | 134158 |

**STANDARD REGISTER**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

**Ship To:**

**CONCORDIA ANESTHESIOLOGY INC**

**3475 LENOX RD NE, SUITE 655**

**ATLANTA, GA 30326**

**Attn:** BENAY THAMES

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|---|---|---|---|
| EN238591 | | INPAX | |

| Job Description | Quantity |
|---|---|
| CONCORDIA ANESTHESIOLOGY<br>FORM # CAI-OR012<br>ANESTHESIA BILLING RECORD | 200 |

Design Type Inc
1670 Spectrum Drive
Lawrenceville, GA 30043

**Invoice**

| Date | Invoice # |
|------|-----------|
| 3/10/2015 | **134153** |

Bill To

Standard Register
600 Albany Street
Dayton,OH   45417-3405

**Terms**

2% 20 Net 30

**Due Date**

4/10/2015

| P.O. Number | Ship Date | Contact |
|-------------|-----------|---------|
| **EN238551** | 3/10/2015 | LINDA |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| CONCORDIA PRE ANESTHESIA OPER ASSESSMENT | | | |
| PRINTING - QTY 200 | | 67.00 | 67.00 |
| SHIPPING CHARGE | | 42.19 | 42.19 |

| | |
|---|---|
| **Subtotal** | $109.19 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $109.19 |

7112383 CAI-OR011 CAI (01-53531)
Order Details

February 26 2015 4 36 44 PM

## Order: 7112383 CAI-OR011 CAI

View Order List

### Order Information

| | | | |
|---|---|---|---|
| Title: | 7112383 CAI-OR011 CAI | Quote Number: | |
| Order completion date: | 3/2/15 3:00 PM | Sales Rep: | David,Linda A |
| Status: | Accepted | Sales Rep Territory: | 61403 |
| Buyer workgroup: | Workflow Enterprise | Project Number: | 01-53531 |
| Buyer Person: | Vanessa White | Project Completion Date: | 3/2/15 |
| Supplier workgroup: | Design Type, Inc. (WFO) | New or Reprint?: | New |
| Supplier Person: | Orders Design Type | Project Hot?: | Yes |
| Production Plus Direct Bill: | | General Information | |
| Customer Name: | CONCORDIA ANESTHESIOLOGY INC. | Payment method: | Credit Card |
| Customer Number: | 7112383 | WFO Purchase Order Number: | EN238551 |
| Customer PO: | BENAY THAMES | Allowed Overs: | 0.00 % |
| Local Terms and Conditions | Atlanta Standard Register 4855 Peachtree Industrial Blvd, Ste 220, Norcross. GA 30092 | Allowed Unders: | 0.00 % |
| Buyer Phone Number: | 770.840.3336 | | |

### Order Items

CAI-OR011 ANESTHESIA ASSESSMENT (CAI-OR011) [ Job Id: 8316583 ]

| | | | |
|---|---|---|---|
| Completion date. | 3/2/15 3:00 PM | Quantity: | 200 |
| Item Number: | CAI-OR011 *Item is validated* | Rate Card: | NONE |
| Item Name: | PRE ANESTH PRE OPER ASSESS | Cost Price: | $0.00 per 1.000 |
| UOM: | EA | Last Supplier Job Number: | |
| Sell Code: | M | Last Order Number: | |
| Bill Code: | Bill Upon Straight Ship | Country of Origin: | USA |
| Bill Freight Code: | C | | |
| Pack Size: | 100 | | |
| Requested Shipments: | 200 | | |
| Delivered: | 0 | | |
| Received: | 0 | | |

| | |
|---|---|
| Vendor Cost: | $0.00 |
| Order Total: | $0.00 |
| Tax: | $0.00 |
| Shipping: | $0.00 |

# PACKING SLIP

| Ship Date | Invoice No. |
|---|---|
| 3/2/2015 | 134153 |

**STANDARD REGISTER**
**P.O. Box 3933**
**Dayton, OH 45401-3933**

**Ship To:**

**CONCORDIA ANESTHESIOLOGY INC**

**3475 LENOX RD NE, SUITE 655**

**ATLANTA, GA 30326**

**Attn:** BENAY THAMES

| Purchase Order No. | Weight | Shipping Type | Customer PO No. |
|---|---|---|---|
| EN238551 | | INPAX | |

| Job Description | Quantity |
|---|---|
| CONCORDIA ANESTHESIOLOGY<br>FORM # CAI-OR011<br>PRE-ANESTHESIA/ PRE-OP ASSESSMENT | 200 |

Shipped By Courier