**CERTIFICATE OF SERVICE**

I, Jason C. Powell, Esquire, hereby certify that on this 4th day of September, 2015, I have caused to be served in the manner indicated a copy of the foregoing **LIMITED OBJECTION/RESPONSE OF PARTY-IN-INTEREST, TLF GRAPHICS, TO DEBTORS' FIRST (1ST) OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS (DROP-SHIP ADMINISTRATIVE PRIORITY CLAIMS) PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007 AND LOCAL RULE 3007-1** to the following:

**By First Class Mail**
Michael A. Rosenthal, Esquire
Jeremy L. Graves, Esquire
Matthew G. Bouslog, Esquire
Gibson, Dunn & Crutcher, LLP
200 Park Avenue
New York, NY 10166-0193

**By Hand Delivery**
Michael R. Nestor, Esquire
Kara Hammond Coyle, Esquire
Maris J. Kandestin, Esquire
Andrew L. Magaziner, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 North King Street
Wilmington, DE 19801

/s/ Jason C. Powell
Jason C. Powell, Esquire (No. 3768)