# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SRC LIQUIDATION COMPANY (f/k/a THE STANDARD REGISTER COMPANY), *et al.* | ) ) ) ) | Case No. 15-10541 (BLS) (Jointly Administered) |
| Debtors. | ) | |

### NOTICE OF SUBSTITUTION OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS OF THE BANK OF NEW YORK MELLON, SOLELY IN ITS CAPACITY AS MASTER TRUSTEE UNDER THE BELOW REFERENCED MASTER TRUST AGREEMENT, PURSUANT TO § 1109(b) OF THE BANKRUPTCY CODE AND BANKRUPTCY <u>RULES 9010 AND 2002</u>

PLEASE TAKE NOTICE that as of September 8, 2015, the undersigned, Amy M Tonti should be removed from all service lists, including the court's electronic notification list, in the above-captioned case, and that the Robert P. Simons should be substituted for Amy M. Tonti as counsel for The Bank of New York Mellon, as successor to The Bank of New York ("BNY Mellon"), *solely in its capacity as Master Trustee under the Master Trust Agreement between The Standard Register Company and The Bank of New York dated as of October 20, 2000, as supplemented*, and should be added to all service lists, including the court's electronic notification list, in the above-captioned case, as follows:

> Robert P. Simons, Esq.
> REED SMITH LLP
> Reed Smith Centre
> 225 Fifth Avenue, Suite 1200
> Pittsburgh, PA  15222
> Tel:  412-288-3131
> Fax: 412-288-3063
> Email:  rsimons@reedsmith.com

Dated:  September 8, 2015  Respectfully submitted,

REED SMITH LLP

By: */s/ Amy M. Tonti*
Amy M. Tonti (Admitted Via Pro Hac Vice)
225 Fifth Avenue, Suite 1200
Pittsburgh, PA  15222
Telephone:  412-288-3131
Facsimile: 412-288-3063
E-mail:  atonti@reedsmith.com

*Counsel to The Bank of New York Mellon, as successor to The Bank of New York ("BNY Mellon"), solely in its capacity as Master Trustee under the Master Trust Agreement between The Standard Register Company and The Bank of New York dated as of October 20, 2000, as supplemented*