## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SRC LIQUIDATION COMPANY (f/k/a | ) | Case No. 15-10541 (BLS) |
| THE STANDARD REGISTER | ) | (Jointly Administered) |
| COMPANY), *et al.* | ) | |
| | ) | |
| Debtors. | | |

### CERTIFICATE OF SERVICE

I, Robert P. Simons, certify that I am over 18 years of age and that on this 8th day of September, 2015, I caused a true and correct copy of the *Notice of Substitution of Appearance and Demand for Service of Papers of The Bank of New York Mellon, as successor to The Bank of New York ("BNY Mellon"), solely in its capacity as Master Trustee under the Master Trust Agreement between The Standard Register Company and The Bank of New York dated as of October 20, 2000, as supplemented, Pursuant to § 1109(b) of the Bankruptcy Code and Bankruptcy Rules 9010 and 2002* to be served on the parties listed on the attached service list via First Class U.S. Mail:

Dated: September 8, 2015                    */s/Robert P. Simons*
                                            Robert P. Simons

US_ACTIVE-123522271.1-SLLUCAS 09/08/2015 1:59 PM

## SERVICE LIST

| | |
|---|---|
| SRC Liquidation Company<br>600 Albany Street<br>Dayton, OH 45417<br><br>*Debtors* | Jeremy L. Graves, Esq.<br>Gibson Dunn & Crutcher LLP<br>1801 California Street<br>Suite 4200<br>Denver, CO 80202-2642<br><br>*Counsel for Debtors* |
| Matthew G. Bouslog, Esq.<br>Gibson Dunn & Crutcher LLP<br>3161 Michelson Drive<br>Irvine, CA 92612-4412<br><br>*Counsel for Debtors* | Mitchell A. Karlan, Esq.<br>Kyle J. Kolb, Esq.<br>Brian M. Lutz, Esq.<br>Michael A. Rosenthal, Esq.<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br><br>*Counsel for Debtors* |
| Sabina Jacobs, Esq.<br>Robert Klyman, Esq.<br>Jeffrey C. Krause, Esq.<br>Samuel A. Newman, Esq.<br>Gibson Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br><br>*Counsel for Debtors* | Kara Hammond Coyle, Esq.<br>Maris J. Kandestin, Esq.<br>Andrew L Magaziner, Esq.<br>Michael R. Nestor, Esq.<br>Elizabeth Soper Justison, Esq.<br>Young Conaway Stargatt & Taylor LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br><br>*Counsel for Debtors* |
| Mark S. Kenney<br>Office of the U.S. Trustee<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 | Prime Clerk, LLC<br>830 Third Avenue<br>9th Floor<br>New York, NY 10022<br>Attn: Benjamin Joseph Steele<br><br>*Claims Agent* |

- 5 -

| | |
|---|---|
| Duncan E. Barber, Esq.<br>Bieging Shapiro & Barber LLP<br>4582 South Ulster St. Parkway<br>Suite 1650<br>Denver, CO 80237<br><br>*Counsel for Prime Clerk, LLC* | Andrew D. Behlmann, Esq.<br>Wojciech F. Jung, Esq.<br>Sharon L. Levine, Esq.<br>Kenneth A. Rosen, Esq.<br>Lowenstein Sandler LLP<br>65 Livingston Avenue<br>Roseland, NJ 07068<br><br>*Counsel for The Official Committee of Unsecured Creditors* |
| Gerald C. Bender, Esq.<br>Lowenstein Sandler LLP<br>1251 Avenue of the Americas<br>New York, NY 10020<br><br>*Counsel for The Official Committee of Unsecured Creditors* | Justin K. Edelson, Esq.<br>Shanti M. Katona, Esq.<br>Christopher A. Ward, Esq.<br>Polsinelli PC<br>222 Delaware Avenue<br>Suite 1101<br>Wilmington, DE 19801<br><br>*Counsel for The Official Committee of Unsecured Creditors* |