# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION COMPANY, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered)<br><br>Re: Docket Nos. 938 & 1013 |

## ORDER APPROVING FOURTH MONTHLY AND FINAL FEE APPLICATION OF LAZARD FRÈRES AND CO. LLC AND LAZARD MIDDLE MARKET LLC, AS INVESTMENT BANKER TO THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTHLY PERIOD FROM JULY 1, 2015 THROUGH JULY 31, 2015, AND THE FINAL PERIOD FROM MARCH 12, 2015 THROUGH JULY 31, 2015

Upon consideration of the fourth and final application (the "Application") of Lazard Frères and Co. LLC and Lazard Middle Market LLC ("Lazard"), as investment banker for the above-captioned debtors and debtors in possession (collectively, the "Debtors") for the period from March 12, 2015 through and including July 31, 2015 (the "Application Period"); and the Court having reviewed the Application; and the Court finding that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334; and the Court having determined that proper and adequate notice has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The Application is GRANTED, as set forth herein.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

2.	There shall be allowed to Lazard on a final basis for the Application Period (i) compensation for its professional services rendered as investment banker to the Debtors in the aggregate amount of $3,900,000.00 and (ii) reimbursement of actual, reasonable and necessary expenses in the aggregate amount of $121,481.22.

3.	The Debtors are authorized to compensate Lazard consistent with the relief granted herein in the amount of $3,622,549.26, which reflects a reduction of amounts previously paid totaling $398,931.96.

4.	The Debtors are authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

5.	Any and all payments heretofore made to Lazard in respect of Lazard's fees and expenses accrued during the pendency of these chapter 11 cases are hereby approved, ratified and confirmed.

6.	This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: Sept. 8, 2015
Wilmington, Delaware

_____
Brendan L. Shannon
Chief United States Bankruptcy Judge

01:17641313.1

2