

September 2, 2015

The Honorable Brendan L. Shannon
United States Bankruptcy Court
For the District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

Re:  *SRC Liquidation Company, et al.*
     Case No. 15-10541 (BLS)

Your Honor:

This letter is to inform the Court that Imagine! Print Solutions, Inc. would like to update the address of record. Please update the records to replace the previous address:

Imagine! Print Solutions, Inc.
SDS 12-2000
P.O. Box 86
Minneapolis, MN 55486

with the following address:

Imagine! Print Solutions, Inc.
1000 Valley Park Drive
Shakopee, MN 55379

Thank you for your time and attention to this matter.

Sincerely,

Timothy Bettenga
General Counsel
Imagine! Print Solutions, Inc.