
## CERTIFICATE OF SERVICE

I, Benjamin W. Keenan, hereby certify that on September 10, 2015, I caused one copy of the foregoing document to be served upon the parties below in the manner indicated.

| VIA FIRST CLASS MAIL<br>GIBSON, DUNN & CRUTCHER LLP<br>Michael A. Rosenthal<br>Jeremy L. Graves<br>Matthew G. Bouslog<br>200 Park Avenue<br>New York, New York 10166-0193 | VIA HAND DELIVERY<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Michael R. Nestor<br>Kara Hammond Coyle<br>Maris J. Kandestin<br>Andrew L. Magaziner<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801 |
|---|---|

/s/Benjamin W. Keenan
Benjamin W. Keenan (#4724)