## **CERTIFICATE OF SERVICE**

     I certify that on September 11, 2015, I caused to be served a copy/copies of the United States Trustee's Response to and Reservation of Rights on the Debtors' Motion for an Order (i) Scheduling Combined Hearing on Approval of Disclosure Statement and Confirmation of Plan, (ii) Establishing Procedures for Solicitation and Tabulation of Votes on Plan and (iii) Approving Related Matters, via electronic mail to the following:

| | |
|---|---|
| Michael R. Nestor, Esquire | Michael A. Rosenthal, Esquire |
| Kara Hammond Coyle, Esquire | Samuel A. Newman, Esquire |
| Andrew L. Magaziner, Esquire | Jeremy L. Graves, Esquire |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | Matthew G. Bouslog, Esquire |
| | GIBSON DUNN & CRUTCHER LLP |
| Rodney Square | 200 Park Avenue |
| 1000 North King Street | New York, NY 10166 |
| Wilmington, DE 19801 | mrosenthal@gibsondunn.com |
| mnestor@ycst.com | snewman@gibsondunn.com |
| kcoyle@ycst.com | jgraves@gibsondunn.com |
| amagaziner@ycst.com | mbouslog@gibsondunn.com |

/s/ Mark S. Kenney
Mark S. Kenney