**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Timothy R. Quinn, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 8, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via overnight mail on the Transferred Contract Counterparty Service List attached hereby to as **Exhibit A**:

- (Customized) Notice Regarding Designation as Post-Closing Transferred Contract and Assumption and Assignment Thereof, a non-customized copy of which is attached hereto as **Exhibit B**.

On September 8, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via overnight mail on the Removed Contract Counterparty Service List attached hereby to as **Exhibit C**:

- (Customized) Notice Regarding Designation as Removed Contract and Rejection Thereof [a non-customized copy of which is attached hereto as **Exhibit D**]

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

Dated: September 9, 2015

Timothy R. Quinn

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on September 9, 2015, by Timothy R. Quinn, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

DAVID M. SMITH
NOTARY PUBLIC-STATE OF NEW YORK
No. 02SM6300826
Qualified in New York County
My Commission Expires April 07, 2018

SRF 4154

**Exhibit A**

Exhibit A
Transferred Contract Counterparty Service List
Served via Overnight Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| A. N. DERINGER | 64 North Main Street | | | St. Albans | VT | 05478 | |
| Abington Health | 1200 Old York Ed | | | Abington | PA | 19001 | |
| Abington Memorial Hospital | ATTN: Privacy Officer | 1200 Old York Road | | Abington | PA | 19001 | |
| Adventist Health, Central Valley Network | Attn: General Counsel | 820 West Diamond Avenue - Suite 600 | | Gaithersburg | MD | 20878 | |
| Adventist Healthcare, Inc. | 820 West Diamond Avenue | Suite 600 | | Gaithersburg | MD | 20878 | |
| Aegon | 3222 Phoenixville Pike | Suite B-54 | | Frazer | PA | 19355 | |
| Agilent Technologies | Attn: Pamela S. Stovell | 5301 Stevens Creek Blvd. | | Santa Clara | CA | 95051 | |
| AgriBank, FCB | Attn: General Counsel | 30 E. 7th Street, Suite 1600 | | St. Paul | MN | 55101 | |
| Agrium Advanaced Technologies | Attn: General Counsel | 2915 Rocky Mountain Avenue | | Loveland | CO | 80538 | |
| AHS Oklahoma Health System LLP | 110 West 7th Street | SUite 2510 | | Tulsa | OK | 74119 | |
| Alcoa Inc. | 201 Isabella Street | | | Pittsburgh | PA | 15212-5858 | |
| Alcoa, Inc. | Attn: General Counsel | 3131 East Main Street | | Pittsburgh | PA | 15212-5858 | |
| Alcoholics Anonymous World Services, Inc. | Attn: General Counsel | 475 Riverside Drive | | New York | NY | 10015-0058 | |
| Alfresco Software Americas, Inc. | 2839 Paces Ferry Road SE | Suite 720 | | Atlanta | GA | 30339 | |
| Alvarado Hospital | Attn: General Counsel | 6655 Alvarado Road | | San Diego | CA | 92120 | |
