FILED
2015 SEP 14 AM 8:39
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Michael Nestor
Young Conaway Stargatt & Taylor
Rodney Square
1000 North King Street
Wilmington DE 19801

US Bankruptcy Court District of Delaware
824 Market St 3rd floor
Wilmington, DE 19801

Brian O'Donel
178 Maverick Rd
Millersville, PA 17551

September 8, 2015

To whom it may concern;

Per Standard Register Case No. 15-10541 (BLS) claim #2030;
I felt it necessary to get on record my outstanding claim for my employee pension plan as well as my loss of stock value from the employee stock purchase plan.

With regard to the employee pension plan, I now understand that the benefit is guaranteed and will be provided by the US PBGC, so I certainly defer to that ruling and guarantee and withdrawal the portion of this claim within that program. Before the Standard Register bankruptcy filing, I had filed for and requested a lump sum payment, but was subsequently denied due to the filing. Based on that decision I am still realizing a loss of conservatively 10% annually (my retirement investment plan 5 yr performance has been in access of 17%) or $20,358.91 for the year April 1, 2015 through March 31, 2016 alone. It should be noted that I had to contribute 2% of my salary annually from year 1989 forward to be a part of the program and receive the benefit, which I did do. I was paid in dollars and not in company stock. At some point Standard Register management put company stock into the fund, which became worthless, without my knowledge or involvement. It is this issue which should be investigated and rectified.

With regard to outstanding stock loss, I have Standard Register stock that was purchased through an employee company stock purchase plan. Most had been sold off but the remaining 96 shares (to the best of my knowledge) was purchased at between $10 and $30+ per share ($1920 at $20/share), over a period of nearly 20 years, which has been deemed worthless. Management and corporate level decisions were certainly a factor and should be rectified.

Though not satisfactory, I must withdrawal at least part of the claim pending further action but would request consideration for at least the first year investment loss on the pension lump sum denial and stock value loss in lieu of discontinued company SR/Taylor ownership .

Please advise.

Respectfully
Brian O'Donel