# EXHIBIT A

**Standard Register Xerox Equipment Owned vs. Lease**

| Location | Description | SN | Sale Type | Xerox ID |
|---|---|---|---|---|
| ANCHORAGE | 6180PM | 8VE050658 | Owned | Owned |
| ANCHORAGE | D260 | DRB131073 | Owned | Owned |
| ANCHORAGE | DC5000 | W99176653 | Owned | Owned |
| AVON | DC8002LG | XBN796531 | Rental | Rental |
| CARROLLTON | 6180PM | 8VE051262 | Owned | Owned |
| CARROLLTON | 6180PM | 8VE059450 | Owned | Owned |
| CARROLLTON | DP2K180M | DN7026557 | Owned | Owned |
| CARROLLTON | DP2K180M | DN7140424 | Owned | Owned |
| CARROLLTON | IGEN426C | PWB008084 | Lease | Lease |
| CARROLLTON | IGEN426C | PWB008100 | Lease | Lease |
| Chicago | 6180PM | 8VE051347 | Owned | Owned |
| Chicago | DC8002LG | XBN788347 | Rental | Rental |
| Chicago | DC8002LG | XBN442195 | Rental | Rental |
| Cranbury | DP180MXLPS | DN7025047 | Lease | Lease |
| Cranbury | DP180MXLPS | DN7025222 | Lease | Lease |
| Cranbury | HLC180 | PYW774872 | Lease | Lease |
| Cranbury | iGen4 | PWB008326 | Lease | Lease |
| Cranbury | J75 | XU8121642 | Lease | Lease |
| DALLAS FM Site | 4110 | WEW418671 | Owned | Owned |
| DALLAS FM Site | D250O | VGW627516 | Owned | Owned |
| DAYTON | 6135PM-1 | H2L010309 | Owned | Owned |
| DAYTON | 6180R | 8VE059862 | Owned | Owned |
| DAYTON | DC700 | MAV781783 | Lease | Lease |
| DAYTON | DC8002LG | XBN788285 | Rental | Rental |
| EARTH CITY | 6135PM-1 | H2L110216 | Owned | Owned |
| EARTH CITY | 6180R | 8VE059612 | Owned | Owned |
| EARTH CITY | DC5000 | W99177570 | Owned | Owned |
| EARTH CITY | DC5000 | W99177695 | Owned | Owned |
| Grove City | 288DPS (Nuvera) | UKX000614 | Lease | Lease |
| Grove City | 288DPS (Nuvera) | UKX000618 | Lease | Lease |
| Grove City | 288DPS (Nuvera) | UKX000799 | Lease | Lease |
| Grove City | DT6180 | 8VE050629 | Lease | Lease |
| Grove City | iGEN4 | BYP000654 | Lease | Lease |
| Grove City | iGEN4 | BYP000639 | Lease | Lease |

Exhibit "A"

