## CERTIFICATE OF SERVICE

I, John D. McLaughlin, Jr., hereby certify that on the 14th day of September 2015, I caused a copy of the **Xerox Corporation's Limited Objection to Debtors' Motion to Establish Procedures to Transfer, Abandon, or Sell De Minimis Assets** to be served via first class U.S. mail upon the following:

Young Conaway Stargatt & Taylor
Michael R. Nestor, Esq.
Kara Hammond Coyle, Esq.
Rodney Square
1000 North King Street
Wilmington, DE 19801

Michael A. Rosenthal, Esq.
Robert A. Klyman, Esq.
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-1512

/s/ John D. McLaughlin, Jr.
John D. McLaughlin, Jr. (No. 4123)