**EXHIBIT 1**
**DECLARATION OF KEVIN M. CARMODY**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION COMPANY, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>Jointly Administered |

**DECLARATION OF KEVIN M. CARMODY IN SUPPORT OF DEBTORS'
FOURTH (4TH) OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS
PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

I, Kevin M. Carmody, pursuant to 28 U.S.C. § 1746, declare:

1.      I am the President and Chief Executive Officer of SRC Liquidation Company, one of the above-captioned affiliated debtors and debtors in possession. In this capacity, I am one of the persons responsible for overseeing the claims reconciliation and objection process in these Chapter 11 Cases. I have read the *Debtors' Fourth (4th) Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007*-1 (the "Objection"),[2] and am directly, or by and through other personnel or representatives of the Debtors, reasonably familiar with the information contained therein, the Proposed Order, and the exhibits attached to the Proposed Order. I am authorized to execute this Declaration on behalf of the Debtors.

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

2

2. The information contained in Exhibits A through D to the Proposed Order is true and correct to the best of my knowledge, information, and belief.

3. The Debtors have determined, based upon a review of the claims register, that the Equity Interest Claims identified on Exhibit A to the Proposed Order were filed by parties solely on account of equity interests held by such parties in the Debtors. It is my further understanding that the Equity Interest Claims do not qualify as "claims" under the Bankruptcy Code, and thus are subject to disallowance. As such, the Debtors seek to disallow the Equity Interest Claims listed on Exhibit A to the Proposed Order.

4. The Debtors have determined, based upon a review of the claims register, that the claims identified on Exhibit B to the Proposed Order are entirely duplicative of other claims filed in these Chapter 11 Cases. Accordingly, to prevent claimants from receiving potential double recoveries based on the filing of two or more separate, but identical, proofs of claim, the Debtors seek to disallow the Duplicate Claims listed on Exhibit B to the Proposed Order.

5. The Debtors have reviewed their books and records and have determined that the claimants asserting the claims identified on Exhibit C to the Proposed Order have amended their claims by subsequently filing additional proofs of claims. Therefore, the Debtors seek to disallow the Amended and Superseded Claims under the heading "Amended Claims to be Disallowed" on Exhibit C to the Proposed Order and have the claims under the heading "Remaining Claims" on Exhibit C to the Proposed Order remain on the claims register, subject to the Debtors' rights to object to such Remaining Claims at a later date.

6. The Debtors have reviewed the Disputed Claims identified on Exhibit D to the Proposed Order and determined that they were filed after the applicable Bar Date. Accordingly,

to prevent the claimants from receiving an unwarranted recovery, the Debtors seek to disallow the Late Filed Claims listed on Exhibit D to the Proposed Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 14, 2015

/s/ Kevin M. Carmody
Kevin M. Carmody