**EXHIBIT 2**
**PROPOSED ORDER**

01:17680020.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION COMPANY, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>Jointly Administered<br><br>**Re: Docket No. ___** |

**ORDER SUSTAINING DEBTORS' FOURTH (4TH) OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007 AND LOCAL RULE 3007-1**

Upon consideration of the *Debtors' Fourth (4th) Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007*-1 (the "Objection")[2] and the Carmody Declaration; and this Court having found that it has jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order; and this Court having found that venue of these Chapter 11 Cases and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having determined that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief requested in the Objection is in the best interests of the Debtors, their estates, their creditors and other parties in interest; and this Court having determined that notice of the Objection was good and sufficient upon the particular circumstances and that no other or further notice need be given; and upon the record herein; and

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

01:17679993.2

after due deliberation thereon and good and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT**:

1. The Objection is SUSTAINED as set forth herein.

2. The Equity Interest Claims identified on the attached <u>Exhibit A</u> are hereby disallowed in their entirety.

3. The Duplicate Claims listed on <u>Exhibit B</u> are hereby disallowed in their entirety.

4. The Amended and Superseded Claims listed on <u>Exhibit C</u> are hereby disallowed in their entirety.

5. The Late Filed Claims listed on <u>Exhibit D</u> are hereby disallowed in their entirety.

6. The Debtors' objection to each Disputed Claim addressed in the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate order with respect to each claim. Any stay of this Order pending appeal by any of the claimants subject to this Order shall only apply to the contested matter that involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters covered hereby.

7. The Debtors shall retain and shall have the right to object in the future to any claim listed on <u>Exhibits A</u> and <u>D</u>, including with respect to the "Remaining Claims" listed thereon on any additional ground.

8. The Debtors' right to commence additional proceedings with respect to the claims that are subject to the Objection, including but not limited to proceedings under sections 502(d), 510, 542, 543, 544, 545, 547, 548, 549, 550, 551, and 553 of the Bankruptcy Code, is also fully reserved and shall not be prejudiced in any way by the filing of the Objection.

9. The Debtors are authorized and empowered to take all steps necessary and appropriate to carry out and otherwise effectuate the terms, conditions and provisions of this Order.

10. This Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: _____, 2015
        Wilmington, Delaware

_____
Brendon L. Shannon
Chief United States Bankruptcy Judge

**Exhibit A**
**(Equity Interest Claims)**

| | NAME | DATE FILED | CLAIM # TO BE DISALLOWED | DEBTOR | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | Clune, Robert H | 6/2/15 | 1373 | SRC Liquidation Company | $28,752.00 | Claim No. 1373 asserts an equity interest in Debtor SRC Liquidation Company and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 2 | Comp, Margaret A. | 7/7/15 | 2161 | SRC Liquidation Company | $0.00 | Claim No. 2161 asserts an equity interest in Debtor SRC Liquidation Company and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 3 | Crawfis, John | 6/28/15 | 2001 | SRC Liquidation Company | $2,602.00 | Claim No. 2001 asserts an equity interest in Debtor SRC Liquidation Company and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 4 | Cuti, Sharon | 6/8/15 | 1670 | SRC Liquidation Company | $4,375.00 | Claim No. 1670 asserts an equity interest in Debtor SRC Liquidation Company and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |

| | NAME | DATE FILED | CLAIM # TO BE DISALLOWED | DEBTOR | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 5 | Dino & Marie Leventis | 6/5/15 | 1482 | SRC Liquidation Company | $2,631.70 | Claim No. 1482 asserts an equity interest in Debtor SRC Liquidation Company and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 6 | Kurz, Maximilian P. | 6/1/15 | 1318 | SRC Liquidation Company | $30,554.04 | Claim No. 1318 asserts an equity interest in Debtor SRC Liquidation Company and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 7 | Lewis, Jennifer | 6/10/15 | 1795 | SRC Liquidation Company | $11,788.95 | Claim No. 1795 asserts an equity interest in Debtor SRC Liquidation Company and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 8 | Martin, Elmerdeane | 5/28/15 | 1149 | SRC Liquidation Company | $0.00 | Claim No. 1149 asserts an equity interest in Debtor SRC Liquidation Company and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |

