**EXHIBIT 1**
**DECLARATION OF KEVIN M. CARMODY**

01:17680020.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |

**DECLARATION OF KEVIN M. CARMODY IN SUPPORT OF DEBTORS'**
**FIFTH (5TH) OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT**
**TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY**
**RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

I, Kevin M. Carmody, pursuant to 28 U.S.C. § 1746, declare:

1. I am the President and Chief Executive Officer of SRC Liquidation Company, one of the above-captioned affiliated debtors and debtors in possession. In this capacity, I am one of the persons responsible for overseeing the claims reconciliation and objection process in these Chapter 11 Cases. I have read the Debtors' Fifth (5th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 (the "Objection"),[2] and am directly, or by and through other personnel or representatives of the Debtors, reasonably familiar with the information contained therein, the Proposed Order, and the exhibits attached to the Proposed Order. I am authorized to execute this Declaration on behalf of the Debtors.

---

1 The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

2 Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

01:17680020.1

2. *The information contained on Exhibits A through C to the Proposed Order is true and correct to the best of my knowledge, information, and belief.*

3. The Disputed Claims identified on Exhibit A to the Proposed Order assert liability arising from the Pension Plan and, it is my understanding from counsel, that the respective claimants do not have a right to payment from the Debtors' estates because the PBGC is the only party entitled to assert such claims at this time.

4. The Other No Liability Claims identified on Exhibit B to the Proposed Order are asserted against various Debtor entities, but neither the proofs of claim nor the Debtors' books and records provide any support for liability against the entity referenced. The claimant has filed a nearly identical claim against Debtor SRC Liquidation Company, which is not subject to this Objection.

5. The Disputed Claims identified on Exhibit C to the Proposed Order contain no information or documentation supporting the asserted priority status under section 507 of the Bankruptcy Code, and the Debtors' books and records reflect that such claims are not entitled to priority status.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 14, 2015

/s/ Kevin M. Carmody
Kevin M. Carmody

01:17680020.1