## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No.  15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline:  September 30, 2015 at 4:00 p.m. (ET)** |

**FIFTH MONTHLY FEE STATEMENT OF POLSINELLI PC AS DELAWARE
BANKRUPTCY COUNSEL AND CONFLICTS COUNSEL FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES INCURRED FROM THE PERIOD OF
JULY 1, 2015 THROUGH JULY 31, 2015**

| Name of Applicant | Polsinelli PC |
|---|---|
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | May 12, 2015 *nunc pro tunc* to March 24, 2015 |
| Period for which compensation and reimbursement is sought: | July 1, 2015 – July 31, 2015 |
| Amount of compensation sought as actual, reasonable, and necessary: | $20,399.85 (80% = $16,319.88) |
| Amount of expense reimbursement sought as actual, reasonably, and necessary: | $5,605.50 |

This is a **X** monthly ___ interim ___ final application.  No prior application was filed for this Fee Period.

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

Pursuant to sections 327, 330, and 331 of chapter 11 of Title 11 of the United States Code, (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the *Order Authorizing Employment and Retention of Polsinelli PC Nunc Pro Tunc to March 24, 2015, as Delaware Counsel and Conflicts Counsel to the Official Committee of Unsecured Creditors* [Docket No. 504] (the "**Retention Order**"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* dated April 10, 2015 [Docket No. 260] (the "**Interim Compensation Order**"), and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the law firm of Polsinelli PC ("**Polsinelli**" or the "**Firm**"), Delaware bankruptcy and conflicts counsel to the Official Committee of Unsecured Creditors (the "**Committee**") of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), files this monthly fee statement (this "**Monthly Fee Statement**") for: (i) compensation in the amount of $16,319.88 for the reasonable and necessary legal services Polsinelli rendered to the Committee from July 1, 2015 through July 31, 2015 (the "**Fee Period**") (80% of $20,399.85); and (ii) reimbursement for actual and necessary expenses in the amount of $5,605.50 that Polsinelli incurred during the Fee Period.

### Itemization of Services Rendered and Disbursements Incurred

**IN SUPPORT OF THIS MONTHLY FEE STATEMENT, ATTACHED ARE THE FOLLOWING EXHIBITS:**

- **Exhibit A** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by Polsinelli's shareholders, associates, and paraprofessionals during the Fee Period for each of the subject matter categories Polsinelli established in accordance with its internal billing procedures. As reflected in Exhibit A, Polsinelli incurred $20,399.85 in fees during the Fee Period. Pursuant to this Monthly Fee Statement, Polsinelli seeks reimbursement for 80% of such fees ($16,319.88).

- **Exhibit B** is a schedule providing certain information regarding Polsinelli's attorneys and paraprofessionals for whose work on these chapter 11 cases

compensation is sought in this Monthly Fee Statement. Attorneys and paraprofessionals of Polsinelli have expended a total of 53.9 hours in connection with these chapter 11 cases during the Fee Period.

- **Exhibit C** is a schedule for the Fee Period, setting forth the total amount of reimbursement sought with respect to each category of expenses for which Polsinelli is seeking reimbursement in this Monthly Fee Statement. All of these disbursements comprise the requested sum for Polsinelli's out-of-pocket expenses.

- **Exhibit D** consists of Polsinelli's records of fees and expenses incurred during the Fee Period in the rendition of professional services to the Committee.[2]

- **Exhibit E** is a list of Polsinelli's Bankruptcy Project Codes.

WHEREFORE, Polsinelli requests that it be allowed reimbursement for its fees and expenses incurred during the Fee Period in the total amount of $21,925.38, consisting of (a) $16,319.88, which is 80% of the fees incurred by the Committee for reasonable and necessary professional services rendered by Polsinelli, and (b) $5,605.50 for actual and necessary costs and expenses.

Dated: Wilmington, Delaware  
September 15, 2015

*/s/ Christopher A. Ward*  
Christopher A. Ward (Del. Bar No. 3877)  
Justin K. Edelson (Del. Bar No. 5002)  
**POLSINELLI PC**  
222 Delaware Avenue, Suite 1101  
Wilmington, Delaware 19801  
Telephone: (302) 252-0920  
Facsimile: (302) 252-0921  
cward@polsinelli.com  
jedelson@polsinelli.com

*Counsel to the Official Committee of*  
*Unsecured Creditors*

---

[2] Electronic research is charged at standard Lexis & Westlaw rates less a percentage discount that is assessed and adjusted periodically based on market terms.

51278613.1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

## <u>VERIFICATION OF CHRISTOPHER A. WARD</u>

1.      I am the Managing Shareholder of the Wilmington, Delaware office of POLSINELLI PC ("**Polsinelli**"), which maintains offices for the practice of law at 222 Delaware Avenue, Suite 1101, Wilmington, Delaware 19801, among 18 other locations.  I also serve as Co-Chair of Polsinelli's Bankruptcy and Financial Restructuring Practice.  I am an attorney-at-law, duly admitted and in good standing to practice in the State of Delaware, as well as the United States Court of Appeals for the Third Circuit, and the United States District Court for the District of Delaware.

2.      I have personally performed many of the legal services rendered by Polsinelli as Delaware bankruptcy and conflicts counsel to the Official Committee of Unsecured Creditors (the "**Committee**") and am familiar with all other work performed on behalf of the Committee by the lawyers and other employees at Polsinelli.

3.      The facts set forth in the foregoing Monthly Fee Statement are true and correct to the best of my knowledge, information, and belief.

---

[1]      The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

51278613.1

4.      I have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and believe that the Monthly Fee Statement for Polsinelli complies with same.

5.      Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the forgoing is true and correct.

Respectfully submitted,

*/s/ Christopher A. Ward*
Christopher A. Ward (Del. Bar. No. 3877)