# EXHIBIT A

# SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

## (See Guidelines C.8. for project category information.)

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Asset Disposition | | | 1.30 | $ 553.50 |
| Assumption/Rejection of Leases & Contracts | | | 0.10 | $ 37.80 |
| Bankruptcy-Related Advice | | | 8.10 | $ 3,191.40 |
| Business Operations | | | 1.00 | $ 543.60 |
| Case Administration | | | 7.90 | $ 2,253.60 |
| Claims Administration & Objections | | | 0.20 | $ 117.00 |
| Employee Benefits/Pensions | | | 0.20 | $ 75.60 |
| Employment/Fee Applications | | | 29.80 | $ 11,002.95 |
| Financing & Cash Collateral | | | 0.40 | $ 234.00 |
| Litigation Contested Matters(excl assump/rejection motions) | | | 2.00 | $ 921.60 |
| Meetings of & Communications with Creditors or the Committee | | | 2.00 | $ 1,025.10 |
| Plan & Disclosure Statement (including business plan) | | | 0.90 | $ 443.70 |
| | | | 53.90 | $ 20,399.85 |

UST Form 11-330-D (2013)

49091408.1

# **EXHIBIT B**

SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| Name | Title | Section | Date of First Admission | Fees Billed | Hours Billed | Hourly Rate Billed in This Application | Hourly Rate Billed in First Interim Application | Number of Rate Increases Since Case Inception |
|------|-------|---------|-------------------------|-------------|--------------|----------------------------------------|--------------------------------------------------|-----------------------------------------------|
| Ward, Chris A. | Shareholder | FR Bankruptcy and Restructuring | 12/15/1999 | $ 6,025.50 | 10.30 | 585 | 585 | 0 |
| Edelson, Justin K. | Associate | FR Bankruptcy and Restructuring | 05/01/2007 | $ 10,773.00 | 28.50 | 378 | 378 | 0 |
| Suprum, Lindsey M. | Paralegal | FR Bankruptcy and Restructuring | | $ 3,601.35 | 15.10 | 239 | 239 | 0 |
| | | | | $ 20,399.85 | 53.90 | 378 | | |

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS

### ( See Guidelines C.3. for definitions of terms used in this Exhibit.)

| Category of Timekeeper (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
| --- | --- | --- |
| | BILLED OR COLLECTED Firm or offices for preceding year, excluding bankruptcy | BILLED In this fee application |
| Shareholder | $ 458.32 | $ 585.00 |
| Associate | $ 288.25 | $ 378.00 |
| Paralegal | $ 196.75 | $ 238.50 |
| | | |
| All timekeepers averaged | $ 314.44 | $ 400.50 |

49091408.1

# EXHIBIT C

## SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY

(See Guidelines C.8. for project category information.)

| Category | Amount |
|---|---|
| Client Advance | $ 786.00 |
| Document Reproduction | $ 16.44 |
| Deliveries | $ 67.50 |
| Filing Fees | $ 350.00 |
| On-Line Searches | $ 61.40 |
| Meals | $ 195.82 |
| Miscellaneous | $ 3,922.24 |
| Transcript of Proceedings | $ 206.10 |
| | $ 5,605.50 |

UST Form 11-330-D (2013)

49091408.1

# EXHIBIT D



# Invoice Detail

For Professional Services Through 7/31/15

File No. 082033-493086

**Re: Standard Register Bankruptcy**

Page 2
August 7, 2015
Invoice No: 1195355

## Professional Services

| Date | Timekeeper | Description | Hours | Amount | Task Code |
|------|-----------|-------------|-------|--------|-----------|
| 7/1/15 | C.A. Ward | Conference with JKE re July 1 hearing. | 0.10 | $58.50 | B190 |
| 7/1/15 | C.A. Ward | Review and consider copies of invoices for professionals employed by Pre-Petition Term Credit Parties and Term DIP Agent. | 0.10 | 58.50 | B230 |
| 7/1/15 | J.K. Edelson | Prepare for hearing. | 0.30 | 113.40 | B400 |
| 7/1/15 | J.K. Edelson | Attend hearing. | 2.10 | 793.80 | B400 |
| 7/1/15 | J.K. Edelson | Correspondence with C. Ward and L. Suprum regarding fee applications. | 0.20 | 75.60 | B160 |
| 7/2/15 | C.A. Ward | Review Notice of Deposition Rule 30(b)(6) of Plaintiff The Standard Register Company Filed by Focused Impressions Technology LLC, Focused Impressions, Inc., Lynn D. Smith, Craig H. Stockmal. | 0.10 | 58.50 | B190 |
| 7/2/15 | C.A. Ward | Review Certificate of No Objection Regarding Third Monthly Application for Compensation and Reimbursement of Expenses of Gibson, Dunn & Crutcher LLP for the period May 1, 2015 to May 31, 2015. | 0.10 | 58.50 | B160 |
| 7/2/15 | C.A. Ward | Review Certificate of No Objection Regarding Third Monthly Application for Compensation and Reimbursement of Expenses of Young Conaway Stargatt & Taylor, LLP for the period May 1, 2015 to May 31, 2015. | 0.10 | 58.50 | B160 |



# Invoice Detail

For Professional Services Through 7/31/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 3
August 7, 2015
Invoice No: 1195355

| Date | Timekeeper | Description | Hours | Amount | Task |
|---|---|---|---|---|---|
| 7/2/15 | C.A. Ward | Review Monthly Application for Compensation (Fourth) and Reimbursement of Expenses of Young Conaway Stargatt & Taylor, LLP for the period June 1, 2015 to June 30, 2015 Filed by Young Conaway Stargatt & Taylor, LLP. | 0.10 | 58.50 | B160 |
| 7/2/15 | J.K. Edelson | Review Silver Point professional fee statements, correspondence with C. Ward regarding same. | 0.30 | 113.40 | B160 |
| 7/2/15 | J.K. Edelson | Correspondence regarding Bank of America withdraw of Lowenstein fee objection. | 0.10 | 37.80 | B160 |
| 7/3/15 | C.A. Ward | Review Notice of Deposition of Amy Leddy Filed by Focused Impressions Technology LLC, Focused Impressions, Inc., Lynn D. Smith, Craig H. Stockmal. | 0.10 | 58.50 | B190 |
| 7/5/15 | J.K. Edelson | Correspondence with C. Ward regarding fee applications, payment of professional fees. | 0.20 | 75.60 | B160 |
| 7/5/15 | J.K. Edelson | Review docket, correspondence with L. Suprum regarding deadlines. | 0.20 | 75.60 | B400 |
| 7/5/15 | J.K. Edelson | Review deposition notices regarding Focused Impressions adversary proceeding. | 0.10 | 37.80 | B190 |
| 7/6/15 | C.A. Ward | Review and consider Notice of Lien Notice of Commencement of Lien Action Pursuant to O.C.G.A.§44-14-361.1 Filed by Raymond Storage Concepts, Inc. | 0.10 | 58.50 | B230 |
| 7/6/15 | C.A. Ward | Review Certificate of No Objection Regarding Third Monthly Application for Compensation and Reimbursement of Expenses of Young Conaway Stargatt & Taylor, LLP for the period May 1, 2015 to May 31, 2015. | 0.10 | 58.50 | B160 |
| 7/6/15 | C.A. Ward | Review and comment on updated critical dates calendar of pending dates and deadlines, various correspondence re same. | 0.10 | 58.50 | B400 |



