# EXHIBIT A

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

### (See Guidelines C.8. for project category information.)

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Asset Disposition | | | 0.70 | $ 326.70 |
| Assumption/Rejection of Leases & Contracts | | | 0.90 | $ 402.30 |
| Bankruptcy-Related Advice | | | 6.80 | $ 2,824.65 |
| Business Operations | | | 1.00 | $ 502.20 |
| Case Administration | | | 5.00 | $ 1,561.05 |
| Claims Administration & Objections | | | 1.20 | $ 598.50 |
| Employment/Fee Application Objections | | | 0.20 | $ 117.00 |
| Employment/Fee Applications | | | 22.70 | $ 8,787.15 |
| Financing & Cash Collateral | | | 0.20 | $ 117.00 |
| Litigation Contested Matters(excl assump/rejection motions) | | | 14.00 | $ 5,417.55 |
| Meetings of & Communications with Creditors or the Committee | | | 0.30 | $ 134.10 |
| Plan & Disclosure Statement (including business plan) | | | 0.30 | $ 113.40 |
| | | | 53.30 | $ 20,901.60 |

# EXHIBIT B

**SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION**

| Name | Title | Section | Date of First Admission | Fees Billed | Hours Billed | Hourly Rate Billed in This Application | Hourly Rate Billed in First Interim Application | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|---|
| Ward, Chris A. | Shareholder | FR Bankruptcy and Restructuring | 12/15/1999 | $ 7,020.00 | 12.00 | 585 | 585 | 0 |
| Edelson, Justin K. | Associate | FR Bankruptcy and Restructuring | 05/01/2007 | $ 10,924.20 | 28.90 | 378 | 378 | 0 |
| Suprum, Lindsey M. | Paralegal | FR Bankruptcy and Restructuring | | $ 2,957.40 | 12.40 | 239 | 239 | 0 |
| | | | | $ 20,901.60 | 53.30 | 392 | | |

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS

( See Guidelines C.3. for definitions of terms used in this Exhibit.)

| Category of Timekeeper (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|
| | BILLED OR COLLECTED<br>Firm or offices for preceding year, excluding bankruptcy | BILLED<br>In this fee application |
| Shareholder | $  458.32 | $  585.00 |
| Associate | $  288.25 | $  378.00 |
| Paralegal | $  196.75 | $  238.50 |
| | | |
| All timekeepers averaged | $  314.44 | $  400.50 |

# EXHIBIT C

## SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY

**(See Guidelines C.8. for project category information.)**

| Category | Amount |
|----------|-----------|
| Deliveries | $ 7,084.20 |
| | **$ 7,084.20** |

UST Form 11-330-D (2013)

49091408.1

# EXHIBIT D



**Invoice Detail**

For Professional Services Through 8/31/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 2
September 14, 2015
Invoice No: 1210686

<table>
<tr><td colspan="7" align="center">**Professional Services**</td></tr>
</table>

| Date | Timekeeper | Description | Hours | Amount | Task Code |
|------|-----------|-------------|-------|--------|-----------|
| 7/2/15 | C.A. Ward | Review Notice of Withdrawal of Limited Objection of Bank of America, N.A. to Fee Application of Lowenstein Sandler Filed by Bank Of America, N.A. | 0.10 | $58.50 | B160 |
| 8/3/15 | C.A. Ward | Review Lowenstein email memo to Committee re status of Taylor sale closing | 0.10 | 58.50 | B150 |
| 8/3/15 | C.A. Ward | Review Notice of Closing of Sale to Taylor Corporation | 0.10 | 58.50 | B130 |
| 8/3/15 | C.A. Ward | Review Order Substituting Plaintiff | 0.10 | 58.50 | B190 |
| 8/3/15 | C.A. Ward | Correspondence with co-counsel and JKE re GUC trust and notice thereof | 0.10 | 58.50 | B400 |
| 8/3/15 | C.A. Ward | Correspondence with GUC Trustee re notice and engagement | 0.10 | 58.50 | B400 |
| 8/3/15 | C.A. Ward | Review and comment on draft certification of counsel to accompany submission of executed trust agreement and correspondence re same | 0.20 | 117.00 | B190 |
| 8/3/15 | C.A. Ward | Review filed copy of Certification of Counsel Regarding Order Substituting Plaintiff | 0.10 | 58.50 | B190 |
| 8/3/15 | C.A. Ward | Review filed copy of Notice of Service Notice of Filing of GUC Trust Agreement Filed by Official Committee of Unsecured Creditor | 0.10 | 58.50 | B400 |
| 8/3/15 | C.A. Ward | Review Notice Regarding Reserved Conracts Schedule | 0.10 | 58.50 | B185 |



**Invoice Detail**

For Professional Services Through 8/31/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 3
September 14, 2015
Invoice No: 1210686

| | | | | | |
|---|---|---|---|---|---|
| 8/3/15 | C.A. Ward | Review Notice of Rejection of Certain Agreements as of Closing Date | 0.10 | 58.50 | B185 |
| 8/3/15 | J.K. Edelson | Prepare and draft COC regarding GUC Trust plaintiff, correspondence with C. Ward and co-counsel, file and serve same. | 0.60 | 226.80 | B400 |
| 8/3/15 | J.K. Edelson | Correspondence with C. Ward and M. Kenney regarding Polsinelli first interim fee application. | 0.20 | 75.60 | B160 |
| 8/3/15 | J.K. Edelson | Review, revise and file notice of GUC Trust agreement, correspondence with C. Ward and co-counsel regarding same. | 0.40 | 151.20 | B400 |
| 8/3/15 | J.K. Edelson | Correspondence with Rust Omni regarding service of filings. | 0.10 | 37.80 | B110 |
| 8/3/15 | J.K. Edelson | Correspondence with co-counsel and Committee regarding Taylor sale closing. | 0.10 | 37.80 | B130 |
| 8/3/15 | J.K. Edelson | Review Debtors' notice of sale closing. | 0.10 | 37.80 | B130 |
| 8/3/15 | J.K. Edelson | Review Debtors' notice regarding reserved contracts schedule. | 0.20 | 75.60 | B185 |
| 8/3/15 | J.K. Edelson | Review Debtors' notice of rejection of contracts. | 0.20 | 75.60 | B185 |
| 8/4/15 | C.A. Ward | Correspondence with co-counsel and JKE re D&O litigation | 0.10 | 58.50 | B190 |
| 8/4/15 | C.A. Ward | Correspondence with counsel to Jefferies and JKE re revised form of Jefferies retention order | 0.10 | 58.50 | B160 |
| 8/4/15 | C.A. Ward | Review Second Supplemental Certification of Sharon L. Levine Regarding Order Authorizing and Approving the Employment and Retention of Lowenstein Sandler LLP as to the Official Committee of Unsecured Creditors Effective as of March 24, 2015 | 0.10 | 58.50 | B160 |



