**EXHIBIT B**

The Standard Register Company
Attn: Gerard D. Sowar, Esq.
600 Albany Street
Dayton, OH  45408

DISBURSEMENTS
90441-00012

_____

| COSTS/CHARGES | TOTAL |
|---|---|
| DOCUMENT SEARCH AND RETRIEVAL | $ 2,414.23 |
| IN HOUSE DUPLICATION | 22.40 |
| LODGING | 3,415.54 |
| MEALS | 7,764.68 |
| MESSENGER AND COURIER EXPENSE | 101.36 |
| ON-LINE RESEARCH (LEXIS) | 441.60 |
| ON-LINE RESEARCH (WESTLAW) | 197.60 |
| ON-LINE RESEARCH NEXIS - MAIN | 150.00 |
| SPECIALIZED RESEARCH/FILING FEES | 87.18 |
| TELEPHONE CHARGES | 611.64 |
| TRAVEL - AIR & RAIL | 8,331.87 |
| TRAVEL - MISCELLANEOUS (TIPS) | 10.00 |
| TRAVEL - PARKING | 192.00 |
| TRAVEL - TAXI & OTHER MODES/MILES | 624.32 |
| **Total Costs/Charges** | 24,364.42 |
| **BALANCE DUE** | $ 24,364.42 |

Invoice Date: September 10, 2015                                           Invoice No. 2015090282
**Due and Payable Upon Receipt**

DISBURSEMENTS
90441-00012

_____

Detail Costs/Charges:

<u>Document Search and Retrieval</u>

| Date | Amount | Description |
|---|---|---|
| 08/26/15 | 2,414.23 | AUGUST_2015-DOCUMENT_RETRIEVAL_SERVICES-C/M_90441-00019-(MONTHLY_RELATIVITY_DISK_STORAGE) |

<u>In House Duplication</u>

| Date | Amount | Description |
|---|---|---|
| 08/10/15 | 11.60 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 08/10/15 |
| 08/13/15 | 0.20 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 08/13/15 |
| 08/14/15 | 0.10 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 08/14/15 |
| 08/18/15 | 10.30 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 08/18/15 |
| 08/19/15 | 0.20 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 08/19/15 |

<u>Lodging</u>

| Date | Amount | Description |
|---|---|---|
| 07/31/15 | 1,567.79 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0914635308041914 DATE: 7/31/2015  MATTHEW BOUSLOG/LODGING/NEW YORK, NY/TEH LEXINGTON 07/26/2015 - 07/31/2015 ATTEND AND PARTICIPATE IN SALE CLOSING |
| 08/01/15 | 1,847.75 | VENDOR: CHRISTOPHER J. BABCOCK INVOICE#: 0914507308041914 DATE: 8/1/2015  CHRIS BABCOCK/LODGING/NEW YORK/GRAND HYATT NEW YORK 07/27/2015 - 08/01/2015 HOTEL STAY WHILE IN NEW YORK FOR CLIENT |

<u>Meals</u>

| Date | Amount | Description |
|---|---|---|
| 07/24/15 | 98.80 | VENDOR: SEAMLESS NORTH AMERICA, LLC DBA SEAMLESS INVOICE#: 2163899 DATE: 8/2/2015  ORDER NO-1638184799 07/24/2015 47G M. ROSENTHAL STANDARD REGISTER 5 PEOPLE/J. WIRCHIN |
| 07/24/15 | 47.91 | VENDOR: SEAMLESS NORTH AMERICA, LLC DBA SEAMLESS INVOICE#: 2163899 DATE: 8/2/2015  ORDER NO-1638184083 07/24/2015 47G M. ROSENTHAL STANDARD REGISTER 5 PEOPLE/J. WIRCHIN |
| 07/26/15 | 29.00 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0914635308041914 DATE: 7/31/2015  MEALS/NEW YORK, NY/DOS CAMINOS THIRD |

