**EXHIBIT C**

## BUDGETED AMOUNT

### August

### $400,000.00

## PROFESSIONAL RATES

### August

| | |
|---|---|
| Karlan, Mitchell A. | $1,255.00 |
| Rosenthal, Michael A. | $1,175.00 |
| Noblett, Amy E. | $795.00 |
| Graves, Jeremy Lee | $755.00 |
| Kolb, Kyle J. | $750.00 |
| Bouslog, Matthew G. | $625.00 |
| Babcock, Christopher J. | $625.00 |
| Garmyn, Brittany L. | $625.00 |
| Other Restructering/Transactional | $750.00 |
| Amponsah, Duke K. | $395.00 |

## BUDGETED HOURS

### August

| | |
|---|---|
| Karlan, Mitchell A. | 10 |
| Rosenthal, Michael A. | 150 |
| Noblett, Amy E. | 10 |
| Graves, Jeremy Lee | 100 |
| Kolb, Kyle J. | 10 |
| Bouslog, Matthew G. | 150 |
| Babcock, Christopher J. | 10 |
| Garmyn, Brittany L. | 10 |
| Other Restructering/Transactional | 10 |
| Amponsah, Duke K. | 15 |
| **TOTAL** | **475** |

## BUDGETED FEES

### August

| | |
|---|---|
| Karlan, Mitchell A. | $12,550.00 |
| Rosenthal, Michael A. | $176,250.00 |
| Noblett, Amy E. | $7,950.00 |
| Graves, Jeremy Lee | $75,500.00 |

| | |
|---|---|
| Kolb, Kyle J. | $7,500.00 |
| Bouslog, Matthew G. | $93,750.00 |
| Babcock, Christopher J. | $6,250.00 |
| Garmyn, Brittany L. | $6,250.00 |
| Other Restructering/Transactional | $8,075.00 |
| Amponsah, Duke K. | $5,925.00 |
| **TOTAL** | **$400,000.00** |

## BUDGETED EXPENSES

### August

$25,000

**TOTAL FEES & EXPENSES**          **$425,000.00**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise |
|---|---|
| Karlan, Mitchell A. | Partner since 1989. Joined firm as an associate in 1984. Member of DC Bar since 2005. Member of NY Bar since 1980. |
| Rosenthal, Michael A. | Partner since 1992. Joined firm as an Of Counsel in 1989. Member of IL Bar since 1980; NY Bar since 2009; TX Bar since 1985. |
| Noblett, Amy E. | Associate. Joined firm as an associate in 2010. Member of NY Bar since 2011. |
| Graves, Jeremy Lee | Associate. Joined firm as an associate in 2008. Member of CO Bar since 2012; TX Bar since 2007[1]. |
| Kolb, Kyle J. | Associate. Joined firm as an associate in 2011. Member of NY Bar since 2012. |
| Bouslog, Matthew G. | Associate. Joined firm as an associate in 2012. Member of CA Bar since 2011. |
| Babcock, Christopher J. | Associate. Joined firm as an associate in 2011. Member of TX Bar since 2011. |
| Garmyn, Brittany L. | Associate. Joined firm as an associate in 2011. Member of NY Bar since 2012. |
| Amponsah, Duke K. | Paralegal |

---

[1] Not actively licensed to practice in Texas.