# EXHIBIT A

**EXHIBIT A**

Professional Services rendered by Lowenstein Sandler LLP, through August 31, 2015

In re: Chapter 11

## I. SUMMARY OF TIME CHARGES AND HOURLY RATES

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Jung, Wojciech F. | 2003 | Partner/Restructuring | 42.20 | $635.00 | $26,797.00 |
| Kizel, Paul | 1982 | Partner/Restructuring | 2.30 | $750.00 | $1,725.00 |
| Levine, Sharon L. | 1983 | Partner/Restructuring | 15.40 | $880.00 | $13,552.00 |
| Rosen, Kenneth A. | 1979 | Partner/Restructuring | 0.30 | $950.00 | $285.00 |
| Behlmann, Andrew D. | 2009 | Associate/Restructuring | 3.90 | $515.00 | $2,008.50 |
| De Leo, Anthony | 2013 | Associate/Restructuring | 89.40 | $360.00 | $32,184.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Restructuring | 0.40 | $210.00 | $84.00 |
| **TOTAL FEES** | | | **153.90** | | **$76,635.50** |
| **Attorney Blended Rate** | | | | | **$498.71** |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

Standard Register Committee of Unsecured Creditors | Page 2
Invoice No.: 747678 | September 9, 2015

TIME DETAIL:

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|

**B100 - Administration**

**B110 Case Administration**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B110 | 08/03/15 | AD | Review pleadings to determine critical dates and deadlines | 0.20 | $72.00 |
| B110 | 08/03/15 | AD | Update critical dates memorandum | 0.20 | 72.00 |
| B110 | 08/03/15 | AD | Review pleadings filed in debtors' cases | 0.20 | 72.00 |
| B110 | 08/03/15 | SLL | Review critical dates memorandum | 0.10 | 88.00 |
| B110 | 08/03/15 | SLL | Review docket report re: update | 0.10 | 88.00 |
| B110 | 08/06/15 | AD | Review and respond to emails re: August 7, 2015 call with Committee members re: case status | 0.20 | 72.00 |
| B110 | 08/07/15 | AD | Review pleadings filed in the Debtors' cases | 0.80 | 288.00 |
| B110 | 08/07/15 | SLL | Review docket report re: update | 0.20 | 176.00 |
| B110 | 08/10/15 | SLL | Review professionals call agenda | 0.10 | 88.00 |
| B110 | 08/12/15 | AD | Review pleadings filed in debtors' cases | 0.40 | 144.00 |
| B110 | 08/12/15 | SLL | Review docket report re: update | 0.10 | 88.00 |
| B110 | 08/13/15 | AD | Review pleadings filed in debtors' cases | 0.20 | 72.00 |
| B110 | 08/13/15 | SLL | Review docket re: update | 0.10 | 88.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B110 | 08/14/15 | AD | Review pleadings filed in Debtors' cases | 0.70 | 252.00 |
| B110 | 08/14/15 | SLL | Review Certification of Counsel Regarding Order Amending Case Caption | 0.10 | 88.00 |
| B110 | 08/14/15 | SLL | Review docket report | 0.10 | 88.00 |
| B110 | 08/14/15 | SLL | Review Order Amending Case Caption | 0.10 | 88.00 |
| B110 | 08/16/15 | AD | Review pleadings filed in debtors' cases for critical dates and deadlines | 0.40 | 144.00 |
| B110 | 08/16/15 | AD | Update critical dates memorandum | 0.30 | 108.00 |
| B110 | 08/16/15 | WFJ | Correspondence from a. DeLeo re critical dates | 0.10 | 63.50 |
| B110 | 08/17/15 | AD | Review pleadings filed in Debtors' cases | 0.30 | 108.00 |
| B110 | 08/17/15 | WFJ | Review amended hearing agenda | 0.10 | 63.50 |
| B110 | 08/18/15 | SLL | Review docket report | 0.10 | 88.00 |
| B110 | 08/19/15 | SLL | Review correspondence from D. MacGreevey re: professionals call | 0.10 | 88.00 |
| B110 | 08/19/15 | SLL | Draft correspondence to D. MacGreevey re: professionals call | 0.10 | 88.00 |
| B110 | 08/20/15 | AD | Review pleadings filed in Debtors' cases | 1.10 | 396.00 |
| B110 | 08/20/15 | AD | Review file to determine proposed schedule for confirmation of chapter 11 plan | 0.10 | 36.00 |
| B110 | 08/20/15 | AD | Review docket to determine critical dates and deadlines | 0.20 | 72.00 |
| B110 | 08/20/15 | SLL | Review wind-down budget | 0.10 | 88.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Standard Register Committee of Unsecured Creditors                                                    Page 4
Invoice No.: 747678                                                                          September 9, 2015

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B110 | 08/21/15 | AD | Review pleadings filed in debtors' cases for critical dates and deadlines | 0.10 | 36.00 |
| B110 | 08/21/15 | AD | Update critical dates memorandum | 0.10 | 36.00 |
| B110 | 08/24/15 | AD | Update critical dates memorandum | 0.10 | 36.00 |
| B110 | 08/24/15 | AD | Coordinate with support to update case calendar | 0.10 | 36.00 |
| B110 | 08/26/15 | AD | Review pleadings to determine critical dates and deadlines | 0.10 | 36.00 |
| B110 | 08/26/15 | AD | Update critical dates memorandum | 0.10 | 36.00 |
| B110 | 08/26/15 | AD | Review pleadings filed in Debtors' cases | 0.90 | 324.00 |
| B110 | 08/26/15 | SLL | Review docket report and update dates and deadlines | 0.10 | 88.00 |
| B110 | 08/26/15 | WFJ | Correspondence with Zolfo re letter | 0.20 | 127.00 |
| B110 | 08/27/15 | AD | Review file for critical dates and deadlines | 0.10 | 36.00 |

|  |  |  | **Total B110 - Case Administration** | 8.80 | $4,058.00 |

B130 Asset Disposition

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B130 | 08/01/15 | WFJ | Correspondence from M. Rosenthal et al re closing on asset sale | 0.20 | 127.00 |
| B130 | 08/03/15 | SLL | Review Notice of Closing of Sale to Taylor Corporation | 0.10 | 88.00 |
| B130 | 08/03/15 | SLL | Review notice of filing of the trust agreement | 0.10 | 88.00 |
| B130 | 08/03/15 | WFJ | Review Notice of Closing of Sale to Taylor Corporation | 0.10 | 63.50 |

