# EXHIBIT B

| | |
|---|---|
| Standard Register Committee of Unsecured Creditors | Page 28 |
| Invoice No.: 747678 | September 9, 2015 |

**EXHIBIT B**

**Actual and necessary disbursements incurred by Lowenstein Sandler LLP**

**II. Summary of Disbursement Charges**

| | |
|---|---:|
| Computerized legal research | $1,076.93 |
| Telecommunications | $134.98 |
| Travel | $944.00 |
| Photocopies 1 pages at $0.10 per page | $0.10 |
| **Total Disbursements** | **$2,156.01** |

The above charges are based upon time and expense records available on or about the date of the attached letter. Such records are believed in good faith to be accurate and substantially up to date, but there may be fees and expenses that have not been processed as of such date which Lowenstein Sandler LLP may submit in the future. Lowenstein Sandler LLP reserves the right to amend this monthly statement at a later date.

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Standard Register Committee of Unsecured Creditors  Page 30
Invoice No.: 747678  September 9, 2015

**DISBURSEMENT DETAIL:**

| Date | Description | Amount |
|---|---|---|
| 07/03/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19163043 DATE: 7/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | $2.93 |
| 07/03/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19163043 DATE: 7/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 1.61 |
| 07/09/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19163043 DATE: 7/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 7.11 |
| 07/10/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19163043 DATE: 7/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 6.11 |
| 07/10/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19163043 DATE: 7/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 0.91 |
| 07/10/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19163043 DATE: 7/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 3.86 |
| 07/10/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19163043 DATE: 7/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 3.48 |
| 07/10/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19163043 DATE: 7/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 0.94 |
| 07/10/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19163043 DATE: 7/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 14.57 |
| 07/17/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19163043 DATE: 7/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 10.96 |
| 07/17/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19163043 DATE: 7/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 0.10 |
| 07/17/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19163043 DATE: 7/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 4.86 |
| 07/17/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19163043 DATE: 7/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 3.61 |
| 07/17/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19163043 DATE: 7/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 0.79 |
| 07/17/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19163043 DATE: 7/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 3.61 |
| 07/17/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19163043 DATE: 7/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 0.82 |
| 07/17/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19163043 DATE: 7/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 4.14 |
| 07/17/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19163043 DATE: 7/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 0.16 |
| 07/20/15 | Long distance telephone - External  VENDOR: Premiere | 1.40 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Standard Register Committee of Unsecured Creditors  Page 31
Invoice No.: 747678  September 9, 2015

| Date | Description | Amount |
|---|---|---|
| | Global Services INVOICE#: 19163043 DATE: 7/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | |
| 07/20/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19163043 DATE: 7/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 3.49 |
| 07/27/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19163043 DATE: 7/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 18.16 |
| 07/29/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19163043 DATE: 7/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 2.13 |
| 07/29/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19163043 DATE: 7/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 2.57 |
| 07/31/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19163043 DATE: 7/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 18.29 |
| 07/31/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19163043 DATE: 7/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 1.09 |
| 07/31/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19163043 DATE: 7/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 3.75 |
| 07/31/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19163043 DATE: 7/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 0.60 |
| 07/31/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19163043 DATE: 7/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 4.33 |
| 07/31/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19163043 DATE: 7/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 4.14 |
| 07/31/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19163043 DATE: 7/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 0.16 |
| 07/31/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19163043 DATE: 7/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 4.14 |
| 07/31/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19163043 DATE: 7/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 0.16 |
| 06/30/15 | Amtrak Rail travel  VENDOR: American Express/Trv. INVOICE#: 072815-1 DATE: 7/30/2015 Ticket #: 5063014531; Route: NWK.WIL NWK; Date: 07/01/2015; LTS #: 163283 | 265.00 |
| 06/30/15 | Amtrak Rail travel  VENDOR: American Express/Trv. INVOICE#: 072815-1 DATE: 7/30/2015 Ticket #: 0649207810; Route: ; Date: ; LTS #: 163283 | 39.00 |
| 07/06/15 | Amtrak Rail travel  VENDOR: American Express/Trv. INVOICE#: 072815-1 DATE: 7/30/2015 Ticket #: 0649380925; Route: ; Date: ; LTS #: 163595 | 39.00 |
| 07/07/15 | Amtrak Rail travel  VENDOR: American Express/Trv. INVOICE#: 072815-1 DATE: 7/30/2015 Ticket #: 5070716551; Route: NWK BOS NYP; Date: 07/12/2015; LTS #: 163749 | 187.00 |
| 07/07/15 | Amtrak Rail travel  VENDOR: American Express/Trv. INVOICE#: 072815-1 DATE: 7/30/2015 Ticket #: 5070711171; Route: NWK BOS NYP; Date: 07/08/2015; | 298.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Standard Register Committee of Unsecured Creditors  Page 32
Invoice No.: 747678  September 9, 2015

