# CERTIFICATE OF SERVICE

I, Jason M. Liberi, hereby certify that on September 15, 2015, I caused the foregoing Silver Point Finance, LLC's Limited Objection To (A) Debtors' Motion To Establish Procedures To Transfer, Abandon, Or Sell De Minimis Assets And (B) Debtors' Motion For Entry Of An Order Authorizing The Debtors To (I) Amend Insurance Agreement And (II) Assume Insurance Agreement As Amended to be served on the parties listed below by first-class mail unless otherwise indicated.

Michael R. Nestor, Esq.
Kara Hammond Coyle, Esq.
Maris J. Kandestin, Esq.
Andrew Magaziner, Esq.
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
**By Hand Delivery**

Robert A. Klyman, Esq.
Samuel A. Newman, Esq.
Jeremy L. Graves, Esq.
Sabina Jacobs, Esq.
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071-1512

Christopher A. Ward, Esq.
Justin K. Edelson, Esq.
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE  19801
**By Hand Delivery**

Mark S. Kenney, Esq.
Office of the United States Trustee
Lockbox 35
844 North King Street, Room 2207
Wilmington, Delaware 19801
**By Hand Delivery**

Kenneth A. Rosen, Esq.
Sharon L. Levine, Esq.
Lowenstein Sandler LLP
65 Livingston Avenue
Roseland, NJ  07068

Gerald C. Bender, Esq.
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, NY 10020

*/s/ Jason M. Liberi*
Jason M. Liberi