**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON SEPTEMBER 21, 2015 AT 10:00 A.M. (ET)**

**ADJOURNED MATTERS**

1.  Debtors' Motion for (I) an Order (A) Establishing Sale Procedures Relating to the Sale of Substantially All of the Debtors' Assets; (B) Approving Bid Protections; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts; (D) Approving Form and Manner of Notice of All Procedures, Protections, Schedules, and Agreements; (E) Scheduling a Hearing to Consider the Proposed Sale; and (F) Granting Certain Related Relief; and (II) an Order (A) Approving the Sale of Substantially All of the Debtors' Assets and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale [D.I. 23; 3/12/15] (*This matter is scheduled solely with respect to cure/contract objections*)

    Related Documents:

    a)  Order (I) Establishing Sale Procedures Relating to the Sale of Substantially All of the Debtors' Assets; (II) Approving the Maximum Reimbursement Amount; (III) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts; (IV) Approving Form and Manner of Notice of All Procedures, Protections, Schedules, and Agreements; (V) Scheduling a Hearing to Consider the Proposed Sale; and (VI) Granting Certain Related Relief [D.I. 286; 4/15/15]

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

b)  Notice of Sale, Sale Procedures, Auction and Sale Hearing [D.I. 295; 4/16/15]

c)  Notice of (I) Entry into Stalking Horse Agreement and (II) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially All of the Debtors' Assets [D.I. 307; 4/17/15]

d)  First Amended Notice of (I) Entry into Stalking Horse Agreement and (II) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially All of the Debtors' Assets [D.I. 356; 4/27/15]

e)  Second Amended Notice of (I) Entry into Stalking Horse Agreement and (II) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially All of the Debtors' Assets [D.I. 461; 5/8/15]

f)  Corrected Second Amended Notice of (I) Entry into Stalking Horse Agreement and (II) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially All of the Debtors' Assets [D.I. 497; 5/11/15]

g)  Third Amended Notice of (I) Entry into Stalking Horse Agreement and (II) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially All of the Debtors' Assets [D.I. 515; 5/14/15]

h)  Supplement to Debtors' Sale Motion [D.I. 559; 5/27/15]

i)  Debtors' Omnibus Reply in Support of the Sale Motion [D.I. 667; 6/15/15]

j)  Notice of Filing of Final List of Executory Contracts and Unexpired Leases That May be Potentially Assumed and Assigned in Connection with the Sale of Substantially All of the Debtors' Assets [D.I. 681; 6/16/15]

k)  Order (I) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Certain Related Relief [D.I. 698; 6/19/15]

    l)    Notice of Filing of Final Form of Asset Purchase Agreement Entered into By and Between the Debtors and the Back-Up Bidder in Connection with the Sale of Substantially All of the Debtors' Assets [D.I. 699; 6/19/15]

    m)    First Supplemental Cure Notice Setting Forth (I) Resolution of Previously-Adjourned Contract Objections and (II) Agreed-Upon Modifications to Cure List Approved by Sale Order [D.I. 819; 7/10/15]

    n)    Second Supplemental Cure Notice Setting Forth Resolution of Previously-Adjourned Contract Objections [D.I. 877; 7/28/15]

    o)    Third Supplemental Cure Notice Setting Forth Resolution of Previously-Adjourned Contract Objections [D.I. 912; 8/7/15]

Objection Deadline with Respect to the Proposed Cure Amounts:   May 8, 2015 at 4:00 p.m. (ET) [Extended for various parties]

Objections/Responses Received with Respect to Proposed Cure Amounts:

    p)    Limited Objection by GCCFC 2005-GG5 Terminus Industrial Limited Partnership to Proposed Cure Amount [D.I. 441; 5/8/15]

    q)    Objection by CareSource Management Group Co. to Proposed Cure Amount [D.I. 446; 5/8/15]

    r)    Objection of Memorial Hermann Health System to Proposed Cure Amount [D.I. 459; 5/8/15]

Status:   With respect to the listed responses, these matters are adjourned to the next scheduled omnibus hearing on October 14, 2015.  No hearing is necessary.

2.    Georgia-Pacific Consumer Products LP's Motion for Relief from the Automatic Stay to Permit Setoff Under Section 553 of the Bankruptcy Code [D.I. 198; 4/6/15]

    Related Documents:   None.

    Objection Deadline:   May 5, 2015 at 4:00 p.m. (ET) [Extended for the Debtors and Silver Point Finance, LLC]

    Objections/Responses Received:   None to date.

    Status:   This matter has been adjourned to the next scheduled omnibus hearing on October 14, 2015.  The Debtors and Georgia Pacific have reached an agreement regarding Georgia Pacific's cure amount. In the event that Georgia-Pacific's contract is rejected in conjunction with the ongoing sale

process, all parties' rights are reserved with respect to setoff and the allocation thereof.

3. Debtors' First (1st) Omnibus (Substantive) Objection to Claims (Drop-Ship Administrative Priority Claims) Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and local Rule 3007-1 [D.I. 964; 8/21/15]

    Related Documents:    None.

