IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Timothy R. Quinn, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 14, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via overnight mail on the Transferred Contract Counterparty Service List attached hereby to as **Exhibit A**:

- (Customized) Notice Regarding Designation as Post-Closing Transferred Contract and Assumption and Assignment Thereof [a non-customized copy of which is attached hereto as **Exhibit B**]

Dated: September 15, 2015

Timothy R. Quinn

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on September 15, 2015, by Timothy R. Quinn, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JOSHUA DOV FALDA
Notary Public, State of New York
No. 02FA6325963
Qualified in Kings County
Commission Expires June 08, 20__

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

**Exhibit A**

Exhibit A
Transferred Contract Counterparty Service List
Served via Overnight Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| AAP Financial Services, Inc. | Attn: VP - Treasury | 5008 Airport Road | | | Roanoke | VA | 24012 | |
| ACS- Affiliated Computer Services, Inc. | Attn: Richard C. Hulbert | 600 17th Street # 600 North | | | Denver | CO | 80202 | |
| Aetna Life Insurance Company | Attn: Purchasing, RW51 | 151 Farmington Avenue | | | Harford | CT | 06156 | |
| Affiliated Computer Services, Inc. | 600 17th Street | #600 North | | | Denver | CO | 80202 | |
| Affiliated Computer Services, Inc. | Attn: Richard C Hulbert, Sr Vice president | 600 17th Street # 600 North | | | Denver | CO | 80202 | |
| Air Liquide USA LLC | Attn: Tony Kraft, VP, Supply Chain Management | 2700 Post Oak Blvd | Ste 325 | | Houston | TX | 77056 | |
| Alameda County Med Center | 1411 East 31st Street | | | | Oakland | CA | 94002 | |
| Alameda County Medical Center | Attn: General Counsel | 1411 E. 31st Street | | | Oakland | CA | 94602 | |
| Alfa Mutual Insurance Company | 2108 East South Blvd. | | | | Montgomery | AL | 36191 | |
| American Heart Association | Attn: Herman Taylor | 7272 Greenville Avenue | | | Dallas | TX | 75231 | |
| Beckman Coulter, Inc. | 250 S. Kraemer Blvd. | | | | Brea | CA | 92821 | |
| Blood Systems Inc. | Attn: Susan Barnes | 6210 E. Oak Street | | | Scottsdale | AZ | 85257 | |
| Branch Banking and Trust Company | 200 West 2nd Street | | | | Winston-Salem | NC | 27101 | |
| Brinks Incorporated | Brink's Incorporated | 555 Dividend Drive | Suite 100 | | Coppell | TX | 75019 | |
| California Casualty Management Company (CCMC) | 1900 Alameda de las Pulgas | | | | San Mateo | CA | 94403-1298 | |
| Carrier Corporation | Attn: V.P. Supply Management | One Carrier Place | | | Farmington | CT | 06032 | |
| Carrier Corporation | One Carrier Place | | | | Farmington | CT | 06032 | |
| Carrier Mexico, S.A. de C.V. | Attn: Departamento Legal | Galeana Oriente numero 469 | | | El Lechugal en el municipio de Santa Catarina | Nuevo Leon | 66376 | Mexico |
| Caterpillar Financial Services Corporation | Attn: CT Urban | 2120 West End Avenue | | | Nashville | TN | 37203 | |
| CCBCC Operations, LLC | 4115 Coca-Cola Plaza | | | | Charlotte | NC | 28211 | |
| Cengage | Attn: General Counsel | 20 Channel Center Street | | | Boston | MA | 02210 | |
| Citizens Bank | Attn: Cathleen Nash, CEO/President | 328 South Saginaw Street | | | Flint | MI | 48502 | |
| Community Care Health Network, Inc. d/b/a Matrix Medical Network | 9201 E. Mountain View Road | Suite 220 | | | Scottsdale | AZ | 85258 | |
| Community Care Health Network, Inc. d/b/a Matrix Medical Network | 9201 E. Mountain View Road, Suite 220 | | | | Scottsdale | AZ | 85258 | |
| Credit Suisse First Boston LLC | Attn: Strategic Sourcing | Eleven Madison Avenue | | | New York | NY | 10010 | |
| Curves International Inc. | 100 Richie Road | | | | Woodway | TX | 76712 | |
| Customers Bank | 99 Bridge Street | | | | Phoenixville | PA | 19460 | |
| Delphi Financial Group | 1105 North Market Street | Suite 1230 | P.O. Box 8985 | | Wilmington | DE | 19899 | |
| DexOne Corporation fka R.H. Donnelley Inc. | Director - AR Services | 5000 College Blvd. Ste 201 | | | Overland Park | KS | 66211 | |
| Discover Products Inc. | Attn: Clint Morley | 2500 Lake Cook Road | | | Riverwoods | IL | 60015 | |
| EGS Electrical Group | Attn: General Counsel | 9377 W. Higgins | | | Rosemont | IL | 60018 | |
| Equifax Inc. | Attn: Global Procurement | 1525 Windward Concourse | | | Alpharetta | GA | 30005 | |
| Everbank | Attn: General Counsel | 8328 Eager Road, Suite 300 | | | St. Louis | MO | 63144 | |
| Florida Power & Light Company | 700 Universe Boulevard | | | | Juno Beach | FL | 33408 | |
| Grady Memorial Hospital Corporation dba Grady Health System | 80 Jesse Hill Jr. Dr., SE | | | | Atlanta | GA | 30303 | |
| Hallmark Health System INC | Attn: General Counsel | 170 Governors Ave | | | Medford | MA | 02155 | |
| Hawaiian Airlines, Inc. | Attn: General Counsel | 3375 Koapaka St. | Ste. G350 | | Honolulu | HI | 96819 | |
| Honda of South Carolina MFG. Inc. | 1111 Honda Way | | | | Timmonsville | SC | 29161 | |
| Ingersoll Rand | Attn: Ed Pulliam | 2701 Wilma Rudolph Blvd. | | | Clarksville | TN | 37040 | |

