UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:                   Chapter 11

Case No. 15-10541 (BLS)

Debtor: SRC Liquidation Company, et al.

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Kelly C. Griffith, Esquire to represent TLF Graphics Inc. in this action.

/s/ Jason C. Powell (No. 3768)

Firm Name: Ferry Joseph, PA
Address: P.O. Box 1351, Wilmington, DE 19899
Phone: (302)575-1555
Email: jpowell@ferryjoseph.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

[signature: Kelly C. Griffith]

Firm Name: Harris Beach PLLC
Address: 333 W. Washington St., Ste. 200, Syracuse, NY 13202
Phone: (315)423-7100
Email: kgriffith@HarrisBeach.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Local Form 105