## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: October 2, 2015 at 4:00 p.m. (ET)** |

### NOTICE OF FILING OF MONTHLY COMPENSATION AND STAFFING REPORT OF MCKINSEY RECOVERY & TRANSFORMATION SERVICES U.S., LLC FOR THE PERIOD FROM AUGUST 1, 2015 THROUGH AUGUST 31, 2015

PLEASE TAKE NOTICE that, on March 23, 2015, the above captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Order Authorizing the Debtors to (I) Employ and Retain McKinsey Recovery & Transformation Services U.S., LLC to Provide Interim Management Services Pursuant to 11 U.S.C. § 363, and (II) Designate Kevin Carmody as Chief Restructuring Officer* Nunc Pro Tunc *to the Petition Date* [Docket No. 87] with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that, on April 13, 2015, the Court entered the *Order Authorizing the Debtors to (I) Employ and Retain McKinsey Recovery & Transformation Services U.S., LLC to Provide Interim Management Services Pursuant to 11 U.S.C. § 363, and (II) Designate Kevin Carmody as Chief Restructuring Officer* Nunc Pro Tunc *to the Petition Date* [Docket No. 257] (the "Order").

PLEASE TAKE FURTHER NOTICE that in accordance with the Order, McKinsey Recovery & Transformation Services U.S., LLC hereby files its monthly compensation and staffing report for the period from August 1, 2015 through August 31, 2015 (the "Monthly Report") in the form attached hereto as Exhibit 1.

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001).  The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

PLEASE TAKE FURTHER NOTICE that objections to the Monthly Report, if any, are required to be filed on or before **October 2, 2015 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response so as to be received by the following on or before the Objection Deadline: (i) the attorneys for the Debtors, (A) Gibson, Dunn & Crutcher LLP, 333 South Grand Avenue, Los Angeles, CA 90071 (Attn: Robert A. Klyman) and (B) Young Conaway Stargatt & Taylor, LLP, 1000 N. King Street, Rodney Square, Wilmington, DE 19801 (Attn: Michael R. Nestor); (ii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Mark Kenney); (iii) counsel for Silver Point Finance, LLC, Skadden, Arps, Slate, Meagher & Flom LLP, 155 N. Wacker Drive, Chicago, IL 60606-1720 (Attn: Ron E. Meisler); (iv) counsel for Bank of America, N.A., Parker, Hudson, Rainer & Dobbs LLP, 1500 Marquis Two Tower, 285 Peachtree Center Avenue, Atlanta, GA 30303 (Attn: C. Edward Dobbs, Esq.); and (v) counsel for the Official Committee of Unsecured Creditors, Lowenstein Sandler LLP, 1251 Avenue of the Americas, New York, NY 10020 (Attn: Wojciech F. Jung, Esq.).

**PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ORDER ONLY IF AN OBJECTION IS PROPERLY AND TIMELY FILED IN ACCORDANCE WITH THE ABOVE PROCEDURE WILL A HEARING BE HELD ON THE MONTHLY REPORT. ONLY THOSE PARTIES TIMELY FILING AND SERVING OBJECTIONS WILL RECEIVE NOTICE AND BE HEARD AT SUCH HEARING. IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THE DEBTORS WILL BE AUTHORIZED TO PAY 100% OF REQUESTED FEES AND EXPENSES WITHOUT FURTHER ORDER OF THE COURT.**

01:16995921.6

Dated:    September 18, 2015
          Wilmington, Delaware

*/s/ Elizabeth S. Justison*
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Andrew L. Magaziner (No. 5426)
Elizabeth S. Justison (No. 5911)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
mnestor@ycst.com
kcoyle@ycst.com
amagaziner@ycst.com
ejustison@ycst.com

-and-

Michael A. Rosenthal (NY No. 4697561)
Samuel A. Newman (CA No. 217042)
Jeremy L. Graves (CO No. 45522)
Matthew G. Bouslog (CA No. 280978)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone:  (212) 351-4000
Facsimile:  (212) 351-4035
mrosenthal@gibsondunn.com
snewman@gibsondunn.com
jgraves@gibsondunn.com
mbouslog@gibsondunn.com

*Counsel to the Debtors and
Debtors in Possession*

**<u>EXHIBIT 1</u>**

# McKinsey Recovery
# & Transformation Services

**Invoice No: RTO-RKH003-3477**

Standard Register
600 Albany Street
Dayton, OH 45417-3405

September 17, 2015

**Payable Upon Receipt**

| | |
|---|---|
| Fees | $203,079.00 |
| Expenses | $18,172.87 |
| Total | **$221,251.87** |

**Please reference the invoice number RTO-RKH003-3477 and invoice date of
September 17, 2015 on your remittance advice.**

Terms: Payable upon receipt.

For advice or questions on remittances, please contact Kevin Carmody at
**+1 312 551 7964.**

McKinsey&Company

McKinsey Recovery & Transformation Services U.S., LLC
55 East 52nd Street, 21st Floor, New York, New York - 10022, United States
Tel: +1 (212) 446 7000 | Fax: +1 (212) 446 8575

Exhibit A: Summary of Professionals and Fees

CONFIDENTIAL

**Client:** Standard Register
**Court:** United States Bankruptcy Court / District of Delaware
**Description:** Summary of Time Entries by Person
**Period:** August 1, 2015 through August 31, 2015
**Case No:** 15-10541

| Name | Description | Hours Billed | Hourly Rate (USD) | Total Billed (USD) |
|---|---|---|---|---|
| Kevin Carmody | Chief Restructuring Officer | 21.8 | $950 | $20,710 |
| Mark Hojnacki | Restructuring Executive | 110.7 | $775 | $85,793 |
| Ted Perkins | Planning and Operations | 150.9 | $640 | $96,576 |
| Sam Jacobs | Planning and Operations | - | $435 | - |
| Leviathan Winn | Cash Management | - | $435 | - |
| **Total** | | **283.4** | | **$203,079** |

Notes:
1 Hours billed reflect 50% reduction for billable (non-working) travel.

Exhibit B: Summary of Hours by Project Category

CONFIDENTIAL

**Client:** Standard Register
**Court:** United States Bankruptcy Court / District of Delaware
**Description:** Summary of Time Entries by Category
**Period:** August 1, 2015 through August 31, 2015
**Case No:** 15-10541

| Time Category | Hours Billed | Hourly Rate (USD) | Total Billed (USD) |
|---|---|---|---|
| 001 - Billable travel | 4.0 | $640 | $2,560 |
| 003 - Cash forecasting | 57.1 | $687 | $39,210 |
| 005 - Chapter 11 reporting | 15.8 | $640 | $10,112 |
| 009 - Executive team support | 17.0 | $807 | $13,718 |
| 011 - Legal & Case Administration | 8.9 | $950 | $8,455 |
| 012 - Planning and operations | 180.6 | $714 | $129,024 |
| **Total** | **283.4** | **$717** | **$203,079** |

Notes:
1 Total billed amount and hourly rate in "001 - Billable travel" category reflect 50% discount.

Exhibit C: Time Categories

CONFIDENTIAL

## Standard Register Time Entry Categories

**001 - Billable travel**
- Travel time to/from client sites that is in excess of normal commute to your local McKinsey office
- Out-of-town travelers should include time to/from home cities, but not daily commutes from hotel to/from client sites

**002 - Non-billable travel and expenses**
- Travel delays
- Entering time and expenses
- Other time entries not to be submitted for Court approval

**003 - Cash forecasting**
- 13-week cash flow analysis and reconciliation
- Covenant testing and analysis

**004 - Business Planning**
- P&L model assumptions
- Capital expenditure model assumptions
- Capital structure model assumptions
- Updating for actuals
- Business plan presentation

**005 - Chapter 11 reporting**
- MOR analysis
- IOR analysis
- IDI preparation
- SOFA and SOAL preparation

**006 - M&A Due Diligence Support**

**007 - Vendor support**
- Vendor support planning and meetings
- Vendor presentations

**008 - Customer support**
- Customer support planning and meetings
- Customer presentations

**009 - Executive team support**
- Communications strategy, talking points, etc.
- Presentation preparation

**010 - Project management**
- Team organization
- Background/context research
- Project administration

**011 - Legal & Case Administration**
- Review motions and orders
- Support for court filings
- Discovery support
- Executory contracts
- Case administration

**012 - Planning and Operations**
- Treasury management
- Employee meetings and calls
- Stakeholder Management

Exhibit D: Summary of Expenses

**Client:** Standard Register
**Court:** United States Bankruptcy Court / District of Delaware
**Description:** Summary of Expense Entries by Category
**Period:** July 01, 2015 through August 31, 2015
**Case No:** 15-10541

| Expense Category | Total Expenses (USD) |
|---|---|
| Air Travel | 14,005.42 |
| Case Administrator | 1,080.00 |
| Hotel | 1,630.81 |
| Meals | 225.06 |
| Rental Car | 396.53 |
| Taxi / Car Services | 797.10 |
| Telecom | 37.95 |
| **Total** | **18,172.87** |

Notes:

1  All air travel billed reflects pricing at coach fares.

2  Air travel expense total reflects a travel credit issued in the amount of $812.00.

3  Future invoices/monthly staffing reports will include additional expenses for the period ending August 31, 2015 not previously invoiced herein.

