**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION COMPANY, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 945, 990, 1047, 1051** |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS' STATEMENT IN
SUPPORT OF (A) DEBTORS' MOTION FOR ENTRY OF AN ORDER
AUTHORIZING THE DEBTORS TO (I) AMEND INSURANCE AGREMEENT
AND (II) ASSUME ASSURANCE AGREEMENT AS AMENDED AND (B)
DEBTORS' MOTION TO ESTABLISH PROCEDURES TO TRANSFER,
ABANDON, OR SELL DE MINIMIS ASSETS**

The Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 bankruptcy cases of the above-captioned debtors-in-possession (the "Debtors") hereby submits this statement in support (the "Statement") of the *Debtors' Motion for Entry of an Order Authorizing the Debtors to (I) Amend Insurance Agreement and (II) Assume Insurance Agreement as Amended* (the "Anthem Motion") [D.I. 945] and the *Debtors' Motion to Establish Procedures to Transfer, Abandon, or Sell De Minimis Assets* (the "De Minimis Assets Motion" and collectively with the Anthem Motion, the "Motions") [D.I. 990]. As and for this Statement, the Committee joins in the *Debtors' Reply to Silver Point Finance, LLC's Limited Objection to (A) Debtors' Motion to Establish Procedures to Transfer, Abandon, or Sell De Minimis Assets and (B) Debtors' Motion for Entry of an Order Authorizing the Debtors to (I) Amend Insurance*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

-2-

*Agreement and (II) Assume Insurance Agreement as Amended* (the "Reply") [D.I. 1051] and respectfully represents as follows:

1. The Debtors filed the Anthem Motion on August 18, 2015. The Committee supports the relief the Debtors seek through the Anthem Motion.

2. The Debtors filed the De Minimis Assets Motion on August 31, 2015. The Committee supports the relief the Debtors seek through the De Minimis Assets Motion, as modified by the Reply.

3. On September 15, 2015, the agent for the Debtors' prepetition and postpetition secured lenders, Silver Point Finance LLC, filed an objection to the Motions (the "Silver Point Objection") [D.I. 1047].

4. For the reasons set forth in the Reply, the Committee respectfully submits that the Court should grant the Motions and overrule the Silver Point Objection.

[ *signature page follows* ]

| | |
|---|---|
| Dated: September 18, 2015 | Respectfully Submitted, |

<div style="margin-left:2em">

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Sharon L. Levine, Esq.
Paul Kizel, Esq.
Wojciech F. Jung, Esq.
Andrew Behlmann, Esq.
65 Livingston Avenue
Roseland, NJ  07068
Telephone:  (973-597-2500
Facsimile:  (973) 597-2400

*-and -*

Gerald C. Bender, Esq.
1251 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 262-6700
Facsimile:  (212) 262-7402

*Counsel to the Official Committee of Unsecured Creditors*

*-and-*

**POLSINELLI PC**

/s/ *Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone:  (302) 252-0920
Facsimile:  (302) 252-0921

*Delaware Counsel to the Official Committee of Unsecured Creditors*

</div>