UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br> SRC LIQUIDATION COMPANY, <br><br> Debtors. | Chapter 11 <br><br> Case No: 15-10541-BLS |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE THAT** Erin K. Brignola, Esquire, of the law firm of Cooper Levenson, P.A., hereby enters her appearance on behalf of Creditor, William Mills.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Bankruptcy Rules 2002, 9007 and 9010 and Sections 102(1), 342 and 1109(b) of Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code"), that all notices given or required to be given in this case and all papers served or required to be served, including but not limited to all notices filed and served in the above captioned bankruptcy cases, be given to and served upon the undersigned by the ECF system unless notice by the ECF system is not applicable such that the following shall apply:

Erin K. Brignola, Esq. (DE Bar No. 2723)
Cooper Levenson, P.A.
30 Fox Hunt Drive, Unit 30
Bear, DE  19701
(302) 838-2600
ebrignola@cooperlevenson.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or

informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telefax, facsimile transmission, e-mail or otherwise, which effect the Debtors or property of the Debtors.

Dated: September 17, 2015          COOPER LEVENSON P.A.

By: /s/ Erin K. Brignola
Erin K Brignola, Esq. (DE Bar No. 2723)
30 Fox Hunt Drive, Unit 30
Bear, DE, 19701
(302) 838-2600
ebrignola@cooperlevenson.com
*Counsel for Creditor, William Mills*

CLAC 3190712.1          2