IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Timothy R. Quinn, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 16, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via overnight mail to Affiliated Computer Services, Inc., c/o Xerox State Healthcare, LLC, 518 17th Street, Suite 400, Denver, CO 80202:

- (Customized) Notice Regarding Designation as Post-Closing Transferred Contract and Assumption and Assignment Thereof [a non-customized copy of which is attached hereto as **Exhibit A**]

Dated: September 17, 2015

Timothy R. Quinn

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on September 17, 2015, by Timothy R. Quinn, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

BENJAMIN JOSEPH STEELE
NOTARY PUBLIC-STATE OF NEW YORK
No. 02ST6290268
Qualified in New York County
My Commission Expires October 07, 2017

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

**Exhibit A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | **Re Docket No. 698** |

**NOTICE REGARDING DESIGNATION AS POST-CLOSING TRANSFERRED**
**CONTRACT AND ASSUMPTION AND ASSIGNMENT THEREOF**

  **PLEASE TAKE NOTICE** that, on June 19, 2015, the United States Bankruptcy Court for the District of Delaware (the "Court") entered that certain *Order (I) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (II) Granting Certain Related Relief* [Docket No. 698] (the "Sale Order").[2]

  **PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraph 27 of the Sale Order, the Buyers delivered a schedule of Potential Contracts to the Debtors prior to the Closing Date. You previously received notice regarding the designation of applicable agreements as Potential Contracts.

  **PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraphs 27 and 28 of the Sale Order, the Buyers were granted ninety (90) days from the Closing Date to determine whether to assume or reject the Potential Contracts.

  **PLEASE TAKE FURTHER NOTICE** that, as of the date hereof, and in accordance with paragraph 35 of the Sale Order, the Buyers have designated the Potential Contracts listed on Exhibit A hereto as Post-Closing Transferred Contracts, and such Post-Closing Transferred Contracts shall be deemed assumed and assigned to the Buyers upon the expiration of five (5) business days from the date hereof.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Sale Order.

Dated:  September 14, 2015
        Wilmington, DE                    */s/ Matthew P. Austria*
                                          Matthew P. Austria (DE No. 4827)
                                          WERB & SULLIVAN
                                          300 Delaware Avenue, 13th Floor
                                          P.O. Box 25046
                                          Wilmington, Delaware 19899
                                          (For courier: 19801)
                                          Telephone: (302) 652-1100
                                          Facsimile: (302) 652-1111
                                          E-mail: maustria@werbsullivan.com

                                          -and-

                                          Phillip Bohl (MN No. 139191)
                                          GRAY, PLANT, MOOTY,
                                          MOOTY & BENNET, P.A.
                                          500 IDS Center
                                          80 South Eighth Street
                                          Minneapolis, Minnesota 55402
                                          Telephone: (612) 632-3000
                                          Facsimile: (612) 632-4019
                                          Email: Phillip.bohl@gpmlaw.com

                                          *Counsel to Taylor Corporation*

# EXHIBIT A

## Post-Closing Transferred Contracts

| Counterparty Name | Executory Contract or Unexpired Lease | Cure Amount |
| --- | --- | --- |