**Exhibit A**
**(Equity Interest Claims)**

| Name of Claimant | Claim No. | Original Claim Amount and Classification | Date Filed | Reason for Disallowance |
|---|---|---|---|---|
| Clune, Robert H | 1373 | Priority Claim: $14,376.00<br>General Unsecured Claim: $14,376.00 | 6/2/15 | Proof of claim asserts an ownership interest in equity securities of SRC Liquidation Company, and thus does not give rise to a "claim" as such term is defined in the Bankruptcy Code. |
| Kurz, Maximilian P. | 1318 | Priority Claim: $30,554.04 | 6/1/15 | Proof of claim asserts an ownership interest in equity securities of SRC Liquidation Company, and thus does not give rise to a "claim" as such term is defined in the Bankruptcy Code. |
| Lewis, Jennifer | 1795 | Priority Claim: $11,788.95 | 6/10/15 | Proof of claim asserts an ownership interest in equity securities of SRC Liquidation Company, and thus does not give rise to a "claim" as such term is defined in the Bankruptcy Code. |