# SIGN-IN SHEET

**CASE NAME:** THE STANDARD REGISTER CO.    **COURTROOM NO.:** 1 JUDGE SHANNON

**CASE NO.:** 15-10541    **DATE:** SEPTEMBER 21, 2015

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jeremy Graves | Gibson Dunn | Debtors |
| Matthew Bouslog | Gibson Dunn | Debtors |
| Drew Magaziner | YCST | Debtors |
| Justin Edelson | Polsinelli | Committee |
| Wojciech Jung | Lowenstein Sandler | Committee |
| Christopher M. Dressel | Shulte | Silver Point Finance, LLC |
| Davis De Sousa | Shulte | " |
| Matthew Austria | Werb + Sullivan | Taylor Corporation |
| Mark Kenny | U.S. Trustee | U.S. Trustee |
| Jack McMahon | Cross Curry & Astin | Xerox Corp. |

# Court Conference

## U.S. Bankruptcy Court-Delaware (DE - US)
## Confirmed Telephonic Appearance Schedule
## Honorable Brendan L. Shannon

Calendar Date: 09/21/2015
Calendar Time: 10:00 AM ET

Amended Calendar 09/21/2015 05:37 AM

#1

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | SRC Liquidation Company | 15-10541 | Hearing | 7163382 | Jay Basham | 404-420-5559 | Parker Hudson Rainer & Dobbs | Creditor, Bank of America, N.A. / LISTEN |
| | | SRC Liquidation Company | 15-10541 | Hearing | 7163900 | Maria Chutchian | (646) 378-3108 | Merger Market | Interested Party,Maria Chutchian / LISTEN ONLY |
| | | SRC Liquidation Company | 15-10541 | Hearing | 7149935 | Tiffany S. Cobb | 614-464-8322 | Vorys, Sater, Seymour & Pease LLP | Interested Party, Anthem / LIVE |
| | | SRC Liquidation Company | 15-10541 | Hearing | 7162439 | Anthony DiNello | (203) 542-4212 ext. 00 | Silver Point Capital | Interested Party, Silver Point Finance, LLC and Standard Acquisition Holdings, LLC / LISTEN ONLY |
| | | SRC Liquidation Company | 15-10541 | Hearing | 7162448 | Chaim Fortgang | (914) 925-3140 | Fortgang Consulting LLC | Interested Party, Silver Point Finance, LLC and Standard Acquisition Holdings, LLC / LISTEN ONLY |
| | | SRC Liquidation Company | 15-10541 | Hearing | 7162226 | Kelly C. Griffith | 315-423-7100 | Harris Beach PLLC | Creditor, TLF Graphics Inc. / LIVE |
| | | SRC Liquidation Company | 15-10541 | Hearing | 7162432 | Ron Meisler | (312) 402-7086 | Skadden Arps Slate Meagher & Flom (Chicago) | Interested Party, SilverPoint Finance & Standard Acquisition Holding, LLC / LIVE |
| | | SRC Liquidation Company | 15-10541 | Hearing | 7162445 | Taylor Montague | (203) 542-4211 | Silverpoint Capital | Interested Party, Silver Point Finance, LLC and Standard Acquisition Holdings, LLC / LISTEN ONLY |
| | | SRC Liquidation Company | 15-10541 | Hearing | 7154429 | Courtney Morgan | (202) 326-4020 ext. 3738 | Pension Benefit Guaranty Corporation | Creditor, Pension Benefit Guaranty Corporation / LIVE |
| | | SRC Liquidation Company | 15-10541 | Hearing | 7160530 | Mark H. Ralston | (972) 419-5544 | Fishman Jackson, PLLC | Creditor, Xerox Corporation / LISTEN ONLY |

| SRC Liquidation Company | 15-10541 | Hearing | 7164693 | Michael A Rosenthal | 212-351-3969 | Gibson, Dunn & Crutcher LLP | Debtor, The Standard Register Company / LIVE |