**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 15-10541-BLS |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |
| | : | **Re: Docket Nos. 1079 & _____** |
| | : | |

**ORDER EXPEDITING CONSIDERATION OF, AND SHORTENING THE NOTICE PERIOD APPLICABLE TO, MOTION BY CARESOURCE MANAGEMENT GROUP CO. FOR AN ORDER AUTHORIZING CARESOURCE MANAGEMENT GROUP CO. TO FILE UNDER SEAL ITS MOTION FOR RELIEF FROM THE SALE ORDER, TO COMPEL ASSUMPTION OR REJECTION OF CERTAIN UNEXPIRED EXECUTORY CONTRACTS, AND FOR RELATED RELIEF**

Upon the Motion (the "Motion to Shorten")[2] of CareSource Management Group Co. ("CareSource"), seeking entry of an order expediting consideration of, and shortening the notice period applicable to, the *Motion by CareSource Management Group Co. for an Order Authorizing CareSource Management Group Co. to File Under Seal its Motion to Compel Assumption or Rejection of Certain Unexpired Executory Contracts, and for Related Relief* (the "Motion to Seal"); and it appearing that notice of the Motion was sufficient under the circumstances; and upon the record herein; and the Court having determined that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein; it is hereby ORDERED that:

1. The Motion to Shorten is GRANTED as set forth herein.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion to Shorten.

2

      2.      A hearing to consider the Motion to Seal shall be held on _____, 2015, at \_\_\_\_:\_\_\_\_ \_\_.m. (prevailing Eastern Time).

      3.      All objections and/or other responses to the Motion to Seal shall be (a) filed with the Court; and (b) served so as to actually be received by no later than _____, 2015, at 12:00 p.m. (prevailing Eastern Time), by counsel to CareSource, Cross & Simon, LLC, Attn: Christopher P. Simon, Esq. and Kevin S. Mann, Esq., 1105 North Market Street, Suite 901, Wilmington, Delaware 19801.

      4.      The Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

Dated: _____, 2015
       Wilmington, Delaware

                                           The Honorable Brendan L. Shannon
                                           Chief United States Bankruptcy Judge