UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| SRC LIQUIDATION COMPANY, *et al.*, | : Case No. 15-10541-BLS |
| | : (Jointly Administered) |
| Debtors. | : |
| | : Re: Docket Nos. 1079, 1080, 1081, 1082 |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE      )
                                         ) SS
COUNTY OF NEW CASTLE )

Nicole DiBiaso, being duly sworn according to law, deposes and says that she is employed by the law firm of Cross & Simon, LLC, 21st day of September, 2015, she caused copies of the following document(s) to be served upon the persons on the attached service list as indicated:

1. Motion by CareSource Management Group Co. for an Order Authorizing CareSource Management Group Co. to File Under Seal Its Motion for Relief from the Sale Order, to Compel Assumption or Rejection of Certain Unexpired Executory Contracts, and for Related Relief [D.I. 1079];

2. Motion for Order Expediting Consideration of, and Shortening the Notice Period Applicable to, Motion by CareSource Management Group Co. for an Order Authorizing CareSource Management Group Co. to File Under Seal Its Motion for Relief from the Sale Order, to Compel Assumption or Rejection of Certain Unexpired Executory Contracts, and for Related Relief [D.I. 1080];

3. SEALED Motion of CareSource Management Group Co. for Relief from the Sale Order, to Compel Assumption or Rejection of Certain Unexpired Executory Contracts, and for Related Relief [D.I. 1081]; and

4. CareSource Management Group Co.'s Motion for Order Expediting Consideration of, and Shortening the Notice Period Applicable to, Motion of CareSource Management Group Co. for Relief from the Sale Order, to Compel Assumption or Rejection of Certain Unexpired Executory Contracts, and for Related Relief [D.I. 1082].

_____
Nicole DiBiaso

Sworn to and subscribed before me this 22nd day of September, 2015.

Notary Public _Stephanie MacDonald_

My Commission Expires: 9/12/2016

*[Notary seal: STEPHANIE LYNN MACDONALD, MY COMMISSION EXPIRES Sept. 12, 2016, NOTARY PUBLIC, STATE OF DELAWARE]*

## SERVICE LIST

**BY HAND DELIVERY AND ELECTRONIC MAIL**
Michael R. Nestor, Esq.
Kara Hammond Coyle, Esq.
Andrew L. Magaziner, Esq.
Elizabeth S. Justison, Esq.
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
mnestor@ycst.com
kcoyle@ycst.com
amagaziner@ycst.com
ejustison@ycst.com

**BY FEDEX AND ELECTRONIC MAIL**
Michael A. Rosenthal, Esq.
Samuel A. Newman, Esq.
Jeremy L. Graves, Esq.
Matthew G. Bouslog, Esq.
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
mrosenthal@gibsondunn.com
snewman@gibsondunn.com
jgraves@gibsondunn.com
mbouslog@gibsondunn.com

**BY HAND DELIVERY AND ELECTRONIC MAIL**
Office of the United States Trustee
Attn: Mark S. Kenney, Esq.
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
mark.s.kenney@usdoj.gov

**BY HAND DELIVERY AND ELECTRONIC MAIL**
Christopher A. Ward, Esq.
Justin K. Edelson, Esq.
POLSINELLI PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
cward@polsinelli.com
jedelson@polsinelli.com

**BY FIRST CLASS MAIL AND ELECTRONIC MAIL**
Kenneth A. Rosen, Esq.
Sharon L. Levine, Esq.
Wojciech F. Jung, Esq.
LOWENSTEIN SANDLER LLP
65 Livingston Avenue
Roseland, NJ 07068
krosen@lowenstein.com
slevine@lowenstein.com
wjung@lowenstein.com

**BY FIRST CLASS MAIL AND ELECTRONIC MAIL**
Gerald C. Bender, Esq.
LOWENSTEIN SANDLER LLP
1251 Avenue of the Americas
New York, NY 10020
gbender@lowenstein.com

**BY HAND DELIVERY AND ELECTRONIC MAIL**
Matthew P. Austria, Esq.
WERB & SULLIVAN
300 Delaware Avenue, 13th Floor
Wilmington, Delaware 19801
maustria@werbsullivan.com

**BY FEDEX AND ELECTRONIC MAIL**
Phillip Bohl , Esq.
GRAY, PLANT, MOOTY, MOOTY & BENNET, P.A.
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
phillip.bohl@gpmlaw.com