IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, et al.,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

Troy M. Bollman, being duly sworn according to law, deposes and says that he is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys to the Debtors in the above-captioned cases, and that on September 15, 2015, he caused a copy of the following document(s) to be served as indicated upon the parties identified on the attached service list:

> **Sixth Monthly Application of Gibson, Dunn & Crutcher LLP as General Bankruptcy and Restructuring Co-Counsel for Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period from August 1, 2015 through and including August 31, 2015 [Docket No. 1044]**

_____
Troy M. Bollman

SWORN TO AND SUBSCRIBED before me this 21st day of September, 2015.

_____
Notary Public

MELISSA L. ROMANO
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires June 5, 2018

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

## SERVICE LIST
## 9/15/2015

Office of the United States Trustee
Attn: Mark Kenney, Esq.
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801
***Hand Delivery***

The Standard Register Company
Attn: Kevin Carmody, CRO
600 Albany Street
Dayton, OH 45417
***Overnight Mail***

C. Edward Dobbs, Esq.
Parker, Hudson, Rainer & Dobbs LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, GA 30303
(*Bank of America, N.A.*)
***Overnight Mail***

Wojciech F. Jung, Esq.
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, NY 10020
(*Official Committee of Unsecured Creditors*)
***Overnight Mail***

Ron E. Meisler, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive
Chicago, IL 60606
(*Silver Point Finance, LLC*)
***Overnight Mail***