IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

Troy M. Bollman, being duly sworn according to law, deposes and says that he is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys to the Debtors in the above-captioned cases, and that on September 17, 2015, he caused a copy of the following document(s) to be served as indicated upon the parties identified on the attached service list:

> **Debtors' Reply to Silver Point Finance, LLC's Limited Objection to (A) Debtors' Motion to Establish Procedures to Transfer, Abandon, or Sell De Minimis Assets and (B) Debtors' Motion for Entry of an Order Authorizing the Debtors to (I) Amend Insurance Agreement and (II) Assume Insurance Agreement as Amended [Docket No. 1051]**

_____
Troy M. Bollman

SWORN TO AND SUBSCRIBED before me this 20th day of September, 2015.

_____
Notary Public

MELISSA L. ROMANO
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires June 5, 2018

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

## SERVICE LIST
## 9/17/2015

Office of the United States Trustee
Attn: Mark Kenney, Esq.
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801
*Hand Delivery*

Christopher A. Ward, Esq.
Shanti M. Katona, Esq.
Justin K. Edelson, Esq.
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
(*Official Committee of Unsecured Creditors*)
*Hand Delivery*

Daniel K. Astin, Esq.
John D. McLaughlin, Jr., Esq.
Joseph J. McMahon, Jr., Esq.
Ciardi Ciardi & Astin
1204 N. King Street
Wilmington, DE 19801
*Hand Delivery*

Mark H. Ralston, Esq.
FishmanJackson
700 Three Galleria Tower
13155 Noel Road, L.B. 13
Dallas, TX 75240
*First Class Mail*

Sarah E. Pierce, Esq.
Jason M. Liberi, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
*Hand Delivery*

Kenneth A. Rosen, Esq.
Sharon L. Levine, Esq.
Lowenstein Sandler LLP
65 Livingston Avenue
Roseland, NJ 07068
(*Official Committee of Unsecured Creditors*)
*First Class Mail*

Ron E. Meisler, Esq.
Christopher M. Dressel, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, IL 60606
*First Class Mail*