## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**THE STANDARD REGISTER COMPANY,** *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No.  15-10541 (BLS) |

### SUPPLEMENTAL AFFIDAVIT OF DAVID MACGREEVEY IN FURTHERANCE OF THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE STANDARD REGISTER COMPANY FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF ZOLFO COOPER, LLC AS FINANCIAL AND FORENSIC ADVISORS, NUNC PRO TUNC TO MARCH 24, 2015

I, **DAVID MACGREEVEY**, being duly sworn according to law, upon his oath, deposes and says:

1.      I am a managing director of the firm Zolfo Cooper, LLC ("Zolfo Cooper" or the "Firm"), a New Jersey limited liability company.  The information included in this Affidavit concerning ZC is based upon my personal knowledge.

2.      I make this supplemental Affidavit (the "Supplemental Affidavit") in furtherance of the original Affidavit of David MacGreevey (the "Affidavit") filed in support of the Application of the Official Committee of Unsecured Creditors of The Standard Register Company., et al. For Entry of An Order Authorizing the Employment and Retention of Zolfo Cooper, LLC as Financial and Forensic Advisors, Nunc Pro Tunc to March 24, 2015, dated April 20, 2015, to supplement and expand upon the disclosures that were made in my Affidavit.  Such disclosures are set forth on Exhibit A annexed hereto.

3.      Zolfo Cooper acknowledges its continuing obligation to supplement Zolfo Cooper's prior disclosures.

---

1 The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies

4.    All of the statements contained in the Affidavit are repeated herein as if the statements were more fully set forth in detail below.

Executed on this 23rd day of September, 2015

_David MacGreevey_ (signature)

David MacGreevey
Managing Director

Sworn and subscribed to before me
this 23day of September 2015

_Notary signature_

Notary Public

**ANDREW T GETTLER**
**NOTARY PUBLIC-STATE OF NEW YORK**
**No. 01GE6254819**
**Qualified in Bronx County**
**My Commission Expires January 23, 2016**

Exhibit A

| Party in Interest | Nature of Interest in the Standard Register Chapter 11 Case | Description of Current Relationship of Zolfo Cooper, LLC ("ZC") |
|---|---|---|
| Acon Funds Management, LLC, Acon Inc., Acon Investment Limited and Acon Funds Management, LLC ("Acon") | party to litigation | ZC is currently retained to provide management services in the Milagro chapter 11 case where Acon is a shareholder. |
| Automated Data Processing, Inc. ("ADP") | customer | ZC is currently retained by the official committee of unsecured creditors in the Chassix Holdings chapter 11 case where ADP is a vendor. |
| AEP, American Electric Power, AEP Energy Partners, AEP Energy Partners LP, AEP Energy Services, Inc., AEP Southwestern Electric Power Co., AEP Texas Central Co., AEP Texas North Co., AEP Public Service and AEP North ("AEP") | utility provider | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where AEP is a utility provider.<br><br>ZC is currently retained by the 1114 Retirees Committee in the Patriot Coal chapter 11 case where AEP is a customer. |
| Allianz, Allianz Global Investors US LLC, AGCS Marine Insurance Co. and Allianz GI Income and Growth High Yield ("Allianz") | insurer | ZC is currently retained by the official committee of unsecured creditors in the Chassix Holdings chapter 11 case where Allianz is an insurer.<br><br>ZC is currently retained by the 1114 Retirees Committee in the Patriot Coal chapter 11 case where Allianz is an insurer. |
| Allied World Assurance and Allied Word National Assurance Co. ("Allied World Assurance") | insurer | ZC is currently retained by the 1114 Retirees Committee in the Patriot Coal chapter 11 case where Allied World Assurance is an insurer.<br><br>ZC is currently retained by the official committee of unsecured creditors in the A&P chapter 11 case where Allied World Assurance is an insurer. |
| American Axle & Manufacturing ("AAM") | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Chassix Holdings chapter 11 case where AAM is a customer. |
| American International Group a/k/a Chartis Insurance, Chartis Excess Limited, Chartis Property & Casualty Company, | insurer | ZC is currently retained to provide management services in the Milagro chapter 11 case where AIG is a shareholder. |

