# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | Re Docket No. 698 |

## FOURTH NOTICE REGARDING DESIGNATION AS REMOVED CONTRACT AND REJECTION THEREOF

**PLEASE TAKE NOTICE** that, on June 19, 2015, the United States Bankruptcy Court for the District of Delaware (the "Court") entered that certain *Order (I) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (II) Granting Certain Related Relief* [Docket No. 698] (the "Sale Order").[2]

**PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraph 27 of the Sale Order, the Buyers delivered a schedule of Potential Contracts to the Debtors prior to the Closing Date. The counterparties to such Potential Contracts previously received notice regarding the designation of such Contracts as Potential Contracts.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraphs 27 and 28 of the Sale Order, the Buyers were granted ninety (90) days from the Closing Date of July 31, 2015, to determine whether to assume or reject the Potential Contracts.

**PLEASE TAKE FURTHER NOTICE** that the Potential Contracts listed on Exhibit A hereto have been designated as Removed Contracts and, in accordance with paragraph 34 of the Sale Order, shall be deemed rejected upon the expiration of five (5) business days from the date hereof.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraph 37 of the

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001).  The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Sale Order.

Sale Order, counterparties to the Removed Contracts shall have thirty days to assert any Potential Contract Administrative Claim or rejection damage claim relating to the rejection of such Removed Contracts.

Dated:   September 24, 2015
            Wilmington, DE                    */s/ Matthew P. Austria*
                                              Matthew P. Austria (DE No. 4827)
                                              WERB & SULLIVAN
                                              300 Delaware Avenue, 13th Floor
                                              P.O. Box 25046
                                              Wilmington, Delaware 19899
                                              (For courier: 19801)
                                              Telephone:  (302) 652-1100
                                              Facsimile:  (302) 652-1111
                                              E-mail:  maustria@werbsullivan.com

                                              -and-

                                              Phillip Bohl (MN No. 139191)
                                              GRAY, PLANT, MOOTY,
                                              MOOTY & BENNET, P.A.
                                              500 IDS Center
                                              80 South Eighth Street
                                              Minneapolis, Minnesota 55402
                                              Telephone:  (612) 632-3000
                                              Facsimile:  (612) 632-4019
                                              Email:  Phillip.bohl@gpmlaw.com

                                              *Counsel to Taylor Corporation*

# EXHIBIT A

| Counterparty Name | Executory Contract or Unexpired Lease |
|---|---|
| CareSource Management Group Co. | BUSINESS ASSOCIATE AGREEMENT |
| Caresource | Delegated Services Agreement |
| Caresource Management Group Co. | Master Services Agreement |
| Caresource Management Group Co. | Master Services Agreement |