**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket Nos. 990 & 1096** |

## NOTICE OF ABANDONMENT OF DE MINIMIS ASSETS

**PLEASE TAKE NOTICE** that, on August 31, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion to Establish Procedures to Transfer, Abandon, or Sell De Minimis Assets* [Docket No. 990] in the United States Bankruptcy Court for the District of Delaware (the "Court"), seeking, among other things, to approve procedures relating to the sale or abandonment of the Debtors' assets.

**PLEASE TAKE FURTHER NOTICE** that, on September 24, 2015, the Court entered that certain *Order Establishing Procedures for Debtors to Transfer, Abandon, or Sell De Minimis Assets* [Docket No. 1096] (the "De Minimis Asset Order"),[2] providing procedures for the sale and abandonment of certain of the Debtors' assets.

*[Remainder of page intentionally left blank]*

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001).  The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed to them in the De Minimis Asset Order.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the De Minimis Asset Order, the Debtors hereby give notice to the Notice Parties of the abandonment of the assets set forth on **Exhibit A** attached hereto and that such abandonment is effective immediately.

Dated: September 24, 2015
       Wilmington, Delaware
                                 */s/ Andrew L. Magaziner*
                                 Michael R. Nestor (No. 3526)
                                 Kara Hammond Coyle (No. 4410)
                                 Maris J. Kandestin (No. 5294)
                                 Andrew L. Magaziner (No. 5426)
                                 YOUNG CONAWAY STARGATT & TAYLOR, LLP
                                 Rodney Square
                                 1000 North King Street
                                 Wilmington, Delaware 19801
                                 Telephone: (302) 571-6600
                                 Facsimile: (302) 571-1253
                                 mnestor@ycst.com
                                 kcoyle@ycst.com
                                 mkandestin@ycst.com
                                 amagaziner@ycst.com

                                 -and-

                                 Michael A. Rosenthal (NY No. 4697561)
                                 Jeremy L. Graves (CO No. 45522)
                                 Matthew G. Bouslog (CA No. 280978)
                                 GIBSON, DUNN & CRUTCHER LLP
                                 200 Park Avenue
                                 New York, New York 10166-0193
                                 Telephone: (212) 351-4000
                                 Facsimile: (212) 351-4035
                                 mrosenthal@gibsondunn.com
                                 jgraves@gibsondunn.com
                                 mbouslog@gibsondunn.com

                                 *Counsel to the Debtors and Debtors in Possession*

## EXHIBIT A

Abandoned Assets

| Description of Assets | Location |
|---|---|
| Miscellaneous office furniture and all other personal property | 259 Hartford Parkway<br>Tolland, CT 06084 |
| Miscellaneous office furniture and all other personal property | 4855 Peachtree Ind. Blvd. # 220<br>Norcross, GA  30092 |