# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15- 10541 (BLS) |
| Debtors. | Jointly Administered |
| | **Obj. Deadline**: October 9, 2015 at 4:00 p.m. (ET) |

**NOTICE OF FILING OF MONTHLY COMPENSATION AND STAFFING REPORT OF WILLIAMSMARSTON LLC FOR THE PERIOD FROM AUGUST 26, 2015 THROUGH AUGUST 31, 2015**

PLEASE TAKE NOTICE that, on August 27, 2015, the above captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion for Order Authorizing the Debtors to (I) Employ and Retain WilliamsMarston LLC to Provide Interim Management Services Pursuant to 11 U.S.C. § 363, and (II) Designate Landen C. Williams as Chief Restructuring Officer and Treasurer* Nunc Pro Tunc *to August 26, 2015* [Docket No.982] with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that, on September 15, 2015, the Court entered the *Order Authorizing the Debtors to (I) Employ and Retain WilliamsMarston LLC to Provide Interim Management Services Pursuant to 11 U.S.C. § 363, and (II) Designate Landen C. Williams as Chief Restructuring Officer* Nunc Pro Tunc *to August 26, 2015* [Docket No. 1046] (the "Order").

PLEASE TAKE FURTHER NOTICE that in accordance with the Order, WilliamsMarston LLC hereby files its monthly compensation and staffing report for the period from August 26, 2015 through August 31, 2015 (the "Monthly Report") in the form attached hereto as Exhibit 1.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

PLEASE TAKE FURTHER NOTICE that objections to the Monthly Report, if any, are required to be filed on or before **October 9, 2015 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response so as to be received by the following on or before the Objection Deadline: (i) the attorneys for the Debtors, (A) Gibson, Dunn & Crutcher LLP, 200 Park Avenue, New York, New York 10166-0193 (Attn: Michael A. Rosenthal) and (B) Young Conaway Stargatt & Taylor, LLP, 1000 N. King Street, Rodney Square, Wilmington, DE 19801 (Attn: Michael R. Nestor); (ii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Mark Kenney); (iii) counsel for Silver Point Finance, LLC, Skadden, Arps, Slate, Meagher & Flom LLP, 155 N. Wacker Drive, Chicago, IL 60606-1720 (Attn: Ron E. Meisler); (iv) counsel for Bank of America, N.A., Parker, Hudson, Rainer & Dobbs LLP, 1500 Marquis Two Tower, 285 Peachtree Center Avenue, Atlanta, GA 30303 (Attn: C. Edward Dobbs, Esq.); and (v) counsel for the Official Committee of Unsecured Creditors, Lowenstein Sandler LLP, 1251 Avenue of the Americas, New York, NY 10020 (Attn: Wojciech F. Jung, Esq.).

**PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ORDER ONLY IF AN OBJECTION IS PROPERLY AND TIMELY FILED IN ACCORDANCE WITH THE ABOVE PROCEDURES WILL A HEARING BE HELD ON THE MONTHLY REPORT. ONLY THOSE PARTIES TIMELY FILING AND SERVING OBJECTIONS WILL RECEIVE NOTICE AND BE HEARD AT SUCH HEARING. IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THE DEBTORS WILL BE AUTHORIZED TO PAY 100% OF REQUESTED FEES AND EXPENSES WITHOUT FURTHER ORDER OF THE COURT.**

Dated: September 25, 2015
Wilmington, Delaware

*/s/ Andrew L. Magaziner*
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Andrew L. Magaziner (No. 5426)
Elizabeth S. Justison (No. 5911)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: 302-571-6600
Facsimile: 302-571-1253
mnestor@ycst.com
kcoyle@ycst.com
amagaziner@ycst.com
ejustison@ycst.com

- and -

Michael A. Rosenthal (NY No. 4697561)
Samuel A. Newman (CA No. 217042)
Jeremy L. Graves (CO No. 45522)
Matthew G. Bouslog (CA No. 280978)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
mrosenthal@gibsondunn.com
snewman@gibsondunn.com
jgraves@gibsondunn.com
mbouslog@gibsondunn.com

