# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Brendan L. Shannon
### #1

| Calendar Date: | 09/24/2015 |
| Calendar Time: | 01:15 PM ET |

Amended Calendar 09/24/2015 08:28 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | SRC Liquidation Company | 15-10541 | Hearing | 7171538 | Matthew G. Bouslog | (949) 451-3914 | Gibson, Dunn & Crutcher LLP | Debtor, The Standard Register Company / LIVE |
| | | SRC Liquidation Company | 15-10541 | Hearing | 7170794 | Christopher Dressell | (312) 407-0968 | Skadden Arps Slate Meagher & Flom (Chicago) | Interested Party, Silver Point Finance and Standard Acquisitions Holdings, LLC / LIVE |
| | | SRC Liquidation Company | 15-10541 | Hearing | 7173201 | Justin K. Edelson | (302) 252-0925 | Polsinelli PC | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | SRC Liquidation Company | 15-10541 | Hearing | 7171558 | Jeremy L. Graves | (303) 298-5760 | Gibson, Dunn & Crutcher LLP | Debtor, The Standard Register Company / LIVE |
| | | SRC Liquidation Company | 15-10541 | Hearing | 7173206 | Wojciech F. Jung | (973) 597-2465 | Lowenstein Sandler, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | SRC Liquidation Company | 15-10541 | Hearing | 7171567 | Andrew Magaziner | (302) 576-3592 | Young, Conaway Stargatt & Taylor, LLP | Debtor, The Standard Register Company / LIVE |
| | | SRC Liquidation Company | 15-10541 | Hearing | 7170813 | Ron Meisler | (312) 402-7086 | Skadden Arps Slate Meagher & Flom (Chicago) | Interested Party, SilverPoint Finance & Standard Acquisition Holding, LLC / LIVE |