IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |

### NOTICE OF FILING OF LIST OF PENSION BENEFITS OBLIGATIONS

**PLEASE TAKE NOTICE THAT** in accordance with paragraph 10(xi) of that certain *Order Pursuant to Bankruptcy Rule 3003(c)(3) and Local Rule 2002-1(e) Establishing Bar Dates and Related Procedures for Filing Proofs of Claim (Including Administrative Expense Claims Arising Under Section 503(b)(9) of the Bankruptcy Code) and Approving the Form and Manner of Notice Thereof* [Docket No. 449] (the "Bar Date Order")[2] entered by the Court in the above-captioned chapter 11 cases, the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby file the list of their known Pension Benefits obligations attached hereto as Exhibit 1. All of the Debtors' Pension Benefits obligations constitute general unsecured claims and are not entitled to administrative expense status or priority pursuant to section 503 or 507 of title 11 of the United States Code.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors calculated their Pension Benefits obligations by performing an actuarial analysis of the future payments owed to each of the persons set forth on Exhibit 1. Applying this analysis, the Debtors calculated the lump sum

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Bar Date Order.

01:17735348.1

that would be required, as of the March 12, 2015 petition date, to make the required payments to each such person for the obligated duration of such payments, assuming that the lump sum were appropriately invested.

**PLEASE TAKE FURTHER NOTICE THAT** the amounts set forth herein amend and supersede any corresponding amounts set forth with respect to such Pension Benefits obligations in the Debtors' Schedules of Assets and Liabilities [Docket Nos. 475, 477, 479, 481, 483, 485, 487, 489, 491, 493, and 495].

| | |
|---|---|
| Dated: September 25, 2015 | */s/ Andrew L. Magaziner* |
| | Michael R. Nestor (No. 3526) |
| | Kara Hammond Coyle (No. 4410) |
| | Maris J. Kandestin (No. 5294) |
| | Andrew L. Magaziner (No. 5426) |
| | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | Rodney Square |
| | 1000 North King Street |
| | Wilmington, Delaware 19801 |
| | Telephone: (302) 571-6600 |
| | Facsimile: (302) 571-1253 |
| | |
| | -and- |
| | |
| | GIBSON, DUNN & CRUTCHER LLP |
| | Michael A. Rosenthal (NY No. 4697561) |
| | Jeremy L. Graves (CO No. 45522) |
| | Matthew G. Bouslog (CA No. 280978) |
| | 200 Park Avenue |
| | New York, New York 10166-0193 |
| | Telephone: (212) 351-4000 |
| | Facsimile: (212) 351-4035 |
| | |
| | *Counsel to the Debtors and Debtors-in-Possession* |

# EXHIBIT 1

## List of Pension Benefits Obligations

**A.    Stanreco Non-Qualified Retirement Plan**

| Last Name | First Name | Amount of Claim | Classification of Claim |
|---|---|---|---|
| Allen | Courtney | $ 367.57 | General Unsecured Claim |
| Assini | Robert | $ 181,383.16 | General Unsecured Claim |
| Ausmus | Willie | $ 18,154.44 | General Unsecured Claim |
| Barker | Darcy | $ 338,237.54 | General Unsecured Claim |
| Barovich | Andrew | $ 80,483.69 | General Unsecured Claim |
| Bauschek | James | $ 32,135.55 | General Unsecured Claim |
| Becken | Daniel | $ 3,017.82 | General Unsecured Claim |
| Becker | Gary | $ 946,552.73 | General Unsecured Claim |
| Bigelow | Roger | $ 122,211.57 | General Unsecured Claim |
| Billimack | John | $ 137,158.78 | General Unsecured Claim |
| Bottomley | Steven | $ 1,226.39 | General Unsecured Claim |
| Brannin | Marilyn | $ 24,595.32 | General Unsecured Claim |
| Brenker | Alan | $ 12,511.87 | General Unsecured Claim |
| Brooks | R | $ 2,000.24 | General Unsecured Claim |
| Brown | Lois | $ 16,261.14 | General Unsecured Claim |
| Bullock | John | $ 13,143.79 | General Unsecured Claim |
| Carey | Peter | $ 106,263.98 | General Unsecured Claim |
| Cates | Bradley | $ 3,774.29 | General Unsecured Claim |
| Coppola | Bruce | $ 246,661.18 | General Unsecured Claim |
| Custer | Joseph | $ 554,424.69 | General Unsecured Claim |
| Darragh | J | $ 1,362,264.29 | General Unsecured Claim |
| Defenbaugh | Robert | $ 58,862.15 | General Unsecured Claim |
| Dille | Lawrence | $ 110,790.29 | General Unsecured Claim |
| Dorsman | Peter | $ 386,934.96 | General Unsecured Claim |
| Douglas | Brian | $ 7,619.79 | General Unsecured Claim |
| Drabek | Richard | $ 83,173.76 | General Unsecured Claim |
| Dunn | Daniel | $ 10,425.38 | General Unsecured Claim |
| Fero | Brian | $ 84,304.85 | General Unsecured Claim |
| Ferreira | James | $ 130,511.89 | General Unsecured Claim |
| Fiocchi | Robert | $ 105,942.69 | General Unsecured Claim |
| Fisher | T | $ 36,772.62 | General Unsecured Claim |
| Garoufalis | Angelo | $ 60,520.15 | General Unsecured Claim |
| Ghee | George | $ 99,725.85 | General Unsecured Claim |
| Gordon | William | $ 70,327.90 | General Unsecured Claim |
| Graham | Christopher | $ 71,581.66 | General Unsecured Claim |
| Granzow | Lana | $ 988,068.33 | General Unsecured Claim |
| Greenbury | Jeffrey | $ 131,675.30 | General Unsecured Claim |
| Hancock | Bobby | $ 46,236.72 | General Unsecured Claim |
| Harden | John | $ 182,210.26 | General Unsecured Claim |
| Haydock III | Thomas | $ 11,985.48 | General Unsecured Claim |
| Haywood | Wendy S | $ 26,188.82 | General Unsecured Claim |

