# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket Nos. 990 & 1096** |

## NOTICE OF SALE OF DE MINIMIS ASSET

**PLEASE TAKE NOTICE** that on August 31, 2015, the debtors and debtors in the above-captioned chapter 11 cases (collectively, the "Debtors") filed the *Debtors' Motion to Establish Procedures to Transfer, Abandon, or Sell De Minimis Assets* [Docket No. 990] in the United States Bankruptcy Court for the District of Delaware (the "Court"), seeking, among other things, to approve procedures relating to sale or abandonment of certain of the Debtors' assets.

**PLEASE TAKE FURTHER NOTICE** that on September 24, 2015, the Court entered that certain *Order Establishing Procedures for Debtors to Transfer, Abandon, or Sell De Minimis Assets* [Docket No. 1096] (the "De Minimis Asset Order"),[2] providing procedures for the sale or abandonment of certain of the Debtors' assets.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the De Minimis Asset Order.

01:17736067.1

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the De Minimis Asset Order, the Debtors hereby give notice that they intend to sell the parcel of real property located at 1521 North Fruitridge Avenue, Terre Haute, Indiana, 47804, for $149,082.00, to Eric and Holly Wuestefeld free and clear of liens, claims, encumbrances and other interests, pursuant to section 363(f) of the Bankruptcy Code. Neither Eric Wuestefeld nor Holly Wuestefeld is an "affiliate" or "insider" of the Debtors as those terms are respectively defined in section 101 of the Bankruptcy Code.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: September 25, 2015<br>Wilmington, Delaware | */s/ Andrew L. Magaziner*<br>Michael R. Nestor (No. 3526)<br>Kara Hammond Coyle (No. 4410)<br>Maris J. Kandestin (No. 5294)<br>Andrew L. Magaziner (No. 5426)<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>mnestor@ycst.com<br>kcoyle@ycst.com<br>mkandestin@ycst.com<br>amagaziner@ycst.com<br><br>-and-<br><br>Michael A. Rosenthal (NY No. 4697561)<br>Jeremy L. Graves (CO No. 45522)<br>Matthew G. Bouslog (CA No. 280978)<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, New York 10166-0193<br>Telephone: (212) 351-4000<br>Facsimile: (212) 351-4035<br>mrosenthal@gibsondunn.com<br>jgraves@gibsondunn.com<br>mbouslog@gibsondunn.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

01:17736067.1