# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

FILED
2015 SEP 28 AM 11:03
CLERK
US BANKRUPTCY COURT
OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| SRC LIQUIDATION COMPANY, et al. | ) | Case No. 15-10541 (BLS) |
| | ) | |
| Debtors, | ) | (Jointly Administered) |
| | ) | |
| | ) | Hearing Dated: October 14, 2015 at |
| | ) | 10:30 a.m. (ET) |
| | ) | Response Deadline: September 28, |
| | ) | 2015 at 4:00 p.m. (ET) |
| | ) | Case # 15-10541 |
| | ) | |
| _____ | ) | Re: Docket No. 966 |

Steven Wilde
Respondent (In Pro Per)
155 Treetop
Rochester Hills, MI. 48306
(248) 520-6484

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Andrew L. Magaziner*
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Maris J. Kandestin (No. 5294)
Andrew L. Magaziner (No. 5426)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

    -and-

GIBSON, DUNN & CRUTCHER LLP
Michael A. Rosenthal (NY No. 4697561)
Samuel A. Newman (CA No. 217042)
Jeremy L. Graves (CO No. 45522)
Matthew G. Bouslog (CA No. 280978)
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Counsel to the Debtors and Debtors-in-Possession*

**RESPONDENT, STEVEN WILDE'S, ANSWER TO DEBTOR'S FIFTH OBJECTIONS TO CLAIMS PURSUANT TO SEC. 502 OF THE BANKRUPYCY CODE, BANDRUPTCY RULE 3007 AND LOCAL RULE 3007-1**

Respondent, Steven Wilde, In Pro Per, answers the Debtors Objections in the following manner;

1.) Respondent, Steven Wilde was a Twenty Six Year employee of Debtor, Standard Register, prior to being laid off;

2.) During those years he accumulated pension benefits, including his own contributions, totaling upwards of Three Hundred ($300,000.00) Thousand Dollars;

3.) In its Objection, the Debtor claims that Respondent is only entitled to the statutory sum of TWELVE THOUSAND, ($12,475.00) FOUR HUNDRED AND SEVENTY FIVE DOLLARS;

4.) That as part of its original filing, the Debtor indicated that it has set aside over TWO HUNDRED AND EIGHTY FOUR (284,000,000,.00) MILLION DOLLARS to cover employee pensions;

5.) Apparently, the Debtor falsified that claim;

6.) Further, contrary to Statute, its filings and correspondence, the Debtor failed to provide the Respondent with pension information and failed to provide the Pension Claims Benefits Group with the promised information;

7.) Indeed, the Debtors Pension plan administrator's phone number was never answered and the PCBG indicated that it was unaware of Respondent's claim, contrary to statute;

8.) Due to the above, the Respondent and most of the other persons in his class have no documentation of their claims, also contrary to statute;

9.) That pursuant to the statute and the Debtors original filing and subsequent correspondence, said information was supposed to be provided;

10.) That the Debtor is in violation of ERISA statutes and requirements regarding its Pension Plan;

11.) That ERISA requires the Debtor to forward all Pension information to the PBGC;

12.) That despite the above requirement, the Debtor has ignored both Bankruptcy Statutes and the ERISA Statutes;

13.) That despite all of the above, the Debtor comes to this Court seeking relief without having clean hands;

14.) That further, it would simply be unfair and inequitable for the Respondent to lose nearly THREE HUNDRED (300,000.00) Thousand Dollars of his contributions to the pension fund because the Debtor failed in its fiduciary duty to protect money placed in the plan by the Respondent himself.

**WHEREFORE**, Respondent Respectfully Requests that this Honorable Court deny the Debtors Objections to Respondents Claim and be required to fully pay his entire pension.

Respectfully Submitted,

*/s/ Steven Wilde*

STEVEN WILDE
155 Treetop

Rochester Hills, MI. 48306
(248) 520-6484

## PROOF OF SERVICE

**Respondent, Steven Wilde** says that on the 26th day of September, 2015, he did serve a copy by the United States Postal Service, First Class Mail, of the following document: Respondent's Answer to Debtors Fifth Objection To Claims, etc. upon Counsel for the Debtors

*[Signature: Steven Wilde]*

Steven Wilde
Respondent In Pro Per
155 Treetop
Rochester Hills, MI 48306
(248) 520-6484