IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| The Standard Register Company, *et al.*, | ) | Case No. 15-10541 (BLS) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of David Hock, Esquire, of Cohen, Weiss and Simon LLP, 330 West 42nd Street, New York, NY 10036 to represent Graphic Communications Conference / International Brotherhood of Teamsters Local 197-M and Graphic Communications Union Local No. 594S, Subordinate to the Graphic Communications Conference of the International Brotherhood of Teamsters District Council 9, in this action.

COOCH AND TAYLOR, P.A.

*/s/ Susan E. Kaufman*
Susan E. Kaufman (DSB # 3381)
The Brandywine Building
1000 West Street, 10th Floor
Wilmington, DE 19801
(302) 984-3820 / (302) 984-3939 Fax

Dated: September 18, 2015     skaufman@coochtaylor.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice of David Hock, Esquire is granted.

**Dated: September 29th, 2015**
**Wilmington, Delaware**

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Virginia, State of New York, the State of New Jersey, the U.S. District Court for the Southern and Eastern Districts of New York, the District of New Jersey, the Eastern District of Virginia, and the U.S. Court of Appeals for the Fourth Circuit and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

|  |  |
|---|---|
|  | /s/ David Hock |
|  | David Hock, Esquire |
|  | Cohen, Weiss and Simon LLP |
|  | 330 West 42nd Street |
|  | New York, NY 10036 |
|  | (212) 563-4100 / (646) 473-8230 Fax |
| Dated: September 18, 2015 | dhock@cwsny.com |