FOR THE DISTRICT OF DELAWARE

SRC Liquidation Company, *et al.*

Case No. 15-10541 (BLS)
Reporting Period: August 3, 2015 - August 30, 2015

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit / Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | x | | |
| Schedule of Cash Receipts and Disbursements by Legal entity | | x | | |
| Bank Reconciliation | MOR-1a | | x | |
| Schedule of Professional Fees Paid | MOR-1b | x | | |
| Copies of bank statements | | | x | |
| Cash disbursements journals | | | x | |
| Statement of Operations | MOR-2 | x | | |
| Balance Sheet | MOR-3 | x | | |
| Status of Postpetition Taxes | MOR-4a | | x | |
| Summary of Unpaid Postpetition Debts | MOR-4b | x | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | x | | |
| Debtor Questionnaire | MOR-5 | x | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_[signature]_
Signature of Debtor                                    Date  9/29/2015

_[signature]_
Signature of Landen C. Williams                        Date  9/29/2015
Title: Chief Restructuring Officer and Treasurer

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

Case No. 15-10541 (BLS)

SRC Liquidation Company, *et al.*

## GENERAL NOTES AND DISCLAIMER TO MONTHLY OPERATING REPORT (1/2)

General: The report includes activities from the following Debtors and related case numbers:

| Case # | Debtor's Name |
|--------|---------------|
| 15-10540 | iMLiquidation, LLC |
| 15-10541 | SRC Liquidation Company |
| 15-10542 | SR Liquidation Holding Company |
| 15-10543 | SR Liquidation Technologies, Inc. |
| 15-10544 | SR Liquidation International, Inc. |
| 15-10545 | SR Liquidation of Puerto Rico, Inc. |
| 15-10546 | SR Liquidation Mexico Holding Company |
| 15-10547 | Standard Register Holding, S. de R.L. de C.V. |
| 15-10548 | Standard Register de Mexico, S. de R.L. de C.V. |
| 15-10549 | Standard Register Servicios, S. de R.L. de C.V. |
| 15-10550 | SR Liquidation Technologies Canada ULC |

The financial statements and supplemental information contained herein are unaudited, preliminary, and may not comply with generally accepted accounting principles ("GAAP") in all material respects. In addition, the financial statements and supplemental information contained herein is provided to fulfill the requirements of the Office of the United States Trustee and have been derived from the books and records of the Debtors.

The results of operations contained herein are not necessarily indicative of results that are expected from any other period or for the full year and are not reflective of the results of operations, financial position, and cash flow of the Debtors in the future.

Case No. 15-10541 (BLS)

SRC Liquidation Company, *et al.*

## GENERAL NOTES AND DISCLAIMER TO MONTHLY OPERATING REPORT (2/2)

The Monthly Operating Report ("MOR") filed by SRC Liquidation Company, et al. and its affiliated debtors in these jointly administered chapter 11 cases (collectively, the "Debtors") is limited in scope, covers a limited time period and has been prepared by management of the Debtors with the assistance of their court-appointed advisors solely for the purpose of complying with reporting requirements of the Bankruptcy Court and title 11 of the United States Code (the "Bankruptcy Code"). The financial information contained in the MOR is preliminary and unaudited and does not purport to show the financial statements of any of the Debtors in accordance with accounting principles generally accepted in the United States of America ("GAAP") and, therefore, may exclude items required by GAAP, such as certain reclassifications, eliminations, accruals and disclosure items. The Debtors caution readers not to place undue reliance on the MOR. The MOR may be subject to revision. The MOR is in a format required by the Bankruptcy Court and the Bankruptcy Code and should not be used for investment purposes. The information in the MOR should not be viewed as indicative of future results. While the Debtors' management has exercised its best efforts to ensure that the MOR is accurate and complete based on information that was available at the time of preparation, inadvertent errors or omissions may exist. The Debtors reserve the right to amend the MOR from time to time as may be necessary or appropriate.

