## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket Nos. 990 & 1096** |

## NOTICE OF ABANDONMENT OF DE MINIMIS ASSETS

**PLEASE TAKE NOTICE** that, on August 31, 2015, the above-captioned debtors and

debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion to Establish*

*Procedures to Transfer, Abandon, or Sell De Minimis Assets* [Docket No. 990] in the United

States Bankruptcy Court for the District of Delaware (the "Court"), seeking, among other things,

to approve procedures relating to the sale or abandonment of the Debtors' assets.

**PLEASE TAKE FURTHER NOTICE** that, on September 24, 2015, the Court entered

that certain *Order Establishing Procedures for Debtors to Transfer, Abandon, or Sell De*

*Minimis Assets* [Docket No. 1096] (the "De Minimis Asset Order"),[2] providing procedures for

the sale and abandonment of certain of the Debtors' assets.

*[Remainder of page intentionally left blank]*

---

[1]     The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001).  The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2]     Capitalized terms used but not defined herein shall have the meanings ascribed to them in the De Minimis Asset Order.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the De Minimis Asset Order, the Debtors hereby give notice to the Notice Parties of the abandonment of the assets set forth on **Exhibit A** attached hereto and that such abandonment is effective immediately.


Dated: September 30, 2015
      Wilmington, Delaware

*/s/ Andrew L. Magaziner*
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Maris J. Kandestin (No. 5294)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
mnestor@ycst.com
kcoyle@ycst.com
mkandestin@ycst.com
amagaziner@ycst.com

-and-

Michael A. Rosenthal (NY No. 4697561)
Jeremy L. Graves (CO No. 45522)
Matthew G. Bouslog (CA No. 280978)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
mrosenthal@gibsondunn.com
jgraves@gibsondunn.com
mbouslog@gibsondunn.com

*Counsel to the Debtors and Debtors in Possession*

## EXHIBIT A

Abandoned Assets

| Description of Assets | Location |
|---|---|
| Miscellaneous office furniture, equipment, and all other personal property | 600 Oak Harbor<br>Slidell, LA 70458 |
| Miscellaneous office furniture, equipment, and all other personal property | 2346 Post Road<br>Warwick, RI 02886 |
| Miscellaneous office furniture, equipment, and all other personal property | 112 E. Walnut Street<br>Watseka, IL 60970 |
| Miscellaneous office furniture, equipment, and all other personal property | 435 Lawrence Bell<br>Williamsville, NY 14221 |
| Miscellaneous office furniture, equipment, and all other personal property | 20420-20422 84th Avenue South<br>Kent, WA 98001 |
| Miscellaneous office furniture, equipment, and all other personal property | 125 S Wacker Dr.<br>Chicago, IL 60606 |
| Miscellaneous office furniture, equipment, and all other personal property | 200 Friberg Parkway<br>Westborough, MA, 01581 |
| Miscellaneous office furniture, equipment, and all other personal property | 3159 Rider Trail South<br>Earth City, MO 63044 |
| Miscellaneous office furniture, equipment, and all other personal property | 100 Century Drive<br>Mt Laurel, NJ 08054 |