## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, et al.,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF PUBLICATION

I, Joshua D. Falda, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

This Affidavit of Publication includes a sworn statement verifying that the *Notice of (A) Deadline for Casting Votes to Accept or Reject First Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and its Affiliates, (B) Combined Hearing to Consider Approval of Disclosure Statement and Confirmation of Plan and (C) Related Matters and Procedures* was published on September 29, 2015 in the national edition of *USA Today* as described on **Exhibit A**, attached hereto.

Dated: October 1, 2015

_____
Joshua D. Falda

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 1, 2015 by Joshua D. Falda proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

CHRISTINA PULLO
Notary Public, State of New York
No. 02PU6288253
Qualified in Nassau County
Commission Expires September 3, 20 17

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

SRF 4510

**Exhibit A**



## VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Being duly sworn, Toussaint Hutchinson says that he is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on **Tuesday, September 29, 2015** - the following legal advertisement – **In re: SRC LIQUIDATION COMPANY, et al.**– was published in the national edition of **USA TODAY**.

_____
Principal Clerk of USA TODAY
September 30, 2015

This  30  day of  September  month
    2015   year.

_____
Notary Public

[Notary Seal: YVONNE ANN BATES, NOTARY PUBLIC, REG. #128826, MY COMMISSION EXPIRES 09/30/2019, COMMONWEALTH OF VIRGINIA]

USA TODAY  •  7950 Jones Branch Drive, McLean, VA 22108  •  www.usatoday.com

For advertising information: 1.800.397.0070  www.russelljohns.com/usat

## NOTICES

### LEGAL NOTICE

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**
In re: SRC LIQUIDATION COMPANY, et al.,[1]   Chapter 11, Case No. 15-10541 (BLS)
Debtors.   Jointly Administered

**NOTICE OF (A) DEADLINE FOR CASTING VOTES TO ACCEPT OR REJECT FIRST AMENDED CHAPTER 11 PLAN OF LIQUIDATION FOR SRC LIQUIDATION COMPANY AND ITS AFFILIATES, (B) COMBINED HEARING TO CONSIDER APPROVAL OF DISCLOSURE STATEMENT AND CONFIRMATION OF PLAN AND (C) RELATED MATTERS AND PROCEDURES**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On September 22, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed: (a) the First Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and its Affiliates (as it may be amended or modified, the "Plan"); and (b) the Disclosure Statement with respect to the Plan (as it may be amended or modified, the "Disclosure Statement").

2. Pursuant to an order of the United States Bankruptcy Court for the District of Delaware (the "Court") dated September 21, 2015 [D.I. 1073] (the "Solicitation Procedures Order"), certain procedures and materials have been approved for the solicitation of votes to accept or reject the Plan.[2]

3. Copies of the Solicitation Procedures Order, the Plan and the Disclosure Statement are available upon request to Prime Clerk LLC at the following address, telephone number or email address: SRC Liquidation Company Ballot Processing, c/o Prime Clerk LLC, 830 Third Avenue, 3rd Floor, New York, NY 10022; (855) 842-4124; srcballots@primeclerk.com or, free of charge, on https://cases.primeclerk.com/standardregister.

4. A combined hearing to consider approval of the Disclosure Statement and confirmation of the Plan (the "Combined Hearing") will be held before the Honorable Brendan L. Shannon, United States Bankruptcy Judge, in Courtroom No. 1, Sixth Floor, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801, on November 19, 2015, at 9:30 a.m., (prevailing Eastern Time).

5. Pursuant to the Solicitation Procedures Order, the Court approved certain procedures for the solicitation and tabulation of votes to accept or reject the Plan.

(a) Under the terms of the Plan, Class III (Second Lien Secured Claims) and Class IV (General Unsecured Claims) are entitled to vote on the Plan.

(b) If you are the holder of a claim against the Debtors as of September 21, 2015 (the Record Date established by the Court in the Solicitation Procedures Order) in a Class entitled to vote on the Plan (i.e., Class III and Class IV), you have received with this Notice a Solicitation Package. The Solicitation Package includes, among other things, a ballot form (a "Ballot") and voting instructions appropriate for your claim, as well as copies of the Plan and the Disclosure Statement and related solicitation materials.

(c) Except as provided in subparagraph (e) below, the deadline to return completed Ballots is 5:00 p.m., Eastern Time, on November 2, 2015 (the "Voting Deadline"). Any failure to follow the voting instructions included with the Ballot or to return a properly completed Ballot so that it is received by the Voting Deadline may disqualify the Ballot.

