**EXHIBIT A**

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

(302) 571-6600
(800) 253-2234 (DE ONLY)

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

(302) 571-1253 FAX
www.ycst.com

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

TAX I.D. NO. 51-0082644

TO:                                                                          09/29/2015
                                                                          File No. 073986.1001

For Professional Services Rendered For:                          Bill No.  40385188

**Standard Register**
**Billing Period Through August 31, 2015**

Total Fees ...................................................................................$       52,620.00
Total Expenses ...........................................................................        1,313.83
Total ...............................................................$       53,933.83

WHEN REMITTING PAYMENT, KINDLY REFERENCE FILE NO. **073986.1001** AND SEND TO THE ATTENTION
OF **ACCOUNTING DEPT.**

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
Billing Period Through August 31, 2015

## AGGREGATE TIME SUMMARY BY TASK CODE

| TASK CODE | TASK DESCRIPTION | TOTAL HOURS | | TOTAL AMOUNT |
|---|---|---|---|---|
| B001 | Case Administration | 7.80 | | 2,968.00 |
| B002 | Court Hearings | 8.50 | | 2,872.50 |
| B004 | Schedules & Statements, U.S. Trustee Reports | 1.50 | | 537.00 |
| B005 | Lease/Executory Contract Issues | 9.20 | | 3,592.50 |
| B006 | Use, Sale or Lease of Property (363 issues) | 29.20 | | 12,684.50 |
| B007 | Claims Analysis, Objections and Resolutions | 16.10 | | 5,881.00 |
| B008 | Meetings | 1.70 | | 1,136.50 |
| B011 | Other Adversary Proceedings | 6.30 | | 2,474.50 |
| B012 | Plan and Disclosure Statement | 16.60 | | 6,949.00 |
| B014 | General Corporate Matters | 0.40 | | 76.00 |
| B015 | Employee Matters | 3.10 | | 1,819.50 |
| B017 | Retention of Professionals/Fee Issues | 29.30 | | 9,257.50 |
| B018 | Fee Application Preparation | 3.30 | | 1,786.50 |
| B020 | Utility Services | 1.80 | | 585.00 |
| | Totals | 134.80 | $ | 52,620.00 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
Billing Period Through August 31, 2015

## ATTORNEY TIME SUMMARY BY TASK CODE

**Task B001**
**Case Administration**

| Name | Title | Total Hours | | Hourly Rate | | Total |
|------|-------|-------------|---|-------------|---|-------|
| Andrew Magaziner | Associate | 3.00 | x $ | 400.00 | = | 1,200.00 |
| Elizabeth S. Justison | Associate | 0.60 | x $ | 310.00 | = | 186.00 |
| Kara Hammond Coyle | Partner | 0.30 | x $ | 485.00 | = | 145.50 |
| Michael R. Nestor | Partner | 1.30 | x $ | 725.00 | = | 942.50 |
| Troy Bollman | Paralegal | 2.60 | x $ | 190.00 | = | 494.00 |
| Totals: | | 7.80 | | | $ | 2,968.00 |

**Task B002**
**Court Hearings**

| Name | Title | Total Hours | | Hourly Rate | | Total |
|------|-------|-------------|---|-------------|---|-------|
| Andrew Magaziner | Associate | 2.00 | x $ | 400.00 | = | 800.00 |
| Kara Hammond Coyle | Partner | 0.30 | x $ | 485.00 | = | 145.50 |
| Michael R. Nestor | Partner | 1.40 | x $ | 725.00 | = | 1,015.00 |
| Troy Bollman | Paralegal | 4.80 | x $ | 190.00 | = | 912.00 |
| Totals: | | 8.50 | | | $ | 2,872.50 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
Billing Period Through August 31, 2015

| Task B004 Schedules & Statements, U.S. Trustee Reports | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Andrew Magaziner | Associate | 1.20 | x $ | 400.00 | = | 480.00 |
| Troy Bollman | Paralegal | 0.30 | x $ | 190.00 | = | 57.00 |
| | Totals: | 1.50 | | | $ | 537.00 |

| Task B005 Lease/Executory Contract Issues | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Andrew Magaziner | Associate | 7.00 | x $ | 400.00 | = | 2,800.00 |
| Michael R. Nestor | Partner | 0.70 | x $ | 725.00 | = | 507.50 |
| Troy Bollman | Paralegal | 1.50 | x $ | 190.00 | = | 285.00 |
| | Totals: | 9.20 | | | $ | 3,592.50 |

| Task B006 Use, Sale or Lease of Property (363 issues) | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Andrew Magaziner | Associate | 15.30 | x $ | 400.00 | = | 6,120.00 |
| Kara Hammond Coyle | Partner | 13.30 | x $ | 485.00 | = | 6,450.50 |
| Troy Bollman | Paralegal | 0.60 | x $ | 190.00 | = | 114.00 |
| | Totals: | 29.20 | | | $ | 12,684.50 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
Billing Period Through August 31, 2015

**Task  B007**
**Claims Analysis, Objections and Resolutions**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Andrew Magaziner | Associate | 11.00 | x $ | 400.00 | = | 4,400.00 |
| Elizabeth S. Justison | Associate | 2.30 | x $ | 310.00 | = | 713.00 |
| Kara Hammond Coyle | Partner | 0.80 | x $ | 485.00 | = | 388.00 |
| Troy Bollman | Paralegal | 2.00 | x $ | 190.00 | = | 380.00 |
| | Totals: | 16.10 | | | $ | 5,881.00 |

**Task  B008**
**Meetings**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Kara Hammond Coyle | Partner | 0.40 | x $ | 485.00 | = | 194.00 |
| Michael R. Nestor | Partner | 1.30 | x $ | 725.00 | = | 942.50 |
| | Totals: | 1.70 | | | $ | 1,136.50 |

**Task  B011**
**Other Adversary Proceedings**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Andrew Magaziner | Associate | 4.30 | x $ | 400.00 | = | 1,720.00 |
| Michael R. Nestor | Partner | 0.70 | x $ | 725.00 | = | 507.50 |
| Troy Bollman | Paralegal | 1.30 | x $ | 190.00 | = | 247.00 |
| | Totals: | 6.30 | | | $ | 2,474.50 |

5

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
Billing Period Through August 31, 2015

**Task  B012**
**Plan and Disclosure Statement**

| | | Total Hours | Hourly Rate | | Total |
|---|---|---|---|---|---|
| Andrew Magaziner | Associate | 13.60 x $ | 400.00 | = | 5,440.00 |
| Kara Hammond Coyle | Partner | 0.10 x $ | 485.00 | = | 48.50 |
| Michael R. Nestor | Partner | 1.70 x $ | 725.00 | = | 1,232.50 |
| Troy Bollman | Paralegal | 1.20 x $ | 190.00 | = | 228.00 |
| | Totals: | 16.60 | | $ | 6,949.00 |

**Task  B014**
**General Corporate Matters**

| | | Total Hours | Hourly Rate | | Total |
|---|---|---|---|---|---|
| Troy Bollman | Paralegal | 0.40 x $ | 190.00 | = | 76.00 |
| | Totals: | 0.40 | | $ | 76.00 |

