## EXHIBIT B

01:17757122.1

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
Billing Period Through August 31, 2015

## AGGREGATE ITEMIZED DISBURSEMENTS

| Description | Amount |
|---|---|
| Reproduction Charges | 547.40 |
| Federal Express | 207.37 |
| Filing Fee | 375.00 |
| Delivery / Courier | 30.00 |
| Working Meals | 10.00 |
| Postage | 6.44 |
| Computerized Legal Research | 96.92 |
| Docket Retrieval / Search | 40.70 |
| Total Disbursements: | $1,313.83 |

```
                                                                    Page 50 (50)
                  Young, Conaway, Stargatt and Taylor              RUN: 09/29/15
                      PROFORMA BILLING WORKSHEET                   TIME: 13:59:48
CONTROL:   739615    FOR BILLING PROFORMA NUMBER   279109

CLIENT: 073986 Standard Register           MATTER: 073986.1001 Debtor Representation

UNBILLED EXPENSES   MATTER: 073986.1001  Debtor Representation
  EXPENSE                                           RECORDED   BILLING   REVISED            STATUS -------
DATE      CODE   INDEX NO.  CHECK #  INVOICE  ORIG  DESCRIPTION  VALUE   VALUE   VALUE  CURRENT  BNC B/0 H X BNP

07/01/15  S102   4780384                      TBOLLDocket Retrieval   2.80    2.80
                                              / Search - Payee:
                                              Pacer Service
                                              Center Pacer |
          VENDOR NAME:
07/02/15  S102   4780385                      TBOLLDocket Retrieval   3.20    3.20              B
                                              / Search - Payee:
                                              Pacer Service
                                              Center Pacer |
          VENDOR NAME:
07/06/15  S102   4780386                      CCORADocket Retrieval   4.20    4.20              B
                                              / Search - Payee:
                                              Pacer Service
                                              Center Pacer |
          VENDOR NAME:
07/07/15  S102   4780387                      CCORADocket Retrieval   0.90    0.90              B
                                              / Search - Payee:
                                              Pacer Service
                                              Center Pacer |
          VENDOR NAME:
07/08/15  S102   4780388                      CCORADocket Retrieval   1.20    1.20              B
                                              / Search - Payee:
                                              Pacer Service
                                              Center Pacer |
          VENDOR NAME:
07/09/15  S063I  4778240                      AMAGALexis Legal        6.90    6.90              B
                                              Services -
                                              Document Printing
                                              Lexis Search by
                                              Magaziner, Andrew
          VENDOR NAME:
07/09/15  S063I  4778241                      AMAGALexis Legal       31.28   31.28              B
                                              Services -
                                              Searches Lexis
                                              Search by
                                              Magaziner, Andrew
          VENDOR NAME:
07/09/15  S063I  4778242                      AMAGALexis Legal       30.36   30.36              B
                                              Services - Single
                                              Document
                                              Retrieval Lexis
                                              Search by
                                              Magaziner, Andrew
          VENDOR NAME:
07/09/15  S063I  4778243                      AMAGAShepard's Service  4.46    4.46              B
                                              - Legal Citation
                                              Services Lexis
                                              Search by
```

```
                                    Young, Conaway, Stargatt and Taylor                          Page 51 (51)
CONTROL:  739615                      PROFORMA BILLING WORKSHEET                                 RUN: 09/29/15
                                   FOR BILLING PROFORMA NUMBER   279109                          TIME: 13:59:48

CLIENT: 073986 Standard Register   (Continued)          MATTER: 073986.1001 Debtor Representation

UNBILLED EXPENSES
       EXPENSE                                                    RECORDED    BILLING    REVISED  -------  STATUS -------
 DATE   CODE    INDEX NO.  CHECK #  INVOICE  ORIG  DESCRIPTION    VALUE       VALUE      VALUE    CURRENT  BNC B/O  H  X  BNP

                VENDOR NAME:                      Magaziner, Andrew
07/09/15 S102   4780389                     TBOLLDocket Retrieval    1.30       1.30                 B
                                            / Search - Payee:
                                            Pacer Service
                                            Center Pacer |

                VENDOR NAME:
07/10/15 S063I  4778244                     AMAGALexis Legal         7.82       7.82                 B
                                            Services -
                                            Searches Lexis
                                            Search by
                                            Magaziner, Andrew

                VENDOR NAME:
07/10/15 S063I  4778245                     AMAGALexis Legal         5.06       5.06                 B
                                            Services - Single
                                            Document
                                            Retrieval Lexis
                                            Search by
                                            Magaziner, Andrew

                VENDOR NAME:
07/10/15 S063I  4778246                     AMAGALexis Legal         1.44       1.44                 B
                                            Services - Toc
                                            Document Links
                                            Lexis Search by
                                            Magaziner, Andrew

                VENDOR NAME:
07/10/15 S063I  4778247                     AMAGAShepard's Service   0.89       0.89                 B
                                            - Legal Citation
                                            Services Lexis
                                            Search by
