
## EXHIBIT C

### BUDGETED AMOUNT
**August**
$100,000

### PROFESSIONAL RATES
**August**

| | August |
|---|---|
| Michael R. Nestor | $725.00 |
| Kara Hammond Coyle | $485.00 |
| Andrew Magaziner | $400.00 |
| Elizabeth S. Justison | $310.00 |
| Troy Bollman | $190.00 |

### BUDGETED HOURS
**August**

| | August |
|---|---|
| Michael R. Nestor | 12.5 |
| Kara Hammond Coyle | 15.3 |
| Andrew Magaziner | 72.3 |
| Elizabeth S. Justison | 5.2 |
| Troy Bollman | 29.5 |
| TOTAL | 134.8 |

### BUDGETED FEES
**August**

| | August |
|---|---|
| Michael R. Nestor | $9,062.50 |
| Kara Hammond Coyle | $7,420.50 |
| Andrew Magaziner | $28,920.00 |
| Elizabeth S. Justison | $1,612.00 |
| Troy Bollman | $5,605.00 |
| TOTAL | $52,620.00 |

### BUDGETED EXPENSES
**August**
$1,313.83

TOTAL FEES & EXPENSES    $53,933.83

| PROFESSIONAL | POSITION OF PROFESSIONAL; NUMBER OF YEARS IN THAT POSITION; YEAR OBTAINING LICENSE TO PRACTICE, IF APPLICABLE |
|---|---|
| Michael R. Nestor | Partner since 2003; joined firm as associate in 1998; member of PA and NJ bars since 1995; member of DE bar since 1996. |
| Kara Hammond Coyle | Partner since 2014. Joined firm as an associate in 2003. Member of DE Bar since 2003. |
| Andrew Magaziner | Joined firm as an associate in 2009. Member of DE Bar since 2009. |
| Elizabeth S. Justison | Joined firm as an associate in 2013. Member of DE Bar since 2013. |
| Troy Bollman | Paralegal |