## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Richard M. Allen, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 28, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via Overnight Mail on the Removed Contract Counterparty Service List attached hereby to as **Exhibit A**:

- (Customized) Notice Regarding Designation as Removed Contract and Rejection Thereof [a non-customized copy of which is attached hereto as **Exhibit B**]

Dated: October 1, 2015

*/s/ Richard M. Allen*
Richard M. Allen

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 1, 2015, by Richard M. Allen, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: */s/ Mark M Brown*

**MARK M BROWN**
**NOTARY PUBLIC-STATE OF NEW YORK**
No. 02BR6305738
Qualified in New York County
My Commission Expires June 09, 2018

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

SRF 4460

**<u>Exhibit A</u>**

## Exhibit A
Removed Contract Counterparty Service List
Served via Overnight Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL | COUNTRY |
|---|---|---|---|---|---|---|---|
| Beazley (Syndicate 2623-623 at Lloyd | Plantation Place South | 60 Great Tower St | | London | | EC3R 5AD | United Kingdom |
| GCCFC 2005-GG5 1255 Terminus I | Terminus I | Transwestern Comm Svc | 200 Galleria Pl | Atlanta | GA | 30339 | |
| TR Crownpointe Corp | Colliers International | 622 E Washington Street | Suite 300 | Orlando | FL | 32801 | |

**Exhibit B**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | Re Docket No. 698 |

**NOTICE REGARDING DESIGNATION AS REMOVED CONTRACT
AND REJECTION THEREOF**

  **PLEASE TAKE NOTICE** that, on June 19, 2015, the United States Bankruptcy Court for the District of Delaware (the "Court") entered that certain *Order (I) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (II) Granting Certain Related Relief* [Docket No. 698] (the "Sale Order").[2]

  **PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraph 27 of the Sale Order, the Buyers delivered a schedule of Potential Contracts to the Debtors prior to the Closing Date. The counterparties to such Potential Contracts previously received notice regarding the designation of such Contracts as Potential Contracts.

  **PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraphs 27 and 28 of the Sale Order, the Buyers were granted ninety (90) days from the Closing Date of July 31, 2015, to determine whether to assume or reject the Potential Contracts.

  **PLEASE TAKE FURTHER NOTICE** that the Potential Contracts listed on Exhibit A hereto have been designated as Removed Contracts and, in accordance with paragraph 34 of the Sale Order, shall be deemed rejected upon the expiration of five (5) business days from the date hereof.

  **PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraph 37 of the

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Sale Order.

Sale Order, counterparties to the Removed Contracts shall have thirty days to assert any Potential Contract Administrative Claim or rejection damage claim relating to the rejection of such Removed Contracts.

Dated:   September 28, 2015
         Wilmington, DE              */s/ Matthew P. Austria*
                                     Matthew P. Austria (DE No. 4827)
                                     WERB & SULLIVAN
                                     300 Delaware Avenue, 13th Floor
                                     P.O. Box 25046
                                     Wilmington, Delaware 19899
                                     (For courier: 19801)
                                     Telephone:  (302) 652-1100
                                     Facsimile:  (302) 652-1111
                                     E-mail:  maustria@werbsullivan.com

                                     -and-

                                     Phillip Bohl (MN No. 139191)
                                     GRAY, PLANT, MOOTY,
                                     MOOTY & BENNET, P.A.
                                     500 IDS Center
                                     80 South Eighth Street
                                     Minneapolis, Minnesota 55402
                                     Telephone:  (612) 632-3000
                                     Facsimile:  (612) 632-4019
                                     Email:  Phillip.bohl@gpmlaw.com

                                     *Counsel to Taylor Corporation*

## EXHIBIT A

| Counterparty Name | Executory Contract or Unexpired Lease |
| --- | --- |