**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

## **AFFIDAVIT OF SERVICE**

I, Timothy R. Quinn, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 29, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following documents, as well as a customized proof of claim form, to be served via first class mail on the Notice Party Service List attached hereto as **Exhibit A**:

- Notice of Filing of List of Pension Benefits Obligations [Docket No. 1104]

- Notice of Deadlines for the Filing of Proofs of Claim Related to Pension Benefits Obligations [Docket No. 1105]

On September 30, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following documents, as well as a customized proof of claim form, to be served via first class mail to Walter Putback, whose address information is redacted:

- Notice of Filing of List of Pension Benefits Obligations [Docket No. 1104]

- Notice of Deadlines for the Filing of Proofs of Claim Related to Pension Benefits Obligations [Docket No. 1105]

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

Dated: September 30, 2015

_____
Timothy R. Quinn

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on September 30, 2015, by Timothy R. Quinn, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

BENJAMIN JOSEPH STEELE
NOTARY PUBLIC-STATE OF NEW YORK
No. 02ST6290268
Qualified in New York County
My Commission Expires October 07, 2017

**Exhibit A**

Exhibit B
Notice Party Service List
Served via First Class Mail

| NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| Allen, Courtney | Redacted | Redacted | Redacted | Redacted |
| Assini, Robert | Redacted | Redacted | Redacted | Redacted |
| Assini, Robert | Redacted | Redacted | Redacted | Redacted |
| Ausmus, Willie | Redacted | Redacted | Redacted | Redacted |
| Barker, Darcy | Redacted | Redacted | Redacted | Redacted |
| Barovich, Andrew | Redacted | Redacted | Redacted | Redacted |
| Bauschek, James | Redacted | Redacted | Redacted | Redacted |
| BECKEN, Daniel | Redacted | Redacted | Redacted | Redacted |
| BECKEN, Daniel | Redacted | Redacted | Redacted | Redacted |
| Becker, Gary | Redacted | Redacted | Redacted | Redacted |
| Beladi, Donna | Redacted | Redacted | Redacted | Redacted |
| Bigelow, Roger | Redacted | Redacted | Redacted | Redacted |
| Billimack, John | Redacted | Redacted | Redacted | Redacted |
| Blankley, Randy | Redacted | Redacted | Redacted | Redacted |
| Bottomley, Steven | Redacted | Redacted | Redacted | Redacted |
| Brannin, Marilyn | Redacted | Redacted | Redacted | Redacted |
| Brenker, Alan | Redacted | Redacted | Redacted | Redacted |
| Brenker, Alan | Redacted | Redacted | Redacted | Redacted |
| Brooks, R | Redacted | Redacted | Redacted | Redacted |
| Brown, Craig | Redacted | Redacted | Redacted | Redacted |
| Brown, Lois | Redacted | Redacted | Redacted | Redacted |
| BULLOCK, John | Redacted | Redacted | Redacted | Redacted |
| BULLOCK, John | Redacted | Redacted | Redacted | Redacted |
| Carey, Peter | Redacted | Redacted | Redacted | Redacted |
| Cates, Brad | Redacted | Redacted | Redacted | Redacted |
| Cates, Bradley | Redacted | Redacted | Redacted | Redacted |
| CAZAMIAS, James | Redacted | Redacted | Redacted | Redacted |
| CHASE, Thomas | Redacted | Redacted | Redacted | Redacted |

