## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Richard M. Allen, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 29, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via Overnight Mail on the Transferred Contract Counterparty Service List attached hereby to as **Exhibit A**:

- (Customized) Notice Regarding Designation as Post-Closing Transferred Contract and Assumption and Assignment Thereof [a non-customized copy of which is attached hereto as **Exhibit B**]

Dated: October 2, 2015

Richard M. Allen

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 2, 2015, by Richard M. Allen, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

**MARK M BROWN**
**NOTARY PUBLIC-STATE OF NEW YORK**
No. 02BR6305738
Qualified in New York County
My Commission Expires June 09, 2018

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

## Exhibit A

Exhibit A

Transferred Contract Counterparty Service List

Served via Overnight Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY |
|------|-----------|-----------|-----------|------|-------|-------------|---------|
| A.G. Edwards Trust Company, FSB | One North Jefferson | | | St. Louis | MO | 63103 | |
| Aberdeen Area Indian Health Service aka Quentin Burdick | 115 Fourth Avenue, SE | | | Aberdeen | SD | 57401 | |
| ABQ Health Partners, LLC | Attn: General Counsel | 5400 Gibson Boulevard, SE | | Albuquerque | NM | 87108 | |
| AccuStaff Incorporated | 6440 Atlantic Boulevard | | | Jacksonville | FL | 32211 | |
| Ace American Insurance Company | Attn: General Counsel | 436 Walnut Street | | Philadelphia | PA | 19106 | |
| Acme Brick | 2821 West 7th St | | | Fort Worth | TX | 76017 | |
| Advance Physicians Group | Suite 204 1121 East Memorial Rd., | | | Oklahoma City | OK | 73131 | |
| Advanstar | 131 West 1st St | | | Duluth | MN | 55802 | |
| Affinia | 1 Wix Way | | | Gastonia | NC | 28053 | |
| Airstream Inc. | Attn: General Counsel | 419 West Pike Street | | Jackson Center | OH | 45334 | |
| Alaska Airlines, Inc. (Horizon Air Industries, Inc.) | 19300 International Boulevard | | | Seattle | WA | 98188 | |
| Albany Medical Center | Attn: William Hasselbarth, Sr. VP & CFO | 43 New Scotland Ave | MC29 | Albany | NY | 12208 | |
| Alliance Credit Union | 3115 Almaden Expressway | Suite 355 | | San Jose | CA | 95118 | |
| Alliance Inspection Management | Attn: General Counsel | 2231 Rutherford Road Ste. 202 | | Carlsbad | CA | 92008 | |
| Allina Hospitals and Clinics | Attn: General Counsel | 2925 Chicago Avenue | | Minneapolis | MN | 55407 | |
| Allina Hospitals and Clinics | Attn: Ginny Barncamp | 800 East 28th ST | | Minneapolis | MN | 55407 | |
| Allstate | Contract Governance | 2775 Sanders Road | Suite E6 South | Northbrook | IL | 60062 | |
| Allstate Insurance Company | Attn: General Counsel | 2775 Sanders Road | | Northbrook | IL | 60062-6127 | |
| Allstate Insurance Company | Attn: General Counsel | Sourcing & Procurement Solutions | 2775 Sanders Road, Suite A1W | Northbrook | IL | 60062 | |
| Allstate Insurance Company | Attn: Marie Colby | 2775 Sanders Rd | Ste E6 | Northbrook | IL | 60062 | |
| Allstate Insurance Company | Attn: Ronald A. Mitiu | 2775 Sanders Rd | Ste E6 | Northbrook | IL | 60062 | |
| Altru Health Systems Grand Forks | 1200 So. Columbia Rd. | | | Grand Forks | ND | 58201 | |
| Amanda K. Levine, MD | 3815 S. Boulevard | | | Edmond | OK | 73013 | |
| American Electric Power Service Corporation | Attn: Contracts Supply Chain Department | 1 Riverside Plaza | 15th Floor | Columbus | OH | 43215 | |
| American General Life Companies, LLC | Attn: Mike trotter | 2727-A Allen Parkway, 3D-01 | | Houston | TX | 77019 | |
| American Healthways Services, Inc | Attn: Nick Balog | 701 Cool Springs Blvd | | Franklin | TN | 37067 | |
| American Product Distributors | Attn: General Counsel | 8350 Arrowridge Blvd. | | Charlotte | NC | 28273 | |
| AMERICAN SAVINGS BANK | Bryan K. Kubo: Chief Purchasing Officer | P.O. Box 2300 | | Honolulu | HI | 96804-2300 | |
| American Tire Distributors | 12200 Herbert Wayne Court | | | Huntersville | NC | 28078 | |
| Americold Corporation | Attn: G. Geary | 7007 S. W. Cardinal Lane, Suite 135 | | Portland | OR | 97224 | |
| Americold Logistics, LLC | Attn: General Counsel | 10 Glenlake Parkway | South Tower, Suite 800 | Atlanta | GA | 30328 | |
| AmeriGas Propane, L.P. | Attn: Eugene Bissell | 460 North Gulph Road | | King of Prussia | PA | 19406 | |
| Ameriprise Fiancial, Inc., | David K Pikkammon | 707 2nd Avenue South | | Minneapolis | MN | 55474 | |
| Amtrol Inc | Attn: Contract Administration | 220 East Monument Avenue | | Dayton | OH | 45430 | |
| Amtrol Inc. | 1400 Division Road | | | West Warwick | RI | 02893 | |
| Andrea Doeden MD | 10900 Hefner Pointe Drive Suite 501 | | | Oklahoma City | OK | 73120 | |
| Andrews Federal Credit Union | 5711 Allentown Road | | | Suitland | MD | 20746 | |
| AOR Management Company of Oklahoma Inc. | 6151 S. Yale Suite 100 | | | Tulsa | OK | 74136 | |
| Apria Healthcare, Inc. | ATTN: Executive Vice President, Logistics | 26220 Enterprise Ct | | Lake Forest | CA | 92630 | |
| Arizona Department of Health Services | Attn: Office of Procurement | 1740 West Adams | Room 303 | Phoenix | AZ | 85007 | |
| Arizona Heart Hospital | Attn: Jim Resendez | 1930 East Thomas Road | | Phoenix | AZ | 85016 | |
| Asante Health System | Attn: General Cousnel | 2650 Siskiyou Blvd | | Medford | OR | 97504 | |

