# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | Re Docket No. 698 |

## EIGHTH NOTICE REGARDING DESIGNATION AS POST-CLOSING TRANSFERRED CONTRACT AND ASSUMPTION AND ASSIGNMENT THEREOF

**PLEASE TAKE NOTICE** that, on June 19, 2015, the United States Bankruptcy Court for the District of Delaware (the "Court") entered that certain *Order (I) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (II) Granting Certain Related Relief* [Docket No. 698] (the "Sale Order").[2]

**PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraph 27 of the Sale Order, the Buyers delivered a schedule of Potential Contracts to the Debtors prior to the Closing Date. Contract Counterparties previously received notice regarding the designation of applicable agreements as Potential Contracts.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraphs 27 and 28 of the Sale Order, the Buyers were granted ninety (90) days from the Closing Date to determine whether to assume or reject the Potential Contracts.

**PLEASE TAKE FURTHER NOTICE** that, as of the date hereof, and in accordance with paragraph 35 of the Sale Order, the Buyers have designated the additional Potential Contracts listed on Exhibit A[3] hereto as Post-Closing Transferred Contracts, and such Post-

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Sale Order.

[3] Due to the confidential nature of Buyer's customers (the "Customers"), the Buyers have omitted Customer names and applicable cure amounts from the list of Post-Closing Transferred Contracts attached hereto. Concurrently herewith, the Buyers have sent customized cure notices to the Customers setting forth the applicable Cure Amount(s) for any Assumed Contract(s). Customers that have questions regarding the delivery

Closing Transferred Contracts shall be deemed assumed and assigned to the Buyers upon the expiration of five (5) business days from the date hereof.

Dated: October 5, 2015
       Wilmington, DE

*/s/ Matthew P. Austria*
Matthew P. Austria (DE No. 4827)
WERB & SULLIVAN
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, Delaware 19899
(For courier: 19801)
Telephone: (302) 652-1100
Facsimile: (302) 652-1111
E-mail: maustria@werbsullivan.com

-and-

Phillip Bohl (MN No. 139191)
GRAY, PLANT, MOOTY,
MOOTY & BENNET, P.A.
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 632-3000
Facsimile: (612) 632-4019
Email: Phillip.bohl@gpmlaw.com

*Counsel to Taylor Corporation*

---

of the customized Contract Notice may contact the Debtors' claims and noticing agent, Prime Clerk LLC, at (855) 842-4124 or standardregisterinfo@primeclerk.com.

## EXHIBIT A

## Post-Closing Transferred Contracts

| Counterparty Name | Executory Contract or Unexpired Lease | Cure Amount |
|---|---|---|
| ProLogis | Lease Agreement | $4,844.00 |
| ProLogis | Lease Agreement | |
| Exeter 700 Patrol, LLC | Lease Agreement | |
| Exeter 700 Patrol, LLC | Lease Agreement | |
| Sandusky Investments LTD | Lease Agreement | $13,401.00 |
| Sandusky Investments LTD | Lease Agreement | |
| HART NJ8A-I LLC | Lease Agreement | $42,197.00 |
| HART NJ8A-I LLC | Lease Agreement | |
| Prologis Trust | Lease Agreement | $3,981.00 |
| Prologis Trust | Lease Agreement | |
| Commodore Drive, L.P. | Real Property Leases | |
| Commodore Drive, L.P. | Real Property Leases | |
| Commodore Drive, LP | Lease | |
| 21 Parker Drive, LLC | Lease | $3,231.00 |
| 21 Parker Drive, LLC | Lease | |
| Carlsen Investment LLC | Lease Agreement | |
| Carlsen Investment LLC | Lease Agreement | |
| GLP US Management LLC | Lease Agreement | |
| GLP US Management LLC | Lease Agreement | |
| A & B Properteis Inc, 822 Bishop | Lease For Building | $2,024.00 |
| A & B Properteis Inc, 822 Bishop | Lease For Building | |
| First National Bank Alaska | Lease Agreement | $2,807.00 |
| First National Bank Alaska | Lease Agreement | |
| Paragano Holdings, LLC | Lease Agreement | $3,082.00 |
| Paragano Holdings, LLC | Lease Agreement | |
| Equova Water Technologies LLC | Real Estate Lease | |
| LSOP 3 MD 2, LLC | Lease Agreement | |
| LSOP 3 MD 2, LLC | Lease Agreement | |
| Inversiones Chévere, S.E. | Office Lease | |
| The Arbor, LLC | Rental Contract | |
| The Arbor, LLC | Rental Contract | |
| Kyrene919280, LLC | Kyrene Corporate Center Standard Commercial Office Lease | |
| Kyrene919280, LLC | Kyrene Corporate Center Standard Commercial Office Lease | |
| The Paragon, LP | Office Building Lease | |
| The Paragon, LP | Office Building Lease | |

