IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION COMPANY, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>Jointly Administered<br><br>**Re: Docket No. 1060** |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 1060

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the **Notice of Filing of Monthly Compensation and Staffing Report of McKinsey Recovery & Transformation Services U.S., LLC for the Period from August 1, 2015 through August 31, 2015** [Docket No. 1060] (the "Monthly Report") filed on September 18, 2015.

The undersigned further certifies that a review of the Court's docket in these cases reflects that no answer, objection or other responsive pleading to the Monthly Report appears thereon. Objections to the Monthly Report were to be filed and served no later than October 2, 2015 at 4:00 p.m. (ET).

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

01:17068893.6

| | |
|---|---|
| Dated: October 6, 2015<br>Wilmington, Delaware | */s/ Michael R. Nestor*<br>Michael R. Nestor (No. 3526)<br>Kara Hammond Coyle (No. 4410)<br>Andrew L. Magaziner (No. 5426)<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>mnestor@ycst.com<br>kcoyle@ycst.com<br>mkandestin@ycst.com<br>amagaziner@ycst.com<br><br>-and-<br><br>Michael A. Rosenthal (NY No. 4697561)<br>Samuel A. Newman (CA No. 217042)<br>Jeremy L. Graves (CO No. 45522)<br>Matthew G. Bouslog (CA No. 280978)<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, New York 10166-0193<br>Telephone: (212) 351-4000<br>Facsimile: (212) 351-4035<br>mrosenthal@gibsondunn.com<br>snewman@gibsondunn.com<br>jgraves@gibsondunn.com<br>mbouslog@gibsondunn.com<br><br>*Counsel to the Debtors and*<br>*Debtors in Possession* |