## EXHIBIT A

### FEE SUMMARY

**SRC Liquidation Company, et al.**
**(Case No. 15-10541 (BLS)**

**August 1, 2015 through August 31, 2015**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery (#3) | 0.0 | $       0.00 |
| Asset Disposition (#4) | 0.0 | 0.00 |
| Assumption/Rejection of Leases/Contracts (#5) | 0.0 | 0.00 |
| Avoidance Action Analysis (#6) | 0.0 | 0.00 |
| Budgeting (Case) (#7) | 0.0 | 0.00 |
| Business Operations (#8) | 0.0 | 0.00 |
| Case Administration (#9) | 0.0 | 0.00 |
| Claims Administration and Objections (#10) | 0.0 | 0.00 |
| Corporate Governance and Board Matters (#11) | 0.0 | 0.00 |
| Employee Benefits and Pensions (#12) | 31.2 | 9,020.37 |
| Employment and Fee Applications (#13) | 1.8 | 570.94 |
| Employment and Fee Application Objection (#14) | 0.0 | 0.00 |
| Financing and Cash Collateral (#15) | 0.0 | 0.00 |
| Fee Application – Privileged Review (#16) | 0.6 | 341.25 |
| Litigation (#17) | 0.0 | 0.00 |
| Meetings/Communications with Creditors (#18) | 0.0 | 0.00 |
| Non-Working Travel (#19) | 0.0 | 0.00 |
| Plan and Disclosure Statement (#20) | 0.0 | 0.00 |
| Real Estate (#21) | 0.0 | 0.00 |
| Relief From Stay and Adequate Protection (#22) | 0.0 | 0.00 |
| Reporting (#23) | 1.5 | 472.94 |
| Tax (#24) | 0.0 | 0.00 |
| Valuation (#25) | 0.0 | 0.00 |
| Intellectual Property (#26) | 17.4 | 8,256.50 |
| Privacy Matters (#27) | 0.0 | 0.00 |
| Vendor/Customer Ordinary Course Contract (#28) | 0.0 | 0.00 |
| Hawaii Employment Litigation (#29) | 38.1 | 9,617.56 |
| Violation of Non-Compete (#30) | 0.00 | 00.00 |
| **TOTAL** | **90.60** | **$28,279.56** |

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV*
*Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

---

The Standard Register Company (SRC)                         September 28, 2015
PO Box 1167                                                 Invoice # 3422207
600 Albany Street
Dayton OH 45417-3405

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.12
Matter: Employee Benefits and Pensions

---

## Remittance Advice

For Professional Services Rendered Through August 31, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 10,309.00 |
| Less Discount | $ -1,288.63 |
| Attorney Costs | $ 0.00 |
| Total Due for Professional Services | $ 9,020.37 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*

   

September 28, 2015
Invoice # 3422207

Dinsmore & Shohl LLP
Client Number – 92211.12
**Matter: Employee Benefits and Pensions**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| David A. Whaley | Partner | 13.00 | 340.00 | $ 4,420.00 |
| Joan M. Verchot | Partner | 6.10 | 430.00 | $ 2,623.00 |
| Kim Martin Lewis | Partner | 0.70 | 650.00 | $ 455.00 |
| Matthew S Arend | Partner | 2.10 | 320.00 | $ 672.00 |
| Beth A. Mandel | Associate | 9.30 | 230.00 | $ 2,139.00 |
| Total Hours / Fees | | 31.20 | | $ 10,309.00 |
| Less Discount | | | | $ -1,288.63 |
| Current Fee for Hours Worked | | | | $ 9,020.37 |

