## EXHIBIT B

### EXPENSE SUMMARY

**SRC Liquidation Company, et al.**
**(Case No. 15-10541 (BLS)**

**August 1, 2015 through August 31, 2015**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Gov't. Filing Fees | US Patent & Trademark Office | $200.00 |
| Local Counsel | Fukunaga Matayoshi Hershey & Ching LLP | 773.74 |
| Photocopies | | 38.30 |
| **Grand Total Expenses** | | **$1,012.04** |