**EXHIBIT B**

The Standard Register Company
Attn: Gerard D. Sowar, Esq.
600 Albany Street
Dayton, OH  45408

DISBURSEMENTS
90441-00012

_____

| COSTS/CHARGES | TOTAL |
|---|---:|
| DOCUMENT SEARCH AND RETRIEVAL | $ 2,414.23 |
| FILING FEES | 304.80 |
| IN HOUSE DUPLICATION | 14.90 |
| LODGING | 361.90 |
| MEALS | 100.44 |
| ON-LINE RESEARCH (LEXIS) | 220.80 |
| ON-LINE RESEARCH NEXIS - MAIN | 207.00 |
| SPECIALIZED RESEARCH/FILING FEES | 12.10 |
| TELEPHONE CHARGES | 350.82 |
| TRAVEL - AIR & RAIL | 1,413.20 |
| TRAVEL - TAXI & OTHER MODES/MILES | 8.70 |
| **Total Costs/Charges** | 5,408.89 |
| | |
| **BALANCE DUE** | $ 5,408.89 |

Invoice Date: October 7, 2015                                                                                              Invoice No. 2015102905

**Due and Payable Upon Receipt**

DISBURSEMENTS
90441-00012

_____

Detail Costs/Charges:
<u>Document Search and Retrieval</u>

| Date | Amount | Description |
|---|---|---|
| 09/25/15 | 2,414.23 | SEPTEMBER_2015-DOCUMENT_RETRIEVAL_SERVICES-C/M_90441-00019-(MONTHLY_RELATIVITY_DISK_STORAGE) |

<u>Filing Fees</u>

| Date | Amount | Description |
|---|---|---|
| 08/25/15 | 152.40 | VENDOR: CSC INVOICE#: 81103528079 DATE: 8/25/2015 ACCT#3558J/FILING FEES/NAME RESERVATION/CANCELLATION FOR SR LIQUIDATION OF PUERTO RICO INC. |
| 08/25/15 | 152.40 | VENDOR: CSC INVOICE#: 81103528045 DATE: 8/25/2015 ACCT#3558J/FILING FEES/NAME RESERVATION/CANCELLATION FOR IMLIQUIDATION, LLC |

<u>In House Duplication</u>

| Date | Amount | Description |
|---|---|---|
| 09/02/15 | 5.80 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 09/02/15 |
| 09/10/15 | 8.80 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 09/10/15 |
| 09/15/15 | 0.10 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 09/15/15 |
| 09/21/15 | 0.20 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 09/21/15 |

<u>Lodging</u>

| Date | Amount | Description |
|---|---|---|
| 09/21/15 | 361.90 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0961236209241201 DATE: 9/21/2015  MATTHEW BOUSLOG/LODGING/DELAWARE/HOTEL DUPONT 09/20/2015 - 09/21/2015 ATTEND HEARING ON CLAIM OBJECTIONS |

<u>Meals</u>

| Date | Amount | Description |
|---|---|---|
| 09/20/15 | 7.96 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0961236209241201 DATE: 9/21/2015  MEALS/CHICAGO, IL/MCDONALDS/MATTHEW BOUSLOG/ATTEND HEARING ON CLAIM OBJECTIONS |
| 09/20/15 | 8.38 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0961236209241201 DATE: 9/21/2015  MEALS/WILMINGTON, DE/TACO BELL/MATTHEW BOUSLOG/ATTEND HEARING ON CLAIM OBJECTIONS |
| 09/20/15 | 4.49 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0961236209241201 DATE: 9/21/2015  MEALS/UNITED/UNITED/MATTHEW BOUSLOG/ATTEND HEARING ON CLAIM OBJECTIONS |

Invoice Date: October 7, 2015                                                                                                   Invoice No. 2015102905

**Due and Payable Upon Receipt**

| | | |
|---|---:|---|
| 09/21/15 | 12.80 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0961236209241201 DATE: 9/21/2015  MEALS/DENVER, CO/STEVE'S SNAPPIN DOGS/MATTHEW BOUSLOG/ATTEND HEARING ON CLAIM OBJECTIONS |
| 09/21/15 | 5.94 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0961236209241201 DATE: 9/21/2015  MEALS/PHILADELPHIA, PA/JAMBA JUICE/MATTHEW BOUSLOG/ATTEND HEARING ON CLAIM OBJECTIONS |
| 09/24/15 | 60.87 | VENDOR: CUTCH INC. DBA PARADISE BAKERY INVOICE#: 210052-3379 DATE: 9/24/2015  ACCT#21/MEALS/FOOD FOR THE STANDARD REGISTER CO. MEETING. |

