# **EXHIBIT C**

## BUDGETED AMOUNT

### September

**$400,000.00**

## PROFESSIONAL RATES

### September

| | |
|---|---|
| Rosenthal, Michael A. | $1,175.00 |
| Graves, Jeremy Lee | $755.00 |
| Bouslog, Matthew G. | $625.00 |
| Babcock, Christopher J. | $625.00 |
| Other Restructering/Transactional | $750.00 |
| Amponsah, Duke K. | $395.00 |

## BUDGETED HOURS

### September

| | |
|---|---|
| Rosenthal, Michael A. | 140 |
| Graves, Jeremy Lee | 150 |
| Bouslog, Matthew G. | 150 |
| Babcock, Christopher J. | 10 |
| Other Restructering/Transactional | 20 |
| Amponsah, Duke K. | 20 |
| **TOTAL** | **490** |

## BUDGETED FEES

### September

| | |
|---|---|
| Rosenthal, Michael A. | $164,500.00 |
| Graves, Jeremy Lee | $113,250.00 |
| Bouslog, Matthew G. | $93,750.00 |
| Babcock, Christopher J. | $6,250.00 |
| Other Restructering/Transactional | $14,350.00 |
| Amponsah, Duke K. | $7,900.00 |
| **TOTAL** | **$400,000.00** |

**BUDGETED EXPENSES**

<u>September</u>

$25,000

**TOTAL FEES & EXPENSES**          **$425,000.00**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise |
|---|---|
| Rosenthal, Michael A. | Partner since 1992. Joined firm as an Of Counsel in 1989. Member of IL Bar since 1980; NY Bar since 2009; TX Bar since 1985. |
| Graves, Jeremy Lee | Associate. Joined firm as an associate in 2008. Member of CO Bar since 2012; TX Bar since 2007[1]. |
| Bouslog, Matthew G. | Associate. Joined firm as an associate in 2012. Member of CA Bar since 2011. |
| Babcock, Christopher J. | Associate. Joined firm as an associate in 2011. Member of TX Bar since 2011. |
| Amponsah, Duke K. | Paralegal |

---

[1] Not actively licensed to practice in Texas.