# EXHIBIT A

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

(302) 571-6600
(800) 253-2234 (DE ONLY)

(302) 571-1253 FAX
www.ycst.com

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

TAX I.D. NO. 51-0082644

**TO:**

10/07/2015
File No. 073986.1001

For Professional Services Rendered For:

Bill No.  40385273

**Standard Register**
**Billing Period Through September 30, 2015**

Total Fees ............................................................................................$      48,289.50
Total Expenses ......................................................................................        1,473.90

Total ...............................................................$      49,763.40

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
Billing Period Through September 30, 2015

## AGGREGATE TIME SUMMARY BY TASK CODE

| TASK CODE | TASK DESCRIPTION | TOTAL HOURS | TOTAL AMOUNT |
|---|---|---|---|
| B001 | Case Administration | 8.10 | 2,614.50 |
| B002 | Court Hearings | 23.30 | 7,205.00 |
| B004 | Schedules & Statements, U.S. Trustee Reports | 6.10 | 2,725.50 |
| B005 | Lease/Executory Contract Issues | 4.00 | 2,087.50 |
| B006 | Use, Sale or Lease of Property (363 issues) | 20.60 | 8,271.50 |
| B007 | Claims Analysis, Objections and Resolutions | 32.30 | 11,547.00 |
| B009 | Stay Relief Matters | 6.30 | 2,520.00 |
| B011 | Other Adversary Proceedings | 2.40 | 456.00 |
| B012 | Plan and Disclosure Statement | 16.30 | 6,364.00 |
| B013 | Creditor Inquiries | 1.10 | 389.00 |
| B017 | Retention of Professionals/Fee Issues | 11.30 | 3,509.00 |
| B018 | Fee Application Preparation | 0.70 | 507.50 |
| B020 | Utility Services | 0.30 | 93.00 |
| | Totals | 132.80 | $ 48,289.50 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
Billing Period Through September 30, 2015

## ATTORNEY TIME SUMMARY BY TASK CODE

**Task B001**
**Case Administration**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Andrew Magaziner | Associate | 1.80 | x $ | 400.00 | = | 720.00 |
| Elizabeth S. Justison | Associate | 1.80 | x $ | 310.00 | = | 558.00 |
| Michael R. Nestor | Partner | 0.90 | x $ | 725.00 | = | 652.50 |
| Troy Bollman | Paralegal | 3.60 | x $ | 190.00 | = | 684.00 |
| | Totals: | 8.10 | | | $ | 2,614.50 |

**Task B002**
**Court Hearings**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Andrew Magaziner | Associate | 10.70 | x $ | 400.00 | = | 4,280.00 |
| Kara Hammond Coyle | Partner | 1.80 | x $ | 485.00 | = | 873.00 |
| Troy Bollman | Paralegal | 10.80 | x $ | 190.00 | = | 2,052.00 |
| | Totals: | 23.30 | | | $ | 7,205.00 |

**Task B004**
**Schedules & Statements, U.S. Trustee Reports**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Andrew Magaziner | Associate | 1.70 | x $ | 400.00 | = | 680.00 |
| Kara Hammond Coyle | Partner | 4.10 | x $ | 485.00 | = | 1,988.50 |
| Troy Bollman | Paralegal | 0.30 | x $ | 190.00 | = | 57.00 |
| | Totals: | 6.10 | | | $ | 2,725.50 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
Billing Period Through September 30, 2015

| **Task  B005** **Lease/Executory Contract Issues** | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Andrew Magaziner | Associate | 2.50 | x $ | 400.00 | = | 1,000.00 |
| Michael R. Nestor | Partner | 1.50 | x $ | 725.00 | = | 1,087.50 |
| | Totals: | 4.00 | | | $ | 2,087.50 |

| **Task  B006** **Use, Sale or Lease of Property (363 issues)** | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Andrew Magaziner | Associate | 17.80 | x $ | 400.00 | = | 7,120.00 |
| Kara Hammond Coyle | Partner | 2.10 | x $ | 485.00 | = | 1,018.50 |
| Troy Bollman | Paralegal | 0.70 | x $ | 190.00 | = | 133.00 |
| | Totals: | 20.60 | | | $ | 8,271.50 |

| **Task  B007** **Claims Analysis, Objections and Resolutions** | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Andrew Magaziner | Associate | 21.30 | x $ | 400.00 | = | 8,520.00 |
| Elizabeth S. Justison | Associate | 2.40 | x $ | 310.00 | = | 744.00 |
| Kara Hammond Coyle | Partner | 2.20 | x $ | 485.00 | = | 1,067.00 |
| Troy Bollman | Paralegal | 6.40 | x $ | 190.00 | = | 1,216.00 |
| | Totals: | 32.30 | | | $ | 11,547.00 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
Billing Period Through September 30, 2015

| Task  B009<br>**Stay Relief Matters** | | Total<br>Hours | | Hourly<br>Rate | | Total |
|---|---|---|---|---|---|---|
| Andrew Magaziner | Associate | 6.30 | x $ | 400.00 | = | 2,520.00 |
| | Totals: | 6.30 | | | $ | 2,520.00 |

| Task  B011<br>**Other Adversary Proceedings** | | Total<br>Hours | | Hourly<br>Rate | | Total |
|---|---|---|---|---|---|---|
| Troy Bollman | Paralegal | 2.40 | x $ | 190.00 | = | 456.00 |
| | Totals: | 2.40 | | | $ | 456.00 |

| Task  B012<br>**Plan and Disclosure Statement** | | Total<br>Hours | | Hourly<br>Rate | | Total |
|---|---|---|---|---|---|---|
| Andrew Magaziner | Associate | 9.70 | x $ | 400.00 | = | 3,880.00 |
| Kara Hammond Coyle | Partner | 2.90 | x $ | 485.00 | = | 1,406.50 |
| Michael R. Nestor | Partner | 0.70 | x $ | 725.00 | = | 507.50 |
| Troy Bollman | Paralegal | 3.00 | x $ | 190.00 | = | 570.00 |
| | Totals: | 16.30 | | | $ | 6,364.00 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
Billing Period Through September 30, 2015

**Task  B013**
**Creditor Inquiries**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Andrew Magaziner | Associate | 0.80 | x $ | 400.00 | = | 320.00 |
| Elizabeth S. Justison | Associate | 0.10 | x $ | 310.00 | = | 31.00 |
| Troy Bollman | Paralegal | 0.20 | x $ | 190.00 | = | 38.00 |
| | Totals: | 1.10 | | | $ | 389.00 |

**Task  B017**
**Retention of Professionals/Fee Issues**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Andrew Magaziner | Associate | 5.30 | x $ | 400.00 | = | 2,120.00 |
| Kara Hammond Coyle | Partner | 0.30 | x $ | 485.00 | = | 145.50 |
| Michael R. Nestor | Partner | 0.30 | x $ | 725.00 | = | 217.50 |
| Troy Bollman | Paralegal | 5.40 | x $ | 190.00 | = | 1,026.00 |
| | Totals: | 11.30 | | | $ | 3,509.00 |

**Task  B018**
**Fee Application Preparation**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Michael R. Nestor | Partner | 0.70 | x $ | 725.00 | = | 507.50 |
| | Totals: | 0.70 | | | $ | 507.50 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
Billing Period Through September 30, 2015

| **Task  B020**<br>**Utility Services** | | Total<br>Hours | | Hourly<br>Rate | | Total |
|---|---|---|---|---|---|---|
| Elizabeth S. Justison | Associate | 0.30 | x $ | 310.00 | = | 93.00 |
| | Totals: | 0.30 | | $ | | 93.00 |
| | Aggregate Total: | 132.80 | | $ | | 48,289.50 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
Billing Period Through September 30, 2015

