**EXHIBIT B**

01:17815238.1

EXHIBIT B

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
Billing Period Through September 30, 2015

## AGGREGATE ITEMIZED DISBURSEMENTS

| Description | Amount |
| --- | ---: |
| Reproduction Charges | 1,063.40 |
| Federal Express | 51.38 |
| Deposition/Transcript | 43.65 |
| Delivery / Courier | 22.50 |
| Teleconference / Video Conference | 219.01 |
| Postage | 14.56 |
| Docket Retrieval / Search | 59.40 |
| Total Disbursements: | $1,473.90 |

```
                                Young, Conaway, Stargatt and Taylor                              Page 52 (52)
CONTROL:   743510                  PROFORMA BILLING WORKSHEET                                    RUN: 10/07/15
                                FOR BILLING PROFORMA NUMBER   280244                             TIME: 15:27:40

CLIENT: 073986 Standard Register             MATTER: 073986.1001 Debtor Representation

                                                                              --- REVISED ---      PERCENT
MATTER          TIMEKEEPER              RECORDED VALUE   BILLING VALUE   ALLOCATED VALUE   ALLOCATED VALUE   ALLOCATED

  0968    TBOLL  Troy Bollman                 6,232.00        6,232.00         6,232.00                        12.91

    TOTALS FOR MATTER: 073986.1001           48,289.50       48,289.50        48,289.50
                                         ============   ============    ============

TOTALS FOR INSTRUCTION:    280244           48,289.50       48,289.50        48,289.50
                                         ============   ============    ============

                              UNBILLED EXPENSE DETAILS THROUGH 09/30/2015

UNBILLED EXPENSES         MATTER: 073986.1001  Debtor Representation
        EXPENSE                                       RECORDED   BILLING   REVISED   --------- STATUS ---------
 DATE    CODE   INDEX NO. CHECK # INVOICE  ORIG  DESCRIPTION    VALUE    VALUE    VALUE   CURRENT  BNC  B/O  H  X  BNP
07/23/15  904   4786747 90010971         KCOYLTeleconference -   9.01     9.01                 B
                                              Payee: Soundpath
                                              Confer Services,
                                              LLC
         VENDOR NAME: American Teleconferencing Services, Ltd.(Soundpath)
08/04/15 S102   4798733                    TBOLLDocket Retrieval  0.80    0.80                 B
                                              / Search - Payee:
                                              Pacer Service
                                              Center Pacer |
         VENDOR NAME:
08/06/15 S102   4798734                    TBOLLDocket Retrieval  0.40    0.40                 B
                                              / Search - Payee:
                                              Pacer Service
                                              Center Pacer |
         VENDOR NAME:
08/07/15 S102   4798735                    TBOLLDocket Retrieval 35.20   35.20                 B
                                              / Search - Payee:
                                              Pacer Service
                                              Center Pacer |
         VENDOR NAME:
08/10/15 S102   4798736                    TBOLLDocket Retrieval  5.80    5.80                 B
                                              / Search - Payee:
                                              Pacer Service
                                              Center Pacer |
         VENDOR NAME:
08/11/15 S102   4798737                    TBOLLDocket Retrieval  4.80    4.80                 B
                                              / Search - Payee:
                                              Pacer Service
                                              Center Pacer |
         VENDOR NAME:
08/13/15 S102   4798738                    TBOLLDocket Retrieval  0.40    0.40                 B
                                              / Search - Payee:
                                              Pacer Service
                                              Center Pacer |
         VENDOR NAME:
```

```
                                    Young, Conaway, Stargatt and Taylor                              Page 53 (53)
CONTROL:    743510                       PROFORMA BILLING WORKSHEET                                  RUN: 10/07/15
                                     FOR BILLING PROFORMA NUMBER    280244                           TIME: 15:27:44

CLIENT: 073986 Standard Register        MATTER: 073986.1001 Debtor Representation

UNBILLED EXPENSES      (Continued)
  EXPENSE                                                        RECORDED    BILLING    REVISED   -------  STATUS ---------
   CODE   INDEX NO.  CHECK # INVOICE ORIG   DESCRIPTION           VALUE      VALUE       VALUE    CURRENT  BNC B/O H X BNP
DATE
08/14/15  S102   4798739             TBOLL  Docket Retrieval        2.30       2.30                   B
                                            / Search - Payee:
                                            Pacer Service
                                            Center Pacer |
          VENDOR NAME:
08/17/15  S102   4798740             TBOLL  Docket Retrieval        1.40       1.40                   B
                                            / Search - Payee:
                                            Pacer Service
                                            Center Pacer |
          VENDOR NAME:
08/18/15  S102   4798741             KCOYL  Docket Retrieval        0.60       0.60                   B
                                            / Search - Payee:
                                            Pacer Service
                                            Center Pacer |
          VENDOR NAME:
08/18/15  S102   4798742             TBOLL  Docket Retrieval        4.60       4.60                   B
                                            / Search - Payee:
                                            Pacer Service
                                            Center Pacer |
          VENDOR NAME:
08/19/15  S102   4798743             TBOLL  Docket Retrieval        0.50       0.50                   B
                                            / Search - Payee:
                                            Pacer Service
                                            Center Pacer |
          VENDOR NAME:
08/20/15  S102   4798744             TBOLL  Docket Retrieval        0.50       0.50                   B
                                            / Search - Payee:
                                            Pacer Service
                                            Center Pacer |
          VENDOR NAME:
