## EXHIBIT C

01:17815238.1

### BUDGETED AMOUNT

| | September |
|---|---|
| | $100,000 |

### PROFESSIONAL RATES

| | September |
|---|---|
| Michael R. Nestor | $725.00 |
| Kara Hammond Coyle | $485.00 |
| Andrew Magaziner | $400.00 |
| Elizabeth S. Justison | $310.00 |
| Troy Bollman | $190.00 |

### BUDGETED HOURS

| | September |
|---|---|
| Michael R. Nestor | 4.1 |
| Kara Hammond Coyle | 13.4 |
| Andrew Magaziner | 77.9 |
| Elizabeth S. Justison | 4.6 |
| Troy Bollman | 32.8 |
| TOTAL | 132.8 |

### BUDGETED FEES

| | September |
|---|---|
| Michael R. Nestor | $2,972.50 |
| Kara Hammond Coyle | $6,499.00 |
| Andrew Magaziner | $31,160.00 |
| Elizabeth S. Justison | $1,426.00 |
| Troy Bollman | $6,232.00 |
| TOTAL | $48,289.50 |

### BUDGETED EXPENSES

| | September |
|---|---|
| | $1,473.90 |

| | |
|---|---|
| TOTAL FEES & EXPENSES | $49,763.40 |

| PROFESSIONAL | POSITION OF PROFESSIONAL; NUMBER OF YEARS IN THAT POSITION; YEAR OBTAINING LICENSE TO PRACTICE, IF APPLICABLE |
|---|---|
| Michael R. Nestor | Partner since 2003; joined firm as associate in 1998; member of PA and NJ bars since 1995; member of DE bar since 1996. |
| Kara Hammond Coyle | Partner since 2014. Joined firm as an associate in 2003. Member of DE Bar since 2003. |
| Andrew Magaziner | Joined firm as an associate in 2009. Member of DE Bar since 2009. |
| Elizabeth S. Justison | Joined firm as an associate in 2013. Member of DE Bar since 2013. |
| Troy Bollman | Paralegal |