# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket Nos. 990 & 1096** |

## NOTICE OF ABANDONMENT OF DE MINIMIS ASSETS

**PLEASE TAKE NOTICE** that on August 31, 2015, the debtors and *Debtors' Motion to Establish Procedures to Transfer, Abandon, or Sell De Minimis Assets* [Docket No. 990] (the "De Minimis Asset Motion") in the United States Bankruptcy Court for the District of Delaware (the "Court"), seeking, among other things, to approve procedures relating to sale or abandonment of the Debtors' assets.

**PLEASE TAKE FURTHER NOTICE** that on September 24, 2015, the Court entered that certain *Order Establishing Procedures for Debtors to Transfer, Abandon, or Sell De Minimis Assets* [Docket No. 1096] (the "De Minimis Asset Order"),[2] providing procedures for the sale and abandonment of certain of the Debtors' assets.

*[Remainder of page intentionally left blank]*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the De Minimis Asset Order.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the De Minimis Asset Order, the Debtors hereby give notice of the abandonment of the assets set forth on **Exhibit A** attached hereto and that such abandonment is effective immediately.

Dated: October 9, 2015
Wilmington, Delaware

/s/ Andrew L. Magaziner
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Maris J. Kandestin (No. 5294)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
mnestor@ycst.com
kcoyle@ycst.com
mkandestin@ycst.com
amagaziner@ycst.com

-and-

Michael A. Rosenthal (NY No. 4697561)
Jeremy L. Graves (CO No. 45522)
Matthew G. Bouslog (CA No. 280978)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
mrosenthal@gibsondunn.com
jgraves@gibsondunn.com
mbouslog@gibsondunn.com

*Counsel to the Debtors and Debtors in Possession*

## EXHIBIT A

Abandoned Assets

| Description of Assets | Location |
| --- | --- |
| Miscellaneous equipment and all other personal property | 7576 Kingspointe Pkwy<br>Orlando, FL 32809 |

2