**Exhibit A**

**ZOLFO COOPER LLC**
**SRC LIQUIDATION COMPANY**
**PROJECT CATEGORIES**

| Code | Project Category |
|------|------------------|
| 1 | Planning & Coordination/ Case Management |
| 2 | 363 Sale Process |
| 3 | Meetings with UCC Members and/or UCC Professionals |
| 4 | Debtor & Debtor's Professional Meetings including Corporate and Operations Site Visits |
| 5 | Employee Compensation and Advisor Retention Matters |
| 6 | Financial and Other Due Diligence |
| 7 | Liquidity, Cash Management and Cash Collateral Analysis |
| 8 | Business Plan Analysis and Assessment |
| 9 | Other Diligence |
| 10 | Non-Working Travel Time |
| 11 | Retention, Fee Statements and Fee Applications |
| 12 | Internal Meetings / Discussions |
| 13 | Preparing for and Attending Depositions |
| 14 | Adversary Proceeding |

**Exhibit B**

**ZOLFO COOPER LLC**
**SRC LIQUIDATION COMPANY**
**SUMMARY OF HOURS AND FEES BY PROJECT CATEGORY**
**FOR THE PERIOD FROM AUGUST 1, 2015 THROUGH AUGUST 31, 2015**

**PROJECT CODE 3 - Meetings with UCC Members and/or UCC Professionals**

| PROFESSIONAL | TITLE | HOURLY RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $795 | 1.2 | $ 954.00 |
| Mark Cervi | Director | $585 | 0.8 | 468.00 |
| Corbin Butcher | Associate | $395 | 0.9 | 355.50 |
| Eugene Lavrov | Associate | $395 | 0.5 | 197.50 |
| Andrew Valentini | Analyst | $265 | - | - |
| Elizabeth Kardos | Counsel | $490 | - | - |
| Laurie Verry | Paralegal | $255 | - | - |
| | | | 3.4 | $ 1,975.00 |

**PROJECT CODE 4 - Debtor & Debtor's Professional Meetings Including Corporate and Operations Site Visits**

| PROFESSIONAL | TITLE | HOURLY RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $795 | 0.5 | $ 397.50 |
| Mark Cervi | Director | $585 | - | - |
| Corbin Butcher | Associate | $395 | - | - |
| Eugene Lavrov | Associate | $395 | - | - |
| Andrew Valentini | Analyst | $265 | - | - |
| Elizabeth Kardos | Counsel | $490 | - | - |
| Laurie Verry | Paralegal | $255 | - | - |
| | | | 0.5 | $ 397.50 |

**Exhibit B**

**ZOLFO COOPER LLC**
**SRC LIQUIDATION COMPANY**
**SUMMARY OF HOURS AND FEES BY PROJECT CATEGORY**
**FOR THE PERIOD FROM AUGUST 1, 2015 THROUGH AUGUST 31, 2015**

**PROJECT CODE 6 - Financial and Other Due Diligence**

| PROFESSIONAL | TITLE | HOURLY RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $795 | - | $ - |
| Mark Cervi | Director | $585 | 2.8 | 1,638.00 |
| Corbin Butcher | Associate | $395 | - | - |
| Eugene Lavrov | Associate | $395 | - | - |
| Andrew Valentini | Analyst | $265 | - | - |
| Elizabeth Kardos | Counsel | $490 | - | - |
| Laurie Verry | Paralegal | $255 | - | - |
| | | | 2.8 | $ 1,638.00 |

**PROJECT CODE 7 - Liquidity, Cash Management and Cash Collateral Analysis**

| PROFESSIONAL | TITLE | HOURLY RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $795 | 0.4 | $ 318.00 |
| Mark Cervi | Director | $585 | - | - |
| Corbin Butcher | Associate | $395 | - | - |
| Eugene Lavrov | Associate | $395 | - | - |
| Andrew Valentini | Analyst | $265 | 0.4 | 106.00 |
| Elizabeth Kardos | Counsel | $490 | - | - |
| Laurie Verry | Paralegal | $255 | - | - |
| | | | 0.8 | $ 424.00 |

**Exhibit B**

**ZOLFO COOPER LLC**
**SRC LIQUIDATION COMPANY**
**SUMMARY OF HOURS AND FEES BY PROJECT CATEGORY**
**FOR THE PERIOD FROM AUGUST 1, 2015 THROUGH AUGUST 31, 2015**

