## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No.  15-10541 (BLS) |
| | (Jointly Administered) |
| Debtors. | **Objection Deadline: October 27, 2015 at 4:00 p.m.**<br>**Hearing Date: Only if an objection is filed** |

### SEVENTH MONTHLY APPLICATION OF LOWENSTEIN SANDLER LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM SEPTEMBER 1, 2015 THROUGH SEPTEMBER 30, 2015

| | |
|---|---|
| **Name of Applicant:** | **Lowenstein Sandler LLP** |
| **Authorized to provide professional services to:** | **The Official Committee of Unsecured Creditors** |
| **Date of Retention:** | **May 12, 2015 effective as of March 24, 2015** |
| **Period for which compensation and reimbursement is sought:** | **September 1, 2015 through September 30, 2015** |
| **Amount of Compensation sought as actual, reasonable and necessary:** | **$77,913.00**     (80% of $97,391.25) |
| **Amount of Expense Reimbursement sought as actual, reasonable and necessary:** | **$2,336.52** |

This is a(n): ☑ Monthly   ☐ Interim   ☐ Final application

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation  Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001).  The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

## PRIOR APPLICATION HISTORY

| Title | Date Filed | Period Covered | Requested | | Monthly Statements | | Certificate of No Objection / Signed Order |
|---|---|---|---|---|---|---|---|
| | | | Fees 100% | Expenses | Fees 80% | Expenses | |
| First Monthly | 5/19/15 | March 24, 2015 – March 31, 2015 | $209,616.75 | $6,305.00 | $167,692.94 | $6,305.00 | 6/23/15 |
| Second Monthly | 6/9/15 | April 1, 2015 – April 30, 2015 | $447,105.25 | $13,235.27 | $357,684,20 | $13,235.27 | 6/26/15 |
| Third Monthly | 6/16/15 | May 1, 2015 – May 31, 2015 | $399,558.00 | $7,927.31 | $319,646.40 | $7,927.31 | 7/6/15 |
| First Interim | 7/15/15 | March 24, 2015 – May 31, 2015 | $1,056,280.00 | $27,485.12 | | | 8/14/15 |
| Fourth Monthly | 7/7/15 | June 1, 2015- June 30, 2015 | $476,100.75 | $10,965.56 | $380,880.60 | $10,965.56 | 7/24/15 |
| Fifth Monthly | 8/14/15 | July 1, 2015 – July 31, 2015 | $175,700.00 | $9,017.98 | $140,560.00 | $9,017.98 | 9/2/15 |
| Sixth Monthly | 9/15/15 | August 1, 2015 – August 31, 2015 | $76,635.50 | $2,156.01 | $61,308.40 | $2,156.01 | 10/2/15 |

## SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM SEPTEMBER 1, 2015 THROUGH SEPTEMBER 30, 2015

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Berger, John L. | 1984 | Partner/Bankruptcy | 3.60 | $705.00 | $2,538.00 |
| Jung, Wojciech F. | 2003 | Partner/Bankruptcy | 65.30 | $635.00 | $41,465.50 |
| *Jung, Wojciech F. - Travel Time | 2003 | Partner/Bankruptcy | 4.70 | $317.50 | $1,492.25 |
| Kizel, Paul | 1982 | Partner/Bankruptcy | 5.00 | $750.00 | $3,750.00 |
| Levine, Sharon L. | 1983 | Partner/Bankruptcy | 20.50 | $880.00 | $18,040.00 |
| Behlmann, Andrew D. | 2009 | Associate/Bankruptcy | 37.90 | $515.00 | $19,518.50 |
| De Leo, Anthony | 2013 | Associate/Bankruptcy | 20.80 | $360.00 | $7,488.00 |
| Vislocky, Nicholas B. | 2013 | Associate/Bankruptcy | 5.70 | $400.00 | $2,280.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 3.90 | $210.00 | $819.00 |
| **TOTAL FEES** | | | **167.40** | | **$97,391.25** |
| | | | Attorney Blended Rate | $590.66 | |

*Reflects 50% rate reduction due to non-working travel time

## SUMMARY OF COMPENSATION BY PROJECT CATEGORY FOR THE PERIOD OF SEPTEMBER 1, 2015 THROUGH SEPTEMBER 30, 2015

| Task Description | Hours | Fees |
|---|---|---|
| Case Administration | 5.50 | $2,249.00 |
| Asset Disposition | 12.60 | $7,316.50 |
| Relief from Stay/Adequate Protection Proceedings | 0.30 | $190.50 |
| Meetings of and Communication with Creditors | 19.20 | $10,567.00 |
| Fee/Employment Applications | 7.60 | $3,168.50 |
| Employment and Retention Applications - Others | 0.60 | $430.00 |
| Fee Applications and Invoices - Others | 2.30 | $1,656.50 |
| Assumption/Rejection of Leases and Contracts | 2.20 | $1,568.50 |
| Other Contested Matters (excluding assumption/rejection motions) | 11.30 | $5,727.50 |

| Task Description | Hours | Fees |
|---|---|---|
| Non-Working Travel | 4.70 | $1,492.25 |
| Business Operations | 1.40 | $913.50 |
| Claims Administration and Objections | 11.50 | $8,084.00 |
| Plan and Disclosure Statement (including Business Plan) | 88.20 | $54,027.50 |
| **Total:** | **167.40** | **$97,391.25** |

