IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION COMPANY, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered)<br><br>Objection Deadline: October 27, 2015 at 4:00 p.m.<br>Hearing Date: Only if an objection is filed |

### NOTICE OF APPLICATION

**PLEASE TAKE NOTICE** that Lowenstein Sandler LLP, attorneys to the Official Committee of Unsecured Creditors appointed in the chapter 11 cases of The Standard Register Company, et al., filed its **Seventh Monthly Fee Application for Allowance of Compensation For Services Rendered and Reimbursement of Expenses Incurred for the Period from September 1, 2015 through September 30, 2015** (the "Application"), seeking allowance of fees in the amount of $97,391.25 and reimbursement of expenses in the amount of $2,336.52.

**PLEASE TAKE FURTHER NOTICE** that objections to the Application, if any, are required to be filed on or before **October 27, 2015 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware, 19801.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the Objection so as to be received by the following on or before the Objection Deadline: (i) the Standard Register Company, 600 Albany Street, Dayton, OH 45417 (Attn: Kevin Carmody, CRO), (ii) the attorneys for the Debtors, (A) Gibson, Dunn & Crutcher LLP, 333 South Grand Avenue, Los Angeles, CA 90071 (Attn: Robert A. Klyman) and (B) Young Conaway Stargatt & Taylor, LLP, 1000 N. King Street, Rodney Square, Wilmington, DE 19801 (Attn: Michael R. Nestor); (iii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Mark Kenney); (iv) counsel for Silver Point Finance, LLC, Skadden, Arps, Slate, Meagher & Flom LLP, 155 N. Wacker Drive, Chicago, IL 60606-1720 (Attn: Ron E. Meisler); (v) counsel for

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

Bank of America, N.A., Parker, Hudson, Rainer & Dobbs LLP, 1500 Marquis Two Tower, 285 Peachtree Center Avenue, Atlanta, GA 30303 (Attn: C. Edward Dobbs, Esq.); and (vi) counsel for the Official Committee of Unsecured Creditors (the "Committee"), Lowenstein Sandler LLP, 1251 Avenue of the Americas, New York, NY 10020 (Attn: Wojciech F. Jung, Esq.).

**PLEASE TAKE FURTHER NOTICE** THAT PURSUANT TO THE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF PROFESSIONALS [DOCKET NO. 260], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF THE REQUESTED FEES AND 100% OF THE REQUESTED EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

**PLEASE TAKE FURTHER NOTICE** THAT ONLY IF AN OBJECTION IS PROPERLY AND TIMELY FILED IN ACCORDANCE WITH THE ABOVE PROCEDURE WILL A HEARING BE HELD ON THE APPLICATION.

Dated: October 12, 2015                    **POLSINELLI PC**

                                                                 */s/  Christopher A. Ward*
                                                                 Christopher A. Ward (Del. Bar No. 3877)
                                                                 Justin K. Edelson (Del. Bar No. 5002)
                                                                 222 Delaware Avenue, Suite 1101
                                                                 Wilmington, DE 19801
                                                                 Telephone:  (302) 252-0920
                                                                 Facsimile:  (302) 252-0921
                                                                 cward@polsinelli.com
                                                                 jedelson@polsinelli.com

                                                                 *-and-*

                                                                 **LOWENSTEIN SANDLER LLP**
                                                                 Kenneth A. Rosen, Esq.
                                                                 Sharon L. Levine, Esq.
                                                                 Wojciech F. Jung, Esq.
                                                                 65 Livingston Avenue
                                                                 Roseland, NJ  07068
                                                                 Telephone:  (973-597-2500
                                                                 Facsimile:  (973) 597-2400
                                                                 krosen@lowenstein.com
                                                                 slevine@lowenstein.com
                                                                 wjung@lowenstein.com

                                                                 *-and –*

-3-

Gerald C. Bender, Esq.
1251 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 262-6700
Facsimile:  (212) 262-7402
gbender@lowenstein.com

***Counsel to the Official Committee of Unsecured Creditors***