# EXHIBIT A

**EXHIBIT A**

Professional Services rendered by Lowenstein Sandler LLP, through September 30, 2015

In re: Chapter 11

## I. SUMMARY OF TIME CHARGES AND HOURLY RATES

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Berger, John L. | 1984 | Partner/Bankruptcy | 3.60 | $705.00 | $2,538.00 |
| Jung, Wojciech F. | 2003 | Partner/Bankruptcy | 65.30 | $635.00 | $41,465.50 |
| *Jung, Wojciech F. - Travel Time | 2003 | Partner/Bankruptcy | 4.70 | $317.50 | $1,492.25 |
| Kizel, Paul | 1982 | Partner/Bankruptcy | 5.00 | $750.00 | $3,750.00 |
| Levine, Sharon L. | 1983 | Partner/Bankruptcy | 20.50 | $880.00 | $18,040.00 |
| Behlmann, Andrew D. | 2009 | Associate/Bankruptcy | 37.90 | $515.00 | $19,518.50 |
| De Leo, Anthony | 2013 | Associate/Bankruptcy | 20.80 | $360.00 | $7,488.00 |
| Vislocky, Nicholas B. | 2013 | Associate/Bankruptcy | 5.70 | $400.00 | $2,280.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 3.90 | $210.00 | $819.00 |
| **TOTAL FEES** | | | **167.40** | | **$97,391.25** |
| **Attorney Blended Rate** | | | | | **$590.66** |

\*      Reflects 50% rate reduction due to non-working travel time

TIME DETAIL:

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| **B100 - Administration** | | | | | |
| **B110 Case Administration** | | | | | |
| B110 | 09/09/15 | AD | Monitor docket re: deadlines | 0.10 | $36.00 |
| B110 | 09/10/15 | AD | Review pleadings for critical dates and deadlines | 0.20 | 72.00 |
| B110 | 09/10/15 | AD | Update critical dates memorandum | 0.10 | 36.00 |
| B110 | 09/10/15 | SLL | Review critical dates memorandum | 0.10 | 88.00 |
| B110 | 09/16/15 | AD | Review pleadings recently filed in debtors' cases | 1.10 | 396.00 |
| B110 | 09/16/15 | AD | Update critical date memorandum | 0.30 | 108.00 |
| B110 | 09/17/15 | SLL | Review Notice of Agenda of Matters Scheduled for Hearing | 0.10 | 88.00 |
| B110 | 09/18/15 | WFJ | Review amended notice of agenda | 0.10 | 63.50 |
| B110 | 09/22/15 | AD | Review and respond to emails re: recently filed pleadings | 0.10 | 36.00 |
| B110 | 09/22/15 | AD | Review pleadings recently filed in debtors' cases | 1.40 | 504.00 |
| B110 | 09/23/15 | AD | Update critical dates memorandum | 0.10 | 36.00 |
| B110 | 09/23/15 | AD | Review pleadings filed in Debtors' cases | 0.40 | 144.00 |
| B110 | 09/23/15 | WFJ | Correspondence with A. DeLeo re critical dates | 0.20 | 127.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B110 | 09/24/15 | AD | Update critical dates memorandum | 0.30 | 108.00 |
| B110 | 09/25/15 | AD | Review recently filed pleadings in debtors' cases | 0.60 | 216.00 |
| B110 | 09/25/15 | WFJ | Correspondence with A. DeLeo re open deadlines | 0.20 | 127.00 |
| B110 | 09/30/15 | WFJ | Call with local counsel re update | 0.10 | 63.50 |
| | | | **Total B110 - Case Administration** | 5.50 | $2,249.00 |

B130 Asset Disposition

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B130 | 09/09/15 | AD | Review de minimis assets procedures motion | 1.20 | 432.00 |
| B130 | 09/09/15 | SLL | Review proposed order granting the De Minimis Assets Procedures Motion | 0.10 | 88.00 |
| B130 | 09/09/15 | WFJ | Correspondence with M. Bouslog and A. DeLeo re changes to de minimis sale order | 0.30 | 190.50 |
| B130 | 09/12/15 | WFJ | Correspondence from M. Bouslog re de minimis sale order and changes to same | 0.20 | 127.00 |
| B130 | 09/14/15 | SLL | Review Xerox Corporation's Limited Objection to Debtors' Motion to Establish Procedures to Transfer, Abandon, or Sell De Minimis Assets | 0.10 | 88.00 |
| B130 | 09/14/15 | WFJ | Review Limited  Objection Xerox Corporation's Limited Objection to Debtors' Motion to Establish Procedures to Transfer, Abandon, or Sell De Minimis Assets Filed by Xerox Corporation | 0.10 | 63.50 |
| B130 | 09/15/15 | SLL | Review Silver Point's Limited  Objection To (A) Debtors Motion To Establish Procedures To Transfer, Abandon, Or Sell De Minimis Assets And (B) Debtors Motion For Entry Of An Order Authorizing The Debtors To (I) Amend Insurance Agreement And (II) Assume Insurance Agreement As Amended | 0.20 | 176.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B130 | 09/15/15 | WFJ | Review Silver Point's objection to de minimis sale motion and Anthem motion | 0.30 | 190.50 |
| B130 | 09/17/15 | ADB | Draft pleading in support of motion to approve de minimis asset disposition procedures and motion to assume amended Anthem agreement | 5.10 | 2,626.50 |
| B130 | 09/17/15 | SLL | Review memorandum re: Debtor's Reply to Silver Point Finance, LLC's Limited Objection to (A) Debtors' Motion to Establish Procedures to Transfer, Abandon, or Sell De Minimis Assets and (B) Debtors' Motion for Entry of an Order Authorizing the Debtors to (I) Amend Insurance Agreement and (II) Assume Insurance Agreement as Amended | 0.10 | 88.00 |
| B130 | 09/17/15 | SLL | Review Debtor's Reply to Silver Point Finance, LLC's Limited Objection to (A) Debtors' Motion to Establish Procedures to Transfer, Abandon, or Sell De Minimis Assets and (B) Debtors' Motion for Entry of an Order Authorizing the Debtors to (I) Amend Insurance Agreement and (II) Assume Insurance Agreement as Amended | 0.20 | 176.00 |
| B130 | 09/17/15 | SLL | Review and revise Statement in Support of (A) Debtors' Motion to Establish Procedures to Transfer, Abandon, or Sell De Minimis Assets and (B) Debtors' Motion for Entry of an Order Authorizing the Debtors to (I) Amend Insurance Agreement and (II) Assume Insurance Agreement as Amended | 0.30 | 264.00 |
| B130 | 09/17/15 | WFJ | Correspondence with A. Behlmann re Committee statement re de minimis sale motion and Anthem motion | 0.40 | 254.00 |
| B130 | 09/18/15 | SLL | Review Official Committee of Unsecured Creditors' Statement in Support of (A) Debtors' Motion for Entry of an Order Authorizing the Debtors to (I) Amend Insurance Agreement and (II) Assume Assurance Agreement as Amended and (B) Debtors' Motion to Establish Procedures to Transfer, Abandon, or Sell De Minimis Assets | 0.10 | 88.00 |
| B130 | 09/18/15 | WFJ | Correspondence from M. Rosenthal re Mexico agreement | 0.20 | 127.00 |
| B130 | 09/21/15 | WFJ | Confer with counsel to Debtors and Silver Point re deminimis sale/abandonment motion | 1.00 | 635.00 |
| B130 | 09/23/15 | AD | Review master transition services agreement | 0.40 | 144.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Standard Register Committee of Unsecured Creditors                                          Page 5
Invoice No.: 750329                                                                  October 12, 2015

