# EXHIBIT B

Standard Register Committee of Unsecured Creditors  Page 31
Invoice No.: 750329  October 12, 2015

**EXHIBIT B**

**Actual and necessary disbursements incurred by Lowenstein Sandler LLP**

**II. Summary of Disbursement Charges**

| | |
|---|---:|
| Computerized legal research | $536.97 |
| Telecommunications | $123.35 |
| Transcript charges | $1,407.10 |
| Travel | $269.00 |
| Photocopies 1 pages at $0.10 per page | $0.10 |
| **Total Disbursements** | **$2,336.52** |

The above charges are based upon time and expense records available on or about the date of the attached letter.  Such records are believed in good faith to be accurate and substantially up to date, but there may be fees and expenses that have not been processed as of such date which Lowenstein Sandler LLP may submit in the future.  Lowenstein Sandler LLP reserves the right to amend this monthly statement at a later date.

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Standard Register Committee of Unsecured Creditors  Page 33
Invoice No.: 750329  October 12, 2015

**DISBURSEMENT DETAIL:**

| Date | Description | Amount |
|---|---|---|
| 08/04/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19389640 DATE: 8/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | $7.03 |
| 08/05/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19389640 DATE: 8/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 1.95 |
| 08/05/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19389640 DATE: 8/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 2.79 |
| 08/05/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19389640 DATE: 8/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 1.67 |
| 08/05/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19389640 DATE: 8/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 3.08 |
| 08/07/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19389640 DATE: 8/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 0.17 |
| 08/07/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19389640 DATE: 8/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 3.48 |
| 08/07/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19389640 DATE: 8/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 0.94 |
| 08/07/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19389640 DATE: 8/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 3.61 |
| 08/07/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19389640 DATE: 8/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 0.82 |
| 08/07/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19389640 DATE: 8/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 4.14 |
| 08/10/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19389640 DATE: 8/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 6.13 |
| 08/12/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19389640 DATE: 8/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 15.80 |
| 08/13/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19389640 DATE: 8/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 3.61 |
| 08/13/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19389640 DATE: 8/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 0.84 |
| 08/17/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19389640 DATE: 8/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 1.54 |
| 08/17/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19389640 DATE: 8/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 3.21 |
| 08/18/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19389640 DATE: 8/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 1.66 |
| 08/18/15 | Long distance telephone - External  VENDOR: Premiere | 3.14 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Standard Register Committee of Unsecured Creditors  Page 34
Invoice No.: 750329  October 12, 2015

| Date | Description | Amount |
|---|---|---|
| | Global Services INVOICE#: 19389640 DATE: 8/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | |
| 08/19/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19389640 DATE: 8/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 3.35 |
| 08/19/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19389640 DATE: 8/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 1.11 |
| 08/19/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19389640 DATE: 8/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 5.97 |
| 08/20/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19389640 DATE: 8/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 6.79 |
| 08/20/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19389640 DATE: 8/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 8.88 |
| 08/21/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19389640 DATE: 8/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 12.40 |
| 08/21/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19389640 DATE: 8/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 9.90 |
| 08/21/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19389640 DATE: 8/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 3.48 |
| 08/21/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19389640 DATE: 8/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 0.94 |
| 08/24/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19389640 DATE: 8/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 1.32 |
| 08/24/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19389640 DATE: 8/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 3.60 |
| 08/28/15 | Transcript Charges  VENDOR: U.S. Legal Support - New York; INVOICE#: 262932; DATE: 8/28/2015 Transcript Charges | 1,407.10 |
| 08/14/15 | Amtrak Rail travel  VENDOR: American Express/Trv. INVOICE#: 082815-1 DATE: 9/1/2015 Ticket #: 5081415021; Route: NWK.WIL NWK; Date: 08/18/2015; LTS #: 166664 | 230.00 |
| 08/14/15 | Amtrak Rail travel  VENDOR: American Express/Trv. INVOICE#: 082815-1 DATE: 9/1/2015 Ticket #: 0650896228; Route: ; Date: ; LTS #: 166664 | 39.00 |
| 09/01/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | $8.00 |
| 09/02/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 09/03/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 09/04/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 09/05/15 | Computerized legal research: Westlaw: User Name: | 8.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Standard Register Committee of Unsecured Creditors                                                    Page 35
Invoice No.: 750329                                                                                    October 12, 2015

| Date | Description | Amount |
|---|---|---|
| | VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | |
| 09/06/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 09/07/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 09/08/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 09/09/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 09/10/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 09/11/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 09/12/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 09/13/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 09/14/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 09/15/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 09/16/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 09/17/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 09/18/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 09/19/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 09/20/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 09/21/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 09/22/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 09/25/15 | Computerized legal research: Westlaw: User Name: KELLY,TERRY / Duration of Search: 00:00 / Transaction: 5 / Docs/Lines: 0 | 296.97 |
| 09/23/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / | 8.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Standard Register Committee of Unsecured Creditors     Page 36
Invoice No.: 750329     October 12, 2015

|  |  |  |
|---|---|---|
|  | Transaction: 1 / Docs/Lines: 0 |  |
| 09/24/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 09/25/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 09/26/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 09/27/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 09/28/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 09/29/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 09/30/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
|  | Internal photocopies: 1 pages at $0.10 per page | 0.10 |
|  | **Total Disbursements** | **$2,336.52** |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**