B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

### District of Delaware

In re: The Standard Register Co.                    Case No. 15-10541

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Federal Rules of Bankruptcy Procedure, of the transfer, other than for security, of the claim referenced in this evidence and notice.

Tannor Partners Credit Fund, LP
   Name of Transferee

Show & Tell Media LLC DBA Admints & Zagaboy
   Name of Transferor

Name and Address where notices to transferee should be sent:

Tannor Partners Credit Fund, LP

150 Grand Street, Suite 401
White Plains, NY 10a601

Phone: (914) 509-5000

Last Four Digits of Acct #:_____

Name and Address where notices to transferor should be sent:

Show & Tell Media LLC DBA Admints & Zagaboy
420 Benigno Blvd., Unit E
Bellmawr, NJ 08031
Phone: _____

Court Claim # (if known)__422__
Amount of Claim: $18,302.54  *Admin portion of*
Transferred Portion of Claim: $3,289.55  *POC 422*
Date Claim Filed:  4/13/2015

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Robert J. Tannor                    Date: 10/1/2015
   Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C.§§152 & 3571.*