# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 446** |

## NOTICE OF WITHDRAWAL OF OBJECTION OF CARESOURCE MANAGEMENT GROUP CO. TO THE PROPOSED ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS TO WHICH CARESOURCE MANAGEMENT GROUP CO. IS A PARTY

PLEASE TAKE NOTICE that on May 8, 2015, CareSource Management Group Co. ("CareSource") filed the **Objection of CareSource Management Group Co. to the Proposed Assumption and Assignment of Executory Contracts to Which CareSource Management Group Co. is a Party** [D.I. 446] (the "Objection") with the United States Bankruptcy Court for the District of Delaware.

PLEASE TAKE FURTHER NOTICE that CareSource hereby withdraws the Objection.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

2

| | |
|---|---|
| Dated: October 13, 2015<br>Wilmington, Delaware | CROSS & SIMON, LLC<br><br>*/s/ Christopher P. Simon*<br>Christopher P. Simon (No. 3697)<br>1105 North Market Street, Suite 901<br>Wilmington, DE 19801<br>Telephone: (302) 777-4200<br>Facsimile: (302) 777-4224<br>Email: csimon@crosslaw.com<br><br>-and-<br><br>David M. Whittaker, Esquire<br>BRICKER & ECKLER LLP<br>100 South Third Street<br>Columbus, OH 43215<br>Telephone: (614) 227-2355<br>Facsimile: (614) 227-2390<br>Email: dwhittaker@bricker.com<br><br>*Attorneys for CareSource Management Group Co.* |