**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 1081** |

**NOTICE OF WITHDRAWAL OF MOTION OF CARESOURCE
MANAGEMENT GROUP CO. FOR RELIEF FROM THE SALE ORDER,
TO COMPEL ASSUMPTION OR REJECTION OF CERTAIN UNEXPIRED
EXECUTORY CONTRACTS, AND FOR RELATED RELIEF**

PLEASE TAKE NOTICE that on September 21, 2015, CareSource Management Group Co. ("CareSource") filed the **Motion of CareSource Management Group Co. for Relief from the Sale Order, to Compel Assumption or Rejection of Certain Unexpired Executory Contracts, and for Related Relief** [D.I.1081] (the "Motion") with the United States Bankruptcy Court for the District of Delaware.

PLEASE TAKE FURTHER NOTICE that CareSource hereby withdraws the Motion.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

2

Dated: October 13, 2015	CROSS & SIMON, LLC
      Wilmington, Delaware

*/s/ Christopher P. Simon*
Christopher P. Simon (No. 3697)
1105 North Market Street, Suite 901
Wilmington, DE 19801
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
Email: csimon@crosslaw.com

-and-

David M. Whittaker, Esquire
BRICKER & ECKLER LLP
100 South Third Street
Columbus, OH 43215
Telephone: (614) 227-2355
Facsimile: (614) 227-2390
Email: dwhittaker@bricker.com

*Attorneys for CareSource Management Group Co.*