IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Calvin C. Liu, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 9, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Affinity Express at 2250 Point Blvd., Suite 150, Elgin, IL, 60123-7882:

- Second Order Extending the Period within which the Debtors May Remove Actions [Docket No. 1094]

Dated: October 12, 2015

_/s/ Calvin C. Liu_
Calvin C. Liu

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 12, 2015, by Calvin C. Liu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _/s/ Liz Santodomingo_

**LIZ SANTODOMINGO**
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2018

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

SRF 4611