# EXHIBIT A

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

### (See Guidelines C.8. for project category information.)

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Asset Disposition | | | 2.60 | $ 1,310.40 |
| Assumption/Rejection of Leases & Contracts | | | 1.60 | $ 909.90 |
| Bankruptcy-Related Advice | | | 7.40 | $ 2,889.90 |
| Business Operations | | | 1.10 | $ 626.85 |
| Case Administration | | | 4.60 | $ 1,512.00 |
| Claims Administration & Objections | | | 2.30 | $ 1,355.85 |
| Employee Benefits/Pensions | | | 0.30 | $ 120.15 |
| Employment/Fee Applications | | | 11.30 | $ 4,433.85 |
| Financing & Cash Collateral | | | 0.10 | $ 60.75 |
| Litigation Contested Matters(excl assump/rejection motions | | | 0.70 | $ 389.25 |
| Meetings of & Communications with Creditors or the Comm | | | 0.70 | $ 321.75 |
| Plan & Disclosure Statement (including business plan) | | | 3.90 | $ 2,064.15 |
| Relief from Stay/Adequate Protection Proceedings | | | 0.30 | $ 120.15 |
| | | | 36.90 | $ 16,114.95 |

# EXHIBIT B

**SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION**

| Name | Title | Section | Date of First Admission | Fees Billed | Hours Billed | Hourly Rate Billed in This Application | Hourly Rate Billed in First Interim Application | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|---|
| Ward, Chris A. | Shareholder | FR Bankruptcy and Restructuring | 12/15/1999 | $ 7,290.00 | 12.00 | 608 | 608 | 0 |
| Edelson, Justin K. | Associate | FR Bankruptcy and Restructuring | 05/01/2007 | $ 6,968.70 | 17.40 | 401 | 401 | 0 |
| Suprum, Lindsey M. | Paralegal | FR Bankruptcy and Restructuring | | $ 1,856.25 | 7.50 | 248 | 248 | 0 |
| | | | | $ 16,114.95 | 36.90 | 437 | | |

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS

( See Guidelines C.3. for definitions of terms used in this Exhibit.)

| Category of Timekeeper (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|
| | BILLED OR COLLECTED<br><br>Firm or offices for preceding year, excluding bankruptcy | BILLED<br><br>In this fee application |
| Shareholder | $ 412.76 | $ 607.50 |
| Associate | $ 272.16 | $ 400.50 |
| Paralegal | $ 154.70 | $ 247.50 |
| | | |
| All timekeepers averaged | $ 279.87 | $ 418.50 |

# EXHIBIT C

**SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY**

(See Guidelines C.8. for project category information.)

| Category | Amount |
|---|---|
| Document Reproduction | $ 47.40 |
| Deliveries | $ 9,792.57 |
| Miscellaneous | $ 90.00 |
| | $ 9,929.97 |

# EXHIBIT D


# POLSINELLI

**Invoice Detail**

For Professional Services Through 9/30/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 2
October 8, 2015
Invoice No: 1218738

## Professional Services

| Date | Timekeeper | Description | Hours | Amount | Task Code |
|------|-----------|-------------|-------|--------|-----------|
| 9/1/15 | C.A. Ward | Review and consider Debtors' Motion to Establish Procedures to Transfer, Abandon, or Sell De Minimis Assets Filed by SRC Liquidation Company | 0.20 | $121.50 | B130 |
| 9/1/15 | C.A. Ward | Review Third Notice Regarding Designation as Post-Closing Transferred Contract and Assumption and Assignment Thereof | 0.10 | 60.75 | B130 |
| 9/1/15 | C.A. Ward | Review and consider Debtors' Motion for an Order (I) Scheduling Combined Hearing on Approval of Disclosure Statement and Confirmation of Plan, (II) Establishing Procedures for Solicitation and Tabulation of Votes on Plan and (III) Approving Related Matters | 0.40 | 243.00 | B320 |
| 9/1/15 | C.A. Ward | Review Notice Regarding Designation as Removed Contract and Rejection Thereof Filed by Taylor Corporation | 0.10 | 60.75 | B185 |
| 9/1/15 | C.A. Ward | Review Certification of Counsel Regarding Scheduling of Omnibus Hearing Dates Filed by SRC Liquidation Company | 0.10 | 60.75 | B400 |
| 9/1/15 | J.K. Edelson | Correspondence with C. Ward and S. McFall regarding fee application statements and exhibits. | 0.20 | 80.10 | B160 |
| 9/2/15 | C.A. Ward | Review Order Scheduling Omnibus Hearings | 0.10 | 60.75 | B400 |
| 9/2/15 | C.A. Ward | Review Declaration of Disinterestedness by Stites & Harbison PLLC Filed by SRC Liquidation Company | 0.10 | 60.75 | B210 |
| 9/2/15 | C.A. Ward | Review Supplemental List of Ordinary Course Professionals (Second) | 0.10 | 60.75 | B210 |



# Invoice Detail

For Professional Services Through 9/30/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 3
October 8, 2015
Invoice No: 1218738

