# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Calvin C. Liu, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 12, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class mail to the Supplemental Service List attached hereby to as **Exhibit A**:

- Notice of (A) Deadline for Casting Votes to Accept or Reject First Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and its Affiliates, (B) Combined Hearing to Consider Approval of Disclosure Statement and Confirmation of Plan and (C) Related Matters and Procedures [Docket No. 1093]

Dated: October 12, 2015

_____
Calvin C. Liu

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 12, 2015, by Calvin C. Liu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

LIZ SANTODOMINGO
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2018

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

SRF 4625

**Exhibit A**

Exhibit A
Supplemental Service List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL |
|---|---|---|---|---|---|
| ADVANCEDTRONICS INC | 1777 UPLAND DR STE 102 | | HOUSTON | TX | 77043-3514 |
| ADVANTAGE OFFICE SUPPLIES | PO BOX 18704 | | TAMPA | FL | 33679-8704 |
| AFFINITY EXPRESS INC | 2250 POINT BLVD STE 150 | | ELGIN | IL | 60123-7882 |
| ALLIS ROLLER LLC | 5801 W FRANKLIN DR | | FRANKLIN | WI | 53132-8610 |
| ALTAMONTE SURVEYING & PLATTING INC | 480 NEEDLES TRL | | LONGWOOD | FL | 32779-7118 |
| BARNETT, ANDREW | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| BECK GRAPHICS | 1114 FLORIDA AVE STE B | | PALM HARBOR | FL | 34683-4331 |
| BEVERLY D KERR & ROBERT A KERR TR UA 3-3-04 THE BEVERLY D KERR REVOCABLE TRUST | 10346 W CHAPLIN AVE | | BEACH PARK | IL | 60099-3808 |
| BJ BROTHERS PRODUCE LLC | PO BOX 4168 | | RIO RICO | AZ | 85648-4168 |
| BRIGHT HOUSE NETWORKS | PO BOX 30574 | | TAMPA | FL | 33630-3574 |
| BROWNS OPTICAL INC | 51 E MAIN ST UNIT 2 | | AVON | CT | 06001-3821 |
| BUCKALLEW, TIMOTHY HARLEN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| CESSNA AIRCRAFT CO | PO BOX 7704 | | WICHITA | KS | 67277-7704 |
| COATESVILLE AREA SCHOOL DIST | 3030 C G Zinn RD | | THORNSDALE | PA | 19372-1130 |
| COLOR IMPRESSIONS INC | 4015 N TARA CIR | | WICHITA | KS | 67226-3336 |
| CRAWFORD, NATHAN C | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| CURRENT, MARY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| DEFOOR, TRACY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| DIONISIO, MICHAEL L. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| DIVERSIFIED RISK MANAGEMENT INC | 5042 WILSHIRE BLVD | | LOS ANGELES | CA | 90036-4305 |
| DON KLUMBACH | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| DUFF, BRIAN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| DUFF, BRIAN T | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| DUNCAN, RANDY L | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| EL GALLO GIRO | 10638 PAINTER AVE STE C | | SANTA FE SPRINGS | CA | 90670-6655 |
| GENIE INDUSTRIES | TEREX SERVICES | 11945 GOODRICH DR | CHARLOTTE | NC | 28273-4506 |
| GENIER, CRAIG | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| GIBBS, TODD | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| GROVE, SANDRA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| HAMILL, MICHAEL | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| HUFF, SANDRA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| HUTSON, LINDA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| ILA FEDERAL CREDIT UNION | 4100 GREEN SHADOWN DR | | PASADENA | TX | 77503-1400 |
| JOHN L HOLLINGSWORTH | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| JOHN L HOLLINGSWORTH M D | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| JOHN M WITMER | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| JOHNSON, D | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| JORDAN LAWRENCE GROUP | 707 SPIRIT 40 PARK DR STE 100 | | CHESTERFIELD | MO | 63005-1195 |
| K LASER TECHNOLOGY USA CO LTD | 3123 W MACARTHUR BLVD | | SANTA ANA | CA | 92704-6907 |
| KEEPORTS, THEODORE G | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| KEVONA HAWKINS | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

