IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION COMPANY, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Timothy R. Quinn, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 13, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via overnight mail on the Transferred Contract Counterparty Service List attached hereto as **Exhibit A**:

- (Customized) Notice Regarding Designation as Post-Closing Transferred Contract and Assumption and Assignment Thereof [a non-customized copy of which is attached hereto as **Exhibit B**]

Dated: October 14, 2015

Timothy R. Quinn

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 14, 2015, by Timothy R. Quinn, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

BENJAMIN JOSEPH STEELE
NOTARY PUBLIC-STATE OF NEW YORK
No. 02ST6290268
Qualified In New York County
My Commission Expires October 07, 2017

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

**Exhibit A**

Exhibit A
Transferred Contract Counterparty Service List
Served via Overnight Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|
| Bank of the West | Attn: General Counsel | 1450 Treat Boulevard | | Walnut Creek | CA | 94596 |
| Bremer Financial Services, Inc. | Attn: Greg Meidt | 8555 Eagle Point Blvd. | | Lake Elmo | MN | 55042 |
| Cadence Bank | Attn: Danny Taylor | 1108 Highway 182 East | | Starkville | MS | 39759 |
| Carolinas Shared Services, LLC | Attn: Jim Olsen, Senior Vice president | 4828 Airport Center Parkway | | Charlotte | NC | 28208 |
| City National Bank of Florida | Attn: General Counsel | 25 West Flagler Street | | Miami | FL | 33130 |
| City of Chicago | Attn: Department of Procurement Services | 121 North LaSalle Street | Room 403 | Chicago | IL | 60602 |
| City of O'Fallon Water Department | Attn: General Counsel | 255 S. Lincoln | | O'Fallon | IL | 62229 |
| City of Raleigh, North Carolina | 222 West Hargett Street | | | Raleigh | NC | 27602 |
| Cooley Dickenson | Attn: General Cousnel | 30 Locust St | | Northampton | MA | 01061 |
| County of Santa Clara | Attn: Director of Procurement | 2310 North First Street | Suite 201 | San Jose | CA | 95131-1011 |
| CSX Corporation | Attn: Cindy Beggs | 500 Water Street, 15th Floor | | Jacksonville | FL | 32202 |
| El Dorado Savings Bank | Attn: Betty Kerswill | 40401 El Dorado Road | | Placerville | CA | 95667 |
| Expeditionary Contracting Command | 413th Contracting Support Brigade | Regional Contracting Office Hawaii | Building 520, Pierce Street | Fort Shafter | HI | 96858 |
| Fidelity Information Services, LLC | 601 Riverside Avenue | | | Jacksonville | FL | 32204 |
| FirstMerit Bank N.A. | Attn: Steve Means | 111 Cascade Plaza, CAS 52 | | Akron | OH | 44308 |
| Healtheast Care Sys | 280 S Mount Auburn Road | | | Cape Hirardeau | MO | 63703 |
| Homestreet Bank | Attn: Banking Customer Support | 2000 Two Union Square | 601 Union Avenue | Seattle | WA | 98101 |
| International Paper Company | Attn: Henry A. Walker - Contract Administrator | 6400 Poplar Avenue | | Memphis | TN | 38198 |
| LA County | Mary Walcott | 1100 N. Eastern Avenue, Room 103 | | Los Angeles | CA | 90063 |
| Legacy Health | Attn: General Council | 1919 N.W. Lovejoy St | | Portland | OR | 97209 |
| LibertyBank | Attn: V.P. Information Technology | 355 Goodpasture Island Road | Suite 200 | Eugene | OR | 97401 |
| MedAssets Performance Management Solutions, Inc. | Attn: General Counsel | 3221 McKelvey Road | Suite 301 | Bridgeton | MO | 63044 |
| Novation LLC | Attn: General Counsel | 290 East John Carpenter Freeway | | Irving | CA | 75062 |
| Novation LLC | Attn: General Counsel | 290 East John Carpenter Freeway | | Irving | TX | 75062 |
| Novation, LLC | Attn: General Counsel | 1395 George Dieter | | El Paso | TX | 79936 |
| Oakwood Healthcare Inc. | attn: Tina Roberts | 18101 Oakwood Blvd | | Dearborn | MI | 48124 |
| Owens & Minor | Attn: Manager, Contracts & Rebates | 4800 Cox Road | | Glen Allen | VA | 23060 |
| Rabobank, N.A. | Attn: Shana Hodges | RNA 92488-01 | PO Box 6002 | Arroyo Grande | CA | 93421 |
| Resources Global Professionals | Attn: General Council | 7 Times Square #3700 | | New York | NY | 10036 |
| Source Technologies, LLC | Attn: John Spencer, Executive Vice President | 2910 Whitehall Park Drive | | Charlotte | NC | 28273 |
| The Automotive Aftermarket Group | A division of Robert Bosch LLC "Bosch" | 2800 S 25th Avenue | | Broadview | IL | 60155 |
| Union Bank of California | 400 California Street | | | San Francisco | CA | 94101 |
| Union Bank of California, N.A. | Attn: General Council | 1251 Avenue of the Americas | | New York | NY | 10020 |
| United Western Bank | Attn: Karen F. White | 700 17th Street, Suite 100 | | Denver | CO | 80202 |
| Wishard Health Services | Attn: Supply Chain Director | 1001 West Tenth Street | | Indianapolis | IN | 46202 |

In re: SRC Liquidation Company, et al.
Case No. 15-10541 (BLS)

Page 1 of 1

**Exhibit B**

Case 15-10541-BLS    Doc 1171    Filed 10/15/15    Page 4 of 7

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | **Re Docket No. 698** |

## NOTICE REGARDING DESIGNATION AS POST-CLOSING TRANSFERRED CONTRACT AND ASSUMPTION AND ASSIGNMENT THEREOF

**PLEASE TAKE NOTICE** that, on June 19, 2015, the United States Bankruptcy Court for the District of Delaware (the "Court") entered that certain *Order (I) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (II) Granting Certain Related Relief* [Docket No. 698] (the "Sale Order").[2]

**PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraph 27 of the Sale Order, the Buyers delivered a schedule of Potential Contracts to the Debtors prior to the Closing Date. You previously received notice regarding the designation of applicable agreements as Potential Contracts.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraphs 27 and 28 of the Sale Order, the Buyers were granted ninety (90) days from the Closing Date to determine whether to assume or reject the Potential Contracts.

**PLEASE TAKE FURTHER NOTICE** that, as of the date hereof, and in accordance with paragraph 35 of the Sale Order, the Buyers have designated the Potential Contracts listed on Exhibit A hereto as Post-Closing Transferred Contracts, and such Post-Closing Transferred Contracts shall be deemed assumed and assigned to the Buyers upon the expiration of five (5) business days from the date hereof.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Sale Order.

Dated: October 13, 2015
       Wilmington, DE                      */s/ Matthew P. Austria*
                                            Matthew P. Austria (DE No. 4827)
                                            WERB & SULLIVAN
                                            300 Delaware Avenue, 13th Floor
                                            P.O. Box 25046
                                            Wilmington, Delaware 19899
                                            (For courier: 19801)
                                            Telephone: (302) 652-1100
                                            Facsimile: (302) 652-1111
                                            E-mail: maustria@werbsullivan.com

                                            -and-

                                            Phillip Bohl (MN No. 139191)
                                            GRAY, PLANT, MOOTY,
                                            MOOTY & BENNET, P.A.
                                            500 IDS Center
                                            80 South Eighth Street
                                            Minneapolis, Minnesota 55402
                                            Telephone: (612) 632-3000
                                            Facsimile: (612) 632-4019
                                            Email: Phillip.bohl@gpmlaw.com

                                            *Counsel to Taylor Corporation*

# EXHIBIT A

## Post-Closing Transferred Contracts

| Counterparty Name | Executory Contract or Unexpired Lease | Cure Amount |
|---|---|---|
| | | |