# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | Hearing Date: November 19, 2015 at 9:30 a.m. (ET) <br> Obj. Deadline: October 29, 2015 at 4:00 p.m. (ET) |

## SECOND INTERIM QUARTERLY FEE REQUESTS OF THE DEBTORS' PROFESSIONALS

TO: (I) THE DEBTORS; (II) THE OFFICE OF THE UNITED STATES TRUSTEE; (III) COUNSEL FOR SILVER POINT FINANCE, LLC; (IV) COUNSEL FOR BANK OF AMERICA, N.A.; (V) COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND (VI) ALL PARTIES THAT HAVE FILED A NOTICE OF APPEARANCE IN THESE CHAPTER 11 CASES PURSUANT TO BANKRUPTCY RULE 2002.

PLEASE TAKE NOTICE that, pursuant to that certain *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, entered on April 13, 2015 [Docket No. 260] (the "**Interim Compensation Order**"), certain professionals retained by the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") hereby apply for interim quarterly allowance of compensation and reimbursement of expenses (the "**Fee Request**") for all interim applications filed during the previous quarterly period covering the period from June 1, 2015, through and including August 31, 2015. Summaries of the fees and expenses that are the subject of this Fee Request are summarized in the attachments hereto.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

01:17332703.1

PLEASE TAKE FURTHER NOTICE that, pursuant to the Interim Compensation Order, the Debtors were authorized to pay on an interim basis 80% of the amount of compensation requested and 100% of the amount requested for reimbursement of expenses without further order of the Court upon the expiration of a 15-day objection period.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Fee Request are to be filed and served on the affected professional and the parties set forth in the Interim Compensation Order on or before **October 29, 2015, at 4:00 p.m. (ET).**

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Fee Request will be held before the Honorable Brendan L. Shannon in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801, on **November 19, 2015 at 9:30 a.m. (ET)**.

[*Signature Page Follows*]

01:17332703.1

Dated: October 15, 2015
Wilmington, Delaware

*/s/ Andrew L. Magaziner*
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
mnestor@ycst.com
kcoyle@ycst.com
amagaziner@ycst.com

-and-

Michael A. Rosenthal (NY No. 4697561)
Jeremy L. Graves (CO No. 45522)
Matthew G. Bouslog (CA No. 280978)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
mrosenthal@gibsondunn.com
jgraves@gibsondunn.com
mbouslog@gibsondunn.com

*Counsel to the Debtors and
Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | Hearing Date: November 19, 2015 at 9:30 a.m. (ET)<br>Obj. Deadline: October 29, 2015 at 4:00 p.m. (ET) |

**SECOND INTERIM QUARTERLY FEE REQUEST**

| | |
|---|---|
| Name of Applicant: | Young Conaway Stargatt & Taylor, LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | April 13, 2015<br>(*Nunc Pro Tunc* to March 12, 2015) |
| Period for which compensation and reimbursement is sought: | July 1, 2015 through August 31, 2015 |

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | CNO Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To Be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 7/1/15 – 7/31/15 [D.I. 936; 8/17/15] | $106,529.00 | $7,555.83 | D.I. 1012; 9/3/15 | $85,223.20 | $7,555.83 | $21,305.80 |
| 8/1/15 – 8/31/15 [D.I. 1126; 10/1/15] | $52,620.00 | $1,313.83 | TBD | $42,096.00 | $1,313.83 | $10,524.00 |
| **TOTAL** | **$159,149.00** | **$8,869.66** | | **$127,319.20** | **$8,869.66** | **$31,829.80** |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | **Hearing Date: November 19, 2015 at 9:30 a.m. (ET)**<br>**Obj. Deadline: October 29, 2015 at 4:00 p.m. (ET)** |

## SECOND INTERIM QUARTERLY FEE REQUEST

| | |
|---|---|
| Name of Applicant: | Gibson, Dunn & Crutcher LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | April 13, 2015<br>(*Nunc Pro Tunc* to March 12, 2015) |
| Period for which compensation and reimbursement is sought: | July 1, 2015 through August 31, 2015 |

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | CNO Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To Be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 7/1/15 – 7/31/15 [D.I. 928; 8/14/15] | $941,575.00 | $37,901.47 | D.I. 1007; 9/2/15 | $753,260.00 | $37,901.47 | $188,315.00 |
| 8/1/15 – 8/31/15 [D.I. 1044; 9/15/15] | $335,995.00 | $24,364.42 | D.I. 1131; 10/2/15 | $268,796.00 | $24,364.42 | $67,199.00 |
| **TOTAL** | **$1,272,766.00**[2] | **$62,265.89** | | **$1,022,056.00** | **$62,265.89** | **$250,710.00**[3] |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] The total reflects a non-working travel reduction of $20,858.50, which was previously reflected in Gibson Dunn's Monthly Fee Applications, plus an additional voluntary reduction of $4,404.00, which is comprised of fees attributable to transitory and certain non-attorney timekeepers.

[3] This amount reflects the voluntary reduction described above.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[4] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | Hearing Date: November 19, 2015 at 9:30 a.m. (ET) |
| | Obj. Deadline: October 29, 2015 at 4:00 p.m. (ET) |

## SECOND INTERIM QUARTERLY FEE REQUEST

| | |
|---|---|
| Name of Applicant: | Prime Clerk LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | April 13, 2015 (*Nunc Pro Tunc* to March 12, 2015) |
| Period for which compensation and reimbursement is sought: | June 1, 2015 through August 31, 2015 |

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | CNO Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To Be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 6/1/15 – 8/31/15 [D.I. 1121; 9/30/15] | $1,374.00 | $0.00 | TBD | $1,099.20 | $0.00 | $274.80 |
| **TOTAL** | **$1,374.00** | **$0.00** | | **$1,099.20** | **$0.00** | **$274.80** |

---

[4] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

01:17332703.1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | Hearing Date: November 19, 2015 at 9:30 a.m. (ET) |
| | Obj. Deadline: October 29, 2015 at 4:00 p.m. (ET) |

## SECOND INTERIM QUARTERLY FEE REQUEST

| | |
|---|---|
| Name of Applicant: | Dinsmore & Shohl LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | April 13, 2015 (*Nunc Pro Tunc* to March 12, 2015) |
| Period for which compensation and reimbursement is sought: | July 1, 2015 through August 31, 2015 |

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | CNO Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To Be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 7/1/15 – 7/31/15 [D.I. 951; 8/19/15] | $39,953.78 | $5,346.50 | D.I. 1027; 9/8/15 | $31,963.02 | $5,346.50 | $7,990.76 |
| 8/1/15 – 8/31/15 [D.I. 1142; 10/7/15] | $28,279.56 | $1,012.04 | TBD | $22,623.64 | $1,012.04 | $5,655.92 |
| **TOTAL** | **$68,233.34** | **$6,358.54** | | **$54,586.66** | **$6,358.54** | **$13,646.68** |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

01:17332703.1