**Exhibit A**

# ZOLFO COOPER LLC
# SRC LIQUIDATION COMPANY
# PROJECT CATEGORIES

| Code | Project Category |
|---|---|
| 1 | Planning & Coordination/ Case Management |
| 2 | 363 Sale Process |
| 3 | Meetings with UCC Members and/or UCC Professionals |
| 4 | Debtor & Debtor's Professional Meetings including Corporate and Operations Site Visits |
| 5 | Employee Compensation and Advisor Retention Matters |
| 6 | Financial and Other Due Diligence |
| 7 | Liquidity, Cash Management and Cash Collateral Analysis |
| 8 | Business Plan Analysis and Assessment |
| 9 | Other Diligence |
| 10 | Non-Working Travel Time |
| 11 | Retention, Fee Statements and Fee Applications |
| 12 | Internal Meetings / Discussions |
| 13 | Preparing for and Attending Depositions |
| 14 | Adversary Proceeding |

**Exhibit B**

# ZOLFO COOPER LLC
# SRC LIQUIDATION COMPANY
# SUMMARY OF HOURS AND FEES BY PROJECT CATEGORY
# FOR THE PERIOD FROM SEPTEMBER 1, 2015 THROUGH SEPTEMBER 30, 2015

**PROJECT CODE 3 - Meetings with UCC Members and/or UCC Professionals**

| PROFESSIONAL | TITLE | HOURLY RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $795 | 1.0 | $ 795.00 |
| Mark Cervi | Director | $585 | 1.1 | 643.50 |
| Kristen Draus | Associate | $360 | - | - |
| Eugene Lavrov | Associate | $395 | - | - |
| Elizabeth Kardos | Counsel | $490 | 0.2 | 98.00 |
| Laurie Verry | Paralegal | $255 | - | - |
| | | | 2.3 | $ 1,536.50 |

**PROJECT CODE 4 - Debtor & Debtor's Professional Meetings Including Corporate and Operations Site Visits**

| PROFESSIONAL | TITLE | HOURLY RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $795 | 0.5 | $ 397.50 |
| Mark Cervi | Director | $585 | - | - |
| Kristen Draus | Associate | $360 | - | - |
| Eugene Lavrov | Associate | $395 | - | - |
| Elizabeth Kardos | Counsel | $490 | - | - |
| Laurie Verry | Paralegal | $255 | - | - |
| | | | 0.5 | $ 397.50 |

**Exhibit B**

# ZOLFO COOPER LLC
## SRC LIQUIDATION COMPANY
## SUMMARY OF HOURS AND FEES BY PROJECT CATEGORY
## FOR THE PERIOD FROM SEPTEMBER 1, 2015 THROUGH SEPTEMBER 30, 2015

**PROJECT CODE 6 - Financial and Other Due Diligence**

| PROFESSIONAL | TITLE | HOURLY RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $795 | - | $ - |
| Mark Cervi | Director | $585 | 4.9 | 2,866.50 |
| Kristen Draus | Associate | $360 | 19.3 | 6,948.00 |
| Eugene Lavrov | Associate | $395 | - | - |
| Elizabeth Kardos | Counsel | $490 | - | - |
| Laurie Verry | Paralegal | $255 | - | - |
| | | | 24.2 | $ 9,814.50 |

**PROJECT CODE 9 - Other Diligence**

| PROFESSIONAL | TITLE | HOURLY RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $795 | 2.3 | $ 1,828.50 |
| Mark Cervi | Director | $585 | 1.9 | 1,111.50 |
| Kristen Draus | Associate | $360 | - | - |
| Eugene Lavrov | Associate | $395 | 3.0 | 1,185.00 |
| Elizabeth Kardos | Counsel | $490 | - | - |
| Laurie Verry | Paralegal | $255 | - | - |
| | | | 7.2 | $ 4,125.00 |

**Exhibit B**

## ZOLFO COOPER LLC
## SRC LIQUIDATION COMPANY
## SUMMARY OF HOURS AND FEES BY PROJECT CATEGORY
## FOR THE PERIOD FROM SEPTEMBER 1, 2015 THROUGH SEPTEMBER 30, 2015

**PROJECT CODE 11 - Retention, Fee Statements and Fee Applications**

| PROFESSIONAL | TITLE | HOURLY RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $795 | - | $ - |
| Mark Cervi | Director | $585 | - | - |
| Kristen Draus | Associate | $360 | - | - |
| Eugene Lavrov | Associate | $395 | 2.6 | 1,027.00 |
| Elizabeth Kardos | Counsel | $490 | 0.2 | 98.00 |
| Laurie Verry | Paralegal | $255 | 11.2 | 2,856.00 |
| | | | 14.0 | $ 3,981.00 |

**PROJECT CODE 12 - Internal Meetings / Discussions**

| PROFESSIONAL | TITLE | HOURLY RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $795 | 0.6 | $ 477.00 |
| Mark Cervi | Director | $585 | 0.7 | 409.50 |
| Kristen Draus | Associate | $360 | 0.2 | 72.00 |
| Eugene Lavrov | Associate | $395 | - | - |
| Elizabeth Kardos | Counsel | $490 | 0.1 | 49.00 |
| Laurie Verry | Paralegal | $255 | - | - |
| | | | 1.6 | $ 1,007.50 |

ZOLFO COOPER, LLC
SRC LIQUIDATION COMPANY
DETAIL OF HOURS BY PROJECT CATEGORY, DATE AND PROFESSIONAL
FOR THE PERIOD FROM SEPTEMBER 1, 2015 THROUGH SEPTEMBER 30, 2015

| PROFESSIONAL | DATE | PROJECT CODE | DESCRIPTION | HOURS INCURRED |
|---|---|---|---|---|
| Elizabeth Kardos | 9/3/2015 | 3 | Participated in phone call with counsel from Lowenstein Sandler re: indemnification under the GUC Trust Agreement | 0.2 |
| David MacGreevey | 9/11/2015 | 3 | Participated on phone call with SRC UCC re: wind down and recovery update | 0.3 |
| David MacGreevey | 9/18/2015 | 3 | Participated in phone call re: SRC Retirement Plans and claims | 0.4 |
| Mark Cervi | 9/18/2015 | 3 | Participated in call with Counsel re: SERP and winddown budget | 0.5 |
| Mark Cervi | 9/18/2015 | 3 | Participated in phone call re: wind down issues to develop list of questions for CRO | 0.6 |
| David MacGreevey | 9/25/2015 | 3 | Phone call with W. Jung (Lowenstein) re: wind down budget | 0.3 |
| | | | **Meetings with UCC Members and/or UCC Professionals, Total:** | **2.3** |
| David MacGreevey | 9/16/2015 | 4 | Phone call with K. Carmody (McKinsey) and L. Williams re: key open items | 0.5 |
| | | | **Debtor & Debtor's Professional Meetings Including Corporate and Operations Site Visits, Total:** | **0.5** |
| Mark Cervi | 9/15/2015 | 6 | Review winddown budget recovery draft | 0.3 |
| Mark Cervi | 9/18/2015 | 6 | Review plan and disclosure statement and liquidation analysis | 1.1 |
| Mark Cervi | 9/21/2015 | 6 | Review claims data and draft email to E. Lavrov | 0.3 |
| Mark Cervi | 9/21/2015 | 6 | Review and analysis of updated claims data and create summary report | 1.2 |
| Kristen Draus | 9/23/2015 | 6 | Obtain Claims Database and manipulate claims data | 3.6 |
| Kristen Draus | 9/23/2015 | 6 | Adjust claims data in the database | 0.6 |
| Kristen Draus | 9/23/2015 | 6 | Create Pivot table in claims database | 0.6 |
| Kristen Draus | 9/24/2015 | 6 | Continue working on claims database | 4.3 |
| Kristen Draus | 9/24/2015 | 6 | Eliminate duplicate claims in claims database | 3.7 |
| Mark Cervi | 9/24/2015 | 6 | Review claims detail and prepare email to Debtor financial advisors | 0.5 |

**ZOLFO COOPER, LLC**
**SRC LIQUIDATION COMPANY**
**DETAIL OF HOURS BY PROJECT CATEGORY, DATE AND PROFESSIONAL**
**FOR THE PERIOD FROM SEPTEMBER 1, 2015 THROUGH SEPTEMBER 30, 2015**

| PROFESSIONAL | DATE | PROJECT CODE | DESCRIPTION | HOURS INCURRED |
|---|---|---|---|---|
| Kristen Draus | 9/25/2015 | 6 | Review Proof of Claims filed on Prime Clerk | 3.7 |
| Kristen Draus | 9/25/2015 | 6 | Filter and adjust claims database and re-run pivot table in claims database schedule | 1.2 |
| Kristen Draus | 9/25/2015 | 6 | Format claims database schedule | 1.6 |
| Mark Cervi | 9/25/2015 | 6 | Preparation for and participated in phone call with Counsel re: wind down budget and other confirmation issues | 1.4 |
| Mark Cervi | 9/28/2015 | 6 | Review claims data | 0.1 |
| | | | **Financial and Other Due Diligence, Total:** | **24.2** |
| Mark Cervi | 9/14/2015 | 9 | Review emails related to scheduling of phone call with new CRO | 0.1 |
| Mark Cervi | 9/15/2015 | 9 | Review emails related to scheduling of phone call with new CRO | 0.1 |
| David MacGreevey | 9/16/2015 | 9 | Review email from S. Levine (Lowenstein) re: SRC UCC update email on key issues | 0.2 |
| Mark Cervi | 9/16/2015 | 9 | Review emails related to document provided by CRO | 0.5 |
| David MacGreevey | 9/17/2015 | 9 | Review SRC best interest test (liquidation analysis) | 0.3 |
| David MacGreevey | 9/17/2015 | 9 | Review SRC pension memo from CRO | 0.4 |
| David MacGreevey | 9/17/2015 | 9 | Review SRC claims register | 0.2 |
| David MacGreevey | 9/17/2015 | 9 | Review SRC pre-petition payments register from CRO | 0.2 |
| Mark Cervi | 9/17/2015 | 9 | Review email distributed by D. MacGreevey re: waterfall and conversation with CRO | 0.2 |
| Mark Cervi | 9/17/2015 | 9 | Review emails related to document provided by CRO | 0.5 |
| Mark Cervi | 9/18/2015 | 9 | Review SERP and retirement data | 0.5 |
| Eugene Lavrov | 9/21/2015 | 9 | Downloaded claims data from Prime Clerk site | 2.1 |
| Eugene Lavrov | 9/21/2015 | 9 | Updated claims file from July to reflect new information | 0.9 |

**ZOLFO COOPER, LLC**
**SRC LIQUIDATION COMPANY**
**DETAIL OF HOURS BY PROJECT CATEGORY, DATE AND PROFESSIONAL**
**FOR THE PERIOD FROM SEPTEMBER 1, 2015 THROUGH SEPTEMBER 30, 2015**

| PROFESSIONAL | DATE | PROJECT CODE | DESCRIPTION | HOURS INCURRED |
|---|---|---|---|---|
| David MacGreevey | 9/22/2015 | 9 | Review email with attachment from M. Cervi re: SRC claims data | 0.3 |
| David MacGreevey | 9/23/2015 | 9 | Review Supplemental SRC affidavit | 0.5 |
| David MacGreevey | 9/29/2015 | 9 | Review emails from S. Levine (Lowenstein) and T. Webb re: SRC claims | 0.2 |
| | | | Other Diligence, Total: | 7.2 |
| Elizabeth Kardos | 9/3/2015 | 11 | Reviewed ZC revised retention document | 0.2 |
| Laurie Verry | 9/3/2015 | 11 | Reviewed various proposed changes and made additional revisions to ZC retention as provided by Lowenstein Sandler re: indemnification, confidentiality, fees and certain other provisions | 1.4 |
| Laurie Verry | 9/8/2015 | 11 | Drafted a supplemental affidavit re: disclosure of additional ZC relationships | 0.3 |
| Laurie Verry | 9/8/2015 | 11 | Initiated relationship disclosure report to be appended to the supplemental affidavit of D. MacGreevey | 3.3 |
| Laurie Verry | 9/8/2015 | 11 | Worked on relationship disclosure report to be appended to the supplemental affidavit of D. MacGreevey | 2.9 |
| Laurie Verry | 9/16/2015 | 11 | Worked on ZC monthly August 2015 Fee Statement | 0.6 |
| Laurie Verry | 9/22/2015 | 11 | Worked on revisions to ZC retention | 0.7 |
| Laurie Verry | 9/23/2015 | 11 | Revised and finalized supplemental affidavit of additional relationship disclosures | 0.9 |
| Eugene Lavrov | 9/29/2015 | 11 | Worked on and updated ZC fifth monthly Fee Statement materials for August 2015 | 0.9 |
| Eugene Lavrov | 9/29/2015 | 11 | Worked on and updated ZC fifth monthly Fee Statement materials for August 2015 | 1.1 |
| Eugene Lavrov | 9/29/2015 | 11 | Review of accumulated materials and completion of administrative task related to ZC Fee Statement | 0.6 |
| Laurie Verry | 9/29/2015 | 11 | Worked on ZC monthly August Fee Statement | 1.1 |
| | | | Retention, Fee Statements and Fee Applications, Total: | 14.0 |
| David MacGreevey | 9/3/2015 | 12 | Phone call with E. Kardos re: SRC Trust EL | 0.1 |
| Elizabeth Kardos | 9/3/2015 | 12 | Phone call with D. MacGreevey re: SRC Trust EL | 0.1 |

**ZOLFO COOPER, LLC**
**SRC LIQUIDATION COMPANY**
**DETAIL OF HOURS BY PROJECT CATEGORY, DATE AND PROFESSIONAL**
**FOR THE PERIOD FROM SEPTEMBER 1, 2015 THROUGH SEPTEMBER 30, 2015**

| PROFESSIONAL | DATE | PROJECT CODE | DESCRIPTION | HOURS INCURRED |
|---|---|---|---|---|
| David MacGreevey | 9/18/2015 | 12 | Phone call with M. Cervi re: SRC wind down budget | 0.2 |
| Mark Cervi | 9/18/2015 | 12 | Phone call with D. MacGreevey re: SRC wind down budget | 0.2 |
| David MacGreevey | 9/23/2015 | 12 | Phone call with M. Cervi re: SRC wind down | 0.2 |
| Kristen Draus | 9/23/2015 | 12 | Discussion with M. Cervi re: claims analysis | 0.2 |
| Mark Cervi | 9/23/2015 | 12 | Phone call with D. MacGreevey re: SRC wind down | 0.2 |
| Mark Cervi | 9/23/2015 | 12 | Discussion with K. Draus re: claims analysis | 0.2 |
| David MacGreevey | 9/29/2015 | 12 | Phone call with M. Cervi re: SRC claims | 0.1 |
| Mark Cervi | 9/29/2015 | 12 | Phone call with D. MacGreevey re: SRC claims | 0.1 |
| | | | **Internal Meetings / Discussions, Total:** | **1.6** |
| | | | **Grand Total** | **49.8** |

Exhibit D

**ZOLFO COOPER LLC**
**SRC LIQUIDATION COMPANY**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD FROM SEPTEMBER 1, 2015 THROUGH SEPTEMBER 30, 2015**

| Expense Category | Total Expenses During Period |
|---|---|
| Miscellaneous | $32.39 |
| Total | $32.39 |

**Exhibit E**

**ZOLFO COOPER, LLC**
**SRC LIQUIDATION COMPANY**
**DETAIL OF EXPENSES BY PROFESSIONAL**
**FOR THE PERIOD FROM SEPTEMBER 1, 2015 THROUGH SEPTEMBER 30, 2015**

| PROFESSIONAL | DATE | CATEGORY | DESCRIPTION | INCURRED AMOUNT | VOLUNTARY REDUCTION | FINAL AMOUNT |
|---|---|---|---|---|---|---|
| Mark Cervi | 9/1/2015 | Miscellaneous | Phone | 1.12 | | 1.12 |
| David MacGreevey | 9/7/2015 | Miscellaneous | Phone | 19.88 | - | 19.88 |
| Eugene Lavrov | 9/30/2015 | Miscellaneous | Phone | 5.14 | - | 5.14 |
| Payable Accounts | 9/26/2015 | Miscellaneous | Pacer expense allocated to Standard Register | 6.25 | - | 6.25 |
| | | | **Total Miscellaneous** | **$ 32.39** | **$ -** | **$ 32.39** |
| | | | **Total Expenses** | **$ 32.39** | **$ -** | **$ 32.39** |