## EXHIBIT A

**CUSTOMARY AND COMPARABLE
COMPENSATION DISCLOSURES**

The blended hourly rate for all Gibson Dunn domestic timekeepers (including both professionals and paraprofessionals) who billed to non-bankruptcy matters (collectively, the "Non-Bankruptcy Matters")[2] during the 12-month period beginning on October 1, 2014 and ending on September 30, 2015 (the "Comparable Period") was, in the aggregate, approximately **$716** per hour (the "Non-Bankruptcy Blended Hourly Rate").[3]

The blended hourly rate for all Gibson Dunn timekeepers (including both professionals and paraprofessionals) who billed to the Debtors during the Fee Period was approximately **$785** per hour (the "Debtor Blended Hourly Rate").[4]

A detailed comparison of these rates is as follows:[5]

| Category of Timekeeper | Blended Hourly Rate | |
| --- | --- | --- |
| | **Billed** Domestic Non-Bankruptcy Matters During Comparable Period | **Billed** This Application |
| Partners | $990 | $1,179 |
| Associates | $621 | $665 |
| Paralegals | $368 | $381 |
| **Aggregated:** | **$716** | **$785** |

---

[2]  It is the nature of Gibson Dunn's practice that certain non-bankruptcy engagements require the advice and counsel of professionals and paraprofessionals who work primarily within Gibson Dunn's Restructuring Group. Accordingly, "Non-Bankruptcy Matters" consist of matters for which Gibson Dunn domestic timekeepers represented a client in a matter other than an in-court bankruptcy proceeding.  Moreover, the Non-Bankruptcy Matters include time billed by Gibson Dunn domestic timekeepers who work primarily within Gibson Dunn's Restructuring Group.

[3]  Gibson Dunn calculated the blended rate for Non-Bankruptcy Matters by dividing the *total dollar amount* billed by Gibson Dunn domestic timekeepers to the Non-Bankruptcy Matters during the Comparable Period by the *total number of hours* billed by Gibson Dunn domestic timekeepers to the Non-Bankruptcy Matters during the Comparable Period.

[4]  Gibson Dunn calculated the blended rate for timekeepers who billed to the Debtors by dividing the *total dollar amount billed* by such timekeepers during the Fee Period by the *total number of hours billed* by such timekeepers during the Fee Period.

[5]  The billing rate for each professional at Gibson Dunn is based on a number of factors, including seniority.  It is important to note, however, that Gibson Dunn does not charge a higher hourly rate for bankruptcy professionals as compared to non-bankruptcy professionals, and each bankruptcy professional's rate is the same whether he or she is billing time to a bankruptcy matter or a non-bankruptcy matter.   Therefore, the $69 per hour differential between the average Debtor Blended Hourly Rate and the average Non-Bankruptcy Blended Hourly Rate primarily reflects the fact that the Debtor representations have required a greater percentage of time from more senior attorneys as compared to other matters, including without limitation discovery-intensive litigation, that are factored into the Non-Bankruptcy Blended Hourly Rate.

**<u>EXHIBIT B</u>**

**SUMMARY OF TIMEKEEPERS INCLUDED IN THE
FIRST INTERIM APPLICATION**

| Name | Title | Department | Date of First Admission | Fees Billed in the Application Period ($) | Hours Billed in the Application Period | Hourly Rate Billed in the Application Period ($) |
|------|-------|------------|-------------------------|-------------------------------------------|----------------------------------------|--------------------------------------------------|
| Karlan, Mitchell A. | Partner | Lit. | 1980 | 61,118.50 | 48.7 | 1,255.00 |
| Rosenthal, Michael A. | Partner | Corp. | 1985 | 472,585.00 | 402.2 | 1,175.00 |
| Trinklein, Jeffrey | Partner | Tax | 1985 | 3,172.50 | 2.7 | 1,175.00 |
| Ludwiszewski, Raymond B. | Partner | Lit. | 1984 | 5,038.00 | 4.4 | 1,145.00 |
| Lance, Andrew A. | Partner | Real Estate | 1984 | 225.00 | 0.2 | 1,125.00 |
| Nordahl, Stephen D. | Partner | Corp. | 1995 | 9,331.00 | 8.6 | 1,085.00 |
| Kruse, Scott A. | Partner | Lit. | 1972 | 5,538.00 | 5.2 | 1,065.00 |
| Adams, Aaron | Partner | Corp. | 2001 | 3,344.00 | 3.2 | 1,045.00 |
| Fabens, Andrew | Partner | Corp. | 2001 | 1,149.50 | 1.1 | 1,045.00 |
| Angel, Daniel | Associate | Corp. | 2004 | 2,052.00 | 2.4 | 855.00 |
| Ross, Stewart R. | Associate | Corp. | 2008 | 4,207.50 | 5.1 | 825.00 |
| Noblett, Amy E. | Associate | Corp. | 2011 | 19,477.50 | 24.5 | 795.00 |
| Graves, Jeremy Lee | Associate | Lit. | 2007 | 188,372.50 | 249.5 | 755.00 |
| Kolb, Kyle J. | Associate | Lit. | 2012 | 90,225.00 | 120.3 | 750.00 |
| Baris, Sam G. | Associate | Corp. | 2013 | 2,432.50 | 3.5 | 695.00 |
| Babcock, Christopher J. | Associate | Corp. | 2011 | 87,937.50 | 140.7 | 625.00 |
| Bouslog, Matthew G. | Associate | Corp. | 2011 | 211,187.50 | 337.9 | 625.00 |
| Garmyn, Brittany L. | Associate | Lit. | 2012 | 71,812.50 | 114.9 | 625.00 |
| Avunjian, Helen O. | Associate | Unassigned | 2014 | 2,162.00 | 4.7 | 460.00 |
| Magallanes, Katie M. | Associate | Unassigned | 2014 | 28,428.00 | 61.8 | 460.00 |
| Kann, Stephanie S. | Paralegal | Corp. | N/A | 1,386.00 | 3.3 | 425.00 |
| Amponsah, Duke K. | Paralegal | Corp. | N/A | 15,642.00 | 39.6 | 395.00 |
| Santamaria, Ariel | Paralegal | Lit. | N/A | 4,740.00 | 12.0 | 395.00 |
| Dieng, Cheikh | Paralegal | Lit. | N/A | 2,940.00 | 9.8 | 300.00 |
| Uslaner, Brett M. | Paralegal | Corp. | N/A | 300.00 | 1.0 | 300.00 |
| Hyde, Robert | eDiscovery Specialist | N/A | N/A | 972.00 | 2.7 | 360.00 |
| Shin, Daniel Y. | eDiscovery Analyst | N/A | N/A | 180.00 | 0.5 | 360.00 |
| Raber, Steven | Research Manager | N/A | N/A | 744.00 | 3.1 | 240.00 |
| Scott, Spencer | Research Analyst | N/A | N/A | 72.00 | 0.3 | 240.00 |
| Buckwalter, Mari Ann | Research Manager | N/A | N/A | 184.00 | 0.8 | 230.00 |
| Enright, Sheila | Research Analyst | N/A | N/A | 184.00 | 0.8 | 230.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Jones, Carla | Research Analyst | N/A | N/A | 21.00 | 0.1 | 210.00 |
| Goldnick, Zoey G. | Summer Associate | N/A | N/A | 1,267.50 | 6.5 | 195.00 |
| **Totals** | | | | **1,298,428.5** | **1622.1** | |
| **Non-Working Travel Time Reduction (50%)** | | | | (20,858.50) | | |
| **Additional Voluntary Write-Offs** | | | | (4,404.00) | | |
| **Net Fees** | | | | **$1,272,766.00** | | |

<u>**EXHIBIT C**</u>

**BUDGET AND STAFFING PLAN**

| | BUDGETED AMOUNT ($) | | |
|---|---|---|---|
| | **July** | **August** | **Application Period** |
| Total Fees | 1,000,000.00 | 400,000.00 | 1,400,000.00 |
| | | | |
| | **PROFESSIONAL RATES ($)** | | |
| **Professional** | **July** | **August** | **Application Period** |
| Becker, Barbara L. | 1,225.00 | 1,225.00 | 1,225.00 |
| Karlan, Mitchell A. | 1,255.00 | 1,255.00 | 1,255.00 |
| Rosenthal, Michael A. | 1,175.00 | 1,175.00 | 1,175.00 |
| Ludwiszewski, Raymond B. | 1,145.00 | 1,145.00 | 1,145.00 |
| Noblett, Amy E. | 795.00 | 795.00 | 795.00 |
| Graves, Jeremy Lee | 755.00 | 755.00 | 755.00 |
| Kolb, Kyle J. | 750.00 | 750.00 | 750.00 |
| Bouslog, Matthew G. | 625.00 | 625.00 | 625.00 |
| Babcock, Christopher J. | 625.00 | 625.00 | 625.00 |
| Garmyn, Brittany L. | 625.00 | 625.00 | 625.00 |
| Other Restructuring/Transactional | 750.00 | 750.00 | 750.00 |
| Other Litigation | 650.00 | 650.00 | 650.00 |
| Amponsah, Duke K. | 395.00 | 395.00 | 395.00 |
| eDiscovery Assistance | 360.00 | 360.00 | 360.00 |
| | | | |
| | **BUDGETED HOURS** | | |
| **Professional** | **July** | **August** | **Application Period** |
| Becker, Barbara L. | 10 | 0 | 10 |
| Karlan, Mitchell A. | 50 | 10 | 60 |
| Rosenthal, Michael A. | 220 | 150 | 370 |
| Ludwiszewski, Raymond B. | 20 | 0 | 20 |
| Noblett, Amy E. | 20 | 10 | 30 |
| Graves, Jeremy Lee | 220 | 100 | 320 |

| | | | |
|---|---|---|---|
| Kolb, Kyle J. | 100 | 10 | 110 |
| Bouslog, Matthew G. | 220 | 150 | 370 |
| Babcock, Christopher J. | 150 | 10 | 160 |
| Garmyn, Brittany L. | 100 | 10 | 110 |
| Other Restructuring/Transactional | 55 | 10 | 65 |
| Other Litigation | 55 | 0 | 55 |
| Amponsah, Duke K. | 25 | 15 | 40 |
| eDiscovery Assistance | 20 | 0 | 20 |
| **TOTAL** | **1265** | **475** | **1740** |
| | | | |
| **BUDGETED FEES ($)** | | | |
| **Professional** | **July** | **August** | **Application Period** |
| Becker, Barbara L. | 12,250.00 | 0.00 | 12,250.00 |
| Karlan, Mitchell A. | 62,750.00 | 12,550.00 | 75,300.00 |
| Rosenthal, Michael A. | 258,500.00 | 176,250.00 | 434,750.00 |
| Ludwiszewski, Raymond B. | 22,900.00 | 0.00 | 22,900.00 |
| Noblett, Amy E. | 15,900.00 | 7,950.00 | 23,850.00 |
| Graves, Jeremy Lee | 166,100.00 | 75,500.00 | 241,600.00 |
| Kolb, Kyle J. | 75,000.00 | 7,500.00 | 82,500.00 |
| Bouslog, Matthew G. | 137,500.00 | 93,750.00 | 231,250.00 |
| Babcock, Christopher J. | 93,750.00 | 6,250.00 | 100,000.00 |
| Garmyn, Brittany L. | 62,500.00 | 6,250.00 | 68,750.00 |
| Other Restructuring/Transactional | 41,250.00 | 8,075.00 | 49,325.00 |
| Other Litigation | 35,750.00 | 0.00 | 35,750.00 |
| Amponsah, Duke K. | 9,875.00 | 5,925.00 | 15,800.00 |
| eDiscovery Assistance | 5,975.00 | 0.00 | 5,975.00 |
| **TOTAL** | **1,000,000.00** | **400,000.00** | **1,400,000.00** |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise |
|---|---|
| Becker, Barbara L. | Elected partner at Chadbourne & Parke in 1995.  Joined firm as a partner in 2000.  Member of NY Bar since 1989. |
| Karlan, Mitchell A. | Partner since 1989. Joined firm as an associate in 1984. Member of DC Bar since 2005. Member of NY Bar since 1980. |
| Rosenthal, Michael A. | Partner since 1992.  Joined firm as an Of Counsel in 1989.  Member of IL Bar since 1980; NY Bar since 2009; TX Bar since 1985. |
| Ludwiszewski, Raymond B. | Partner since 1993.  Joined firm after serving as General Counsel of the U.S. Environmental Protect Agency. Member of D.C. Bar since 1984. |
| Noblett, Amy E. | Associate. Joined firm as an associate in 2010. Member of NY Bar since 2011. |
| Graves, Jeremy Lee | Associate.  Joined firm as an associate in 2008.  Member of CO Bar since 2012; TX Bar since 2007[6]. |
| Kolb, Kyle J. | Associate.  Joined firm as an associate in 2011.  Member of NY Bar since 2012. |
| Bouslog, Matthew G. | Associate.  Joined firm as an associate in 2012.  Member of CA Bar since 2011. |
| Babcock, Christopher J. | Associate.  Joined firm as an associate in 2011.  Member of TX Bar since 2011. |
| Garmyn, Brittany L. | Associate.  Joined firm as an associate in 2011.  Member of NY Bar since 2012. |
| Amponsah, Duke K. | Paralegal |

---

[6]     Not actively licensed to practice in Texas.

**<u>EXHIBIT D</u>**

**SUMMARY OF COMPENSATION AND EXPENSE REIMBURSEMENT**

| SUMMARY OF COMPENSATION BY PROJECT CATEGORY | | |
|---|---|---|
| **Project Category** | **Hours Billed** | **Fees Sought($)** |
| Asset Disposition | 622.20 | 541,161.00 |
| Assumption and Rejection of Leases and Contracts | 56.40 | 36,186.00 |
| Avoidance Action Analysis | 1.70 | 1,722.50 |
| Budgeting | 0.50 | 312.50 |
| Business Operations | 6.10 | 6,201.50 |
| Case Administration | 21.90 | 14,025.50 |
| Claims Administration and Objections | 37.80 | 27,435.50 |
| Communications and Meetings with Creditors | 16.90 | 15,072.50 |
| Corporate Governance, Board Matters, and Securities Law | 45.50 | 37,686.50 |
| Employee Benefits and Pensions | 76.00 | 69,104.00 |
| Employment and Fee Applications - Gibson | 42.90 | 19,686.50 |
| Employment and Fee Applications - Others | 10.20 | 7,527.00 |
| Financing, Cash Collateral, and Cash Management | 7.20 | 6,414.00 |
| Hearings | 3.10 | 3,005.50 |
| Insurance | 11.00 | 7,095.00 |
| Litigation | 400.80 | 282,093.50 |
| Non-Working Travel | 55.50 | 41,717.00 |
| Plan and Disclosure Statement | 126.60 | 117,828.00 |
| Plan Exclusivity | 0.80 | 500.00 |
| Relief from Stay and Adequate Protection | 0.80 | 500.00 |
| Reporting | 0.10 | 62.50 |
| Secured Creditor/Collateral | 53.00 | 44,260.50 |
| Tax | 15.70 | 10,702.50 |
| Utilities | 0.60 | 537.00 |
| Vendors and Suppliers | 0.70 | 437.50 |
| Taylor Sale Reimbursable Work | 8.10 | 7,154.50 |
| **Total** | **1622.1** | **1,298,428.5** |
| Non-Working Travel Time Reduction (50%) | | (20,858.50) |
| Additional Voluntary Write-Offs | | (4,804) |
| **Net Fees** | | **$1,272,766.00** |

| SUMMARY OF EXPENSE REIMBURSEMENT BY CATEGORY ($) | |
|---|---|
| **Category** | **Amount** |
| Data Line Charge | 49.93 |
| Document Search And Retrieval | 4,828.46 |
| In House Duplication | 1,297.00 |
| Lodging | 9,091.72 |
| Meals | 11,079.50 |
| Messenger And Courier Expense | 1058.52 |

| | |
|---|---|
| On-Line Research (Lexis) | 2,017.20 |
| On-Line Research (Westlaw) | 11,186.97 |
| On-Line Research Nexis – Main | 400.00 |
| Outside Duplication And Binding | 82.51 |
| Outside Process Server | 578.32 |
| Outside Services/Consultants | 133.40 |
| Secretary Support | 40.00 |
| Specialized Researching/Filing Fees | 287.68 |
| Telephone Charges | 1422.92 |
| Transcript/Digesting | 2,178.95 |
| Travel | 16,532.81 |
| **Totals** | **62,265.89** |

**<u>EXHIBIT E</u>**

**FIRST INTERIM APPLICATION SUMMARY**

| SUMMARY OF FIRST INTERIM APPLICATION | |
|---|---|
| Name of Applicant | Gibson, Dunn & Crutcher LLP |
| Name of Client | Debtors |
| Time period covered by Second Interim Application | July 1, 2015 through August 31, 2015 |
| Total compensation sought during the Application Period | $1,272,766.00 |
| Total expenses sought during the Application Period | $62,265.89 |
| Petition Date | March 12, 2015 |
| Retention Date | March 12, 2015 |
| Date of order approving employment | April 13, 2015 |
| Total compensation approved by interim order to date | $2,968,075.60 |
| Total expenses approved by interim order to date | $73,780.40 |
| Total allowed compensation paid to date | $4,717,935.50 |
| Total allowed expenses paid to date | $136,046.29 |
| Blended rate in the Second Interim Application for all attorneys | $823.69 |
| Blended rate in the Second Interim Application for all timekeepers | $784.64 |
| Compensation sought in the Second Interim Application already paid pursuant to a monthly compensation order but not yet allowed | $1,022,056.00 |
| Expenses sought in the Second Interim Application already paid pursuant to a monthly compensation order but not yet allowed | $62,265.89 |
| Number of professionals included in the Second Interim Application | 33 |
| If applicable, number of professionals in the Second Interim Application not included in staffing plan approved by client | 23 |
| If applicable, difference between fees budgeted and compensation sought during the Application Period | Amt. Budgeted:  $1,400,000.00 Amt. Sought:  $1,272,766.00 |
| Number of professionals billing fewer than 15 hours to the case during the Application Period | 23 |
| Are any rates higher than those approved or disclosed at retention? | No |