# EXHIBIT A

**CUSTOMARY AND COMPARABLE
COMPENSATION DISCLOSURES**

Young Conaway's hourly rates for bankruptcy services are comparable to the hourly rates charged in complex chapter 11 cases by comparably skilled bankruptcy attorneys. In addition, Young Conaway's hourly rates for bankruptcy services are comparable to the rates charged by the Firm, and by comparably skilled practitioners in other firms, for complex corporate and litigation matters, whether in court or otherwise, regardless of whether a fee application is required. By way of example, Young Conaway's blended hourly rates for attorneys and paraprofessionals in the Corporate Counseling and Litigation, Business Planning and Transactions, and Intellectual Property Litigation sections of the Firm for the prior calendar year were as set forth below. Young Conaway believes that the services performed by those three sections of the Firm are comparable to the services performed in the Bankruptcy and Corporate Restructuring section. Also included below is 2014 blended hourly rate information for all sections of the Firm, excluding the Bankruptcy and Corporate Restructuring section and the Personal Injury and Workers' Compensation section.

| Category of Timekeeper | Blended Hourly Rate | | |
|---|---|---|---|
| | Billed In comparable practice areas for preceding calendar year[2] | Billed Firm-wide for preceding calendar year[3] | Billed This Application |
| Partner | 724.71 | 567.60 | 582.32 |
| Counsel | 474.81 | 366.12 | N/A |
| Associate | 342.43 | 334.35 | 395.37 |
| Paralegal | 167.42 | 147.50 | 189.49 |
| **Aggregated:** | 489.62 | 405.84 | 402.09 |

---

[2] This column reflects the blended 2014 rates charge by the firm for complex corporate and litigation matters in the following sections of the firm: Corporate Counseling and Litigation, Business Planning and Transactions and Intellectual Property Litigation.

[3] This column excludes blended hourly rates for the Bankruptcy and Corporate Restructuring section and the Personal Injury and Workers' Compensation section.

01:17774814.1

# **EXHIBIT B**

# **SUMMARY OF TIMEKEEPERS INCLUDED IN THE SECOND INTERIM APPLICATION**

| Name | Title | Department | Date of First Admission | Fees Billed in the Application Period ($) | Hours Billed in the Application Period | Hourly Rate Billed in the Application Period ($) |
|---|---|---|---|---:|---:|---:|
| Michael R. Nestor | Partner | Bankruptcy | 1995 | 25,520.00 | 35.2 | 725.00 |
| Kara Hammond Coyle | Partner | Bankruptcy | 2003 | 25,026.00 | 51.6 | 485.00 |
| Michael S. Neiburg | Associate | Bankruptcy | 2009 | 8,010.00 | 18.0 | 445.00 |
| Andrew Magaziner | Associate | Bankruptcy | 2009 | 81,440.00 | 203.6 | 400.00 |
| Elizabeth S. Justison | Associate | Bankruptcy | 2013 | 6,665.00 | 21.5 | 310.00 |
| Troy M. Bollman | Paralegal | Bankruptcy | N/A | 11,894.00 | 62.6 | 190.00 |
| Chad A. Corazza | Paralegal | Bankruptcy | N/A | 594.00 | 3.3 | 180.00 |
| **Totals** | | | | **159,149.00** | **395.8** | |

## **EXHIBIT C**

## **BUDGET AND STAFFING PLAN**

01:17774814.1

|  | BUDGETED AMOUNT ($) | | BUDGETED AMOUNT ($) |
| --- | --- | --- | --- |
|  | **July** | **August** | **Application Period** |
| Total Fees | 100,000.00 | 100,000.00 | 200,000.00 |
|  | PROFESSIONAL RATES | | PROFESSIONAL RATES |
| **Professional** | **July** | **August** | **Application Period** |
| Michael R. Nestor | 725.00 | 725.00 | 725.00 |
| Kara Hammond Coyle | 485.00 | 485.00 | 485.00 |
| Michael S. Neiburg | 445.00 | 445.00 | 445.00 |
| Andrew Magaziner | 400.00 | 400.00 | 400.00 |
| Elizabeth S. Justison | 310.00 | 310.00 | 310.00 |
| Troy M. Bollman | 190.00 | 190.00 | 190.00 |
| Chad A. Corazza | 180.00 | 180.00 | 180.00 |
|  | BUDGETED HOURS | | BUDGETED HOURS |
| **Professional** | **July** | **August** | **Application Period** |
| Michael R. Nestor | 22.7 | 12.5 | 35.2 |
| Kara Hammond Coyle | 36.3 | 15.3 | 51.6 |
| Michael S. Neiburg | 18.0 | 0.0 | 18.0 |
| Andrew Magaziner | 131.3 | 72.3 | 203.6 |
| Elizabeth S. Justison | 16.3 | 5.2 | 21.5 |
| Troy M. Bollman | 33.1 | 29.5 | 62.6 |
| Chad A. Corazza | 3.3 | 0.0 | 3.3 |
| **TOTAL** | **261.0** | **134.8** | **395.8** |
|  | BUDGETED FEES ($) | | BUDGETED FEES ($) |
| **Professional** | **July** | **August** | **Application Period** |
| Michael R. Nestor | 16,457.50 | 9,062.50 | 25,520.00 |
| Kara Hammond Coyle | 17,605.50 | 7,420.50 | 25,026.00 |
| Michael S. Neiburg | 8,010.00 | 0.00 | 8,010.00 |
| Andrew Magaziner | 52,520.00 | 28,920.00 | 81,440.00 |
| Elizabeth S. Justison | 5,053.00 | 1,612.00 | 6,665.00 |
| Troy M. Bollman | 6,289.00 | 5,605.00 | 11,894.00 |
| Chad A. Corazza | 594.00 | 0.00 | 594.00 |
| **TOTAL** | **106,529.00** | **52,620.00** | **159,149.00** |

01:17774814.1

| PROFESSIONAL | POSITION OF PROFESSIONAL; NUMBER OF YEARS IN THAT POSITION; YEAR OBTAINING LICENSE TO PRACTICE, IF APPLICABLE |
|---|---|
| Michael R. Nestor | Partner since 2003.  Joined firm as an associate in 1998.  Member of PA and NJ Bars since 1995.  Member of DE Bar since 1996. |
| Kara Hammond Coyle | Partner since 2014.  Joined firm as an associate in 2003.  Member of DE Bar since 2003. |
| Michael S. Neiburg | Joined firm as an associate in 2008.  Member of the DE Bar since 2009. |
| Andrew Magaziner | Joined firm as an associate in 2009.  Member of DE Bar since 2009. |
| Elizabeth S. Justison | Joined firm as an associate in 2013.  Member of DE Bar since 2013. |
| Troy M. Bollman | Paralegal |
| Chad A. Corazza | Paralegal |

01:17774814.1

# **EXHIBIT D**

## **SUMMARY OF COMPENSATION AND EXPENSE REIMBURSEMENT**

| SUMMARY OF COMPENSATION BY PROJECT CATEGORY | | |
|---|---|---|
| **Project Category** | **Hours Billed** | **Fees Sought($)** |
| Case Administration | 15.60 | 5,895.00 |
| Court Hearings | 23.70 | 6,747.00 |
| Schedules & Statements, U.S. Trustee Reports | 8.90 | 3,357.00 |
| Lease/Executory Contract Issues | 9.80 | 3,790.50 |
| Use, Sale or Lease of Property | 84.60 | 37,111.50 |
| Claims Analysis, Objections & Resolutions | 20.90 | 7,800.50 |
| Meetings | 1.70 | 1,136.50 |
| Stay Relief Matters | 1.50 | 600.00 |
| Other Adversary Matters | 126.20 | 55,204.50 |
| Plan and Disclosure Statement | 24.10 | 9,885.00 |
| Creditor Inquiries | 0.10 | 48.50 |
| General Corporate Matters | 0.70 | 293.50 |
| Employee Matters | 8.20 | 3,768.00 |
| Retention of Professionals/Fee Issues | 53.30 | 16,150.50 |
| Fee Application Preparation | 10.90 | 5,310.00 |
| Travel | 3.10 | 1,240.00 |
| Utility Services | 2.50 | 811.00 |
| **Totals** | **395.80** | **159,149.00** |

01:17774814.1

| SUMMARY OF EXPENSE REIMBURSEMENT BY CATEGORY | |
|---|---|
| **Category** | **Amount ($)** |
| Reproduction Charges | 1,449.30 |
| Federal Express | 488.11 |
| Filing Fees | 375.00 |
| Air/Rail Travel | 526.19 |
| Deposition/Transcript | 1,728.70 |
| Delivery/Courier | 996.17 |
| Hotel/Lodging | 735.20 |
| Car/Bus/Subway Travel | 609.50 |
| Working Meals | 973.21 |
| Certified Court Documents | 357.90 |
| Travel Meals | 81.90 |
| Teleconference/ Video Conference. | 65.26 |
| Postage | 16.80 |
| Staff Overtime | 220.14 |
| Computerized Legal Research | 141.58 |
| Docket Retrieval/Search | 104.70 |
| **Totals** | **8,869.66** |

## **EXHIBIT E**

## **SECOND INTERIM APPLICATION SUMMARY**

| SUMMARY OF FIRST INTERIM APPLICATION | |
|---|---|
| Name of Applicant | Young Conaway Stargatt & Taylor, LLP |
| Name of Client | Debtors |
| Time period covered by Second Interim Application | July 1, 2015 through August 31, 2015 |
| Total compensation sought during the Application Period | $159,149.00 |
| Total expenses sought during the Application Period | $8,869.66 |
| Petition Date | March 12, 2015 |
| Retention Date | March 12, 2015 |
| Date of order approving employment | April 13, 2015 |
| Total compensation approved by interim order to date | $735,229.00 |
| Total expenses approved by interim order to date | $25,811.19 |
| Total allowed compensation paid to date | $820,452.20 |
| Total allowed expenses paid to date | $33,367.02 |
| Blended rate in the Second Interim Application for all attorneys | $444.56 |
| Blended rate in the Second Interim Application for all timekeepers | $402.09 |
| Compensation sought in the Second Interim Application already paid pursuant to a monthly compensation order but not yet allowed | $85,223.20 |
| Expenses sought in the Second Interim Application already paid pursuant to a monthly compensation order but not yet allowed | $7,555.83 |
| Number of professionals included in the Second Interim Application | 7 |
| If applicable, number of professionals in the Second Interim Application not included in staffing plan approved by client | N/A |
| If applicable, difference between fees budgeted and compensation sought during the Application Period | Amt. Budgeted: $200,000.00<br>Amt. Sought: $159,149.00 |
| Number of professionals billing fewer than 15 hours to the case during the Application Period | 1 |
| Are any rates higher than those approved or disclosed at retention? | No |

01:17774814.1