# **EXHIBIT 1**

*In re SRC Liquidation Company, et al.*, Case No. 15-10541 (BLS)
**Polsinelli PC Budget – June 1, 2015 – June 30, 2015**

| Project Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---|---|
| B100 | Administration | - | - |
| B110 | Case Administration | 10 | $4,220 |
| B120 | Asset Analysis & Recovery | - | - |
| B130 | Asset Disposition | 5 | $2,110 |
| B140 | Relief from Stay / Adequate Protection Proceedings | 5 | $2,110 |
| B150 | Meetings of & Communications with Creditors or Committee | 5 | $2,110 |
| B160 | Employment / Fee Applications | 20 | $8,440 |
| B170 | Employment / Fee Application Objections | - | - |
| B180 | Avoidance Action Analysis | 15 | $6,330 |
| B185 | Assumption / Rejection of Leases & Contracts | 5 | $2,110 |
| B190 | Other Contested Matters | - | - |
| B195 | Non-Working Travel | - | - |
| B200 | Operations | - | - |
| B210 | Business Operations | 5 | $2,110 |
| B220 | Employee Benefits / Pensions | - | - |
| B230 | Financing & Cash Collateral | 5 | $2,110 |
| B240 | Tax Issues | - | - |
| B250 | Real Estate | - | - |
| B260 | Corporate Governance & Board Matters | - | - |
| B300 | Claims & Plan | - | - |
| B310 | Claims Administration & Objections | 5 | $2,110 |
| B320 | Plan & Disclosure Statement | 5 | $2,110 |
| B400 | Bankruptcy-Related Advice | 30 | $12,660 |
| B410 | General Bankruptcy Advice / Opinions | - | - |
| B420 | Restructurings | - | - |
| **Total:** | | **115** | **$48,530** |

*In re SRC Liquidation Company, et al.*, Case No. 15-10541 (BLS)
Polsinelli PC Staffing Plan – June 1, 2015 – June 30, 2015

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budget Period | Average Hourly Rate[1] |
|---|---|---|
| Shareholder | 2 | $558.00 |
| Associate | 2 | $378.00 |
| Paralegal | 1 | $238.50 |

---

[1] All Polsinelli professionals will invoice at a 10% discount from their standard hourly rates.

51461378.1

*In re SRC Liquidation Company, et al.,* Case No. 15-10541 (BLS)
**Polsinelli PC Budget – July 1, 2015 – July 31, 2015**

| Project Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---|---|
| B100 | Administration | - | - |
| B110 | Case Administration | 5 | $2,110 |
| B120 | Asset Analysis & Recovery | - | - |
| B130 | Asset Disposition | 5 | $2,110 |
| B140 | Relief from Stay / Adequate Protection Proceedings | - | - |
| B150 | Meetings of & Communications with Creditors or Committee | 5 | $2,110 |
| B160 | Employment / Fee Applications | 20 | $8,440 |
| B170 | Employment / Fee Application Objections | - | - |
| B180 | Avoidance Action Analysis | - | - |
| B185 | Assumption / Rejection of Leases & Contracts | 5 | $2,110 |
| B190 | Other Contested Matters | - | - |
| B195 | Non-Working Travel | - | - |
| B200 | Operations | - | - |
| B210 | Business Operations | 5 | $2,110 |
| B220 | Employee Benefits / Pensions | - | - |
| B230 | Financing & Cash Collateral | - | - |
| B240 | Tax Issues | - | - |
| B250 | Real Estate | - | - |
| B260 | Corporate Governance & Board Matters | - | - |
| B300 | Claims & Plan | 5 | $2,110 |
| B310 | Claims Administration & Objections | 5 | $2,110 |
| B320 | Plan & Disclosure Statement | 20 | $8,440 |
| B400 | Bankruptcy-Related Advice | - | - |
| B410 | General Bankruptcy Advice / Opinions | - | - |
| B420 | Restructurings | - | - |
| **Total:** | | 75 | $31,650 |

51461564.1

*In re SRC Liquidation Company, et al.*, Case No. 15-10541 (BLS)
**Polsinelli PC Staffing Plan – July 1, 2015 – July 31, 2015**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budget Period | Average Hourly Rate[1] |
|---|---|---|
| Shareholder | 2 | $558.00 |
| Associate | 2 | $378.00 |
| Paralegal | 1 | $238.50 |

---

[1] All Polsinelli professionals will invoice at a 10% discount from their standard hourly rates.

51461564.1

2

*In re SRC Liquidation Company, et al.*, Case No. 15-10541 (BLS)
**Polsinelli PC Budget – August 1, 2015 – August 31, 2015**

| Project Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---|---|
| B100 | Administration | - | - |
| B110 | Case Administration | 5 | $2,110 |
| B120 | Asset Analysis & Recovery | - | - |
| B130 | Asset Disposition | 5 | $2,110 |
| B140 | Relief from Stay / Adequate Protection Proceedings | - | - |
| B150 | Meetings of & Communications with Creditors or Committee | 5 | $2,110 |
| B160 | Employment / Fee Applications | 20 | $8,440 |
| B170 | Employment / Fee Application Objections | - | - |
| B180 | Avoidance Action Analysis | - | - |
| B185 | Assumption / Rejection of Leases & Contracts | 5 | $2,110 |
| B190 | Other Contested Matters | - | - |
| B195 | Non-Working Travel | - | - |
| B200 | Operations | - | - |
| B210 | Business Operations | 5 | $2,110 |
| B220 | Employee Benefits / Pensions | - | - |
| B230 | Financing & Cash Collateral | - | - |
| B240 | Tax Issues | - | - |
| B250 | Real Estate | - | - |
| B260 | Corporate Governance & Board Matters | - | - |
| B300 | Claims & Plan | - | - |
| B310 | Claims Administration & Objections | 5 | $2,110 |
| B320 | Plan & Disclosure Statement | 5 | $2,110 |
| B400 | Bankruptcy-Related Advice | 20 | $8,440 |
| B410 | General Bankruptcy Advice / Opinions | - | - |
| B420 | Restructurings | - | - |
| **Total:** | | **75** | **$31,650** |

51461626.1

*In re SRC Liquidation Company, et al.*, Case No. 15-10541 (BLS)
**Polsinelli PC Staffing Plan – August 1, 2015 – August 31, 2015**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budget Period | Average Hourly Rate[1] |
|---|---|---|
| Shareholder | 2 | $558.00 |
| Associate | 2 | $378.00 |
| Paralegal | 1 | $238.50 |

---

[1] All Polsinelli professionals will invoice at a 10% discount from their standard hourly rates.

2

51461626.1

*In re SRC Liquidation Company, et al.*, Case No. 15-10541 (BLS)
**Polsinelli PC Budget – September 1, 2015 – September 30, 2015**

| Project Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---|---|
| B100 | Administration | - | - |
| B110 | Case Administration | 5 | $2,110 |
| B120 | Asset Analysis & Recovery | - | - |
| B130 | Asset Disposition | 5 | $2,110 |
| B140 | Relief from Stay / Adequate Protection Proceedings | - | - |
| B150 | Meetings of & Communications with Creditors or Committee | 5 | $2,110 |
| B160 | Employment / Fee Applications | 20 | $8,440 |
| B170 | Employment / Fee Application Objections | - | - |
| B180 | Avoidance Action Analysis | - | - |
| B185 | Assumption / Rejection of Leases & Contracts | 5 | $2,110 |
| B190 | Other Contested Matters | - | - |
| B195 | Non-Working Travel | - | - |
| B200 | Operations | - | - |
| B210 | Business Operations | 5 | $2,110 |
| B220 | Employee Benefits / Pensions | - | - |
| B230 | Financing & Cash Collateral | - | - |
| B240 | Tax Issues | - | - |
| B250 | Real Estate | - | - |
| B260 | Corporate Governance & Board Matters | - | - |
| B300 | Claims & Plan | - | - |
| B310 | Claims Administration & Objections | 5 | $2,110 |
| B320 | Plan & Disclosure Statement | 5 | $2,110 |
| B400 | Bankruptcy-Related Advice | 20 | $8,440 |
| B410 | General Bankruptcy Advice / Opinions | - | - |
| B420 | Restructurings | - | - |
| **Total:** | | **75** | **$31,650** |

51499438.1

*In re SRC Liquidation Company, et al.*, Case No. 15-10541 (BLS)
**Polsinelli PC Staffing Plan – September 1, 2015 – September 30, 2015**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budget Period | Average Hourly Rate[1] |
|---|---|---|
| Shareholder | 2 | $558.00 |
| Associate | 2 | $378.00 |
| Paralegal | 1 | $238.50 |

---

[1] All Polsinelli professionals will invoice at a 10% discount from their standard hourly rates.

51499438.1

2

# **EXHIBIT 2**

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS

( See Guidelines C.3. for definitions of terms used in this Exhibit.)

| Category of Timekeeper (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|
| | BILLED OR COLLECTED Firm or offices for preceding year, excluding bankruptcy | BILLED In this fee application |
| Shareholder | $ 399.19 | $ 588.73 |
| Associate | $ 266.52 | $ 379.97 |
| Paralegal | $ 148.03 | $ 239.63 |
| All timekeepers averaged | $ 271.24 | $ 402.78 |

# **<u>EXHIBIT 3</u>**

**SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION**

| Name | Title | Section | Date of First Admission | Fees Billed | Hours Billed | Hourly Rate Billed in This Application | Hourly Rate Billed in First Interim Application | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|---|
| Katona, Shanti M. | Shareholder | FR Bankruptcy and Restructuring | 05/01/2007 | $ 75.60 | 0.20 | 445 | 445 | 0 |
| Ward, Chris A. | Shareholder | FR Bankruptcy and Restructuring | 12/15/1999 | $ 36,013.50 | 61.10 | 675 | 675 | 0 |
| Edelson, Justin K. | Associate | FR Bankruptcy and Restructuring | 05/01/2007 | $ 49,758.30 | 130.60 | 445 | 445 | 0 |
| Vine, Jarrett K. | Associate | FR Bankruptcy and Restructuring | 01/01/2009 | $ 777.60 | 2.40 | 400 | 400 | 0 |
| Suprum, Lindsey M. | Paralegal | FR Bankruptcy and Restructuring | | $ 14,329.80 | 59.80 | 275 | 275 | 0 |
| | | | | $ 100,954.80 | 254.10 | 397 | | |

# **EXHIBIT 4**

Case 15-10541-BLS   Doc 1177-2   Filed 10/15/15   Page 14 of 17

**SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY**

(See Guidelines C.8. for project category information.)

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Administration | | | 0.10 | $ 23.85 |
| Asset Disposition | | | 15.60 | $ 6,931.80 |
| Assumption/Rejection of Leases & Contracts | | | 3.90 | $ 1,986.30 |
| Avoidance Action Analysis | | | 13.20 | $ 5,693.40 |
| Bankruptcy-Related Advice | | | 48.70 | $ 18,183.15 |
| Business Operations | | | 4.40 | $ 2,308.95 |
| Case Administration | | | 24.80 | $ 7,568.10 |
| Claims Administration & Objections | | | 5.20 | $ 2,866.05 |
| Employee Benefits/Pensions | | | 0.50 | $ 195.75 |
| Employment/Fee Application Objections | | | 3.00 | $ 1,512.45 |
| Employment/Fee Applications | | | 93.30 | $ 35,479.80 |
| Financing & Cash Collateral | | | 1.00 | $ 587.25 |
| Litigation Contested Matters(excl assump/rejection motions) | | | 22.20 | $ 8,990.10 |
| Meetings of & Communications with Creditors or the Commi | | | 12.60 | $ 5,810.85 |
| Plan & Disclosure Statement (including business plan) | | | 5.30 | $ 2,696.85 |
| Relief from Stay/Adequate Protection Proceedings | | | 0.30 | $ 120.15 |
| | | | 254.10 | $ 100,954.80 |

# **EXHIBIT 5**

**SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY**

(See Guidelines C.8. for project category information.)

| Category | Amount |
| --- | --- |
| Client Advance | $ 1,166.10 |
| Document Reproduction | $ 433.70 |
| Document Reproduction | $ 16.44 |
| Deliveries | $ 16,959.27 |
| Filing Fees | $ 350.00 |
| On-Line Searches | $ 61.40 |
| Meals | $ 361.99 |
| Miscellaneous | $ 4,012.24 |
| Transcript of Proceedings | $ 435.50 |
|  | **$ 23,796.64** |