IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: Nov. 19, 2015 at 9:30 a.m. EST**<br>**Objection Deadline: Nov. 4, 2015 at 4:00 p.m. EST** |

**SECOND INTERIM APPLICATION OF JEFFERIES LLC
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS INVESTMENT BANKER
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM JUNE 1, 2015 THROUGH JULY 31, 2015**

| | |
|---|---|
| Name of Applicant: | Jefferies LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | March 24, 2015 |
| Period for Which Interim Compensation And Reimbursement are Requested: | June 1, 2015 through July 31, 2015 |
| Amount of Compensation Requested for Second Interim Compensation Period: | $200,000.00[2] |
| Amount of Reimbursement Requested for Second Interim Compensation Period: | $69,521.05 |

This is a(n): ___ monthly ___X___ interim _____ final application

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] Under the Amended Retention Order, Jefferies is entitled to a Transaction Fee upon consummation of a Chapter 11 plan for the Debtors. Jefferies will seek payment of such Transaction Fee in its final fee application.

**SECOND INTERIM FEE APPLICATION OF**
**JEFFERIES LLC AS INVESTMENT BANKER TO THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**JUNE 1, 2015 THROUGH JULY 31, 2015**

### PRIOR FEE APPLICATIONS

| FEE PERIOD | REQUESTED | | PAID | | OUTSTANDING | |
|---|---|---|---|---|---|---|
| | **FEES** | **EXPENSES** | **FEES** | **EXPENSES** | **FEES** | **EXPENSES** |
| First Interim Application 3/24/15 – 5/31/15 | $225,806.45 | $20,926.70 | $225,806.45 | $20,926.70 | $0.00 | $0.00 |
| 2nd Monthly Fee Statement 6/1/15 – 6/30/15 | $100,000.00 | $39,666.56 | $80,000.00 | $39,666.56 | $20,000.00 | $0.00 |
| 3rd Monthly Fee Statement 7/1/15 – 7/31/15 | $100,000.00 | $29,854.49 | $80,000.00 | $29,854.49 | $20,000.00 | $0.00 |
| **TOTAL** | **$425,806.45** | **$90,447.75** | **$385,806.45** | **$90,447.75** | **$40,000.00** | **$0.00** |

### HOURS INCURRED BY JEFFERIES PROFESSIONALS

| Name | Position | Hours |
|---|---|---|
| Leon Szlezinger | Co Global Head, Managing Director | 86.0 |
| Richard Klein | Managing Director | 78.5 |
| Seth Herman | Vice President | 105.5 |
| Tushar Pande | Associate | 136.0 |
| CJ Wei | Analyst | 143.5 |
| **TOTAL** | | **549.50** |

2

**SECOND INTERIM FEE APPLICATION OF
JEFFERIES LLC AS INVESTMENT BANKER TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS
JUNE 1, 2015 THROUGH JULY 31, 2015**

**EXPENSES INCURRED BY JEFFERIES PROFESSIONALS**

| Expenses | Amount |
|---|---|
| Legal | $  67,520.05 |
| Meals | 1,360.10 |
| Transportation – Ground | 640.90 |
| **TOTAL** | **$  69,521.05** |

3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: Nov. 19, 2015 at 9:30 a.m. EST**<br>**Objection Deadline: Nov. 4, 2015 at 4:00 p.m. EST** |

**SECOND INTERIM APPLICATION OF JEFFERIES LLC**
**FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED**
**AND REIMBURSEMENT OF EXPENSES AS INVESTMENT BANKER**
**TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD FROM JUNE 1, 2015 THROUGH JULY 31, 2015**

Jefferies LLC ("Jefferies"), investment banker to the Official Committee of Unsecured

Creditors (the "Committee") appointed in the above-captioned chapter 11 cases of SRC

Liquidation Company, *et al.* (collectively, the "Debtors"), submits this second interim fee

application (this "Application") for the period from June 1, 2015 through July 31, 2015 (the

"Compensation Period"). By this Application, Jefferies seeks entry of an order allowing (i)

compensation in the amount of $200,000.00, representing 100% of Jefferies' total monthly fees

for professional services rendered as investment banker to the Committee during the

Compensation Period and (ii) reimbursement of actual and necessary expenses in the amount of

$69,521.05, representing 100% of Jefferies' total expenses incurred on behalf of the Committee

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

during the Compensation Period.  In support of this Application, Jefferies respectfully states as follows.

## JURISDICTION AND VENUE

1.      The United States Bankruptcy Court for the District of Delaware (this "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012.  This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

2.      On March 12, 2015 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under the Bankruptcy Code, thereby commencing the above-captioned chapter 11 cases.

3.      On March 24, 2015, the Office of the United States Trustee appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 99].  On the same date, the Committee selected Jefferies to serve as its investment banker, subject to Court approval.

4.      On April 20, 2015, the Committee filed an application to employ and retain Jefferies as its investment banker in accordance with the terms and conditions set forth in that certain engagement letter (the "Engagement Letter")[2] dated March 24, 2015 between Jefferies and the Committee [Docket No. 318] (the "Retention Application").  A copy of the Engagement Letter was attached to the Retention Application as Exhibit B.

---

[2]  Defined terms used but not defined herein shall have the meanings ascribed to such terms in the Engagement Letter.

5.     On August 24, 2015, the Court entered the *Amended Order (I) Authorizing the Official Committee of Unsecured Creditors to Retain and Employ Jefferies LLC as Its Investment Banker,* Nunc Pro Tunc *to March 24, 2015 and (II) Waiving Certain Requirements of Local Rule 2016-2* [Docket No. 969] (the "Amended Retention Order").  The Amended Retention Order replaced the prior order entered by the Court approving the Retention Application [Docket No. 650] in its entirety.  The Amended Retention Order approved the Engagement Letter, including the Fee and Expense Structure, pursuant to section 328(a) of the Bankruptcy Code.

6.     On April 13, 2015, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* (the "Interim Compensation Order") [Docket No. 260], which generally sets forth the procedures for interim compensation and expense reimbursement for all retained professionals.  The Interim Compensation Procedures Order provides, among other things, that a professional may, on or after the 15th day of each calendar month, submit an application for interim allowance of compensation for the preceding month. If no objections are made within twenty (20) days after service of a professional's monthly fee application, the Debtors are authorized to pay the applicant eighty percent (80%) of the requested fees and one hundred percent (100%) of the requested expenses. In addition, beginning with the period ending May 31, 2015, at three-month intervals, each of the professionals shall file and serve an interim application for allowance of the amounts sought in its monthly fee applications for the preceding period. All fees and expenses are paid on an interim basis until final allowance by the Court.

7.     On June 19, 2015, the Court entered the *Order (I) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and*

*Unexpired Leases; and (III) Granting Certain Related Relief* [Docket No. 698] (the "Sale

Order"). The Sale Order approved the sale of substantially all of the Debtors' assets to Taylor

Corporation (the "Purchaser") pursuant to that certain asset purchase agreement entered into by

and between the Debtors and the Purchaser dated as of June 19, 2015.

       8.      The sale to the Purchaser closed on July 31, 2015 [Docket No. 889] (the "Closing

Date"). Jefferies' engagement by the Committee terminated on the Closing Date [Docket No.

696].

## RELIEF REQUESTED

       9.      By this Application, Jefferies seeks entry of an order allowing (i) compensation in

the amount of $200,000.00, representing 100% of Jefferies' total monthly fees for professional

services rendered as investment banker to the Committee during the Compensation Period and

(ii) reimbursement of actual and necessary expenses in the amount of $69,521.05, representing

100% of Jefferies' total expenses incurred on behalf of the Committee during the Compensation

Period.

      10.     As set forth in the Retention Application, the Engagement Letter approved by the

Court provides for the payment of several different fees to Jefferies, including a monthly fee of

$100,000.00 and certain transaction fees.[3] The monthly fees sought in this Application

correspond to June 2015 and July 2015. Jefferies' fees and expenses for the Compensation

Period were set forth in monthly fee statements [Docket Nos. 902, 955] filed and served in

accordance with the Interim Compensation Order. No parties objected to the applicable monthly

fee statements, and certificates of no objection were filed on August 25, 2015 [Docket Nos. 972]

and September 9, 2015 [Docket No. 1029].

---

[3] Under the Amended Retention Order, Jefferies is entitled to a Transaction Fee upon consummation of a Chapter 11 plan for the Debtors. Jefferies will seek payment of such Transaction Fee in its final fee application.

11.     All services for which compensation is requested by Jefferies were performed during the Compensation Period on behalf of the Committee.  During the Compensation Period, Jefferies performed significant services on behalf of the Committee, including but not limited to:

- reviewing and analyzing the Debtors' business, financial condition and prospects;

- advising the Committee on the current state of the restructuring market;

- reviewing the DIP and providing input on the Committee's objection;

- reviewing the business plan prepared by the Debtors and meeting with management to review the business plan;

- having direct dialogue with potential buyers and/or their advisors regarding potential ways to get value to unsecured creditors;

- regularly updating the Committee on the sale process;

- attending and participating in hearings before the Bankruptcy Court;

- attending the auction and working with potential buyers to generate a recovery for unsecured creditors;

- negotiating a settlement plan on the Committee's behalf; and

- rendering such other financial advisor services as may from time to time be agreed upon by the Committee and Jefferies.

12.     Although Jefferies, in line with market convention, does not bill by the hour, Jefferies has kept track of its post-petition time in one-half hour increments in accordance with the Retention Order.   During the Compensation Period, Jefferies professionals spent approximately 549.50 hours providing investment banking services to the Committee.  Such time records are attached hereto as Exhibit A.

13.     The fees charged by Jefferies have been billed in accordance with the Engagement Letter and the Amended Retention Order and are comparable to those fees charged

by Jefferies for professional services rendered in connection with similar chapter 11 cases and non-bankruptcy matters.   Jefferies submits that such fees are reasonable based upon the customary compensation charged by similarly skilled practitioners in comparable bankruptcy cases and non-bankruptcy matters in the competitive national investment banking market.

14.    Jefferies also incurred certain necessary expenses during the Compensation Period for which it is entitled to reimbursement under the Engagement Letter.  As set forth in greater detail on the invoice attached hereto as Exhibit B, Jefferies' total expenses for the Compensation Period are $69,521.05 and are comprised of the legal invoice of Jefferies' counsel, as well as certain other expenses.[4]

15.    There is no agreement or understanding between Jefferies and any other person, other than members of the firm, for the sharing of compensation to be received for services rendered in these chapter 11 cases.

## CERTIFICATION OF COMPLIANCE

16.    The undersigned has reviewed the requirements of Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and certifies that, to the best of his knowledge, information and belief, this Application complies with that rule.

*[Signature page follows]*

---

[4]  The itemized list of expenses attached hereto as Exhibit B includes all expenses incurred by Jefferies on behalf of the Committee since March 24, 2015, including all expenses incurred during the Compensation Period.

WHEREFORE, Jefferies respectfully requests entry of an order allowing and directing payment of compensation for services rendered on behalf of the Committee during the Compensation Period in the amount of $200,000.00, representing 100% of Jefferies' total monthly fees earned during the Compensation Period, plus $69,521.05 for the reimbursement of 100% actual and necessary expenses incurred in connection with such services, for a total amount of $269,521.05, less all amounts that the Debtors previously paid to Jefferies on account of such fees and expenses.

Dated:  October 15, 2015                    JEFFERIES LLC
        Wilmington, Delaware

                                            /s/ Leon Szlezinger
                                            Leon Szlezinger
                                            Managing Director
                                            520 Madison Avenue, 7th Floor
                                            New York, New York 10022
                                            Telephone: (212) 323-3918