**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION COMPANY, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered)<br><br>**Objection Deadline: November 4, 2015 at 4:00 p.m.**<br>**Hearing Date: November 19, 2015 at 9:30 a.m.** |

**SUMMARY OF SECOND INTERIM APPLICATION OF LOWENSTEIN SANDLER LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM JUNE 1, 2015 THROUGH SEPTEMBER 30, 2015**

| | |
|---|---|
| Name of Applicant: | Lowenstein Sandler LLP |
| Authorized to provide professional services to: | The Official Committee of Unsecured Creditors |
| Petition Date: | March 12, 2015 |
| Date of Retention: | March 24, 2015 |
| Date of order approving retention: | May 12, 2015 (effective as of March 24, 2015) |
| Period for which compensation and reimbursement is sought: | June 1, 2015 through September 30, 2015 |
| Amount of Compensation sought as actual, reasonable and necessary: | $825,827.50 |

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

Amount of Expense Reimbursement sought as actual, reasonable and necessary: $24,476.07[2]

This is a(n): ☐ Monthly ☑ Interim ☐ Final application

This application includes 15.3 hours with a value of $8,634.50 incurred in connection with the preparation of monthly fee applications.

**PRIOR APPLICATION HISTORY**

| | | | Requested | | Monthly Statements | | Certificate of No Objection / Signed Order |
|---|---|---|---|---|---|---|---|
| **Title** | **Date Filed** | **Period Covered** | **Fees 100%** | **Expenses** | **Fees 80%** | **Expenses** | |
| **Second Monthly** | **5/19/15** | **March 24, 2015 – March 31, 2015** | **$209,616.75** | **$6,305.00** | **$167,692.94** | **$6,305.00** | **6/23/15** |
| **Second Monthly** | **6/9/15** | **April 1, 2015 – April 30, 2015** | **$447,105.25** | **$13,235.27** | **$357,684,20** | **$13,235.27** | **6/26/15** |
| **Third Monthly** | **6/16/15** | **May 1, 2015 – May 31, 2015** | **$399,558.00** | **$7,927.31** | **$319,646.40** | **$7,927.31** | **7/6/15** |
| **First Interim** | **7/15/15** | **March 24, 2015 – May 31, 2015** | **$1,056,280.00** | **$27,485.58** | | | **8/14/15** |
| **Fourth Monthly** | **7/7/15** | **June 1, 2015- June 30, 2015** | **$476,100.75** | **$10,965.56** | **$380,880.60** | **$10,965.56** | **7/24/15** |
| **Fifth Monthly** | **8/14/15** | **July 1, 2015 – July 31, 2015** | **$175,700.00** | **$9,017.98** | **$140,560.00** | **$9,017.98** | **9/2/15** |
| **Sixth Monthly** | **9/15/15** | **August 1, 2015 – August 31, 2015** | **$76,635.50** | **$2,156.01** | **$61,308.40** | **$2,156.01** | **10/2/15** |
| **Seventh Monthly** | **10/12/15** | **September 1, 2015- September 30, 2015** | **$97,391.25** | **$2,336.52** | **$77,913.00** | **$2,336.52** | **Pending** |

[2] This amount includes $1,751.80 in reimbursable expenses of members of the Committee.

**SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM JUNE 1, 2015 THROUGH SEPTEMBER 30, 2015**

| Timekeeper Name | Year Admitted | Title | Department | Hours Worked | Rate | Bill Amount |
|---|---|---|---|---|---|---|
| Bender, Gerald C. | 1986 | Partner | Bankruptcy | 1.80 | $855.00 | $1,539.00 |
| Bennett, Lynda A. | 1995 | Partner | Litigation | 0.30 | $740.00 | $222.00 |
| Berger, John L. | 1984 | Partner | Tax | 2.00 | $685.00 | $1,370.00 |
| ***Berger, John L. – rate increase 2015 | 1984 | Partner | Tax | 4.30 | $705.00 | $3,031.50 |
| Citron, Lowell A. | 1995 | Partner | Corporate | 8.10 | $790.00 | $6,399.00 |
| Gillar, Brooke A. | 2004 | Partner | Corporate | 3.90 | $685.00 | $2,671.50 |
| ***Gillar, Brooke A. – rate increase 2015 | 2004 | Partner | Corporate | 1.20 | $720.00 | $864.00 |
| *Jung, Wojciech F. - travel time | 2003 | Partner | Bankruptcy | 9.70 | $300.00 | $2,910.00 |
| *Jung, Wojciech F. - travel time rate increase 2015 | 2003 | Partner | Bankruptcy | 4.70 | $317.50 | $1,492.25 |
| Jung, Wojciech F. | 2003 | Partner | Bankruptcy | 200.60 | $600.00 | $120,360.00 |
| ***Jung, Wojciech F. – rate increase 2015 | 2003 | Partner | Bankruptcy | 152.60 | $635.00 | $96,901.00 |
| *Kizel, Paul - travel time | 1982 | Partner | Bankruptcy | 6.50 | $352.50 | $2,291.25 |
| **Kizel, Paul - travel time rate increase 2015 | 1982 | Partner | Bankruptcy | 4.00 | $375.00 | $1,500.00 |
| Kizel, Paul | 1982 | Partner | Bankruptcy | 127.00 | $705.00 | $89,535.00 |
| ***Kizel, Paul - rate increase 2015 | 1982 | Partner | Bankruptcy | 66.90 | $750.00 | $50,175.00 |
| Levine, Sharon L. | 1983 | Partner | Bankruptcy | 135.30 | $840.00 | $113,652.00 |
| ***Levine, Sharon L. – rate increase 2015 | 1983 | Partner | Bankruptcy | 65.80 | $880.00 | $57,904.00 |
| Rosen, Kenneth A. | 1979 | Partner | Bankruptcy | 0.30 | $950.00 | $285.00 |
| Sica, Theodore C. | 2003 | Counsel | Corporate | 14.10 | $655.00 | $9,235.50 |
| Behlmann, Andrew D. | 2009 | Associate | Bankruptcy | 109.50 | $485.00 | $53,107.50 |
| ***Behlmann, Andrew D. – rate increase 2015 | 2009 | Associate | Bankruptcy | 63.50 | $515.00 | $32,702.50 |
| Brown, Nicole M. | 2014 | Associate | Bankruptcy | 1.80 | $340.00 | $612.00 |
| *De Leo, Anthony - travel time | 2013 | Associate | Bankruptcy | 10.10 | $180.00 | $1,818.00 |
| De Leo, Anthony | 2013 | Associate | Bankruptcy | 75.40 | $335.00 | $25,259.00 |
| ***De Leo, Anthony – rate increase 2015 | 2013 | Associate | Bankruptcy | 155.50 | $360.00 | $55,980.00 |

| Timekeeper Name | Year Admitted | Title | Department | Hours Worked | Rate | Bill Amount |
|---|---|---|---|---|---|---|
| Dorf, Randall B. | 2012 | Associate | Corporate | 4.20 | $395.00 | $1,659.00 |
| Jesse, Eric | 2009 | Associate | Litigation | 1.00 | $475.00 | $475.00 |
| Lifshitz, David | 2014 | Associate | Corporate | 10.60 | $300.00 | $3,180.00 |
| *Vislocky, Nicholas B. - travel time | 2013 | Associate | Bankruptcy | 5.50 | $185.00 | $1,017.50 |
| **Vislocky, Nicholas B. - travel time rate increase 2015 | 2013 | Associate | Bankruptcy | 11.50 | $200.00 | $2,300.00 |
| Vislocky, Nicholas B. | 2013 | Associate | Bankruptcy | 47.00 | $370.00 | $17,390.00 |
| ***Vislocky, Nicholas B. – rate increase 2015 | 2013 | Associate | Bankruptcy | 38.20 | $400.00 | $15,280.00 |
| Waldron, Keara | 2011 | Associate | Bankruptcy | 40.30 | $385.00 | $15,515.50 |
| ***Waldron, Keara – rate increase 2015 | 2011 | Associate | Bankruptcy | 67.30 | $410.00 | $27,593.00 |
| Adams, Trina | N/A | Paralegal | Practice Support | 0.20 | $225.00 | $45.00 |
| Buccellato-Karnick, Gina C. | N/A | Paralegal | Bankruptcy | 30.70 | $200.00 | $6,140.00 |
| Lawler, Elizabeth B. | N/A | Paralegal | Bankruptcy | 3.20 | $200.00 | $640.00 |
| ***Lawler, Elizabeth B. – rate increase 2015 | N/A | Paralegal | Bankruptcy | 6.70 | $210.00 | $1,407.00 |
| Pagano, Jamie J. | N/A | Paralegal | Practice Support | 0.10 | $225.00 | $22.50 |
| Sudol, Jeanne | N/A | Paralegal | Bankruptcy | 4.50 | $110.00 | $495.00 |
| Taggart, Katherine E | N/A | Research Services | Knowledge and Research Services | 3.70 | $230.00 | $851.00 |
| Total All Timekeepers: | | | | 1,499.60 | | $825,827.50 |
| Blended Rate: | | | | | $550.70 | |

*Reflects 50% rate reduction due to non-working travel time

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY FOR THE PERIOD OF JUNE 1, 2015 THROUGH SEPTEMBER 30, 2015**

| Task Description | Hours | Total |
|---|---|---|
| Adversary Proceedings and Bankruptcy Court Litigation | 211.10 | $102,706.50 |
| Asset Disposition | 378.60 | $242,912.50 |
| Assumption/Rejection of Leases and Contracts | 9.70 | $6,493.00 |
| Avoidance Action Analysis | 0.30 | $264.00 |

| Task Description | Hours | Total |
|---|---|---|
| Business Operations | 16.60 | $10,287.50 |
| Case Administration | 68.70 | $23,206.50 |
| Claims Administration | 39.60 | $26,534.00 |
| Claims Administration and Objections | 0.20 | $150.00 |
| Employee Benefits/Pensions | 1.70 | $1,244.00 |
| Employment and Retention Applications - Others | 9.40 | $6,772.00 |
| Fee Applications and Invoices - Others | 33.20 | $18,211.50 |
| Fee/Employment Applications | 27.80 | $13,658.50 |
| Fee/Employment Objections | 0.50 | $420.00 |
| Financing/Cash Collateral | 2.40 | $1,770.00 |
| Investigation of Prepetition Lenders | 18.90 | $9,639.00 |
| Meetings of and Communication with Creditors | 144.00 | $80,250.00 |
| Non-Working Travel | 52.00 | $13,329.00 |
| Other - Insurance Matters | 3.90 | $2,392.50 |
| Other Contested Matters (excluding assumption/rejection motions) | 373.80 | $199,798.00 |
| Plan and Disclosure Statement (including Business Plan) | 101.60 | $62,504.50 |
| Relief from Stay/Adequate Protection Proceedings | 1.50 | $1,086.50 |
| Schedules and Statements | 2.10 | $828.00 |
| Tax Issues | 2.00 | $1,370.00 |
| Total: | 1,499.60 | $825,827.50 |

**EXPENSE SUMMARY FOR THE PERIOD OF**
**JUNE 1, 2015 THROUGH SEPTEMBER 30, 2015**

| Expense Category | Vendor, if any | Amount |
|---|---|---|
| Computerized legal research | Pacer Service Center | $608.30 |
| Messenger and delivery charges | Federal Express Corp. | $103.65 |
| Messenger and delivery charges | Champion Courier | $87.00 |
| Searches | Restructuring Concepts, LLC | $42.00 |
| Telecommunications | Premiere Global Services | $1,468.22 |

| **Expense Category** | **Vendor, if any** | **Amount** |
|---|---|---|
| Transcript charges | EcoScribe, LLC | $2,630.92 |
| Transcript charges | U.S. Legal Support - New York | $1,407.10 |
| Transcript charges | TSG Reporting, Inc. | $753.35 |
| Travel | My Limousine Service | $74.37 |
| Travel | Elite Limousine Plus Inc. | $114.72 |
| Travel | American Express/Trv. | $4,097.95 |
| Travel | | $1,778.96 |
| Computerized legal research | | $8,226.03 |
| Photocopies (13,317 pages) | | $1,331.70 |
| Reimbursable expenses of Committee Members | | $1,751.80 |
| **Total Disbursements** | | **$24,476.07** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re: SRC LIQUIDATION COMPANY, *et al.*,[1] Debtors. | Chapter 11<br>Case No. 15-10541 (BLS)<br>(Jointly Administered)<br>**Objection Deadline: November 4, 2015 at 4:00 p.m.**<br>**Hearing Date: November 19, 2015 at 9:30 a.m.** |
|---|---|

**SECOND INTERIM APPLICATION OF LOWENSTEIN SANDLER LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM JUNE 1, 2015 THROUGH SEPTEMBER 30, 2015**

Pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, Lowenstein Sandler LLP ("**Lowenstein Sandler**"), as counsel to the Official Committee of Unsecured Creditors (the "**Committee**") appointed in the chapter 11 cases of SRC Liquidation Company, et al., the above captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), submits its second interim application (the "**Application**") for allowance of compensation and reimbursement of expenses for the period of June 1, 2015 through September 30, 2015 (the "**Interim Period**"). By this Application, pursuant to the Interim Compensation Order (defined below), Lowenstein Sandler seeks allowance and payment of compensation in the amount of $825,827.50 for services rendered by Lowenstein Sandler during the Interim Period. Lowenstein Sandler also seeks allowance and reimbursement of its actual and necessary expenses in the amount

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

of $24,476.07[2] for the Interim Period. In support of this Application, Lowenstein Sandler respectfully states as follows:

## BACKGROUND AND INTRODUCTION

1. On March 12, 2015 (the "**Petition Date**"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, thereby commencing the above-captioned chapter 11 cases (the "**Chapter 11 Cases**").

2. The Debtors continue to operate their businesses and manage their property as Debtors-In-Possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in these Chapter 11 Cases.

3. On March 24, 2015, the Office of the United States Trustee appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code [D.I. 99].

4. On March 24, 2015, the Committee selected Lowenstein Sandler to serve as its counsel in the Chapter 11 Cases. Thereafter, the Committee selected Polsinelli PC as its Delaware counsel.

5. On May 12, 2015, the Court entered the *Order Authorizing the Employment and Retention of Lowenstein Sandler LLP as Counsel to the Official Committee of Unsecured Creditors effective as of March 24, 2015* ("Retention Order") [Docket No. 505]. The Retention Order authorizes Lowenstein Sandler to be compensated in accordance with the procedures set forth in 11 U.S.C. §§ 330 and 331, the applicable Federal Rules of Bankruptcy Procedure, the rules of this Court and any Order entered by this Court with respect to the compensation of professionals.

[2] This amount includes $1,751.80 in reimbursable expenses of members of the Committee.

6. On April 13, 2015, the Court entered the *Order Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals* (the "**Interim Compensation Order**") [D.I. 260].

7. Pursuant to the Interim Compensation Order, the Professionals are required to comply with certain requirements of the *United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013 (the "**Revised UST Guidelines**"). The Office of the United States Trustee has promulgated forms to aid in compliance with the Revised UST Guidelines. Charts and tables based on such forms are attached hereto as exhibits and filled out with data to the extent relevant to these cases:

**Exhibit A:** Customary and Comparable Compensation Disclosures with Fee Applications;

**Exhibit B:** Summary of Timekeepers Included in this Fee Application;

**Exhibit C-1:** Budgets;

**Exhibit C-2:** Staffing Plan;

**Exhibit D-1:** Summary of Compensation Requested by Project Category;

**Exhibit D-2:** Summary of Expense Reimbursement Requested by Category; and

**Exhibit E:** Summary Cover Sheet of Fee Application.

8. On June 19, 2015, the Court entered an order authorizing the Debtors to sell substantially all of their assets to Taylor Corporation [D.I. 698]. The transaction closed on July 31, 2015 [D.I. 889].

**LOWENSTEIN SANDLER'S APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES**

9. Lowenstein Sandler's monthly fee applications (the "**Monthly Fee Applications**") for the periods of June 1, 2015 through September 30, 2015 have been filed and served pursuant to the Interim Compensation Order.

10. On July 7, 2015, Lowenstein Sandler filed its Fourth Monthly Application As Counsel To The Official Committee Of Unsecured Creditors For Compensation For Services Rendered And Reimbursement Of Expenses For The Period From June 1, 2015 Through June 30, 2014 [Docket No. 788] (the "**Fourth Monthly Fee Application**") requesting $476,100.75 in fees and $10,965.56[3] in expenses. The Certificate of No Objection for the Fourth Monthly Fee Application was filed on July 24, 2015 [Docket No. 873].

11. On August 14, 2015, Lowenstein Sandler filed its Fifth Monthly Application As Counsel To The Official Committee Of Unsecured Creditors For Compensation For Services Rendered And Reimbursement Of Expenses For The Period From July 1, 2015 Through July 31, 2015 [Docket No. 932] (the "**Fifth Monthly Fee Application**") requesting $175,700.00 in fees and $9,017.98 in expenses. The Certificate of No Objection for the Fifth Monthly Fee Application was filed on September 2, 2015 [Docket No. 1008].

12. On September 15, 2015, Lowenstein Sandler filed its Sixth Monthly Application As Counsel To The Official Committee Of Unsecured Creditors For Compensation For Services Rendered And Reimbursement Of Expenses For The Period From August 1, 2015 Through September 30, 2015 [Docket No. 1045] (the "**Sixth Monthly Fee Application**") requesting $76,635.50 in fees and $2,156.01 in expenses. The Certificate of No Objection for the Sixth Monthly Fee Application was filed on October 2, 2015 [Docket No. 1132].

[3] This amount includes $1,751.80 in reimbursable expenses of members of the Committee.

13. On October 12, 2015, Lowenstein Sandler filed its Seventh Monthly Application As Counsel To The Official Committee Of Unsecured Creditors For Compensation For Services Rendered And Reimbursement Of Expenses For The Period From September 1, 2015 Through September 30, 2015 [Docket No. 1154] (the "**Seventh Monthly Fee Application**") requesting $97,391.25 in fees and $2,336.52 in expenses. The Seventh Monthly Fee Application is pending

14. The Monthly Fee Applications covered by this Application contain detailed daily time logs describing the actual and necessary services provided and expenses incurred by Lowenstein Sandler during the periods covered by such applications, as well as other detailed information required to be included in fee applications. A detailed description of the services rendered during the Interim Period is attached hereto as **Exhibit A-1** and a detailed description of the expenses incurred during the Interim Period is attached hereto as **Exhibit D-3**.

15. In accordance with the Interim Compensation Order, Lowenstein Sandler seeks interim approval and payment in an amount equal to the difference between the full amount of the fees and expenses requested in the above-referenced Monthly Fee Applications and the actual payments received by Lowenstein Sandler on account of the Monthly Fee Applications.

## SUMMARY OF SERVICES

16. During the Compensation Period, and except as otherwise disclosed by filings with the Court, Lowenstein Sandler rendered professional services to the Committee solely in connection with these Chapter 11 Cases and on behalf of the Committee in accordance with Lowenstein Sandler's professional responsibilities. The services performed were necessary to the administration of these Chapter 11 Cases and were beneficial at the time at which the services were rendered. All services were performed within a reasonable amount of time

commensurate with the complexity, importance, and nature of the problem, issue, or task addressed.

17. The main categories of services performed by Lowenstein Sandler during the Application Period are summarized as follows:

a. Case Administration: This category includes various administrative tasks conducted by Lowenstein Sandler including, without limitation, reviewing general case documents, reviewing and maintaining case calendars, filing and service of pleadings, as well as other miscellaneous tasks that are otherwise not separately classifiable. 68.7 hours, $23,206.50.

b. Investigation of Prepetition Lenders: This category includes time spent with respect to the review and analysis of the prepetition lender's objection to the Committee's lien challenge and standing motion, as well as attending to certain lien perfection issues. 18.9 hours, $9,639.00.

c. Asset Disposition: This category includes time spent by Lowenstein Sandler in connection with the Debtors' sale of substantially all of their assets, including (i) preparing and attending to various objections to the Debtors' sale motion, (ii) communicating frequently with the Committee and the Committee's financial advisors with respect to the sale process, bids, auction and wind down issues, (iii) reviewing bid packages, (iv) preparing for the auction and sale hearing, (v) preparing the general unsecured creditors' trust agreement and transition services agreement approved under the sale order, including extensive negotiations with Debtors and lenders, (vi) attending to matters related to the closing of an

asset sale to Taylor Corporation, and (vii) analyzing, providing comments and preparing a statement in connection with the Debtors' motion to establish procedures to transfer, abandon or sell *de minimus* assets. 378.60 hours, $242.912.50.

d. Relief from Stay/Adequate Protection Proceedings: This category includes time spent by Lowenstein Sandler in connection with a motion for stay relief filed by Georgia Pacific. 1.5 hours, $1,086.50.

e. Meetings of and Communications with Creditors: This category includes time spent by Lowenstein Sandler communicating with the Committee (both in written updates and through telephonic meetings) and other creditors concerning all aspects of the Chapter 11 Cases. Such communications included, but were not limited to, communications regarding the Debtors' business operations, case issues and strategy, committee member expenses, depositions, claim issues, sale issues, settlement negotiations and proposals, plan issues and other matters related to the Chapter 11 Cases. 144.0 hours, $80,250.00.

f. Fee/Employment Applications: This category includes time spent by Lowenstein Sandler in connection with the preparation and filing of monthly fee applications and first interim fee application. 27.8 hours, $13,658.50.

g. Employment and Retention Applications - Others: This category includes time spent by Lowenstein Sandler in connection with the retention of the Committee's financial advisors and preparing for a contested hearing on

the retention of the financial advisors. This category also includes time spent by Lowenstein Sandler in connection with the preparation and filing of monthly and interim fee applications for the Committee's professionals. 9.4 hours, $6,772.00.

h. Fee/Employment Objections: This category includes *de minimus* time spent by Lowenstein Sandler in connection with the Committee's objection to the fees of certain professionals retained by the Debtors. 0.5 hours, $420.00.

i. Fee Applications and Invoices – Others: This category includes time spent by Lowenstein Sandler reviewing fee applications filed by the Debtors' professionals and preparing objections to same, as well as reviewing fee applications of professionals retained by the Committee. This category also includes time spent by Lowenstein Sandler attending to objections to its fee application. 33.2 hours, $18,211.50.

j. Assumption/Rejection of Leases and Contracts: This category includes time spent by Lowenstein Sandler in connection with the Debtors' assumption and assignment of executory contracts, and rejection of certain leases, as well as attending to the resolution of various objections to cure amounts in connection with the Debtors' assumption of certain executory contracts and unexpired leases. 9.7 hours, $6,493.00.

k. Other Contested Matters (excluding assumption/rejection motions): This category includes significant time spent by Lowenstein Sandler (i) attending to objections to its motion for standing, and preparing for the

contested hearing regarding same, (ii) engaging in settlement discussions with Silver Point, communicating with Debtors' counsel, lender's counsel and the Committee's professionals regarding a global settlement, preparing of settlement term sheets and multiple versions of the settlement agreement; (iii) attending various depositions in connection with misappropriation of trade secrets litigation; and (iv) conducting research regarding other estate claims. 373.8 hours, $199,798.00.

l. Non-Working Travel: This category covers time expended by attorneys from Lowenstein Sandler for traveling to Court to attend Court hearings, deposition, auction, and other meetings on behalf of the Committee. Travel related time incurred by Lowenstein Sandler is billed at 50% of normal hourly rates. 52 hours, $13,329.00.

m. Business Operations: This category includes time spent in connection with intercompany transactions, critical vendor issues, budgeting, bank account closures and wind-down issues. Lowenstein Sandler attorneys also spent time in this category reviewing monthly operating reports and other financial data of the Debtors. 16.6 hours, $10,287.50.

n. Employee Benefits/Pensions: This category includes work performed by Lowenstein Sandler in connection with the Debtors' motion to terminate severance plan and modify and/or terminate other employee benefit plans. 1.7 hours, $1,244.00.

o. Financing/Cash Collateral: This category includes time Lowenstein Sandler attending to the wind-down budget. 2.4 hours, $1,770.00.

p. Tax Issues: This category includes time spent by Lowenstein Sandler in connection with the GUC Trust tax issues. 2.0 hours, $1,370.00.

q. Claims Administration: This category includes time spent by Lowenstein Sandler attending to and communicating with the Committee's financial advisors, Committee members and the Debtors' professionals regarding omnibus claim objections, SERP claims, 503(b)(9) claims, PBGC claims, and critical vendor claim issues. 39.6 hours, $26,534.00.

r. Plan and Disclosure Statement: This category includes time spent by Lowenstein Sandler attending to open plan matters, including the Debtors' exclusivity extension motion, the proposed plan timeline and solicitation motion. Lowenstein Sandler drafted extensive revisions to the plan of liquidation and disclosure statement, and communicated with the Committee's financial advisors and the Debtors' professionals regarding plan issues. 101.6 hours, $62,504.50.

s. Adversary Proceedings and Bankruptcy Court Litigation: This category includes significant time spent by Lowenstein Sandler in connection with attending to estate causes of action and preparing of an amended complaint. This category also includes time spent by Lowenstein Sandler preparing for depositions in connection with the misappropriation of trade secrets adversary proceeding, and drafting a joinder to the Plaintiff's opposition to motion to transfer venue in the trade secrets adversary proceeding. 211.1 hours, $102,706.50.

t. Schedules and Statements: This category includes time spent by Lowenstein Sandler reviewing the Debtors' amended Schedules and Statements of Financial Affairs and preparing for the Section 341 meeting of creditors. 2.1 hours, $828.00.

18. Lowenstein Sandler has rendered professional services as counsel to the Committee as requested and necessary and appropriate in furtherance of the Committee's duties and functions in these Chapter 11 Cases.

19. During the course of these Chapter 11 Cases, Lowenstein Sandler incurred and paid its actual and necessary disbursements and expenses.

20. This is Lowenstein Sandler's second interim application pursuant to the Interim Compensation Order. Lowenstein Sandler has made no prior or other application to this or any other Court for the relief requested herein. Lowenstein Sandler has and will continue to perform additional necessary services subsequent to September 30, 2015, for which Lowenstein Sandler will file subsequent fee applications.

**STATEMENT FROM THE APPLICANT**

21. Pursuant to the Revised UST Guidelines, Lowenstein Sandler states as follows:

a) Lowenstein Sandler has not agreed to variations from, or alternatives to, its standard or customary billing rates, fees or terms for services that were provided during the Interim Period.

b) The fees sought by Lowenstein Sandler in this Application for the period of June 1, 2015 through September 30, 2015 are within the fees budgeted pursuant to the budgets provided by Lowenstein Sandler to the Committee for these months.

c) No professionals from Lowenstein Sandler covered by the Interim Period for this Application have varied their hourly rates based upon the geographical location of the Chapter 11 Cases.

d) The Interim Period covered by this Application includes 2.6 hours with a value of $1,651.00 spent by Lowenstein Sandler reviewing invoices to ensure that the time entries attached to this application are properly coded to comply with the U.S. Trustee Guidelines.

e) This Application includes 1.6 hours with a value of $1,016.00 spent by Lowenstein Sandler in reviewing time records to redact any privileged or other confidential information.

f) As disclosed in its retention documents filed with the Court and other filings, Lowenstein Sandler had a rate increase effective July 1, 2015.

**RELIEF REQUESTED**

20. By this Application, Lowenstein Sandler requests that the Court approve payment of one-hundred percent (100%) of the fees and expenses incurred by Lowenstein Sandler during the Interim Period of June 1, 2015 through September 30, 2015.

21. The professional services and related expenses for which Lowenstein Sandler requests approval were rendered and incurred in connection with the Chapter 11 Cases in accordance with Lowenstein Sandler's professional responsibilities as counsel to the Committee. Lowenstein Sandler's services have been necessary and beneficial to the Committee, the Debtors, the Debtors' estates and creditors, and other parties in interest.

22. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount of compensation requested by Lowenstein Sandler in this Application is fair and reasonable given (a) the complexity of the Chapter 11 Cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services,

and (e) the costs of comparable services other than in a case under the Bankruptcy Code. Moreover, Lowenstein Sandler has reviewed the requirements of Del. Bankr. L.R. 2016-2, the Interim Compensation Order and the Revised UST Guidelines and believes this Application complies with such Local Rule, Order and guidelines.

## CERTIFICATION OF COUNSEL

23. A Certification of Counsel is attached hereto as **Exhibit F** and made part of this Application.

**WHEREFORE**, Lowenstein Sandler LLP respectfully requests the Court enter an order, substantially in the form attached hereto, providing (a) that an interim allowance be made to Lowenstein Sandler LLP for the period from June 1, 2015 through September 30, 2015, in the amount of (i) $825,827.50 as compensation for necessary professional services rendered, and (ii) $24,476.07for actual and necessary expenses incurred, for a total of $850,303.57; (b) that the Debtors are authorized and directed to pay Lowenstein Sandler the outstanding amount of such sums; and (c) for such other and further relief as may be just and proper.

Dated: October 15, 2015

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Sharon L. Levine, Esq.
Wojciech F. Jung, Esq.
65 Livingston Avenue
Roseland, NJ 07068
Telephone: (973-597-2500
Facsimile: (973) 597-2400
krosen@lowenstein.com
slevine@lowenstein.com
wjung@lowenstein.com

*-and –*

Gerald C. Bender, Esq.
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402
gbender@lowenstein.com

*-and-*

**POLSINELLI PC**

/s/ Christopher A. Ward
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 3877)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
jedelson@polsinelli.com

***Counsel to the Official Committee of Unsecured Creditors***