# EXHIBIT B

**EXHIBIT B**
**Summary of Timekeepers Included in this Fee Application**

| Name | Title | Dept | Date of 1st Admission | Fees Billed | Hours Billed | Number of Rate Increases | Hourly Rate Billed In This Application | In First Interim Application |
|---|---|---|---|---|---|---|---|---|
| Bender, Gerald C. | Partner | Bankruptcy | 1986 | $1,539.00 | 1.80 | | $855.00 | $855.00 |
| Bennett, Lynda A. | Partner | Insurance | 1995 | $222.00 | 0.30 | | $740.00 | N/A |
| Berger, John L. | Partner | Tax | 1984 | $1,370.00 | 2.00 | | $685.00 | NA |
| ***Berger, John L. – rate increase 2015 | Partner | Tax | 1984 | $3,031.50 | 4.30 | 1 | $705.00 | N/A |
| Citron, Lowell A. | Partner | Corporate | 1995 | $6,399.00 | 8.10 | | $790.00 | $790.00 |
| Gillar, Brooke A. | Partner | Corporate | 2004 | $2,671.50 | 3.90 | | $685.00 | N/A |
| ***Gillar, Brooke A. – rate increase 2015 | Partner | Corporate | 2004 | $864.00 | 1.20 | 1 | $720.00 | N/A |
| *Jung, Wojciech F. - travel time | Partner | Bankruptcy | 2003 | $2,910.00 | 9.70 | | $300.00 | $600.00 |
| *Jung, Wojciech F. - travel time rate increase 2015 | Partner | Bankruptcy | 2003 | $1,492.25 | 4.70 | 1 | $317.50 | N/A |
| Jung, Wojciech F. | Partner | Bankruptcy | 2003 | $120,360.00 | 200.60 | | $600.00 | $600.00 |
| ***Jung, Wojciech F. – rate increase 2015 | Partner | Bankruptcy | 2003 | $96,901.00 | 152.60 | 1 | $635.00 | N/A |
| *Kizel, Paul - travel time | Partner | Bankruptcy | 1982 | $2,291.25 | 6.50 | | $352.50 | $352.50 |
| **Kizel, Paul - travel time rate increase 2015 | Partner | Bankruptcy | 1982 | $1,500.00 | 4.00 | 1 | $375.00 | N/A |
| Kizel, Paul | Partner | Bankruptcy | 1982 | $89,535.00 | 127.00 | | $705.00 | $705.00 |
| ***Kizel, Paul - rate increase 2015 | Partner | Bankruptcy | 1982 | $50,175.00 | 66.90 | 1 | $750.00 | $705.00 |
| Levine, Sharon L. | Partner | Bankruptcy | 1983 | $113,652.00 | 135.30 | | $840.00 | $840.00 |
| ***Levine, Sharon L. – rate increase 2015 | Partner | Bankruptcy | 1983 | $57,904.00 | 65.80 | 1 | $880.00 | N/A |
| Rosen, Kenneth A. | Partner | Bankruptcy | 1979 | $285.00 | 0.30 | | $950.00 | N/A |
| Sica, Theodore C. | Counsel | Corporate | 2003 | $9,235.50 | 14.10 | | $655.00 | $655.00 |
| Behlmann, Andrew D. | Associate | Bankruptcy | 2009 | $53,107.50 | 109.50 | | $485.00 | $485.00 |

**Case Name:**         SRC LIQUIDATION COMPANY, et al.

**Case Number:**       15-10541 (BLS)

**Applicant's Name:**  Lowenstein Sandler LLP

**Date of Application:**  October 15, 2 015

**Interim or Final:**    Second Interim

UST Form 11-330-C   (2013)                                                                 Page 1

| Name | Title | Dept | Date of 1st Admission | Fees Billed | Hours Billed | Number of Rate Increases | Hourly Rate Billed | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | In This Application | In First Interim Application |
| ***Behlmann, Andrew D. – rate increase 2015 | Associate | Bankruptcy | 2009 | $32,702.50 | 63.50 | 1 | $515.00 | N/A |
| Brown, Nicole M. | Associate | Bankruptcy | 2014 | $612.00 | 1.80 | | $340.00 | $340.00 |
| *De Leo, Anthony - travel time | Associate | Bankruptcy | 2013 | $1,818.00 | 10.10 | | $180.00 | $180.00 |
| De Leo, Anthony | Associate | Bankruptcy | 2013 | $25,259.00 | 75.40 | | $335.00 | $335.00 |
| ***De Leo, Anthony – rate increase 2015 | Associate | Bankruptcy | 2013 | $55,980.00 | 155.50 | 1 | $360.00 | N/A |
| Dorf, Randall B. | Associate | Insurance | 2012 | $1,659.00 | 4.20 | | $395.00 | $395.00 |
| Jesse, Eric | Associate | Litigation | 2009 | $475.00 | 1.00 | | $475.00 | $475.00 |
| Lifshitz, David | Associate | Corporate | 2014 | $3,180.00 | 10.60 | | $300.00 | $300.00 |
| *Vislocky, Nicholas B. - travel time | Associate | Bankruptcy | 2013 | $1,017.50 | 5.50 | | $185.00 | $185.00 |
| **Vislocky, Nicholas B. - travel time rate increase 2015 | Associate | Bankruptcy | 2013 | $2,300.00 | 11.50 | 1 | $200.00 | N/A |
| Vislocky, Nicholas B. | Associate | Bankruptcy | 2013 | $17,390.00 | 47.00 | | $370.00 | $370.00 |
| ***Vislocky, Nicholas B. – rate increase 2015 | Associate | Bankruptcy | 2013 | $15,280.00 | 38.20 | 1 | $400.00 | N/A |
| Waldron, Keara | Associate | Bankruptcy | 2011 | $15,515.50 | 40.30 | | $385.00 | $385.00 |
| ***Waldron, Keara – rate increase 2015 | Associate | Bankruptcy | 2011 | $27,593.00 | 67.30 | 1 | $410.00 | N/A |
| Adams, Trina | Paralegal | Practice Support | N/A | $45.00 | 0.20 | | $225.00 | $225.00 |
| Buccellato-Karnick, Gina C. | Paralegal | Bankruptcy | N/A | $6,140.00 | 30.70 | | $200.00 | $200.00 |
| Lawler, Elizabeth B. | Paralegal | Bankruptcy | N/A | $640.00 | 3.20 | | $200.00 | $200.00 |
| ***Lawler, Elizabeth B. – rate increase 2015 | Paralegal | Bankruptcy | N/A | $1,407.00 | 6.70 | 1 | $210.00 | N/A |
| Pagano, Jamie J. | Paralegal | Practice Support | N/A | $22.50 | 0.10 | | $225.00 | $225.00 |
| Sudol, Jeanne | Paralegal | Bankruptcy | N/A | $495.00 | 4.50 | | $110.00 | $110.00 |
| Taggart, Katherine E | Research Services | Knowledge and Research Services | N/A | $851.00 | 3.70 | | $230.00 | $230.00 |

\*         Reflects 50% rate reduction due to non-working travel time  
\*\*        Reflects 50% reduction due to non-working travel time after July 1, 2015 rate increase  
\*\*\*       Reflects rate increase effective July 1st of the given year