# EXHIBITS C-1 & C-2

**ESTIMATED BUDGET AND STAFFING PLAN**
**FOR LOWENSTEIN SANDLER LLP**
**PERIOD: May 1, 2015 - July 31, 2015**

| | Hours | Rates [1] | | | Total | | |
|---|---|---|---|---|---|---|---|
| **Case Administration (B110)** | 60 | | | | | | |
| Partners of the Firm | 15 | 500 | - | 985 | 7,500 | - | 14,775 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 15 | 385 | - | 685 | 5,775 | - | 10,275 |
| Associates (generally less than 6 year's experience) | 15 | 275 | - | 480 | 4,125 | - | 7,200 |
| Paralegals and Assistants | 15 | 160 | - | 270 | 2,400 | - | 4,050 |
| | | | | | | | |
| **Asset Analysis and Recovery (B120)** | 170 | | | | | | |
| Partners of the Firm | 30 | 500 | - | 985 | 15,000 | - | 29,550 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 60 | 385 | - | 685 | 23,100 | - | 41,100 |
| Associates (generally less than 6 year's experience) | 80 | 275 | - | 480 | 22,000 | - | 38,400 |
| Paralegals and Assistants | 0 | 160 | - | 270 | 0 | - | 0 |
| | | | | | | | |
| **Asset Evaluation (B120A)** | 115 | | | | | | |
| Partners of the Firm | 10 | 500 | - | 985 | 5,000 | - | 9,850 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 40 | 385 | - | 685 | 15,400 | - | 27,400 |
| Associates (generally less than 6 year's experience) | 60 | 275 | - | 480 | 16,500 | - | 28,800 |
| Paralegals and Assistants | 5 | 160 | - | 270 | 800 | - | 1,350 |
| | | | | | | | |
| **Asset Disposition (B130)** | 330 | | | | | | |
| Partners of the Firm | 150 | 500 | - | 985 | 75,000 | - | 147,750 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 50 | 385 | - | 685 | 19,250 | - | 34,250 |
| Associates (generally less than 6 year's experience) | 120 | 275 | - | 480 | 33,000 | - | 57,600 |
| Paralegals and Assistants | 10 | 160 | - | 270 | 1,600 | - | 2,700 |
| | | | | | | | |
| **Relief from Stay Motions (B140)** | 18 | | | | | | |
| Partners of the Firm | 3 | 500 | - | 985 | 1,500 | - | 2,955 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 5 | 385 | - | 685 | 1,925 | - | 3,425 |
| Associates (generally less than 6 year's experience) | 10 | 275 | - | 480 | 2,750 | - | 4,800 |
| Paralegals and Assistants | 0 | 160 | - | 270 | 0 | - | 0 |
| | | | | | | | |
| **Meeting of Creditors (B150)** | 105 | | | | | | |
| Partners of the Firm | 40 | 500 | - | 985 | 20,000 | - | 39,400 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 30 | 385 | - | 685 | 11,550 | - | 20,550 |
| Associates (generally less than 6 year's experience) | 30 | 275 | - | 480 | 8,250 | - | 14,400 |
| Paralegals and Assistants | 5 | 160 | - | 270 | 800 | - | 1,350 |
| | | | | | | | |
| **Fee/Employment Applications (B160)** | 25 | | | | | | |
| Partners of the Firm | 7 | 500 | - | 985 | 3,500 | - | 6,895 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 4 | 385 | - | 685 | 1,540 | - | 2,740 |
| Associates (generally less than 6 year's experience) | 5 | 275 | - | 480 | 1,375 | - | 2,400 |
| Paralegals and Assistants | 15 | 160 | - | 270 | 2,400 | - | 4,050 |
| | | | | | | | |
| **Fee/Employment Applications - Others (B165)** | 17 | | | | | | |
| Partners of the Firm | 6 | 500 | - | 985 | 3,000 | - | 5,910 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 4 | 385 | - | 685 | 1,540 | - | 2,740 |
| Associates (generally less than 6 year's experience) | 5 | 275 | - | 480 | 1,375 | - | 2,400 |
| Paralegals and Assistants | 2 | 160 | - | 270 | 320 | - | 540 |
| | | | | | | | |
| **Fee/Employment Objections (B170)** | 40 | | | | | | |
| Partners of the Firm | 10 | 500 | - | 985 | 5,000 | - | 9,850 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 5 | 385 | - | 685 | 1,925 | - | 3,425 |
| Associates (generally less than 6 year's experience) | 20 | 275 | - | 480 | 5,500 | - | 9,600 |
| Paralegals and Assistants | 5 | 160 | - | 270 | 800 | - | 1,350 |

|  | Hours | Rates [1] | | | Total | | |
|---|---|---|---|---|---|---|---|
| **Fee Applications - Others (B175)** | 15 | | | | | | |
| Partners of the Firm | 8 | 500 | - | 985 | 4,000 | - | 7,880 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 2 | 385 | - | 685 | 770 | - | 1,370 |
| Associates (generally less than 6 year's experience) | 3 | 275 | - | 480 | 825 | - | 1,440 |
| Paralegals and Assistants | 2 | 160 | - | 270 | 320 | - | 540 |
| | | | | | | | |
| **Avoidance Action Analysis (B180)** | 47 | | | | | | |
| Partners of the Firm | 7 | 500 | - | 985 | 3,500 | - | 6,895 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 15 | 385 | - | 685 | 5,775 | - | 10,275 |
| Associates (generally less than 6 year's experience) | 20 | 275 | - | 480 | 5,500 | - | 9,600 |
| Paralegals and Assistants | 5 | 160 | - | 270 | 800 | - | 1,350 |
| | | | | | | | |
| **Assumption/Rejection of Executory Contracts/Lease Issues (B185)** | 20 | | | | | | |
| Partners of the Firm | 3 | 500 | - | 985 | 1,500 | - | 2,955 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 5 | 385 | - | 685 | 1,925 | - | 3,425 |
| Associates (generally less than 6 year's experience) | 10 | 275 | - | 480 | 2,750 | - | 4,800 |
| Paralegals and Assistants | 2 | 160 | - | 270 | 320 | - | 540 |
| | | | | | | | |
| **Other Contested Matters (B190)** | 343 | | | | | | |
| Partners of the Firm | 80 | 500 | - | 985 | 40,000 | - | 78,800 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 70 | 385 | - | 685 | 26,950 | - | 47,950 |
| Associates (generally less than 6 year's experience) | 190 | 275 | - | 480 | 52,250 | - | 91,200 |
| Paralegals and Assistants | 3 | 160 | - | 270 | 480 | - | 810 |
| | | | | | | | |
| **Travel (B195) [2]** | 35 | | | | | | |
| Partners of the Firm | 15 | 500 | - | 985 | 7,500 | - | 14,775 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 10 | 385 | - | 685 | 3,850 | - | 6,850 |
| Associates (generally less than 6 year's experience) | 10 | 275 | - | 480 | 2,750 | - | 4,800 |
| Paralegals and Assistants | 0 | 160 | - | 270 | 0 | - | 0 |
| | | | | | | | |
| **Business Operations/Meetings with Debtor (B210)** | 65 | | | | | | |
| Partners of the Firm | 20 | 500 | - | 985 | 10,000 | - | 19,700 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 5 | 385 | - | 685 | 1,925 | - | 3,425 |
| Associates (generally less than 6 year's experience) | 40 | 275 | - | 480 | 11,000 | - | 19,200 |
| Paralegals and Assistants | 0 | 160 | - | 270 | 0 | - | 0 |
| | | | | | | | |
| **Employee Benefits (B220)** | 25 | | | | | | |
| Partners of the Firm | 5 | 500 | - | 985 | 2,500 | - | 4,925 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 5 | 385 | - | 685 | 1,925 | - | 3,425 |
| Associates (generally less than 6 year's experience) | 15 | 275 | - | 480 | 4,125 | - | 7,200 |
| Paralegals and Assistants | 0 | 160 | - | 270 | 0 | - | 0 |
| | | | | | | | |
| **Post-Petition Financing Issues (B230)** | 110 | | | | | | |
| Partners of the Firm | 20 | 500 | - | 985 | 10,000 | - | 19,700 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 15 | 385 | - | 685 | 5,775 | - | 10,275 |
| Associates (generally less than 6 year's experience) | 70 | 275 | - | 480 | 19,250 | - | 33,600 |
| Paralegals and Assistants | 5 | 160 | - | 270 | 800 | - | 1,350 |
| | | | | | | | |
| **Tax Issues (B240)** | 20 | | | | | | |
| Partners of the Firm | 10 | 500 | - | 985 | 5,000 | - | 9,850 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 5 | 385 | - | 685 | 1,925 | - | 3,425 |
| Associates (generally less than 6 year's experience) | 5 | 275 | - | 480 | 1,375 | - | 2,400 |
| Paralegals and Assistants | 0 | 160 | - | 270 | 0 | - | 0 |
| | | | | | | | |
| **Claims Administration (B310)** | 50 | | | | | | |
| Partners of the Firm | 10 | 500 | - | 985 | 5,000 | - | 9,850 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 10 | 385 | - | 685 | 3,850 | - | 6,850 |
| Associates (generally less than 6 year's experience) | 30 | 275 | - | 480 | 8,250 | - | 14,400 |
| Paralegals and Assistants | 0 | 160 | - | 270 | 0 | - | 0 |

|  | Hours | Rates [1] | Total |
|---|---|---|---|
| **Plan and Disclosure Statement (B320)** | 135 | | |
| Partners of the Firm | 40 | 500 - 985 | 20,000 - 39,400 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 10 | 385 - 685 | 3,850 - 6,850 |
| Associates (generally less than 6 year's experience) | 80 | 275 - 480 | 22,000 - 38,400 |
| Paralegals and Assistants | 5 | 160 - 270 | 800 - 1,350 |
| | | | |
| **General Bankruptcy Advice (B410)** | 9 | | |
| Partners of the Firm | 5 | 500 - 985 | 2,500 - 4,925 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 2 | 385 - 685 | 770 - 1,370 |
| Associates (generally less than 6 year's experience) | 2 | 275 - 480 | 550 - 960 |
| Paralegals and Assistants | 0 | 160 - 270 | 0 - 0 |
| | | | |
| **Adversary Proceedings (B430)** | 475 | | |
| Partners of the Firm | 50 | 500 - 985 | 25,000 - 49,250 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 40 | 385 - 685 | 15,400 - 27,400 |
| Associates (generally less than 6 year's experience) | 370 | 275 - 480 | 101,750 - 177,600 |
| Paralegals and Assistants | 15 | 160 - 270 | 2,400 - 4,050 |
| | | | |
| **Attend Hearings (B430A)** | 35 | | |
| Partners of the Firm | 20 | 500 - 985 | 10,000 - 19,700 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 5 | 385 - 685 | 1,925 - 3,425 |
| Associates (generally less than 6 year's experience) | 10 | 275 - 480 | 2,750 - 4,800 |
| Paralegals and Assistants | 0 | 160 - 270 | 0 - 0 |
| | | | |
| **Insurance Issues (B460)** | 30 | | |
| Partners of the Firm | 5 | 500 - 985 | 2,500 - 4,925 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 5 | 385 - 685 | 1,925 - 3,425 |
| Associates (generally less than 6 year's experience) | 20 | 275 - 480 | 5,500 - 9,600 |
| Paralegals and Assistants | 0 | 160 - 270 | 0 - 0 |
| | | | |
| **Environmental Issues (B460B)** | 17 | | |
| Partners of the Firm | 2 | 500 - 985 | 1,000 - 1,970 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 5 | 385 - 685 | 1,925 - 3,425 |
| Associates (generally less than 6 year's experience) | 10 | 275 - 480 | 2,750 - 4,800 |
| Paralegals and Assistants | 0 | 160 - 270 | 0 - 0 |
| | | | |
| **Post-Confirmation Issues** | 0 | | |
| Partners of the Firm | 0 | 500 - 985 | 0 - 0 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 0 | 385 - 685 | 0 - 0 |
| Associates (generally less than 6 year's experience) | 0 | 275 - 480 | 0 - 0 |
| Paralegals and Assistants | 0 | 160 - 270 | 0 - 0 |
| | | | |
| Total Estimate | | | 801,260 - 1,467,285 |

[1] This chart does not reflect Lowenstein Sandler LLP's annual increase which goes into effect annually on July 1.
[2] Rate billed for travel time is one half of the regular hourly rate.

**ESTIMATED BUDGET AND STAFFING PLAN**
**FOR LOWENSTEIN SANDLER LLP**
**PERIOD: August 1, 2015 - November 30, 2015 [3]**

| | Hours | Rates [1] | | Total | |
|---|---|---|---|---|---|
| **Case Administration (B110)** | 50 | | | | |
| Partners of the Firm | 10 | 500 | 985 | 5,000 | 9,850 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 10 | 385 | 685 | 3,850 | 6,850 |
| Associates (generally less than 6 year's experience) | 15 | 275 | 480 | 4,125 | 7,200 |
| Paralegals and Assistants | 15 | 160 | 270 | 2,400 | 4,050 |
| | | | | | |
| **Asset Analysis and Recovery (B120)** | 55 | | | | |
| Partners of the Firm | 15 | 500 | 985 | 7,500 | 14,775 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 10 | 385 | 685 | 3,850 | 6,850 |
| Associates (generally less than 6 year's experience) | 30 | 275 | 480 | 8,250 | 14,400 |
| Paralegals and Assistants | 0 | 160 | 270 | 0 | 0 |
| | | | | | |
| **Asset Evaluation (B120A)** | 40 | | | | |
| Partners of the Firm | 5 | 500 | 985 | 2,500 | 4,925 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 10 | 385 | 685 | 3,850 | 6,850 |
| Associates (generally less than 6 year's experience) | 20 | 275 | 480 | 5,500 | 9,600 |
| Paralegals and Assistants | 5 | 160 | 270 | 800 | 1,350 |
| | | | | | |
| **Asset Disposition (B130)** | 90 | | | | |
| Partners of the Firm | 15 | 500 | 985 | 7,500 | 14,775 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 30 | 385 | 685 | 11,550 | 20,550 |
| Associates (generally less than 6 year's experience) | 40 | 275 | 480 | 11,000 | 19,200 |
| Paralegals and Assistants | 5 | 160 | 270 | 800 | 1,350 |
| | | | | | |
| **Relief from Stay Motions (B140)** | 18 | | | | |
| Partners of the Firm | 3 | 500 | 985 | 1,500 | 2,955 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 5 | 385 | 685 | 1,925 | 3,425 |
| Associates (generally less than 6 year's experience) | 10 | 275 | 480 | 2,750 | 4,800 |
| Paralegals and Assistants | 0 | 160 | 270 | 0 | 0 |
| | | | | | |
| **Meeting of Creditors (B150)** | 85 | | | | |
| Partners of the Firm | 20 | 500 | 985 | 10,000 | 19,700 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 20 | 385 | 685 | 7,700 | 13,700 |
| Associates (generally less than 6 year's experience) | 40 | 275 | 480 | 11,000 | 19,200 |
| Paralegals and Assistants | 5 | 160 | 270 | 800 | 1,350 |
| | | | | | |
| **Fee/Employment Applications (B160)** | 25 | | | | |
| Partners of the Firm | 7 | 500 | 985 | 3,500 | 6,895 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 4 | 385 | 685 | 1,540 | 2,740 |
| Associates (generally less than 6 year's experience) | 5 | 275 | 480 | 1,375 | 2,400 |
| Paralegals and Assistants | 15 | 160 | 270 | 2,400 | 4,050 |
| | | | | | |
| **Fee/Employment Applications - Others (B165)** | 16 | | | | |
| Partners of the Firm | 5 | 500 | 985 | 2,500 | 4,925 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 4 | 385 | 685 | 1,540 | 2,740 |
| Associates (generally less than 6 year's experience) | 5 | 275 | 480 | 1,375 | 2,400 |
| Paralegals and Assistants | 2 | 160 | 270 | 320 | 540 |
| | | | | | |
| **Fee/Employment Objections (B170)** | 30 | | | | |
| Partners of the Firm | 5 | 500 | 985 | 2,500 | 4,925 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 5 | 385 | 685 | 1,925 | 3,425 |
| Associates (generally less than 6 year's experience) | 15 | 275 | 480 | 4,125 | 7,200 |
| Paralegals and Assistants | 5 | 160 | 270 | 800 | 1,350 |

| | Hours | Rates [1] | | | Total | | |
|---|---|---|---|---|---|---|---|
| **Fee Applications - Others (B175)** | 14 | | | | | | |
| Partners of the Firm | 7 | 500 | - | 985 | 3,500 | - | 6,895 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 2 | 385 | - | 685 | 770 | - | 1,370 |
| Associates (generally less than 6 year's experience) | 3 | 275 | - | 480 | 825 | - | 1,440 |
| Paralegals and Assistants | 2 | 160 | - | 270 | 320 | - | 540 |
| | | | | | | | |
| **Avoidance Action Analysis (B180)** | 32 | | | | | | |
| Partners of the Firm | 7 | 500 | - | 985 | 3,500 | - | 6,895 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 10 | 385 | - | 685 | 3,850 | - | 6,850 |
| Associates (generally less than 6 year's experience) | 10 | 275 | - | 480 | 2,750 | - | 4,800 |
| Paralegals and Assistants | 5 | 160 | - | 270 | 800 | - | 1,350 |
| | | | | | | | |
| **Assumption/Rejection of Executory Contracts/Lease Issues (B185)** | 20 | | | | | | |
| Partners of the Firm | 3 | 500 | - | 985 | 1,500 | - | 2,955 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 5 | 385 | - | 685 | 1,925 | - | 3,425 |
| Associates (generally less than 6 year's experience) | 10 | 275 | - | 480 | 2,750 | - | 4,800 |
| Paralegals and Assistants | 2 | 160 | - | 270 | 320 | - | 540 |
| | | | | | | | |
| **Other Contested Matters (B190)** | 193 | | | | | | |
| Partners of the Firm | 40 | 500 | - | 985 | 20,000 | - | 39,400 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 40 | 385 | - | 685 | 15,400 | - | 27,400 |
| Associates (generally less than 6 year's experience) | 110 | 275 | - | 480 | 30,250 | - | 52,800 |
| Paralegals and Assistants | 3 | 160 | - | 270 | 480 | - | 810 |
| | | | | | | | |
| **Travel (B195) [2]** | 35 | | | | | | |
| Partners of the Firm | 15 | 500 | - | 985 | 7,500 | - | 14,775 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 10 | 385 | - | 685 | 3,850 | - | 6,850 |
| Associates (generally less than 6 year's experience) | 10 | 275 | - | 480 | 2,750 | - | 4,800 |
| Paralegals and Assistants | 0 | 160 | - | 270 | 0 | - | 0 |
| | | | | | | | |
| **Business Operations/Meetings with Debtor (B210)** | 65 | | | | | | |
| Partners of the Firm | 20 | 500 | - | 985 | 10,000 | - | 19,700 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 5 | 385 | - | 685 | 1,925 | - | 3,425 |
| Associates (generally less than 6 year's experience) | 40 | 275 | - | 480 | 11,000 | - | 19,200 |
| Paralegals and Assistants | 0 | 160 | - | 270 | 0 | - | 0 |
| | | | | | | | |
| **Employee Benefits (B220)** | 25 | | | | | | |
| Partners of the Firm | 5 | 500 | - | 985 | 2,500 | - | 4,925 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 5 | 385 | - | 685 | 1,925 | - | 3,425 |
| Associates (generally less than 6 year's experience) | 15 | 275 | - | 480 | 4,125 | - | 7,200 |
| Paralegals and Assistants | 0 | 160 | - | 270 | 0 | - | 0 |
| | | | | | | | |
| **Post-Petition Financing Issues (B230)** | 35 | | | | | | |
| Partners of the Firm | 5 | 500 | - | 985 | 2,500 | - | 4,925 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 5 | 385 | - | 685 | 1,925 | - | 3,425 |
| Associates (generally less than 6 year's experience) | 20 | 275 | - | 480 | 5,500 | - | 9,600 |
| Paralegals and Assistants | 5 | 160 | - | 270 | 800 | - | 1,350 |
| | | | | | | | |
| **Tax Issues (B240)** | 20 | | | | | | |
| Partners of the Firm | 10 | 500 | - | 985 | 5,000 | - | 9,850 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 5 | 385 | - | 685 | 1,925 | - | 3,425 |
| Associates (generally less than 6 year's experience) | 5 | 275 | - | 480 | 1,375 | - | 2,400 |
| Paralegals and Assistants | 0 | 160 | - | 270 | 0 | - | 0 |
| | | | | | | | |
| **Claims Administration (B310)** | 50 | | | | | | |
| Partners of the Firm | 10 | 500 | - | 985 | 5,000 | - | 9,850 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 10 | 385 | - | 685 | 3,850 | - | 6,850 |
| Associates (generally less than 6 year's experience) | 30 | 275 | - | 480 | 8,250 | - | 14,400 |
| Paralegals and Assistants | 0 | 160 | - | 270 | 0 | - | 0 |

|  | Hours | Rates [1] | | | Total | | |
|---|---|---|---|---|---|---|---|
| **Plan and Disclosure Statement (B320)** | 185 | | | | | | |
| Partners of the Firm | 40 | 500 | - | 985 | 20,000 | - | 39,400 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 60 | 385 | - | 685 | 23,100 | - | 41,100 |
| Associates (generally less than 6 year's experience) | 80 | 275 | - | 480 | 22,000 | - | 38,400 |
| Paralegals and Assistants | 5 | 160 | - | 270 | 800 | - | 1,350 |
|  |  |  |  |  |  |  |  |
| **General Bankruptcy Advice (B410)** | 9 | | | | | | |
| Partners of the Firm | 5 | 500 | - | 985 | 2,500 | - | 4,925 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 2 | 385 | - | 685 | 770 | - | 1,370 |
| Associates (generally less than 6 year's experience) | 2 | 275 | - | 480 | 550 | - | 960 |
| Paralegals and Assistants | 0 | 160 | - | 270 | 0 | - | 0 |
|  |  |  |  |  |  |  |  |
| **Adversary Proceedings (B430)** | 70 | | | | | | |
| Partners of the Firm | 10 | 500 | - | 985 | 5,000 | - | 9,850 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 15 | 385 | - | 685 | 5,775 | - | 10,275 |
| Associates (generally less than 6 year's experience) | 30 | 275 | - | 480 | 8,250 | - | 14,400 |
| Paralegals and Assistants | 15 | 160 | - | 270 | 2,400 | - | 4,050 |
|  |  |  |  |  |  |  |  |
| **Attend Hearings (B430A)** | 35 | | | | | | |
| Partners of the Firm | 20 | 500 | - | 985 | 10,000 | - | 19,700 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 5 | 385 | - | 685 | 1,925 | - | 3,425 |
| Associates (generally less than 6 year's experience) | 10 | 275 | - | 480 | 2,750 | - | 4,800 |
| Paralegals and Assistants | 0 | 160 | - | 270 | 0 | - | 0 |
|  |  |  |  |  |  |  |  |
| **Insurance Issues (B460)** | 20 | | | | | | |
| Partners of the Firm | 5 | 500 | - | 985 | 2,500 | - | 4,925 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 5 | 385 | - | 685 | 1,925 | - | 3,425 |
| Associates (generally less than 6 year's experience) | 10 | 275 | - | 480 | 2,750 | - | 4,800 |
| Paralegals and Assistants | 0 | 160 | - | 270 | 0 | - | 0 |
|  |  |  |  |  |  |  |  |
| **Environmental Issues (B460B)** | 17 | | | | | | |
| Partners of the Firm | 2 | 500 | - | 985 | 1,000 | - | 1,970 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 5 | 385 | - | 685 | 1,925 | - | 3,425 |
| Associates (generally less than 6 year's experience) | 10 | 275 | - | 480 | 2,750 | - | 4,800 |
| Paralegals and Assistants | 0 | 160 | - | 270 | 0 | - | 0 |
|  |  |  |  |  |  |  |  |
| **Post-Confirmation Issues** | 0 | | | | | | |
| Partners of the Firm | 10 | 500 | - | 985 | 5,000 | - | 9,850 |
| Senior Counsel and Counsel (generally 6 or more year's experience) | 10 | 385 | - | 685 | 3,850 | - | 6,850 |
| Associates (generally less than 6 year's experience) | 20 | 275 | - | 480 | 5,500 | - | 9,600 |
| Paralegals and Assistants | 0 | 160 | - | 270 | 0 | - | 0 |
|  |  |  |  |  |  |  |  |
| Total Estimate |  |  |  |  | 441,710 | - | 807,590 |

[1] This chart does not reflect Lowenstein Sandler LLP's annual increase which goes into effect annually on July 1.
[2] Rate billed for travel time is one half of the regular hourly rate.
[3] Does not reflect fees and expenses related to pending D&O Litigation that are covered by the GUC Trust