# EXHIBIT D-1

**EXHIBIT D-1**

**Summary of Compensation Requested by Project Category**

| Project Category | Hours Budgeted (if applicable) | Fees Budgeted (if applicable) | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Adversary Proceedings and Bankruptcy Court Litigation | 349 | $106,115.50 - $189,765.50 | 211.10 | $102,706.50 |
| Asset Disposition | 263 | $100,466.00 - $187,855.50 | 378.60 | $242,912.50 |
| Assumption/Rejection of Leases and Contracts | 23 | $7,534.20 - $13,595.20 | 9.70 | $6,493.00 |
| Avoidance Action Analysis | 47 | $15,729.50 - $28,506.70 | 0.30 | $264.00 |
| Business Operations | 75 | $26,593.00 - $49,097.00 | 16.60 | $10,287.50 |
| Case Administration | 65 | $20,755.50 - $37,933.00 | 68.70 | $23,206.50 |
| Claims Administration | 58 | $19,836.00 - $36,076.00 | 39.60 | $26,534.00 |
| Claims Administration and Objections | 0 | $0.00 | 0.20 | $150.00 |
| Employee Benefits/Pensions | 29 | $9,918.00 - $18,038.00 | 1.70 | $1,244.00 |
| Employment and Retention Applications - Others | 19 | $6,982.60 - $12,951.90 | 9.40 | $6,772.00 |
| Fee Applications and Invoices - Others | 17 | $6,611.40 - $12,534.30 | 33.20 | $18,211.50 |
| Fee/Employment Applications | 29 | $10,225.40 - $18,658.60 | 27.80 | $13,658.50 |
| Fee/Employment Objections | 41 | $13,403.50 - $24,438.50 | 0.50 | $420.00 |
| Financing/Cash Collateral | 90 | $29,007.00 - $52,500.50 | 2.40 | $1,770.00 |
| Investigation of Prepetition Lenders | 96 | $31,207.70 - $55,846,60 | 18.90 | $9,639.00 |
| Meetings of and Communication with Creditors | 112 | $41,546.00 - $76,937.00 | 144.00 | $80,250.00 |
| Non-Working Travel | 41 | $16,356.00 - $30,653.00 | 52.00 | $13,329.00 |
| Other - Insurance Matters | 30 | $10,138.00 - $18,422.00 | 3.90 | $2,392.50 |
| Other Contested Matters (excluding assumption/rejection motions) | 323 | $112,053.80 - $204,586.60 | 373.80 | $199,798.00 |
| Plan and Disclosure Statement (including Business Plan) | 182 | $63,739.00 - $116,885.00 | 101.60 | $62,504.50 |
| Relief from Stay/Adequate Protection Proceedings | 21 | $7,163.00 - $12,968.80 | 1.50 | $1,086.50 |
| Schedules and Statements | 0 | $0.00 | 2.10 | $828.00 |
| Tax Issues | 23 | $9,628.00 - $18,183.00 | 2.00 | $1,370.00 |

**Case Name:** **SRC LIQUIDATION COMPANY, et al.**

**Case Number:** **15-10541 (BLS)**

**Applicant's Name:** **Lowenstein Sandler LLP**

**Date of Application:** **October 15, 2015**

**Interim or Final:** **Second Interim**

UST Form 11-330-C   (2013)                                      Page 1

| Project Category | Hours Budgeted (if applicable) | Fees Budgeted (if applicable) | Hours Billed | Fees Sought |
|---|---|---|---|---|
| **TOTAL** | 2,162 | $749,686.60 - $1,372,203.10 | 1,499.60 | $825,827.50 |