# EXHIBIT D-2

**EXHIBIT D-2**

**Summary of Expense Reimbursement Requested by Category**

| Category | Vendor, If any | Unit Cost, if applicable | Amount |
|---|---|---|---|
| Computerized legal research | Pacer Service Center | | $608.30 |
| Messenger and delivery charges | Federal Express Corp. | | $103.65 |
| Messenger and delivery charges | Champion Courier | | $87.00 |
| Searches | Restructuring Concepts, LLC | | $42.00 |
| Telecommunications | Premiere Global Services | | $1,468.22 |
| Transcript charges | EcoScribe, LLC | | $2,630.92 |
| Transcript charges | U.S. Legal Support - New York | | $1,407.10 |
| Transcript charges | TSG Reporting, Inc. | | $753.35 |
| Travel | My Limousine Service | | $74.37 |
| Travel | Elite Limousine Plus Inc. | | $114.72 |
| Travel | American Express/Trv. | | $4,097.95 |
| Travel | | | $1,778.96 |
| Computerized legal research | | | $8,226.03 |
| Photocopies (13,317 pages) | | $0.10 | $1,331.70 |
| Reimbursable expenses of Committee Members | | | $1,751.80 |
| **TOTAL DISBURSEMENTS** | | | **$24,476.07** |

| | |
|---|---|
| **Case Name:** | **SRC LIQUIDATION COMPANY, et al.** |
| **Case Number:** | **15-10541 (BLS)** |
| **Applicant's Name:** | **Lowenstein Sandler LLP** |
| **Date of Application:** | **October 15, 2015** |
| **Interim or Final:** | **Second Interim** |

UST Form 11-330-C   (2013)                              Page 1