# EXHIBIT E

**EXHIBIT E**

**Summary Cover Sheet of Fee Application**

| | |
|---|---|
| Name of applicant | Lowenstein Sandler LLP |
| Name of client | Official Committee of Unsecured Creditors |
| Time period covered by application | June 1, 2015 – September 31, 2015 |
| Total compensation sought this period | $825,827.50 |
| Total expenses sought this period | $24,476.07 |
| Petition date | March 12, 2015 |
| Retention date | March 24, 2015 |
| Date or order approving employment | May 12, 2015 |
| Total compensation approved by interim order to date | $1,056,280.00 |
| Total expenses approved by interim order to date | $27,485.58 |
| Total allowed compensation paid to date | $1,639,029.00 |
| Total allowed expenses paid to date | $49,624.67 |
| Blended rate in this application for all attorneys | $562.72 |
| Blended rate in this application for all timekeepers | $550.70 |
| Compensation sought in this application already paid pursuant to a monthly compensation order but not yet allowed | $582,749.00 |
| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed | $22,139.55 |
| Number of professionals (attorneys) included in this application | 18 |
| If applicable, number of professionals in this application not included in staffing plan approved by client | N/A |
| If applicable, difference between fees budgeted and compensation sought for this application period | N/A |
| Number of professionals (attorneys) billing fewer than 15 hours to the case during this period | 11 |
| Are any rates higher than those approved or disclosed at retention? If yes, calculate the amount of compensation attributable to any rate increase | Yes, Lowenstein Sandler's hourly rates are subject to periodic adjustment to effect economic and other conditions, generally on July 1 of each calendar year.  The amount of compensation attributable to this rate increase is $20,144.25 |

**Case Name:**      **SRC LIQUIDATION COMPANY, et al.**

**Case Number:**    **15-10541 (BLS)**

**Applicant's Name:**   **Lowenstein Sandler LLP**

**Date of Application:**   **October 15, 2015**

**Interim or Final:**     **Second Interim**

UST Form 11-330-C  (2013)                    Page 1