# EXHIBIT F

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION COMPANY, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered) |

### CERTIFICATION OF SHARON L. LEVINE, ESQ.

Sharon L. Levine, pursuant to 28 U.S.C. § 1746, states as follows:

1. I am a Partner with the law firm of Lowenstein Sandler LLP ("**Lowenstein Sandler**"), counsel for the Official Committee of Unsecured Creditors in the above captioned matter. I hereby submit this Certification in connection with and in support of Lowenstein Sandler's second interim fee application (the "**Application**") for allowance of compensation for services rendered and reimbursement of expenses incurred from June 1, 2015 through September 30, 2015 (the "**Interim Period**"), pursuant to sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

I hereby certify that:

    (a) I have read the Application;

    (b) The fees and disbursements sought are billed at rates and in accordance with practices customarily employed by Lowenstein Sandler and generally accepted by Lowenstein Sandler's clients;

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

(c) To the best of my knowledge, information and belief, in providing a reimbursable service, Lowenstein Sandler does not make a profit on that service, whether the service is performed by Lowenstein Sandler in-house or through a third party; and

(d) To the best of my knowledge, information and belief, the Application substantially complies with the Bankruptcy Rules, the local rules of this Court and the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 for Attorneys in Larger Chapter 11 Case*, (the "**U.S. Trustee Guidelines**").[2]

2. I hereby certify that, to the best of my knowledge, information and belief, Lowenstein Sandler has served copies of its monthly fee statements upon i) the Standard Register Company, 600 Albany Street, Dayton, OH 45417 (Attn: Kevin Carmody, CRO), (ii) the attorneys for the Debtors, (A) Gibson, Dunn & Crutcher LLP, 333 South Grand Avenue, Los Angeles, CA 90071 (Attn: Robert A. Klyman) and (B) Young Conaway Stargatt & Taylor, LLP, 1000 N. King Street, Rodney Square, Wilmington, DE 19801 (Attn: Michael R. Nestor); (iii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Mark Kenney); (iv) counsel for Silver Point Finance, LLC, Skadden, Arps, Slate, Meagher & Flom LLP, 155 N. Wacker Drive, Chicago, IL 60606-1720 (Attn: Ron E. Meisler); and (v) counsel for Bank of America, N.A., Parker, Hudson, Rainer & Dobbs LLP, 1500 Marquis Two Tower, 285 Peachtree Center Avenue, Atlanta, GA 30303 (Attn: C. Edward Dobbs, Esq.). (collectively, the "**Notice Parties**"), for all months encompassed by the Interim Period.

3. I hereby certify that as of the date of this Application, $604,888.55 has been received by Lowenstein Sandler on account of the monthly statements covered by the Application.

4. The Notice Parties are each being served with a copy of this Application at the time of filing.

---

[2] To the extent there has not been material compliance with any particular rule or guideline, Applicant respectfully requests a waiver or an opportunity to cure.

-3-

5. In accordance with section 504 of the Bankruptcy Code and 18 U.S.C. § 155, there is no prohibited agreement or understanding between Lowenstein Sandler and any other person for the sharing of compensation to be received for services rendered in these cases.

6. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: October 15, 2015

*/s/ Sharon L. Levine*
Sharon L. Levine, Esq.