### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

### <u>AFFIDAVIT OF SERVICE</u>

I, Timothy R. Quinn, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 14, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via overnight mail on the Transferred Contract Counterparty Service List attached hereto as **<u>Exhibit A</u>**:

- (Customized) Notice Regarding Designation as Post-Closing Transferred Contract and Assumption and Assignment Thereof [a non-customized copy of which is attached hereto as **<u>Exhibit B</u>**]

Dated: October 15, 2015

Timothy R. Quinn

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 15, 2015, by Timothy R. Quinn, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

BENJAMIN JOSEPH STEELE
NOTARY PUBLIC-STATE OF NEW YORK
No. 02ST6290268
Qualified in New York County
My Commission Expires October 07, 2017

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

SRF 4662

## Exhibit A

## Exhibit A
Transferred Contract Counterparty Service List
Served via Overnight Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|
| MedAssets Performance Mgmt Solution | | 5543 Legacy Drive | | Plano | TX | 75024 |
| MedAssets Performance Mgmt Solution | | 5543 Legacy Drive | | Plano | TX | 75024 |
| Navistar Defense LLC | | 2701 Navistar Drive | | Lisle | IL | 60532 |
| Navistar Inc. | | 2701 Navistar Drive | | Lisle | IL | 60532 |
| Northern Tier Retail LLC | Attn: General Counsel | 576 Bielenberg Drive | Suite 200 | Woodbury | MN | 55125 |
| Oregon Health and Science University | | 3930 SW Macadam Ave. | | Portland | OR | 97239 |
| Pacer Stacktrain | Attn: General Counsel | 6805 Permieter Dr. | | Dublin | OH | 43016-8690 |
| Route 66 Ventures LLC | | 118 King St. | Suite 2 | Alexandria | VA | 22314-3288 |
| Starwood Hotels & Resorts | Attn: General Counsel | PO Box 14029 | Suite H210 | Scottsdale | AZ | 85267-4029 |
| Tyco International US Inc. | | 9 Roszel Rd. | Suite 2 | Princeton | NJ | 08540 |
| Wellman Inc. | | PO Box 188 | | Johnsonville | SC | 29555-0188 |

**<u>Exhibit B</u>**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | **Re Docket No. 698** |

**NOTICE REGARDING DESIGNATION AS POST-CLOSING TRANSFERRED
CONTRACT AND ASSUMPTION AND ASSIGNMENT THEREOF**

**PLEASE TAKE NOTICE** that, on June 19, 2015, the United States Bankruptcy Court for the District of Delaware (the "Court") entered that certain *Order (I) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (II) Granting Certain Related Relief* [Docket No. 698] (the "Sale Order").[2]

**PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraph 27 of the Sale Order, the Buyers delivered a schedule of Potential Contracts to the Debtors prior to the Closing Date. You previously received notice regarding the designation of applicable agreements as Potential Contracts.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraphs 27 and 28 of the Sale Order, the Buyers were granted ninety (90) days from the Closing Date to determine whether to assume or reject the Potential Contracts.

**PLEASE TAKE FURTHER NOTICE** that, as of the date hereof, and in accordance with paragraph 35 of the Sale Order, the Buyers have designated the Potential Contracts listed on Exhibit A hereto as Post-Closing Transferred Contracts, and such Post-Closing Transferred Contracts shall be deemed assumed and assigned to the Buyers upon the expiration of five (5) business days from the date hereof.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Sale Order.

Dated:    October 14, 2015
          Wilmington, DE            */s/ Matthew P. Austria*
                                    Matthew P. Austria (DE No. 4827)
                                    WERB & SULLIVAN
                                    300 Delaware Avenue, 13th Floor
                                    P.O. Box 25046
                                    Wilmington, Delaware 19899
                                    (For courier: 19801)
                                    Telephone:  (302) 652-1100
                                    Facsimile:  (302) 652-1111
                                    E-mail:  maustria@werbsullivan.com

                                    -and-

                                    Phillip Bohl (MN No. 139191)
                                    GRAY, PLANT, MOOTY,
                                    MOOTY & BENNET, P.A.
                                    500 IDS Center
                                    80 South Eighth Street
                                    Minneapolis, Minnesota 55402
                                    Telephone:  (612) 632-3000
                                    Facsimile:  (612) 632-4019
                                    Email:  Phillip.bohl@gpmlaw.com

                                    *Counsel to Taylor Corporation*

## EXHIBIT A

## Post-Closing Transferred Contracts

| Counterparty Name | Executory Contract or Unexpired Lease | Cure Amount |
|---|---|---|