**<u>Exhibit A</u>**
**(No Liability Pension Claims)**

| | NAME | DEBTOR | CLAIM FILED DATE | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | Antisdel, Daisy | SRC Liquidation Company | 6/8/15 | 1630 | $40,500.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 2 | Atkinson, Mary | SRC Liquidation Company | 7/8/15 | 2268 | Unliquidated* | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |

| | NAME | DEBTOR | CLAIM FILED DATE | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 3 | Bradshaw, Charles | SRC Liquidation Company | 6/10/10 | 1815 | Unliquidated* | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 4 | Breitmayer, Janet | SRC Liquidation Company | 6/4/15 | 1414 | Unliquidated* | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |

| | NAME | DEBTOR | CLAIM FILED DATE | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 5 | Brummett, Jimmy | SRC Liquidation Company | 6/3/15 | 1349 | Unliquidated* | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 6 | Bruniga, Margaret | SRC Liquidation Company | 6/8/15 | 1651 | Unliquidated* | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |

3

| | NAME | DEBTOR | CLAIM FILED DATE | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 7 | Brunkalla, Martin F. | SRC Liquidation Company | 6/30/15 | 2045 | Unliquidated* | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 8 | Brunkalla, Martin F. | SRC Liquidation Company | 6/30/15 | 2036 | Unliquidated* | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |

4

| | NAME | DEBTOR | CLAIM FILED DATE | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 9 | Buchanan, Herbert Lee | SRC Liquidation Company | 7/7/15 | 2202 | $30,000.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 10 | Caron, Julie | SRC Liquidation Company | 6/2/15 | 1294 | Unliquidated* | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |

| | NAME | DEBTOR | CLAIM FILED DATE | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 11 | Chalupa, Jr., Frank | SRC Liquidation Company | 5/28/15 | 1111 | Unliquidated* | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 12 | Chapman, Sheryl | SRC Liquidation Company | 6/5/15 | 1544 | Unliquidated* | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |

| | NAME | DEBTOR | CLAIM FILED DATE | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 13 | Clardy, Monique | SRC Liquidation Company | 6/1/15 | 1276 | $8,821.64 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 14 | Clements, Richard | SRC Liquidation Company | 6/5/15 | 1464 | $104,000.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |

| | NAME | DEBTOR | CLAIM FILED DATE | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 15 | Cooper, Claudia | SRC Liquidation Company | 6/4/15 | 1377 | $97,934.76 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 16 | Courson, Roger | SRC Liquidation Company | 5/26/15 | 1024 | $44,496.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |

| | NAME | DEBTOR | CLAIM FILED DATE | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 17 | Craley, Lorraine | SRC Liquidation Company | 6/8/15 | 1675 | Unliquidated* | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 18 | De Jong, Hendrikus J | SRC Liquidation Company | 6/8/15 | 1560 | Unliquidated* | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |

| | NAME | DEBTOR | CLAIM FILED DATE | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 19 | Doane, Charles | SRC Liquidation Company | 6/9/15 | 1686 | $204,008.40 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 20 | Donnelly, James | SRC Liquidation Company | 5/26/15 | 1064 | Unliquidated* | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |

| | NAME | DEBTOR | CLAIM FILED DATE | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 21 | Eagan, Jean | SRC Liquidation Company | 6/2/15 | 1293 | $60,249.82 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 22 | Eckles Jr., Melvin | SRC Liquidation Company | 5/29/15 | 1154 | Unliquidated* | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |

11

| | NAME | DEBTOR | CLAIM FILED DATE | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 23 | Elar, Anthony | SRC Liquidation Company | 5/27/15 | 1119 | $330.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 24 | Farkas, Barbara | SRC Liquidation Company | 6/23/15 | 2035 | Unliquidated* | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |

| | NAME | DEBTOR | CLAIM FILED DATE | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 25 | Feenane, Edward | SRC Liquidation Company | 5/27/15 | 1074 | Unliquidated* | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 26 | Filhart, Tuyet | SRC Liquidation Company | 6/4/15 | 1346 | Unliquidated* | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |

| | NAME | DEBTOR | CLAIM FILED DATE | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 27 | Flodine, William | SRC Liquidation Company | 6/10/15 | 1799 | Unliquidated* | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 28 | Ford, Mary | SRC Liquidation Company | 6/9/15 | 1777 | Unliquidated* | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |

| | NAME | DEBTOR | CLAIM FILED DATE | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 29 | Frasier, Sarah | SRC Liquidation Company | 5/28/15 | 1141 | Unliquidated* | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 30 | Gallant, Robert | SRC Liquidation Company | 6/6/15 | 1518 | $216,000.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |

15

| | NAME | DEBTOR | CLAIM FILED DATE | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 31 | Gapsis , Peter | SRC Liquidation Company | 6/8/15 | 1623 | $145.48 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 32 | Ginwright, William | SRC Liquidation Company | 7/1/15 | 2072 | Unliquidated* | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |

| | NAME | DEBTOR | CLAIM FILED DATE | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 33 | Haines, Marcia | SRC Liquidation Company | 6/1/15 | 1308 | Unliquidated* | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 34 | Hall, Charles | SRC Liquidation Company | 7/7/15 | 2156 | Unliquidated* | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |

17

| | NAME | DEBTOR | CLAIM FILED DATE | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 35 | Haranczak, Keith | SRC Liquidation Company | 6/8/15 | 1637 | $20,000.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 36 | Heller, G Franklin | SRC Liquidation Company | 6/4/15 | 1427 | Unliquidated* | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |

| | NAME | DEBTOR | CLAIM FILED DATE | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 37 | Henry Kupferschmidt A.K.A. Henry C. Kupferschmidt Jr. | SRC Liquidation Company | 5/29/15 | 1142 | Unliquidated* | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 38 | Hopkins (Pioch), Diane | SRC Liquidation Company | 5/27/15 | 1055 | Unliquidated* | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |

| | NAME | DEBTOR | CLAIM FILED DATE | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 39 | Hudson, William | SRC Liquidation Company | 5/29/15 | 1090 | Unliquidated* | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 40 | Hunt, Gary | SRC Liquidation Company | 6/30/15 | 2039 | $44,000.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |

| | NAME | DEBTOR | CLAIM FILED DATE | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 41 | Ileleji, Annie | SRC Liquidation Company | 6/7/15 | 1540 | $15,000.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 42 | Jassel, Dona | SRC Liquidation Company | 6/5/15 | 1480 | $6,739.46 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |

| | NAME | DEBTOR | CLAIM FILED DATE | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 43 | Jaynes, Phillip | SRC Liquidation Company | 7/8/15 | 2227 | Unliquidated* | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 44 | Johnson, Danny | SRC Liquidation Company | 5/28/15 | 1176 | Unliquidated* | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |

| | NAME | DEBTOR | CLAIM FILED DATE | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 45 | Kellerhals, Louise | SRC Liquidation Company | 5/31/15 | 1209 | Unliquidated* | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 46 | Kemberling, Jerry | SRC Liquidation Company | 6/4/15 | 1401 | Unliquidated* | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |

23

| | NAME | DEBTOR | CLAIM FILED DATE | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 47 | King, Joseph A | SRC Liquidation Company | 6/9/15 | 1774 | Unliquidated* | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 48 | Klingbeil, Dennis | SRC Liquidation Company | 5/27/15 | 1503 | $170.84 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |

| | NAME | DEBTOR | CLAIM FILED DATE | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 49 | Knaub Iii, George | SRC Liquidation Company | 6/26/15 | 2034 | Unliquidated* | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 50 | Knedlik, Emily | SRC Liquidation Company | 6/15/15 | 1852 | Unliquidated* | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |

| | NAME | DEBTOR | CLAIM FILED DATE | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 51 | Kuch, John | SRC Liquidation Company | 6/3/15 | 1363 | $653,952.60 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 52 | Large, Julienne | SRC Liquidation Company | 6/8/15 | 1617 | $159.44 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |

| | NAME | DEBTOR | CLAIM FILED DATE | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 53 | Lowder, Cynthia | SRC Liquidation Company | 5/18/15 | 869 | Unliquidated* | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 54 | Magoon, Joseph | SRC Liquidation Company | 6/1/15 | 1266 | $209,097.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |

27

| | NAME | DEBTOR | CLAIM FILED DATE | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 55 | Matt, Gregory | SRC Liquidation Company | 5/20/15 | 968 | $5,400.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 56 | Mccarthy, Edmund | SRC Liquidation Company | 6/2/15 | 1280 | Unliquidated* | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |

| | NAME | DEBTOR | CLAIM FILED DATE | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 57 | Mccubbin, Edward L. | SRC Liquidation Company | 6/5/15 | 1455 | $135.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 58 | Mcdaniels, Earl | SRC Liquidation Company | 5/29/15 | 1161 | Unliquidated* | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |

| | NAME | DEBTOR | CLAIM FILED DATE | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 59 | Mcevilly, Mary | SRC Liquidation Company | 5/27/15 | 1194 | Unliquidated* | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 60 | Mcgehee, Michael | SRC Liquidation Company | 6/1/15 | 1316 | $19,695.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |

| | NAME | DEBTOR | CLAIM FILED DATE | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 61 | Means, Donna | SRC Liquidation Company | 5/26/15 | 1199 | Unliquidated* | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 62 | Morris, Michael | SRC Liquidation Company | 6/8/15 | 1680 | Unliquidated* | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |

31

| | NAME | DEBTOR | CLAIM FILED DATE | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 63 | Oliger, Kari | SRC Liquidation Company | 5/29/15 | 1088 | $117,517.86 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 64 | Parsons, Douglas | SRC Liquidation Company | 5/26/15 | 1212 | Unliquidated* | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |

32

| | NAME | DEBTOR | CLAIM FILED DATE | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 65 | Pawlick, Thomas | SRC Liquidation Company | 5/22/15 | 1228 | $12,103.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 66 | Pelersi, Susan | SRC Liquidation Company | 6/2/15 | 1296 | $88,718.26 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |

33

| | NAME | DEBTOR | CLAIM FILED DATE | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 67 | Plattenburg, Patricia | SRC Liquidation Company | 6/15/15 | 1877 | Unliquidated* | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 68 | Potts, Jennifer | SRC Liquidation Company | 7/7/15 | 2173 | Unliquidated* | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |

| | NAME | DEBTOR | CLAIM FILED DATE | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 69 | Rand, Ralph | SRC Liquidation Company | 6/1/15 | 1247 | Unliquidated* | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 70 | Ratti, Karen E. | SRC Liquidation Company | 5/26/15 | 1202 | $27,924.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |

| | NAME | DEBTOR | CLAIM FILED DATE | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 71 | Rich, Tony | SRC Liquidation Company | 5/25/15 | 1215 | $6,122.21 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 72 | Rine, Patricia | SRC Liquidation Company | 5/23/15 | 1217 | $1,000.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |

36

| | NAME | DEBTOR | CLAIM FILED DATE | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 73 | Salenger, Donald | SRC Liquidation Company | 5/28/15 | 1504 | $1,678.95 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 74 | Satterfield, Scott | SRC Liquidation Company | 6/5/15 | 1545 | $15,000.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |

37

| | NAME | DEBTOR | CLAIM FILED DATE | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 75 | Schultz, Catherine | SRC Liquidation Company | 6/29/15 | 2009 | $50,000.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 76 | Simpson, Eugene | SRC Liquidation Company | 6/1/15 | 1244 | Unliquidated* | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |

| | NAME | DEBTOR | CLAIM FILED DATE | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 77 | Skillicorn, April | SRC Liquidation Company | 6/10/15 | 1796 | Unliquidated* | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 78 | Supowitz, Bruce | SRC Liquidation Company | 6/11/15 | 1812 | Unliquidated* | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |

| | NAME | DEBTOR | CLAIM FILED DATE | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 79 | Telliga, Matthew | SRC Liquidation Company | 6/5/15 | 1539 | $1,227.04 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 80 | Thouvenel, Bruce | SRC Liquidation Company | 6/1/15 | 1254 | Unliquidated* | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |

| | NAME | DEBTOR | CLAIM FILED DATE | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 81 | Toce, Nicholas | SRC Liquidation Company | 6/5/15 | 1488 | $164.22 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 82 | Via, Mary | SRC Liquidation Company | 5/27/15 | 1097 | Unliquidated* | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |

| | NAME | DEBTOR | CLAIM FILED DATE | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 83 | Viggiano, Margaret | SRC Liquidation Company | 6/1/15 | 1436 | Unliquidated* | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 84 | Walden, Elaine | SRC Liquidation Company | 6/8/15 | 1605 | Unliquidated* | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |

| | NAME | DEBTOR | CLAIM FILED DATE | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 85 | Walden, Elaine | SRC Liquidation Company | 6/16/15 | 1882 | Unliquidated* | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 86 | Wangler, Debra | SRC Liquidation Company | 5/29/15 | 1167 | $34,045.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |

| | NAME | DEBTOR | CLAIM FILED DATE | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 87 | Wells, Tammy | SRC Liquidation Company | 6/1/15 | 1311 | $15,000.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 88 | Westbrook, Sherry | SRC Liquidation Company | 6/15/15 | 1881 | Unliquidated* | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |

44

| | NAME | DEBTOR | CLAIM FILED DATE | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 89 | White, Debbie | SRC Liquidation Company | 5/27/15 | 1038 | $94,000.52 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 90 | White, Mary | SRC Liquidation Company | 6/1/15 | 1312 | Unliquidated* | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |

| | NAME | DEBTOR | CLAIM FILED DATE | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 91 | Wilde, Steven | SRC Liquidation Company | 7/8/15 | 2254 | $600,000.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 92 | Willard, Cynthia | SRC Liquidation Company | 6/6/15 | 1526 | Unliquidated* | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |

46

| | NAME | DEBTOR | CLAIM FILED DATE | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 93 | Williams, Wesley | SRC Liquidation Company | 7/6/15 | 2134 | $18,500.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 94 | Wilson, Tony | SRC Liquidation Company | 6/5/15 | 1510 | $2,822.44 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |

47

| | NAME | DEBTOR | CLAIM FILED DATE | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 95 | Witman, Victor | SRC Liquidation Company | 5/22/15 | 996 | Unliquidated* | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 96 | Yeagle, Paul | SRC Liquidation Company | 6/1/15 | 1302 | $146,546.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |

| | NAME | DEBTOR | CLAIM FILED DATE | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 97 | Young, Dana | SRC Liquidation Company | 6/2/15 | 1437 | Unliquidated* | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |

49