**Exhibit B**
**(Other No Liability Claims)**

01:17829732.1

| | Name | Claim No. To Be Disallowed | Claim Amount | Basis For Disallowance |
|---|---|---|---|---|
| 1 | Thicklin, Christopher | 1084 | $4,120.10 | Claim is asserted against Standard Register Holding, S. de R.L. de C.V. but neither the proof of claim nor the Debtors' books and records provide any support for liability against Standard Register Holding, S. de R.L. de C.V. Claim No. 841, filed against SRC Liquidation Company, currently remains unaffected on the claims register. |
| 2 | Thicklin, Christopher | 1091 | $4,120.10 | Claim is asserted against SR Liquidation Technologies, Inc. but neither the proof of claim nor the Debtors' books and records provide any support for liability against SR Liquidation Technologies, Inc. Claim No. 841, filed against SRC Liquidation Company, currently remains unaffected on the claims register. |
| 3 | Thicklin, Christopher | 1115 | $4,120.10 | Claim is asserted against SR Liquidation International, Inc. but neither the proof of claim nor the Debtors' books and records provide any support for liability against SR Liquidation International, Inc. Claim No. 841, filed against SRC Liquidation Company, currently remains unaffected on the claims register. |