**Exhibit C**
**(Reclassified Claims)**

01:17829732.1

| | Name of Claimant | Claim No. | Claim Amount and Classification | Modified Reclassification Status | Reason for Reclassification |
|---|---|---|---|---|---|
| 1 | Enterprise Search Associates, LLC | 200 | Priority Claim: $913.50<br>General Unsecured Claim: $12,600.00 | General Unsecured Claim: $13,513.50 | Claimant is not a governmental unit and does not provide any basis for asserting that its claim is entitled to priority status under section 507(a)(8) of the Bankruptcy Code, as asserted, or otherwise |
| 2 | Mellen Marketing Associates, Inc. | 484 | Priority Claim: $12,518.50<br>503(b)(9) Administrative Claim: $14,161.69 | 503(b)(9) Administrative Claim: $14,161.69 | Claimant asserts that the entire claim amount equals $14,161.69 and that the claim is entitled to administrative priority under section 503(b)(9) of the Bankruptcy Code. Claimant does not provide any basis for asserting a claim in excess of $14,161.69 or that its claim is entitled to priority under any other subsection of section 507 of the Bankruptcy Code. |