**Exhibit C**
**(Amended and Superseded Claims)**

| | AMENDED CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 1 | Classic Graphics, Inc. | 6/9/15 | 1661 | $76,725.32 | Classic Graphics, Inc. | 6/23/15 | 1976 | $34,052.70 | Amends claim no. 1661 |
| 2 | Classic Graphics, Inc. | 6/23/15 | 1975 | $34,052.70 | Classic Graphics, Inc. | 6/23/15 | 1976 | $34,052.70 | Amends claim no. 1975 |
| 3 | Collins, Billie | 4/3/15 | 330 | $8,430.50 | Collins, Billie J. | 5/26/15 | 1211 | $8,430.50 | Amends claim no. 330 |
| 4 | County of Orange | 3/24/15 | 120 | $7,574.27 | County of Orange | 8/26/15 | 2454 | $2,810.81 | Amends claim no. 120 |
| 5 | County of Orange | 5/22/15 | 1013 | $7,683.30 | County of Orange | 8/26/15 | 2454 | $2,810.81 | Amends claim no. 1013 |
| 6 | Enterprise Search Associates, LLC | 3/12/15 | 1 | $13,513.50 | Enterprise Search Associates, LLC | 3/30/15 | 200 | $13,513.50 | Amends claim no. 1 |
| 7 | Ginnan, Robert M. | 7/7/15 | 2182 | $246,799.00 | Ginnan, Robert M. | 7/7/15 | 2207 | $246,799.00 | Amends claim no. 2182 |
| 8 | Imagine Print Solutions Inc | 6/9/15 | 1760 | $93,562.00 | Imagine Print Solutions Inc | 6/10/15 | 1890 | $46,781.00 | Amends claim no. 1760 |
| 9 | King, John Graham | 7/6/15 | 2112 | $29,400.00 | King, John G. | 7/8/15 | 2308 | $29,400.00 | Amends claim no. 2112 |
| 10 | Louisiana Department of Revenue | 4/24/15 | 798 | $200.00 | State of Louisiana Department of Revenue | 6/1/15 | 1497 | $100.00 | Amends claim no. 798 |
| 11 | Moder, Jeffery | 6/30/15 | 2049 | $21,000.00 | Moder, Jeffery | 7/8/15 | 2309 | $12,475.00 | Amends claim no. 2049 |
| 12 | Moder, Jeffery | 7/8/15 | 2286 | $33,475.00 | Moder, Jeffery | 7/8/15 | 2309 | $12,475.00 | Amends claim no. 2286 |
| 13 | New Mexico Department of Workforce Solutions | 6/4/15 | 1344 | $1,010.74 | New Mexico Department of Workforce Solutions | 6/9/15 | 1629 | $505.37 | Amends claim no. 1344 |
| 14 | Oklahoma Tax Commission | 4/20/15 | 615 | $5,773.64 | Oklahoma Tax Commission | 8/6/15 | 2404 | $3,008.85 | Amends claim no. 615 |
| 15 | Pension Benefit Guaranty Corporation | 5/21/15 | 910 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2438 | $34,269,661.33 | Amends claim no. 910 |
| 16 | Pension Benefit Guaranty Corporation | 5/21/15 | 931 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2406 | $17,877,054.00 | Amends claim no. 931 |
| 17 | Pension Benefit Guaranty Corporation | 5/21/15 | 932 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2420 | $17,877,054.00 | Amends claim no. 932 |

| | AMENDED CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 18 | Pension Benefit Guaranty Corporation | 5/21/15 | 934 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2421 | $17,877,054.00 | Amends claim no. 934 |
| 19 | Pension Benefit Guaranty Corporation | 5/21/15 | 935 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2439 | $34,269,661.33 | Amends claim no. 935 |
| 20 | Pension Benefit Guaranty Corporation | 5/21/15 | 936 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2413 | $34,269,661.33 | Amends claim no. 936 |
| 21 | Pension Benefit Guaranty Corporation | 5/21/15 | 937 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2409 | $34,269,661.33 | Amends claim no. 937 |
| 22 | Pension Benefit Guaranty Corporation | 5/21/15 | 938 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2429 | $34,269,661.33 | Amends claim no. 938 |
| 23 | Pension Benefit Guaranty Corporation | 5/21/15 | 939 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2415 | $34,269,661.33 | Amends claim no. 939 |
| 24 | Pension Benefit Guaranty Corporation | 5/21/15 | 940 | $271,400,000.00 | Pension Benefit Guaranty Corporation | 8/11/15 | 2432 | $322,200,000.00 | Amends claim no. 940 |
| 25 | Pension Benefit Guaranty Corporation | 5/21/15 | 941 | $271,400,000.00 | Pension Benefit Guaranty Corporation | 8/11/15 | 2418 | $322,200,000.00 | Amends claim no. 941 |
| 26 | Pension Benefit Guaranty Corporation | 5/21/15 | 942 | $271,400,000.00 | Pension Benefit Guaranty Corporation | 8/11/15 | 2419 | $322,200,000.00 | Amends claim no. 942 |
| 27 | Pension Benefit Guaranty Corporation | 5/21/15 | 943 | $271,400,000.00 | Pension Benefit Guaranty Corporation | 8/11/15 | 2426 | $322,200,000.00 | Amends claim no. 943 |
| 28 | Pension Benefit Guaranty Corporation | 5/21/15 | 944 | $271,400,000.00 | Pension Benefit Guaranty Corporation | 8/11/15 | 2427 | $322,200,000.00 | Amends claim no. 944 |
| 29 | Pension Benefit Guaranty Corporation | 5/21/15 | 945 | $271,400,000.00 | Pension Benefit Guaranty Corporation | 8/11/15 | 2435 | $322,200,000.00 | Amends claim no. 945 |

| | AMENDED CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 30 | Pension Benefit Guaranty Corporation | 5/21/15 | 946 | $271,400,000.00 | Pension Benefit Guaranty Corporation | 8/11/15 | 2423 | $322,200,000.00 | Amends claim no. 946 |
| 31 | Pension Benefit Guaranty Corporation | 5/21/15 | 947 | $271,400,000.00 | Pension Benefit Guaranty Corporation | 8/11/15 | 2408 | $322,200,000.00 | Amends claim no. 947 |
| 32 | Pension Benefit Guaranty Corporation | 5/21/15 | 948 | $271,400,000.00 | Pension Benefit Guaranty Corporation | 8/11/15 | 2422 | $322,200,000.00 | Amends claim no. 948 |
| 33 | Pension Benefit Guaranty Corporation | 5/21/15 | 949 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2412 | $34,269,661.33 | Amends claim no. 949 |
| 34 | Pension Benefit Guaranty Corporation | 5/21/15 | 950 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2433 | $34,269,661.33 | Amends claim no. 950 |
| 35 | Pension Benefit Guaranty Corporation | 5/21/15 | 952 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2414 | $34,269,661.33 | Amends claim no. 952 |
| 36 | Pension Benefit Guaranty Corporation | 5/21/15 | 954 | $271,400,000.00 | Pension Benefit Guaranty Corporation | 8/11/15 | 2431 | $322,200,000.00 | Amends claim no. 954 |
| 37 | Pension Benefit Guaranty Corporation | 5/21/15 | 955 | $271,400,000.00 | Pension Benefit Guaranty Corporation | 8/11/15 | 2410 | $322,200,000.00 | Amends claim no. 955 |
| 38 | Pension Benefit Guaranty Corporation | 5/21/15 | 957 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2411 | $17,877,054.00 | Amends claim no. 957 |
| 39 | Pension Benefit Guaranty Corporation | 5/21/15 | 958 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2436 | $17,877,054.00 | Amends claim no. 958 |
| 40 | Pension Benefit Guaranty Corporation | 5/21/15 | 959 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2416 | $17,877,054.00 | Amends claim no. 959 |
| 41 | Pension Benefit Guaranty Corporation | 5/21/15 | 960 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2407 | $17,877,054.00 | Amends claim no. 960 |

| | AMENDED CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 42 | Pension Benefit Guaranty Corporation | 5/21/15 | 961 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2425 | $17,877,054.00 | Amends claim no. 961 |
| 43 | Pension Benefit Guaranty Corporation | 5/21/15 | 962 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2428 | $17,877,054.00 | Amends claim no. 962 |
| 44 | Pension Benefit Guaranty Corporation | 5/21/15 | 963 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2437 | $17,877,054.00 | Amends claim no. 963 |
| 45 | Pension Benefit Guaranty Corporation | 5/21/15 | 965 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2405 | $17,877,054.00 | Amends claim no. 965 |
| 46 | Pension Benefit Guaranty Corporation | 5/21/15 | 1229 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2424 | $34,269,661.33 | Amends claim no. 1229 |
| 47 | Pension Benefit Guaranty Corporation | 5/21/15 | 1234 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2434 | $34,269,661.33 | Amends claim no. 1234 |
| 50 | Sonar Credit Partners III, LLC as Transferee for Wenaas USA, INc. | 5/7/15 | 695 | $7,493.43 | Wenaas USA, Inc. | 7/13/15 | 2360 | $3,895.14 | Amends claim no. 695 |
| 51 | Sowar, Gerard D. | 7/6/15 | 2110 | $193,682.00 | Sowar, Gerard D. | 7/7/15 | 2208 | $193,682.00 | Amends claim no. 2110 |
| 52 | Wenaas USA, Inc. | 7/13/15 | 2359 | $3,598.29 | Wenaas USA, Inc. | 7/13/15 | 2360 | $3,895.14 | Amends claim no. 2359 |

4