# SIGN-IN SHEET

**CASE NAME:** SRC LIQUIDATION CO.
**CASE NO.:** 15-10541
**COURTROOM NO.:** 1 **JUDGE SHANNON**
**DATE:** OCTOBER 15, 2015

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Josh Edler | Polsinelli | Committee |
| Jeremy Graves | Gibson Dunn | Debtors |
| Matt Bouslog | " " | Debtors |
| Drew Magaziw | YCST | Debtors |
| Jason Powell | Fox Joseph | TPL Graphics Inc. |
| Courtney Morgan | Pension Benefit Guaranty Corp | PBGC |
| Wojciech Jung | Lowenstein Sandler | Committee |
| Matth Austin | Werb & Sullivan | Taylor Corp |

# U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Brendan L. Shannon
### #1

**Court Conference**

Calendar Date: 10/15/2015
Calendar Time: 10:00 AM ET

Amended Calendar 10/15/2015 05:31 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | SRC Liquidation Company | 15-10541 | Hearing | 7206630 | Christopher Dressell | (312) 407-0968 | Skadden Arps Slate Meagher & Flom (Chicago) | Interested Party, Silver Point Finance and Standard Acquisitions Holdings, LLC / LIVE |
| | | SRC Liquidation Company | 15-10541 | Hearing | 7204966 | Kelly C. Griffith | 315-423-7100 | Harris Beach PLLC | Creditor,TLF Graphics Inc. / LIVE |
| | | SRC Liquidation Company | 15-10541 | Hearing | 7206690 | Abigail M. McGibbon | (612) 632-3019 | Gray Plant Mooty | Interested Party,Taylor Corporation / LISTEN ONLY |
| | | SRC Liquidation Company | 15-10541 | Hearing | 7207731 | Michael A Rosenthal | 212-351-3969 | Gibson, Dunn & Crutcher LLP | Debtor, The Standard Register Company / LIVE |