# **EXHIBIT A**[1]

Disputed Drop-Ship Claims

---

[1] Capitalized terms used but not otherwise defined on Exhibit A shall have the meanings ascribed to such terms in the Objection.

| Name of Claimant | Claim Number | Claim Amount | 503(b)(9) Claimed Amount | Modified 503(b)(9) Amount | Modified General Unsecured Amount | Reason for Modification |
|---|---|---|---|---|---|---|
| Business Card Service, Inc. | 1577 | $1,160,247.65 | $555,271.41 | $13,518.05 | $1,146,729.60 | Goods not delivered to Debtors |
| The Envelope Printery, Inc. | 1775 | $389,460.22 | $321,460.57 | $186,812.82 | $202,647.40 | Goods not delivered to Debtors |
| Lightning Printing, Inc. dba Wallace Carlson Printing | 1067 | $214,152.36 | $185,447.12 | $6,309.26 | $207,843.10 | Goods not delivered to Debtors |
| Printing Solutions of Kansas, Inc. | 634 | $220,506.66 | $183,107.57 | $0 | $220,506.66 | Goods not delivered to Debtors |
| Printing Solutions of Kansas, Inc. | 1166 | $296,259.31 | $254,243.79 | $0 | $296,259.31 | Goods not delivered to Debtors |