# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE  )
                   ) SS
NEW CASTLE COUNTY  )

      Troy M. Bollman, being duly sworn according to law, deposes and says that he is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys to the Debtors in the above-captioned cases, and that on October 6, 2015, he caused a copy of the following document(s) to be served as indicated upon the parties identified on the attached service list:

      **Omnibus Reply in Support of Debtors' First (1st) Omnibus (Substantive) Objection to Claims (Drop-Ship Administrative Priority Claims) [Docket No. 1138]**

_____
Troy M. Bollman

SWORN TO AND SUBSCRIBED before me this 15th day of October, 2015.

_____
Notary Public

MELISSA L. ROMANO
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires June 5, 2018

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

01:17023825.18

# SERVICE LIST
## 10/6/2015

| | |
|---|---|
| Office of the United States Trustee<br>Attn: Mark Kenney, Esq.<br>844 King Street, Suite 2207<br>Lock Box 35<br>Wilmington, DE 19801<br>***Hand Delivery*** | C. Edward Dobbs, Esq.<br>James S. Rankin, Jr., Esq.<br>Jack C. Basham, Jr. Esq.<br>Joshua J. Lewis, Esq.<br>Parker, Hudson, Rainer & Dobbs LLP<br>1500 Marquis Two Tower<br>285 Peachtree Center Avenue, NE<br>Atlanta, GA 30303<br>***First Class Mail*** |
| Kenneth A. Rosen, Esq.<br>Sharon L. Levine, Esq.<br>Lowenstein Sandler LLP<br>65 Livingston Avenue<br>Roseland, NJ 07068<br>***First Class Mail*** | Gerald C. Bender, Esq.<br>Lowenstein Sandler LLP<br>1251 Avenue of the Americas<br>New York, NY 10020<br>***First Class Mail*** |
| Ron E. Meisler, Esq.<br>Albert H. Hogan III, Esq.<br>Christopher M. Dressel, Esq.<br>Carl T. Tullson, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>155 North Wacke Drive<br>Chicago, IL 60606<br>***First Class Mail*** | Christopher A. Ward, Esq.<br>Shanti M. Katona, Esq.<br>Justin K. Edelson, Esq.<br>Polsinelli PC<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801<br>***Hand Delivery*** |
| Mark D. Collins, Esq.<br>Tyler D. Semmelman, Esq.<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>***Hand Delivery*** | Sarah E. Pierce, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899<br>***Hand Delivery*** |

Jillian Francis
President, CEO
Yankee Schooner
47 Thames, E. Williamsburg Industrial Park
Brooklyn, NY 11237
***First Class Mail***

Daniel V. Iannotti, Esq.
c/o The Envelope Printery
1475 Club Drive
Bloomfield Hills, MI 48302
***First Class Mail***

Sheryl J. McHugh
Design Type, Inc.
1670 Spectrum Drive
Lawrenceville, GA 30043
***First Class Mail***

Lee E. Woodward, Esq.
Kelly C. Griffith, Esq.
Harris Beach PLLC
333 West Washington St.
Suite 200
Syracuse, NY 13202
***First Class Mail***

Jamie Witt
Controller
Quick Tech Graphics
408 Sharts Road
Springboro, OH 45066
***First Class Mail***

Wholesale Printing Co.
Attn: Officer, Director or Managing Agent
3 Graf Road, Unit 5
Newburyport, MA 01950
***First Class Mail***

Jason Powell, Esq.
Ferry Joseph, P.A.
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899
***Hand Delivery***

Benjamin W. Keenan, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
***Hand Delivery***