**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE OF SOLICITATION MATERIALS

I, Stanislav Kesler, depose and say that:

1.  I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases. At my direction and under my supervision, employees of Prime Clerk caused the following materials to be served:

    a.  a CD-ROM containing PDF images of the: *(i) Disclosure Statement for First Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and its Affiliates [Docket 1087] with all exhibits thereto including, among others, the First Amended Chapter 11 Plan of Liquidation [Docket 1086];  (ii) Order (I) Scheduling Combined Hearing on Approval of Disclosure Statement and Confirmation of Plan, (II) Establishing Procedures for Solicitation and Tabulation of Votes on Plan and (III) Approving Related Matters* [Docket 1073] (collectively the "***Disclosure Statement CD-ROM***");

    b.  the Disclosure Statement for First Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and its Affiliates [Docket 1087] with all exhibits thereto including, among others, the First Amended Chapter 11 Plan of Liquidation [Docket 1086] (the "***Disclosure Statement Book***");

    c.  the Order (I) Scheduling Combined Hearing on Approval of Disclosure Statement and Confirmation of Plan, (II) Establishing Procedures for Solicitation and Tabulation of Votes on Plan and (III) Approving Related Matters [Docket 1073] excluding all exhibits thereto (the "***Disclosure Statement Order***");

    d.  the Notice of (A) Deadline for Casting Votes to Accept or Reject First Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and its Affiliates, (B) Combined Hearing to Consider Approval of Disclosure Statement and Confirmation of Plan and (C) Related Matters and Procedures [Docket 1093] (the "***Combined Hearing Notice***");

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

  e. the Letter from the Official Committee of Unsecured Creditors to Unsecured Creditors of SRC Liquidation Company, f/k/a The Standard Register Company, *et al.*, a copy of which is attached hereto as **Exhibit A** (the "*Committee Letter*");

  f. the Letter from the Debtors to Creditors of SRC Liquidation Company, f/k/a The Standard Register Company, *et al.*, a copy of which is attached hereto as **Exhibit B** (the "*Debtor Letter*");

  g. the Ballot for Class 4 General Unsecured Claims, a copy of which is attached hereto as **Exhibit C** (the "*Class 4 Ballot*"); and

  h. a pre-addressed, postage paid return envelope (the "*Return Envelope*"), a sample of which is not attached hereto.

2. Unless otherwise stated, on October 12, 2015, at my direction and under my supervision, employees of Prime Clerk caused true and correct copies of the above materials to be served as follows:

  a. the Disclosure Statement Book, Disclosure Statement Order, Combined Hearing Notice, Committee Letter, Debtor Letter and the Class 4 Ballot and a Return Envelope were served via first class mail on the Class 4 (Book) parties identified on the service list attached hereto as **Exhibit D**;

  b. the Disclosure Statement CD-ROM, Combined Hearing Notice, Committee Letter, Debtor Letter and the Class 4 Ballot and a Return Envelope were served via first class mail on the Class 4 (CD) parties identified on the service list attached hereto as **Exhibit E**;

Dated: October 16, 2015

                    Stanislav Kesler

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 16, 2015 by Stanislav Kesler proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

              ADAM ADLER
            NOTARY PUBLIC-STATE OF NEW YORK
              No. 02AD6306134
             Qualified in Nassau County
            My Commission Expires June 16, 2018

**Exhibit A**

# LOWENSTEIN SANDLER LLP

September 22, 2015

To: **Unsecured Creditors of SRC Liquidation Company, *f/k/a* The Standard Register Company, *et al.* (the "Debtors")**

Re: ***Chapter 11 Plan of Liquidation for SRC Liquidation Company and its Affiliates*, Chapter 11 Case No. 15-10541 (BLS) (Bankr. D. Del.) (the "Plan")**

Dear General Unsecured Creditors:

On behalf of the Official Committee of Unsecured Creditors (the "Committee") of the Debtors, we write to encourage your acceptance of the Plan filed by the Debtors on September 22, 2015 (the "Plan").

The Plan is the product of significant negotiations among the Committee, the Debtors, and other parties. The Committee believes that the Plan will provide unsecured creditors with a greater distribution than they would receive in a liquidation of the Debtors pursuant to chapter 7 of the Bankruptcy Code. The Committee believes that the Plan provides for treatment of your claim that is fair and equitable under the circumstances.

The Committee, which represents the collective interests of all general unsecured creditors of the Debtors, supports approval of the Plan and, based upon the Debtors' current projections of their assets that will be available to effectuate the Plan, recommends that creditors holding unsecured claims in Class IV of the Plan vote to ACCEPT the Plan.

The voting deadline is **November 2, 2015 at 5:00 p.m. (Eastern Time)**. Please complete, sign, and submit your ballot in accordance with the instructions contained in this solicitation package so that your ballot is <u>actually received</u> by the voting agent, Prime Clerk LLC, no later than the voting deadline at the following address:

**SRC Liquidation Company Ballot Processing, c/o Prime Clerk LLC, 830 3rd Avenue, 3rd Floor, New York, New York 10022**

Please feel free to contact the undersigned with any questions regarding this letter.

**Official Committee of Unsecured Creditors**
**of SRC Liquidation Company,** *et al.*

| | |
|---|---|
| **LOWENSTEIN SANDLER LLP** | **POLSINELLI PC** |
| Sharon L. Levine, Esq. | Christopher A. Ward, Esq. |
| Kenneth A. Rosen, Esq. | Justin K. Edelson, Esq. |
| Paul Kizel, Esq. | |
| Gerald C. Bender, Esq. | |
| Wojciech F. Jung, Esq. | |
| Andrew D. Behlmann, Esq. | |

*Counsel to the Official Committee of Unsecured Creditors*

**<u>Exhibit B</u>**

# SRC Liquidation Company f/k/a The Standard Register Company

c/o WilliamsMarston LLC
75 2nd Avenue, Suite 422
Needham, MA 02494

To: Creditors of SRC Liquidation Company f/k/a The Standard Register Company and its affiliates.

Re: *SRC Liquidation Company f/k/a The Standard Register Company et al. Solicitation of Votes on Chapter 11 Plan of Liquidation*

Dear Creditor:

Enclosed are the following documents related to the *First Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and its Affiliates* (the "Plan")[1] filed in the chapter 11 cases (the "Chapter 11 Cases") of SRC Liquidation Company f/k/a The Standard Register Company and its affiliates (collectively, the "Debtors") that are currently pending in the United States Bankruptcy Court for the District of Delaware and are being jointly administered under case number 15-10541(BLS):

- A copy of a notice that describes certain deadlines and other information related to the Plan;
- A copy of the Debtors' Disclosure Statement (including the Plan, which is annexed thereto as Exhibit 1);
- A letter from the Debtors' Official Committee of Unsecured Creditors recommending that Holders of General Unsecured Claims vote to accept the Plan; and
- A Ballot for accepting or rejecting the Plan.

The Debtors believe that the Plan represents the best possible outcome in the Chapter 11 Cases and strongly urge all Creditors to vote to accept the Plan.

Sincerely,

Landen C. Williams
Chief Restructuring Officer

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

**<u>Exhibit C</u>**

4373-E                                                                                              Class 4 Ballot

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |

**BALLOT FOR ACCEPTING OR REJECTING FIRST AMENDED CHAPTER 11 PLAN
OF LIQUIDATION FOR SRC LIQUIDATION COMPANY AND ITS AFFILIATES**

**CLASS IV:  GENERAL UNSECURED CLAIMS**

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE
> PLAN IS 5:00 P.M., EASTERN TIME, ON NOVEMBER 2, 2015**

This Ballot is submitted to you to solicit your vote to accept or reject the *First Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and its Affiliates* (the "Plan"), which is being proposed by the above-captioned debtors and debtors in possession (collectively, the "Debtors") and which is described in the accompanying disclosure statement, dated September 22, 2015  (the "Disclosure Statement"). On September 21, 2 0 1 5 the Court entered an order approving certain procedures and materials for the solicitation of votes to accept or reject the Plan (the "Solicitation Procedures Order").  Capitalized terms used in this Ballot and  the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Disclosure Statement, which remains subject to approval by the Bankruptcy Court, provides information to assist you in  deciding how to vote your Ballot.  You should review the Disclosure Statement and the Plan before you vote.  You may wish to  seek legal advice concerning the Plan and your classification and treatment under the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you, whether or not you vote, if the Plan (a) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the claims in each impaired Class of claims who vote on the Plan; and (b) otherwise satisfies the applicable requirements of section 1129(a) of the Bankruptcy Code.  If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan; and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

**To have your vote counted, you must complete, sign and return this Ballot to SRC Liquidation Company Ballot Processing, c/o Prime Clerk LLC, 830 Third Avenue, 3rd Floor, New York, NY 10022, <u>so that it is received</u> by the deadline indicated above.** *Ballots received after 5:00 p.m., Eastern Time, on November 2, 2015 will not be counted. Ballots submitted by e-mail or facsimile transmission will not be accepted. Ballots should not be sent to the Debtors or their attorneys.*

**PLEASE READ THE ATTACHED VOTING INFORMATION
AND INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

---

IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS A VOTE TO ACCEPT OR REJECT THE PLAN.  ITEM 2 IS OPTIONAL.  COMPLETE ITEM 2 IF YOU WISH TO OPT OUT OF THE RELEASE PROVISIONS CONTAINED IN SECTION 7.4 OF THE PLAN.  **IF YOU DO NOT OPT OUT OF THE RELEASE PROVISIONS CONTAINED IN SECTION 7.4 OF THE PLAN BY BOTH (I) VOTING TO REJECT THE PLAN OR ABSTAINING FROM VOTING ON THE PLAN, AND (II) CHECKING THE BOX IN ITEM 2 BELOW, YOU WILL BE DEEMED TO HAVE CONCLUSIVELY, ABSOLUTELY, UNCONDITIONALLY, IRREVOCABLY, AND FOREVER RELEASED AND DISCHARGED ALL CLAIMS AND CAUSES OF ACTION AGAINST THE RELEASED PARTIES (AS DEFINED IN THE PLAN), TO THE EXTENT SET FORTH IN SECTION 7.4 OF THE PLAN.**

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

---

**Item 1. Class IV Vote.** The undersigned, the holder, as of September 21, 2015, of a General Unsecured Claim in Class IV of the Plan against the Debtors in the amount set forth below, votes as follows (check only one box):

☐ **ACCEPT** the Plan.          ☐ **REJECT** the Plan.

Creditor: _____

Claim Amount: $_____

**Item 2. Third Party Opt-Out Election.** If you voted to reject the Plan in Item 1, above, or if you abstained from voting on the Plan, you may check the box below to opt out of the release provisions contained in Section 7.4 of the Plan. **IF YOU VOTED IN ITEM 1 ABOVE TO ACCEPT THE PLAN OR IF YOU DO NOT OPT OUT OF THE RELEASE PROVISIONS CONTAINED IN SECTION 7.4 OF THE PLAN BY CHECKING THE BOX BELOW, YOU WILL BE DEEMED, AS OF THE EFFECTIVE DATE, ON BEHALF OF YOURSELF AND YOUR ESTATE, AFFILIATES, HEIRS, EXECUTORS, ADMINISTRATORS, SUCCESSORS, ASSIGNS, MANAGERS, BUSINESS MANAGERS, ACCOUNTANTS, ATTORNEYS, REPRESENTATIVES, CONSULTANTS, AGENTS, AND ANY AND ALL OTHER PERSONS OR PARTIES CLAIMING UNDER OR THROUGH YOU OR THEM, TO RELEASE, DISCHARGE, AND ACQUIT THE SILVER POINT ENTITIES; DLJ INVESTMENT PARTNERS, L.P.; DLJ INVESTMENT PARTNERS II, L.P., DLJIP II HOLDINGS, L.P.; CREDIT SUISSE AG, CAYMAN ISLANDS BRANCH; CREDIT SUISSE LOAN FUNDING LLC; SARGAS CLO II LTD.; WG HORIZONS CLO I; ANY OTHER LENDER UNDER EITHER OR BOTH OF THE FIRST LIEN TERM LOAN FACILITY OR THE SECOND LIEN TERM LOAN FACILITY; ANY PERSON WHO HAS SERVED AS A DIRECTOR OF WORKFLOW HOLDINGS, LLC, WORKFLOWONE, LLC, OR THEIR SUBSIDIARIES (COLLECTIVELY, "<u>WORKFLOWONE</u>"); ANTHONY DINELLO, FREDERIC BRACE, AND ROBERT PEISER; AND EACH OF THEIR RESPECTIVE CURRENT AND FORMER HEIRS, EXECUTORS, ADMINISTRATORS, PREDECESSORS, SUCCESSORS, ASSIGNS, SUBSIDIARIES, PARENTS, AFFILIATES, DIVISIONS, PARTNERS, MEMBERS, INTEREST HOLDERS (DIRECT AND INDIRECT), OFFICERS, DIRECTORS, EMPLOYEES (INCLUDING, FOR THE AVOIDANCE OF DOUBT, ANY CURRENT OR FORMER EMPLOYEE OF THE SILVER POINT ENTITIES IN HIS OR HER CAPACITY AS A BOARD MEMBER OF THE DEBTORS OR WORKFLOWONE), AGENTS, SHAREHOLDERS, MANAGERS, ACCOUNTANTS, ATTORNEYS, REPRESENTATIVES, CONSULTANTS, OTHER PROFESSIONALS, INSURERS, AND ANY AND ALL OTHER PERSONS, CORPORATIONS, OR OTHER ENTITIES ACTING UNDER THE DIRECTION, CONTROL, OR ON BEHALF OF ANY OF THE FOREGOING, IN EACH CASE SOLELY IN THEIR CAPACITY AS SUCH (EACH OF THE FOREGOING, A "<u>RELEASED PARTY</u>") FROM ANY AND ALL CLAIMS, COUNTERCLAIMS, DISPUTES, LIABILITIES, SUITS, DEMANDS, DEFENSES, LIENS, ACTIONS, ADMINISTRATIVE PROCEEDINGS, AND CAUSES OF ACTION OF EVERY KIND AND NATURE, OR FOR ANY TYPE OR FORM OF RELIEF, AND FROM ALL DAMAGES, INJURIES, LOSSES, CONTRIBUTIONS, INDEMNITIES, COMPENSATION, OBLIGATIONS, COSTS, ATTORNEYS' FEES, AND EXPENSES, OF WHATEVER KIND AND CHARACTER, WHETHER PAST OR PRESENT, KNOWN OR UNKNOWN, SUSPECTED OR UNSUSPECTED, FIXED OR CONTINGENT, ASSERTED OR UNASSERTED, ACCRUED OR UNACCRUED, LIQUIDATED OR UNLIQUIDATED, WHETHER IN LAW OR EQUITY, WHETHER SOUNDING IN TORT OR CONTRACT, WHETHER ARISING UNDER FEDERAL OR STATE STATUTORY OR COMMON LAW, OR ANY OTHER APPLICABLE INTERNATIONAL, FOREIGN, OR DOMESTIC LAW, RULE, STATUTE, REGULATION, TREATY, RIGHT, DUTY, OR REQUIREMENT, AND CLAIMS OF EVERY KIND, NATURE, AND CHARACTER WHATSOEVER, INCLUDING**

Class 4 Ballot

**AVOIDANCE CLAIMS, CAUSES OF ACTION, AND RIGHTS OF RECOVERY ARISING UNDER CHAPTER 5 OF THE BANKRUPTCY CODE AND ANY AND ALL CLAIMS BASED ON AVOIDANCE POWERS UNDER ANY APPLICABLE NON-BANKRUPTCY LAW THAT YOU EVER HAD OR CLAIMED TO HAVE, OR HAVE OR CLAIM TO HAVE PRESENTLY OR AT ANY FUTURE DATE, AGAINST ANY RELEASED PARTY ARISING FROM OR RELATED IN ANY WAY WHATSOEVER TO THE DEBTORS OR WORKFLOWONE.  FOR THE AVOIDANCE OF DOUBT, THE FAILURE TO MAKE THE THIRD PARTY OPT OUT ELECTION SHALL NOT PREVENT ANY HOLDER OF A CLAIM FROM RECEIVING A DISTRIBUTION UNDER THE PLAN.**

☐ Opt Out of the release provisions contained in Section 7.4 of the Plan.

**Item 3. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant.  The undersigned understands that, if this Ballot is otherwise validly executed but is not timely submitted, does not indicate either acceptance or rejection of the Plan or indicates both an acceptance and rejection of the Plan, this Ballot will not be counted as having been cast.

_____
Name

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

# VOTING INFORMATION AND
# INSTRUCTIONS FOR COMPLETING THE BALLOT

1. In the boxes provided in Item 1 of the Ballot, please indicate acceptance or rejection of the Plan.

2. If you vote to reject the Plan in Item 1, or if you abstain from voting on the Plan, you may check the box in Item 2 to opt out of the release provisions contained in Section 7.4 of the Plan. **IF YOU VOTE IN ITEM 1 TO ACCEPT THE PLAN OR IF YOU DO NOT OPT OUT OF THE RELEASE PROVISIONS CONTAINED IN SECTION 7.4 OF THE PLAN BY CHECKING THE BOX IN ITEM 2, YOU WILL BE DEEMED, AS OF THE EFFECTIVE DATE, TO HAVE CONCLUSIVELY, ABSOLUTELY, UNCONDITIONALLY, IRREVOCABLY, AND FOREVER RELEASED AND DISCHARGED ALL CLAIMS AND CAUSES OF ACTION AGAINST THE RELEASED PARTIES (AS DEFINED IN THE PLAN), TO THE EXTENT SET FORTH IN SECTION 7.4 OF THE PLAN. FOR THE AVOIDANCE OF DOUBT, THE FAILURE TO MAKE THE THIRD PARTY OPT OUT ELECTION SHALL NOT PREVENT ANY HOLDER OF A CLAIM FROM RECEIVING A DISTRIBUTION UNDER THE PLAN.**

3. Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Prime Clerk LLC (the "Voting Agent") at the following address:

> **SRC Liquidation Company Ballot Processing**
> **c/o Prime Clerk LLC**
> **830 Third Avenue, 3rd Floor, New York, NY 10022**

**Ballots must be *received* by the Voting Agent by 5:00 p.m., Eastern Time, on November 2, 2015 (the "Voting Deadline").** If a Ballot is received after the Voting Deadline, it will not be counted. An envelope addressed to the Voting Agent is enclosed for your convenience. *Ballots submitted by e-mail or facsimile transmission will not be accepted. Ballots should not be sent to the Debtors or their attorneys.*

4. You must vote all of your claims within a single Class under the Plan either to accept or reject the Plan. Accordingly, if you return more than one Ballot voting different claims within a single Class under the Plan and the Ballots are not voted in the same manner, such Ballots will not be counted.

5. The Ballot does not constitute and shall not be deemed a proof of claim or an assertion of a claim.

6. If you cast more than one Ballot voting the same claim prior to the Voting Deadline, the last properly executed Ballot received by the Voting Agent before the Voting Deadline (as determined by the Voting Agent) will be deemed to reflect your intent either to accept or reject the Plan.

7. If you wish to withdraw a Ballot after you have delivered it to the Voting Agent, you may do so by delivering a notice of written withdrawal to the Voting Agent at the address

above so that the Voting Agent receives the notice prior to the Voting Deadline.  In order to be valid, a notice of withdrawal must (a) specify the name of the creditor who submitted the Ballot to be withdrawn, (b) contain a description of the claim(s) to which it relates and (c) be signed by the creditor in the same manner as on the Ballot.

**PLEASE RETURN YOUR BALLOT PROMPTLY.**
**BALLOTS SHOULD *NOT* BE SENT TO THE DEBTORS OR THEIR ATTORNEYS.**

**THE VOTING AGENT**
**WILL *NOT* ACCEPT BALLOTS BY E-MAIL OR FACSIMILE TRANSMISSION.**

**Exhibit D**

Exhibit D
Service List
Served via First Class Mail

| Name | Address1 | City | State | PostalCode |
|---|---|---|---|---|
| Brian Langlinais | REDACTED | REDACTED | REDACTED | REDACTED |
| John Pattinson | REDACTED | REDACTED | REDACTED | REDACTED |
| Diana Peoplis | REDACTED | REDACTED | REDACTED | REDACTED |
| Joseph Pfeiffer | REDACTED | REDACTED | REDACTED | REDACTED |
| Mark Platt | REDACTED | REDACTED | REDACTED | REDACTED |
| Virginia Rafferty | REDACTED | REDACTED | REDACTED | REDACTED |
| Peter Redding | REDACTED | REDACTED | REDACTED | REDACTED |
| Mary Moffett | REDACTED | REDACTED | REDACTED | REDACTED |
| Michael Moore | REDACTED | REDACTED | REDACTED | REDACTED |
| Joseph Morgan Jr | REDACTED | REDACTED | REDACTED | REDACTED |
| Patrick Murphy | REDACTED | REDACTED | REDACTED | REDACTED |
| J Outhous | REDACTED | REDACTED | REDACTED | REDACTED |
| Robert Paradise | REDACTED | REDACTED | REDACTED | REDACTED |
| John Harden | REDACTED | REDACTED | REDACTED | REDACTED |
| Wendy S Haywood | REDACTED | REDACTED | REDACTED | REDACTED |
| Douglas Hibbs | REDACTED | REDACTED | REDACTED | REDACTED |
| Jill Messmer | REDACTED | REDACTED | REDACTED | REDACTED |
| Frank Miller | REDACTED | REDACTED | REDACTED | REDACTED |
| James Miller | REDACTED | REDACTED | REDACTED | REDACTED |
| T Fisher | REDACTED | REDACTED | REDACTED | REDACTED |
| Angelo Garoufalis | REDACTED | REDACTED | REDACTED | REDACTED |
| William Gordon | REDACTED | REDACTED | REDACTED | REDACTED |
| Christopher Graham | REDACTED | REDACTED | REDACTED | REDACTED |
| Lana Granzow | REDACTED | REDACTED | REDACTED | REDACTED |
| Jeffrey Greenbury | REDACTED | REDACTED | REDACTED | REDACTED |
| Joseph Morgan | REDACTED | REDACTED | REDACTED | REDACTED |
| Amy Reilly | REDACTED | REDACTED | REDACTED | REDACTED |
| Gerard Sowar | REDACTED | REDACTED | REDACTED | REDACTED |
| Randy Blankley | REDACTED | REDACTED | REDACTED | REDACTED |
| Robert Fiocchi | REDACTED | REDACTED | REDACTED | REDACTED |
| Brad Cates | REDACTED | REDACTED | REDACTED | REDACTED |
| Robert Ginnan | REDACTED | REDACTED | REDACTED | REDACTED |
| Greg Greve | REDACTED | REDACTED | REDACTED | REDACTED |
| John King | REDACTED | REDACTED | REDACTED | REDACTED |
| Joe Klenke | REDACTED | REDACTED | REDACTED | REDACTED |
| Jeff Moder | REDACTED | REDACTED | REDACTED | REDACTED |
| Brian Fero | REDACTED | REDACTED | REDACTED | REDACTED |
| Marshall Weeks | REDACTED | REDACTED | REDACTED | REDACTED |
| Edward Werhand | REDACTED | REDACTED | REDACTED | REDACTED |
| Braxton Yorita | REDACTED | REDACTED | REDACTED | REDACTED |
| Donna Beladi | REDACTED | REDACTED | REDACTED | REDACTED |
| Kathryn Lamme | REDACTED | REDACTED | REDACTED | REDACTED |

In re SRC LIQUIDATION COMPANY, *et al.*
Case No. 15-10541 (BLS)

1 of 1

**Exhibit E**

Exhibit E
Service List
Served via First Class Mail

| Name | Address1 | City | State | PostalCode |
|---|---|---|---|---|
| John Billimack | REDACTED | REDACTED | REDACTED | REDACTED |
| Peter Carey | REDACTED | REDACTED | REDACTED | REDACTED |
| George Ghee | REDACTED | REDACTED | REDACTED | REDACTED |
| Bobby Hancock | REDACTED | REDACTED | REDACTED | REDACTED |
| Robert Lane | REDACTED | REDACTED | REDACTED | REDACTED |
| Lorin Lapins | REDACTED | REDACTED | REDACTED | REDACTED |
| Robert Putnam | REDACTED | REDACTED | REDACTED | REDACTED |
| Rajendra Mehta | REDACTED | REDACTED | REDACTED | REDACTED |
| Emery Somody | REDACTED | REDACTED | REDACTED | REDACTED |
| Frank Spadavecchia | REDACTED | REDACTED | REDACTED | REDACTED |
| John Bullock | REDACTED | REDACTED | REDACTED | REDACTED |
| James Cazamias | REDACTED | REDACTED | REDACTED | REDACTED |
| James Ferreira | REDACTED | REDACTED | REDACTED | REDACTED |
| Edward Keiper | REDACTED | REDACTED | REDACTED | REDACTED |
| Fred Merica | REDACTED | REDACTED | REDACTED | REDACTED |
| Bruce Moses | REDACTED | REDACTED | REDACTED | REDACTED |
| Thomas Chase | REDACTED | REDACTED | REDACTED | REDACTED |
| James Vaughn | REDACTED | REDACTED | REDACTED | REDACTED |
| J Darragh | REDACTED | REDACTED | REDACTED | REDACTED |
| Robert Defenbaugh | REDACTED | REDACTED | REDACTED | REDACTED |
| Lawrence Dille | REDACTED | REDACTED | REDACTED | REDACTED |
| Peter Dorsman | REDACTED | REDACTED | REDACTED | REDACTED |
| Brian Douglas | REDACTED | REDACTED | REDACTED | REDACTED |
| Richard Drabek | REDACTED | REDACTED | REDACTED | REDACTED |
| Joseph Custer | REDACTED | REDACTED | REDACTED | REDACTED |
| Susan Coffman | REDACTED | REDACTED | REDACTED | REDACTED |
| Scott Haman | REDACTED | REDACTED | REDACTED | REDACTED |
| Duard Headley | REDACTED | REDACTED | REDACTED | REDACTED |
| Marilyn Brannin | REDACTED | REDACTED | REDACTED | REDACTED |
| Alan Brenker | REDACTED | REDACTED | REDACTED | REDACTED |
| R Brooks | REDACTED | REDACTED | REDACTED | REDACTED |
| Lois Brown | REDACTED | REDACTED | REDACTED | REDACTED |
| Bradley Cates | REDACTED | REDACTED | REDACTED | REDACTED |
| Bruce Coppola | REDACTED | REDACTED | REDACTED | REDACTED |
| Darcy Barker | REDACTED | REDACTED | REDACTED | REDACTED |
| Andrew Barovich | REDACTED | REDACTED | REDACTED | REDACTED |
| James Bauschek | REDACTED | REDACTED | REDACTED | REDACTED |
| Gary Becker | REDACTED | REDACTED | REDACTED | REDACTED |
| Roger Bigelow | REDACTED | REDACTED | REDACTED | REDACTED |
| Steven Bottomley | REDACTED | REDACTED | REDACTED | REDACTED |
| Sharon Sowers | REDACTED | REDACTED | REDACTED | REDACTED |
| Courtney Allen | REDACTED | REDACTED | REDACTED | REDACTED |
| Robert Assini | REDACTED | REDACTED | REDACTED | REDACTED |
| Willie Ausmus | REDACTED | REDACTED | REDACTED | REDACTED |
| Patrick Kennedy | REDACTED | REDACTED | REDACTED | REDACTED |

Exhibit E
Service List
Served via First Class Mail

| Name | Address1 | City | State | PostalCode |
|---|---|---|---|---|
| Charles Paison | REDACTED | REDACTED | REDACTED | REDACTED |
| Walter Putback | REDACTED | REDACTED | REDACTED | REDACTED |
| Donald E Sujack | REDACTED | REDACTED | REDACTED | REDACTED |
| Paul Thompson | REDACTED | REDACTED | REDACTED | REDACTED |
| Jean Trillet | REDACTED | REDACTED | REDACTED | REDACTED |
| Gregory Trusner | REDACTED | REDACTED | REDACTED | REDACTED |
| Jennifer Trusty | REDACTED | REDACTED | REDACTED | REDACTED |
| William Unthank | REDACTED | REDACTED | REDACTED | REDACTED |
| John Scarpelli | REDACTED | REDACTED | REDACTED | REDACTED |
| Michael Schintz | REDACTED | REDACTED | REDACTED | REDACTED |
| Harry Seifert | REDACTED | REDACTED | REDACTED | REDACTED |
| Lynn Smith | REDACTED | REDACTED | REDACTED | REDACTED |
| Brian Spice | REDACTED | REDACTED | REDACTED | REDACTED |
| Craig Stockmal | REDACTED | REDACTED | REDACTED | REDACTED |
| J McCarthy | REDACTED | REDACTED | REDACTED | REDACTED |
| Susan McGrath | REDACTED | REDACTED | REDACTED | REDACTED |
| Keith McLaughlin | REDACTED | REDACTED | REDACTED | REDACTED |
| L Richards | REDACTED | REDACTED | REDACTED | REDACTED |
| Steven Rosato | REDACTED | REDACTED | REDACTED | REDACTED |
| Rick Royall | REDACTED | REDACTED | REDACTED | REDACTED |
| Woody Lee | REDACTED | REDACTED | REDACTED | REDACTED |
| Todd Leonard | REDACTED | REDACTED | REDACTED | REDACTED |
| James Lillis | REDACTED | REDACTED | REDACTED | REDACTED |
| Loyce Lyon | REDACTED | REDACTED | REDACTED | REDACTED |
| Jack Marshall | REDACTED | REDACTED | REDACTED | REDACTED |
| Ann Mattern | REDACTED | REDACTED | REDACTED | REDACTED |
| Michael T Jacoutot | REDACTED | REDACTED | REDACTED | REDACTED |
| James Kennedy | REDACTED | REDACTED | REDACTED | REDACTED |
| Herbert Koelling | REDACTED | REDACTED | REDACTED | REDACTED |
| Michael Kunetka | REDACTED | REDACTED | REDACTED | REDACTED |
| William Lampe | REDACTED | REDACTED | REDACTED | REDACTED |