# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> **SRC LIQUIDATION COMPANY,** *et al.* <br><br> Debtors[1] | Chapter 11 <br><br> Case No. 15-10541 (BLS) <br><br> (Jointly Administered) <br><br> Ref. Docket No. 1172 |

## SUPPLEMENT TO SECOND INTERIM FEE APPLICATION OF DINSMORE & SHOHL LLP

Dinsmore & Shohl LLP ("**Dinsmore**" or the "**Firm**"), special counsel to the above-captioned debtors and debtors in possession (the "**Debtors**"), hereby supplements the *Second Interim Quarterly Fee Requests of the Debtors' Professionals* [Docket No. 1172] (the "**Second Interim Application**") for the period from July 1, 2015 through August 31, 2015 (the "**Application Period**") by attaching, as Exhibits A through E hereto, certain schedules requested by the *Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Cases* (the "**UST Guidelines**"). In addition, Dinsmore respectfully states as follows to address the questions set forth under section C.5 of the UST Guidelines:

a. During the Application Period, except as described in the Debtors' Application for Entry of an Order Authorizing the Debtors to Employ and Retain Dinsmore & Shohl LLP as Special Counsel, Pursuant to 11 U.S.C. §327(e), Effective *Nunc Pro Tunc* to the Petition Date (the "Retention Application") [Docket No. 85], Dinsmore did not agree to any variations from, or alternatives to, its standard or customary billing rates, fees, or terms.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

b. The fees sought by Dinsmore in the Second Interim Application are less than the fees budgeted pursuant to the original budget provided by Dinsmore to the Debtors.

c. The professionals included in the Second Interim Application did not vary their hourly rate based on the geographic location of the bankruptcy case.

d. The Second Interim Application did not include any fees dedicated to revising time records or preparing and revising invoices that would not normally be compensable outside of bankruptcy.

e. The time period covered by the Second Interim Application includes approximately 1.6 hours with a value of $910 spent by Dinsmore to ensure that the time entries subject to the Second Interim Application comply with the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and do not disclose privileged or confidential information. This review and any revisions associated therewith are a necessary component of Dinsmore's preparation of each monthly fee application.

f. The Second Interim Application did not include any rate increases since the effective date of the Court's approval of Dinsmore's retention.

Dated: Wilmington, Delaware  　*/s/ Andrew L. Magaziner*
October 19, 2015  　**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
　　Michael R. Nestor (No. 3526)
　　Kara Hammond Coyle (No. 4410)
　　Andrew L. Magaziner (No. 5426)
　　Rodney Square
　　1000 North King Street
　　Wilmington, Delaware 19801
　　Tel:　(302) 571-6600
　　Fax:　(302) 571-1253
　　Email: mnestor@ycst.com
　　　　　kcoyle@ycst.com
　　　　　amagaziner@ycst.com

　　-and-

**DINSMORE & SHOHL LLP**
Kim Martin Lewis
Patrick D. Burns
255 E. 5th St., Ste. 1900
Cincinnati, OH 45202
Tel:    (513) 977-8200
Fax:   (513) 977-8141
Email: kim.lewis@dinsmore.com
           patrick.burns@dinsmore.com