# EXHIBIT A

**CUSTOMARY AND COMPARABLE
COMPENSATION DISCLOSURES**

Dinsmore's hourly rates for bankruptcy services are comparable to the hourly rates charged in complex chapter 11 cases by comparably skilled bankruptcy attorneys. In addition, Dinsmore's hourly rates for bankruptcy services are comparable to the rates charged by the Firm, and by comparably skilled practitioners in other firms, for complex corporate and litigation matters, whether in court or otherwise, regardless of whether a fee application is required. By way of example, Dinsmore's blended hourly rates for attorneys and paraprofessionals in the Corporate, Litigation, and Intellectual Property sections of the Firm for the prior calendar year were as set forth below. Dinsmore believes that the services performed by those three sections of the Firm are comparable to the services performed in the Business Restructuring section. Also included below is the 2015 blended hourly rate information for all sections of the Firm, excluding the Business Restructuring section and the Workers' Compensation section.

| Category of Timekeeper | Blended Hourly Rate | | |
| --- | --- | --- | --- |
| | **Billed** In comparable practice areas for current calendar year[2] | **Billed** Firm-wide for current calendar year[3] | **Billed** This Application |
| Partner | 417.15 | 414.77 | 440.83 |
| Counsel | 373.74 | 376.66 | 305.00 |
| Associate | 248.34 | 246.81 | 238.33 |
| Paralegal | 159.35 | 160.50 | 195.00 |
| **Aggregated:** | 347.29 | 348.42 | 310.30 |

---

[2] This column reflects the blended 2015 rates charge by the firm for complex corporate and litigation matters in the following sections of the firm: Corporate, Litigation, and Intellectual Property Litigation.

[3] This column excludes blended hourly rates for the Business Restructuring section and the Workers' Compensation section.

# EXHIBIT B

## SUMMARY OF TIMEKEEPERS INCLUDED IN THE
## SECOND INTERIM APPLICATION

| Name | Title | Department | Date of First Admission | Fees Billed in the Application Period ($) | Hours Billed in the Application Period | Hourly Rate Billed in the Application Period ($) |
|---|---|---|---|---|---|---|
| Allan R. Daily | Partner | Corporate | 2002 | $352.00 | 1.1 | $320.00 |
| Allison L. Goico | Partner | Employment | 2006 | 896.00 | 2.8 | $320.00 |
| Charles F. Hertlein, Jr. | Partner | Corporate | 1980 | 605.00 | 1.1 | $550.00 |
| David A. Whaley | Partner | Benefits | 2003 | 20,604.00 | 60.6 | $340.00 |
| Harvey J. Cohen | Partner | Corporate | 1987 | 2,009.00 | 4.1 | $490.00 |
| James F. Gottman | Partner | IP | 1974 | 11,330.00 | 20.6 | $550.00 |
| Jennifer O. Mitchell | Partner | Healthcare | 1988 | 615.00 | 1.5 | $410.00 |
| Joan M. Verchot | Partner | Workers' Comp | 1986 | 3,612.00 | 8.4 | $430.00 |
| Kim Martin Lewis | Partner | Bankruptcy | 1989 | 9,165.00 | 14.1 | $650.00 |
| Martiné R. Dunn | Partner | Real Estate | 1985 | 303.00 | 0.6 | $505.00 |
| Matthew S. Arend | Partner | Litigation | 2005 | 2,400.00 | 7.5 | $320.00 |
| Ryan W. Green | Partner | Labor | 2000 | 5,751.00 | 14.2 | $405.00 |
| Patrick D. Burns | Of Counsel | Bankruptcy | 2006 | 2,013.00 | 6.6 | $305.00 |
| Beth A. Mandel | Associate | Labor | 2005 | 6,417.00 | 27.9 | $230.00 |
| J. Eric Quinn | Associate | Corporate | 2012 | 164.50 | 0.7 | $235.00 |
| Jason W. Hilliard | Associate | Labor | 2007 | 11,625.00 | 46.5 | $250.00 |
| Anna M. Vislosky | Paralegal | Corporate | N/A | 322.50 | 1.5 | $215.00 |
| Beth A. Bane | Paralegal | Corporate | N/A | 140.00 | 0.8 | $175.00 |
| **Totals** | | | | **$78,324.00** | **220.6** | |

# EXHIBIT C

## BUDGET AND STAFFING PLAN

|  | BUDGETED AMOUNT ($) | | |
|---|---|---|---|
|  | **July** | **August** | **Application Period** |
| Total Fees | $50,000 | $50,000 | $100,000 |
|  | **PROFESSIONAL RATES** | | |
| **Professional** | **July** | **August** | **Application Period** |
| Allan R. Daily | $320 | $320 | $320 |
| Allison L. Goico | $320 | $320 | $320 |
| Charles F. Hertlein, Jr. | $550 | $550 | $550 |
| David A. Whaley | $340 | $340 | $340 |
| Harvey J. Cohen | $490 | $490 | $490 |
| James F. Gottman | $550 | $550 | $550 |
| Jennifer O. Mitchell | $410 | $410 | $410 |
| Joan M. Verchot | $430 | $430 | $430 |
| Kim Martin Lewis | $650 | $650 | $650 |
| Martiné R. Dunn | $505 | $505 | $505 |
| Matthew S. Arend | $320 | $320 | $320 |
| Ryan W. Green | $405 | $405 | $405 |
| Beth A. Mandel | $230 | $230 | $230 |
| J. Eric Quinn | $235 | $235 | $235 |
| Jason W. Hilliard | $250 | $250 | $250 |
| Patrick D. Burns | $305 | $305 | $305 |
| Anna M. Vislosky | $215 | $215 | $215 |
| Beth A. Bane | $175 | $175 | $175 |
|  | **BUDGETED HOURS** | | |
| **Professional** | **July** | **August** | **Application Period** |
| Allan R. Daily | 1.1 | 0.0 | 1.10 |
| Allison L. Goico | 2.8 | 0.0 | 2.80 |
| Charles F. Hertlein, Jr. | 0.5 | 0.6 | 1.10 |
| David A. Whaley | 47.6 | 13.0 | 60.60 |
| Harvey J. Cohen | 1.1 | 3.0 | 4.10 |
| James F. Gottman | 3.6 | 17.0 | 20.60 |
| Jennifer O. Mitchell | 1.5 | 0.0 | 1.50 |
| Joan M. Verchot | 2.3 | 6.1 | 8.40 |
| Kim Martin Lewis | 12.5 | 1.6 | 14.10 |
| Martiné R. Dunn | 0.6 | 0.0 | 0.60 |
| Matthew S. Arend | 5.4 | 2.1 | 7.50 |
| Ryan W. Green | 8.3 | 5.9 | 14.20 |
| Patrick D. Burns | 5.1 | 1.5 | 6.60 |
| Beth A. Mandel | 18.4 | 9.5 | 27.90 |
| J. Eric Quinn | 0.0 | 0.7 | 0.70 |
| Jason W. Hilliard | 16.6 | 29.9 | 46.50 |
| Anna M. Vislosky | 1.1 | 0.4 | 1.50 |
| Beth A. Bane | 0.8 | 0.0 | 0.80 |

| TOTAL | 129.30 | 91.30 | 220.60 |

| Professional | BUDGETED FEES ($) | | |
| --- | --- | --- | --- |
| | **July** | **August** | **Application Period** |
| Allan R. Daily | $352.00 | $0.00 | $352.00 |
| Allison L. Goico | 896.00 | 0.00 | 896.00 |
| Charles F. Hertlein, Jr. | 275.00 | 330.00 | 605.00 |
| David A. Whaley | 16,184.00 | 4,420.00 | 20,604.00 |
| Harvey J. Cohen | 539.00 | 1,470.00 | 2,009.00 |
| James F. Gottman | 1,980.00 | 9,350.00 | 11,330.00 |
| Jennifer O. Mitchell | 615.00 | 0.00 | 615.00 |
| Joan M. Verchot | 989.00 | 2,623.00 | 3,612.00 |
| Kim Martin Lewis | 8,125.00 | 1,040.00 | 9,165.00 |
| Martiné R. Dunn | 303.00 | 0.00 | 303.00 |
| Matthew S. Arend | 1,728.00 | 672.00 | 2,400.00 |
| Ryan W. Green | 3,361.50 | 2,389.50 | 5,751.00 |
| Patrick D. Burns | 1,555.50 | 457.50 | 2,013.00 |
| Beth A. Mandel | 4,232.00 | 2,185.00 | 6,417.00 |
| J. Eric Quinn | 0.00 | 164.50 | 164.50 |
| Jason W. Hilliard | 4,150.00 | 7,475.00 | 11,625.00 |
| Anna M. Vislosky | 236.50 | 86.00 | 322.50 |
| Beth A. Bane | 140.00 | 0.00 | 140.00 |
| **TOTAL** | **$45,661.50** | **$32,662.50** | **$78,324.00** |

| PROFESSIONAL | POSITION OF PROFESSIONAL; NUMBER OF YEARS IN THAT POSITION; YEAR OBTAINING LICENSE TO PRACTICE, IF APPLICABLE |
|---|---|
| Allan R. Daily | Partner; under 1 year in position. Licensed in CA (2002) |
| Allison L. Goico | Partner; 6 years in Position. Licensed in IL (2006) |
| Charles F. Hertlein, Jr. | Partner; 28 years in Position. Licensed in OH (1980) |
| David A. Whaley | Partner; 2 years in Position. Licensed in OH (2003) |
| Harvey J. Cohen | Partner; 19 years in Position. Licensed in OH (1987) |
| James F. Gottman | Partner; 12 years in Position. Licensed in OH (1974) |
| Jennifer O. Mitchell | Partner; 7 years in Position. Licensed in OH (1988) KY (2001) |
| Joan M. Verchot | Partner; 26 years in Position. Licensed in OH (1986) |
| Kim Martin Lewis | Partner; 19 years in Position. Licensed in OH (1989) |
| Martiné R. Dunn | Partner; 7 years in Position. Licensed in OH (1985) |
| Matthew S. Arend | Partner; under 1 year in position. Licensed in OH (2005) |
| Ryan W. Green | Partner; 6 years in Position. Licensed in KY (2000) |
| Patrick D. Burns | Of Counsel; under 1 year in Position. Licensed in OH (2006) |
| Beth A. Mandel | Associate; under 1 year in Position. Licensed in OH (2005) |
| J. Eric Quinn | Associate; 2 years in Position. Licensed in OH (2012) |
| Jason W. Hilliard | Associate; 4 years in Position. Licensed in OH (2007) |
| Anna M. Vislosky | Paralegal; 17 years in position. |
| Beth A. Bane | Paralegal; under 1 year in position. |

## EXHIBIT D

**SUMMARY OF COMPENSATION AND EXPENSE REIMBURSEMENT**

| SUMMARY OF COMPENSATION BY PROJECT CATEGORY | | |
|---|---|---|
| **Project Category** | **Hours Billed** | **Fees Sought($)** |
| Asset Disposition | 2.4 | $1,223.37 |
| Business Operations | 0.8 | 324.62 |
| Employee Benefits and Pensions | 118.6 | 35,903.43 |
| Employment and Fee Applications | 6.0 | 1,691.81 |
| Fee Application – Privileged Review | 1.6 | 910.00 |
| Real Estate | 1.1 | 405.12 |
| Reporting | 1.5 | 472.94 |
| Intellectual Property | 22.9 | 10,318.44 |
| Privacy Matters | 1.5 | 538.12 |
| Hawaii Employment Litigation | 62.8 | 16,146.37 |
| Violation of Non-Compete | 0.7 | 300.12 |
| **Totals** | **219.9** | **$68,234.34** |

| SUMMARY OF EXPENSE REIMBURSEMENT BY CATEGORY ($) | |
|---|---|
| **Category** | **Amount** |
| Audio Conference | $496.92 |
| Foreign Associates Fees | 325.00 |
| Government Filing Fees | 500.00 |
| Local Counsel Fees | 4,937.72 |
| Photocopies | 98.90 |
| **Totals** | **$6,358.54** |

**EXHIBIT E**

**SECOND INTERIM APPLICATION SUMMARY**

| | |
|---|---|
| **SUMMARY OF SECOND INTERIM APPLICATION** | |
| Name of Applicant | Dinsmore & Shohl LLP |
| Name of Client | Debtors |
| Time period covered by Second Interim Application | July 1, 2015 through August 31, 2015 |
| Total compensation sought during the Application Period | $68,234.34 (Reflects discounts as outlined in Dinsmore Application) |
| Total expenses sought during the Application Period | $6,358.54 |
| Petition Date | March 12, 2015 |
| Retention Date | March 12, 2015 |
| Date of order approving employment | April 13, 2015 |
| Total compensation approved by interim order to date | $306,181.80 |
| Total expenses approved by interim order to date | $17,901.29 |
| Total allowed compensation paid to date | $306,181.80 |
| Total allowed expenses paid to date | $17,901.29 |
| Blended rate in the Second Interim Application for all attorneys | $395 |
| Blended rate in the Second Interim Application for all timekeepers | $195 |
| Compensation sought in the Second Interim Application already paid pursuant to a monthly compensation order but not yet allowed | $31,963.02 |
| Expenses sought in the Second Interim Application already paid pursuant to a monthly compensation order but not yet allowed | $5,346.50 |
| Number of professionals included in the Second Interim Application | 18 |
| If applicable, number of professionals in the Second Interim Application not included in staffing plan approved by client | N/A |
| If applicable, difference between fees budgeted and compensation sought during the Application Period | N/A |
| Number of professionals billing fewer than 15 hours to the case during the Application Period | 14 |
| Are any rates higher than those approved or disclosed at retention? | No |