IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Brandon Bishop, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 17, 2015, at my direction and under my supervision, employees of Prime Clerk caused a Notice of Transfer of Claim based on Official Form 210B to be served via first class mail upon the Transferor(s) and Transferee(s) listed on **Exhibit A** hereto.

Dated: October 19, 2015

Brandon Bishop

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 19, 2015, by Brandon Bishop, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

LIZ SANTODOMINGO
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2018

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); SR Liquidation Holding, S. de R.L. de C.V. (4GR4); SR Liquidation de México, S. de R.L. de C.V. (4FN0); SR Liquidation Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

**Exhibit A**

Exhibit A
Notice of Transfer Service List
Served via First Class Mail

| Docket # | Transferor | Transferee |
|---|---|---|
| 1156 | Show & Tell Media LLC DBA Admints & Zagaboy<br>420 Benigno Blvd., Unit E<br>Bellmawr, NJ 08031 | Tannor Partners Credit Fund, LP<br>150 Grand Street, Suite 401<br>White Plains, NY 10601 |