**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 1182** |

**CERTIFICATION OF COUNSEL REGARDING CORRECTED ORDER SUSTAINING
DEBTORS' FOURTH (4TH) OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS
PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE,
<u>BANKRUPTCY RULE 3007 AND LOCAL RULE 3007-1</u>**

The undersigned hereby certifies as follows:

1.      On September 14, 2015, the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") filed the *Debtors' Fourth (4th) Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1* [D.I. 1039] (the "<u>Fourth Omnibus Objection</u>").[2]  Responses to the relief requested in the Fourth Omnibus Objection were required to be filed and served no later than September 28, 2015 at 4:00 p.m. (ET) (the "<u>Objection Deadline</u>").

2.      Prior to the Objection Deadline, the Debtors received informal comments from Sonar Credit Partners III, LLC ("<u>Sonar</u>") and Weenas USA, Inc. ("<u>Weenas</u>").  To resolve these comments, the Debtors agreed to incorporate certain language into a revised form of order sustaining the Fourth Omnibus Objection.

---

[1]      The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2]      Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Fourth Omnibus Objection.

3.      On October 15, 2015, the Court entered the *Order Sustaining Debtors' Fourth (4th) Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1* [D.I. 1182] (the "Original Order"), thereby sustaining the Fourth Omnibus Objection.  Inadvertently, the language agreed upon by the Debtors, Sonar, and Weenas was not included in the Original Order.

4.      Attached hereto as Exhibit A is a corrected form of order, which incorporates the language agreed upon by the Debtors, Sonar, and Weenas.

5.      For the convenience of the Court and all parties in interest, a blackline of the Corrected Order against the Original Order is attached hereto as Exhibit B.

*[Remainder of Page Intentionally Left Blank]*

2

01:17864164.1

WHEREFORE, the Debtors respectfully request that the Court enter the Corrected

Order without further notice or hearing at the Court's earliest convenience.

Dated:    October 20, 2015
    Wilmington, Delaware    */s/ Elizabeth S. Justison*
                 Michael R. Nestor (No. 3526)
                 Kara Hammond Coyle (No. 4410)
                 Andrew L. Magaziner (No. 5426)
                 Elizabeth S. Justison (No. 5911)
                 YOUNG CONAWAY STARGATT & TAYLOR, LLP
                 Rodney Square
                 1000 North King Street
                 Wilmington, Delaware 19801
                 Telephone:  (302) 571-6600
                 Facsimile:  (302) 571-1253
                 mnestor@ycst.com
                 kcoyle@ycst.com
                 mkandestin@ycst.com
                 amagaziner@ycst.com

                 -and-

                 Michael A. Rosenthal (NY No. 4697561)
                 Samuel A. Newman (CA No. 217042)
                 Jeremy L. Graves (CO No. 45522)
                 Matthew G. Bouslog (CA No. 280978)
                 GIBSON, DUNN & CRUTCHER LLP
                 200 Park Avenue
                 New York, New York 10166-0193
                 Telephone:  (212) 351-4000
                 Facsimile:  (212) 351-4035
                 mrosenthal@gibsondunn.com
                 snewman@gibsondunn.com
                 jgraves@gibsondunn.com
                 mbouslog@gibsondunn.com

                 *Counsel to the Debtors and*
                 *Debtors in Possession*