## EXHIBIT 1

## DECLARATION OF LANDEN C. WILLIAMS

01:17854016.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |

**DECLARATION OF LANDEN C. WILLIAMS IN SUPPORT OF DEBTORS'**
**SEVENTH (7TH) OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS**
**PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,**
**BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

I, Landen C. Williams, pursuant to 28 U.S.C. § 1746, declare:

1.      I am the Chief Restructuring Officer and Treasurer of SRC Liquidation Company,

one of the above-captioned affiliated debtors and debtors in possession.  In this capacity, I am

one of the persons responsible for overseeing the claims reconciliation and objection process in

these Chapter 11 Cases.  I have read the *Debtors' Seventh (7th) Omnibus (Substantive) Objection*

*to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local*

*Rule 3007*-1 (the "Objection"),[2] and am directly, or by and through other personnel or

representatives of the Debtors, reasonably familiar with the information contained therein, the

Proposed Order, and the exhibits attached to the Proposed Order.  I am authorized to execute this

Declaration on behalf of the Debtors.

---

[1]     The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

01:17854016.1

2.      The information contained on <u>Exhibits A</u> and <u>B</u> to the Proposed Order is true and correct to the best of my knowledge, information, and belief.

3.      The No Liability Pension Claims identified on <u>Exhibit A</u> to the Proposed Order assert liability arising from the Pension Plan and, it is my understanding from counsel, that the respective claimants do not have a right to payment from the Debtors' estates because the PBGC is the only party entitled to assert such claims at this time.

4.      The Reclassified Benefits Claims identified on <u>Exhibit B</u> to the Proposed Order either (a) assert priority claims where nothing was earned under the applicable Non-Qualified Plan during the 180-day period prior to the Petition Date or (b) assert priority claims in excess of $12,475 less any postpetition payments received by such claimants on account of prepetition wages owed as of the Petition Date according to the Debtors' books and records.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 20, 2015

/s/ Landen C. Williams
Landen C. Williams