# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | Re Docket No. 698 |

## TENTH NOTICE REGARDING DESIGNATION AS POST-CLOSING TRANSFERRED CONTRACT AND ASSUMPTION AND ASSIGNMENT THEREOF

**PLEASE TAKE NOTICE** that, on June 19, 2015, the United States Bankruptcy Court for the District of Delaware (the "Court") entered that certain *Order (I) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (II) Granting Certain Related Relief* [Docket No. 698] (the "Sale Order").[2]

**PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraph 27 of the Sale Order, the Buyers delivered a schedule of Potential Contracts to the Debtors prior to the Closing Date. Contract Counterparties previously received notice regarding the designation of applicable agreements as Potential Contracts.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraphs 27 and 28 of the Sale Order, the Buyers were granted ninety (90) days from the Closing Date to determine whether to assume or reject the Potential Contracts.

**PLEASE TAKE FURTHER NOTICE** that, as of the date hereof, and in accordance with paragraph 35 of the Sale Order, the Buyers have designated the additional Potential Contracts listed on Exhibit A[3] hereto as Post-Closing Transferred Contracts, and such Post-

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Sale Order.

[3] Due to the confidential nature of Buyer's customers (the "Customers"), the Buyers have omitted Customer names and applicable cure amounts from the list of Post-Closing Transferred Contracts attached hereto. Concurrently herewith, the Buyers have sent customized cure notices to the Customers setting forth the applicable Cure Amount(s) for any Assumed Contract(s). Customers that have questions regarding the delivery

Closing Transferred Contracts shall be deemed assumed and assigned to the Buyers upon the expiration of five (5) business days from the date hereof.

Dated:   October 19, 2015
         Wilmington, DE                  */s/ Matthew P. Austria*
                                         Matthew P. Austria (DE No. 4827)
                                         WERB & SULLIVAN
                                         300 Delaware Avenue, 13th Floor
                                         P.O. Box 25046
                                         Wilmington, Delaware 19899
                                         (For courier: 19801)
                                         Telephone:  (302) 652-1100
                                         Facsimile:  (302) 652-1111
                                         E-mail:  maustria@werbsullivan.com

                                         -and-

                                         Phillip Bohl (MN No. 139191)
                                         GRAY, PLANT, MOOTY,
                                         MOOTY & BENNET, P.A.
                                         500 IDS Center
                                         80 South Eighth Street
                                         Minneapolis, Minnesota 55402
                                         Telephone:  (612) 632-3000
                                         Facsimile:  (612) 632-4019
                                         Email:  Phillip.bohl@gpmlaw.com

                                         *Counsel to Taylor Corporation*

---

of the customized Contract Notice may contact the Debtors' claims and noticing agent, Prime Clerk LLC, at (855) 842-4124 or standardregisterinfo@primeclerk.com.

# EXHIBIT A

## Post-Closing Transferred Contracts

| Counterparty Name | Executory Contract or Unexpired Lease | Cure Amount |
|---|---|---|
| 3Delta Systems, Inc. | American Express Direct Board Fee Payment Agreement | 0.00 |
| 3Delta Systems, Inc. | Notice of Intent to Renew Contract | 0.00 |
| 3Delta Systems, Inc. | System Services Agreement | 2,054.00 |
| 3Delta Systems, Inc. | WorkflowOne Direct Board Merchants Registration and Fee Payment Agreement | 0.00 |
| 5 Day Business Forms Mfg., Inc. | Subcontractor Confidentiality, Indemnification, Intellectual Property and Non-Competition Agreement | 0.00 |
| Accuvant | Purchase Requisition | 0.00 |
| ACCUVANT INC | Purchase Order | 0.00 |
| Accuvant, Inc. | SERVICES AGREEMENT | 0.00 |
| Actian Corporation | Actian Statement of Work #3 for Enterprise Management Service for WorkflowOne LLC | 0.00 |
| Actian Corporation | Customer Purchase Order | 0.00 |
| Advertising Speciality Institue, Inc. | Second Addendum to national sales accout agreement | 0.00 |
| Advertising Speciality Institute | National sales account agreement in which ASI provides products and services to Workflow One employees | 0.00 |
| Advertising Speciality Institute | Sales Account agreement regarding merger of two entities for previous National Sales Agreement | 0.00 |
| Agility | Vendor | 0.00 |
| Agility | Maintenance / Service Contract | 0.00 |
| Agility CMS | Agility License Terms for Standard Register | 15,000.00 |
| Agility Inc. | Agility License Terms for Standard Register | 0.00 |
| American Digital Company | Global Sourcing Solutions Agreement | 0.00 |
| American Litho, Inc. | Preferred Subcontractor Confidentiality Indemnification, Intellectual Property and Non-Competition Agreement | 0.00 |
| American Litho, Inc. | Strategic Sourcing Agreement | 0.00 |
| American Litho, Inc. | Strategic Sourcing Agreement | 0.00 |

| | | |
|---|---|---|
| American Litho, Inc. | Subcontractor Confidentiality, Idemnification, INtellectual Property and Non-Competition Agreement | 0.00 |
| AT%T Corp. | License Agreements | 0.00 |
| AT&T | Master Agreement | 4,364.05 |
| AutoAudit | Windows Maintenance Contract | 0.00 |
| Avaya Inc | Vendor Agreement | 0.00 |
| Avaya Inc. | Purchase/Service agreement | 0.00 |
| Avaya Inc. | Purchase/Service Agreement | 0.00 |
| Avaya Inc. | Purchase/Service Agreement | 0.00 |
| Avaya Inc. | Purchase/Service Agreement | 0.00 |
| Avent, Inc. | PROFESSIONAL SERVICES AGREEMENT | 0.00 |
| Avent, Inc. | Purchase Agreements | 0.00 |
| Axway Inc. | Purchase Agreements | 0.00 |
| Best Practices Systems, Inc | Best Practice Systems Corporation Electronic Bill Presentment and Payment Systems Service Agreement | 0.00 |
| Broadcast Music, Inc. | Business Multiple Use License | 0.00 |
| Bureau Veritas Certification North America Inc. | Bureau Veritas Certification North America Proposal for Services Chain of Custody Certification | 0.00 |
| CALDERA INC | Purchase Order 255841 | 0.00 |
| Cass Information Systems Inc. | Cass Service Agreement | 3,459.24 |
| Cass Information Systems, Inc | Services Agreement | 0.00 |
| Cass Information Systems, Inc. | Cass Service Agreement | 0.00 |
| Cbeyond Communications, LLC | Dedicated Server Agreement | 0.00 |
| CDW DIRECT | Purchase Order | 0.00 |
| CDW Direct | Purchase order from standard register to CDW Direct | 0.00 |
| CDW Direct | Standard Register Purchase Order | 0.00 |
| CEBOS LTD | Purchase Agreement for Cebos LTD from Standard Register | 0.00 |
| Chicago Tag & Label | Global Sourcing Solutions Agreement | 0.00 |
| Cincinnati Bell Wireless LLC | Wireless Service Agreement | 2,000.05 |
| Cincom | License Agreements | 0.00 |
| Cincom Systems, Inc. | Software Agreement | 0.00 |
| CIT TECHNOLOGIES COROPORATION | MASTER SCHEDULE LEASE AGREEMENT | 0.00 |
| CIT TECHNOLOGIES CORPORATION | BILL OF SALE | 0.00 |

| | | |
|---|---|---|
| CIT TECHNOLOGIES CORPORATION | MASTER EQUIPEMENT LEASE AGREEMENT SCHEDULE | 0.00 |
| CIT Technologies Corporation | Master Equipment Lease Agreement | 0.00 |
| CIT TECHNOLOGIES CORPORATION | MASTER EQUIPMENT LEASE AGREEMENT SCHEDULE | 0.00 |
| CIT TECHNOLOLGIES CORPORATION | MASTER EQUIPMENT LEASE AGREEMENT | 0.00 |
| Citrix System Inc. | Purchase Order 0000010133 | 0.00 |
| Citrix Systems, Inc. | Rescission Letter to License Entitlement Split | 134.62 |
| Clear View Bag Co. Inc. | Preferred Subcontractor Confidentiality Indemnification, Intellectual Property and Non-Competition Agreement | 0.00 |
| Clearview Bag Co. Inc | Preferred Subcontractor Confidentiality Indemnification, Intellectual Property and Non-Competition Agreement | 0.00 |
| Collegiate Licensing Company | Collegiate Licensing Company Internal Campus Supplier Agreement | 0.00 |
| Comcast | Business Class Service Order Agreement | 81.06 |
| Comprose, Inc. | Purchase Order # 0000033883 | 0.00 |
| Compusense LTD | Standard Register Purchase Order | 0.00 |
| CompuSense Ltd. | Purchase Order # 0000010269 | 0.00 |
| ConceptShare Inc. | Agreement | 0.00 |
| Copy Copy, The Digital Printing Co. LLC | Preferred Certified Supplier Agreement | 0.00 |
| Copy Copy, The Digital Printing Co. LLC | Preferred Certified Supplier Agreement | 0.00 |
| CRM Fusion Inc | Purchase Order | 0.00 |
| CRMFusion Inc. | License Agreement | 449.60 |
| Crown Credit Company | Lease Schedule | 7,026.45 |
| Crown Credit Company | Master Lease Agreement | 0.00 |
| Cyril-Scott Company | Global Sourcing Solutions Agreement | 0.00 |
| Datamax Pioneer | Subcontractor Confidentiality, Indemnification, Intellectual Property and Non-Competition Agreement | 0.00 |
| Demand Management | License Agreement | 0.00 |
| DigiCert, Inc. | Enterprise Managed PKI Access Agreement | 1,428.00 |
| Digipress, Inc. dba Spire | Preferred Certified Supplier Agreement | 0.00 |

3

| | | |
|---|---|---|
| Digitaltoprint | Software License Agreement October 1st 2012 Revised June 1 2013 | 0.00 |
| digitaltoprint, inc | DigitaltoPrint | 0.00 |
| Direct Supply, Inc. | DSSI Electronic Commerce Supplier Agreement | 0.00 |
| Direct Supply, Inc. | DSSI Electronic Commerce Supplier Agreement | 0.00 |
| Direct Supply, Inc. | DSSI ELECTRONIC COMMERCE SUPPLIER AGREEMENT | 0.00 |
| Dixie Chopper | Dixie Chopper Scope Document | 0.00 |
| DTP Systems | Software License Agreement | 0.00 |
| Dynamic Computer Corp. | Standard Register Purchase Order | 74.80 |
| Easylink Services Corp | Purchase Order | 0.00 |
| Easylink Services Corporation | Master Services and Software Agreement | 0.00 |
| EasyLink Services USA, Inc. | Services Agreement | 4,015.28 |
| EGENUITY, LLC | Master POS Vendor Services Agreement | 0.00 |
| Electronics for Imaging, Inc. | Monarch PrintFlow Hub Site License and Fiery Central Suite Annual Maintenace - Contract No. 40050716 | 6,463.93 |
| Electronics for Imaging, Inc. | Monarch PrintFlow Hub Site License and Fiery Central Suite Annual Maintenance - Contract No. 40050716 | 0.00 |
| Electronics for Imaging, Inc. | PrintStream Usage Fee - Contract No. 40062866 | 4,643.31 |
| Electronics for Imaging, Inc. | Hagen OA (Salt Lake City Site), Monarch Planner, PrintFlow Scheduling - Contract No. 40016327 | 0.00 |
| Electronics for Imaging, Inc. | Hagen OA (Salt Lake City Site), Monarch Planner, PrintFlow Scheduling - Contract No. 40016327 | 3,107.40 |
| Electronics for Imaging, Inc. | Hagen OA, Monarch Planner, PrintFlow Hub Site License - Contract No. 40047687 | 961.56 |
| Electronics for Imaging, Inc. | Monarch Foundation SCS - Contract No. 40047692 | 828.40 |
| Electronics for Imaging, Inc. | DSF, Psite Connector, Monarch Foundation SCS - Contract No. 40047757 | 1,472.46 |
| Electronics for Imaging, Inc. | Monarch Planner, PrintFlow Scheduling, Hagen OA - Contract No. 40047755 | 300.96 |

| | | |
|---|---|---|
| Electronics for Imaging, Inc. | Hagen OA, Monarch Planner, PrintFlow Scheduling - Contract No. 40047753 | 332.07 |
| Electronics for Imaging, Inc. | Hagen OA, Monarch Planner, PrintFlow Scheduling - Contract No. 40047751 | 338.85 |
| Electronics for Imaging, Inc. | Hagen OA (Timonium, MD Site) - Contract No. 40016324 | 1,435.07 |
| Electronics for Imaging, Inc. | DSF - Contract No. 40047648 | 327.00 |
| EMC Corp. | Purchase Order 263617: EMC PowerPath software support | 92.85 |
| EMC Corporation | Continuous Coverage Product Maintenance | 0.00 |
| Engineer Mechanical Contractor Incorporated | Maintenance Contract | 0.00 |
| eQuest, LLC | eQuest Compliance Solutions Contract | 0.00 |
| ExactTarget | Master Channel Partner Agreement | 0.00 |
| ExactTarget Inc. | Master Channel Partner Agreement | 0.00 |
| ExactTarget, Inc. | ExactTarget Hubxchange Partner Program Agreement | 268.13 |
| Fieldglass, Inc. | End User License and Nondisclosure Agreement | 0.00 |
| Fieldglass, Inc. | Fieldglass End User License and Nondisclosure Agreement | 0.00 |
| Fisher Unitech | Purchase Order # 0018004996 and Quotation/Invoice | 0.00 |
| Fisher/Unitech,Inc. | SolidWorks Professional Subscription Service Renewal | 0.00 |
| Forsythe | Purchase Requisition | 0.00 |
| Forsythe Solutions Group Inc | This is a WorkflowOne Purchase order 250146 | 0.00 |
| Forsythe Solutions Group, Inc. | Maintenance / Service Contract | 0.00 |
| four51 | E-Commerce Services Agreement No. 379 | 0.00 |
| Four51, Inc. | Commerce Agreement | 0.00 |
| Four51, Inc. | E-Commece Agreement | 1,200.00 |
| FrontRange Solutions | FRONTRANGE MAINTENANCE AND SUPPORT TERMS & CONDITIONS; FRONTRANGE END-USER LICENSE AGREEMENT | 0.00 |
| FRONTRANGE SOLUTIONS USA INC | License and Support Agreement | 0.00 |
| FRONTRANGE SOLUTIONS USA INC | Purchase Order | 0.00 |

| | | |
|---|---|---|
| FRONTRANGE SOLUTIONS USA, INC. | Maintenance and Support Terms& Conditions | 0.00 |
| Fusion Graphics, Inc. | LICENSE AGREEMENT | 0.00 |
| Goss Communications, Inc. | Services Agreement | 0.00 |
| Graphic Solutions Group | PREFERRED CERTIFIED SUPPLIER AGREEMENT | 0.00 |
| Graphic Solutions Group | Preferred Certified Supplier Agreement | 0.00 |
| Graphic Solutions Group | PREFERRED CERTIFIED SUPPLIER AGREEMENT | 0.00 |
| IBX Group AB | Master Seller Agreement | 0.00 |
| IBX Group AB | Master Seller Agreement | 0.00 |
| IDS | Maintenance / Service Contract | 0.00 |
| Ingersoll Rand | Preventative Maintenance program | 0.00 |
| Ingres Corporation | Customer License and Support Services Agreement | 0.00 |
| InteliSpend | Letter Agreement | 0.00 |
| International Paper Company | Inventory Warehousing Agreement | 0.00 |
| KEMP Technologies, Inc. | Support Contract Affirmation | 0.00 |
| Lancet Software Development, Inc. | Maintenance / Service Contract | 2,880.00 |
| Lexmark International Inc. | OEM PURCHASE AGREEMENT | 0.00 |
| Lexmark International, Inc. | Memorandum of Understanding | 0.00 |
| Linoma Software | Software Maintenance Renewal | 0.00 |
| MailFinance | MailFinance Product Lease Agreement | 4,702.18 |
| Marion Community Hospital, Inc. d/b/a/ Ocala Regional Medical Center and West Marion Community Hospital | SMARTWORKS CLINICAL ENTERPRISE SUBSCRIPTION USE AND SOFTWARE SUPPORT AGREEMENT | 0.00 |
| McCallam Print Group | Preferred Certified Supplier Agreement | 0.00 |
| McCallum Print Group | Preferred Certified Supplier Agreement | 0.00 |
| MCI Communication Services, Inc dba Verizon Business Services | Partial Local Letter of Agency/Authorization to Obtain Customer Information | $0.00 |
| Micro Consulting | Standard Register PRrder 263060 | 0.00 |
| Micro Consulting | Standard Register Purchase agreement with Micro Consulting | 0.00 |
| Micro Tel Inc | Standard Register Purchase Order | 0.00 |
| Minitab Inc | Standard Register Pruchase Order 257430 | 0.00 |
| MixMasters, Inc. | License Agreements | 0.00 |
| MSLI, GP | Microsoft Enterprise Agreement | 0.00 |

6

| | | |
|---|---|---|
| National Presort LP | Purchase Order | 0.00 |
| Neopost USA MailFinance | MailFinance Product Lease Agreement | 7,529.00 |
| Neopost/MailFinance | MailFinance Lease Agreement | 0.00 |
| Official Offset Corporation | Strategic Sourcing Agreement | 0.00 |
| Oracle Corporation | Certain Oracle License, Cloud, and Maintenance Agreements | 0.00 |
| Oracle America Inc | Standard Register Purchase Order 263924 | 0.00 |
| Oracle America, Inc. | Maintenance / Service Contract | 0.00 |
| Oracle America, Inc. | Maintenance / Service Contract | 0.00 |
| Oracle America, Inc. | Oracle Cloud Services Agreement - | 0.00 |
| Oracle Corporation | Oracle Ordering Document; Oracle Licensing and Services Agreement | 0.00 |
| Oracle Corporation | Software License and Services Agreement | 0.00 |
| Oracle Corporation | Software License and Services Agreement | 0.00 |
| Oracle America Inc | Purchase Agreement | 0.00 |
| Oracle America Inc | Standard Register Purchase Order | 0.00 |
| Oracle USA, Inc. | License Verification Form | 0.00 |
| Pageflex, Inc | License Agreement | 0.00 |
| Pageflex, Inc. | Maintenance / Service Contract | 0.00 |
| Pageflex, Inc. | Other Vendor Agreements - Direct | 0.00 |
| Pamco Label | Vendor Agreement | 0.00 |
| PAMCO Label Company Inc | Subcontractor Confidentiality, Indemnification, Intellectual Property and Non-Competition Agreement | 0.00 |
| PRACTICE HORIZONS, LLC | LICENSE AGREEMENT | 0.00 |
| Pragmatic Works, Inc. | Purchase order for task factory standard maintenance | 0.00 |
| ProData | Purchase order for maintaince | 0.00 |
| ProShip, Inc | SALES QUOTE | 0.00 |
| Racami LLC | Purchase order for 3 year license | 0.00 |
| RDM COrp | Extended Warranty Purchase Order | 0.00 |
| RDM Corp | Purchase order for 2 year extended warranty | 0.00 |
| RDM Corp | PURCHASE REQUISITION | 0.00 |
| RDM Corp | PURCHASE REQUISITION | 0.00 |
| Robin Enterprises Company | Global Sourcing Solutions Agreement | 0.00 |
| Robin Enterprises Company | WorkflowOne LLC Business Associate Agreement for Trade Partners | 0.00 |

| | | |
|---|---|---|
| Roundtower Technologies Inc. | Purchase Order | 0.00 |
| S & Q Printers | Subcontractor Confidentiality, Indemnification, Intellectual Property And Non-Competition Agreement | 0.00 |
| SAFENET INC | Purchase Order | 0.00 |
| Safenet Inc | Purchase Order | 0.00 |
| salesforce.com Inc. | Order form w/Salesforce.com | 0.00 |
| SAP America, Inc. | SAP Software Use Rights Agreement | 0.00 |
| SAP America, Inc. | SAP Software Use Rights Agreement | 0.00 |
| SAP Inc | SAP Sofware License Agreement | 0.00 |
| Server Suites, LLC d/b/a ERP Suites | Master Hosting Agreement | 0.00 |
| Server Suites, LLC dba ERP Suites | Master Services Agreement - Hosting | 0.00 |
| SHI | Purchase Requisition | 0.00 |
| SHI International | SHI Order Confirmation - payment terms net 60 days | 0.00 |
| SHI International Corp | Maintenance / Service Contract | 0.00 |
| SHI International Corp. | Other Vendor Agreements - Direct | 0.00 |
| SHI International Corp. | Purchase Agreements | 0.00 |
| SHI International Corp. | Order Confirmation: Maintenance and Supprt for nGenius Infinistream and Performance Manager products | 0.00 |
| SHI International Corp. | Purchase Order 0000010194 Confirmation | 0.00 |
| SHI International Corp. | Server and Cloud Enrollment (Direct) | 0.00 |
| SHI International Corp. | SHI Order Confirmation - for software purchase by Standard Register. | 0.00 |
| SHI International Corp. | SHI Order Confirmation - payment terms net 60 days | 0.00 |
| SHI International Corp. | SHI Order Confirmation - payment terms net 60 days | 0.00 |
| SHI International Corp. | SHI Order Confirmation - payment terms net 60 days | 0.00 |
| SHI International Corp. | Purchase Agreements | 0.00 |
| SHI International Corp. | Vendor | 0.00 |
| SHI International Corp. | Purchase Agreements | 0.00 |
| SHI International Corp. | Purchase Agreements | 0.00 |
| SHI International Corp. | Order Confirmation - Purchase of multi-platform software package | 0.00 |

| | | |
|---|---|---|
| SHI International Corp. | Order Confirmation for multiple-platform software upgrade | 0.00 |
| SHI International Corp. | Order Confirmation for purchase of hardware, software, service and maintenance | 0.00 |
| SHI International Corp. | Order Confirmation: Metaio Creator 3.0 Version Software License | 0.00 |
| SHI International Corp. | Order Confirmation: Modeler Version 12 license for one year of maintenance | 0.00 |
| SHI International Corp. | Order Confirmation: One Year Maintenance for twelve multiple platforms English software | 0.00 |
| SHI International Corp. | Order Confirmation: Vista Plus professional services | 0.00 |
| SHI International Corp. | Purchase Order S09847614 Confirmation: SnagIt Tech support and maintenance | 0.00 |
| SHI International Corp. | Purchase S18952408 Order Confirmation: Serena PVCS Version Manager for multiple platforms software maintenance | 0.00 |
| SHI International Corp. | Sales Order Confirmation S09847601: Check Point software, maintenance and support | 0.00 |
| SHI International Corp. | Sales Order Confirmation S22653545: PitStop Server 12 Maintenance and Support | 0.00 |
| SHI International Corp. | Sales Order Confirmation: AutoCAD LT 2015 new license and maintenance | 0.00 |
| SHI International Corp. | Sales Order S09384931 Confirmation | 0.00 |
| SHI International Corp. | Sales Order S13361167 | 0.00 |
| SHI International Corp. | Sales Order S22653545 | 0.00 |
| SHI International Corp. | Order Confirmation for software and maintenance | 0.00 |
| SHI International Corporation | Order Confirmation - for software licenses and support | 0.00 |
| SHI International Corporation | Order Confirmation - for software maintenance and support | 0.00 |
| SmartBear Software, Inc. | License Agreements | 0.00 |
| SMC3 | Purchase Order 263627: Associate membership fee and annual license | 399.20 |
| SOFTWARE HOUSE INTERNATIONAL | Purchase Order | 0.00 |
| Software House International | Purchase Order | 0.00 |
| Software House International | Purchase Order | 0.00 |

9

| | | |
|---|---|---|
| SOFTWARE HOUSE INTERNATIONAL | Purchase Order | 0.00 |
| SOFTWARE HOUSE INTERNATIONAL | Purchase Order | 0.00 |
| Software House International | Purchase Order | 0.00 |
| Software House International | Purchase Order | 0.00 |
| Software House International | Purchase Order | 0.00 |
| SOFTWARE HOUSE INTERNATIONAL | Purchase Order 250451 | 0.00 |
| SOFTWARE HOUSE INTERNATIONAL | Purchase Order 251636 | 0.00 |
| SOFTWARE HOUSE INTERNATIONAL | Purchase Order 252270 | 0.00 |
| Software House International | Purchase Order 252434 | 0.00 |
| SOFTWARE HOUSE INTERNATIONAL | Purchase Order 260096 | 0.00 |
| SOFTWARE HOUSE INTERNATIONAL | Purchase Order 260752 | 0.00 |
| SOFTWARE HOUSE INTERNATIONAL | Purchase Order 263058 | 0.00 |
| SOFTWARE HOUSE INTERNATIONAL | Purchase Order 263975 | 0.00 |
| Software House International | Purchase order for one year maintaince | 0.00 |
| Software House International | Standard Register Purchase Order | 0.00 |
| Software House International | Standard Register Purchase Order | 0.00 |
| Software House International | Standard Register Purchase Order | 0.00 |
| Software House International | Standard Register Purchase ORder 259787 | 0.00 |
| Software House International | WorkflowOne Purchase order | 0.00 |
| Software House International | Standard Register Purchase Agreement. | 0.00 |
| Software House International | Standard Register Purchase Order | 0.00 |
| Software House International Inc | Purchase Order | 0.00 |
| Software House International Inc | Purchase Order 0000008562 | 0.00 |
| Software House International Inc | Standard Register Purchase Order 0063000295 | 0.00 |
| Software House International Inc | Standard Register Purchase Order 0063000295 | 0.00 |
| Software House International Inc. | Purchase Order | 0.00 |
| Software House International Inc. | Purchase Order 0000010196 | 0.00 |
| Software House International Inc. | Standard Register Purchase Order | 0.00 |
| Software House International Inc. | Standard Register Purchase Order | 0.00 |
| Software House International, Inc. | Purchase Order # 0063000295 per attached Quote # 6134564 | 0.00 |
| Sprint Solutions, Inc. | Master services agreement | 6,988.95 |

| | | |
|---|---|---|
| SYBASE | Standard Register Purchase Order | 0.00 |
| Symcor Inc. | Services Agreement | 0.00 |
| Symcor Inc. | Services Agreement | 0.00 |
| Systel Printing Services | Preferred Subcontractor Confidentiality Indemnification, Intellectual Property and Non-Competition Agreement | 0.00 |
| Systel Printing Services | Subcontractor Business Associate Agreement | 0.00 |
| Teacup Software, Inc. | Teacup Software Support Agreement | 0.00 |
| Teacup Software, Inc. | Teacup Software Support Agreement | 0.00 |
| TECSYS Inc. | Order Agreement 002 | 4,274.07 |
| Telerik Inc. | WorkflowOne Purchase Order - payment terms net 30 days | 0.00 |
| Total Printing Services | Preferred Subcontractor Confidentiality Indemnification, Intellectual Property and Non-Competition Agreement | 0.00 |
| Total Printing Services | Print Partner Letter | 0.00 |
| Total Printing Services LLC | Preferred Subcontractor Confidentiality Indemnification, Intellectual Property and Non-Competition Agreement | 0.00 |
| Total Printing Services LLC | Preferred Subcontractor Confidentiality Indemnification, Intellectual Property and Non-Competition Agreement | 0.00 |
| Transactis, Inc. | Software License and Services Agreement | 4,024.38 |
| TW Telecom Holdings Inc. | Agreement for Colocation | 0.00 |
| tw telecom holdings inc. | Master Services Agreement | 6,373.98 |
| tw telecom holdings inc. | Service Order | 0.00 |
| TW Telecom holdings inc. | Master Services Agreement | 0.00 |
| tw telecom holidngs inc. | Master Services Agreement | 0.00 |
| U.S. Department of Commerce | Registration Services Agreement | 0.00 |
| United Mail, LLC | Services Agreement | 17,075.82 |
| United States Postal Service | License Agreement | 0.00 |
| United States Postal Service (USPS) | United States Postal Service RDI LICENSED PRODUCT LICENSE AGREEMENT | 1,701.28 |
| Unity Technologies ApS | Purchase Agreements | 0.00 |
| Vercom Software Inc | Purchase agreement form Standard Register for Vercom software Inc. | 0.00 |
| VERCOM SOFTWARE INC | Purchase Order | 0.00 |

| | | |
|---|---|---|
| VERCOM SOFTWARE INC | Purchase Order | 0.00 |
| Vercom Software INC | Purchase order from Standard Register to Vercom Software INC | 0.00 |
| Verizon Business | Agency Authorization to Obtain Customer Information | 0.00 |
| Verizon Business Network Services Inc | Second Amendment to the Verizon Business Service Agreement | 0.00 |
| Verizon Business Network Services Inc. | Twenty-Fifth Amendment to the Verison Business Service Agreement | 0.00 |
| Verizon Business Network Services, Inc. | Vendor Agreement | 0.00 |
| Verizon Business Services Inc. | Thirty-Eigth Amendment to the Verizon Business Service Agreement | 0.00 |
| Verizon Services Corp | Twenty-Fourth Amendment to the Verison Business Agreement | 0.00 |
| Vertex Inc. | Vertex Consulting Agreement | 0.00 |
| Vertical Solutions, Inc. | Invoices and Purchase Orders | 0.00 |
| Vertical Solutions, Inc. | Services Agreement | 0.00 |
| Vision Solutions | Purchase Agreements | 0.00 |
| VMware Inc. | Enterprise License Agreement | 0.00 |
| VMware, Inc. | ELA Order Form | 0.00 |
| WalkMe | WalkMe Online Guidance and Engagement Platform | 0.00 |
| WebMethods Inc | Software License Agreement Amendment No. 2 | 0.00 |
| WebMethods Inc | Software and License Agreement | 0.00 |
| webMethods, Inc. | Software License Agreement Amendment No. 3 | 0.00 |
| WebMethods, Inc. | Software License Agreement 2.01 | 0.00 |
| webMethods, Inc. | Software License Agreement Amendment No. 2 | 0.00 |
| webMethods, Inc. | Sofware License Agreement 2.01 | 0.00 |
| White Hat Management LLC | Master Services Agreement | 0.00 |
| Worksright Software Inc. | Purchase Agreements | 0.00 |
| Worksright Software Inc. | Purchase Agreements | 0.00 |
| Worksright Software Inc. | Purchase Agreements | 0.00 |
| Yeck Bros. Company | Global Sourcing Solutions Agreement | 4,516.78 |
| InStream, LLC | RESELLER AGREEMENT | 0.00 |
| InStream, LLC | Reseller Agreement | 0.00 |

| | | |
|---|---|---|
| Corepoint Health LLC | Purchase Order from Standard Register for Corepoint | 463.01 |
| Salar, Inc | Reseller and Services Master License Agreement | 3,009.53 |
| Salar, Inc. | License Agreement | 0.00 |
| Salar, Inc. | OEM MASTER LICENSE AGREEMENT | 0.00 |
| Salar, lnc. | OEM MASTER LICENSE AGREEMENT | 0.00 |
| Smart-ER, LLC | License, Distribution, Hosting and Support Agreement | 0.00 |
| Smart-ER, LLC | License, Distribution, Hosting and Support Agreement | 0.00 |
| Smart-ER, LLC | License, Distribution, Hosting and Support Agreement | 0.00 |
| Smart-ER, LLC | License, Distrubution, Hosting and Support Agreement | 0.00 |
| Smart-ER, LLC | License, Distribution, Hosting and Support Agreement | 0.00 |
| Smart-ER, LLC | LICENSE, DISTRIBUTION, HOSTING AND SUPPORT AGREEMENT | 0.00 |
| Smart-ER, LLC | LICENSE, DISTRIBUTION, HOSTING AND SUPPORT AGREEMENT | 0.00 |
| Elavon | Payment Device Processing Agreement | 0.00 |
| Email to Anything (Software Connection) | The Software Connection Limited End User License Agreement | 0.00 |
| First Data | Merchant Services Bankcard Agreement | 0.00 |
| Hybrid Software Inc. | Services Agreement | 0.00 |
| Hybrid Software Inc. | Services Agreement | 0.00 |
| Pardot Order Form | Alliance Partner Agreement | 0.00 |
| UL - Goshen | Agreement with Supplier for Certification Marks | 0.00 |
| UL - Mexico | Agreement with Supplier for Certification Marks | 0.00 |
| UL-Corporate | Global Services Agreement | 0.00 |
| UL-Radcliff | Agreement with Supplier of Listing Marks, Classification Marks and Recognized Component Marks | 0.00 |
| UL-Tampa | Agreement with Supplier of Listing Marks, Classification Marks and Recognized Component Marks | 0.00 |
| Walk-Me LTD | License Agreement | 0.00 |
| Hybrid Software Inc. | Job Management System, Software Maintenance Proposal | 0.00 |

| Hybrid Software Inc. | Job Management System, Software Maintenance Proposal | 0.00 |
|---|---|---|
| Pageflex | Support Agreement | 0.00 |
| Claro (Puerto Rico Telephone Company) | Static IP Application For Internet Account | 0 |
| Puerto Rico Telephone Company, Inc. | IBS-PRI Service Agreement | 0 |