**EXHIBIT A**
**Claim No. 2491**

B10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT  DISTRICT OF __DE__ | PROOF OF CLAIM |
|---|---|

Name of Debtor: THE STANDARD REGISTER COMPANY    Case Number 1510541

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Pennsylvania Department of Revenue

Name and address where notices should be sent:

Bankruptcy Division PO Box 280946
Harrisburg, PA 17128-0946

Telephone number:
(717) 783-8989

☒ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
(If known)

Filed on: 06/25/2015

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed:    $ 289,267.54

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim:    Taxes
   (See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:    ☐ Real Estate    ☐ Motor Vehicle    ☐ Other

   Value of Property:$ __Unknown__    Annual Interest Rate _3_ %

   Amount of arrearage and other charges as of time case filed included in secured claim,
   if any: $ 0.00    Basis for perfection: _____

   Amount of Secured Claim: $ 0.00    Amount Unsecured: $ 13,774.64

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim.

   ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

   ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

   ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

   ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).

   ☒ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(8).

   ☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

   Amount entitled to priority:
   $ 275,492.90

   *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

Date: 9/24/2015    Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

/s/ Nicole Amolsch, Chief

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

BUREAU OF COMPLIANCE
PO Box 280946
HARRISBURG, PA 17128-094



**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF REVENUE**

September 24, 2015

DELAWARE (WIL) U.S. BANKRUPTCY COURT
CLERK'S OFFICE - WILMINGTON DIV.
MARINE MIDLAND PLAZA
824 MARKET STREET 3RD FLOOR
WILMINGTON, DELAWARE 19801

Case Number: 15-10541          DE
THE STANDARD REGISTER COMPANY
SMARTWORKS
STANDARD REGISTER
INDUSTRAMARK
WORKFLOWONE, LLC

Dear Clerk of Courts:

    Enclosed is a Proof of Claim in the proceedings against the above reference bankruptcy filed on behalf of the Commonwealth of Pennsylvania, Department of Revenue, by the Bureau of Compliance. This represents a claim in the sum of:

$ 289,267.54

    Please stamp the acknowledgement, and enter our claim number in the appropriate spaces below. Return the copy of this acknowledgement to this bureau in the enclosed pre-addressed envelope.

Sincerely,

Pennsylvania Department of Revenue
Bureau of Compliance
(717) 783-0337
TDD# (717) 772-2252 (Hearing Impaired Only)
Fax (717) 783-4331

Enclosures

ACKNOWLEDGEMENT

CLAIM NUMBER

| | | | |
|---|---|---|---|
| COMMONWEALTH OF PENNSYLVANI<br>DEPARTMENT OF REVENUE<br>BUREAU OF COMPLIANCE<br>PO Box 280946<br>HARRISBURG PA 17128-0946<br><br>Tamika Washington |  | SUPPORTING DOCUMENTATION FOR TAXES DUE THE COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE | ☐ Original Claim<br>☑ Amended Claim<br>This claim supercedes all Previous claims filed.<br>Date Amended: 09/24/2015 |

THE STANDARD REGISTER COMPANY
THE STANDARD REGISTER COMPANY
SMARTWORKS
STANDARD REGISTER
INDUSTRAMARK
WORKFLOWONE, LLC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
Petition Filing Date: 03/12/2015
Case Number: 1510541    DE
Chapter: 11

The undersigned is an employee of the PA Department of Revenue and is authorized to make this proof of claim on the behalf of the Commonwealth. At this present time of the filing of this proof of claim, the Debtor was indebted to the Commonwealth in the

SUM OF   $289,267.54   for the following:

- ☑ State Sales, Use and Hotel Occupancy Tax, Article II, Tax Reform Code of 1971, as amended, 72 P.S. 7210
- ☐ Personal Income tax, Article III, Tax Reform Code of 1971, as amended, 72 P.S. 7301
- ☐ Employer Withholding Tax, Article IV, Tax Reform Code of 1971, as amended, 72 P.S. 7301
- ☐ Corporate Net income Tax
- ☐ Capital Stock-Franchise Tax
- ☐ Corporate Loans Tax
- ☐ Other

**SECURED CLAIMS (Tax lien(s) filed before petition date)**

See attached statement of account detailing the liability.

Total secured claim: _____

Pursuant to Section 506(b) of the Bankruptcy Code, post petition Interest may be payable.

**ADMINISTRATIVE PRIORITY CLAIMS – Section 507(a)(1) of the Bankruptcy Code**

See attached statement of account detailing the liability.

Total administrative: _____

**UNSECURED PRIORITY CLAIMS – Section 507(a)(8) of the Bankruptcy code for unliened priority Liabilities existing before petition date.**

See attached statement of account detailing the liability.

Total unsecured priority: $275,492.90

**UNSECURED NON-PRIORITY CLAIMS – unliened non-priority liabilities existing before the petition filing date.**

See attached statement of account detailing the liability.

Total unsecured non-priority claim: $13,774.64

Credits: The Commonwealth of Pennsylvania, Department of Revenue has not identified a right of setoff or counterclaim in preparing and filing this proof of claim. However, this determination is based on available information and the Commonwealth of Pennsylvania, Department of Revenue does not intend to waive any of its available rights to setoff against this claim debts owed to this debtor by this agency. All rights of setoff are preserved and reserved (including those arising as the result of audits, credits, refunds or payments) and will be asserted to the extent lawful.

/s/ Nicole Amolsch, Chief

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF REVENUE
BUREAU OF COMPLIANCE
PO Box 280946
HARRISBURG PA 17128-0946

Tamika Washington



**BANKRUPTCY STATEMENT OF ACCOUNT**

Page 1 of 1
Pet Date: 3/12/2015
Case Number: 1510541 DE
Chapter: 11

THE STANDARD REGISTER COMPANY
600 ALBANY STREET
DAYTON OH 45417

**Primary Tax Numbers**
Emp Identification Number:
Sales Tax License Number: 99004234
Social Security Number:
Corp Tax Number: 2025274
Other Number:

Additional Debtors and/or Names    SSN    EIN

SMARTWORKS
STANDARD REGISTER
INDUSTRAMARK
WORKFLOWONE, LLC

Note:

| TYPE OF CLAIM | UNSECURED NON-PRIORITY | | Tax Number: | 99004234 (audit) | | | |
|---|---|---|---|---|---|---|---|
| TAX TYPE | ESTIMATES | PERIOD COVERED | TAX DEFICIENCY | INTEREST | FEES | PENALTY | BALANCE |
| ST | | 1/1/2012 thru 12/31/2014 | $0.00 | $0.00 | $0.00 | $13,774.64 | $13,774.64 |
| Lien Filing Date: | | County Lien Filed: | | | Lien Docket Number: | | |
| | | TOTAL | $0.00 | $0.00 | $0.00 | $13,774.64 | $13,774.64 |

| TYPE OF CLAIM | UNSECURED PRIORITY | | Tax Number: | 99004234 (audit) | | | |
|---|---|---|---|---|---|---|---|
| TAX TYPE | ESTIMATES | PERIOD COVERED | TAX DEFICIENCY | INTEREST | FEES | PENALTY | BALANCE |
| ST | | 1/1/2012 thru 12/31/2014 | $275,492.90 | $0.00 | $0.00 | $0.00 | $275,492.90 |
| Lien Filing Date: | | County Lien Filed: | | | Lien Docket Number: | | |
| | | TOTAL | $275,492.90 | $0.00 | $0.00 | $0.00 | $275,492.90 |

LEGEND:
ST = Sales, Use and Hotel Ocupancy Tax
CT = Corporation Tax
EMP = Employer Withholding
AN = Individual Income Tax
MT = Mass Transit
MC = Motor Carrier

LF = Liquid Fuels
OF = Oil Franchise
PTA = Public Transportation Assistance Act

Personal Income Tax Estimates: Taxable income figures on which tax deficiency is based could be from information obtained from transcripts of filed IRS form 1040. Information can be mailed to debtor or debtor's counsel upon written request, without the need for filing a formal objection. An amended proof of claim may be filed upon the filing of a properly completed and signed PA-40 tax return.

ALL LIENS FILED IN THE PROTHONOTARY OFFICE IN THE COUNTY INDICATED.

ALL LIENS FILED IN THE COMMONWEALTH OF PENNSYLVANIA UNLESS INDICATED OTHERWISE.