## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING STIPULATION BY AND BETWEEN THE DEBTORS AND CERTAIN OF THE DEBTORS' DIRECTORS AND OFFICERS REGARDING PROCEEDS OF D&O INSURANCE POLICY

The undersigned hereby certifies as follows:

1.     On March 12, 2015 (the "Petition Date"), SRC Liquidation Company (f/k/a The Standard Register Company) ("SRC Liquidation") and its affiliated debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") commenced voluntary cases under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware.

2.     Prior to the Petition Date, SRC Liquidation undertook various indemnification obligations with respect to its directors, officers and employees, and in furtherance thereof, acquired management and company reimbursement coverage (the "D&O Insurance") from, among others, Zurich American Insurance Company ("Zurich"), to, among other things, fund its obligations under such indemnities.  At the Debtors' request and in consideration of payments

---

[1]     The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); SR Liquidation Holding, S. de R.L. de C.V. (4GR4); SR Liquidation de México, S. de R.L. de C.V. (4FN0); SR Liquidation Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001).  The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

negotiated in conjunction therewith, Zurich issued a D&O Insurance policy to SRC Liquidation (the "Policy").

3.      On June 10, 2015, the Court entered that certain *Order Granting the Committee Standing and Authorizing the Committee to Commence and Prosecute Certain Actions on Behalf of the Debtors' Estates* (the "Standing Order") [D.I. 648], pursuant to which, among other things, the Official Committee of Unsecured Creditors (the "Committee") was authorized to commence, prosecute and, if appropriate, settle causes of action alleged in its complaint against, among others, certain of the Debtors' directors and officers (collectively, the "Individual Defendants" and together with the Debtors, the "Parties") for whom SRC Liquidation provided an indemnity pre-petition.

4.      On August 4, 2015, the Committee formally commenced an adversary action against the Individual Defendants by filing that certain *Amended Adversary Complaint* (the "Complaint") in Adversary Proceeding Case No. 15-50771 (BLS) (the "D&O Litigation").   The Individual Defendants have retained counsel to defend the claims brought in the D&O Litigation.

5.      As requested by Zurich and in order to clarify the use of proceeds of the Policy, the Parties have engaged in good faith discussions regarding Zurich's advancement of defense costs incurred by the Individual Defendants in the D&O Litigation and the scope of the automatic stay provided for under section 362(a) of the Bankruptcy Code, to the extent it applies, to allow certain payments to be made by Zurich to and on behalf of the Individual Defendants (or their counsel) as provided for in the Policy.

6.      The Debtors and the Individual Defendants have therefore entered into a stipulation (the "Stipulation"), a copy of which is attached as Exhibit 1 to the proposed form of order (the "Proposed Order") attached hereto as Exhibit A, clarifying the use of proceeds of the Policy.

7.      A copy of the Stipulation has been shared with counsel to the Individual Defendants and the Committee, and the Debtors have not received any objection.  Accordingly, the Debtors respectfully request entry of the Proposed Order, attached hereto as Exhibit A, at the earliest convenience of the Court.

*[Remainder of page intentionally left blank]*

Dated:    October 21, 2015
          Wilmington, Delaware          */s/ Andrew L. Magaziner*

          Michael R. Nestor (No. 3526)
          Kara Hammond Coyle (No. 4410)
          Maris J. Kandestin (No. 5294)
          Andrew L. Magaziner (No. 5426)
          YOUNG CONAWAY STARGATT & TAYLOR, LLP
          Rodney Square
          1000 North King Street
          Wilmington, Delaware 19801
          Telephone: (302) 571-6600
          Facsimile: (302) 571-1253
          mnestor@ycst.com
          kcoyle@ycst.com
          mkandestin@ycst.com
          amagaziner@ycst.com

          -and-

          Michael A. Rosenthal (NY No. 4697561)
          Jeremy L. Graves (CO No. 45522)
          Matthew G. Bouslog (CA No. 280978)
          GIBSON, DUNN & CRUTCHER LLP
          200 Park Avenue
          New York, New York 10166-0193
          Telephone: (212) 351-4000
          Facsimile: (212) 351-4035
          mrosenthal@gibsondunn.com
          jgraves@gibsondunn.com
          mbouslog@gibsondunn.com

          *Counsel to the Debtors and Debtors in Possession*

01:17869728.2