IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Docket Ref. No. 1207** |

## ORDER APPROVING STIPULATION BY AND BETWEEN THE DEBTORS AND CERTAIN OF THE DEBTORS' DIRECTORS AND OFFICERS REGARDING PROCEEDS OF D&O INSURANCE POLICY

The Court having considered the *Certification of Counsel Regarding Order Approving Stipulation by and Between the Debtors and Certain of the Debtors' Directors and Officers Regarding Proceeds of D&O Insurance Policy*, submitted on October 20, 2015, and that certain *Stipulation by and Between the Debtors and Certain of the Debtors' Directors and Officers Regarding Proceeds of D&O Insurance Policy* (the "Stipulation"), a copy of which is attached hereto as Exhibit 1, it is hereby:

1. ORDERED, that the Stipulation is approved.

2. ORDERED, that this is a final order within the meaning of 28 U.S.C. § 158 that is effective immediately upon entry.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); SR Liquidation Holding, S. de R.L. de C.V. (4GR4); SR Liquidation de México, S. de R.L. de C.V. (4FN0); SR Liquidation Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

01:17869728.2

3. ORDERED, that this Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
Oct. 21, 2015

_____
Brendan L. Shannon
Chief United States Bankruptcy Judge

01:17869728.2