# EXHIBIT A

## FEE SUMMARY

**SRC Liquidation Company, et al.**
**(Case No. 15-10541 (BLS)**

**September 1, 2015 through September 30, 2015**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery (#3) | 0.0 | $ 0.00 |
| Asset Disposition (#4) | 1.1 | 358.31 |
| Assumption/Rejection of Leases/Contracts (#5) | 0.0 | 0.00 |
| Avoidance Action Analysis (#6) | 0.0 | 0.00 |
| Budgeting (Case) (#7) | 0.0 | 0.00 |
| Business Operations (#8) | 0.0 | 0.00 |
| Case Administration (#9) | 2.3 | 634.37 |
| Claims Administration and Objections (#10) | 0.0 | 0.00 |
| Corporate Governance and Board Matters (#11) | 0.0 | 0.00 |
| Employee Benefits and Pensions (#12) | 13.6 | 3,285.62 |
| Employment and Fee Applications (#13) | 0.0 | 0.00 |
| Employment and Fee Application Objection (#14) | 0.0 | 0.00 |
| Financing and Cash Collateral (#15) | 0.0 | 0.00 |
| Fee Application – Privileged Review (#16) | 0.0 | 0.00 |
| Litigation (#17) | 0.0 | 0.00 |
| Meetings/Communications with Creditors (#18) | 0.0 | 0.00 |
| Non-Working Travel (#19) | 0.0 | 0.00 |
| Plan and Disclosure Statement (#20) | 0.0 | 0.00 |
| Real Estate (#21) | 0.0 | 0.00 |
| Relief From Stay and Adequate Protection (#22) | 0.0 | 0.00 |
| Reporting (#23) | 0.0 | 0.00 |
| Tax (#24) | 0.0 | 0.00 |
| Valuation (#25) | 0.0 | 0.00 |
| Intellectual Property (#26) | 0.0 | 0.00 |
| Privacy Matters (#27) | 0.0 | 0.00 |
| Vendor/Customer Ordinary Course Contract (#28) | 0.0 | 0.00 |
| Hawaii Employment Litigation (#29) | 6.3 | 1,495.37 |
| Violation of Non-Compete (#30) | 0.00 | 00.00 |
| **TOTAL** | **23.30** | **$5,773.67** |

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV  Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

---

The Standard Register Company (SRC)  
PO Box 1167  
600 Albany Street  
Dayton OH 45417-3405

October 16, 2015  
Invoice # 3437845

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.4  
Matter: Asset Disposition

---

### Remittance Advice

For Professional Services Rendered Through September 30, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 409.50 |
| Less Discount | $ -51.19 |
| Attorney Costs | $ 0.00 |
| Current Total for Professional Services | $ 358.31 |
| Previous Outstanding Balance (see detail AR page) | $ 244.47 |
| Total Due for Professional Services | $ 602.78 |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP  
P.O. Box 640635  
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**  
*Please call (513) 977-8131 to initiate credit card payment.*



Dinsmore & Shohl LLP  
Client Number – 92211.4  
**Matter: Asset Disposition**

October 16, 2015  
Invoice # 3437845

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| Harvey J. Cohen | Partner | 0.40 | 490.00 | $ 196.00 |
| Patrick D Burns | Of Counsel | 0.70 | 305.00 | $ 213.50 |
| | Total Hours / Fees | 1.10 | | $ 409.50 |
| | Less Discount | | | $ -51.19 |
| | Current Fee for Hours Worked | | | $ 358.31 |

Current Amount Due This Invoice              $358.31

1

Dinsmore & Shohl LLP
Client Number – 92211.4
**Matter: Asset Disposition**

October 16, 2015
Invoice # 3437845

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 09/08/15 | HJC | 0.40 | SR Liquidation calls regarding certificates (.2); email regarding same (.2). |
| 09/28/15 | PDB | 0.70 | Phone conference regarding transition of files to Taylor. |

Total Hours    1.10

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV
Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

---

The Standard Register Company (SRC)  
PO Box 1167  
600 Albany Street  
Dayton OH 45417-3405

October 16, 2015  
Invoice # 3437848

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.9  
Matter: Case Administration

---

### Remittance Advice

For Professional Services Rendered Through September 30, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 725.00 |
| Less Discount | $ -90.63 |
| Attorney Costs | $ 0.00 |
| | |
| Total Due for Professional Services | $ 634.37 |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP  
P.O. Box 640635  
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**  
*Please call (513) 977-8131 to initiate credit card payment.*



Dinsmore & Shohl LLP  
Client Number – 92211.9  
**Matter: Case Administration**

October 16, 2015  
Invoice # 3437848

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| Allan R. Daily | Partner | 0.60 | 320.00 | $ 192.00 |
| Kim Martin Lewis | Partner | 0.40 | 650.00 | $ 260.00 |
| Angela C. Powell | Paralegal | 1.30 | 210.00 | $ 273.00 |
| | Total Hours / Fees | 2.30 | | $ 725.00 |
| | Less Discount | | | $ -90.63 |
| | Current Fee for Hours Worked | | | $ 634.37 |

Current Amount Due This Invoice     $634.37

Dinsmore & Shohl LLP  
Client Number – 92211.9  
**Matter: Case Administration**

October 16, 2015  
Invoice # 3437848

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 09/08/15 | ARD | 0.20 | Receipt and review of certificates regarding name change of The Standard Register Company to SRC Liquidation Company; forward same to G. Sowar. |
| 09/09/15 | ARD | 0.20 | Receipt and review of additional certificates regarding name change of The Standard Register Company to SRC Liquidation Company; forward same to G. Sowar. |
| 09/11/15 | KML | 0.40 | Telephone call and emails with Michael Rosenthal and Chuck Hertlein. |
| 09/14/15 | ARD | 0.20 | Receipt and review of additional certificates regarding name change of The Standard Register Company to SRC Liquidation Company; forward same to G. Sowar. |
| 09/17/15 | AP | 1.30 | Organize name change documents regarding SRC Liquidation and label boxes to be sent to storage. |

Total Hours   2.30

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV
Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

---

The Standard Register Company (SRC)　　　　　　　　　　　　　　　　　　October 16, 2015
PO Box 1167　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Invoice # 3437850
600 Albany Street
Dayton OH 45417-3405

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.12
Matter: Employee Benefits and Pensions

---

### Remittance Advice

For Professional Services Rendered Through September 30, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 3,755.00 |
| Less Discount | $ -469.38 |
| Attorney Costs | $ 0.00 |
| Current Total for Professional Services | $ 3,285.62 |
| Previous Outstanding Balance (see detail AR page) | $ 14,396.99 |
| Total Due for Professional Services | $ 17,682.61 |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*



Dinsmore & Shohl LLP  
Client Number – 92211.12  
**Matter: Employee Benefits and Pensions**

October 16, 2015  
Invoice # 3437850

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| David A. Whaley | Partner | 5.70 | 340.00 | $ 1,938.00 |
| Beth A. Mandel | Associate | 7.90 | 230.00 | $ 1,817.00 |
| | Total Hours / Fees | 13.60 | | $ 3,755.00 |
| | Less Discount | | | $ -469.38 |
| | Current Fee for Hours Worked | | | $ 3,285.62 |

Current Amount Due This Invoice    $3,285.62

1

Dinsmore & Shohl LLP  
Client Number – 92211.12  
**Matter: Employee Benefits and Pensions**

October 16, 2015  
Invoice # 3437850

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 09/01/15 | DAW | 0.80 | Review and forward communications pertaining to terms of PBGC Assumption of Plan (0.4); review communications in connection with termination of Savings Plan (0.4). |
| 09/01/15 | BAM | 2.60 | Review communications regarding Participant Notice of Savings Plan Termination and revise the draft notice (.7); call with Company (.4); review communications regarding same (.5); retrieve and review additional 530 Binder data from Fidelity (1.0). |
| 09/02/15 | DAW | 0.40 | Review communications pertaining to terms of Savings Plan distributions. |
| 09/02/15 | BAM | 0.70 | Review additional communication regarding Participant Notice of Savings Plan Termination and respond to questions regarding 402(f) notice. |
| 09/03/15 | DAW | 1.00 | Prepare for and participate in conference call pertaining to terms of Savings Plan termination. |
| 09/03/15 | BAM | 0.90 | Review additional communication regarding Participant Notice of Savings Plan Termination (.2); participate in conference call regarding Savings Plan termination (.7). |
| 09/08/15 | BAM | 0.30 | Communicate with P. Wilkes regarding 401(k) issues. |
| 09/10/15 | BAM | 0.10 | Review pending items with David A. Whaley prior to conference call. |
| 09/10/15 | DAW | 1.20 | Review and respond to communications pertaining to termination process for 401(k) Plan (.3); prepare for and participate in conference call pertaining to same (.9). |
| 09/11/15 | DAW | 0.50 | Review and respond to questions pertaining to IBNR and claims experience. |
| 09/14/15 | BAM | 2.10 | Draft letter to be sent to 401(k) participants. |
| 09/14/15 | DAW | 0.40 | Review and respond to communications in connection with plan termination and testing process. |
| 09/15/15 | BAM | 0.20 | Discuss QDRO letter with D. Whaley and draft communication to Perry Wilkes regarding QDRO letter. |
| 09/15/15 | DAW | 0.40 | Review terms of letter to participants with QDRO holds on accounts. |
| 09/17/15 | BAM | 0.40 | Review updated status report and participate in phone conference regarding 401(k) termination. |
| 09/17/15 | DAW | 0.50 | Prepare for and participate in conference call pertaining to terms of 401(k) Plan Termination. |
| 09/24/15 | DAW | 0.50 | Prepare for and participate in conference call pertaining to terms of 401(k) Plan Termination. |
| 09/24/15 | BAM | 0.60 | Review updated status report and participate in phone conference regarding 401(k) termination. |

Total Hours   13.60

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV
Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

---

The Standard Register Company (SRC)  
PO Box 1167  
600 Albany Street  
Dayton OH 45417-3405

October 16, 2015  
Invoice # 3437851

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.13  
Matter: Employment and Fee Applications

---

### Remittance Advice

For Professional Services Rendered Through September 30, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 0.00 |
| Attorney Costs | $ 2.80 |
| Current Total for Professional Services | $ 2.80 |
| Previous Outstanding Balance (see detail AR page) | $ 806.51 |
| Total Due for Professional Services | $ 809.31 |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP  
P.O. Box 640635  
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**  
*Please call (513) 977-8131 to initiate credit card payment.*



Dinsmore & Shohl LLP  
Client Number – 92211.13  
**Matter: Employment and Fee Applications**

October 16, 2015  
Invoice # 3437851

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| | Total Hours / Fees | 0.00 | | $ 0.00 |

## Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | | $ 2.80 |
| | Total Attorney Costs | $2.80 |
| | Current Amount Due This Invoice | $2.80 |

1

Dinsmore & Shohl LLP
Client Number – 92211.13
**Matter: Employment and Fee Applications**

October 16, 2015
Invoice # 3437851

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
|      | Total Hours | 0.00 |             |

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV*
*Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

---

The Standard Register Company (SRC)  
PO Box 1167  
600 Albany Street  
Dayton OH 45417-3405  

October 16, 2015  
Invoice # 3437983

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.26  
Matter: IP

---

### Remittance Advice

For Professional Services Rendered Through September 30, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 0.00 |
| Attorney Costs | $ 659.45 |
| Current Total for Professional Services | $ 659.45 |
| Previous Outstanding Balance (see detail AR page) | $ 8,869.09 |
| Total Due for Professional Services | $ 9,528.54 |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP  
P.O. Box 640635  
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*



Dinsmore & Shohl LLP　　　　　　　　　　　　　　　　　　　　　　　October 16, 2015
Client Number – 92211.26　　　　　　　　　　　　　　　　　　　　　Invoice # 3437983
**Matter: IP**

### Summary of Current Hours Worked

| <u>Timekeeper</u> | <u>Staff Level</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|
| | Total Hours / Fees | 0.00 | | $ 0.00 |

### Summary of Current Attorney Costs Incurred

| Foreign Associates Fees | | $ 659.45 |
|---|---|---|
| | Total Attorney Costs | $659.45 |
| | Current Amount Due This Invoice | $659.45 |

1

Dinsmore & Shohl LLP
Client Number – 92211.26
**Matter: IP**

October 16, 2015
Invoice # 3437983

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| | Total Hours | 0.00 | |

# DINSMORE & SHOHL LLP

*Charleston WV  Chicago IL  Cincinnati OH  Columbus OH  Covington KY  Dayton OH  Denver CO  Frankfort KY  Huntington WV  Lewisburg WV  Lexington KY  Louisville KY  Morgantown WV  Philadelphia PA  Pittsburgh PA  Washington DC  Wheeling WV*

Federal I.D.: 31-0263070

---

The Standard Register Company (SRC)  
600 Albany Street  
Dayton OH 45417  

October 16, 2015  
Invoice # 3437856

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.29  
Matter: Hawaii Employment Litigation

---

### Remittance Advice

For Professional Services Rendered Through September 30, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 1,709.00 |
| Less Discount | $ -213.63 |
| Attorney Costs | $ 0.00 |
| Current Total for Professional Services | $ 1,495.37 |
| Previous Outstanding Balance (see detail AR page) | $ 11,697.07 |
| Total Due for Professional Services | $ 13,192.44 |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP  
P.O. Box 640635  
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**  
*Please call (513) 977-8131 to initiate credit card payment.*



Dinsmore & Shohl LLP  
Client Number – 92211.29  
**Matter: Hawaii Employment Litigation**

October 16, 2015  
Invoice # 3437856

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| Harvey J. Cohen | Partner | 0.30 | 490.00 | $ 147.00 |
| Ryan W. Green | Partner | 0.40 | 405.00 | $ 162.00 |
| Jason W. Hilliard | Associate | 5.60 | 250.00 | $ 1,400.00 |
| | Total Hours / Fees | 6.30 | | $ 1,709.00 |
| | Less Discount | | | $ -213.63 |
| | Current Fee for Hours Worked | | | $ 1,495.37 |

Current Amount Due This Invoice         $1,495.37

1

Dinsmore & Shohl LLP  
Client Number – 92211.29  
**Matter: Hawaii Employment Litigation**

October 16, 2015  
Invoice # 3437856

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 09/01/15 | JWH | 0.10 | Respond to [redacted] local counsel regarding [redacted]. |
| 09/01/15 | JWH | 0.20 | Follow-up with counsel for ASB regarding damage calculations. |
| 09/03/15 | JWH | 0.10 | Follow-up with client regarding [redacted]. |
| 09/03/15 | JWH | 0.50 | Put together objections for discovery requests [redacted]. |
| 09/04/15 | JWH | 0.10 | Correspondence with counsel regarding the case and discovery. |
| 09/08/15 | JWH | 0.20 | Review comments from counsel regarding the demand letter and respond to [redacted]. |
| 09/08/15 | JWH | 0.60 | Revise settlement demand letter and [redacted]. |
| 09/09/15 | HJC | 0.30 | Hawaii litigation call (.2); correspondence review (.1). |
| 09/09/15 | JWH | 0.20 | Revise demand letter. |
| 09/10/15 | JWH | 0.20 | Make final revisions to the demand letter and forward to client. |
| 09/10/15 | JWH | 0.10 | Review changes to demand letter. |
| 09/10/15 | JWH | 0.20 | Review prior Rule 26 disclosures. |
| 09/11/15 | JWH | 0.50 | Prepare supplemental initial disclosures. |
| 09/14/15 | RWG | 0.20 | Address deadline and deposition request for Defendants. |
| 09/14/15 | JWH | 0.20 | Make final changes to demand letter and forward to counsel. |
| 09/15/15 | JWH | 0.20 | Review response from J. Dorothy regarding our settlement demand. |
| 09/15/15 | JWH | 0.20 | Draft response to ASB's position on discovery and depositions. |
| 09/15/15 | JWH | 0.20 | Telephone call with H. Glaser [redacted]. |
| 09/16/15 | JWH | 0.10 | Follow-up with co-counsel regarding [redacted]. |
| 09/17/15 | JWH | 0.20 | Review response to demand letter. |
| 09/18/15 | JWH | 0.30 | Telephone call with H. Glaser [redacted]. |
| 09/18/15 | RWG | 0.20 | Work on settlement issues. |
| 09/21/15 | JWH | 0.30 | Telephone call with J. Dorothy regarding the case and possible settlement. |
| 09/21/15 | JWH | 0.10 | Follow-up with J. Dorothy regarding settlement demand. |
| 09/23/15 | JWH | 0.20 | Review Counteroffer from opposing counsel. |
| 09/25/15 | JWH | 0.10 | Follow-up with opposing counsel regarding possible settlement. |
| 09/28/15 | JWH | 0.20 | Correspondence with opposing counsel regarding settlement. |

Dinsmore & Shohl LLP  
Client Number – 92211.29  
**Matter: Hawaii Employment Litigation**

October 16, 2015  
Invoice # 3437856

| Date | Initials | Hours | Description |
|---|---|---|---|
| 09/28/15 | JWH | 0.10 | Follow-up with client regarding [redacted]. |
| 09/29/15 | JWH | 0.20 | Review letter dated September 23, 2015 regarding offer from opposing counsel. |

Total Hours    6.30