# EXHIBIT B

## EXPENSE SUMMARY

**SRC Liquidation Company, et al.**
**(Case No. 15-10541 (BLS)**

**September 1, 2015 through September 30, 2015**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Foreign Associates Fees | Goodrich, Riquelme Y Asociados | $659.45 |
| Photocopies | | 3.00 |
| **Grand Total Expenses** | | **$ 662.45** |