## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Timothy R. Quinn, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 20, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via overnight mail on the Transferred Contract Counterparty Service List attached hereto as **Exhibit A**:

- (Customized) Notice Regarding Designation as Post-Closing Transferred Contract and Assumption and Assignment Thereof [a non-customized copy of which is attached hereto as **Exhibit B**]

Dated: October 21, 2015

Timothy R. Quinn

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 21, 2015, by Timothy R. Quinn, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

James Dalola
Notary Public, State of New York
No. 02DA6171472
Qualified in ~~Suffolk County~~ New York County
Commission Expires ~~July 23, 2011~~ November 22, 2015

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

**Exhibit A**

Exhibit A
Transferred Contract Counterparty Service List
Served via Overnight Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|
| 24 Hour Fitness | Attn: General Counsel | PO Box 2689 | | Carlsbad | CA | 92018 | |
| 24 Hour Fitness, Inc. | 2231 Rutherford Road | | | Carlsbad | CA | 92008 | |
| 3Delta Systems, Inc. | 14151 Newbrook Drive | Suite 200 | | Chantilly | VA | 20151 | |
| 3Delta Systems, Inc. | 14151 Newbrook Drive | | | Chantilly | VA | 20151 | |
| 3Delta Systems, Inc. | Attn: General Counsel | 14151 Newbrook Drive | Suite 200 | Chantilly | VA | 20151 | |
| 3M Center | Attn: General Counsel | Building 216-2n-07 | | St. Paul | MN | 55144-1000 | |
| 3M Sourcing Operations | Attn: Melani Howard | 3M Center | Building 216-2N-07 | St. Paul | MN | 55144 | |
| 5 Day Business Forms Mfg., Inc. | 2921 E La Cresta Ave | | | Anaheim | CA | 92806 | |
| Accuvant | Attn: General Counsel | 1125 17th Street | Suite 1700 | Denver | CO | 80202 | |
| ACCUVANT INC | Attn: General Counsel | 1125 17th Street | Suite 1700 | Denver | CO | 80202 | |
| Accuvant, Inc. | 1125 17th Street | Suite 1700 | | Denver | CO | 80202 | |
| Actian Corporation | 500 Anguello Street | Suite 200 | | Redwood City | CA | 94063 | |
| Actian Corporation | Attn: Melanie Richards | 500 Arguello Street | Suite 200 | Redwood City | CA | 94063 | |
| Advertising Speciality Institue, Inc. | 4800 Street Road | | | Trevose | PA | 19053 | |
| Advertising Speciality Institute | 4800 Street Road | | | Trevose | PA | 19053 | |
| Advertising Speciality Institute | 4800 Street Road | | | Trevose | PA | 19503 | |
| Agility | 490 Adelaide Street | 3rd Floor | | Toronto | ON | M5V 1T2 | Canada |
| Agility | Attn: General Counsel | 490 Adelaide Street West | | Toronto | ON | M5V 1T2 | Canada |
| Agility CMS | Attn: Jon Voight | 490 Adelaide Street West | | Toronto | ON | M5V 1T2 | Canada |
| Agility Inc. | Attn: General Counsel | 490 Adelaide Street West | | Toronto | ON | M5V 1T2 | Canada |
| Allstate | Contract Governance | 2775 Sanders Road | Suite E6 South | Northbrook | IL | 60062 | |
| Allstate Insurance Company | Attn: General Counsel | 2775 Sanders Road | | Northbrook | IL | 60062-6127 | |
| American Digital Company | Attn: General Counsel | 25 Northwest Point Blvd | Suite 200 | Elk Grove Village | IL | 60007 | |
| American Litho, Inc. | 175 Mercedes Drive | | | Carol Stream | IL | 60188 | |
| American Litho, Inc. | Attn: General Counsel | 175 Mercedes Dr | | Carol Stream | IL | 60188 | |
| American Litho, Inc. | attn: Michael Fantana | 175 Mercedes Drive | | Carol Stream | IL | 60188 | |
| Apple One | 327 West Broadway | | | Glendale | CA | 91204 | |
| AT%T Corp. | 55 Corporate Drive | | | Bridgewater | NJ | 08807 | |
| AT&T | Attn: Joe Ronan | 55 Corporate Drive | | Bridgewater | NJ | 08807 | |
| AutoAudit | Attn: General Counsel | 12245 Breckinridge Ln | | Woodbridge | VA | 22192 | |
| Avaya Inc | Attn: General Counsel | 211 Mount Airy Road | | Basking Ridge | NJ | 07920 | |
| Avaya Inc. | 5721 Bigger Road | STE 300 | | Kettering | OH | 45440 | |
| Avaya Inc. | 5721 Bigger Road | | | Kettering | OH | 45440 | |
| Avaya Inc. | Attn: General Counsel | 211 Mt Airy Rd | | Basking Ridge | NJ | 07920 | |
| Avaya Inc. | Attn: General Counsel | 212 Mt Airy Rd | | Basking Ridge | NJ | 07920 | |
| Avent, Inc. | Attn: General Counsel | 2211 South 47th Street | | Phoenix | AZ | 85034 | |
| Avent, Inc. | Attn: Senior Vice President, Law & Government | 351 Phelps Drive | | Irving | TX | 75038 | |
| Avent, Inc. | ATTN: Senior Vice President, Law & Government Affairs | 351 Phelps Drive | | Irving | TX | 75038 | |
| Axway Inc. | Attn: General Counsel | Dept 0469 | PO Box 120469 | Dallas | TX | 75312-0469 | |
| Banner Health | 117 E Main St a 100 | | | Payson | AZ | 85541 | |
| Banner Health | 117 E Main St a100 | | | Payson | AZ | 85541 | |
| Best Practices Systems, Inc | Attn: General Counsel | 12741 East Caley Ave | Suite 126 | Centennial | CO | 80111 | |
| Blessing Hospital | P.O. Box 7005 | | | Quincy | IL | 62305 | |
| Broadcast Music, Inc. | Attn: Thomas G. Annastas - Vice President, General Licensing | 320 West 57th Street | | New York | NY | 10019 | |
| Bureau Veritas Certification North America Inc. | Attn: Legal Counsel | 390 Benmar Drive | | Houston | TX | 77060 | |
| CALDERA INC | ATTN: General Counsel | PO BOX 3175 | | BURNSVILLE | MN | 55337 | |
| Cardinal Health Inc | 7000 Cardinal Place | | | Dublin | OH | 43017 | |

In re: SRC Liquidation Company, et al.
Case No. 15-10541 (BLS)

Page 1 of 7

**Exhibit A**
Transferred Contract Counterparty Service List
Served via Overnight Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|
| Cass Information Systems Inc. | Attn: John Pickering Inc. | 13001 Hollenberg Dr. | | Bridgeton | MO | 63044 | |
| Cass Information Systems, Inc | Attention General Counsel | 12444 Powerscourt Drive | | St Louis | MO | 63131 | |
| Cass Information Systems, Inc. | 12444 Powerscourt Drive | Suite 550 | | St. Louis | MO | 63131 | |
| Cbeyond Communications, LLC | d/b/a Cbeyond Cloud Services | 2080 Nelson Miller Pkwy., Suite 100 | | Louisville | KY | 40223 | |
| CDW DIRECT | 75 REMITTANCE DRIVE | STE. 1150 | | CHICAGO | IL | 60675-1150 | |
| CDW Direct | Attn: General Counsel | 75 Remittance Drive | STE. 1150 | Chicago | IL | 60675-1150 | |
| CDW Direct | Attn: General Counsel | 75 Remittance Drive | Suite 1150 | Chicago | IL | 60675 | |
| CEBOS LTD | Attn: General Counsel | 100 Innovation Place | | Santa Barbara | CA | 93108 | |
| Chicago Tag & Label | Attn: General Counsel | 2501 Commerce Dr | | Libertyville | IL | 60048 | |
| Cincinnati Bell Wireless LLC | 201 E. Fourth Street | | | Cincinnati | OH | 45202 | |
| Cincom | Attn: General Counsel | 55 Merchant Street | | Cincinnati | OH | 45246 | |
| Cincom Systems, Inc. | World Headquarters | Attn: Gloria H. Daniel, Lead Contract Administrator | 55 Merchant Street | Cincinnati | OH | 45246 | |
| CIT TECHNOLOGIES COROPORATION | d/b/a CIT SYSTEMS LEASING | 2285 Franklin Road | Second Floor | Bloomfield Hills | MI | 48302 | |
| CIT TECHNOLOGIES CORPORATION | 2285 Franklin Road | Second Floor | | Bloomfield Hills | MI | 48302 | |
| CIT TECHNOLOGIES CORPORATION | d/b/a CIT SYSTEMS LEASING | 2285 Franklin Road | | Bloomfield | MI | 48302 | |
| CIT TECHNOLOGIES CORPORATION | d/b/a CIT SYSTEMS LEASING | 2285 Franklin Road | Second Floor | Bloomfield | MI | 48302 | |
| CIT Technologies Corporation | d/b/a CIT Systems Leasing | 2285 Franklin Road, Second Floor | | Bloomfield Hills | MI | 48302 | |
| CIT TECHNOLOLGIES CORPORATION | d.b.a. CIT SYSTEM LEASING | 2285 Franklin Road | Second Floor | Bloomfield Hills | MI | 48302 | |
| Citrix System Inc. | 851 W Cypress Creek Rd. | | | Ft Lauderdale | FL | 33309-2009 | |
| Citrix Systems, Inc. | 851 West Cypress Creek Rd. | | | Ft. Lauderdale | FL | 33309 | |
| City of Santa Clara | Attn: General Counsel | 1500 Warburton Ave | | Santa Clara | CA | 95050 | |
| City of Wapakoneta | PO Box 269 | | | Wapakoneta | OH | 45895-0269 | |
| Claro (Puerto Rico Telephone Company) | Attn: General Counsel | #1515 F.D. Roosevelt Ave. | | Guaynabo | PR | 00936-0998 | |
| Clear View Bag Co. Inc. | 5 Burger Drive | | | Albany | NY | 12205 | |
| Clearview Bag Co. Inc | Attn: General Counsel | 5 Burdick Drive | | Albany | NY | 12205 | |
| Collegiate Licensing Company | Attn: General Counsel | 1075 Peachtree Street | Suite 3300 | Atlanta | GA | 30309 | |
| Comcast | One Comcast Center | | | Philadelphia | PA | 19103 | |
| Comprose, Inc. | Attn: Kathy Anton | 9648 Olive Blvd. Ste 205 | | Olivette | MO | 63132 | |
| Compusense LTD | Attn: General Counsel | Lower Currahly Farnanes | | | Cork | | Ireland |
| CompuSense Ltd. | Lower Currahaly | | | Farnanes | Cork | | Ireland |
| ConceptShare Inc. | Attn: General Counsel | 126 York Street, Suite 502 | | Ottawa | ON | K1N 5T5 | Canada |
| Copy Copy, The Digital Printing Co. LLC | 12 Channel St. | | | Boston | MA | 02210 | |
| Corepoint Health LLC | Attn: General Counsel | 3010 Gaylord PKWY | STE. 320 | Frisco | TX | 75034 | |
| County of Monterey | Attn: Michael Gross, Division Manager | 1590 Moffett Street | | Salinas | CA | 93905 | |
| CRM Fusion Inc | Attn: General Counsel | 14 Wolford Court | | Keswick | ON | L4P OB1 | Canada |
| CRMFusion Inc. | attn: Glen Wilson | 14 Wolford Court | | Keswick | ON | L4P OB1 | Canada |
| Crown Credit Company | 44 South Washington St. | | | New Bremen | OH | 45869 | |
| Cyril-Scott Company | Attention: Legal Counsel | P.O. Box 310 | 3950 Lancaster - New Lexington Road | Lancaster | OH | 43130 | |
| Datamax Pioneer | c/o Datamax-O'Neil | 4501 Parkway Commerce Blvd | | Orlando | FL | 32808 | |
| Dean's Office Machines, Inc. | 1035 Winston Street | | | Greensboro | NC | 27405 | |
| Demand Management | Attention: General Counsel | 3260 Jay Street | | Santa Clara | CA | 95054 | |
| Department of Veterans Affairs | Acquisitions Operations Service | 810 Vermont Ave NW (049A3H) | | Washington | DC | 20420-0002 | |
| DigiCert, Inc. | Attn: Legal Department | Suite 200 Canopy Bldg. II | 355 South 520 West | Lindon | UT | 84042 | |
| Digipress, Inc. dba Spire | Attn: General Counsel | 65 Bay Street | | Dorchester | MA | 02125 | |
| Digitaltoprint | Attn: Chris Hall | Suite 5, Base Point Andover | | Caxton Close | Andover | SP103FG | United Kingdom |
| digitaltoprint, inc | Attn: Glenn A. Lombino | 230 Park Avenue, 10th Floor | | New York | NY | 10169 | |
| Direct Supply, Inc. | Attn: General Council | 1909 Woodall Rodgers Fwy | | Dallas | TX | 75201 | |

**Exhibit A**
Transferred Contract Counterparty Service List
Served via Overnight Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|
| Direct Supply, Inc. | Attn: Randall S. Kirk | 6767 North Industrial Road | | Milwaukee | WI | 53223 | |
| Direct Supply, Inc. | Attn: Randall S. Kirk; Chief Operating Officer - DSSI | 6767 North Industrial Road | | Milwaukee | WI | 53223 | |
| Dixie Chopper | 6302 E. County Rd. 100 N | | | Coatesville | IN | 46121-9689 | |
| DTP Systems | Attn: General Counsel | 230 Park Avenue 10th Floor | | New York | NY | 10169 | |
| Dynamic Computer Corp. | Attn: General Counsel | 23400 Industrial Park Ct | | Farmington Hills | MI | 48335 | |
| Easylink Services Corp | Easylink Serv. International Corp | Attn: General Counsel | Lockbox 116411 | Atlanta | GA | 30368-6411 | |
| Easylink Services Corporation | Attn: General Counsel | 6025 The Corners Pkwy NW # 100 | | Norcross | GA | 30092 | |
| EasyLink Services USA, Inc. | Attn: Contract Administration | 6025 The Corners Parkway, Suite 100 | | Norcross | GA | 30092 | |
| EGENUITY, LLC | PO Box 157 | 134 East Jackson St | | Monroe | IN | 46772 | |
| Elavon | 7300 Chapman Hwy | | | Knoxville | TN | 37920 | |
| Electronics for Imaging, Inc. | | 6750 Dumbarton Circle | | Fremont | CA | 94555 | |
| Email to Anything (Software Connection) | 70 Hill Street | | | Richmond, Surrey | UK | TW9 1TW | United Kingdom |
| EMC Corp. | Attn: Ana Guerreiro | 50 Constitution Blvd. | 4/S-12 | Franklin | MA | 02038 | |
| EMC Corporation | Attn: General Counsel | 4807 Rockside Road | | Independence | OH | 44131 | |
| Engineer Mechanical Contractor Incorporated | 1495 Nichols Drive | | | Rocklin | CA | 95765 | |
| eQuest, LLC | 2010 Crow Canyon Place | Suite 100-10016 | | San Ramon | CA | 94583 | |
| ExactTarget | Attn: General Counsel | 20 North Meridian Street | Suite 200 | Indianapolis | IN | 46204 | |
| ExactTarget Inc. | Attn: General Counsel | 20 North Meridian Street | Suite 200 | Indianapolis | IN | 46204 | |
| Fieldglass, Inc. | ATTN: James E. Holtzman | 125 S. Wacker Drive | Suite 2400 | Chicago | IL | 60606 | |
| Fieldglass, Inc. | ATTN: James E. Holtzman | 125 Wacker Drive | Suite 2400 | Chicago | IL | 60606 | |
| First Data | 265 Broad Hollow Road | | | Melville | NY | 11747 | |
| Fiserv Solutions, Inc. | 2465 Centerline Industrial Drive | | | Maryland Heights | MO | 63043 | |
| Fisher Unitech | 11260 Chester Rd. | | | Cincinnati | OH | 45246 | |
| Fisher/Unitech,Inc. | 1150 Stephenson Hwy. | | | Troy | MI | 48083 | |
| Forsythe | Attn: Kim Sanchez | 600 Albany Street | | Dayton | OH | 45417-3405 | |
| Forsythe Solutions Group Inc | Attn: General Counsel | PO BOX 809024 | | Chicago | IL | 60680 | |
| Forsythe Solutions Group, Inc. | Bryan Fischer | 8845 Governors Hill Dr. #201 | | Cincinnati | OH | 45249 | |
| four51 | Attn: General Counsel | 8300 Norman Center Dr- Suite 1275 | | Minneapolis | MN | 55437 | |
| Four51, Inc. | 8300 Norman Center Drive | Suite 1275 | | Minneapolis | MN | 55437 | |
| Four51, Inc. | 8300 Norman Center Drive | Suite 1275 | | Minneapolis | MN | 55437 | |
| FrontRange Solutions | 5675 Gibraltar Dr | | | Pleasanton | CA | 94588 | |
| FRONTRANGE SOLUTIONS USA INC | Attn: Legal Counsel | PO BOX 204375 | | DALLAS | TX | 75320-4375 | |
| FRONTRANGE SOLUTIONS USA, INC. | PO BOX 204375 | | | Dallas | TX | 75320-4375 | |
| Fusion Graphics, Inc. | Attention: John Prikkel and Ray Blazt | 100 Holiday Drive | | Englewood | OH | 45322 | |
| Goss Communications, Inc. | Attn: General Counsel | P.O. Box 1793 | | Brenham | TX | 77834-1793 | |
| Graphic Solutions Group | 8575 Cobb International Blvd. | | | Kennesaw | GA | 30152 | |
| Graphic Solutions Group | Attn: General Counsel | 8575 Cobb International Blvd NW | | Kennesaw | GA | 30152 | |
| Graphic Solutions Group | 8575 Cobb International Blvd. NW | | | Kennesaw | GA | 30152 | |
| Harley-Davidson | Harley-Davidson Motor Company | 11800 West Capitol Drive | | Wauwatosa | WI | 53225 | |
| Harris Teeter, LLC | 701 Crestdale Road | | | Matthews | NC | 28105 | |
| Honeywell International Inc. | 101 Columbia Road | | | Morristown | NJ | 07962 | |
| Honeywell International, Inc. | Honeywell Corporate Procurement | 1300 W Warner Road | Attn: Senior Commodity Manager | Tempe | AZ | 85284 | |
| Honeywell International. LLC | Attn: Corey Cockrell | Global category manager- Packaging Material | 101 East Crossroads Parkway Suite A | Bolingbrook | IL | 60440 | |
| Hybrid Software Inc. | 1709 Langehorne-Newton Rd | | | Langhorne | PA | 19047 | |
| IBX Group AB | Att: Fredrik Sjoren | Banergatan 16 | Box 104 51 | Stockholm | | | Sweden |
| IDS | 251 Consumers Road | Suite 1200 | | North York | ON | M2J 4R3 | Canada |
| Ingersoll Rand | 2526-I Industrial Park Drive Goshen | | | Goshen | IN | 46528 | |

Exhibit A
Transferred Contract Counterparty Service List
Served via Overnight Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|
| Ingres Corporation | 500 Arguello Street | Suite 200 | | Redwood City | CA | 94063-1567 | |
| InStream, LLC | Attention: Mark Hinson, President/CEO | P.O. Box 282066 | | Nashville | TN | 37228 | |
| InStream, LLC | Attn: Craig Johnson | Attn: Mark Hinson, President/CEO | PO Box 282066 | Nashville | TN | 37228 | |
| InteliSpend | c/o Blackhawk Engagement Solutions | 6220 Stoneridge Mall Road | | Pleasanton | CA | 94588 | |
| International Paper Company | Attn: September Blair | Vice President and General Manager | 6400 Poplar Avenue | Memphis | TN | 38198 | |
| International Paper Company, d/b/a XPEDX | Attn: General Counsel | 3900 Sprint Garden Street | | Greensboro | NC | 27407 | |
| Johnson Controls, Inc. | 49200 Halyard Drive | | | Plymouth | MI | 48170 | |
| KEMP Technologies, Inc. | 475 Park Avenue South | | | New York | NY | 10016 | |
| KeySpan Corporate Services, LLC | Attn: General Counsel | dba National Grid Corporate Services LLC | 175 East Old Country Road | Hicksville | NY | 11801 | |
| KIMBERLY-CLARK CORPORATION | 2100 Winchester Road | | | Neenah | WI | 54956 | |
| Kimberly-Clark Global Sales, LLC | 351 Phelps Drive | | | Irving | TX | 75038 | |
| Kortini Medical Center | Attn: General Counsel | 2003 Lincoln Way | | Coeur d'Alene | ID | 83814 | |
| Lancet Software Development, Inc. | Attn: General Counsel | 11982 Portland Avenue | | Burnsville | MN | 55337 | |
| Lexmark International Inc. | Attention: Legal Counsel | 740 W New Circle Road | | Lexington | KY | 40511-1876 | |
| Lexmark International, Inc. | 740 W. Circle Road | | | Lexington | KY | 40550 | |
| Linoma Software | 103 South 14th Street | | | Ashland | NE | 68003 | |
| Lowe's Companies, Inc. | Attn: Steve Woodard | 1000 Lowe's Boulevard | | Mooresville | NC | 28117 | |
| MailFinance | 478 Wheelers Farms Rd | | | Milford | CT | 06451 | |
| Marion Community Hospital, Inc. d/b/a/ Ocala Regional Medical Center and West Marion Community Hospital | 1431 S. W 1st Avenue | | | Ocala | FL | 34471 | |
| Maytag Corporation | 2000 M-63 | | | Benton Harbor | MI | 49022 | |
| McCallam Print Group | 4700 9th Avenue NW | | | Seattle | WA | 98107 | |
| McCallum Print Group | 4700 9th Avenue NW | | | Seattle | WA | 98107 | |
| MCI Communication Services, Inc dba Verizon Business Services | Attn: General Counsel | One Verizon Way | PO BOX 627 | Basking Ridge | NJ | 07920 | |
| Micro Consulting | 167 Main Street | | | Woodbridge | NJ | 07095 | |
| Micro Consulting | Attn: General Counsel | 167 Main Street | | Woodbridge | NJ | 07095 | |
| Micro Tel Inc | Attn: General Counsel | 3700 Holcomb Bridge Road | #5 | Norcross | GA | 30092 | |
| Midmark Corporation | ATTN: General Counsel | 60 Vista Drive | P.O. Box 286 | Versailles | OH | 45380 | |
| Minitab Inc | Attn: General Counsel | 1829 Pine Hall Road | Quality Plaza | State College | PA | 16801 | |
| Mission Home Health | Attn: Amy Nelson | 2375 Northside Drive, Suite 150 | | San Diego | CA | 92108 | |
| MixMasters, Inc. | Attn: General Counsel | 11 Colmer Road | | Lynn | MA | 01904 | |
| Moses Cone Health System | Attn: Contract Administration | 1200 North Elm Street | | Greensboro | NC | 27401-1020 | |
| Moses Cone Health System | Attn: General Counsel | 1200 North Elm Street | | Greensboro | NC | 27401 | |
| Mountain States Health Alliance | Attn: General Counsel | 400 North State of Franklin Road | | Johnson City | TN | 37604 | |
| MRI Software LLC | Attn: General Counsel | 28925 Fountain Parkway | | Solon | OH | 44139 | |
| MSLI, GP | 6100 Neil Road, Suite 210 | Dept. 551, Volume Licensing | | Reno | NV | 89511-1137 | |
| Multi-Task Solutions, LLC | Attn: Beth D. Franklin, CEO | 4521 Trousdale Drive | | Nashville | TN | 37204 | |
| Music and Arts Centers | Attn: Paul J. Martinson | Music and Arts Centers | 4626 Wedgewood Blvd | Frederick | MD | 21703 | |
| Mutual Bank | Attn: Glen S. White | 570 Washington Street | | Whiman | MA | 02382 | |
| Mutual of America Life Insurance Company | 320 Park Avenue | | | New York | NY | 10022 | |
| Nalco Company | 1601 West Diehl Road | | | Naperville | IL | 60563 | |
| National Bank of Indianapolis | 107 North Pennsylvania | Suite 700 | | Indianapolis | IN | 46204 | |
| National Institute of Health Federal Credit Union | Attn: General Counsel | 111 Rockville Pike | Suite 500 | Rockville | MD | 20850 | |
| National Park Medical Center | Attn: Mandy Golleher | 1910 Malvern Ave | | Hot Springs | AR | 71901 | |
| National Presort LP | Attn: General Counsel | 14901 Trinity Blvd | | Ft Worth | TX | 76155 | |
| Navient Solutions, Inc. (f/k/a Sallie Mae, Inc.) | Attn: General Counsel, 123 Justison Street, Suite 300 | | | Wilmington | DE | 19801 | |
| Neopost USA MailFinance | 478 Wheelers Farms Rd | | | Milford | CT | 06461 | |

Exhibit A
Transferred Contract Counterparty Service List
Served via Overnight Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|
| Neopost/MailFinance | 478 Wheelers Farms Road | | | Milford | CT | 06461 | |
| Nissan Mexicana, S.A. de C.V. | Insurgentes Sur No. 1958 | | | Col. Florida | DF | 01030 | |
| Nissan North America, Inc | One Nissan Way | | | Franklin | TN | 37067 | |
| Océ Business Services, Inc. | 855 Avenue of the Americas | | | New York | NY | 10001 | |
| Official Offset Corporation | Attn: General Council | 8600 New Horizons Blvd | | Amityville | NY | 11701 | |
| OLAM Americas, Inc. | Attn: General Counsel | 25 Union Place | | Summit | NJ | 07901 | |
| Oracle Corporation | Attn General Counsel | PO Box 203448 | | Dallas | TX | 75320 | |
| Owens and Minor Corp. | Attn: Mgr., Contracts & Rebates | 4800 Cox Road | | Glen Allen | VA | 23060 | |
| Pageflex | 200 Nickerson Rd, Suite 150 | | | Marlborough | MA | 01752-0000 | |
| Pageflex, Inc | Attn: General Counsel | 215 First Street | | Cambridge | MA | 02142 | |
| Pageflex, Inc. | Attn: General Counsel | 215 First Street | | Cambridge | MA | 02142 | |
| Pageflex, Inc. | Attn: General Counsel | 500 Nickerson Road | 2nd Floor | Marlborough | MA | 01752-4695 | |
| Palisades Medical Center | 7600 River Road | | | North Bergen | NJ | 07047 | |
| Pamco Label | 2200 S Wolf Rd | | | Des Plaines | IL | 60018 | |
| PAMCO Label Company Inc | Attn: General Counsel | 2200 S. Wolf Road | | Des Plaines | IL | 60018 | |
| Pardot Order Form | 950 East Paces Ferry Road, Suite 3300 | | | Atlanta | GA | 30326 | |
| Park Nicollet Health ServicGti | attn: Leah Buermann | 6500 Excelsior Blvd. | | St. Louis Park | MN | 55426 | |
| Parkview Medical Center | 400 West 16th Street | | | Pueblo | CO | 81003 | |
| PeaceHealth Southwest Medical Center fka Southwest Washington Medical Center | ATTN: James Owen | ATTN: Tim Washburn | 400 NE Mother Joseph Place | Vancouver | WA | 98664 | |
| Pinnacle Label, Incorporated | 456 Tennessee St., Suite 102 | | | Memphis | TN | 38103 | |
| Pitney Bowes Inc. | 27 Waterview Drive | | | Shelton | CT | 06484 | |
| PRACTICE HORIZONS, LLC | Attn: David Bouvier; Helen Hadley | 21 Fans Rock Road | | Hamden | CT | 06518 | |
| Pragmatic Works, Inc. | Attn: General Counsel | 400 College Drive | Suite 216 | Middleburg | FL | 32043 | |
| ProData | Attn: General Counsel | 2809 S. 160th | | Omaha | NE | 68130 | |
| Prologis | Pier One, Bay One | | | San Francisco | CA | 94111 | |
| ProShip, Inc | 400 N Executive Dr | Suite 210 | | Brookfield | WI | 53005 | |
| Puerto Rico Telephone Company, Inc. | PRTC/Claro Inc. | PO Box 360998 | Attn: General Counsel | San Juan | PR | 00936-0998 | |
| Quest Diagnostics | Attn: General Counsel | 161-A Commerce Circle | | Sacramento | CA | 95815 | |
| Quest Diagnostics Incorporated | Attn: General Counsel | 3 Giralda Farms | | Madison | NJ | 07940 | |
| Racami LLC | Attn: General Counsel | 50 Satellite Blvd NW | | Suwanee | GA | 30024 | |
| RDM Corp | Attn: General Counsel | 608 Weber St. N. | Unit 4 | Waterloo | ON | N2V 1K4 | Canada |
| Rheem Manufacturing Company | 1100 Abernathy Road, Ste 1400 | | | Atlanta | GA | 30328 | |
| Robert Bosch LLC | Attn: Rich Garza/ Purchasing Lead Buyer | 5150 Prairie Stone Parkway | | Hoffman Estates | IL | 60192 | |
| Robert Bosch Tool Corporateion | Attn: 1800 West Central Road | 1800 Central Rd | | Mt. Prospect | IL | 60056 | |
| Robin Enterprises Company | 111 North Otterbein Avenue | | | Westerville | OH | 43081 | |
| Robin Enterprises Company | Attn: General Counsel | 111 North Otterbein Avenue | | Westerville | OH | 43081 | |
| Roundtower Technologies Inc. | 4555 Lake Forest Drive Ste. 220 | | | Cincinnati | OH | 45242 | |
| S & Q Printers | 1 Howard Street | | | Wilton | NH | 03086 | |
| Safenet Inc | Attn: General Counsel | Po Box 9658 | | Unuiondale | NY | 11555-9658 | |
| SAFENET INC | PO BOX 9658 | | | UNIONDALE | NY | 11555-9658 | |
| Salar, Inc | Attn: Todd Johnson, President & CEO | 1820 Lancaster Street, Suite 110 | | Baltimore | MD | 21231 | |
| Salar, Inc. | 1820 Lancaster Street | Suite 110 | | Baltimore | MD | 21231 | |
| Salar, Inc. | Attention: Legal Counsel | 1820 Lancaster Street | Suite 110 | Baltimore | MD | 21231 | |
| Salar, Inc. | Attn: General Counsel | 1820 Lancaster Street, Suite 110 | | Baltimore, | MD | 21231 | |
| salesforce.com Inc. | Attn: General Counsel | The Landmark at One Market | Suite 300 | San Francisco | CA | 94105 | |
| Sallie Mae | Attn: Chief Financial Office | 300 Continental Drive | | Newark | DE | 19713 | |
| SAP America, Inc. | Attn: General Counsel | 3999 West Chester Pike | | Newtown Square | PA | 19073 | |
| Server Suites, LLC d/b/a ERP Suites | 6279 Tri-Ridge Blvd | Suite #340 | | Loveland | OH | 45140 | |

Exhibit A
Transferred Contract Counterparty Service List
Served via Overnight Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|
| SHI International Corp. | Attn: General Counsel | 33 Knightsbridge Road | | Piscataway | NJ | 08854 | |
| SHI International Corp. | Attn: Ken Patel Account Executive | 290 Davidson Avenue | | Somerset | NJ | 08873 | |
| SmartBear Software, Inc. | Attn: General Counsel | 100 Cummings Center | Suite 234N | Beverly | MA | 01915 | |
| Smart-ER, LLC | Attn: Dr Tom Scaletta | 40 South La Grange Road | | La Grange | IL | 60525 | |
| SMC3 | P.O. Box 2040 | | | Peachtree City | GA | 30269 | |
| Software House International | Attn: General Counsel | PO Box 8500-41155 | | Philadelphia | PA | 19178 | |
| Software House International | Attn: General Counsel | Software House International | PO Box 952121 | Dallas | TX | 75395-2121 | |
| Software House International, Inc. | Attn: General Counsel | 33 Knightsbridge Rd. | | Piscataway | NJ | 08854 | |
| Sprint Solutions, Inc. | Attn: Vice President Law Dept - Marketing Sales | KSOPHTO0101-Z2525 | 6391 Sprint Parkway | Overland Park | KS | 66251-2525 | |
| St. Jude Medical, Inc. | One St. Jude Medical Drive | | | St. Paul | MN | 55117 | |
| Stifel, Nicolaus and Company | 501 North Broadway | | | St. Louis | MO | 63102 | |
| SYBASE | Attn: General Counsel | PO Box 742239 | | Los Angeles | CA | 90074 | |
| Symcor Inc. | Attn: General Counsel | 1 Robert Speck Parkway | | Mississauga | ON | L4Z 4E7 | Canada |
| Symcor Inc. | Attn: General Counsel | 1 Robert Speck Parkway, Suite 400 | | Mississauga | ON | L4Z 4E7 | Canada |
| Systel Printing Services | 3517 West Wendover Ave | | | Greensboro | NC | 27407 | |
| Systel Printing Services | 3517 West Wendover AVenue | | | Greensboro | NC | 27407 | |
| Takata Holdings Inc. | 2500 Takata Drive | | | Auburn Hills | MI | 48326 | |
| Teacup Software, Inc. | Attn: General Counsel | 15 Butler Place | Suite 3E | Brooklyn | NY | 11238 | |
| TECSYS Inc. | Logistics Management Group | 80 Tiverton Court, Suite 400 | | Markham | ON | L3R 0G4 | |
| Telerik Inc. | Attn: General Counsel | 460 Totten Pond Road | Suite 640 | Waltham | MA | 02451 | |
| The Mississippi Band of Choctaw Indians | d/b/a Choctaw Health Center | Attn: General Counsel | 210 Hospital Circle | Choctaw | MS | 39350 | |
| Third Federal Savings | Attn: Liz Mills, Purchasing Department | Third Federal Savings | 7007 Broadway Avenue | Cleveland | OH | 44105 | |
| TK Holdings, Inc. | 2500 Takata Drive | | | Auburn Hills | MI | 48326 | |
| Total Printing Services | 8979 Samuel Barton Drive | | | Van Buren Township | MI | 48111-1600 | |
| Total Printing Services | Attn: Doreen Cohen-Oshinsky | 8979 Samuel Barton Dr | | Belleville | MI | 48111 | |
| Total Printing Services LLC | 8979 Samuel Barton Drive | | | Van Buren Township | MI | 48111-1600 | |
| Total Printing Services LLC | Doreen Cohen Oshinsky | 8979 Samuel Barton Dr. | | Van Buren Twp | MI | 48111 | |
| Transactis, Inc. | Attn: General Counsel | 386 Park Avenue South | | New York | NY | 10016 | |
| Tripler Army Medical Center | Attn: Kathleen Igawa | Information Management Division Resource & Planning | 1 Jarrett White Road Main Building D Wing 2nd | Tripler AMC | HI | 96859 | |
| tw telecom holdings inc. | Attn: Deputy General Counsel | 10475 Park Meadows Drive | | Littleton | CO | 80124 | |
| tw telecom holdings inc. | Attn: General Counsel | 10475 Park Meadows Drive | | Littleton | CO | 80124 | |
| TW Telecom Holdings Inc. | Attn: General Counsel | 4055 Valley View Lane | Suite 110 | Dallas | TX | 75244 | |
| TW Telecom holdings inc. | Attn: General Counsel | 10475 Park Meadows Drive | | Littleton | CO | 80124 | |
| tw telecom holidngs inc. | Attn: Deputy General Counsel | 10475 Park Meadows Drive | | Littleton | CO | 80124 | |
| U.S. Department of Commerce | Attn: Financial and Legal Services Department | 3635 Concorde Parkway | Suite 200 | Chantilly | VA | 20151 | |
| UL - Goshen | 2600 N.W. Lake Road | | | Camas | WA | 98607 | |
| UL - Mexico | 12 Labatory Drive | | | Research Triangle Park | NC | 27709 | |
| UL-Corporate | 333 Phingsten Road | | | Northbrook | IL | 60062 | |
| UL-Radcliff | 2600 N.W. Lake Road | | | Camas | WA | 98607 | |
| UL-Tampa | 2600 N.W. Lake Road | | | Camas | WA | 98607 | |
| Umpqua Bank | Attn: General Council | 9990 Double R Blvd | | Reno | NV | 89521 | |
| United Mail, LLC | Attn: General Counsel | 4410 Bishop Lane | | Louisville | KY | 40218 | |
| United Parcel Service General Services Co. | Attn: General Counsel | 55 Glenlake Pkwy NE | | Atlanta | GA | 30328 | |
| United Parcel Service General Services Co. | Attn: Jamie Kravitz | 55 Glenlake Parkway, NE | | Atlanta | GA | 30328 | |
| United Parcel Service Oasis Supply Corporation | 55 Glenlake Parkway, N.E. | | | Atlanta | GA | 30328 | |

In re: SRC Liquidation Company, et al.
Case No. 15-10541 (BLS)

Page 6 of 7

Exhibit A
Transferred Contract Counterparty Service List
Served via Overnight Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|
| United States Postal Service | Attn: Audrey Conley - Contracting Officer's Representative | 6060 Primacy Pkwy Ste 101 | | Memphis | TN | 38188-0001 | |
| United States Postal Service (USPS) | ATTN: Audrey K. Conley | 225 N Humphreys Blvd | Suite 501 | Memphis | TN | 38188-1001 | |
| Unity Technologies ApS | Attn: General Counsel | Vendersgade 28 | | 1363 Kobenhavn K | | | Denmark |
| US ARMY ENGINEERING & SUPPORT CENTER CEHNC.CT | ZALERIE MOORE | 4820 University Square | | Huntsville | AL | 36816 | |
| Varian Associates, Inc | 3100 Hansen Way | | | Palo Alto | CA | 94304 | |
| VERCOM SOFTWARE INC | 5501 LBJ FREEWAY | STE. 730 | | DALLAS | TX | 75240 | |
| Vercom Software Inc | Attn: General Counsel | 5501 LBJ Freeway | STE. 730 | Dallas | TX | 75240 | |
| Verizon Business | Attn: General Cousnel | 140 West St | | New York | NY | 10013 | |
| Verizon Business Network Services Inc | Attn: Suleiman Hessami | 140 West St | | New York | NY | 10013 | |
| Verizon Business Network Services Inc. | Attn: General Counsel | 22001 Loudoun County Parkway | | Ashburn | VA | 20147 | |
| Verizon Business Network Services, Inc. | Attn: General Counsel | 135 Merchant Street | Suite 230 | Cincinnati | OH | 45246 | |
| Verizon Business Services Inc. | Attn: General Cousnel | 140 West St | | New York | NY | 10013 | |
| Verizon Services Corp | Attn: General Counsel | One Verizon Way | | Basking Ridge | NJ | 07920 | |
| Vertex Inc. | Attn: Contracts Administrator | 1041 Old Cassatt Road | | Berwyn | PA | 19312 | |
| Vertical Solutions, Inc. | Attn: General Counsel | 4243 Hunt Road | | Cincinnati | OH | 45242 | |
| Vertical Solutions, Inc. | Attn: Legal Department | 4243 Hunt Road | | Cincinnati | OH | 45242 | |
| Vision Solutions | Attn: General Cousnel | 15300 Barranca Parkway | | Irvine | NY | 92618 | |
| VMware Inc. | Attn: Legal Department | 3401 Hillview Avenue | | Palo Alto | CA | 94304 | |
| VMware, Inc. | 3401 Hillview Avenue | | | Palo Alto | CA | 94304 | |
| WalkMe | Attn: Fay Burstein | 350 Sansome St | | San Francisco | CA | 94014 | |
| Walk-Me LTD | 115 Hashmonaim | | | Tel Aviv | | | Israel |
| WebMethods Inc | Attn: V.P. Legal Services | 3930 Pender Drive | | Fairfax | VA | 22030 | |
| WebMethods Inc | 3930 Pender Drive | | | Fairfax | VA | 22030 | |
| webMethods, Inc. | Attn: V.P., Legal Services | 3930 Pender Drive | | Fairfax | VA | 22030 | |
| webMethods, Inc. | 3930 Pender Drive | | | Fairfax | VA | 22030 | |
| WebMethods, Inc. | Attn: General Counsel | 3930 Pender Drive | | Fairfax | VA | 22030 | |
| Whirlpool (Unilateral) | 200 M-63 | | | Benton Harbor | MI | 49022 | |
| Whirlpool Corporation | 2000 M-63 | | | Benton Harbor | MI | 49022 | |
| Whirlpool Corporation | Attn: Whirlpool Procurement Designated Supplier Leas ("DSL") | 211 Hilitop Road | MD 8535 | St. Joseph | MI | 49085 | |
| White Hat Management LLC | Attn: Thomas M. Barret | 121 South Main Street Suite 200 | | Akron | OH | 44308 | |
| Worksright Software Inc. | P.O. Box 1156 | | | Madison | MS | 39130 | |
| Yeck Bros. Company | Attn: Robert A. Yeck, President | 2222 Arbor Boulevard | | Dayton | OH | 45439 | |

In re: SRC Liquidation Company, et al.
Case No. 15-10541 (BLS)

Page 7 of 7

**Exhibit B**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | **Re Docket No. 698** |

## NOTICE REGARDING DESIGNATION AS POST-CLOSING TRANSFERRED CONTRACT AND ASSUMPTION AND ASSIGNMENT THEREOF

**PLEASE TAKE NOTICE** that, on June 19, 2015, the United States Bankruptcy Court for the District of Delaware (the "Court") entered that certain *Order (I) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (II) Granting Certain Related Relief* [Docket No. 698] (the "Sale Order").[2]

**PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraph 27 of the Sale Order, the Buyers delivered a schedule of Potential Contracts to the Debtors prior to the Closing Date. You previously received notice regarding the designation of applicable agreements as Potential Contracts.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraphs 27 and 28 of the Sale Order, the Buyers were granted ninety (90) days from the Closing Date to determine whether to assume or reject the Potential Contracts.

**PLEASE TAKE FURTHER NOTICE** that, as of the date hereof, and in accordance with paragraph 35 of the Sale Order, the Buyers have designated the Potential Contracts listed on Exhibit A hereto as Post-Closing Transferred Contracts, and such Post-Closing Transferred Contracts shall be deemed assumed and assigned to the Buyers upon the expiration of five (5) business days from the date hereof.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Sale Order.

Dated: October 20, 2015
       Wilmington, DE

/s/ Matthew P. Austria
Matthew P. Austria (DE No. 4827)
WERB & SULLIVAN
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, Delaware 19899
(For courier: 19801)
Telephone: (302) 652-1100
Facsimile: (302) 652-1111
E-mail: maustria@werbsullivan.com

-and-

Phillip Bohl (MN No. 139191)
GRAY, PLANT, MOOTY,
MOOTY & BENNET, P.A.
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 632-3000
Facsimile: (612) 632-4019
Email: Phillip.bohl@gpmlaw.com

*Counsel to Taylor Corporation*

# EXHIBIT A

## Post-Closing Transferred Contracts

| Counterparty Name | Executory Contract or Unexpired Lease | Cure Amount |
|---|---|---|
| | | |