**Exhibit A**
**(Equity Interest Claims)**

| | NAME | DATE FILED | CLAIM # TO BE DISALLOWED | DEBTOR | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | Clune, Robert H | 6/2/15 | 1373 | SRC Liquidation Company | $28,752.00 | Claim No. 1373 asserts an equity interest in Debtor SRC Liquidation Company and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 2 | Comp, Margaret A. | 7/7/15 | 2161 | SRC Liquidation Company | $0.00 | Claim No. 2161 asserts an equity interest in Debtor SRC Liquidation Company and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 3 | Crawfis, John | 6/28/15 | 2001 | SRC Liquidation Company | $2,602.00 | Claim No. 2001 asserts an equity interest in Debtor SRC Liquidation Company and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 4 | Cuti, Sharon | 6/8/15 | 1670 | SRC Liquidation Company | $4,375.00 | Claim No. 1670 asserts an equity interest in Debtor SRC Liquidation Company and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |

| | NAME | DATE FILED | CLAIM # TO BE DISALLOWED | DEBTOR | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 5 | Dino & Marie Leventis | 6/5/15 | 1482 | SRC Liquidation Company | $2,631.70 | Claim No. 1482 asserts an equity interest in Debtor SRC Liquidation Company and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 6 | Kurz, Maximilian P. | 6/1/15 | 1318 | SRC Liquidation Company | $30,554.04 | Claim No. 1318 asserts an equity interest in Debtor SRC Liquidation Company and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 7 | Lewis, Jennifer | 6/10/15 | 1795 | SRC Liquidation Company | $11,788.95 | Claim No. 1795 asserts an equity interest in Debtor SRC Liquidation Company and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 8 | Martin, Elmerdeane | 5/28/15 | 1149 | SRC Liquidation Company | $0.00 | Claim No. 1149 asserts an equity interest in Debtor SRC Liquidation Company and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |

**Exhibit B**
**(Duplicate Claims)**

| | DUPLICATE CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 1 | Allison, Sharon | 6/1/15 | 1447 | $7,464.00 | Allison, Sharon L. | 5/11/15 | 816 | $7,464.00 | Duplicate of claim no. 816 |
| 2 | Allison, Sharon | 5/25/15 | 1068 | $7,464.00 | Allison, Sharon L. | 5/11/15 | 816 | $7,464.00 | Duplicate of claim no. 816 |
| 3 | Allison, Sharon | 5/25/15 | 1221 | $7,464.00 | Allison, Sharon L. | 5/11/15 | 816 | $7,464.00 | Duplicate of claim no. 816 |
| 4 | Bumgarner, Chad Thomas | 4/7/15 | 501 | $12,090.00 | Bumgarner, Chad T. | 6/8/15 | 1619 | $12,090.00 | Duplicate of claim no. 1619 |
| 5 | Cates, Brad | 7/8/15 | 2214 | $225,136.00 | Cates, Brad | 7/8/15 | 2219 | $225,136.00 | Duplicate of claim no. 2219 |
| 6 | Collins, Billie | 5/27/15 | 1123 | $8,430.50 | Collins, Billie J. | 5/26/15 | 1211 | $8,430.50 | Duplicate of claim no. 1211 |
| 7 | Collins, Billie J. | 5/27/15 | 1109 | $8,430.50 | Collins, Billie J. | 5/26/15 | 1211 | $8,430.50 | Duplicate of claim no. 1211 |
| 8 | Conley, Carl | 7/8/15 | 2281 | $7,802.56 | Conley, Carl | 7/8/15 | 2292 | $7,802.56 | Duplicate of claim no. 2292 |
| 9 | County of Orange | 8/24/15 | 2454 | $2,810.81 | County of Orange | 8/26/15 | 2457 | $2,810.81 | Duplicate of claim no. 2457 |
| 10 | CRA-CAR, LLC | 8/31/15 | 2462 | $89,406.48 | CRA-CAR, LLC | 9/1/15 | 2467 | $89,406.48 | Duplicate of claim no. 2467 |
| 11 | Hudson, William | 5/29/15 | 1007 | Unliquidated | Hudson, William | 5/29/15 | 1090 | Unliquidated | Duplicate of claim no. 1090 |
| 12 | Jaynes, Phillip | 7/8/15 | 2217 | Unliquidated | Jaynes, Phillip | 7/8/15 | 2227 | Unliquidated | Duplicate of claim no. 2227 |
| 13 | Long, Thomas Brandt | 7/8/15 | 2327 | $25,000.00 | Long, Thomas Brandt | 7/8/15 | 2328 | $25,000.00 | Duplicate of claim no. 2328 |
| 14 | Ohio Bureau Of Workers' Compensation | 4/6/15 | 355 | $18,179.34 | Ohio Bureau Of Workers' Compensation | 4/6/15 | 467 | $18,179.34 | Duplicate of claim no. 467 |
| 15 | Pham, Charles | 6/8/15 | 1559 | $2,029.00 | Pham, Charles D. | 6/8/15 | 1621 | $2,029.00 | Duplicate of claim no. 1621 |
| 16 | Pham, Charles D. | 6/8/15 | 1612 | $2,029.00 | Pham, Charles D. | 6/8/15 | 1621 | $2,029.00 | Duplicate of claim no. 1621 |
| 17 | Rich, Tony | 5/25/15 | 1213 | $6,122.21 | Rich, Tony | 5/25/15 | 1215 | $6,122.21 | Duplicate of claim no. 1215 |
| 18 | Sinclair, Sharon L. | 3/30/15 | 206 | $3,694.40 | Sinclair, Sharon L. | 6/2/15 | 1261 | $3,694.40 | Duplicate of claim no. 1261 |

| | DUPLICATE CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 19 | State of New York Department of Labor | 7/21/15 | 2370 | $37.95 | State for New York Department of Labor | 7/23/15 | 2395 | $37.95 | Duplicate of claim no. 2395 |
| 20 | Telliga, Matthew | 6/5/15 | 1474 | $1,227.04 | Telliga, Matthew | 6/5/15 | 1539 | $1,227.04 | Duplicate of claim no. 1539 |
| 21 | Texas Comptroller of Public Accounts | 7/30/15 | 2398 | $1,000.00 | Office of the Attorney General | 7/31/15 | 2399 | $1,000.00 | Duplicate of claim no. 2399 |
| 22 | Texas Comptroller of Public Accounts on behalf of the State of Texas, Texas Municipalities, Texas Co | 7/30/15 | 2397 | $1,161.30 | Texas comptroller of public Accounts on behalf of the State of Texas, Texas Municipalities, Texas Co | 7/31/15 | 2400 | $1,161.30 | Duplicate of claim no. 2400 |
| 23 | Thicklin, Christopher | 5/27/15 | 1138 | $4,120.10 | Thicklin Sr., Christopher E. | 5/14/15 | 841 | $4,120.10 | Duplicate of claim no. 841 |
| 24 | U.S. Dept. of Labor, EBSA on behalf of The Standard Register Employees Savings Plan | 6/18/15 | 1937 | $0.00 | U.S. Dept. of Labor-Employee Benefits Security Administration | 6/18/15 | 1951 | Unliquidated | Duplicate of claim no. 1951 |
| 25 | U.S. Dept. of Labor, EBSA on behalf of The Stanreco Retirement Plan | 6/18/15 | 1929 | $0.00 | U.S. Dept. of Labor-Employee Benefits Security Administration | 6/18/15 | 1951 | Unliquidated | Duplicate of claim no. 1951 |
| 26 | Utah State Tax Commission | 5/26/15 | 1137 | $47,186.14 | Utah State Tax Commission | 5/26/15 | 1185 | $47,186.14 | Duplicate of claim no. 1185 |
| 27 | Yawn, Jerry L. | 4/27/15 | 782 | $10,960.00 | Yawn, Jerry L. | 5/28/15 | 1187 | $10,960.00 | Duplicate of claim no. 1187 |

2

**Exhibit C**
**(Amended and Superseded Claims)**

| | AMENDED CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 1 | Classic Graphics, Inc. | 6/9/15 | 1661 | $76,725.32 | Classic Graphics, Inc. | 6/23/15 | 1976 | $34,052.70 | Amends claim no. 1661 |
| 2 | Classic Graphics, Inc. | 6/23/15 | 1975 | $34,052.70 | Classic Graphics, Inc. | 6/23/15 | 1976 | $34,052.70 | Amends claim no. 1975 |
| 3 | Collins, Billie | 4/3/15 | 330 | $8,430.50 | Collins, Billie J. | 5/26/15 | 1211 | $8,430.50 | Amends claim no. 330 |
| 4 | County of Orange | 3/24/15 | 120 | $7,574.27 | County of Orange | 8/26/15 | 2454 | $2,810.81 | Amends claim no. 120 |
| 5 | County of Orange | 5/22/15 | 1013 | $7,683.30 | County of Orange | 8/26/15 | 2454 | $2,810.81 | Amends claim no. 1013 |
| 6 | Enterprise Search Associates, LLC | 3/12/15 | 1 | $13,513.50 | Enterprise Search Associates, LLC | 3/30/15 | 200 | $13,513.50 | Amends claim no. 1 |
| 7 | Ginnan, Robert M. | 7/7/15 | 2182 | $246,799.00 | Ginnan, Robert M. | 7/7/15 | 2207 | $246,799.00 | Amends claim no. 2182 |
| 8 | Imagine Print Solutions Inc | 6/9/15 | 1760 | $93,562.00 | Imagine Print Solutions Inc | 6/10/15 | 1890 | $46,781.00 | Amends claim no. 1760 |
| 9 | King, John Graham | 7/6/15 | 2112 | $29,400.00 | King, John G. | 7/8/15 | 2308 | $29,400.00 | Amends claim no. 2112 |
| 10 | Louisiana Department of Revenue | 4/24/15 | 798 | $200.00 | State of Louisiana Department of Revenue | 6/1/15 | 1497 | $100.00 | Amends claim no. 798 |
| 11 | Moder, Jeffery | 6/30/15 | 2049 | $21,000.00 | Moder, Jeffery | 7/8/15 | 2309 | $12,475.00 | Amends claim no. 2049 |
| 12 | Moder, Jeffery | 7/8/15 | 2286 | $33,475.00 | Moder, Jeffery | 7/8/15 | 2309 | $12,475.00 | Amends claim no. 2286 |
| 13 | New Mexico Department of Workforce Solutions | 6/4/15 | 1344 | $1,010.74 | New Mexico Department of Workforce Solutions | 6/9/15 | 1629 | $505.37 | Amends claim no. 1344 |
| 14 | Oklahoma Tax Commission | 4/20/15 | 615 | $5,773.64 | Oklahoma Tax Commission | 8/6/15 | 2404 | $3,008.85 | Amends claim no. 615 |
| 15 | Pension Benefit Guaranty Corporation | 5/21/15 | 910 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2438 | $34,269,661.33 | Amends claim no. 910 |
| 16 | Pension Benefit Guaranty Corporation | 5/21/15 | 931 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2406 | $17,877,054.00 | Amends claim no. 931 |
| 17 | Pension Benefit Guaranty Corporation | 5/21/15 | 932 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2420 | $17,877,054.00 | Amends claim no. 932 |

| | AMENDED CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 18 | Pension Benefit Guaranty Corporation | 5/21/15 | 934 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2421 | $17,877,054.00 | Amends claim no. 934 |
| 19 | Pension Benefit Guaranty Corporation | 5/21/15 | 935 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2439 | $34,269,661.33 | Amends claim no. 935 |
| 20 | Pension Benefit Guaranty Corporation | 5/21/15 | 936 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2413 | $34,269,661.33 | Amends claim no. 936 |
| 21 | Pension Benefit Guaranty Corporation | 5/21/15 | 937 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2409 | $34,269,661.33 | Amends claim no. 937 |
| 22 | Pension Benefit Guaranty Corporation | 5/21/15 | 938 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2429 | $34,269,661.33 | Amends claim no. 938 |
| 23 | Pension Benefit Guaranty Corporation | 5/21/15 | 939 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2415 | $34,269,661.33 | Amends claim no. 939 |
| 24 | Pension Benefit Guaranty Corporation | 5/21/15 | 940 | $271,400,000.00 | Pension Benefit Guaranty Corporation | 8/11/15 | 2432 | $322,200,000.00 | Amends claim no. 940 |
| 25 | Pension Benefit Guaranty Corporation | 5/21/15 | 941 | $271,400,000.00 | Pension Benefit Guaranty Corporation | 8/11/15 | 2418 | $322,200,000.00 | Amends claim no. 941 |
| 26 | Pension Benefit Guaranty Corporation | 5/21/15 | 942 | $271,400,000.00 | Pension Benefit Guaranty Corporation | 8/11/15 | 2419 | $322,200,000.00 | Amends claim no. 942 |
| 27 | Pension Benefit Guaranty Corporation | 5/21/15 | 943 | $271,400,000.00 | Pension Benefit Guaranty Corporation | 8/11/15 | 2426 | $322,200,000.00 | Amends claim no. 943 |
| 28 | Pension Benefit Guaranty Corporation | 5/21/15 | 944 | $271,400,000.00 | Pension Benefit Guaranty Corporation | 8/11/15 | 2427 | $322,200,000.00 | Amends claim no. 944 |
| 29 | Pension Benefit Guaranty Corporation | 5/21/15 | 945 | $271,400,000.00 | Pension Benefit Guaranty Corporation | 8/11/15 | 2435 | $322,200,000.00 | Amends claim no. 945 |

2

| | AMENDED CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 30 | Pension Benefit Guaranty Corporation | 5/21/15 | 946 | $271,400,000.00 | Pension Benefit Guaranty Corporation | 8/11/15 | 2423 | $322,200,000.00 | Amends claim no. 946 |
| 31 | Pension Benefit Guaranty Corporation | 5/21/15 | 947 | $271,400,000.00 | Pension Benefit Guaranty Corporation | 8/11/15 | 2408 | $322,200,000.00 | Amends claim no. 947 |
| 32 | Pension Benefit Guaranty Corporation | 5/21/15 | 948 | $271,400,000.00 | Pension Benefit Guaranty Corporation | 8/11/15 | 2422 | $322,200,000.00 | Amends claim no. 948 |
| 33 | Pension Benefit Guaranty Corporation | 5/21/15 | 949 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2412 | $34,269,661.33 | Amends claim no. 949 |
| 34 | Pension Benefit Guaranty Corporation | 5/21/15 | 950 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2433 | $34,269,661.33 | Amends claim no. 950 |
| 35 | Pension Benefit Guaranty Corporation | 5/21/15 | 952 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2414 | $34,269,661.33 | Amends claim no. 952 |
| 36 | Pension Benefit Guaranty Corporation | 5/21/15 | 954 | $271,400,000.00 | Pension Benefit Guaranty Corporation | 8/11/15 | 2431 | $322,200,000.00 | Amends claim no. 954 |
| 37 | Pension Benefit Guaranty Corporation | 5/21/15 | 955 | $271,400,000.00 | Pension Benefit Guaranty Corporation | 8/11/15 | 2410 | $322,200,000.00 | Amends claim no. 955 |
| 38 | Pension Benefit Guaranty Corporation | 5/21/15 | 957 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2411 | $17,877,054.00 | Amends claim no. 957 |
| 39 | Pension Benefit Guaranty Corporation | 5/21/15 | 958 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2436 | $17,877,054.00 | Amends claim no. 958 |
| 40 | Pension Benefit Guaranty Corporation | 5/21/15 | 959 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2416 | $17,877,054.00 | Amends claim no. 959 |
| 41 | Pension Benefit Guaranty Corporation | 5/21/15 | 960 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2407 | $17,877,054.00 | Amends claim no. 960 |

| | AMENDED CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 42 | Pension Benefit Guaranty Corporation | 5/21/15 | 961 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2425 | $17,877,054.00 | Amends claim no. 961 |
| 43 | Pension Benefit Guaranty Corporation | 5/21/15 | 962 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2428 | $17,877,054.00 | Amends claim no. 962 |
| 44 | Pension Benefit Guaranty Corporation | 5/21/15 | 963 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2437 | $17,877,054.00 | Amends claim no. 963 |
| 45 | Pension Benefit Guaranty Corporation | 5/21/15 | 965 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2405 | $17,877,054.00 | Amends claim no. 965 |
| 46 | Pension Benefit Guaranty Corporation | 5/21/15 | 1229 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2424 | $34,269,661.33 | Amends claim no. 1229 |
| 47 | Pension Benefit Guaranty Corporation | 5/21/15 | 1234 | Unliquidated | Pension Benefit Guaranty Corporation | 8/11/15 | 2434 | $34,269,661.33 | Amends claim no. 1234 |
| 50 | Sonar Credit Partners III, LLC as Transferee for Wenaas USA, INc. | 5/7/15 | 695 | $7,493.43 | Wenaas USA, Inc. | 7/13/15 | 2360 | $3,895.14 | Amends claim no. 695 |
| 51 | Sowar, Gerard D. | 7/6/15 | 2110 | $193,682.00 | Sowar, Gerard D. | 7/7/15 | 2208 | $193,682.00 | Amends claim no. 2110 |
| 52 | Wenaas USA, Inc. | 7/13/15 | 2359 | $3,598.29 | Wenaas USA, Inc. | 7/13/15 | 2360 | $3,895.14 | Amends claim no. 2359 |

4

**Exhibit D**
**(Late Filed Claims)**

| | NAME | CLAIM # TO BE DISALLOWED | DEBTOR | CLAIM AMOUNT | BAR DATE | CLAIM FILED DATE |
|---|---|---|---|---|---|---|
| 1 | AB Graphic International | 2452 | SRC Liquidation Company | $4,813.00 | 7/8/15 | 8/24/15 |
| 2 | Emminger, Thomas | 2381 | SRC Liquidation Company | Unliquidated | 7/8/15 | 7/28/15 |
| 3 | Fackrell, Jame | 2385 | SRC Liquidation Company | Unliquidated | 7/8/15 | 7/24/15 |
| 4 | Weeks, E | 2443 | SRC Liquidation Company | Unliquidated | 7/8/15 | 8/18/15 |