IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:  STANDARD REGISTER CO      :   CASE NO. 15-10541
                                  :
                                  :
                                       CHAPTER 11
Debtor

FILED
2015 OCT 26  AM 10: 35
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## PROOF OF ADMINISTRATIVE CLAIM IN THE AMOUNT OF $ 14,774.14 AND REQUEST FOR PAYMENT PURSUANT TO 11 U.S.C. § 503(b)

1. The Department of Labor & Industry, Commonwealth of Pennsylvania, hereinafter referred to as UCTS, administers the Pennsylvania Unemployment Compensation Tax Law in Pennsylvania.

2. UCTS maintains a local office at the following address:

   Department of Labor and Industry – UCTS
   Commonwealth of PA
   Attn: Linda Mitten
   651 Boas Street, Room 702
   Harrisburg, PA  17121

3. UCTS is a creditor in the above captioned case for post-petition unemployment compensation taxes.  The debtor reports under account number 46-91186

4. UCTS is a creditor in the above captioned case for post-petition unemployment compensation taxes as outlined on the schedule on page two of this claim.

5. UCTS has properly credited all amounts due this debtor before filing this claim.

/s/ Linda Mitten
Linda Mitten, Bankruptcy Rep
Phone: 717-775-8080     FAX: 717-787-7671

Date: 10/19/2015

**Re: STANDARD REGISTER CO**  **Case #   15-10541**

PA U.C. Acct #   46-91186                                          Chapter   11

## Administrative Claims

| Calendar Quarter/Year | Unemployment Tax Balance | Interest to: 10/19/2015 | Other Amounts Due | Total |
|---|---|---|---|---|
| 1/2013 | $ 6,044.91 | $ 1,504.05 | $ 15.00 | $ 7,563.96 |
| 2/2013 | $ 4,214.62 | $ 855.21 | | $ 5,069.83 |
| 3/2013 | $ 1,813.71 | $ 326.64 | | $ 2,140.35 |

**Total Administrative Claim:**          **$14,774.14**