**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | **Re: Docket No. 1142** |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection, or other responsive pleading to the *Sixth Monthly Application of Dinsmore & Shohl LLP, as Special Counsel to Debtors and Debtors in Possession, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period August 1, 2015 Through August 31, 2015* [Docket No. 1142] (the "Application"), filed on October 7, 2015.  The undersigned further certifies that a review of the Court's docket in these cases reflects that no answer, objection, or other responsive pleading to the Application appears thereon.  Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than 4:00 p.m. (ET) on October 22, 2015.

---

[1]   The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

Pursuant to the *Order Establishing Interim Compensation and Reimbursement of Expenses for Professionals* entered on April 13, 2015 [Docket No. 260], the Debtors are now authorized to pay 80% ($22,623.65) of requested fees ($28,279.56) and 100% of requested expenses ($1,012.04) on an interim basis without further Court order.

Dated:    October 26, 2015
          Wilmington, Delaware              */s/ Elizabeth S. Justison*
                                            Michael R. Nestor (No. 3526)
                                            Kara Hammond Coyle (No. 4410)
                                            Andrew L. Magaziner (No. 5426)
                                            Elizabeth S. Justison (No. 5911)
                                            YOUNG CONAWAY STARGATT & TAYLOR, LLP
                                            Rodney Square
                                            1000 North King Street
                                            Wilmington, Delaware 19801
                                            Telephone:  (302) 571-6600
                                            Facsimile:  (302) 571-1253
                                            mnestor@ycst.com
                                            kcoyle@ycst.com
                                            amagaziner@ycst.com
                                            ejustison@ycst.com

                                            -and-

                                            Michael A. Rosenthal (NY No. 4697561)
                                            Jeremy L. Graves (CO No. 45522)
                                            Matthew G. Bouslog (CA No. 280978)
                                            GIBSON, DUNN & CRUTCHER LLP
                                            200 Park Avenue
                                            New York, New York 10166-0193
                                            Telephone:  (212) 351-4000
                                            Facsimile:  (212) 351-4035
                                            mrosenthal@gibsondunn.com
                                            jgraves@gibsondunn.com
                                            mbouslog@gibsondunn.com

                                            *Counsel to the Debtors and*
                                            *Debtors in Possession*

01:17114582.6