# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | Re Docket No. 698 |

## ELEVENTH NOTICE REGARDING DESIGNATION AS POST-CLOSING TRANSFERRED CONTRACT AND ASSUMPTION AND ASSIGNMENT THEREOF

**PLEASE TAKE NOTICE** that, on June 19, 2015, the United States Bankruptcy Court for the District of Delaware (the "Court") entered that certain *Order (I) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (II) Granting Certain Related Relief* [Docket No. 698] (the "Sale Order").[2]

**PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraph 27 of the Sale Order, the Buyers delivered a schedule of Potential Contracts to the Debtors prior to the Closing Date. Contract Counterparties previously received notice regarding the designation of applicable agreements as Potential Contracts.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraphs 27 and 28 of the Sale Order, the Buyers were granted ninety (90) days from the Closing Date to determine whether to assume or reject the Potential Contracts.

**PLEASE TAKE FURTHER NOTICE** that, as of the date hereof, and in accordance with paragraph 35 of the Sale Order, the Buyers have designated the additional Potential Contracts listed on Exhibit A[3] hereto as Post-Closing Transferred Contracts, and such Post-

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Sale Order.

[3] Due to the confidential nature of Buyer's customers (the "Customers"), the Buyers have omitted Customer names and applicable cure amounts from the list of Post-Closing Transferred Contracts attached hereto. Concurrently herewith, the Buyers have sent customized cure notices to the Customers setting forth the applicable Cure Amount(s) for any Assumed Contract(s). Customers that have questions regarding the delivery

Closing Transferred Contracts shall be deemed assumed and assigned to the Buyers upon the expiration of five (5) business days from the date hereof.

Dated:  October 26, 2015
       Wilmington, DE

*/s/ Matthew P. Austria*
Matthew P. Austria (DE No. 4827)
WERB & SULLIVAN
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, Delaware 19899
(For courier: 19801)
Telephone:  (302) 652-1100
Facsimile:  (302) 652-1111
E-mail:  maustria@werbsullivan.com

-and-

Phillip Bohl (MN No. 139191)
GRAY, PLANT, MOOTY,
MOOTY & BENNET, P.A.
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone:  (612) 632-3000
Facsimile:  (612) 632-4019
Email:  Phillip.bohl@gpmlaw.com

*Counsel to Taylor Corporation*

---

of the customized Contract Notice may contact the Debtors' claims and noticing agent, Prime Clerk LLC, at (855) 842-4124 or standardregisterinfo@primeclerk.com.

# EXHIBIT A

## Post-Closing Transferred Contracts

| Counterparty Name | Executory Contract or Unexpired Lease | Cure Amount |
|---|---|---|
| Adobe Systems Inc. | Adobe Master License Agreement | $0.00 |
| Adobe Systems Incorporated | Adobe Master License Agreement | $87,551.67 |
| Adobe Systems Incorporated | Adobe Enterprise Term License Agreement | $0.00 |
| Adobe Systems Incorporated | Adobe Enterprise Term License Agreement | $0.00 |
| Adobe Systems Incorporated | Adobe Master License Agreement | $0.00 |
| Adobe Systems Incorporated | Adobe Master License Agreement | $0.00 |
| Adobe Systems Incorporated | Adobe Master License Agreement | $0.00 |
| Adobe Systems Incorporated | Adobe Master License Agreement | $0.00 |
| Adobe Systems Software Ireland Limited | Adobe Master License Agreement | $0.00 |
| Adobe Systems Software Ireland Ltd. | Adobe Master License Agreement | $0.00 |
| Direct Mail of Maine (DMM) | Billing Solutions Sourcing Agreement | $26,352.65 |
| IT Xcel Consulting LLC dba XGS.IT | Product Fulfillment and Returns Contract | $50,699.27 |
| IT Xcel Consulting, LLC | Letter Agreement | $0.00 |
| ITXC | Product Fulfillment & Sales Support Proposal | $0.00 |
| Microsoft Coporation | Supplemental Contact Information Form | $0.00 |
| Microsoft Corporation | Enterprise Agreement from Microsoft for Volume Licensing | $0.00 |
| Microsoft Corporation | Enterprise Enrollment | $0.00 |
| Microsoft Corporation | Enterprise Enrollment (Direct) | $0.00 |
| Microsoft Corporation | Online Services and Supplemental Terms and Conditions | $0.00 |
| Microsoft Corporation | Previous Enrollment(s)/Agreements(s) Form | $0.00 |
| Microsoft Corporation | Program Signature Form | $0.00 |
| Microsoft Corporation | Server and Cloud Enrollment Effective Date Amendment ID M23 | $0.00 |
| Microsoft Corporation | Server and Cloud Enrollment Effective Date Amendment ID M23 | $0.00 |
| Microsoft Licensing GP | Volume Licensing Customer Letter | $37,500.00 |
| Microsoft Licensing GP | Standard Register Purchase Order | $0.00 |
| Microsoft Licensing GP | Standard Register Purchase Order | $0.00 |
| Microsoft Licensing, GP | Microsoft Enterprise Agreement | $0.00 |

| | | |
|---|---|---|
| Microsoft Licensing, GP | Program Signature Form | $0.00 |
| Microsoft Licensing, GP | Program Signature Form | $0.00 |
| Microsoft Licensing, GP | Program Signature Form | $0.00 |
| Microsoft Licensing, GP | Program Signature Form | $0.00 |
| Microsoft Licensing, GP | Program Signature Form | $0.00 |
| Microsoft Licensing, GP | Program Signature Form | $0.00 |
| Microsoft Licensing, GP | Program Signature Form for Volume Licensing | $0.00 |
| Microsoft Licensing, GP | Select Signature Form | $0.00 |
| Microsoft Licensing, GP | Document Revision Authorization | $0.00 |
| Microsoftt Corporation | Program Signature Form | $0.00 |
| NewlineNoosh, Inc. | Master Subscription and Services Agreement | $117,922.00 |
| NewLineNoosh, Inc. | Master Subscription and Services Agreement | $0.00 |
| Software AG USA, Inc | Software License Agreement Amendment No. 6 | $47,256.92 |
| Software AG USA, Inc. | Software License Agreement Amendment No. 6 | $0.00 |
| SPM Professional Services LP | Sales Performance Management Master Services Agreement | $25,515.30 |
| SurceScripts-RxHub | Technology Vendor Agreement | $0.00 |
| SureScripts-RxHun LLC | Technology Vendor Agreement | $87,074.00 |
| ZANEC Inc. | CONTRACTING AGREEMENT | $158,496.00 |
| Zanec Inc., | CONTRACTING AGREEMENT | $0.00 |
| Cisco Systems Capital Corporation | Master Agreement | $0.00 |
| Sogeti USA LLC | Services Agreement | |
| Ample Industries, Inc. | Subcontractor Confidentiality, Indemnification, Intellectual Property and Non-Competition Agreement | $0.00 |
| Budnick Converting Inc. | Supply Agreement | $0.00 |
| Business Card Express | Global Sourcing Solutions Agreement | $0.00 |
| Contemporary Graphics | Preferred Certified Supplier Agreement | $0.00 |
| The Data Group of Companies | Amended and Restated Subcontractor Agreement | $0.00 |
| Insta-Print | Global Sourcing Solutions Agreement | $0.00 |
| Poly-Pak Industries | Preferred Subcontractor Confidentiality Indemnification, Intellectual Property and Non-Competition Agreement | $0.00 |

| | | |
|---|---|---|
| Poly-Pak Industries | Subcontractor Confidentiality, Indemnification, Intellectual Property and Non-Competition Agreement | $0.00 |
| Seebridge Media Inc. | Supply Agreement | $0.00 |
| St. Joseph Print Group Inc. | Subcontractor Business Associate Agreement | $0.00 |
| Variable Image Printing | Business Associate Agreement for Trade Partners | $0.00 |
| Variable Image Printing | WorkflowOneLLC Business Associate Agreement for Trade Partners | $0.00 |
| Hewlett-Packard and its related entities | EG-prod purchase PO# 260100 | $71,148.13 |
| Hewlett-Packard Company | Exstream Software Maintenance<br><br>Exstream Software Maintenance agreement, referenced as AMP ID AMPEXSSTANDRDR, and SRC PO's issued to HP Enterprise Services, but accepted by Hewlett-Packard Company, including SRC PO Numbers: PO#262395, 262392, 262396, 262393, 262394, 262395, and 262390. | $91,335.95 |
| Hewlett-Packard Company | Software Support Services: HP Software Support Services agreements including those identified by AMP ID 130199524HPSW and SRC PO's issued to HP Enterprise Services, but accepted by Hewlett-Packard Company, including SRC PO Numbers: 254911 and 260404, as modified, renewed, and supplemented from time to time. | $2,088.89 |
| Hewlett-Packard Company and its related entities | Technology Services: HP Support Services agreements including those identified by AMP ID: SRC VMWARE1, SR CAREPACKS, SRC SMARTWORKS, SR SERVERS, and SRCHRDWR, and SRC PO's issued to HP Enterprise Services, but accepted by Hewlett-Packard Company, including SRC PO Numbers: 10103, 254912, 260452, 260518, 260745, and 261419 | $50,654.50 |
| HP Enterprise Service LLC | Purchase Order | $0.00 |

| | | |
|---|---|---|
| HP ENTERPRISE SERVICES LLC | Purchase 262395 | $0.00 |
| HP Enterprise Services LLC | Purchase Order | $0.00 |
| HP ENTERPRISE SERVICES LLC | Purchase Order | $0.00 |
| HP ENTERPRISE SERVICES LLC | Purchase Order | $0.00 |
| HP ENTERPRISE SERVICES LLC | Purchase Order | $0.00 |
| HP ENTERPRISE SERVICES LLC | Purchase Order | $0.00 |
| HP ENTERPRISE SERVICES LLC | Purchase Order | $0.00 |
| HP ENTERPRISE SERVICES LLC | Purchase Order 260452 | $0.00 |
| HP Enterprise Services LLC | Purchase Order No. 262393 | $0.00 |
| Hewlett-Packard Company and its related entities | Enterprise Services MSA: Master Services Agreement ("MSA") by and Between The Standard Register Company and Hewlett-Packard Company dated October 31, 2009 as amended, modified, and supplemented from time to time including by: Change Order No. 17, dated November 4, 2011, assigning certain rights and obligations under the agreement to HP Enterprise Services, LLC; Amendment Number 4 to Master Services Agreement dated October 13, 2014; and all active PO's issued by Standard Register Company and accepted by HP Enterprise Services and Work Orders issued pursuant to the MSA. | |
| Source technologis Inc., | Software Distribution Agreement | |