## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | **Re Docket No. 698 and 1224** |

### NOTICE OF WITHDRAWAL OF ELEVENTH NOTICE REGARDING DESIGNATION AS POST-CLOSING TRANSFERRED CONTRACT AND ASSUMPTION AND ASSIGNMENT THEREOF

Taylor Corporation,, by and through its undersigned counsel, hereby withdraws the *Eleventh Notice Regarding Designation as Post-Closing Transferred Contract and Assumption and Assignment Thereof* filed on October 26, 2015.

Dated: October 27, 2015
      Wilmington, Delaware

                        Respectfully submitted,

                        **WERB & SULLIVAN**

                        /s/ Matthew P. Austria
                        Matthew P. Austria(DE #4827)
                        300 Delaware Avenue, Suite 1300
                        Wilmington, DE 19801
                        Telephone:  (302) 652-1100
                        Facsimile: (302) 652-1111
                        Email: maustria@werbsullivan.com

                              -and-

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001).  The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

Phillip Bohl (MN No. 139191)
GRAY, PLANT, MOOTY,
MOOTY & BENNET, P.A.
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 632-3000
Facsimile: (612) 632-4019
Email: Phillip.bohl@gpmlaw.com

*Counsel to Taylor Corporation*