**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: November 11, 2015 at 4:00 p.m. (ET)** |

**NOTICE OF FILING OF MONTHLY COMPENSATION AND STAFFING REPORT OF MCKINSEY RECOVERY & TRANSFORMATION SERVICES U.S., LLC FOR THE PERIOD FROM SEPTEMBER 1, 2015 THROUGH SEPTEMBER 30, 2015**

PLEASE TAKE NOTICE that, on March 23, 2015, the above captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Order Authorizing the Debtors to (I) Employ and Retain McKinsey Recovery & Transformation Services U.S., LLC to Provide Interim Management Services Pursuant to 11 U.S.C. § 363, and (II) Designate Kevin Carmody as Chief Restructuring Officer* Nunc Pro Tunc *to the Petition Date* [Docket No. 87] with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that, on April 13, 2015, the Court entered the *Order Authorizing the Debtors to (I) Employ and Retain McKinsey Recovery & Transformation Services U.S., LLC to Provide Interim Management Services Pursuant to 11 U.S.C. § 363, and (II) Designate Kevin Carmody as Chief Restructuring Officer* Nunc Pro Tunc *to the Petition Date* [Docket No. 257] (the "Order").

PLEASE TAKE FURTHER NOTICE that in accordance with the Order, McKinsey Recovery & Transformation Services U.S., LLC hereby files its monthly compensation and staffing report for the period from September 1, 2015 through September 30, 2015 (the "Monthly Report") in the form attached hereto as Exhibit 1.

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

PLEASE TAKE FURTHER NOTICE that objections to the Monthly Report, if any, are required to be filed on or before **November 11, 2015 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response so as to be received by the following on or before the Objection Deadline: (i) the attorneys for the Debtors, (A) Gibson, Dunn & Crutcher LLP, 333 South Grand Avenue, Los Angeles, CA 90071 (Attn: Robert A. Klyman) and (B) Young Conaway Stargatt & Taylor, LLP, 1000 N. King Street, Rodney Square, Wilmington, DE 19801 (Attn: Michael R. Nestor); (ii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Mark Kenney); (iii) counsel for Silver Point Finance, LLC, Skadden, Arps, Slate, Meagher & Flom LLP, 155 N. Wacker Drive, Chicago, IL 60606-1720 (Attn: Ron E. Meisler); (iv) counsel for Bank of America, N.A., Parker, Hudson, Rainer & Dobbs LLP, 1500 Marquis Two Tower, 285 Peachtree Center Avenue, Atlanta, GA 30303 (Attn: C. Edward Dobbs, Esq.); and (v) counsel for the Official Committee of Unsecured Creditors, Lowenstein Sandler LLP, 1251 Avenue of the Americas, New York, NY 10020 (Attn: Wojciech F. Jung, Esq.).

**PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ORDER ONLY IF AN OBJECTION IS PROPERLY AND TIMELY FILED IN ACCORDANCE WITH THE ABOVE PROCEDURE WILL A HEARING BE HELD ON THE MONTHLY REPORT. ONLY THOSE PARTIES TIMELY FILING AND SERVING OBJECTIONS WILL RECEIVE NOTICE AND BE HEARD AT SUCH HEARING. IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THE DEBTORS WILL BE AUTHORIZED TO PAY 100% OF REQUESTED FEES AND EXPENSES WITHOUT FURTHER ORDER OF THE COURT.**

Dated: October 28, 2015
Wilmington, Delaware

*__/s/ Elizabeth S. Justison__*
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Andrew L. Magaziner (No. 5426)
Elizabeth S. Justison (No. 5911)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
mnestor@ycst.com
kcoyle@ycst.com
amagaziner@ycst.com
ejustison@ycst.com

-and-

Michael A. Rosenthal (NY No. 4697561)
Jeremy L. Graves (CO No. 45522)
Matthew G. Bouslog (CA No. 280978)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
mrosenthal@gibsondunn.com
jgraves@gibsondunn.com
mbouslog@gibsondunn.com

*Counsel to the Debtors and*
*Debtors in Possession*

# EXHIBIT 1

McKinsey Recovery
& Transformation Services

**Invoice No: RTO-RKH003-3488**

October 27, 2015

Standard Register
600 Albany Street
Dayton, OH 45417-3405

**Payable Upon Receipt**

| | |
|---|---|
| Fees | $21,565.00 |
| Expenses | $2,636.96 |
| Total | **$24,201.96** |

**Please reference the invoice number RTO-RKH003-3488 and invoice date of October 27, 2015 on your remittance advice.**

Terms: Payable upon receipt.

For advice or questions on remittances, please contact Kevin Carmody at **+1 312 551 7964.**



McKinsey Recovery & Transformation Services U.S., LLC
55 East 52nd Street, 21st Floor, New York, New York - 10022, United States
Tel: +1 (212) 446 7000 | Fax: +1 (212) 446 8575

# Exhibit A: Summary of Professionals and Fees

CONFIDENTIAL

**Client:** **Standard Register**
**Court:** United States Bankruptcy Court / District of Delaware
**Description:** Summary of Time Entries by Person
**Period:** September 1, 2015 through September 30, 2015
**Case No:** 15-10541

| Name | Description | Hours Billed | Hourly Rate (USD) | Total Billed (USD) |
|---|---|---|---|---|
| Kevin Carmody | Chief Restructuring Officer | 22.7 | $950 | $21,565 |
| **Total** | | **22.7** | | **$21,565** |

Notes:
1 Hours billed reflect 50% reduction for billable (non-working) travel.

# Exhibit B: Summary of Hours by Project Category

CONFIDENTIAL

**Client:** **Standard Register**
**Court:** United States Bankruptcy Court / District of Delaware
**Description:** Summary of Time Entries by Category
**Period:** September 1, 2015 through September 30, 2015
**Case No:** 15-10541

| Time Category | Hours Billed | Hourly Rate (USD) | Total Billed (USD) |
|---|---|---|---|
| 003 - Cash forecasting | 14.6 | $950 | $13,870 |
| 004 - Business planning | 5.4 | $950 | $5,130 |
| 011 - Legal & Case Administration | 2.7 | $950 | $2,565 |
| **Total** | **22.7** | **$950** | **$21,565** |

# Exhibit C: Time Categories

CONFIDENTIAL

**Standard Register Time Entry Categories**

**001 - Billable travel**
- Travel time to/from client sites that is in excess of normal commute to your local McKinsey office
- Out-of-town travelers should include time to/from home cities, but not daily commutes from hotel to/from client sites

**002 - Non-billable travel and expenses**
- Travel delays
- Entering time and expenses
- Other time entries not to be submitted for Court approval

**003 - Cash forecasting**
- 13-week cash flow analysis and reconciliation
- Covenant testing and analysis

**004 - Business Planning**
- P&L model assumptions
- Capital expenditure model assumptions
- Capital structure model assumptions
- Updating for actuals
- Business plan presentation

**005 - Chapter 11 reporting**
- MOR analysis
- IOR analysis
- IDI preparation
- SOFA and SOAL preparation

**006 - M&A Due Diligence Support**

**007 - Vendor support**
- Vendor support planning and meetings
- Vendor presentations

**008 - Customer support**
- Customer support planning and meetings
- Customer presentations

**009 - Executive team support**
- Communications strategy, talking points, etc.
- Presentation preparation

**010 - Project management**
- Team organization
- Background/context research
- Project administration

**011 - Legal & Case Administration**
- Review motions and orders
- Support for court filings
- Discovery support
- Executory contracts
- Case administration

**012 - Planning and Operations**
- Treasury management
- Employee meetings and calls
- Stakeholder Management

# Exhibit D: Summary of Expenses

**Client:** **Standard Register**
**Court:** United States Bankruptcy Court / District of Delaware
**Description:** Summary of Expense Entries by Category
**Period:** July 29, 2015 through September 15, 2015
**Case No:** 15-10541

| Expense Category | Total Expenses (USD) |
|---|---|
| Case Administrator | 1,417.50 |
| Meals | 17.64 |
| Rental Car | 427.44 |
| Taxi / Car Services | 754.48 |
| Telecom | 19.90 |
| **Total** | **2,636.96** |

# Exhibit E: Time Detail of Professionals

**Client: Standard Register**
Court: United States Bankruptcy Court / Delaware
Description: Detail of Time Entries
Period: September 1, 2015 through September 30, 2015
Case No: 15-10541

| Date | Name | Hours | Time Entry Category | Time Entry Description | Billed Amt |
|---|---|---|---|---|---|
| 9/1/2015 | Kevin Carmody | 1.4 | 011 - Legal & Case Administration | Work on post-closing issues related to managing OldCo in advance of discussion with Gibson Dunn | $1,330.00 |
| 9/1/2015 | Kevin Carmody | 0.7 | 011 - Legal & Case Administration | Speak with M. Rosenthal (GD) to discuss punch list of open items related to OldCo and outstanding items to be discussed with Taylor | $665.00 |
| 9/2/2015 | Kevin Carmody | 0.6 | 011 - Legal & Case Administration | Call with Taylor Corp to discuss post-closing transition issues. | $570.00 |
| 9/3/2015 | Kevin Carmody | 1.2 | 003 - Cash forecasting | Work on revisions to wind down budget in advance of discussion with SP advisors | $1,140.00 |
| 9/8/2015 | Kevin Carmody | 0.4 | 003 - Cash forecasting | Call with Skadden to discuss wind down budget and potential settlement with SP | $380.00 |
| 9/15/2015 | Kevin Carmody | 1.2 | 004 - Business Planning | Review preliminary term sheet to settle wind down of estate with Silver Point | $1,140.00 |
| 9/15/2015 | Kevin Carmody | 1.1 | 003 - Cash forecasting | Work on potential claims pool and updated waterfall analysis associated with wind down of estate. | $1,045.00 |
| 9/16/2015 | Kevin Carmody | 1.2 | 004 - Business Planning | Speak with M. Rosenthal (GD) to discuss punch list of open items related to OldCo and outstanding items to be discussed with Taylor | $1,140.00 |
| 9/16/2015 | Kevin Carmody | 1.6 | 004 - Business Planning | Update wind down budget to incorporate into discussions with Skadden re: settlement with Silver Point | $1,520.00 |
| 9/16/2015 | Kevin Carmody | 1.7 | 003 - Cash forecasting | Work on banking issues related to administration of estate's finances post-closing | $1,615.00 |
| 9/16/2015 | Kevin Carmody | 2.3 | 003 - Cash forecasting | Work on supplemental analyses to support negotiation of settlement on wind down amount with Skadden | $2,185.00 |
| 9/17/2015 | Kevin Carmody | 1.4 | 003 - Cash forecasting | Respond to requests from UCC re: historic transaction detail | $1,330.00 |
| 9/18/2015 | Kevin Carmody | 2.6 | 003 - Cash forecasting | Update wind down budget in advance of discussion with Skadden | $2,470.00 |
| 9/18/2015 | Kevin Carmody | 0.8 | 003 - Cash forecasting | Speak with R. Meisler (Skadden) to discuss potential settlement related to wind down of estate | $760.00 |
| 9/18/2015 | Kevin Carmody | 1.3 | 003 - Cash forecasting | Work on outstanding diligence items submitted by Skadden related to wind down of estate | $1,235.00 |
| 9/21/2015 | Kevin Carmody | 1.8 | 003 - Cash forecasting | Work on operational issues and bank authorizations for wiring of funds from estate's bank accounts; review supporting documents in advance of approving payments | $1,710.00 |
| 9/21/2015 | Kevin Carmody | 1.4 | 004 - Business Planning | Review draft plan of reorganization to wind down SR estate | $1,330.00 |



*CONFIDENTIAL*

# Exhibit F: Expense Detail

**Client:** **Standard Register**
**Court:** United States Bankruptcy Court / District of Delaware
**Description:** Summary of Expense Entries by Category
**Period:** July 29, 2015 through September 15, 2015
**Case No:** 15-10541

| Expense Date | User Full Name | Expense Type | Description/Explanation | Expense USD |
|---|---|---|---|---|
| 29-Jul-15 | Mark W Hojnacki | Taxi / Car Services | Client - Home | $167.25 |
| 29-Jul-15 | Mark W Hojnacki | Taxi / Car Services | Home - Airport | $115.70 |
| 29-Jul-15 | Mark W Hojnacki | Rental Car | Rental Car | $70.37 |
| 29-Jul-15 | Mark W Hojnacki | Meals | Lunch | $17.64 |
| 30-Jul-15 | Mark W Hojnacki | Taxi / Car Services | Client - Home - | $167.25 |
| 30-Jul-15 | Mark W Hojnacki | Taxi / Car Services | Airport - Office - | $59.03 |
| 31-Jul-15 | Mark W Hojnacki | Taxi / Car Services | Other - Home | $245.25 |
| 1-Aug-15 | Mark W Hojnacki | Telecom | WiFi on Plane | $9.95 |
| 8-Aug-15 | Mark W Hojnacki | Rental Car | Rental Car | $357.07 |
| 8-Aug-15 | Mark W Hojnacki | Telecom | WiFi on Plane | $9.95 |
| 15-Sep-15 | Kevin Carmody | Case Administrator | | $1,417.50 |