# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | Hearing Date: Nov. 19, 2015 at 9:30 a.m. EST |
| | Objection Deadline: Nov. 17, 2015 at 4:00 p.m. EST |

**FINAL APPLICATION OF JEFFERIES LLC
FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES AS INVESTMENT
BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM MARCH 24, 2015 THROUGH JULY 31, 2015**

| | |
|---|---|
| Applicant: | Jefferies LLC |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of retention: | March 24, 2015 |
| Period for which final compensation and expense reimbursement are requested: | March 24, 2015 through July 31, 2015 |
| Total compensation requested: | $1,312,903.22 |
| Total expense reimbursement requested: | $104,822.75 |

This is a(n): _____ monthly   _____ interim   __X__ final fee application

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

# FINAL FEE APPLICATION OF
# JEFFERIES LLC AS INVESTMENT BANKER TO THE
# OFFICIAL COMMITTEE OF UNSECURED CREDITORS
# MARCH 24, 2015 THROUGH JULY 31, 2015

### FEES EARNED AND EXPENSES INCURRED

| FEE PERIOD | REQUESTED | | PAID | | OUTSTANDING | |
| --- | --- | --- | --- | --- | --- | --- |
| | FEES | EXPENSES | FEES | EXPENSES | FEES | EXPENSES |
| 1st Interim Application 3/24/15 – 5/31/15 | $225,806.45 | $20,926.70 | $225,806.45 | $20,926.70 | $0.00 | $0.00 |
| 2nd Interim Application 6/1/15 – 7/31/15 | $200,000.00 | $69,521.05 | $160,000.00 | $69,521.05 | $40,000.00 | $0.00 |
| Transaction Fee (Net of Crediting) and Final Expenses | $887,096.77[2] | $14,375.00[3] | $0.00 | $0.00 | $887,096.77 | $14,375.00 |
| TOTAL | $1,312,903.22 | $104,822.75 | $385,806.45 | $90,447.75 | $927,096.77 | $14,375.00 |

### HOURS INCURRED BY JEFFERIES PROFESSIONALS

| Name | Position | Hours |
| --- | --- | --- |
| Leon Szlezinger | Co Global Head, Managing Director | 242.3 |
| Richard Klein | Managing Director | 234.0 |
| Seth Herman | Vice President | 283.8 |
| Tushar Pande | Associate | 531.5 |
| CJ Wei | Analyst | 595.5 |
| **TOTAL** | | **1,887.1** |

---

[2] Fifty percent (50%) of the Monthly Fees actually paid to and retained by Jefferies in excess of $200,000.00 have been credited against the $1,000,000.00 Transaction Fee due to Jefferies, resulting in a total credit in the amount of $112,903.23.

[3] Jefferies incurred expenses in connection with its services to the Committee after the filing of the Second Interim Fee Application in the amount of $14,375.00 (which includes an estimated amount of $3,510.00 for legal expenses relating to the preparation of this Final Fee Application and the final fee hearing). Documentation supporting such expenses is attached hereto as Exhibit B.

**FINAL FEE APPLICATION OF
JEFFERIES LLC AS INVESTMENT BANKER TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS
MARCH 24, 2015 THROUGH JULY 31, 2015**

**EXPENSES INCURRED BY JEFFERIES PROFESSIONALS**

| Expenses | Amount |
|---|---|
| Accommodations | $ 642.10 |
| Legal | 92,857.55[4] |
| Meals | 2,801.10 |
| Presentations | 716.00 |
| Printing | 554.40 |
| Transportation – Air | 3,719.80 |
| Transportation – Ground | 3,531.70 |
| **TOTAL** | **$ 104,822.75** |

---

[4] Jefferies incurred expenses in connection with its services to the Committee after the filing of the Second Interim Fee Application in the amount of $14,375.00 (which includes an estimated amount of $3,510.00 for legal expenses relating to the preparation of this Final Fee Application and the final fee hearing). Documentation supporting such expenses is attached hereto as Exhibit B.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | Hearing Date: Nov. 19, 2015 at 9:30 a.m. EST<br>Objection Deadline: Nov. 17, 2015 at 4:00 p.m. EST |

**FINAL APPLICATION OF JEFFERIES LLC
FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES AS INVESTMENT
BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM MARCH 24, 2015 THROUGH JULY 31, 2015**

Jefferies LLC ("Jefferies"), investment banker to the Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned chapter 11 cases of SRC Liquidation Company, *et al.* (collectively, the "Debtors"), submits this final fee application (this "Final Fee Application") for the period from March 24, 2015 through July 31, 2015 (the "Final Compensation Period"). By this Final Fee Application, Jefferies seeks entry of an order allowing final compensation for professional services rendered on behalf of the Committee during the Final Compensation Period in the amount of $1,312,903.22 and reimbursement actual and necessary expenses incurred in connection with such services in the amount of $104,822.75. In support of this Final Fee Application, Jefferies respectfully states as follows.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

**JURISDICTION AND VENUE**

1. The United States Bankruptcy Court for the District of Delaware (this "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

**BACKGROUND**

2. On March 12, 2015 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under the Bankruptcy Code, thereby commencing the above-captioned chapter 11 cases.

3. On March 24, 2015, the Office of the United States Trustee appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 99]. On the same date, the Committee selected Jefferies to serve as its investment banker, subject to Court approval.

4. On April 20, 2015, the Committee filed an application to employ and retain Jefferies as its investment banker in accordance with the terms and conditions set forth in that certain engagement letter (the "Engagement Letter")[2] dated March 24, 2015 between Jefferies and the Committee [Docket No. 318] (the "Retention Application"). A copy of the Engagement Letter was attached to the Retention Application as Exhibit B.

5. On August 24, 2015, the Court entered the *Amended Order (I) Authorizing the Official Committee of Unsecured Creditors to Retain and Employ Jefferies LLC as Its Investment Banker,* Nunc Pro Tunc *to March 24, 2015 and (II) Waiving Certain Requirements of Local Rule*

---

[2] Defined terms used but not defined herein shall have the meanings ascribed to such terms in the Engagement Letter.

*2016-2* [Docket No. 969] (the "Amended Retention Order").  The Amended Retention Order replaced the prior order entered by the Court approving the Retention Application [Docket No. 650] in its entirety.  The Amended Retention Order approved the Engagement Letter, including the Fee and Expense Structure, with certain modifications, pursuant to section 328(a) of the Bankruptcy Code.

6. On April 13, 2015, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* (the "Interim Compensation Order") [Docket No. 260], which generally sets forth the procedures for interim compensation and expense reimbursement for all retained professionals.  The Interim Compensation Procedures Order provides, among other things, that a professional may, on or after the 15th day of each calendar month, submit an application for interim allowance of compensation for the preceding month.  If no objections are made within twenty (20) days after service of a professional's monthly fee application, the Debtors are authorized to pay the applicant eighty percent (80%) of the requested fees and one hundred percent (100%) of the requested expenses.  In addition, beginning with the period ending May 31, 2015, at three-month intervals, each professional shall file and serve an interim application for allowance of the amounts sought in its monthly fee applications for the preceding period.  All fees and expenses are paid on an interim basis until final allowance by the Court.

7. On June 19, 2015, the Court entered the *Order (I) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Certain Related Relief* [Docket No. 698] (the "Sale Order").  The Sale Order approved the sale of substantially all of the Debtors' assets to Taylor

Corporation (the "Purchaser") pursuant to that certain asset purchase agreement entered into by and between the Debtors and the Purchaser dated as of June 19, 2015.

8. The sale to the Purchaser closed on July 31, 2015 [Docket No. 889] (the "Closing Date"). Jefferies' engagement by the Committee terminated on the Closing Date pursuant to that certain settlement agreement among the Debtors, Silver Point Finance, LLC and the Committee dated as of June 19, 2015 [Docket No. 696].

9. On September 22, 2015, the Debtors filed the *First Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and Its Affiliates* [Docket No. 1086] (the "Plan"). The Plan requires that final fee applications be filed no later than 30 days after the effective date of the Plan. (See Plan at § 9.1.) The Plan confirmation hearing is scheduled for November 19, 2015 at 9:30 a.m. EST.

**RELIEF REQUESTED**

10. By this Final Fee Application, Jefferies seeks entry of an order granting final approval of (a) total compensation in the amount of $1,312,903.22 for professional services rendered as investment banker to the Committee during the Final Compensation Period, which compensation is comprised of (i) $425,806.45 in Monthly Fees and (ii) a $887,096.77 Transaction Fee (gross Transaction Fee of $1,000,000.00, net of $112,903.23 in crediting) and (b) reimbursement of actual and necessary expenses incurred by Jefferies in connection with its services to the Committee in the amount of $104,822.75.

11. As set forth in the Amended Retention Order, Jefferies is entitled to be paid a Monthly Fee of $100,000.00 and a Transaction Fee of $1,000,000.00 for consummation of a chapter 11 plan, subject to crediting.

4

12. All services for which compensation is requested by Jefferies were performed during the Final Compensation Period on behalf of the Committee. During the Final Compensation Period, Jefferies performed significant services on behalf of the Committee, including but not limited to:

- reviewing and analyzing the Debtors' business, financial condition and prospects;

- advising the Committee on the current state of the restructuring market;

- reviewing the DIP and providing input on the Committee's objection;

- reviewing the business plan prepared by the Debtors and meeting with management to review the business plan;

- having direct dialogue with potential buyers and/or their advisors regarding potential ways to get value to unsecured creditors;

- regularly updating the Committee on the sale process;

- attending and participating in hearings before the Bankruptcy Court;

- attending the auction and working with potential buyers to generate a recovery for unsecured creditors;

- negotiating a settlement plan on the Committee's behalf; and

- rendering such other financial advisor services as may from time to time be agreed upon by the Committee and Jefferies.

13. Although Jefferies, in line with market convention, does not bill by the hour, Jefferies kept track of its post-petition time in one-half hour increments in accordance with the Amended Retention Order. During the Final Compensation Period, Jefferies professionals spent approximately 1,887.1 hours providing investment banking services to the Committee. Such time records are attached hereto as <u>Exhibit A</u>.

14. The fees charged by Jefferies have been billed in accordance with the Engagement Letter and the Amended Retention Order and are comparable to those fees charged

5

by Jefferies for professional services rendered in connection with similar chapter 11 cases and non-bankruptcy matters. Jefferies submits that such fees are reasonable based upon the customary compensation charged by similarly skilled practitioners in comparable bankruptcy cases and non-bankruptcy matters in the competitive national investment banking market.

15. There is no agreement or understanding between Jefferies and any other person, other than members of the firm, for the sharing of compensation to be received for services rendered in these chapter 11 cases.

16. Jefferies also incurred certain necessary expenses during the Final Compensation Period for which it is entitled to reimbursement under the Engagement Letter. As set forth in greater detail on the invoice attached hereto as Exhibit B, Jefferies' total expenses for the Compensation Period are $104,822.75.[3]

**NO PRIOR REQUEST**

17. No prior request for the relief requested in this Final Fee Application has been made to this or any other Court.

**CERTIFICATION OF COMPLIANCE**

18. The undersigned has reviewed the requirements of Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and certifies that, to the best of his knowledge, information and belief, this Final Fee Application complies with that rule.

---

[3] Expenses of $90,447.75 were approved in connection with Jefferies' First and Second Interim Fee Applications. As noted above, Jefferies incurred expenses of $14,375.00 after the filing of the Second Interim Fee Application. Documentation supporting such expenses is attached hereto as Exhibit B.

WHEREFORE, Jefferies respectfully requests that the Court enter an order (a) granting final allowance of fees for professional services rendered by Jefferies as investment banker to the Committee during the Final Compensation Period in the aggregate amount of $1,312,903.22 and reimbursement of expenses incurred in connection with such services in the amount of $104,822.75, and (b) authorizing and directing the Debtors to pay all such previously unpaid amounts to Jefferies.

Dated:  October 28, 2015　　　　　　　　　　**JEFFERIES LLC**
　　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Leon Szlezinger*
　　　　　　　　　　　　　　　　　　　　　　　Leon Szlezinger
　　　　　　　　　　　　　　　　　　　　　　　Managing Director
　　　　　　　　　　　　　　　　　　　　　　　520 Madison Avenue, 7th Floor
　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 323-3918