IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Timothy R. Quinn, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 27, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via overnight mail on the Transferred Contract Counterparty Service List attached hereto as **Exhibit A**:

- (Customized) Notice Regarding Designation as Post-Closing Transferred Contract and Assumption and Assignment Thereof [a non-customized copy of which is attached hereto as **Exhibit B**]

Dated: October 28, 2015

_____
Timothy R. Quinn

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 28, 2015, by Timothy R. Quinn, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

BENJAMIN JOSEPH STEELE
NOTARY PUBLIC-STATE OF NEW YORK
No. 02ST6290268
Qualified in New York County
My Commission Expires October 07, 2017

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

SRF 4847

**Exhibit A**

Exhibit A
Transferred Contract Counterparty Service List
Served via Overnight Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|
| Adobe Systems Inc. | Attn: General Counsel | 345 Park Avenue | San Jose | CA | 95110 | |
| Adobe Systems Software Ireland Limited | 4-6 Riverwalk | Citywest Business Campus | Dublin | Saggart | D24 | Ireland |
| Ample Industries, Inc. | Attn: General Counsel | 1101 Eaglecrest | Nixa | MO | 65714 | |
| Budnick Converting Inc. | 200 Admiral Weinel Blvd. | | Columbia | IL | 62236 | |
| Business Card Express | Attn: General Counsel | 4 Tickham Ave | Derry | NH | 03038 | |
| Cisco Systems Capital Corporation | 170 West Tasman Drive | Mailstop SJC-13, 3rd Floor | San Jose | CA | 95134 | |
| Contemporary Graphics | Attn: General Counsel | 7001 North Park Drive | Pennsauken | NJ | 08109 | |
| Hanger Orthopedic Group, Inc. | 2 Bethesda Metro Center | Suite 1200 | Bethesda | MD | 20814 | |
| Insta-Print | 1208 West 6th Avenue | | Eugene | OR | 97402 | |
| IT Xcel Consulting LLC dba XGS.IT | Attn: Denny Hollstegge | 5315 Muhlhauser Road | Hamilton | OH | 45011 | |
| IT Xcel Consulting, LLC | 7112 Office Park Drive | | West Chester | OH | 45069 | |
| ITXC | 600 College Road East | | Princeton | NJ | 08540 | |
| Microsoft Coporation | Legal and Corporate Affairs, Volume Licensing Group | One Microsoft Way | Redmond | WA | 98052 | |
| Microsoft Licensing GP | P.O. Box 844510 | | Dallas | TX | 75284-4510 | |
| Microsoft Licensing, GP | Dept. 551 Volume Licensing | 6100 Neil Road, Suite 210 | Reno | NV | 89511-1137 | |
| NewlineNoosh, Inc. | Attn: General Counsel | 245 Fifth Avenue | New York | NY | 10016 | |
| Poly-Pak Industries | Attn: General Counsel | 125 Spagnoli Road | Melville | NY | 11747 | |
| Riddell Williams P.S. | Hilary Bramwell Mohr | 1001 Fourth Avenue, Suite 4500 | Seattle | WA | 98154-1192 | |
| Seebridge Media Inc. | Attn: Mark Clark | 707 West Road | Houston | TX | 77038 | |
| SHI International Corp. | Attn: Michael Spires, Account Executive | 33 Knightsbridge Road | Piscataway | NJ | 08854 | |
| SHI International Corp. | Attn: Ken Patel, Account Executive | 290 Davidson Avenue | Somerset | NJ | 08873 | |
| Software AG USA, Inc | Attn: General Counsel | 11700 Plaza America Drive | Reston | VA | 20190 | |
| Sogeti USA LLC | 10100 Innovation Drive | Suite 200 | Dayton | OH | 45342 | |
| Source Technologis Inc. | Vice President Business Development | 2910 Whitehall Park Drive | Charlotte | NC | 28273 | |
| SPM Professional Services LP | Attn: President | 2501 Seaport Drive | Chester | PA | 19013 | |
| St. Joseph Print Group Inc. | Attn: General Counsel | 1165 Kenaston St | OTTAWA | ON | K1G 6S1 | Canada |
| Sterling Savings Bank | Attn: Ann Armstrong | 111 N. Wall Street | Spokane | WA | 99201 | |
| SurceScripts-RxHub | Attn: General Counsel | 380 St. Peter Street, Suite 350 | St. Paul | MN | 55102 | |
| SureScripts-RxHun LLC | Attn: General Counsel | 2800 Crystal Drive | Arlington | VA | 22202 | |
| The Data Group of Companies | Attn: General Counsel | 9195 Torbram Road | Brampton | ON | L6S 6H2 | Canada |
| Umpqua Bank | Attn: General Counsel | 111 N. Wall Street | Spokane | WA | 99201 | |
| Variable Image Printing | Attn: General Counsel | 9020 Kenamar Dr., Ste. 204 | San Diego | CA | 92121 | |
| Zanec Inc. | Attn: General Counsel | 860 Worchester Rd. Suite 200 | Framingham | MA | 07102 | |

**<u>Exhibit B</u>**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | **Re Docket No. 698** |

## NOTICE REGARDING DESIGNATION AS POST-CLOSING TRANSFERRED CONTRACT AND ASSUMPTION AND ASSIGNMENT THEREOF

**PLEASE TAKE NOTICE** that, on June 19, 2015, the United States Bankruptcy Court for the District of Delaware (the "Court") entered that certain *Order (I) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (II) Granting Certain Related Relief* [Docket No. 698] (the "Sale Order").[2]

**PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraph 27 of the Sale Order, the Buyers delivered a schedule of Potential Contracts to the Debtors prior to the Closing Date. You previously received notice regarding the designation of applicable agreements as Potential Contracts.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraphs 27 and 28 of the Sale Order, the Buyers were granted ninety (90) days from the Closing Date to determine whether to assume or reject the Potential Contracts.

**PLEASE TAKE FURTHER NOTICE** that, as of the date hereof, and in accordance with paragraph 35 of the Sale Order, the Buyers have designated the Potential Contracts listed on Exhibit A hereto as Post-Closing Transferred Contracts, and such Post-Closing Transferred Contracts shall be deemed assumed and assigned to the Buyers upon the expiration of five (5) business days from the date hereof.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Sale Order.

Dated: October 27, 2015
       Wilmington, DE

/s/ Matthew P. Austria
Matthew P. Austria (DE No. 4827)
WERB & SULLIVAN
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, Delaware 19899
(For courier: 19801)
Telephone: (302) 652-1100
Facsimile: (302) 652-1111
E-mail: maustria@werbsullivan.com

-and-

Phillip Bohl (MN No. 139191)
GRAY, PLANT, MOOTY,
MOOTY & BENNET, P.A.
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 632-3000
Facsimile: (612) 632-4019
Email: Phillip.bohl@gpmlaw.com

*Counsel to Taylor Corporation*

## EXHIBIT A

## Post-Closing Transferred Contracts

| Counterparty Name | Executory Contract or Unexpired Lease | Cure Amount |
|---|---|---|
| | | |