IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION COMPANY, *et al*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Alejandro Soria, am employed in the county of Los Angeles, State of California. I hereby certify that on October 26, 2015, I caused true and correct copies of the following document to be served via first-class mail, postage pre-paid, to the parties listed in **Exhibit A** attached hereto:

- **Notice of Appointment of Post-Effective Date Director [Docket No. 1223]**

Dated: October 28, 2015

_____
Alejandro Soria
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 28 day of Oct, 2015, by Alejandro Soria, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

> LINDA BRITTAIN
> Commission # 2126609
> Notary Public - California
> Los Angeles County
> My Comm. Expires Sep 13, 2019

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de Mexico, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

# EXHIBIT A

| | | |
|---|---|---|
| AKERMAN LLP<br>ATTN: SUNDEEP S. SIDHU<br>420 S. ORANGE AVENUE<br>SUITE 1200<br>ORLANDO, FL 32801-4904 | ALSTON & BIRD LLP<br>ATTN: DAVID WENDER/JONATHAN EDWARDS<br>ONE ATLANTIC CENTER<br>1201 WEST PEACHTREE STREET<br>ATLANTA, GA 30309-3424 | ARAPAHOE COUNTY ATTORNEY<br>ATTN: ROBERT HILL<br>5334 S. PRINCE STREET<br>LITTLETON, CO 80166 |
| ARNSTEIN & LEHR LLP<br>ATTN: KEVIN H. MORSE<br>120 S. RIVERSIDE PLAZA, SUITE 1200<br>CHICAGO, IL 60606 | ASHBY & GEDDES, P.A.<br>ATTN: RICARDO PALACIO<br>500 DELAWARE AVENUE, 8TH FLOOR<br>P.O. BOX 1150<br>WILMINGTON, DE 19899 | BAKER BOTTS L.L.P.<br>ATTN: JAMES PRINCE/MEGGIE GILSTRAP<br>2001 ROSS AVE.<br>DALLAS, TX 75201-2980 |
| BANK OF AMERICA, N.A.<br>C/O RAINER & DOBBS LLP<br>ATTN: JAMES S. RANKIN JR./HUDSON PARKER<br>1500 MARQUIS TWO TOWER<br>285 PEACHTREE CENTER AVENUE NE<br>ATLANTA, GA 30303 | BARNES & THORNBERG LLP<br>ATTN: DAVID POWLEN/KEVIN COLLINS<br>1000 N. WEST STREET, SUITE 1500<br>WILMINGTON, DE 19801 | BAYARD, P.A.<br>ATTN: SCOTT D. COUSINS, ESQUIRE<br>222 DELAWARE AVENUE<br>SUITE 900<br>WILMINGTON, DE 19801 |
| BELL NUNNALLY & MARTIN LLP<br>ATTN: HEATHER H. JOBE<br>3232 MCKINNEY AVE<br>SUITE 1400<br>DALLAS, TX 75204 | BIALSON, BERGEN & SCHWAB<br>ATTN: LAWRENCE SCHWAB/KENNETH LAW<br>2600 EL CAMINO REAL<br>SUITE 300<br>PALO ALTO, CA 94306 | BIALSON, BERGEN & SCHWAB<br>ATTN: LAWRENCE SCHWAB/THOMAS M. GAA<br>2600 EL CAMINO REAL<br>SUITE 300<br>PALO ALTO, CA 94306 |
| BILZIN SUMBERG BAENA PRICE & AXELROD, LLP<br>ATTN: JEFFREY I. SNYDER<br>1450 BRICKELL AVENUE<br>23RD FLOOR<br>MIAMI, FL 33131 | BLAKELEY LLP<br>ATTN: SCOTT E. BLAKELEY<br>2 PARK PLAZA<br>SUITE 400<br>IRVINE, CA 92614 | BLANK ROME LLP<br>ATTN: ALAN M. ROOT<br>1201 MARKET STREET<br>SUITE 800<br>WILMINGTON, DE 19801 |
| BLANK ROME LLP<br>ATTN: JOHN E. LUCIAN<br>ONE LOGAN SQUARE<br>130 NORTH 18TH STREET<br>PHILADELPHIA, PA 19103 | BMC GROUP, INC<br>ATTN: T. FEIL<br>300 CONTINENTAL BOULEVARD #570<br>EL SEGUNDO, CA 90245 | BRICKER & ECKLER LLP<br>ATTN: DAVID M. WHITTAKER<br>100 SOUTH THIRD STREET<br>COLUMBUS, OH 43215 |
| BRYAN CAVE LLP<br>ATTN: MICHELLE MCMAHON<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104-3300 | BRYAN CAVE LLP<br>ATTN: ROBERT J. MILLER/JUSTIN A. SABIN<br>TWO NORTH CENTRAL AVENUE<br>SUITE 2200<br>PHOENIX, AZ 85004-4406 | BUCHALTER NEMER, A.P.C.<br>ATTN: SHAWN M. CHRISTIANSON, ESQ.<br>55 SECOND STREET<br>17TH FLOOR<br>SAN FRANCISCO, CA 94105-3493 |
| CARLTON FIELDS JORDEN BURT, P.A.<br>ATTN: JOHN J. LAMOUREUX<br>4221 WEST BOY SCOUT BOULEVARD, 10TH FLOOR<br>PO BOX 3239<br>TAMPA, FL 33601-3239 | CIARDI CIARDI & ASTIN<br>ATTN: JOHN MCLAUGHLIN, JR./JOSEPH MCMAHON JR.<br>1204 N. KING STREET<br>WILMINGTON, DE 19801 | CLARK HILL PLC<br>ATTN: EDWARD J. KOSMOWSKI<br>824 N. MARKET STREET<br>SUITE 710<br>WILMINGTON, DE 19801 |
| CLARK HILL PLC<br>ATTN: SCOTT N. SCHREIBER<br>150 N. MICHIGAN AVENUE<br>SUITE 2700<br>CHICAGO, IL 60601 | CLARK HILL PLC<br>ATTN: SHANNON L. DEEBY<br>151 SOUTH OLD WOODWARD AVENUE<br>SUITE 200<br>BIRMINGHAM, MI 48009 | COLE SCHOTZ, P.C.<br>ATTN: MICHAEL D. WARNER<br>301 COMMERCE STREET<br>STE. 1700<br>FORT WORTH, TX 76102 |
| COLE SCHOTZ, P.C.<br>ATTN: PATRICK J. REILLEY<br>500 DELAWARE AVENUE<br>SUITE 1410<br>WILMINGTON, DE 19801 | COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF LABOR & INDUSTRY<br>ATTN: LINDA MITTEN<br>COLLECTIONS SUPPORT UNIT<br>651 BOAS STREET, ROOM 700<br>HARRISBURG, PA 17121 | COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF REVENUE<br>OFFICE OF THE ATTORNEY GENERAL<br>ATTN: KATHLEEN KANE/CAROL MOMJIAN<br>21 S. 12TH STREET, 3RD FLOOR<br>PHILADELPHIA, PA 19107-3603 |
| COOPER LEVENSON, P.A.<br>ERIN K. BRIGNOLA<br>30 FOX HUNT DR<br>UNIT 30<br>BEAR, DE 19701 | CROSS & SIMON, LLC<br>ATTN: CHRISTOPHER SIMON<br>1105 NORTH MARKET STREET<br>SUITE 901<br>WILMINGTON, DE 19801 | DARLING MILLIGAN HOROWITZ PC<br>ATTN: BRIAN D. MILLIGAN<br>1331 17TH STREET, SUITE 800<br>DENVER, CO 80202 |

| | | |
|---|---|---|
| DELAWARE ATTORNEY GENERAL<br>ATTN: BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG<br>820 N FRENCH ST 6TH FL<br>WILMINGTON, DE 19801 | DELAWARE DIVISION OF REVENUE<br>ZILLAH FRAMPTON<br>820 N FRENCH ST<br>WILMINGTON, DE 19801 | DELAWARE SECRETARY OF STATE<br>CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER, DE 19903 |
| DELAWARE STATE TREASURY<br>ATTN: BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD STE 100<br>DOVER, DE 19904 | DENTONS<br>ATTN: ARTHUR H. RUEGGER<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 | DINSMORE & SHOHL LLP<br>ATTN: CHRISTOPHER A. DEABLER<br>255 EAST FIFTH STREET<br>SUITE 1900<br>CINCINNATI, OH 45202 |
| DUANE MORRIS LLP<br>ATTN: JARRET P. HITCHINGS<br>222 DELAWARE AVENUE<br>SUITE 1600<br>WILMINGTON, DE 19801 | DUANE MORRIS LLP<br>ATTN: JEFFREY W. SPEAR<br>1540 BROADWAY<br>NEW YORK, NY 10036 | EARP COHN, P.C.<br>ATTN: RICHARD M. SCHLAIFER<br>20 BRACE ROAD<br>4TH FLOOR<br>CHERRY HILL, NJ 08034-0000 |
| ENVIRONMENTAL PROTECTION AGENCY<br>ATTN: BANKRUPTCY DEPT<br>1650 ARCH STREET<br>PHILADELPHIA, PA 19103-2029 | EZRA BRUTZKUS GUBNER LLP<br>ROBYN B. SOKOL<br>21650 OXNARD ST<br>STE 500<br>WOODLAND HILLS, CA 91367 | FISHMAN JACKSON<br>ATTN: MARK H. RALSTON<br>700 THREE GALLERIA TOWER<br>13155 NOEL RD. L.B. 13<br>DALLAS, TX 75240 |
| FLEISCHER, FLEISCHER & SUGLIA<br>ATTN: NICOLA SUGLIA/ALLISON DOMOWITCH<br>PLAZA 1000 AT MAIN STREET<br>SUITE 208<br>VOORHEES, NJ 08043 | FRANTZ WARD LLP<br>ATTN: TIMOTHY RICHARDS/JOHN KOSTELNIK<br>200 PUBLIC SQUARE<br>SUITE 3000<br>CLEVELAND, OH 44114 | FRIEDLANDER MISLER, PLLC<br>ATTN: ROBERT GREENBURG/THOMAS MURPHY<br>ATTN: LINDSAY A. THOMPSON<br>5335 WISCONSIN AVENUE, NW, SUITE 600<br>WASHINGTON, DC 20015 |
| GARY BECKER<br>666 BARCLAY LANE<br>BROOMALL, PA 19008 | GEORGIA PACIFIC CORP<br>ATTN: EMILY O. VALLADARES<br>133 PEACHTREE STREET, NE<br>ATLANTA, GA 30303 | GIBBONS P.C.<br>ATTN: MARK B. CONLAN<br>ONE GATEWAY CENTER<br>NEWARK, NJ 07102-5310 |
| GIBBONS P.C.<br>ATTN: NATASHA M. SONGONUGA<br>1000 N. WEST STREET<br>SUITE 1200<br>WILMINGTON, DE 19801-1058 | GIBSON, DUNN & CRUTCHER LLP<br>ATTN: JEREMY L. GRAVES/SABINA JACOBS<br>333 SOUTH GRAND AVENUE<br>LOS ANGELES, CA 90071-1512 | GOLAN & CHRISTIE LLP<br>ATTN: BARBARA YONG/CAREN LEDERER<br>70 W. MADISON STREET<br>SUITE 1500<br>CHICAGO, IL 60602 |
| GOLDBERG, KAMIN & GARVIN, LLP<br>ATTN: ROBERT J. GARVIN<br>1806 FRICK BUILDING<br>437 GRANT STREET<br>PITTSBURGH, PA 15219-6101 | GRAY PLANT MOOTY<br>ATTN: PHILLIP W. BOHL<br>500 IDS CENTER<br>80 SOUTH EIGHTH STREET<br>MINNEAPOLIS, MN 55402 | GRAYDON HEAD & RITCHEY LLP<br>ATTN: J. MICHAEL DEBBELER<br>1900 FIFTH THIRD CENTER<br>511 WALNUT STREET<br>CINCINNATI, OH 45202 |
| IANNOTTI & ASSOCIATES PLC<br>ATTN: DANIEL V. IANNOTTI<br>1475 CLUB DRIVE<br>BLOOMFIELD HILLS, MI 48302 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA, PA 19104-5016 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| IRON MOUNTAIN INFORMATION MANAGEMENT, LLC<br>ATTN: JOSEPH CORRIGAN<br>ONE FEDERAL STREET<br>BOSTON, MA 02110 | LAW OFFICES OF ROBERT E. LUNA P.C.<br>C/O GEORGE C. SCHERER<br>4411 N. CENTRAL EXPRESSWAY<br>DALLAS, TX 75205 | LECLAIRRYAN<br>ATTN: ANDREW L. COLE<br>180 ADMIRAL COCHRANE DRIVE<br>SUITE 370<br>ANNAPOLIS, MD 21401 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ATTN: ELIZABETH WELLER<br>2777 N. STEMMONS FREEWAY<br>SUITE 1000<br>DALLAS, TX 75207 | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ATTN: JOHN P. DILLMAN<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | LOWENSTEIN SANDLER LLP<br>ATTN: GERALD C. BENDER<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 |

| | | |
|---|---|---|
| LOWENSTEIN SANDLER LLP<br>ATTN: KENNETH ROSEN/SHARON LEVINE<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068-0000 | MAGNOZZI & KYE, LLP<br>ATTN: AMISH R. DOSHI<br>23 GREEN STREET<br>SUITE 302<br>HUNTINGTON, NY 11743 | MARK PLATT<br>5048 JAMES HILL ROAD<br>KETTERING, OH 45429 |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>ATTN: LEE GORDON<br>PO BOX 1269<br>ROUND ROCK, TX 78680 | MCGRANE LLP<br>ATTN: GAVIN MCGRANE<br>FOUR EMBARCADERO CENTER<br>SUITE 1400<br>SAN FRANCISCO, CA 94111 | MCKINSEY RECOVERY & TRANSFORMATION SERV<br>ATTN: KEVIN CARMODY/MARK HOJNACKI<br>55 EAST 52ND STREET<br>NEW YORK, NY 10055 |
| MEYER, SUOZZI, ENGLISH & KLEIN, P.C.<br>ATTN: EDWARD J. LOBELLO<br>1350 BROADWAY, SUITE 501<br>P.O. BOX 822<br>NEW YORK, NY 10018-0822 | MICHAEL BAZLEY<br>651 I STREET<br>SACRAMENTO, CA 95814 | MINKIN & HARNISCH PLLC<br>ATTN: ETHAN MINKIN/ANDREW HARNISCH<br>6515 N. 12TH STREET<br>SUITE B<br>PHOENIX, AZ 85014 |
| MISSOURI DEPARTMENT OF REVENUE<br>ATTN: SHERYL L. MOREAU<br>301 W. HIGH STREET, ROOM 670<br>PO BOX 475<br>JEFFERSON CITY, MO 65105-0475 | MORRIS JAMES LLP<br>ATTN: JEFFREY R. WAXMAN<br>500 DELAWARE AVENUE<br>SUITE 1500<br>WILMINGTON, DE 19801-1494 | NEAL, GERBER & EISENBERG LLP<br>NICHOLAS MILLER/ALEXIS DOMINGUEZ<br>TWO NORTH CENTRAL AVENUE<br>STE 1700<br>CHICAGO, IL 60602 |
| NEALE & NEWMAN, L.L.P.<br>ATTN: BRIAN K. ASBERRY<br>1949 E. SUNSHINE, SUITE 1-130<br>P.O. BOX 10327<br>SPRINGFIELD, MO 65808 | NEW YORK STATE DEPT OF TAXATION AND FINANCE<br>OFFICE OF COUNSEL<br>ATTN: ROBERT L. COOK, DISTRICT TAX ATTORNEY<br>340 EAST MAIN ST.<br>ROCHESTER, NY 14604 | OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: MARK KINNEY<br>844 KING ST STE 2207<br>WILMINGTON, DE 19801 |
| OKLAHOMA COUNTY TREASURER<br>ATTN: GRETCHEN CRAWFORD - ASST D.A.<br>320 ROBERT S. KERR<br>ROOM 505<br>OKLAHOMA CITY, OK 73102 | PARKER IBRAHIM & BERG LLC<br>ATTN: JOSEPH H. LEMKIN<br>270 DAVIDSON AVENUE<br>SOMERSET, NJ 08873-0000 | PARKER, HUDSON, RAINER & DOBBS LLP<br>ATTN: C. EDWARD DOBBS/JAMES RANKIN, JR.<br>ATTN: JACK C. BASHAM, JR./JOSHUA J. LEWIS<br>1500 MARQUIS TWO TOWER<br>285 PEACHTREE CENTER AVENUE, NE<br>ATLANTA, GA 30303 |
| PBGC<br>ATTN: JACK BUTLER<br>1200 K STREET NW<br>WASHINGTON, DC 20005-4026 | PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: COURTNEY L. MORGAN<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET NW<br>WASHINGTON, DC 20005-4026 | POLSINELLI PC<br>ATTN: CHRISTOPHER WARD/SHANTI KATONA<br>ATTN: JUSTIN EDELSON<br>222 DELAWARE AVENUE, SUITE 1101<br>WILMINGTON, DE 19801 |
| POTTER ANDERSON & CORROON LLP<br>ATTN: JEREMY W. RYAN/ETTA R. MAYERS<br>1313 NORTH MARKET STREET, SIXTH FLOOR<br>PO BOX 951<br>WILMINGTON, DE 19899-0951 | PRIME CLERK LLC<br>ATTN: DAVID M. SMITH<br>830 3RD AVE FL 9<br>NEW YORK, NY 10022 | RAVICH MEYER KIRKMAN MCGRATH NAUMAN & TA<br>ATTN: MICHAEL F. MCGRATH<br>4545 IDS CENTER<br>80 SOUTH EIGHTH STREET<br>MINNEAPOLIS, MN 55402 |
| REED SMITH LLP<br>ATTN: AMY M. TONTI<br>REED SMITH CENTRE<br>225 FIFTH AVENUE, SUITE 1200<br>PITTSBURGH, PA 15230-2009 | REED SMITH LLP<br>ATTN: J. CORY FALGOWSKI<br>1201 N. MARKET STREET<br>SUITE 1500<br>WILMINGTON, DE 19801 | REINHART BOERNER VAN DEUREN<br>ATTN: KATHERINE O'MALLEY/MICHAEL JANKOWSK<br>1000 NORTH WATER STREET, SUITE 1700<br>PO BOX 2965<br>MILWAUKEE, WI 53201-2965 |
| RICHARD S. PRICE, II<br>1235 N. HARBOR BLVD<br>SUITE 200<br>FULLERTON, CA 92832-1349 | RICHARDS, LAYTON & FINGER, P.A.<br>ATTN: MARK COLLINS/TYLER SEMMELMAN<br>ONE RODNEY SQUARE<br>920 NORTH KING STREET<br>WILMINGTON, DE 19801 | RIDDELL WILLIAMS P.S.<br>ATTN: HILLARY MOHR/JOSEPH SHICKICK JR.<br>1001 - 4TH AVENUE, SUITE 4500<br>SEATTLE, WA 98154 |
| SAUL EWING LLP<br>ATTN: TERESA K.D. CURRIER<br>222 DELAWARE AVENUE<br>SUITE 1200<br>WILMINGTON, DE 19899 | SECURITIES & EXCHANGE COMMISSION<br>ATTN: BANKRUPTCY DEPT<br>BROOKFIELD PLACE<br>200 VESEY STREET, SUITE 400<br>NEW YORK, NY 10281-1022 | SECURITIES & EXCHANGE COMMISSION<br>ATTN: BANKRUPTCY DEPT<br>ONE PENN CENTER<br>1617 JFK BLVD STE 520<br>PHILADELPHIA, PA 19103 |

| | | |
|---|---|---|
| SECURITIES & EXCHANGE COMMISSION<br>SECRETARY OF THE TREASURY<br>100 F ST NE<br>WASHINGTON, DC 20549 | SILVER POINT FINANCE, LLC<br>C/O SKADDEN ARPS<br>ATTN: RON MEISLER/CHRIS DRESSEL<br>155 N. WACKER DRIVE, SUITE 2700<br>CHICAGO, IL 60606 | SINGER & LEVICK, P.C.<br>ATTN: MICHELLE E. SHRIRO<br>16200 ADDISON ROAD<br>SUITE 1400<br>ADDISON, TX 75001 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>ATTN: RON MEISLER/CHRIS DRESSEL<br>ATTN: CHRISTOPHER DRESEL<br>155 N. WACKER DRIVE, SUITE 2700<br>CHICAGO, IL 60606-1720 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>ATTN: SARAH E. PIERCE<br>ONE RODNEY SQUARE<br>P.O. BOX 636<br>WILMINGTON, DE 19899-0636 | SYNCHRONY BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORPOR<br>25 SE 2ND AVENUE<br>SUITE 1120<br>MIAMI, FL 33131-1605 |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>ATTN: JAY W. HURST, AAG<br>BANKRUPTCY & COLLECTIONS DIVISION MC 008<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 | THE FLESH COMPANY<br>ATTN: GERARD WINTERBOTTOM<br>2118 59TH ST.<br>ST LOUIS, MO 63110 | THE ROSNER LAW GROUP LLC<br>ATTN: FREDERICK ROSNER/JULIA KLEIN<br>824 MARKET STREET<br>SUITE 810<br>WILMINGTON, DE 19801 |
| THE STANDARD REGISTER<br>600 ALBANY STREET<br>DAYTON, OH 45417 | THOMPSON HINE LLP<br>ATTN: JONATHAN S. HAWKINS<br>AUSTIN LANDING I<br>10050 INNOVATION DRIVE, SUITE 400<br>MIAMISBURG, OH 45342-4934 | TIMOTHY WEBB<br>4906 E. DESERT FAIRWAYS DR.<br>PARADISE VALLEY, AZ 85253 |
| TN DEPT OF REVENUE<br>C/O TN ATTORNEY GENERAL'S OFFICE<br>BANKRUPTCY DIVISION<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | US ATTORNEY FOR DELAWARE<br>CHARLES OBERLY C/O ELLEN SLIGHTS<br>1007 ORANGE ST STE 700<br>PO BOX 2046<br>WILMINGTON, DE 19899-2046 | VENABLE LLP<br>ATTN: HAMID R. RAFATJOO<br>2049 CENTURY PARK EAST, SUITE 2100<br>LOS ANGELES, CA 90067 |
| VENABLE LLP<br>ATTN: JAMIE L. EDMONSON<br>1201 NORTH MARKET STREET, SUITE 1400<br>WILMINGTON, DE 19801 | VERITIV CORPORATION<br>ATTN: JAMES SALVADORI<br>850 N. ARLINGTON HEIGHTS RD<br>ITASCA, IL 60143 | WERB & SULLIVAN<br>ATTN: MATTHEW P. AUSTRIA<br>300 DELAWARE AVE<br>SUITE 1300<br>WILMINGTON, DE 19801 |
| WOMBLE CARLYLE SANDRIDGE & RICE, LLP<br>ATTN: MARK DESGROSSEILLIERS/MORGAN PATTERS<br>222 DELAWARE AVENUE<br>SUITE 1501<br>WILMINGTON, DE 19801 | YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: MICHAEL R. NESTOR<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON, DE 19801 | |

Parties Served: 119