# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | Re Docket No. 698 |

## TWELFTH NOTICE REGARDING DESIGNATION AS POST-CLOSING TRANSFERRED CONTRACT AND ASSUMPTION AND ASSIGNMENT THEREOF

**PLEASE TAKE NOTICE** that, on June 19, 2015, the United States Bankruptcy Court for the District of Delaware (the "Court") entered that certain *Order (I) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (II) Granting Certain Related Relief* [Docket No. 698] (the "Sale Order").[2]

**PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraph 27 of the Sale Order, the Buyers delivered a schedule of Potential Contracts to the Debtors prior to the Closing Date. Contract Counterparties previously received notice regarding the designation of applicable agreements as Potential Contracts.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraphs 27 and 28 of the Sale Order, the Buyers were granted ninety (90) days from the Closing Date to determine whether to assume or reject the Potential Contracts.

**PLEASE TAKE FURTHER NOTICE** that, as of the date hereof, and in accordance with paragraph 35 of the Sale Order, the Buyers have designated the additional Potential Contracts listed on Exhibit A[3] hereto as Post-Closing Transferred Contracts, and such Post-

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Sale Order.

[3] Due to the confidential nature of Buyer's customers (the "Customers"), the Buyers have omitted Customer names and applicable cure amounts from the list of Post-Closing Transferred Contracts attached hereto. Concurrently herewith, the Buyers have sent customized cure notices to the Customers setting forth the applicable Cure Amount(s) for any Assumed Contract(s). Customers that have questions regarding the delivery

Closing Transferred Contracts shall be deemed assumed and assigned to the Buyers upon the expiration of five (5) business days from the date hereof.

Dated: October 29, 2015
       Wilmington, DE

*/s/ Matthew P. Austria*
Matthew P. Austria (DE No. 4827)
WERB & SULLIVAN
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, Delaware 19899
(For courier: 19801)
Telephone: (302) 652-1100
Facsimile: (302) 652-1111
E-mail: maustria@werbsullivan.com

-and-

Phillip Bohl (MN No. 139191)
GRAY, PLANT, MOOTY,
MOOTY & BENNET, P.A.
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 632-3000
Facsimile: (612) 632-4019
Email: Phillip.bohl@gpmlaw.com

*Counsel to Taylor Corporation*

---

of the customized Contract Notice may contact the Debtors' claims and noticing agent, Prime Clerk LLC, at (855) 842-4124 or standardregisterinfo@primeclerk.com.

## **EXHIBIT A**

## **Post-Closing Transferred Contracts**

| **Counterparty Name** | **Executory Contract or Unexpired Lease** | **Cure Amount** |
|---|---|---|
| COMPUTER SCIENCES CORPORATION | INFORMATION TECHNOLOGY SERVICES AGREEMENT | |
| Georgia-Pacific Consumer Products LP | Sales and Purchase Agreement dated April 1, 2013, by and between Georgia-Pacific Consumer Products LP and The Standard Register Company, as successor by merger to Workflowone LLC | |
| The Standard Register Federal Credit Union | Office Lease | $0.00 |
| Graphic Label Solutions | Preferred Subcontractor Confidentiality Idemnification, Intellectual Property and Non-Competition Agreement | $0.00 |
| Graphic Label Solutions | Preferred Subcontractor Confidentiality Indemnification, Intellectual Property and Non-Competition Agreement | $0.00 |