## CERTIFICATE OF SERVICE

     I, Christopher P. Simon, hereby certify that on this 30th day of October, 2015, I caused a true and correct copy of the **Limited Objection of CareSource and CareSource Management Group Co. to First Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and its Affiliates** to be served upon the parties listed on the attached service list via CM/ECF and/or in the manners indicated thereon.

                                            */s/ Christopher P. Simon*
                                            Christopher P. Simon (No. 3697)

## SERVICE LIST

**VIA FIRST CLASS MAIL**
**& ELECTRONIC MAIL**
Gibson, Dunn & Crutcher LLP
Attn: Michael A. Rosenthal, Esq.
200 Park Avenue
New York, NY 10166
mrosenthal@gibsondunn.com

**VIA HAND DELIVERY**
**& ELECTRONIC MAIL**
Office of the United States Trustee
Attn: Mark S. Kenney
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
mark.kenney@usdoj.gov

**VIA HAND DELIVERY**
**& ELECTRONIC MAIL**
Young Conaway Stargatt & Taylor, LLP
Attn: Michael R. Nestor, Esq.
Rodney Square
1000 North King Street
Wilmington, DE 19801
mnestor@ycst.com

**VIA FIRST CLASS MAIL**
**& ELECTRONIC MAIL**
Lowenstein Sandler LLP
Attn: Sharon L. Levine, Esq.
65 Livingston Avenue
Roseland, NJ 07068
slevine@lowenstein.com

**VIA FIRST CLASS MAIL**
**& ELECTRONIC MAIL**
Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Ron Meisler, Esq.
Christopher M. Dressel, Esq.
155 N. Wacker Drive
Chicago, IL 60606
ron.meisler@skadden.com
christopher.dressel@skadden.com

**VIA HAND DELIVERY**
**& ELECTRONIC MAIL**
Polsinelli PC
Attn: Christopher A. Ward, Esq.
222 Delaware Ave.
Suite 1101
Wilmington, DE 19801
cward@polsinelli.com