## **CERTIFICATE OF SERVICE**

I certify that on November 2, 2015, I caused to be served a copy/copies of the United States Trustee's Limited Objection to Confirmation of the Debtors' First Amended Chapter 11 Plan of Liquidation via electronic mail to the following:

Michael R. Nestor, Esquire
Kara Hammond Coyle, Esquire
Andrew L. Magaziner, Esquire
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
mnestor@ycst.com
kcoyle@ycst.com
amagaziner@ycst.com

Michael A. Rosenthal, Esquire
Samuel A. Newman, Esquire
Jeremy L. Graves, Esquire
Matthew G. Bouslog, Esquire
GIBSON DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
mrosenthal@gibsondunn.com
snewman@gibsondunn.com
jgraves@gibsondunn.com
mbouslog@gibsondunn.com

Sharon L. Levine, Esquire
Lowenstein Sandler LLP
65 Livingston Avenue,
Roseland, NJ 07068
slevine@lowenstein.com

Christopher A. Ward, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
cward@polsinelli.com

Ron E. Meisler, Esquire
Christopher M. Dressel, Esquire
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP
155 N. Wacker Drive
Chicago, Illinois 60606-1720
ron.meisler@skadden.com
christopher.dressel@skadden.com

/s/ Mark S. Kenney
Mark S. Kenney