## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, et al., | Case No. 15-10541 (BLS) |
| | (Jointly Administered) |
| Debtors. | |

### AFFIDAVIT OF JAMIE L. DAWSON, PARALEGAL

| | |
|---|---|
| STATE OF DELAWARE | : |
| | : SS: |
| NEW CASTLE COUNTY | : |

I, Jamie L. Dawson, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on November 2, 2015, I caused to be served:

### LIMITED OBJECTION INTERNATIONAL PAPER COMPANY TO CONFIRMATION

Service was completed upon the parties on the attached service list as indicated thereon.

Date:   November 2, 2015

_____
Jamie L. Dawson

SWORN AND SUBSCRIBED before me this 2nd day of November, 2015.

_____
Notary Public
My commission expires: 06/21/17

8142049/1

**VIA HAND DELIVERY**
Michael R. Nestor, Esq.
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
[Counsel for Debtors and Debtors in Possession]

Sarah E. Pierce, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
[Counsel for Silver Point Finance, LLC and Standard Acquisition Holdings, LLC]

Christopher A. Ward, Esq.
POLSINELLI PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
[Counsel to the Official Committee of Unsecured Creditors]

Mark S. Kenney, Trial Attorney
OFFICE OF THE UNITED STATES TRUSTEE
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Michael A. Rosenthal, Esq.
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
[Counsel for Debtors and Debtors in Possession]

Ron E. Meisler, Esq.
Christopher M. Dressel, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive, Suite 2700
Chicago, Illinois 60606-1720
[Counsel for Silver Point Finance, LLC and Standard Acquisition Holdings, LLC]

Kenneth A. Rosen, Esq.
Sharon L. Levine, Esq.
LOWENSTEIN SANDLER LLP
65 Livingston Avenue
Roseland, NJ 07068
[Counsel to the Official Committee of Unsecured Creditors]

Gerald C. Bender, Esq.
LOWENSTEIN SANDLER LLP
1251 Avenue of the Americas
New York, NY 10020
Facsimile: (212) 262-7402
[Counsel to the Official Committee of Unsecured Creditors]

8142049/1