| AmericanWest Bancorporation | Executive Offices | 41 W. Riverside Ave. | Suite 400 | Spokane | WA | 99201 | |
| Anadarko Petroleum Corporation | 1201 Lake Robbins Drive | | | The Woodlands | TX | 77380 | |
| APAC Holdings, Inc, | 900 Ashwood Parkway | Suite 700 | | Atlanta | GA | 30338 | |
| Apache Corporation | 2000 Post Oak Boulevard | #100 | | Houston | TX | 77056 | |
| Apartment Investment & Management CO. (AIMCO) | Attn: General Counsel | 4582 South Ulster Street Parkway | Suite 1100 | Denver | CO | 80237 | |
| Arrow Exterminators | 8613 Roswell Road | | | Atlanta | GA | 30350 | |
| Arrow Exterminators, Inc. | P.O. Box 500219 | | | Atlanta | GA | 31150 | |
| Bank of Hawaii | 111 South King Street | | | Honolulu | HI | 96813 | |
| Bank of Hawaii | Attn: Tom Koide | Executive Vice President | Hawaii Branch Division #239 PO Box 2900 | Honolulu | HI | 96846 | |
| BAPTIST MEMORIAL HEALTH CARE CORPORATION | Attn: General Counsel | 350 North Humphreys Blvd. | | Memphis | TN | 38120 | |
| Baptist Memorial Health Care Corporation | Attn: General Counsel | 350 North Humphreys Blvd. | | Memphis | TN | 38120 | |
| Baptist Memorial Healthcare Corporation | 350 N Humphreys Blvd | | | Memphis | TN | 38120-2177 | |
| Bayfront Health | Attn: Kathryn J. Gillette, President & CEO | 701 6th Street South | | Saint Petersburg | FL | 33701 | |
| Beacon Sales Acquisition, Inc. | 1 Lakeland Park Drive | | | Peabody | MA | 01960 | |
| Beneficial Mutual Savings Bank | 530 Walnut Street | | | Philadelphia | PA | 19106 | |
| BJC Health Care | Attn: VP, Supply Chain Operations | 8300 Eager Road | Mailstop 92-92-277, Suite 500 | St Louis | MO | 63144 | |
| BJC Health System, Inc. | Attention: Mr. Steven H. Lipstein | Chief Executive Officer, President and Director | 4444 Forest Park Avenue | St. Louis | MO | 63108 | |
| BJC Health System,d/b/a BJC HealthCare | Attn: VP, Supply Chain Operations | 8300 Eager Road | Mailstop 92-92-277 Suite 500 | St. Louis | MO | 63144 | |
| BJC HealthCare | 8300 Eager Road | Suite 400B | (copy to BJC HealthCare, Attn: General Counsel l 4444 Forest Park Avenue, St. Louis, MO 63108) | St. Louis | MO | 63144 | |
| BJC HealthCare | BJC HealthCare, Attn: General Counsel | 4444 Forest Park Avenue | | St. Louis | MO | 63108 | |
| BJC HealthCare | 8300 Eager Road | Suite 400B | | St. Louis | MO | 63144 | |
| Blue Cross and Blue Shield of South Carolina | Mail Code AE-100 | I-20 at Alpine Road | | Columbia | SC | 29219 | |
| Blueridge Medical dba Mountain States Health Alliance | Attn: General Counsel | 1019 W. Oakland Ave. Suite 4 | | Johnson City | TN | 37604 | |
| Bon Secours | Attn: General Counsel | 468 Cadieux Road | | Grosse Pointe | MI | 48230 | |
| Bon Secours Community Hospital | 160 East Main Street | | | Port Jervis | NY | 12771 | |

Exhibit A
Transferred Contract Counterparty Service List
Served via Overnight Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| Bon Secours Health System, Inc. | 1505 Marriottsville Road | | | Marriottsville | MD | 21104 | |
| Bon Secours Health System, Inc. | Attn: Ron Brady | 8990 Old Annapolis Road | Suite M | Columbia | MD | 21045 | |
| Bon Secours Richmond Health System, Inc. | Attn: General Counsel | 5601 Eastport Boulevard | | Richmond | VA | 23231 | |
| Brookdale Hospital Medical Center | Attn: General Counsel | One Brookdale Plaza | | Brooklyn | NY | 11212 | |
| Callison, LLC | Attn: Brett Bellas | 1420 Fifth Avenue | #2400 | Seattle | WA | 98101 | |
| Campbell Concrete & Materials | Attn: General Counsel | 105 East Boothe Street | | Cleveland | TX | 77327 | |
| Capital Mailing Services, Inc. | Attn: General Counsel | 2424 Del Monte Street | | West Sacramento | CA | 95691 | |
| CapitalSource Bank (Capital Source Bank) | 2727 East Imperial Highway | | | Brea | CA | 92821 | |
| CareLink of Jackson | ATTN: Richard Gutowski | 110 N. Elm Ave | | Jackson | MI | 49202 | |
| Cemex, Inc. | 840 Gessner | Suite 1400 | | Houston | TX | 77024 | |
| ChemTreat | Attn: General Counsel | 5640 Cox Road | | Glen Allen | VA | 23060 | |
| Children's Healthcare of Atlanta, Inc. | Attn: Ellen Mauldin, Director | 1584 Tullie Circle NE | | Atlanta | GA | 30329 | |
| Christiana Care Health Services, Inc | 131 Continental Drive, Suite 202 | | | Newark | DE | 19713 | |
| Christiana Care Health Services, Inc. | Attn: General Counsel | 4755 Ogletown Stanton Rd | | Newark | DE | 19718 | |
| Cigna International  Expatirate Benefits Deleware Corporation | 590 Naamans Rd. | | | Claymont | DE | 19703 | |
| CK Franchising Inc. | 6640 Poe Avenue | Suite 200 | | Dayton | OH | 45414 | |
| CK Franchising, Inc | 6640 Poe Avenue, Suite 200 | | | Dayton | OH | 45414 | |
| Clorox Services Company | Attn: General Counsel | 1221 Broadway | | Oakland | CA | 94612 | |
| CMC Construction Services | 777 North Eldridge | Suite 500 | | Houston | TX | 77079 | |
| CMG Mortgage Inc | 3160 Crow Canyon Road | Suite 400 | | San Ramon | CA | 94583 | |
| Coltene/Whaledent Inc. | 235 Ascot Parkway | | | Cuyahoga Falls | OH | 44223 | |
| Comanche County Medical Center | Attn: General Counsel | 10201 Highway 16 | | Comanche | TX | 76442 | |
| Comanche County Memorial Hospital | 10201 Highway 16 | | | Comanche | TX | 76442 | |
| Comanche County Memorial Hospital | Attn: General Cousnel | 3401 W Gore Blvd | | Lawton | OK | 73505 | |
| Cone Mills Corporation | 3101 North Elm Street | | | Greensboro | NC | 27415 | |
| Copart Auto Auctions | Attn: Will Franklin | 4665 Business Center Drive | | Fairfield | CA | 94534 | |
| Core-Mark International | 3950 West Harmon Avenue | | | Las Vegas | NV | 89103 | |
| Cresa Partners LLC | 200 State Street | 13th Street | | Boston | MA | 02109 | |
| CrestPoint Health Insurance Company | 509 Med Tech Pkwy. | Ste. 100 | | Johnson City | TN | 37604 | |
| CTB/McGraw-Hill LLC | 20 Ryan Ranch Road | | | Monterey | CA | 93940 | |
| Danaher Controls | Attn: General Counsel | 2100 West Broad Street | | Elizabethtown | NC | 28337 | |
| Danaher Corporation | Attn: Sharon Mabe | 2200 Pennsylvania Avenue, NW | Suite 800W | Washington | DC | 20037 | |
| Danaher Motion | Attn: Legal Counsel | 501 West Main Street | | Radford | VA | 24141 | |
| Danaher Power Solutions | Attn: General Counsel | 5900 Eastport Blvd | | Richmond | VA | 23231 | |
| DAPSCO | 3110 Kettering Boulevard | | | Kettering | OH | 45439 | |
| Dayton Power and Light, Inc. | W. Steven Wolff | 1900 Dryden Road | | Dayton | OH | 45439 | |
| Dekalb Medical Center, Inc. | Attn: Joel Schuessier, VP Legal Services | 2701 North Decatur Road | | Decatur | GA | 30033 | |
| DEVON ENERGY | Dale T. Wilson: Treasurer | 333 W Sheridan Ave | | Oklahoma City | OK | 73102 | |
| DEVON ENERGY COMPANY | Larry Compton: Assistant Treasurer | 333 W. Sheridan Ave. | | Oklahoma | OK | 73102 | |
| Devon Energy Corporation | Attn: General Counsel | 20 North Broadway | | Oklahoma City | OK | 74102 | |
| DH Business Services LLC | 2200 Pennsylvania Avenue, N. W. , Suite 800 W | | | Washington | DC | 20037 | |
| DH Business Services LLC | 4300 44th Street | | | Grand Rapids | MI | 49512 | |
| Diamond Offshore Company | 15415 Katy Freeway | | | Houston | TX | 77094 | |
| Direct Mail Giant | 2715 Misty Oaks Circle | | | Royal Palm Beach | FL | 33411 | |

Exhibit A
Transferred Contract Counterparty Service List
Served via Overnight Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|------|-----------|-----------|-----------|------|-------|-----|---------|
| Direct Mail Giant LLC | 1128 Royal Palm Beach, Suite 280 | | | Royal Palm Beach | FL | 33411 | |
| EMH Regional Medical Center | Attn: General Counsel | 630 East River St. | | Elyria | OH | 44035 | |
| Ent Federal Credit Union | 7250 Campus Drive | | | Colorado Springs | CO | 80918 | |
| Enterprise Products Company | 2727 North Loop West | P.O. Box 4324 | | Houston | TX | 77210-4324 | |
| Enterprise Products Operating LLC | 1100 Louisiana Street | 10th Floor | | Houston | TX | 77002 | |
| Envestnet Asset Management, Inc. (envestment) | Attn: John Schoffman | 35 East Wacker Drive 16th Floor | | Chicago | IL | 60601-2314 | |
| Epiq Systems, Inc. | Attn: Legal Department | 501 Kansas Avenue | | Kansas City | KS | 66105 | |
| Equitable Life Assurance Society | Attn General Counsel | 200 Plaza Drive | | Secaucus | NJ | 07094 | |
| Evans National Bank | Attn: Howard M. Martin Jr. | One Grimsby Drive | | Hamburg | NY | 14075 | |
| Extra Space Management, Inc. | 2795 East Cottonwood Parkway | | | Salt Lake City | UT | 84121 | |
| ExxonMobil Global Services | Attn: Anne Gierth | 4500 Dacoma Street | | Houston | TX | 77092 | |
| ExxonMobil Global Services Company | Attn: Victoria Rivero | ExxonMobil Business Support Center Argentina S.R.L. | Della Paolera 265 8th Floor, 810F | Buenos Aires | | | Argentina |
| FAA Credit Union | Attn: General Counsel | 10201 S. Western | | Oklahoma City | OK | 73109 | |
| Fairfield Medical Center | Attn: Sky Gettys, CFO | 401 North Ewing Street | | Lancaster | OH | 43130 | |
| Fairview Health Services | 2450 Riverside Avenue | Suite F535 | | Minneapolis | MN | 55454 | |
| Farmers Alliance Mutual Insurance Company | 1122 N Main | PO Box 1401 | | McPherson | KS | 67460 | |
| Faulkner Hospital | Attn: General Counsel | 1153 Centre Street | | Boston | MA | 02130 | |
| Faulkner Hospital | Attn: General Cousnel | 5345 Atlanta Highway | | Montgomery | AL | 36109 | |
| Fayette County Memorial Hospital | Attn: General Counsel | 1430 Columbus Avenue | | Washington Court House | OH | 43160 | |
| Fidelity Corporate Real Estate, Inc. | 82 Devonshire Street | | | Boston | MA | 02109 | |
| First Financial Bank | Attn: General Counsel | 256 E. Fifth Street | | Cincinnati | OH | 45202 | |
| First Hawaiian Bank | Attn: General Counsel | PO Box 1959 | | Honolulu | HI | 96805 | |
| First State Bank | Attn: General Counsel | 660 Central Avenue | | Barboursville | WV | 25504 | |
| Florida Health Sciences Center, Inc. d/b/a Tampa General Hospital | One Tampa General Circle | | | Tampa | FL | 33606-3571 | |
| Florida Health Services Center, Inc. d/b/a Tampa General Hospital | One Tampa General Circle | | | Tampa | FL | 33606 | |
| Genesis HealthCare | Attn: General Counsel | 101 East State Street | | Kennett Square | PA | 19348 | |
| Genesis Healthcare Corporation | 101 East State Street | | | Kennett Square | PA | 19348 | |
| Gilardi & Co., LLC | Attn: Peter Crudo, CEO | 3301 Kerner Boulevard | | San Rafael | CA | 94901 | |
| Gulf Coast Medical Center | Attn: General Counsel | 449 W 23rd Street | | Panama City | FL | 32405 | |
| Gulf Coast Medical Group | Attn: General Counsel | 1101 S. Tamiami Trail | | Venice | FL | 34285 | |
| Halliburton (Unilateral) | 10200 Bellair Blvd | | | Houston | TX | 77072 | |
| Harris County Hos[ital District, a political subdivision of the State of Texas | David. S. Lopez, President & CEO | 2525 Holly Hall Street | | Houston | TX | 77054 | |
| Harris County Hospital District | Attn: CEO/President | 2525 Holly Hall | | Houston | TX | 77054 | |
| Hartsville HMA, LLC (d/b/a Carolina Pines Regional Medical Center) | Attn: Anthony Seminaro | 1304 West Bobo Newsom Highway | | Hartsville | SC | 29550 | |
| Health Partners of Philadelphia, Inc. | Attn: General Counsel | 901 Market Street | Suite 500 | Philadelphia | PA | 19107 | |
| Health Star Network d.b.a. STELLARIS HEALTH NETWORK | Attn: General Counsel | 135 Bedford Road | | Armonk | NY | 10504 | |
| Heartland Healthcare Services | 4755 South Avenue | | | Toledo | OH | 43615 | |
| Honey Baked California; Honey Baked Ham, Inc. | Attn: Mr. Richard Gore | 29 Musick | | Irvine | CA | 92618 | |
| Hunterdon Health Care System | 2100 Westcott Drive | | | Flemington | NJ | 08822 | |
| Insight Sourcing Group, Inc. | Attn: Brian Houpt | 5555 Triangle Pkwy | Ste 310 | Norcross | GA | 30092 | |

Exhibit A
Transferred Contract Counterparty Service List
Served via Overnight Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| INSPIRA HEALTH NETWORK, INC., a/k/a South Jersey Health System, Inc. | 333 Irving Avenue | | | Bridgetown | NJ | 08302-2123 | |
| Institute for Shipboard Education | Attn: General Counsel | 2410 Old Ivy Road | | Charlottesville | VA | 22903 | |
| Interstate Hotels & Resorts | Attn: General Counsel | 4501 North Fairfax Drive | Suite 500 | Arlington | VA | 22203 | |
| Invesco Group Services, Inc. | Attn: General Counsel | 1555 Peachtree Street NE | Suite 1800 | Atlanta | GA | 30309 | |
| ISG Technology, Inc. | Attn: General Counsel | 1101 Hutchens Road | Suite A | Columbia | MO | 65203 | |
| J.M. Smucker Company | Attn: General Counsel | Strawberry Lane | | Orrville | OH | 44667 | |
| Jackson Health System | 1611 SW 12th Avenue | | | Miami | FL | 33136 | |
| Jackson Health System | Attn: General Counsel | 1611 Northwest 12th Avenue | | Miami | FL | 33136 | |
| Janell Incorporated | Attn: General Counsel | 6130 Cornell Road | | Cincinnati | OH | 45242 | |
| K & M Associates, LP. | Attn: General Counsel | 425 Dexter Street | | Providence | RI | 02940 | |
| K&M Tire | Attn: General Counsel | 1125 Spencerville Road | | Delphos | OH | 45833 | |
| Keesler Federal Credit Union | Attn: General Counsel | 2602 Pass Road | | Biloxi | MS | 39531 | |
| Kellog Brown & Root LLC | Attn: General Counsel | 601 Jefferson St. | | Houston | TX | 77002 | |
| Kelly Services | ATTN: General Counsel | 999 West Big Beaver Road | | Troy | MI | 48084 | |
| Kelly Services, Inc. | Attn: Barb Bradford | 999 West Big Beaver Road | | Troy | MI | 48084 | |
| Kenan Advantage Group | Attn: General Counsel | 4366 Mt. Pleasant Street, NW | | North Canton | OH | 44720 | |
| Kennametal Inc. | Attn: General Counsel | 1600 Technology Way | | Latrobe | PA | 15650 | |
| Kennametal Inc. | Attn: Jim Cebula, Director | 1600 Technology Way | | Latrobe | PA | 15650 | |
| Kennedy Memorial Hospital- University Medical | Attn: General Counsel | 100 Harbor Boulevard | | Turnersville | NJ | 08012 | |
| Kentuckiana Comfort Center | 2716 Grassland Drive | | | Louisville | KY | 40223 | |
| Keysight Technologies, Inc. | 1400 Fountaingrove Parkway | | | Santa Ana | CA | 95403 | |
| KONGSBERG AUTOMOTIVE | Mhevett Richard | Dyrmyrgata 45 | PO Box 62. N0-3601 | Konsberq | | | Norway |
| Lawrence General Hospital | 1 General Street | | | Lawrence | MA | 01841 | |
| Lawrence General Hospital | Attn: Steven J Murphy, Director Materials Management | 1 General Street | | Lawrence | MA | 01841 | |
| Lawrence General Hospital | Attn: General Counsel | 1 General Street | | LAwrence | MA | 01841 | |
| Maricopa Integrated Health Services | Attn: Thomas Kealy, Contracts Administration | 2611 East Pierce Street | | Phoenix | AZ | 85008 | |
| Martha Jefferson Hospital | Attn: General Counsel | 500 Martha Jefferson Drive | | Charlottesville | VA | 22911 | |
| Mercy Hospital, Inc | Attn: Robert M. Boyd | 2001 Vail Ave. | | Charlotte | NC | 28207 | |
| METAVANTE CORPORATION | Valarie M. Sanders; Contract Manager | 601 Riverside Avenue | | Jacksonville | FL | 32204 | |
| Milacron LLC | Attn: Mark Dixon, Chief Procurement Officer | 3010 Disney Street | | Cincinnati | OH | 45209 | |
| Mitel Networks Corporation | Attn: Contract Management Group | 350 Leggett Drive | | Ottawa | ON | K2K 2W7 | Canada |
| Mountain States Health Alliance | Attn: Dennis Wonderfecht, President & CEO | 400 North State of Franklin Road | | Johnson City | TN | 37604 | |
| Mountain States Health Alliance | Attn: General Council | 400 North State of Franklin Road | | Johnson City | TN | 37604-6094 | |
| Munroe Regional Health System, Inc. d/b/a Munroe Regional Medical Center | Attn: Richard D. Mutarelli | 1500 SW 1st Ave | | Ocala | FL | 34471 | |
| Munroe Regional Health Systems, Inc. dba Munroe Regional Medical Center | 1500 SW 1st Avenue | | | Ocala | FL | 34474 | |
| New York Hospital Queens | 56-45 Main Street | | | Flushings | NY | 11355 | |
| NEW YORK HOSPITAL QUEENS | Att: Vito Cassata, VP General Services | 56-45 Main Street | | Flushing | NY | 11355 | |
| New York Hospital Queens | Attn: General Council | 56-45 Main St | | Flushing | NY | 11355 | |
| New York Presbyterian | 333 East 38th Street | | | New York City | NY | 10016 | |
| NIH Federal Credit Union | 111 Rockville Pike | Suite 500 | | Rockville | MD | 20852 | |
| NIHFCU | 111 Rockville Pike, Suite 500 | | | Rockville | MD | 20850 | |
| North Florida Regional Medical Center | Dir. of Information Services | 6500 Newberry Road | PO Box 147066 | Gainesville | FL | 32614 | |
| North Florida Regional Medical Center | Attn: General Counsel | 6500 Newberry Road | | Gainesville | FL | 32605 | |

Exhibit A
Transferred Contract Counterparty Service List
Served via Overnight Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| North Shore - Long Island Jewish Health System, Inc. | 5 Dakota Drive | Suite 110 | | Lake Success | NY | 11042 | |
| North Shore-Long Island Jewish Health System | Attn: General Counsel | 1979 Marcus Ave | | Lake Success | NY | 11042 | |
| NorthBay Healthcare System | Attn: General Counsel | 1031 Aldridge Road  Suite E | | Vacaville | CA | 95688 | |
| O'Bleness Health System | Attn: Scott Mash | 55 Hospital Drive | | Athens | OH | 45701 | |
| Ohio Public Employees Retirement System | Attn: Julie A. Renau, Director - Benefits Administration | 277 East Town Street | | Columbus | OH | 43215 | |
| Oldcastle Materials, Inc. | 900 Ashwood Parkway | Suite 700 | | Atlanta | GA | 30338-4780 | |
| Open Technology Solutions LLC | 8085 South Chester Street | Suite 100 | | Centennial | CO | 80112 | |
| Optima Health Plan | 4417 Corporation Lane | | | Virginia Beach | VA | 23462-7401 | |
| Orange Park Medical Center | 2001 Kingley Avenue | | | Orange Park | FL | 32073 | |
| Palmetto Health | Attn: Angelia Brown - Administrative Applications | 7909 Parklane Road | Suite 400 | Columbia | SC | 29223 | |
| Palmetto Health | Attn: Legal Dept. Betsy Bradley | Taylor at Marion | | Columbia | SC | 29201 | |
| Palmetto Health | Attn: Stephanie Case - Director, IT Enterprise Resource Apps | 7909 Parklane Road | Suite 400 | Columbia | SC | 29223 | |
| Palmetto Health | Taylor at Marion Street | | | Columbia | SV | 29202 | |
| Palmetto Health Alliance | Attn: General Counsel | 7909 Parklane Road, Suite 400 | | Columbia | SC | 29223 | |
| Palomar Pomerado Health System | Paul D. Sas | 15255 Innovation Drive | Suite 204 | San Diego | CA | 92128 | |
| Partners Healthcare System, Inc. | 121 Innerbelt Road | | | Somerville | MA | 02143 | |
| Partners HealthCare System Inc. | 800 Boylston Street, Suite 1150 | | | Boston | MA | 02199 | |
| Partners HealthCare System, Inc. | Attn: General Counsel | Prudential Tower | 800 Boylston Street | Boston | MA | 02199 | |
| Pennock Hospital | Attn: Philip Contant | 1009 W. Green Street | | Hastings | MI | 49058 | |
| Pennsylvania National Mutual Casualty Insurance Company and its Affiliated Companies | Attn: General Counsel | 1900 Derry Street | | Harrisburg | PA | 17105 | |
| Peoples Trust Company | 25 Kingman Street | | | St. Albans | VT | 05478 | |
| Peoples Trust Company | Attn: Lyle Poirier, VP | 25 Kingman Street | | St. Albans | VT | 05478 | |
| PEOPLES TRUST COMPANY | ATTN: Vice President | 25 Kingman Street | | St. Albans | VT | 05478 | |
| Priority Health | Attn: Mark A Mosby | Deputy General Counsel | 1231 East Beltiline, NE | Grand Rapids | MI | 49525 | |
| Privacy Officer, Abington Memorial Hospital | Attn: General Counsel | 1200 Old York Road | | Abington | PA | 19001 | |
| Prudential Fox and Roach Real Estate | 431 West Lancaster Avenue | | | Devon | PA | 19333 | |
| RBC BANK | 3117 poplarwood Ct. | | | Raleigh | NC | 27604 | |
| RBC Bank (USA) | Attn: Legal Department | 301 S. Fayetteville Street | | Raleigh | NC | 27601 | |
| Regional Acceptance Corporation | 1202 East Firetower Road | | | Greenville | NC | 27858 | |
| Richmond University Medical Center | 355 Bard Avenue | | | Staten Island | NY | 10301 | |
| Riverside Health Systems | 500 J. Clyde Morris Boulevard | | | Newport News | VA | 23601 | |
| Russell Regional Hospital | Attn: General Cousnel | 200 S Main St | | Russell | KS | 67665 | |
| Saint Marys Hospital CT | Attn: General Council | 56 Franklin St | | Waterbury | CT | 06706 | |
| Scripps Health | Attn: Bradley Ellis, Assistant General Counsel | 4275 Campus Point Court | | San Diego | CA | 92121 | |
| Scripps Health | Attn: Bradley Ellis, Assistant General Counsel | 4275 Campus Point Court | | San Diego | CA | 92121 | |
| Scripps Memorial | 11025 North Torrey Pines Road # 200 | | | La Jolla | CA | 92037 | |
| Sentara Healthcare | Attn: General Council | 6015 Poplar Hall Dr | | Norfolk | VA | 23502 | |
| Sentara Healthcare Materials Management | Attn: Josh Barnes, Materials Consultant | 1545 Crossways Blvd. | Suite 100 | Chesapeake | VA | 23320 | |
| Seton Healthcare Network | Paula J. Campbell | 1201 West 38th St. | | Austin | TX | 78705-1056 | |
| SGS North America Inc. | Attn: General Counsel | 201 Route 17 North | | Rutherford | NJ | 07070 | |
| Shawnee Medical Center Clinic | Attn: General Counsel | 2801 North Saratoga | | Shawnee | OK | 74804 | |

Exhibit A
Transferred Contract Counterparty Service List
Served via Overnight Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| Sheltering Arms Hospital Foundation, Inc. (d/b/a O'Bleness Health System) | Attn: Scott Mash, CIO | 55 Hospital Drive | | Athens | OH | 45701 | |
| South Bend Medical Foundation | Attn: General Counsel | 530 North Lafayette Blvd. | | South Bend | IN | 46601 | |
| South Jersey Health System, Inc. | 333 Irving Avenue | | | Bridgeton | NJ | 08302-2123 | |
| Square D Company | 1415 S. Roselle Rd. | | | Palatine | IL | 60067 | |
| St. Ann's Hospital | Attn: Patricia J. Lines, Distribution Manager | 500 South Cleveland Avenue | | Westerville | OH | 43081 | |
| St. Thomas Health | Attn: Craig Polkow, Executive VP, CFO | 4220 Harding Pike | | Nashville | TN | 37205 | |
| St. Vincent Health System | Attn: General Counsel | Two St. Vincent Circle | | Little Rock | AR | 72205 | |
| St. Vincent Health, Inc. | Attn: Ian Worden, COO/EVP | 10330 North Meridian Street | Suite 400 | Indianapolis | IN | 46290 | |
| Staples the Office Superstore LLC | Attn: General Counsel | 500 Staples Drive | | Framingham | MA | 01702 | |
| Superior Metropolitan District No. 1 | Attn: Lisa Johnson | 124 East Coal Creek Drive | | Superior | CO | 80027 | |
| Terrebonne General Medical Center | Attn: General Counsel | 8166 West Main Street | | Houma | LA | 70360 | |
| Texas Health Resources | 611 Ryan Plaza Dr | Suite 1100 | | Arlington | TX | 76011 | |
| Texas Health Resources | Attn: General Counsel | 612 E. Lamar Blvd | | Arlington | TX | 76011 | |
| The Associated Press | Attn: Legal | 450 West 33rd Street | | New York | NY | 10001 | |
| The Brookdale Hospital Medical Center | 555 Rockaway Parkway | | | New York | NY | 11212 | |
| The Brookdale Hospital Medical Center | Attn: James R. Porter | One Brookdale Plaza | | Brooklyn | NY | 11212 | |
| The Chester County Hospital | Attn: General Counsel | 701 E. Marshall Street | | West Chester | PA | 19380 | |
| The Christ Hospital | 2139 Auburn Ave | | | Cincinnati | OH | 45219 | |
| The Dometic Corporation | Attn: General Counsel | 509 South Poplar Street | | LaGrange | IN | 46761 | |
| The New York and Presbyterian Hospital | Attn: Aurelia G. Boyer, Senior Vice President and CIO | 525 East 68th Street | | New York | NY | 10065 | |
| The New York and Presbyterian Hospital | Attn: Keneth Thibault | 5141 Broadway | | New York | NY | 10034 | |
| The New York Hospital Medical Center of Queens | Attn: Office of Legal Affairs | 56-45 Main Street | | Flushing | NY | 11355 | |
| Travis Credit Union | P.O. Box 2069 | | | Vacaville | CA | 95696 | |
| Trinity Health | Attn: Business Owner | 34605 W. Twelve Mile Road | | Farmington Hills | MI | 48331 | |
| TRINITY HEALTH d/b/a Saint Joseph Mercy Oakland | Deborah Armstrong | 44405 Woodward | | Pontiac | MI | 48341 | |
| Trinity Health d/b/a St. Joseph Oakland | 44405 Woodward | | | Pontiac | MI | 48341 | |
| Trinity Health System | 4000 Johnson Road | | | Steubenville | OH | 43952 | |
| Trinity Health, Catholic Health East | Attn: Michael Hemsley, EVP and General Counsel | 3805 Westchster Pike | Suite 100 | Newtown Square | PA | 19073 | |
| Tuba City Regional Health Care Corporation | 167 North Main Street | | | Tuba City | AZ | 86045 | |
| Tuba City Regional Health Care Corporation | Attn: General Counsel | 3008 E. Birch Ave. | | Tuba City | AZ | 86045 | |
| Tuba City Regional Health Care Corporation | P.O. Box 600 | | | Tuba City | AZ | 86045 | |
| Tuba City Regional Healthcare | PO Box 600 | | | Tuby City | AZ | 86045 | |
| U.S. Bancorp | 800 Nicollet Mall | | | Minneapolis | MN | 55402 | |
| U.S. Bancorp | Attn: Robert Speltz, Supplier Manager | EP-MN-BB3 | 2751 Shepard Road | St. Paul | MN | 55116 | |
| UMass Memorial Health Care Inc | Attn: General Council | 15 West St | | Douglas | MA | 01516 | |
| UMass Memorial Health Care, Inc. | 281 Lincoln Street | | | Worchester | MA | 01605 | |
| UMASS Memorial Medical Center | 281 Lincoln Street | | | Worcester | MA | 01605 | |
| UMass Memorial Medical Center | Attn: Paul Anderson, Forms Control manager | 281 Lincoln St | | Worcester | MA | 01605 | |
| United Healthcare Services, Inc. | Attn: AmeriChoice Contract Department | 9701 Data Park Drive | | Minnetonka | MN | 55343 | |
| United Rentals, Inc. | c/o Vice-President, Business Services | One Bic Way | Suite 3 | Shelton | CT | 06484-6223 | |
| University Health Alliance | Attn: Linda A. Kalahiki, Chief Marketing Officer | 700 Bishop Street | Suite 300 | Honolulu | HI | 96813 | |
| University of Wisconsin Hospitals and Clinics Authority | 600 Highland Ave | | | Madison | WI | 53792 | |
| Valeo Inc | 3000 University Drive | | | Auburn Hills | MI | 48326 | |

Exhibit A
Transferred Contract Counterparty Service List
Served via Overnight Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|------|-----------|-----------|-----------|------|-------|-----|---------|
| VOLT INFORMATION SCIENCES, INC | Stanley D. Cameron: Director of Contracts | 1065 Avenue of the Americas, 20th floor | | New York | NY | 10018 | |
| XTO Energy, Inc. | Attn: Revenue Department | 810 Houston Street | | Ft. Worth | TX | 76102 | |
| Yale-New Haven Health System | 789 Howard Avenue | | | New Haven | CT | 06519 | |

**Exhibit B**

SRF 4154

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | **Re Docket No. 698** |

## NOTICE REGARDING DESIGNATION AS POST-CLOSING TRANSFERRED CONTRACT AND ASSUMPTION AND ASSIGNMENT THEREOF

**PLEASE TAKE NOTICE** that, on June 19, 2015, the United States Bankruptcy Court for the District of Delaware (the "Court") entered that certain *Order (I) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (II) Granting Certain Related Relief* [Docket No. 698] (the "Sale Order").[2]

**PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraph 27 of the Sale Order, the Buyers delivered a schedule of Potential Contracts to the Debtors prior to the Closing Date. You previously received notice regarding the designation of applicable agreements as Potential Contracts.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraphs 27 and 28 of the Sale Order, the Buyers were granted ninety (90) days from the Closing Date to determine whether to assume or reject the Potential Contracts.

**PLEASE TAKE FURTHER NOTICE** that, as of the date hereof, and in accordance with paragraph 35 of the Sale Order, the Buyers have designated the Potential Contracts listed on Exhibit A hereto as Post-Closing Transferred Contracts, and such Post-Closing Transferred Contracts shall be deemed assumed and assigned to the Buyers upon the expiration of five (5) business days from the date hereof.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Sale Order.

Dated:    September 8, 2015
          Wilmington, DE                      */s/ Matthew P. Austria*
                                              Matthew P. Austria (DE No. 4827)
                                              WERB & SULLIVAN
                                              300 Delaware Avenue, 13th Floor
                                              P.O. Box 25046
                                              Wilmington, Delaware 19899
                                              (For courier: 19801)
                                              Telephone:  (302) 652-1100
                                              Facsimile:  (302) 652-1111
                                              E-mail:  maustria@werbsullivan.com

                                              -and-

                                              Phillip Bohl (MN No. 139191)
                                              GRAY, PLANT, MOOTY,
                                              MOOTY & BENNET, P.A.
                                              500 IDS Center
                                              80 South Eighth Street
                                              Minneapolis, Minnesota 55402
                                              Telephone:  (612) 632-3000
                                              Facsimile:  (612) 632-4019
                                              Email:  Phillip.bohl@gpmlaw.com

                                              *Counsel to Taylor Corporation*

## EXHIBIT A

## Post-Closing Transferred Contracts

| Counterparty Name | Executory Contract or Unexpired Lease | Cure Amount |
| --- | --- | --- |

**Exhibit C**

Exhibit C
Removed Contract Counterparty Service List
Served via Overnight Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|------|-----------|-----------|-----------|------|-------|-----|
| BRE COS 1 LLC | Lincoln Property Company | 25000Northwinds Parkway Suite 160 | | Alpharetta | GA | 30009 |
| Brightline CPAs and Associates Inc | Attn: General Counsel | 1300 N West Sore Blvd | Suite 240 | Tampa | FL | 33607 |
| FSBT Properties | co The Charter Group | Attn Rodney Deyoe | 3000 South 31st Street Suite 500 | Temple | TX | 76502 |

**Exhibit D**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | **Re Docket No. 698** |

## NOTICE REGARDING DESIGNATION AS REMOVED CONTRACT
## AND REJECTION THEREOF

**PLEASE TAKE NOTICE** that, on June 19, 2015, the United States Bankruptcy Court for the District of Delaware (the "Court") entered that certain *Order (I) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (II) Granting Certain Related Relief* [Docket No. 698] (the "Sale Order").[2]

**PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraph 27 of the Sale Order, the Buyers delivered a schedule of Potential Contracts to the Debtors prior to the Closing Date. The counterparties to such Potential Contracts previously received notice regarding the designation of such Contracts as Potential Contracts.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraphs 27 and 28 of the Sale Order, the Buyers were granted ninety (90) days from the Closing Date of July 31, 2015, to determine whether to assume or reject the Potential Contracts.

**PLEASE TAKE FURTHER NOTICE** that the Potential Contracts listed on Exhibit A hereto have been designated as Removed Contracts and, in accordance with paragraph 34 of the Sale Order, shall be deemed rejected upon the expiration of five (5) business days from the date hereof.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraph 37 of the

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Sale Order.

Sale Order, counterparties to the Removed Contracts shall have thirty days to assert any Potential Contract Administrative Claim or rejection damage claim relating to the rejection of such Removed Contracts.

Dated:  ___August 31___, 2015
        Wilmington, DE

*/s/ Matthew P. Austria*_____
Matthew P. Austria (DE No. 4827)
WERB & SULLIVAN
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, Delaware 19899
(For courier: 19801)
Telephone:  (302) 652-1100
Facsimile:  (302) 652-1111
E-mail:  maustria@werbsullivan.com

-and-

Phillip Bohl (MN No. 139191)
GRAY, PLANT, MOOTY,
MOOTY & BENNET, P.A.
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone:  (612) 632-3000
Facsimile: (612) 632-4019
Email:  Phillip.bohl@gpmlaw.com

*Counsel to Taylor Corporation*

**EXHIBIT A**

| Counterparty Name | Executory Contract or Unexpired Lease |
|---|---|