| | | | | | |
|---|---|---|---|---|---|
| Grove City | X700 | MAV778980 | Lease | Lease | |
| HARLEYSVILLE(FM) | 6135PM-1 | H2L110575 | Owned | Owned | |
| HARLEYSVILLE(FM) | DC5000 | W99179901 | Owned | Owned | |
| Houston | 6180PM | 8VE059847 | Owned | Owned | |
| Houston | DT6180 | 8VE059593 | Lease | Lease | |
| Houston | J75 | XU8121702 | Lease | SRC Canceled | Schedule P/U June |
| Houston | J75 | XU8464484 | Lease | SRC Canceled | Schedule P/U June |
| JACKSONVILLE(FM) | P4110CP | WEY104708 | Owned | Owned | |
| JEFFERSONVILLE | 288DPS (Nuvera) | UKX000801 | Lease | Lease | |
| JEFFERSONVILLE | DC8002LG | XBN788349 | Rental | Rental | |
| JEFFERSONVILLE | DC8002LG | XBN796497 | Rental | Rental | |
| JEFFERSONVILLE | IGEN426C | PWB008115 | Lease | Lease | |
| JEFFERSONVILLE | IGEN426C | PWB008078 | Lease | Lease | |
| JEFFERSONVILLE | IGEN426C | PWB008083 | Lease | Lease | |
| JEFFERSONVILLE | XC1000P | WXP009895 | Lease | Lease | |
| KAPOLEI | 560 | XPN553695 | Lease | Lease | |
| KAPOLEI | 6180PM | 8VE050322 | Owned | Owned | |
| KAPOLEI | D125 | BG0965412 | Lease | Lease | |
| KENT | 6135PM-1 | H2L110324 | Owned | Owned | |
| KENT | 6180PM | 8VE050725 | Owned | Owned | |
| KENT | DC5000 | W99177718 | Owned | Owned | |
| KENT | DC5000AP | W99180306 | Owned | Owned | |
| KENT | DC700 | MAV779215 | Lease | Lease | |
| LITHIA SPRINGS | 288DPS (Nuvera) | UKX000728 | Lease | Lease | |
| LITHIA SPRINGS | IGEN426C | PWB008075 | Lease | Lease | |
| Livermore | DC700 | MAV777091 | Lease | Lease | |
| Livermore | DT6115 | H2L111514 | Owned | Owned | |
| Livermore | DT6180 | 8VE059422 | Lease | Lease | |
| MONROE/Charlotte | 6180PM | 8VE051181 | Owned | Owned | |
| MONROE/Charlotte | 6180PM | 8VE059400 | Owned | Owned | |
| MONROE/Charlotte | DP2K135MR | G6U060286 | Lease | SRC Cancel | REMOVED |
| MONROE/Charlotte | DP2K180M | DN7025070 | Owned | Owned | |
| MONROE/Charlotte | DP2K180M | DN7140428 | Owned | Owned | |
| MURFREESBORO | DC5000 | W99178675 | Owned | Owned | |
| Ontario/Orange | DC8002LG | XBN795699 | Owned | Owned | |
| Ontario/Orange | DC8002LG | XBN796532 | Rental | Rental | |

| ORLANDO | 6135PM-1A | G8T101123 | Owned | Owned | |
|---|---|---|---|---|---|
| ORLANDO | 6180PM | 8VE059819 | Owned | Owned | |
| ORLANDO | DC8002LG | XBN795183 | Rental | Rental | |
| PEORIA FM | 4112CP | GYA738431 | Owned | Owned | |
| PEORIA FM | DC5000 | W99179726 | Owned | Owned | |
| SAINT PAUL / EAGAN | 6135PM-1 | H2L010570 | Owned | Owned | |
| SAINT PAUL / EAGAN | 6180R | 8VE050178 | Owned | Owned | |
| SAINT PAUL / EAGAN | DC5000 | W99178300 | Owned | Owned | |
| SAINT PAUL / EAGAN | DC5000 | W99178660 | Owned | Owned | |
| Salt Lake City | 4635 | G6U060066 | Lease | Lease | |
| Salt Lake City | DP180MXLPS | DN7140399 | Lease | Lease | |
| Salt Lake City | DP180MXLPS | DN7025302 | Lease | Lease | |
| Salt Lake City | DP180MXLPS | DN7026515 | Lease | Lease | |
| Salt Lake City | HLC180C | PYW775072 | Lease | Lease | |
| Salt Lake City | HLC180C | PYW773900 | Lease | Lease | |
| TOLLAND | DP2K135MR | G6U060357 | Lease | Site Closed | REMOVED |
| TOLLAND | DP2K180MR | DN7026565 | Owned | Owned | |
| TULSA FM | 6180PM | 8VE050283 | Owned | Owned | |
| TULSA FM | DC5252 | RPD332714 | Owned | Owned | |
| WEST SACRAMENTO | DP2K180M | DN7025183 | Owned | Owned | |
| WEST SACRAMENTO | DP2K180M | DN7026903 | Owned | Owned | |
| WEST SACRAMENTO | IGEN426C | PWB008086 | Lease | Lease | |
| WEST SACRAMENTO | IGEN426C | PWB008113 | Lease | Lease | |
| WICHITA FM site | D125 | BG0964777 | Owned | Owned | |
| WICHITA FM site | D252 | DUX190661 | Owned | Owned | |
| WORCESTER | D252X | DUX194811 | Owned | Owned | |