**Exhibit B**
**(Duplicate Claims)**

| | DUPLICATE CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 1 | Allison, Sharon | 6/1/15 | 1447 | $7,464.00 | Allison, Sharon L. | 5/11/15 | 816 | $7,464.00 | Duplicate of claim no. 816 |
| 2 | Allison, Sharon | 5/25/15 | 1068 | $7,464.00 | Allison, Sharon L. | 5/11/15 | 816 | $7,464.00 | Duplicate of claim no. 816 |
| 3 | Allison, Sharon | 5/25/15 | 1221 | $7,464.00 | Allison, Sharon L. | 5/11/15 | 816 | $7,464.00 | Duplicate of claim no. 816 |
| 4 | Bumgarner, Chad Thomas | 4/7/15 | 501 | $12,090.00 | Bumgarner, Chad T. | 6/8/15 | 1619 | $12,090.00 | Duplicate of claim no. 1619 |
| 5 | Cates, Brad | 7/8/15 | 2214 | $225,136.00 | Cates, Brad | 7/8/15 | 2219 | $225,136.00 | Duplicate of claim no. 2219 |
| 6 | Collins, Billie | 5/27/15 | 1123 | $8,430.50 | Collins, Billie J. | 5/26/15 | 1211 | $8,430.50 | Duplicate of claim no. 1211 |
| 7 | Collins, Billie J. | 5/27/15 | 1109 | $8,430.50 | Collins, Billie J. | 5/26/15 | 1211 | $8,430.50 | Duplicate of claim no. 1211 |
| 8 | Conley, Carl | 7/8/15 | 2281 | $7,802.56 | Conley, Carl | 7/8/15 | 2292 | $7,802.56 | Duplicate of claim no. 2292 |
| 9 | County of Orange | 8/24/15 | 2454 | $2,810.81 | County of Orange | 8/26/15 | 2457 | $2,810.81 | Duplicate of claim no. 2457 |
| 10 | CRA-CAR, LLC | 8/31/15 | 2462 | $89,406.48 | CRA-CAR, LLC | 9/1/15 | 2467 | $89,406.48 | Duplicate of claim no. 2467 |
| 11 | Hudson, William | 5/29/15 | 1007 | Unliquidated | Hudson, William | 5/29/15 | 1090 | Unliquidated | Duplicate of claim no. 1090 |
| 12 | Jaynes, Phillip | 7/8/15 | 2217 | Unliquidated | Jaynes, Phillip | 7/8/15 | 2227 | Unliquidated | Duplicate of claim no. 2227 |
| 13 | Long, Thomas Brandt | 7/8/15 | 2327 | $25,000.00 | Long, Thomas Brandt | 7/8/15 | 2328 | $25,000.00 | Duplicate of claim no. 2328 |
| 14 | Ohio Bureau Of Workers' Compensation | 4/6/15 | 355 | $18,179.34 | Ohio Bureau Of Workers' Compensation | 4/6/15 | 467 | $18,179.34 | Duplicate of claim no. 467 |
| 15 | Pham, Charles | 6/8/15 | 1559 | $2,029.00 | Pham, Charles D. | 6/8/15 | 1621 | $2,029.00 | Duplicate of claim no. 1621 |
| 16 | Pham, Charles D. | 6/8/15 | 1612 | $2,029.00 | Pham, Charles D. | 6/8/15 | 1621 | $2,029.00 | Duplicate of claim no. 1621 |
| 17 | Rich, Tony | 5/25/15 | 1213 | $6,122.21 | Rich, Tony | 5/25/15 | 1215 | $6,122.21 | Duplicate of claim no. 1215 |
| 18 | Sinclair, Sharon L. | 3/30/15 | 206 | $3,694.40 | Sinclair, Sharon L. | 6/2/15 | 1261 | $3,694.40 | Duplicate of claim no. 1261 |

| | DUPLICATE CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CLAIM #** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CLAIM #** | **CLAIM AMOUNT** | **REASON FOR DISALLOWANCE** |
| 19 | State of New York Department of Labor | 7/21/15 | 2370 | $37.95 | State for New York Department of Labor | 7/23/15 | 2395 | $37.95 | Duplicate of claim no. 2395 |
| 20 | Telliga, Matthew | 6/5/15 | 1474 | $1,227.04 | Telliga, Matthew | 6/5/15 | 1539 | $1,227.04 | Duplicate of claim no. 1539 |
| 21 | Texas Comptroller of Public Accounts | 7/30/15 | 2398 | $1,000.00 | Office of the Attorney General | 7/31/15 | 2399 | $1,000.00 | Duplicate of claim no. 2399 |
| 22 | Texas Comptroller of Public Accounts on behalf of the State of Texas, Texas Municipalities, Texas Co | 7/30/15 | 2397 | $1,161.30 | Texas comptroller of public Accounts on behalf of the State of Texas, Texas Municipalities, Texas Co | 7/31/15 | 2400 | $1,161.30 | Duplicate of claim no. 2400 |
| 23 | Thicklin, Christopher | 5/27/15 | 1138 | $4,120.10 | Thicklin Sr., Christopher E. | 5/14/15 | 841 | $4,120.10 | Duplicate of claim no. 841 |
| 24 | U.S. Dept. of Labor, EBSA on behalf of The Standard Register Employees Savings Plan | 6/18/15 | 1937 | $0.00 | U.S. Dept. of Labor-Employee Benefits Security Administration | 6/18/15 | 1951 | Unliquidated | Duplicate of claim no. 1951 |
| 25 | U.S. Dept. of Labor, EBSA on behalf of The Stanreco Retirement Plan | 6/18/15 | 1929 | $0.00 | U.S. Dept. of Labor-Employee Benefits Security Administration | 6/18/15 | 1951 | Unliquidated | Duplicate of claim no. 1951 |
| 26 | Utah State Tax Commission | 5/26/15 | 1137 | $47,186.14 | Utah State Tax Commission | 5/26/15 | 1185 | $47,186.14 | Duplicate of claim no. 1185 |
| 27 | Yawn, Jerry L. | 4/27/15 | 782 | $10,960.00 | Yawn, Jerry L. | 5/28/15 | 1187 | $10,960.00 | Duplicate of claim no. 1187 |

**Exhibit C**
**(Amended and Superseded Claims)**

| | AMENDED CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 1 | Classic Graphics, Inc. | 6/9/15 | 1661 | $76,725.32 | Classic Graphics, Inc. | 6/23/15 | 1976 | $34,052.70 | Amends claim no. 1661 |
| 2 | Classic Graphics, Inc. | 6/23/15 | 1975 | $34,052.70 | Classic Graphics, Inc. | 6/23/15 | 1976 | $34,052.70 | Amends claim no. 1975 |
| 3 | Collins, Billie | 4/3/15 | 330 | $8,430.50 | Collins, Billie J. | 5/26/15 | 1211 | $8,430.50 | Amends claim no. 330 |
| 4 | County of Orange | 3/24/15 | 120 | $7,574.27 | County of Orange | 8/26/15 | 2454 | $2,810.81 | Amends claim no. 120 |
| 5 | County of Orange | 5/22/15 | 1013 | $7,683.30 | County of Orange | 8/26/15 | 2454 | $2,810.81 | Amends claim no. 1013 |
| 6 | Enterprise Search Associates, LLC | 3/12/15 | 1 | $13,513.50 | Enterprise Search Associates, LLC | 3/30/15 | 200 | $13,513.50 | Amends claim no. 1 |
| 7 | Ginnan, Robert M. | 7/7/15 | 2182 | $246,799.00 | Ginnan, Robert M. | 7/7/15 | 2207 | $246,799.00 | Amends claim no. 2182 |
| 8 | Imagine Print Solutions Inc | 6/9/15 | 1760 | $93,562.00 | Imagine Print Solutions Inc | 6/10/15 | 1890 | $46,781.00 | Amends claim no. 1760 |
| 9 | King, John Graham | 7/6/15 | 2112 | $29,400.00 | King, John G. | 7/8/15 | 2308 | $29,400.00 | Amends claim no. 2112 |
| 10 | Louisiana Department of Revenue | 4/24/15 | 798 | $200.00 | State of Louisiana Department of Revenue | 6/1/15 | 1497 | $100.00 | Amends claim no. 798 |
| 11 | Moder, Jeffery | 6/30/15 | 2049 | $21,000.00 | Moder, Jeffery | 7/8/15 | 2309 | $12,475.00 | Amends claim no. 2049 |
| 12 | Moder, Jeffery | 7/8/15 | 2286 | $33,475.00 | Moder, Jeffery | 7/8/15 | 2309 | $12,475.00 | Amends claim no. 2286 |
| 13 | New Mexico Department of Workforce Solutions | 6/4/15 | 1344 | $1,010.74 | New Mexico Department of Workforce Solutions | 6/9/15 | 1629 | $505.37 | Amends claim no. 1344 |
| 14 | Oklahoma Tax Commission | 4/20/15 | 615 | $5,773.64 | Oklahoma Tax Commission | 8/6/15 | 2404 | $3,008.85 | Amends claim no. 615 |
| 15 | Pension Benefit Guaranty Corporation | 5/21/15 | 910 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2405 | $17,877,054.00 | Amends claim no. 910 |
| 16 | Pension Benefit Guaranty Corporation | 5/21/15 | 931 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2406 | $17,877,054.00 | Amends claim no. 931 |
| 17 | Pension Benefit Guaranty Corporation | 5/21/15 | 932 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2407 | $17,877,054.00 | Amends claim no. 932 |

| | AMENDED CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 18 | Pension Benefit Guaranty Corporation | 5/21/15 | 934 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2408 | $322,200,000.00 | Amends claim no. 934 |
| 19 | Pension Benefit Guaranty Corporation | 5/21/15 | 935 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2409 | $34,269,661.33 | Amends claim no. 935 |
| 20 | Pension Benefit Guaranty Corporation | 5/21/15 | 936 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2410 | $322,200,000.00 | Amends claim no. 936 |
| 21 | Pension Benefit Guaranty Corporation | 5/21/15 | 937 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2411 | $17,877,054.00 | Amends claim no. 937 |
| 22 | Pension Benefit Guaranty Corporation | 5/21/15 | 938 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2412 | $34,269,661.33 | Amends claim no. 938 |
| 23 | Pension Benefit Guaranty Corporation | 5/21/15 | 939 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2413 | $34,269,661.33 | Amends claim no. 939 |
| 24 | Pension Benefit Guaranty Corporation | 5/21/15 | 940 | $271,400,000.00 | Pension Benefit Guaranty Corporation | 8/11/15 | 2414 | $34,269,661.33 | Amends claim no. 940 |
| 25 | Pension Benefit Guaranty Corporation | 5/21/15 | 941 | $271,400,000.00 | Pension Benefit Guaranty Corporation | 8/11/15 | 2415 | $34,269,661.33 | Amends claim no. 941 |
| 26 | Pension Benefit Guaranty Corporation | 5/21/15 | 942 | $271,400,000.00 | Pension Benefit Guaranty Corporation | 8/11/15 | 2416 | $17,877,054.00 | Amends claim no. 942 |
| 27 | Pension Benefit Guaranty Corporation | 5/21/15 | 943 | $271,400,000.00 | Pension Benefit Guaranty Corporation | 8/11/15 | 2418 | $322,200,000.00 | Amends claim no. 943 |
| 28 | Pension Benefit Guaranty Corporation | 5/21/15 | 944 | $271,400,000.00 | Pension Benefit Guaranty Corporation | 8/11/15 | 2419 | $322,200,000.00 | Amends claim no. 944 |
| 29 | Pension Benefit Guaranty Corporation | 5/21/15 | 945 | $271,400,000.00 | Pension Benefit Guaranty Corporation | 8/11/15 | 2420 | $17,877,054.00 | Amends claim no. 945 |

| | AMENDED CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 30 | Pension Benefit Guaranty Corporation | 5/21/15 | 946 | $271,400,000.00 | Pension Benefit Guaranty Corporation | 8/11/15 | 2421 | $17,877,054.00 | Amends claim no. 946 |
| 31 | Pension Benefit Guaranty Corporation | 5/21/15 | 947 | $271,400,000.00 | Pension Benefit Guaranty Corporation | 8/11/15 | 2422 | $322,200,000.00 | Amends claim no. 947 |
| 32 | Pension Benefit Guaranty Corporation | 5/21/15 | 948 | $271,400,000.00 | Pension Benefit Guaranty Corporation | 8/11/15 | 2423 | $322,200,000.00 | Amends claim no. 948 |
| 33 | Pension Benefit Guaranty Corporation | 5/21/15 | 949 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2424 | $34,269,661.33 | Amends claim no. 949 |
| 34 | Pension Benefit Guaranty Corporation | 5/21/15 | 950 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2425 | $17,877,054.00 | Amends claim no. 950 |
| 35 | Pension Benefit Guaranty Corporation | 5/21/15 | 952 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2426 | $322,200,000.00 | Amends claim no. 952 |
| 36 | Pension Benefit Guaranty Corporation | 5/21/15 | 954 | $271,400,000.00 | Pension Benefit Guaranty Corporation | 8/11/15 | 2427 | $322,200,000.00 | Amends claim no. 954 |
| 37 | Pension Benefit Guaranty Corporation | 5/21/15 | 955 | $271,400,000.00 | Pension Benefit Guaranty Corporation | 8/11/15 | 2428 | $17,877,054.00 | Amends claim no. 955 |
| 38 | Pension Benefit Guaranty Corporation | 5/21/15 | 957 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2429 | $34,269,661.33 | Amends claim no. 957 |
| 39 | Pension Benefit Guaranty Corporation | 5/21/15 | 958 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2431 | $322,200,000.00 | Amends claim no. 958 |
| 40 | Pension Benefit Guaranty Corporation | 5/21/15 | 959 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2432 | $322,200,000.00 | Amends claim no. 959 |
| 41 | Pension Benefit Guaranty Corporation | 5/21/15 | 960 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2433 | $34,269,661.33 | Amends claim no. 960 |

| | AMENDED CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 42 | Pension Benefit Guaranty Corporation | 5/21/15 | 961 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2434 | $34,269,661.33 | Amends claim no. 961 |
| 43 | Pension Benefit Guaranty Corporation | 5/21/15 | 962 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2435 | $322,200,000.00 | Amends claim no. 962 |
| 44 | Pension Benefit Guaranty Corporation | 5/21/15 | 963 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2436 | $17,877,054.00 | Amends claim no. 963 |
| 45 | Pension Benefit Guaranty Corporation | 5/21/15 | 965 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2437 | $17,877,054.00 | Amends claim no. 965 |
| 46 | Pension Benefit Guaranty Corporation | 5/21/15 | 1229 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2438 | $34,269,661.33 | Amends claim no. 1229 |
| 47 | Pension Benefit Guaranty Corporation | 5/21/15 | 1234 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2439 | $34,269,661.33 | Amends claim no. 1234 |
| 48 | Pension Benefit Guaranty Corporation | 5/21/15 | 1234 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2439 | $34,269,661.33 | Amends claim no. 1234 |
| 49 | Pension Benefit Guaranty Corporation | 5/21/15 | 1234 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2439 | $34,269,661.33 | Amends claim no. 1234 |
| 50 | Sonar Credit Partners III, LLC as Transferee for Wenaas USA, INc. | 5/7/15 | 695 | $7,493.43 | Wenaas USA, Inc. | 7/13/15 | 2360 | $3,895.14 | Amends claim no. 695 |
| 51 | Sowar, Gerard D. | 7/6/15 | 2110 | $193,682.00 | Sowar, Gerard D. | 7/7/15 | 2208 | $193,682.00 | Amends claim no. 2110 |
| 52 | Wenaas USA, Inc. | 7/13/15 | 2359 | $3,598.29 | Wenaas USA, Inc. | 7/13/15 | 2360 | $3,895.14 | Amends claim no. 2359 |

**<u>Exhibit D</u>**
**(Late Filed Claims)**

01:17679993.2

| | NAME | CLAIM # TO BE DISALLOWED | DEBTOR | CLAIM AMOUNT | BAR DATE | CLAIM FILED DATE |
|---|---|---|---|---|---|---|
| 1 | AB Graphic International | 2452 | SRC Liquidation Company | $4,813.00 | 7/8/15 | 8/24/15 |
| 2 | CRA-CAR, LLC | 2467 | SRC Liquidation Company | $89,406.48 | 7/8/15 | 9/1/15 |
| 3 | Emminger, Thomas | 2381 | SRC Liquidation Company | Unliquidated | 7/8/15 | 7/28/15 |
| 4 | Fackrell, Jame | 2385 | SRC Liquidation Company | Unliquidated | 7/8/15 | 7/24/15 |
| 5 | Weeks, E | 2443 | SRC Liquidation Company | Unliquidated | 7/8/15 | 8/18/15 |

01:17679993.2