**Invoice Detail**

For Professional Services Through 7/31/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 4
August 7, 2015
Invoice No: 1195355

| Date | Name | Description | Hours | Amount | Code |
|------|------|-------------|-------|--------|------|
| 7/6/15 | C.A. Ward | Review Certificate of No Objection (No Order Required) Regarding Monthly Application for Compensation (Third) for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the period from May 1, 2015 to May 31, 2015. | 0.10 | 58.50 | B160 |
| 7/6/15 | C.A. Ward | Review Certificate of No Objection (No Order Required) Regarding Monthly Application for Compensation (Third) and Reimbursement of Expenses as Delaware Bankruptcy Counsel and Conflicts Counsel for the Official Committee of Unsecured Creditors for the period of May 1, 2015 to May 31, 2015. | 0.10 | 58.50 | B160 |
| 7/6/15 | C.A. Ward | Review Monthly Application for Compensation (Third) for Services Rendered and for Reimbursement of Expenses as Financial and Forensic Advisors to the Official Committee of Unsecured Creditors of Standard Register for the period June 1, 2015 to June 30, 2015 Filed by Zolfo Cooper, LLC. | 0.10 | 58.50 | B160 |
| 7/6/15 | J.K. Edelson | Correspondence with C. Ward, L. Suprum, and co-counsel regarding Lowenstein fee applications. | 0.20 | 75.60 | B160 |
| 7/6/15 | J.K. Edelson | Correspondence with C. Ward and L. Suprum regarding Polsinelli fee applications. | 0.10 | 37.80 | B160 |
| 7/6/15 | J.K. Edelson | Correspondence with D. MacGreevey regarding Zolfo fee application. | 0.10 | 37.80 | B160 |
| 7/6/15 | J.K. Edelson | Review, revise and file CNO for Polsinelli third monthly fee application, correspondence with L. Suprum and co-counsel. | 0.20 | 75.60 | B160 |
| 7/6/15 | J.K. Edelson | Review, revise and file CNO for Lowenstein third monthly fee application, correspondence with L. Suprum and co-counsel. | 0.20 | 75.60 | B160 |



**Invoice Detail**

For Professional Services Through 7/31/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 5
August 7, 2015
Invoice No: 1195355

| | | | | | |
|---|---|---|---|---|---|
| 7/6/15 | J.K. Edelson | Review, revise and file Zolfo June monthly fee application, correspondence with Zolfo, co-counsel, and L. Suprum. | 0.30 | 113.40 | B160 |
| 7/6/15 | J.K. Edelson | Correspondence with C. Ward and L. Suprum regarding critical dates, deadlines. | 0.20 | 75.60 | B110 |
| 7/6/15 | J.K. Edelson | Review Raymond Storage notice of lien. | 0.10 | 37.80 | B400 |
| 7/6/15 | L.M. Suprum | Review docket, update critical dates memo and distribute. Attention to calendaring new deadlines. | 2.10 | 500.85 | B110 |
| 7/6/15 | L.M. Suprum | Draft Notice of Fee Application for filing with Zolfo's third monthly fee application. Attention to filing and service of fee application. Correspondence regarding same. | 0.70 | 166.95 | B160 |
| 7/6/15 | L.M. Suprum | Draft and file certificate of no objection regarding Polsinelli's third monthly fee application. Correspondence regarding same. | 0.40 | 95.40 | B160 |
| 7/6/15 | L.M. Suprum | Draft and file certificate of no objection regarding Lowenstein's third monthly fee application. Correspondence regarding same. | 0.40 | 95.40 | B160 |
| 7/6/15 | L.M. Suprum | Correspondence with J. Edelson and W. Jung regarding filing certificate of no objection for Zolfo's first monthly fee applications. | 0.10 | 23.85 | B160 |
| 7/7/15 | C.A. Ward | Review Monthly Application for Compensation (Fourth) of Dinsmore & Shohl LLP, as Special Counsel to the Debtors and Debtors in Possession, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the period June 1, 2015 to June 30, 2015 | 0.10 | 58.50 | B160 |
| 7/7/15 | C.A. Ward | Review Notice of Filing of Declaration of Disinterestedness by Ordinary Course Professional RSM ROC & Company. | 0.10 | 58.50 | B210 |



**Invoice Detail**

For Professional Services Through 7/31/15

File No. 082033-493086

**Re: Standard Register Bankruptcy**

Page 6

August 7, 2015

Invoice No: 1195355

| 7/7/15 | C.A. Ward | Review detailed Polsinelli time entries for previous month for accuracy and privilege, correspondence with accounting re monthly invoice. | 0.20 | 117.00 | B160 |
|--------|-----------|---|------|--------|------|
| 7/7/15 | C.A. Ward | Correspondence and conference with J. Edelson re June monthly fee application. | 0.10 | 58.50 | B160 |
| 7/7/15 | C.A. Ward | Correspondence with Committee professionals re first interim fee applications. | 0.10 | 58.50 | B160 |
| 7/7/15 | C.A. Ward | Review Monthly Staffing Report for Filing Period June 1, 2015 through June 30, 2015 Filed by McKinsey Recovery & Transformation Services U.S., LLC. | 0.10 | 58.50 | B210 |
| 7/7/15 | C.A. Ward | Review Monthly Application for Compensation (Fourth) for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the period June 1, 2015 to June 30, 2015 Filed by Lowenstein Sandler LLP. | 0.10 | 58.50 | B160 |
| 7/7/15 | C.A. Ward | Correspondence with Committee professionals re payment of professional fees. | 0.10 | 58.50 | B150 |
| 7/7/15 | C.A. Ward | Review Certificate of No Objection (No Order Required) Regarding Monthly Application for Compensation (First) and Reimbursement of Expenses as Financial and Forensic Advisors to the Official Committee of Unsecured Creditors for the period March 24, 2015 to April 30, 2015 | 0.10 | 58.50 | B160 |
| 7/7/15 | J.K. Edelson | Office conference with C. Ward regarding fee applications. | 0.10 | 37.80 | B160 |
| 7/7/15 | J.K. Edelson | Review docket, critical dates. | 0.20 | 75.60 | B110 |
| 7/7/15 | J.K. Edelson | Prepare and draft Polsinelli fourth monthly fee application for June, correspondence with C. Ward and L. Suprum. | 0.60 | 226.80 | B160 |



**Invoice Detail**

For Professional Services Through 7/31/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 7
August 7, 2015
Invoice No: 1195355

| 7/7/15 | J.K. Edelson | Teleconference with Debtors' counsel regarding fee applications. | 0.10 | 37.80 | B160 |
|---|---|---|---|---|---|
| 7/7/15 | J.K. Edelson | Correspondence with C. Ward, co-counsel, and Zolfo regarding interim fee applications. | 0.20 | 75.60 | B160 |
| 7/7/15 | J.K. Edelson | Review and file Lowenstein June monthly fee application, correspondence with L. Suprum and co-counsel. | 0.30 | 113.40 | B160 |
| 7/7/15 | J.K. Edelson | Review, revise and file CNO regarding Zolfo first monthly fee application, correspondence regarding same. | 0.20 | 75.60 | B160 |
| 7/7/15 | J.K. Edelson | Correspondence with C. Ward regarding payment of professional fees. | 0.10 | 37.80 | B160 |
| 7/7/15 | L.M. Suprum | Review, revise, file and serve Lowenstein's fourth monthly fee application. Correspondence regarding same. | 0.70 | 166.95 | B160 |
| 7/7/15 | L.M. Suprum | Draft and file certificate of no objection regarding Zolfo's first monthly fee application. Correspondence regarding same. | 0.60 | 143.10 | B160 |
| 7/7/15 | L.M. Suprum | Correspondence with J. Edelson regarding draft of Polsinelli June fee application. | 0.10 | 23.85 | B160 |
| 7/8/15 | C.A. Ward | Review Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement Filed by The Standard Register Company | 0.20 | 117.00 | B320 |
| 7/8/15 | J.K. Edelson | Correspondence with C. Ward, L. Suprum, and D. Duncan regarding fee applications, payment of professional fees. | 0.20 | 75.60 | B160 |
| 7/8/15 | J.K. Edelson | Correspondence with T. Lobuda regarding Jefferies motion to reconsider. | 0.10 | 37.80 | B160 |
| 7/8/15 | J.K. Edelson | Review Debtors' motion to extend exclusivity. | 0.20 | 75.60 | B320 |



# Invoice Detail

For Professional Services Through 7/31/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 8
August 7, 2015
Invoice No: 1195355

| 7/8/15 | J.K. Edelson | Review notice of rescheduled hearing. | 0.10 | 37.80 | B400 |
|--------|--------------|----------------------------------------|------|-------|------|
| 7/9/15 | C.A. Ward | Review Notice of Adjourned/Rescheduled Hearing Filed by The Standard Register Company. Hearing scheduled for 7/15/2015 at 09:00 AM. | 0.10 | 58.50 | B400 |
| 7/9/15 | C.A. Ward | Correspondence with Committee professionals re motion to reconsider Jefferies retention. | 0.10 | 58.50 | B160 |
| 7/9/15 | C.A. Ward | Attention to creditor inquiries including telephone calls and correspondence from parties-in-interest, forward to appropriate individuals to address. | 0.20 | 117.00 | B400 |
| 7/9/15 | C.A. Ward | Correspondence with JKE and LMS re Polsinelli June monthly fee application | 0.10 | 58.50 | B160 |
| 7/9/15 | C.A. Ward | Review Certificate of No Objection Regarding Second Monthly Application for Compensation and Reimbursement of Expenses of Lazard Freres & Co. LLC and Lazard Middle Market LLC for the period May 1, 2015 to May 31, 2015 | 0.10 | 58.50 | B160 |
| 7/9/15 | J.K. Edelson | Correspondence with C. Ward and T. Lobuda regarding Jefferies motion to reconsider. | 0.20 | 75.60 | B160 |
| 7/9/15 | J.K. Edelson | Review and revise Polsinelli June monthly fee statement, correspondence with C. Ward. | 0.40 | 151.20 | B160 |
| 7/9/15 | J.K. Edelson | Review Focused Impressions motion to transfer venue, motion to shorten notice. | 0.30 | 113.40 | B190 |
| 7/9/15 | J.K. Edelson | Correspondence with L. Suprum regarding critical dates, deadlines. | 0.20 | 75.60 | B110 |
| 7/9/15 | J.K. Edelson | Correspondence with C. Ward regarding Polsinelli monthly fee applications. | 0.10 | 37.80 | B160 |
| 7/9/15 | J.K. Edelson | Correspondence with L. Suprum regarding J. Prosnick creditor inquiry. | 0.10 | 37.80 | B150 |


**POLSINELLI**

**Invoice Detail**

For Professional Services Through 7/31/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 9
August 7, 2015
Invoice No: 1195355

| | | | | | |
|---|---|---|---|---|---|
| 7/9/15 | L.M. Suprum | Attention to calendaring new deadlines. | 0.40 | 95.40 | B110 |
| 7/9/15 | L.M. Suprum | Correspondence regarding filing certificate of no objection regarding motion for reconsideration of Jefferies retention order. | 0.10 | 23.85 | B160 |
| 7/10/15 | C.A. Ward | Review motion to transfer venue and motion to shorten in adversary proceeding | 0.10 | 58.50 | B190 |
| 7/10/15 | C.A. Ward | Review notice of hearing on motion to transfer venue and motion to shorten notice | 0.10 | 58.50 | B190 |
| 7/10/15 | C.A. Ward | Review Certificate of No Objection Regarding Motion of the Official Committee of Unsecured Creditors for Reconsideration of Order (I) Authorizing The Official Committee of Unsecured Creditors To Retain And Employ Jefferies LLC As Its Investment Banker, Nunc Pro Tunc To March 24, 2015 And (II) Waiving Certain Requirements Of Local Rule 2016-2 | 0.10 | 58.50 | B160 |
| 7/10/15 | J.K. Edelson | Correspondence with C. Ward and D. Duncan regarding fee applications, exhibits. | 0.20 | 75.60 | B160 |
| 7/10/15 | J.K. Edelson | Review docket, correspondence with L. Suprum regarding deadlines. | 0.20 | 75.60 | B110 |
| 7/10/15 | J.K. Edelson | Correspondence with C. Ward, co-counsel, and Debtors' counsel regarding professional fees. | 0.20 | 75.60 | B160 |
| 7/10/15 | J.K. Edelson | Review, revise and file CNO regarding Jefferies retention order, correspondence with L. Suprum and co-counsel regarding same. | 0.20 | 75.60 | B160 |
| 7/10/15 | J.K. Edelson | Correspondence with T. Labuda regarding Jefferies motion for reconsideration. | 0.10 | 37.80 | B160 |
| 7/10/15 | J.K. Edelson | Correspondence with T. Bollman and L. Suprum regarding hearing. | 0.20 | 75.60 | B400 |



**Invoice Detail**

For Professional Services Through 7/31/15

File No. 082033-493086

**Re: Standard Register Bankruptcy**

Page 10

August 7, 2015

Invoice No: 1195355

| Date | Name | Description | Hours | Amount | Code |
|---|---|---|---|---|---|
| 7/10/15 | J.K. Edelson | Review Polsinelli fee application exhibits, correspondence with L. Suprum and D. Duncan regarding same. | 0.30 | 113.40 | B160 |
| 7/10/15 | J.K. Edelson | Review Debtors supplemental cure notice. | 0.20 | 75.60 | B130 |
| 7/10/15 | L.M. Suprum | Draft and file certificate of no objection regarding motion for reconsideration of Jefferies retention order. Various correspondence regarding same. | 0.60 | 143.10 | B160 |
| 7/11/15 | C.A. Ward | Review email and copies of June invoices for professionals employed by Pre-Petition Term Credit Parties and Term DIP Agent | 0.10 | 58.50 | B230 |
| 7/11/15 | C.A. Ward | Review email and notice regarding fees for professionals employed by the Pre-Petition ABL Credit Parties and the ABL DIP Agent | 0.10 | 58.50 | B230 |
| 7/11/15 | C.A. Ward | Review Certificate of No Objection Regarding Debtors' Motion for Authority to (A) Terminate Severance Plan and (B) Modify and/or Terminate Other Employee Benefit Plans | 0.10 | 58.50 | B210 |
| 7/11/15 | C.A. Ward | Review Certification of Counsel Regarding Revised Order Modifying that Certain Order Authorizing the Retention and Employment of McKinsey Recovery & Transformation Services U.S., LLC, to Authorize the Appointment of Kevin Carmody as Interim President and Chief Executive Officer | 0.10 | 58.50 | B160 |
| 7/11/15 | C.A. Ward | Review First Supplemental Cure Notice Setting Forth (I) Resolution of Previously-Adjourned Contract Objections and (II) Agreed-Upon Modifications to Cure List Approved by Sale Order | 0.10 | 58.50 | B130 |
| 7/13/15 | C.A. Ward | Correspondence with JKE re July 15 hearing | 0.10 | 58.50 | B400 |
| 7/13/15 | C.A. Ward | Correspondence with Polsinelli core team re Polsinelli June monthly fee application | 0.10 | 58.50 | B160 |
| 7/13/15 | C.A. Ward | Review agenda for July 15 hearing | 0.10 | 58.50 | B400 |



# Invoice Detail

For Professional Services Through 7/31/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 11
August 7, 2015
Invoice No: 1195355

| 7/13/15 | C.A. Ward | Review Certificate of No Objection (No Order Required) Regarding Monthly Application for Compensation (Second) for Services Rendered and for Reimbursement of Expenses as Financial and Forensic Advisors to the Official Committee of Unsecured Creditors of Standard Register for the period May 1, 2015 to May 31, 2015 | 0.10 | 58.50 | B160 |
|---|---|---|---|---|---|
| 7/13/15 | C.A. Ward | Review Certificate of No Objection Regarding Third Monthly Application for Compensation and Reimbursement of Expenses of Dinsmore & Shohl LLP for the period May 1, 2015 to May 31, 2015 | 0.10 | 58.50 | B160 |
| 7/13/15 | C.A. Ward | Review Order Authorizing Debtors to (A) Terminate Severance Plan (B) Modify and/or Terminate Other Employee Benefit Plans | 0.10 | 58.50 | B210 |
| 7/13/15 | C.A. Ward | Review Order Granting the Motion of the Official Committee of Unsecured Creditors for Reconsideration of Order (I) Authorizing The Official Committee of Unsecured Creditors to Retain and Employ Jefferies LLC as Its Investment Banker, Nunc Pro Tunc to March 24, 2015 and (II) Waiving Certain Requirements of Local Rule 2016-2 | 0.10 | 58.50 | B160 |
| 7/13/15 | C.A. Ward | Review Order Modifying that Certain Order Authorizing the Retention and Employment of McKinsey Recovery & Transformation Services U.S., LLC, to Authorize the Appointment of Kevin Carmody as Interim President and Chief Executive Officer | 0.10 | 58.50 | B210 |
| 7/13/15 | J.K. Edelson | Correspondence with C. Ward regarding hearing. | 0.10 | 37.80 | B400 |
| 7/13/15 | J.K. Edelson | Correspondence with C. Ward and L. Suprum regarding Polsinelli monthly fee applications. | 0.20 | 75.60 | B160 |
| 7/13/15 | J.K. Edelson | Review Zolfo first interim fee application, correspondence with C. Ward, co-counsel, and Zolfo. | 0.30 | 113.40 | B160 |



**Invoice Detail**

For Professional Services Through 7/31/15

File No. 082033-493086

**Re: Standard Register Bankruptcy**

Page 12

August 7, 2015

Invoice No: 1195355

| 7/13/15 | J.K. Edelson | Correspondence with A. De Leo regarding fee applications. | 0.20 | 75.60 | B160 |
|---|---|---|---|---|---|
| 7/13/15 | J.K. Edelson | Review and revise Polsinelli June fee statement, correspondence with C. Ward regarding same. | 0.40 | 151.20 | B160 |
| 7/13/15 | J.K. Edelson | Correspondence with C. Ward and L. Suprum regarding Polsinelli and Lowenstein fee applications. | 0.20 | 75.60 | B160 |
| 7/13/15 | J.K. Edelson | Correspondence with Zolfo and co-counsel regarding Zolfo May fee applications. | 0.20 | 75.60 | B160 |
| 7/13/15 | J.K. Edelson | Review hearing agenda, office conference with L. Suprum regarding hearing. | 0.20 | 75.60 | B400 |
| 7/13/15 | J.K. Edelson | Prepare for hearing. | 0.30 | 113.40 | B400 |
| 7/13/15 | J.K. Edelson | Review and file CNO for Zolfo second monthly fee application. | 0.20 | 75.60 | B160 |
| 7/13/15 | J.K. Edelson | Review Debtors' motion to terminate severance plan. | 0.20 | 75.60 | B220 |
| 7/13/15 | L.M. Suprum | Draft and file certificate of no objection regarding Zolfo's second monthly fee application. Correspondence regarding same. | 0.40 | 95.40 | B160 |
| 7/14/15 | C.A. Ward | Correspondence with Committee professionals re adjournment of July 15 hearing | 0.10 | 58.50 | B400 |
| 7/14/15 | C.A. Ward | Review amended agenda adjourning July 15 hearing | 0.10 | 58.50 | B400 |
| 7/14/15 | C.A. Ward | Correspondence re scheduling of Taylor closing | 0.10 | 58.50 | B130 |
| 7/14/15 | C.A. Ward | Correspondence with Committee professionals re joinder to objection to motion to transfer venue | 0.10 | 58.50 | B190 |



**Invoice Detail**

For Professional Services Through 7/31/15

Page 13

File No. 082033-493086

August 7, 2015

**Re: Standard Register Bankruptcy**

Invoice No: 1195355

| | | | | | |
|---|---|---|---|---|---|
| 7/14/15 | C.A. Ward | Review Monthly Application for Compensation (Fourth) and Reimbursement of Expenses as Delaware Bankruptcy Counsel and Conflicts Counsel for the Official Committee of Unsecured Creditors for the period of June 1, 2015 to June 30, 2015 Filed by Polsinelli PC. | 0.10 | 58.50 | B160 |
| 7/14/15 | C.A. Ward | Review and comment on draft Polsinelli fourth monthly fee application. | 0.10 | 58.50 | B160 |
| 7/14/15 | C.A. Ward | Review and comment on Polsinelli first interim fee application. | 0.10 | 58.50 | B160 |
| 7/14/15 | J.K. Edelson | Prepare for hearing, review and revise hearing binder, office conference with L. Suprum. | 0.30 | 113.40 | B400 |
| 7/14/15 | J.K. Edelson | Review and revise joinder regarding objection to Focused Impressions motion to transfer venue, correspondence with co-counsel regarding same. | 0.40 | 151.20 | B190 |
| 7/14/15 | J.K. Edelson | Correspondence with C. Ward and co-counsel regarding hearing. | 0.20 | 75.60 | B400 |
| 7/14/15 | J.K. Edelson | Correspondence with C. Ward and D. Duncan regarding fee application exhibits. | 0.20 | 75.60 | B160 |
| 7/14/15 | J.K. Edelson | Prepare and draft Polsinelli June monthly fee application, notice, exhibits, file and serve same. | 1.20 | 453.60 | B160 |
| 7/14/15 | J.K. Edelson | Review first amended complaint regarding Focused Impressions adversary. | 0.20 | 75.60 | B190 |
| 7/14/15 | J.K. Edelson | Teleconference with A. De Leo regarding filings. | 0.10 | 37.80 | B400 |
| 7/14/15 | J.K. Edelson | Review amended agenda, correspondence with L. Suprum regarding hearing. | 0.20 | 75.60 | B400 |
| 7/14/15 | J.K. Edelson | Correspondence with C. Ward, L. Suprum, and co-counsel regarding fee applications. | 0.20 | 75.60 | B160 |



# Invoice Detail

For Professional Services Through 7/31/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 14
August 7, 2015
Invoice No: 1195355

| 7/14/15 | J.K. Edelson | Teleconference with co-counsel regarding hearing (.1), correspondence with L. Suprum regarding same (.1). | 0.20 | 75.60 | B400 |
|---|---|---|---|---|---|
| 7/14/15 | J.K. Edelson | Review Taylor closing checklist and timeline, correspondence with C. Ward, co-counsel, and Debtors' counsel regarding same. | 0.40 | 151.20 | B130 |
| 7/14/15 | J.K. Edelson | Prepare and draft Polsinelli first interim fee application, correspondence with C. Ward and L. Suprum regarding same. | 1.30 | 491.40 | B160 |
| 7/14/15 | L.M. Suprum | Attention to preparation for July 15 hearing. | 0.80 | 190.80 | B400 |
| 7/14/15 | L.M. Suprum | Correspondence with J. Edelson regarding status of Joinder to Standard Register's Objection to Motion to Transfer Venue. | 0.20 | 47.70 | B400 |
| 7/14/15 | L.M. Suprum | Attention to filing and service of Polsinelli's fourth monthly fee application. Correspondence regarding same. | 0.50 | 119.25 | B160 |
| 7/14/15 | L.M. Suprum | Correspondence with J. Edelson and W. Jung regarding filing of first interim fee applications. | 0.10 | 23.85 | B160 |
| 7/15/15 | C.A. Ward | Review Interim Application for Compensation (First) for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the period from March 24, 2015 to May 31, 2015 Filed by Lowenstein Sandler LLP. | 0.10 | 58.50 | B160 |
| 7/15/15 | C.A. Ward | Review Interim Application for Compensation (First) and Reimbursement of Expenses as Delaware Bankruptcy Counsel and Conflicts Counsel for the Official Committee of Unsecured Creditors for the period of March 24, 2015 to May 31, 2015 Filed by Polsinelli. | 0.10 | 58.50 | B160 |



# Invoice Detail

For Professional Services Through 7/31/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 15
August 7, 2015
Invoice No: 1195355

| Date | Name | Description | | | |
|---|---|---|---|---|---|
| 7/15/15 | C.A. Ward | Review Certificate of No Objection Regarding Monthly Application for Compensation of Prime Clerk LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the period May 1, 2015 to May 31, 2015. | 0.10 | 58.50 | B160 |
| 7/15/15 | C.A. Ward | Review Interim Application for Compensation of the Debtors' Professionals for the period March 12, 2015 to May 31, 2015 Filed by The Standard Register Company. | 0.10 | 58.50 | B160 |
| 7/15/15 | J.K. Edelson | Review docket, correspondence with L. Suprum regarding deadlines. | 0.20 | 75.60 | B110 |
| 7/15/15 | J.K. Edelson | Correspondence with co-counsel regarding interim fee applications. | 0.20 | 75.60 | B160 |
| 7/15/15 | J.K. Edelson | Review, revise and file Lowenstein first interim fee application. | 0.30 | 113.40 | B160 |
| 7/15/15 | J.K. Edelson | Review, revise and file Polsinelli first interim fee application. | 0.40 | 151.20 | B160 |
| 7/15/15 | J.K. Edelson | Review, revise and file Zolfo first interim fee application. | 0.30 | 113.40 | B160 |
| 7/15/15 | J.K. Edelson | Correspondence with L. Suprum regarding interim fee applications. | 0.20 | 75.60 | B160 |
| 7/15/15 | J.K. Edelson | Review interim fee application of Debtors' professionals. | 0.20 | 75.60 | B160 |
| 7/15/15 | J.K. Edelson | Correspondence with M. Linder and L. Suprum regarding Jefferies fee application, CNO. | 0.20 | 75.60 | B160 |
| 7/15/15 | J.K. Edelson | Correspondence with D. Duncan regarding fee application exhibits. | 0.10 | 37.80 | B160 |



# POLSINELLI

# **Invoice Detail**

For Professional Services Through 7/31/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 16
August 7, 2015
Invoice No: 1195355

| Date | Timekeeper | Description | Hours | Amount | Task |
|---|---|---|---|---|---|
| 7/15/15 | L.M. Suprum | Review, revise, file and serve Lowenstein's first interim fee application. Correspondence regarding same. | 0.70 | 166.95 | B160 |
| 7/15/15 | L.M. Suprum | Review, revise, file and serve Polsinelli's first interim fee application. Correspondence regarding same. | 0.40 | 95.40 | B160 |
| 7/15/15 | L.M. Suprum | Draft Notice of Application for filing with Zolfo's first interim fee application. Attention to filing and service of fee application. Correspondence regarding same. | 0.60 | 143.10 | B160 |
| 7/15/15 | L.M. Suprum | Various correspondence with J. Edelson and debtors' counsel regarding hearing date for interim fee applications. | 0.20 | 47.70 | B160 |
| 7/16/15 | C.A. Ward | Review and comment on updated critical dates calendar of pending dates and deadlines, various correspondence re same | 0.10 | 58.50 | B400 |
| 7/16/15 | J.K. Edelson | Correspondence with C. Ward and D. Duncan regarding fee application exhibits. | 0.20 | 75.60 | B160 |
| 7/16/15 | J.K. Edelson | Review docket, critical dates, correspondence with L. Suprum regarding deadlines. | 0.20 | 75.60 | B110 |
| 7/16/15 | L.M. Suprum | Review docket, update critical dates memo and distribute. | 1.40 | 333.90 | B110 |
| 7/16/15 | L.M. Suprum | Attention to service of Order Granting Motion for Reconsideration of Jefferies Retention Order. | 0.10 | 23.85 | B160 |
| 7/17/15 | C.A. Ward | Review Certificate of No Objection (No Order Required) Regarding Monthly Application for Compensation (First) for Services Rendered and for Reimbursement of Expenses as Investment Banker to the Official Committee of Unsecured Creditors for the period from March 24, 2015 to May 31, 2015 | 0.10 | 58.50 | B160 |


**POLSINELLI**

**Invoice Detail**

For Professional Services Through 7/31/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 17
August 7, 2015
Invoice No: 1195355

| Date | Timekeeper | Description | Hours | Amount | Code |
|---|---|---|---|---|---|
| 7/17/15 | J.K. Edelson | Correspondence with L. Suprum regarding hearing dates, deadlines. | 0.20 | 75.60 | B110 |
| 7/17/15 | J.K. Edelson | Review fee application exhibits, correspondence with C. Ward and D. Duncan. | 0.30 | 113.40 | B160 |
| 7/17/15 | J.K. Edelson | Correspondence with L. Suprum regarding fee applications. | 0.10 | 37.80 | B160 |
| 7/17/15 | J.K. Edelson | Correspondence with C. Ward regarding filings, deadlines. | 0.20 | 75.60 | B400 |
| 7/17/15 | J.K. Edelson | Review, revise and file CNO regarding Jefferies first monthly fee application, correspondence with L. Suprum regarding same. | 0.20 | 75.60 | B160 |
| 7/17/15 | L.M. Suprum | Draft and file certificate of no objection regarding Jefferies first monthly fee application. Correspondence regarding same. | 0.50 | 119.25 | B160 |
| 7/17/15 | L.M. Suprum | Attention to calendaring new deadlines. | 0.50 | 119.25 | B110 |
| 7/20/15 | C.A. Ward | Review Debtor-In-Possession Monthly Operating Report for Filing Period June 1, 2015 - June 28, 2015 Filed by The Standard Register Company | 0.10 | 58.50 | B210 |
| 7/20/15 | C.A. Ward | Correspondence with counsel to Jefferies and JKE re interim fee application | 0.10 | 58.50 | B160 |
| 7/20/15 | C.A. Ward | Review Interim Application for Compensation (First) for Services Rendered and for Reimbursement of Expenses as Investment Banker to the Official Committee of Unsecured Creditors for the period March 24, 2015 to May 31, 2015 Filed by Jefferies LLC | 0.10 | 58.50 | B160 |
| 7/20/15 | C.A. Ward | Review Third Application for Compensation and Reimbursement of Expenses of Lazard Freres & Co. LLC and Lazard Middle Market LLC for the period June 1, 2015 to June 30, 2015 Filed by Lazard Freres & Co. LLC, Lazard Middle Market LLC | 0.10 | 58.50 | B160 |



# Invoice Detail

For Professional Services Through 7/31/15

Page 18

File No. 082033-493086

August 7, 2015

**Re: Standard Register Bankruptcy**

Invoice No: 1195355

| Date | Name | Description | Hours | Amount | Code |
|---|---|---|---|---|---|
| 7/20/15 | C.A. Ward | Review Certificate of No Objection Regarding Fourth Monthly Application for Compensation and Reimbursement of Expenses of Gibson, Dunn & Crutcher LLP for the period June 1, 2015 to June 30, 2015 | 0.10 | 58.50 | B160 |
| 7/20/15 | C.A. Ward | Review Certificate of No Objection Regarding Fourth Monthly Application for Compensation and Reimbursement of Expenses of Young Conaway Stargatt & Taylor, LLP for the period June 1, 2015 to June 30, 2015 | 0.10 | 58.50 | B160 |
| 7/20/15 | C.A. Ward | Review Amended List of Ordinary Course Professionals (First) | 0.10 | 58.50 | B210 |
| 7/20/15 | J.K. Edelson | Review, revise and file Jefferies first interim fee application. | 0.30 | 113.40 | B160 |
| 7/20/15 | J.K. Edelson | Review Debtors' monthly operating report for June 2015. | 0.20 | 75.60 | B210 |
| 7/20/15 | J.K. Edelson | Review Lazard June monthly fee application. | 0.10 | 37.80 | B160 |
| 7/20/15 | L.M. Suprum | Draft Notice of Application for filing with Jefferies first interim fee application. Attention to filing and service of interim fee application. Correspondence regarding same. | 0.70 | 166.95 | B160 |
| 7/21/15 | J.K. Edelson | Correspondence with C. Ward and L. Suprum regarding payment of professional fees. | 0.20 | 75.60 | B160 |
| 7/21/15 | J.K. Edelson | Review docket, case administration. | 0.20 | 75.60 | B110 |
| 7/22/15 | C.A. Ward | Review email from Mark Kenney re concerns with Polsinelli first interim fee application and correspondence with JKE re same | 0.10 | 58.50 | B160 |
| 7/22/15 | J.K. Edelson | Review docket, correspondence with L. Suprum regarding deadlines. | 0.20 | 75.60 | B110 |



# Invoice Detail

For Professional Services Through 7/31/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 19
August 7, 2015
Invoice No: 1195355

| | | | | | |
|---|---|---|---|---|---|
| 7/22/15 | J.K. Edelson | Correspondence with L. Suprum regarding notices, service. | 0.10 | 37.80 | B400 |
| 7/22/15 | J.K. Edelson | Correspondence with U.S. Trustee, C. Ward, and D. Duncan regarding Polsinelli first interim fee application. | 0.30 | 113.40 | B160 |
| 7/23/15 | C.A. Ward | Review Certificate of No Objection (No Order Required) Regarding Monthly Application for Compensation (Third) for Services Rendered and for Reimbursement of Expenses as Financial and Forensic Advisors to the Official Committee of Unsecured Creditors of Standard Register for the period June 1, 2015 to June 30, 2015 | 0.10 | 58.50 | B160 |
| 7/23/15 | C.A. Ward | Review Lowenstein email memo to Committee canceling weekly conference call | 0.10 | 58.50 | B150 |
| 7/23/15 | C.A. Ward | Review Amended Schedules/Statements filed, Statement of Financial Affairs, Notice of Filing of Amendment to Statement of Financial Affairs of The Standard Register Company (Case No. 15-10541) Filed by The Standard Register Company. | 0.10 | 58.50 | B310 |
| 7/23/15 | J.K. Edelson | Correspondence with L. Suprum, co-counsel, and Zolfo regarding fee applications. | 0.20 | 75.60 | B160 |
| 7/23/15 | J.K. Edelson | Correspondence with C. Ward and co-counsel regarding Taylor closing. | 0.10 | 37.80 | B130 |
| 7/23/15 | J.K. Edelson | Correspondence with W. Jung regarding Lowenstein monthly fee application. | 0.10 | 37.80 | B160 |
| 7/23/15 | J.K. Edelson | Review, revise and file CNO for Zolfo June monthly fee statement, correspondence with L. Suprum regarding same. | 0.20 | 75.60 | B160 |
| 7/23/15 | J.K. Edelson | Correspondence with L. Suprum regarding CNO for Lowenstein fourth monthly fee application. | 0.10 | 37.80 | B160 |



**Invoice Detail**

For Professional Services Through 7/31/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 20
August 7, 2015
Invoice No: 1195355

| 7/23/15 | L.M. Suprum | Draft and file certificate of no objection regarding Zolfo's third monthly fee application. Correspondence regarding same. | 0.40 | 95.40 | B160 |
| 7/23/15 | L.M. Suprum | Draft certificate of no objection for Lowenstein's fourth monthly fee application. Correspondence with J. Edelson regarding same. | 0.20 | 47.70 | B160 |
| 7/24/15 | C.A. Ward | Review Certificate of No Objection Regarding Monthly Application for Compensation (Fourth) for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the period June 1, 2015 to June 30, 2015 Filed by Lowenstein Sandler | 0.10 | 58.50 | B160 |
| 7/24/15 | C.A. Ward | Review Certificate of No Objection Regarding Fourth Monthly Application of Dinsmore & Shohl LLP, as Special Counsel to the Debtors and Debtors in Possession, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the period June 1, 2015 to June 30, 2015 | 0.10 | 58.50 | B160 |
| 7/24/15 | C.A. Ward | Review Certificate of No Objection Regarding Notice of Filing of Monthly Compensation and Staffing Report of McKinsey Recovery & Transformation Services U.S., LLC for the Period from June 1, 2015 through June 30, 2015 | 0.10 | 58.50 | B160 |
| 7/24/15 | C.A. Ward | Review Certificate of No Objection (No Order Required) Regarding Monthly Application for Compensation (Third) for Services Rendered and for Reimbursement of Expenses as Financial and Forensic Advisors to the Official Committee of Unsecured Creditors of Standard Register for the period June 1, 2015 to June 30, 2015 | 0.10 | 58.50 | B160 |
| 7/24/15 | C.A. Ward | Review Declaration of Disinterestedness by Von Wobeser y Sierra, S.C. | 0.10 | 58.50 | B210 |
| 7/24/15 | J.K. Edelson | Correspondence with C. Ward and D. Duncan regarding fee applications, payment of professional fees. | 0.20 | 75.60 | B160 |



# Invoice Detail

For Professional Services Through 7/31/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 21
August 7, 2015
Invoice No: 1195355

| Date | Name | Description | Hours | Amount | Code |
|---|---|---|---|---|---|
| 7/26/15 | J.K. Edelson | Correspondence with C. Ward regarding Polsinelli first interim fee application. | 0.10 | 37.80 | B160 |
| 7/27/15 | C.A. Ward | Review Certificate of No Objection Regarding Debtors' Motion for Entry of an Order, Pursuant to Section 1121(d) of the Bankruptcy Code, Extending the Exclusive Periods for the Filing of a Chapter 11 Plan and the Solicitation and Acceptance Thereof | 0.10 | 58.50 | B320 |
| 7/27/15 | C.A. Ward | Review Withdrawal of Claim #400 in the amount of $24,201.44. Filed by Tennessee Department of Revenue | 0.10 | 58.50 | B310 |
| 7/27/15 | J.K. Edelson | Review docket, correspondence with L. Suprum regarding deadlines. | 0.20 | 75.60 | B110 |
| 7/27/15 | J.K. Edelson | Correspondence with C. Ward and D. Duncan regarding fee applications. | 0.20 | 75.60 | B160 |
| 7/28/15 | C.A. Ward | Correspondence with co-counsel re GUC Trustee and local procedure to substitute trustee as plaintiff | 0.10 | 58.50 | B320 |
| 7/28/15 | C.A. Ward | Review and consider Debtors' Motion to Change Corporate Names and Amend Case Caption Filed by The Standard Register Company | 0.20 | 117.00 | B400 |
| 7/28/15 | C.A. Ward | Review Second Supplemental Cure Notice Setting Forth Resolution of Previously-Adjourned Contract Objections | 0.10 | 58.50 | B130 |
| 7/28/15 | C.A. Ward | Review Order Extending the Exclusive Periods for the Fling of a Chapter 11 Plan and the Solicitation and Acceptance Thereof | 0.10 | 58.50 | B320 |
| 7/28/15 | C.A. Ward | Review and comment on updated critical dates calendar of pending dates and deadlines, various correspondence re same | 0.10 | 58.50 | B400 |
| 7/28/15 | C.A. Ward | Review Lowenstein email memo to Committee re update on recently filed pleadings | 0.10 | 58.50 | B150 |



# Invoice Detail

For Professional Services Through 7/31/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 22
August 7, 2015
Invoice No: 1195355

| 7/28/15 | J.K. Edelson | Correspondence with L. Suprum regarding Polsinelli June monthly fee statement. | 0.10 | 37.80 | B160 |
|---|---|---|---|---|---|
| 7/28/15 | J.K. Edelson | Review order extending exclusivity, correspondence with L. Suprum regarding same. | 0.20 | 75.60 | B320 |
| 7/28/15 | J.K. Edelson | Review Debtors' motion to change corporate names and amend case caption. | 0.20 | 75.60 | B400 |
| 7/28/15 | J.K. Edelson | Review Debtors' supplemental cure notice. | 0.10 | 37.80 | B185 |
| 7/28/15 | J.K. Edelson | Correspondence with L. Suprum regarding critical dates. | 0.10 | 37.80 | B110 |
| 7/28/15 | J.K. Edelson | Correspondence with C. Ward, co-counsel, and Committee regarding summary of recent filings. | 0.20 | 75.60 | B400 |
| 7/28/15 | L.M. Suprum | Review docket, update critical dates memo and distribute. | 0.70 | 166.95 | B110 |
| 7/29/15 | C.A. Ward | Review Rust Omni June invoice and process for payment | 0.10 | 58.50 | B150 |
| 7/29/15 | J.K. Edelson | Review critical dates, correspondence with L. Suprum regarding deadlines. | 0.20 | 75.60 | B400 |
| 7/29/15 | J.K. Edelson | Review Rust Omni invoice for June 2015, correspondence with C. Ward regarding same. | 0.20 | 75.60 | B160 |
| 7/29/15 | J.K. Edelson | Prepare and draft supplement to Polsinelli first interim fee application. | 0.40 | 151.20 | B160 |
| 7/29/15 | L.M. Suprum | Attention to calendaring new deadlines. | 0.30 | 71.55 | B110 |
| 7/30/15 | J.K. Edelson | Review docket, updated critical dates. | 0.20 | 75.60 | B110 |
| 7/30/15 | J.K. Edelson | Prepare Polsinelli supplement to first interim fee application. | 0.50 | 189.00 | B160 |



# Invoice Detail

For Professional Services Through 7/31/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 23
August 7, 2015
Invoice No: 1195355

| Date | Professional | Description | Hours | Amount | Code |
|---|---|---|---|---|---|
| 7/30/15 | J.K. Edelson | Correspondence with co-counsel and Committee regarding filing amended complaint. | 0.20 | 75.60 | B190 |
| 7/30/15 | J.K. Edelson | Correspondence with C. Ward, co-counsel and Committee regarding Taylor sale closing, GUC Trust agreement. | 0.20 | 75.60 | B130 |
| 7/30/15 | L.M. Suprum | Draft certificate of no objection regarding Polsinelli's fourth monthly fee application. Correspondence with J. Edelson regarding same. | 0.20 | 47.70 | B160 |
| 7/31/15 | C.A. Ward | Review Lowenstein Sandler memo on critical dates | 0.10 | 58.50 | B150 |
| 7/31/15 | C.A. Ward | Review Lowenstein email memo to Committee and agenda for weekly conference call | 0.10 | 58.50 | B150 |
| 7/31/15 | C.A. Ward | Participate in weekly conference call with Committee and its professionals re Taylor closing, GUC Trust, and open issues | 0.40 | 234.00 | B150 |
| 7/31/15 | C.A. Ward | Review and comment on draft agreed order substituting GUC Trustee as plaintiff in D&O litigation and correspondence re same | 0.20 | 117.00 | B190 |
| 7/31/15 | C.A. Ward | Attention to creditor inquiries including telephone calls and correspondence from parties-in-interest, forward to appropriate individuals to address | 0.10 | 58.50 | B400 |
| 7/31/15 | C.A. Ward | Review Supplement to First Interim Fee Application of Dinsmore & Shohl LLP Filed by The Standard Register Company | 0.10 | 58.50 | B160 |
| 7/31/15 | C.A. Ward | Review Supplement to First Interim Fee Application of Young Conaway Stargatt & Taylor, LLP Filed by The Standard Register Company | 0.10 | 58.50 | B160 |
| 7/31/15 | C.A. Ward | Review Notice of Withdrawal of Appearance (Walsh, Thomas) has withdrawn from the case Filed by MAX International Converters, Inc. | 0.10 | 58.50 | B110 |



# Invoice Detail

For Professional Services Through 7/31/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 24
August 7, 2015
Invoice No: 1195355

| Date | Name | Description | Hours | Amount | Code |
|---|---|---|---|---|---|
| 7/31/15 | C.A. Ward | Review Supplement to First Interim Fee Application of Gibson, Dunn & Crutcher, LLP Filed by The Standard Register Company | 0.10 | 58.50 | B160 |
| 7/31/15 | C.A. Ward | Review Lowenstein email memo to Committee re funding and closing of Taylor transaction | 0.10 | 58.50 | B150 |
| 7/31/15 | C.A. Ward | Review Certificate of No Objection Regarding Monthly Application for Compensation (Fourth) and Reimbursement of Expenses as Delaware Bankruptcy Counsel and Conflicts Counsel for the Official Committee of Unsecured Creditors for the period of June 1, 2015 to June 30, 2015 Filed by Polsinelli PC | 0.10 | 58.50 | B160 |
| 7/31/15 | C.A. Ward | Review and consider Debtors' Motion for Entry of An Order Disbanding the Official Committee of Equity Security Holders | 0.20 | 117.00 | B150 |
| 7/31/15 | J.K. Edelson | Review docket, case administration. | 0.10 | 37.80 | B110 |
| 7/31/15 | J.K. Edelson | Correspondence with C. Ward and co-counsel regarding order substituting GUC trustee, review same. | 0.30 | 113.40 | B400 |
| 7/31/15 | J.K. Edelson | Correspondence with C. Ward and co-counsel regarding Taylor closing. | 0.10 | 37.80 | B130 |
| 7/31/15 | J.K. Edelson | Correspondence with C. Ward and co-counsel regarding Reliable Staffing inquiry. | 0.20 | 75.60 | B150 |
| 7/31/15 | J.K. Edelson | Participate in Committee conference call. | 0.40 | 151.20 | B150 |
| 7/31/15 | J.K. Edelson | Review, revise and file CNO regarding June monthly fee statement. | 0.30 | 113.40 | B160 |
| 7/31/15 | J.K. Edelson | Correspondence with C. Ward and U.S. Trustee regarding Polsinelli supplement to fee application. | 0.20 | 75.60 | B160 |
|  |  | Total Professional Services |  | $20,399.85 |  |



# Invoice Detail

For Professional Services Through 7/31/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 25
August 7, 2015
Invoice No: 1195355

## Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| C.A. Ward | 10.30 | 585.00 | $6,025.50 |
| J.K. Edelson | 28.50 | 378.00 | 10,773.00 |
| L.M. Suprum | 15.10 | 238.50 | 3,601.35 |
| **Total Professional Charges** | **53.90** | | **$20,399.85** |

## Task Code Summary

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 7.90 | $2,253.60 |
| B130 | Asset Disposition | 1.30 | 553.50 |
| B150 | Meetings Of & Communications With Creditors Or The | 2.00 | 1,025.10 |
| B160 | Employment/fee Applications | 29.80 | 11,002.95 |
| B185 | Assumption/rejection Of Leases & Contracts | 0.10 | 37.80 |
| B190 | Litigation Contested Matters(excl Assump/rejection | 2.00 | 921.60 |
| B210 | Business Operations | 1.00 | 543.60 |
| B220 | Employee Benefits/pensions | 0.20 | 75.60 |
| B230 | Financing & Cash Collateral | 0.40 | 234.00 |
| B310 | Claims Administration & Objections | 0.20 | 117.00 |
| B320 | Plan & Disclosure Statement (Including Business Pl | 0.90 | 443.70 |
| B400 | Bankruptcy-related Advice | 8.10 | 3,191.40 |
| | **Total Professional Charges** | **53.90** | **$20,399.85** |


**POLSINELLI**

# Invoice Detail

For Professional Services Through 7/31/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 26
August 7, 2015
Invoice No: 1195355

## Disbursements

| Date | Description | Amount |
|------|-------------|--------|
| 05/08/15 | On-Line Searches | $37.80 |
| 05/20/15 | Deliveries Reliable Wilmington hand delivery courier service- Judge Shannon | 7.50 |
| 05/20/15 | Reliable Wilmington dig print bw large office doc  scanning- autofeed email electronic files | 33.60 |
| 05/22/15 | Transcript of Proceedings Reliable Wilmington hourly transcript- 1st copy 4/15/15/ expedited transcript- 1st copy  5/15/15 | 136.50 |
| 06/04/15 | On-Line Searches | 23.60 |
| 06/08/15 | DLS Discovery LLC Printing and copies/hand delivery  Invoice #: 92027 | 16.44 |
| 06/08/15 | Filing Fees CM-ECF Filing 7603185 | 350.00 |
| 06/08/15 | Reliable Wilmington hand delivery courier service- box Judge Shannon hand delivery courier service- boxes from court | 22.50 |
| 06/09/15 | Reliable Wilmington bankruptcy mailout services bankruptcy envelopes and address postage | 74.10 |
| 06/11/15 | Reliable Wilmington production labor- insert exhibit pages | 12.50 |
| 06/11/15 | Reliable Wilmington hand delivery courier service- Judge Shannon | 7.50 |
| 06/16/15 | Meals | 37.00 |
| 06/17/15 | DLS Discovery LLC food pickup delivery | 158.82 |
| 06/17/15 | Reliable Wilmington hand delivery courier service boxes to Judge Shannon | 15.00 |
| 06/19/15 | Reliable Wilmington hand delivery courier service- boxes from Judge Shannon | 15.00 |
| 06/19/15 | Reliable Wilmington hourly transcript- 1st copy 6/17/15 | 69.60 |
| 06/19/15 | Reliable Wilmington print from cm/ecf site tabs pre-printed binder, view, 3" black binder, view, 2" black | 665.80 |
| 07/29/15 | Rust Consulting/Omni Bankruptcy Service of Pleadings/printing | 3,922.24 |
| | **Total Disbursements** | **$5,605.50** |

Total Disbursements                                                    5,605.50

**Total Current Charges Due**                          **$26,005.35**

# EXHIBIT E

POLSINELLI

# Polsinelli PC Bankruptcy Project Codes

| CATEGORY | PROJECT CODE |
|---|---|
| Administration | B100 |
| Case Administration | B110 |
| Asset Analysis & Recovery | B120 |
| Asset Disposition | B130 |
| Relief from Stay / Adequate Protection Proceedings | B140 |
| Meetings of & Communications with Creditors or Committee | B150 |
| Employment / Fee Applications | B160 |
| Employment / Fee Application Objections | B170 |
| Avoidance Action Analysis | B180 |
| Assumption / Rejection of Leases & Contracts | B185 |
| Other Contested Matters | B190 |
| Non-Working Travel | B195 |
| Operations | B200 |
| Business Operations | B210 |
| Employee Benefits / Pensions | B220 |
| Financing & Cash Collateral | B230 |
| Tax Issues | B240 |
| Real Estate | B250 |
| Corporate Governance & Board Matters | B260 |
| Budgeting (Case) | B270 |
| Valuation | B280 |
| Reporting | B290 |
| Claims & Plan | B300 |
| Claims Administration & Objections | B310 |
| Plan & Disclosure Statement | B320 |
| Bankruptcy-Related Advice | B400 |
| General Bankruptcy Advice / Opinions | B410 |
| Restructurings | B420 |

48065875.1