**POLSINELLI**

**Invoice Detail**

For Professional Services Through 8/31/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 4
September 14, 2015
Invoice No: 1210686

| Date | Timekeeper | Description | Hours | Amount | Task |
|---|---|---|---|---|---|
| 8/4/15 | C.A. Ward | Review final drafts of redacted and unredacted copies of D&O complaint and correspondence re same | 0.40 | 234.00 | B190 |
| 8/4/15 | C.A. Ward | Review filed copy of Amended Complaint to Modify Party Filed by Trustee of SRC Liquidating GUC Trust | 0.10 | 58.50 | B190 |
| 8/4/15 | C.A. Ward | Review filed copy of Amended Complaint to Modify Party Filed by Trustee of SRC Liquidating GUC Trust | 0.10 | 58.50 | B190 |
| 8/4/15 | C.A. Ward | Review and consider Motion to Authorize Rejection of (I) that Certain Agreement By and Between the Graphic Communications Conference/International Brotherhood of Teamsters, Local No. 197-M and The Standard Register Company, Dated as of February 2, 2015, and (II) that Certain Agreement By and Between the Graphic Communications Union Local No. 594S, Subordinate to the Graphic Communications Conference of the International Brotherhood of Teamsters District Council, 9 and The Standard Register Company, Dated as of May 1, 2014, Nunc Pro Tunc to July 31, 2015 | 0.20 | 117.00 | B190 |
| 8/4/15 | J.K. Edelson | Correspondence with C. Ward and M. Linder regarding Jefferies retention order. | 0.30 | 113.40 | B160 |
| 8/4/15 | J.K. Edelson | Correspondence with C. Ward, S. Katona, and co-counsel regarding amended complaint. | 0.30 | 113.40 | B190 |
| 8/4/15 | J.K. Edelson | Review, revise and file second supplemental certification of Sharon Levine regarding Lowenstein retention, correspondence with C. Ward and co-counsel regarding same. | 0.40 | 151.20 | B160 |
| 8/4/15 | J.K. Edelson | Review critical dates, correspondence with L. Suprum regarding same. | 0.20 | 75.60 | B110 |
| 8/4/15 | J.K. Edelson | Teleconference with co-counsel regarding amended complaint. | 0.20 | 75.60 | B190 |



# Invoice Detail

For Professional Services Through 8/31/15

File No. 082033-493086

**Re: Standard Register Bankruptcy**

Page 5
September 14, 2015
Invoice No: 1210686

| 8/4/15 | J.K. Edelson | Prepare supplement for Polsinelli first interim fee application. | 0.40 | 151.20 | B160 |
|---|---|---|---|---|---|
| 8/4/15 | J.K. Edelson | Review and revise fee application exhibits, correspondence with D. Duncan regarding same. | 0.30 | 113.40 | B160 |
| 8/4/15 | J.K. Edelson | Correspondence with Rust Omni regarding service of filings. | 0.10 | 37.80 | B110 |
| 8/4/15 | J.K. Edelson | Prepare and draft ADR Notice and summons for amended complaint, correspondence with C. Ward and A. Behlmann. | 0.40 | 151.20 | B190 |
| 8/4/15 | J.K. Edelson | Review Debtors' motion to reject Teamsters agreement. | 0.20 | 75.60 | B185 |
| 8/4/15 | J.K. Edelson | Review, revise and file redacted amended complaint, unredacted amended complaint, correspondence with C. Ward and co-counsel regarding same. | 1.30 | 491.40 | B190 |
| 8/5/15 | C.A. Ward | Correspondence with Committee professionals re no objections to interim fee applications | 0.10 | 58.50 | B160 |
| 8/5/15 | C.A. Ward | Conference with JKE re Polsinelli interim fee application issues | 0.10 | 58.50 | B160 |
| 8/5/15 | C.A. Ward | Review and comment on draft Supplement to First Interim Fee Application of Polsienlli | 0.20 | 117.00 | B160 |
| 8/5/15 | C.A. Ward | Review filed copy of Supplement to Interim Application for Compensation (First) and Reimbursement of Expenses as Delaware Bankruptcy Counsel and Conflicts Counsel for the Official Committee of Unsecured Creditors for the period of March 24, 2015 to May 31, 2015 Filed by Polsinelli PC | 0.10 | 58.50 | B160 |

 **POLSINELLI**

# Invoice Detail

For Professional Services Through 8/31/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 6
September 14, 2015
Invoice No: 1210686

| Date | Name | Description | Hours | Amount | Code |
|---|---|---|---|---|---|
| 8/5/15 | C.A. Ward | Review Monthly Application for Compensation of Jefferies LLC as Investment Banker to the Official Committee of Unsecured Creditors for the period June 1, 2015 to June 30, 2015 Filed by Official Committee of Unsecured Creditors | 0.10 | 58.50 | B160 |
| 8/5/15 | J.K. Edelson | Teleconference with Clerk's Office regarding amended complaint. | 0.20 | 75.60 | B190 |
| 8/5/15 | J.K. Edelson | Prepare and draft CNO regarding Polsinelli first interim fee application. | 0.20 | 75.60 | B160 |
| 8/5/15 | J.K. Edelson | Prepare and draft CNO regarding Lowenstein first interim fee application. | 0.20 | 75.60 | B160 |
| 8/5/15 | J.K. Edelson | Prepare and draft CNO regarding Zolfo Cooper first interim fee application. | 0.20 | 75.60 | B160 |
| 8/5/15 | J.K. Edelson | Correspondence with C. Ward and UST regarding supplement to Polsinelli first interim fee application. | 0.20 | 75.60 | B160 |
| 8/5/15 | J.K. Edelson | Correspondence with C. Ward and co-counsel regarding interim fee applications. | 0.20 | 75.60 | B160 |
| 8/5/15 | J.K. Edelson | Review, revise and file Jefferies second monthly fee application, prepare notice, correspondence with C. Ward, co-counsel, and Sidley. | 0.50 | 189.00 | B160 |
| 8/5/15 | J.K. Edelson | Prepare and draft supplement to Polsinelli first interim fee application, revise exhibits, file and serve same. | 1.20 | 453.60 | B160 |
| 8/6/15 | C.A. Ward | Review detailed Polsinelli time entries for previous month for accuracy and privilege, correspondence with accounting re monthly invoice | 0.20 | 117.00 | B160 |
| 8/6/15 | C.A. Ward | Review Certificate of No Objection Regarding Third Monthly Application for Compensation and Reimbursement of Expenses of Lazard Freres & Co. LLC and Lazard Middle Market LLC for the period June 1, 2015 to June 30, 2015 | 0.10 | 58.50 | B160 |


**POLSINELLI**

**Invoice Detail**

For Professional Services Through 8/31/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 7
September 14, 2015
Invoice No: 1210686

| | | | | | |
|---|---|---|---|---|---|
| 8/6/15 | J.K. Edelson | Correspondence with co-counsel and Zolfo regarding interim fee applications. | 0.20 | 75.60 | B160 |
| 8/6/15 | J.K. Edelson | Review, revise and file CNO regarding Lowenstein first interim fee application. | 0.30 | 113.40 | B160 |
| 8/6/15 | J.K. Edelson | Review, revise and file CNO regarding Zolfo first interim fee application. | 0.30 | 113.40 | B160 |
| 8/7/15 | C.A. Ward | Review Certificate of No Objection Regarding Interim Application for Compensation (First) for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the period from March 24, 2015 to May 31, 2015 Filed by Lowenstein Sandler LLP | 0.10 | 58.50 | B160 |
| 8/7/15 | C.A. Ward | Review Certificate of No Objection Regarding Interim Application for Compensation (First) for Services Rendered and Reimbursement of Expenses Incurred as Financial and Forensic Advisors to the Official Committee of Unsecured Creditors of Standard Register for the period March 24, 2015 to May 31, 2015 Filed by Zolfo Cooper, LLC | 0.10 | 58.50 | B160 |
| 8/7/15 | C.A. Ward | Review Third Supplemental Cure Notice Setting Forth Resolution of Previously-Adjourned Contract Objections | 0.10 | 58.50 | B185 |
| 8/10/15 | J.K. Edelson | Review docket, correspondence with L. Suprum regarding deadlines. | 0.20 | 75.60 | B400 |
| 8/10/15 | J.K. Edelson | Correspondence with M. Linder and L. Suprum regarding Jefferies first interim fee application. | 0.20 | 75.60 | B160 |
| 8/10/15 | J.K. Edelson | Correspondence with S. Katona regarding Polsinelli first interim fee application. | 0.10 | 37.80 | B160 |
| 8/11/15 | C.A. Ward | Review Monthly Staffing Report for Filing Period July 1, 2015 through July 31, 2015 Filed by McKinsey Recovery & Transformation Services U.S., LLC | 0.10 | 58.50 | B210 |



**Invoice Detail**

For Professional Services Through 8/31/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 8
September 14, 2015
Invoice No: 1210686

| | | | | | |
|---|---|---|---|---|---|
| 8/11/15 | C.A. Ward | Correspondence with Mark Kenney, JKE, and counsel to Jefferies re UST concerns with Jefferies first interim fee application | 0.10 | 58.50 | B170 |
| 8/11/15 | C.A. Ward | Correspondence with Mark Kenney and Polsinelli core team re resolution of issues with Polsinelli first interim fee application | 0.10 | 58.50 | B160 |
| 8/11/15 | J.K. Edelson | Correspondence with C. Ward, L. Suprum, and U.S. Trustee regarding Polsinelli first interim fee application. | 0.20 | 75.60 | B160 |
| 8/11/15 | J.K. Edelson | Correspondence with T. Labuda, co-counsel, and U.S. Trustee regarding Jefferies fee applications. | 0.20 | 75.60 | B160 |
| 8/11/15 | J.K. Edelson | Review Debtors' monthly staffing report. | 0.20 | 75.60 | B210 |
| 8/11/15 | L.M. Suprum | Correspondence with J. Edelson regarding UST approval to file CNO for Polsinelli's first interim fee application. | 0.10 | 23.85 | B160 |
| 8/12/15 | C.A. Ward | Correspondence with JKE re July monthly fee application | 0.10 | 58.50 | B160 |
| 8/12/15 | C.A. Ward | Review Certificate of No Objection Regarding Interim Application for Compensation (First) and Reimbursement of Expenses as Delaware Bankruptcy Counsel and Conflicts Counsel for the Official Committee of Unsecured Creditors for the period of March 24, 2015 to May 31, 2015 | 0.10 | 58.50 | B160 |
| 8/12/15 | J.K. Edelson | Correspondence with C. Ward, co-counsel, and U.S. Trustee regarding Jefferies interim fee application. | 0.20 | 75.60 | B160 |
| 8/12/15 | J.K. Edelson | Correspondence with C. Ward and L. Suprum regarding Polsinelli first interim fee application. | 0.20 | 75.60 | B160 |
| 8/12/15 | J.K. Edelson | Office conference with L. Suprum regarding hearing. | 0.10 | 37.80 | B400 |



**Invoice Detail**

For Professional Services Through 8/31/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 9
September 14, 2015
Invoice No: 1210686

| Date | Timekeeper | Description | Hours | Amount | Code |
|---|---|---|---|---|---|
| 8/12/15 | J.K. Edelson | Office conference with L. Suprum regarding hearing. | 0.10 | 37.80 | B400 |
| 8/12/15 | J.K. Edelson | Review, revise and file CNO regarding Polsinelli first interim fee application, correspondence with C. Ward, L. Suprum, and U.S. Trustee regarding same. | 0.30 | 113.40 | B160 |
| 8/12/15 | J.K. Edelson | Review Polsinelli July fee statement, correspondence with C. Ward regarding same. | 0.40 | 151.20 | B160 |
| 8/12/15 | L.M. Suprum | Draft and file certificate of no objection regarding Polsinelli's first interim fee application. Correspondence regarding same. | 0.60 | 143.10 | B160 |
| 8/13/15 | C.A. Ward | Correspondence with Lowenstein team and JKE re service of the D&O complaint and acceptance thereof | 0.10 | 58.50 | B190 |
| 8/13/15 | C.A. Ward | Review and comment on draft first interim fee order, correspondence re same | 0.20 | 117.00 | B160 |
| 8/13/15 | J.K. Edelson | Review and revise omnibus interim fee order, correspondence with C. Ward, L. Suprum, and co-counsel. | 0.40 | 151.20 | B160 |
| 8/13/15 | J.K. Edelson | Correspondence with C. Ward and co-counsel regarding amended complaint, scheduling order. | 0.30 | 113.40 | B190 |
| 8/13/15 | J.K. Edelson | Correspondence with L. Suprum regarding Jefferies fee application. | 0.20 | 75.60 | B160 |
| 8/13/15 | J.K. Edelson | Office conference with L. Suprum regarding fee hearing. | 0.10 | 37.80 | B160 |
| 8/13/15 | L.M. Suprum | Review draft Omnibus Order Approving First Quarterly Fee Applications for accuracy. Various correspondence with Debtors' counsel, Lowenstein and J. Edelson regarding same. | 0.60 | 143.10 | B160 |



# Invoice Detail

For Professional Services Through 8/31/15

File No. 082033-493086

**Re: Standard Register Bankruptcy**

Page 10
September 14, 2015
Invoice No: 1210686

| 8/13/15 | L.M. Suprum | Various correspondence with Debtors' counsel and J. Edelson regarding status of Jefferies first interim fee application. | 0.30 | 71.55 | B160 |
|---|---|---|---|---|---|
| 8/14/15 | C.A. Ward | Correspondence with co-counsel and Polsinelli core team re service of scheduling order for D&O litigation | 0.10 | 58.50 | B190 |
| 8/14/15 | C.A. Ward | Review and comment on updated critical dates calendar of pending dates and deadlines, various correspondence re same | 0.10 | 58.50 | B400 |
| 8/14/15 | C.A. Ward | Review Certification of Counsel Regarding Order Approving Settlement Agreement and General Release Filed by The Standard Register Company | 0.10 | 58.50 | B190 |
| 8/14/15 | C.A. Ward | Correspondence with JKE and counsel to Jefferies re status of resolution of UST's concerns | 0.10 | 58.50 | B170 |
| 8/14/15 | C.A. Ward | Review notice regarding fees for professionals employed by the Pre-Petition ABL Credit Parties and the ABL DIP Agent | 0.10 | 58.50 | B230 |
| 8/14/15 | C.A. Ward | Review Certification of Counsel Regarding Order Amending Case Caption | 0.10 | 58.50 | B110 |
| 8/14/15 | C.A. Ward | Review and comment on draft scheduling order in D&O adversary | 0.20 | 117.00 | B190 |
| 8/14/15 | C.A. Ward | Review Certification of Counsel Regarding Proposed Omnibus Order Approving First Interim Fee Applications of Certain Professionals Retained in These Chapter 11 Cases | 0.10 | 58.50 | B160 |
| 8/14/15 | C.A. Ward | Review Notice of Agenda of Matters Scheduled for Hearing Filed by The Standard Register Company. Hearing scheduled for 8/18/2015 at 10:00 AM | 0.10 | 58.50 | B400 |



# Invoice Detail

For Professional Services Through 8/31/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 11
September 14, 2015
Invoice No: 1210686

| Date | Name | Description | Hours | Amount | Code |
|------|------|-------------|-------|--------|------|
| 8/14/15 | C.A. Ward | Review Monthly Application for Compensation (Fifth) and Reimbursement of Expenses of Gibson, Dunn & Crutcher LLP for the period July 1, 2015 to July 31, 2015 Filed by Gibson, Dunn & Crutcher LLP | 0.10 | 58.50 | B160 |
| 8/14/15 | C.A. Ward | Review Order Approving Settlement Agreement and General Release and Dismissing Adversary Proceeding With Prejudice | 0.10 | 58.50 | B190 |
| 8/14/15 | C.A. Ward | Review Order (OMNIBUS) Approving Certain First Interim Fee Applications | 0.10 | 58.50 | B160 |
| 8/14/15 | C.A. Ward | Review Order Amending Case Caption | 0.10 | 58.50 | B110 |
| 8/14/15 | C.A. Ward | Correspondence with Polsinelli core team re change to case caption and pleadings going forward | 0.10 | 58.50 | B400 |
| 8/14/15 | C.A. Ward | Review Monthly Application for Compensation (Fifth) for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the period July 1, 2015 to July 31, 2015 Filed by Lowenstein Sandler LLP | 0.10 | 58.50 | B160 |
| 8/14/15 | J.K. Edelson | Correspondence with C. Ward, L. Suprum, and co-counsel regarding amended complaint, scheduling order. | 0.30 | 113.40 | B190 |
| 8/14/15 | J.K. Edelson | Correspondence with co-counsel regarding hearing. | 0.10 | 37.80 | B400 |
| 8/14/15 | J.K. Edelson | Correspondence with A. Behlmann regarding Committee conference call. | 0.10 | 37.80 | B150 |
| 8/14/15 | J.K. Edelson | Review Debtors' certification of counsel and order regarding settlement agreement. | 0.20 | 75.60 | B400 |
| 8/14/15 | J.K. Edelson | Review Debtors' certification of counsel and order regarding case caption. | 0.20 | 75.60 | B400 |
| 8/14/15 | J.K. Edelson | Review COC and omnibus interim fee order. | 0.20 | 75.60 | B160 |



**Invoice Detail**

For Professional Services Through 8/31/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 12
September 14, 2015
Invoice No: 1210686

| | | | | | |
|---|---|---|---|---|---|
| 8/14/15 | J.K. Edelson | Review agenda, prepare for hearing, correspondence with L. Suprum and co-counsel. | 0.30 | 113.40 | B400 |
| 8/14/15 | J.K. Edelson | Correspondence with C. Ward and L. Suprum regarding critical dates. | 0.20 | 75.60 | B110 |
| 8/14/15 | J.K. Edelson | Correspondence with T. Labuda regarding Jefferies interim fee application. | 0.10 | 37.80 | B160 |
| 8/14/15 | J.K. Edelson | Correspondence with C. Ward and S. Katona regarding Polsinelli supplemental declaration. | 0.10 | 37.80 | B160 |
| 8/14/15 | J.K. Edelson | Prepare and draft scheduling order regarding adversary proceeding, correspondence with C. Ward, L. Suprum, and co-counsel regarding same. | 0.80 | 302.40 | B190 |
| 8/14/15 | J.K. Edelson | Review, revise and file Lowenstein fifth monthly fee application for July 2015, correspondence with co-counsel and L. Suprum regarding same. | 0.30 | 113.40 | B160 |
| 8/14/15 | J.K. Edelson | Correspondence with co-counsel and Debtors' counsel regarding Bank of America fees. | 0.10 | 37.80 | B160 |
| 8/14/15 | J.K. Edelson | Correspondence with L. Suprum regarding hearing, binder. | 0.10 | 37.80 | B400 |
| 8/14/15 | L.M. Suprum | Correspondence with J. Edelson regarding draft scheduling order setting briefing deadlines for motion to dismiss. | 0.20 | 47.70 | B190 |
| 8/14/15 | L.M. Suprum | Review August 18 hearing agenda; correspondence with J. Edelson regarding same. | 0.20 | 47.70 | B400 |
| 8/14/15 | L.M. Suprum | Review, revise, file and serve Lowenstein's fifth monthly fee application. Correspondence regarding same. | 0.60 | 143.10 | B160 |
| 8/14/15 | L.M. Suprum | Review docket, update critical dates memo and distribute. | 0.70 | 166.95 | B110 |



# Invoice Detail

For Professional Services Through 8/31/15

File No. 082033-493086

**Re: Standard Register Bankruptcy**

Page 13
September 14, 2015
Invoice No: 1210686

| 8/17/15 | C.A. Ward | Conference with JKE re August 18 hearing | 0.10 | 58.50 | B400 |
|---------|-----------|-------------------------------------------|------|-------|------|
| 8/17/15 | C.A. Ward | Correspondence with JKE and counsel to Jefferies re revised order and August 18 hearing | 0.10 | 58.50 | B160 |
| 8/17/15 | C.A. Ward | Conference with JKE to discuss Committee fee applications | 0.10 | 58.50 | B160 |
| 8/17/15 | C.A. Ward | Review further revised adversary scheduling order and correspondence with Committee professionals re same | 0.10 | 58.50 | B190 |
| 8/17/15 | C.A. Ward | Review Certification of Counsel Regarding First Interim Application of Jefferies LLC for Compensation for Services Rendered and for Reimbursement of Expenses as Investment Banker to the Official Committee of Unsecured Creditors for the period March 24, 2015 to May 31, 2015 | 0.10 | 58.50 | B160 |
| 8/17/15 | C.A. Ward | Review amended agenda adjourning August 18 hearing | 0.10 | 58.50 | B400 |
| 8/17/15 | C.A. Ward | Review Monthly Application for Compensation (Fifth) and Reimbursement of Expenses of Young Conaway Stargatt & Taylor, LLP for the period July 1, 2015 to July 31, 2015 Filed by Young Conaway Stargatt & Taylor, LLP | 0.10 | 58.50 | B160 |
| 8/17/15 | C.A. Ward | Review Order Approving First Interim Application of Jefferies LLC for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Investment Banker to the Official Committee of Unsecured creditors for the Period From March 24, 2015 Through May 31, 2015 | 0.10 | 58.50 | B160 |
| 8/17/15 | C.A. Ward | Review and revise supplemental declaration in support of Polsinelli retention | 0.20 | 117.00 | B160 |



**POLSINELLI**

# Invoice Detail

For Professional Services Through 8/31/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 14
September 14, 2015
Invoice No: 1210686

| Date | Timekeeper | Description | Hours | Amount | Code |
|---|---|---|---|---|---|
| 8/17/15 | C.A. Ward | Review Final Application for Compensation and Reimbursement of Expenses of Lazard Freres & Co. LLC and Lazard Middle Market LLC for the Monthly Period from July 1, 2015 through July 31, 2015 and Final for the period March 12, 2015 to July 31, 2015 | 0.10 | 58.50 | B160 |
| 8/17/15 | C.A. Ward | Correspondence with Committee professionals re agreement with defense counsel group re scheduling order | 0.10 | 58.50 | B190 |
| 8/17/15 | C.A. Ward | Review and comment on certification of counsel re D&O adversary proceeding scheduling order, correspondence re same | 0.20 | 117.00 | B190 |
| 8/17/15 | C.A. Ward | Review Notice Regarding Designation as Post-Closing Transferred Contract and Assumption and Assignment Thereof | 0.10 | 58.50 | B130 |
| 8/17/15 | J.K. Edelson | Correspondence with C. Ward, L. Suprum, co-counsel, and Sidley regarding Jefferies first interim fee application. | 0.20 | 75.60 | B160 |
| 8/17/15 | J.K. Edelson | Review revised scheduling order, correspondence with C. Ward and co-counsel regarding same. | 0.20 | 75.60 | B190 |
| 8/17/15 | J.K. Edelson | Review docket, critical dates. | 0.20 | 75.60 | B400 |
| 8/17/15 | J.K. Edelson | Correspondence with C. Ward and S. McFall regarding Polsinelli fee applications, exhibits. | 0.30 | 113.40 | B160 |
| 8/17/15 | J.K. Edelson | Correspondence with C. Ward and co-counsel regarding hearing. | 0.20 | 75.60 | B400 |
| 8/17/15 | J.K. Edelson | Teleconference with A. Magaziner regarding hearing. | 0.10 | 37.80 | B400 |
| 8/17/15 | J.K. Edelson | Teleconference with M. Linder regarding Jefferies fee order. | 0.20 | 75.60 | B160 |



# Invoice Detail

For Professional Services Through 8/31/15

File No. 082033-493086

**Re: Standard Register Bankruptcy**

Page 15
September 14, 2015
Invoice No: 1210686

| 8/17/15 | J.K. Edelson | Correspondence with C. Ward, co-counsel, and Debtors' counsel regarding hearing. | 0.20 | 75.60 | B400 |
|---|---|---|---|---|---|
| 8/17/15 | J.K. Edelson | Prepare and draft COC regarding Jefferies first interim fee order, file and serve same, correspondence with C. Ward, L. Suprum, and Sidley. | 0.50 | 189.00 | B160 |
| 8/17/15 | J.K. Edelson | Prepare for hearing, office conference with L. Suprum. | 0.20 | 75.60 | B400 |
| 8/17/15 | J.K. Edelson | Prepare and draft Polsinelli supplemental declaration in support of retention, correspondence with C. Ward and L. Suprum regarding same. | 0.50 | 189.00 | B160 |
| 8/17/15 | J.K. Edelson | Review amended hearing agenda. | 0.10 | 37.80 | B400 |
| 8/17/15 | J.K. Edelson | Review Young Conaway July monthly fee statement. | 0.10 | 37.80 | B160 |
| 8/17/15 | J.K. Edelson | Correspondence with co-counsel regarding revised scheduling order. | 0.10 | 37.80 | B190 |
| 8/17/15 | L.M. Suprum | Various correspondence with J. Edelson and debtors' counsel regarding status update on Jefferies first interim fee application. | 0.30 | 71.55 | B160 |
| 8/17/15 | L.M. Suprum | Attention to filing certification of counsel regarding Jefferies first interim fee application. Correspondence regarding same. | 0.30 | 71.55 | B160 |
| 8/17/15 | L.M. Suprum | Calendar new deadlines. | 0.20 | 47.70 | B110 |
| 8/17/15 | L.M. Suprum | Various correspondence regarding draft motion to dismiss scheduling order and certification of counsel for same. | 0.30 | 71.55 | B190 |
| 8/18/15 | C.A. Ward | Review Certification of Counsel Regarding Stipulated Scheduling Order Filed by EisnerAmper LLP, not in its individual capacity but as trustee of the SRC Liquidating GUC Trust | 0.10 | 58.50 | B190 |



**Invoice Detail**

For Professional Services Through 8/31/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 16
September 14, 2015
Invoice No: 1210686

| Date | Attorney | Description | Hours | Amount | Code |
|---|---|---|---|---|---|
| 8/18/15 | C.A. Ward | Review Supplemental Declaration of Christopher A. Ward, Esq. in Support of Application of the Official Committee of Unsecured Creditors for an Order Under Bankruptcy Code Sections 328(a) and 1103(a) and Bankruptcy Rules 2014(a) and 2016(b) Approving the Employment and Retention of Polsinelli PC Nunc Pro Tunc to March 24, 2015, as Delaware Bankruptcy Counsel and Conflicts Counsel to the Official Committee of Unsecured Creditors | 0.10 | 58.50 | B160 |
| 8/18/15 | C.A. Ward | Correspondence with co-counsel, JKE, and joint defense group re scheduling order | 0.10 | 58.50 | B190 |
| 8/18/15 | C.A. Ward | Correspondence with JKE and counsel to Jefferies re revised Jefferies retention order | 0.10 | 58.50 | B160 |
| 8/18/15 | C.A. Ward | Review Motion to Authorize the Debtors to (I) Amend Insurance Agreement and (II) Assume Insurance Agreement as Amended Filed by SRC Liquidation Company | 0.10 | 58.50 | B210 |
| 8/18/15 | J.K. Edelson | Prepare and draft certification of counsel regarding adversary proceeding scheduling order (.4), correspondence with C. Ward and co-counsel regarding same (.2), file and service of same (.2). | 0.80 | 302.40 | B190 |
| 8/18/15 | J.K. Edelson | Review, revise and file supplemental declaration of C. Ward, correspondence with C. Ward, L. Suprum, and co-counsel regarding same. | 0.30 | 113.40 | B160 |
| 8/18/15 | J.K. Edelson | Correspondence with C. Ward, L. Suprum, and co-counsel regarding adversary proceeding, summonses, scheduling order. | 0.40 | 151.20 | B190 |
| 8/18/15 | J.K. Edelson | Teleconference with chambers regarding scheduling order. | 0.10 | 37.80 | B190 |
| 8/18/15 | J.K. Edelson | Teleconference with co-counsel regarding scheduling order. | 0.10 | 37.80 | B190 |



# Invoice Detail

For Professional Services Through 8/31/15

File No. 082033-493086

**Re: Standard Register Bankruptcy**

Page 17
September 14, 2015
Invoice No: 1210686

| Date | Timekeeper | Description | Hours | Amount | Code |
|---|---|---|---|---|---|
| 8/18/15 | J.K. Edelson | Correspondence with C. Ward and M. Linder regarding Jefferies retention order. | 0.20 | 75.60 | B160 |
| 8/18/15 | J.K. Edelson | Correspondence with C. Ward and co-counsel regarding scheduling order. | 0.10 | 37.80 | B190 |
| 8/18/15 | J.K. Edelson | Review interim fee order, correspondence with C. Ward regarding fee applications. | 0.20 | 75.60 | B160 |
| 8/18/15 | J.K. Edelson | Review Debtors' motion to amend insurance agreement. | 0.20 | 75.60 | B210 |
| 8/18/15 | L.M. Suprum | Attention to filing and service of supplemental declaration in support of Polsinelli retention application. Correspondence regarding same. | 0.40 | 95.40 | B160 |
| 8/18/15 | L.M. Suprum | Attention to filing Certification of Counsel Regarding Stipulated Scheduling Order. Prepare for delivery to chambers. Correspondence regarding same. | 0.60 | 143.10 | B190 |
| 8/18/15 | L.M. Suprum | Various correspondence regarding issuance of summons. | 0.30 | 71.55 | B190 |
| 8/19/15 | C.A. Ward | Review Certification of Counsel Regarding Order Approving Stipulation By and Between the Debtors and Factory Mutual Insurance Company Regarding Insurance Claim Filed by SRC Liquidation Company | 0.10 | 58.50 | B210 |
| 8/19/15 | C.A. Ward | Correspondence with GUC Trustee professionals and defense group re adversary scheduling order | 0.10 | 58.50 | B190 |
| 8/19/15 | C.A. Ward | Review Stipulated Scheduling Order | 0.10 | 58.50 | B190 |
| 8/19/15 | C.A. Ward | Review Notice of Adjourned/Rescheduled Hearing Filed by SRC Liquidation Company | 0.10 | 58.50 | B400 |
| 8/19/15 | C.A. Ward | Correspondence with GUC Trust professionals re waiver of pretrial conference in D&O adversary proceeding | 0.10 | 58.50 | B190 |



**Invoice Detail**

For Professional Services Through 8/31/15

File No. 082033-493086

**Re: Standard Register Bankruptcy**

Page 18
September 14, 2015
Invoice No: 1210686

| | | | | | |
|---|---|---|---|---|---|
| 8/19/15 | C.A. Ward | Review email and notice regarding fees for professionals employed by the Pre-Petition ABL Credit Parties and the ABL DIP Agent incurred by Richards Layton & Finger | 0.10 | 58.50 | B230 |
| 8/19/15 | C.A. Ward | Review and comment on D&O adversary summonses, correspondence with GUC Trust professionals re same | 0.20 | 117.00 | B190 |
| 8/19/15 | C.A. Ward | Review Monthly Application for Compensation (Fifth) and Reimbursement of Expenses of Dinsmore & Shohl LLP for the period July 1, 2015 to July 31, 2015 Filed by Dinsmore & Shohl LLP. | 0.10 | 58.50 | B160 |
| 8/19/15 | J.K. Edelson | Correspondence with S. McFall regarding Polsinelli monthly fee statement, fee application exhibits. | 0.30 | 113.40 | B160 |
| 8/19/15 | J.K. Edelson | Correspondence with C. Ward, co-counsel, and Defendants' counsel regarding scheduling order. | 0.30 | 113.40 | B190 |
| 8/19/15 | J.K. Edelson | Correspondence with C. Ward and co-counsel regarding summonses. | 0.20 | 75.60 | B190 |
| 8/19/15 | J.K. Edelson | Teleconference with chambers regarding pretrial conference. | 0.10 | 37.80 | B190 |
| 8/19/15 | J.K. Edelson | Correspondence with C. Ward and Sidley regarding Jefferies retention order. | 0.20 | 75.60 | B160 |
| 8/19/15 | J.K. Edelson | Review notice of rescheduled hearing. | 0.10 | 37.80 | B400 |
| 8/19/15 | J.K. Edelson | Correspondence with co-counsel and L. Suprum regarding amended complaint, summonses. | 0.30 | 113.40 | B190 |
| 8/19/15 | J.K. Edelson | Correspondence with co-counsel regarding lender fees. | 0.10 | 37.80 | B160 |
| 8/19/15 | L.M. Suprum | Draft and circulate Summons and Notice of Pretrial Conference in Adversary Proceeding. Various correspondence regarding same. | 0.90 | 214.65 | B190 |



# Invoice Detail

For Professional Services Through 8/31/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 19
September 14, 2015
Invoice No: 1210686

| | | | | | |
|---|---|---|---|---|---|
| 8/20/15 | C.A. Ward | Review Order Approving Stipulation By and Between the Debtors and Factory Mutual Insurance Company Regarding Insurance Claim | 0.10 | 58.50 | B210 |
| 8/20/15 | C.A. Ward | Review agenda for August 24 telephonic hearing | 0.10 | 58.50 | B400 |
| 8/20/15 | C.A. Ward | Review Summons and Notice of Pretrial Conference Served on Defendants F. David Clarke, III, John Does 1-10, John J. Schiff, Jr., John Q. Sherman, II, Joseph P. Morgan, Jr., Julie D. Klapstein, R. Eric McCarthey, Robert M. Ginnan, Roy W. Begley, Jr., XYZ Companies 1-10 | 0.10 | 58.50 | B190 |
| 8/20/15 | C.A. Ward | Review Monthly Application for Compensation (Third) for Services Rendered and Reimbursement of Expenses as Investment Banker to the Official Committee of Unsecured Creditors for the period from July 1, 2015 to July 31, 2015 Filed by Jefferies LLC | 0.10 | 58.50 | B160 |
| 8/20/15 | J.K. Edelson | Review, revise and file Jefferies July monthly fee statement, prepare notice, correspondence with L. Suprum, co-counsel, and Sidley. | 0.40 | 151.20 | B160 |
| 8/20/15 | J.K. Edelson | Correspondence with L. Suprum and co-counsel regarding summonses. | 0.20 | 75.60 | B190 |
| 8/20/15 | J.K. Edelson | Teleconference with W. Jung regarding summonses. | 0.10 | 37.80 | B190 |
| 8/20/15 | J.K. Edelson | Review, revise and file summonses and certificate of service, correspondence with L. Suprum, co-counsel, and defendants' counsel. | 0.40 | 151.20 | B190 |
| 8/20/15 | J.K. Edelson | Review agenda, correspondence with C. Ward, L. Suprum, and co-counsel regarding telephonic hearing. | 0.30 | 113.40 | B400 |
| 8/20/15 | J.K. Edelson | Correspondence with co-counsel regarding Factory Mutual stipulation. | 0.10 | 37.80 | B400 |


**POLSINELLI**

# Invoice Detail

For Professional Services Through 8/31/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 20
September 14, 2015
Invoice No: 1210686

| | | | | | |
|---|---|---|---|---|---|
| 8/20/15 | L.M. Suprum | Attention to filing and service of Jefferies third monthly fee application. Correspondence regarding same. | 0.40 | 95.40 | B160 |
| 8/20/15 | L.M. Suprum | Draft Certificate of Service for filing with Summons and Notice of Pretrial Conference in Adversary Proceeding. Attention to filing and service of summons and amended complaint. Various correspondence with J. Edelson and co-counsel regarding same. | 1.20 | 286.20 | B190 |
| 8/20/15 | L.M. Suprum | Attention to scheduling telephonic appearances for Polsinelli and Lowenstein. Correspondence regarding same. | 0.50 | 119.25 | B400 |
| 8/21/15 | J.K. Edelson | Correspondence with co-counsel regarding Committee conference call. | 0.10 | 37.80 | B150 |
| 8/21/15 | J.K. Edelson | Correspondence with A. Tiradentes regarding telephonic hearing. | 0.10 | 37.80 | B400 |
| 8/21/15 | J.K. Edelson | Review Gibson Dunn and Young Conaway supplemental declarations in support of retention. | 0.20 | 75.60 | B160 |
| 8/21/15 | J.K. Edelson | Review first omnibus objection to claims. | 0.10 | 37.80 | B310 |
| 8/21/15 | J.K. Edelson | Review second omnibus objection to claims. | 0.10 | 37.80 | B310 |
| 8/21/15 | J.K. Edelson | Review third omnibus objection to claims. | 0.10 | 37.80 | B310 |
| 8/22/15 | C.A. Ward | Review and consider Third Omnibus Objection to Claims (Non-Substantive). Filed by SRC Liquidation Company | 0.20 | 117.00 | B310 |
| 8/22/15 | C.A. Ward | Review and consider Second Omnibus Objection to Claims (Substantive). Filed by SRC Liquidation Company | 0.20 | 117.00 | B310 |
| 8/22/15 | C.A. Ward | Review and consider First Omnibus Objection to Claims (Substantive). Filed by SRC Liquidation Company | 0.20 | 117.00 | B310 |



**Invoice Detail**

For Professional Services Through 8/31/15

File No. 082033-493086

**Re: Standard Register Bankruptcy**

Page 21
September 14, 2015
Invoice No: 1210686

| | | | | | |
|---|---|---|---|---|---|
| 8/22/15 | C.A. Ward | Review Supplemental Declaration (Third) of Kim Martin Lewis in Support of Debtors' Application for Entry of an Order Authorizing the Debtors to Employ and Retain Dinsmore & Shohl LLP as Special Counsel Effective Nunc Pro Tunc to the Petition Date | 0.10 | 58.50 | B160 |
| 8/22/15 | C.A. Ward | Review Supplemental Declaration of Michael R. Nestor in Support of the Debtors' Application for an Order, Pursuant to Section 327(a) of the Bankruptcy Code, Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Co-Counsel to the Debtors, Nunc Pro Tunc to the Petition Date | 0.10 | 58.50 | B160 |
| 8/22/15 | C.A. Ward | Review Supplemental Declaration of Michael A. Rosenthal in Support of the Debtors' Application for an Order Approving the Employment and Retention of Gibson, Dunn & Crutcher LLP as General Bankruptcy and Restructuring Co-Counsel for the Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date | 0.10 | 58.50 | B160 |
| 8/24/15 | C.A. Ward | Participate in August 24 telephonic hearing | 0.60 | 351.00 | B400 |
| 8/24/15 | C.A. Ward | Review Order (AMENDED) (I) Authorizing The Official Committee of Unsecured Creditors To Retain And Employ Jefferies LLC As Its Investment Banker, Nunc Pro Tunc To March 24, 2015 And (II) Waiving Certain Requirements Of Local Rule 2016-2 | 0.10 | 58.50 | B160 |
| 8/24/15 | C.A. Ward | Correspondence with Committee professionals re revised Jefferies retention order | 0.10 | 58.50 | B160 |
| 8/24/15 | C.A. Ward | Review Rust Omni July invoice and forward and approve for payment | 0.10 | 58.50 | B110 |
| 8/24/15 | J.K. Edelson | Participate in telephonic hearing regarding confirmation schedule. | 0.50 | 189.00 | B400 |



# Invoice Detail

For Professional Services Through 8/31/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 22
September 14, 2015
Invoice No: 1210686

| Date | Timekeeper | Description | Hours | Amount | Code |
|---|---|---|---|---|---|
| 8/24/15 | J.K. Edelson | Correspondence with L. Suprum, co-counsel, and Sidley regarding Jefferies June monthly fee statement. | 0.20 | 75.60 | B160 |
| 8/24/15 | J.K. Edelson | Correspondence with C. Ward and C. Whitten regarding Rust Omni fees. | 0.20 | 75.60 | B160 |
| 8/24/15 | J.K. Edelson | Correspondence with M. Linder regarding Jefferies retention order. | 0.10 | 37.80 | B160 |
| 8/24/15 | L.M. Suprum | Various correspondence regarding status of CNO for Jefferies June fee application. | 0.20 | 47.70 | B160 |
| 8/25/15 | C.A. Ward | Review Certificate of No Objection (No Order Required) Regarding Monthly Application for Compensation of Jefferies LLC as Investment Banker to the Official Committee of Unsecured Creditors for the period June 1, 2015 to June 30, 2015 | 0.10 | 58.50 | B160 |
| 8/25/15 | C.A. Ward | Review Monthly Application for Compensation (Fourth) for Services Rendered and for Reimbursement of Expenses as Financial and Forensic Advisors to the Official Committee of Unsecured Creditors of Standard Register for the period July 1, 2015 to July 31, 2015 Filed by Zolfo Cooper, LLC | 0.10 | 58.50 | B160 |
| 8/25/15 | J.K. Edelson | Correspondence with L. Suprum regarding Jefferies fee applications. | 0.10 | 37.80 | B160 |
| 8/25/15 | J.K. Edelson | Review, revise and file Zolfo July monthly fee statement, correspondence with L. Suprum and D. MacGreevey. | 0.40 | 151.20 | B160 |
| 8/25/15 | J.K. Edelson | Review, revise and file CNO regarding Jefferies June monthly fee statement. | 0.20 | 75.60 | B160 |
| 8/25/15 | L.M. Suprum | Phone call from bankruptcy court regarding status of pretrial conference in adversary proceeding. | 0.20 | 47.70 | B190 |



# Invoice Detail

For Professional Services Through 8/31/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 23
September 14, 2015
Invoice No: 1210686

| 8/25/15 | L.M. Suprum | Draft Notice of Application for filing with Zolfo's fourth monthly fee application. Attention to filing and service of fee application. Correspondence regarding same. | 0.70 | 166.95 | B160 |
|---|---|---|---|---|---|
| 8/25/15 | L.M. Suprum | Draft and file certificate of no objection regarding Jefferies second monthly fee application. Correspondence regarding same. | 0.40 | 95.40 | B160 |
| 8/26/15 | C.A. Ward | Review Second Notice Regarding Designation as Post-Closing Transferred Contract and Assumption and Assignment Thereof | 0.10 | 58.50 | B130 |
| 8/26/15 | J.K. Edelson | Review docket, correspondence with L. Suprum regarding deadlines. | 0.10 | 37.80 | B110 |
| 8/27/15 | C.A. Ward | Review Debtor-In-Possession Monthly Operating Report for Filing Period June 29, 2015 - August 2, 2015 Filed by SRC Liquidation Company | 0.10 | 58.50 | B210 |
| 8/27/15 | C.A. Ward | Review Request for Service of Notices Filed by Richardson Seating Corporation | 0.10 | 58.50 | B110 |
| 8/27/15 | C.A. Ward | Review Notice of Appearance Filed by ARC Document Solutions, Inc. | 0.10 | 58.50 | B110 |
| 8/27/15 | C.A. Ward | Review Application/Motion to Employ/Retain WilliamsMarston LLC as to Provide Interim Management Services and Designate Landen C. Williams as Replacement Chief Restructuring Officer and Treasurer Nunc Pro Tunc to August 26, 2015 Filed by SRC Liquidation Company | 0.10 | 58.50 | B210 |
| 8/27/15 | C.A. Ward | Review Certificate of No Objection Regarding Notice of Filing of Monthly Compensation and Staffing Report of McKinsey Recovery & Transformation Services U.S., LLC for the Period from July 1, 2015 through July 31, 2015 | 0.10 | 58.50 | B160 |
| 8/27/15 | J.K. Edelson | Review debtor monthly operating report for July 2015. | 0.20 | 75.60 | B110 |


## POLSINELLI

# Invoice Detail

For Professional Services Through 8/31/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 24
September 14, 2015
Invoice No: 1210686

| Date | Timekeeper | Description | Hours | Amount | Code |
|------|-----------|-------------|-------|--------|------|
| 8/27/15 | J.K. Edelson | Review Williams Marston retention application. | 0.20 | 75.60 | B160 |
| 8/28/15 | C.A. Ward | Review and comment on updated critical dates calendar of pending dates and deadlines, various correspondence re same | 0.10 | 58.50 | B400 |
| 8/28/15 | C.A. Ward | Review Notice of Corrected Exhibits to Various Omnibus Objections to Claims | 0.10 | 58.50 | B310 |
| 8/28/15 | J.K. Edelson | Correspondence with L. Suprum regarding critical dates. | 0.10 | 37.80 | B110 |
| 8/28/15 | J.K. Edelson | Review Debtors' revised claim objection exhibits. | 0.20 | 75.60 | B310 |
| 8/28/15 | L.M. Suprum | Review dockets, update critical dates memo and distribute. | 1.70 | 405.45 | B110 |
| 8/30/15 | J.K. Edelson | Review docket, calendar deadlines, case administration. | 0.20 | 75.60 | B110 |
| 8/31/15 | J.K. Edelson | Review critical dates, correspondence with L. Suprum. | 0.20 | 75.60 | B110 |
| 8/31/15 | J.K. Edelson | Review Debtors' motion to establish procedures to sell de minimis assets. | 0.20 | 75.60 | B130 |
| 8/31/15 | J.K. Edelson | Review Debtors' motion to schedule combined disclosure statement hearing, procedures. | 0.30 | 113.40 | B320 |
| 8/31/15 | L.M. Suprum | Attention to calendaring new deadlines. | 0.50 | 119.25 | B110 |
| | | Total Professional Services | | $20,901.60 | |


**POLSINELLI**

# Invoice Detail

For Professional Services Through 8/31/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 25
September 14, 2015
Invoice No: 1210686

## Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| C.A. Ward | 12.00 | 585.00 | $7,020.00 |
| J.K. Edelson | 28.90 | 378.00 | 10,924.20 |
| L.M. Suprum | 12.40 | 238.50 | 2,957.40 |
| **Total Professional Charges** | **53.30** | | **$20,901.60** |

## Task Code Summary

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 5.00 | $1,561.05 |
| B130 | Asset Disposition | 0.70 | 326.70 |
| B150 | Meetings Of & Communications With Creditors Or The | 0.30 | 134.10 |
| B160 | Employment/fee Applications | 22.70 | 8,787.15 |
| B170 | Employment/fee Application Objections | 0.20 | 117.00 |
| B185 | Assumption/rejection Of Leases & Contracts | 0.90 | 402.30 |
| B190 | Litigation Contested Matters(excl Assump/rejection | 14.00 | 5,417.55 |
| B210 | Business Operations | 1.00 | 502.20 |
| B230 | Financing & Cash Collateral | 0.20 | 117.00 |
| B310 | Claims Administration & Objections | 1.20 | 598.50 |
| B320 | Plan & Disclosure Statement (Including Business Pl | 0.30 | 113.40 |
| B400 | Bankruptcy-related Advice | 6.80 | 2,824.65 |
| | **Total Professional Charges** | **53.30** | **$20,901.60** |

## Disbursements

| Date | Description | Amount |
|---|---|---|
| 08/24/15 | Deliveries Rust Consulting/Omni Bankruptcy Service of Pleadings | $7,084.20 |
| | **Total Disbursements** | **$7,084.20** |

Total Disbursements                                        7,084.20

**Total Current Charges Due**                          **$27,985.80**

# EXHIBIT E

POLSINELLI

## Polsinelli PC Bankruptcy Project Codes

| CATEGORY | PROJECT CODE |
|---|---|
| Administration | **B100** |
| Case Administration | **B110** |
| Asset Analysis & Recovery | **B120** |
| Asset Disposition | **B130** |
| Relief from Stay / Adequate Protection Proceedings | **B140** |
| Meetings of & Communications with Creditors or Committee | **B150** |
| Employment / Fee Applications | **B160** |
| Employment / Fee Application Objections | **B170** |
| Avoidance Action Analysis | **B180** |
| Assumption / Rejection of Leases & Contracts | **B185** |
| Other Contested Matters | **B190** |
| Non-Working Travel | **B195** |
| Operations | **B200** |
| Business Operations | **B210** |
| Employee Benefits / Pensions | **B220** |
| Financing & Cash Collateral | **B230** |
| Tax Issues | **B240** |
| Real Estate | **B250** |
| Corporate Governance & Board Matters | **B260** |
| Budgeting (Case) | **B270** |
| Valuation | **B280** |
| Reporting | **B290** |
| Claims & Plan | **B300** |
| Claims Administration & Objections | **B310** |
| Plan & Disclosure Statement | **B320** |
| Bankruptcy-Related Advice | **B400** |
| General Bankruptcy Advice / Opinions | **B410** |
| Restructurings | **B420** |

48065875.1