**Invoice Date: September 10, 2015**                                                         **Invoice No. 2015090282**

**Due and Payable Upon Receipt**

| | | |
|---|---|---|
| | | AVE/MATTHEW BOUSLOG/ATTEND AND PARTICIPATE IN SALE CLOSING |
| 07/27/15 | 746.03 | VENDOR: MICHAEL A. ROSENTHAL INVOICE#: 0913293708031923 DATE: 7/30/2015  MEALS/NY, NY/PALM TOO/MICHAEL ROSENTHAL, MATTHEW BOUSLOG, JEREMY GRAVES, CHRIS BABCOCK/DINNER - STANDARD REGISTER CLOSING |
| 07/27/15 | 191.62 | VENDOR: SEAMLESS NORTH AMERICA, LLC DBA SEAMLESS INVOICE#: 2163899 DATE: 8/2/2015  ORDER NO-1638846376 07/27/2015 47G MICHAEL ROSENTHAL CLIENT MEETING 8 PPL./J. WIRCHIN |
| 07/27/15 | 209.64 | VENDOR: SEAMLESS NORTH AMERICA, LLC DBA SEAMLESS INVOICE#: 2163899 DATE: 8/2/2015  ORDER NO-1638846038 07/27/2015 47G MICHAEL ROSENTHAL CLIENT MEETING 10 PPL./J. WIRCHIN |
| 07/27/15 | 101.72 | VENDOR: SEAMLESS NORTH AMERICA, LLC DBA SEAMLESS INVOICE#: 2163899 DATE: 8/2/2015  ORDER NO-1638845587 07/27/2015 47G MICHAEL ROSENTHAL CLINET MEETING 8 PPL./J. WIRCHIN |
| 07/28/15 | 318.57 | VENDOR: SEAMLESS NORTH AMERICA, LLC DBA SEAMLESS INVOICE#: 2163899 DATE: 8/2/2015  ORDER NO-1639347597 07/28/2015 47G MICHAEL ROSENTHAL CLIENT MEETING 14 PPL./J. WIRCHIN |
| 07/28/15 | 150.62 | VENDOR: SEAMLESS NORTH AMERICA, LLC DBA SEAMLESS INVOICE#: 2163899 DATE: 8/2/2015  ORDER NO-1639347053 07/28/2015 47G MICHAEL ROSENTHAL CLIENT MEETING 12 PPL./J. WIRCHIN |
| 07/29/15 | 3.00 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0914635308041914 DATE: 7/31/2015  MEALS/NEW YORK, NY/MAGNOLIA BAKERY/MATTHEW BOUSLOG/ATTEND AND PARTICIPATE IN SALE CLOSING |
| 07/29/15 | 6.25 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0914635308041914 DATE: 7/31/2015  MEALS/NEW YORK, NY/TWO BOOTS GRAND CENTRAL/MATTHEW BOUSLOG/ATTEND AND PARTICIPATE IN SALE CLOSING |
| 07/29/15 | 512.50 | VENDOR: SEAMLESS NORTH AMERICA, LLC DBA SEAMLESS INVOICE#: 2163899 DATE: 8/2/2015  ORDER NO-1639821461 07/29/2015 47G MICHAEL ROSENTHAL CLIENT MEEITNG 15 PPL./J. |

| Date | Amount | Description |
|---|---|---|
| | | WIRCHIN |
| 07/29/15 | 281.46 | VENDOR: SEAMLESS NORTH AMERICA, LLC DBA SEAMLESS INVOICE#: 2163899 DATE: 8/2/2015  ORDER NO-1639820797 07/29/2015 47G MICHAEL ROSENTHAL CLIENT MEETING 12 PPL./J. WIRCHIN |
| 07/30/15 | 4,058.96 | VENDOR: MICHAEL A. ROSENTHAL INVOICE#: 0913293708031923 DATE: 7/30/2015  MEALS/NY, NY/BOBBY VAN'S STEAKHOUSE/CHRIS DRESSEL, BEN CUTTING, GERRY SOWAR, MARK HOJNACKI, KEVIN CARMODY, TED PERKINS, PHIL BOHL, DEB TAYLOR, GREG JACKSON, TOM JOHNSON, ROCKY HO, MICHAEL ROSENTHAL, MATTHEW BOUSLOG, JEREMY GRAVES, CHRIS BABCOCK/STANDARD REGISTER CLOSING DINNER |
| 07/30/15 | 14.42 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0914635308041914 DATE: 7/31/2015  MEALS/NEW YORK, NY/CUCINA & CO./MATTHEW BOUSLOG/ATTEND AND PARTICIPATE IN SALE CLOSING |
| 07/30/15 | 137.38 | VENDOR: SEAMLESS NORTH AMERICA, LLC DBA SEAMLESS INVOICE#: 2163899 DATE: 8/2/2015  ORDER NO-1640294713 07/30/2015 47G MICHAEL ROSENTHAL CLIENT MEETING 10 PPL./J. WIRCHIN |
| 07/30/15 | 215.09 | VENDOR: SEAMLESS NORTH AMERICA, LLC DBA SEAMLESS INVOICE#: 2163899 DATE: 8/2/2015  ORDER NO-1640285139 07/30/2015 47G MICHAEL ROSENTHAL CLIENT MEETING 10 PPL./J. WIRCHIN |
| 07/30/15 | 529.09 | VENDOR: SEAMLESS NORTH AMERICA, LLC DBA SEAMLESS INVOICE#: 2163899 DATE: 8/2/2015  ORDER NO-1640283950 07/30/2015 47G MICHAEL ROSENTHAL CLIENT MEETING 15 PPL/J. WIRCHIN |
| 07/31/15 | 14.98 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0914635308041914 DATE: 7/31/2015  MEALS/NEWARK INT'L AIRPORT/OTG MANAGEMENT/MATTHEW BOUSLOG/ATTEND AND PARTICIPATE IN SALE CLOSING |
| 07/31/15 | 3.75 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0914635308041914 DATE: 7/31/2015  MEALS/NEWARK INT'L AIRPORT/OTG MANAGEMENT/MATTHEW BOUSLOG/ATTEND AND PARTICIPATE IN SALE CLOSING |
| 08/01/15 | 93.89 | VENDOR: CHRISTOPHER J. BABCOCK INVOICE#: 0914507308041914 DATE: 8/1/2015  CHRIS BABCOCK/MEALS/NEW |

**Invoice Date: September 10, 2015**                                **Invoice No. 2015090282**

**Due and Payable Upon Receipt**

YORK/GRAND HYATT NEW YORK 07/27/2015 - 08/01/2015 CHRIS BABCOCK/ROOM SERVICE AT HOTEL

Messenger and Courier Expense

| Date | Amount | Description |
|---|---|---|
| 07/17/15 | 33.74 | VENDOR: FEDERAL EXPRESS CORPORATION INVOICE#: FEDX-20150731 DATE: 7/31/2015  SHIP DATE 07/17/2015  AIRBILL NO: 774083184334  FROM: MICHAEL A ROSENTHAL, GIBSON DUNN & CRUTCHER LLP, NEW YORK, NY  TO: THEODORE BILLET, PHILADELPHIA, PA |
| 08/13/15 | 14.21 | VENDOR: UNITED PARCEL SERVICE, INC. INVOICE#: UPS-20150815 DATE: 8/15/2015  SHIP DATE 08/13/2015  TRACKING NO: 1ZE330W90194356934  FROM: MARGARET DEUTSCH, GIBSON, DUNN & CRUTCHER LLP, DALLAS, TX  TO: AMY MYERS, TAYLOR CORPORATION, NORTH MANKATO, MN |
| 08/13/15 | 53.41 | VENDOR: UNITED PARCEL SERVICE, INC. INVOICE#: UPS-20150815 DATE: 8/15/2015  SHIP DATE 08/13/2015  TRACKING NO: 1ZE330W96692718747  FROM: CHRIS BABCOCK, GIBSON,DUNN & CRUTCHER, DALLAS, TX  TO: LUCIA FERNANDEZ, GONZALEZ CALVILLO S.C., MEXICO CITY, |

On-Line Research (Lexis)

| Date | Amount | Description |
|---|---|---|
| 08/18/15 | 110.40 | GRAVES, JEREMY L   08/18/15   90441-00012   LEXIS RESEARCH |
| 08/19/15 | 110.40 | GRAVES, JEREMY L   08/19/15   90441-00012   LEXIS RESEARCH |
| 08/21/15 | 220.80 | GRAVES, JEREMY L   08/21/15   90441-00012   LEXIS RESEARCH |

On-Line Research (Westlaw)

| Date | Amount | Description |
|---|---|---|
| 08/03/15 | 117.60 | BOUSLOG,MATTHEW G   08/03/15   90441-00012   WESTLAW RESEARCH AND PRINTING CHARGES |
| 08/05/15 | 80.00 | BOUSLOG,MATTHEW G   08/05/15   90441-00012   WESTLAW RESEARCH AND PRINTING CHARGES |

On-Line Research Nexis - Main

| Date | Amount | Description |
|---|---|---|
| 08/05/15 | 50.00 | BOUSLOG, MATTHEW   08/05/15   90441-00012   NEXIS RESEARCH |
| 08/25/15 | 50.00 | BOUSLOG, MATTHEW   08/25/15   90441-00012   NEXIS RESEARCH |

Invoice Date: September 10, 2015                                      Invoice No. 2015090282

**Due and Payable Upon Receipt**

| | | |
|---|---|---|
| 08/27/15 | 50.00 | BOUSLOG, MATTHEW   08/27/15   90441-00012   NEXIS RESEARCH |

**Specialized Research/Filing Fees**

| | | |
|---|---|---|
| 08/06/15 | 6.00 | TLO  07/13/15  ONLINE RESEARCH  (STEVE RABER) |
| 08/18/15 | 37.60 | PACER  07/01/15  07/07/15  07/13-14/15  07/23/15  07/29/15  COURT RESEARCH |
| 08/18/15 | 18.70 | PACER  07/06/15  COURT RESEARCH |
| 08/25/15 | 24.88 | COURTLINK  07/07/15  COURT RESEARCH  (MARI ANN BUCKWALTER) |

**Telephone Charges**

| | | |
|---|---|---|
| 07/02/15 | 2.10 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-070515 DATE: 7/5/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 07/13/15 | 24.66 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-071915 DATE: 7/19/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 07/14/15 | 5.09 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-071915 DATE: 7/19/2015  CONFERENCING SERVICES BY JEREMY GRAVES |
| 07/14/15 | 24.42 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-071915 DATE: 7/19/2015  CONFERENCING SERVICES BY CHRISTOPHER BABCOCK |
| 07/14/15 | 6.84 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-071915 DATE: 7/19/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 07/14/15 | 2.74 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-071915 DATE: 7/19/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 07/15/15 | 5.46 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-071915 DATE: 7/19/2015  CONFERENCING SERVICES BY JEREMY GRAVES |

| Date | Amount | Description |
|---|---:|---|
| 07/16/15 | 9.65 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-071915 DATE: 7/19/2015  CONFERENCING SERVICES BY CHRISTOPHER BABCOCK |
| 07/16/15 | 12.02 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-071915 DATE: 7/19/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 07/17/15 | 6.64 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-071915 DATE: 7/19/2015  CONFERENCING SERVICES BY JEREMY GRAVES |
| 07/17/15 | 16.54 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-071915 DATE: 7/19/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 07/21/15 | 52.56 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-072615 DATE: 7/26/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 07/22/15 | 31.55 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-072615 DATE: 7/26/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 07/22/15 | 15.18 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-072615 DATE: 7/26/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 07/23/15 | 3.62 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-072615 DATE: 7/26/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 07/24/15 | 13.99 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-072615 DATE: 7/26/2015  CONFERENCING SERVICES BY JEREMY GRAVES |
| 07/27/15 | 6.75 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-080215 DATE: 8/2/2015  CONFERENCING SERVICES BY JEREMY GRAVES |
| 07/27/15 | 8.27 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-080215 DATE: 8/2/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |

**Invoice Date: September 10, 2015**                                                          **Invoice No. 2015090282**

**Due and Payable Upon Receipt**

| Date | Amount | Description |
|---|---|---|
| 07/29/15 | 0.50 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-080215 DATE: 8/2/2015  CONFERENCING SERVICES BY JEREMY GRAVES |
| 07/29/15 | 3.04 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-080215 DATE: 8/2/2015  CONFERENCING SERVICES BY JEREMY GRAVES |
| 07/29/15 | 0.81 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-080215 DATE: 8/2/2015  CONFERENCING SERVICES BY JEREMY GRAVES |
| 07/29/15 | 5.79 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-080215 DATE: 8/2/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 07/29/15 | 6.47 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-080215 DATE: 8/2/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 07/31/15 | 10.66 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-080215 DATE: 8/2/2015  CONFERENCING SERVICES BY JEREMY GRAVES |
| 08/03/15 | 13.30 | 1(302)576-3592      08/03/2015 WILMINGTON DE |
| 08/03/15 | 7.98 | 1(212)798-0808      08/03/2015 NEW YORK   NY |
| 08/03/15 | 6.20 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-080915 DATE: 8/9/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 08/04/15 | 3.04 | 1(513)977-8554      08/04/2015 CINCINNATI OH |
| 08/04/15 | 5.32 | 1(937)221-1940      08/04/2015 DAYTON     OH |
| 08/04/15 | 6.46 | 1(440)871-7700      08/04/2015 TRINITY    OH |
| 08/04/15 | 2.66 | 1(513)977-8554      08/04/2015 CINCINNATI OH |

| Date | Amount | Number | Location |
|---|---|---|---|
| 08/04/15 | 2.66 | 1(302)576-3592 | 08/04/2015 WILMINGTON DE |
| 08/04/15 | 2.28 | 1(302)576-3592 | 08/04/2015 WILMINGTON DE |
| 08/04/15 | 5.63 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-080915 DATE: 8/9/2015  CONFERENCING SERVICES BY JEREMY GRAVES | |
| 08/05/15 | 1.90 | 1(973)597-2332 | 08/05/2015 LIVINGSTON NJ |
| 08/05/15 | 7.22 | 1(202)326-4020 | 08/05/2015 WASHINGTON DC |
| 08/05/15 | 2.28 | 1(617)791-9196 | 08/05/2015 SAUGUS    MA |
| 08/05/15 | 1.90 | 1(312)407-0850 | 08/05/2015 CHICAGO    IL |
| 08/06/15 | 1.14 | 1(856)424-6400 | 08/06/2015 HADDONFLD  NJ |
| 08/06/15 | 2.10 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-080915 DATE: 8/9/2015  CONFERENCING SERVICES BY MATTHEW BOUSLOG | |
| 08/07/15 | 1.52 | 1(704)763-9926 | 08/07/2015 CHARLOTTE  NC |
| 08/07/15 | 1.90 | 1(856)424-6400 | 08/07/2015 HADDONFLD  NJ |
| 08/07/15 | 1.52 | 1(305)375-6148 | 08/07/2015 MIAMI    FL |
| 08/07/15 | 9.89 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-080915 DATE: 8/9/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL | |
| 08/07/15 | 12.07 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-080915 DATE: 8/9/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL | |
| 08/10/15 | 1.14 | 1(312)863-5053 | 08/10/2015 CHICAGO    IL |
| 08/10/15 | 6.46 | 1(212)356-0200 | 08/10/2015 NEW YORK   NY |

Invoice Date: September 10, 2015                                                                                                  Invoice No. 2015090282
**Due and Payable Upon Receipt**

| Date | Amount | Description |
|---|---|---|
| 08/10/15 | 18.56 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-081615 DATE: 8/16/2015  CONFERENCING SERVICES BY MATTHEW BOUSLOG |
| 08/10/15 | 5.37 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-081615 DATE: 8/16/2015  CONFERENCING SERVICES BY MATTHEW BOUSLOG |
| 08/11/15 | 3.04 | 1(646)283-6865     08/11/2015 NEW YORK   NY |
| 08/11/15 | 1.90 | 1(302)559-4799     08/11/2015 WILMINGTON DE |
| 08/11/15 | 3.70 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-081615 DATE: 8/16/2015  CONFERENCING SERVICES BY MATTHEW BOUSLOG |
| 08/11/15 | 4.51 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-081615 DATE: 8/16/2015  CONFERENCING SERVICES BY MATTHEW BOUSLOG |
| 08/11/15 | 6.92 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-081615 DATE: 8/16/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 08/12/15 | 4.18 | 1(678)520-6517     08/12/2015 ATLANTA NE GA |
| 08/12/15 | 3.42 | 1(212)257-5464     08/12/2015 NEW YORK   NY |
| 08/12/15 | 5.70 | 1(312)407-0549     08/12/2015 CHICAGO    IL |
| 08/13/15 | 4.56 | 1(860)646-0121     08/13/2015 MANCHESTER CT |
| 08/13/15 | 6.74 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-081615 DATE: 8/16/2015  CONFERENCING SERVICES BY MATTHEW BOUSLOG |
| 08/14/15 | 2.28 | 1(302)373-1168     08/14/2015 MIDDLETOWN DE |
| 08/14/15 | 4.56 | 1(312)282-1111     08/14/2015 CHICAGO    IL |

Invoice Date: September 10, 2015                                                                 Invoice No. 2015090282
**Due and Payable Upon Receipt**

| Date | Amount | Number | Location |
|---|---:|---|---|
| 08/14/15 | 22.80 | 1(212)798-0808 | 08/14/2015 NEW YORK   NY |
| 08/17/15 | 4.56 | 1(937)221-1994 | 08/17/2015 DAYTON    OH |
| 08/17/15 | 19.00 | 1(302)576-3592 | 08/17/2015 WILMINGTON DE |
| 08/18/15 | 7.22 | 1(202)326-4456 | 08/18/2015 WASHINGTON DC |
| 08/18/15 | 6.84 | 1(202)326-4456 | 08/18/2015 WASHINGTON DC |
| 08/18/15 | 1.14 | 1(302)576-3592 | 08/18/2015 WILMINGTON DE |
| 08/18/15 | 3.04 | 1(212)692-1038 | 08/18/2015 NEW YORK   NY |
| 08/19/15 | 6.08 | 1(302)576-3592 | 08/19/2015 WILMINGTON DE |
| 08/19/15 | 1.52 | 1(608)284-2213 | 08/19/2015 MADISON    WI |
| 08/19/15 | 3.04 | 1(937)475-2520 | 08/19/2015 DAYTON    OH |
| 08/19/15 | 25.08 | 1(212)798-0808 | 08/19/2015 NEW YORK   NY |
| 08/19/15 | 6.84 | 1(312)407-0549 | 08/19/2015 CHICAGO    IL |
| 08/20/15 | 11.78 | 1(507)625-2828 | 08/20/2015 MANKATO   MN |
| 08/21/15 | 2.66 | 1(770)576-1412 | 08/21/2015 ATLANTA NE GA |
| 08/24/15 | 6.46 | 1(312)407-0968 | 08/24/2015 CHICAGO    IL |
| 08/25/15 | 1.90 | 1(937)221-2734 | 08/25/2015 DAYTON    OH |
| 08/25/15 | 1.14 | 1(812)201-5176 | 08/25/2015 TERREHAUTE IN |
| 08/25/15 | 1.90 | 1(812)232-5083 | 08/25/2015 TERREHAUTE IN |
| 08/25/15 | 5.70 | 1(937)597-6812 | 08/25/2015 BELLEFNTNE OH |

Invoice Date: September 10, 2015                                                                                                   Invoice No. 2015090282

**Due and Payable Upon Receipt**

| | | | | |
|---|---|---|---|---|
| 08/25/15 | 1.52 | 1(937)475-2520 | 08/25/2015 DAYTON | OH |
| 08/28/15 | 1.14 | 1(313)433-6420 | 08/28/2015 DETROIT | MI |
| 08/28/15 | 2.28 | 1(302)571-6669 | 08/28/2015 WILMINGTON | DE |
| 08/28/15 | 3.42 | 1(502)779-5817 | 08/28/2015 LOUISVILLE | KY |
| 08/31/15 | 1.52 | 1(937)221-1940 | 08/31/2015 DAYTON | OH |
| 08/31/15 | 5.70 | 1(302)576-3592 | 08/31/2015 WILMINGTON | DE |

<u>Travel - Air & Rail</u>

| | | |
|---|---|---|
| 06/30/15 | 330.00 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150701-6 DATE: 7/1/2015  TRAVEL INVOICE#/DATE: 141425 06/30/2015 TICKET NO: 3209598312 TRAVEL DATES: 07/01/2015 - 07/02/2015 PASSENGER: DAURIA/MATTHEW ITINERARY: NYP/WIL/NYP |
| 06/30/15 | 330.00 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150701-6 DATE: 7/1/2015  TRAVEL INVOICE#/DATE: 141413 06/30/2015 TICKET NO: 3697563976 TRAVEL DATES: 07/01/2015 - 07/02/2015 PASSENGER: KOLB/KYLE J ITINERARY: NYP/WIL/NYP |
| 07/01/15 | 55.00 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150801-1 DATE: 7/5/2015  TRAVEL INVOICE#/DATE: 141459 07/01/2015 TICKET NO: 2579574464 TRAVEL DATES: 07/01/2015 - 07/02/2015 PASSENGER: KOLB/KYLE J ITINERARY: NYP/WIL |
| 07/01/15 | 55.00 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150801-1 DATE: 7/5/2015  TRAVEL INVOICE#/DATE: 141460 07/01/2015 TICKET NO: 2579574670 TRAVEL DATES: 07/01/2015 - 07/02/2015 PASSENGER: DAURIA/MATTHEW ITINERARY: NYP/WIL |
| 07/07/15 | 1,282.29 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150801-2 DATE: 7/12/2015  TRAVEL INVOICE#/DATE: 141612 07/07/2015 TICKET NO: 7660874718 TRAVEL DATES: 07/08/2015 - 07/11/2015 PASSENGER: BABCOCK/CHRISTOPHER JAMES ITINERARY: DFW/MSP/DFW |

| Date | Amount | Description |
|---|---|---|
| 07/08/15 | 836.35 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150801-2 DATE: 7/12/2015  TRAVEL INVOICE#/DATE: 141622 07/08/2015 TICKET NO: 7660874724 TRAVEL DATES: 07/09/2015 - 07/10/2015 PASSENGER: KOLB/KYLE J ITINERARY: EWR/DAY |
| 07/08/15 | 785.97 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150801-2 DATE: 7/12/2015  TRAVEL INVOICE#/DATE: 141646 07/08/2015 TICKET NO: 7660874740 TRAVEL DATES: 07/13/2015 - 07/15/2015 PASSENGER: KARLAN/MITCHELL A ITINERARY: LGA/BOS/LGA |
| 07/10/15 | 225.00 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150801-2 DATE: 7/12/2015  TRAVEL INVOICE#/DATE: 141741 07/10/2015 TICKET NO: 1866583310 TRAVEL DATES: 07/14/2015 - 07/15/2015 PASSENGER: KARLAN/MITCHELL A ITINERARY: STM/WIL |
| 07/10/15 | 108.00 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150801-2 DATE: 7/12/2015  TRAVEL INVOICE#/DATE: 141740 07/10/2015 TICKET NO: 1866583047 TRAVEL DATES: 07/13/2015 - 07/14/2015 PASSENGER: KARLAN/MITCHELL A ITINERARY: BOS/STM |
| 07/10/15 | -368.36 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150801-3 DATE: 7/18/2015  TRAVEL INVOICE#/DATE: 141743 07/10/2015 TICKET NO: 7663678290 DEPART DATE: 07/13/2015 PASSENGER: KARLAN/MITCHELL A ITINERARY: LGA/BOS |
| 07/13/15 | 368.36 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150801-3 DATE: 7/18/2015  TRAVEL INVOICE#/DATE: 141785 07/13/2015 TICKET NO: 7663678314 TRAVEL DATES: 07/13/2015 - 07/14/2015 PASSENGER: KARLAN/MITCHELL A ITINERARY: BOS/LGA |
| 07/13/15 | 367.00 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150801-3 DATE: 7/18/2015  TRAVEL INVOICE#/DATE: 141768 07/13/2015 TICKET NO: 3697531838 TRAVEL DATES: 07/14/2015 - 07/17/2015 PASSENGER: KOLB/KYLE J ITINERARY: NYP/WIL/NYP |
| 07/14/15 | -305.90 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150801-3 DATE: 7/18/2015  TICKET NO: 3697531838 CHARGE DATE: 07/14/2015 |

| | | |
|---|---:|---|
| 07/15/15 | 1,742.70 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0914635308041914 DATE: 7/31/2015  MATTHEW BOUSLOG/AIRFARE/0162458713697/07/26/2015 - 07/31/2015 SNA TO EWR; EWR TO SNA/ATTEND AND PARTICIPATE IN SALE CLOSING |
| 07/21/15 | 609.01 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150801-4 DATE: 7/26/2015  TRAVEL INVOICE#/DATE: 142089 07/21/2015 TICKET NO: 7666562758 TRAVEL DATES: 07/27/2015 - 08/02/2015 PASSENGER: BABCOCK/CHRIS ITINERARY: DFW/LGA/DFW |
| 07/22/15 | 865.35 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150801-4 DATE: 7/26/2015  TRAVEL INVOICE#/DATE: 142146 07/22/2015 TICKET NO: 7666562803 TRAVEL DATES: 07/26/2015 - 07/27/2015 PASSENGER: GRAVES/JEREMY LEE ITINERARY: DEN/LGA |
| 07/22/15 | 1,021.10 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20150801-4 DATE: 7/26/2015  TRAVEL INVOICE#/DATE: 142147 07/22/2015 TICKET NO: 7666562804 TRAVEL DATES: 07/31/2015 - 08/01/2015 PASSENGER: GRAVES/JEREMY LEE ITINERARY: LGA/MSP |
| 08/01/15 | 25.00 | VENDOR: CHRISTOPHER J. BABCOCK INVOICE#: 0914507308041914 DATE: 8/1/2015  CHRIS BABCOCK/BAGGAGE FEE/BAGGAGE FEE FOR TRAVEL FROM NEW YORK TO DALLAS |

Travel - Miscellaneous (tips)

| | | |
|---|---:|---|
| 07/31/15 | 10.00 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0914635308041914 DATE: 7/31/2015  TIPS/ATTEND AND PARTICIPATE IN SALE CLOSING |

Travel - Parking

| | | |
|---|---:|---|
| 08/01/15 | 132.00 | VENDOR: CHRISTOPHER J. BABCOCK INVOICE#: 0914507308041914 DATE: 8/1/2015  PARKING/DALLAS/PARKING AT DFW AIRPORT WHILE IN NEW YORK |
| 08/02/15 | 60.00 | VENDOR: JEREMY GRAVES INVOICE#: 0914244308031923 DATE: 8/2/2015  PARKING/DENVER, CO/MEETINGS WITH CLIENTS |

Travel - Taxi & Other Modes/Miles

| | | |
|---|---:|---|
| 07/12/15 | 138.38 | VENDOR: DIAL CAR INC. INVOICE#: 1203615 DATE: 7/29/2015 VOUCHER G68717 07/12/2015 PACKAGE KOLB, KYLE FROM 200 PARK AV  M TO 7 KEOFFERAM RD OLD GREENWICH06870 CT |

Invoice Date: September 10, 2015                                                                                       Invoice No. 2015090282

**Due and Payable Upon Receipt**

| Date | Amount | Description |
|---|---|---|
| 07/13/15 | 40.10 | VENDOR: DIAL CAR INC. INVOICE#: 1203615 DATE: 7/29/2015 VOUCHER A4131163 07/13/2015 DIENG, CHEIKH FROM 200 PARK AV  M TO 112 W 117 ST 10026 M |
| 07/13/15 | 73.06 | VENDOR: DIAL CAR INC. INVOICE#: 1203196 DATE: 7/22/2015 VOUCHER A4309296 07/13/2015 KARLAN, MITCHELL A. FROM LGA TO 97TH/COL  M |
| 07/26/15 | 16.00 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0914635308041914 DATE: 7/31/2015  CAB FARE/IRVINE, CA/ATTEND AND PARTICIPATE IN SALE CLOSING |
| 07/26/15 | 100.00 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0914635308041914 DATE: 7/31/2015  CAB FARE/NEW YORK, NY/ATTEND AND PARTICIPATE IN SALE CLOSING |
| 07/31/15 | 71.28 | VENDOR: DIAL CAR INC. INVOICE#: 1204190 DATE: 8/12/2015 VOUCHER G68814 07/31/2015 GRAVES, JEREMY FROM SEC E 45 ST/LEX  M TO LGA  LGA |
| 07/31/15 | 97.68 | VENDOR: DIAL CAR INC. INVOICE#: 1204190 DATE: 8/12/2015 VOUCHER G68815 07/31/2015 BOUSLOG, MATT FROM SEC 45/LEX M TO EWR  EWR |
| 07/31/15 | 14.10 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0914635308041914 DATE: 7/31/2015  CAB FARE/SANTA ANA, CA/ATTEND AND PARTICIPATE IN SALE CLOSING |
| 08/01/15 | 47.34 | VENDOR: CHRISTOPHER J. BABCOCK INVOICE#: 0914507308041914 DATE: 8/1/2015  CAB FARE/NEW YORK CITY/TAXI FROM HOTEL TO AIRPORT |
| 08/02/15 | 26.38 | VENDOR: JEREMY GRAVES INVOICE#: 0914244308031923 DATE: 8/2/2015  MILEAGE (45.87)/MEETINGS WITH CLIENTS |