Standard Register Committee of Unsecured Creditors                                                    Page 5
Invoice No.: 747678                                                                       September 9, 2015

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B130 | 08/03/15 | WFJ | Correspondence with J. Edelson re filing of trust agreement with court | 0.20 | 127.00 |
| B130 | 08/10/15 | WFJ | Call with B. Nathan re sale matters | 0.20 | 127.00 |
| B130 | 08/19/15 | SLL | Review memorandum re: Taylor APA | 0.10 | 88.00 |
| B130 | 08/20/15 | AD | Review asset purchase agreement by and between the Debtors and Taylor Corporation | 0.10 | 36.00 |
| B130 | 08/20/15 | SLL | Review memorandum re: Taylor APA open issues | 0.10 | 88.00 |
| B130 | 08/31/15 | SLL | Review Debtors' Motion to Establish Procedures to Transfer, Abandon, or Sell De Minimis Assets | 0.30 | 264.00 |
| B130 | 08/31/15 | WFJ | Review Debtors' Motion to Establish Procedures to Transfer, Abandon, or Sell De Minimis Assets | 0.40 | 254.00 |

|  |  |  | **Total B130 - Asset Disposition** | 1.90 | $1,350.50 |

B140 Relief from Stay/Adequate Protection Proceedings

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B140 | 08/16/15 | AD | Review Georgia Pacific motion for stay relief | 0.20 | 72.00 |
| B140 | 08/16/15 | AD | Review and respond to emails re: Georgia Pacific motion for stay relief | 0.10 | 36.00 |
| B140 | 08/16/15 | SLL | Draft memorandum re: motion for stay relief | 0.10 | 88.00 |
| B140 | 08/16/15 | SLL | Draft correspondence to D. Wender re: stay relief motion | 0.10 | 88.00 |
| B140 | 08/18/15 | SLL | Telephone call with D. Wender re: stay relief motion issues | 0.20 | 176.00 |
| B140 | 08/18/15 | SLL | Review correspondence from D. Wender re: stay relief motion issues | 0.10 | 88.00 |

Standard Register Committee of Unsecured Creditors

Invoice No.: 747678

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B140 | 08/19/15 | SLL | Draft memorandum re: stay relief motion | 0.10 | 88.00 |
| B140 | 08/21/15 | SLL | Review memorandum re: stay motion | 0.10 | 88.00 |
| B140 | 08/21/15 | SLL | Review correspondence from D. Wender re: stay motion | 0.10 | 88.00 |
| | | | **Total B140 - Relief from Stay/Adequate Protection Proceedings** | 1.10 | $812.00 |

B150 Meetings of and Communication with Creditors

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B150 | 08/03/15 | AD | Draft email to committee members re: recently filed pleadings | 0.20 | 72.00 |
| B150 | 08/03/15 | SLL | Review correspondence from committee member re: deal status | 0.10 | 88.00 |
| B150 | 08/04/15 | KAR | Respond to inquiry from A. Schlack re: projected dividend | 0.30 | 285.00 |
| B150 | 08/04/15 | SLL | Review memorandum re: expected dividend for GUCs | 0.10 | 88.00 |
| B150 | 08/05/15 | WFJ | Call from committee members re claims | 0.20 | 127.00 |
| B150 | 08/06/15 | SLL | Review memorandum re: committee call | 0.10 | 88.00 |
| B150 | 08/06/15 | WFJ | Correspondence to Committee re next call and update | 0.20 | 127.00 |
| B150 | 08/06/15 | WFJ | Correspondence with P. Kizel et al re Committee communication | 0.20 | 127.00 |
| B150 | 08/07/15 | AD | Draft email to Committee members re: pleadings filed in the Debtors' cases | 0.60 | 216.00 |
| B150 | 08/07/15 | SLL | Review correspondence from committee member re: pension claims | 0.20 | 176.00 |

Standard Register Committee of Unsecured Creditors

Invoice No.: 747678

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B150 | 08/07/15 | WFJ | Draft memo to Committee re update in case | 0.60 | 381.00 |
| B150 | 08/10/15 | WFJ | Call with Zolfo re open issues in case and next steps | 0.40 | 254.00 |
| B150 | 08/11/15 | SLL | Review correspondence from committee member re: amended claims | 0.20 | 176.00 |
| B150 | 08/11/15 | SLL | Review correspondence from committee member re: SERP Calculation | 0.20 | 176.00 |
| B150 | 08/11/15 | SLL | Draft correspondence to committee member re: SERP Calculation | 0.10 | 88.00 |
| B150 | 08/11/15 | WFJ | Correspondence exchange re: SERP claims | 0.20 | 127.00 |
| B150 | 08/12/15 | AD | Draft email to Committee members re: recently filed pleadings | 0.20 | 72.00 |
| B150 | 08/12/15 | SLL | Review correspondence from committee member re: D&O litigation | 0.10 | 88.00 |
| B150 | 08/13/15 | AD | Draft email to Committee members re: pleadings filed in debtors' cases | 0.30 | 108.00 |
| B150 | 08/13/15 | PK | Review/edit e-mail to committee re: status of issues | 0.30 | 225.00 |
| B150 | 08/13/15 | SLL | Draft committee status report | 0.20 | 176.00 |
| B150 | 08/13/15 | SLL | Review correspondence from committee member re: claim review | 0.10 | 88.00 |
| B150 | 08/13/15 | SLL | Review correspondence from committee member re: plan and disclosure statement | 0.10 | 88.00 |
| B150 | 08/14/15 | AD | Draft email to committee members re: recently filed pleadings | 0.90 | 324.00 |
| B150 | 08/17/15 | AD | Draft email to Committee members re: recently filed pleadings | 0.30 | 108.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B150 | 08/18/15 | AD | Revise email to Committee members re: recently filed pleadings | 0.50 | 180.00 |
| B150 | 08/18/15 | WFJ | Draft memo to Committee re case update | 0.30 | 190.50 |
| B150 | 08/18/15 | WFJ | Correspondence with A. Behlmann et al re committee communication | 0.20 | 127.00 |
| B150 | 08/18/15 | WFJ | Call (.4) and correspondence (.1) with D. Wender re stay relief motion | 0.50 | 317.50 |
| B150 | 08/20/15 | AD | Draft email to Committee members re: update on case | 0.90 | 324.00 |
| B150 | 08/20/15 | PK | Review/comment on committee email re: status of various case issues including plan process and claims administration process and issues | 0.60 | 450.00 |
| B150 | 08/20/15 | WFJ | Memo to Committee re case update and recently filed pleadings | 0.60 | 381.00 |
| B150 | 08/21/15 | WFJ | Committee call re update | 0.20 | 127.00 |
| B150 | 08/26/15 | AD | Draft email to Committee members re: recently filed pleadings | 0.80 | 288.00 |
| B150 | 08/26/15 | WFJ | Prepare for 8/28/15 Committee call | 0.20 | 127.00 |
| B150 | 08/27/15 | SLL | Review and revise committee status report | 0.30 | 264.00 |
| B150 | 08/27/15 | SLL | Draft status report to committee | 0.20 | 176.00 |
| B150 | 08/27/15 | WFJ | Draft memo to Committee re recent filings and update | 0.70 | 444.50 |
| B150 | 08/28/15 | WFJ | Call from Committee member re: claims | 0.10 | 63.50 |
| | | | **Total B150 - Meetings of and Communication with Creditors** | 12.50 | $7,333.00 |

Standard Register Committee of Unsecured Creditors
Invoice No.: 747678

Page 9
September 9, 2015

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B160 Fee/Employment Applications | | | | | |
| B160 | 08/03/15 | WFJ | Draft supplemental declaration re parties-in-interest | 0.40 | 254.00 |
| B160 | 08/04/15 | SLL | Review Second Supplemental Certification Regarding Order Authorizing and Approving the Employment and Retention of Lowenstein Sandler LLP as to the Official Committee of Unsecured Creditors Effective as of March 24, 2015 | 0.10 | 88.00 |
| B160 | 08/04/15 | WFJ | Prepare supplemental declaration (.1) and correspondence with local counsel re same (.1) | 0.20 | 127.00 |
| B160 | 08/06/15 | WFJ | Prepare July fee statement | 1.10 | 698.50 |
| B160 | 08/13/15 | SLL | Review and revise fifth monthly fee application | 0.10 | 88.00 |
| B160 | 08/13/15 | SLL | Review Omnibus Order Regarding First Quarterly Fee Requests | 0.10 | 88.00 |
| B160 | 08/13/15 | WFJ | Prepare July fee application | 0.80 | 508.00 |
| B160 | 08/14/15 | EBL | Finalize fifth monthly fee application; coordinate filing and service with local counsel | 0.40 | 84.00 |
| B160 | 08/14/15 | SLL | Review Lowenstein Sandler's fifth monthly fee application | 0.10 | 88.00 |
| B160 | 08/14/15 | SLL | Review Order Approving Certain First Interim Fee Applications | 0.10 | 88.00 |
| B160 | 08/14/15 | WFJ | Prepare and file July fee statement | 0.60 | 381.00 |
| | | | **Total B160 - Fee/Employment Applications** | 4.00 | $2,492.50 |

B165 Employment and Retention Applications - Others

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B165 | 08/03/15 | SLL | Review and revise supplemental certification re: retention by GUC Trust | 0.10 | 88.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B165 | 08/05/15 | WFJ | Review Supplement to Interim Application for Compensation (First) and Reimbursement of Expenses as Delaware Bankruptcy Counsel and Conflicts Counsel for the Official Committee of Unsecured Creditors | 0.10 | 63.50 |
| B165 | 08/18/15 | WFJ | Review certification of Polsinelli re update | 0.10 | 63.50 |
| B165 | 08/25/15 | SLL | Review Zolfo July Fee Statement | 0.10 | 88.00 |
| B165 | 08/27/15 | SLL | Review Motion to Employ/Retain WilliamsMarston LLC as to Provide Interim Management Services and Designate Landen C. Williams as Replacement Chief Restructuring Officer and Treasurer Nunc Pro Tunc to August 26, 2015 | 0.30 | 264.00 |
| B165 | 08/27/15 | SLL | Review correspondence from D. MacGreevey re: engagement | 0.10 | 88.00 |
| B165 | 08/27/15 | WFJ | Prepare letter re Zolfo engagement | 0.30 | 190.50 |
| | | | **Total B165 - Employment and Retention Applications - Others** | 1.10 | $845.50 |

B175 Fee Applications and Invoices - Others

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B175 | 08/05/15 | WFJ | Correspondence from J. Edelson re fee requests | 0.20 | 127.00 |
| B175 | 08/11/15 | WFJ | Correspondence with J. Edelson and T. Labuda re Jefferies fee statement | 0.20 | 127.00 |
| B175 | 08/11/15 | WFJ | Review Monthly Staffing Report for Filing Period July 1, 2015 through July 31, 2015 Filed by McKinsey Recovery & Transformation Services U.S., LLC. | 0.10 | 63.50 |
| B175 | 08/13/15 | WFJ | Correspondence with J. Edelson and Zolfo re interim fee order | 0.20 | 127.00 |
| B175 | 08/14/15 | WFJ | Correspondence to UST re July fee statement | 0.10 | 63.50 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Standard Register Committee of Unsecured Creditors
Invoice No.: 747678

Page 11
September 9, 2015

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B175 | 08/14/15 | WFJ | Correspondence from J. Edelson and M. Linder re Jefferies fee application | 0.20 | 127.00 |
| B175 | 08/17/15 | WFJ | Correspondence from M. Linder at al re Jefferies' fee application | 0.20 | 127.00 |
| B175 | 08/17/15 | WFJ | Review Final  Application for Compensation and Reimbursement of Expenses of Lazard Freres & Co. LLC  and Lazard Middle Market LLC for the Monthly Period from July 1, 2015 through July 31, 2015 and Final for the period  March 12, 2015  to July 31, 2015 | 0.40 | 254.00 |
| B175 | 08/17/15 | WFJ | Review Monthly  Application for Compensation (Fifth) and Reimbursement of Expenses of Young Conaway Stargatt & Taylor, LLP  for the period  July 1, 2015 to July 31, 2015 | 0.20 | 127.00 |
| B175 | 08/18/15 | AD | Review Lazard final fee application | 0.50 | 180.00 |
| B175 | 08/18/15 | AD | Review and respond to emails re: Lazard final fee application | 0.30 | 108.00 |
| B175 | 08/18/15 | SLL | Review memorandum re: Lazard's final fee application | 0.10 | 88.00 |
| B175 | 08/18/15 | WFJ | Correspondence with M. Hojnacki re fee payments | 0.20 | 127.00 |
| B175 | 08/18/15 | WFJ | Correspondence with A. DeLeo and M. Cervi re Lazard final fee application | 0.40 | 254.00 |
| B175 | 08/19/15 | SLL | Review Monthly  Application for Compensation   and Reimbursement of Expenses of Dinsmore & Shohl LLP | 0.10 | 88.00 |
| B175 | 08/19/15 | WFJ | Correspondence with Zolfo re Lazard final fee application | 0.20 | 127.00 |
| | | | **Total B175 - Fee Applications and Invoices - Others** | 3.60 | $2,115.00 |

B180 Avoidance Action Analysis

| B180 | 08/04/15 | SLL | Draft memorandum re: avoidance actions | 0.20 | 176.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|---------------|-------|--------|
| B180 | 08/05/15 | SLL | Review memorandum re: transfer of avoidance actions outside of a plan | 0.10 | 88.00 |
| | | | **Total B180 - Avoidance Action Analysis** | 0.30 | $264.00 |

B185 Assumption/Rejection of Leases and Contracts

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|---------------|-------|--------|
| B185 | 08/03/15 | SLL | Review Notice Regarding Rejection of Certain Agreements as of Closing Date | 0.10 | 88.00 |
| B185 | 08/03/15 | WFJ | Review Notice of Rejection of Lease/Executory Contract | 0.20 | 127.00 |
| B185 | 08/03/15 | WFJ | Review Notice Regarding Reserved Contracts Schedule | 0.20 | 127.00 |
| B185 | 08/04/15 | AD | Review list of reserved contracts pursuant to sale of Debtors' assets | 0.40 | 144.00 |
| B185 | 08/04/15 | AD | Review list of insurance carriers put on notice in connection with director and officer liability claims | 0.40 | 144.00 |
| B185 | 08/04/15 | AD | Draft email to LS team re: reserved contracts schedule | 0.10 | 36.00 |
| B185 | 08/04/15 | SLL | Review memorandum re: Notice Regarding Reserved Contracts Schedule | 0.10 | 88.00 |
| B185 | 08/04/15 | SLL | Review correspondence from M. Rosenthal re: Debtors' CBA | 0.10 | 88.00 |
| B185 | 08/04/15 | SLL | Review Motion to Authorize Rejection of (I) that Certain Agreement By and Between the Graphic Communications Conference/International Brotherhood of Teamsters, Local No. 197-M and The Standard Register Company, Dated as of February 2, 2015, and (II) that Certain Agreement By and Between the Graphic Communications Union Local No. 594S, Subordinate to the Graphic Communications Conference of the International Brotherhood of Teamsters District Council, 9 and The Standard Register Company, Dated as of May 1, 2014, Nunc Pro Tunc to July 31, 2015 | 0.20 | 176.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B185 | 08/04/15 | WFJ | Review Motion to Authorize Rejection of (I) that Certain Agreement By and Between the Graphic Communications Conference/International Brotherhood of Teamsters, Local No. 197-M and The Standard Register Company, Dated as of February 2, 2015, and (II) that Certain Agreement By and Between the Graphic Communications Union Local No. 594S, Subordinate to the Graphic Communications Conference of the International Brotherhood of Teamsters District Council, 9 and The Standard Register Company | 0.30 | 190.50 |
| B185 | 08/04/15 | WFJ | Correspondence with P. Kizel re CBAs | 0.20 | 127.00 |
| B185 | 08/04/15 | WFJ | Correspondence with A. DeLeo re insurance contracts | 0.20 | 127.00 |
| B185 | 08/07/15 | SLL | Review Third Supplemental Cure Notice Setting Forth Resolution of Previously-Adjourned Contract Objections | 0.10 | 88.00 |
| B185 | 08/07/15 | WFJ | Review Third Supplemental Cure Notice Setting Forth Resolution of Previously-Adjourned Contract Objections | 0.10 | 63.50 |
| B185 | 08/14/15 | WFJ | Correspondence with M. Bouslog re motion to assume Anthem ASA (.1); review same (.6) | 0.80 | 508.00 |
| B185 | 08/17/15 | SLL | Review memorandum re: motion to assume the Anthem Insurance Contract | 0.10 | 88.00 |
| B185 | 08/17/15 | SLL | Review correspondence from M. Bouslog re: Motion to Assume Insurance Contract | 0.10 | 88.00 |
| B185 | 08/17/15 | WFJ | Review Notice Regarding Designation as Post-Closing Transferred Contract and Assumption and Assignment Thereof | 0.10 | 63.50 |
| B185 | 08/18/15 | SLL | Review list of assumed contracts | 0.10 | 88.00 |
| B185 | 08/18/15 | WFJ | Correspondence with A. DeLeo re motion to assume insurance policies | 0.20 | 127.00 |
| B185 | 08/18/15 | WFJ | Review Motion to Authorize the Debtors to (I) Amend Insurance Agreement and (II) Assume Insurance Agreement as Amended | 0.20 | 127.00 |
| B185 | 08/18/15 | WFJ | Correspondence with J. Graves re assumed/assigned contracts | 0.20 | 127.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Standard Register Committee of Unsecured Creditors | Page 14
Invoice No.: 747678 | September 9, 2015

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B185 | 08/21/15 | WFJ | Correspondence with D. Wender re stay relief motion | 0.20 | 127.00 |
| B185 | 08/25/15 | SLL | Review Second Notice Regarding Designation as Post-Closing Transferred Contract and Assumption and Assignment Thereofsr | 0.10 | 88.00 |
| B185 | 08/25/15 | WFJ | Review Second Notice Regarding Designation as Post-Closing Transferred Contract and Assumption and Assignment Thereof | 0.20 | 127.00 |
| B185 | 08/31/15 | SLL | Review Third Notice Regarding Designation as Post-Closing Transferred Contract and Assumption and Assignment Thereof | 0.10 | 88.00 |
| B185 | 08/31/15 | WFJ | Review Third Notice Regarding Designation as Post-Closing Transferred Contract and Assumption and Assignment Thereof | 0.20 | 127.00 |
| B185 | 08/31/15 | WFJ | Review Notice Regarding Designation as Removed Contract and Rejection Thereof | 0.20 | 127.00 |
| | | | **Total B185 - Assumption/Rejection of Leases and Contracts** | 5.50 | $3,514.50 |

B190 Other Contested Matters (excluding assumption/rejection motions)

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B190 | 08/02/15 | AD | Research re: estate other causes of action | 6.60 | 2,376.00 |
| B190 | 08/02/15 | SLL | Draft memorandum re: preferences | 0.10 | 88.00 |
| B190 | 08/03/15 | AD | Research re: additional estate claims | 6.40 | 2,304.00 |
| B190 | 08/03/15 | AD | Inter-office conference to discuss additional estate claims | 0.50 | 180.00 |
| B190 | 08/03/15 | SLL | Review memorandum re: claims | 0.30 | 264.00 |
| B190 | 08/03/15 | SLL | Review correspondence from T. Pande re: analysis | 0.20 | 176.00 |

Standard Register Committee of Unsecured Creditors
Invoice No.: 747678

Page 15
September 9, 2015

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B190 | 08/03/15 | SLL | Review correspondence from M. Cervi re:  analysis | 0.20 | 176.00 |
| B190 | 08/03/15 | WFJ | Meeting (.6) and correspondence (.4) with A. DeLeo re research in case re other estate claims | 1.00 | 635.00 |
| B190 | 08/03/15 | WFJ | Correspondence with local counsel re substitution order (.2); review certification of counsel re same (.1) | 0.30 | 190.50 |
| B190 | 08/04/15 | AD | Research re: additional estate claims | 10.30 | 3,708.00 |
| B190 | 08/04/15 | SLL | Review correspondence from M. Cervi re:  analysis | 0.10 | 88.00 |
| B190 | 08/04/15 | SLL | Review memorandum re: avoidance actions | 0.20 | 176.00 |
| B190 | 08/05/15 | AD | Research re: additional estate claims | 9.80 | 3,528.00 |
| B190 | 08/05/15 | SLL | Review memorandum re: complaint logistics | 0.10 | 88.00 |
| B190 | 08/05/15 | WFJ | Call with A. DeLeo re additional research in case | 0.30 | 190.50 |
| B190 | 08/05/15 | WFJ | Call with R. Larrinaga re trust matters | 0.20 | 127.00 |
| B190 | 08/05/15 | WFJ | Correspondence with A. Behlmann re other estate claims | 0.30 | 190.50 |
| B190 | 08/06/15 | AD | Research re: additional estate causes of action | 2.70 | 972.00 |
| B190 | 08/07/15 | AD | Research re: other estate claims | 1.90 | 684.00 |
| B190 | 08/07/15 | WFJ | Review memo re research in case | 0.70 | 444.50 |
| B190 | 08/08/15 | AD | Research re: other estate claims | 0.90 | 324.00 |
| B190 | 08/09/15 | AD | Research re: other estate claims | 0.70 | 252.00 |

Standard Register Committee of Unsecured Creditors    Page 16
Invoice No.: 747678    September 9, 2015

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B190 | 08/10/15 | AD | Research re: other estate claims | 7.30 | 2,628.00 |
| B190 | 08/11/15 | AD | Research re: other estate claims | 2.60 | 936.00 |
| B190 | 08/13/15 | AD | Research re: other estate claims | 1.80 | 648.00 |
| B190 | 08/13/15 | WFJ | Review Certification of Counsel Regarding Order Approving Settlement Agreement and General Release re trade secrets action | 0.30 | 190.50 |
| B190 | 08/13/15 | WFJ | Review Certification of Counsel Regarding Order Approving Settlement Agreement and General Release | 0.20 | 127.00 |
| B190 | 08/14/15 | AD | Research re: other estate claims | 3.80 | 1,368.00 |
| B190 | 08/14/15 | AD | Review and respond to emails re: claims | 0.10 | 36.00 |
| B190 | 08/14/15 | SLL | Review Order Approving Settlement Agreement and General Release and Dismissing Adversary Proceeding With Prejudice | 0.10 | 88.00 |
| B190 | 08/14/15 | SLL | Review memorandum re: claims | 0.20 | 176.00 |
| B190 | 08/14/15 | SLL | Review Notice of Agenda of Matters Scheduled for Hearing | 0.10 | 88.00 |
| B190 | 08/16/15 | SLL | Review critical dates memorandum | 0.10 | 88.00 |
| B190 | 08/16/15 | SLL | Review memorandum re: motion for stay relief | 0.40 | 352.00 |
| B190 | 08/17/15 | AD | Research re: other estate claims | 0.60 | 216.00 |
| B190 | 08/17/15 | WFJ | Review documents re prepetition transactions re plan matters | 1.30 | 825.50 |
| B190 | 08/18/15 | AD | Research re: other estate issues | 5.70 | 2,052.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B190 | 08/18/15 | AD | Review Debtors' motion to amend health insurance agreement | 0.40 | 144.00 |
| B190 | 08/18/15 | ADB | Coordinate filing of stipulated scheduling order | 0.30 | 154.50 |
| B190 | 08/18/15 | SLL | Review memorandum re: avoidance action proceeds | 0.40 | 352.00 |
| B190 | 08/18/15 | WFJ | Meeting with A. DeLeo re research in case | 0.20 | 127.00 |
| B190 | 08/18/15 | WFJ | Analysis of case law re potential estate claims | 1.70 | 1,079.50 |
| B190 | 08/19/15 | AD | Research re: other estate claims | 5.60 | 2,016.00 |
| B190 | 08/19/15 | AD | Inter-office conference re: claims | 0.90 | 324.00 |
| B190 | 08/19/15 | AD | Review various orders in the case re: claims | 0.30 | 108.00 |
| B190 | 08/19/15 | AD | Draft email to LS team re: claims | 0.10 | 36.00 |
| B190 | 08/19/15 | AD | Review and respond to emails re: assumption of liability issues | 0.10 | 36.00 |
| B190 | 08/19/15 | SLL | Review memorandum re: claims | 0.20 | 176.00 |
| B190 | 08/19/15 | SLL | Review memorandum re: issuance of summonses | 0.10 | 88.00 |
| B190 | 08/20/15 | AD | Research re: other estate claims | 0.80 | 288.00 |
| B190 | 08/20/15 | SLL | Review agenda of matters scheduled for hearing | 0.10 | 88.00 |
| B190 | 08/20/15 | SLL | Review critical dates memorandum | 0.10 | 88.00 |
| B190 | 08/20/15 | SLL | Review correspondence from D. MacGreevey re: post-closing work streams | 0.10 | 88.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Standard Register Committee of Unsecured Creditors
Invoice No.: 747678

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B190 | 08/21/15 | AD | Inter-office conference re: other estate claims | 0.10 | 36.00 |
| B190 | 08/21/15 | AD | Research re: other estate claims | 5.20 | 1,872.00 |
| B190 | 08/21/15 | SLL | Review memorandum re: call with debtors counsel | 0.10 | 88.00 |
| B190 | 08/21/15 | SLL | Review memorandum | 0.30 | 264.00 |
| B190 | 08/21/15 | SLL | Review critical dates memorandum | 0.10 | 88.00 |
| B190 | 08/21/15 | WFJ | Review supplemental declarations of Debtors' professionals | 0.20 | 127.00 |
| B190 | 08/24/15 | SLL | Review critical dates memorandum | 0.10 | 88.00 |
| B190 | 08/24/15 | WFJ | Correspondence from M. Linder and J. Edelson re Jefferies' fee application | 0.20 | 127.00 |
| B190 | 08/25/15 | WFJ | Correspondence with D. MacGreevy re engagement by trust | 0.20 | 127.00 |
| B190 | 08/26/15 | AD | Review and respond to emails re: claims | 0.30 | 108.00 |
| B190 | 08/26/15 | SLL | Review memorandum re: avoidance actions | 0.10 | 88.00 |
| B190 | 08/26/15 | SLL | Review critical dates memorandum | 0.20 | 176.00 |
| B190 | 08/26/15 | SLL | Review deferred comp numbers | 0.10 | 88.00 |
| B190 | 08/27/15 | SLL | Review critical dates memorandum | 0.10 | 88.00 |
| B190 | 08/27/15 | SLL | Review correspondence from M. Cervi re: Deferred Comp Numbers | 0.10 | 88.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Standard Register Committee of Unsecured Creditors                                       Page 19
Invoice No.: 747678                                                              September 9, 2015

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B190 | 08/27/15 | WFJ | Review Application/Motion to Employ/Retain WilliamsMarston LLC as to Provide Interim Management Services and Designate Landen C. Williams as Replacement Chief Restructuring Officer and Treasurer Nunc Pro Tunc to August 26, 2015 | 0.30 | 190.50 |
| | | | **Total B190 - Other Contested Matters (excluding assumption/rejection motions)** | 87.50 | $35,817.50 |

B200 - Operations

B210 Business Operations

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B210 | 08/01/15 | WFJ | Internal memo re estate assets | 0.20 | 127.00 |
| B210 | 08/02/15 | WFJ | Attention to estate assets research | 0.20 | 127.00 |
| B210 | 08/09/15 | WFJ | Internal memol re open matters | 0.10 | 63.50 |
| B210 | 08/10/15 | WFJ | Correspondence with M. Rosenthal re update call | 0.30 | 190.50 |
| B210 | 08/12/15 | SLL | Review memorandum re: Debtors' call | 0.20 | 176.00 |
| B210 | 08/12/15 | WFJ | Call with Debtors' counsel re open matters in case re winddown | 1.10 | 698.50 |
| B210 | 08/12/15 | WFJ | Prepare for 8/12/15 call with Debtors' counsel re winddown issues | 0.30 | 190.50 |
| B210 | 08/12/15 | WFJ | Internal memo re winddown issues | 0.40 | 254.00 |
| B210 | 08/13/15 | WFJ | Correspondence with M. Bouslog re company name change (.2); review order re same (.1) | 0.30 | 190.50 |
| B210 | 08/14/15 | SLL | Review correspondence from J. Graves re: Bank Account Closures | 0.10 | 88.00 |
| B210 | 08/14/15 | WFJ | Review agenda re 8/18/15 hearing | 0.10 | 63.50 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B210 | 08/14/15 | WFJ | E-mail from J. Graves re closing of bank accounts | 0.20 | 127.00 |
| B210 | 08/14/15 | WFJ | Review Order Amending Case Caption | 0.10 | 63.50 |
| B210 | 08/14/15 | WFJ | Review Order (OMNIBUS) Approving Certain First Interim Fee Applications | 0.10 | 63.50 |
| B210 | 08/14/15 | WFJ | Review Order Approving Settlement Agreement and General Release and Dismissing Adversary Proceeding With Prejudice | 0.10 | 63.50 |
| B210 | 08/14/15 | WFJ | Review Order Approving Settlement Agreement and General Release and Dismissing Adversary Proceeding With Prejudice | 0.10 | 63.50 |
| B210 | 08/15/15 | WFJ | Internal memo re open matters | 0.20 | 127.00 |
| B210 | 08/20/15 | SLL | Review June monthly operating report | 0.10 | 88.00 |
| B210 | 08/20/15 | WFJ | Correspondence with M. Rosenthal re information request and update | 0.30 | 190.50 |
| B210 | 08/21/15 | WFJ | Call with Debtors' professionals re plan and claims update | 0.90 | 571.50 |
| B210 | 08/21/15 | WFJ | Internal memol re winddown issues | 0.30 | 190.50 |
| B210 | 08/21/15 | WFJ | Correspondence with D. MacGreevey re CRO | 0.20 | 127.00 |
| B210 | 08/27/15 | SLL | Review  Debtor-In-Possession Monthly Operating Report for Filing Period June 29, 2015 - August 2, 2015 | 0.20 | 176.00 |
| B210 | 08/27/15 | WFJ | Review Debtor-In-Possession Monthly Operating Report for Filing Period June 29, 2015 - August 2, 2015 | 0.20 | 127.00 |
| | | | **Total B210 - Business Operations** | 6.30 | $4,147.50 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Standard Register Committee of Unsecured Creditors
Invoice No.: 747678

Page 21
September 9, 2015

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B300 - Claims and Plan | | | | | |
| | | | | | |
| B310 Claims Administration and Objections | | | | | |
| | | | | | |
| B310 | 08/03/15 | WFJ | Internal memo re claims matters | 0.20 | 127.00 |
| B310 | 08/04/15 | WFJ | Internal memo re other estate claims | 0.60 | 381.00 |
| B310 | 08/04/15 | WFJ | Internal memo re other estate claims | 0.40 | 254.00 |
| B310 | 08/06/15 | SLL | Review correspondence from committee member re: SERP calculations | 0.20 | 176.00 |
| B310 | 08/07/15 | PK | Review information from Zolfo re: SERP/deferred comp claims | 0.20 | 150.00 |
| B310 | 08/07/15 | SLL | Review correspondence from M. Cervi re: SERP claims | 0.10 | 88.00 |
| B310 | 08/07/15 | WFJ | Correspondence with Zolfo re SERP and other claims | 0.30 | 190.50 |
| B310 | 08/08/15 | WFJ | Internal memo re claims | 0.20 | 127.00 |
| B310 | 08/09/15 | SLL | Review memorandum re: claims process | 0.10 | 88.00 |
| B310 | 08/10/15 | SLL | Draft memorandum re: SERP claims | 0.20 | 176.00 |
| B310 | 08/10/15 | SLL | Telephone call with M. Cervi re: SERP claims | 0.20 | 176.00 |
| B310 | 08/17/15 | WFJ | Correspondence from M. Bouslog re notice re medical claims | 0.10 | 63.50 |
| B310 | 08/17/15 | WFJ | Call from vendor re 2 pending claims (.3); review same (.2) | 0.50 | 317.50 |
| B310 | 08/19/15 | WFJ | Internal memo re research re claims matters | 0.20 | 127.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B310 | 08/19/15 | WFJ | Correspondence with D. MacGreevey re claims | 0.20 | 127.00 |
| B310 | 08/19/15 | WFJ | Review Certification of Counsel Regarding Order Approving Stipulation By and Between the Debtors and Factory Mutual Insurance Company Regarding Insurance Claim | 0.20 | 127.00 |
| B310 | 08/19/15 | WFJ | Correspondence with J. Graves re claims and case winddown issues | 0.20 | 127.00 |
| B310 | 08/19/15 | WFJ | Call from R. Wrente re claims | 0.20 | 127.00 |
| B310 | 08/19/15 | WFJ | Correspondence with Debtors' counsel re claims | 0.20 | 127.00 |
| B310 | 08/19/15 | WFJ | Correspondence with Zolfo re claims | 0.20 | 127.00 |
| B310 | 08/20/15 | SLL | Review correspondence from D. MacGreevey re: claims | 0.10 | 88.00 |
| B310 | 08/20/15 | SLL | Telephone call with D. MacGreevey re: claims | 0.10 | 88.00 |
| B310 | 08/20/15 | SLL | Review correspondence from M. Bouslog re: claim amounts | 0.10 | 88.00 |
| B310 | 08/20/15 | SLL | Review Order Approving Stipulation By and Between the Debtors and Factory Mutual Insurance Company Regarding Insurance Claim | 0.10 | 88.00 |
| B310 | 08/20/15 | SLL | Review memorandum re: bar dates | 0.10 | 88.00 |
| B310 | 08/20/15 | SLL | Review correspondence from M. Rosenthal re: claim amounts | 0.10 | 88.00 |
| B310 | 08/20/15 | WFJ | Internal memo re administrative claims | 0.20 | 127.00 |
| B310 | 08/20/15 | WFJ | Review 503(b)(9) claims re drop shipment issue | 0.70 | 444.50 |
| B310 | 08/20/15 | WFJ | Call with Zolfo re open tasks post Taylor closing on claims | 0.40 | 254.00 |

Standard Register Committee of Unsecured Creditors
Invoice No.: 747678

Page 23
September 9, 2015

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B310 | 08/20/15 | WFJ | Correspondence with D. MacGreevey re claims and next steps | 0.30 | 190.50 |
| B310 | 08/21/15 | SLL | Review objections to claims | 0.10 | 88.00 |
| B310 | 08/21/15 | WFJ | Internal memo re claims | 0.20 | 127.00 |
| B310 | 08/21/15 | WFJ | Review 3 omnibus objections to claims | 0.80 | 508.00 |
| B310 | 08/23/15 | WFJ | Review memo re claims | 0.20 | 127.00 |
| B310 | 08/26/15 | WFJ | Internal memo re claims | 0.30 | 190.50 |
| B310 | 08/26/15 | WFJ | Correspondence with Debtors' counsel et al re benefit claims | 0.30 | 190.50 |
| B310 | 08/27/15 | WFJ | Correspondence with M. Cervi re deferred compensation matters | 0.20 | 127.00 |
| B310 | 08/27/15 | WFJ | Correspondence with Debtors' counsel et al re Mercer and employee claims | 0.60 | 381.00 |
| B310 | 08/28/15 | WFJ | Correspondence with M. Bouslog et al re deferred comp and claims | 0.30 | 190.50 |
| | | | **Total B310 - Claims Administration and Objections** | 9.90 | $6,677.00 |

B320 Plan and Disclosure Statement (including Business Plan)

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B320 | 08/10/15 | WFJ | Review order an motion re exclusivity deadlines | 0.20 | 127.00 |
| B320 | 08/12/15 | PK | Prepare for and participate in call with Debtors' counsel regarding case update, plan/DS status, claims reconciliation plan, SERP/deferred comp claims calculations and other winddown matters | 1.20 | 900.00 |
| B320 | 08/17/15 | WFJ | Call with Debtors' counsel re plan process and related issues | 0.40 | 254.00 |

Standard Register Committee of Unsecured Creditors Page 24
Invoice No.: 747678 September 9, 2015

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B320 | 08/17/15 | WFJ | Correspondence with M. Bouslog re plan issues | 0.20 | 127.00 |
| B320 | 08/18/15 | SLL | Review memorandum re: solicitation motion | 0.10 | 88.00 |
| B320 | 08/19/15 | WFJ | Internal team conference re open claims and plan issues | 0.90 | 571.50 |
| B320 | 08/20/15 | SLL | Review memorandum re: proposed plan timeline | 0.10 | 88.00 |
| B320 | 08/20/15 | WFJ | Correspondence with M. Bouslog re plan matters | 0.20 | 127.00 |
| B320 | 08/21/15 | SLL | Review correspondence from M. Bouslog re: plan timeline | 0.10 | 88.00 |
| B320 | 08/21/15 | WFJ | Internal memo re plan update | 0.20 | 127.00 |
| B320 | 08/21/15 | WFJ | Correspondence with M. Bouslog re plan timetable | 0.20 | 127.00 |
| B320 | 08/22/15 | WFJ | Review e-mail re open plan matters | 0.20 | 127.00 |
| B320 | 08/24/15 | AD | Review and respond to emails re: schedule for plan confirmation | 0.20 | 72.00 |
| B320 | 08/24/15 | WFJ | Appear at status conference re plan process | 0.50 | 317.50 |
| B320 | 08/24/15 | WFJ | Correspondence with A. DeLeo re plan issues | 0.20 | 127.00 |
| B320 | 08/25/15 | SLL | Review and revise draft Solicitation Motion | 0.20 | 176.00 |
| B320 | 08/25/15 | WFJ | Correspondence with J. Graves re solicitation motion (.1); review same (.3); correspondence with A. Behlmann re same (.1) | 0.50 | 317.50 |
| B320 | 08/26/15 | SLL | Review proposed plan timeline | 0.10 | 88.00 |
| B320 | 08/26/15 | WFJ | Correspondence with A. Behlmann et al re plan matters | 0.30 | 190.50 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B320 | 08/29/15 | ADB | Review draft solicitation procedures motion | 2.40 | 1,236.00 |
| B320 | 08/31/15 | ADB | Exchange e-mails with debtors' counsel re: solicitation procedures motion | 0.30 | 154.50 |
| B320 | 08/31/15 | ADB | Review two revised drafts of solicitation procedures motion | 0.90 | 463.50 |
| B320 | 08/31/15 | SLL | Review memorandum re: Solicitation Motion | 0.20 | 176.00 |
| B320 | 08/31/15 | SLL | Review revised solicitation motion | 0.20 | 176.00 |
| B320 | 08/31/15 | SLL | Review correspondence from J. Graves re: solicitation motion | 0.10 | 88.00 |
| B320 | 08/31/15 | SLL | Review Debtors' Motion for an Order (I) Scheduling Combined Hearing on Approval of Disclosure Statement and Confirmation of Plan, (II) Establishing Procedures for Solicitation and Tabulation of Votes on Plan and (III) Approving Related Matters | 0.20 | 176.00 |
| B320 | 08/31/15 | WFJ | Correspondence with A. Behlmann re solicitation motion and comments to same | 0.30 | 190.50 |
| B320 | 08/31/15 | WFJ | Correspondence with Debtors' counsel re solicitation motion and comments to same | 0.20 | 127.00 |
| B320 | 08/31/15 | WFJ | Review changes to solicitation motion | 0.20 | 127.00 |
| | | | **Total B320 - Plan and Disclosure Statement (including Business Plan)** | 11.00 | $6,954.50 |

B400 - Bankruptcy-Related Advice


B430 Adversary Proceedings and Bankruptcy Court Litigation

| | | | | | |
|------|------|------------|----------------|-------|--------|
| B430 | 08/12/15 | WFJ | Correspondence with A. Behlmann re service of process | 0.10 | 63.50 |

Standard Register Committee of Unsecured Creditors

Invoice No.: 747678

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| | | | **Total B430 - Adversary Proceedings and Bankruptcy Court Litigation** | 0.10 | $63.50 |

B460 Other - Insurance Matters

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B460 | 08/12/15 | WFJ | Correspondence with M. Bouslog re Global Insurance Stipulation (.1); review same (.2) | 0.30 | 190.50 |
| | | | **Total B460 - Other - Insurance Matters** | 0.30 | $190.50 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Standard Register Committee of Unsecured Creditors                                       Page 27
Invoice No.: 747678                                                          September 9, 2015

**Timekeeper Summary** (by Task):

| Task | Task Description | Hours | Fees |
|------|-----------------|-------|------|
| B110 | Case Administration | 8.80 | $4,058.00 |
| B130 | Asset Disposition | 1.90 | $1,350.50 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 1.10 | $812.00 |
| B150 | Meetings of and Communication with Creditors | 12.50 | $7,333.00 |
| B160 | Fee/Employment Applications | 4.00 | $2,492.50 |
| B165 | Employment and Retention Applications - Others | 1.10 | $845.50 |
| B175 | Fee Applications and Invoices - Others | 3.60 | $2,115.00 |
| B180 | Avoidance Action Analysis | 0.30 | $264.00 |
| B185 | Assumption/Rejection of Leases and Contracts | 5.50 | $3,514.50 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 87.50 | $35,817.50 |
| B210 | Business Operations | 6.30 | $4,147.50 |
| B310 | Claims Administration and Objections | 9.90 | $6,677.00 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 11.00 | $6,954.50 |
| B430 | Adversary Proceedings and Bankruptcy Court Litigation | 0.10 | $63.50 |
| B460 | Other - Insurance Matters | 0.30 | $190.50 |
|      | **Total** | **153.90** | **$ 76,635.50** |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**