|  |  | LTS #: 163671 |  |
|---|---|---|---|
| 07/07/15 | | Amtrak Rail travel  VENDOR: American Express/Trv. INVOICE#: 072815-1 DATE: 7/30/2015 Ticket #: 0649433622; Route: ; Date: ; LTS #: 163749 | 39.00 |
| 07/07/15 | | Amtrak Rail travel  VENDOR: American Express/Trv. INVOICE#: 072815-1 DATE: 7/30/2015 Ticket #: 0649406260; Route: ; Date: ; LTS #: 163671 | 39.00 |
| 07/08/15 | | Amtrak Rail travel  VENDOR: American Express/Trv. INVOICE#: 072815-1 DATE: 7/30/2015 Ticket #: 0649463629; Route: ; Date: ; LTS #: 163798 | 15.00 |
| 07/08/15 | | Amtrak Rail travel  VENDOR: American Express/Trv. INVOICE#: 072815-1 DATE: 7/30/2015 Ticket #: 0649463644; Route: ; Date: ; LTS #: 163823 | 39.00 |
| 07/08/15 | | Amtrak Rail travel  VENDOR: American Express/Trv.; INVOICE#: 072815-1; DATE: 7/30/2015  -  VENDOR: American Express/Trv. INVOICE#: 072815-1 DATE: 7/30/2015  Ticket# 8634530304 \| | -16.00 |
| 08/01/15 | | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | $8.00 |
| 08/02/15 | | Computerized legal research: Westlaw: User Name:  DE LEO,ANTHONY / Duration of Search:  00:00 / Transaction:  38 / Docs/Lines:  0 | 395.96 |
| 08/03/15 | | Computerized legal research: Westlaw: User Name:  DE LEO,ANTHONY / Duration of Search:  00:00 / Transaction:  19 / Docs/Lines:  0 | 49.00 |
| 08/04/15 | | Computerized legal research: Westlaw: User Name:  DE LEO,ANTHONY / Duration of Search:  00:00 / Transaction:  397 / Docs/Lines:  0 | 97.99 |
| 08/02/15 | | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 08/03/15 | | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 08/04/15 | | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 08/10/15 | | Computerized legal research: Westlaw: User Name:  DE LEO,ANTHONY / Duration of Search:  00:00 / Transaction:  114 / Docs/Lines:  0 | 88.99 |
| 08/05/15 | | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 08/06/15 | | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 08/07/15 | | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 08/08/15 | | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 08/09/15 | | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 08/10/15 | | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / | 8.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Standard Register Committee of Unsecured Creditors  Page 33
Invoice No.: 747678  September 9, 2015

|  |  |  |
|---|---|---:|
|  | Transaction: 1 / Docs/Lines: 0 |  |
| 08/11/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 08/17/15 | Computerized legal research: Westlaw: User Name:  DE LEO,ANTHONY / Duration of Search:  00:00 / Transaction: 16 / Docs/Lines:  0 | 49.00 |
| 08/13/15 | Computerized legal research: Westlaw:  User Name: LIFSHITZ,DAVID / Duration of Search:  00:00 / Transaction:  2 / Docs/Lines:  0 | 147.99 |
| 08/12/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 08/13/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 08/14/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 08/15/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 08/16/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 08/17/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 08/18/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 08/19/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 08/20/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 08/21/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 08/22/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 08/23/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 08/24/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 08/25/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 08/26/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 08/27/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Standard Register Committee of Unsecured Creditors     Page 34
Invoice No.: 747678     September 9, 2015

| Date | Description | Amount |
|---|---|---:|
| 08/28/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 08/29/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 08/30/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 08/31/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
|  | Internal photocopies:  1 pages at $0.10 per page | 0.10 |
|  | **Total Disbursements** | **$2,156.01** |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**