    Objection Deadline:    September 4, 2015 at 4:00 p.m. (ET) [Extended to September 10, 2015 at 4:00 p.m. (ET) for Harmon Press, Inc.; One TouchPoint East Corp. (f/k/a Berman Printing); and One TouchPoint Mountain States, LLC (f/k/a NSO Press); Extended to September 25, 2015 for Business Card Services, Inc.]

    Objections/Responses Received:

    a) Response of Yankee Schooner to Debtors' First (1st) Omnibus (Substantive) Objection to Claims (Drop-Ship Administrative Priority Claims) [D.I. 1010; 9/3/15]

    b) Response of Quick Tech Graphics to Debtors' First (1st) Omnibus (Substantive) Objection to Claims (Drop-Ship Administrative Priority Claims) [D.I. 1011; 9/2/15]

    c) Response to Objection Debtors' First (1st) Omnibus (Substantive) to Claims (Drop-Ship Administrative Priority Claims) by The Envelope Printery [D.I. 1016; 9/4/15]

    d) Response of Wholesale Printing Co. to Debtors' First (1st) Omnibus (Substantive) Objection to Claims (Drop-Ship Administrative Priority Claims) [D.I. 1017; 9/4/15]

    e) Response of Design Type, Inc. to Debtors' First (1st) Omnibus (Substantive) Objection to Claims (Drop-Ship Administrative Priority Claims) [D.I. 1018; 9/4/15]

    f) Limited Objection/Response of Party-in-Interest, TLF Graphics, to Debtors' First (1st) Omnibus (Substantive) Objection to Claims (Drop-Ship Administrative Priority Claims) [D.I. 1019; 9/4/15]

    g) Response of Harmony Press, Inc. in Opposition to Debtors' First (1st) Omnibus (Substantive) Objection to Claims (Drop-Ship Administrative Priority Claims) [D.I. 1030; 9/10/15]

01:17677064.3

Status: The claimants that filed responses listed as items (a), (b), (c), (e) and (f), were not included in the exhibit to the objection, but were served—along with all claimants that have asserted a claim under section 503(b)(9) of the Bankruptcy Code—with the objection and given an opportunity to respond. The Debtors' undersigned counsel has discussed the relief requested with each applicable claimant. This matter has been adjourned to the next scheduled omnibus hearing on October 14, 2015.

**UNCONTESTED MATTER WITH CERTIFICATION FILED**

4. Debtors' Second (2nd) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and local Rule 3007-1 [D.I. 965; 8/21/15]

   Related Documents:

   a) Notice of Corrected Exhibits to Various Omnibus Objections to Claims [D.I. 987; 8/28/15]

   b) Certification of Counsel [D.I. 1049; 9/16/15]

   c) Proposed Order

   Objection Deadline: September 4, 2015 at 4:00 p.m. (ET) [Extended to September 11, 2015 for those claimants affected by the corrected exhibits.]

   Objections/Responses Received: None.

   Status: A proposed form of order has been submitted under certification of counsel. No hearing is necessary.

**CONTESTED MATTERS GOING FORWARD**

5. Debtors' Motion for Order Pursuant to 11 U.S.C. § 1113(c) Authorizing Rejection of (I) that Certain Agreement By and Between the Graphic Communications Conference/International Brotherhood of Teamsters, Local No. 197-M and The Standard Register Company, Dated as of February 2, 2015, and (II) that Certain Agreement By and Between the Graphic Communications Union Local No. 594S, Subordinate to the Graphic Communications Conference of the International Brotherhood of Teamsters District Council, 9 and The Standard Register Company, Dated as of May 1, 2014, *Nunc Pro Tunc* to July 31, 2015 [D.I. 895; 8/4/15]

   Related Documents: None.

    Objection Deadline: August 11, 2015 at 4:00 p.m. (ET) [Extended to September 16, 2015 at 12:00 p.m. (ET) for the Union]

    Objections/Responses Received:

        a) Informal Response from the Union

    Status: The Debtors and the Union are in discussions regarding an agreed-upon stipulation resolving the Motion. This matter is going forward.

6. Debtors' Motion for Entry of an Order Authorizing the Debtors to (I) Amend Insurance Agreement and (II) Assume Insurance Agreement as Amended [D.I. 945; 8/18/15]

    Related Documents:

        a) Debtors' Reply to Silver Point Finance, LLC's Limited Objection to (A) Debtors' Motion to Establish Procedures to Transfer, Abandon, or Sell De Minimis Assets and (B) Debtors' Motion for Entry of an Order Authorizing the Debtors to (I) Amend Insurance Agreement and (II) Assume Insurance Agreement as Amended [D.I. 1051; 9/17/15]

    Objection Deadline: September 1, 2015 at 4:00 p.m. (ET) [Extended to September 15, 2015 at 4:00 p.m. (ET) for Silver Point Finance, LLC]

    Objections/Responses Received:

        b) Silver Point Finance, LLC's Limited Objection to (A) Debtors' Motion to Establish Procedures to Transfer, Abandon, or Sell De Minimis Assets and (B) Debtors' Motion for Entry of an Order Authorizing the Debtors to (I) Amend Insurance Agreement and (II) Assume Insurance Agreement as Amended [D.I. 1047; 9/15/15]

    Status: This matter is going forward.

7. Debtors' Third (3rd) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and local Rule 3007-1 [D.I. 966; 8/21/15]

    Related Documents:

        a) Notice of Corrected Exhibits to Various Omnibus Objections to Claims [D.I. 987; 8/28/15]

| | | |
|---|---|---|
| Objection Deadline: | | September 4, 2015 at 4:00 p.m. (ET) [Extended to September 11, 2015 for those claimants affected by the corrected exhibits.] |

Objections/Responses Received:

    b)    Response of Karen Elizabeth Ratti to Debtors' Third (3rd) Omnibus (Substantive) Objection to Claims [D.I. 1015; 9/4/15]

    c)    Response of Brian O'Donel to Debtors' Third (3rd) Omnibus (Substantive) Objection to Claims [D.I. 1036; 9/14/15]

Status:    The Debtors' undersigned counsel has had further discussions with Ms. Ratti regarding the relief requested and, upon agreement with Ms. Ratti, sent an email confirming their mutual understanding.  At this time, the Debtors do not believe that Ms. Ratti currently objects to the relief sought.  With respect to item (c), the Debtors' undersigned counsel further explained the relief requested with Mr. O'Donel upon receiving his response, and, at this time, believe that Mr. O'Donel does not object to entry of the Proposed Order.  This matter is going forward.

8.    Debtors' Motion to Establish Procedures to Transfer, Abandon, or Sell De Minims Assets [D.I. 990; 8/31/15]

Related Documents:

    a)    Debtors' Reply to Silver Point Finance, LLC's Limited Objection to (A) Debtors' Motion to Establish Procedures to Transfer, Abandon, or Sell De Minimis Assets and (B) Debtors' Motion for Entry of an Order Authorizing the Debtors to (I) Amend Insurance Agreement and (II) Assume Insurance Agreement as Amended [D.I. 1051; 9/17/15]

Objection Deadline:    September 14, 2015 at 4:00 p.m. (ET) [Extended to September 15, 2015 at 4:00 p.m. (ET) for Silver Point Finance, LLC]

Objections/Responses Received:

    b)    Xerox Corporation's Limited Objection to Debtors' Motion to Establish Procedures to Transfer, Abandon, or Sell De Minims Assets [D.I. 1037; 9/14/15]

    c)    Silver Point Finance, LLC's Limited Objection to (A) Debtors' Motion to Establish Procedures to Transfer, Abandon, or Sell De Minimis Assets and (B) Debtors' Motion for Entry of an Order Authorizing the Debtors to (I)

        Amend Insurance Agreement and (II) Assume Insurance Agreement as Amended [D.I. 1047; 9/15/15]

    d)    Informal comments from the Official Commtitee of Unsecured Creditors

    e)    Informal comments from the Environmetnal Protection Agency

Status:    The Debtors have resolved items (b), (d) and (e) pursuant to the terms of a revised form of order, submitted as an exhibit to the Debtor's Reply listed at Item (a). The Debtors are engaged in ongoing negotiations with Silver Point Finance, LLC in an effort to resolve Item (c). This matter is going forward.

9.    Debtors' Motion for an Order (I) Scheduling Combined Hearing on Approval of Disclosure Statement and Confirmation of Plan, (II) Establishing Procedures for Solicitation and Tabulation of Votes on Plan and (III) Approving Related Matters [D.I. 992; 8/31/15]

    Related Documents:    None.

    Objection Deadline:    September 14, 2015 at 4:00 p.m. (ET)

    Objections/Responses Received:

    a)    United States Trustee's Response to and Reservation of Rights on Debtors' Motion for an Order (I) Scheduling Combined Hearing on Approval of Disclosure Statement and Confirmation of Plan, (II) Establishing Procedures for Solicitation and Tabulation of Votes on Plan and (III) Approving Related Matters [D.I. 1031; 9/11/15]

Status:    The Debtors have shared working drafts of the plan and disclosure statement with the U.S. Trustee. This matter is going forward.

| | |
|---|---|
| Dated: September 17, 2015<br>Wilmington, Delaware | */s/ Andrew L. Magaziner*<br>Michael R. Nestor (No. 3526)<br>Kara Hammond Coyle (No. 4410)<br>Andrew L. Magaziner (No. 5426)<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>mnestor@ycst.com<br>kcoyle@ycst.com<br>amagaziner@ycst.com<br><br>-and-<br><br>Michael A. Rosenthal (NY No. 4697561)<br>Samuel A. Newman (CA No. 217042)<br>Jeremy L. Graves (CO No. 45522)<br>Matthew G. Bouslog (CA No. 280978)<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, New York 10166-0193<br>Telephone: (212) 351-4000<br>Facsimile: (212) 351-4035<br>mrosenthal@gibsondunn.com<br>snewman@gibsondunn.com<br>jgraves@gibsondunn.com<br>mbouslog@gibsondunn.com<br><br>*Counsel to the Debtors and*<br>*Debtors in Possession* |

01:17677064.3