Exhibit A
Transferred Contract Counterparty Service List
Served via Overnight Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Ingersoll Rand Industrial Technologies | Campbellsville Plant | 101 Industrial Drive | | | Campbellsville | KY | 42718 | |
| Ingersoll-Rand | Attn: General Counsel | 800-D Beaty Street | | | Davidson | NC | 28036 | |
| JBE , Inc | 512 Hartland Dr. | | | | Hartsville | SC | 29550 | |
| Kaiser Foundation Health Plan, Inc. | 393 East Walnut Avenue | | | | Pasadena | CA | 91188 | |
| Kaiser Permanente | Attn: Denise Schaefer | 393 East Walnut Street | | | Pasadena | CA | 91188 | |
| Kindred Healthcare | Attn: Kyle Phillips | 680 South 4th Street | | | Louisville | KY | 40202 | |
| Kindred Healthcare INC | 680 South Fourth Street | | | | Louisville | KY | 40202 | |
| Kindred Healthcare, Inc. | Attn: General Counsel | 355 North Wilmot Road | | | Tucson | AZ | 85711 | |
| KP Select, LLC | Attn: General Counsel | 5543 LEgacy Drive | | | Plano | TX | 75024 | |
| M.A.R.S. International, Inc. | Attn: Allan Kelsey | 1360 Post N. Paddock, Suite 500 | | | Grand Praire | TX | 75050 | |
| March & McLennan Companies, Inc. | 1166 Avenue of the Americas | | | | New York | NY | 10036 | |
| Marsh & McLennan Companies, Inc | 1166 Avenue of the Americas | | | | New York | NY | 10036 | |
| Matrix Absence Management | Attn: General Counsel | 5225 Hellyer Avenue | Suite 210 | | San Jose | CA | 95138 | |
| Media Consortium Group, LLC | Attn: General Counsel | 101 W Main St., Suite 2000 | World Trade Center | | Norfolk | VA | 23510 | |
| MILLIMAN USA | Mark Trib | 9400 North Central Expressway, Suite 1000 | | | Dallas | TX | 75231 | |
| Morgan Stanley Smith Barney LLC | Attn: Technology, IP and E-Commerce Law Group | 1585 Broadway | | | New York | NY | 10036 | |
| Naifco Realty Company | dba Meridian Business Park | P.O. Box 269015 | | | Oklahoma City | OK | 73126 | |
| Norman Regional Hospital | Attn: General Council | 901 N Porter Ave | | | Norman | OK | 73071 | |
| Northwest Airlines, Inc. | Attn: Director - IS Purchasing | Mailstop J8191 | 1500 Towerview Road | | Eagan | MN | 55121 | |
| OSF Health Care System | Attn: General Counsel | 800 N.E. Glen Oak Avenue | | | Peoria | IL | 61603 | |
| OSF Healthcare System | Attn: General Counsel | 800 NE Glen Oak Avenue | | | Peoria | IL | 61603 | |
| OSF Healthcare System | Attn: Dan Noeth, Director- Sourcing | 800 NE Glen Oak Avenue | | | Peoria | IL | 61603 | |
| Pacificorp | Attn: John Cook | 825 NE Multnomah STreet | | | Portland | OR | 97232 | |
| Patient First | Attn: Dee Roe, Purchasing Manager | 5000 Cox Road | Suite 100 | | Glen Allen | VA | 23060 | |
| Pepsico, Inc. | 700 Anderson Hill Road | | | | Purchase | NY | 10577 | |
| Perfect Output, LLC | Attn: Kenneth M. Landau | 9200 Indian Creek Parkway | Suite 400 | | Overland Park | KS | 66210 | |
| Presbyterian Intercommunity Hospital | 12102 Washington Blvd. | | | | Whittier | CA | 90606 | |
| Prime Advantage, Corporation | Attn: General Cousel | 980 N. Michigan Avenue, Suite 1900 | | | Chicago | IL | 60611-4521 | |
| Principal Financial Group, Inc. | Corporate Purchasing Contract Administrator | 711 High Street | | | Des Moines | IA | 50392 | |
| Principal Financial Group, Inc. | 711 Hight Street | | | | Des Moines | IA | 50309 | |
| Pro Sports Club | Attn: Paul Becker | 4455 148th Avenue Northeast | | | Bellevue | WA | 98007 | |
| ProHealth Care, Inc. | Attn: General Counsel | N17 W24100 Riverwood Drive | | | Waukesha | WI | 53188 | |
| Propath Laboratory, Inc. | Attn: Scott Rudnow, Director of Sales & Marketing | 8267 Elmbrook Drive | Suite 100 | | Dallas | TX | 75247 | |
| Public Health Trust of Miami-Dade County | Attn: General Counsel | 1611 NW 12th Avenue | | | Miami | FL | 33136 | |
| Rush Health System | 1314 19th Avenue | | | | Meridian | MS | 39301 | |
| Rush Health Systems | Attn: General Counsel | 1314 9th Ave | | | Meridian | MS | 39301 | |
| Rush University Medical Center | 1653 W. Congress Parkway | | | | Chicago | IL | 60612 | |
| Schneider Electric Company | Attn: Francisco Zamorano | 1415 S. Roselle Rd | | | Palatine | IL | 60067 | |
| Schools Financial Credit Union | Attn: Eric Lindstrom | 1485 Response Road | | | Sacramento | CA | 95815 | |

Exhibit A
Transferred Contract Counterparty Service List
Served via Overnight Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Schools Financial Credit Union | Attn: Eric Lindstrom - Information Services Vice President | 1485 Response Road | | | Sacramento | CA | 95815 | |
| South Jersey Health | Attn: General Counsel | 1505 West Sherman Avenue | | | Vineland | NJ | 08360 | |
| Sprint/United Management Company/Perfect Output | P.O. Box 63670 | | | | Phoenix | AZ | 85082-3670 | |
| ST. Vincent Circle | Attn: General Council | Two St. Vincent Circle | | | Little Rock | AR | 72205 | |
| St. Vincent's Medical Center | 2800 Main Street | | | | Bridgeport | CT | 06606 | |
| Sunrise Senior Living Management, Inc. and Sunrise Senior Living Services, Inc. | Attn: Kurt Krummel, VP Purchasing Services | 7902 Westpark Drive | | | McLean | VA | 22102 | |
| The Brookdale Hospital Medical Center | Attn: General Counsel | One Brookdale Plaza | | | Brooklyn | NY | 11212 | |
| The Dow Chemical Company | 2030 Dow Center | | | | Mindland | MI | 48674 | |
| The John Hopkins Health System Corporation | Attn: Donald L. Bradfield | McAuley Hall | 5801 Smith Avenue | Suite 310 | Baltimore | MD | 21209 | |
| The Johns Hopkins Health System Corporation | Attn: Elizabeth Gibula, Director | Supply Chain Shared Service Center | 3910 Keswick Road | Suite N4100 | Baltimore | MD | 21211 | |
| Tower Pinkster | Attn: Arnie Mikon | 242 E. Kalamazoo Ave. | | | Kalamazoo | MI | 49007 | |
| Trane, American Standard, Inc., | Attn: Tanya Winborne | One Centennial Avenue | | | Piscataway | NJ | 08855 | |
| Trinity | 4000 Johnson Rd | | | | Stubenville | OH | 43952 | |
| TRINITY HOSPICE, INC. | Attn: Robert W. Fowler, V.P. Human Resources | 14180 Dallas Parkway, Suite 800 | | | Dallas | TX | 75254 | |
| Trinity MC, LLC dba Trinity Medical Center | Attn: Spencer Turner - CEO | 4343 N. Josey Lane | | | Carrollton | TX | 75010 | |
| Trinity Medical Cener Stuebenville | 4000 Johnson Rd | | | | Stubenville | OH | 43952 | |
| TruGreen Limited Partnership | Attn: General Council | 860 Ridge Lake Blvd G | G02 | | Memphis | TN | 38120 | |
| TUFTS-NEW ENGLAND MEDICAL CENTER | 750 Washington Street | | | | Boston | MA | 02111 | |
| Umass Memorial Medical Center | 281 Lincoln Street | | | | Worcester | MA | 01605 | |
| United Air Lines, Inc. | 77 W. Wacker Dr. | | | | Chicago | IL | 60601 | |
| Vanderbilt University | 2201 West End Avenue | | | | Nashville | TN | 37235 | |
| VF Services, Inc. | Attn: Ellen Blake | 105 Corporate Center Blvd | | | Greensboro | NC | 27408 | |
| WELLSPAN HEALTH | 25 Monument Road | | | | York | PA | 17403 | |
| WINWHOLESALE INC. | 3110 Kettering Boulevard | | | | Dayton | OH | 45439 | |
| WSFS Financial Corporation | 500 Delaware Avenue | | | | Wilmington | DE | 19801 | |

**<u>Exhibit B</u>**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | **Re Docket No. 698** |

**NOTICE REGARDING DESIGNATION AS POST-CLOSING TRANSFERRED**
**CONTRACT AND ASSUMPTION AND ASSIGNMENT THEREOF**

**PLEASE TAKE NOTICE** that, on June 19, 2015, the United States Bankruptcy Court for the District of Delaware (the "Court") entered that certain *Order (I) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (II) Granting Certain Related Relief* [Docket No. 698] (the "Sale Order").[2]

**PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraph 27 of the Sale Order, the Buyers delivered a schedule of Potential Contracts to the Debtors prior to the Closing Date. You previously received notice regarding the designation of applicable agreements as Potential Contracts.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraphs 27 and 28 of the Sale Order, the Buyers were granted ninety (90) days from the Closing Date to determine whether to assume or reject the Potential Contracts.

**PLEASE TAKE FURTHER NOTICE** that, as of the date hereof, and in accordance with paragraph 35 of the Sale Order, the Buyers have designated the Potential Contracts listed on Exhibit A hereto as Post-Closing Transferred Contracts, and such Post-Closing Transferred Contracts shall be deemed assumed and assigned to the Buyers upon the expiration of five (5) business days from the date hereof.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Sale Order.

Dated:  September 14, 2015
       Wilmington, DE                                     */s/ Matthew P. Austria*
                                                     Matthew P. Austria (DE No. 4827)
                                                     WERB & SULLIVAN
                                                     300 Delaware Avenue, 13th Floor
                                                     P.O. Box 25046
                                                     Wilmington, Delaware 19899
                                                     (For courier: 19801)
                                                     Telephone:  (302) 652-1100
                                                     Facsimile:  (302) 652-1111
                                                     E-mail:  maustria@werbsullivan.com

-and-

Phillip Bohl (MN No. 139191)
GRAY, PLANT, MOOTY,
MOOTY & BENNET, P.A.
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone:  (612) 632-3000
Facsimile:  (612) 632-4019
Email:  Phillip.bohl@gpmlaw.com

*Counsel to Taylor Corporation*

## EXHIBIT A

## Post-Closing Transferred Contracts

| Counterparty Name | Executory Contract or Unexpired Lease | Cure Amount |
|---|---|---|