Exhibit E: Time Detail of Professionals

**Client: Standard Register**
Court: United States Bankruptcy Court / Delaware
Description: Detail of Time Entries
Period: August 1, 2015 through August 31, 2015
Case No: 15-10541

| Date | Name | Hours | Time Entry Category | Time Entry Description | Billed Amt |
|---|---|---|---|---|---|
| 8/3/2015 | Kevin Carmody | 1.1 | 003 - Cash forecasting | Analyze issues related to anticipated spend to cover Anthem healthcare expenses | $1,045.00 |
| 8/3/2015 | Ted Perkins | 2.4 | 005 - Chapter 11 reporting | Analyze professional service hours re: wind down | $1,536.00 |
| 8/3/2015 | Ted Perkins | 2.2 | 005 - Chapter 11 reporting | Analyze professional expenses related to estate wind down | $1,408.00 |
| 8/3/2015 | Kevin Carmody | 1.6 | 011 - Legal & Case Administration | Compile checklist of transition items related to wind down of estate | $1,520.00 |
| 8/3/2015 | Ted Perkins | 0.4 | 012 - Planning and Operations | Finalize and disseminate final closing transaction wire confirmations | $256.00 |
| 8/3/2015 | Ted Perkins | 1.0 | 012 - Planning and Operations | Call J. Vaughn, S. Burns and D. Whaley on post-close finances for OldCo. | $640.00 |
| 8/3/2015 | Ted Perkins | 0.8 | 012 - Planning and Operations | Call R. Singer to discuss professional fee costs | $512.00 |
| 8/3/2015 | Ted Perkins | 0.3 | 012 - Planning and Operations | Email correspondence to confirm FSA and insurance set-up for OldCo | $192.00 |
| 8/3/2015 | Ted Perkins | 0.1 | 012 - Planning and Operations | Confirm with K. Carmody funding requirements for Anthem insurance retainer | $64.00 |
| 8/4/2015 | Kevin Carmody | 0.6 | 003 - Cash forecasting | Have call with Gibson Dunn to discuss wind down budget and anticipated payments to be made during week | $570.00 |
| 8/4/2015 | Ted Perkins | 0.5 | 003 - Cash forecasting | Analyze wind-down depletion rate for estate | $320.00 |
| 8/4/2015 | Ted Perkins | 0.8 | 003 - Cash forecasting | Email correspondence with R. Singer to confirm updated professional fee reporting | $512.00 |
| 8/4/2015 | Ted Perkins | 0.3 | 005 - Chapter 11 reporting | Speak with R. Singer to clarify Chapter 11 fee protocol | $192.00 |
| 8/4/2015 | Ted Perkins | 0.6 | 005 - Chapter 11 reporting | Amend hours and expenses for professional service fee reporting | $384.00 |
| 8/4/2015 | Ted Perkins | 1.4 | 005 - Chapter 11 reporting | Incorporate professional service fees reported on docket | $896.00 |
| 8/4/2015 | Ted Perkins | 0.5 | 012 - Planning and Operations | Speak with M. Boustig from legal counsel about Anthem insurance debit arrangement | $320.00 |
| 8/4/2015 | Ted Perkins | 0.2 | 012 - Planning and Operations | Prepare for and have call with C. Stoll from Anthem to confirm wire transfer details | $128.00 |
| 8/4/2015 | Ted Perkins | 0.6 | 012 - Planning and Operations | Confirm wire transfer sign-off for retainer to Anthem insurance | $384.00 |
| 8/4/2015 | Ted Perkins | 0.3 | 012 - Planning and Operations | Call S. Burns to confirm total outstanding cash at close, as well as distribution by account | $192.00 |
| 8/4/2015 | Ted Perkins | 0.8 | 012 - Planning and Operations | Email correspondence with M. Colfield from Fifth-Third Bank to process wire transfer to Anthem Insurance | $512.00 |
| 8/4/2015 | Ted Perkins | 0.6 | 012 - Planning and Operations | Call with B. Cutting (SR-Taylor) to discuss outstanding data requests to complete wind down of estate, access to the Company and SR-Taylor employees. | $384.00 |
| 8/4/2015 | Kevin Carmody | 0.9 | 003 - Cash forecasting | Prepare, draft and transmit wire request from Fifth-Third Bank to Anthem for retainer | $855.00 |
| 8/5/2015 | Ted Perkins | 0.9 | 012 - Planning and Operations | Review correspondence pertaining to Anthem outflows and verifying claims | $576.00 |
| 8/5/2015 | Ted Perkins | 1.6 | 003 - Cash forecasting | Capture professional service fee invoices from docket / K. Carmody correspondence | $1,024.00 |
| 8/5/2015 | Ted Perkins | 0.6 | 005 - Chapter 11 reporting | Prepare for and have conversation with N. Croford about setting up FSA account | $384.00 |
| 8/5/2015 | Ted Perkins | 0.3 | 005 - Chapter 11 reporting | Correspond with R. Singer to clarify Chapter 11 fee guidelines | $192.00 |
| 8/5/2015 | Ted Perkins | 0.5 | 005 - Chapter 11 reporting | Amend monthly statement to conform to Chapter 11 guidelines | $320.00 |
| 8/5/2015 | Ted Perkins | 0.3 | 005 - Chapter 11 reporting | Speak with S. Burns about setting up ACH for FSA from estate's bank account | $192.00 |
| 8/5/2015 | Ted Perkins | 0.5 | 005 - Chapter 11 reporting | Email correspondence with K. Carmody about actions to set up debit for FSA account | $320.00 |
| 8/5/2015 | Ted Perkins | 0.4 | 005 - Chapter 11 reporting | Email correspondence with K. Carmody about actions to fund Anthem medical and dental claims | $256.00 |
| 8/5/2015 | Ted Perkins | 1.1 | 005 - Chapter 11 reporting | Update professional service fee calculations | $704.00 |
| 8/5/2015 | Mark Hojnacki | 1.1 | 012 - Planning and Operations | Follow-up on post close payroll matters for counsel | $852.50 |
| 8/5/2015 | Ted Perkins | 1.2 | 012 - Planning and Operations | Develop tracking mechanism for estate balances and outflows | $768.00 |
| 8/5/2015 | Ted Perkins | 0.8 | 012 - Planning and Operations | Email correspondence with M. Hojnacki about management of FSA claims for estate | $512.00 |
| 8/5/2015 | Ted Perkins | 0.8 | 012 - Planning and Operations | Email correspondence with M. Hojnacki about management of FSA claims for estate / Anthem medical and dental claims invoice | $512.00 |
| 8/6/2015 | Ted Perkins | 0.4 | 005 - Chapter 11 reporting | Email correspondence with R. Singer regarding analysis of professional service fee expense claims | $256.00 |
| 8/6/2015 | Ted Perkins | 0.6 | 005 - Chapter 11 reporting | Prepare for and call R. Singer to discuss professional service fees for Ch 11 reporting | $384.00 |
| 8/6/2015 | Ted Perkins | 0.6 | 005 - Chapter 11 reporting | Complete paperwork to authorize wire transfers on behalf of SR estate | $384.00 |
| 8/6/2015 | Ted Perkins | 0.6 | 005 - Chapter 11 reporting | Update professional service fee calculations | $384.00 |
| 8/6/2015 | Mark Hojnacki | 1.7 | 012 - Planning and Operations | Discuss wind-down account payment controls and other open items with T. Perkins | $1,317.50 |

CONFIDENTIAL

**Client: Standard Register**
Court: United States Bankruptcy Court / Delaware
Description: Detail of Time Entries
Period: August 1, 2015 through August 31, 2015
Case No: 15-10541

| Date | Name | Hours | Time Entry Category | Time Entry Description | Billed Amt |
|---|---|---|---|---|---|
| 8/6/2015 | Ted Perkins | 0.8 | 012 - Planning and Operations | Call Nicole Crawford from SR about funding of Anthem medical/dental claim invoice | $512.00 |
| 8/6/2015 | Ted Perkins | 1.1 | 012 - Planning and Operations | Audit underlying claims supporting Anthem medical and dental claims | $704.00 |
| 8/6/2015 | Ted Perkins | 0.5 | 012 - Planning and Operations | Prepare for and call S. Burns of SR to discuss Anthem medical and dental claims | $320.00 |
| 8/6/2015 | Ted Perkins | 1.7 | 012 - Planning and Operations | Discuss wind-down account payment controls with M. Hojnacki | $1,088.00 |
| 8/6/2015 | Ted Perkins | 0.4 | 012 - Planning and Operations | Email correspondence with M. Hojnacki regarding payment from SR estate of Anthem medical and dental claims | $256.00 |
| 8/6/2015 | Ted Perkins | 0.8 | 012 - Planning and Operations | Email correspondence with Christina Mahan of Anthem to discuss payment of outstanding invoice | $512.00 |
| 8/7/2015 | Ted Perkins | 0.3 | 005 - Chapter 11 reporting | Email correspondence with R. Singer regarding fee calculation methodology | $192.00 |
| 8/7/2015 | Kevin Carmody | 0.6 | 011 - Legal & Case Administration | Review litigation settlement prior to call with Gibson | $570.00 |
| 8/7/2015 | Kevin Carmody | 1.3 | 011 - Legal & Case Administration | Call with Gibson Dunn to discuss proposed litigation settlement and other open items re: required cash disbursements. | $1,235.00 |
| 8/7/2015 | Mark Hojnacki | 1.1 | 012 - Planning and Operations | Follow-up on post close bank account issues with SR treasury, T. Perkins | $852.50 |
| 8/7/2015 | Ted Perkins | 0.5 | 012 - Planning and Operations | Email correspondence with K. Carmody to confirm funding requirements for estate | $320.00 |
| 8/7/2015 | Ted Perkins | 0.4 | 012 - Planning and Operations | Call K. Carmody to confirm details for SR estate funding of Anthem invoice | $256.00 |
| 8/7/2015 | Ted Perkins | 0.3 | 012 - Planning and Operations | Email correspondence with S. Holbert of Conexis to set up ACH payment for FSA from SR Estate bank account | $192.00 |
| 8/7/2015 | Ted Perkins | 0.5 | 012 - Planning and Operations | Call and email correspondence with S. Maron to obtain K. Carmody's signature for official wire transfer documents | $320.00 |
| 8/7/2015 | Ted Perkins | 1.1 | 012 - Planning and Operations | Draft and circulate documents to authorize debit for FSA payments | $704.00 |
| 8/7/2015 | Ted Perkins | 0.2 | 012 - Planning and Operations | Email correspondence to M. Cofield at Fifth Third Bank to authorize payment of Anthem invoice | $128.00 |
| 8/7/2015 | Ted Perkins | 0.3 | 012 - Planning and Operations | Email correspondence to M. Hojnacki regarding status of wire transfer to fund Anthem claims | $192.00 |
| 8/7/2015 | Ted Perkins | 1.8 | 012 - Planning and Operations | Draft email correspondence to K. Carmody and M. Hojnacki on status of SR estate financial management / reporting | $1,152.00 |
| 8/8/2015 | Kevin Carmody | 1.2 | 012 - Planning and Operations | Work on post-closing bank account issues and outstanding cash management process requirements. | $1,140.00 |
| 8/8/2015 | Ted Perkins | 0.1 | 012 - Planning and Operations | Email correspondence to J. Graves at Gibson Dunn with SR estate bank account details | $64.00 |
| 8/10/2015 | Ted Perkins | 0.3 | 003 - Cash forecasting | Update SR estate cash balance and expected cash outflows | $192.00 |
| 8/10/2015 | Ted Perkins | 0.5 | 012 - Planning and Operations | Prepare document to set up payment mechanism for FSA claims | $320.00 |
| 8/10/2015 | Ted Perkins | 0.8 | 012 - Planning and Operations | Set-up administrative access to SR estate bank accounts to process ongoing transactions | $512.00 |
| 8/10/2015 | Ted Perkins | 0.1 | 012 - Planning and Operations | Email correspondence with S. Holbert of Conexis to initiate FSA claim debit arrangement | $64.00 |
| 8/10/2015 | Ted Perkins | 0.2 | 012 - Planning and Operations | Email correspondence with C. Mahan of Anthem to confirm transfer of funds and access to Anthem invoices | $128.00 |
| 8/10/2015 | Ted Perkins | 0.7 | 012 - Planning and Operations | Call M. Hojnacki and M. Rosenthal and Matt Bouslog from Gibson Dunn to discuss wind-down financial obligations of SR associated with sites not transferred to Taylor Corp | $448.00 |
| 8/10/2015 | Ted Perkins | 0.7 | 003 - Cash forecasting | Draft initial approach to map cost of winding down facilities not transferred to Taylor Corp | $448.00 |
| 8/10/2015 | Mark Hojnacki | 2.1 | 009 - Executive team support | Prepare for Board of Directors meeting | $1,627.50 |
| 8/10/2015 | Kevin Carmody | 1.1 | 011 - Legal & Case Administration | Interview potential candidate for post-closing CRO role to wind down estate. | $1,045.00 |
| 8/10/2015 | Kevin Carmody | 1.2 | 011 - Legal & Case Administration | Call with Gibson re: strategy for asset disposition. | $1,140.00 |
| 8/10/2015 | Mark Hojnacki | 1.1 | 012 - Planning and Operations | Discuss wind-down analysis with T. Perkins | $852.50 |
| 8/10/2015 | Mark Hojnacki | 1.3 | 012 - Planning and Operations | Prepare for and participate in call with counsel to discuss asset disposition | $1,007.50 |

*CONFIDENTIAL*

**Client: Standard Register**
Court: United States Bankruptcy Court / Delaware
Description: Detail of Time Entries
Period: August 1, 2015 through August 31, 2015
Case No: 15-10541

| Date | Name | Hours | Time Entry Category | Time Entry Description | Billed Amt |
|---|---|---|---|---|---|
| 8/10/2015 | Mark Hojnacki | 1.1 | 012 - Planning and Operations | Discuss facilities analysis and assumptions with counsel | $852.50 |
| 8/10/2015 | Ted Perkins | 0.2 | 012 - Planning and Operations | Email correspondence with S. Burns of Taylor Corp to discuss set-up and administrative access to SR estate bank accounts | $128.00 |
| 8/10/2015 | Ted Perkins | 0.5 | 012 - Planning and Operations | Prepare for and call S. Burns of Taylor Corp to discuss set-up and administrative access to SR bank accounts | $320.00 |
| 8/10/2015 | Ted Perkins | 1.1 | 012 - Planning and Operations | Call M. Hojnacki regarding status of SR estate financial obligations | $704.00 |
| 8/11/2015 | Ted Perkins | 0.1 | 003 - Cash forecasting | Call M. Hojnacki to discuss approach to winding-down non-transferred sites | $64.00 |
| 8/11/2015 | Ted Perkins | 0.7 | 003 - Cash forecasting | Prepare research request to obtain benchmarks for running and winding down inactive production facilities | $448.00 |
| 8/11/2015 | Ted Perkins | 1.2 | 003 - Cash forecasting | Analyze expected cash draw on wind-down account from IBNR | $768.00 |
| 8/11/2015 | Ted Perkins | 0.3 | 003 - Cash forecasting | Email correspondence to M. Hojnacki regarding IBNR | $192.00 |
| 8/11/2015 | Mark Hojnacki | 3.1 | 009 - Executive team support | Prepare for and participate in Board meeting | $2,402.50 |
| 8/11/2015 | Mark Hojnacki | 2.8 | 012 - Planning and Operations | Review administrative solvency analysis and discuss with counsel | $2,170.00 |
| 8/11/2015 | Mark Hojnacki | 1.5 | 012 - Planning and Operations | Review and revise solvency analysis based on discussions with counsel | $1,162.50 |
| 8/11/2015 | Mark Hojnacki | 1.7 | 012 - Planning and Operations | Follow-up on open items on wind-down cost for counsel | $1,317.50 |
| 8/11/2015 | Mark Hojnacki | 1.2 | 012 - Planning and Operations | Review current claims data on Prime Clerk website | $930.00 |
| 8/11/2015 | Ted Perkins | 0.4 | 012 - Planning and Operations | Email correspondence with M. Cofield at Fifth Third to set up account access for SR estate | $256.00 |
| 8/11/2015 | Ted Perkins | 0.1 | 012 - Planning and Operations | Email correspondence with S. Holbert to confirm mechanism for payment of FSA account | $64.00 |
| 8/11/2015 | Ted Perkins | 2.0 | 012 - Planning and Operations | Analyze Anthem invoice for medical, drug and drug claims | $1,280.00 |
| 8/11/2015 | Ted Perkins | 0.6 | 012 - Planning and Operations | Email correspondence with M. Hojnacki regarding Anthem invoice | $384.00 |
| 8/11/2015 | Ted Perkins | 0.2 | 012 - Planning and Operations | Email correspondence with L. Taschenberger to discuss Anthem medical and dental claim invoices | $128.00 |
| 8/11/2015 | Ted Perkins | 0.3 | 012 - Planning and Operations | Email correspondence with K. Carmody regarding funding of FSA claims | $192.00 |
| 8/11/2015 | Ted Perkins | 0.4 | 012 - Planning and Operations | Email correspondence with M. Hojnacki regarding Anthem IBNR invoice reconciliation | $256.00 |
| 8/12/2015 | Ted Perkins | 0.2 | 003 - Cash forecasting | Email correspondence with K. Carmody regarding Anthem claim cash flows | $128.00 |
| 8/12/2015 | Kevin Carmody | 0.8 | 011 - Legal & Case Administration | Speak with Gibson re: payments that are scheduled to be made this week and other case requirements tied to the wind down budget | $760.00 |
| 8/12/2015 | Kevin Carmody | 0.7 | 011 - Legal & Case Administration | Speak with replacement CRO candidate to work out details re: anticipated transition of responsibilities | $665.00 |
| 8/12/2015 | Mark Hojnacki | 2.3 | 012 - Planning and Operations | Review procedures for paying expenses from wind-down account | $1,782.50 |
| 8/12/2015 | Mark Hojnacki | 1.3 | 012 - Planning and Operations | Review cash management controls for wind-down account | $1,007.50 |
| 8/12/2015 | Mark Hojnacki | 2.1 | 012 - Planning and Operations | Review professional fees estimate post-closing | $1,627.50 |
| 8/12/2015 | Mark Hojnacki | 0.8 | 012 - Planning and Operations | Follow-up on open items on wind-down cost for counsel | $620.00 |
| 8/12/2015 | Mark Hojnacki | 1.3 | 012 - Planning and Operations | Review asset disposition cost analysis with T. Perkins | $1,007.50 |
| 8/12/2015 | Ted Perkins | 1.1 | 012 - Planning and Operations | Review IBNR and FSA claims to be funded from wind-down account | $852.50 |
| 8/12/2015 | Ted Perkins | 2.9 | 012 - Planning and Operations | Analyze facility maintenance cost for potential sites transferred back by TC | $1,856.00 |
| 8/12/2015 | Ted Perkins | 1.3 | 012 - Planning and Operations | Email and phone correspondence with M. Hojnacki regarding facility maintenance cost | $832.00 |
| 8/12/2015 | Ted Perkins | 2.2 | 012 - Planning and Operations | Conduct analysis of facility maintenance cost for potential sites transferred back by TC | $1,408.00 |
| 8/12/2015 | Ted Perkins | 0.5 | 012 - Planning and Operations | Prepare for and have call with L. Taschenberger to discuss Anthem medical and dental invoice | $320.00 |
| 8/12/2015 | Ted Perkins | 0.5 | 012 - Planning and Operations | Email correspondence to M. Hojnacki, K. Carmody and M. Rosenthal (GD) regarding expected IBNR volumes | $320.00 |
| 8/12/2015 | Ted Perkins | 0.3 | 012 - Planning and Operations | Email correspondence with K. Carmody regarding funding of FSA claims | $192.00 |

*CONFIDENTIAL*

**Client: Standard Register**
Court: United States Bankruptcy Court / Delaware
Description: Detail of Time Entries
Period: August 1, 2015 through August 31, 2015
Case No: 15-10541

| Date | Name | Hours | Time Entry Category | Time Entry Description | Billed Amt |
|---|---|---|---|---|---|
| 8/12/2015 | Ted Perkins | 0.2 | 012 - Planning and Operations | Email correspondence with M. Hojnacki regarding funding of Anthem claims | $128.00 |
| 8/12/2015 | Ted Perkins | 0.8 | 012 - Planning and Operations | Initiate authorization of FSA debit arrangement on SR 5/3 account and gaining necessary signature | $512.00 |
| 8/12/2015 | Ted Perkins | 0.3 | 012 - Planning and Operations | Email correspondence with M. Hojnacki regarding FSA payments | $192.00 |
| 8/12/2015 | Ted Perkins | 0.1 | 012 - Planning and Operations | Email correspondence with C. Jessee at 5/3 to set up access to FSA-dedicated bank account | $64.00 |
| 8/13/2015 | Kevin Carmody | 0.7 | 003 - Cash forecasting | Analyze forecast to actual variances on wind down budget | $665.00 |
| 8/13/2015 | Kevin Carmody | 3.1 | 003 - Cash forecasting | Evaluate scenarios for planning receipt of non-transferred assets at site-level | $1,984.00 |
| 8/13/2015 | Ted Perkins | 0.8 | 005 - Chapter 11 reporting | Review CH 11 dockets to plan for funding of professional fee invoices post-close | $512.00 |
| 8/13/2015 | Kevin Carmody | 1.6 | 011 - Legal & Case Administration | Review potential settlement (and supporting details) with Silver Point re: wind down of estate | $1,520.00 |
| 8/13/2015 | Mark Hojnacki | 2.6 | 012 - Planning and Operations | Analyze and discuss assumptions for asset disposition costs with T. Perkins | $2,015.00 |
| 8/13/2015 | Mark Hojnacki | 2.3 | 012 - Planning and Operations | Discuss assumptions for asset disposition with counsel | $1,782.50 |
| 8/13/2015 | Mark Hojnacki | 0.9 | 012 - Planning and Operations | Review lease surrender agreements and other legal documents for estate | $697.50 |
| 8/13/2015 | Mark Hojnacki | 1.2 | 012 - Planning and Operations | Discuss changes to facilities and administrative wind-down analysis w/ T. Perkins | $930.00 |
| 8/13/2015 | Ted Perkins | 0.2 | 012 - Planning and Operations | Finalize authorization of FSA debit arrangement on SR Fifth Third account | $128.00 |
| 8/13/2015 | Ted Perkins | 0.8 | 012 - Planning and Operations | Pay Anthem invoice and confirmation with Anthem | $512.00 |
| 8/13/2015 | Ted Perkins | 0.7 | 012 - Planning and Operations | Call M. Hojnacki to discuss analytical approach for determining cost of maintaining non-transferred assets | $448.00 |
| 8/13/2015 | Ted Perkins | 1.2 | 012 - Planning and Operations | Conduct web-research on likely costs incurred upon receiving non-transferred sites | $768.00 |
| 8/14/2015 | Kevin Carmody | 1.4 | 003 - Cash forecasting | Speak with Gibson re: requests from Silver Point re: assets that might be returned to the estate and a strategy for disposing these assets. | $1,330.00 |
| 8/14/2015 | Ted Perkins | 1.1 | 003 - Cash forecasting | Call M. Rosenthal, M. Bouslog and M. Hojnacki regarding non-transferred facility cost and professional service fee payment | $704.00 |
| 8/14/2015 | Ted Perkins | 0.5 | 003 - Cash forecasting | Email correspondence with M. Hojnacki regarding modifications to analysis of non-transferred facilities | $320.00 |
| 8/14/2015 | Ted Perkins | 0.3 | 003 - Cash forecasting | Email correspondence with T. Smiley regarding rationalization of SR facility sites | $192.00 |
| 8/14/2015 | Ted Perkins | 1.8 | 003 - Cash forecasting | Conduct web research on property insurance cost and property tax rates to support facility maintenance cost analysis | $1,152.00 |
| 8/14/2015 | Ted Perkins | 2.8 | 003 - Cash forecasting | Modify SR transferred facility analysis to incorporate additional incurred costs | $1,792.00 |
| 8/14/2015 | Ted Perkins | 0.3 | 003 - Cash forecasting | Email correspondence with M. Hojnacki regarding facility maintenance cost analysis | $192.00 |
| 8/14/2015 | Ted Perkins | 1.5 | 003 - Cash forecasting | Compare professional fee projections made by Lazard, GD and those indicated by latest invoices | $960.00 |
| 8/14/2015 | Ted Perkins | 0.4 | 005 - Chapter 11 reporting | Review dockets to plan funding of held-back professional fees as per CNOs | $256.00 |
| 8/14/2015 | Ted Perkins | 0.4 | 005 - Chapter 11 reporting | Review of ORD First Quarterly Fees to reconcile with professional fee calculations | $256.00 |
| 8/14/2015 | Mark Hojnacki | 1.7 | 012 - Planning and Operations | Prepare for and participate in call with counsel to discuss asset disposition | $1,317.50 |
| 8/14/2015 | Mark Hojnacki | 1.8 | 012 - Planning and Operations | Review administrative solvency analysis with T. Perkins | $1,395.00 |
| 8/14/2015 | Mark Hojnacki | 1.2 | 012 - Planning and Operations | Discuss estate wind-down role with L. Williams | $930.00 |
| 8/14/2015 | Mark Hojnacki | 1.1 | 012 - Planning and Operations | Review current facilities list with T. Perkins | $852.50 |
| 8/14/2015 | Mark Hojnacki | 1.2 | 012 - Planning and Operations | Review claims analysis information on administrative claims | $930.00 |
| 8/14/2015 | Mark Hojnacki | 1.2 | 012 - Planning and Operations | Review priority claims to determine overlap with 503(b)(9) claims | $930.00 |
| 8/17/2015 | Ted Perkins | 0.1 | 003 - Cash forecasting | Email correspondence with Dave Deptula regarding property tax estimates on SR properties | $64.00 |
| 8/17/2015 | Ted Perkins | 1.9 | 003 - Cash forecasting | Reconcile Gibson Dunn, Lazard and closing calculation estimates for wind-down budget | $1,216.00 |
| 8/17/2015 | Ted Perkins | 1.2 | 003 - Cash forecasting | Update and present latest view of wind-down budget requirements based on updated professional service fees | $768.00 |
| 8/17/2015 | Ted Perkins | 1.4 | 003 - Cash forecasting | Reconcile Fifth Third bank account balances against payments made | $896.00 |

CONFIDENTIAL

**Client: Standard Register**
Court: United States Bankruptcy Court / Delaware
Description: Detail of Time Entries
Period: August 1, 2015 through August 31, 2015
Case No: 15-10541

| Date | Name | Hours | Time Entry Category | Time Entry Description | Billed Amt |
|---|---|---|---|---|---|
| 8/17/2015 | Ted Perkins | 0.6 | 003 - Cash forecasting | Tabulate Fifth Third bank account balances and wires | $384.00 |
| 8/17/2015 | Ted Perkins | 0.4 | 003 - Cash forecasting | Email correspondence with M Hojnacki regarding reconciliation of wind-down budget estimate | $256.00 |
| 8/17/2015 | Ted Perkins | 1.2 | 003 - Cash forecasting | Conduct research on professional relocation / disposal for commercial facilities | $768.00 |
| 8/17/2015 | Mark Hojnacki | 2.3 | 009 - Executive team support | Prepare materials for Board meeting | $1,782.50 |
| 8/17/2015 | Mark Hojnacki | 1.4 | 012 - Planning and Operations | Review asset disposition proposal from Lenders | $1,085.00 |
| 8/17/2015 | Mark Hojnacki | 1.3 | 012 - Planning and Operations | Review weekly payment activity from wind-down account | $1,007.50 |
| 8/17/2015 | Mark Hojnacki | 1.7 | 012 - Planning and Operations | Review and revise administrative solvency analysis based on discussions with counsel | $1,317.50 |
| 8/17/2015 | Mark Hojnacki | 1.2 | 012 - Planning and Operations | Discuss controls for payment of expenses with SR treasury | $930.00 |
| 8/17/2015 | Mark Hojnacki | 1.1 | 012 - Planning and Operations | Follow up on open professional fee invoices | $852.50 |
| 8/17/2015 | Ted Perkins | 0.7 | 012 - Planning and Operations | Prepare for and have call with J. Vaughn and S. Burns regarding outstanding amounts owed from estate | $448.00 |
| 8/17/2015 | Ted Perkins | 1.3 | 012 - Planning and Operations | Email correspondence with M. Hojnacki regarding FSA expenses, IBNR claims and professional service fees owed | $832.00 |
| 8/17/2015 | Ted Perkins | 0.2 | 012 - Planning and Operations | Email correspondence with J. Vaughn regarding debits from the estate's FSA account | $128.00 |
| 8/17/2015 | Ted Perkins | 1.3 | 012 - Planning and Operations | Email correspondence with M. Hojnacki and K. Carmody regarding professional service fees owed from the SR estate | $832.00 |
| 8/17/2015 | Ted Perkins | 0.5 | 012 - Planning and Operations | Fund professional service fees and IBNR claims | $320.00 |
| 8/17/2015 | Ted Perkins | 1.1 | 012 - Planning and Operations | Prepare for and call M. Hojnacki regarding reconciliation of wind-down budget | $704.00 |
| 8/17/2015 | Ted Perkins | 0.1 | 012 - Planning and Operations | Email correspondence with M. Coffield to set up online access to SR FSA-debit account | $64.00 |
| 8/18/2015 | Ted Perkins | 1.4 | 003 - Cash forecasting | Amend wind-down budget estimates to reflect revised methodology | $896.00 |
| 8/18/2015 | Ted Perkins | 1.0 | 003 - Cash forecasting | Email correspondence with M. Rosenthal regarding wind-down budget reconciliation analysis | $640.00 |
| 8/18/2015 | Ted Perkins | 1.9 | 003 - Cash forecasting | Draft presentation regarding potential non-transferred assets | $1,216.00 |
| 8/18/2015 | Ted Perkins | 0.9 | 003 - Cash forecasting | Update analysis regarding potential non-transferred assets to incorporate varied scenarios and updated data | $576.00 |
| 8/18/2015 | Ted Perkins | 1.8 | 003 - Cash forecasting | Update discussion document regarding potential non-transferred assets | $1,152.00 |
| 8/18/2015 | Ted Perkins | 0.6 | 003 - Cash forecasting | Email correspondence with M. Hojnacki regarding potential non-transferred assets | $384.00 |
| 8/18/2015 | Mark Hojnacki | 1.2 | 009 - Executive team support | Prepare for and participate in Board prep call with Counsel | $930.00 |
| 8/18/2015 | Mark Hojnacki | 0.8 | 009 - Executive team support | Discuss wind-down budget estimate with T. Perkins | $620.00 |
| 8/18/2015 | Mark Hojnacki | 0.8 | 009 - Executive team support | Review and revise draft Board materials and analysis | $620.00 |
| 8/18/2015 | Mark Hojnacki | 1.1 | 012 - Planning and Operations | Follow-up on open bank account information for counsel | $852.50 |
| 8/18/2015 | Mark Hojnacki | 0.8 | 012 - Planning and Operations | Discuss weekly liquidity coordination with SR treasury team | $620.00 |
| 8/18/2015 | Mark Hojnacki | 2.3 | 012 - Planning and Operations | Review priority claims detail on Prime Clerk website | $1,782.50 |
| 8/18/2015 | Mark Hojnacki | 1.3 | 012 - Planning and Operations | Discuss current status of life insurance policies with counsel | $1,007.50 |
| 8/18/2015 | Mark Hojnacki | 1.1 | 012 - Planning and Operations | Review 5030(b)(9) reconciliation provided by buyer | $852.50 |
| 8/18/2015 | Mark Hojnacki | 0.8 | 012 - Planning and Operations | Call with UCC advisors to discuss current status | $620.00 |
| 8/18/2015 | Ted Perkins | 1.9 | 012 - Planning and Operations | Conduct update of analysis re: potential non-transferred assets | $1,216.00 |
| 8/18/2015 | Ted Perkins | 0.8 | 012 - Planning and Operations | Discuss wind-down budget estimate with Mark Hojnacki | $512.00 |
| 8/18/2015 | Ted Perkins | 1.8 | 012 - Planning and Operations | Incorporate property tax into non-transferred asset calculation | $1,216.00 |
| 8/18/2015 | Ted Perkins | 1.9 | 012 - Planning and Operations | Wire held-back professional service fees | $1,216.00 |
| 8/18/2015 | Ted Perkins | 0.2 | 012 - Planning and Operations | Call H. Parker at Fifth Third to confirm and authorize wire transfers | $128.00 |
| 8/18/2015 | Ted Perkins | 0.7 | 012 - Planning and Operations | Document wire transfers | $448.00 |
| 8/19/2015 | Ted Perkins | 0.4 | 003 - Cash forecasting | Prepare for and have call with M Hojnacki regarding analysis and cost of non-transferred assets | $256.00 |

Page 5 of 8

CONFIDENTIAL

Client: Standard Register
Court: United States Bankruptcy Court / Delaware
Description: Detail of Time Entries
Period: August 1, 2015 through August 31, 2015
Case No: 15-10541

| Date | Name | Hours | Time Entry Category | Time Entry Description | Billed Amt |
|---|---|---|---|---|---|
| 8/19/2015 | Ted Perkins | 1.9 | 003 - Cash forecasting | Update non-transferred asset analysis to reflect updated assumptions pertaining to one-off disposal cost | $1,216.00 |
| 8/19/2015 | Ted Perkins | 1.0 | 003 - Cash forecasting | Call M. Rosenthal, M. Bousiog and M. Hojnacki regarding potential non-transferred assets and budget reconciliation | $640.00 |
| 8/19/2015 | Ted Perkins | 1.1 | 003 - Cash forecasting | Email and call M. Hojnacki regarding amendments to wind-down budget presentation and analysis | $704.00 |
| 8/19/2015 | Ted Perkins | 2.3 | 003 - Cash forecasting | Draft presentation to show latest view of wind-down budget | $1,472.00 |
| 8/19/2015 | Ted Perkins | 1.4 | 003 - Cash forecasting | Prepare back-up materials to support analysis on wind-down budget estimate | $896.00 |
| 8/19/2015 | Mark Hojnacki | 1.3 | 009 - Executive team support | Update Board meeting materials based on discussion | $1,007.50 |
| 8/19/2015 | Mark Hojnacki | 1.6 | 012 - Planning and Operations | Follow up on open UCC data requests | $1,240.00 |
| 8/19/2015 | Mark Hojnacki | 2.1 | 012 - Planning and Operations | Review administrative claims detail on Prime Clerk website | $1,627.50 |
| 8/19/2015 | Mark Hojnacki | 1.7 | 012 - Planning and Operations | Discuss final 503(b)(9) analysis with SR treasury | $1,317.50 |
| 8/19/2015 | Mark Hojnacki | 1.1 | 012 - Planning and Operations | Review wind-down cost estimates and calculations and discuss with T. Perkins | $852.50 |
| 8/19/2015 | Mark Hojnacki | 1.9 | 012 - Planning and Operations | Discuss IBNR assumptions with SR management | $1,472.50 |
| 8/19/2015 | Mark Hojnacki | 0.9 | 012 - Planning and Operations | Review closing payments and compare professional fees to current requests | $697.50 |
| 8/19/2015 | Mark Hojnacki | 2.1 | 012 - Planning and Operations | Review and revise Board materials and change as necessary | $1,627.50 |
| 8/19/2015 | Ted Perkins | 0.8 | 012 - Planning and Operations | Fund FSA debit account held by Fifth Third | $512.00 |
| 8/19/2015 | Ted Perkins | 0.8 | 012 - Planning and Operations | Email and call M. Hojnacki and K. Carmody regarding FSA debits | $512.00 |
| 8/19/2015 | Ted Perkins | 0.6 | 012 - Planning and Operations | Fund, confirm and document Prime Clerk and BNY Mellon wires on behalf of SR estate | $384.00 |
| 8/19/2015 | Ted Perkins | 1.1 | 012 - Planning and Operations | Update wind-down budget presentation based on revised analysis | $704.00 |
| 8/20/2015 | Kevin Carmody | 1.6 | 003 - Cash forecasting | Review cash disbursements and revise wind down budget, including updates to professional fees based on invoices submitted to date | $1,520.00 |
| 8/20/2015 | Ted Perkins | 2.1 | 003 - Cash forecasting | Amend wind down budget analysis ahead of Board meeting | $1,344.00 |
| 8/20/2015 | Ted Perkins | 1.4 | 003 - Cash forecasting | Discuss amendments to wind-down budget analysis with M. Hojnacki | $896.00 |
| 8/20/2015 | Ted Perkins | 0.3 | 003 - Cash forecasting | Conduct analysis to determine outstanding amounts owed on wind-down budget line items | $192.00 |
| 8/20/2015 | Ted Perkins | 0.4 | 003 - Cash forecasting | Conduct sensitivity analysis on wind-down budget total | $256.00 |
| 8/20/2015 | Ted Perkins | 0.7 | 003 - Cash forecasting | Modify wind down budget presentation to support Board discussion | $448.00 |
| 8/20/2015 | Ted Perkins | 0.4 | 012 - Planning and Operations | Reconcile Fifth Third bank balances against payments on record | $256.00 |
| 8/20/2015 | Ted Perkins | 0.6 | 003 - Cash forecasting | Email correspondence with M. Hojnacki regarding budgeting for IBNR claims, FSAs | $384.00 |
| 8/20/2015 | Ted Perkins | 0.2 | 003 - Cash forecasting | Email correspondence with McKinsey research team to support analysis of costs of non-transferred assets | $128.00 |
| 8/20/2015 | Ted Perkins | 1.0 | 003 - Cash forecasting | Analyze estimated professional service firm success fees | $640.00 |
| 8/20/2015 | Ted Perkins | 0.4 | 003 - Cash forecasting | Email correspondence with M. Rosenthal regarding Jefferies success fee analysis | $256.00 |
| 8/20/2015 | Ted Perkins | 0.4 | 003 - Cash forecasting | Email correspondence with M. Rosenthal regarding wind down budget estimates | $256.00 |
| 8/20/2015 | Ted Perkins | 1.1 | 005 - Chapter 11 reporting | Review Prime Clerk website for updated professional service fee filings | $704.00 |
| 8/20/2015 | Kevin Carmody | 1.2 | 009 - Executive team support | Prepare for and participate in SR board call | $1,140.00 |
| 8/20/2015 | Mark Hojnacki | 2.3 | 009 - Executive team support | Prepare for and participate in Board of Directors meeting | $1,782.50 |
| 8/20/2015 | Mark Hojnacki | 1.4 | 012 - Planning and Operations | Discuss changes to SR Board materials with T. Perkins | $1,085.00 |
| 8/20/2015 | Mark Hojnacki | 0.5 | 012 - Planning and Operations | Discuss life insurance policies with counsel to determine path forward | $387.50 |
| 8/20/2015 | Mark Hojnacki | 2.2 | 012 - Planning and Operations | Update asset disposition analysis and support | $1,705.00 |
| 8/20/2015 | Mark Hojnacki | 1.7 | 012 - Planning and Operations | Evaluate proposal for asset disposition from lenders | $1,317.50 |
| 8/21/2015 | Ted Perkins | 0.3 | 003 - Cash forecasting | Email correspondence with N. Crofford and K. Cooxey to obtain wiring information for benefit claims owed | $192.00 |
| 8/21/2015 | Ted Perkins | 0.2 | 003 - Cash forecasting | Have telephone conversation and follow-up email correspondence with D. Deptula regarding legal name change of SR | $128.00 |
| 8/21/2015 | Mark Hojnacki | 1.2 | 012 - Planning and Operations | Review Board materials with K. Carmody | $930.00 |

CONFIDENTIAL

**Client: Standard Register**
Court: United States Bankruptcy Court / Delaware
Description: Detail of Time Entries
Period: August 1, 2015 through August 31, 2015
Case No: 15-10541

| Date | Name | Hours | Time Entry Category | Time Entry Description | Billed Amt |
|---|---|---|---|---|---|
| 8/21/2015 | Mark Hojnacki | 1.7 | 012 - Planning and Operations | Review draft 503(b)(9) motion for counsel | $1,317.50 |
| 8/21/2015 | Mark Hojnacki | 1.9 | 012 - Planning and Operations | Discuss 503(b)(9) claims objection with SR leadership to align on vendors | $1,472.50 |
| 8/21/2015 | Mark Hojnacki | 1.1 | 012 - Planning and Operations | Review estate name change costs estimates | $852.50 |
| 8/21/2015 | Mark Hojnacki | 1.2 | 012 - Planning and Operations | Review updated claims data from Prime Clerk website | $930.00 |
| 8/21/2015 | Ted Perkins | 1.3 | 012 - Planning and Operations | Scrutinize short-term disability claims | $832.00 |
| 8/21/2015 | Ted Perkins | 1.0 | 012 - Planning and Operations | Prepare wiring details for benefits owed, including short-term disability | $640.00 |
| 8/21/2015 | Ted Perkins | 0.7 | 012 - Planning and Operations | Email correspondence with K. Carmody to confirm outgoing payment authorization | $448.00 |
| 8/21/2015 | Ted Perkins | 0.2 | 012 - Planning and Operations | Email correspondence with S. Burns regarding compilation of SR bank account information | $128.00 |
| 8/21/2015 | Ted Perkins | 0.2 | 012 - Planning and Operations | Have telephone conversation with M. Bouslog at Gibson Dunn regarding name change services provided by CT Corporation | $128.00 |
| 8/21/2015 | Ted Perkins | 1.3 | 012 - Planning and Operations | Plan handover of documents to WilliamsMarston | $832.00 |
| 8/23/2015 | Ted Perkins | 4.0 | 001 - Billable travel | Travel from Los Angeles, CA to Stamford, CT | $2,560.00 |
| 8/24/2015 | Ted Perkins | 0.2 | 003 - Cash forecasting | Email correspondence with M. Hojnacki regarding level of medical invoices vis-a-vis estimates | $128.00 |
| 8/24/2015 | Mark Hojnacki | 1.4 | 012 - Planning and Operations | Review omnibus claims objection motion and provide comments | $1,085.00 |
| 8/24/2015 | Mark Hojnacki | 1.5 | 012 - Planning and Operations | Discuss gathering of preference information for UCC with SR treasury | $1,162.50 |
| 8/24/2015 | Mark Hojnacki | 0.8 | 012 - Planning and Operations | Review 503(b)(9) reconciliation provided by buyer | $620.00 |
| 8/24/2015 | Mark Hojnacki | 1.9 | 012 - Planning and Operations | Review administrative claims detail on Prime Clerk website | $1,472.50 |
| 8/24/2015 | Mark Hojnacki | 2.1 | 012 - Planning and Operations | Prepare summary of priority claims from Prime Clerk website | $1,627.50 |
| 8/24/2015 | Mark Hojnacki | 1.7 | 012 - Planning and Operations | Prepare summary of transition items for new CRO | $1,317.50 |
| 8/24/2015 | Ted Perkins | 1.4 | 012 - Planning and Operations | Initiate bank transfers to fund pre-close employee benefits | $896.00 |
| 8/24/2015 | Ted Perkins | 0.9 | 012 - Planning and Operations | Scrutinize Anthem medical benefit invoice and preparation for wire transfer | $576.00 |
| 8/24/2015 | Ted Perkins | 0.2 | 012 - Planning and Operations | Email correspondence with K. Carmody to confirm outbound wire transfer | $128.00 |
| 8/24/2015 | Ted Perkins | 0.1 | 012 - Planning and Operations | Initiate bank transfer to fund Anthem medical benefit invoice | $64.00 |
| 8/24/2015 | Ted Perkins | 0.2 | 012 - Planning and Operations | Email correspondence with R. Boyle of MetLife to confirm bank wire | $128.00 |
| 8/24/2015 | Ted Perkins | 0.1 | 012 - Planning and Operations | Email correspondence with M. Bouslog of Gibson-Dunn with ACH payment instructions for SR account | $64.00 |
| 8/24/2015 | Ted Perkins | 0.1 | 012 - Planning and Operations | Email correspondence with M. Hojnacki regarding outbound wire transfers | $64.00 |
| 8/24/2015 | Ted Perkins | 0.4 | 012 - Planning and Operations | Prepare for and have call with M. Hojnacki regarding outbound wire transfers and handover materials for Landen Williams | $256.00 |
| 8/24/2015 | Ted Perkins | 0.2 | 012 - Planning and Operations | Email correspondence with S. Burns and Walter Skluwer to confirm payment of bank wire | $128.00 |
| 8/24/2015 | Ted Perkins | 0.3 | 012 - Planning and Operations | Give verbal confirmation of outgoing bank wires | $192.00 |
| 8/25/2015 | Ted Perkins | 2.9 | 012 - Planning and Operations | Prepare handover pack for Williams Marston | $1,856.00 |
| 8/25/2015 | Ted Perkins | 1.2 | 012 - Planning and Operations | Compile final versions of documents for handover to Williams Marston | $768.00 |
| 8/25/2015 | Ted Perkins | 0.3 | 012 - Planning and Operations | Provide verbal confirmation of outgoing bank wires | $192.00 |
| 8/25/2015 | Mark Hojnacki | 1.1 | 012 - Planning and Operations | Draft transition and introduction emails to new CRO | $852.50 |
| 8/25/2015 | Mark Hojnacki | 1.2 | 012 - Planning and Operations | Provide historical summary of case to L. Williams | $930.00 |
| 8/25/2015 | Mark Hojnacki | 2.3 | 012 - Planning and Operations | Transition wind-down account details to L. Williams | $1,782.50 |
| 8/25/2015 | Mark Hojnacki | 1.7 | 012 - Planning and Operations | Transition claims summary to L. Williams | $1,317.50 |
| 8/25/2015 | Mark Hojnacki | 2.1 | 012 - Planning and Operations | Discuss account controls and reporting with L. Williams | $1,627.50 |
| 8/25/2015 | Mark Hojnacki | 1.9 | 012 - Planning and Operations | Discuss professional fees administration w/ L. Williams | $1,472.50 |
| 8/25/2015 | Ted Perkins | 0.4 | 012 - Planning and Operations | Prepare ahead of handover meeting with Williams Marston | $256.00 |
| 8/25/2015 | Ted Perkins | 1.9 | 012 - Planning and Operations | Speak with L. Williams and P. Porier of WilliamsMarston regarding context for bankruptcy | $1,216.00 |
| 8/25/2015 | Ted Perkins | 2.6 | 012 - Planning and Operations | Speak with L. Williams and P. Porier of WilliamsMarston regarding wind-down budget management | $1,664.00 |

Page 7 of 8

*CONFIDENTIAL*

**Client: Standard Register**
Court: United States Bankruptcy Court / Delaware
Description: Detail of Time Entries
Period: August 1, 2015 through August 31, 2015
Case No: 15-10541

| Date | Name | Hours | Time Entry Category | Time Entry Description | Billed Amt |
|---|---|---|---|---|---|
| 8/25/2015 | Ted Perkins | 1.4 | 012 - Planning and Operations | Speak with L. Williams and P. Porier of WilliamsMarston and M. Hojnacki regarding transfer of Fifth Third bank account | $896.00 |
| 8/25/2015 | Ted Perkins | 2.3 | 012 - Planning and Operations | Speak with L. Williams and P. Porier of WilliamsMarston and M. Hojnacki regarding priority claim scrutiny process including usage of PrimeClerk | $1,472.00 |
| 8/25/2015 | Ted Perkins | 1.2 | 012 - Planning and Operations | Email correspondence with K. Carmody and M. Coffield of Fifth Third regarding transfer of Fifth Third bank account to WilliamsMarston | $768.00 |
| 8/25/2015 | Ted Perkins | 0.4 | 012 - Planning and Operations | Email correspondence with S. Burns, J. Vaughn and L. Taschenberger to provide notification of handover to WilliamsMarston | $256.00 |
| 8/25/2015 | Ted Perkins | 0.4 | 012 - Planning and Operations | Email correspondence with N. Holbert (Conexis), Christina Mahan (Anthem) and M. Coffield (Fifth Third) to provide notification of handover to WilliamsMarston | $256.00 |
| 8/25/2015 | Ted Perkins | 0.2 | 012 - Planning and Operations | Wire funds to Magellan and provide verbal confirmation | $128.00 |
| 8/25/2015 | Ted Perkins | 0.7 | 012 - Planning and Operations | Telephone conversation with L. Williams and P. Porier of Williams Martin, J. Vaughn (SR) and M. Hojnacki regarding handover of responsibility to Williams Marston | $448.00 |
| 8/26/2015 | Kevin Carmody | 1.4 | 003 - Cash forecasting | Review queue of requested payments and documents to be signed on behalf of estate. | $1,330.00 |
| 8/26/2015 | Kevin Carmody | 1.1 | 009 - Executive team support | Prepare for and participate in SR board call. | $1,045.00 |
| 8/26/2015 | Ted Perkins | 0.5 | 012 - Planning and Operations | Telephone board meeting with legal/financial advisors to discuss expected closing costs | $320.00 |
| 8/26/2015 | Ted Perkins | 0.7 | 012 - Planning and Operations | Obtain K. Carmody authorization for MORs | $448.00 |
| 8/27/2015 | Kevin Carmody | 0.8 | 009 - Executive team support | Speak with L. Williams (CRO) on transition related items and immediate next steps pertaining to the wind down of the estate (separation of duties between CEO and CRO). | $760.00 |
| 8/27/2015 | Ted Perkins | 0.2 | 012 - Planning and Operations | Direct correspondence regarding wiring of funds to Williams Marston | $128.00 |
| 8/27/2015 | Ted Perkins | 0.3 | 012 - Planning and Operations | Email correspondence with P. Porier of Fifth Third regarding transfer of Fifth Third bank account access | $192.00 |
| 8/27/2015 | Ted Perkins | 0.3 | 012 - Planning and Operations | Email correspondence with M. Coffield of Fifth Third regarding transfer of Fifth Third bank account access | $192.00 |
| 8/28/2015 | Kevin Carmody | 0.9 | 003 - Cash forecasting | Analyze actual cash flows, bank balances and update to wind down budget | $855.00 |

CONFIDENTIAL

Exhibit F: Expense Detail

**Client:** Standard Register
**Court:** United States Bankruptcy Court / District of Delaware
**Description:** Summary of Expense Entries by Category
**Period:** July 01, 2015 through August 31, 2015
**Case No:** 15-10541

| Expense Date | User Full Name | Expense Type | Description/Explanation | Expense USD |
|---|---|---|---|---|
| 2-Jul-15 | Leviathan Winn | Air Travel | Air Travel | -$812.00 |
| 6-Jul-15 | Kevin Carmody | Air Travel | Air Travel | $778.00 |
| 6-Jul-15 | Leviathan Winn | Air Travel | Air Travel | $556.00 |
| 6-Jul-15 | Mark Hojnacki | Air Travel | Air Travel | $332.00 |
| 8-Jul-15 | Kevin Carmody | Air Travel | Air Travel | $549.00 |
| 8-Jul-15 | Mark Hojnacki | Air Travel | Air Travel | $686.00 |
| 9-Jul-15 | Leviathan Winn | Air Travel | Air Travel | $332.00 |
| 9-Jul-15 | Leviathan Winn | Air Travel | Air Travel | $347.00 |
| 13-Jul-15 | Leviathan Winn | Air Travel | Air Travel | $556.00 |
| 15-Jul-15 | Leviathan Winn | Air Travel | Air Travel | $847.00 |
| 15-Jul-15 | Kevin Carmody | Air Travel | Air Travel | $332.00 |
| 16-Jul-15 | Kevin Carmody | Air Travel | Air Travel | $460.00 |
| 16-Jul-15 | Leviathan Winn | Air Travel | Air Travel | $332.00 |
| 20-Jul-15 | Leviathan Winn | Air Travel | Air Travel | $614.00 |
| 20-Jul-15 | Ted Perkins | Air Travel | Air Travel | $531.00 |
| 22-Jul-15 | Ted Perkins | Meals | Lunch | $14.91 |
| 23-Jul-15 | Ted Perkins | Meals | Dinner | $15.44 |
| 23-Jul-15 | Kevin M Carmody | Taxi / Car Services | Client - Airport - | $66.03 |
| 23-Jul-15 | Kevin M Carmody | Taxi / Car Services | Airport - Hotel - | $63.13 |
| 23-Jul-15 | Mark Hojnacki | Air Travel | Air Travel | $666.00 |
| 23-Jul-15 | Ted Perkins | Air Travel | Air Travel | $316.00 |
| 24-Jul-15 | Ted Perkins | Taxi / Car Services | Airport - Home - | $65.03 |
| 24-Jul-15 | Mark W Hojnacki | Rental Car | Rental Car | $157.71 |
| 26-Jul-15 | Ted Perkins | Air Travel | Air Travel | $795.00 |
| 27-Jul-15 | Mark Hojnacki | Air Travel | Air Travel | $1,347.00 |
| 29-Jul-15 | Ted Perkins | Rental Car | Rental Car | $238.82 |
| 29-Jul-15 | Ted Perkins | Hotel | Room Rate (May Include Tax | $250.00 |
| 29-Jul-15 | Ted Perkins | Hotel | Room Tax | $50.54 |

| Date | Name | Category | Description | Amount |
|---|---|---|---|---|
| 29-Jul-15 | Ted Perkins | Taxi / Car Services | Airport - Hotel - | $94.40 |
| 29-Jul-15 | Ted Perkins | Meals | Breakfast | $6.71 |
| 29-Jul-15 | Ted Perkins | Meals | Dinner | $14.25 |
| 29-Jul-15 | Ted Perkins | Meals | Dinner | $2.18 |
| 29-Jul-15 | Ted Perkins | Meals | Lunch | $7.86 |
| 29-Jul-15 | Kevin M Carmody | Hotel | Room Rate (May Include Tax | $250.00 |
| 29-Jul-15 | Kevin M Carmody | Telecom | Internet - WiFi | $37.95 |
| 29-Jul-15 | Kevin M Carmody | Hotel | Room Tax | $25.57 |
| 29-Jul-15 | Kevin M Carmody | Hotel | Room Tax | $16.93 |
| 29-Jul-15 | Kevin M Carmody | Hotel | Room Tax | $2.00 |
| 29-Jul-15 | Kevin M Carmody | Hotel | Room Tax | $1.50 |
| 29-Jul-15 | Kevin M Carmody | Meals | Breakfast | $23.50 |
| 29-Jul-15 | Kevin M Carmody | Meals | Lunch | $14.00 |
| 29-Jul-15 | Kevin M Carmody | Meals | Dinner | $16.50 |
| 29-Jul-15 | Ted Perkins | Air Travel | Air Travel | $1,157.00 |
| 29-Jul-15 | Kevin Carmody | Air Travel | Air Travel | $496.42 |
| 30-Jul-15 | Ted Perkins | Hotel | Room Rate (May Include Tax | $250.00 |
| 30-Jul-15 | Ted Perkins | Hotel | Room Tax | $50.53 |
| 30-Jul-15 | Kevin M Carmody | Hotel | Room Rate (May Include Tax | $250.00 |
| 30-Jul-15 | Kevin M Carmody | Hotel | Room Tax | $25.57 |
| 30-Jul-15 | Kevin M Carmody | Hotel | Room Tax | $16.93 |
| 30-Jul-15 | Kevin M Carmody | Hotel | Room Tax | $2.00 |
| 30-Jul-15 | Kevin M Carmody | Hotel | Room Tax | $1.50 |
| 31-Jul-15 | Ted Perkins | Taxi / Car Services | Airport - Home - | $57.92 |
| 31-Jul-15 | Ted Perkins | Taxi / Car Services | Client - Airport - | $70.09 |
| 31-Jul-15 | Ted Perkins | Meals | Dinner | $20.44 |
| 23-Aug-15 | Ted Perkins | Meals | Breakfast | $24.55 |
| 23-Aug-15 | Ted Perkins | Taxi / Car Services | Airport - Hotel - | $149.92 |
| 23-Aug-15 | Ted Perkins | Taxi / Car Services | Home - Airport - | $65.30 |
| 23-Aug-15 | Ted Perkins | Meals | Dinner | $12.30 |
| 23-Aug-15 | Ted Perkins | Air Travel | Air Travel | $2,788.00 |
| 24-Aug-15 | Ted Perkins | Hotel | Room Rate (May Include Tax | $179.31 |
| 24-Aug-15 | Ted Perkins | Hotel | Room Tax | $26.90 |
| 24-Aug-15 | Ted Perkins | Meals | Dinner | $45.94 |

| 24-Aug-15 | Ted Perkins | Hotel | Room Rate (May Include Tax | $201.33 |
| 24-Aug-15 | Ted Perkins | Hotel | Room Tax | $30.20 |
| 24-Aug-15 | Ted Perkins | Taxi / Car Services | Office - Hotel - | $11.04 |
| 24-Aug-15 | Ted Perkins | Taxi / Car Services | Hotel - Office - | $10.05 |
| 25-Aug-15 | Ted Perkins | Taxi / Car Services | Hotel - Office - | $9.96 |
| 25-Aug-15 | Ted Perkins | Meals | Breakfast | $6.48 |
| 25-Aug-15 | Ted Perkins | Taxi / Car Services | Office - Airport - | $134.23 |
| 26-Aug-15 | Kevin Carmody | Case Administrator | Case Administrator | $1,080.00 |