| Chartis Specialty Insurance Corp. and Illinois National Insurance Co., AIG PEP IV Co-Investment, LP, AIG Rail Services and AIG Vantage Capital LP  ("AIG" or "Chartis" or "INI") | | ZC is currently retained to provide management services in the Sabine chapter 11 case where AIG is a second lien lender.<br><br>ZC is currently retained to provide management services in the Boomerang chapter 11 case where AIG is an insurer/broker.<br><br>ZC is currently retained by the official committee of unsecured creditors in the Chassix Holdings chapter 11 case where AIG is an insurer/broker.<br><br>ZC is currently retained to provide management services in the Xinergy chapter 11 case where AIG is an insurer/broker.<br><br>ZC is currently retained by the 1114 Retirees Committee in the Patriot Coal chapter 11 case where AIG is insurer and issuer/beneficiary to a letter of credit. |
|---|---|---|
| Anheuser Busch | a party to litigation and affiliation of the debtors' officers and directors | ZC is currently retained by the official committee of unsecured creditors in the A&P chapter 11 case where Anheuser Busch is a vendor.<br><br>ZC is currently in the process of being retained by the official committee of unsecured creditors in the Haggen chapter 11 case where Anheuser Busch is a notice of appearance party. |
| Armstrong Pumps Inc., Armstrong ("Armstrong") | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the A&P chapter 11 case where Armstrong is a party to litigation. |
| Atmos Energy, Atmos Energy Louisiana, and Atmos Pipeline Texas ("Atmos") | utility provider | ZC is currently retained by the official committee of unsecured creditors in the Chassix Holdings chapter 11 case where Atmos is a utility provider. |
| AT&T, AT&T Bellsouth, AT&T Communications, AT&T Florida, AT&T Mobile, AT&T Credit Corp., AT&T Midwest, AT&T Data, ATAT Global Information Solutions, AT&T Mobility National Accounts, AT&T Opus, AT&T Southeast, AT&T Southwest, AT&T U Verse, AT&T West, AT&T Wireless, AT&T Technologies, fka Ameritech (collectively, "AT&T") | utility provider and party to litigation | ZC is currently retained to provide management services in the Milagro chapter 11 case where AT&T is a creditor.<br><br>ZC is currently retained to provide management services in the Sabine chapter 11 case where AT&T is a contract counterparty.<br><br>ZC is currently retained by the official committee of unsecured creditors in the Chassix Holdings chapter 11 case where AT&T is a utility provider.<br><br>ZC is currently retained to provide management services in the Xinergy chapter 11 case where AT&T is a utility provider. |

| | | |
|---|---|---|
| | | ZC is currently retained by the official committee of unsecured creditors in the A&P chapter 11 case where AT&T is a utility provider. |
| Avery Dennison | vendor and party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Chassix Holdings chapter 11 case where Avery Dennison is a vendor. |
| Bank of America, Bank of America Funding, Bank of America Leasing & Capital, LLC ("Bank of Americas") | secured and unsecured creditor and customer | ZC is currently retained to provide management services in the Sabine chapter 11 case where Bank of America is a second lien lender, RBL lender and indenture trustee.<br><br>ZC is currently retained to provide management services in the Boomerang chapter 11 case where Bank of America is a lender.<br><br>ZC is currently retained by the official committee of unsecured creditors in the Chassix Holdings chapter 11 case where Bank of America is a lease counterparty.<br><br>ZC is currently retained to provide management services in the Xinergy chapter 11 case where Bank of America is a banking facility.<br><br>ZC is currently retained by the 1114 Retirees Committee in the Patriot Coal chapter 11 case where Bank of America is a lender and debtholder.<br><br>ZC is currently retained by the official committee of unsecured creditors in the A&P chapter 11 case where Bank of America is a banking facility. |
| Beazley | insurer | ZC is currently retained to provide management services in the Sabine chapter 11 case where Beazley is an insurer.<br><br>ZC is currently retained by the official committee of unsecured creditors in the A&P chapter 11 case where Beazley is an insurer. |
| BMO Asset Management Inc., BMO Harris Bank, BMO Nesbitt ("BMO") | unsecured creditor | ZC is currently retained by the official committee of unsecured creditors in the Chassix Holdings chapter 11 case where BMO is a secured claimant and agent for ABL lenders.<br><br>ZC is currently retained by the 1114 Retirees Committee in the Patriot Coal chapter 11 case where BMO is a lender and debtholder. |

| | | |
|---|---|---|
| Borg-Warner Corp., Borg-Warner Morse Tec, Borg-Warner TorqTransfer Systems ("Borg-Warner") | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Chassix Holdings chapter 11 case where Borg-Warner is a vendor. |
| Canon | secured creditor | ZC is currently retained to provide management services in the Sabine chapter 11 case where Canon is a contract counterparty. |
| Carrier Corp. and Carrier Vibrating Equipment ("Carrier") | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Chassix chapter 11 case where Carrier is a vendor. |
| CenturyLink | utility provider | ZC is currently retained to provide management services in the Milagro chapter 11 case where CenturyLink is a creditor.<br><br>ZC is currently retained by the official committee of unsecured creditors in the A&P chapter 11 case where CenturyLink is a utility provider. |
| Chubb | insurer | ZC is currently retained to provide management services in the Sabine chapter 11 case where Chubb is an insurer.<br><br>ZC is currently retained by the 1114 Retirees Committee in the Patriot Coal chapter 11 case where Chubb is a letter of credit holder. |
| Cintas ("Cintas") | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Chassix Holdings chapter 11 case where Cintas is a vendor. |
| CIT and CIT Technology Financing Services, CIT Group, CIT Rail and CIT Bank ("CIT") | secured creditor | ZC is currently retained by the official committee of unsecured creditors in the Chassix Holdings chapter 11 case where CIT is a notice party.<br><br>ZC is currently retained by the official committee of unsecured creditors in the A&P chapter 11 case where CIT is a term loan lender and creditor.<br><br>ZC is currently in the process of being retained by the official committee of unsecured creditors in the Haggen chapter 11 case where CIT is a bank/lender/UCC lien party and/or agent. |

| | | |
|---|---|---|
| Citibank/Citicorp/ Citigroup/Citicapital, Citibank Canada, Citibank Switzerland, Citicorp Del Lease, Inc., Citicorp Vendor Finance, Inc., Citicapital Technology Finance, Citicorp North America, CitiFinancial, Citicorp Credit Services, Citi Investment Research, Citimortgage, Citigroup Pension Plan, Citigroup Global Markets, Citigroup Financial, Citigroup Energy and Citigroup Venture Capital, CVC, CVC Credit Partners and CVC Global Credit Opportunities Master Fund LP (collectively "Citibank") | customer | ZC is currently retained to provide management services in the Sabine chapter 11 case where Citibank is a second lien lender and RBL lender. <br><br> ZC is currently retained by the 1114 Retirees Committee in the Patriot Coal chapter 11 case where Citibank is a lender and debtholder. <br><br> ZC is currently retained by the official committee of unsecured creditors in the A&P chapter 11 case where Citibank is a banking facility and party to litigation. |
| CNA Financial Corp. ("CNA") | insurer | ZC is currently retained to by the official committee of unsecured creditors in the Chassix chapter 11 case where CNA is a senior secured noteholder. <br><br> ZC is currently retained by the 1114 Retirees Committee in the Patriot Coal chapter 11 case where CAN is an insurer. |
| Coca-Cola | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the A&P chapter 11 case where Coca-Cola is a vendor and unsecured creditor. <br><br> ZC is currently in the process of being retained by the official committee of unsecured creditors in the Haggen chapter 11 case where Coca-Cola is a supplier/unsecured creditor. |
| Comcast | utility provider | ZC is currently retained by the DIP lenders in the James River chapter 11 case where Comcast is a utility provider. <br><br> ZC is currently retained to provide management services in the Milagro chapter 11 case where Comcast is a creditor. <br><br> ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Comcast is a customer. |

| | | |
|---|---|---|
| | | ZC is currently retained by the official committee of unsecured creditors in the Chassix Holdings chapter 11 case where Comcast is a utility provider.<br><br>ZC is currently retained to provide management services in the Xinergy chapter 11 case where Comcast is a utility provider.<br><br>ZC is currently retained by the official committee of unsecured creditors in the A&P chapter 11 case where Comcast is a utility provider. |
| Compass Energy Gas Services LLC ("Compass Energy") | utility provider | ZC is currently retained by the official committee of unsecured creditors in the Chassix Holdings chapter 11 case where Compass Energy is a vendor. |
| Continental Teves | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Chassix Holdings chapter 11 case where Continental Teves is a customer. |
| Cox Communications | utility provider | ZC is currently retained by the official committee of unsecured creditors in the A&P chapter 11 case where Cox Communications is a utility provider. |
| Credit Suisse Asset Management, CSAM, Credit Suisse Capital, Credit Suisse Loan Funding LLC, CS Syndication, Credit Suisse AG, Cayman Islands Branch, Credit Suisse Toronto, Credit Suisse International, Credit Suisse Floating Rate High Income Fund, Credit Suisse Global Hybrid Income Fund, Credit Suisse First Boston, et al.  And BLT 12 LLC, BLT 14 LLC, BLT 30 LLC, BLT 24 LLC, BLT 27 LCL, BLT 1 LLC, BLT VI LLC, BLT 33 LLC, BLT 2009-1 Ltd. ("CSFB ") | secured creditor | ZC is currently retained to provide management services in the Milagro chapter 11 case where Credit Suisse is a bondholder.<br><br>ZC is currently retained to provide management services in the Sabine chapter 11 case where CSFB is a second lien lender.<br><br>ZC is currently retained by the official committee of unsecured creditors in the Chassix Holdings chapter 11 case where CSFB is a senior secured noteholder.<br><br>ZC is currently retained to provide management services in the Xinergy chapter 11 case where CSFB is a bondholder.<br><br>ZC is currently retained by the official committee of unsecured creditors in the A&P chapter 11 case where CSFB is a term loan lender. |
| Dana Companies LLC, Dana Corp. and Dana Holding Corporation ("Dana") | party to litigation | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Dana is an asbestos litigant.<br><br>ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Dana is a party to litigation. |

| | | ZC is currently retained by the official committee of unsecured creditors in the Chassix Holdings chapter 11 case where Dana is a customer. |
|---|---|---|
| Dell Inc., Dell USA LP, Dell Service Sales, Dell Financial Services, Dell Marketing LP Inc., Dell Computer, Dell Commercial Credit, Dell Receivables LP et al. (collectively, "Dell") | secured creditor | ZC is currently retained to provide management services in the Milagro chapter 11 case where Dell is a creditor.<br><br>ZC is currently retained by the official committee of unsecured creditors in the Chassix Holdings chapter 11 case where Dell is a vendor and lease counterparty.<br><br>ZC is currently retained to provide management services in the Sabine chapter 11 case where Dell is a contract counterparty. |
| Deutsche Bank, Deutsche Bank Securities, Inc., Deutsche Bank Investment Management, Deutsche Asset Management, Deutsche Bank Trust Co., Deutsche Bank Mambai Branch, India, Deutsche Vehrkers Bank, Deutsche Mortgage, Deutsche Alt-A Securities, Deutsche Bank AG New York, Deutsche Asset Management and DG Bank ("Deutsche") | unsecured creditor | ZC is currently retained to provide management services in the Sabine chapter 11 case where Deutsche is a public shareholder and second lien lender.<br><br>ZC is currently retained by the official committee of unsecured creditors in the Chassix Holdings chapter 11 case where Deutsche is a senior secured noteholder.<br><br>ZC is currently retained by the 1114 Retirees Committee in the Patriot Coal chapter 11 case where Deutsche is a lender and debtholder.<br><br>ZC is currently retained by the United Mine Workers of America in the Walter Energy chapter 11 case where Deutsche is a shareholder. |
| Duke Power and Duke Energy ("Duke") | utility provider | ZC is currently retained by the 1114 Retirees Committee in the Patriot Coal chapter 11 case where Duke is a customer. |
| Ernst & Young ("E&Y") | ordinary course professional | ZC is currently retained by the official committee of unsecured creditors in the Chassix Holdings chapter 11 case where E&Y is an ordinary course professional and vendor. |
| Federal Express, Fedex, Fedex Corp. Employees Pension Trust ("Fedex") | vendor | ZC is currently retained to provide management services in the Milagro chapter 11 case where Fedex is a creditor.<br><br>ZC is currently retained by the official committee of unsecured creditors in the Chassix Holdings chapter 11 case where Fedex is a vendor. |

| Federal Insurance | insurer | ZC is currently retained to provide management services in the Sabine chapter 11 case where Federal Insurance is a bondholder and insurer.<br><br>ZC is currently retained to provide management services in the Xinergy chapter 11 case where Federal Insurance is an insurer. |
|---|---|---|
| Fifth Third Bank | business affiliation of an officer/director of the debtor and an equity holder | ZC is currently retained by the official committee of unsecured creditors in the Chassix Holdings chapter 11 case where Fifth Third Bank is a lease counterparty.<br><br>ZC is currently retained to provide management services in the Xinergy chapter 11 case where Fifth Third Bank is a banking facility.<br><br>ZC is currently retained by the 1114 Retirees Committee in the Patriot Coal chapter 11 case where Fifth Third Bank is a lender and debtholder. |
| Ford Motor Co. and Ford Motor Credit Co. ("Ford") | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Chassix Holdings chapter 11 case where Ford is a customer.<br><br>ZC is currently retained by the official committee of unsecured creditors in the A&P chapter 11 case where Ford is a party to litigation. |
| Frontier | utility provider | ZC is currently retained to provide management services in the Xinergy chapter 11 case where Frontier is a utility provider.<br><br>ZC is currently retained by the official committee of unsecured creditors in the A&P chapter 11 case where Frontier is a utility provider. |
| General Electric, General Electric Capital Corp., GE Capital, GE International, GE Energy, GE Supply, GE Antares GE Appliances, General Electric Commercial Finance, GE Commercial Equipment Financing, GE Canada Finance, GE Healthcare Financial Services, GE Asset Management, GE Capital Aviation, General Electric Mortgage Insurance Corp., GE Mining, GE Energy Control | party to litigation | ZC is currently retained to provide management services in the Milagro chapter 11 case where GE is a creditor.<br><br>ZC is currently retained by the official committee of unsecured creditors in the Chassix Holdings chapter 11 case where GE is a vendor, lease counterparty and unsecured and secured senior noteholder.<br><br>ZC is currently retained to provide management services in the Sabine chapter 11 case where GE is a party to litigation. |

| | | |
|---|---|---|
| Solutions, GE Energy Motors, GE Energy Parts, GE Foodland Inc., GE Inspection Technologies LP, GE Intelligent Platforms Inc., GE Mobile Water Inc. GE Oil & Gas, GE Fairchild LLC and GE Medical Systems (collectively "GE") | | ZC is currently retained by the 1114 Retirees Committee in the Patriot Coal chapter 11 case where GE is a vendor. |
| Georgia Power Company ("Georgia Power") | utility provider | ZC is currently retained by the official committee of second priority noteholders in the Exide chapter 11 case where Georgia Power is a vendor and contract counterparty.<br><br>ZC is currently retained by the DIP lenders in the James River chapter 11 case where Georgia Power is a customer.<br><br>ZC is currently retained by the official committee of unsecured creditors in the Chassix Holdings chapter 11 case where Georgia Power is a utility provider. |
| Gibson Dunn & Crutcher, LLP ("GDC") | professional | ZC is currently retained to provide management services in the Sabine chapter 11 case where GDC is a contract counterparty. |
| Illinois National Insurance Co. | insurer | ZC is currently retained to provide management services in the Sabine chapter 11 case where Illinois National Insurance Co. is an insurer. |
| Indiana Department of Environmental Management ("IDEM") | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Chassix Holdings chapter 11 case where the IDEM is a taxing authority. |
| Inductotherm Corp., Inductotherm Group Co. ("Inductotherm") | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Chassix Holdings chapter 11 case where Inductotherm is a vendor. |
| Intercall Inc. | utility provider | ZC is currently retained to provide management services in the Milagro chapter 11 case where Intercall Inc. is a creditor.<br><br>ZC is currently retained by the official committee of unsecured creditors in the A&P chapter 11 case where Intercall is a utility provider. |
| International Business Machines ("IBM") | vendor | ZC is currently retained by the official committee of unsecured creditors in the Chassix Holdings chapter 11 case where IBM is a vendor and lease counterparty. |

| International Paper | vendor | ZC is currently retained by the official committee of unsecured creditors in the Chassix Holdings chapter 11 case where International Paper is a vendor. |
|---|---|---|
| Kentucky Department of Revenue | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Chassix Holdings chapter 11 case where KDR is a taxing authority. |
| Kentucky Utility Co. | utility provider | ZC is currently retained to provide management services in the Xinergy chapter 11 case where Kentucky Utility Co. is a letter of credit and surety bond provider and beneficiary. |
| Kroger Co, The, Kroger ("Kroger") | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the A&P chapter 11 case where Kroger is a major competitor and affiliation of a board member. |
| Laclede Gas Company and Laclede Energy ("Laclede") | utility provider | ZC is currently retained to provide management services in the Sabine chapter 11 case where Laclede is a customer. |
| Lazard | professional | ZC is currently retained by the official committee of unsecured creditors in the Chassix Holdings chapter 11 case where Lazard is a professional.<br><br>ZC is currently retained to provide management services in the Sabine chapter 11 case where Lazard is a professional.<br><br>ZC is currently retained by the United Mine Workers of America in the Walter Energy chapter 11 case where Lazard is a professional. |
| Liberty Mutual Fire Insurance, Liberty Mutual Insurance Co., and Liberty Mutual, Liberty Insurance ("Liberty") | insurer and customer | ZC is currently retained to provide management services in the Sabine chapter 11 case where Liberty is an insurer.<br><br>ZC is currently retained to provide management services in the Boomerang chapter 11 case where Liberty is an insurer.<br><br>ZC is currently retained by the 1114 Retirees Committee in the Patriot Coal chapter 11 case where Liberty is an insurer.<br><br>ZC is currently retained by the official committee of unsecured creditors in the A&P chapter 11 case where Liberty is an insurer/broker and beneficiary/issuer of letter of credit/surety bond. |

| | | |
|---|---|---|
| Lowenstein Sandler LLP | professional | ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where Lowenstein Sandler LLP is a professional.<br><br>ZC is currently retained by the 1114 Retirees Committee in the Patriot Coal chapter 11 case where Lowenstein Sandler LLP is a counsel to the Retiree Committee.<br><br>ZC is currently retained by the United Mine Workers of America in the Walter Energy chapter 11 case where Lowenstein Sandler LLP is a professional. |
| McGuireWoods LLP and McGuireWoods Consulting LLC ("McGuireWoods") | ordinary course professional | ZC is currently retained to provide management services in the Xinergy chapter 11 case where McGuireWoods is a professional. |
| Metropolitan Life Insurance Company, MetLife, Metropolitan Employee Benefit ("Met Life") | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Chassix Holdings chapter 11 case where Met Life is a senior secured noteholder.<br><br>ZC is currently retained to provide management services in the Sabine chapter 11 case where Met Life is a second lien lender. |
| Moody's Investor Service ("Moody's") | vendor | ZC is currently retained by the official committee of unsecured creditors in the Chassix chapter 11 case where Moody's is a notice party. |
| National Grid | utility provider | ZC is currently retained by the official committee of unsecured creditors in the Chassix chapter 11 case where the National Grid is a utility provider.<br><br>ZC is currently retained by the official committee of unsecured creditors in the Exide chapter 11 case where the National Grid is a utility provider.<br><br>ZC is currently retained by the official committee of unsecured creditors in the A&P chapter 11 case where the National Grid is a utility provider. |
| National Fuel | utility provider | ZC is currently retained by the official committee of unsecured creditors in the Chassix Holdings chapter 11 case where National Fuel is a utility provider. |
| National Oilwell Varco Inc. ("National Oilwell") | party to litigation | ZC is currently retained to provide management services in the Boomerang chapter 11 case where National Oilwell is a contract counterparty.<br><br>ZC is currently retained to provide management services in the Sabine chapter 11 case where National Oilwell is a party to litigation. |

| National Union Fire Insurance ("National Union") | insurer | ZC is currently retained to provide management services in the Boomerang chapter 11 case where National Union is an insurer. |
|---|---|---|
| | | ZC is currently retained by the official committee of unsecured creditors in the Chassix Holdings chapter 11 case where National Union is an insurer. |
| | | ZC is currently retained by the 1114 Retirees Committee in the Patriot Coal chapter 11 case where National Union is an insurer. |
| | | ZC is currently retained by the official committee of unsecured creditors in the A&P chapter 11 case where National Union is an insurer and beneficiary/issuer of letters of credit and surety bonds. |
| Navigator CDO 2003 Ltd., Navigator CDO 2004 Ltd., Navigator CDO 2006 Ltd., Navigator, Navigator Insurance Company ("Navigator") | insurer | ZC is currently retained by the 1114 Retirees Committee in the Patriot Coal chapter 11 case where Navigator is an insurer. |
| NIPSCO | utility provider | ZC is currently retained by the official committee of unsecured creditors in the Chassix Holdings chapter 11 case where NIPSCO is a utility provider. |
| Nissan | unsecured creditor | ZC is currently retained by the official committee of unsecured creditors in the Chassix Holdings chapter 11 case where Nissan is a customer, vendor and top 100 accounts payable. |
| Pacific Gas & Electric, PG&E Energy Trading Corp. and PG&E Retirement Master Fund ("PG&E") | utility provider | ZC is currently retained to provide management services in the Sabine chapter 11 case where PG&E is a private shareholder. |
| Pension Benefit Guaranty Corp. ("PBGC") | unsecured creditor | ZC is currently retained to provide management services in the Sabine chapter 11 case where PBGC is a second lien lender. |
| | | ZC is currently retained by the official committee of unsecured creditors in the A&P chapter 11 case where PBGC is a member of the unsecured creditors committee.. |
| | | ZC is currently retained by the United Mine Workers of America in the Walter Energy chapter 11 case where PBGC is a member of the unsecured creditors committee. |

| | | |
|---|---|---|
| Pepsi-Cola, Pepsi Bottling Group, PepsiCo. Food Service, Pepsi-Cola Fountain Co., Inc., Pepsi-Cola Bottling, PepsiCo Inc. ("Pepsi") | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the A&P chapter 11 case where Pepsi is a vendor and unsecured creditor.<br><br>ZC is currently in the process of being retained by the official committee of unsecured creditors in the Haggen chapter 11 case where Pepsi is a supplier and member of the unsecured creditor committee. |
| Prime Clerk | business affiliation of a member of the debtors' board | ZC is currently retained by the 1114 Retirees Committee in the Patriot Coal chapter 11 case where Prime Clerk is a professional.<br><br>ZC is currently retained by the official committee of unsecured creditors in the A&P chapter 11 case where Prime Clerk is a professional. |
| Realty Associates Fund IX ("Realty Associates") | unsecured creditor | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Realty Associates is a contract counterparty. |
| Securitas Security Services USA Inc. ("Securitas") | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Chassix Holdings chapter 11 case where Securitas is a vendor. |
| Skadden Arps Slate Meagher & Flom ("Skadden") | professional | ZC is currently retained by the 1114 Retirees Committee in the Patriot Coal chapter 11 case where Skadden is a professional. |
| Sprint, Sprint Long Distance, Sprint Solutions, and Sprint Wireless ("Sprint") | utility provider and party to litigation | ZC is currently retained to provide management services in the Sabine chapter 11 case where Sprint is a private shareholder. |
| Sunoco, Inc. | party to litigation | ZC is currently retained to provide management services in the Sabine chapter 11 case where Sunoco, Inc. is a party to litigation. |
| TD Bank, TD Ameritrade Clearing Inc., TD Securities (USA) LLC, TD Bank of Canada ("TD") | customer | ZC is currently retained by the official committee of unsecured creditors in the Chassix Holdings chapter 11 case where TD is a senior secured noteholder.<br><br>ZC is currently retained to provide management services in the Xinergy chapter 11 case where TD is a banking facility. |
| TECO Energy, TECO-Tampa Electric Co., TECO-Westinghouse Motor Co. ("TECO") | utility provider | ZC is currently retained by the 1114 Retirees Committee in the Patriot Coal chapter 11 case where TECO is a customer. |

| Tenneco Automotive Operating Co. Inc. ("Tenneco") | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Chassix Holdings chapter 11 case where Tenneco is a vendor and top 100 accounts payable. |
|---|---|---|
| Time Warner Cable ("TWC") | utility provider | ZC is currently providing management services in the Milagro chapter 11 case where TWC is a creditor.<br><br>ZC is currently retained by the official committee of unsecured creditors in the A&P chapter 11 case where TWC is a utility provider. |
| Total Petrochemicals and Refining USA Inc. and Total Petrochemicals USA Inc. ("Total Petrochemicals") | party to litigation | ZC is currently retained to provide management services in the Sabine chapter 11 case where Total Petrochemical is a party to litigation. |
| Toyota | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Chassix Holdings chapter 11 case where Toyota is a customer. |
| Travelers Insurance Company, St. Paul Fire, St. Paul Mercury, St. Paul Surplus, St. Paul Travelers, Travelers Special Services, LTD, Travelers Indemnity, Travelers Casualty & Surety Co. of America, Travelers Excess & Surplus Lines Co. ("Travelers") | unsecured creditor | ZC is currently retained to provide management services in the Sabine chapter 11 case where Travelers is an insurer and party to litigation.<br><br>ZC is currently retained to provide management services in the Boomerang chapter 11 case where Travelers is an insurer.<br><br>ZC is currently retained by the official committee of unsecured creditors in the Chassix Holdings chapter 11 case where Travelers is an insurer.<br><br>ZC is currently retained by the 1114 Retirees Committee in the Patriot Coal chapter 11 case where Travelers is a party to a letter of credit.<br><br>ZC is currently retained by the official committee of unsecured creditors in the A&P chapter 11 case where Travelers is a beneficiary/issuer of a letter of credit/surety bond. |
| TRW Automotive, TRW Canada Ltd. ("TRW") | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Chassix Holdings chapter 11 case where TRW is a customer and vendor. |
| United Parcel Service, UPS Freight Inc., UPS Supply Chain ("UPS") | freight vendor/provider | ZC is currently retained by the official committee of unsecured creditors in the Chassix Holdings chapter 11 case where UPS is a vendor. |

| Verizon, Verizon Business, Verizon East, Verizon West, Verizon Wireless ("Verizon") | customer and utility provider | ZC is currently providing management services in the Milagro chapter 11 case where Verizon is a creditor.<br><br>ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Verizon is a utility provider and contract counterparties.<br><br>ZC is currently retained by the official committee of unsecured creditors in the Chassix Holdings chapter 11 case where Verizon is a vendor, utility provider and lease counterparty.<br><br>ZC is currently retained to provide management services in the Sabine chapter 11 case where Verizon is a contract counterparty.<br><br>ZC is currently retained to provide management services in the Xinergy chapter 11 case where Verizon is a utility provider.<br><br>ZC is currently retained by the official committee of unsecured creditors in the A&P chapter 11 case where Verizon is a utility provider. |
| --- | --- | --- |
| Vigilant Insurance Company ("Vigilant") | insurer | ZC is currently retained to provide management services in the Sabine chapter 11 case where Vigilant is an insurer. |
| Waste Management | party to litigation | ZC is currently providing management services in the Milagro chapter 11 case where Waste Management is a creditor.<br><br>ZC is currently retained by the official committee of unsecured creditors in the Chassix Holdings chapter 11 case where Waste Management is a utility provider and vendor.<br>ZC is currently retained to provide management services in the Xinergy chapter 11 case where Waste Management is a utility provider.<br><br>ZC is currently retained by the official committee of unsecured creditors in the A&P chapter 11 case where Waste Management is a contract counterparty. |

| | | |
|---|---|---|
| Wells Fargo ("aka First Union National Bank), Wells Capital Management, Wells Fargo Advantage, Wells Fargo Credit, Wells Fargo Foothill, Wells Fargo Trade, Wells Fargo Floating Rate, Wells Capital Management and Wells Fargo Equipment Finance ("First Union" or "Wachovia" nka "Wells Fargo") | secured creditor | ZC is currently retained to provide management services in the Sabine chapter 11 case where Wells Fargo is a second lien lender, RBL lender, investment bank and indenture trustee.

ZC is currently retained to provide management services in the Boomerang chapter 11 case where Wells Fargo is a lender and bank.

ZC is currently retained by the official committee of unsecured creditors in the Chassix Holdings chapter 11 case where Wells Fargo is a senior secured noteholder and lease counterparty.

ZC is currently retained to provide management services in the Xinergy chapter 11 case where Wells Fargo is a banking facility.

ZC is currently retained by the 1114 Retirees Committee in the Patriot Coal chapter 11 case where Wells Fargo is a lender and debtholder.

ZC is currently retained by the official committee of unsecured creditors in the A&P chapter 11 case where Wells Fargo is a party to litigation, secured creditor, lender, banking facility and beneficiary/issuer of letters of credit/surety bonds.

ZC is currently in the process of being retained by the official committee of unsecured creditors in the Haggen chapter 11 case where Wells Fargo is a bank/lender/UCC lien party and/or agent. |
| Weyerhaeuser Co. | party to litigation | ZC is currently retained as an ordinary course professional of the debtors in the Energy Future Holdings chapter 11 case where Weyerhaeuser Co. is a vendor. |
| Windstream | utility provider | ZC is currently retained to provide management services in the Xinergy chapter 11 case where Windstream is a utility provider.

ZC is currently retained by the official committee of unsecured creditors in the A&P chapter 11 case where Windstream is a utility provider. |

| XL Insurance, XL Capital, XL Bermuda, XL Insurance Bermuda Ltd., XL Insurance America Inc., XL Zurich and XL Specialty ("XL") | insurer | ZC is currently retained to provide management services in the Doral chapter 11 case where XL is an insurer.<br><br>ZC is currently retained to provide management services in the Sabine chapter 11 case where XL is a second lien lender.<br><br>ZC is currently retained by the 1114 Retirees Committee in the Patriot Coal chapter 11 case where XL is an insurer.<br><br>ZC is currently retained by the official committee of unsecured creditors in the A&P chapter 11 case where XL is an insurer/broker and beneficiary/issuer of letters of credit/surety bonds.<br><br>ZC is currently in the process of being retained by the official committee of unsecured creditors in the Haggen chapter 11 case where XL is a notice of appearance party. |
| --- | --- | --- |
| Yankee Gas Services Company ("Yankee Gas") | utility provider | ZC is currently retained by the official committee of unsecured creditors in the A&P chapter 11 case where Yankee Gas is a utility provider. |
| York Capital Management Global Advisors LLC, York Capital Management LP, York Credit Opportunities Fund LP, York Credit Opportunities Fund LP, York Global Finance BDH, LLC, York International Corp. ("York") | party to litigation | ZC is currently retained by the official committee of unsecured creditors in the Chassix Holdings chapter 11 case where York is a senior secured noteholder. |
| Young Conaway Stargatt & Taylor ("YCST") | professional | ZC is currently retained to provide management services in the Boomerang chapter 11 case where YCST is counsel to the debtors.<br><br>ZC is currently retained to provide management services in the Milagro chapter 11 case where YCST is counsel to the debtors.<br><br>ZC is currently in the process of being retained by the official committee of unsecured creditors in the Haggen chapter 11 case where YCST is a professional. |

| Zurich, Zurich American, Zurich North America, Zurich Financial, Zurich American Insurance, Zurich Guarantee & Liability, Zurich Energy - Casualty and Zurich Insurance ("Zurich") | insurer | ZC is currently retained to provide management services in the Boomerang chapter 11 case where Zurich is an insurer.<br><br>ZC is currently retained to provide management services in the Sabine chapter 11 case where Zurich is a letter of credit provider.<br><br>ZC is currently retained by the official committee of unsecured creditors in the A&P chapter 11 case where Zurich is an insurer/broker. |