*Counsel to the Debtors and Debtors in Possession*

# **EXHIBIT 1**



**Invoice Number:** SRCL-001

| | | | |
|---|---|---|---|
| **Invoice Date:** | August 31, 2015 | **Please Send Wire Payments to:** | |
| **Payment Due:** | Upon Receipt | | |
| **WM Contact:** | Landen Williams | Citizens Bank, 1 Citizens Drive, Riverside, RI 02915 | |
| **Phone:** | 617-306-0951 | *ABA/Routing Number:* | 0120 |
| | | *Beneficiary account number:* | 6306 |
| **Client Address:** | | *Beneficiary name and address:* | |
| | | WilliamsMarston LLC | |
| SRC Liquidation Company | | 800 Boylston Street | |
| c/o WilliamsMarston LLC | | 16th Floor | |
| 800 Boylston Street | | Boston, MA 02199 | |
| 16th Floor | | | |
| Boston, MA 02199 | | | |

Fees for professional services rendered from August 24st – 31st;       $   27,550.00
Interim Management

Out-of-pocket expenses                                                                                          3,819.87

**Total Amount Due**                                                                              **$   31,369.87**

**WilliamsMartson LLC**

Client: SRC Liquidation Company
Court: United States Bankruptcy Court
Description: Summary of Time Entries by Category
Period August 26, 2015 through August 31, 2015

| Time Category | Hours Billed | Hourly Rate (USD) | Total Billed (USD) |
|---|---|---|---|
| 001 Billiable Travel (1) | 12.00 | $ 312.50 | $ 3,750.00 |
| 003 Cash Forecasting | 1.00 | $ 275.00 | $ 275.00 |
| 005 Chapter 11 Reporting | 0.85 | $ 275.00 | $ 233.75 |
| 009 Executive Team Support | 0.40 | $ 350.00 | $ 140.00 |
| 010 Project Management | 2.00 | $ 312.50 | $ 625.00 |
| 011 Legal & Case Administration | 50.25 | $ 316.19 | $ 15,888.75 |
| 012 Planning Operations | 21.00 | $ 316.07 | $ 6,637.50 |
| Total | 87.50 | $ 314.86 | $ 27,550.00 |

(1) Total hours billed in "001 - Billable Travel" category reflects 50% discount.

**WilliamsMartson LLC**

| | |
|---|---|
| Client: | SRC Liquidation Company |
| Court: | United States Bankruptcy Court |
| Description: | Detail of Time Entries |
| Period | August 26, 2015 through August 31, 2015 |

| Date | Name | Hours | Time Entry Category | Time Entry Description | Amount Billed |
|---|---|---|---|---|---|
| 8/24/2015 | Landen Williams | 1.50 | 001 Billable Travel | Travel from Boston, MA to Stamford, CT to meet with McKinsey. | $ 525.00 |
| 8/25/2015 | Landen Williams | 1.50 | 001 Billable Travel | Travel from Stamford, CT to Boston, MA. | $ 525.00 |
| 8/25/2015 | Landen Williams | 1.90 | 012 Planning Operations | Meet with Ted Perkins and M. Hojnacki regarding context for bankruptcy. | $ 665.00 |
| 8/25/2015 | Landen Williams | 2.60 | 012 Planning Operations | Meet with Ted Perkins and M. Hojnacki regarding wind-down budget management. | $ 910.00 |
| 8/25/2015 | Landen Williams | 1.40 | 012 Planning Operations | Meet with Ted Perkins and M. Hojnacki regarding transfer of 5/3 bank account. | $ 490.00 |
| 8/25/2015 | Landen Williams | 2.30 | 012 Planning Operations | Meet with Ted Perkins and M. Hojnacki regarding priority claim scrutiny process include usage of Prime Clerk. | $ 805.00 |
| 8/25/2015 | Landen Williams | 0.70 | 012 Planning Operations | Teleconference with Ted Perkins , J. Vaughn (SR) and M. Hojnacki regarding handover of responsibility to WilliamsMarston. | $ 245.00 |
| 8/26/2015 | Landen Williams | 0.40 | 011 Legal & Case Administration | Teleconference with M. Rosenthal M. Bouslog and J. Graves regarding rejection of collective bargaining agreement. | $ 140.00 |
| 8/26/2015 | Landen Williams | 1.00 | 011 Legal & Case Administration | Review and discuss letter to union representatives in order to reject collective bargaining agreement with P. Poirier. | $ 350.00 |
| 8/26/2015 | Landen Williams | 0.40 | 009 Executive Team Support | Teleconference with SRC Liquidation Company Board of Directors to discuss the status of various case matters. | $ 140.00 |
| 8/26/2015 | Landen Williams | 2.20 | 011 Legal & Case Administration | Review priority tax claims and related support to identify objections for priority claims. | $ 770.00 |
| 8/26/2015 | Landen Williams | 1.60 | 011 Legal & Case Administration | Review priority severance claims and related support to identify objections for priority claims. | $ 560.00 |
| 8/26/2015 | Landen Williams | 1.20 | 011 Legal & Case Administration | Review priority pension and equity claims and related support in order to assess validity and identify objections for priority claims. | $ 420.00 |
| 8/26/2015 | Landen Williams | 0.80 | 011 Legal & Case Administration | Review and sign side letter agreement allowing Taylor to continue using Mexican entities. | $ 280.00 |
| 8/27/2015 | Landen Williams | 1.00 | 010 Project Management | Teleconference with M. Rosenthal, M. Bouslog, J. Graves, P. Poirier to discuss various case matters. | $ 350.00 |
| 8/27/2015 | Landen Williams | 0.75 | 012 Planning Operations | Set-up bank account and wire transfer authority with FifthThird Bank for SRC Liquidation Co. main operating account. | $ 262.50 |
| 8/27/2015 | Landen Williams | 0.90 | 011 Legal & Case Administration | Teleconference with M. Bouslog regarding UCC request for lump sum pension plan liabilities as of petition date. | $ 315.00 |
| 8/27/2015 | Landen Williams | 1.50 | 011 Legal & Case Administration | Review administrative claims and related support for validity. | $ 525.00 |
| 8/27/2015 | Landen Williams | 1.90 | 011 Legal & Case Administration | Review severance, pension and tax claims and related support to identify objections for priority claims. | $ 665.00 |
| 8/27/2015 | Landen Williams | 0.85 | 011 Legal & Case Administration | Update estimates for administrative and priority claims and reconcile to the latest wind down budget in order to develop estimate for unsecured creditor recoveries. | $ 297.50 |
| 8/27/2015 | Landen Williams | 0.50 | 011 Legal & Case Administration | Email correspondence with Mercer and GibsonDunn to obtain participant listing and corresponding lump sum amounts due under the Non-qualified pension plans. | $ 175.00 |
| 8/27/2015 | Landen Williams | 3.10 | 011 Legal & Case Administration | Analyze pension plan data and review participant employee files from Mercer in order to determine accrued benefit amounts for non-qualified pension plans and develop workplan to address missing participant files. | $ 1,085.00 |
| 8/27/2015 | Landen Williams | 0.50 | 011 Legal & Case Administration | Review SEC filings and prepare memorandum outlining various retirement plans and the participants under each plan | $ 175.00 |
| 8/28/2015 | Landen Williams | 0.80 | 011 Legal & Case Administration | Teleconference and emails with J. Mowrer, Mercer, concerning missing participant files and the calculation of lump sum amounts due under Non-qualified pension plans. | $ 280.00 |
| 8/28/2015 | Landen Williams | 0.20 | 011 Legal & Case Administration | Compose and send email to GibsonDunn and K. Carmody, SRC Liquidation Co. CEO summarizing pension issues resulting from Teleconference with Mercer. | $ 70.00 |
| 8/28/2015 | Landen Williams | 0.75 | 012 Planning Operations | Teleconference with S. Burns (SR) concerning bank accounts and cash management procedures. | $ 262.50 |

**WilliamsMartson LLC**

| Client: | SRC Liquidation Company |
|---|---|
| Court: | United States Bankruptcy Court |
| Description: | Detail of Time Entries |
| Period | August 26, 2015 through August 31, 2015 |

| Date | Name | Hours | Time Entry Category | Time Entry Description | Amount Billed |
|---|---|---|---|---|---|
| 8/28/2015 | Landen Williams | 0.60 | 011 Legal & Case Administration | Teleconference with S. Meyer (Buck Consultants) on pension plans including participants, missing employee files, and acturial calculations for lump sum amounts due to numerous participants as of petition date. | $ 210.00 |
| 8/28/2015 | Landen Williams | 2.20 | 011 Legal & Case Administration | Research retirement plans and prepare memordanum outlining the various retirement plans, participants and lump sum amounts due as of the petition date. | $ 770.00 |
| 8/28/2015 | Landen Williams | 1.70 | 011 Legal & Case Administration | Review pension claims and compare to preliminary list of accrued benefit amounts from Mercer to assess validity and develop list of objectionable claims. | $ 595.00 |
| 8/28/2015 | Landen Williams | 0.75 | 011 Legal & Case Administration | Emails with GibsonDunn concerning the Department of Veteran's Affairs contract and retirement plan analysis. | $ 262.50 |
| 8/31/2015 | Landen Williams | 1.10 | 012 Planning Operations | Obtain wire instructions, review payment support, enter and release wire transfers for multiple vendors | $ 385.00 |
| 8/31/2015 | Landen Williams | 0.80 | 011 Legal & Case Administration | Review and sign contract extension for Department of Veteran's Affairs Contract. | $ 280.00 |
| 8/31/2015 | Landen Williams | 0.75 | 011 Legal & Case Administration | Review and sign side letter agreement with Taylor to indemnify SRC with respect to the Veteran's Affairs contract extension. | $ 262.50 |
| 8/31/2015 | Landen Williams | 0.60 | 011 Legal & Case Administration | Review and sign engagement letter for law firm representing the Debtor in the sale of the Terre Haute property. | $ 210.00 |
| 8/31/2015 | Landen Williams | 0.75 | 011 Legal & Case Administration | Review Mercer agreement and email correspondance with GibsonDunn and Mercer concerning agreement with Mercer to produce acturial calculations for retirement plans. | $ 262.50 |
| 8/31/2015 | Landen Williams | 0.60 | 011 Legal & Case Administration | Review schedules of removed contracts, excluded assets and transferred assets from Taylor in order to assess potential settlement alternatives with Silverpoint. | $ 210.00 |
| 8/31/2015 | Landen Williams | 0.70 | 011 Legal & Case Administration | Review Mercer information and prepare for meetings in Dayton, OH with L. Taschenberger and J. Vaughn on non-qualified pension claims. | $ 245.00 |
| 8/31/2015 | Landen Williams | 0.70 | 011 Legal & Case Administration | Review tax claims and prepare for meetings in Dayton, OH with D. Deptula and B. Smith. | $ 245.00 |
| 8/31/2015 | Landen Williams | 3.00 | 001 Billable Travel | Travel from Boston, MA to Dayton, OH. | $ 1,050.00 |
| 8/24/2015 | Paul Poirier | 1.50 | 001 Billable Travel | Travel from Boston, MA to Stamford, CT to meet with McKinsey. | $ 412.50 |
| 8/25/2015 | Paul Poirier | 1.50 | 001 Billable Travel | Return travel from Stamford, CT to Boston, MA. | $ 412.50 |
| 8/25/2015 | Paul Poirier | 1.90 | 012 Planning Operations | Meet with Ted Perkins and M. Hojnacki regarding context for bankruptcy. | $ 522.50 |
| 8/25/2015 | Paul Poirier | 2.60 | 012 Planning Operations | Meet with Ted Perkins and M. Hojnacki regarding wind-down budget management. | $ 715.00 |
| 8/25/2015 | Paul Poirier | 1.40 | 012 Planning Operations | Meet with Ted Perkins and M. Hojnacki regarding transfer of 5/3 bank account. | $ 385.00 |
| 8/25/2015 | Paul Poirier | 2.30 | 012 Planning Operations | Meet with Ted Perkins and M. Hojnacki regarding priority claim reconciliation process including usage of Prime Clerk. | $ 632.50 |
| 8/25/2015 | Paul Poirier | 0.70 | 012 Planning Operations | Teleconference with Ted Perkins , J. Vaughn (SR) and M. Hojnacki regarding handover of responsibility to WilliamsMarston. | $ 192.50 |
| 8/26/2015 | Paul Poirier | 1.00 | 003 Cash Forecasting | Review cash flow and wind-down budget documentation and develop an updated estimate for unsecured creditor recoveries under chapter 11 scenario. | $ 275.00 |
| 8/26/2015 | Paul Poirier | 1.00 | 011 Legal & Case Administration | Review letter to union representatives and discuss potential alternatives to rejecting collective bargaining agreement with L. Williams. | $ 275.00 |
| 8/26/2015 | Paul Poirier | 2.00 | 011 Legal & Case Administration | Research and analyze priority claims against SRC Liquidation Co. to assess for validity and develop preliminary list of objections. | $ 550.00 |
| 8/27/2015 | Paul Poirier | 1.00 | 010 Project Management | Teleconference with M. Rosenthal, M. Bouslog, J. Graves, P. Poirier to discuss various matters. | $ 275.00 |
| 8/27/2015 | Paul Poirier | 1.00 | 011 Legal & Case Administration | Review Transition Services Agreement and side agreements with Taylor in order to identify Taylor's obligations to provide the Debtor with information in response to UCC and Silverpoint requests. | $ 275.00 |
| 8/27/2015 | Paul Poirier | 0.90 | 011 Legal & Case Administration | Teleconference with M. Bouslog regarding retirement plans and the UCC's request for lump sum amounts due to participants in the non-qualified pension plans as of the petition date. | $ 247.50 |

**WilliamsMartson LLC**

| | |
|---|---|
| Client: | SRC Liquidation Company |
| Court: | United States Bankruptcy Court |
| Description: | Detail of Time Entries |
| Period: | August 26, 2015 through August 31, 2015 |

| Date | Name | Hours | Time Entry Category | Time Entry Description | Amount Billed |
|---|---|---|---|---|---|
| 8/27/2015 | Paul Poirier | 1.05 | 011 Legal & Case Administration | Research legacy SEC Filings to identify non-qualified retirement plans and assess the validity of priority pension claims. | $ 288.75 |
| 8/27/2015 | Paul Poirier | 1.95 | 011 Legal & Case Administration | Review, classify and summarize admin and priority claims for discussion with L. Williams on claims status, objections, and the wind-down budget. | $ 536.25 |
| 8/27/2015 | Paul Poirier | 2.20 | 011 Legal & Case Administration | Analyze pension plan data and review participant employee files from Mercer and Buck in order to determine accrued benefit amounts for non-qualified pension plans. | $ 605.00 |
| 8/27/2015 | Paul Poirier | 2.45 | 011 Legal & Case Administration | Research priority trade, insurance and lease claims and related support to assess the validity of claims and develop list of claims for objections. | $ 673.75 |
| 8/27/2015 | Paul Poirier | 1.90 | 011 Legal & Case Administration | Analyze priority claims and related support to identify duplicates and develop list of claims for objections. | $ 522.50 |
| 8/28/2015 | Paul Poirier | 1.50 | 011 Legal & Case Administration | Analyze claims and prepare summary of claims for discussion with M. Bouslog on the strategy for filing objections. | $ 412.50 |
| 8/28/2015 | Paul Poirier | 2.40 | 011 Legal & Case Administration | Research and analyze severance and equity claims and related support in order to develop a preliminary list for potential objections. | $ 660.00 |
| 8/28/2015 | Paul Poirier | 0.50 | 011 Legal & Case Administration | Prepare list and draft email of Non-qualified pension participants for S. Meyers at Buck Consultants. | $ 137.50 |
| 8/31/2015 | Paul Poirier | 0.40 | 011 Legal & Case Administration | Review Asset Abandonment schedule in order to develop an estimate for carrying and disposal costs to be incurred by the debtor. | $ 110.00 |
| 8/31/2015 | Paul Poirier | 0.85 | 005 Chapter 11 Reporting | Review July Monthly Operating Report in order to identify information requirements for August MOR. | $ 233.75 |
| 8/31/2015 | Paul Poirier | 0.60 | 012 Planning Operations | Review support for upcoming wires and obtain wire instructions | $ 165.00 |
| 8/31/2015 | Paul Poirier | 1.90 | 011 Legal & Case Administration | Analyze priority pension claims and prepare preliminary agenda for meetings in Dayton, OH with L. Taschenberger and J. Vaughn. | $ 522.50 |
| 8/31/2015 | Paul Poirier | 1.50 | 011 Legal & Case Administration | Analyze priority severance claims in order to prepare for meetings in Dayton, OH with L. Taschenberger and J. Vaughn. | $ 412.50 |
| 8/31/2015 | Paul Poirier | 3.00 | 001 Billable Travel | Travel from Boston, MA to Dayton, OH. | $ 825.00 |

**WilliamsMartson LLC**

| | |
|---|---|
| Client: | The Standard Register Company |
| Court: | United States Bankruptcy Court |
| Description: | Defeinition of Time Entries |
| Period | August 26, 2015 through August 31, 2015 |

Standard Register Time Entry Categories

**001 - Billable travel**
- Travel time to/from client sites that is in excess of normal commute to your local McKinsey office
- Out-of-town travelers should include time to/from home cities, but not daily commutes from hotel to/from client sites

**002 - Non-billable travel and expenses**
- Travel delays
- Entering time and expenses
- Other time entries not to be submitted for Court approval *

**003 - Cash forecasting**
- 13-week cash flow analysis and reconciliation
- Covenant testing and analysis

**004 - Business Planning**
- P&L model assumptions
- Capital expenditure model assumptions
- Capital structure model assumptions
- Updating for actuals
- Business plan presentation

**005 - Chapter 11 reporting**
- MOR analysis
- IOR analysis
- IDI preparation
- SOFA and SOAL preparation

**006 - M&A Due Diligence Support**

**007 - Vendor support**
- Vendor support planning and meetings
- Vendor presentations

**008 - Customer support**
- Customer support planning and meetings
- Customer presentations

**009 - Executive team support**
- Communications strategy, talking points, etc.
- Presentation preparation

**010 - Project management**
- Team organization
- Background/context research
- Project administration

**011 - Legal & Case Administration**
- Review motions and orders
- Support for court filings
- Discovery support
- Executory contracts
- Case administration

**012 - Planning and Operations**
- Treasury management
- Employee meetings and calls
- Stakeholder Management

**WilliamsMartson LLC**

Client:        SRC Liquidation Company
Court:         United States Bankruptcy Court
Description:   Summary of Expenses
Period         August 26, 2015 through August 31, 2015

| Expense Category | | Total Expense (USD) | |
|---|---|---:|---:|
| 100 | Air Travel (1) | $ | 2,468.40 |
| 102 | Room Rate | $ | 446.77 |
| 103 | Meals | $ | 195.70 |
| 104 | Parking/ Toll/ Other Travel | $ | 56.00 |
| 105 | Rail / Subway (1) | $ | 530.00 |
| 106 | Rental Car | $ | 123.00 |
| TOTAL EXPENSES | | $ | 3,819.87 |

(1) All airfare and train travel billed refelects pricing at coach fares.

**WilliamsMartson LLC**

| Client: | SRC Liquidation Company |
|---|---|
| Court: | United States Bankruptcy Court |
| Description: | Detail of Expenses |
| Period | August 26, 2015 through August 31, 2015 |

| Expense Date | Name | Expense Type | Description/Explanation | Expense Amount |
|---|---|---|---|---|
| 08/24/2015 | Landen Wiliams | Rail / Subway | Rail / Subway | $ 216.00 |
| 08/24/2015 | Landen Wiliams | Room Rate | Room Rate | $ 199.00 |
| 08/24/2015 | Landen Wiliams | Room Rate | Room Tax | $ 29.65 |
| 08/24/2015 | Paul Poirier | Rail / Subway | Rail / Subway | $ 314.00 |
| 08/24/2015 | Paul Poirier | Room Rate | Room Rate | $ 189.01 |
| 08/24/2015 | Paul Poirier | Room Rate | Room Tax | $ 29.11 |
| 08/24/2015 | Landen Wiliams | Meals | Dinner - Williams and Poirier | $ 97.89 |
| 08/25/2015 | Landen Wiliams | Meals | Breakfast - Williams and Poirier | $ 23.21 |
| 08/25/2015 | Paul Poirier | Meals | Lunch | $ 9.56 |
| 08/25/2015 | Landen Wiliams | Meals | Lunch | $ 9.04 |
| 08/25/2015 | Landen Wiliams | Meals | Dinner - Williams and Poirier | $ 56.00 |
| 08/25/2015 | Landen Wiliams | Parking/ Toll/ Other Travel | Parking at Train Station | $ 28.00 |
| 08/25/2015 | Paul Poirier | Parking/ Toll/ Other Travel | Parking at Train Station | $ 28.00 |
| 08/31/2015 | Landen Wiliams | Air Travel | Air Travel | $ 1,234.20 |
| 08/31/2015 | Landen Wiliams | Car Rental | Car Rental | $ 123.00 |
| 08/31/2015 | Paul Poirier | Air Travel | Air Travel | $ 1,234.20 |

**WilliamsMartson LLC**

| | |
|---|---|
| Client: | SRC Liquidation Company |
| Court: | United States Bankruptcy Court |
| Description: | Definition of Expenses |
| Period | August 26, 2015 through August 31, 2015 |

| | |
|---|---|
| 100 | Air Travel |
| 101 | Case Administrator |
| 102 | Room Rate |
| 103 | Meals |
| 104 | Parking/ Toll/ Other Travel |
| 105 | Rail / Subway |
| 106 | Car Rental |
| 107 | Taxi / Car Services |
| 108 | Telecom |