| Last Name | First Name | Amount of Claim | Classification of Claim |
|---|---|---:|---|
| Hibbs | Douglas | $ 409.12 | General Unsecured Claim |
| Higgins | Gregory | $ 120,431.77 | General Unsecured Claim |
| Jacoutot | Michael T | $ 47,104.94 | General Unsecured Claim |
| Keiper | Edward | $ 5,149.89 | General Unsecured Claim |
| Kennedy | James | $ 119,295.61 | General Unsecured Claim |
| Kennedy | Patrick | $ 2,498.86 | General Unsecured Claim |
| Koelling | Herbert | $ 1,073,805.43 | General Unsecured Claim |
| Kunetka | Michael | $ 30,783.29 | General Unsecured Claim |
| Lampe | William | $ 265.74 | General Unsecured Claim |
| Lane | Robert | $ 100,915.98 | General Unsecured Claim |
| Langlinais | Brian | $ 8,105.71 | General Unsecured Claim |
| Lee | Woody | $ 4,283.65 | General Unsecured Claim |
| Leonard | Todd | $ 7,805.76 | General Unsecured Claim |
| Lillis | James | $ 1,140.48 | General Unsecured Claim |
| Lyon | Loyce | $ 9,894.15 | General Unsecured Claim |
| Marshall | Jack | $ 524,361.47 | General Unsecured Claim |
| Martin | Christopher | $ 151,773.22 | General Unsecured Claim |
| Mattern | Ann | $ 149,324.61 | General Unsecured Claim |
| McCarthy | J | $ 87,457.78 | General Unsecured Claim |
| McGrath | Susan | $ 63,323.18 | General Unsecured Claim |
| McLaughlin | Keith | $ 71,797.23 | General Unsecured Claim |
| Mehta | Rajendra | $ 44,698.20 | General Unsecured Claim |
| Merica | Fred | $ 49,437.74 | General Unsecured Claim |
| Messmer | Jill | $ 4,520.26 | General Unsecured Claim |
| Miller | Frank | $ 31,473.06 | General Unsecured Claim |
| Miller | James | $ 339,260.59 | General Unsecured Claim |
| Moffett | Mary | $ 26,729.19 | General Unsecured Claim |
| Moore | Michael | $ 22,187.50 | General Unsecured Claim |
| Morgan Jr | Joseph | $ 13,747.21 | General Unsecured Claim |
| Moses | Bruce | $ 581,439.11 | General Unsecured Claim |
| Murphy | Patrick | $ 15,160.05 | General Unsecured Claim |
| Outhous | J | $ 142,037.99 | General Unsecured Claim |
| Paradise | Robert | $ 1,710.59 | General Unsecured Claim |
| Pattinson | John | $ 10,608.67 | General Unsecured Claim |
| Peoplis | Diana | $ 319,065.73 | General Unsecured Claim |
| Pettit | Susan | $ 49,998.95 | General Unsecured Claim |
| Pfeiffer | Joseph | $ 15,912.10 | General Unsecured Claim |
| Platt | Mark | $ 844,379.54 | General Unsecured Claim |
| Putnam | Robert | $ 146,493.91 | General Unsecured Claim |
| Rafferty | Virginia | $ 378,978.61 | General Unsecured Claim |
| Redding | Peter | $ 1,058,421.03 | General Unsecured Claim |
| Richards | L | $ 111,098.04 | General Unsecured Claim |

| Last Name | First Name | Amount of Claim | Classification of Claim |
|---|---|---|---|
| Rosato | Steven | $ 7,988.06 | General Unsecured Claim |
| Royall | Rick | $ 134,169.25 | General Unsecured Claim |
| Scarpelli | John | $ 204,666.91 | General Unsecured Claim |
| Schintz | Michael | $ 684.41 | General Unsecured Claim |
| Seifert | Harry | $ 232,956.08 | General Unsecured Claim |
| Smith | Lynn | $ 5,021.15 | General Unsecured Claim |
| Somody | Emery | $ 504,375.16 | General Unsecured Claim |
| Spadavecchia | Frank | $ 2,857.45 | General Unsecured Claim |
| Spaul | Michael | $ 961,768.33 | General Unsecured Claim |
| Spice | Brian | $ 11,917.07 | General Unsecured Claim |
| Stockmal | Craig | $ 632,959.94 | General Unsecured Claim |
| Sujack | Donald E | $ 4,948.27 | General Unsecured Claim |
| Thompson | Paul | $ 10,708.03 | General Unsecured Claim |
| Trillet | Jean | $ 17,989.89 | General Unsecured Claim |
| Trusner | Gregory | $ 477.26 | General Unsecured Claim |
| Trusty | Jennifer | $ 28,870.85 | General Unsecured Claim |
| Unthank | William | $ 34,092.79 | General Unsecured Claim |
| Vaughn | James | $ 6,886.76 | General Unsecured Claim |
| Webb | Timothy | $ 2,905,201.12 | General Unsecured Claim |
| Weeks | Marshall | $ 213,379.40 | General Unsecured Claim |
| Werhand | Edward | $ 449,229.39 | General Unsecured Claim |
| Wolk | Michael | $ 202,962.25 | General Unsecured Claim |
| Yorita | Braxton | $ 3,539.35 | General Unsecured Claim |

B.     **Officers' Supplemental Retirement Plan**

| Last Name | First Name | Amount of Claim | Classification of Claim |
|---|---|---|---|
| Beladi | Donna | $162,838 | General Unsecured Claim |
| Brown | Craig | $488,009 | General Unsecured Claim |
| Lamme | Kathryn | $540,772 | General Unsecured Claim |
| Rediker | Dennis | $592,623 | General Unsecured Claim |

C. **Supplemental Executive Retirement Plan**

| Last Name | First Name | Amount of Claim | Classification of Claim |
|---|---|---|---|
| Cates | Brad | $225,136 | General Unsecured Claim |
| Ginnan | Robert | $246,799 | General Unsecured Claim |
| Greve | Greg | $25,500 | General Unsecured Claim |
| King | John | $29,400 | General Unsecured Claim |
| Klenke | Joe | $25,200 | General Unsecured Claim |
| Moder | Jeff | $21,000 | General Unsecured Claim |
| Morgan | Joseph | $808,834 | General Unsecured Claim |
| Reilly | Amy | $24,500 | General Unsecured Claim |
| Sowar | Gerard | $193,682 | General Unsecured Claim |

**D.     Combined Deferred Compensation Plans**

| Last Name | First Name | Amount of Claim | Classification of Claim |
|---|---|---|---|
| Assini | Robert | $65,366.91 | General Unsecured Claim |
| Becken | Daniel | $130,096.11 | General Unsecured Claim |
| Blankley | Randy | $47,338.02 | General Unsecured Claim |
| Brenker | Alan | $29,744.28 | General Unsecured Claim |
| Bullock | John | $12,996.23 | General Unsecured Claim |
| Cazamias | James | $1,527.97 | General Unsecured Claim |
| Chase | Thomas | $38,148.38 | General Unsecured Claim |
| Coffman | Susan | $57,462.60 | General Unsecured Claim |
| Dunn | Daniel | $32,718.14 | General Unsecured Claim |
| Haman | Scott | $2,858.26 | General Unsecured Claim |
| Harden | John | $189,198.70 | General Unsecured Claim |
| Headley | Duard | $18,705.34 | General Unsecured Claim |
| Hibbs | Douglas | $1,025.57 | General Unsecured Claim |
| Higgins | Gregory | $62,623.29 | General Unsecured Claim |
| Jensen | Deanna | $7,662.29 | General Unsecured Claim |
| Keiper | Edward | $351,675.55 | General Unsecured Claim |
| Kennedy | Patrick | $22,296.84 | General Unsecured Claim |
| Langlinais | Brian | $78,568.43 | General Unsecured Claim |
| Lapins | Lorin | $26,292.14 | General Unsecured Claim |
| Mehta | Rajendra | $319,822.07 | General Unsecured Claim |
| Merica | Fred | $119,292.97 | General Unsecured Claim |
| Miller | Frank | $26,816.71 | General Unsecured Claim |
| Miller | Russell | $21,176.78 | General Unsecured Claim |
| Paison | Charles | $22,020.59 | General Unsecured Claim |
| Putback | Walter | $32,352.84 | General Unsecured Claim |
| Smith | Lynn | $90,633.29 | General Unsecured Claim |
| Sowers | Sharon | $14,482.68 | General Unsecured Claim |
| Stockmal | Craig | $311,330.61 | General Unsecured Claim |