**Notes to MOR-1**
In lieu of bank reconciliations, bank and book balances are provided.

**Notes to MOR-2 and MOR-3**
Substantially all of the debtors assets were sold to Taylor Corporation through a 363 sale on 07.31.15.

**Notes to MOR-4**
The Debtors have not included any disbursements made on behalf of debtors Standard Register Holding, S. de R.L. de C.V., Standard Register de Mexico, S. de R.L. de C.V., and Standard Register Servicios, S. de R.L. de C.V. (collectively, the "Mexican Debtors"). Taylor Corporation paid for substantially all of the assets of the Mexican Debtors in July 2015 pursuant to a 363 sale. While Taylor, through a wholly owned Mexican subsidiary, purchased substantially all of the assets of the Mexican Debtors, certain technical requirements under Mexican law must be met before the actual transfer of such assets from the Mexican Debtors to the Taylor Mexican subsidiary can be completed. The Debtors intend to file a notice with the Bankruptcy Court upon the completion of the transfer.

**Notes to MOR-5**
Substantially all of the debtors assets were sold to Taylor Corporation through a 363 sale on 07.31.15.

**SRC Liquidation Company,** *et al.*

For the Period of August 3, 2015 - August 30, 2015

*(Amounts in Thousands)*

|  | SRC Liquidation Company (A) | Standard Register - Mexico | iMedConsent, LLC | Standard Register Consolidated |
|---|---:|---:|---:|---:|
| **Inflows** | | | | |
| Total Customer Receipts / Inflows | $  — | $  — | $  — | $  — |
| Cash Consideration from Sale to Taylor (B) | — | — | — | — |
| Mexico Loan | — | — | — | — |
| **Total Inflows** | — | — | — | — |
| **Operating Disbursements** | | | | |
| Payroll | — | — | — | — |
| Health & Benefits | (2,077) | — | — | (2,077) |
| Paper | — | — | — | — |
| Leases - Rent | — | — | — | — |
| Leases - Equipment | — | — | — | — |
| Freight | — | — | — | — |
| Postage | — | — | — | — |
| Utilities | — | — | — | — |
| Taxes (ex. Payroll) | — | — | — | — |
| Customer Rebates | — | — | — | — |
| Employee T&E | — | — | — | — |
| Production Materials | — | — | — | — |
| IT Vendor | — | — | — | — |
| Subcon | — | — | — | — |
| Temp. Help | — | — | — | — |
| Other (Ordinary Course) | (5) | — | — | (5) |
| **Subtotal Operating Disbursements** | (2,082) | — | — | (2,082) |
| **Non-Operating Disbursements** | | | | |
| Pension Payments (Qualified and Non-Qualified) | — | — | — | — |
| Principal Payments | — | — | — | — |
| 1st Lien Interest | — | — | — | — |
| 2nd Lien Interest | — | — | — | — |
| Revolver Interest & LC Fees | — | — | — | — |
| Cash assumed by Taylor | — | — | — | — |
| 1st Lien Paydown | — | — | — | — |
| Revolver Paydown | — | — | — | — |
| 2nd Lien Paydown | — | — | — | — |
| Revolver Interest Paydown | — | — | — | — |
| Maximum Reimbursable Payment | — | — | — | — |
| Payment of unused line fee on delayed draw term DIP | — | — | — | — |
| Creditor committee settlement between SP and the UCC | — | — | — | — |
| Professional Fees | (1,499) | — | — | (1,499) |
| Audit Fees | — | — | — | — |
| PBGC Admin Claim Cost | — | — | — | — |
| Standard Register Mexico | — | — | — | — |
| **Subtotal Non-Operating Disbursements** | (1,499) | — | — | (1,499) |
| **Total Disbursements** | $ (3,581) | $  — | $  — | $ (3,581) |

A - All receipts and disbursements are reported at SRC Liquidation Company entity. Schedule only includes those Debtors that received or disbursed funds.

SRC Liquidation Company, *et al.*

## Schedule of Cash Disbursements by Legal Entity

| Debtor Entity | Bankruptcy Case Number | Disbursements | Estimated fee owed to trustee (1) |
|---|---|---|---|
| iMLiquidation, LLC | 15-10540 | $ - | $ 325 |
| SRC Liquidation Company | 15-10541 | $ 3,581,226 | $ 10,400 |
| SR Liquidation Holding Company | 15-10542 | $ - | $ 325 |
| SR Liquidation Technologies, Inc. | 15-10543 | $ - | $ 325 |
| SR Liquidation International, Inc. | 15-10544 | $ - | $ 325 |
| SR Liquidation of Puerto Rico, Inc. | 15-10545 | $ - | $ 325 |
| SR Liquidation Mexico Holding Company | 15-10546 | $ - | $ 325 |
| Standard Register Holding, S. de R.L. de C.V. | 15-10547 | $ - | $ 325 |
| Standard Register de Mexico, S. de R.L. de C.V. | 15-10548 | $ - | $ 325 |
| Standard Register Servicios, S. de R.L. de C.V. | 15-10549 | $ - | $ 325 |
| SR Liquidation Technologies Canada ULC | 15-10550 | $ - | $ 325 |
| | | $ 3,581,226 | $ 13,650 |

(1) The United States Trustee fee is calculated based on quarterly cash disbursements.

SRC Liquidation Company, *et al.*

## Declaration Regarding the Cash Disbursement Schedule

Landen C. Williams hereby declares under penalty of perjury:

1) I am the Chief Restructuring Officer and Treasurer for SRC Liquidation Company, *et al.*, the above-captioned debtors and debtors in possession (collectively, the "Debtors"). I am familiar with the Debtors day-to-day operations, business affairs and books and records.

2) The Debtors submit this Declaration regarding cash disbursements in lieu of providing copies of the cash disbursement schedule.

3) All statements in the Declaration are based on my personal knowledge, my review of the relevant documents, my discussions with other employees of the Debtors, or my opinion based upon my experience and knowledge of the Debtors operations and financial condition. If I were called upon to testify, I could and would testify to each of these facts set forth herein based on such personal knowledge, review of documents or opinion. I am authorized to submit this Declaration on behalf of the Debtors.

4) The Debtors have, on a timely basis, disbursed approximately $3,581,226 for post-petition and allowable pre-petition amounts for the period August 3, 2015 to August 30, 2015. Copies of the cash disbursement schedules are available for inspection upon request by the Office of the United States Trustee.

Respectfully submitted

Signature: *[signed] Landen C. Williams*

Dated: 9/29/2015

By: Landen C. Williams
Title: Chief Restructuring Officer and Treasurer

Case No. 15-10541 (BLS)
SRC Liquidation Company, *et al.*

**Bank Accounts Reconciliation**

| Bank | Account # [1] | Debtor | Description | Bank Balance | Book Balance [2] | Reconciled as of 08/30/15 [2] |
|---|---|---|---|---|---|---|
| Bank of America [3] | 4865 | SRC Liquidation Company | Collateral for Letters of Credit | $ 3,343,404.32 | $ 3,343,404.32 | Y |
| Fifth Third Bank [3] | 1214 | SRC Liquidation Company | Bankruptcy Wind Down | $ 10,852,845.86 | $ 10,852,845.86 | Y |
| Fifth Third Bank [3] | 1222 | SRC Liquidation Company | Flexible Spending Account | $ 42,384.98 | $ 42,384.98 | Y |

(1) The numbers shown represent the last four digits of the Debtors' bank account numbers.
(2) Copies of the bank statements or detailed reconciliations are not attached to the MOR. The Debtors will make this information available as soon as practical if requested by the U.S. Trustee.
(3) New accounts established on 07/31/15 to settle obligations still owed by SRC Liquidation Company. Note that accounts are still listed under The Standard Register Company name at bank.

Case No. 15-10541 (BLS)
SRC Liquidation Company, *et al.*

---
**Declaration Regarding the Bank Reconciliations**
---

Landen C. Williams hereby declares under penalty of perjury:

1) I am the Chief Restructuring Officer and Treasurer for SRC Liquidation Company, *et al.*, the above-captioned debtors and debtors in possession (collectively, the "Debtors"). I am familiar with the Debtors day-to-day operations, business affairs and books and records.

2) All statements in the Declaration are based on my personal knowledge, my review of the relevant documents, my discussions with other employees of the Debtors, or my opinion based upon my experience and knowledge of the Debtors operations and financial condition. If I were called upon to testify, I could and would testify to each of these facts set forth herein based on such personal knowledge, review of documents or opinion. I am authorized to submit this Declaration on behalf of the Debtors.

3) To the best of my knowledge, all of the Debtors' bank balances as of August 30, 2015 have been reconciled in an accurate and timely manner.

Respectfully submitted

Signature: /s/ Landen C. Williams

Dated: 9/29/2015

By: Landen C. Williams
Title: Chief Restructuring Officer and Treasurer

SRC Liquidation Company, *et al.*
For the Period of August 3, 2015 - August 30, 2015

### Advisor Fee Schedule

| Payee | Payment date | Amount | Name of Payor |
|---|---|---|---|
| Young, Conaway, Stargatt and Taylor | 08/18/15 | $147,046 | SRC Liquidation Company |
| Gibson, Dunn & Crutcher LLP | 08/18/15 | $727,804 | SRC Liquidation Company |
| Prime Clerk LLC | 08/18/15 | $4,933 | SRC Liquidation Company |
| Dinsmore & Shohl LLP | 08/18/15 | $61,236 | SRC Liquidation Company |
| Lazard Freres and Co. LLC | 08/18/15 | $40,000 | SRC Liquidation Company |
| Lowenstein Sandler LLP | 08/18/15 | $211,256 | SRC Liquidation Company |
| Polsinelli PC | 08/18/15 | $19,905 | SRC Liquidation Company |
| Zolfo Cooper LLC | 08/18/15 | $105,602 | SRC Liquidation Company |
| Prime Clerk LLC | 08/20/15 | $59,177 | SRC Liquidation Company |
| WilliamsMarston LLC | 08/27/15 | $100,000 | SRC Liquidation Company |

Case No. 15-10541 (BLS)
SRC Liquidation Company, et al.

For the Period of August 3, 2015 - August 30, 2015

**Consolidated Statement of Operations**

*(Amounts in Thousands)*

|  | SRC Liquidation Company (A) | Standard Register - Puerto Rico (B) | Standard Register - Mexico (C) | Standard Register Consolidated |
|---|---|---|---|---|
| **REVENUE** | $ — | $ — | $ — | $ - |
| **COST OF SALES** | — | — | — | — |
| **GROSS MARGIN** | — | — | — | — |
| **OPERATING EXPENSES** | | | | |
| Selling, general and administrative | — | — | — | — |
| Integration costs | — | — | — | — |
| Restructuring and other exit costs | — | — | — | — |
| Total operating expenses | — | — | — | — |
| **(LOSS) INCOME FROM OPERATIONS** | — | — | — | — |
| **OTHER INCOME (EXPENSE)** | | | | |
| Reorganization costs (1) | (918) | — | — | (918) |
| Interest expense | — | — | — | — |
| Other income (expense) (2) | (1,698) | — | — | (1,698) |
| Total other expense | (2,617) | — | — | (2,617) |
| **LOSS BEFORE INCOME TAXES** | (2,617) | — | — | (2,617) |
| **INCOME TAX (BENEFIT) EXPENSE** | — | — | — | — |
| **NET (LOSS) INCOME** | $ (2,617) | $ — | $ — | $ (2,617) |

A - SRC Liquidation Company; SR Liquidation Holding Company; SR Liquidation Technologies, Inc.; SR Liquidation International, Inc.; iMLiquidation, LLC; SR Liquidation Technologies Canada ULC; Entities consolidated with SRC Liquidation Company are legal entities with no material operations.

B - SR Liquidation of Puerto Rico, Inc.

C - SR Liquidation Mexico Holding Company; Standard Register Holding, S. De R.L. De C.V.; Standard Register Servicios, S. De R.L. De C.V.; Standard Register de Mexico, S. De R.L. De C.V.; Entities consolidated with SR Liquidation Mexico Holding Company are legal entities with no material operations.

(1) - Reorganization costs consist of the following:

| | | |
|---|---|---|
| Professional fees | $ | 934 |
| KEIP | | — |
| US Trustee fees | | 39 |
| DIP financing costs | | — |
| Recognized Gains/Losses | | — |
| Creditor committee settlement | | — |
| Loss on extinguishment of debt | | — |
| Valuation adjustments | | (54) |
| | $ | 918 |

(2) - Other income (expense) includes adjustments to record ($2,117) of IBNR accrual, ($2,490) professional fees accrual and $1,925 of retainers receivable that were not recorded in the July MOR; $824 reversal of overaccrued liabilities and other activity of $160.

Case No. 15-10541 (BLS)
SRC Liquidation Company, *et al.*
**August 30, 2015**

## Balance Sheet

*(Amounts in Thousands)*

| ASSETS | SRC Liquidation Company (A) | Standard Register - Puerto Rico (B) | Standard Register - Mexico (C) | Standard Register Consolidated |
|---|---|---|---|---|
| **CURRENT ASSETS** | | | | |
| Cash and cash equivalents | $ 14,239 | $ — | $ — | $ 14,239 |
| Restricted cash | — | — | — | — |
| Accounts receivable, net | 51 | — | — | 51 |
| Inventories, net | — | — | — | — |
| Prepaid expense | 5,030 | — | — | 5,030 |
| Total current assets | 19,320 | — | — | 19,320 |
| **LONG-TERM ASSETS** | | | | |
| Plant and equipment, net | $ 490 | $ — | $ — | 490 |
| Goodwill | — | — | — | — |
| Intangible assets, net | — | — | — | — |
| Deferred tax asset | — | — | — | — |
| Other | 3,951 | — | — | 3,951 |
| Total other assets | 4,441 | — | — | 4,441 |
| Total assets | $ 23,761 | $ — | $ — | $ 23,761 |
| **LIABILITIES AND SHAREHOLDERS' DEFICIT** | | | | |
| **LIABILITIES NOT SUBJECT TO COMPROMISE** | | | | |
| **CURRENT LIABILITIES** | | | | |
| Current portion of long-term debt | $ — | $ — | $ — | $ — |
| Accounts payable | 2,423 | — | — | 2,423 |
| Other current liabilities | 2,011 | — | — | 2,011 |
| Total current liabilities | 4,435 | — | — | 4,435 |
| Long-term liabilities | — | — | — | — |
| Total liabilities not subject to compromise | 4,435 | — | — | 4,435 |
| **LIABILITIES SUBJECT TO COMPROMISE** | | | | |
| Pre-petition accounts payable | 836 | — | — | 836 |
| Accrued liabilities | 10,906 | — | — | 10,906 |
| Secured debt | 80,449 | — | — | 80,449 |
| Pension benefit liabilities | 211,657 | — | — | 211,657 |
| Deferred Compensation | 2,051 | — | — | 2,051 |
| Environmental liabilities | 3,744 | — | — | 3,744 |
| Other | 1,600 | — | — | 1,600 |
| Total liabilties subject to compromise | 311,243 | — | — | 311,243 |
| **SHAREHOLDERS' (DEFICIT) EQUITY** | (291,917) | — | — | (291,917) |
| Total liabilities and shareholders' deficit | $ 23,761 | $ — | $ — | $ 23,761 |

A - SRC Liquidation Company; SR Liquidation Holding Company; SR Liquidation Technologies, Inc.; SR Liquidation International, Inc.; iMLiquidation, LLC; SR Liquidation Technologies Canada ULC; Entities consolidated with SRC Liquidation Company are legal entities with no material operations.

B - SR Liquidation of Puerto Rico, Inc.

C - SR Liquidation Mexico Holding Company; Standard Register Holding, S. De R.L. De C.V.; Standard Register Servicios, S. De R.L. De C.V.; Standard Register de Mexico, S. De R.L. De C.V.; Entities consolidated with SR Liquidation Mexico Holding Company are legal entities with no material operations.

Case No. 15-10541 (BLS)
SRC Liquidation Company, *et al.*
For the Period of August 3, 2015 - August 30, 2015

## Declaration Regarding Status of Postpetition Taxes

Landen C. Williams hereby declares under penalty of perjury:

1) I am the Chief Restructuring Office and Treasurer for SRC Liquidation Company, *et al.*, the above-captioned debtors and debtors in possession (collectively, the "Debtors"). I am familiar with the Debtors' day-to-day operations, business affairs and books and records.

2) All statements in the Declaration are based on my personal knowledge, my review of the relevant documents, or my discussions with Debtor's employees. I am authorized to submit this Declaration on behalf of the Debtors.

3) To the best of my knowledge, all of the Debtors have filed all necessary federal, state and local tax returns and made all required post-petition tax payments in connection therewith on a timely basis or have promptly remedied any late filing or payments that may have occurred due to unintentional oversight.

Respectfully submitted

Signature: /s/ Landen C. Williams

Dated: 9/29/2015

By: Landen C. Williams
Title: Chief Restructuring Officer and Treasurer

Case No. 15-10541 (BLS)
SRC Liquidation Company, *et al.*
August 30, 2015

## Declaration Regarding Status of Postpetition Payables [1]

| Accounts Payable Aging | Amount |
|---|---|
| 0-30 | $ - |
| 31-60 | $ - |
| 61-90 | $ - |
| Over 90 | $ - |
| **Total Gross Accounts Payable** | $ - |

(1) The Debtors have not included any disbursements made on behalf of debtors Standard Register Holding, S. de R.L. de C.V., Standard Register de Mexico, S. de R.L. de C.V., and Standard Register Servicios, S. de R.L. de C.V. (collectively, the "Mexican Debtors"). Taylor Corporation paid for substantially all of the assets of the Mexican Debtors in July 2015 pursuant to a 363 sale. While Taylor, through a wholly owned Mexican subsidiary, purchased substantially all of the assets of the Mexican Debtors, certain technical requirements under Mexican law must be met before the actual transfer of such assets from the Mexican Debtors to the Taylor Mexican subsidiary can be completed. The Debtors intend to file a notice with the Bankruptcy Court upon the completion of the transfer.

Case No. 15-10541 (BLS)
SRC Liquidation Company, *et al.*
August 30, 2015

### Accounts Receivable Reconciliation and Aging [1]

| Accounts Receivable Aging | Amount |
|---|---|
| Current | $ - |
| 1-30 days old | $ - |
| 31-60 days old | $ - |
| 61-90 days old | $ - |
| 91+ days old | $ - |
| Total Accounts Receivable | $ - |
| Amount considered uncollectible (Bad Debt) | $ - |
| Accounts Receivable (Net) | $ - |

(1) Substantially all of the debtor's assets were sold to Taylor Corporation through a 363 sale on 07.31.15.

In re SRC Liquidation Company, *et al.*
August 30, 2015

| Debtor Questionnaire | | |
|---|---|---|
| **Must be completed each month** | Yes | No |
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | x |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | x |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. (1) | x | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | x | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | x |

(1) Income tax returns have not been filed in Canada for SR Liquidation Technologies Canada ULC.