(d) IF YOU ARE (I) THE HOLDER OF A CLAIM WHO IS PRESUMED TO HAVE ACCEPTED THE PLAN UNDER SECTION 1126(f) OF THE BANKRUPTCY CODE (I.E., THE HOLDER OF A CLASS I CLAIM AND/OR A CLASS II CLAIM) OR (II) THE HOLDER OF A CLASS III SECOND LIEN SECURED CLAIM AND/OR THE HOLDER OF A CLASS IV GENERAL UNSECURED CLAIM AND YOU DO NOT OPT OUT OF THE RELEASE PROVISIONS CONTAINED IN SECTION 7.4 OF THE PLAN BY BOTH (A) VOTING TO REJECT THE PLAN OR ABSTAINING FROM VOTING ON THE PLAN, AND (B) CHECKING THE BOX IN ITEM 2 ON YOUR PROPERLY COMPLETED BALLOT RETURNED PRIOR TO THE VOTING DEADLINE, YOU WILL BE DEEMED TO HAVE CONCLUSIVELY, ABSOLUTELY, UNCONDITIONALLY, IRREVOCABLY, AND FOREVER RELEASED AND DISCHARGED ALL CLAIMS AND CAUSES OF ACTION AGAINST THE RELEASED PARTIES (AS DEFINED IN THE PLAN), TO THE EXTENT SET FORTH IN SECTION 7.4 OF THE PLAN. FOR THE AVOIDANCE OF DOUBT, THE FAILURE TO MAKE THE THIRD PARTY OPT OUT ELECTION SHALL NOT PREVENT ANY HOLDER OF A CLAIM FROM RECEIVING A DISTRIBUTION UNDER THE PLAN.

(e) Under the terms of the Plan, Class I (Other Secured Claims), Class II (Priority Claims), Class V (Subordinated Claims), and Class VI (Equity Interests) are **not** entitled to vote on the Plan.

(f) If you are the holder of a claim against or interest in the Debtors in a Class not entitled to vote on the Plan, you have not received a Solicitation Package.

(g) Objections, if any, to approval of the Disclosure Statement and/or confirmation of the Plan must: (i) be in writing; (ii) state the name and address of the objecting party and the nature of the claim of such party; (iii) state with particularity the basis and nature of such Objection (and, if practicable, a proposed modification to the Plan that would resolve such Objection); (iv) conform to the Bankruptcy Rules and the Local Bankruptcy Rules; and (v) be filed with the Court and served on the following parties so that they are received no later than **5:00 p.m., Eastern Time, on November 2, 2015**: (A) counsel to the Debtors, Gibson, Dunn & Crutcher, LLP, 200 Park Avenue, New York, New York 10166-0193, Attn: Michael A. Rosenthal, and Young Conaway Stargatt & Taylor, LLP, 1000 North King Street, Rodney Square, Wilmington, Delaware 19801, Attn: Michael R. Nestor; (B) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 N. King Street, Suite 2207, Lock Box 35, Wilmington, Delaware, 19801, Attn: Mark Kenney, Esq.; (C) counsel to the Agent, Skadden, Arps, Slate, Meagher & Flom, LLP, Four 155 N. Wacker Drive, Chicago, Illinois 60606-1720, Attn: Ron E. Meisler and Christopher M. Dressel; and (D) counsel to the Committee, Lowenstein Sandler LLP, 65 Livingston Avenue, Roseland, New Jersey 07068, Attn: Sharon L. Levine, and Polsinelli PC, 222 Delaware Avenue, Suite 1101, Wilmington, Delaware 19801, Attn: Christopher A. Ward.

6. The Combined Hearing may be continued from time to time without further notice other than the announcement of the adjourned date at the Combined Hearing or any continued hearing.

Dated: September 22, 2015

**BY ORDER OF THE COURT**

Michael R. Nestor (No. 3526), Kara Hammond Coyle (No. 4410), Maris J. Kandestin (No. 5294), Andrew L. Magaziner (No. 5426), Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Telephone: (302) 571-6600, Facsimile: (302) 571-1253 -and- GIBSON, DUNN & CRUTCHER LLP, Michael A. Rosenthal (NY No. 4697561), Jeremy L. Graves (CO No. 45522), Matthew G. Bouslog (CA No. 280978), 200 Park Avenue, New York, New York 10166-0193, Telephone: (212) 351-4000, Facsimile: (212) 351-4035, Counsel to the Debtors and Debtors-in-Possession

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); IMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (4365); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Solicitation Procedures Order.

---

Send your sales through the roof with an ad in
**Marketplace Today**.

For more information on how to place your ad call:
**1-800-397-0070**