**Task  B015**
**Employee Matters**

| | | Total Hours | Hourly Rate | | Total |
|---|---|---|---|---|---|
| Michael R. Nestor | Partner | 2.30 x $ | 725.00 | = | 1,667.50 |
| Troy Bollman | Paralegal | 0.80 x $ | 190.00 | = | 152.00 |
| | Totals: | 3.10 | | $ | 1,819.50 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
Billing Period Through August 31, 2015

| **Task B017** **Retention of Professionals/Fee Issues** | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Andrew Magaziner | Associate | 14.60 | x $ | 400.00 | = | 5,840.00 |
| Elizabeth S. Justison | Associate | 0.50 | x $ | 310.00 | = | 155.00 |
| Kara Hammond Coyle | Partner | 0.10 | x $ | 485.00 | = | 48.50 |
| Michael R. Nestor | Partner | 1.00 | x $ | 725.00 | = | 725.00 |
| Troy Bollman | Paralegal | 13.10 | x $ | 190.00 | = | 2,489.00 |
| Totals: | | 29.30 | | | $ | 9,257.50 |

| **Task B018** **Fee Application Preparation** | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Elizabeth S. Justison | Associate | 0.30 | x $ | 310.00 | = | 93.00 |
| Michael R. Nestor | Partner | 2.10 | x $ | 725.00 | = | 1,522.50 |
| Troy Bollman | Paralegal | 0.90 | x $ | 190.00 | = | 171.00 |
| Totals: | | 3.30 | | | $ | 1,786.50 |

| **Task B020** **Utility Services** | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Andrew Magaziner | Associate | 0.30 | x $ | 400.00 | = | 120.00 |
| Elizabeth S. Justison | Associate | 1.50 | x $ | 310.00 | = | 465.00 |
| Totals: | | 1.80 | | | $ | 585.00 |

| Aggregate Total: | | 134.80 | | | $ | 52,620.00 |
|---|---|---|---|---|---|---|

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
Billing Period Through August 31, 2015

## AGGREGATE TIME SUMMARY PAGE BY INDIVIDUAL

|  |  | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| MNEST | Michael R. Nestor, Partner | 12.50 | $ | 725.00 | = | 9,062.50 |
| KCOYL | Kara Hammond Coyle, Partner | 15.30 | $ | 485.00 | = | 7,420.50 |
| AMAGA | Andrew Magaziner, Associate | 72.30 | $ | 400.00 | = | 28,920.00 |
| EJUST | Elizabeth S. Justison, Associate | 5.20 | $ | 310.00 | = | 1,612.00 |
| TBOLL | Troy Bollman, Paralegal | 29.50 | $ | 190.00 | = | 5,605.00 |
|  | Total: | 134.80 | | | $ | 52,620.00 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                 Invoice No. 40385188                 09-29-2015

## TIME DETAIL GROUPED BY TASK CODE

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 08/03/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |
| 08/04/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |
| 08/05/15 | Multiple emails with R. Bello and M. Rosenthal re: omnibus hearing dates | AMAGA | B001 | 0.20 |
| 08/05/15 | Review/revise memo re: critical dates, deadlines and tasks for distribution to clients/GDC | MNEST | B001 | 0.30 |
| 08/06/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |
| 08/07/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |
| 08/11/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |
| 08/12/15 | Draft emails to K. Coyle re: case update | AMAGA | B001 | 0.20 |
| 08/12/15 | Work with A. Magaziner and T. Bollman re: case status update | KCOYL | B001 | 0.30 |
| 08/12/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |
| 08/13/15 | Review/revise memo to clients/GDC re: critical dates, deadlines and tasks in case | MNEST | B001 | 0.40 |
| 08/13/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |
| 08/14/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.20 |
| 08/17/15 | Confer multiple times with M. Rosenthal and M. Nestor re: new hearing date | AMAGA | B001 | 0.20 |
| 08/17/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |
| 08/18/15 | Emails with K. Coyle re: case coverage | AMAGA | B001 | 0.10 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                  Invoice No. 40385188                  09-29-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 08/18/15 | Emails with K. Coyle and M. Bouslog re: call to discuss upcoming deadlines | AMAGA | B001 | 0.10 |
| 08/18/15 | Call with M. Bouslog, K. Coyle and E. Justison re: upcoming deadlines | AMAGA | B001 | 0.60 |
| 08/18/15 | Emails with M. Nestor re: upcoming deadlines | AMAGA | B001 | 0.20 |
| 08/18/15 | Call re: case status (.4) and discuss with K. Coyle and A. Magaziner (.2) | EJUST | B001 | 0.60 |
| 08/18/15 | Prepare and finalize for filing multiple affidavits of service | TBOLL | B001 | 0.30 |
| 08/18/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |
| 08/19/15 | Emails with M. Nestor and M. Hojnacki re: case update call | AMAGA | B001 | 0.20 |
| 08/19/15 | Call with McKinsey, M. Rosenthal and M. Nestor re: case update and action items | AMAGA | B001 | 1.00 |
| 08/19/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |
| 08/19/15 | Review and update critical dates calendar, and circulate to the working group for review | TBOLL | B001 | 0.40 |
| 08/20/15 | Review/revise memo to client/GDC re: critical dates, deadlines and tasks in case | MNEST | B001 | 0.30 |
| 08/20/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |
| 08/21/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |
| 08/24/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |
| 08/26/15 | Review/revise memo re critical dates, deadlines and tasks for distribution to clients/GCC | MNEST | B001 | 0.30 |
| 08/26/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |
| 08/27/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                    Invoice No. 40385188                    09-29-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 08/28/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |
| 08/31/15 | Confer with M. Bouslog, J. Graves and M. Nestor re: potential hearing dates | AMAGA | B001 | 0.20 |
| 08/31/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |
| | Sub Total | | | 7.80 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 08/12/15 | Review and revise hearing agenda (.2); multiple emails with T. Bollman re: same (.1) | AMAGA | B002 | 0.30 |
| 08/12/15 | Correspondence with T. Bollman, J. Graves, M. Bouslog and A. Magaziner re: revisions to agenda for 8/18/15 hearing | KCOYL | B002 | 0.20 |
| 08/12/15 | Prepare draft agenda of matters scheduled for hearing on August 18, 2015 | TBOLL | B002 | 0.80 |
| 08/12/15 | E-mails to and from A. Magaziner re: draft agenda of matters scheduled for hearing on August 18, 2015 | TBOLL | B002 | 0.20 |
| 08/13/15 | Revise draft agenda of matters for hearing scheduled on August 18, 2015 | TBOLL | B002 | 0.20 |
| 08/14/15 | Finalize and file hearing agenda | AMAGA | B002 | 0.10 |
| 08/14/15 | Correspondence with T. Bollman and A. Magaziner re: agenda for August 18th hearing | KCOYL | B002 | 0.10 |
| 08/14/15 | Telephone calls/correspondence with Court re: need for hearing on 8/21 | MNEST | B002 | 0.20 |
| 08/14/15 | Review and revise agenda of matters scheduled for hearing on August 18, 2015 | TBOLL | B002 | 0.40 |
| 08/14/15 | Prepare, and submit to the Court, hearing binders re: agenda of matters scheduled for hearing on August 18, 2015 | TBOLL | B002 | 0.60 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                Invoice No. 40385188                    09-29-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 08/14/15 | Finalize for filing agenda of matters scheduled for hearing on August 18, 2015 | TBOLL | B002 | 0.30 |
| 08/17/15 | Multiple emails with J. Edelson and T. Bollman re: hearing agenda | AMAGA | B002 | 0.20 |
| 08/17/15 | Prepare, finalize and file amended hearing agenda and confer with T. Bollman and M. Bouslog re: same | AMAGA | B002 | 0.30 |
| 08/17/15 | Correspondence re: hearing dates/times and strategy for confirmation process | MNEST | B002 | 0.40 |
| 08/17/15 | E-mails to and from A. Magaziner and the committee re: status of the August 18 hearing | TBOLL | B002 | 0.20 |
| 08/17/15 | Prepare amended agenda of matters scheduled for hearing on August 18, 2015 | TBOLL | B002 | 0.20 |
| 08/17/15 | Finalize for filing and submit to the Court amended agenda of matters scheduled for hearing on August 18, 2015 | TBOLL | B002 | 0.40 |
| 08/18/15 | Emails with J. Walker re: hearing agenda for status conference | AMAGA | B002 | 0.10 |
| 08/18/15 | Multiple emails with J. Graves and M. Bouslog re: rescheduled September hearing | AMAGA | B002 | 0.20 |
| 08/19/15 | Emails with R. Bello and M. Rosenthal re: new September hearing date (.1) and file notice re: same (.1) | AMAGA | B002 | 0.20 |
| 08/19/15 | Revise hearing agenda for status conference and confer with M. Rosenthal and T. Bollman re: comments to same | AMAGA | B002 | 0.20 |
| 08/19/15 | Revise hearing agenda and finalize same | AMAGA | B002 | 0.10 |
| 08/19/15 | Review/revise agenda for hearing | MNEST | B002 | 0.20 |
| 08/19/15 | Prepare draft agenda re: telephonic scheduling conference on August 24, 2015 | TBOLL | B002 | 0.40 |
| 08/19/15 | Prepare (.3) and finalize for filing (.2) notice of rescheduled omnibus hearing | TBOLL | B002 | 0.50 |
| 08/20/15 | Finalize and file hearing agenda and confer with T. Bollman re: same | AMAGA | B002 | 0.20 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                    Invoice No. 40385188                    09-29-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 08/20/15 | Assist in preparation of materials re: agenda of matters scheduled for telephonic conference on August 24, 2015 | TBOLL | B002 | 0.30 |
| 08/20/15 | Finalize for filing and submit to the Court agenda of matters scheduled for telephonic conference on August 24, 2015 | TBOLL | B002 | 0.30 |
| 08/24/15 | Emails with M. Rosenthal re: CourtCall appearance | AMAGA | B002 | 0.10 |
| 08/24/15 | Prepare for and attend teleconference hearing re: process/status/confirmation timeline and correspondence with Debtor representatives re: same | MNEST | B002 | 0.60 |
| | Sub Total | | | 8.50 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 08/05/15 | Emails with B. Cutting re: monthly operating reports | AMAGA | B004 | 0.10 |
| 08/18/15 | Emails with D. Williams and K. Coyle re: July monthly operating report | AMAGA | B004 | 0.20 |
| 08/18/15 | Emails with K. Coyle re: timing for monthly operating report filing | AMAGA | B004 | 0.10 |
| 08/19/15 | Review draft monthly operating report and emails with K. Coyle re: same | AMAGA | B004 | 0.30 |
| 08/20/15 | Call with D. Williams re: status of monthly operating report (.1); emails with T. Bollman re: same (.1); call to M. Kenney re: same (.1) | AMAGA | B004 | 0.30 |
| 08/26/15 | Review, finalize and file monthly operating report and emails with B. Cutting, D. Williams and T. Bollman re: same | AMAGA | B004 | 0.20 |
| 08/27/15 | Finalize for filing and submit to the U.S. Trustee monthly operating report for July 2015 | TBOLL | B004 | 0.30 |
| | Sub Total | | | 1.50 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001            Invoice No. 40385188                    09-29-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 08/03/15 | Call with M. Bouslog re: open items, including motion to assume insurance policy (.2) and research re: same (.4) | AMAGA | B005 | 0.60 |
| 08/03/15 | Further research re: motion to renew or assume insurance policy and emails with M. Bouslog re: same | AMAGA | B005 | 0.70 |
| 08/03/15 | Emails with J. Graves re: CBA rejection discussions | AMAGA | B005 | 0.10 |
| 08/03/15 | Review and revise draft motion to reject CBA and record notes re: same (1.4); multiple emails with J. Graves and M. Rosenthal re: same (.1) | AMAGA | B005 | 1.50 |
| 08/03/15 | Finalize for filing notice of rejected contracts as of sale closing | TBOLL | B005 | 0.30 |
| 08/03/15 | Review the schedule attached to the notice of reserved contracts as of sale closing with respect to listed ordinary course professionals | TBOLL | B005 | 0.30 |
| 08/03/15 | Finalize for filing notice of reserved contracts as of sale closing | TBOLL | B005 | 0.20 |
| 08/04/15 | Review revised CBA rejection motion | AMAGA | B005 | 0.20 |
| 08/04/15 | Finalize and file CBA rejection motion (.2) and confer multiple times with T. Bollman re: same (.2) | AMAGA | B005 | 0.40 |
| 08/04/15 | Confer with D. Smith re: notice parties for CBA rejection motion (.1) and follow up with T. Bollman re: same (.1) | AMAGA | B005 | 0.20 |
| 08/04/15 | Email to R. Bello re: scheduling of motion to reject CBA | AMAGA | B005 | 0.10 |
| 08/05/15 | Additional emails with R. Bello re: scheduling on motion to reject CBA | AMAGA | B005 | 0.10 |
| 08/07/15 | Prepare third supplement to cure list (.5) and finalize for filing same (.2) | TBOLL | B005 | 0.70 |
| 08/10/15 | Voicemail from S. Kaufman and emails with same re: proposed rejection of union CBA | AMAGA | B005 | 0.20 |

14

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                Invoice No. 40385188                09-29-2015

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 08/10/15 | Multiple emails with J. Graves, M. Bouslog and M. Rosenthal re: union negotiations | AMAGA | B005 | 0.20 |
| 08/10/15 | Multiple emails with M. Bouslog and union counsel re: proposed rejection of CBA | AMAGA | B005 | 0.20 |
| 08/11/15 | Call with M. Bouslog, M. Nestor and M. Rosenthal re: union negotiations re: CBA rejection (.2); call with D. Hock re: same (.2); further call with M. Bouslog, M. Nestor and M. Rosenthal re: same (.2) | AMAGA | B005 | 0.60 |
| 08/11/15 | Emails with T. Bollman and M. Bouslog re: status of CBA rejection motion | AMAGA | B005 | 0.10 |
| 08/11/15 | Research re: CBA rejection post-sale and emails with M. Rosenthal re: same | AMAGA | B005 | 1.40 |
| 08/11/15 | Multiple emails with K. Coyle and M. Bouslog re: motion to assume insurance policy | AMAGA | B005 | 0.20 |
| 08/11/15 | Emails with M. Bouslog (.1) and T. Bollman (.1) re: adjourned motion to reject union CBA | AMAGA | B005 | 0.20 |
| 08/11/15 | Review motion to reject CBA and precedent/issues re: same | MNEST | B005 | 0.40 |
| 08/13/15 | Review issues re: salesforce.com and telephone calls with K. Coyle re: same | MNEST | B005 | 0.30 |
| | Sub Total | | | 9.20 |

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 08/01/15 | Emails with M. Rosenthal re: sale closing | AMAGA | B006 | 0.10 |
| 08/03/15 | Call with D. Smith re: cure notices and notices of designation | AMAGA | B006 | 0.20 |
| 08/03/15 | Follow up emails with M. Ralston re: notices re: potential contract designation | AMAGA | B006 | 0.10 |
| 08/03/15 | Multiple follow up emails with M. Bouslog and P. Bohl re: final contract lists | AMAGA | B006 | 0.30 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                    Invoice No. 40385188                    09-29-2015

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 08/03/15 | Finalize and file notice of sale closing and confer with T. Bollman re: same | AMAGA | B006 | 0.20 |
| 08/03/15 | Emails with M. Ralston re: sale closing | AMAGA | B006 | 0.10 |
| 08/03/15 | Review, finalize and file (as appropriate) notices re: designated contracts, reserved contracts and rejected contracts, and confer with M. Bouslog and P. Bohl multiple times re: same | AMAGA | B006 | 1.30 |
| 08/03/15 | Call and email with Georgia Pacific counsel re: status of sale objection and notice re: potential contract designation | AMAGA | B006 | 0.20 |
| 08/03/15 | Correspondence with J. Bienstock re: update on HP contract issue | KCOYL | B006 | 0.10 |
| 08/03/15 | Correspondence with A. Magaziner re: notices of potential contracts and HP contract issue | KCOYL | B006 | 0.30 |
| 08/03/15 | Finalize for filing notice of sale closing | TBOLL | B006 | 0.20 |
| 08/04/15 | Emails with K. Coyle re: Hewlett Packard contract notices | AMAGA | B006 | 0.10 |
| 08/04/15 | Multiple emails with Bank of America counsel re: contracts and status of sale; review notices re: same | AMAGA | B006 | 0.20 |
| 08/04/15 | Emails with D. Balys and K. Coyle re: Hewlett Packard contracts and status of same | AMAGA | B006 | 0.10 |
| 08/04/15 | Confer with T. Bollman (.1) and M. Bouslog (.1) re: supplemental cure notice addressing Canon contracts | AMAGA | B006 | 0.20 |
| 08/04/15 | Call with M. Bouslog re: motion to terminate rabbi trust (.3) and confer with K. Coyle re: same (.1) | AMAGA | B006 | 0.40 |
| 08/04/15 | Research re: motion to terminate rabbi trust and draft same | AMAGA | B006 | 2.30 |
| 08/04/15 | Multiple follow up emails re: wind down of rabbi trust and motion for same | AMAGA | B006 | 0.20 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                    Invoice No. 40385188                        09-29-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 08/04/15 | Multiple telephone calls and correspondence with J. Bienstock, D. Smith, M. Bouslog, A. Magaziner and D. Balys re: HP contract issues; research issues re: same | KCOYL | B006 | 2.90 |
| 08/04/15 | Telephone call and correspondence with A. Magaziner re: termination of rabbi trust; research re: same | KCOYL | B006 | 0.80 |
| 08/05/15 | Further revise draft motion to terminate rabbi trust (.6) and draft notes to M. Bouslog re: same (.1); follow up with K. Coyle re: same (.1) | AMAGA | B006 | 0.80 |
| 08/05/15 | Review board minutes re: rabbi trust termination | AMAGA | B006 | 0.20 |
| 08/05/15 | Multiple emails with P. Bohl, M. Bouslog and D. Smith re: affidavit of service for notices sent post-closing | AMAGA | B006 | 0.20 |
| 08/05/15 | Call with M. Bouslog re: rabbi trust and termination of same and follow up call with K. Coyle re: same | AMAGA | B006 | 0.20 |
| 08/05/15 | Work with A. Magaziner re: termination of rabbi trust; review motion re: same | KCOYL | B006 | 0.60 |
| 08/06/15 | Emails with D. Balys re potential contracts list | AMAGA | B006 | 0.10 |
| 08/06/15 | Additional emails with M. Ralston re Xerox contracts and treatment of same | AMAGA | B006 | 0.20 |
| 08/06/15 | Emails with Wise Business Forms counsel re potential contracts list (.1) and emails with D. Smith re same (.1) | AMAGA | B006 | 0.20 |
| 08/06/15 | Emails with K. Coyle re Salesforce negotiations in connection with contract assumption | AMAGA | B006 | 0.10 |
| 08/06/15 | Correspondence with T. Mauro and A. Magaziner re: Taylor Corporation treatment of Salesforce.com agreement | KCOYL | B006 | 0.20 |
| 08/06/15 | Telephone calls to/from M. Bouslog re: revisions to order to change the case captions | KCOYL | B006 | 0.20 |
| 08/06/15 | Correspondence with A. Magaziner re: treatment of Xerox contract | KCOYL | B006 | 0.10 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001            Invoice No. 40385188            09-29-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 08/07/15 | Follow up emails with D. Smith and M. Duedall re potential contracts list | AMAGA | B006 | 0.20 |
| 08/07/15 | Multiple emails with T. Gaa and K. Coyle re contract assumption questions (.3) and voicemail from T. Gaa re same (.1) | AMAGA | B006 | 0.40 |
| 08/07/15 | Multiple emails with T. Bollman and M. Bouslog re third supplemental cure list and finalize and file same | AMAGA | B006 | 0.50 |
| 08/07/15 | Multiple emails with M. McMahon re Bank of America contracts and designation of same as potential contracts | AMAGA | B006 | 0.20 |
| 08/07/15 | Work with A. Magaziner and T. Gaa re: Taylor Corporation treatment of Salesforce.com agreement | KCOYL | B006 | 0.50 |
| 08/11/15 | Multiple emails with C. Samis and D. Smith re: certain contracts and potential assumption of same | AMAGA | B006 | 0.20 |
| 08/11/15 | Multiple emails with M. McMahon re: status of contracts | AMAGA | B006 | 0.20 |
| 08/12/15 | Multiple emails with M. Ralston and D. Balys re: Xerox contracts | AMAGA | B006 | 0.20 |
| 08/13/15 | Emails with D. Short re: resolved cures | AMAGA | B006 | 0.10 |
| 08/13/15 | Review emails re: Salesforce contract dispute | AMAGA | B006 | 0.10 |
| 08/13/15 | Telephone call and correspondence with M. Bouslog re: Salesforce.com agreement and sale issues; legal research re: same | KCOYL | B006 | 1.20 |
| 08/13/15 | Draft, review and revise Certification of Counsel and related order changing case caption re: preparation for filing | KCOYL | B006 | 0.90 |
| 08/13/15 | Correspondence to M. Kenney re: revisions to order changing case caption | KCOYL | B006 | 0.10 |
| 08/13/15 | Correspondence with P. Bohl re: issues with Salesforce.com agreement | KCOYL | B006 | 0.20 |
| 08/13/15 | Correspondence with T. Gaa re: issues with Salesforce.com agreement | KCOYL | B006 | 0.10 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001              Invoice No. 40385188                    09-29-2015

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 08/13/15 | Work with M. Bouslog re: revisions to order changing case caption | KCOYL | B006 | 0.60 |
| 08/14/15 | Telephone call with M. Rosenthal re: Salesforce.com amendment and cure issue | KCOYL | B006 | 0.20 |
| 08/14/15 | Correspondence with M. Rosenthal and M. Bouslog re: Salesforce.com amendment and cure issue | KCOYL | B006 | 0.60 |
| 08/14/15 | Correspondence with M. Kenney re: Order Changing Case Caption | KCOYL | B006 | 0.10 |
| 08/14/15 | Correspondence with M. Bouslog, T. Bollman and E. Justison re: preparation and filing of COC and Order Changing Case Caption | KCOYL | B006 | 0.20 |
| 08/14/15 | Correspondence with T. Gaa re: Saleforce.com contract issue | KCOYL | B006 | 0.10 |
| 08/14/15 | Work with T. Bollman re: issues regarding changing of case caption in Mexican debtor cases | KCOYL | B006 | 0.30 |
| 08/14/15 | Prepare for and attend teleconference with P. Bohl, S. Spellacy and M. Rosenthal re: Salesforce.com contract issues | KCOYL | B006 | 0.80 |
| 08/14/15 | Correspondence with S. Spellacy re: Saleforce.com contract issue | KCOYL | B006 | 0.20 |
| 08/14/15 | Correspondence to T. Gaa and T. Mauro re: Salesforce.com termination of services | KCOYL | B006 | 0.10 |
| 08/14/15 | Telephone call from T. Gaa re: issues with Salesforce.com contract | KCOYL | B006 | 0.50 |
| 08/15/15 | Correspondence with J. Vaughn re: issues with Saleforce.com | KCOYL | B006 | 0.20 |
| 08/17/15 | Emails with D. Smith re: Canon cure claims | AMAGA | B006 | 0.10 |
| 08/17/15 | Multiple emails with Taylor counsel and M. Bouslog re: designated contracts and treatment of same | AMAGA | B006 | 0.20 |
| 08/18/15 | Emails with J. Graves and M. Bouslog re: assumed contracts and research re: same | AMAGA | B006 | 0.20 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                     Invoice No. 40385188                     09-29-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 08/18/15 | Multiple emails with D. Balys and Xerox counsel re: status of contracts | AMAGA | B006 | 0.20 |
| 08/18/15 | Call with K. Coyle re: status of SalesForce negotiations | AMAGA | B006 | 0.20 |
| 08/18/15 | Review and revise motion to assume insurance policy and prepare to file same | AMAGA | B006 | 0.50 |
| 08/18/15 | Follow up call with M. Bouslog re: assumption of insurance policy | AMAGA | B006 | 0.20 |
| 08/18/15 | Multiple emails with T. Gaa, M. Bouslog and K. Coyle re: status of SalesForce negotiations | AMAGA | B006 | 0.20 |
| 08/18/15 | Multiple emails with M. Bouslog re: FM Global stipulation | AMAGA | B006 | 0.10 |
| 08/18/15 | Telephone calls with T. Gaa re: issues with Salesforce.com agreement | KCOYL | B006 | 0.30 |
| 08/19/15 | Revise, finalize and file certification of counsel re: FM Global stipulation | AMAGA | B006 | 0.50 |
| 08/19/15 | Emails with D. Smith and D. Balys re: assumed contracts | AMAGA | B006 | 0.10 |
| 08/19/15 | Emails with M. Ralston re: Xerox contracts | AMAGA | B006 | 0.10 |
| 08/20/15 | Follow up emails with M. Ralston re: status of Xerox contracts | AMAGA | B006 | 0.10 |
| 08/20/15 | Multiple emails with Bank of America counsel re: status of contracts and notices re: same | AMAGA | B006 | 0.20 |
| 08/25/15 | Emails with M. Tilling re: cure amounts | AMAGA | B006 | 0.10 |
| 08/31/15 | Review and revise sale and abandonment motion (.6); confer with M. Bouslog multiple times re: same (.3); confer with K. Coyle multiple times re: same (.1) | AMAGA | B006 | 1.00 |
| 08/31/15 | Revise, finalize and file sale and abandonment procedures motion | AMAGA | B006 | 0.80 |
| 08/31/15 | Follow up call with M. Bouslog re: sale and abandonment procedures motion | AMAGA | B006 | 0.30 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                     Invoice No. 40385188                          09-29-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 08/31/15 | Confer with M. Bouslog re: transferred contracts list and review same | AMAGA | B006 | 0.10 |
| 08/31/15 | Work with A. Magaziner and M. Bouslog re: review of sale and abandonment procedures motion | KCOYL | B006 | 0.40 |
| 08/31/15 | Review and revise sale and abandonment procedures motion re: preparation for filing | KCOYL | B006 | 0.50 |
| 08/31/15 | Prepare notice and finalize for filing motion establishing procedures for transfer, abandonment or sale of de minimis assets | TBOLL | B006 | 0.40 |
| | Sub Total | | | 29.20 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 08/04/15 | Research re: objections to SERP claims and 502(b)(7) claims cap decisions | AMAGA | B007 | 1.50 |
| 08/17/15 | Call with M. Bouslog re: anticipated claim objections | AMAGA | B007 | 0.50 |
| 08/17/15 | Further emails and call with M. Bouslog re: claim objections | AMAGA | B007 | 0.50 |
| 08/18/15 | Review claims for objection | AMAGA | B007 | 0.20 |
| 08/19/15 | Confer with M. Bouslog re: claim objections (.3) and briefly review list of claims in connection with same (.1) | AMAGA | B007 | 0.40 |
| 08/19/15 | Confer with E. Justison re: conflicts report for claim objection | AMAGA | B007 | 0.20 |
| 08/19/15 | Emails with J. Graves re: objection deadline for claim objections | AMAGA | B007 | 0.10 |
| 08/19/15 | Emails with J. Graves re: drop ship claim objection | AMAGA | B007 | 0.10 |
| 08/19/15 | Meet with K. Coyle re: Salesforce | EJUST | B007 | 0.20 |
| 08/19/15 | Review claims conflict report | EJUST | B007 | 0.10 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                    Invoice No. 40385188                    09-29-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 08/20/15 | Revise drop ship claim objection and confer with J. Graves re: same | AMAGA | B007 | 0.80 |
| 08/20/15 | Multiple emails with M. Bouslog and J. Graves re: service issues for claim objections | AMAGA | B007 | 0.40 |
| 08/20/15 | Multiple emails with J. Graves and M. Rosenthal re: claim objections and hearing on same | AMAGA | B007 | 0.10 |
| 08/20/15 | Multiple emails with M. Bouslog re: service and notice questions, and local rule compliance, in connection with claim objections | AMAGA | B007 | 0.40 |
| 08/20/15 | Review and revise second and third omnibus claim objections (1.7) and emails with M. Bouslog and J. Graves re: same (.1) | AMAGA | B007 | 1.80 |
| 08/21/15 | Multiple emails with T. Bollman re: claim objections and preparations for filing same | AMAGA | B007 | 0.20 |
| 08/21/15 | Review revised 503(b)(9) claim objection | AMAGA | B007 | 0.20 |
| 08/21/15 | Revise, finalize and file first three omnibus claim objections and multiple emails with M. Bouslog, J. Graves, K. Carmody, M. Hojnacki and T. Bollman re: same | AMAGA | B007 | 2.10 |
| 08/21/15 | Calls with M. Bouslog re: claim objections and declarations in connection with same | AMAGA | B007 | 0.20 |
| 08/21/15 | Finalize for filing and coordinate service with claims agent re: first omnibus objection to claims | TBOLL | B007 | 0.40 |
| 08/21/15 | Prepare notice (.1), and finalize for filing and coordinate service with claims agent (.4) re: second omnibus objection to claims | TBOLL | B007 | 0.50 |
| 08/21/15 | Prepare notice (.1), and finalize for filing and coordinate service with claims agent (.4) re: third omnibus objection to claims | TBOLL | B007 | 0.50 |
| 08/24/15 | E-mails to and from the claims agent re: preparation of claims binders with respect to first and second omnibus objection to claims | TBOLL | B007 | 0.10 |
| 08/27/15 | Emails with K. Coyle re: amendments to claim objection exhibits | AMAGA | B007 | 0.10 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                 Invoice No. 40385188                        09-29-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 08/27/15 | Multiple emails with M. Bouslog and M. Rosenthal re: amended claim objection exhibits | AMAGA | B007 | 0.20 |
| 08/27/15 | Telephone call and correspondence with M. Bouslog and related correspondence with M. Bouslog, A. Magaziner, E. Justison, T. Bollman and M. Rosenthal re: preparation of revised exhibits to omnibus claims objections | KCOYL | B007 | 0.80 |
| 08/28/15 | Review and revise draft notice re: exhibits to second and third omnibus claim objections and confer with E. Justison re: same | AMAGA | B007 | 0.30 |
| 08/28/15 | Call with E. Justison and M. Bouslog re: notice of amended exhibits to claim objections | AMAGA | B007 | 0.50 |
| 08/28/15 | Follow up emails with E. Justison and M. Bouslog re: amended claim objection exhibits | AMAGA | B007 | 0.20 |
| 08/28/15 | Research and draft notice re: omnibus claim objections (1.5) and revise (.2) | EJUST | B007 | 1.70 |
| 08/28/15 | Review exhibits and coordinate filing of notices of revised exhibits | EJUST | B007 | 0.30 |
| 08/28/15 | Finalize for filing and coordinate service with claims agent re: notice of corrected exhibits to second omnibus objection to claims, and third omnibus objection to claims | TBOLL | B007 | 0.50 |
| | Sub Total | | | 16.10 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 08/18/15 | Teleconference with M. Bouslog, A. Magaziner and E. Justison re: discussion of open items and next steps | KCOYL | B008 | 0.40 |
| 08/19/15 | Prepare for and conduct telephonic meeting with client/GDC re: pending issues, plan, CRO, strategy for case | MNEST | B008 | 1.30 |
| | Sub Total | | | 1.70 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                          Invoice No. 40385188                          09-29-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 08/05/15 | Call to K. Kolb and emails with K. Kolb re: status of Stockmal litigation (.1); follow up with M. Nestor re: same (.1) | AMAGA | B011 | 0.20 |
| 08/07/15 | Review fully executed settlement agreement in Stockmal matter and emails with K. Kolb re same | AMAGA | B011 | 0.20 |
| 08/07/15 | Emails with M. Rosenthal, B. Hazeltine, M. Nestor, and K. Kolb re Stockmal settlement and stipulation and order approving same | AMAGA | B011 | 0.70 |
| 08/10/15 | Multiple emails with K. Kolb, B. Hazeltine and R. Bello re: status of Stockmal adversary | AMAGA | B011 | 0.20 |
| 08/10/15 | Finalize certification of counsel re: stipulation of dismissal and emails with B. Hazeltine re: same | AMAGA | B011 | 0.30 |
| 08/11/15 | Multiple emails with B. Hazeltine re: certification of counsel re: dismissed adversary and finalize same | AMAGA | B011 | 0.20 |
| 08/11/15 | Review and revise draft proposed order dismissing Stockmal litigation (.2); multiple emails with M. Nestor and M. Rosenthal re: same (.2) | AMAGA | B011 | 0.40 |
| 08/11/15 | Multiple emails with M. Nestor and B. Hazeltine re: comments to dismissal order | AMAGA | B011 | 0.20 |
| 08/11/15 | Review order settling Stockmal litigation and revise defendants' form of order re: same | MNEST | B011 | 0.30 |
| 08/12/15 | Multiple emails and calls with B. Hazeltine re: order dismissing adversary and revise certification of counsel and order re: same | AMAGA | B011 | 0.80 |
| 08/12/15 | Review correspondence/form of order re: resolution of Stockmal litigation | MNEST | B011 | 0.40 |
| 08/13/15 | Multiple emails and call with B. Hazeltine, K. Kolb and T. Bollman re: revised dismissal order and finalize and file same under certification of counsel | AMAGA | B011 | 0.80 |
| 08/13/15 | Follow up call and email with T. Bollman re: order dismissing adversary and service of certification of counsel | AMAGA | B011 | 0.20 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                  Invoice No. 40385188                  09-29-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 08/13/15 | Finalize for filing and submit to the Court certification of counsel authorizing settlement of adversary case 15-50883, and dismissing the adversary proceeding | TBOLL | B011 | 0.50 |
| 08/14/15 | Emails with K. Kolb and T. Bollman re: Stockmal order | AMAGA | B011 | 0.10 |
| 08/14/15 | Finalize for filing certification of counsel re: order approving motion to amend case captions | TBOLL | B011 | 0.40 |
| 08/19/15 | Finalize for filing certification of counsel re: order approving stipulation with respect to claim of Factory Mutual Insurance Company | TBOLL | B011 | 0.40 |
| | Sub Total | | | 6.30 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 08/05/15 | Work with M. Nestor re: plan process and next steps | KCOYL | B012 | 0.10 |
| 08/06/15 | Research re form plan and disclosure statement and emails with M. Rosenthal re same | AMAGA | B012 | 0.30 |
| 08/06/15 | Further research re form plan and disclosure statement | AMAGA | B012 | 0.10 |
| 08/06/15 | Additional research re plan and disclosure statement timeline for combined hearing (1.0) and multiple emails with M. Rosenthal, J. Graves and M. Bouslog re same (.3) | AMAGA | B012 | 1.30 |
| 08/06/15 | Review articles on combined plan and disclosure statement | AMAGA | B012 | 0.20 |
| 08/07/15 | Research re combined plan and disclosure statement hearings before J. Shannon and review multiple transcripts re same (2.1); multiple emails and calls with M. Bouslog and M. Rosenthal re same (.3) | AMAGA | B012 | 2.40 |
| 08/10/15 | Multiple emails with M. Bouslog, M. Nestor and M. Rosenthal re: plan and disclosure statement timeline | AMAGA | B012 | 0.20 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                   Invoice No. 40385188                      09-29-2015

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 08/10/15 | Research re: plan and disclosure statement and combined hearing for same (.3); call with M. Bouslog re: same (.7); call with M. Bouslog, M. Nestor and M. Rosenthal re: same (.5) | AMAGA | B012 | 1.50 |
| 08/10/15 | Teleconference with GDC re: plan process and timing/strategy re: same | MNEST | B012 | 0.50 |
| 08/12/15 | Teleconference with R. Meisler re: trust concepts post-confirmation | MNEST | B012 | 0.20 |
| 08/14/15 | Review documents from M. Rosenthal re: structured dismissal and emails with M. Bouslog, J. Graves and M. Rosenthal re: same | AMAGA | B012 | 0.40 |
| 08/14/15 | Follow up research re: proposed plan and disclosure statement timeline and draft notes re: same | AMAGA | B012 | 1.20 |
| 08/17/15 | Calls and emails with R. Bello and M. Rosenthal re: status conference re: confirmation timeline | AMAGA | B012 | 0.20 |
| 08/17/15 | Follow up emails with J. Walker re: status conference re: plan confirmation | AMAGA | B012 | 0.10 |
| 08/17/15 | Multiple emails with T. Bollman re: notice re: status of plan confirmation | AMAGA | B012 | 0.20 |
| 08/17/15 | Research re: PBGC language for plan and disclosure statement (.8) and emails with J. Graves re: same (.1) | AMAGA | B012 | 0.90 |
| 08/17/15 | Review PBGC issues re: disclosure statement and pull/review precedent re: same | MNEST | B012 | 0.40 |
| 08/18/15 | Review plan timeline and issues/correspondence re: same | MNEST | B012 | 0.20 |
| 08/19/15 | Emails with M. Nestor re: status conference on plan confirmation | AMAGA | B012 | 0.10 |
| 08/20/15 | Follow up emails with M. Nestor re: status conference on plan confirmation | AMAGA | B012 | 0.10 |
| 08/21/15 | Review revised plan and disclosure statement timeline | AMAGA | B012 | 0.10 |
| 08/23/15 | Emails with M. Nestor re: plan timeline | AMAGA | B012 | 0.10 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                    Invoice No. 40385188                    09-29-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 08/24/15 | Review and revise solicitation procedures motion and emails with J. Graves re: same | AMAGA | B012 | 2.10 |
| 08/24/15 | Review/revise solicitation procedures motion | MNEST | B012 | 0.40 |
| 08/25/15 | Briefly review revised draft solicitation procedures motion | AMAGA | B012 | 0.20 |
| 08/28/15 | Briefly review Silver Point comments to solicitation procedures motion | AMAGA | B012 | 0.20 |
| 08/30/15 | Further review latest Silver Point comments to solicitation procedures motion | AMAGA | B012 | 0.20 |
| 08/31/15 | Revise, finalize and file solicitation procedures motion | AMAGA | B012 | 1.30 |
| 08/31/15 | Review hearing transcript re: plan confirmation timeline and confer with M. Bouslog re: same | AMAGA | B012 | 0.20 |
| 08/31/15 | Prepare notice (.1), assist and prepare for filing (.8), and finalize for filing (.3) motion to schedule combined disclosure statement and plan confirmation hearing, and approve solicitation procedures | TBOLL | B012 | 1.20 |
| | Sub Total | | | 16.60 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 08/18/15 | Prepare notice and finalize for filing motion to amend and assume Anthem insurance policy | TBOLL | B014 | 0.40 |
| | Sub Total | | | 0.40 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 08/03/15 | Review draft motion to reject CBA and comments re: same | MNEST | B015 | 0.50 |
| 08/04/15 | Review/revise revised version of CBA rejection motion and correspondence re: same | MNEST | B015 | 0.40 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                 Invoice No. 40385188                 09-29-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 08/04/15 | Prepare notice (.1) and finalize for filing (.5) motion to terminate collective bargaining agreements | TBOLL | B015 | 0.60 |
| 08/04/15 | Coordinate service of motion to terminate collective bargaining agreement with the claims agent | TBOLL | B015 | 0.20 |
| 08/10/15 | Teleconference re: motion to reject CBA, conversations with counsel to union, and strategy re: same | MNEST | B015 | 0.40 |
| 08/11/15 | Review issues and teleconference with GDC/counsel for union re: rejection of CBA | MNEST | B015 | 1.00 |
| | Sub Total | | | 3.10 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 08/04/15 | Prepare draft omnibus order approving first quarterly fee requests | TBOLL | B017 | 1.20 |
| 08/06/15 | Prepare and finalize for filing certificate of no objection re: third monthly fee application of Lazard Freres | TBOLL | B017 | 0.20 |
| 08/07/15 | Review draft omnibus fee order and confer with T. Bollman re same | AMAGA | B017 | 0.20 |
| 08/07/15 | Review and revise draft order re: approval of first quarterly fee requests | TBOLL | B017 | 0.20 |
| 08/10/15 | Review and finalize proposed interim fee order (.2) and confer with T. Bollman re: same (.1) | AMAGA | B017 | 0.30 |
| 08/10/15 | Confer with G. Sowar and A. Proshan multiple times re: McKinsey retention order and board minutes reflecting status of same | AMAGA | B017 | 0.30 |
| 08/10/15 | Update draft order approving first interim fee requests (.3) and prepare and circulate E-mail to all effected professionals regarding same (.2) | TBOLL | B017 | 0.50 |
| 08/10/15 | Prepare draft index re: binder of first interim fee applications | TBOLL | B017 | 0.60 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                 Invoice No. 40385188                      09-29-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 08/10/15 | Prepare binders re: first interim fee applications for hearing on August 18, 2015 | TBOLL | B017 | 1.80 |
| 08/11/15 | Multiple emails with A. Torgove and M. Nestor re: Lazard final fee application; follow up with T. Bollman re: same | AMAGA | B017 | 0.20 |
| 08/11/15 | Emails with M. Bouslog re: timing of filing for Gibson Dunn fee application | AMAGA | B017 | 0.10 |
| 08/11/15 | Finalize and submit to the Court fee binders re: first quarterly fee requests scheduled for hearing on August 18, 2015 | TBOLL | B017 | 0.40 |
| 08/11/15 | Prepare all professionals fee chart for inclusion in first quarterly fee binders | TBOLL | B017 | 0.50 |
| 08/11/15 | Prepare notice (.1), and finalize for filing and coordinate service (.3) of July 2015 compensation and staffing report for McKinsey RTS | TBOLL | B017 | 0.40 |
| 08/11/15 | Prepare and finalize for filing notice of withdrawal of July 2015 compensation and staffing report for McKinsey RTS | TBOLL | B017 | 0.30 |
| 08/11/15 | Finalize for filing revised version of July 2015 compensation and staffing report for McKinsey RTS | TBOLL | B017 | 0.30 |
| 08/12/15 | Confer with T. Bollman and M. Nestor re: Lazard fee application | AMAGA | B017 | 0.20 |
| 08/12/15 | Revise certification of counsel re: interim fee order and confer multiple times with T. Bollman re: same | AMAGA | B017 | 0.60 |
| 08/12/15 | Emails with M. Rosenthal re: fee applications | AMAGA | B017 | 0.10 |
| 08/12/15 | Call with M. Bouslog re: supplemental Gibson Dunn declaration (.3) and confer with M. Nestor re: same (.2) | AMAGA | B017 | 0.50 |
| 08/12/15 | E-mails to and from A. Magaziner re: omnibus order approving first interim fee applications | TBOLL | B017 | 0.20 |
| 08/12/15 | Prepare draft certification of counsel re: omnibus order approving first quarterly fee requests | TBOLL | B017 | 0.50 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                    Invoice No. 40385188                    09-29-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 08/13/15 | Review and revise draft Lazard fee application and confer with D. O'Flanagan and T. Bollman re: same | AMAGA | B017 | 0.50 |
| 08/13/15 | Follow up emails with M. Nestor re: supplemental declaration in support of engagement | AMAGA | B017 | 0.20 |
| 08/13/15 | Revise and finalize certification of counsel re: revised omnibus fee order | AMAGA | B017 | 0.20 |
| 08/13/15 | Review revised omnibus fee order and certification of counsel re: same | AMAGA | B017 | 0.10 |
| 08/13/15 | Correspondence with M. Nestor and A. Magaziner re: revisions to interim fee order | KCOYL | B017 | 0.10 |
| 08/13/15 | Revise certification of counsel re: omnibus order approving first quarterly fee applications | TBOLL | B017 | 0.30 |
| 08/13/15 | E-mails to and from A. Magaziner re: revised certification of counsel and order with respect to first quarterly fee applications | TBOLL | B017 | 0.20 |
| 08/13/15 | Review and provide comments to draft final fee application of Lazard Freres | TBOLL | B017 | 0.60 |
| 08/13/15 | E-mails to and from A. Magaziner re: revisions to draft final fee application of Lazard Freres | TBOLL | B017 | 0.20 |
| 08/13/15 | Revised omnibus order approving first quarterly fee applications | TBOLL | B017 | 0.20 |
| 08/14/15 | Finalize and file certification of counsel and omnibus order approving quarterly fees; confer with T. Bollman re: same | AMAGA | B017 | 0.20 |
| 08/14/15 | Emails with M. Bouslog and T. Bollman re: GDC fee statement | AMAGA | B017 | 0.10 |
| 08/14/15 | Multiple emails with M. Rosenthal and M. Bouslog re: as-entered fee order and status of hearing in connection with same | AMAGA | B017 | 0.20 |
| 08/14/15 | Finalize for filing certification of counsel re: omnibus order approving first quarterly fee applications | TBOLL | B017 | 0.40 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                    Invoice No. 40385188                    09-29-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 08/17/15 | Emails with M. Bouslog and M. Rosenthal re: status conference re: confirmation (.2) and multiple emails with R. Bello re: same (.2) | AMAGA | B017 | 0.40 |
| 08/17/15 | Multiple emails with D. O'Flanagan re: Lazard final fee application | AMAGA | B017 | 0.20 |
| 08/17/15 | Emails with T. Bollman re: omnibus fee order | AMAGA | B017 | 0.10 |
| 08/17/15 | Emails with M. Rosenthal re: Jefferies fee application | AMAGA | B017 | 0.10 |
| 08/17/15 | Call with M. Bouslog re: revised McKinsey retention order and application to retain new chief restructuring officer | AMAGA | B017 | 0.30 |
| 08/17/15 | Confer with J. Edelson multiple times re: status of Jefferies fee application and U.S. Trustee comments to same; revise agenda | AMAGA | B017 | 0.20 |
| 08/17/15 | Finalize and file Lazard final fee application | AMAGA | B017 | 0.70 |
| 08/17/15 | Review issues/correspondence/proposed engagement letter re: new CRO and teleconference/correspondence with M. Rosenthal re: same | MNEST | B017 | 0.60 |
| 08/17/15 | Prepare notice (.1) and finalize for filing and coordinate service with the claims agent (.6) re: fourth and final fee application of Lazard Freres | TBOLL | B017 | 0.70 |
| 08/17/15 | Finalize for filing and coordinate service of fifth monthly fee application of YCST | TBOLL | B017 | 0.30 |
| 08/18/15 | Begin drafting motion to retain new chief restructuring officer | AMAGA | B017 | 0.60 |
| 08/18/15 | Continue drafting motion to retain new chief restructuring officer | AMAGA | B017 | 2.30 |
| 08/18/15 | Call to L. Williams re: retention application | AMAGA | B017 | 0.10 |
| 08/18/15 | Call with L. Williams re: information for retention application and send draft to same | AMAGA | B017 | 0.30 |
| 08/18/15 | Review and update list of interested parties | TBOLL | B017 | 0.30 |
| 08/19/15 | Confer with M. Nestor re: retention issues | AMAGA | B017 | 0.30 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                    Invoice No. 40385188                    09-29-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 08/19/15 | Continue revising motion to retain WilliamsMarston and replacement chief restructuring officer | AMAGA | B017 | 0.40 |
| 08/19/15 | Further revise WilliamsMarston retention papers and multiple emails with M. Bouslog re: same | AMAGA | B017 | 1.50 |
| 08/19/15 | Emails with M. Bouslog re: filing timeline for WilliamsMarston retention papers | AMAGA | B017 | 0.10 |
| 08/19/15 | Multiple emails with L. Williams re: conflicts for WilliamsMarston retention papers | AMAGA | B017 | 0.10 |
| 08/19/15 | Review L. Williams comments to WilliamsMarston retention papers | AMAGA | B017 | 0.20 |
| 08/19/15 | Review and revise motion re: engagement of William Marston | MNEST | B017 | 0.40 |
| 08/19/15 | Prepare notice (.1) and finalize for filing and coordinate service (.4) of fifth monthly fee application of Dinsmore & Shohl LLP | TBOLL | B017 | 0.50 |
| 08/20/15 | Further revise WilliamsMarston retention papers (.9) and emails with McKinsey and M. Rosenthal re: board approval of same (.2) | AMAGA | B017 | 1.10 |
| 08/20/15 | Further revise WilliamsMarston retention papers | AMAGA | B017 | 0.30 |
| 08/21/15 | Review supplemental declaration in support of GDC retention and confer with E. Justison re: preparation of Young Conaway declaration | AMAGA | B017 | 0.20 |
| 08/21/15 | Confer with E. Justison re: M. Nestor declaration in support of Young Conaway retention papers | AMAGA | B017 | 0.20 |
| 08/21/15 | Draft supplemental Nestor declaration ISO retention | EJUST | B017 | 0.20 |
| 08/21/15 | Finalize for filing supplemental declaration of Michael Rosenthal re: retention of Gibson Dunn | TBOLL | B017 | 0.20 |
| 08/21/15 | Finalize for filing supplemental declaration of Michael Nestor re: retention of YCST | TBOLL | B017 | 0.20 |
| 08/21/15 | Finalize for filing third supplemental declaration of Kim Martin Lewis re: retention of Dinsmore & Shohl | TBOLL | B017 | 0.20 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                    Invoice No. 40385188                    09-29-2015

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 08/24/15 | Multiple emails with M. Bouslog re: status of WilliamsMarston retention papers and status of board consideration of same | AMAGA | B017 | 0.20 |
| 08/24/15 | Draft email to A. Torgove re: Lazard final fee application and timing for same | AMAGA | B017 | 0.20 |
| 08/25/15 | Emails with A. Torgove re: court consideration of Lazard final fee application | AMAGA | B017 | 0.20 |
| 08/27/15 | Emails with M. Bouslog and E. Justison re: filing of WilliamsMarston retention papers | AMAGA | B017 | 0.20 |
| 08/27/15 | Emails with T. Bollman re: objection deadline for WilliamsMarston retention papers | AMAGA | B017 | 0.10 |
| 08/27/15 | Review Williams retention application and coordinate filing | EJUST | B017 | 0.30 |
| 08/27/15 | Prepare notice (.1), compile motion for filing (.3) and finalize for filing and coordinate service with claims agent (.4) re: motion to retain and employ Williams Marston | TBOLL | B017 | 0.80 |
| 08/27/15 | Prepare and finalize for filing certificate of no objection re: July 2015 monthly compensation and staffing report of McKinsey RTS | TBOLL | B017 | 0.30 |
| 08/31/15 | Prepare draft notice of second supplement to list of ordinary course professionals | TBOLL | B017 | 0.40 |
| 08/31/15 | Review and revise declaration of disinterestedness by ordinary course professional Stites & Harbison | TBOLL | B017 | 0.20 |
| | Sub Total | | | 29.30 |

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 08/06/15 | Review Lazard Freres CNO | EJUST | B018 | 0.10 |
| 08/13/15 | Review side agreement re: Taylor post-closing responsibilities and correspondence with GDC re: same (.4); review Lazard draft final fee application and telephone calls with A. Torgove re: same (.4) | MNEST | B018 | 0.80 |

33

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                Invoice No. 40385188                    09-29-2015

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 08/17/15 | Review/revise fee statement and application for filing/service (1.1); review Lazard fee application re: same (.2) | MNEST | B018 | 1.30 |
| 08/17/15 | Prepare fifth monthly fee application of YCST | TBOLL | B018 | 0.90 |
| 08/19/15 | Review Dinsmore fee application | EJUST | B018 | 0.20 |
| | Sub Total | | | 3.30 |

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 08/05/15 | Multiple discussions with E. Justison re: utility demands and status of sale closing | AMAGA | B020 | 0.20 |
| 08/05/15 | Call TECO re: deposit issue | EJUST | B020 | 0.50 |
| 08/27/15 | Call River Ridge Development Authority re: utility bill | EJUST | B020 | 0.20 |
| 08/31/15 | Confer with E. Justison re: utility issues | AMAGA | B020 | 0.10 |
| 08/31/15 | Review City of Dayton utility issues | EJUST | B020 | 0.60 |
| 08/31/15 | Call to S. McHugh | EJUST | B020 | 0.10 |
| 08/31/15 | Call to River Ridge Development Authority re: utility issues | EJUST | B020 | 0.10 |
| | Sub Total | | | 1.80 |