                                            Magaziner, Andrew

                VENDOR NAME:
07/10/15 S102   4780390                     TBOLLDocket Retrieval   10.10      10.10                 B
                                            / Search - Payee:
                                            Pacer Service
                                            Center Pacer |

                VENDOR NAME:
07/13/15 S102   4780391                     TBOLLDocket Retrieval    6.00       6.00                 B
                                            / Search - Payee:
                                            Pacer Service
                                            Center Pacer |

                VENDOR NAME:
07/14/15 S102   4780392                     TBOLLDocket Retrieval    1.40       1.40                 B
                                            / Search - Payee:
                                            Pacer Service
                                            Center Pacer |

                VENDOR NAME:
```

```
                                    Young, Conaway, Stargatt and Taylor                          Page 52 (52)
                                        PROFORMA BILLING WORKSHEET                              RUN: 09/29/15
                                    FOR BILLING PROFORMA NUMBER  279109                         TIME: 13:59:48

CONTROL:  739615

CLIENT: 073986 Standard Register                    MATTER: 073986.1001 Debtor Representation

UNBILLED EXPENSES       (Continued)
         EXPENSE                                             RECORDED    BILLING    REVISED             STATUS
  DATE    CODE    INDEX NO.  CHECK #  INVOICE   ORIG   DESCRIPTION          VALUE      VALUE      VALUE   CURRENT   BNC B/O H X BNP
-------- ------- ---------- --------- --------- ------ -----------------  --------- --------- --------- --------- --- --- - - ---
07/15/15  S102    4780393                              TBOLLDocket Retrieval   1.40      1.40                          B
                                                       / Search - Payee:
                                                       Pacer Service
                                                       Center Pacer |
         VENDOR NAME:
07/17/15  S102    4780394                              TBOLLDocket Retrieval   1.10      1.10                          B
                                                       / Search - Payee:
                                                       Pacer Service
                                                       Center Pacer |
         VENDOR NAME:
07/20/15  S102    4780395                              TBOLLDocket Retrieval   1.10      1.10                          B
                                                       / Search - Payee:
                                                       Pacer Service
                                                       Center Pacer |
         VENDOR NAME:
07/21/15  S102    4780396                              TBOLLDocket Retrieval   0.40      0.40                          B
                                                       / Search - Payee:
                                                       Pacer Service
                                                       Center Pacer |
         VENDOR NAME:
07/22/15  S102    4780397                              TBOLLDocket Retrieval   0.90      0.90                          B
                                                       / Search - Payee:
                                                       Pacer Service
                                                       Center Pacer |
         VENDOR NAME:
07/23/15  S102    4780398                              TBOLLDocket Retrieval   0.90      0.90                          B
                                                       / Search - Payee:
                                                       Pacer Service
                                                       Center Pacer |
         VENDOR NAME:
07/24/15  S102    4780399                              TBOLLDocket Retrieval   0.60      0.60                          B
                                                       / Search - Payee:
                                                       Pacer Service
                                                       Center Pacer |
         VENDOR NAME:
07/27/15  S102    4780400                              TBOLLDocket Retrieval   0.40      0.40                          B
                                                       / Search - Payee:
                                                       Pacer Service
                                                       Center Pacer |
         VENDOR NAME:
07/28/15  S102    4780401                              TBOLLDocket Retrieval   1.00      1.00                          B
                                                       / Search - Payee:
                                                       Pacer Service
                                                       Center Pacer |
         VENDOR NAME:
07/29/15  S063I   4778248                              AMAGALexis Legal        7.82      7.82                          B
                                                       Services -
```

```
                                  Young, Conaway, Stargatt and Taylor                              Page 53 (53)
CONTROL:  739615                     PROFORMA BILLING WORKSHEET                                    RUN:  09/29/15
                                 FOR BILLING PROFORMA NUMBER   279109                              TIME: 13:59:48

CLIENT: 073986 Standard Register              MATTER: 073986.1001 Debtor Representation

UNBILLED EXPENSES       (Continued)
         EXPENSE                                                          RECORDED    BILLING   REVISED  ------   STATUS -------
DATE      CODE    INDEX NO.  CHECK #  INVOICE  ORIG   DESCRIPTION          VALUE       VALUE     VALUE   CURRENT  BNC B/O  H X BNP

                  VENDOR NAME:
07/29/15  S063I   4778249                             Searches Lexis         0.89        0.89              B       |  |   | | |
                                                      Search by
                                                      Magaziner, Andrew

                  VENDOR NAME:
07/29/15  S102    4780402                      AMAGA  Shepard's Service      1.20        1.20              B       |  |   | | |
                                                      - Legal Citation
                                                      Services Lexis
                                                      Search by
                                                      Magaziner, Andrew

                  VENDOR NAME:
07/31/15  S102    4780403                      TBOLL  Docket Retrieval       0.60        0.60              B       |  |   | | |
                                                      / Search - Payee:
                                                      Pacer Service
                                                      Center Pacer |

                  VENDOR NAME:
08/03/15  S001    4762376                      TBOLL  Photocopy Charges      1.80        0.90              B       |  |   | | |
                                                      Duplication BW
                                                      0968

                  VENDOR NAME:
08/03/15  S001    4762377                      TBOLL  Photocopy Charges      1.80        0.90              B       |  |   | | |
                                                      Duplication BW
                                                      0968

                  VENDOR NAME:
08/03/15  S001    4762378                      TBOLL  Photocopy Charges      1.40        0.70              B       |  |   | | |
                                                      Duplication BW
                                                      0968

                  VENDOR NAME: American Express (MAIN)
08/07/15  011     4764246  90010646            KCOYL  Filing Fee -          25.00       25.00              B       |  |   | | |
                                                      Payee: American
                                                      Express (MAIN)
                                                      Pro Hac Motion
                                                      re: M. Karlan

                  VENDOR NAME: American Express (MAIN)
08/07/15  011     4764251  90010646            MNEST  Filing Fee -         350.00      350.00              B       |  |   | | |
                                                      Payee: American
                                                      Express (MAIN)
                                                      Complaint

                  VENDOR NAME: American Express (MAIN)
08/07/15  096     4763944  90010650            PSNIT  Working Meals -       10.00       10.00              B       |  |   | | |
                                                      Payee: Troy
                                                      Bollman Meal
                                                      Allowance for
```

```
                                                                                                 Page 54 (54)
                                    Young, Conaway, Stargatt and Taylor                          RUN: 09/29/15
CONTROL:   739615                        PROFORMA BILLING WORKSHEET                              TIME: 13:59:48
                                  FOR BILLING PROFORMA NUMBER   279109

CLIENT: 073986 Standard Register          MATTER: 073986.1001 Debtor Representation

UNBILLED EXPENSES   (Continued)
         EXPENSE                                          RECORDED    BILLING    REVISED             STATUS
DATE      CODE     INDEX NO.  CHECK #  INVOICE  ORIG       DESCRIPTION    VALUE      VALUE     VALUE   CURRENT   BNC B/0 H X BNP
                                                 6/15, 6/17, 6/19
          VENDOR NAME: Troy Bollman
08/10/15 S001      4764924                              TBOLLPhotocopy Charges      20.60       10.30              B
                                                        Duplication BW
                                                        0968
          VENDOR NAME:
08/10/15 S001      4764925                              TBOLLPhotocopy Charges       3.00        1.50              B
                                                        Duplication BW
                                                        0968
          VENDOR NAME:
08/10/15 S001      4764926                              TBOLLPhotocopy Charges      47.20       23.60              B
                                                        Duplication BW
                                                        0968
          VENDOR NAME:
08/10/15 S001      4764927                              TBOLLPhotocopy Charges      30.00       15.00              B
                                                        Duplication BW
                                                        0968
          VENDOR NAME:
08/10/15 S001      4764928                              TBOLLPhotocopy Charges       2.80        1.40              B
                                                        Duplication BW
                                                        0968
          VENDOR NAME:
08/10/15 SQ01      4764929                              TBOLLPhotocopy Charges       3.20        1.60              B
                                                        Duplication BW
                                                        0968
          VENDOR NAME:
08/10/15 S001      4764930                              TBOLLPhotocopy Charges      11.80        5.90              B
                                                        Duplication BW
                                                        0968
          VENDOR NAME:
08/10/15 S001      4764931                              TBOLLPhotocopy Charges       4.00        2.00              B
                                                        Duplication BW
                                                        0968
          VENDOR NAME:
08/10/15 S001      4764932                              TBOLLPhotocopy Charges      12.40        6.20              B
                                                        Duplication BW
                                                        0968
          VENDOR NAME:
08/10/15 S001      4764933                              TBOLLPhotocopy Charges      20.60       10.30              B
                                                        Duplication BW
                                                        0968
          VENDOR NAME:
08/10/15 S001      4764934                              TBOLLPhotocopy Charges       1.40        0.70              B
                                                        Duplication BW
                                                        0968
          VENDOR NAME:
08/10/15 S001      4764935                              TBOLLPhotocopy Charges      12.20        6.10              B
```

```
                                      Young, Conaway, Stargatt and Taylor                              Page 55 (55)
                                      PROFORMA BILLING WORKSHEET                                       RUN: 09/29/15
CONTROL:  739615                      FOR BILLING PROFORMA NUMBER    279109                            TIME: 13:59:48

CLIENT: 073986 Standard Register        MATTER: 073986.1001 Debtor Representation

UNBILLED EXPENSES      (Continued)
          EXPENSE                                                    RECORDED    BILLING    REVISED   ------    STATUS -------
 DATE      CODE     INDEX NO.  CHECK #  INVOICE  ORIG   DESCRIPTION    VALUE      VALUE     VALUE    CURRENT    BNC B/O H X BNP
                                                                                                                | | | | |
                    VENDOR NAME:                        Duplication BW                                          | | | | |
                                                        0968                                                    | | | | |
08/10/15  S001       4764936                     TBOLLPhotocopy Charges    8.60     4.30              B         | | | | |
                                                        Duplication BW                                          | | | | |
                    VENDOR NAME:                        0968                                                    | | | | |
08/10/15  S001       4764937                     TBOLLPhotocopy Charges   11.80     5.90              B         | | | | |
                                                        Duplication BW                                          | | | | |
                    VENDOR NAME:                        0968                                                    | | | | |
08/10/15  S001       4764938                     TBOLLPhotocopy Charges   15.60     7.80              B         | | | | |
                                                        Duplication BW                                          | | | | |
                    VENDOR NAME:                        0968                                                    | | | | |
08/10/15  S001       4764939                     TBOLLPhotocopy Charges    3.80     1.90              B         | | | | |
                                                        Duplication BW                                          | | | | |
                    VENDOR NAME:                        0968                                                    | | | | |
08/10/15  S001       4764940                     TBOLLPhotocopy Charges   28.40    14.20              B         | | | | |
                                                        Duplication BW                                          | | | | |
                    VENDOR NAME:                        0968                                                    | | | | |
08/10/15  S001       4764941                     TBOLLPhotocopy Charges    3.80     1.90              B         | | | | |
                                                        Duplication BW                                          | | | | |
                    VENDOR NAME:                        0968                                                    | | | | |
08/10/15  S001       4764942                     TBOLLPhotocopy Charges   12.60     6.30              B         | | | | |
                                                        Duplication BW                                          | | | | |
                    VENDOR NAME:                        0968                                                    | | | | |
08/10/15  S001       4764943                     TBOLLPhotocopy Charges   11.00     5.50              B         | | | | |
                                                        Duplication BW                                          | | | | |
                    VENDOR NAME:                        0968                                                    | | | | |
08/10/15  S001       4764944                     TBOLLPhotocopy Charges    6.60     3.30              B         | | | | |
                                                        Duplication BW                                          | | | | |
                    VENDOR NAME:                        0968                                                    | | | | |
08/10/15  S001       4764945                     TBOLLPhotocopy Charges   31.20    15.60              B         | | | | |
                                                        Duplication BW                                          | | | | |
                    VENDOR NAME:                        0968                                                    | | | | |
08/10/15  S001       4764946                     TBOLLPhotocopy Charges    2.80     1.40              B         | | | | |
                    VENDOR NAME:
```

```
                                    Young, Conaway, Stargatt and Taylor                           Page 56 (56)
CONTROL:    739615                     PROFORMA BILLING WORKSHEET                                 RUN: 09/29/15
                                    FOR BILLING PROFORMA NUMBER  279109                           TIME: 13:59:48

CLIENT: 073986 Standard Register                      MATTER: 073986.1001 Debtor Representation

UNBILLED EXPENSES      (Continued)
         EXPENSE                                                      RECORDED    BILLING    REVISED            STATUS
  DATE    CODE     INDEX NO.  CHECK #  INVOICE  ORIG   DESCRIPTION     VALUE       VALUE      VALUE    CURRENT  BNC B/0 H X BNP
08/10/15  S001     4764947                              TBOLLPhotocopy Charges   24.00       12.00                  B
                                                           Duplication BW
                                                           0968
                   VENDOR NAME:
08/10/15  S001     4764948                              TBOLLPhotocopy Charges   10.80        5.40                  B
                                                           Duplication BW
                                                           0968
                   VENDOR NAME:
08/10/15  S001     4764949                              TBOLLPhotocopy Charges    3.20        1.60                  B
                                                           Duplication BW
                                                           0968
                   VENDOR NAME:
08/10/15  S001     4764950                              TBOLLPhotocopy Charges    8.40        4.20                  B
                                                           Duplication BW
                                                           0968
                   VENDOR NAME:
08/10/15  S001     4764951                              TBOLLPhotocopy Charges    6.40        3.20                  B
                                                           Duplication BW
                                                           0968
                   VENDOR NAME:
08/10/15  S001     4764952                              TBOLLPhotocopy Charges    2.60        1.30                  B
                                                           Duplication BW
                                                           0968
                   VENDOR NAME:
08/10/15  S001     4764953                              TBOLLPhotocopy Charges   19.20        9.60                  B
                                                           Duplication BW
                                                           0968
                   VENDOR NAME:
08/10/15  S001     4764954                              TBOLLPhotocopy Charges   22.40       11.20                  B
                                                           Duplication BW
                                                           0968
                   VENDOR NAME:
08/10/15  S001     4764955                              TBOLLPhotocopy Charges   32.80       16.40                  B
                                                           Duplication BW
                                                           0968
                   VENDOR NAME:
08/10/15  S001     4764956                              TBOLLPhotocopy Charges   11.80        5.90                  B
                                                           Duplication BW
                                                           0968
                   VENDOR NAME:
08/10/15  S001     4764957                              TBOLLPhotocopy Charges   45.40       22.70                  B
                                                           Duplication BW
                                                           0968
                   VENDOR NAME:
08/10/15  S001     4764958                              TBOLLPhotocopy Charges   14.80        7.40                  B
                                                           Duplication BW
                                                           0968
                   VENDOR NAME:
```

```
                                      Young, Conaway, Stargatt and Taylor                          Page 57 (57)
CONTROL:  739615                          PROFORMA BILLING WORKSHEET                              RUN: 09/29/15
                                      FOR BILLING PROFORMA NUMBER  279109                         TIME: 13:59:48

CLIENT: 073986 Standard Register                    MATTER: 073986.1001 Debtor Representation

UNBILLED EXPENSES    (Continued)
         EXPENSE                                                    RECORDED    BILLING    REVISED  ------  STATUS
 DATE     CODE   INDEX NO. CHECK # INVOICE   ORIG   DESCRIPTION      VALUE       VALUE      VALUE  CURRENT  BNC B/O H X BNP
```

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | STATUS BNC B/O H X BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | VENDOR NAME: | | | | | | | | | |
| 08/10/15 | S001 | 4764959 | | | AMAG | APhotocopy Charges Duplication BW 1029 | 5.00 | 2.50 | | B | |
| | | VENDOR NAME: | | | | | | | | | |
| 08/11/15 | 053 | 4781928 | | 90010871 | JPATT | Delivery / Courier - From: Young Conaway Stargatt & Taylor - To: Chief Judge Brendan L. Shannon | 7.50 | 7.50 | | B | |
| | | VENDOR NAME: Parcels, Inc. - D.D.R. | | | | | | | | | |
| 08/11/15 | S001 | 4765931 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 53.20 | 26.60 | | B | |
| | | VENDOR NAME: | | | | | | | | | |
| 08/11/15 | S001 | 4765932 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 6.60 | 3.30 | | B | |
| | | VENDOR NAME: | | | | | | | | | |
| 08/11/15 | S001 | 4765933 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 6.40 | 3.20 | | B | |
| | | VENDOR NAME: | | | | | | | | | |
| 08/11/15 | S002 | 4766707 | | | TBOLL | Postage 0968 | 6.44 | 6.44 | | B | |
| | | VENDOR NAME: | | | | | | | | | |
| 08/13/15 | S001 | 4768235 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 8.80 | 4.40 | | B | |
| | | VENDOR NAME: | | | | | | | | | |
| 08/14/15 | 004 | 4776001 | 165104 | | TBOLL | Federal Express -- FEDERAL EXPRESS - C. EDWARD DOBBS, ESQ. ATLANTA, GA | 31.57 | 31.57 | | B | |
| | | VENDOR NAME: Federal Express Corporation | | | | | | | | | |
| 08/14/15 | 004 | 4776002 | 165104 | | TBOLL | Federal Express -- FEDERAL EXPRESS - RON E. MEISLER, ESQ. CHICAGO, IL | 15.09 | 15.09 | | B | |
| | | VENDOR NAME: Federal Express Corporation | | | | | | | | | |
| 08/14/15 | 004 | 4776003 | 165104 | | TBOLL | Federal Express -- FEDERAL EXPRESS - ATTN: KEVIN CARMODY, CRO DAYTON, OH | 30.64 | 30.64 | | B | |

```
                                    Young, Conaway, Stargatt and Taylor                              Page 58 (58)
                                       PROFORMA BILLING WORKSHEET                                    RUN: 09/29/15
CONTROL:  739615                    FOR BILLING PROFORMA NUMBER   279109                             TIME: 13:59:48

CLIENT: 073986 Standard Register                MATTER: 073986.1001 Debtor Representation

UNBILLED EXPENSES     (Continued)
        EXPENSE                                               RECORDED    BILLING   REVISED  -------  STATUS -------
 DATE    CODE    INDEX NO.  CHECK # INVOICE ORIG  DESCRIPTION  VALUE      VALUE     VALUE    CURRENT  BNC B/O H X BNP
                 VENDOR NAME: Federal Express Corporation
08/14/15  004    4776004    165104          TBOLL Federal Express  26.29   26.29                B    --- --- - - ---
                                                  -- FEDERAL
                                                  EXPRESS --
                                                  WOJCIECH F. JUNG,
                                                  ESQ NEW YORK
                                                  CITY, NY
                 VENDOR NAME: Federal Express Corporation
08/14/15  053    4781929    90010871        JPATT Delivery /       7.50    7.50                 B    --- --- - - ---
                                                  Courier - From:
                                                  Young Conaway
                                                  Stargatt & Taylor
                                                  - To: Chief Judge
                                                  Brendan L. Shannon
                 VENDOR NAME: Parcels, Inc. - D.D.R.
08/14/15  S001   4768236                    TBOLL Photocopy Charges 181.60  90.80               B    --- --- - - ---
                                                  Duplication BW
                                                  0968
                 VENDOR NAME:
08/14/15  S001   4768237                    TBOLL Photocopy Charges   2.40   1.20               B    --- --- - - ---
                                                  Duplication BW
                                                  0968
                 VENDOR NAME:
08/14/15  S001   4768238                    TBOLL Photocopy Charges  36.00  18.00               B    --- --- - - ---
                                                  Duplication BW
                                                  0968
                 VENDOR NAME:
08/14/15  S001   4768239                    TBOLL Photocopy Charges   8.40   4.20               B    --- --- - - ---
                                                  Duplication BW
                                                  0968
                 VENDOR NAME:
08/14/15  S001   4768240                    TBOLL Photocopy Charges   4.40   2.20               B    --- --- - - ---
                                                  Duplication BW
                                                  0968
                 VENDOR NAME:
08/14/15  S001   4768241                    TBOLL Photocopy Charges   3.20   1.60               B    --- --- - - ---
                                                  Duplication BW
                                                  0968
                 VENDOR NAME:
08/14/15  S001   4768242                    TBOLL Photocopy Charges   1.20   0.60               B    --- --- - - ---
                                                  Duplication BW
                                                  0968
                 VENDOR NAME:
08/14/15  S001   4768243                    TBOLL Photocopy Charges   2.80   1.40               B    --- --- - - ---
                                                  Duplication BW
                                                  0968
                 VENDOR NAME:
```

```
CONTROL:   739615                    Young, Conaway, Stargatt and Taylor                      Page 59 (59)
                                       PROFORMA BILLING WORKSHEET                             RUN:  09/29/15
                                   FOR BILLING PROFORMA NUMBER  279109                        TIME: 13:59:48

CLIENT: 073986 Standard Register                  MATTER: 073986.1001 Debtor Representation

UNBILLED EXPENSES       (Continued)
         EXPENSE                                            RECORDED    BILLING    REVISED    -------  STATUS  -------
DATE     CODE    INDEX NO.  CHECK #  INVOICE  ORIG  DESCRIPTION  VALUE    VALUE     VALUE     CURRENT  BNC B/0  H X BNP

08/14/15 S001    4768244                      TBOLL Photocopy Charges      6.40     3.20                  B
                                                    Duplication BW
                                                    0968
         VENDOR NAME:
08/14/15 S001    4768245                      TBOLL Photocopy Charges      1.40     0.70                  B
                                                    Duplication BW
                                                    0968
         VENDOR NAME:
VENDOR NAME: Federal Express Corporation
08/17/15 004     4776005  165104              TBOLL Federal Express       14.53    14.53                  B
                                                    -- FEDERAL
                                                    EXPRESS - C.
                                                    EDWARD DOBBS,
                                                    ESQ. ATLANTA, GA
VENDOR NAME: Federal Express Corporation
08/17/15 004     4776006  165104              TBOLL Federal Express       14.53    14.53                  B
                                                    -- FEDERAL
                                                    EXPRESS - RON E.
                                                    MEISLER, ESQ.
                                                    CHICAGO, IL
VENDOR NAME: Federal Express Corporation
08/17/15 004     4776007  165104              TBOLL Federal Express       13.61    13.61                  B
                                                    -- FEDERAL
                                                    EXPRESS - ATTN;
                                                    KEVIN CARMODY,
                                                    CRO DAYTON, OH
VENDOR NAME: Federal Express Corporation
08/17/15 004     4776008  165104              TBOLL Federal Express        9.22     9.22                  B
                                                    -- FEDERAL
                                                    EXPRESS -
                                                    WOJCIECH F. JUNG,
                                                    ESQ. NEW YORK
                                                    CITY, NY
VENDOR NAME: Federal Express Corporation
08/17/15 053     4781999  90010871            JPATT Delivery /             7.50     7.50                  B
                                                    Courier - From:
                                                    Young Conaway
                                                    Stargatt & Taylor
                                                    - To: Chief Judge
                                                    Brendan L. Shannon
VENDOR NAME: Parcels, Inc. - D.D.R.
08/17/15 S001    4768246                      TBOLL Photocopy Charges     94.40    47.20                  B
                                                    Duplication BW
                                                    0968
         VENDOR NAME:
08/17/15 S001    4768247                      TBOLL Photocopy Charges      2.20     1.10                  B
                                                    Duplication BW
                                                    0968
```

```
                                    Young, Conaway, Stargatt and Taylor                              Page 60 (60)
CONTROL:    739615                       PROFORMA BILLING WORKSHEET                                  RUN: 09/29/15
                                     FOR BILLING PROFORMA NUMBER    279109                          TIME: 13:59:48

CLIENT: 073986 Standard Register        (Continued)
                                               MATTER: 073986.1001 Debtor Representation

UNBILLED EXPENSES
         EXPENSE                                                     RECORDED   BILLING   REVISED           STATUS
DATE     CODE      INDEX NO.  CHECK #  INVOICE  ORIG  DESCRIPTION    VALUE      VALUE     VALUE    CURRENT  BNC B/O H X BNP
```

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | VENDOR NAME: | | | | | | | | |
| 08/17/15 | S001 | 4768248 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 1.00 | 0.50 | | B |
| | | VENDOR NAME: | | | | | | | | |
| 08/17/15 | S001 | 4768249 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 2.20 | 1.10 | | B |
| | | VENDOR NAME: | | | | | | | | |
| 08/17/15 | S001 | 4768250 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 1.80 | 0.90 | | B |
| | | VENDOR NAME: | | | | | | | | |
| 08/17/15 | S001 | 4768251 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 3.40 | 1.70 | | B |
| | | VENDOR NAME: | | | | | | | | |
| 08/17/15 | S001 | 4768252 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 18.80 | 9.40 | | B |
| | | VENDOR NAME: | | | | | | | | |
| 08/17/15 | S001SCN | 4768253 | | | TBOLL | Scanning Charges 0968 | 18.80 | 9.40 | | B |
| | | VENDOR NAME: | | | | | | | | |
| 08/18/15 | S001 | 4769609 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 17.20 | 8.60 | | B |
| | | VENDOR NAME: | | | | | | | | |
| 08/18/15 | S001SCN | 4769610 | | | TBOLL | Scanning Charges 0968 | 0.20 | 0.10 | | B |
| | | VENDOR NAME: | | | | | | | | |
| 08/18/15 | S001SCN | 4769611 | | | TBOLL | Scanning Charges 0968 | 0.40 | 0.20 | | B |
| | | VENDOR NAME: | | | | | | | | |
| 08/18/15 | S001SCN | 4769612 | | | TBOLL | Scanning Charges 0968 | 0.40 | 0.20 | | B |
| | | VENDOR NAME: | | | | | | | | |
| 08/18/15 | S001SCN | 4769613 | | | TBOLL | Scanning Charges 0968 | 0.40 | 0.20 | | B |
| | | VENDOR NAME: | | | | | | | | |
| 08/18/15 | S001SCN | 4769614 | | | TBOLL | Scanning Charges 0968 | 0.20 | 0.10 | | B |
| | | VENDOR NAME: | | | | | | | | |
| 08/19/15 | 004 | 4776009 | | 165104 | TBOLL | Federal Express -- FEDERAL EXPRESS - THE STANDARD REGISTER | 13.61 | 13.61 | | B |

```
CONTROL:   739615                          Young, Conaway, Stargatt and Taylor                          Page 61 (61)
                                              PROFORMA BILLING WORKSHEET                              RUN: 09/29/15
                                        FOR BILLING PROFORMA NUMBER    279109                         TIME: 13:59:48

CLIENT: 073986 Standard Register           (Continued)           MATTER: 073986.1001 Debtor Representation

UNBILLED EXPENSES
        EXPENSE                                                    RECORDED    BILLING    REVISED   -------  STATUS  -------
DATE    CODE     INDEX NO.  CHECK # INVOICE  ORIG  DESCRIPTION      VALUE      VALUE      VALUE     CURRENT  BNC B/0 H X BNP

        VENDOR NAME: Federal Express Corporation
                                                   COMPANY DAYTON, OH
08/19/15 004    4776010    165104           TBOLL Federal Express       9.22       9.22                 B
                                                   -- FEDERAL
                                                   EXPRESS -
                                                   WOJCIECH F. JUNG,
                                                   ESQ. NEW YORK
                                                   CITY, NY
        VENDOR NAME: Federal Express Corporation
08/19/15 004    4776011    165104           TBOLL Federal Express      14.53      14.53                 B
                                                   -- FEDERAL
                                                   EXPRESS - C.
                                                   EDWARD DOBBS,
                                                   ESQ. ATLANTA, GA
        VENDOR NAME: Federal Express Corporation
08/19/15 004    4776012    165104           TBOLL Federal Express      14.53      14.53                 B
                                                   -- FEDERAL
                                                   EXPRESS - RON E.
                                                   MEISLER, ESQ.
                                                   CHICAGO, IL
        VENDOR NAME: Federal Express Corporation
08/19/15 S001   4770501                     TBOLL Photocopy Charges    51.60      25.80                 B
                                                   Duplication BW
                                                   0968
        VENDOR NAME:
08/19/15 S001   4770502                     TBOLL Photocopy Charges     2.60       1.30                 B
                                                   Duplication BW
                                                   0968
        VENDOR NAME:
08/19/15 S001   4770503                     TBOLL Photocopy Charges     2.60       1.30                 B
                                                   Duplication BW
                                                   0968
        VENDOR NAME:
08/19/15 S001   4770504                     TBOLL Photocopy Charges    10.20       5.10                 B
                                                   Duplication BW
                                                   0968
        VENDOR NAME:
08/20/15 053    4782000   90010871          JPATT Delivery /            7.50       7.50                 B
                                                   Courier - From:
                                                   Young Conaway
                                                   Stargatt & Taylor
                                                   - To: Chief Judge
                                                   Brendan L. Shannon
        VENDOR NAME: Parcels, Inc. - D.D.R.
08/21/15 S001   4771292                     TBOLL Photocopy Charges     4.60       2.30                 B
                                                   Duplication BW
                                                   0968
```

```
                                    Young, Conaway, Stargatt and Taylor                        Page 62 (62)
CONTROL:   739615                        PROFORMA BILLING WORKSHEET                            RUN:  09/29/15
                                    FOR BILLING PROFORMA NUMBER   279109                       TIME: 13:59:48

CLIENT: 073986 Standard Register                 MATTER: 073986.1001 Debtor Representation

UNBILLED EXPENSES   (Continued)
         EXPENSE                                                RECORDED    BILLING   REVISED  ------- STATUS -------
  DATE    CODE    INDEX NO.  CHECK #  INVOICE  ORIG  DESCRIPTION  VALUE      VALUE     VALUE   CURRENT BNC B/0 H X BNP
                  VENDOR NAME:
08/21/15  S001    4771293                      TBOLL Photocopy Charges  7.00   3.50                B
                                                     Duplication BW
                                                     0968

                  VENDOR NAME:
08/21/15  S001    4771294                      TBOLL Photocopy Charges  5.20   2.60                B
                                                     Duplication BW
                                                     0968

                  VENDOR NAME:
08/27/15  S001    4777476                      TBOLL Photocopy Charges  3.00   1.50                B
                                                     Duplication BW
                                                     0968

                  VENDOR NAME:
08/27/15  S001    4777477                      EJUST Photocopy Charges  5.40   2.70                B
                                                     Duplication BW
                                                     1081

                  VENDOR NAME:
08/28/15  S001    4779295                      EJUST Photocopy Charges  1.20   0.60                B
                                                     Duplication BW
                                                     1081

                  VENDOR NAME:

INCLUDED EXPENSES FOR MATTER: 073986.1001                      1,861.23    1,313.83
EXCLUDED EXPENSES (Expenses on Hold)                               0.00        0.00
EXPENSES AFTER CUTOFF DATE                                                 1,171.49

STATUS CODE LEGEND
 B   Billable                       H  Expense on Hold (Excluded)   NB   Non-Billable
 BNC Bill - No Charge               X  Excluded from Instruction    BNP  Expense will not show on Statement
 B/0 Billable - reduce value to "0"

                              EXPENSE CODE SUMMARY
        EXPENSE CODE          DESCRIPTION                RECORDED VALUE    BILLING VALUE
           004         Federal Express                        207.37           207.37
           011         Filing Fee                             375.00           375.00
           053         Delivery / Courier                      30.00            30.00
           096         Working Meals                           10.00            10.00
           S001        Photocopy Charges                    1,074.40           537.20
           S001SCN     Scanning Charges                        20.40            10.20
           S002        Postage                                  6.44             6.44
           S063I       Computerized Legal Research             96.92            96.92
           S102        Docket Retrieval / Search               40.70            40.70

                 EXPENSE TOTAL                              1,861.23         1,313.83
```