Exhibit B
Notice Party Service List
Served via First Class Mail

| NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| Coffman, Susan | Redacted | Redacted | Redacted | Redacted |
| Coppola, Bruce | Redacted | Redacted | Redacted | Redacted |
| Custer, Joseph | Redacted | Redacted | Redacted | Redacted |
| Darragh, J | Redacted | Redacted | Redacted | Redacted |
| Defenbaugh, Robert | Redacted | Redacted | Redacted | Redacted |
| Dille, Lawrence | Redacted | Redacted | Redacted | Redacted |
| Dorsman, Peter | Redacted | Redacted | Redacted | Redacted |
| Douglas, Brian | Redacted | Redacted | Redacted | Redacted |
| Drabek, Richard | Redacted | Redacted | Redacted | Redacted |
| Dunn, Daniel | Redacted | Redacted | Redacted | Redacted |
| Dunn, Daniel | Redacted | Redacted | Redacted | Redacted |
| Fero, Brian | Redacted | Redacted | Redacted | Redacted |
| FERREIRA, James | Redacted | Redacted | Redacted | Redacted |
| Fiocchi, Robert | Redacted | Redacted | Redacted | Redacted |
| Fisher, T | Redacted | Redacted | Redacted | Redacted |
| Garoufalis, Angelo | Redacted | Redacted | Redacted | Redacted |
| Ghee, George | Redacted | Redacted | Redacted | Redacted |
| Ginnan, Robert | Redacted | Redacted | Redacted | Redacted |
| Gordon, William | Redacted | Redacted | Redacted | Redacted |
| Graham, Christopher | Redacted | Redacted | Redacted | Redacted |
| Granzow, Lana | Redacted | Redacted | Redacted | Redacted |
| Greenbury, Jeffrey | Redacted | Redacted | Redacted | Redacted |
| Greve, Greg | Redacted | Redacted | Redacted | Redacted |
| Haman, Scott | Redacted | Redacted | Redacted | Redacted |
| Hancock, Bobby | Redacted | Redacted | Redacted | Redacted |
| Harden, John | Redacted | Redacted | Redacted | Redacted |
| Harden, John | Redacted | Redacted | Redacted | Redacted |
| Haydock III, Thomas | Redacted | Redacted | Redacted | Redacted |

Exhibit B
Notice Party Service List
Served via First Class Mail

| NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| Haywood, Wendy S | Redacted | Redacted | Redacted | Redacted |
| Headley, Duard | Redacted | Redacted | Redacted | Redacted |
| Hibbs, Douglas | Redacted | Redacted | Redacted | Redacted |
| Hibbs, Douglas | Redacted | Redacted | Redacted | Redacted |
| HIGGINS, Gregory | Redacted | Redacted | Redacted | Redacted |
| HIGGINS, Gregory | Redacted | Redacted | Redacted | Redacted |
| Jacoutot, Michael T | Redacted | Redacted | Redacted | Redacted |
| Jensen, Deanna | Redacted | Redacted | Redacted | Redacted |
| KEIPER, Edward | Redacted | Redacted | Redacted | Redacted |
| KEIPER, Edward | Redacted | Redacted | Redacted | Redacted |
| Kennedy, James | Redacted | Redacted | Redacted | Redacted |
| Kennedy, Patrick | Redacted | Redacted | Redacted | Redacted |
| Kennedy, Patrick | Redacted | Redacted | Redacted | Redacted |
| King, John | Redacted | Redacted | Redacted | Redacted |
| Klenke, Joe | Redacted | Redacted | Redacted | Redacted |
| Koelling, Herbert | Redacted | Redacted | Redacted | Redacted |
| Kunetka, Michael | Redacted | Redacted | Redacted | Redacted |
| Lamme, Kathryn | Redacted | Redacted | Redacted | Redacted |
| Lampe, William | Redacted | Redacted | Redacted | Redacted |
| Lane, Robert | Redacted | Redacted | Redacted | Redacted |
| Langlinais, Brian | Redacted | Redacted | Redacted | Redacted |
| Langlinais, Brian | Redacted | Redacted | Redacted | Redacted |
| Lapins, Lorin | Redacted | Redacted | Redacted | Redacted |
| Lee, Woody | Redacted | Redacted | Redacted | Redacted |
| Leonard, Todd | Redacted | Redacted | Redacted | Redacted |
| Lillis, James | Redacted | Redacted | Redacted | Redacted |
| Lyon, Loyce | Redacted | Redacted | Redacted | Redacted |
| Marshall, Jack | Redacted | Redacted | Redacted | Redacted |

Exhibit B
Notice Party Service List
Served via First Class Mail

| NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| Martin, Christopher | Redacted | Redacted | Redacted | Redacted |
| Mattern, Ann | Redacted | Redacted | Redacted | Redacted |
| McCarthy, J | Redacted | Redacted | Redacted | Redacted |
| McGrath, Susan | Redacted | Redacted | Redacted | Redacted |
| McLaughlin, Keith | Redacted | Redacted | Redacted | Redacted |
| Mehta, Rajendra | Redacted | Redacted | Redacted | Redacted |
| Mehta, Rajendra | Redacted | Redacted | Redacted | Redacted |
| Merica, Fred | Redacted | Redacted | Redacted | Redacted |
| Merica, Fred | Redacted | Redacted | Redacted | Redacted |
| Messmer, Jill | Redacted | Redacted | Redacted | Redacted |
| Miller, Frank | Redacted | Redacted | Redacted | Redacted |
| Miller, Frank | Redacted | Redacted | Redacted | Redacted |
| Miller, James | Redacted | Redacted | Redacted | Redacted |
| Miller, Russell | Redacted | Redacted | Redacted | Redacted |
| Moder, Jeff | Redacted | Redacted | Redacted | Redacted |
| Moffett, Mary | Redacted | Redacted | Redacted | Redacted |
| Moore, Michael | Redacted | Redacted | Redacted | Redacted |
| Morgan Jr, Joseph | Redacted | Redacted | Redacted | Redacted |
| Morgan, Joseph | Redacted | Redacted | Redacted | Redacted |
| MOSES, Bruce | Redacted | Redacted | Redacted | Redacted |
| Murphy, Patrick | Redacted | Redacted | Redacted | Redacted |
| Outhous, J | Redacted | Redacted | Redacted | Redacted |
| Paison, Charles | Redacted | Redacted | Redacted | Redacted |
| Paradise, Robert | Redacted | Redacted | Redacted | Redacted |
| Pattinson, John | Redacted | Redacted | Redacted | Redacted |
| Peoplis, Diana | Redacted | Redacted | Redacted | Redacted |
| PETTIT, Susan | Redacted | Redacted | Redacted | Redacted |
| Pfeiffer, Joseph | Redacted | Redacted | Redacted | Redacted |

Exhibit B
Notice Party Service List
Served via First Class Mail

| NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| Platt, Mark | Redacted | Redacted | Redacted | Redacted |
| Putnam, Robert | Redacted | Redacted | Redacted | Redacted |
| Rafferty, Virginia | Redacted | Redacted | Redacted | Redacted |
| Redding, Peter | Redacted | Redacted | Redacted | Redacted |
| Rediker, Dennis | Redacted | Redacted | Redacted | Redacted |
| Reilly, Amy | Redacted | Redacted | Redacted | Redacted |
| Richards, L | Redacted | Redacted | Redacted | Redacted |
| Rosato, Steven | Redacted | Redacted | Redacted | Redacted |
| Royall, Rick | Redacted | Redacted | Redacted | Redacted |
| Scarpelli, John | Redacted | Redacted | Redacted | Redacted |
| Schintz, Michael | Redacted | Redacted | Redacted | Redacted |
| Seifert, Harry | Redacted | Redacted | Redacted | Redacted |
| Smith, Lynn | Redacted | Redacted | Redacted | Redacted |
| Smith, Lynn | Redacted | Redacted | Redacted | Redacted |
| Somody, Emery | Redacted | Redacted | Redacted | Redacted |
| Sowar, Gerard | Redacted | Redacted | Redacted | Redacted |
| Sowers, Sharon | Redacted | Redacted | Redacted | Redacted |
| Spadavecchia, Frank | Redacted | Redacted | Redacted | Redacted |
| Spaul, Michael | Redacted | Redacted | Redacted | Redacted |
| Spice, Brian | Redacted | Redacted | Redacted | Redacted |
| Stockmal, Craig | Redacted | Redacted | Redacted | Redacted |
| Stockmal, Craig | Redacted | Redacted | Redacted | Redacted |
| Sujack, Donald E | Redacted | Redacted | Redacted | Redacted |
| Thompson, Paul | Redacted | Redacted | Redacted | Redacted |
| Trillet, Jean | Redacted | Redacted | Redacted | Redacted |
| Trusner, Gregory | Redacted | Redacted | Redacted | Redacted |
| Trusty, Jennifer | Redacted | Redacted | Redacted | Redacted |
| Unthank, William | Redacted | Redacted | Redacted | Redacted |

## Exhibit B
Notice Party Service List
Served via First Class Mail

| NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| VAUGHN, James | Redacted | Redacted | Redacted | Redacted |
| Webb, Timothy | Redacted | Redacted | Redacted | Redacted |
| Weeks, Marshall | Redacted | Redacted | Redacted | Redacted |
| Werhand, Edward | Redacted | Redacted | Redacted | Redacted |
| WOLK, Michael | Redacted | Redacted | Redacted | Redacted |
| Yorita, Braxton | Redacted | Redacted | Redacted | Redacted |