Exhibit A
Transferred Contract Counterparty Service List
Served via Overnight Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY |
|------|-----------|-----------|-----------|------|-------|-------------|---------|
| Associated Banc-Corp | 330 East Kilbourn Avenue | | | Milwaukee | WI | 53202 | |
| Association of Central Governments | 6600 N. Harvey Ave, | | | Oklahoma City | OK | 73116 | |
| ATHENAHEALTH, INC. | 311 Arsenal Street | | | Watertown | MA | 02472 | |
| AWTP, LLC | Attn: General Counsel | 2080 Lunt Avenue | | Elk Grove Village | IL | 60007 | |
| AXA Equitable | Attn: Procurement | 1290 Avenue of the Americas | | New York | NY | 10104 | |
| A-Z Office Resource, Inc. | 809 South Garden Street | | | Columbia | TN | 38401 | |
| BACARDI U.S.A., INC., | 2701 Le Jeune Road, | | | Coral Gables | FL | 33134 | |
| Balkamp, Inc. | PO BOX 421268 | | | Indianapolis | IN | 46242-1268 | |
| BancBox, Inc. | 1900 S. Norfolk Street, Suite 300 | | | San Mateo | CA | 94403 | |
| Bank of the West | Attn: General Counsel | 1977 Saturn ST | | Monterey Park | CA | 91755 | |
| Bank of the West | ATTN: Vice President | 2527 Camino Ramon | Mail sort: NC-B07-1D-H | San Ramon | CA | 94583 | |
| Baptist and its affiliated entities | 1003 Monroe Avenue | | | Memphis | TN | 38104 | |
| Baptist Health South Florida | Attn: General Counsel | 8900 N. Kendall Drive | | Miami | FL | 33176 | |
| Baptist Health System, Inc. | 800 Prudential Drive | PO Box 45128 | | Jacksonville | FL | 32232-5128 | |
| BARKER STEEL | 55 Summer Street | | | Milford | MA | 01757-4601 | |
| Barker Steel Company, Inc. | 55 Summer Street | | | Milford | MA | 01757 | |
| Bartow Regional Medical Center | Attn: General COunsel | 2200 Osprey Blvd | | Bartow | FL | 33830 | |
| Batesville Casket Company, Inc. | 1 Batesville Boulevard | | | Batesville | IN | 47006 | |
| Bay Alarm | 60 Berry Drive | | | Pacheco | CA | 94553-5601 | |
| Baylor Health Care System | 3500 Gaston Avenue | | | Dallas | TX | 75246 | |
| Baylor Scott & White Health | 2001 Bryan Street, Suite 2700 | | | Dallas | TX | 75201 | |
| Baylor Surgicare | Attn: General Counsel | 6435 South FM 549 | | Heath | TX | 75032-6221 | |
| Bayside Printed Products | 430 N. Canal Street | | | South San Francisco | CA | 94080 | |
| BB&T Purchasing Services | Attn: Bernard Miller | 2825 Reynolda Road | | Winston-Salem | NC | 27106-3110 | |
| BCBSMA and BCBSMA HMO Blue | Bue Cross Blue Shield of Massachusetts, Inc. | James McCaffrey | 4A Alger Street | Boston | MA | 02127 | |
| BEAL SERVICE CORP | 6000 Legacy Drive | | | Plano | TX | 75024 | |
| Belron US Inc. | Attn: Mark Placenti | 2400 Farmers Drive | | Columbus | OH | 43235 | |
| Ben & Jerry's Homemade, Inc. | Attn: Tara Schoellermann | 30 Community Drive | | So. Burlington | VT | 05403 | |
| BenefitMall | 501 Fairmount Avenue | | | Baltimore | MD | 21204 | |
| Benjamin Moore & Co. | Attn: General Counsel | 101 Paragon Drive | | Montvale | NJ | 07654 | |
| Beth Israel St Lukes | First Avenue and East 16th Street | | | New York | NY | 10003 | |
| BioIQ, Inc. | 1222 State Street, Suite 200 | | | Santa Barbara | CA | 93101 | |
| Blue Cross and Blue Shield Massachusetts, Inc. | 4A Alger Street | | | Boston | MA | 02127 | |
| Blue Cross Blue Shield of North Carolina | 1965 Ivy Creek Blvd. | | | Durham | NC | 27707 | |
| BNP Paribas Prime Brokerage, Inc. | Attn: General Counsel | 525 Washington Boulevard | | Jersey City | NJ | 07310 | |
| Boone County Hospital | Attn: Kirk Howard | 1015 Union Street | | Boone | IA | 50036 | |
| Bottomline Technologies, Inc. | 325 Corporate Drive | | | Portsmouth | NH | 03801 | |
| Branch Banking and Trust Company | Attn: Bonnie A. Hines | 3200 Beechleaf Court | Suite 1000 | Raleigh | NC | 27604 | |
| Brinker International Payroll Company, L.P. | 6820 LBJ Freeway | Attn: Contract Compliance - Purchasing | | Dallas | TX | 75240 | |
| Brink's Incorporated | 555 Dividend Drive | | | Coppell | TX | 75019 | |
| Brookstone Stores, Inc. | Attn: Thomas F. Monnihan | One Innovation Way | | Merrimack | NH | 03054 | |

In re: SRC Liquidation Company, et al.
Case No. 15-10541 (BLS)

Page 2 of 10

Exhibit A
Transferred Contract Counterparty Service List
Served via Overnight Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|
| Brown & Toland Physician Services Organization | 153 Townsend St | Ste 700 | | San Francisco | CA | 94107-1982 | |
| C2 Financial | Attn: General Counsel | 7330 Bishop Street | Suite 2300 | Honolulu | HI | 96813 | |
| Caldwell Memorial Hospital Incorporated | 321 Street SW | | | Lenoir | NC | 28645 | |
| Calloway Community Hospital | 10 South Hospital Drive | | | Fulton | MO | 65251-2510 | |
| Calphalon Corporation | Attn: General Counsel | Cor 3rd & D Street | | Perrysburg | OH | 43551 | |
| Cameron International Corporation | Attn: General Counsel | 1333 West Loop South | Suite 1700 | Houston | TX | 77027 | |
| Cananwill, Inc. | Attn: Mike Pappas | 1000 N. Milwaukee Ave. | | Glenview | IL | 60025 | |
| Capella Healtcare, Inc. | Attn: General Counsel | Two Corporate Centre | Suite 200 | Franklin | TN | 37067 | |
| CarMax Business Services, LLC | Attn: Procurement Director | Procurement and Supply Services | 5020 Sadler Place | Glen Allen | VA | 23060 | |
| Carolina Logistics | 2601 Pilgrim Court | | | Winston-Salem | NC | 27106 | |
| Carondelet Health | Attn: General Counsel | 1000 Carondelet Drive | | Kansas City | MO | 64114-4673 | |
| Catholic Health East | Attn: General Counsel | d/b/a LIFE St. Joseph of the Pines, Inc. | 4900 Raeford Road | Fayetteville | NC | 28304 | |
| Catholic Health Initiatives | Attn: Director, Cash and Investment Programs | 1999 Broadway | Suite 2605 | Denver | CO | 80202 | |
| Catholic Health Partners Services, Saint Anthony Hospital | Attn: General Counsel | 2875 West 19th Street | | Chicago | IL | 60623 | |
| CenterPoint Hospital | 5931 Highway 94 South | | | St. Charles | MO | 63304 | |
| Central Florida Health Alliance, Inc. | Attn: General Counsel | 1451 El Camino Real | | Lady Lake | FL | 32159 | |
| Central Kansas Medical Center, Inc. | Attn: General Counsel | 3515 Broadway Avenue | | Great Bend | KS | 67590-3633 | |
| Centrastate Health Care System | Attn: General Counsel | 901 W Main Street | | Freehold | NJ | 07728 | |
| Centura Health | Attn: Kathleen F. Shaver | 2425 South Colorado Blvd | Suite 200 | Denver | CO | 80222 | |
| Centura Health Facilities | 2425 South Colorado Blvd | Suite 200 | | Denver | CO | 80222 | |
| Cerner Corporation | ATTN: General Counsel | ATTN: Executive Vice President & Chief Financial Officer | 2800 Rockcreek Parkway | North Kansas City | MO | 64117 | |
| Cetera Brokers Network, LLC | Attn: General Counsel | 200 N. Sepulveda Blvd. | | El Segundo | CA | 90245 | |
| CEVA Freight LLC | 15350 Vickery Drive | | | Houston | TX | 77032 | |
| Chemical Abstracts Service | Attn: General Counsel | 2540 Olentangy River Road | | Columbus | OH | 43202 | |
| Chesapeake Regional Medical Center | 736 North Battlefield Boulevard | | | Chesapeake | VA | 23320 | |
| CHF Industries, Inc. | One Park Avenue | | | New York | NY | 10016 | |
| Children's Hospital | Attn: General Counsel | 700 Children's Drive | | Columbus | OH | 43205 | |
| Children's Hospital & Medical Center | Attn: General Counsel | 8200 Dodge St | | Omaha | NE | 68114 | |
| Children's Hospital & Medical Center - Omaha | 8200 Dodge Street | | | Omaha | NE | 68114 | |
| Childrens Hospital of Philadelphia | 3401 Civic Center Boulevard | | | Philadelphia | PA | 19104 | |
| Children's Medical Center | One Children's Plaza | | | Dayton | OH | 45404 | |
| ChoicePoint Inc. | Attn: General Counsel | 1000 Alderman Drive | | Alpharetta | GA | 30005 | |
| Cisco Systems | 170 West Tasman Drive | | | San Jose | CA | 95134 | |
| Citi Street LLC | Attn: General Counsel | One Heritage Drive | | North Quincy | MA | 02171 | |
| City of Hope National Medical Center | Attn: Gregory Schetina - General Counsel and Secretary | 1420 Walnut St | #817 | Philadelphia | PA | 19102 | |
| Clemson University | Attn: General Counsel | 1 Clemson University | | Clemson | SC | 29634 | |
| Cloud Peak Energy Services Company | Attn: General Counsel | 5050 South Gillete Ave | Gillette Ave | WY | 82716 | | |
| Cognitive TPG, LLC | 950 Danby Road, Suite 200 | | | Ithaca | NY | 14850 | |
| Colorado Orthopaedic & Surgical Hospital | Attn: General Counsel | 1830 Franklin Street | Suite 200 | Denver | CO | 80218 | |
| Commercial Metals Company | Attn: Monty L. Parker, Sr. | 6565 North MacArthur Boulevard | Suite 800 | Irving | TX | 75039 | |

Exhibit A
Transferred Contract Counterparty Service List
Served via Overnight Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY |
|------|-----------|-----------|-----------|------|-------|-------------|---------|
| Commercial Metals Company | Attn: Rob Reisner | 6565 N. MacArthur Boulevard | Suite 800 | Irving | TX | 75039 | |
| Community Memorial Hospital Association | Attn: General Counsel | 400 Caldwell Street | | Staunton | IL | 62088-1423 | |
| Community Partners LLC | Attn: General Counsel | 5810 Skelly Drive | Suite 1200 | Tulsa | OK | 74135 | |
| Compass Bank | Office of General Counsel | 15 South 20th Street | Suite 1802 | Birmingham | AL | 35233 | |
| ConAgra Foods | Attn: General Counsel | Nine ConAgra Dr. | | Omaha | NE | 68102 | |
| ConAgra Foods, Inc. | Attn: General Counsel | 7200 World Communications Drive | | Omaha | NE | 68122 | |
| ConAgra Foods, Inc. | One Con Agra Drive | | | Omaha | NE | 68102 | |
| Concentra Medical Center | 200 Quadrum Drive | | | Oklahoma City | OK | 73107 | |
| Concentra Medical Center - Crossroads | 7100 South I-35 | | | Oklahoma City | OK | 73149 | |
| Concentra Medical Center- Business Office | 302 Quadrum Drive | | | Oklahoma City | OK | 73108 | |
| Cone Health | Information and Technology Services | 1200 North Elm Street | | Greensboro | NC | 27401 | |
| Cooper US, Inc. | Attn: Michaella Schaller | 9642 Grassy Creek Drive | | Perrysburg | OH | 43551 | |
| Crittenden County Hospital | Attn: General Counsel | 520 W. Gum Street | | Marion | KY | 42064 | |
| Crittenton Hospital Medical Center | Attn: General Counsel | 1101 West University Drive | | Rochester | MI | 48307 | |
| Crozer-Keystone Health System | 100 West Sproul Road | | | Springfield | PA | 19064 | |
| Customers Bank | 1015 Penn Avenue | | | Wyomissing | PA | 19610 | |
| Cypress Health Group, LLC | 4 W Red Oal Ln #201 | | | White Plains | NY | 10604-3603 | |
| DAGS, Accounting Division | Attn: General Counsel | 1151 Punchbowl Street | Room 324 | Honolulu | HI | 96813 | |
| Dallas County Hospital District d/b/a Parkland Health & Hospital System ("PHHS") | Attn: Andrew Montgomery | 5201 Harry Hines Blvd. | | Dallas | TX | 75235 | |
| Dallas Regional Medical Center | 1011 North Galloway Avenue | | | Mesquite | TX | 75149 | |
| DataMotion, Inc. | 200 Park Avenue, Suite 302 | | | Florham Park | NJ | 07932-0000 | |
| Delta Dental of Colorado | Attn: Contract Administration Manager | 4582 South Ulster Street | Suite 800 | Denver | CO | 80237 | |
| Delta Dental Plans Association | Attn: General Counsel | 1515 West 22nd Street | | Oak Brook | IL | 60523 | |
| Detroit Medical Center | 3663 Woodward Ave-Suite 200 | | | Detroit | MI | 48201 | |
| Deutsche Bank Trust Company Americas | 60 Wall Street | | | New York | NY | 10005 | |
| DHL Express | 1200 South Pine Island Road | Suite 600 | | Plantation | FL | 33324 | |
| Digestive Disease Specialist - Northwest | 3366 NW Expressway | Suite 400 | | Oklahoma City | OK | 73112 | |
| Digestive Disease Specialists | 711 Stanton L Young Blvd Suite 501 | | | Oklahoma City | OK | 73104 | |
| Dr. Lisa Wasemiller-Smith | 11200 North Portland | | | Oklahoma City | OK | 73120 | |
| Earthlink, Inc. | Attn: General Counsel | 1375 Peachtree Street NW, Level A | | Atlanta | GA | 30309 | |
| East Georgia Regional Medical Center | Attn: General Counsel | 1499 Fair Road | | Statesboro | GA | 30459 | |
| Embarq Management Company (Century Tel/CenturyLink), formerly Sprint | 5454 W 110th Street | | | Overland Park | KS | 66211 | |
| Enetrix Inc. | Attention: General Counsel | 8476 Greenway Blvd | Suite 100 | Middleton | WI | 53562 | |
| Ennis, Knupp & Associates, Inc. | Attn: General Counsel | 10 South Riverside Plaza  Suite 1600 | | Chicago | IL | 60606 | |
| Enterprise Holdings, Inc. | 600 Corporate Park Drive | | | St. Louis | MO | 63105 | |
| Ephpheo | 700 West Pete Rose Way, Suite 456 | | | Cincinnati | OH | 45203 | |
| Equity Administration Services, Inc. | 4683 Chabot Drive | Suite 260 | | Pleasanton | CA | 94588 | |
| Essex Group, Inc. | PO Box 1601 | | | Fort Wayne | IN | 46801 | |
| Everbank | Attn: General Counsel | 8328 Eager RD | | Saint Louis | MO | 63144 | |
| Everfast CO | Attn: General Counsel | 203 Gale LN | | Kennett Square | PA | 19348 | |

Exhibit A
Transferred Contract Counterparty Service List
Served via Overnight Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|
| Evergreen Packaging, Inc. | Attn: General Counsel | 5350 Poplar Avenue | | Memphis | TN | 38119 | |
| Exel Inc. | 570 Polaris Parkway | | | Westerville | OH | 43082 | |
| Exel, Inc. | Attn: Director of Operations | 611 Royal Avenue | | Coppell | TX | 75019 | |
| Exide Technologies | Attn: Commodities Mgr. | 13000 Deerfield Parkway Building 200 | | Alpharetta | GA | 30004 | |
| Express Messenger Systems, Inc. | Attn: General Counsel | 3401 E. Harbour Drive | | Phoenix | AZ | 85034-7229 | |
| E-Z-GO | 1451 Marvin Griffin Road | | | Augusta | GA | 30906 | |
| Fahlgren Mortine | 4030 Easton Stateion, Suite 300 | | | Columbus | OH | 43219 | |
| Family & Geriatric Medicine | Attn: David Preston | 6424 North Portland | | Oklahoma City | OK | 73112 | |
| Federal Express Corporation | Attn: JR Gilchrist | 3690 Hacks Cross Road | Building I 2nd Floor | Memphis | TN | 38125 | |
| Federal-Mogul Corporation (DIP) | 26555 Northwestern Highway | | | Southfield | MI | 48034 | |
| Finance Factors | 1164 Bishop Street | | | Honolulu | HI | 96813 | |
| First American Trust | Attn: General Counsel | 5 First American Way | | Santa Ana | CA | 92707 | |
| First Community Credit Union | 15715 Manchester Road | | | Ellisville | MO | 63011 | |
| First Hospital Panamericano | Attn: General Counsel | State Road 787, KM 1.5 | PO Box 1400 | Cidra | PR | 00739-1400 | |
| First National Bank Anchorage | 1751 Gambell Street | | | Anchorage | AK | 99510 | |
| First National Bank of Omaha | Attn: FNCCC Legal | 1620 Dodge Street Stop 3199 | | Omaha | NE | 68197 | |
| First Technology Federal Credit Union | ATTN: John Weidert | 3408 Hillview Ave. | | Palo Alto | CA | 94304 | |
| First-Citizens Bank & Trust Company | Attn: General Counsel | 100 Tryon Road-DAC 08 | | Raleigh | NC | 27603 | |
| Firsttrust Bank | Attn: General Counsel | 1931 Cottman Avenue | | Philadelphia | PA | 19111 | |
| Florida Department of Highway Safety and Motor Vehicles | Attn: General Counsel | 2892 North Orange Blossom Trail | | Kissimmee | FL | 34744 | |
| Forest City Residential Management, Inc. | Attn: General Counsel | 1100 Terminal Tower | 50 Public Square | Cleveland | OH | 44113 | |
| Forsythe Solutions Group, Inc. | 7770 Frontage Road | | | Skokie | IL | 60077 | |
| Fraternal Order of Eagles | Attn: General Counsel | 164 Midland Ave | | Kearny | NJ | 07032 | |
| Freightliner LLC | Attn: General Counsel | PO BOX | | Portland | OR | 97208 | |
| Fulton Bank | Attn: General Counsel | 1695 State St | | East Petersburg | PA | 17520 | |
| Furniture Brands International, Inc. | 1 North Brentwood Boulevard | | | St. Louis | MO | 63105 | |
| Gabriel Ride Control LLC | Attn: Jeremy King | 950 Maplelawn | | Troy | MI | 48084 | |
| GE Lighting Systems, Inc. | Attn: Fred Ge | 3010 Spartanburg Highway | P.O. Box 4506 | Hendersonville | NC | 28792 | |
| Genesys Regional Medical Center | Attn: General Counsel | 5445 All Drive, Dept. 100 | | Grand Blanc | MI | 48430 | |
| Georgetown Hospital System | Attn: General Counsel | 149 Piper Lane | | Georgetown | SC | 29440 | |
| Gerard Champion Regional Medical Center | Attn: General Counsel | 2669 North Scenic Drive | | Alamogordo | NM | 88310 | |
| Gila Regional Medical Center | Attn: General Counsel | 1313 East 32nd Street | | Silver City | NM | 88061 | |
| GlaxoSmithKline LLC | ATTN: Manager - eBusiness Strategies And Analysis | ATTN: General Counsel - US | One Franklin Plaza | Philadelphia | PA | 19101 | |
| Glenn Falls NAtional BK & Trust | Attn: General Counsel | 250 Glen St | | Glens Falls | NY | 12801 | |
| Good Samaritan Hospital | Attn: Director, Materials Management | 2222 Philadelphia Drive | | Dayton | OH | 45406 | |
| Grace Hill Neighborhood Services | Attn: General Counsel | 2600 Hadley | | St. Louis | MO | 63106 | |
| GrandStay Hospitality LLC | Attn: General Counsel | 7077 Northland Circle, Suite 330 | | Brooklyn Park | MN | 55428 | |
| Great American Insurance Company | Attn: Corporate Counsel | 301 East Fourth St., Floor 15 | | Cincinnati | OH | 45202 | |
| Greenville Hospital System | Attn: General Counsel | 125 East John Carpenter Freeway | | Irving | CA | 75062-2324 | |
| Greenwood County Hospital | Attn: General Counsel | 100 West 16th Street | | Eureka | KS | 67045 | |
| Group Dekko, Inc. | 2505 Dekko Drive | | | Garrett | IN | 46738 | |

Exhibit A

Transferred Contract Counterparty Service List

Served via Overnight Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY |
|------|-----------|-----------|-----------|------|-------|-------------|---------|
| Hackettstown Community Hospital d/b/a Hackettstown Regional Medical Center | Attn: General Counsel | 651 Willow Grove Street | | Hackettstown | NJ | 07840 | |
| Hajoca Corporation | Attn: General Counsel | 127 Coulter Avenue | | Ardmore | PA | 19003 | |
| Hamburg-Sud North America INC | Attn: General Counsel | 46 South Street | | Morristown | NJ | 07960 | |
| Hasbro Inc | Attn: General Counsel | P.O Box 1228 | | Pawtucket | RI | 02862 | |
| Havas Health | Attn: General Counsel | 200 Madison Ave | 9th FL | New York | NY | 10016 | |
| Hawaii Island Air, Inc. | Attn: General Counsel | 550 Paiea Street | Suite 236 | Honolulu | HI | 96819 | |
| Hawaiiana Group Inc. | Attn: General Counsel | 711 Kapiolani Blvd. | Ste. 700 | Honolulu | HI | 96813 | |
| Hay Group, Inc. | Attn: General Counsel | 100 Penn Square East | | Philadelphia | PA | 19107 | |
| Hazen and Sawyer, P.C. | Attn: General Counsel | 498 Seventh Avenue | 11th Floor | New York | NY | 10018 | |
| HCA - Information Technology & Services, Inc. | Attn: Director, Contracts | 2555 Park Plaza | P.O. Box 270 | Nashville | TN | 37202 | |
| Health Management Associates, Inc. | 5811 Pelican Bay Boulevard | Suite 500 | | Naples | FL | 34108-2710 | |
| Heart of Florida | Attn: General Counsel | 40100 Highway 27 | | Davenport | FL | 33837 | |
| Henry Ford Hospital | Attn: General Counsel | One Ford Pl | | Detroit | MI | 48202 | |
| Henry Medical Center, Inc. | Attn: General Counsel | 1133 eagles Landing Parkway | | Stockbridge | GA | 30281 | |
| Heritage Bank | Attn: General Counsel | 300 S Main St | | Hinnesville | GA | 31313 | |
| HHC | aka Hebrew Health Care | 1 Brahms Blvd | | West Hartford | CT | 06117-0000 | |
| Highland Behavioral Health | Attn: General Counsel | 8565 South Poplar Way | | Littleton | CO | 80130 | |
| Highline Community Hospital | Attn: General Counsel | 16251 Sylvester Road SW | | Seattle | WA | 98166 | |
| Highmount Exploration and Production LLC | Attn: General Counsel | 6945 Northchase Drive | Suite 1750 | Houston | TX | 77050 | |
| HighRoads, Inc. | 3 Burlington Woods Drive, Suite 305 | | | Burlington | MA | 01803-0000 | |
| Hill-Rom Monterrey | Attn: General Counsel | Ave del Telephono 200 Huinala | | Nuevo Leon | | 66648 | Mexico |
| HIT Services Group | Attn: General Counsel | 1 American Way / 3100 West End Ave. | | Nashville | TE | 37203 | |
| HMA Midwest Regional Medical Center | 2825 Parklawn Drive | | | Midwest City | OK | 73110 | |
| Holy Cross Hospital, Inc. | 4725 North Federal Highway | | | Fort Lauderdale | FL | 33308 | |
| Home Depot U.S.A., Inc. | Procurement, D-19 | 2455 Paces Ferry Road NW | | Atlanta | GA | 30339 | |
| HRB Digital LLC | H&R Block | Attn: Marketing, Contracts and Privacy Legal Group | One H&R Block Way | Kansas City | MO | 64105 | |
| Hurley Medical Center | Attn: General Counsel | One Hurley Plaza | | Flint | MI | 48503 | |
| Integrated Bank Technology | 1101 Arrow Point | Suite 305 | | Cedar Park | TX | 78613 | |
| Intelligrated, Inc | 7901 Innovation Way | | | Mason | OH | 45040 | |
| International Equipment Solutions, LLC | Attn: Deanna Roll | 2211 York Road | Suite 320 | Oak Brook | IL | 60523 | |
| Iowa Deptartment of Transportation, Operations & Finance Division | 800 Lincoln Way | | | Ames | IA | 50010 | |
| Irving Coppell Surgical Hospital LLC | Attn: General Counsel | 400 West I-635 | Suite 101 | Irving | TX | 75063-3707 | |
| Iscar Metals | Attn: General Counsel | 300 Westway Place | | Arlington | TX | 76018 | |
| Iscar, Metals, Inc. | Attn: General Counsel | 300 Westway Pl | | Arlington | TX | 76018 | |
| Johns Hopkins Health System Corporation | Attn: General Counsel | 600 North Wolfe Street | | Baltimore | MD | 21287 | |
| JOSEPH'S HOSPITAL HEALTH CENTER | Kathryn Ruscitto | 301 Prospect Avenue | | Syracuse | NY | 13203 | |
| Jupiter Medical Center | Attn: General Counsel | 1210 S Old Dixie HWY | | Jupiter | FL | 33458 | |
| Kaleida Health | Attn: Office of General Counsel | 726 Exchange Street | | Buffalo | NY | 14210 | |
| Kellogg Company | Attn: Jeff Woods and Komal Patel | One Kellogg Square | | Battle Creek | MI | 49017 | |
| Kessler Rehabilitation Corporation | Attn: General Counsel | 300 Executive Drive | | West Orange | NJ | 07052-0000 | |
| Key Energy Services, Inc. | 6 Desta Drive | Suite 4400 | | Midland | TX | 79705 | |

Exhibit A
Transferred Contract Counterparty Service List
Served via Overnight Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY |
|------|-----------|-----------|-----------|------|-------|-------------|---------|
| Key Point Credit Union | Attn: Juli Anne Callis | 2805 Bowers Ave | | Santa Clara | CA | 95051 | |
| Key Tronic Corporation | 4424 North Sullivan Road | | | Spokane | WA | 99216 | |
| KeySpan Corporate Services, LLC | Attn: General Counsel | dba National Grid Corporate Services LLC | 175 East Old Country Road | Hicksville | NY | 11801 | |
| Kingfisher Regional Hospital, Inc. | 500 South 9th Street | | | Kingfisher | OK | 73750 | |
| Kohl's | N56 W17000 Ridgewood Drive | | | Menomonee Falls | WI | 53051 | |
| Kohl's Department Stores | Corporate Offices | N56 West 17000 Ridgewood Drive | | Menomonee Falls | WI | 53051 | |
| Kohl's Department Stores, Inc | N56 W Ridgewood Drive | | | Menomonee Falls | WI | 53051 | |
| Kohl's Department Stores, Inc. | N56 West 17000 Ridgewood Drive | | | Menomonee Falls | WI | 53051 | |
| Kuakini Medical Center | Attn: Purchasing Mgr. | 347 N. Kuakini Street | | Honolulu | HI | 96817 | |
| Kwikset (BDHHI) | Attn: General Counsel | 19701 DaVinci | | Lake Forest | CA | 92610 | |
| Lake County Data Processing | Attn: General Counsel | 2293 N Main St | | Crown POint | IN | 46307 | |
| Lakeside Women's Hospital | 11200 N. Portland Ave | | | Oklahoma City | OK | 73120 | |
| Lansing Community College | Attn: General Counsel | PO Box 40010 | | Lansing | MI | 48901 | |
| Leading Insurance Services, Inc. | Attn: General Counsel | 400 Kelby Street | 15th Floor | Fort LEe | NJ | 07024 | |
| Leesburg Regional Medical Center, Inc. | 600 E Dixie Ave | | | Leesburg | FL | 34748 | |
| LEGACY HOSPITAL PARTNERS, INC. | ATTN: General Counsel | 2800 North Dallas Parkway | | Plano | TX | 75093 | |
| Lewis Gale Medical Center LLC | 1900 Electric Road | | | Salem | VA | 24143 | |
| Lillibridge Healthcare Real Estate Trust LP | Attn: General Counsel | 222 N. LaSalle St | Suite 410 | Chicago | IL | 60601 | |
| Local Insight Media Holdings Inc. | Attn: General Counsel | 188 Inverness Drive West | Suite 800 | Englewood | CO | 80112 | |
| Logan Medical Center | 200 South Academy Road | | | Guthrie | OK | 73044 | |
| LogicSource Inc | Attn: General Counsel | 20 Marshall Street | | Norwalk | CT | 06854 | |
| Longaberger | Attn: General Counsel | 1500 East Main Street | | Newark | OH | 43055 | |
| Lonza America, Inc | Attn: Scott B. Waldman | 90 Boroline Road | | Allendale | NJ | 07401 | |
| Lower Keys Medical Center | Attn: Randy Wade | 5900 College Road | | Key West | FL | 33040 | |
| LRG Healthcare | 80 Highland Street | | | Laconia | NH | 03246 | |
| Lucite International, Inc. | Attn: General Counsel | 7275 Goodlett Farms Parkway | | Cordova | TN | 38016-4909 | |
| Lynn Health Science Institute | 5300 North Independence Suite 130 | | | Oklahoma City | OK | 73112 | |
| Maimonides Medical Center | ATTN: President & CEO | 4802 Tenth Avenue | | Brooklyn | NY | 11219 | |
| Margaret Hall MD | 10900 Hefner Point Dr. | | | Oklahoma City | OK | 73120 | |
| Marion Community Hospital, Inc. (d/b/a Ocala Regional Medical Center and West Marion Community Hospital) | Attn: Becky Dicus, Director of HIM/FPO | 1431 SW 1st Avenue | | Ocala | FL | 34471 | |
| Marion General Hospital | Attn: General Counsel | 100 McKinley Park Drive | | Marion | OH | 43302 | |
| Mary Hitchcock Memorial Hospital | Mr. James Fawcett | Director, Regional Material Management | One Medical Center Drive | Lebanon | NH | 03756 | |
| McGee, Pickard & Robinson Eye Associates | 8121 National Ave Suite 407, | | | Midwest City | OK | 73110 | |
| Med-Turn, Inc, | Attn: Jeff Pepperworth, President | 4332 Empire Road | | Ft. Worth | TX | 76155 | |
| MELBOURNE HMA, LLC | 250 North Wickham Road | | | Melbourne | FL | 32935 | |
| Mercy Radiologists of Dubuque | 250 Mercy Drive | P.O. Box 3160 | | Dubuque | IA | 52004-3160 | |
| Metropolitan Health Corporation | 5900 Byron Center Avenue | | | Wyoming | MI | 49519 | |

Exhibit A
Transferred Contract Counterparty Service List
Served via Overnight Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|
| Michael L.Glass MD F.A.C.O.G (Obstetrics & Gynocology) | Suite 1 121 North Bryant | | | Edmond | OK | 73034 | |
| Midwest City Regional Hospital | 2925 Parklawn Dr. | | | Midwest City | OK | 73110 | |
| Mission Home Health | Attn: Amy Nelson | 2375 Northside Drive, Suite 150 | | San Diego | CA | 92108 | |
| Montgomery Regional Hospital, Inc. | Attn: General Counsel | 3700 South Main Street | | Blacksbury | VA | 24060 | |
| Mount Carmel Health System | 6150 East Broad Street | | | Columbus | OH | 43213 | |
| Mountain States Health Alliance | Attn: General Counsel | 400 North State of Franklin Road | | Johnson City | TN | 37604 | |
| Muskogee Regional Medical Center, LLC. | Attn: General Counsel | 300 Edna M Rockefeller Drive | | Muskogee | OK | 74401 | |
| MVP Health Plan, Inc. | 625 State Street | | | Schenectady | NY | 12305 | |
| National Park Medical Center | 1910 Malvern Ave | | | Hot Springs | AR | 71901 | |
| National Park Medical Center | Attn: Mandy Golleher | 1910 Malvern Ave | | Hot Springs | AR | 71901 | |
| Nazareth Hospital | Attn: General Counsel | 2701 Holme Avenue | | Philadelphia | PA | 19152 | |
| Nebraska Heart Hospital | Attn: General Counsel | 7440 S. 91st St. | | Lincoln | NE | 68526 | |
| Neighborhood Heath Plan | ATTN: Member Services | 253 Summer Street | | Boston | MA | 02210 | |
| New Triumph Healthcare LLP | Attn: General Counsel | 7333 North Freeway | Suite 500 | Houston | TX | 77076 | |
| NORMAN REGIONAL HOSPITAL | ATTN: Manager | 901 N. Porter Avenue | | Norman | OK | 73070-1308 | |
| Northcrest Medical Center | Attn: General Counsel | 100 Northcrest Drive | | Springfield | TN | 37172 | |
| Northern Westchester Hospital | Attn: General Counsel | 400 E. Main Street | | Mt. Kisco | NY | 10549 | |
| Northside Hospital | Attn: Simon Teh | 1000 Johnson Ferry Road NE | | Atlanta | GA | 30342 | |
| Northside Hospital, Inc. | Attn: General Counsel | 1000 Johnson Ferry Road NE | | Atlanta | GA | 30342 | |
| Northwest Community Hospital | Attn: Chuck Whitcomb | 3060 Salt Creek Lane | | Arlington Heights | IL | 60005 | |
| NORTHWEST TEXAS HEALTHCARE SYSTEM | ATTN: Raymond Grenier | 1501 S. Coulter | | Amarillo | TX | 79106 | |
| Northwestern Memorial Hospital | 211 E. Ontario Street, Suite 609 | | | Chicago | IL | 60611 | |
| Norwalk Community Hospital | Attn: General Counsel | 13222 Bloomfield Avenue | | Norwalk | CA | 90650 | |
| Norwalk Hospital Association | Attn: General Counsel | 34 Maple Street | | Norwalk | CT | 06850 | |
| Oakwood Healthcare, Inc. | attn: Linda Nilsson | 15500 Lundy Parkway | | Dearborn | MI | 48126 | |
| Obstetrics & Gynecology Specialist Inc | 3433 N.W. 56th Suite 210 | | | Oklahoma City | OK | 73112 | |
| Ocala Regional Medical Center | Attn: General Counsel | 1431 S. W. 1st Avenue | | Ocala | FL | 34471 | |
| Oklahoma Bankers Association | 643 NE 41St | | | Oklahoma City | OK | 73105 | |
| Oklahoma Energy Resources Board | 3555 NW 58th St. Suite 430 | | | Oklahoma City | OK | 73112 | |
| Oklahoma Foundation for Cardiovascular Research | 1000 North Lincoln Suite 440 | | | Oklahoma City | OK | 73104 | |
| Oklahoma Foundation for Digestive Research | 711 Stanton L Young Blvd | | | Oklahoma City | OK | 73104-5022 | |
| Olathe Medical Center | Attn: General Counsel | 20333 W 151st St. | | Olathe | KS | 66061 | |
| Our Lady of Lourdes Memorial Hospital, Inc. | Attn: General Counsel | 169 Riverside Drive | | Binghamton | NY | 13905 | |
| Pablo A. Pinzon, M.D | Suite D-100. 1801 S.W. 89th | | | Oklahoma City | OK | 73159 | |
| Pine Rest Christian Mental Health Services | Attn: General Counsel | 300 68th Street SE | | Grand Rapids | MI | 49501 | |
| Precision Vision Surgery Center | 6922 S. Western | | | Oklahoma City | OK | 73139 | |
| Presbyterian Healthcare Services | Attn: General Counsel | P.O. Box 26666 | | Albuquerque | NM | 87125 | |
| Prince William Health System | Attn: General Counsel | 8650 Sudley Blvd | | Manassas | VA | 20110 | |
| Providence Hospital | Attn: General Counsel | 2435 Forest Drive | | Columbia | SC | 29204 | |
| Renaissance Womens Center | 238 N. Midwest Blvd. | | | Midwest City | OK | 73110 | |
| Renaissance Women's Center-Austin | 416 West 15th Street, | | | Edmond | OK | 73013 | |
| RENOWN HEALTH | Attn: General Counsel | 1155 Mill Street | | Reno | NV | 89502 | |
| Resurrection Health System | 7435 West Talcott Avenue | | | Chicago | IL | 60631 | |

In re: SRC Liquidation Company, et al.
Case No. 15-10541 (BLS)

Page 8 of 10

Exhibit A
Transferred Contract Counterparty Service List
Served via Overnight Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|
| River Oaks Hospital, Inc. | Attn: General Counsel | 4200 Twelve Oaks Drive | | Houston | TX | 77027 | |
| Riverside Health System | Attn: W.T. Guthrie, IS Director | 1300 Old Denbigh Boulevard | | Newport News | VA | 23602 | |
| Robert Wood Johnson University Hospital | Attn: General Counsel | 1 Robert Wood Johnson Place | | New Brunswick | NJ | 08903 | |
| Rockledge HMA, LLC | d/b/a Wuesthoff Medical Center-Rockledge | 110 Longwood Avenue | | Rockledge | FL | 32955 | |
| Rockwall Surgery Center LLP | Attn: General Counsel | 825 West Yellowjacket Lane | | Rockwall | TX | 75087 | |
| Sacred Heart- St. Mary's Hospital, Inc. | Attn: General Counsel | 2251 N. Shore Drive | | Rhinelander | WI | 54501 | |
| Saint Clare's Hospital | 25 Pocona Road | | | Denville | NJ | 07834 | |
| Saint Elizabeth Regional Medical Center | Attn: General Counsel | 555 South 70th Street | | Lincoln | NE | 68510-2494 | |
| Saint James Mercy Health System | Attn: General Counsel | 411 Canisteo Street | | Hornell | NY | 14843 | |
| Saint Mary Home II Inc. | 2021 Albany Avenue | | | West Hartford | CT | 06117 | |
| Sandhills Regional Medical Center | Attn: General Counsel | 1000 West Hamlet Avenue | | Hamlet | NC | 28345 | |
| Scottsdale Healthcare | 7400 E Osborn Road | | | Scottsdale | AZ | 85251 | |
| Sebastian River Medica Center | Attn: General Counsel | 13695 US Highway 1 | | Sebastian | FL | 32958 | |
| Seven Rivers Regional Medical Center | 6201 N. Suncoast Blvd. | | | Crystal River | FL | 34428 | |
| Shands Healthcare System | Attn: Director of Materials Management | 1600 S.W Archer Road | | Gainesville | FL | 32610 | |
| Shands Lake Shore Regional Medical Center Auxiliary, Inc. | Attn: General Counsel | 368 NE Franklin Street | | Lake City | FL | 32055 | |
| Sisters of St. Francis Health Services, Inc. | d/b/d Alverno Information Services | 1300 Albany Street | | Beech Grove | IN | 46107 | |
| Southampton Hospital | Attn: General Counsel | 240 Meeting House Road | | Southampton | NY | 11968 | |
| SouthEastern Regional Medical Center | 300 West 27th Street | | | Lumberton | NC | 28359 | |
| Southwest Surgical Hospital | Attn: General Counsel | 1612 Hurst Town Center Drive | | Hurst | TX | 76054 | |
| Spectrum Health | 100 Michigan Ave, NW | | | Grand Rapids | MI | 49503 | |
| St. Cloud Regional Medical Center | 2906 17th Street | | | Saint Cloud | FL | 34769 | |
| St. Joseph Hospital Employees' Credit Union | Attn: Lucy Descoteau, Manager | 172 Kinsley Street | | Nashua | NH | 03061 | |
| St. Joseph's Hospital Health Center | Attn: General Counsel | 301 Prospect Avenue | | Syracuse | NY | 13203 | |
| St. Luke's Episcopal Health System Corporation | 6720 Bertner | | | Houston | TX | 77030 | |
| St. Mary's Healthcare Center | Attn: General Counsel | 801 E. Sioux Avenue | | Pierre | SD | 57501 | |
| St. Peter Healthcare Services | Attn: Jonathan Goldberg | 159 Wolf Road | | Albany | NY | 12205-6007 | |
| St. Peter's Hospital | Attn: General Counsel | PO Box 8839 | | Albany | NY | 12208 | |
| Stanford Human Resources Network | 135 21 Princeton Lane | | | Edmond | OK | 73013 | |
| Stellaris Health Network | Attn: Sue Prince | 135 Bedford Road | | Armonk | NY | 10504 | |
| Stipe Law Firm | 4111 Lincoln Boulevard | | | Oklahoma City | OK | 73105 | |
| Stormont-Vail Healthcare | 1500 SW 10th Street | | | Topeka | KS | 66604 | |
| Summit Healthcare Association | Attn: Sharon Preston | 2200 E. Show Low Lake Road | | Show Low | AZ | 85901 | |
| Summit Medical Center | Attn: L. Jones | East Main and South 20th | | Van Buren | AR | 72956 | |
| Summit Medical Center | East Main Street and 20th Street | | | Van Buren | AR | 72956 | |
| Texas Scottish Rite Hospital for Children | Attn: General Counsel | 222 Welborn Street | | Dallas | TX | 75219 | |
| Texoma Medical Center | Attention: General Counsel | 1000 Memorial Drive | | Sherman | TX | 75021 | |
| TEXOMA MEDICAL CENTER, INC. | 1000 Memorial Drive | | | Sherman | TX | 75021 | |
| The Breast Cancer Screening Center of Oklahoma | 711 Stanton L. Young Ste. 700 | | | Oklahoma City | OK | 73104 | |
| The Charlotte-Mecklenburg Hospital Authority | dba Carolinas HealthCare System | PO Box 37927 | | Charlotte | NC | 28237 | |
| The Community Hospital of Brazosport, d/b/a Brazosport Regional Health System | 100 Medical Drive | | | Lake Jackson | TX | 77566 | |
| The Holloway Group | 11212 N May Ave | | | Oklahoma City | OK | 73120 | |
| The Howard Young Medical Center | Attn: General Counsel | 240 Maple Street | | Woodruff | WI | 54568 | |

In re: SRC Liquidation Company, et al.
Case No. 15-10541 (BLS)

Page 9 of 10

Exhibit A

Transferred Contract Counterparty Service List

Served via Overnight Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY |
|------|-----------|-----------|-----------|------|-------|-------------|---------|
| The McCullough-Hyde Memorial Hospital | Attn: General Counsel | 110 North Poplar Street | | Oxford | OH | 45056 | |
| The Pediatric Group PLLC | 3330 N. W. 56th Street Suite 400 | | | Oklahoma City | OK | 73112 | |
| The Regents of the UNMH of New Mexico, for UNM Hospitals | Attn: Eduardo Ybarra - Procurement Specialist | 933 Bradbury Dr. SE | Suite 3165 | Albuquerque | NM | 87106 | |
| The Renaissance Women's Center | 15th & Kelly | | | Edmond | OK | 73003 | |
| The Renaissance Women's Center | 416 West 15th Street | | | Edmond | OK | 73013 | |
| Therapeutic Associates | Attn: General Counsel | 7100 Fort Dent Way | Ste 220 | Seattle | WA | 98188 | |
| Trinty Health d/b/a Saint Joseph Mercy Oakland | 44405 Woodward | | | Pontiac | MI | 48341 | |
| Tufts Medical Center | 750 Washington Street | | | Boston | MA | 02111 | |
| Tuoro Infirmary | Attn: General Counsel | 1401 Foucher Street | | New Orleans | LA | 70115 | |
| Twin City Orthopedic | 6465 Wayzata Blvd | Suite 900 | | Minneapolis | MN | 55416 | |
| UHS of Delaware | 367 South Gulph Road | | | King of Prussia | PA | 19406 | |
| UHS of Delaware, Inc. | Attn: General Counsel | 367 South Gulph Road | | King of Prussia | PA | 19406 | |
| United Surgical Partners International, Inc. | Attn: General Counsel | 10733 Sunset Office Drive | | Sunset Hills | MO | 63127 | |
| University of Maryland Medical System Corporation | 22 South Greene Street | | | Baltimore | MD | 21201 | |
| USC University Hospital | 1500 San Pablo St. | | | Los Angeles | CA | 90033 | |
| Venice Regional Medical Center | Attn: Rick Shrader | 540 The Rialto | | Venice | FL | 34285-2900 | |
| Wake Forest University Baptist Medical Center | Medical Center Boulevard | | | Winston Salem | NC | 27157 | |
| Wellstar Health System | Attn: General Counsel | 805 Sandy Plains Road | | Marietta | GA | 30066 | |
| Western Plains Regional Hospital LLC | 3001 Avenue A | | | Dodge City | KS | 67801 | |
| Womans Christian Assn Hospital | Attn: General Counsel | 207 Foote Ave | | Jamestown | NY | 14701 | |
| Woodbury Business Systems Inc. | 101 Industrial Drive | | | La Grange | GA | 32240 | |

**Exhibit B**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | **Re Docket No. 698** |

## NOTICE REGARDING DESIGNATION AS POST-CLOSING TRANSFERRED CONTRACT AND ASSUMPTION AND ASSIGNMENT THEREOF

**PLEASE TAKE NOTICE** that, on June 19, 2015, the United States Bankruptcy Court for the District of Delaware (the "Court") entered that certain *Order (I) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (II) Granting Certain Related Relief* [Docket No. 698] (the "Sale Order").[2]

**PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraph 27 of the Sale Order, the Buyers delivered a schedule of Potential Contracts to the Debtors prior to the Closing Date. You previously received notice regarding the designation of applicable agreements as Potential Contracts.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraphs 27 and 28 of the Sale Order, the Buyers were granted ninety (90) days from the Closing Date to determine whether to assume or reject the Potential Contracts.

**PLEASE TAKE FURTHER NOTICE** that, as of the date hereof, and in accordance with paragraph 35 of the Sale Order, the Buyers have designated the Potential Contracts listed on Exhibit A hereto as Post-Closing Transferred Contracts, and such Post-Closing Transferred Contracts shall be deemed assumed and assigned to the Buyers upon the expiration of five (5) business days from the date hereof.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Sale Order.

Dated:    September 29, 2015
          Wilmington, DE

                                    */s/ Matthew P. Austria*
                                    Matthew P. Austria (DE No. 4827)
                                    WERB & SULLIVAN
                                    300 Delaware Avenue, 13th Floor
                                    P.O. Box 25046
                                    Wilmington, Delaware 19899
                                    (For courier: 19801)
                                    Telephone:  (302) 652-1100
                                    Facsimile:  (302) 652-1111
                                    E-mail:  maustria@werbsullivan.com

                                    -and-

                                    Phillip Bohl (MN No. 139191)
                                    GRAY, PLANT, MOOTY,
                                    MOOTY & BENNET, P.A.
                                    500 IDS Center
                                    80 South Eighth Street
                                    Minneapolis, Minnesota 55402
                                    Telephone:  (612) 632-3000
                                    Facsimile:  (612) 632-4019
                                    Email:  Phillip.bohl@gpmlaw.com

                                    *Counsel to Taylor Corporation*

# EXHIBIT A

## Post-Closing Transferred Contracts

| Counterparty Name | Executory Contract or Unexpired Lease | Cure Amount |
|---|---|---|