| | | |
|---|---|---|
| The Paragon, LP | Lease | |
| The Patillo Foundation | Lease | |
| The Patillo Foundation | Lease | |
| Fairview Plaza JLC LLC | Lease Agreement | |
| Fairview Plaza JLC LLC | Lease Agreement | |
| Hillcrest Real Estate Development Company, LLC | Hillcrest Real Estate Development Co. Office Lease Agreement | |
| Hillcrest Real Estate Development Company, LLC | Hillcrest Real Estate Development Co. Office Lease Agreement | |
| 588 Associates, L.P. | Lease Agreement | |
| 588 Associates, L.P. | Lease Agreement | |
| One Telecom LLC | Lease Agreement | |
| One Telecom LLC | Lease Agreement | |
| CRP-2 Holdings AA LP | Lease Document | |
| CRP-2 Holdings AA LP | Lease Document | |
| Tel-Bingham Associates- 1977, LLC | Lease Agreement | |
| Tel-Bingham Associates- 1977, LLC | Lease Agreement | |
| Princeton Properties, Inc. (Sub S Corporation, Inc.) | Office Building Lease Agreement re: Sheakley Building Suite 185 | |
| Princeton Properties, Inc. (Sub S Corporation, Inc.) | Office Building Lease Agreement re: Sheakley Building Suite 185 | |
| Stonegate Partners I, LLC | Lease Agreement | $917.00 |
| Stonegate Partners I, LLC | Lease Agreement | |
| Ninth 209 LLC | Second Lease Renewal | |
| Ninth 209 LLC | Second Lease Renewal | |
| Burt Jordan Realtors | Lease Agreement | $165.00 |
| Burt Jordan Realtors | Lease Agreement | |
| Trafalgar Investments, LLC. | Lease Agreement | |
| Trafalgar Investments, LLC. | Lease Agreement | |
| Liberty Property Limited Partnership | Lease Agreement | |
| Liberty Property Limited Partnership | Lease Agreement | |
| Columbia Tech Center, LLC | Office Lease | |
| Columbia Tech Center, LLC | Office Lease | |
| Duetche Bank Mexico SA | Lease Contract | |
| Property Management - Monterrey | Lease Agreement | |
| Equova Water Technologies LLC | Real Estate Lease | |
| Aero-Med Ltd | Master Agreement | |
| HH Global - Americas | Vendor Services Agreement for the Supply of Goods and Services | |
| MorphoTrust USA | Mutual Non Disclosure Agreement | |

2

| | | |
|---|---|---|
| MorphoTrust USA | Mutual Non-Disclosure Agreement | |
| Multi Packaging Solutions (Unilateral) | Non-Disclosure Agreement | |
| Multi Packaging Solutions (Unilateral) | Nondisclosure Agreement | |
| Onesource Printing | Confidentiality Agreement | |
| Phillips Plastics Corp | Mutual Non-Disclosure Agreement | |
| Phillips Plastics Corp | Mutual Nondisclosure Agreement | |
| Profit Recovery Partners | Confidentiality Agreement | |
| Republic Services, Inc. | Confidentality and Non Disclosure Agreement | |
| Republic Services, Inc. | Confidentiality and Non-Disclosure Agreement | |
| Sogeti USA | Confidentiality and Non-Disclosure Agreement | |
| StayWell Company, LLC | Confidentiality Agreement | |
| Sunnova Energy Corporation | Confidentiality Agreement | |
| Superior Business Forms (Unilateral) | Confidentiality and Non-Disclosure Agreement | |
| Texas Department of Motor Vehicles | Contract for Vehicle Registration Decals, RFP 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 | |
| United Rental | Mutal Confidentality Agreement For Product/Service Development | |
| Updox LLC | Confidentiality Agreement | |
| Workfront | Confidentiality Agreement | |
| St Mary's Medical Center of Saginaw, Inc. | Master Services Agreement | |
| University of Rochester and Affiliates Highland Hospital | Master Agreement | |
| Virginia Hospital Center Arlington Health System | Master Agreement | |
| American Family Care | Group Designation / Commitment Form (Amerinet) | |
| Boston Medical Center Corporation | Standardization Incentive Program Acknowledgement Form (HealthTrust) | |
| University Hospitals Health System, Inc. | Participating Member Designation Form (Premier) | |
| Ascension Health Resource and Supply Management Group, LLC | Purchase Agreement PS00001920 | |
| HealthTrust Purchasing Group, L.P. | Purchasing Agreement HPG-298 | |
| HealthTrust Purchasing Group, L.P. | Business Associate Agreement | |

| | | |
|---|---|---|
| MedAssets Performance Management Solutions, Inc. | Agreement for Custom Forms, Printing, Document Management Services & Related Products - MS01100 | |
| Inversiones Chévere, S.E. | Office Lease | |