Current Amount Due This Invoice          $9,020.37

September 28, 2015
Invoice # 3422207

Dinsmore & Shohl LLP
Client Number – 92211.12
**Matter: Employee Benefits and Pensions**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/03/15 | JMV | 1.00 | Prepare for and conference call with Celeste Leach, David Williams, Ross Hunter regarding transfer of risk liability. |
| 08/03/15 | JMV | 0.80 | Receive/review updated information from Celeste Leach (.3); receive/review SIRP opinion (.3); review BWC Rules (.2). |
| 08/03/15 | DAW | 0.20 | Review and respond to communication pertaining to closing of transaction. |
| 08/03/15 | KML | 0.30 | Emails with David Whaley regarding employee issues. |
| 08/04/15 | DAW | 0.50 | Review information pertaining to administration of plans and claims for same. |
| 08/05/15 | DAW | 0.10 | Review communications pertaining to PBGC requests. |
| 08/05/15 | JMV | 0.50 | Emails to/from Ross Hunter, Celeste Leach regarding workers' comp file transition to BWC. |
| 08/05/15 | JMV | 0.50 | Telephone call with Ross Hunter at Hunter Consulting regarding bill/indemnity payments. |
| 08/06/15 | DAW | 1.10 | Review and respond to PBGC requests (1.0); forward communications pertaining to same (.1). |
| 08/06/15 | JMV | 0.80 | Conference call with Ross Hunter regarding payment of claims and all issues related to Oldco. |
| 08/06/15 | MSA | 0.60 | Review and revise [redacted] BAA. |
| 08/07/15 | DAW | 2.90 | Review Anthem amendment wtih Gibson Dunn (1.0); review terms of PBGC responses and communications pertaining to same (1.9). |
| 08/07/15 | BAM | 0.10 | Review communication regarding 401(k) termination and IRS 5310 binder for documentation of qualified status of plan. |
| 08/07/15 | JMV | 0.80 | Conference call with Celeste Leach, David Williams, Ross Hunter regarding BWC coordination of claims. |
| 08/10/15 | DAW | 0.30 | Conference call with L. Taschenberger pertaining to disability benefits (.2); forward information to PBGC in response to request (.1). |
| 08/10/15 | JMV | 0.80 | Conference with Ross Hunter regarding conference with John Jester, Self-Insured Underwriter at Ohio BWC. |
| 08/11/15 | BAM | 1.70 | Review updated 401(k) termination status report (.7); participate in conference call with Fidelity and Shepard Kaplan regarding 401(k) termination (.8); communicate with Perry Wilkes regarding outstanding matters (.2). |
| 08/11/15 | MSA | 0.30 | Email with G. Feldman-Luebkeman regarding [redacted] BAA from 2014. |
| 08/11/15 | JMV | 0.20 | Receive/review/reply to update from Celeste Leach regarding BWC transition of claims. |
| 08/12/15 | JMV | 0.30 | Receive/review email from Celeste Leach to John Jester, BWC Underwriter, regarding transition to state insurance fund. |
| 08/12/15 | JMV | 0.40 | Review documents relative to SI transition to BWC. |
| 08/13/15 | DAW | 1.00 | Review and respond to communications pertaining to terms of PBGC requests. |

September 28, 2015
Invoice # 3422207

Dinsmore & Shohl LLP
Client Number – 92211.12
**Matter: Employee Benefits and Pensions**

| | | | |
|---|---|---|---|
| 08/14/15 | DAW | 0.20 | Review and respond to communications pertaining to terms of PBGC communications. |
| 08/16/15 | DAW | 0.20 | Review and respond to communications from K. Lewis pertaining to terms of Anthem agreement. |
| 08/17/15 | DAW | 0.50 | Review and respond to communications pertaining to terms of plan operations. |
| 08/17/15 | BAM | 0.20 | Review communications regarding various issues pertaining to 401k. |
| 08/17/15 | KML | 0.30 | Emails with David Whaley regarding Anthem. |
| 08/18/15 | DAW | 2.30 | Review and respond to questions pertaining to IBNR (1.0); review information pertaining to termination of Savings Plan (1.3). |
| 08/18/15 | BAM | 1.90 | Research defined contribution plan partial termination thresholds and timing (.3); review updated 401(k) termination status report (.4); review various communications regarding 401(k) termination (.4); participate in conference call regarding same (.8). |
| 08/19/15 | DAW | 0.40 | Review communications pertaining to budgeting for Plan Administration. |
| 08/19/15 | BAM | 0.40 | Various communications with P. Wilkes and D. Whaley regarding partial termination, fiduciary liability insurance payments, and 401(k) forfeiture fund. |
| 08/20/15 | MSA | 0.70 | Review and revise [redacted] BAA. |
| 08/20/15 | DAW | 0.30 | Follow-up pertaining to IBNR and PBGC (.2); respond to communications pertaining to terms of SMM (.1). |
| 08/21/15 | DAW | 0.50 | Revise and edit terms of Summary of Material Modification for Savings Plan. |
| 08/21/15 | BAM | 1.80 | Review correspondence regarding 401(k) participant withdrawal data for 2010-2015 with respect to partial termination issue (.3); draft communications to P. Wilkes and L. Taschenberger (.7); update 5310 Binder regarding pre-Fidelity Standard Register Savings Plan requested info (.8). |
| 08/21/15 | KML | 0.10 | Attention to email regarding IBNR. |
| 08/25/15 | MSA | 0.50 | Telephone call with H. Glaser regarding HIPAA issue (.3); email to H. Glaser regarding same (.2). |
| 08/27/15 | DAW | 0.40 | Review materials and communications pertaining to termination of 401(k) plan. |
| 08/27/15 | BAM | 0.70 | Review communications regarding 11K securities filing issue and notice to participants of 401(k) termination (.4); draft communications regarding same to P. Wilkes and Fidelity (.3). |
| 08/28/15 | DAW | 1.80 | Revise and edit terms of participant communication pertaining to plan termination (1.3); conference call with H. Miller of Shepherd Kaplan pertaining to plan operation (0.5) |
| 08/31/15 | DAW | 0.30 | Review and respond to communications pertaining to terms of 401(k) Plan Termination Process. |
| 08/31/15 | BAM | 2.50 | Revise Participant Plan Termination Notice and draft communication to P. Wilkes regarding notice (1.5); various communications with Fidelity, L. Taschenberger, and P. Wilkes regarding 5310 Binder information requests (1.0). |

September 28, 2015
Invoice # 3422207

Dinsmore & Shohl LLP
Client Number – 92211.12
**Matter: Employee Benefits and Pensions**


Total Hours       31.20

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV*
*Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

---

The Standard Register Company (SRC)
PO Box 1167
600 Albany Street
Dayton OH 45417-3405

September 28, 2015
Invoice # 3422208

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.13
Matter: Employment and Fee Applications

---

## Remittance Advice

For Professional Services Rendered Through August 31, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 652.50 |
| Less Discount | $ -81.56 |
| Attorney Costs | $ 11.40 |
| Total Due for Professional Services | $ 582.34 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*

   

Dinsmore & Shohl LLP
Client Number – 92211.13
**Matter: Employment and Fee Applications**

September 28, 2015
Invoice # 3422208

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| Kim Martin Lewis | Partner | 0.30 | 650.00 | $ 195.00 |
| Patrick D Burns | Of Counsel | 1.50 | 305.00 | $ 457.50 |
| | Total Hours / Fees | 1.80 | | $ 652.50 |
| | Less Discount | | | $ -81.56 |
| | Current Fee for Hours Worked | | | $ 570.94 |

## Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 11.40 | |
| Total Attorney Costs | | $11.40 |
| Current Amount Due This Invoice | | $582.34 |

Dinsmore & Shohl LLP
Client Number – 92211.13
**Matter: Employment and Fee Applications**

September 28, 2015
Invoice # 3422208

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/11/15 | PDB | 0.20 | Attention to interim fee order. |
| 08/18/15 | PDB | 0.60 | Attention to update to Kim Martin Lewis Declaration. |
| 08/19/15 | PDB | 0.40 | Finalize Kim Martin Lewis Declaration (.2); review July 2015 bills (.2). |
| 08/19/15 | KML | 0.30 | Emails regarding SR Declaration; review and revise affidavit. |
| 08/24/15 | PDB | 0.30 | Attention to conflict issues and updates to Kim Martin Lewis Declaration. |

| Total Hours | 1.80 |
|-------------|------|

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV*
*Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

The Standard Register Company (SRC)                          September 28, 2015
PO Box 1167                                                  Invoice # 3422209
600 Albany Street
Dayton OH 45417-3405

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.16
Matter: Fee Application - Privileged Review

## Remittance Advice

For Professional Services Rendered Through August 31, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 390.00 |
| Less Discount | $ -48.75 |
| Attorney Costs | $ 0.00 |
| Total Due for Professional Services | $ 341.25 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*

   

September 28, 2015
Invoice # 3422209

Dinsmore & Shohl LLP
Client Number – 92211.16
**Matter: Fee Application - Privileged Review**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| Kim Martin Lewis | Partner | 0.60 | 650.00 | $ 390.00 |
| | Total Hours / Fees | 0.60 | | $ 390.00 |
| | Less Discount | | | $ -48.75 |
| | Current Fee for Hours Worked | | | $ 341.25 |

|  |  |
|---|---|
| Current Amount Due This Invoice | $341.25 |

Dinsmore & Shohl LLP
Client Number – 92211.16
**Matter: Fee Application - Privileged Review**

September 28, 2015
Invoice # 3422209

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 08/14/15 | KML | 0.60 | Review SRC bills for privilege. |

| | Total Hours | 0.60 | |

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV*
*Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

---

The Standard Register Company (SRC)                    September 28, 2015
PO Box 1167                                            Invoice # 3422211
600 Albany Street
Dayton OH 45417-3405

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.23
Matter: Reporting

---

## Remittance Advice

For Professional Services Rendered Through August 31, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 540.50 |
| Less Discount | $ -67.56 |
| Attorney Costs | $ 0.00 |
| Total Due for Professional Services | $ 472.94 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

### We accept Visa, Mastercard, American Express and Discover
*Please call (513) 977-8131 to initiate credit card payment.*



Dinsmore & Shohl LLP
Client Number – 92211.23
**Matter: Reporting**

September 28, 2015
Invoice # 3422211

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| Charles F. Hertlein, Jr. | Partner | 0.60 | 550.00 | $ 330.00 |
| Beth A. Mandel | Associate | 0.20 | 230.00 | $ 46.00 |
| J Eric Quinn | Associate | 0.70 | 235.00 | $ 164.50 |
| | Total Hours / Fees | 1.50 | | $ 540.50 |
| | Less Discount | | | $ -67.56 |
| | Current Fee for Hours Worked | | | $ 472.94 |

Current Amount Due This Invoice          $472.94

Dinsmore & Shohl LLP
Client Number – 92211.23
**Matter: Reporting**

September 28, 2015
Invoice # 3422211

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/03/15 | CFH | 0.60 | Review Form 8-K for filing (.4); emails regarding same (.2). |
| 08/18/15 | BAM | 0.20 | Communicate with E. Quinn regarding 11K securities filing question. |
| 08/24/15 | EQ | 0.70 | Research 11-K filing requirements. |

Total Hours    1.50

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV
Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

---

The Standard Register Company (SRC)
PO Box 1167
600 Albany Street
Dayton OH 45417-3405

September 28, 2015
Invoice # 3422212

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.26
Matter: IP

---

## Remittance Advice

For Professional Services Rendered Through August 31, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 9,436.00 |
| Less Discount | $ -1,179.50 |
| Attorney Costs | $ 200.20 |
| Total Due for Professional Services | $ 8,456.70 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*

   

September 28, 2015
Invoice # 3422212

Dinsmore & Shohl LLP
Client Number – 92211.26
**Matter: IP**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| James F. Gottman | Partner | 17.00 | 550.00 | $ 9,350.00 |
| Anna M. Vislosky | Paralegal | 0.40 | 215.00 | $ 86.00 |
| | Total Hours / Fees | 17.40 | | $ 9,436.00 |
| | Less Discount | | | $ -1,179.50 |
| | Current Fee for Hours Worked | | | $ 8,256.50 |

### Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 0.20 |
| Govt. Filing Fee paid to US Patent & Trademark Office | $ 200.00 |
| Total Attorney Costs | $200.20 |
| Current Amount Due This Invoice | $8,456.70 |

September 28, 2015
Invoice # 3422212

Dinsmore & Shohl LLP
Client Number – 92211.26
**Matter: IP**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 08/03/15 | JFG | 3.00 | STD 1315 PA - Draft Appeal Brief. |
| 08/04/15 | JFG | 2.00 | STD 1315 PA - Draft Appeal Brief. |
| 08/05/15 | JFG | 2.00 | STD 1315 PA - Draft Appeal Brief. |
| 08/07/15 | JFG | 1.00 | STD 1315 PA - Draft Appeal Brief. |
| 08/10/15 | JFG | 3.00 | STD 1315 PA (PD09-02) - Draft Appeal Brief. |
| 08/11/15 | JFG | 2.00 | STD 1315 PA (PD09-02) - Draft Appeal Brief. |
| 08/12/15 | JFG | 1.00 | STD 1315 PA (PD09-02) - Draft Appeal Brief and file same with the Patent Office. |
| 08/12/15 | JFG | 1.00 | STD 1315 PB - Email to Mexican Associate. |
| 08/18/15 | JFG | 2.00 | STD 1354 PA (PD11-08) - Review and report Office Action to D. Thaxton. |
| 08/25/15 | AV | 0.40 | STD 1417 TA - United States trademark registration for WORKFLOWONE - Review file for status, draft renewal inquiry letter to D. Thaxton, and obtain copy of registration certificate from U.S. Trademark Office web site. |

Total Hours     17.40

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV*
*Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

---

The Standard Register Company (SRC)                          September 28, 2015
600 Albany Street                                            Invoice # 3422213
Dayton OH 45417

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.29
Matter: Hawaii Employment Litigation

---

## Remittance Advice

For Professional Services Rendered Through August 31, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 10,991.50 |
| Less Discount | $ -1,373.94 |
| Attorney Costs | $ 773.74 |
| | |
| Total Due for Professional Services | $ 10,391.30 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*

   

September 28, 2015
Invoice # 3422213

Dinsmore & Shohl LLP
Client Number – 92211.29
**Matter: Hawaii Employment Litigation**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| Harvey J. Cohen | Partner | 2.30 | 490.00 | $ 1,127.00 |
| Ryan W. Green | Partner | 5.90 | 405.00 | $ 2,389.50 |
| Jason W. Hilliard | Associate | 29.90 | 250.00 | $ 7,475.00 |
| | Total Hours / Fees | 38.10 | | $ 10,991.50 |
| | Less Discount | | | $ -1,373.94 |
| | Current Fee for Hours Worked | | | $ 9,617.56 |

### Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Professional Services | $ 773.74 |
| Total Attorney Costs | $773.74 |
| Current Amount Due This Invoice | $10,391.30 |

September 28, 2015
Invoice # 3422213

Dinsmore & Shohl LLP
Client Number – 92211.29
**Matter: Hawaii Employment Litigation**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 08/03/15 | JWH | 0.20 | Correspondence with J. Dorothy, counsel for ASB, regarding depositions and discovery. |
| 08/04/15 | RWG | 0.30 | Receive/review ASB's Request for Production of Documents. |
| 08/04/15 | JWH | 2.40 | Draft memorandum [redacted]. |
| 08/05/15 | JWH | 0.30 | Review letter from R. Rand dated 8-4-15 in response to our letter regarding insufficient discovery. |
| 08/05/15 | JWH | 0.30 | Review deposition notices to Standard Register and WorkFlowOne. |
| 08/05/15 | JWH | 0.20 | [Redacted]. |
| 08/05/15 | JWH | 0.40 | Telephone call with opposing counsel to discuss discovery. |
| 08/05/15 | JWH | 1.00 | Draft memorandum [redacted]. |
| 08/05/15 | JWH | 1.10 | Review [redacted]. |
| 08/05/15 | RWG | 1.40 | Review communication from individual defendants' counsel regarding depositions (.2); communicate with ASB's counsel regarding depositions (.3); [redacted] (.9). |
| 08/06/15 | JWH | 4.50 | Draft comprehensive memorandum [redacted]. |
| 08/06/15 | JWH | 0.70 | Draft responses to discovery requests. |
| 08/07/15 | JWH | 2.00 | Revise [redacted] document. |
| 08/07/15 | RWG | 1.20 | Review/revise letter [redacted]. |
| 08/10/15 | JWH | 1.60 | Add additional sections to [redacted] memorandum, [redacted]. |
| 08/10/15 | JWH | 0.40 | Review [redacted] documents [redacted]. |
| 08/10/15 | JWH | 1.10 | Review and revise [redacted] memorandum. |
| 08/10/15 | JWH | 0.50 | Review document [redacted]. |
| 08/10/15 | JWH | 0.30 | Review additional [redacted] documents [redacted]. |
| 08/10/15 | HJC | 0.30 | Call regarding memorandum [redacted]. |
| 08/11/15 | JWH | 0.50 | Conduct final review of memorandum [redacted]. |
| 08/11/15 | JWH | 1.20 | Make additional changes to memorandum [redacted]. |
| 08/11/15 | RWG | 1.90 | Review/revise [redacted] memo [redacted]. |
| 08/11/15 | HJC | 1.00 | Review memorandum [redacted]. |
| 08/11/15 | HJC | 0.30 | Call regarding [redacted]. |
| 08/12/15 | JWH | 0.50 | Review [redacted]. |
| 08/12/15 | JWH | 0.80 | Draft [redacted]. |

September 28, 2015
Invoice # 3422213

Dinsmore & Shohl LLP
Client Number – 92211.29
**Matter: Hawaii Employment Litigation**

| Date | Atty | Hours | Description |
|---|---|---|---|
| 08/13/15 | JWH | 0.50 | Work on [redacted]. |
| 08/13/15 | JWH | 0.30 | Draft [redacted]. |
| 08/14/15 | JWH | 0.20 | Correspondence [redacted]. |
| 08/14/15 | JWH | 0.70 | Draft [redacted]. |
| 08/17/15 | JWH | 0.20 | Review stipulation and order regarding the protective order. |
| 08/18/15 | JWH | 0.60 | Draft [redacted]. |
| 08/18/15 | JWH | 0.30 | Telephone conference with counsel for ASB and the individual defendants to discuss litigation. |
| 08/18/15 | RWG | 0.30 | Telephone conference with opposing counsel regarding discovery and depositions. |
| 08/19/15 | HJC | 0.40 | Call regarding [redacted]. |
| 08/19/15 | JWH | 0.40 | Draft [redacted]. |
| 08/20/15 | JWH | 1.00 | Research [redacted]. |
| 08/20/15 | JWH | 0.60 | Telephone conference with [redacted]. |
| 08/20/15 | JWH | 0.10 | Telephone call with [redacted]. |
| 08/20/15 | JWH | 0.40 | Draft [redacted]. |
| 08/20/15 | RWG | 0.60 | Prepare for and attend call [redacted]. |
| 08/24/15 | JWH | 0.20 | Correspondence with [redacted]. |
| 08/24/15 | JWH | 0.30 | Review [redacted]. |
| 08/24/15 | JWH | 0.10 | Follow-up with [redacted]. |
| 08/24/15 | JWH | 0.10 | Telephone call with [redacted]. |
| 08/26/15 | HJC | 0.30 | Emails with [redacted]. |
| 08/27/15 | JWH | 1.90 | Review letter from opposing counsel demanding damage calculations (.5) draft letter [redacted] (1.4). |
| 08/28/15 | JWH | 0.50 | Review and revise [redacted]. |
| 08/31/15 | JWH | 0.90 | Revise [redacted] letter and [redacted]. |
| 08/31/15 | JWH | 0.30 | Review protective order. |
| 08/31/15 | JWH | 0.20 | Review [redacted]. |
| 08/31/15 | JWH | 0.10 | Correspond with [redacted]. |
| 08/31/15 | RWG | 0.20 | Review/revise draft [redacted]. |

Total Hours    38.10