On-Line Research (Lexis)

| | | | | | |
|---|---:|---|---|---|---|
| 09/04/15 | 92.00 | GRAVES, JEREMY  L | 09/04/15 | 90441-00012 | LEXIS RESEARCH |
| 09/08/15 | 92.00 | GRAVES, JEREMY  L | 09/08/15 | 90441-00012 | LEXIS RESEARCH |
| 09/21/15 | 36.80 | GRAVES, JEREMY  L | 09/21/15 | 90441-00012 | LEXIS RESEARCH |

On-Line Research Nexis - Main

| | | | | | |
|---|---:|---|---|---|---|
| 09/08/15 | 23.00 | GRAVES, JEREMY  L | 09/08/15 | 90441-00012 | NEXIS RESEARCH |
| 09/15/15 | 50.00 | BOUSLOG, MATTHEW | 09/15/15 | 90441-00012 | NEXIS RESEARCH |
| 09/28/15 | 134.00 | BOUSLOG, MATTHEW | 09/28/15 | 90441-00012 | NEXIS RESEARCH |

Specialized Research/Filing Fees

| | | |
|---|---:|---|
| 09/14/15 | 12.10 | PACER  08/17/15  COURT RESEARCH |

Telephone Charges

| | | |
|---|---:|---|
| 08/17/15 | 19.80 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-082315 DATE: 8/23/2015  CONFERENCING SERVICES BY JEREMY GRAVES |

Invoice Date: October 7, 2015　　　　　　　　　　　　　　　　　　　　　　　Invoice No. 2015102905

**Due and Payable Upon Receipt**

| Date | Amount | Description |
|---|---|---|
| 08/19/15 | 5.76 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-082315 DATE: 8/23/2015  CONFERENCING SERVICES BY JEREMY GRAVES |
| 08/21/15 | 12.32 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-082315 DATE: 8/23/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 08/24/15 | 9.46 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-083015 DATE: 8/30/2015  CONFERENCING SERVICES BY MATTHEW BOUSLOG |
| 08/26/15 | 5.45 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-083015 DATE: 8/30/2015  CONFERENCING SERVICES BY JEREMY GRAVES |
| 08/26/15 | 18.39 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-083015 DATE: 8/30/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 08/26/15 | 8.63 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-083015 DATE: 8/30/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 08/27/15 | 11.44 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-083015 DATE: 8/30/2015  CONFERENCING SERVICES BY MATTHEW BOUSLOG |
| 08/27/15 | 14.65 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-083015 DATE: 8/30/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 08/28/15 | 3.78 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-083015 DATE: 8/30/2015  CONFERENCING SERVICES BY MATTHEW BOUSLOG |
| 09/01/15 | 1.14 | 1(937)221-1940     09/01/2015 DAYTON     OH |
| 09/01/15 | 3.04 | 1(571)213-4751     09/01/2015 ALEXANDRIA VA |
| 09/02/15 | 5.32 | 1(630)240-3743     09/02/2015 LA GRANGE  IL |
| 09/02/15 | 1.14 | 1(563)343-9006     09/02/2015 DAVENPORT  IA |

**Invoice Date: October 7, 2015**                                                                                 **Invoice No. 2015102905**

**Due and Payable Upon Receipt**

| | | | |
|---|---|---|---|
| 09/02/15 | 2.28 | 1(978)974-9271 | 09/02/2015 LAWRENCE   MA |
| 09/02/15 | 1.14 | 1(302)576-3592 | 09/02/2015 WILMINGTON DE |
| 09/02/15 | 2.28 | 1(937)221-1940 | 09/02/2015 DAYTON    OH |
| 09/02/15 | 1.14 | 1(212)692-1038 | 09/02/2015 NEW YORK   NY |
| 09/02/15 | 2.66 | 1(617)306-0951 | 09/02/2015 BOSTON    MA |
| 09/03/15 | 3.42 | 1(978)974-9271 | 09/03/2015 LAWRENCE   MA |
| 09/03/15 | 24.75 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-090615 DATE: 9/6/2015  CONFERENCING SERVICES BY MATTHEW BOUSLOG | |
| 09/03/15 | 13.67 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-090615 DATE: 9/6/2015  CONFERENCING SERVICES BY MATTHEW BOUSLOG | |
| 09/03/15 | 9.85 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-090615 DATE: 9/6/2015  CONFERENCING SERVICES BY MATTHEW BOUSLOG | |
| 09/08/15 | 4.56 | 1(623)972-1179 | 09/08/2015 PHOENIX    AZ |
| 09/08/15 | 4.18 | 1(302)576-3592 | 09/08/2015 WILMINGTON DE |
| 09/08/15 | 1.90 | 1(937)221-1940 | 09/08/2015 DAYTON    OH |
| 09/10/15 | 1.14 | 1(513)659-4750 | 09/10/2015 CINCINNATI OH |
| 09/10/15 | 9.88 | 1(302)576-3592 | 09/10/2015 WILMINGTON DE |
| 09/10/15 | 17.82 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-091315 DATE: 9/13/2015  CONFERENCING SERVICES BY MATTHEW BOUSLOG | |

Invoice Date: October 7, 2015                                    Invoice No. 2015102905
Due and Payable Upon Receipt

| Date | Amount | Description |
|---|---|---|
| 09/10/15 | 12.98 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-091315 DATE: 9/13/2015  CONFERENCING SERVICES BY MATTHEW BOUSLOG |
| 09/11/15 | 1.14 | 1(513)977-8554     09/11/2015 CINCINNATI OH |
| 09/11/15 | 1.52 | 1(630)240-3743     09/11/2015 LA GRANGE  IL |
| 09/11/15 | 20.43 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-091315 DATE: 9/13/2015  CONFERENCING SERVICES BY MATTHEW BOUSLOG |
| 09/14/15 | 6.84 | 1(312)407-0968     09/14/2015 CHICAGO   IL |
| 09/14/15 | 1.90 | 1(781)775-3130     09/14/2015 WALTHAM   MA |
| 09/15/15 | 5.63 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-092015 DATE: 9/20/2015  CONFERENCING SERVICES BY MATTHEW BOUSLOG |
| 09/15/15 | 5.88 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-092015 DATE: 9/20/2015  CONFERENCING SERVICES BY MATTHEW BOUSLOG |
| 09/15/15 | 5.70 | 1(302)576-3592     09/15/2015 WILMINGTON DE |
| 09/17/15 | 3.04 | 1(212)692-1038     09/17/2015 NEW YORK  NY |
| 09/17/15 | 2.28 | 1(617)306-0951     09/17/2015 BOSTON    MA |
| 09/17/15 | 1.52 | 1(937)221-1940     09/17/2015 DAYTON    OH |
| 09/17/15 | 1.90 | 1(608)284-2213     09/17/2015 MADISON   WI |
| 09/17/15 | 5.70 | 1(302)576-3592     09/17/2015 WILMINGTON DE |
| 09/17/15 | 2.28 | 1(781)444-3284     09/17/2015 NEEDHAM   MA |
| 09/17/15 | 2.66 | 1(781)444-3284     09/17/2015 NEEDHAM   MA |

**Invoice Date: October 7, 2015**                                                                      **Invoice No. 2015102905**

**Due and Payable Upon Receipt**

| | | | |
|---|---|---|---|
| 09/17/15 | 14.99 | | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-092015 DATE: 9/20/2015  CONFERENCING SERVICES BY MATTHEW BOUSLOG |
| 09/22/15 | 3.04 | 1(502)779-5817 | 09/22/2015 LOUISVILLE KY |
| 09/22/15 | 4.18 | 1(612)632-3019 | 09/22/2015 ANOKA     MN |
| 09/23/15 | 1.90 | 1(215)868-2043 | 09/23/2015 PHILA     PA |
| 09/24/15 | 1.14 | 1(608)219-9606 | 09/24/2015 MADISON   WI |
| 09/28/15 | 1.90 | 1(781)775-3130 | 09/28/2015 WALTHAM   MA |
| 09/29/15 | 12.16 | 1(781)775-3130 | 09/29/2015 WALTHAM   MA |
| 09/30/15 | 6.08 | 1(612)632-3009 | 09/30/2015 ANOKA     MN |
| 09/30/15 | 1.52 | 1(781)775-3130 | 09/30/2015 WALTHAM   MA |
| 09/30/15 | 1.52 | 1(212)257-5464 | 09/30/2015 NEW YORK  NY |

<u>Travel - Air & Rail</u>
09/20/15       1,413.20     VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0961236209241201 DATE: 9/21/2015  MATTHEW G. BOUSLOG/AIRFARE/H0103J/09/20/2015 - 09/21/2015 SNA TO ORD TO PHL; PHL TO DEN TO SNA/ATTEND HEARING ON CLAIM OBJECTIONS

<u>Travel - Taxi & Other Modes/Miles</u>
09/21/15       8.70     VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0961236209241201 DATE: 9/21/2015  CAB FARE/IRVINE, CA/ATTEND HEARING ON CLAIM OBJECTIONS

# GIBSON DUNN

Detail Costs/Charges:
In House Duplication
09/17/15                0.60    IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 09/17/15

Invoice Date: October 5, 2015                                          Invoice No. 2015101362

**Due and Payable Upon Receipt**