## AGGREGATE TIME SUMMARY PAGE BY INDIVIDUAL

|  |  | Total Hours |  | Hourly Rate |  | Total |
|---|---|---|---|---|---|---|
| MNEST | Michael R. Nestor, Partner | 4.10 | $ | 725.00 | = | 2,972.50 |
| KCOYL | Kara Hammond Coyle, Partner | 13.40 | $ | 485.00 | = | 6,499.00 |
| AMAGA | Andrew Magaziner, Associate | 77.90 | $ | 400.00 | = | 31,160.00 |
| EJUST | Elizabeth S. Justison, Associate | 4.60 | $ | 310.00 | = | 1,426.00 |
| TBOLL | Troy Bollman, Paralegal | 32.80 | $ | 190.00 | = | 6,232.00 |
|  | Total: | 132.80 |  |  | $ | 48,289.50 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                  Invoice No. 40385273                        10-07-2015

## TIME DETAIL GROUPED BY TASK CODE

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 09/01/15 | Multiple emails with M. Rosenthal and R. Bello re: new hearing dates | AMAGA | B001 | 0.20 |
| 09/01/15 | Execute common interest agreement | AMAGA | B001 | 0.10 |
| 09/01/15 | Finalize and file certification of counsel re: hearing dates and confer with T. Bollman re: same | AMAGA | B001 | 0.10 |
| 09/01/15 | Brief review of CIA and correspondence re: same | MNEST | B001 | 0.30 |
| 09/01/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |
| 09/02/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |
| 09/03/15 | Review and revise draft removal deadline extension motion and emails with M. Bouslog and E. Justison re: same | AMAGA | B001 | 0.70 |
| 09/03/15 | Draft removal motion | EJUST | B001 | 1.00 |
| 09/03/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |
| 09/04/15 | Confer with M. Bouslog and E. Justison multiple times re: finalizing removal deadline extension motion and revise same | AMAGA | B001 | 0.30 |
| 09/04/15 | Follow up correspondence with E. Justison and M. Bouslog re: removal deadline extension motion and filing of same | AMAGA | B001 | 0.20 |
| 09/04/15 | Review/revise memo to client/GDC re: critical dates, deadlines and tasks | MNEST | B001 | 0.30 |
| 09/04/15 | Review and update the critical dates calendar and circulate to the working group for review | TBOLL | B001 | 0.50 |
| 09/04/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |
| 09/08/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                  Invoice No. 40385273                  10-07-2015

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 09/10/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |
| 09/14/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.20 |
| 09/15/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |
| 09/16/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |
| 09/17/15 | Review/revise memo re: critical dates, deadlines and tasks for distribution to clients and co-counsel | MNEST | B001 | 0.30 |
| 09/17/15 | Review and update critical dates calendar, and circulate the same to the working group | TBOLL | B001 | 0.30 |
| 09/17/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |
| 09/18/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |
| 09/21/15 | Coordinate search of dockets re: sample notices of abandonment of property | TBOLL | B001 | 0.20 |
| 09/21/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |
| 09/22/15 | Finalize and file certification of no objection for removal deadline extension motion | AMAGA | B001 | 0.10 |
| 09/22/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.30 |
| 09/23/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |
| 09/24/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |
| 09/25/15 | Call Comed re: deposit | EJUST | B001 | 0.80 |
| 09/25/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |
| 09/28/15 | Review critical dates | AMAGA | B001 | 0.10 |
| 09/28/15 | Review and update critical dates calendar | TBOLL | B001 | 0.40 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                    Invoice No. 40385273                    10-07-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 09/28/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |
| 09/29/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |
| 09/30/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |
| | Sub Total | | | 8.10 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 09/01/15 | Prepare and finalize for filing certification of counsel re: order scheduling hearing dates | TBOLL | B002 | 0.30 |
| 09/04/15 | Emails with T. Bollman re: hearing coverage in September | AMAGA | B002 | 0.10 |
| 09/08/15 | Confer with T. Bollman multiple times re: status updates for agenda | AMAGA | B002 | 0.30 |
| 09/09/15 | Review motions set for hearing on 9/21/2015 | AMAGA | B002 | 0.20 |
| 09/11/15 | Emails with M. Nestor re: hearing dates | AMAGA | B002 | 0.10 |
| 09/14/15 | Prepare initial draft agenda of matters scheduled for hearing on September 21, 2015 | TBOLL | B002 | 1.10 |
| 09/15/15 | Confer with T. Bollman and J. Graves multiple times re: hearing agenda and review and revise same | AMAGA | B002 | 0.60 |
| 09/15/15 | Review revised agenda and confer with T. Bollman re: same | AMAGA | B002 | 0.20 |
| 09/15/15 | Review J. Graves comments to agenda | AMAGA | B002 | 0.10 |
| 09/15/15 | Review and revise draft agenda of matters scheduled for hearing on September 21, 2015 | TBOLL | B002 | 1.80 |
| 09/16/15 | Review and revise hearing agenda multiple times | AMAGA | B002 | 0.30 |
| 09/16/15 | Review and update agenda of matters scheduled for hearing on September 21, 2015 | TBOLL | B002 | 0.80 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                   Invoice No. 40385273                   10-07-2015

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 09/16/15 | Prepare initial set of hearing binders re: agenda of matters scheduled for hearing on September 21, 2015 | TBOLL | B002 | 0.80 |
| 09/17/15 | Review, revise, finalize and file hearing agenda and confer multiple times with J. Graves, M. Bouslog and T. Bollman re: same | AMAGA | B002 | 0.40 |
| 09/17/15 | Confer multiple times with T. Bollman, M. Nestor, K. Coyle, M. Bouslog and J. Graves re: 9/21/15 hearing preparations | AMAGA | B002 | 0.50 |
| 09/17/15 | Follow up with M. Nestor re: hearing preparations | AMAGA | B002 | 0.10 |
| 09/17/15 | Update (.4) and finalize for filing (.3) agenda of matters scheduled for hearing on September 21, 2015 | TBOLL | B002 | 0.70 |
| 09/17/15 | Finalize and submit hearing binders to the Court re: agenda of matters scheduled for hearing on September 21, 2015 | TBOLL | B002 | 0.40 |
| 09/18/15 | Revise amended agenda multiple times and multiple calls and emails with M. Bouslog, J. Graves and T. Bollman re: same | AMAGA | B002 | 0.50 |
| 09/18/15 | Confer with M. Bouslog multiple times re: witness for hearing (.2); confer with M. Neiburg re: BLS protocol re: same (.1) | AMAGA | B002 | 0.30 |
| 09/18/15 | Begin preparing for 9/21/15 hearing | AMAGA | B002 | 1.40 |
| 09/18/15 | Confer with T. Bollman multiple times re: hearing preparations | AMAGA | B002 | 0.30 |
| 09/18/15 | Emails with M. Nestor re: hearing preparations | AMAGA | B002 | 0.10 |
| 09/18/15 | Assist in preparation of materials re: hearing scheduled for September 21, 2015 | TBOLL | B002 | 1.80 |
| 09/18/15 | Prepare initial draft amended agenda of matters scheduled for hearing on September 21, 2015 | TBOLL | B002 | 0.30 |
| 09/18/15 | Update and finalize for filing amended agenda of matters scheduled for hearing on September 21, 2015 (.4) and submit related pleadings to the Court (.2) | TBOLL | B002 | 0.60 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                    Invoice No. 40385273                    10-07-2015

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 09/20/15 | Prepare for hearing and multiple emails and calls with J. Graves, M. Bouslog, M. Rosenthal and T. Bollman re: same | AMAGA | B002 | 0.80 |
| 09/20/15 | Multiple follow up emails with T. Bollman and J. Graves re: hearing preparations and documents for same | AMAGA | B002 | 0.30 |
| 09/21/15 | Prepare for hearing | AMAGA | B002 | 3.10 |
| 09/21/15 | Attend and participate at omnibus hearing | AMAGA | B002 | 1.00 |
| 09/21/15 | Assist in preparation of materials re: hearing scheduled for September 21, 2015 | TBOLL | B002 | 2.00 |
| 09/24/15 | Work with client team re: preparation for telephonic hearing on abandonment procedures; prepare for and attend same | KCOYL | B002 | 1.80 |
| 09/24/15 | Assist in preparation of materials re: court teleconference on September 24, 2015 | TBOLL | B002 | 0.20 |
| | Sub Total | | | 23.30 |

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 09/08/15 | Confer with M. Bouslog, L. Williams and K. Coyle re: monthly operating report | AMAGA | B004 | 0.20 |
| 09/08/15 | Research re: form of monthly operating report | AMAGA | B004 | 0.10 |
| 09/09/15 | Confer with D. Williams and K. Coyle re: reporting for monthly operating report | AMAGA | B004 | 0.20 |
| 09/09/15 | Work with M. Bouslog, D. Williams and A. Magaziner re: Mexico reporting and preparation of MOR | KCOYL | B004 | 0.50 |
| 09/16/15 | Emails with D. Williams and K. Coyle re: monthly operating report | AMAGA | B004 | 0.10 |
| 09/16/15 | Correspondence with D. Williams, D. Deptula and A. Magaziner re: preparation of August MOR | KCOYL | B004 | 0.30 |
| 09/16/15 | Telephone call with D. Williams and D. Deptula re: preparation of MOR | KCOYL | B004 | 0.30 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                    Invoice No. 40385273                    10-07-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 09/17/15 | Emails and call with K. Coyle re: monthly operating report language | AMAGA | B004 | 0.20 |
| 09/17/15 | Follow up emails with K. Coyle re: monthly operating report | AMAGA | B004 | 0.10 |
| 09/17/15 | Telephone call from L. Williams re: preparation of MOR | KCOYL | B004 | 0.10 |
| 09/17/15 | Work with A. Magaziner re: preparation of MOR | KCOYL | B004 | 0.30 |
| 09/17/15 | Review and revise August MOR | KCOYL | B004 | 0.40 |
| 09/21/15 | Correspondence with P. Poirer, D. Williams and L. Williams re: revisions to August MOR | KCOYL | B004 | 0.40 |
| 09/21/15 | Teleconference with client team re: review and proposed revisions to August MOR | KCOYL | B004 | 0.40 |
| 09/22/15 | Emails with K. Coyle and D. Williams re: professional fees for inclusion on monthly operating report and review of same | AMAGA | B004 | 0.10 |
| 09/22/15 | Correspondence with D. Williams re: revisions to August MOR; review and revise same | KCOYL | B004 | 0.30 |
| 09/22/15 | Correspondence with P. Poirer re: revisions to August MOR | KCOYL | B004 | 0.20 |
| 09/24/15 | Correspondence with P. Poirer re: revisions to August MOR | KCOYL | B004 | 0.20 |
| 09/28/15 | Review draft monthly operating report and emails with K. Coyle re: same | AMAGA | B004 | 0.40 |
| 09/28/15 | Work with P. Poirer and A. Magaziner re: revisions to August MOR | KCOYL | B004 | 0.40 |
| 09/29/15 | Finalize and file monthly operating report and emails with K. Coyle and P. Poirier re: same | AMAGA | B004 | 0.30 |
| 09/29/15 | Correspondence with P. Poirer re: revisions to August MOR | KCOYL | B004 | 0.20 |
| 09/29/15 | Correspondence with A. Magaziner re: revisions to and filing of August MOR | KCOYL | B004 | 0.10 |
| 09/29/15 | Finalize for filing and submit to the U.S. Trustee the August 2015 monthly operating report | TBOLL | B004 | 0.30 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                    Invoice No. 40385273                    10-07-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| | Sub Total | | | 6.10 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 09/01/15 | Review analysis/documents re: GA Pacific pleadings, alleged next steps and merits re: same | MNEST | B005 | 1.10 |
| 09/02/15 | Review objection re: drop ship motion | MNEST | B005 | 0.40 |
| 09/03/15 | Emails with M. Bouslog and D. Hook re: adjournment of motion to reject CBA | AMAGA | B005 | 0.10 |
| 09/03/15 | Emails with T. Bollman and M. Bouslog re: responses to motion to amend and assume Anthem Insurance agreement | AMAGA | B005 | 0.10 |
| 09/08/15 | Confer with T. Bollman and M. Bouslog re: CBA rejection motion and status of same | AMAGA | B005 | 0.10 |
| 09/09/15 | Confer multiple times with M. Bouslog re: extended objection deadline in connection with motion to assume Anthem insurance policy | AMAGA | B005 | 0.20 |
| 09/16/15 | Review revised order approving union stipulation | AMAGA | B005 | 0.10 |
| 09/16/15 | Confer with J. Graves multiple times re: union stipulation and submission of same prior to hearing | AMAGA | B005 | 0.20 |
| 09/17/15 | Follow up emails with J. Graves re: union CBA rejection and status of same | AMAGA | B005 | 0.10 |
| 09/18/15 | Emails with J. Graves and union counsel re: status of CBA rejection | AMAGA | B005 | 0.10 |
| 09/21/15 | Multiple emails with M. Ralston and M. Bouslog re: rejection notices and research re: terms of sale order in connection with same | AMAGA | B005 | 0.40 |
| 09/21/15 | Review rejection list | AMAGA | B005 | 0.10 |
| 09/22/15 | Emails with M. Ralston re: rejected contracts | AMAGA | B005 | 0.10 |
| 09/23/15 | Emails with J. Graves and D. Hock re: CBA rejection | AMAGA | B005 | 0.10 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                     Invoice No. 40385273                     10-07-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 09/28/15 | Multiple emails with J. Graves re: union rejection order and status of stipulations re: same; research re: same | AMAGA | B005 | 0.20 |
| 09/28/15 | Emails with Taylor counsel, M. Bouslog and Xerox counsel re: abandoned assets | AMAGA | B005 | 0.20 |
| 09/28/15 | Emails with M. Ralston re: communications re: rejection | AMAGA | B005 | 0.10 |
| 09/30/15 | Multiple emails with T. Bollman, D. Smith and M. Bouslog re: service of rejection notice on counter parties and research re: same | AMAGA | B005 | 0.30 |
| | Sub Total | | | 4.00 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 09/02/15 | Multiple calls with DG3 counsel re: cure amount and timing for payment of same | AMAGA | B006 | 0.20 |
| 09/02/15 | Emails with D. Smith re: excluded potential contracts | AMAGA | B006 | 0.10 |
| 09/02/15 | Correspondence with A. Magaziner and B. Bowden re: objection to drop ship claims | KCOYL | B006 | 0.20 |
| 09/04/15 | Multiple emails with Glatfelter counsel, M. Bouslog and D. Smith re: assumed contracts | AMAGA | B006 | 0.20 |
| 09/08/15 | Multiple emails with M. Bouslog, P. Bohl and D. Baker re: assumed contracts | AMAGA | B006 | 0.10 |
| 09/08/15 | Multiple calls with M. Bouslog re: status of abandonment procedures motion | AMAGA | B006 | 0.30 |
| 09/08/15 | Multiple calls and emails with Xerox counsel re: comments to abandonment procedures (.2) and review language proposed in connection with same (.1); confer with M. Bouslog re: same (.1) | AMAGA | B006 | 0.40 |
| 09/08/15 | Review latest assumed contracts list | AMAGA | B006 | 0.10 |
| 09/08/15 | Telephone call from T. Gaa re: Salesforce.com payment inquiry | KCOYL | B006 | 0.10 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                  Invoice No. 40385273                        10-07-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 09/09/15 | Review EPA language for abandonment procedures order and confer with M. Bouslog re: same (.2); brief research re: same (.1) | AMAGA | B006 | 0.30 |
| 09/09/15 | Follow up emails with Xerox counsel re: de minimis asset sale procedures | AMAGA | B006 | 0.10 |
| 09/09/15 | Correspondence with R. Darnell and M. Bouslog re: EPA comments to motion for approval of de minimis sale procedures | KCOYL | B006 | 0.20 |
| 09/09/15 | Correspondence to M. Rosenthal and M. Bouslog re: Salesforce.com payment issue | KCOYL | B006 | 0.10 |
| 09/09/15 | Telephone call to T. Gaa re: Salesforce.com payment issue | KCOYL | B006 | 0.30 |
| 09/09/15 | Telephone call to M. Bouslog re: Salesforce.com payment issue | KCOYL | B006 | 0.10 |
| 09/09/15 | Telephone call to/from P. Bohl re: Salesforce.com payment issue | KCOYL | B006 | 0.20 |
| 09/10/15 | Telephone call to P. Bohl re: payment of post-petition amounts due Salesforce.com | KCOYL | B006 | 0.10 |
| 09/11/15 | Multiple emails with M. Bouslog and EPA counsel re: EPA comments to de minimis asset sale procedures order | AMAGA | B006 | 0.20 |
| 09/11/15 | Correspondence with R. Darnell and M. Bouslog re: EPA comments to De Minimis Sale Procedures Motion | KCOYL | B006 | 0.20 |
| 09/14/15 | Review list of removed contracts | AMAGA | B006 | 0.10 |
| 09/15/15 | Calls and emails with C. Simon and M. Bouslog re: status of cure disputes and hearing on same | AMAGA | B006 | 0.20 |
| 09/15/15 | Confer with M. Bouslog and T. Bollman re: cure disputes and agenda | AMAGA | B006 | 0.20 |
| 09/15/15 | Call with M. Bouslog re: reply to Silver Point's objection to abandonment motion | AMAGA | B006 | 0.30 |
| 09/15/15 | Review preliminary draft of Silver Point's objection to abandonment and anthem motions | AMAGA | B006 | 0.20 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                Invoice No. 40385273                    10-07-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 09/15/15 | Confer with E. Justison re: motion for leave to file late reply in connection with abandonment motion | AMAGA | B006 | 0.10 |
| 09/15/15 | Multiple emails with Xerox counsel re: revised abandonment procedures order | AMAGA | B006 | 0.20 |
| 09/16/15 | Review and revise reply to abandonment procedures objection (.7) and multiple emails with J. Graves and M. Bouslog re: same (.2) | AMAGA | B006 | 0.90 |
| 09/16/15 | Multiple emails and calls with Xerox counsel and M. Bouslog re: revised abandonment procedures order and revise same | AMAGA | B006 | 0.30 |
| 09/17/15 | Review, revise and finalize latest draft of abandonment procedures reply and revised order in connection with same | AMAGA | B006 | 0.70 |
| 09/17/15 | Confer with M. Rosenthal and M. Bouslog multiple times re: Zurich insurance proceeds stipulation (.2) and brief research re: same (.1) | AMAGA | B006 | 0.30 |
| 09/17/15 | Draft stipulation re: insurance proceeds (.8) and emails with M. Nestor re: same (.1) | AMAGA | B006 | 0.90 |
| 09/17/15 | Emails with Taylor counsel re: cures | AMAGA | B006 | 0.10 |
| 09/17/15 | Emails with M. Bouslog and M. Nestor re: Zurich stipulation | AMAGA | B006 | 0.10 |
| 09/18/15 | Emails with M. Nestor and M. Bouslog re: stipulation in connection with Zurich insurance policy proceeds | AMAGA | B006 | 0.20 |
| 09/21/15 | Negotiate terms of abandonment procedures order with committee counsel, M. Bouslog, J. Graves and C. Dressel (1.7) and draft certification of counsel re: same (.3); confer with T. Bollman (.1) and M. Nestor (.2) re: same | AMAGA | B006 | 2.30 |
| 09/21/15 | Follow up emails with M. Rosenthal and Silver Point counsel re: abandonment procedures | AMAGA | B006 | 0.10 |
| 09/21/15 | Correspondence from N. DiBiaso re: Caresource Motion to Compel Rejection of Contract; review same | KCOYL | B006 | 0.20 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                    Invoice No. 40385273                         10-07-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 09/22/15 | Emails with M. Bouslog re: removed contracts and effect on abandonment | AMAGA | B006 | 0.10 |
| 09/22/15 | Confer with R. Bello, J. Graves, C. Dressel and M. Bouslog multiple times re: conference call re: abandonment procedures and timing of same | AMAGA | B006 | 0.40 |
| 09/22/15 | Multiple emails with M. Bouslog, J. Graves and M. Rosenthal re: status of negotiations with Silver Point in connection with abandonment dispute | AMAGA | B006 | 0.20 |
| 09/22/15 | Work with A. Magaziner re: Caresource Motion to Compel Rejection of Contract | KCOYL | B006 | 0.10 |
| 09/23/15 | Multiple emails with R. Bello, M. Bouslog, J. Graves, C. Dressel and M. Nestor re: telephonic hearing re: abandonment procedures | AMAGA | B006 | 0.40 |
| 09/23/15 | Confer multiple times with P. Bohl, C. Simon and M. Bouslog re: Caresource stay relief motion and emails with R. Bello re: same (.7); follow up call with C. Simon re: same (.2) | AMAGA | B006 | 0.90 |
| 09/23/15 | Additional calls with M. Bouslog re: abandonment procedures order | AMAGA | B006 | 0.30 |
| 09/23/15 | Confer with T. Bollman and committee counsel re: telephonic appearances for status conference | AMAGA | B006 | 0.20 |
| 09/23/15 | Multiple emails with M. Bouslog, R. Bello and C. Dressel re: submission of competing forms of order in advance of telephonic hearing on abandonment procedures | AMAGA | B006 | 0.30 |
| 09/23/15 | Review email from M. Austria re: Taylor's position re: Caresource motion | AMAGA | B006 | 0.10 |
| 09/23/15 | Confer with K. Coyle multiple times re: telephonic hearing on abandonment procedures dispute | AMAGA | B006 | 0.20 |
| 09/23/15 | Confer with J. Graves multiple times re: preparations for telephonic hearing | AMAGA | B006 | 0.20 |
| 09/23/15 | Call with M. Bouslog re: abandonment procedures telephonic hearing and procedures for submitting order re: same | AMAGA | B006 | 0.30 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                     Invoice No. 40385273                          10-07-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 09/23/15 | Multiple additional emails with P. Bohl, M. Austria and C. Simon re: Caresource motion for relief from sale order | AMAGA | B006 | 0.20 |
| 09/23/15 | Work with A. Magaziner re: preparation for telephonic hearing on abandonment procedures and update on Caresource motion to compel rejection of contract | KCOYL | B006 | 0.30 |
| 09/24/15 | Confer with K. Coyle, M. Bouslog and R. Bello multiple times re: telephonic hearing re: abandonment procedures | AMAGA | B006 | 0.30 |
| 09/24/15 | Prepare email to Court re: competing abandonment procedures order, finalize same, and multiple emails with C. Dressel, M. Bouslog and K. Coyle re: same | AMAGA | B006 | 0.40 |
| 09/24/15 | Emails with K. Mann re: Caresource dispute | AMAGA | B006 | 0.10 |
| 09/24/15 | Emails with W. Jung re: telephonic appearance for status conference on abandonment procedures dispute | AMAGA | B006 | 0.10 |
| 09/24/15 | Additional emails with K. Coyle re: coverage for telephonic hearing | AMAGA | B006 | 0.10 |
| 09/24/15 | Review as-entered abandonment procedures order and emails with J. Graves, M. Bouslog and M. Rosenthal re: same (.3); multiple emails with C. Dressel and M. Bouslog re: abandonment with respect to certain assets (.2) | AMAGA | B006 | 0.50 |
| 09/24/15 | Review Taylor's removal list and emails with C. Simon re: same | AMAGA | B006 | 0.10 |
| 09/24/15 | Emails with C. Dressel and M. Bouslog re: notice of abandonment re: Tolland / Norcross assets | AMAGA | B006 | 0.20 |
| 09/24/15 | Review, revise, finalize and file notice of abandonment | AMAGA | B006 | 0.30 |
| 09/25/15 | Emails with J. Graves and T. Bollman re: abandonment notice and service thereof | AMAGA | B006 | 0.10 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001              Invoice No. 40385273                        10-07-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 09/25/15 | Multiple emails with J. Graves, M. Bouslog and C. Dressel re: abandonment notice for Terra Haute property | AMAGA | B006 | 0.20 |
| 09/25/15 | Review abandonment procedures order and confer with J. Graves re: proceeds distributed from abandoned property | AMAGA | B006 | 0.20 |
| 09/25/15 | Finalize and file sale notice and confer with T. Bollman multiple times re: service for same | AMAGA | B006 | 0.30 |
| 09/28/15 | Review transferred and remove contract / asset lists and emails with M. Bouslog re: same | AMAGA | B006 | 0.20 |
| 09/29/15 | Review correspondence re: Zurich stipulation and emails with M. Bouslog and M. Rosenthal re: same | AMAGA | B006 | 0.10 |
| 09/29/15 | Multiple emails with P. Bohl, M. Bouslog and M. Ralston re: Xerox abandoned assets | AMAGA | B006 | 0.10 |
| 09/29/15 | Review latest excluded asset schedule | AMAGA | B006 | 0.20 |
| 09/29/15 | Multiple calls with Oracle counsel re: abandoned assets | AMAGA | B006 | 0.20 |
| 09/29/15 | Review email from M. Bouslog and transfer notices and abandonment notices in connection with same | AMAGA | B006 | 0.20 |
| 09/30/15 | Revise, finalize and file additional abandonment notice and multiple emails with M. Bouslog and T. Bollman re: same | AMAGA | B006 | 0.60 |
| 09/30/15 | Multiple emails with J. Graves, M. Bouslog and T. Bollman re: revised addresses for notice of sale; review same and file same | AMAGA | B006 | 0.30 |
| 09/30/15 | Prepare draft notice (.4) and finalize for filing (.3) notice of amended sale of de minimis assets | TBOLL | B006 | 0.70 |
| | Sub Total | | | 20.60 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                          Invoice No. 40385273                                    10-07-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 09/01/15 | Call with M. Bouslog re: disputed claims resolutions and reconciliations | AMAGA | B007 | 0.50 |
| 09/01/15 | Confer with E. Justison multiple times re: response to claim objection calls | AMAGA | B007 | 0.20 |
| 09/01/15 | Emails with J. Graves re: asset purchase agreement treatment of certain claims | AMAGA | B007 | 0.10 |
| 09/02/15 | Confer with J. Graves re: claims treatment under asset purchase agreement | AMAGA | B007 | 0.30 |
| 09/02/15 | Return calls to multiple parties re: responses to drop ship claim objection and emails with J. Graves re: same | AMAGA | B007 | 0.20 |
| 09/02/15 | Review multiple responses to claim objections | AMAGA | B007 | 0.20 |
| 09/02/15 | Emails with E. Justison re: claim objections | AMAGA | B007 | 0.10 |
| 09/02/15 | Follow-up (and multiple) emails with M. Bouslog re: appropriate responses to claimant response to claim objection and brief research re: same | AMAGA | B007 | 0.20 |
| 09/02/15 | Call to Quick Tech re: first omnibus objection | EJUST | B007 | 0.10 |
| 09/03/15 | Emails with J. Graves re: response deadline extensions for claim objections | AMAGA | B007 | 0.10 |
| 09/03/15 | Confer with multiple parties re: response to claim objections | AMAGA | B007 | 0.20 |
| 09/03/15 | Emails with D. Smith and M. Bouslog re: claim 1088 | AMAGA | B007 | 0.20 |
| 09/03/15 | Review multiple responses to drop ship claim objection | AMAGA | B007 | 0.20 |
| 09/03/15 | Call with K. Brown re: first omnibus objection | EJUST | B007 | 0.30 |
| 09/03/15 | Review and update claims binders re: first and second omnibus claim objections (.3) and make copies of the same (1.0) | TBOLL | B007 | 1.30 |
| 09/04/15 | Review multiple responses to claim objections (.2) and confer with J. Graves and T. Bollman (.2) multiple times re: same | AMAGA | B007 | 0.40 |
| 09/04/15 | Review additional responses to claim objections | AMAGA | B007 | 0.20 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                        Invoice No. 40385273                        10-07-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 09/04/15 | Confer with E. Justison multiple times re: claim objections (.1); confer with J. Graves re: same (.1); and call and email to S. McHugh in connection with same (.2) | AMAGA | B007 | 0.40 |
| 09/04/15 | Brief research re: grounds for responses to claim objection and confer with J. Graves re: same | AMAGA | B007 | 0.60 |
| 09/04/15 | Finalize and submit claims binders to the Court re: first and second omnibus objections to claims | TBOLL | B007 | 0.30 |
| 09/08/15 | Confer with M. Bouslog multiple times re: replies to responses to claim objections | AMAGA | B007 | 0.30 |
| 09/08/15 | Multiple calls with S. McHugh re: relief requested in claim objection | AMAGA | B007 | 0.30 |
| 09/08/15 | Confer with J. Graves re: claim objection update | AMAGA | B007 | 0.10 |
| 09/08/15 | Call with M. Bouslog re: tax claims and grounds to object to various potential priority claims | AMAGA | B007 | 1.10 |
| 09/08/15 | Research re: claim objections to tax claims | AMAGA | B007 | 1.20 |
| 09/09/15 | Follow up call with M. Bouslog re: objection to tax claims and research re: same | AMAGA | B007 | 0.80 |
| 09/09/15 | Confer with K. Coyle re: grounds to object to claims and status update re: claim objections and hearings on same | AMAGA | B007 | 0.40 |
| 09/09/15 | Further research re: objection to priority claims and emails with M. Bouslog re: same | AMAGA | B007 | 0.60 |
| 09/09/15 | Multiple emails with M. Bouslog and M. Nestor re: response to creditor inquiry responding to claim objection | AMAGA | B007 | 0.20 |
| 09/09/15 | Follow up emails with M. Bouslog re: responses to claim objections | AMAGA | B007 | 0.10 |
| 09/09/15 | Correspondence with M. Nestor and A. Magaziner re: claims inquiry | KCOYL | B007 | 0.10 |
| 09/10/15 | Emails with M. Bouslog re: claim objections and filing timeline | AMAGA | B007 | 0.10 |
| 09/10/15 | Emails with M. Bouslog re: call on claim objections | AMAGA | B007 | 0.10 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001              Invoice No. 40385273                    10-07-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 09/10/15 | Begin reviewing pension claim objection file and emails with M. Bouslog re: same | AMAGA | B007 | 0.60 |
| 09/10/15 | Multiple emails with D. Ianotti, J. Graves and M. Bouslog re: status of drop ship claim objection | AMAGA | B007 | 0.20 |
| 09/10/15 | Review additional formal responses to drop ship claim objection | AMAGA | B007 | 0.20 |
| 09/10/15 | Call with M. Bouslog re: claim objections and research re: 401(k) objections | AMAGA | B007 | 0.60 |
| 09/10/15 | Research re: form claim objection exhibits and multiple emails with M. Bouslog re: same | AMAGA | B007 | 0.50 |
| 09/10/15 | Call D. Santos re: tax form, review and revise tax form | EJUST | B007 | 0.40 |
| 09/10/15 | Correspondence with M. Bouslog, A. Magaziner and E. Justison re: preparation of claims objections | KCOYL | B007 | 0.20 |
| 09/11/15 | Emails with M. Bouslog and K. Coyle re: duplicate claim objection | AMAGA | B007 | 0.10 |
| 09/11/15 | Emails with M. Bouslog and claimant O'Donel re: response to claim objection | AMAGA | B007 | 0.10 |
| 09/11/15 | Multiple emails with M. Bouslog and E. Justison re: sample no liability claim objections | AMAGA | B007 | 0.20 |
| 09/11/15 | Research re: scheduled claims and emails with M. Bouslog and E. Justison re: same | AMAGA | B007 | 0.30 |
| 09/11/15 | Review and revise draft fourth omnibus claim objection and emails with M. Bouslog re: same | AMAGA | B007 | 0.60 |
| 09/11/15 | Multiple emails with M. Bouslog re: merits of objecting to late claims and strategy for same | AMAGA | B007 | 0.20 |
| 09/11/15 | Research re: no liability claim objections | EJUST | B007 | 0.50 |
| 09/11/15 | Correspondence with M. Bouslog, E. Justison and A. Magaziner re: preparation of omnibus claims objections | KCOYL | B007 | 0.20 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                    Invoice No. 40385273                    10-07-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 09/13/15 | Multiple emails with M. Bouslog re: claim objection and review claims and exhibits re: same (.4); review and revise draft omnibus claim objection (.7) and emails with K. Coyle and M. Bouslog re: same (.1) | AMAGA | B007 | 1.20 |
| 09/13/15 | Correspondence with M. Bouslog, A. Magaziner and E. Justison re: preparation of Fifth Substantive Claims Objection | KCOYL | B007 | 0.30 |
| 09/14/15 | Multiple emails with E. Justison, K. Coyle and M. Bouslog re: claim objections and review and revise same | AMAGA | B007 | 0.80 |
| 09/14/15 | Briefly review additional response to claim objection | AMAGA | B007 | 0.10 |
| 09/14/15 | Review omnibus claim objections and coordinate filing | EJUST | B007 | 0.80 |
| 09/14/15 | Work with A. Magaziner, M. Bouslog and E. Justison re: revisions to Fifth Substantive Claims Objection; review and revise same in preparation for filing | KCOYL | B007 | 1.40 |
| 09/14/15 | Prepare notice (.1) and finalize for filing (.3) fourth omnibus objection to claims | TBOLL | B007 | 0.40 |
| 09/14/15 | Prepare notice (.1) and finalize for filing (.3) fifth omnibus objection to claims | TBOLL | B007 | 0.40 |
| 09/14/15 | Assist in updating exhibits for fourth and fifth omnibus objection to claims | TBOLL | B007 | 0.80 |
| 09/15/15 | Emails with M. Nestor re: claim objection inquiry | AMAGA | B007 | 0.10 |
| 09/15/15 | Confer with T. Bollman, M. Bouslog and J. Graves multiple times re: certifications of no objection for claim objections (.3); review and revise certification of counsel re: same and follow up with T. Bollman re: same (.2) | AMAGA | B007 | 0.50 |
| 09/15/15 | Prepare draft certificate of no objection re: second omnibus objection to claims | TBOLL | B007 | 0.30 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001            Invoice No. 40385273                    10-07-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 09/15/15 | Update certificate of no objection re: second omnibus objection to claims to change format and language to a certification of counsel | TBOLL | B007 | 0.30 |
| 09/16/15 | Revise certification of counsel multiple times re: second omnibus claim objection order and finalize and file same | AMAGA | B007 | 0.30 |
| 09/16/15 | Confer with E. Justison multiple times re: claim objection response (.1); diligence re: same (.3); multiple emails with Weenas counsel and Sonar counsel re: same (.2); follow up with M. Bouslog re: same (.1) | AMAGA | B007 | 0.70 |
| 09/16/15 | Call with M. Goldberg re: disputed claims | AMAGA | B007 | 0.20 |
| 09/16/15 | Call with M. Goldberg re: fourth omnibus claim objection and discuss with A. Magaziner | EJUST | B007 | 0.30 |
| 09/16/15 | Compile and finalize for filing certification of counsel re: second omnibus objection to claims | TBOLL | B007 | 0.60 |
| 09/17/15 | Emails and call with M. Bouslog re: objection to tax claims | AMAGA | B007 | 0.30 |
| 09/21/15 | Multiple emails with M. Bouslog re: satisfaction of 503(b)(9) claims and brief research re: same | AMAGA | B007 | 0.30 |
| 09/22/15 | Revise claim objection order and multiple emails with M. Bouslog and claimants re: same | AMAGA | B007 | 0.40 |
| 09/23/15 | Emails with M. Bouslog and T. Bollman re: objection deadline extension | AMAGA | B007 | 0.10 |
| 09/23/15 | Research re: satisfaction of 503(b)(9) claims and multiple emails and calls with M. Bouslog re: same | AMAGA | B007 | 0.40 |
| 09/23/15 | Review draft claim settlement agreement and revise same | AMAGA | B007 | 0.20 |
| 09/23/15 | Multiple emails with D. Smith and M. Bouslog re: revised claims register and procedures for same | AMAGA | B007 | 0.20 |
| 09/24/15 | Emails with J. Graves re: response to claimant inquiry | AMAGA | B007 | 0.20 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                    Invoice No. 40385273                    10-07-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 09/25/15 | Finalize and file notice re: PBGC claims and confer with T. Bollman and J. Graves multiple times re: same | AMAGA | B007 | 0.30 |
| 09/25/15 | Review first amended response to drop ship claim objection | AMAGA | B007 | 0.10 |
| 09/25/15 | Finalize for filing notice of list of pension benefit obligations (.4), and file related notice of pension benefits bar date (.3) | TBOLL | B007 | 0.70 |
| 09/28/15 | Call with M. Bouslog re: tax claims | AMAGA | B007 | 0.30 |
| 09/28/15 | Brief research re: case law on informal proofs of claim | AMAGA | B007 | 0.20 |
| 09/28/15 | Assist in preparation of a copy of the claims binder with respect to the fifth omnibus objection to claims | TBOLL | B007 | 0.40 |
| 09/29/15 | Confer with M. Bouslog re: setoff issue | AMAGA | B007 | 0.80 |
| 09/29/15 | Emails with D. Smith and J. Graves re: supplemental bar date | AMAGA | B007 | 0.10 |
| 09/29/15 | Brief research re: claim objections and priority tax claims / interest associated with same | AMAGA | B007 | 0.30 |
| 09/29/15 | Follow up emails with M. Bouslog re: claim objections | AMAGA | B007 | 0.20 |
| 09/29/15 | Prepare index for claims binder re: fifth omnibus objection to claims | TBOLL | B007 | 0.60 |
| 09/30/15 | Finalize binder re: fifth omnibus objection to claims and submit to the Court | TBOLL | B007 | 0.30 |
| | Sub Total | | | 32.30 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 09/01/15 | Call with D. Wender re: Georgia Pacific stay relief motion | AMAGA | B009 | 0.40 |
| 09/01/15 | Draft lengthy email to M. Nestor re: status of Georgia Pacific stay relief motion | AMAGA | B009 | 0.40 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                    Invoice No. 40385273                              10-07-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 09/01/15 | Call with P. Bohl re: Georgia Pacific negotiations | AMAGA | B009 | 0.30 |
| 09/01/15 | Research re: claims in connection with stay relief issue | AMAGA | B009 | 1.10 |
| 09/02/15 | Revise objection to Georgia Pacific stay relief motion | AMAGA | B009 | 1.80 |
| 09/15/15 | Multiple emails with P. Bohl and D. Wender re: status of Georgia Pacific stay relief motion | AMAGA | B009 | 0.20 |
| 09/21/15 | Review Caresource stay relief motion and emails with M. Bouslog re: same | AMAGA | B009 | 0.20 |
| 09/22/15 | Emails with K. Coyle re: Caresource stay relief motion | AMAGA | B009 | 0.10 |
| 09/29/15 | Call and emails with D. Wender (.4) re: Georgia Pacific stay relief motion and research re: same (.2) | AMAGA | B009 | 0.60 |
| 09/29/15 | Call with J. Edwards re: Georgia Pacific stay relief motion | AMAGA | B009 | 0.30 |
| 09/29/15 | Review asset purchase agreement provisions in connection with Georgia Pacific stay relief and setoff issue | AMAGA | B009 | 0.40 |
| 09/29/15 | Follow up emails with J. Edwards re: Georgia Pacific issues | AMAGA | B009 | 0.10 |
| 09/29/15 | Call with P. Bohl re: Taylor position re: Georgia Pacific stay relief motion | AMAGA | B009 | 0.40 |
| | Sub Total | | | 6.30 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 09/04/15 | Prepare notice (.1) and finalize for filing (.3) second motion to extend the removal deadline | TBOLL | B011 | 0.40 |
| 09/17/15 | Finalize for filing and coordinate service of reply to objection of Silver Point Finance to (a) anthem insurance motion, and (b) motion to establish procedures regarding de minimis assets | TBOLL | B011 | 0.50 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001              Invoice No. 40385273                    10-07-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 09/22/15 | Prepare and finalize for filing certificate of no objection re: second motion to extend the removal deadline | TBOLL | B011 | 0.20 |
| 09/23/15 | Submit order, and related pleadings, to the Court re: motion to extend the removal deadline | TBOLL | B011 | 0.10 |
| 09/25/15 | Finalize for filing notice of sale of de minimis assets | TBOLL | B011 | 0.30 |
| 09/30/15 | Prepare and revise draft notice for abandonment of de minimis assets | TBOLL | B011 | 0.50 |
| 09/30/15 | Finalize for filing and coordinate service with the claims agent re: notice of abandonment of de minimis assets | TBOLL | B011 | 0.40 |
| | Sub Total | | | 2.40 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 09/03/15 | Emails with M. Kenney re: status of plan and disclosure statement | AMAGA | B012 | 0.10 |
| 09/06/15 | Emails with M. Rosenthal re: draft plan and disclosure statement and briefly review same | AMAGA | B012 | 0.40 |
| 09/08/15 | Begin reviewing draft plan and disclosure statement | AMAGA | B012 | 2.30 |
| 09/08/15 | Confer with K. Coyle multiple times re: latest plan developments | AMAGA | B012 | 0.20 |
| 09/08/15 | Emails with M. Rosenthal and J. Graves re: committee comments to draft plan | AMAGA | B012 | 0.10 |
| 09/08/15 | Work with M. Nestor and A. Magaziner re: revisions to proposed plan and disclosure statement; review and revise same | KCOYL | B012 | 2.10 |
| 09/10/15 | Emails with M. Rosenthal re: committee comments to draft plan | AMAGA | B012 | 0.10 |
| 09/10/15 | Review issues/correspondence re: disclosure statement and plan | MNEST | B012 | 0.30 |

29

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                  Invoice No. 40385273                        10-07-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 09/11/15 | Review U.S. Trustee response to request for combined plan and disclosure statement hearing | AMAGA | B012 | 0.10 |
| 09/11/15 | Correspondence with E. Justison and M. Bouslog re: preparation of liquidating trust agreement | KCOYL | B012 | 0.20 |
| 09/11/15 | Correspondence with M. Rosenthal and M. Kenney re: UST comments to Motion for Combined Disclosure Statement and Confirmation Hearing; review same | KCOYL | B012 | 0.20 |
| 09/15/15 | Confer with J. Graves and M. Bouslog multiple times re: status of plan and disclosure statement | AMAGA | B012 | 0.20 |
| 09/15/15 | Emails with J. Graves re: draft plan | AMAGA | B012 | 0.10 |
| 09/15/15 | Review draft plan | MNEST | B012 | 0.40 |
| 09/16/15 | Emails with J. Graves re: revised disclosure statement and draft liquidation analysis and briefly review same | AMAGA | B012 | 0.40 |
| 09/17/15 | Emails with K. Coyle re: latest draft plan and disclosure statement | AMAGA | B012 | 0.10 |
| 09/17/15 | Review M. Kenney comments to draft plan and disclosure statement and brief research re: same; emails with M. Rosenthal re: same | AMAGA | B012 | 0.20 |
| 09/17/15 | Multiple emails with M. Bouslog and J. Graves re: substantive consolidation language for disclosure statement and research re: same | AMAGA | B012 | 0.40 |
| 09/17/15 | Work with A. Magaziner re: preparation of Plan and Disclosure Statement | KCOYL | B012 | 0.40 |
| 09/18/15 | Emails with J. Graves re: filing of plan and disclosure statement | AMAGA | B012 | 0.10 |
| 09/18/15 | Revise, finalize and file plan and disclosure statement | AMAGA | B012 | 2.30 |
| 09/18/15 | Finalize for filing plan of liquidation (.4) and related disclosure statement in support of the plan (.4) | TBOLL | B012 | 0.80 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                    Invoice No. 40385273                              10-07-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 09/21/15 | Correct order re: solicitation procedures and multiple emails and calls with J. Graves, T. Bollman and R. Bello re: same | AMAGA | B012 | 0.40 |
| 09/22/15 | Emails with R. Bello, T. Bollman and J. Graves re: corrected solicitation procedures order | AMAGA | B012 | 0.20 |
| 09/22/15 | Review, finalize and file conformed plan and disclosure statement and multiple emails with J. Graves and T. Bollman re: same | AMAGA | B012 | 0.80 |
| 09/22/15 | Review and revise confirmation hearing notice and publication notice for same (.6); multiple emails with T. Bollman and J. Graves re: same (.2) | AMAGA | B012 | 0.80 |
| 09/22/15 | Follow up emails with J. Graves re: publication logistics for confirmation hearing notice | AMAGA | B012 | 0.10 |
| 09/22/15 | Review and finalize for filing first amended plan (.6), and review and finalize for filing related disclosure statement in support thereof (.5) | TBOLL | B012 | 1.10 |
| 09/22/15 | Review and update notice of combined confirmation and disclosure statement hearing | TBOLL | B012 | 0.30 |
| 09/22/15 | Review and update publication version of notice of combined confirmation and disclosure statement hearing | TBOLL | B012 | 0.40 |
| 09/23/15 | Finalize and file confirmation hearing notice and confer multiple times with J. Graves and T. Bollman re: same | AMAGA | B012 | 0.20 |
| 09/23/15 | Confer with T. Bollman re: solicitation version of confirmation hearing notice | AMAGA | B012 | 0.10 |
| 09/23/15 | Update and finalize for filing notice of combined disclosure statement and plan confirmation hearing | TBOLL | B012 | 0.40 |
| | Sub Total | | | 16.30 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 09/08/15 | Confer with E. Justison multiple times re: inquiry from Rhode Island Dept. of Revenue | AMAGA | B013 | 0.20 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                    Invoice No. 40385273                    10-07-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 09/08/15 | Call Rhode Island Department of Revenue | EJUST | B013 | 0.10 |
| 09/10/15 | Confer with E. Justison, S. Spellacy and K. Webb multiple times re: inquiry from Rhode Island Division of Taxation | AMAGA | B013 | 0.30 |
| 09/10/15 | Voicemail from K. Webb re: inquiry from Rhode Island Dept. of Revenue | AMAGA | B013 | 0.10 |
| 09/15/15 | Call with K. Webb and emails with E. Justison re: Rhode Island Dept. of Revenue inquiry | AMAGA | B013 | 0.20 |
| 09/24/15 | Calls from creditors re: omnibus claim objections | TBOLL | B013 | 0.20 |
| | Sub Total | | | 1.10 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 09/01/15 | Confer with M. Bouslog and T. Bollman re: filing of supplemental ordinary course professionals list | AMAGA | B017 | 0.20 |
| 09/01/15 | Confer with M. Rosenthal re: certification of no objection for fee applications and filing of same | AMAGA | B017 | 0.10 |
| 09/01/15 | Emails with M. Bouslog and L. Williams re: fee statements and wires for same | AMAGA | B017 | 0.10 |
| 09/01/15 | Update and finalize for filing declaration of disinterestedness of ordinary course professional Stites & Harbison | TBOLL | B017 | 0.20 |
| 09/01/15 | Update and finalize for filing notice of second supplement to list of ordinary course professionals | TBOLL | B017 | 0.30 |
| 09/02/15 | Review and finalize certification of no objection for Gibson Dunn fee application | AMAGA | B017 | 0.10 |
| 09/02/15 | Emails with A. Torgove, T. Bollman and M. Rosenthal re: status of Lazard fee application | AMAGA | B017 | 0.20 |
| 09/02/15 | Emails and calls with M. Bouslog and L. Williams re: wires for professional fees | AMAGA | B017 | 0.20 |
| 09/02/15 | Multiple emails with M. Kenney and M. Bouslog re: ordinary course professionals declaration and potential supplement to same | AMAGA | B017 | 0.20 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                    Invoice No. 40385273                    10-07-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 09/02/15 | Prepare and finalize for filing affidavit of service re: fifth monthly fee application of Dinsmore & Shohl | TBOLL | B017 | 0.20 |
| 09/02/15 | Prepare and finalize for filing certificate of no objection re: fifth monthly fee application of Gibson Dunn | TBOLL | B017 | 0.20 |
| 09/03/15 | Draft proposed order re: Lazard final fees (.3) and confer with D. O'Flanagan and T. Bollman multiple times re: submission of same (.2); finalize certification of counsel re: same (.2) | AMAGA | B017 | 0.70 |
| 09/03/15 | Emails with L. Williams re: wires for Young Conaway fees | AMAGA | B017 | 0.10 |
| 09/03/15 | Finalize for filing certification of counsel re: order approving final fee application of Lazard Freres | TBOLL | B017 | 0.30 |
| 09/03/15 | Prepare draft order approving final fee application of Lazard Freres | TBOLL | B017 | 0.40 |
| 09/03/15 | Prepare draft certification of counsel re: order approving final fee application of Lazard Freres | TBOLL | B017 | 0.30 |
| 09/03/15 | Prepare and finalize for filing certificate of no objection re: fifth monthly fee application of YCST | TBOLL | B017 | 0.30 |
| 09/04/15 | Multiple emails with T. Bollman, M. Rosenthal and M. Nestor re: quarterly fees | AMAGA | B017 | 0.20 |
| 09/04/15 | Emails with P. Poirier re: wired Young Conaway fees | AMAGA | B017 | 0.10 |
| 09/04/15 | Follow up emails with M. Nestor re: quarterly fees | AMAGA | B017 | 0.10 |
| 09/04/15 | Prepare binder and related index re: final fee application of Lazard Freres, and submit the same to the Court | TBOLL | B017 | 0.70 |
| 09/08/15 | Multiple emails with J. Graves, T. Bollman and A. Torgove re: final Lazard fee order | AMAGA | B017 | 0.20 |
| 09/08/15 | Prepare and finalize for filing certificate of no objection re: fifth monthly fee application of Dinsmore & Shohl LLP | TBOLL | B017 | 0.30 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                    Invoice No. 40385273                              10-07-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 09/09/15 | Review email from M. Kenney re: revised WilliamsMarston engagement letter and order (.1); multiple emails with M. Kenney re: same (.1); confer with L. Williams multiple times re: same (.2); revise draft proposed order (.2); draft certification of counsel re: same (.2); confer with T. Bollman and M. Bouslog multiple times re: filing of same (.2); further revise draft proposed order and finalize same (.2) | AMAGA | B017 | 1.20 |
| 09/09/15 | Correspondence with M. Kenney, A. Magaziner and M. Nestor re: inquiry re: motion to engage WilliamsMarston | KCOYL | B017 | 0.30 |
| 09/09/15 | Review/respond to UST issues with new CRO retention | MNEST | B017 | 0.30 |
| 09/14/15 | Emails with T. Bollman re: final revised WilliamsMarston order and submission of same | AMAGA | B017 | 0.10 |
| 09/14/15 | Emails with M. Bouslog re: status of WilliamsMarston order | AMAGA | B017 | 0.10 |
| 09/14/15 | Finalize for filing and submit to the Court certification of counsel re: order authorizing the retention and employment of WilliamsMarston | TBOLL | B017 | 0.30 |
| 09/15/15 | Finalize and file Gibson Dunn fee application and confer with T. Bollman and M. Bouslog re: same | AMAGA | B017 | 0.10 |
| 09/15/15 | Emails with M. Nestor re: fee application preparation | AMAGA | B017 | 0.10 |
| 09/15/15 | Review Landen Williams retention order | AMAGA | B017 | 0.10 |
| 09/15/15 | Update and finalize for filing sixth monthly fee application of Gibson Dunn | TBOLL | B017 | 0.50 |
| 09/18/15 | Multiple emails with J. Edelson and L. Williams re: payment of fees | AMAGA | B017 | 0.20 |
| 09/18/15 | Prepare notice (.1) and finalize for filing and coordinate service (.4) of monthly compensation and staffing report of McKinsey RTS for August 2015 | TBOLL | B017 | 0.50 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                    Invoice No. 40385273                         10-07-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 09/23/15 | Emails with R. Bello, T. Bollman, M. Bouslog and J. Graves re: interim fee hearing | AMAGA | B017 | 0.30 |
| 09/24/15 | Call with T. Bollman re: WilliamsMarston fee application and review and revise same | AMAGA | B017 | 0.30 |
| 09/25/15 | Review, revise, finalize and file WilliamsMarston fee statement | AMAGA | B017 | 0.30 |
| 09/25/15 | Review and revise notice of filing of August 2015 monthly compensation and staffing report of WilliamsMarston LLC | TBOLL | B017 | 0.40 |
| 09/25/15 | Finalize for filing and coordinate service of notice of filing of August 2015 monthly compensation and staffing report of WilliamsMarston LLC | TBOLL | B017 | 0.50 |
|  | Sub Total |  |  | 11.30 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 09/25/15 | Review/revise/redact fee statement | MNEST | B018 | 0.70 |
|  | Sub Total |  |  | 0.70 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 09/02/15 | Call City of Dayton re: shut-off notices (.2); email J. Detrick re: same (.1) | EJUST | B020 | 0.30 |
|  | Sub Total |  |  | 0.30 |