08/21/15  S102   4798745             TBOLL  Docket Retrieval        0.60       0.60                   B
                                            / Search - Payee:
                                            Pacer Service
                                            Center Pacer |
          VENDOR NAME:
08/24/15  S904   4797629             MNEST  Case Num:15-10541      30.00      30.00                   B
                                            / CCID 7110150
                                            Appr Atty:
                                            Michael A
                                            Rosenthal
                                            CourtCall0915.xls
                                            Court Call
          VENDOR NAME:
08/24/15  S904   4797630             MNEST  Case Num:15-10541      30.00      30.00                   B
                                            / CCID 7110161
                                            Appr Atty:
                                            Matthew Bouslog
```

```
                                  Young, Conaway, Stargatt and Taylor                              Page 54 (54)
CONTROL:      743510                 PROFORMA BILLING WORKSHEET                                    RUN: 10/07/15
                                  FOR BILLING PROFORMA NUMBER    280244                            TIME: 15:27:44

CLIENT: 073986 Standard Register            MATTER: 073986.1001 Debtor Representation

UNBILLED EXPENSES      (Continued)
   EXPENSE                                                        RECORDED      BILLING    REVISED          ------ STATUS ------
DATE     CODE    INDEX NO.  CHECK #  INVOICE  ORIG  DESCRIPTION     VALUE        VALUE      VALUE   CURRENT BNC B/O H X BNP
                                                    CourtCall0915.xls
                                                    Court Call
              VENDOR NAME:
08/24/15 S904   4797631                       MNEST Case Num:15-10541    30.00     30.00                B
                                                    / CCID 7110167
                                                    Appr Atty:
                                                    Michael Nestor
                                                    CourtCall0915.xls
                                                    Court Call
              VENDOR NAME:
08/24/15 S904   4797632                       MNEST Case Num:15-10541    30.00     30.00                B
                                                    / CCID 7110158
                                                    Appr Atty: Jeremy
                                                    L. Graves
                                                    CourtCall0915.xls
                                                    Court Call
              VENDOR NAME:
08/26/15 S102   4798746                       TBOLL Docket Retrieval      0.30      0.30                B
                                                    / Search - Payee:
                                                    Pacer Service
                                                    Center Pacer |
              VENDOR NAME:
08/27/15 S102   4798747                       TBOLL Docket Retrieval      0.30      0.30                B
                                                    / Search - Payee:
                                                    Pacer Service
                                                    Center Pacer |
              VENDOR NAME:
08/28/15 S102   4798748                       TBOLL Docket Retrieval      0.60      0.60                B
                                                    / Search - Payee:
                                                    Pacer Service
                                                    Center Pacer |
              VENDOR NAME:
08/31/15 S102   4798749                       TBOLL Docket Retrieval      0.30      0.30                B
                                                    / Search - Payee:
                                                    Pacer Service
                                                    Center Pacer |
              VENDOR NAME:
09/02/15 S001SCN 4782140                      TBOLL Scanning Charges      0.40      0.20                B
                                                    0968
              VENDOR NAME:
09/03/15 S001   4782859                       TBOLL Photocopy Charges   496.00    248.00                B
                                                    Duplication BW
                                                    0968
              VENDOR NAME:
09/03/15 S001   4782860                       TBOLL Photocopy Charges     0.20      0.10                B
                                                    Duplication BW
                                                    0968
```

```
                                  Young, Conaway, Stargatt and Taylor                              Page 55 (55)
CONTROL:    743510                   PROFORMA BILLING WORKSHEET                                    RUN: 10/07/15
                                 FOR BILLING PROFORMA NUMBER  280244                               TIME: 15:27:44

CLIENT: 073986 Standard Register                    MATTER: 073986.1001 Debtor Representation

UNBILLED EXPENSES    (Continued)
        EXPENSE                                              RECORDED     BILLING    REVISED           STATUS
 DATE    CODE    INDEX NO.  CHECK #  INVOICE  ORIG  DESCRIPTION   VALUE   VALUE   VALUE  CURRENT  BNC B/O H X BNP
                 VENDOR NAME:
09/03/15 S001    4782861                      TBOL  Photocopy Charges    146.80    73.40              B    ─ ─ ─ ─ ─
                                                    Duplication BW
                                                    0968
                 VENDOR NAME:
09/03/15 S001    4782862                      TBOL  Photocopy Charges      1.00     0.50              B    ─ ─ ─ ─ ─
                                                    Duplication BW
                                                    0968
                 VENDOR NAME:
09/03/15 S001    4782863                      TBOL  Photocopy Charges     16.40     8.20              B    ─ ─ ─ ─ ─
                                                    Duplication BW
                                                    0968
                 VENDOR NAME:
09/03/15 S001    4782864                      EJUST Photocopy Charges      2.00     1.00              B    ─ ─ ─ ─ ─
                                                    Duplication BW
                                                    1081
                 VENDOR NAME: Parcels, Inc. - D.D.R.
09/04/15 053     4796614  90011134            JPATT Delivery /             7.50     7.50              B    ─ ─ ─ ─ ─
                                                    Courier - From:
                                                    Young Conaway
                                                    Stargatt & Taylor
                                                    - To: Chief Judge
                                                    Brendan L. Shannon
                 VENDOR NAME: Parcels, Inc. - D.D.R.
09/04/15 053     4796615  90011134            JPATT Delivery /             7.50     7.50              B    ─ ─ ─ ─ ─
                                                    Courier - From:
                                                    Young Conaway
                                                    Stargatt & Taylor
                                                    - To: Chief Judge
                                                    Brendan L. Shannon
                 VENDOR NAME:
09/04/15 S001    4783378                      TBOL  Photocopy Charges      1.00     0.50              B    ─ ─ ─ ─ ─
                                                    Duplication BW
                                                    0968
                 VENDOR NAME:
09/04/15 S001    4783379                      TBOL  Photocopy Charges     18.00     9.00              B    ─ ─ ─ ─ ─
                                                    Duplication BW
                                                    0968
                 VENDOR NAME:
09/04/15 S001    4783380                      TBOL  Photocopy Charges     12.40     6.20              B    ─ ─ ─ ─ ─
                                                    Duplication BW
                                                    0968
                 VENDOR NAME:
09/04/15 S001    4783381                      TBOL  Photocopy Charges     11.80     5.90              B    ─ ─ ─ ─ ─
                                                    Duplication BW
                                                    0968
                 VENDOR NAME:
```

```
                                                                                          Page 56 (56)
                                                                                          RUN: 10/07/15
                                                                                          TIME: 15:27:44
                              Young, Conaway, Stargatt and Taylor
                                 PROFORMA BILLING WORKSHEET
                              FOR BILLING PROFORMA NUMBER  280244

CONTROL:  743510

CLIENT: 073986 Standard Register        MATTER: 073986.1001 Debtor Representation

UNBILLED EXPENSES    (Continued)
         EXPENSE                                         RECORDED    BILLING    REVISED           STATUS
  DATE    CODE    INDEX NO.  CHECK #  INVOICE   ORIG   DESCRIPTION    VALUE      VALUE     VALUE    CURRENT  BNC B/O  H  X  BNP
```

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/04/15 | S001 | 4783382 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 1.00 | 0.50 | | B |
| | | VENDOR NAME: | | | | | | | | |
| 09/04/15 | S001 | 4783383 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 11.20 | 5.60 | | B |
| | | VENDOR NAME: | | | | | | | | |
| 09/04/15 | S001SCN | 4783384 | | | PMORE | Scanning Charges 0572 | 11.80 | 5.90 | | B |
| 09/04/15 | S001SCN | 4783385 | | | PMORE | Scanning Charges 0572 | 15.20 | 7.60 | | B |
| | | VENDOR NAME: | | | | | | | | |
| 09/08/15 | S001 | 4783968 | | | KCOYL | Photocopy Charges Duplication BW 0754 | 6.80 | 3.40 | | B |
| 09/08/15 | S001 | 4783969 | | | PMORE | Photocopy Charges Duplication BW 0572 | 6.80 | 3.40 | | B |
| | | VENDOR NAME: | | | | | | | | |
| 09/08/15 | S001 | 4783970 | | | PMORE | Photocopy Charges Duplication BW 0572 | 8.20 | 4.10 | | B |
| | | VENDOR NAME: | | | | | | | | |
| 09/08/15 | S001 | 4783971 | | | KCOYL | Photocopy Charges Duplication BW 0754 | 8.20 | 4.10 | | B |
| | | VENDOR NAME: | | | | | | | | |
| 09/09/15 | 030 | 4784530 | | 165310 | MNEST | Deposition/Transcript - Payee: Reliable Wilmington Transcript of court hearing held on 8/24/15 | 43.65 | 43.65 | | B |
| | | VENDOR NAME: Reliable Wilmington | | | | | | | | |
| 09/14/15 | S001 | 4787054 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 3.40 | 1.70 | | B |
| | | VENDOR NAME: | | | | | | | | |
| 09/14/15 | S001 | 4787055 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 1.20 | 0.60 | | B |
| | | VENDOR NAME: | | | | | | | | |
| 09/15/15 | 004 | 4792722 | | 165576 | TBOLL | Federal Express | 14.39 | 14.39 | | B |

```
                                 Young, Conaway, Stargatt and Taylor                          Page 57 (57)
                                       PROFORMA BILLING WORKSHEET                             RUN: 10/07/15
                                 FOR BILLING PROFORMA NUMBER  280244                          TIME: 15:27:44

CONTROL:   743510

CLIENT:  073986 Standard Register               MATTER: 073986.1001 Debtor Representation

UNBILLED EXPENSES       (Continued)
       EXPENSE                                              RECORDED    BILLING    REVISED            STATUS
DATE    CODE   INDEX NO. CHECK # INVOICE ORIG  DESCRIPTION   VALUE      VALUE       VALUE    CURRENT BNC B/O H X BNP

              VENDOR NAME: Federal Express Corporation
09/15/15 004  4792723   165576          TBOLL Federal Express  14.39    14.39                   B
                                        -- FEDERAL
                                        EXPRESS - C.
                                        EDWARD DOBBS ESQ
                                        ATLANTA, GA

              VENDOR NAME: Federal Express Corporation
09/15/15 004  4792724   165576          TBOLL Federal Express  13.47    13.47                   B
                                        -- FEDERAL
                                        EXPRESS - RON E.
                                        MEISLER ESQ
                                        CHICAGO, IL

              VENDOR NAME: Federal Express Corporation
09/15/15 004  4792725   165576          TBOLL Federal Express   9.13     9.13                   B
                                        -- FEDERAL
                                        EXPRESS - KEVIN
                                        CARMODY, CRO
                                        DAYTON, OH

              VENDOR NAME: Federal Express Corporation
09/15/15 004  4787949                   TBOLL Federal Express 131.40    65.70                   B
                                        -- FEDERAL
                                        EXPRESS -
                                        WOJCIECH F. JUNG,
                                        ESQ NEW YORK
                                        CITY, NY

              VENDOR NAME:
09/16/15 S001 4788677                   TBOLL Photocopy Charges 102.40  51.20                   B
                                        Duplication BW
                                        0968

              VENDOR NAME:
09/16/15 S001 4788678                   TBOLL Photocopy Charges   4.00   2.00                   B
                                        Duplication BW
                                        0968

              VENDOR NAME:
09/16/15 S001 4788679                   TBOLL Photocopy Charges   5.20   2.60                   B
                                        Duplication BW
                                        0968

              VENDOR NAME:
09/16/15 S001 4788680                   TBOLL Photocopy Charges   2.60   1.30                   B
                                        Duplication BW
                                        0968

              VENDOR NAME:
09/16/15 S001 4788681                   TBOLL Photocopy Charges   3.80   1.90                   B
                                        Duplication BW
                                        0968
```

```
Young, Conaway, Stargatt and Taylor                                          Page: 58 (58)
                PROFORMA BILLING WORKSHEET                                   RUN:  10/07/15
          FOR BILLING PROFORMA NUMBER   280244                               TIME: 15:27:44

CONTROL:    743510

CLIENT:  073986 Standard Register                    MATTER: 073986.1001 Debtor Representation

UNBILLED EXPENSES  (Continued)
         EXPENSE                                      RECORDED   BILLING   REVISED            STATUS ---------
DATE     CODE     INDEX NO.  CHECK #  INVOICE  ORIG   DESCRIPTION          VALUE   VALUE   VALUE   CURRENT   BNC B/O H X BNP

                  VENDOR NAME:
09/16/15 S001     4788682                      TBOLL  Photocopy Charges    8.20    4.10                B
                                                      Duplication BW
                                                      0968
                  VENDOR NAME:
09/16/15 S001     4788683                      TBOLL  Photocopy Charges    2.60    1.30                B
                                                      Duplication BW
                                                      0968
                  VENDOR NAME:
09/16/15 S001     4788684                      TBOLL  Photocopy Charges    2.60    1.30                B
                                                      Duplication BW
                                                      0968
                  VENDOR NAME:
09/16/15 S001     4788685                      TBOLL  Photocopy Charges    6.80    3.40                B
                                                      Duplication BW
                                                      0968
                  VENDOR NAME:
09/16/15 S001     4788686                      TBOLL  Photocopy Charges    2.60    1.30                B
                                                      Duplication BW
                                                      0968
                  VENDOR NAME:
09/16/15 S001     4788687                      TBOLL  Photocopy Charges    7.00    3.50                B
                                                      Duplication BW
                                                      0968
                  VENDOR NAME:
09/16/15 S001     4788688                      TBOLL  Photocopy Charges    1.80    0.90                B
                                                      Duplication BW
                                                      0968
                  VENDOR NAME:
09/16/15 S001     4788689                      TBOLL  Photocopy Charges    11.40   5.70                B
                                                      Duplication BW
                                                      0968
                  VENDOR NAME:
09/16/15 S001     4788690                      TBOLL  Photocopy Charges    5.20    2.60                B
                                                      Duplication BW
                                                      0968
                  VENDOR NAME:
09/16/15 S001     4788691                      TBOLL  Photocopy Charges    8.20    4.10                B
                                                      Duplication BW
                                                      0968
                  VENDOR NAME:
09/17/15 053      4796749    90011134          JPATT  TDelivery /          7.50    7.50                B
                                                      Courier - From:
                                                      Young Conaway
                                                      Stargatt & Taylor
                                                      - To: Chief Judge
                                                      Brendan L. Shannon
```

```
                                                                                           Page 59 (59)
                                 Young, Conaway, Stargatt and Taylor                       RUN:  10/07/15
CONTROL:    743510                   PROFORMA BILLING WORKSHEET                            TIME: 15:27:44
                                 FOR BILLING PROFORMA NUMBER   280244

CLIENT: 073986 Standard Register              MATTER: 073986.1001 Debtor Representation

UNBILLED EXPENSES         (Continued)
        EXPENSE                                              RECORDED    BILLING    REVISED             STATUS
  DATE   CODE   INDEX NO.  CHECK #  INVOICE  ORIG  DESCRIPTION  VALUE     VALUE      VALUE   CURRENT  BNC B/O H X BNP

               VENDOR NAME: Parcels, Inc. - D.D.R.
09/17/15 S001   4789543                      TBOLLPhotocopy Charges   34.00    17.00                      B
                                             Duplication BW
                                             0968
               VENDOR NAME:
09/17/15 S001   4789544                      TBOLLPhotocopy Charges    4.80     2.40                      B
                                             Duplication BW
                                             0968
               VENDOR NAME:
09/17/15 S001   4789545                      TBOLLPhotocopy Charges    3.60     1.80                      B
                                             Duplication BW
                                             0968
               VENDOR NAME:
09/17/15 S001   4789546                      TBOLLPhotocopy Charges    9.60     4.80                      B
                                             Duplication BW
                                             0968
               VENDOR NAME:
09/17/15 S001   4789547                      TBOLLPhotocopy Charges   19.20     9.60                      B
                                             Duplication BW
                                             0968
               VENDOR NAME:
09/17/15 S002   4790147                      TBOLLPostage 0968         4.20     4.20                      B
               VENDOR NAME:
09/18/15 S001   4790126                      TBOLLPhotocopy Charges  122.00    61.00                      B
                                             Duplication BW
                                             0968
               VENDOR NAME:
09/18/15 S001   4790127                      TBOLLPhotocopy Charges   42.00    21.00                      B
                                             Duplication BW
                                             0968
               VENDOR NAME:
09/18/15 S001   4790128                      TBOLLPhotocopy Charges   29.20    14.60                      B
                                             Duplication BW
                                             0968
               VENDOR NAME:
09/18/15 S001   4790129                      TBOLLPhotocopy Charges    1.00     0.50                      B
                                             Duplication BW
                                             0968
               VENDOR NAME:
09/18/15 S001   4790130                      TBOLLPhotocopy Charges   89.60    44.80                      B
                                             Duplication BW
                                             0968
               VENDOR NAME:
09/18/15 S001   4790131                      TBOLLPhotocopy Charges    8.80     4.40                      B
                                             Duplication BW
                                             0968
               VENDOR NAME:
```

```
                                                                                      Page 60 (60)
                          Young, Conaway, Stargatt and Taylor                         RUN:  10/07/15
                          PROFORMA BILLING WORKSHEET                                  TIME: 15:27:44
                          FOR BILLING PROFORMA NUMBER   280244

CONTROL:   743510

CLIENT: 073986 Standard Register               MATTER: 073986.1001 Debtor Representation

UNBILLED EXPENSES        (Continued)
        EXPENSE                                              RECORDED    BILLING    REVISED   -------    STATUS -----
DATE    CODE   INDEX NO.  CHECK #  INVOICE  ORIG  DESCRIPTION   VALUE     VALUE      VALUE   CURRENT   BNC B/O H X BNP

09/18/15 S001  4790132                      AMAGA Photocopy Charges   1.80      0.90                     B
                                                  Duplication BW
                                                  1029
         VENDOR NAME:
09/18/15 S001  4790133                      TBOLL Photocopy Charges   1.00      0.50                     B
                                                  Duplication BW
                                                  0968
         VENDOR NAME:
09/18/15 S001  4790134                      TBOLL Photocopy Charges   1.20      0.60                     B
                                                  Duplication BW
                                                  0968
         VENDOR NAME:
09/18/15 S001  4790135                      TBOLL Photocopy Charges  44.00     22.00                     B
                                                  Duplication BW
                                                  0968
         VENDOR NAME:
09/18/15 S001  4790136                      TBOLL Photocopy Charges 112.00     56.00                     B
                                                  Duplication BW
                                                  0968
         VENDOR NAME:
09/18/15 S001  4790137                      TBOLL Photocopy Charges   5.20      2.60                     B
                                                  Duplication BW
                                                  0968
         VENDOR NAME:
09/18/15 S001  4790138                      TBOLL Photocopy Charges  22.40     11.20                     B
                                                  Duplication BW
                                                  0968
         VENDOR NAME:
09/18/15 S001  4790139                      TBOLL Photocopy Charges   8.80      4.40                     B
                                                  Duplication BW
                                                  0968
         VENDOR NAME:
09/18/15 S001  4790140                      TBOLL Photocopy Charges  22.40     11.20                     B
                                                  Duplication BW
                                                  0968
         VENDOR NAME:
09/18/15 S001  4790141                      TBOLL Photocopy Charges  35.20     17.60                     B
                                                  Duplication BW
                                                  0968
         VENDOR NAME:
09/18/15 S001  4790142                      TBOLL Photocopy Charges   2.40      1.20                     B
                                                  Duplication BW
                                                  0968
         VENDOR NAME:
09/18/15 S001  4790143                      TBOLL Photocopy Charges   9.00      4.50                     B
                                                  Duplication BW
                                                  0968
         VENDOR NAME:
```

```
CONTROL:  743510                        Young, Conaway, Stargatt and Taylor                        Page 61 (61)
                                         PROFORMA BILLING WORKSHEET                                RUN: 10/07/15
                                    FOR BILLING PROFORMA NUMBER   280244                           TIME: 15:27:44

CLIENT: 073986 Standard Register               MATTER: 073986.1001 Debtor Representation

UNBILLED EXPENSES       (Continued)
         EXPENSE                                                          RECORDED    BILLING    REVISED            STATUS
  DATE     CODE    INDEX NO.  CHECK #  INVOICE   ORIG   DESCRIPTION        VALUE       VALUE      VALUE   CURRENT   BNC B/O H X BNP

                 VENDOR NAME:
09/18/15  S001     4790144                       TBOLL  Photocopy Charges    2.20       1.10                  B
                                                        Duplication BW
                                                        0968
                 VENDOR NAME:
09/18/15  S001     4790145                       TBOLL  Photocopy Charges    7.20       3.60                  B
                                                        Duplication BW
                                                        0968
                 VENDOR NAME:
09/18/15  S001     4790146                       TBOLL  Photocopy Charges    1.80       0.90                  B
                                                        Duplication BW
                                                        0968
                 VENDOR NAME:
09/18/15  S002     4790948                       TBOLL  Postage 0968         5.60       5.60                  B
                 VENDOR NAME:
09/21/15  S001     4790933                       TBOLL  Photocopy Charges    1.40       0.70                  B
                                                        Duplication BW
                                                        0968
                 VENDOR NAME:
09/21/15  S001     4790934                       TBOLL  Photocopy Charges    8.40       4.20                  B
                                                        Duplication BW
                                                        0968
                 VENDOR NAME:
09/21/15  S001     4790935                       TBOLL  Photocopy Charges    7.20       3.60                  B
                                                        Duplication BW
                                                        0968
                 VENDOR NAME:
09/21/15  S001     4790936                       TBOLL  Photocopy Charges    1.20       0.60                  B
                                                        Duplication BW
                                                        0968
                 VENDOR NAME:
09/21/15  S001     4790937                       TBOLL  Photocopy Charges   12.60       6.30                  B
                                                        Duplication BW
                                                        0968
                 VENDOR NAME:
09/21/15  S001     4790938                       TBOLL  Photocopy Charges    8.40       4.20                  B
                                                        Duplication BW
                                                        0968
                 VENDOR NAME:
09/21/15  S001     4790939                       TBOLL  Photocopy Charges    7.20       3.60                  B
                                                        Duplication BW
                                                        0968
                 VENDOR NAME:
09/21/15  S001     4790940                       TBOLL  Photocopy Charges   11.20       5.60                  B
                                                        Duplication BW
                                                        0968
                 VENDOR NAME:
```

CONTROL: 743510

Young, Conaway, Stargatt and Taylor
PROFORMA BILLING WORKSHEET
FOR BILLING PROFORMA NUMBER  280244

CLIENT: 073986 Standard Register

MATTER: 073986.1001 Debtor Representation

UNBILLED EXPENSES (Continued)

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | STATUS BNC B/O H X BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/21/15 | S001 | 4790941 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 9.80 | 4.90 | | B | |
| | | VENDOR NAME: | | | | | | | | | |
| 09/21/15 | S001 | 4790942 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 7.20 | 3.60 | | B | |
| | | VENDOR NAME: | | | | | | | | | |
| 09/21/15 | S001 | 4790943 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 47.00 | 23.50 | | B | |
| | | VENDOR NAME: | | | | | | | | | |
| 09/21/15 | S001 | 4790944 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 46.00 | 23.00 | | B | |
| | | VENDOR NAME: | | | | | | | | | |
| 09/21/15 | S001 | 4790945 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 7.20 | 3.60 | | B | |
| | | VENDOR NAME: | | | | | | | | | |
| 09/21/15 | S001 | 4790946 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 22.20 | 11.10 | | B | |
| | | VENDOR NAME: | | | | | | | | | |
| 09/21/15 | S001 | 4790947 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 7.20 | 3.60 | | B | |
| | | VENDOR NAME: | | | | | | | | | |
| 09/22/15 | S001SCN | 4791730 | | | TBOLL | Scanning Charges 0968 | 0.40 | 0.20 | | B | |
| | | VENDOR NAME: | | | | | | | | | |
| 09/22/15 | S001SCN | 4791731 | | | TBOLL | Scanning Charges 0968 | 0.40 | 0.20 | | B | |
| | | VENDOR NAME: | | | | | | | | | |
| 09/22/15 | S001SCN | 4791732 | | | TBOLL | Scanning Charges 0968 | 0.40 | 0.20 | | B | |
| | | VENDOR NAME: | | | | | | | | | |
| 09/22/15 | S001SCN | 4791733 | | | TBOLL | Scanning Charges 0968 | 1.00 | 0.50 | | B | |
| | | VENDOR NAME: | | | | | | | | | |
| 09/23/15 | S001 | 4792322 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 2.40 | 1.20 | | B | |
| | | VENDOR NAME: | | | | | | | | | |
| 09/24/15 | S001 | 4793571 | | | KCOYL | Photocopy Charges Duplication BW 0754 | 1.20 | 0.60 | | B | |

```
                                Young, Conaway, Stargatt and Taylor                              Page 63 (63)
CONTROL:   743510                     PROFORMA BILLING WORKSHEET                                 RUN: 10/07/15
                                FOR BILLING PROFORMA NUMBER  280244                              TIME: 15:27:44

CLIENT: 073986 Standard Register                  MATTER: 073986.1001 Debtor Representation

UNBILLED EXPENSES    (Continued)
         EXPENSE                                                      RECORDED    BILLING    REVISED            STATUS
  DATE    CODE   INDEX NO.  CHECK #  INVOICE  ORIG  DESCRIPTION        VALUE       VALUE      VALUE    CURRENT  BNC B/O H X BNP
                VENDOR NAME:
09/24/15  S001     4793572                          KCOYLPhotocopy Charges    1.20      0.60                      B    | | | | |
                                                    Duplication BW
                                                    0754
                VENDOR NAME:
09/24/15  S001     4793573                          KCOYLPhotocopy Charges    1.40      0.70                      B    | | | | |
                                                    Duplication BW
                                                    0754
                VENDOR NAME:
09/24/15  S904     4797633                          MNESTCase Num:15-10541   30.00     30.00                      B    | | | | |
                                                    / CCID 7171538
                                                    Appr Atty:
                                                    Matthew G.
                                                    Bouslog
                                                    CourtCall0915.xls
                                                    Court Call
                VENDOR NAME:
09/24/15  S904     4797634                          MNESTCase Num:15-10541   30.00     30.00                      B    | | | | |
                                                    / CCID 7171558
                                                    Appr Atty: Jeremy
                                                    L. Graves
                                                    CourtCall0915.xls
                                                    Court Call
                VENDOR NAME:
09/24/15  S904     4797635                          MNESTCase Num:15-10541   30.00     30.00                      B    | | | | |
                                                    / CCID 7171567
                                                    Appr Atty: Andrew
                                                    Magaziner
                                                    CourtCall0915.xls
                                                    Court Call
                VENDOR NAME:
09/25/15  S001     4793574                          TBOLLPhotocopy Charges   21.20     10.60                      B    | | | | |
                                                    Duplication BW
                                                    0968
                VENDOR NAME:
09/25/15  S001     4793575                          TBOLLPhotocopy Charges    1.80      0.90                      B    | | | | |
                                                    Duplication BW
                                                    0968
                VENDOR NAME:
09/25/15  S001     4793576                          TBOLLPhotocopy Charges    1.00      0.50                      B    | | | | |
                                                    Duplication BW
                                                    0968
                VENDOR NAME:
09/25/15  S001     4793577                          TBOLLPhotocopy Charges    2.60      1.30                      B    | | | | |
                                                    Duplication BW
                                                    0968
                VENDOR NAME:
```

```
CONTROL:    743510              Young, Conaway, Stargatt and Taylor                     Page: 64 (64)
                                   PROFORMA BILLING WORKSHEET                           RUN: 10/07/15
                                FOR BILLING PROFORMA NUMBER   280244                    TIME: 15:27:44

CLIENT: 073986 Standard Register                          MATTER: 073986.1001 Debtor Representation

UNBILLED EXPENSES      (Continued)
      EXPENSE                                                RECORDED    BILLING    REVISED   ------- STATUS -------
DATE   CODE    INDEX NO.  CHECK # INVOICE ORIG  DESCRIPTION   VALUE       VALUE      VALUE   CURRENT BNC B/O H X BNP
09/25/15 S001   4793578                        TBOLLPhotocopy Charges    1.00        0.50              B
                                                Duplication BW
                                                0968
              VENDOR NAME:
09/25/15 S002   4794571                        TBOLLPostage 0968         4.76        4.76              B
              VENDOR NAME:
09/28/15 S001   4794570                        TBOLLPhotocopy Charges  157.60       78.80              B
                                                Duplication BW
                                                0968
              VENDOR NAME:
09/29/15 S001   4796172                        TBOLLPhotocopy Charges    3.00        1.50              B
                                                Duplication BW
                                                0968
              VENDOR NAME:
                                                                      ----------  ----------
INCLUDED EXPENSES FOR MATTER: 073986.1001                             2,537.30     1,473.90
EXCLUDED EXPENSES (Expenses on Hold)                                      0.00         0.00
EXPENSES AFTER CUTOFF DATE                                                            72.80

STATUS CODE LEGEND
 B   Billable                      H   Expense on Hold (Excluded)       NB   Non-Billable
 BNC Bill - No Charge              X   Excluded from Instruction        BNP  Expense will not show on Statement
 B/O Billable - reduce value to "0"

                                              EXPENSE CODE SUMMARY
       EXPENSE CODE       DESCRIPTION                           RECORDED VALUE        BILLING VALUE
       004            Federal Express                                    51.38               51.38
       030            Deposition/Transcript                              43.65               43.65
       053            Delivery / Courier                                 22.50               22.50
       904            Teleconference / Video Conference                   9.01                9.01
       S001           Photocopy Charges                               2,097.20            1,048.60
       S001SCN        Scanning Charges                                   29.60               14.80
       S002           Postage                                            14.56               14.56
       S102           Docket Retrieval / Search                          59.40               59.40
       S904           Teleconference / Video Conference                 210.00              210.00
                                                                   ----------          ----------
                      EXPENSE TOTAL                                   2,537.30            1,473.90
                                                                   ==========          ==========

TOTAL EXPENSES FOR INSTRUCTION:  280244                               2,537.30            1,473.90
```