**PROJECT CODE 9 - Other Diligence**

| PROFESSIONAL | TITLE | HOURLY RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $795 | - | $ - |
| Mark Cervi | Director | $585 | 1.3 | 760.50 |
| Corbin Butcher | Associate | $395 | - | - |
| Eugene Lavrov | Associate | $395 | - | - |
| Andrew Valentini | Analyst | $265 | - | - |
| Elizabeth Kardos | Counsel | $490 | - | - |
| Laurie Verry | Paralegal | $255 | - | - |
| | | | 1.3 | $ 760.50 |

**PROJECT CODE 11 - Retention, Fee Statements and Fee Applications**

| PROFESSIONAL | TITLE | HOURLY RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $795 | 0.7 | $ 556.50 |
| Mark Cervi | Director | $585 | 2.0 | 1,170.00 |
| Corbin Butcher | Associate | $395 | - | - |
| Eugene Lavrov | Associate | $395 | 7.5 | 2,962.50 |
| Andrew Valentini | Analyst | $265 | - | - |
| Elizabeth Kardos | Counsel | $490 | 1.1 | 539.00 |
| Laurie Verry | Paralegal | $255 | 2.8 | 714.00 |
| | | | 14.1 | $ 5,942.00 |

**Exhibit B**

**ZOLFO COOPER LLC**
**SRC LIQUIDATION COMPANY**
**SUMMARY OF HOURS AND FEES BY PROJECT CATEGORY**
**FOR THE PERIOD FROM AUGUST 1, 2015 THROUGH AUGUST 31, 2015**

**PROJECT CODE 12 - Internal Meetings / Discussions**

| PROFESSIONAL | TITLE | HOURLY RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $795 | 1.2 | $ 954.00 |
| Mark Cervi | Director | $585 | 1.0 | 585.00 |
| Corbin Butcher | Associate | $395 | 0.6 | 237.00 |
| Eugene Lavrov | Associate | $395 | - | - |
| Andrew Valentini | Analyst | $265 | - | - |
| Elizabeth Kardos | Counsel | $490 | - | - |
| Laurie Verry | Paralegal | $255 | 0.1 | 25.50 |
| | | | 2.9 | $ 1,801.50 |

**PROJECT CODE 14 - Adversary Proceeding**

| PROFESSIONAL | TITLE | HOURLY RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $795 | 1.0 | $ 795.00 |
| Mark Cervi | Director | $585 | 5.0 | 2,925.00 |
| Corbin Butcher | Associate | $395 | 12.0 | 4,740.00 |
| Eugene Lavrov | Associate | $395 | - | - |
| Andrew Valentini | Analyst | $265 | - | - |
| Elizabeth Kardos | Counsel | $490 | - | - |
| Laurie Verry | Paralegal | $255 | - | - |
| | | | 18.0 | $ 8,460.00 |

Exhibit C

ZOLFO COOPER, LLC
SRC LIQUIDATION COMPANY
DETAIL OF HOURS BY PROJECT CATEGORY, DATE AND PROFESSIONAL
FOR THE PERIOD FROM AUGUST 1, 2015 THROUGH AUGUST 31, 2015

| PROFESSIONAL | DATE | PROJECT CODE | DESCRIPTION | HOURS INCURRED |
|---|---|---|---|---|
| Mark Cervi | 8/10/2015 | 3 | Phone call with counsel re: work streams and follow-up for upcoming week | 0.2 |
| Mark Cervi | 8/20/2015 | 3 | Participation on call with counsel re: claims and general case update | 0.4 |
| Mark Cervi | 8/21/2015 | 3 | Participation on weekly UCC update conference call | 0.2 |
| Eugene Lavrov | 8/10/2015 | 3 | Participation on professionals call with counsel re: case update and further actions required by ZC | 0.5 |
| David MacGreevey | 8/10/2015 | 3 | Participation on SRI phone call with Lowenstein re: SERP, claims reconciliation, plan process and amended complaint | 0.2 |
| David MacGreevey | 8/20/2015 | 3 | Participation on conference call with SRI professionals re: claims analysis, SERP, preferences and life insurance | 0.4 |
| David MacGreevey | 8/21/2015 | 3 | Participation on SRI conference call with Lowenstein and Latham re: wind down of Estate | 0.4 |
| David MacGreevey | 8/21/2015 | 3 | Participation on SRI UCC update conference call re: wind down of Estate | 0.2 |
| Corbin Butcher | 8/4/2015 | 3 | Discussion with T. Pande from Jefferies and M. Cervi re: Jefferies valuation methodologies and numbers | 0.4 |
| Corbin Butcher | 8/10/2015 | 3 | Discussion with W. Jung (Lowenstein), M. Cervi and E. Lavrov re: SERP claims | 0.5 |
| | | | **Meetings with UCC Members and/or UCC Professionals, Total:** | 3.4 |
| David MacGreevey | 8/11/2015 | 4 | Email to K. Carmody (McKinsey) re: SRI go forward issues | 0.2 |
| David MacGreevey | 8/21/2015 | 4 | Phone call with K. Carmody (McKinsey) and Mark Hojnacki (McKinsey) re: standard post-close work streams | 0.3 |
| | | | **Debtor & Debtor's Professional Meetings Including Corporate and Operations Site Visits, Total:** | 0.5 |
| Mark Cervi | 8/7/2015 | 6 | Review of email re: SERP claims and emails to coordinate upcoming phone call with counsel | 0.3 |
| Mark Cervi | 8/19/2015 | 6 | Review of Taylor assumed contracts | 0.2 |
| Mark Cervi | 8/20/2015 | 6 | Phone call with D. MacGreevey re: claims reconciliation data and Debtor data request | 0.3 |
| Mark Cervi | 8/20/2015 | 6 | Review wind down budget file and associated email cover | 0.4 |
| Mark Cervi | 8/20/2015 | 6 | Develop list of open request items pursuant to counsel request | 1.3 |

ZOLFO COOPER, LLC
SRC LIQUIDATION COMPANY
DETAIL OF HOURS BY PROJECT CATEGORY, DATE AND PROFESSIONAL
FOR THE PERIOD FROM AUGUST 1, 2015 THROUGH AUGUST 31, 2015

| PROFESSIONAL | DATE | PROJECT CODE | DESCRIPTION | HOURS INCURRED |
|---|---|---|---|---|
| Mark Cervi | 8/21/2015 | 6 | Review update provided by counsel from conversation with Debtor counsel and advisors on claims and preference and other outstanding items | 0.2 |
| Mark Cervi | 8/21/2015 | 6 | Phone call with D. MacGreevey re: conversation with Debtor on claims and other outstanding items | 0.1 |
| | | | **Financial and Other Due Diligence, Total:** | 2.8 |
| David MacGreevey | 8/20/2015 | 7 | Review SRI wind down budget proposed by Company | 0.4 |
| Andrew Valentini | 8/20/2015 | 7 | Converted wind-down budget to excel format | 0.4 |
| | | | **Liquidity, Cash Management and Cash Collateral Analysis , Total:** | 0.8 |
| Mark Cervi | 8/20/2015 | 9 | Review Silver Point settlement agreement in reference to ZC engagement | 0.2 |
| Mark Cervi | 8/26/2015 | 9 | Review SERP claims data provided by Debtor and compare to prior data | 0.6 |
| Mark Cervi | 8/27/2015 | 9 | Review document distributed by counsel re: claims objections | 0.4 |
| Mark Cervi | 8/27/2015 | 9 | Review email update from counsel | 0.1 |
| | | | **Other Diligence, Total:** | 1.3 |
| Mark Cervi | 8/13/2015 | 11 | Review of omnibus order re: first quarterly Fee Application | 0.1 |
| Mark Cervi | 8/18/2015 | 11 | Review and respond to email from counsel re: Fee Applications | 0.1 |
| Mark Cervi | 8/18/2015 | 11 | Review Fee Application of Lazard to better understand calculation of success fee | 1.5 |
| Mark Cervi | 8/27/2015 | 11 | Review document distributed by counsel re: professional fee applications | 0.3 |
| Eugene Lavrov | 8/13/2015 | 11 | Prepared summary of ZC fees to reconcile with interim Fee Statement | 0.6 |
| Eugene Lavrov | 8/20/2015 | 11 | Reviewed time entries provided by A. Englund and began reconciling for July 2015 monthly Fee Application | 0.9 |
| Eugene Lavrov | 8/21/2015 | 11 | Worked on the July 2015 monthly Fee Application and updated word document | 0.3 |
| Eugene Lavrov | 8/21/2015 | 11 | Worked on the July 2015 monthly Fee Application and reconciled all the time entries for ZC project team | 3.5 |

ZOLFO COOPER, LLC
SRC LIQUIDATION COMPANY
DETAIL OF HOURS BY PROJECT CATEGORY, DATE AND PROFESSIONAL
FOR THE PERIOD FROM AUGUST 1, 2015 THROUGH AUGUST 31, 2015

| PROFESSIONAL | DATE | PROJECT CODE | DESCRIPTION | HOURS INCURRED |
|---|---|---|---|---|
| Eugene Lavrov | 8/21/2015 | 11 | Worked on the July 2015 monthly Fee Application and updated excel data files | 1.5 |
| Eugene Lavrov | 8/24/2015 | 11 | Updated monthly Fee Application per comments received | 0.7 |
| David MacGreevey | 8/24/2015 | 11 | Review SRI July 2015 Fee Application | 0.5 |
| David MacGreevey | 8/25/2015 | 11 | Final review SRI July 2015 Fee Statement | 0.2 |
| Elizabeth Kardos | 8/25/2015 | 11 | Worked on revisions ZC retention documents | 0.2 |
| Elizabeth Kardos | 8/27/2015 | 11 | Worked on revisions ZC retention documents | 0.3 |
| Elizabeth Kardos | 8/31/2015 | 11 | Communication with D. MacGreevey and Lowenstein re: ZC retention | 0.3 |
| Elizabeth Kardos | 8/31/2015 | 11 | Reviewed the GUC Trust Agreement in connection with indemnification and payment of professionals fees | 0.3 |
| Laurie Verry | 8/14/2015 | 11 | Worked on ZC's July monthly fee statement | 0.4 |
| Laurie Verry | 8/18/2015 | 11 | Worked on ZC's July monthly fee statement | 0.7 |
| Laurie Verry | 8/19/2015 | 11 | Worked on ZC's July monthly fee statement | 0.2 |
| Laurie Verry | 8/20/2015 | 11 | Worked on ZC's July monthly fee statement | 1.0 |
| Laurie Verry | 8/21/2015 | 11 | Worked on ZC's July monthly fee statement | 0.2 |
| Laurie Verry | 8/27/2015 | 11 | Worked on revisions ZC's retention documents | 0.3 |
| | | | Retention, Fee Statements and Fee Applications, Total: | 14.1 |
| Mark Cervi | 8/10/2015 | 12 | Phone call with D. MacGreevey re: follow-up from phone call with counsel | 0.3 |
| Mark Cervi | 8/19/2015 | 12 | Phone calls with D MacGreevey re: SRI analysis | 0.7 |
| David MacGreevey | 8/10/2015 | 12 | Phone call with M. Cervi re: SRI open items, including SERP, claims reconciliation, life insurance and plan process | 0.3 |
| David MacGreevey | 8/19/2015 | 12 | Phone call with L. Verry re: SRI July 2015 Fee Statement | 0.1 |

ZOLFO COOPER, LLC
SRC LIQUIDATION COMPANY
DETAIL OF HOURS BY PROJECT CATEGORY, DATE AND PROFESSIONAL
FOR THE PERIOD FROM AUGUST 1, 2015 THROUGH AUGUST 31, 2015

| PROFESSIONAL | DATE | PROJECT CODE | DESCRIPTION | HOURS INCURRED |
|---|---|---|---|---|
| David MacGreevey | 8/19/2015 | 12 | Phone calls with M. Cervi re: SRI analysis | 0.7 |
| David MacGreevey | 8/21/2015 | 12 | Phone call with M. Cervi in preparation for SRI conference call with UCC | 0.1 |
| Corbin Butcher | 8/3/2015 | 12 | Discussion with M. Cervi re: Jefferies valuation data book | 0.3 |
| Corbin Butcher | 8/4/2015 | 12 | Discussion with M. Cervi re: final numbers for complaint | 0.3 |
| Laurie Verry | 8/19/2015 | 12 | Phone call with L. Verry re: SRI July 2015 Fee Statement | 0.1 |
| | | | **Internal Meetings / Discussions, Total:** | 2.9 |
| Mark Cervi | 8/3/2015 | 14 | Follow-up re: valuation work included in compliant | 0.1 |
| Mark Cervi | 8/3/2015 | 14 | Review and update valuation work included in complaint | 0.7 |
| Mark Cervi | 8/3/2015 | 14 | Review and update valuation work included in complaint | 2.1 |
| Mark Cervi | 8/4/2015 | 14 | Review and update valuation work for complaint | 0.9 |
| Mark Cervi | 8/4/2015 | 14 | Review updated complaint and work with C. Butcher to revise leverage data | 1.2 |
| David MacGreevey | 8/14/2015 | 14 | Review email from S. Levine (Lowenstein) re: SRI update to UCC | 0.2 |
| David MacGreevey | 8/20/2015 | 14 | Review email from W. Jung (Lowenstein) re: SRI critical dates and motions | 0.4 |
| David MacGreevey | 8/20/2015 | 14 | Review email from M. Cervi re: proposed SRI post-closing discovery request | 0.3 |
| David MacGreevey | 8/21/2015 | 14 | Email to M. Cervi in preparation for SRI conference call with UCC | 0.1 |
| Corbin Butcher | 8/3/2015 | 14 | Reviewed Jefferies valuation work to implement new ZC projections | 1.2 |
| Corbin Butcher | 8/3/2015 | 14 | Developed new valuation ranges based on revised ZC projections and Jefferies valuation work | 2.3 |
| Corbin Butcher | 8/3/2015 | 14 | Reviewed updated complaint draft to ensure new valuation numbers are comparable | 0.8 |
| Corbin Butcher | 8/3/2015 | 14 | Developed slides to describe changes in valuation, value drivers and underlying projections | 2.7 |

ZOLFO COOPER, LLC
SRC LIQUIDATION COMPANY
DETAIL OF HOURS BY PROJECT CATEGORY, DATE AND PROFESSIONAL
FOR THE PERIOD FROM AUGUST 1, 2015 THROUGH AUGUST 31, 2015

| PROFESSIONAL | DATE | PROJECT CODE | DESCRIPTION | HOURS INCURRED |
|---|---|---|---|---|
| Corbin Butcher | 8/3/2015 | 14 | Overlaid actual financial performance with ZC projections to get comparability | 1.2 |
| Corbin Butcher | 8/3/2015 | 14 | Refined methodology for determining loss of operating leverage in projections | 0.9 |
| Corbin Butcher | 8/4/2015 | 14 | Tied numbers from complaint draft to initial projection and Jefferies valuation | 1.6 |
| Corbin Butcher | 8/4/2015 | 14 | Formatting and revising complaint numbers and output deck | 1.3 |
| | | | Adversary Proceeding, Total: | 18.0 |
| | | | Grand Total | 43.8 |

Exhibit D

**ZOLFO COOPER LLC**
**SRC LIQUIDATION COMPANY**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD FROM AUGUST 1, 2015 THROUGH AUGUST 31, 2015**

| Expense Category | Total Expenses During Period |
|---|---:|
| Meals | $13.81 |
| Miscellaneous | $50.21 |
| **Total** | **$64.02** |

**ZOLFO COOPER, LLC**
**SRC LIQUIDATION COMPANY**
**DETAIL OF EXPENSES BY PROFESSIONAL**
**FOR THE PERIOD FROM AUGUST 1, 2015 THROUGH AUGUST 31, 2015**

| PROFESSIONAL | DATE | CATEGORY | DESCRIPTION | INCURRED AMOUNT | VOLUNTARY REDUCTION | FINAL AMOUNT |
|---|---|---|---|---|---|---|
| Corbin Butcher | 7/2/2015 | Meals | Working Lunch | 13.81 | - | 13.81 |
| | | | **Total Meals** | **$ 13.81** | **$ -** | **$ 13.81** |
| David MacGreevey | 8/1/2015 | Miscellaneous | Phone | 34.77 | | 34.77 |
| Mark Cervi | 8/7/2015 | Miscellaneous | Phone | 8.40 | - | 8.40 |
| Eugene Lavrov | 8/31/2015 | Miscellaneous | Phone | 7.04 | - | 7.04 |
| | | | **Total Miscellaneous** | **$ 50.21** | **$ -** | **$ 50.21** |
| | | | **Total Expenses** | **$ 64.02** | **$ -** | **$ 64.02** |