**EXPENSE SUMMARY FOR THE PERIOD OF
SEPTEMBER 1, 2015 THROUGH SEPTEMBER 30, 2015**

| Expense Category | Amount |
|---|---|
| Computerized legal research | $536.97 |
| Telecommunications | $123.35 |
| Transcript charges | $1,407.10 |
| Travel | $269.00 |
| Photocopies 1 pages at $0.10 per page | $0.10 |
| **Total Disbursements** | **$2,336.52** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| | (Jointly Administered) |
| Debtors. | **Objection Deadline: October 27, 2015 at 4:00 p.m.**<br>**Hearing Date: Only if an objection is filed** |

**SEVENTH MONTHLY APPLICATION OF LOWENSTEIN SANDLER
LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD
FROM SEPTEMBER 1, 2015 THROUGH SEPTEMBER 30, 2015**

TO:  THE HONORABLE BRENDAN L. SHANNON,
       UNITED STATES BANKRUPTCY JUDGE:

Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure and the Interim Compensation Order (defined below), Lowenstein Sandler LLP ("Lowenstein Sandler"), as counsel to the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases of SRC Liquidation Company and affiliated Debtors, the above captioned Debtors and Debtors-In-Possession (collectively, the "Debtors"), submits its seventh monthly application (the "Application") for allowance of compensation and reimbursement of expenses for the period of September 1, 2015 through September 30, 2015 (the "Fee Period").  By this Application, Lowenstein Sandler seeks a monthly allowance of compensation in the amount of $97,391.25.  Lowenstein Sandler seeks payment of $77,913.00 (80% of the allowed fees) for the Fee Period upon filing a certificate of no objection and/or

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation  Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001).  The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

resolution of any objections.  Lowenstein Sandler also seeks expense reimbursement in the amount of $2,336.52.  In support of this Application, Lowenstein Sandler respectfully states as follows:

### BACKGROUND

1.      On March 12, 2015 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, thereby commencing the above-captioned chapter 11 cases (the "Chapter 11 Cases").

2.      The Debtors continue to operate their businesses and manage their property as Debtors-In-Possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed in these Chapter 11 Cases.

3.      On March 24, 2015, the Office of the United States Trustee appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code.  [D.I. No. 99].

4.      On March 24, 2015, the Committee selected Lowenstein Sandler to serve as its counsel in the Chapter 11 Cases.  Thereafter, the Committee selected Polsinelli PC as its Delaware counsel.

5.      On April 13, 2015, the Court entered the *Order Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals* (the "Interim Compensation Order") [D.I. No. 260].

6.      On May 12, 2015, the Court entered the *Order Authorizing the Employment and Retention of Lowenstein Sandler LLP as Counsel to the Official Committee of Unsecured Creditors effective as of March 24, 2015* ("Retention Order") [D.I. No. 505].  The Retention Order authorizes Lowenstein Sandler to be compensated in accordance with terms sets forth in the retention application and the procedures set forth in 11 U.S.C. §§ 330 and 331, the applicable Federal Rules of Bankruptcy Procedure, the rules of this Court and any Order entered by this Court with respect to the compensation of professionals.

2

7.     Through the Application, Lowenstein Sandler seeks allowance of compensation for professional services rendered for and on behalf of the Committee during the Fee Period. A detailed description of services rendered during the Fee Period is annexed hereto as Exhibit "A". A schedule of disbursements incurred during the Fee Period is annexed hereto as Exhibit "B".

8.     During the Fee Period, among other services, Lowenstein Sandler (i) analyzed, provided comments, prepared a statement, and attended to the Debtors' motion to establish procedures to transfer, abandon or sell *de minimus* assets, (ii) attended to post-closing transferred/assumed or removed/rejected contracts (iii) attended to claims filed against the Debtors, (iv) attended to the preparation and filing of monthly and interim fee applications for itself and for the Committee's other professionals, (v) drafted extensive revisions to the plan of liquidation and disclosure statement, and communicated with the Committee's financial advisors and the Debtors' professionals regarding plan issues; (vi) drafted the Committee's plan support letter; (vii) communicated with the Committee's financial advisors, Committee members and the Debtors' professionals regarding omnibus claims objections, Section 503(b)(9) claims and pension-related claims; (viii) attended to open plan matters, including the proposed timeline and solicitation motion; (ix) attended court hearings on behalf of the Committee; and (x) frequently communicated with the members of the Committee, by telephone and e-mail, regarding the Debtors' wind down matters, case issues and strategy, plan issues, claim issues, sale issues, and other matters related to the Chapter 11 Cases. Lowenstein Sandler rendered professional services as counsel to the Committee as requested and as necessary and appropriate in furtherance of the Committee's duties and functions in these Chapter 11 Cases.

9.     Annexed hereto as Exhibit "C", and made part hereof, is a Certification of Sharon L. Levine, Esq. submitted pursuant to section 504 of the Bankruptcy Code.

## SUMMARY OF SERVICES BY PROJECT CATEGORY

10.    The services rendered by Lowenstein Sandler during the Fee Period are grouped into the categories set forth in Exhibit "A".  The attorneys and paralegals that rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category, are listed in the attachments hereto.

## DISBURSEMENTS

11.    Lowenstein Sandler incurred reasonable and necessary out-of-pocket expenses in the sum of $2,336.52 in connection with rendering legal services to the Committee during the Fee Period.  A description of the expenses is set forth in Exhibit "B".  Such disbursements may include computerized legal research, telecommunications and travel expenses.  Lowenstein Sandler has sought to utilize the most cost efficient method of communication consistent with the necessary time constraints.  Westlaw and Lexis charges represent computerized legal research facility charges for computer assisted research.  Use of Westlaw and Lexis greatly enhances legal research and access to case law from all jurisdictions, and is cost efficient, saving substantial attorney research time.  The disbursements are itemized in the annexed schedule.  These disbursements were reasonable and necessary to effectively render legal services in this case.

12.    During the course of these Chapter 11 Cases, Lowenstein Sandler has incurred and paid its actual and necessary disbursements and expenses.

## VALUATION OF SERVICES & RELIEF REQUESTED

13.    Attorneys and paraprofessionals employed by Lowenstein Sandler have expended a total of 167.40 hours in connection with this matter during the Fee Period detailed below.

14.    The nature of the work performed by these persons is fully set forth in the detail attached hereto as Exhibit "A".  The hourly rates set forth above are Lowenstein Sandler's

hourly rates for work of this nature during the Fee Period. The reasonable value of the services rendered by Lowenstein Sandler for the Fee Period as counsel to the Committee is $97,391.25.

15.    In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (a) the complexity and expedited nature of these Chapter 11 Cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the cost of comparable services other than in a case under this title.

16.    This is Lowenstein Sandler's seventh monthly application pursuant to the Interim Compensation Order. Lowenstein Sandler has received no payment (other than from the Debtors) and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with these Chapter 11 Cases, and there is no agreement or understanding between Lowenstein Sandler and any other person, other than partners of Lowenstein Sandler, for the sharing of compensation to be received for services rendered in this case. No prior application has been made to this or any other Court for this Fee Period or for the allowance of fees and disbursements sought herein.

17.    This Application covers the period of September 1, 2015 through September 30, 2015. Lowenstein Sandler reserves the right to seek compensation for services performed and disbursements made during the Fee Period to the extent such services or disbursements were not recorded and processed at the time this Application is being submitted. Lowenstein Sandler has and will continue to perform additional necessary services subsequent to September 30, 2015, for which Lowenstein Sandler will file subsequent fee applications.

**WHEREFORE**, Lowenstein Sandler respectfully requests the Court grant the Application and allow Lowenstein Sandler's monthly fees in the amount of $97,391.25, less a twenty percent (20%) holdback in the amount of $19,478.25 for a total fee request in the amount

5

of $77,913.00, for professional services rendered to and on behalf of the Committee during the Fee Period, plus reimbursement of its actual, reasonable, and necessary expenses incurred in connection with services rendered during the Fee Period in the sum of $2,336.52, and that it be granted such other and further relief as the Court may deem just and proper.

Dated:  October 12, 2015                    Respectfully submitted,

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Sharon L. Levine, Esq.
Wojciech F. Jung, Esq.
65 Livingston Avenue
Roseland, NJ  07068
Telephone:  (973-597-2500
Facsimile:  (973) 597-2400
krosen@lowenstein.com
slevine@lowenstein.com
wjung@lowenstein.com

*-and –*

Gerald C. Bender, Esq.
1251 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 262-6700
Facsimile:  (212) 262-7402
gbender@lowenstein.com

*-and-*

**POLSINELLI PC**

*/s/ Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone:  (302) 252-0920
Facsimile:  (302) 252-0921
cward@polsinelli.com
jedelson@polsinelli.com

***Counsel to the Official Committee of Unsecured Creditors***