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B130 | 09/23/15 | WFJ | Correspondence with A. Magaziner re telephonic hearing re de minimis sale motion | 0.20 | 127.00 |
| B130 | 09/24/15 | SLL | Review Order Establishing Procedures for Debtors to Transfer, Abandon, or Sell De Minimis Assets | 0.10 | 88.00 |
| B130 | 09/24/15 | WFJ | Correspondence with A. DeLeo re MSA | 0.20 | 127.00 |
| B130 | 09/24/15 | WFJ | Correspondence with J. Edelson and A. Magaziner re call re sale motion | 0.20 | 127.00 |
| B130 | 09/24/15 | WFJ | Call with court re sale motion | 0.40 | 254.00 |
| B130 | 09/25/15 | SLL | Review Notice of Sale of De Minimis Assets | 0.10 | 88.00 |
| B130 | 09/25/15 | WFJ | Correspondence with A. DeLeo re sale matters | 0.30 | 190.50 |
| B130 | 09/28/15 | WFJ | Correspondence with M. Bouslog re excluded assets | 0.20 | 127.00 |
| B130 | 09/28/15 | WFJ | Correspondence with Debtors' counsel re 503b9 and other admin claims assumed by Taylor | 0.30 | 190.50 |
| B130 | 09/30/15 | SLL | Review Amended Notice of Sale of De Minimis Asset | 0.10 | 88.00 |
| B130 | 09/30/15 | SLL | Review Notice of Abandonment of De Minimis Assets | 0.10 | 88.00 |
| B130 | 09/30/15 | WFJ | Review Notice of Abandonment of De Minimis Assets | 0.10 | 63.50 |

| | | | **Total B130 - Asset Disposition** | 12.60 | $7,316.50 |
|---|---|---|---|---|---|

B140 Relief from Stay/Adequate Protection Proceedings

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B140 | 09/18/15 | WFJ | Call with D. Widner re stay relief | 0.30 | 190.50 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| | | | **Total B140 - Relief from Stay/Adequate Protection Proceedings** | 0.30 | $190.50 |

B150 Meetings of and Communication with Creditors

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B150 | 09/02/15 | NBV | Draft memo to Committee re: open matters | 5.00 | 2,000.00 |
| B150 | 09/02/15 | NBV | Review e-mail from W. Jung re: committee post | 0.10 | 40.00 |
| B150 | 09/02/15 | NBV | Review e-mail from P. Kizel re committee post | 0.10 | 40.00 |
| B150 | 09/02/15 | NBV | Update committee post re: P. Kizel comments | 0.20 | 80.00 |
| B150 | 09/02/15 | SLL | Review and revise committee status report | 0.10 | 88.00 |
| B150 | 09/02/15 | WFJ | Correspond internally re Committee update correspondence | 0.30 | 190.50 |
| B150 | 09/03/15 | SLL | Review committee status report | 0.10 | 88.00 |
| B150 | 09/03/15 | SLL | Review correspondence from committee member re: SERP calculations | 0.10 | 88.00 |
| B150 | 09/03/15 | WFJ | Call from committee member re update | 0.20 | 127.00 |
| B150 | 09/03/15 | WFJ | Memo to Committee re update and progress | 0.60 | 381.00 |
| B150 | 09/04/15 | NBV | Review e-mail from W. Jung re: noticed contracts designation and rejection | 0.10 | 40.00 |
| B150 | 09/04/15 | NBV | Draft e-mail to W. Jung re: noticed contracts designation and rejection | 0.20 | 80.00 |
| B150 | 09/08/15 | AD | Draft email to Committee members re: recently filed pleadings | 0.70 | 252.00 |
| B150 | 09/08/15 | SLL | Review and revise committee status report | 0.10 | 88.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B150 | 09/09/15 | SLL | Review committee status report | 0.10 | 88.00 |
| B150 | 09/09/15 | SLL | Review correspondence from committee member re: Serp calculations | 0.10 | 88.00 |
| B150 | 09/09/15 | WFJ | Draft memo to Committee re case update and recent filings | 0.80 | 508.00 |
| B150 | 09/09/15 | WFJ | Correspondence with committee member re claims | 0.30 | 190.50 |
| B150 | 09/10/15 | WFJ | Call with T. Webb re claims | 0.20 | 127.00 |
| B150 | 09/11/15 | AD | Weekly call with Committee members to discuss case issues and open items | 0.50 | 180.00 |
| B150 | 09/11/15 | SLL | Review correspondence from D. MacGreevey re: committee call | 0.10 | 88.00 |
| B150 | 09/11/15 | SLL | Participate in committee call re: update | 0.50 | 440.00 |
| B150 | 09/14/15 | AD | Draft email to Committee members re: recently filed pleadings | 0.30 | 108.00 |
| B150 | 09/14/15 | SLL | Telephone call with committee member re: plan | 0.10 | 88.00 |
| B150 | 09/14/15 | SLL | Draft correspondence to committee member re: proposed revised language on the plan | 0.10 | 88.00 |
| B150 | 09/14/15 | SLL | Review correspondence from committee member re: proposed plan and disclosure statement language | 0.10 | 88.00 |
| B150 | 09/15/15 | SLL | Draft correspondence to committee member re: proposed plan language | 0.20 | 176.00 |
| B150 | 09/15/15 | SLL | Review correspondence from committee re: proposed plan language | 0.10 | 88.00 |
| B150 | 09/16/15 | AD | Draft email to Committee members re: recently filed pleadings in debtors' cases | 0.80 | 288.00 |
| B150 | 09/16/15 | SLL | Review and revise committee status report | 0.10 | 88.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B150 | 09/16/15 | SLL | Draft status report to committee | 0.20 | 176.00 |
| B150 | 09/16/15 | WFJ | Correspondence with A. Behlmann et al re Committee memo | 0.30 | 190.50 |
| B150 | 09/17/15 | SLL | Review and revise committee status report | 0.10 | 88.00 |
| B150 | 09/18/15 | SLL | Draft correspondence to committee member re: plan and disclosure statement | 0.10 | 88.00 |
| B150 | 09/18/15 | WFJ | Call from creditor re outstanding claim | 0.20 | 127.00 |
| B150 | 09/22/15 | AD | Draft email to Committee members re: recently filed pleadings | 1.10 | 396.00 |
| B150 | 09/22/15 | SLL | Review and revise committee status report | 0.10 | 88.00 |
| B150 | 09/22/15 | WFJ | Call from KDS Graphics re claims | 0.20 | 127.00 |
| B150 | 09/22/15 | WFJ | Correspondence with PBGC re changes to plan | 0.10 | 63.50 |
| B150 | 09/22/15 | WFJ | Memo to Committee re case and plan update | 0.80 | 508.00 |
| B150 | 09/22/15 | WFJ | Correspondence with A. DeLeo re case and plan update | 0.20 | 127.00 |
| B150 | 09/23/15 | AD | Draft email to committee members  re: recently filed pleadings | 0.20 | 72.00 |
| B150 | 09/23/15 | WFJ | Correspondence with C. Morgan re amended plan | 0.20 | 127.00 |
| B150 | 09/23/15 | WFJ | Call with JDS Graphics re claims and contracts (.3); correspondence with JDS re same (.1); correspondence with Debtors' counsel re same (.2); internal correspondence re same (.1) | 0.70 | 444.50 |
| B150 | 09/24/15 | WFJ | Memo to Committee re update | 0.40 | 254.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Standard Register Committee of Unsecured Creditors

Invoice No.: 750329

Page 9

October 12, 2015

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B150 | 09/24/15 | WFJ | Correspondence with Debtors' counsel and JDS Graphics re claims and contract | 0.30 | 190.50 |
| B150 | 09/25/15 | AD | Draft email to Committee members re: recently filed pleadings | 0.20 | 72.00 |
| B150 | 09/25/15 | SLL | Review and revise committee status report | 0.10 | 88.00 |
| B150 | 09/25/15 | SLL | Review correspondence from committee member re: bar date | 0.10 | 88.00 |
| B150 | 09/25/15 | SLL | Review correspondence from committee member re: calculation of claims | 0.10 | 88.00 |
| B150 | 09/25/15 | WFJ | Correspondence with Committee re pension claims and related notices | 0.20 | 127.00 |
| B150 | 09/25/15 | WFJ | Correspondence with JDS Graphics re claims | 0.20 | 127.00 |
| B150 | 09/28/15 | SLL | Telephone call with committee member re: plan | 0.20 | 176.00 |
| B150 | 09/29/15 | SLL | Review correspondence from committee member re: actuary amounts | 0.10 | 88.00 |
| B150 | 09/29/15 | WFJ | Correspondence with Committee members re pension claims | 0.20 | 127.00 |
| B150 | 09/30/15 | SLL | Review correspondence from committee member re: pension claims calculations | 0.10 | 88.00 |
| B150 | 09/30/15 | WFJ | Call from creditor re payment on account of claim | 0.20 | 127.00 |

| | | | Total B150 - Meetings of and Communication with Creditors | 19.20 | $10,567.00 |
|--|--|--|--|--|--|

B160 Fee/Employment Applications

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B160 | 09/08/15 | WFJ | Review Order Approving Fourth Monthly And Final Application Of Lazard Freres And Co., LLC And Lazard Middle Market LLC, As Investment Banker To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For Te Monthly Period From July 1, 2015 Through July 31, 2015, And The Final Period From March 12, 2015 Through July 31, 2015 | 0.10 | 63.50 |
| B160 | 09/08/15 | WFJ | Prepare August fee statement | 0.80 | 508.00 |
| B160 | 09/09/15 | EBL | Prepare sixth monthly fee application of Lowenstein Sandler (August 2015) | 0.60 | 126.00 |
| B160 | 09/15/15 | EBL | Finalize sixth monthly fee application and related documents for filing; coordinate filing and service of same with local counsel | 0.40 | 84.00 |
| B160 | 09/15/15 | WFJ | Prepare August '15 fee application | 0.60 | 381.00 |
| B160 | 09/15/15 | WFJ | Prepare August fee application and file same | 0.70 | 444.50 |
| B160 | 09/15/15 | WFJ | Correspondence to UST re August fee application | 0.10 | 63.50 |
| B160 | 09/18/15 | EBL | Prepare second interim fee application of Lowenstein Sandler and related documents | 2.60 | 546.00 |
| B160 | 09/23/15 | WFJ | Prepare second interim fee application | 1.10 | 698.50 |
| B160 | 09/25/15 | EBL | Edits to Lowenstein Sandler's second interim fee application | 0.30 | 63.00 |
| B160 | 09/25/15 | WFJ | Prepare second interim fee application | 0.30 | 190.50 |
| | | | **Total B160 - Fee/Employment Applications** | 7.60 | $3,168.50 |

B165 Employment and Retention Applications - Others

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B165 | 09/14/15 | SLL | Review Certification of Counsel Regarding Revised Order Authorizing the Debtors to (I) Employ and Retain WilliamsMarston LLC to Provide Interim Management Services and (II) Designate Landen C. Williams as Replacement Chief Restructuring Officer and Treasurer Nunc Pro Tunc to August 26, 2015 | 0.10 | 88.00 |
| B165 | 09/14/15 | WFJ | Review certification of counsel and revised order re WilliamsMarston LLC retention | 0.10 | 63.50 |
| B165 | 09/15/15 | SLL | Review Order Authorizing the Debtors to (I) Employ and Retain WilliamsMarston LLC to Provide Interim Management Services, and (II) Designate Landen C. Williams as Replacement Chief Restructuring Officer and Treasurer Nunc Pro Tunc to August 26, 2015 | 0.10 | 88.00 |
| B165 | 09/15/15 | WFJ | Review Order Authorizing the Debtors to (I) Employ and Retain WilliamsMarston LLC to Provide Interim Management Services, and (II) Designate Landen C. Williams as Replacement Chief Restructuring Officer and Treasurer Nunc Pro Tunc to August 26, 2015 | 0.10 | 63.50 |
| B165 | 09/23/15 | WFJ | Correspondence with Zolfo and C. Ward re Zolfo supplemental certification | 0.20 | 127.00 |

|  |  |  | **Total B165 - Employment and Retention Applications - Others** | 0.60 | $430.00 |

B175 Fee Applications and Invoices - Others

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B175 | 09/08/15 | SLL | Review Order Approving Fourth Monthly And Final Application Of Lazard Freres And Co., LLC And Lazard Middle Market LLC, As Investment Banker To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Monthly Period From July 1, 2015 Through July 31, 2015, And The Final Period From March 12, 2015 Through July 31, 2015 | 0.10 | 88.00 |
| B175 | 09/09/15 | SLL | Review draft August fee statement | 0.10 | 88.00 |
| B175 | 09/15/15 | SLL | Review Lowenstein Sandler's sixth monthly fee application | 0.10 | 88.00 |
| B175 | 09/15/15 | WFJ | Review August fee application re Gibson Dunn | 0.20 | 127.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Standard Register Committee of Unsecured Creditors
Invoice No.: 750329

Page 12
October 12, 2015

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B175 | 09/16/15 | SLL | Review memorandum re: fee payments from the trust | 0.10 | 88.00 |
| B175 | 09/17/15 | SLL | Review memorandum re: professional fees | 0.10 | 88.00 |
| B175 | 09/18/15 | SLL | Review memorandum re: professional fees | 0.10 | 88.00 |
| B175 | 09/22/15 | SLL | Review third budget/staffing report for the period of August through November 2015 | 0.10 | 88.00 |
| B175 | 09/22/15 | WFJ | Prepare budget and staffing report per UST guidelines | 0.80 | 508.00 |
| B175 | 09/23/15 | WFJ | Correspondence with Debtors' counsel re second interim fee applications | 0.20 | 127.00 |
| B175 | 09/25/15 | SLL | Review and revise draft second interim fee application | 0.10 | 88.00 |
| B175 | 09/30/15 | WFJ | Review Monthly  Application for Compensation (Combined) of Prime Clerk LLC as Administrative Agent to the Debtors for the period (i) June 1, 2015 to June 30, 2015 and (ii) August 1, 2015  to August 31, 2015 | 0.30 | 190.50 |
| | | | **Total B175 - Fee Applications and Invoices - Others** | 2.30 | $1,656.50 |

B185 Assumption/Rejection of Leases and Contracts

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B185 | 09/04/15 | WFJ | Correspondence from P. Bohl re assumed contracts | 0.20 | 127.00 |
| B185 | 09/08/15 | SLL | Review Fourth Notice Regarding Designation as Post-Closing Transferred Contract and Assumption and Assignment Thereof | 0.10 | 88.00 |
| B185 | 09/08/15 | WFJ | Review Fourth Notice Regarding Designation as Post-Closing Transferred Contract and Assumption and Assignment Thereof | 0.10 | 63.50 |
| B185 | 09/11/15 | SLL | Review Second Notice Regarding Designation as Removed Contract and Rejection Thereof | 0.10 | 88.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Standard Register Committee of Unsecured Creditors
Invoice No.: 750329

Page 13
October 12, 2015

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|---------------|-------|--------|
| B185 | 09/11/15 | WFJ | Review Second Notice Regarding Designation as Removed Contract and Rejection Thereof | 0.10 | 63.50 |
| B185 | 09/14/15 | SLL | Review Fifth Notice Regarding Designation as Post-Closing Transferred Contract and Assumption and Assignment Thereof | 0.10 | 88.00 |
| B185 | 09/14/15 | WFJ | Review Fifth Notice Regarding Designation as Post-Closing Transferred Contract and Assumption and Assignment Thereof | 0.20 | 127.00 |
| B185 | 09/21/15 | SLL | Review Sixth Notice Regarding Designation as Post-Closing Transferred Contract and Assumption and Assignment Thereof | 0.10 | 88.00 |
| B185 | 09/21/15 | SLL | Review Third Notice Regarding Designation as Removed Contract and Rejection Thereof | 0.10 | 88.00 |
| B185 | 09/21/15 | WFJ | Review Third Notice Regarding Designation as Removed Contract and Rejection Thereof | 0.20 | 127.00 |
| B185 | 09/24/15 | SLL | Review Fourth Notice Regarding Designation as Removed Contract and Rejection Thereof | 0.10 | 88.00 |
| B185 | 09/24/15 | WFJ | Review lists of assumed/rejected contracts | 0.30 | 190.50 |
| B185 | 09/28/15 | SLL | Review Seventh Notice Regarding Designation as Post-Closing Transferred Contract and Assumption and Assignment Thereof | 0.10 | 88.00 |
| B185 | 09/28/15 | WFJ | Review lists of assumed and rejected contracts | 0.40 | 254.00 |

|  |  |  | **Total B185 - Assumption/Rejection of Leases and Contracts** | 2.20 | $1,568.50 |

B190 Other Contested Matters (excluding assumption/rejection motions)

| B190 | 09/01/15 | WFJ | Review Supplemental  List of Ordinary Course Professionals | 0.10 | 63.50 |
| B190 | 09/01/15 | WFJ | Review Declaration of Disinterestedness by Stites & Harbison PLLC | 0.10 | 63.50 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

Standard Register Committee of Unsecured Creditors
Invoice No.: 750329

Page 14
October 12, 2015

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B190 | 09/03/15 | WFJ | Review Certification of Counsel Regarding Fourth Monthly and Final Application for Compensation and Reimbursement of Expenses of Lazard Freres & Co. LLC and Lazard Middle Market LLC for the Monthly Period from July 1, 2015 through July 31, 2015 and Final for the Period March 12, 2015 to July 31, 2015 | 0.10 | 63.50 |
| B190 | 09/03/15 | WFJ | E-mail from G. Bickar re payment | 0.10 | 63.50 |
| B190 | 09/04/15 | SLL | Review Second Motion to Extend the Period Within Which the Debtors May Remove Actions | 0.10 | 88.00 |
| B190 | 09/09/15 | AD | Call with W. Jung re: de minimis assets procedures motion | 0.10 | 36.00 |
| B190 | 09/09/15 | AD | Inter-office conference to discuss issues re: de minimis assets procedures motion | 0.10 | 36.00 |
| B190 | 09/14/15 | AD | Review pleadings filed in debtors' cases | 0.40 | 144.00 |
| B190 | 09/16/15 | SLL | Review critical dates memorandum | 0.10 | 88.00 |
| B190 | 09/17/15 | WFJ | Review SP's response re pending motion | 0.20 | 127.00 |
| B190 | 09/18/15 | SLL | Review Notice of Agenda of Matters Scheduled for Hearing | 0.10 | 88.00 |
| B190 | 09/21/15 | SLL | Review correspondence from J. Graves re: information requests | 0.10 | 88.00 |
| B190 | 09/21/15 | SLL | Review Order (WITH REVISIONS) Authorizing the Debtors to (I) Amend Insurance Agreement and (II) Assume Insurance Agreement as Amended | 0.10 | 88.00 |
| B190 | 09/21/15 | SLL | Review Motion for Order Expediting Consideration of, and Shortening the Notice Period Applicable to, Motion by Caresource Management Group Co. for an Order Authorizing Caresource Management Group Co. to File Under Seal its Motion for Relief from the Sale Order, to Compel Assumption or Rejection of Certain Unexpired Executory Contracts, and for Related Relief | 0.10 | 88.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Standard Register Committee of Unsecured Creditors                                          Page 15
Invoice No.: 750329                                                                   October 12, 2015

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B190 | 09/21/15 | SLL | Review Motion by Caresource Management Group Co. for an Order Authorizing Caresource Management Group Co. to File Under Seal Its Motion for Relief from the Sale Order, to Compel Assumption or Rejection of Certain Unexpired Executory Contracts, and for Related Relief | 0.20 | 176.00 |
| B190 | 09/21/15 | SLL | Review Motion of Caresource Management Group Co. for Relief from the Sale Order, to Compel Assumption or Rejection of Certain Unexpired Executory Contracts, and for Related Relief | 0.20 | 176.00 |
| B190 | 09/21/15 | WFJ | Review Order (WITH REVISIONS) Authorizing the Debtors to (I) Amend Insurance Agreement and (II) Assume Insurance Agreement as Amended | 0.10 | 63.50 |
| B190 | 09/21/15 | WFJ | Correspondence with N. DiBiaso re Caresource Management pleadings | 0.20 | 127.00 |
| B190 | 09/22/15 | SLL | Review correspondence from N. DiBiaso re: motion to compel | 0.10 | 88.00 |
| B190 | 09/23/15 | AD | Review asset purchase agreement for information re: payment of 503(b)(9) claims | 1.40 | 504.00 |
| B190 | 09/24/15 | AD | Draft document request re: 503(b)(9) claims | 2.00 | 720.00 |
| B190 | 09/24/15 | SLL | Review and revise discovery request to Taylor | 0.30 | 264.00 |
| B190 | 09/25/15 | AD | Review master transition services agreement and asset purchase agreement re: 503(b)(9) issues | 1.00 | 360.00 |
| B190 | 09/25/15 | ADB | Draft revisions to discovery demands and subpoena re: unpaid 503(b)(9) claims | 2.40 | 1,236.00 |
| B190 | 09/25/15 | SLL | Review and revise discovery requests | 0.30 | 264.00 |
| B190 | 09/25/15 | SLL | Review memorandum re: document requests | 0.10 | 88.00 |
| B190 | 09/25/15 | SLL | Review critical dates memorandum | 0.10 | 88.00 |
| B190 | 09/28/15 | SLL | Review memorandum re: information requests | 0.10 | 88.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B190 | 09/29/15 | AD | Review asset purchase agreement and chapter 11 plan to resolve issues re: reconciliation of 503(b)(9) claims | 1.00 | 360.00 |
| | | | **Total B190 - Other Contested Matters (excluding assumption/rejection motions)** | 11.30 | $5,727.50 |

### B195 Non-Working Travel

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B195 | 09/21/15 | WFJ | Travel to and from Wilmington DE re hearing on solicitation motion et al | 4.70 | 1,492.25 |
| | | | **Total B195 - Non-Working Travel** | 4.70 | $1,492.25 |

### B200 - Operations

### B210 Business Operations

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B210 | 09/02/15 | WFJ | Correspondence with J. Edelson re CNO | 0.20 | 127.00 |
| B210 | 09/18/15 | WFJ | Review Monthly Staffing Report for Filing Period August 1, 2015 through August 31, 2015 | 0.20 | 127.00 |
| B210 | 09/25/15 | WFJ | Review Monthly Staffing Report for Filing Period August 24, 2015 through August 31, 2015 | 0.10 | 63.50 |
| B210 | 09/26/15 | WFJ | Draft memo to Debtors' counsel re open issues | 0.60 | 381.00 |
| B210 | 09/29/15 | SLL | Review Debtor-In-Possession Monthly Operating Report for Filing Period August 3, 2015 through August 30, 2015 | 0.10 | 88.00 |
| B210 | 09/29/15 | WFJ | Review Debtor-In-Possession Monthly Operating Report for Filing Period August 3, 2015 through August 30, 2015 | 0.20 | 127.00 |

Standard Register Committee of Unsecured Creditors
Invoice No.: 750329

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| | | | **Total B210 - Business Operations** | 1.40 | $913.50 |

B300 - Claims and Plan

B310 Claims Administration and Objections

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B310 | 09/03/15 | SLL | Review memorandum re: SERP calculations | 0.20 | 176.00 |
| B310 | 09/03/15 | SLL | Review correspondence from M. Rosenthal re: deferred comp numbers | 0.10 | 88.00 |
| B310 | 09/03/15 | SLL | Review First  Omnibus Objection to Claims | 0.10 | 88.00 |
| B310 | 09/03/15 | WFJ | Review two responses to claim objections | 0.20 | 127.00 |
| B310 | 09/03/15 | WFJ | Correspondence with Debtors' counsel and CRO re SERP claims | 0.30 | 190.50 |
| B310 | 09/03/15 | WFJ | Internal correspondence re claims update | 0.20 | 127.00 |
| B310 | 09/03/15 | WFJ | Correspondence with J. Edelson re litigation update | 0.20 | 127.00 |
| B310 | 09/04/15 | SLL | Review Omnibus Objections to Claims | 0.10 | 88.00 |
| B310 | 09/04/15 | WFJ | Review responses re omnibus claim objections | 0.30 | 190.50 |
| B310 | 09/09/15 | SLL | Review correspondence from creditor re: total liability was for the unsecured claims | 0.10 | 88.00 |
| B310 | 09/09/15 | SLL | Draft memorandum re: SERP claims | 0.10 | 88.00 |
| B310 | 09/09/15 | WFJ | Correspondence with Debtors' professionals re pension claims | 0.20 | 127.00 |
| B310 | 09/10/15 | SLL | Review  Response of Harmony Press, Inc. in Opposition to Debtors' First Omnibus (Substantive) Objection to Claims | 0.10 | 88.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B310 | 09/12/15 | AD | Review omnibus claims objections (.4); review and respond to emails re: the same (.2) | 0.60 | 216.00 |
| B310 | 09/12/15 | SLL | Review omnibus claims objections | 0.10 | 88.00 |
| B310 | 09/12/15 | SLL | Review memorandum re: omnibus claims objections | 0.10 | 88.00 |
| B310 | 09/12/15 | SLL | Draft memorandum re: claim objections | 0.10 | 88.00 |
| B310 | 09/12/15 | SLL | Draft memorandum re: claim objections | 0.20 | 176.00 |
| B310 | 09/14/15 | SLL | Review memorandum re: analysis related to claims | 0.10 | 88.00 |
| B310 | 09/14/15 | SLL | Review correspondence from M. Cervi re: analysis related to claims | 0.10 | 88.00 |
| B310 | 09/14/15 | SLL | Review Response to Third Omnibus Objection to Claims | 0.10 | 88.00 |
| B310 | 09/14/15 | WFJ | Review Fifth omnibus claim objection | 0.20 | 127.00 |
| B310 | 09/14/15 | WFJ | Review Fourth omnibus claim objection | 0.20 | 127.00 |
| B310 | 09/14/15 | WFJ | Review Response to Third Omnibus Objection to Claims (Non-Substantive) filed by B. O'Donel | 0.10 | 63.50 |
| B310 | 09/16/15 | SLL | Review Certification of Counsel Regarding Order Sustaining Debtors' Second (2nd) Omnibus (Substantive) Objection to Claims | 0.10 | 88.00 |
| B310 | 09/16/15 | WFJ | Review Certification of Counsel Regarding Order Sustaining Debtors' Second (2nd) Omnibus (Substantive) Objection to Claims | 0.10 | 63.50 |
| B310 | 09/17/15 | SLL | Review Order Sustaining Debtors' Second (2nd) Omnibus (Substantive) Objection to Claims | 0.10 | 88.00 |
| B310 | 09/17/15 | SLL | Review claims analysis | 0.40 | 352.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B310 | 09/17/15 | WFJ | Correspondence with Debtors' counsel re claims | 0.30 | 190.50 |
| B310 | 09/18/15 | SLL | Review memorandum re: pension claims | 0.10 | 88.00 |
| B310 | 09/18/15 | WFJ | Correspondence to Debtors' counsel re pension claims and bar date | 0.20 | 127.00 |
| B310 | 09/18/15 | WFJ | Review further changes to plan and disclosure statement | 0.80 | 508.00 |
| B310 | 09/21/15 | WFJ | Correspond internally re claims | 0.20 | 127.00 |
| B310 | 09/23/15 | AD | Review sale order for language re: 503(b)(9) claims | 0.30 | 108.00 |
| B310 | 09/24/15 | SLL | Review memorandum re: administrative claims | 0.10 | 88.00 |
| B310 | 09/24/15 | SLL | Review correspondence from J. Graves re: 503(b)(9) claims | 0.10 | 88.00 |
| B310 | 09/25/15 | SLL | Review Notice of Deadlines for the Filing of Proofs of Claim Related to Pension Benefits Obligations | 0.10 | 88.00 |
| B310 | 09/25/15 | SLL | Review correspondence from J. Graves re: bar date for Pension Benefits claims | 0.10 | 88.00 |
| B310 | 09/25/15 | SLL | Review memorandum re: Pension Claims | 0.10 | 88.00 |
| B310 | 09/25/15 | SLL | Review  Response To Fourth  Omnibus Objection to Claims | 0.10 | 88.00 |
| B310 | 09/25/15 | SLL | Review correspondence from L. Williams re: pension claims | 0.10 | 88.00 |
| B310 | 09/25/15 | WFJ | Correspondence with L. Williams re pension claims | 0.20 | 127.00 |
| B310 | 09/25/15 | WFJ | Correspondence with P. Kizel et al re 503b9 claims | 0.20 | 127.00 |
| B310 | 09/25/15 | WFJ | Correspondence with Debtors' counsel re pension claims and related notices | 0.60 | 381.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

Standard Register Committee of Unsecured Creditors
Invoice No.: 750329

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B310 | 09/26/15 | SLL | Draft memorandum re: 503(b)(9) claims | 0.10 | 88.00 |
| B310 | 09/26/15 | WFJ | Correspond internally re administrative claims | 0.20 | 127.00 |
| B310 | 09/28/15 | SLL | Review memorandum re: claim calculations | 0.10 | 88.00 |
| B310 | 09/28/15 | SLL | Review Response to Fifth Omnibus Objection to Claims | 0.10 | 88.00 |
| B310 | 09/28/15 | SLL | Review correspondence from M. Rosenthal re: 503(b)(9) claims | 0.10 | 88.00 |
| B310 | 09/28/15 | SLL | Review correspondence from J. Graves re: 503(b)(9) claims | 0.10 | 88.00 |
| B310 | 09/28/15 | WFJ | Review Response to Fifth Omnibus Objection to Claims (Substantive)  Filed by  Steven  Wilde | 0.10 | 63.50 |
| B310 | 09/28/15 | WFJ | Correspondence to CRO re pension claims | 0.20 | 127.00 |
| B310 | 09/28/15 | WFJ | Internal memo re administrative claims | 0.20 | 127.00 |
| B310 | 09/29/15 | SLL | Review memorandum re: 503b9 claims | 0.10 | 88.00 |
| B310 | 09/29/15 | SLL | review correspondence from J. Graves re: 503b9 claims | 0.10 | 88.00 |
| B310 | 09/29/15 | SLL | Review proposed claim settlement and release agreement | 0.10 | 88.00 |
| B310 | 09/29/15 | SLL | Draft correspondence to committee member re: SERP claim calculations | 0.10 | 88.00 |
| B310 | 09/29/15 | WFJ | Correspondence with Debtors' counsel and A. DeLeo re administrative claims | 0.30 | 190.50 |
| B310 | 09/29/15 | WFJ | Correspondence with Debtors' counsel and actuary re pension claims | 0.20 | 127.00 |
| B310 | 09/30/15 | SLL | Review Response to Omnibus Objection to Claims | 0.10 | 88.00 |

Standard Register Committee of Unsecured Creditors
Invoice No.: 750329

Page 21
October 12, 2015

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B310 | 09/30/15 | SLL | Review memorandum re: Debtors' pension claims calculations | 0.10 | 88.00 |
| B310 | 09/30/15 | SLL | Review correspondence from C. Browne re: claim withdrawal | 0.10 | 88.00 |
| B310 | 09/30/15 | WFJ | Multiple correspondence with Committee members and Debtors' professionals re pension claims | 0.70 | 444.50 |
| | | | **Total B310 - Claims Administration and Objections** | 11.50 | $8,084.00 |

<u>B320 Plan and Disclosure Statement (including Business Plan)</u>

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B320 | 09/02/15 | SLL | Review correspondence from M. Rosenthal re: plan and disclosure statement | 0.10 | 88.00 |
| B320 | 09/02/15 | WFJ | Correspondence with M. Rosenthal re plan and disclosure statement | 0.20 | 127.00 |
| B320 | 09/05/15 | SLL | Review and comment on draft plan | 0.40 | 352.00 |
| B320 | 09/05/15 | WFJ | E-mail from M. Rosenthal re draft plan | 0.10 | 63.50 |
| B320 | 09/06/15 | SLL | Review draft disclosure statement | 0.70 | 616.00 |
| B320 | 09/06/15 | WFJ | E-mail from M. Rosenthal re draft disclosure statement | 0.20 | 127.00 |
| B320 | 09/08/15 | AD | Review recently filed pleadings the Debtors' cases re: plan | 0.80 | 288.00 |
| B320 | 09/08/15 | PK | Review draft plan and disclosure statement in preparation for call with Gibson Dunn | 2.50 | 1,875.00 |
| B320 | 09/08/15 | SLL | Review memorandum re: plan and disclosure statement | 0.20 | 176.00 |
| B320 | 09/08/15 | WFJ | Correspondence with P. Kizel re plan | 0.20 | 127.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Standard Register Committee of Unsecured Creditors
Invoice No.: 750329

Page 22
October 12, 2015

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B320 | 09/08/15 | WFJ | Correspondence with Debtors' counsel re plan and disclosure statement | 0.30 | 190.50 |
| B320 | 09/08/15 | WFJ | Review drafts of plan and disclosure statement | 2.30 | 1,460.50 |
| B320 | 09/09/15 | ADB | Review debtors' draft plan and disclosure statement | 4.90 | 2,523.50 |
| B320 | 09/09/15 | WFJ | Call with Debtors' counsel re plan matters | 0.90 | 571.50 |
| B320 | 09/09/15 | WFJ | Work on revisions to draft plan | 3.60 | 2,286.00 |
| B320 | 09/10/15 | ADB | Review first round of revisions to plan by W. Jung | 1.10 | 566.50 |
| B320 | 09/10/15 | ADB | Begin drafting extensive revisions to plan | 4.10 | 2,111.50 |
| B320 | 09/10/15 | SLL | Review memorandum re: draft plan | 0.40 | 352.00 |
| B320 | 09/10/15 | WFJ | Work on plan and disclosure statement | 1.80 | 1,143.00 |
| B320 | 09/10/15 | WFJ | Internal call re plan update | 0.20 | 127.00 |
| B320 | 09/10/15 | WFJ | Correspondence with M. Rosenthal re plan tax matters | 0.30 | 190.50 |
| B320 | 09/11/15 | AD | Review file for communications re: plan and disclosure statement issues | 0.20 | 72.00 |
| B320 | 09/11/15 | ADB | Continue drafting extensive revisions to chapter 11 plan | 8.60 | 4,429.00 |
| B320 | 09/11/15 | JLB | E-mails from/to W. Jung re: plan | 0.10 | 70.50 |
| B320 | 09/11/15 | JLB | Review, analyze plan of liquidation | 1.10 | 775.50 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Standard Register Committee of Unsecured Creditors | Page 23
Invoice No.: 750329 | October 12, 2015

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B320 | 09/11/15 | SLL | Review United States Trustee Response to and Reservation of Rights on Debtors' Motion for Order (i) Scheduling Combined Hearing on Approval of Disclosure Statement and Confirmation of Plan, (ii) Establishing Procedures for Solicitation and Tabulation of Votes on Plan and (iii) Approving Related Matters | 0.10 | 88.00 |
| B320 | 09/11/15 | SLL | Review memorandum re: plan | 0.20 | 176.00 |
| B320 | 09/11/15 | WFJ | Correspondence with J. Berger re plan issues | 0.20 | 127.00 |
| B320 | 09/11/15 | WFJ | Correspondence with A. Behlmann re plan issues | 0.20 | 127.00 |
| B320 | 09/11/15 | WFJ | Review UST's Response to and Reservation of Rights on Debtors' Motion for Order (i) Scheduling Combined Hearing on Approval of Disclosure Statement and Confirmation of Plan, (ii) Establishing Procedures for Solicitation and Tabulation of Votes on Plan and (iii) Approving Related Matters | 0.10 | 63.50 |
| B320 | 09/14/15 | AD | Research re: treatment of claims in chapter 11 plans | 1.20 | 432.00 |
| B320 | 09/14/15 | ADB | Draft additional revisions to chapter 11 plan | 6.60 | 3,399.00 |
| B320 | 09/14/15 | JLB | Analysis re: tax issues | 0.70 | 493.50 |
| B320 | 09/14/15 | JLB | Discussion with W. Jung; e-mails from/to W. Jung, M. Rosenthal | 0.60 | 423.00 |
| B320 | 09/14/15 | SLL | Review and revise plan | 0.60 | 528.00 |
| B320 | 09/14/15 | SLL | Review memorandum re: proposed plan language | 0.10 | 88.00 |
| B320 | 09/14/15 | SLL | Review memorandum re: treatment under the plan | 0.10 | 88.00 |
| B320 | 09/14/15 | SLL | Review correspondence from M. Rosenthal re: plan | 0.10 | 88.00 |
| B320 | 09/14/15 | WFJ | Correspondence with A. DeLeo re plan research | 0.30 | 190.50 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B320 | 09/14/15 | WFJ | Correspondence Debtors' counsel re changes to plan and tax matters | 0.30 | 190.50 |
| B320 | 09/14/15 | WFJ | Call with J. Berger re plan tax matters | 0.60 | 381.00 |
| B320 | 09/14/15 | WFJ | Correspondence with PBGC re plan language (.3); call with PBGC re same (.2) | 0.50 | 317.50 |
| B320 | 09/14/15 | WFJ | Correspondence with M. Rosenthal et al re tax call | 0.20 | 127.00 |
| B320 | 09/14/15 | WFJ | Internal call re plan issues | 0.20 | 127.00 |
| B320 | 09/14/15 | WFJ | Correspondence with J. Edelson re disclosure statement | 0.10 | 63.50 |
| B320 | 09/14/15 | WFJ | Correspondence with Zolfo re financial update | 0.20 | 127.00 |
| B320 | 09/14/15 | WFJ | Work on revisions to plan of liquidation | 3.80 | 2,413.00 |
| B320 | 09/14/15 | WFJ | Correspondence with A. Behlmann re plan changes | 0.20 | 127.00 |
| B320 | 09/15/15 | AD | Review and respond to emails re: treatment of pension claims in chapter 11 plans | 0.10 | 36.00 |
| B320 | 09/15/15 | AD | Research re: treatment of claims in bankruptcy plans | 0.30 | 108.00 |
| B320 | 09/15/15 | JLB | Conference call re: tax issues with W. Jung, J. Trinklein, M. Rosenthal | 0.90 | 634.50 |
| B320 | 09/15/15 | JLB | Discussion with W. Jung re: tax issues | 0.20 | 141.00 |
| B320 | 09/15/15 | PK | Review internal comments re: plan and disclosure statement | 0.50 | 375.00 |
| B320 | 09/15/15 | SLL | Review revised draft plan | 0.10 | 88.00 |
| B320 | 09/15/15 | SLL | Review memorandum re: proposed plan language | 0.10 | 88.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B320 | 09/15/15 | WFJ | Correspondence with J. Edelson re plan update | 0.20 | 127.00 |
| B320 | 09/15/15 | WFJ | Conference call with counsel to the Debtors re plan and next steps | 0.90 | 571.50 |
| B320 | 09/15/15 | WFJ | Call with J. Berger re plan and tax matters | 0.40 | 254.00 |
| B320 | 09/16/15 | ADB | Draft further revisions to chapter 11 plan | 3.40 | 1,751.00 |
| B320 | 09/16/15 | PK | Review plan and DS and review comments from LS team | 2.00 | 1,500.00 |
| B320 | 09/16/15 | SLL | Review correspondence from D. MacGreevey re: wind down budget and key items | 0.10 | 88.00 |
| B320 | 09/16/15 | SLL | Review memorandum re: substantive consolidation | 0.10 | 88.00 |
| B320 | 09/16/15 | SLL | Review memorandum re: revised plan | 0.10 | 88.00 |
| B320 | 09/16/15 | SLL | Review revised plan | 0.80 | 704.00 |
| B320 | 09/16/15 | SLL | Review correspondence from M. Rosenthal re: revised plan | 0.10 | 88.00 |
| B320 | 09/16/15 | SLL | Review correspondence from J. Graves re: Disclosure Statement | 0.10 | 88.00 |
| B320 | 09/16/15 | SLL | Review and revise draft revised Disclosure Statement | 0.60 | 528.00 |
| B320 | 09/16/15 | WFJ | Correspondence with Zolfo re plan matters | 0.20 | 127.00 |
| B320 | 09/16/15 | WFJ | Work on revised plan of liquidation | 4.30 | 2,730.50 |
| B320 | 09/16/15 | WFJ | Correspondence with Debtors' counsel re revised plan of liquidation and disclosure statement | 0.30 | 190.50 |
| B320 | 09/17/15 | SLL | Review memorandum re: plan issues | 0.10 | 88.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B320 | 09/17/15 | SLL | Review further revised draft plan | 0.20 | 176.00 |
| B320 | 09/17/15 | WFJ | Correspondence with Debtors' counsel re revised plan and disclosure statement | 0.60 | 381.00 |
| B320 | 09/17/15 | WFJ | Correspondence with A. Behlmann et al  re plan and disclosure statement changes | 0.40 | 254.00 |
| B320 | 09/17/15 | WFJ | Correspondence with Zolfo re plan and confirmation issues | 0.30 | 190.50 |
| B320 | 09/18/15 | ADB | Conference call with debtors' counsel re: plan issues | 0.90 | 463.50 |
| B320 | 09/18/15 | SLL | Draft memorandum re: plan and disclosure statement | 0.10 | 88.00 |
| B320 | 09/18/15 | SLL | Participate in call with debtors counsel re: plan | 0.10 | 88.00 |
| B320 | 09/18/15 | SLL | Review correspondence from J. Graves re: revised plan | 0.10 | 88.00 |
| B320 | 09/18/15 | SLL | Review memorandum re: plan and disclosure statement | 0.10 | 88.00 |
| B320 | 09/18/15 | SLL | Review memorandum re: revised plan | 0.10 | 88.00 |
| B320 | 09/18/15 | SLL | Review filed plan | 0.30 | 264.00 |
| B320 | 09/18/15 | SLL | Review filed disclosure statement | 0.20 | 176.00 |
| B320 | 09/18/15 | WFJ | Review agreement re Mexican tax matters | 0.30 | 190.50 |
| B320 | 09/18/15 | WFJ | Call with Zolfo re plan matters | 0.70 | 444.50 |
| B320 | 09/18/15 | WFJ | Prepare for 9/21/15 contested hearing | 0.40 | 254.00 |
| B320 | 09/18/15 | WFJ | Correspondence with J. Berger re plan tax matter | 0.10 | 63.50 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Standard Register Committee of Unsecured Creditors
Invoice No.: 750329

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B320 | 09/18/15 | WFJ | Review filed version of plan and DS | 0.90 | 571.50 |
| B320 | 09/18/15 | WFJ | Correspondence with Debtors' counsel re changes to plan and disclosure statement | 1.30 | 825.50 |
| B320 | 09/18/15 | WFJ | Prepare changes to plan and disclosure statement | 1.20 | 762.00 |
| B320 | 09/18/15 | WFJ | Correspondence with A. Behlmann et al changes to plan and DS | 0.60 | 381.00 |
| B320 | 09/19/15 | WFJ | E-mails from team re confirmation issues | 0.30 | 190.50 |
| B320 | 09/21/15 | ADB | Draft letter in support of plan | 0.80 | 412.00 |
| B320 | 09/21/15 | SLL | Review Order (I) Scheduling Combined Hearing on Approval of Disclosure Statement and Confirmation of Plan, (II) Establishing Procedures for Solicitation and Tabulation of Votes on Plan and (III) Approving Related Matters | 0.20 | 176.00 |
| B320 | 09/21/15 | SLL | Review memorandum re: committee plan support letter | 0.10 | 88.00 |
| B320 | 09/21/15 | SLL | Review and revise committee plan support letter | 0.10 | 88.00 |
| B320 | 09/21/15 | SLL | Review correspondence from J. Graves re: Plan, Disclosure Statement, and Liquidation Analysis | 0.10 | 88.00 |
| B320 | 09/21/15 | WFJ | Correspondence with A. Behlmann re Committee plan support letter | 0.40 | 254.00 |
| B320 | 09/21/15 | WFJ | Attend hearing re solicitation motion et al | 1.10 | 698.50 |
| B320 | 09/21/15 | WFJ | Correspondence from J. Graves re further changes to plan and disclosure statement | 0.20 | 127.00 |
| B320 | 09/22/15 | SLL | Review memorandum re: allocation of the wind-down fund | 0.10 | 88.00 |
| B320 | 09/22/15 | SLL | Review and revise Committee Plan Support Letter | 0.10 | 88.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B320 | 09/22/15 | SLL | Review Debtors' solicitation materials | 0.10 | 88.00 |
| B320 | 09/22/15 | SLL | Review correspondence from committee member re: proposed language in the Disclosure Statement and Plan | 0.10 | 88.00 |
| B320 | 09/22/15 | SLL | Review memorandum re: plan discussion | 0.10 | 88.00 |
| B320 | 09/22/15 | SLL | Review Amended Chapter 11 Plan of Liquidation | 0.10 | 88.00 |
| B320 | 09/22/15 | SLL | Review Amended Disclosure Statement | 0.20 | 176.00 |
| B320 | 09/22/15 | WFJ | Correspondence from J. Graves re changes to solicitation materials | 0.30 | 190.50 |
| B320 | 09/22/15 | WFJ | Correspondence from J. Graves re voting agent's contacts | 0.20 | 127.00 |
| B320 | 09/22/15 | WFJ | Prepare letter re support of plan | 0.40 | 254.00 |
| B320 | 09/22/15 | WFJ | Call (.2) and correspondence (.2) with P. Kizel re Committee plan letter | 0.40 | 254.00 |
| B320 | 09/22/15 | WFJ | Correspondence with J. Graves re Committee letter | 0.10 | 63.50 |
| B320 | 09/22/15 | WFJ | Review further revised plan and disclosure statement | 0.70 | 444.50 |
| B320 | 09/22/15 | WFJ | Correspondence with C. Morgan re plan matters | 0.30 | 190.50 |
| B320 | 09/23/15 | WFJ | Correspondence with Zolfo and L. Williams re plan matters | 0.30 | 190.50 |
| B320 | 09/24/15 | AD | Review plan, disclosure statement, master transfer services agreement for critical dates and deadlines | 1.20 | 432.00 |
| B320 | 09/24/15 | WFJ | Internal call re wind down | 0.20 | 127.00 |
| B320 | 09/24/15 | WFJ | Correspondence with Zolfo re wind down | 0.20 | 127.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Standard Register Committee of Unsecured Creditors

Invoice No.: 750329

Page 29

October 12, 2015

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B320 | 09/24/15 | WFJ | Reviewed filed plan and DS re admin claims | 0.60 | 381.00 |
| B320 | 09/25/15 | WFJ | Internal call re plan update | 0.20 | 127.00 |
| B320 | 09/25/15 | WFJ | Call with Zolfo re plan terms and claims | 0.70 | 444.50 |
| B320 | 09/28/15 | WFJ | Conference call with PBGC claims and plan issues | 0.70 | 444.50 |
| B320 | 09/30/15 | WFJ | Review plan related deadlines | 0.30 | 190.50 |
| | | | **Total B320 - Plan and Disclosure Statement (including Business Plan)** | 88.20 | $54,027.50 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

**Timekeeper Summary** (by Task):

| Task | Task Description | Hours | Fees |
|------|------------------|-------|------|
| B110 | Case Administration | 5.50 | $2,249.00 |
| B130 | Asset Disposition | 12.60 | $7,316.50 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 0.30 | $190.50 |
| B150 | Meetings of and Communication with Creditors | 19.20 | $10,567.00 |
| B160 | Fee/Employment Applications | 7.60 | $3,168.50 |
| B165 | Employment and Retention Applications - Others | 0.60 | $430.00 |
| B175 | Fee Applications and Invoices - Others | 2.30 | $1,656.50 |
| B185 | Assumption/Rejection of Leases and Contracts | 2.20 | $1,568.50 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 11.30 | $5,727.50 |
| B195 | Non-Working Travel | 4.70 | $1,492.25 |
| B210 | Business Operations | 1.40 | $913.50 |
| B310 | Claims Administration and Objections | 11.50 | $8,084.00 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 88.20 | $54,027.50 |
|  | **Total** | **167.40** | **$ 97,391.25** |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**