| Date | Name | Description | Hours | Amount | Code |
|------|------|-------------|-------|--------|------|
| 9/2/15 | C.A. Ward | Review Certificate of No Objection Regarding Fifth Monthly Application for Compensation and Reimbursement of Expenses of Gibson, Dunn & Crutcher LLP for the period July 1, 2015 to July 31, 2015 | 0.10 | 60.75 | B160 |
| 9/2/15 | C.A. Ward | Review Certificate of No Objection (No Order Required) Regarding Monthly Application for Compensation (Fifth) for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the period July 1, 2015 to July 31, 2015 | 0.10 | 60.75 | B160 |
| 9/2/15 | J.K. Edelson | Correspondence with co-counsel and L. Suprum regarding monthly fee applications. | 0.20 | 80.10 | B160 |
| 9/2/15 | J.K. Edelson | Review Debtors' supplemental list of ordinary course professionals. | 0.10 | 40.05 | B400 |
| 9/2/15 | J.K. Edelson | Review order regarding omnibus hearing dates. | 0.10 | 40.05 | B110 |
| 9/2/15 | J.K. Edelson | Correspondence with co-counsel and L. Suprum regarding hearings, filings. | 0.20 | 80.10 | B400 |
| 9/2/15 | J.K. Edelson | Review, revise and file CNO regarding Lowenstein July monthly fee statement. | 0.20 | 80.10 | B160 |
| 9/2/15 | L.M. Suprum | Draft and file certificate of no objection regarding Lowenstein's fifth monthly fee application. Correspondence regarding same. | 0.40 | 99.00 | B160 |
| 9/3/15 | C.A. Ward | Correspondence with JKE re update on case and litigation | 0.10 | 60.75 | B190 |
| 9/3/15 | C.A. Ward | Review First Omnibus Objection to Claims (Substantive) Filed by Yankee Schooner Industries | 0.10 | 60.75 | B310 |
| 9/3/15 | C.A. Ward | Review First Omnibus Objection to Claims (Substantive) Filed by Quick Tech Graphics | 0.10 | 60.75 | B310 |


**POLSINELLI**

**Invoice Detail**

For Professional Services Through 9/30/15
File No. 082033-493086
Re: Standard Register Bankruptcy

Page 4
October 8, 2015
Invoice No: 1218738

| | | | | | |
|---|---|---|---|---|---|
| 9/3/15 | C.A. Ward | Review Certificate of No Objection Regarding Fifth Monthly Application for Compensation and Reimbursement of Expenses of Young Conaway Stargatt & Taylor, LLP for the period July 1, 2015 to July 31, 2015 | 0.10 | 60.75 | B160 |
| 9/3/15 | C.A. Ward | Review Certification of Counsel Regarding Fourth Monthly and Final Application for Compensation and Reimbursement of Expenses of Lazard Freres & Co. LLC and Lazard Middle Market LLC for the Monthly Period from July 1, 2015 through July 31, 2015 and Final for the Period March 12, 2015 to July 31, 2015 | 0.10 | 60.75 | B160 |
| 9/3/15 | J.K. Edelson | Review docket, case administration. | 0.10 | 40.05 | B110 |
| 9/3/15 | J.K. Edelson | Correspondence with W. Jung and A. Behlmann regarding case status, filings. | 0.20 | 80.10 | B400 |
| 9/3/15 | J.K. Edelson | Correspondence with C. Ward and co-counsel regarding draft plan and disclosure statement. | 0.20 | 80.10 | B320 |
| 9/3/15 | J.K. Edelson | Correspondence with C. Ward regarding Polsinelli fee applications. | 0.10 | 40.05 | B160 |
| 9/3/15 | L.M. Suprum | Correspondence with J. Edelson regarding update on draft plan and disclosure statement. | 0.10 | 24.75 | B320 |
| 9/3/15 | L.M. Suprum | Correspondence with J. Edelson regarding update on adversary proceeding. | 0.10 | 24.75 | B190 |
| 9/4/15 | C.A. Ward | Review Omnibus Objection to Claims Filed by Karen Elizabeth Ratti | 0.10 | 60.75 | B310 |
| 9/4/15 | C.A. Ward | Review Omnibus Objection to Claims Filed by The Envelope Printery | 0.10 | 60.75 | B310 |
| 9/4/15 | C.A. Ward | Review Omnibus Objection to Claims to the Relief Granted to Debtors on the Basis of Goods Being Drop-Shipped Filed by Wholesale Printing Co. | 0.10 | 60.75 | B310 |



# POLSINELLI

**Invoice Detail**

For Professional Services Through 9/30/15
File No. 082033-493086
Re: **Standard Register Bankruptcy**

Page 5
October 8, 2015
Invoice No: 1218738

| Date | Name | Description | Hours | Amount | Code |
|---|---|---|---|---|---|
| 9/4/15 | C.A. Ward | Review Omnibus Objection to Claims (First - to Drop-Ship Administrative Priority Claims Filed by Design Type Inc. | 0.10 | 60.75 | B310 |
| 9/4/15 | C.A. Ward | Review Objection of Party-in-Interest to Debtor's First Omnibus (Substantive) Objection to Claims (Drop-Ship Administrative Priority Claims) Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 Filed by TLF Graphics Inc. | 0.10 | 60.75 | B310 |
| 9/4/15 | C.A. Ward | Review second Motion to Extend the Period Within Which the Debtors May Remove Actions Filed by SRC Liquidation Company | 0.10 | 60.75 | B190 |
| 9/4/15 | J.K. Edelson | Correspondence with L. Suprum regarding deadlines, calendar same. | 0.20 | 80.10 | B110 |
| 9/4/15 | J.K. Edelson | Review Debtors' second removal motion. | 0.10 | 40.05 | B400 |
| 9/4/15 | L.M. Suprum | Attention to calendaring new deadlines. | 0.30 | 74.25 | B110 |
| 9/8/15 | C.A. Ward | Review Notice of Substitution of Counsel and Demand for Service of Papers of The Bank of New York Mellon, Solely in its Capacity as Master Trustee Pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 9010 and 2002 Filed by The Bank of New York Mellon, Solely in Its Capacity as Master Trustee Under the Referenced Master Trust Agreement | 0.10 | 60.75 | B110 |
| 9/8/15 | C.A. Ward | Review Order Approving Fourth Monthly And Final Application Of Lazard Freres And Co., LLC And Lazard Middle Market LLC, As Investment Banker To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For Te Monthly Period From July 1, 2015 Through July 31, 2015, And The Final Period From March 12, 2015 Through July 31, 2015 | 0.10 | 60.75 | B160 |



# Invoice Detail

For Professional Services Through 9/30/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 6
October 8, 2015
Invoice No: 1218738

| 9/8/15 | C.A. Ward | Review Certificate of No Objection Regarding Fifth Monthly Application for Compensation and Reimbursement of Expenses of Dinsmore & Shohl LLP for the period July 1, 2015 to July 31, 2015 | 0.10 | 60.75 | B160 |
| 9/8/15 | C.A. Ward | Review Fourth Notice Regarding Designation as Post-Closing Transferred Contract and Assumption and Assignment Thereof | 0.10 | 60.75 | B185 |
| 9/8/15 | J.K. Edelson | Review docket, correspondence with L. Suprum regarding deadlines, hearing dates. | 0.20 | 80.10 | B110 |
| 9/8/15 | J.K. Edelson | Correspondence with C. Ward and S. Katona regarding monthly fee statements. | 0.20 | 80.10 | B160 |
| 9/9/15 | C.A. Ward | Review Certificate of No Objection (No Order Required) Regarding Monthly Application for Compensation (Third) for Services Rendered and Reimbursement of Expenses as Investment Banker to the Official Committee of Unsecured Creditors for the period from July 1, 2015 to July 31, 2015 | 0.10 | 60.75 | B160 |
| 9/9/15 | J.K. Edelson | Review designation of post-closing contracts. | 0.10 | 40.05 | B185 |
| 9/9/15 | J.K. Edelson | Office conference with C. Ward regarding hearing. | 0.10 | 40.05 | B400 |
| 9/9/15 | J.K. Edelson | Review, revise and file CNO regarding Jefferies third monthly fee application. | 0.20 | 80.10 | B160 |
| 9/9/15 | L.M. Suprum | Draft and file certificate of no objection regarding Jefferies third monthly fee application. Correspondence regarding same. | 0.40 | 99.00 | B160 |
| 9/10/15 | C.A. Ward | Correspondence with Rust Omni re consulting agreement | 0.10 | 60.75 | B110 |



# Invoice Detail

For Professional Services Through 9/30/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 7
October 8, 2015
Invoice No: 1218738

| Date | Name | Description | | | |
|------|------|-------------|---|---|---|
| 9/10/15 | C.A. Ward | Review Response of Harmony Press, Inc. in Opposition to Debtors' First Omnibus (Substantive) Objection to Claims (Drop-Ship Administrative Priority Claims) Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 Filed by Harmony Press, Inc. d/b/a Harmony Marketing Group | 0.10 | 60.75 | B310 |
| 9/10/15 | J.K. Edelson | Review and revise Polsinelli August monthly fee statement, correspondence with C. Ward and S. McFall regarding same. | 0.40 | 160.20 | B160 |
| 9/11/15 | C.A. Ward | Review Response to and Reservation of Rights on Debtors' Motion for Order (i) Scheduling Combined Hearing on Approval of Disclosure Statement and Confirmation of Plan, (ii) Establishing Procedures for Solicitation and Tabulation of Votes on Plan and (iii) Approving Related Matters Filed by United States Trustee | 0.10 | 60.75 | B320 |
| 9/11/15 | C.A. Ward | Review Certificate of No Objection (No Order Required) Regarding Monthly Application for Compensation (Fourth) for Services Rendered and for Reimbursement of Expenses as Financial and Forensic Advisors to the Official Committee of Unsecured Creditors of Standard Register for the period July 1, 2015 to July 31, 2015 | 0.10 | 60.75 | B160 |
| 9/11/15 | J.K. Edelson | Review docket, correspondence with L. Suprum regarding deadlines. | 0.10 | 40.05 | B110 |
| 9/11/15 | J.K. Edelson | Participate in Committee conference call. | 0.50 | 200.25 | B150 |
| 9/11/15 | J.K. Edelson | Correspondence with S. McFall regarding revised fee statements, exhibits. | 0.30 | 120.15 | B160 |
| 9/11/15 | J.K. Edelson | Review, revise and file CNO regarding Zolfo fourth monthly fee application. | 0.20 | 80.10 | B160 |
| 9/11/15 | J.K. Edelson | Review Taylor designation of removed contracts. | 0.10 | 40.05 | B130 |



**Invoice Detail**

For Professional Services Through 9/30/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 8
October 8, 2015
Invoice No: 1218738

| Date | Name | Description | Hours | Amount | Code |
|---|---|---|---|---|---|
| 9/11/15 | L.M. Suprum | Draft and file certificate of no objection regarding Zolfo's fourth monthly fee application. Correspondence regarding same. | 0.40 | 99.00 | B160 |
| 9/12/15 | C.A. Ward | Review Second Notice Regarding Designation as Removed Contract and Rejection Thereof Filed by Taylor Corporation | 0.10 | 60.75 | B185 |
| 9/12/15 | J.K. Edelson | Correspondence with C. Ward regarding hearing. | 0.10 | 40.05 | B400 |
| 9/14/15 | C.A. Ward | Review Response to Third Omnibus Objection to Claims (Non-Substantive) Filed by Brian O'Donel | 0.10 | 60.75 | B310 |
| 9/14/15 | C.A. Ward | Review and comment on draft Polsinelli July monthly fee application | 0.20 | 121.50 | B160 |
| 9/14/15 | C.A. Ward | Review email and notice regarding fees and expenses for professionals employed by the Pre-Petition ABL Credit Parties and the ABL DIP Agent for the month of August | 0.10 | 60.75 | B230 |
| 9/14/15 | C.A. Ward | Review Limited Objection Xerox Corporation's Limited Objection to Debtors' Motion to Establish Procedures to Transfer, Abandon, or Sell De Minimis Assets | 0.10 | 60.75 | B130 |
| 9/14/15 | C.A. Ward | Review Certification of Counsel Regarding Revised Order Authorizing the Debtors to (I) Employ and Retain WilliamsMarston LLC to Provide Interim Management Services and (II) Designate Landen C. Williams as Replacement Chief Restructuring Officer and Treasurer Nunc Pro Tunc to August 26, 2015 | 0.10 | 60.75 | B160 |
| 9/14/15 | C.A. Ward | Review and comment on draft Polsinelli monthly fee application | 0.10 | 60.75 | B160 |
| 9/14/15 | C.A. Ward | Review and consider Omnibus Objection to Claims - Fifth (Substantive). Filed by SRC Liquidation Company | 0.20 | 121.50 | B310 |



**POLSINELLI**

**Invoice Detail**

For Professional Services Through 9/30/15

File No. 082033-493086

**Re: Standard Register Bankruptcy**

Page 9

October 8, 2015

Invoice No: 1218738

| | | | | | |
|---|---|---|---|---|---|
| 9/14/15 | C.A. Ward | Review and consider Omnibus Objection to Claims - Fourth (Non-Substantive). Filed by SRC Liquidation Company | 0.20 | 121.50 | B310 |
| 9/14/15 | J.K. Edelson | Correspondence with co-counsel and L. Suprum regarding motion to approve disclosure statement. | 0.20 | 80.10 | B320 |
| 9/14/15 | J.K. Edelson | Review fourth and fifth omnibus objections to claims. | 0.20 | 80.10 | B310 |
| 9/14/15 | J.K. Edelson | Review and revise Polsinelli August monthly fee statement, correspondence with S. McFall regarding same. | 0.40 | 160.20 | B160 |
| 9/14/15 | J.K. Edelson | Prepare and draft Polsinelli monthly fee application for July, exhibits, notice. | 0.70 | 280.35 | B160 |
| 9/14/15 | J.K. Edelson | Prepare and draft Polsinelli monthly fee application for August, exhibits, notice. | 0.80 | 320.40 | B160 |
| 9/14/15 | L.M. Suprum | Correspondence with J. Edelson and C. Ward regarding filing Polsinelli fee applications. | 0.20 | 49.50 | B160 |
| 9/15/15 | C.A. Ward | Review Fifth Notice Regarding Designation as Post-Closing Transferred Contract and Assumption and Assignment Thereof | 0.10 | 60.75 | B185 |
| 9/15/15 | C.A. Ward | Correspondence with Committee professionals re plan and disclosure statement | 0.10 | 60.75 | B320 |
| 9/15/15 | C.A. Ward | Correspondence with Committee professionals re monthly fee applications | 0.10 | 60.75 | B150 |
| 9/15/15 | C.A. Ward | Review Monthly Application for Compensation (Fifth) and Reimbursement of Expenses as Delaware Bankruptcy Counsel and Conflicts Counsel for the Official Committee of Unsecured Creditors for the period of July 1, 2015 to July 31, 2015 Filed by Polsinelli PC | 0.10 | 60.75 | B160 |


**POLSINELLI**

**Invoice Detail**

For Professional Services Through 9/30/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 10
October 8, 2015
Invoice No: 1218738

| Date | Name | Description | | | |
|------|------|-------------|---|---|---|
| 9/15/15 | C.A. Ward | Review Monthly Application for Compensation (Sixth) and Reimbursement of Expenses as Delaware Bankruptcy Counsel and Conflicts Counsel for the Official Committee of Unsecured Creditors for the period of August 1, 2015 to August 31, 2015 Filed by Polsinelli PC | 0.10 | 60.75 | B160 |
| 9/15/15 | C.A. Ward | Review Monthly Application for Compensation (Sixth) and Reimbursement of Expenses of Gibson, Dunn & Crutcher LLP for the period August 1, 2015 to August 31, 2015 Filed by Gibson, Dunn & Crutcher LLP | 0.10 | 60.75 | B160 |
| 9/15/15 | C.A. Ward | Review Monthly Application for Compensation (Sixth) for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the period August 1, 2015 to August 31, 2015 Filed by Lowenstein Sandler LLP | 0.10 | 60.75 | B160 |
| 9/15/15 | C.A. Ward | Review Order Authorizing the Debtors to (I) Employ and Retain WilliamsMarston LLC to Provide Interim Management Services, and (II) Designate Landen C. Williams as Replacement Chief Restructuring Officer and Treasurer Nunc Pro Tunc to August 26, 2015 | 0.10 | 60.75 | B210 |
| 9/15/15 | C.A. Ward | Review Limited Objection To (A) Debtors Motion To Establish Procedures To Transfer, Abandon, Or Sell De Minimis Assets And (B) Debtors Motion For Entry Of An Order Authorizing The Debtors To (I) Amend Insurance Agreement And (II) Assume Insurance Agreement As Amended Filed by Silver Point Finance, LLC | 0.10 | 60.75 | B130 |
| 9/15/15 | J.K. Edelson | Review, revise and file Polsinelli July monthly fee application. | 0.30 | 120.15 | B160 |
| 9/15/15 | J.K. Edelson | Review, revise and file Polsinelli August monthly fee application. | 0.30 | 120.15 | B160 |
| 9/15/15 | J.K. Edelson | Correspondence with C. Ward and co-counsel regarding plan and disclosure statement. | 0.20 | 80.10 | B320 |

 **POLSINELLI**

# Invoice Detail

For Professional Services Through 9/30/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 11
October 8, 2015
Invoice No: 1218738

| 9/15/15 | J.K. Edelson | Correspondence with D. MacGreevey regarding Zolfo fee applications. | 0.10 | 40.05 | B160 |
|---------|--------------|---------------------------------------------------------------------|------|-------|------|
| 9/15/15 | J.K. Edelson | Review, revise and file Lowenstein Sandler August monthly fee application. | 0.30 | 120.15 | B160 |
| 9/15/15 | J.K. Edelson | Review Silver Point objection to Debtors' motion to sell de minimis assets. | 0.20 | 80.10 | B130 |
| 9/15/15 | L.M. Suprum | File and serve Polsinelli's fifth monthly fee application. Correspondence regarding same. | 0.50 | 123.75 | B160 |
| 9/15/15 | L.M. Suprum | Review, revise, file and serve Lowenstein's sixth monthly fee application. Correspondence regarding same. | 0.70 | 173.25 | B160 |
| 9/16/15 | C.A. Ward | Review Certification of Counsel Regarding Order Sustaining Debtors' Second (2nd) Omnibus (Substantive) Objection to Claims | 0.10 | 60.75 | B310 |
| 9/17/15 | C.A. Ward | Review agenda for September 21 hearing and correspondence re same | 0.20 | 121.50 | B400 |
| 9/17/15 | C.A. Ward | Review Reply to Silver Point Finance, LLC's Limited Objection to (A) Debtors' Motion to Establish Procedures to Transfer, Abandon, or Sell De Minimis Assets and (B) Debtors' Motion for Entry of an Order Authorizing the Debtors to (I) Amend Insurance Agreement and (II) Assume Insurance Agreement as Amended | 0.10 | 60.75 | B130 |
| 9/17/15 | C.A. Ward | Review Order Sustaining Debtors' Second (2nd) Omnibus (Substantive) Objection to Claims | 0.10 | 60.75 | B310 |
| 9/17/15 | C.A. Ward | Review and comment on draft statement in support of the debtors' motion to modify and assume the Anthem agreement and the motion for approval of de minimis asset disposal procedures and correspondence re same | 0.20 | 121.50 | B190 |

 **POLSINELLI**

# Invoice Detail

For Professional Services Through 9/30/15

File No. 082033-493086

**Re: Standard Register Bankruptcy**

Page 12

October 8, 2015

Invoice No: 1218738

| Date | Attorney | Description | Hours | Amount | Code |
|---|---|---|---|---|---|
| 9/17/15 | J.K. Edelson | Review agenda, correspondence with C. Ward, L. Suprum, and co-counsel regarding hearing. | 0.30 | 120.15 | B400 |
| 9/17/15 | J.K. Edelson | Correspondence with C. Ward and co-counsel regarding statement in support of de minimis asset sale. | 0.20 | 80.10 | B130 |
| 9/17/15 | L.M. Suprum | Review September 21 agenda; prepare for hearing. | 1.20 | 297.00 | B400 |
| 9/17/15 | L.M. Suprum | Correspondence regarding draft of statement in support of debtors' motion to modify and assume the Anthem agreement and the motion for approval of de minimus asset disposal procedures and filing same. | 0.10 | 24.75 | B400 |
| 9/18/15 | C.A. Ward | Review and comment on updated critical dates calendar of pending dates and deadlines, various correspondence re same | 0.10 | 60.75 | B400 |
| 9/18/15 | C.A. Ward | Review filed copy of Official Committee of Unsecured Creditors' Statement in Support of (A) Debtors' Motion for Entry of an Order Authorizing the Debtors to (I) Amend Insurance Agreement and (II) Assume Assurance Agreement as Amended and (B) Debtors' Motion to Establish Procedures to Transfer, Abandon, or Sell De Minimis Assets and correspondence re same | 0.20 | 121.50 | B130 |
| 9/18/15 | C.A. Ward | Review Monthly Staffing Report for Filing Period August 1, 2015 through August 31, 2015 Filed by McKinsey Recovery & Transformation Services U.S., LLC | 0.10 | 60.75 | B210 |
| 9/18/15 | C.A. Ward | Review amended agenda for September 21 hearing | 0.10 | 60.75 | B400 |
| 9/18/15 | C.A. Ward | Review Notice of Appearance Filed by William Mills | 0.10 | 60.75 | B110 |
| 9/18/15 | C.A. Ward | Review Disclosure Statement for Chapter 11 Plan of Liquidation for SRC Liquidation Company and Its Affiliates | 0.80 | 486.00 | B320 |



# Invoice Detail

For Professional Services Through 9/30/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 13
October 8, 2015
Invoice No: 1218738

| | | | | | |
|---|---|---|---|---|---|
| 9/18/15 | C.A. Ward | Review Chapter 11 Plan of Liquidation Filed by SRC Liquidation Company | 0.50 | 303.75 | B320 |
| 9/18/15 | J.K. Edelson | Review, revise and file Committee statement in support of Debtors motion to sell de minimis assets. | 0.30 | 120.15 | B130 |
| 9/18/15 | J.K. Edelson | Review amended agenda, correspondence with co-counsel and L. Suprum regarding hearing. | 0.30 | 120.15 | B400 |
| 9/18/15 | J.K. Edelson | Correspondence with C. Ward and Debtors' counsel regarding fee applications. | 0.20 | 80.10 | B160 |
| 9/18/15 | J.K. Edelson | Review docket, critical dates, calendar deadlines. | 0.30 | 120.15 | B110 |
| 9/18/15 | L.M. Suprum | Review, revise, file and serve Committee's Statement in Support of (A) Debtors' Motion for Entry of an Order Authorizing the Debtors to (I) Amend Insurance Agreement and (II) Assume Assurance Agreement as Amended and (B) Debtors' Motion to Establish Procedures to Transfer, Abandon, or Sell De Minimis Assets. Correspondence regarding same. | 0.40 | 99.00 | B400 |
| 9/18/15 | L.M. Suprum | Review docket, update critical dates memo and distribute. Attention to calendaring new deadlines. | 1.50 | 371.25 | B110 |
| 9/20/15 | J.K. Edelson | Prepare for hearing. | 0.20 | 80.10 | B400 |
| 9/21/15 | C.A. Ward | Conference with JKE re September 21 hearing | 0.10 | 60.75 | B400 |
| 9/21/15 | C.A. Ward | Review Order (I) Scheduling Combined Hearing on Approval of Disclosure Statement and Confirmation of Plan, (II) Establishing Procedures for Solicitation and Tabulation of Votes on Plan and (III) Approving Related Matters | 0.10 | 60.75 | B320 |
| 9/21/15 | C.A. Ward | Review Order (WITH REVISIONS) Authorizing the Debtors to (I) Amend Insurance Agreement and (II) Assume Insurance Agreement as Amended | 0.10 | 60.75 | B210 |



**Invoice Detail**

For Professional Services Through 9/30/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 14
October 8, 2015
Invoice No: 1218738

| Date | Name | Description | | | |
|---|---|---|---|---|---|
| 9/21/15 | C.A. Ward | Review Order Sustaining Debtors' Third (3rd) Omnibus (Non-Substantive) Objection to Claims | 0.10 | 60.75 | B310 |
| 9/21/15 | C.A. Ward | Review Sixth Notice Regarding Designation as Post-Closing Transferred Contract and Assumption and Assignment Thereof | 0.10 | 60.75 | B185 |
| 9/21/15 | C.A. Ward | Review Third Notice Regarding Designation as Removed Contract and Rejection Thereof | 0.10 | 60.75 | B185 |
| 9/21/15 | C.A. Ward | Review Motion by Caresource Management Group Co. for an Order Authorizing Caresource Management Group Co. to File Under Seal Its Motion for Relief from the Sale Order, to Compel Assumption or Rejection of Certain Unexpired Executory Contracts, and for Related Relief | 0.10 | 60.75 | B185 |
| 9/21/15 | C.A. Ward | Review and consider Motion for Order Expediting Consideration of, and Shortening the Notice Period Applicable to, Motion by Caresource Management Group Co. for an Order Authorizing Caresource Management Group Co. to File Under Seal its Motion for Relief from the Sale Order, to Compel Assumption or Rejection of Certain Unexpired Executory Contracts, and for Related Relief | 0.10 | 60.75 | B185 |
| 9/21/15 | C.A. Ward | Review Motion of Caresource Management Group Co. for Relief from the Sale Order, to Compel Assumption or Rejection of Certain Unexpired Executory Contracts, and for Related Relief | 0.10 | 60.75 | B185 |
| 9/21/15 | C.A. Ward | Review Caresource Management Group Co.s Motion for Order Expediting Consideration of, and Shortening the Notice Period Applicable to, Motion of Caresource Management Group Co. for Relief from the Sale Order, to Compel Assumption or Rejection of Certain Unexpired Executory Contracts, and for Related Relief | 0.10 | 60.75 | B185 |
| 9/21/15 | J.K. Edelson | Prepare for hearing (.2), correspondence with co-counsel regarding same. | 0.30 | 120.15 | B400 |

 **POLSINELLI**

# Invoice Detail

For Professional Services Through 9/30/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 15
October 8, 2015
Invoice No: 1218738

| Date | Name | Description | Hours | Amount | Code |
|------|------|-------------|-------|--------|------|
| 9/21/15 | J.K. Edelson | Attend hearing. | 1.30 | 520.65 | B400 |
| 9/21/15 | J.K. Edelson | Correspondence with C. Ward and L. Suprum regarding confirmation, disclosure statement. | 0.20 | 80.10 | B320 |
| 9/21/15 | J.K. Edelson | Review critical dates, correspondence with L. Suprum regarding same. | 0.20 | 80.10 | B110 |
| 9/21/15 | J.K. Edelson | Review Caresource Management group motion to file stay relief motion under seal, motion to shorten notice regarding same. | 0.30 | 120.15 | B140 |
| 9/22/15 | J.K. Edelson | Review Debtors' amended plan and disclosure statement. | 0.50 | 200.25 | B320 |
| 9/23/15 | C.A. Ward | Review Notice of (A) Deadline for Casting Votes to Accept or Reject First Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and Its Affiliates, (B) Combined Hearing to Consider Approval of Disclosure Statement and Confirmation of Plan and (C) Related Matters and Procedures | 0.10 | 60.75 | B320 |
| 9/23/15 | C.A. Ward | Review and consider Amended Chapter 11 Plan of Liquidation | 0.20 | 121.50 | B320 |
| 9/23/15 | C.A. Ward | Review and consider Disclosure Statement for First Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and Its Affiliates | 0.20 | 121.50 | B320 |
| 9/23/15 | C.A. Ward | Review Certificate of No Objection Regarding Second Motion to Extend the Period Within Which the Debtors May Remove Actions | 0.10 | 60.75 | B190 |
| 9/23/15 | C.A. Ward | Correspondence with Rust/Omni and review August invoice | 0.10 | 60.75 | B310 |
| 9/23/15 | C.A. Ward | Review Order (SECOND) Extending the Period Within Which the Debtors May Remove Actions | 0.10 | 60.75 | B190 |



**Invoice Detail**

For Professional Services Through 9/30/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 16
October 8, 2015
Invoice No: 1218738

| Date | Timekeeper | Description | Hours | Amount | Code |
|---|---|---|---|---|---|
| 9/23/15 | C.A. Ward | Review Supplemental Affidavit of David MacGreevey in Furtherance of the Application of the Official Committee of Unsecured Creditors of The Standard Register Company for Entry of an Order Authorizing the Employment and Retention of Zolfo Cooper, LLC as Financial and Forensic Advisors, Nunc Pro Tunc to March 24, 2015 | 0.10 | 60.75 | B160 |
| 9/23/15 | J.K. Edelson | Review docket, calendar deadlines. | 0.20 | 80.10 | B110 |
| 9/23/15 | J.K. Edelson | Review and file supplemental declaration in support of Zolfo retention application. | 0.20 | 80.10 | B160 |
| 9/23/15 | J.K. Edelson | Review Omni August invoice, correspondence with C. Ward and L. Suprum. | 0.20 | 80.10 | B160 |
| 9/23/15 | L.M. Suprum | Attention to filing and service of supplemental affidavit in support of Zolfo Cooper's retention application. Correspondence regarding same. | 0.30 | 74.25 | B160 |
| 9/24/15 | C.A. Ward | Correspondence with JKE and co-counsel re telephonic hearing | 0.10 | 60.75 | B400 |
| 9/24/15 | C.A. Ward | Review Order (MODIFIED BY THE COURT) Establishing Procedures for Debtors to Transfer, Abandon, or Sell De Minimis Assets | 0.10 | 60.75 | B130 |
| 9/24/15 | C.A. Ward | Review Fourth Notice Regarding Designation as Removed Contract and Rejection Thereof | 0.10 | 60.75 | B185 |
| 9/24/15 | C.A. Ward | Correspondence with Committee professionals re interim fee applications | 0.10 | 60.75 | B150 |
| 9/24/15 | J.K. Edelson | Review docket, case administration. | 0.10 | 40.05 | B110 |
| 9/24/15 | J.K. Edelson | Correspondence with C. Ward and co-counsel regarding telephonic hearing. | 0.20 | 80.10 | B400 |
| 9/24/15 | J.K. Edelson | Review proposed orders for Debtors and Silver Point regarding abandonment, blacklines. | 0.30 | 120.15 | B130 |



# Invoice Detail

For Professional Services Through 9/30/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 17
October 8, 2015
Invoice No: 1218738

| Date | Name | Description | | | |
|---|---|---|---|---|---|
| 9/24/15 | J.K. Edelson | Participate in telephonic hearing regarding dispute on abandonment order. | 0.30 | 120.15 | B400 |
| 9/24/15 | J.K. Edelson | Correspondence with M. Linder and co-counsel regarding interim fee applications. | 0.20 | 80.10 | B160 |
| 9/24/15 | J.K. Edelson | Review notice of abandonment of de minimis assets. | 0.10 | 40.05 | B130 |
| 9/25/15 | C.A. Ward | Review Monthly Staffing Report for Filing Period August 24, 2015 through August 31, 2015 Filed by WilliamsMarston LLC | 0.10 | 60.75 | B210 |
| 9/25/15 | C.A. Ward | Review Notice of Abandonment of De Minimis Assets | 0.10 | 60.75 | B130 |
| 9/25/15 | C.A. Ward | Review Response To Fourth Omnibus Objection to Claims (Non-Substantive) Filed by Jerry L. Yawn | 0.10 | 60.75 | B310 |
| 9/25/15 | J.K. Edelson | Correspondence with S. McFall regarding interim fee applications. | 0.20 | 80.10 | B160 |
| 9/25/15 | J.K. Edelson | Participate in Committee conference call with co-counsel and Zolfo regarding wind-down budget. | 0.30 | 120.15 | B400 |
| 9/25/15 | J.K. Edelson | Review Williams Marston August monthly staffing report. | 0.20 | 80.10 | B400 |
| 9/25/15 | J.K. Edelson | Review Debtors' list of pension benefit obligations. | 0.10 | 40.05 | B220 |
| 9/25/15 | J.K. Edelson | Review notice of bar date for filing pension claims, correspondence with co-counsel regarding same. | 0.20 | 80.10 | B220 |
| 9/25/15 | J.K. Edelson | Review notice of sale of de minimis assets. | 0.10 | 40.05 | B130 |
| 9/26/15 | C.A. Ward | Review Notice of Filing of List of Pension Benefits Obligations Filed by SRC Liquidation Company | 0.10 | 60.75 | B210 |
| 9/26/15 | C.A. Ward | Review Notice of Deadlines for the Filing of Proofs of Claim Related to Pension Benefits Obligations | 0.10 | 60.75 | B210 |



# Invoice Detail

For Professional Services Through 9/30/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 18
October 8, 2015
Invoice No: 1218738

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/26/15 | C.A. Ward | Review Notice of Sale of De Minimis Assets | 0.10 | 60.75 | B130 |
| 9/28/15 | C.A. Ward | Correspondence with Polsinelli core team re interim fee application | 0.10 | 60.75 | B110 |
| 9/28/15 | C.A. Ward | Review and comment on updated critical dates calendar of pending dates and deadlines, various correspondence re same | 0.10 | 60.75 | B400 |
| 9/28/15 | C.A. Ward | Review and consider Response to Fifth Omnibus Objection to Claims (Substantive) Filed by Steven Wilde | 0.10 | 60.75 | B310 |
| 9/28/15 | J.K. Edelson | Review docket, calendar deadlines. | 0.20 | 80.10 | B400 |
| 9/28/15 | J.K. Edelson | Correspondence with S. McFall regarding Polsinelli interim fee application. | 0.20 | 80.10 | B160 |
| 9/28/15 | J.K. Edelson | Review critical dates (.1), correspondence with C. Ward and L. Suprum regarding same (.1). | 0.20 | 80.10 | B400 |
| 9/28/15 | J.K. Edelson | Correspondence with D. Macgreevey regarding interim fee applications. | 0.20 | 80.10 | B160 |
| 9/28/15 | J.K. Edelson | Review Taylor Corporation's notices regarding designation of contracts, removal of contracts. | 0.20 | 80.10 | B185 |
| 9/28/15 | L.M. Suprum | Review docket, update critical dates memo and distribute. Attention to calendaring new deadlines. | 0.90 | 222.75 | B110 |
| 9/29/15 | C.A. Ward | Review Seventh Notice Regarding Designation as Post-Closing Transferred Contract and Assumption and Assignment Thereof | 0.10 | 60.75 | B185 |
| 9/29/15 | C.A. Ward | Review Fifth Notice Regarding Designation as Removed Contract and Rejection Thereof | 0.10 | 60.75 | B185 |

 **POLSINELLI**

# Invoice Detail

For Professional Services Through 9/30/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 19
October 8, 2015
Invoice No: 1218738

| 9/29/15 | C.A. Ward | Review Debtor-In-Possession Monthly Operating Report for Filing Period August 3, 2015 through August 30, 2015 Filed by SRC Liquidation Company | 0.10 | 60.75 | B210 |
|---|---|---|---|---|---|
| 9/29/15 | J.K. Edelson | Correspondence with L. Suprum regarding hearing dates, deadlines. | 0.20 | 80.10 | B400 |
| 9/29/15 | J.K. Edelson | Review Debtors' August monthly operating report. | 0.20 | 80.10 | B210 |
| 9/29/15 | J.K. Edelson | Review and revise exhibits for Polsinelli fourth interim fee application. | 0.40 | 160.20 | B160 |
| 9/30/15 | C.A. Ward | Review Response to Omnibus Objection to Claims - Fifth (Substantive) Regarding Claim #1540. Filed by Annie Ileleji | 0.10 | 60.75 | B310 |
| 9/30/15 | C.A. Ward | Review Amended Notice of Sale of De Minimis Asset | 0.10 | 60.75 | B130 |
| 9/30/15 | C.A. Ward | Review Monthly Application for Compensation (Combined) of Prime Clerk LLC as Administrative Agent to the Debtors for the period (i) June 1, 2015 to June 30, 2015 and (ii) August 1, 2015 to August 31, 2015 Filed by Prime Clerk | 0.10 | 60.75 | B310 |
| 9/30/15 | C.A. Ward | Review and consider Notice of Abandonment of De Minimis Assets | 0.10 | 60.75 | B130 |
| | | Total Professional Services | | $16,114.95 | |


POLSINELLI

# Invoice Detail

For Professional Services Through 9/30/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 20
October 8, 2015
Invoice No: 1218738

## Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| C.A. Ward | 12.00 | 607.50 | $7,290.00 |
| J.K. Edelson | 17.40 | 400.50 | 6,968.70 |
| L.M. Suprum | 7.50 | 247.50 | 1,856.25 |
| **Total Professional Charges** | **36.90** | | **$16,114.95** |

## Task Code Summary

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 4.60 | $1,512.00 |
| B130 | Asset Disposition | 2.60 | 1,310.40 |
| B140 | Relief From Stay/adequate Protection Proceedings | 0.30 | 120.15 |
| B150 | Meetings Of & Communications With Creditors Or The | 0.70 | 321.75 |
| B160 | Employment/fee Applications | 11.30 | 4,433.85 |
| B185 | Assumption/rejection Of Leases & Contracts | 1.60 | 909.90 |
| B190 | Litigation Contested Matters(excl Assump/rejection | 0.70 | 389.25 |
| B210 | Business Operations | 1.10 | 626.85 |
| B220 | Employee Benefits/pensions | 0.30 | 120.15 |
| B230 | Financing & Cash Collateral | 0.10 | 60.75 |
| B310 | Claims Administration & Objections | 2.30 | 1,355.85 |
| B320 | Plan & Disclosure Statement (Including Business Pl | 3.90 | 2,064.15 |
| B400 | Bankruptcy-related Advice | 7.40 | 2,889.90 |
| | **Total Professional Charges** | **36.90** | **$16,114.95** |

## Disbursements

| Date | Description | Amount |
|---|---|---|
| | Document Reproduction | $47.40 |
| 08/24/15 | Deliveries Rust Consulting/Omni Bankruptcy Service of Pleadings | 9,792.57 |
| 09/01/15 | Miscellaneous Telephonic Appearance A7110625 | 30.00 |
| 09/01/15 | Miscellaneous Telephonic Appearance A7110507 | 30.00 |
| 09/01/15 | Miscellaneous Telephonic Appearance A7110863 | 30.00 |
| | **Total Disbursements** | **$9,929.97** |


**POLSINELLI**

**Invoice Detail**

For Professional Services Through 9/30/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 21
October 8, 2015
Invoice No: 1218738

Total Disbursements                                                       9,929.97

**Total Current Charges Due**                                        **$26,044.92**

# EXHIBIT E



## Polsinelli PC Bankruptcy Project Codes

| CATEGORY | PROJECT CODE |
|---|:---:|
| ASSET ANALYSIS & RECOVERY | 1 |
| BUSINESS OPERATIONS/CORPORATE MATTERS | 2 |
| TRUSTEE REPORTING/OPERATING REPORTS | 3 |
| REVIEW OF PLEADINGS | 4 |
| USE, SALE OR ABANDONMENT OF PROPERTY | 5 |
| CREDITORS' COMMITTEE ISSUES | 6 |
| CREDITOR INQUIRIES | 7 |
| CLAIMS ADMINISTRATION | 8 |
| CASE ADMINISTRATION | 9 |
| EXECUTORY CONTRACTS/LEASES | 10 |
| PLAN/DISCLOSURE STATEMENT | 11 |
| DIP FINANCING/CASH COLLATERAL | 12 |
| LITIGATION/ADVERSARY PROCEEDINGS | 13 |
| PS RETENTION & FEE APPLICATIONS | 14 |
| RETENTION & FEE APPLICATIONS OF OTHER PROFESSIONALS | 15 |
| COURT HEARINGS, MEDIATIONS & ARBITRATIONS | 16 |
| NON-WORKING TRAVEL | 17 |
| STAY RELIEF MATTERS | 18 |