Exhibit A
Supplemental Service List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL |
|---|---|---|---|---|---|
| KNOX, JOHN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| KROLL | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| LAPURKA, IRENA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| LENSCRAFTERS | 910 E WOODLAND AVE REAR A | | SPRINGFIELD | PA | 19064-3955 |
| LIDDLE, KATHRYN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| LOUDOUN CO SHERIFFS OFFICE | PO BOX 7200 | | LEESBURG | VA | 20177-7200 |
| MCCARTHY, KEVIN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| MCELWEE, JEFFREY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| MCNUTT, SHANNON | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| MILLER, STEPHEN G | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| MURPHY, PAUL | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| MURRAY JR., DANIEL B. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| NACE II, WALTER | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| NACE, CHRISTINE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| NEW CENTURY TRANSPORTATION INC | 80 E ROUTE 4 STE 290 | | PARAMUS | NJ | 07652-2661 |
| OSHEL, SHARON | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| PAGE DESIGN & LAYOUT INC | 73 LANE RD | | DERRY | NH | 03038-4193 |
| PARKLAND PRINTING & GRAPHICS INC | 4611 LYONS TECHNOLOGY PKWY STE 630 | | COCONUT CREEK | FL | 33073-4351 |
| PARKS, JAY M | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| PAWUL, JOHN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| PECK, DANIEL | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| PETE PAPPAS AND SONS INC | 7825 RAPPAHANOCK AVE | SUITE A1 | JESSUP | MD | 20794-9457 |
| PREMEDIA GROUP LLC | 7605 BUSINESS PARK DR STE F | | GREENSBORO | NC | 27409 |
| PRIME TIME PARTY RENTAL INC | 5225 SPRINGBORO PIKE | | MORAINE | OH | 45439-2970 |
| ROBERTS & DYBDAHL, INC. | 900 RANCH ROAD 620 S # C101-235 | | LAKEWAY | TX | 78734-5615 |
| SAMPLING INTERNATIONAL | 28 HAMMOND STE C | | IRVINE | CA | 92618-1663 |
| SIBLEY EQUIPMENT | 1712 DEERE DR | | SIBLEY | IA | 51249-9618 |
| SIR SPEEDY | PO BOX 1630 | | SHEPHERDSTOWN | WV | 25443-1630 |
| STEVENSON ELECTRIC INC | 1205 DEACON RD | | HAINESPORT | NJ | 08036 |
| STRUCTURA INC | 9208 WATERFORD CENTRE BLVD STE 100 | | AUSTIN | TX | 78758-7506 |
| STRUCTURA INC | 9208 WATERFORD CENTRE BLVD STE 100 | | AUSTIN | TX | 78758-7506 |
| SUKEL SR., DANIEL | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| THEODORE G KEEPORTS & ISABEL L KEEPORTS TEN ENT | 110 BAYBERRY DR | | LANCASTER | PA | 17603-7002 |
| TOWN TAVERN | 59 LITTLE ISLAND RD | | FALMOUTH | MA | 02540-2126 |
| TRANSITIONWORKS SOFTWARE | 68 S MAIN ST STE 900 | | SALT LAKE CITY | UT | 84101-1539 |
| UNITED WAY OF THE LOWER EASTERN SHORE | 803 N SALISBURY BLVD STE 2100 | | SALISBURY | MD | 21801-3657 |
| VERCOM SOFTWARE INC | 13355 NOEL RD STE 1100 | | DALLAS | TX | 75240-6694 |
| VIP PRINTING | 814 HANLEY INDUSTRIAL CT | | SAINT LOUIS | MO | 63144-1403 |
| WILCOX, BONNIE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |