IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Bankruptcy No.  15-10541 (BLS) |
| | : | |
| SRC LIQUIDATION COMPANY, *et al.*, | : | Chapter  11 |
| | : | |
| | : | |
| Debtors. | : | |

CERTIFICATE OF SERVICE

    I, Carol E. Momjian, hereby certify that the Response of Commonwealth of Pennsylvania, Department of Revenue to Debtors' Objection to Claim of Pennsylvania Department of Revenue (Claim No. 2491) Pursuant to Sections 502 and 505 of the Bankruptcy Code and Bankruptcy Rule 3007 has been filed electronically on November 2, 2015, and is available for viewing and downloading from the Court's Electronic Case Filing System.

    I further certify that I have this day served the foregoing document by first class mail, postage prepaid, and through e-mail on the following:

    Michael R. Nestor, Esquire
    Kara Hammond Coyle, Esquire
    Andrew L. Magaziner, Esquire
    YOUNG CONAWAY STARGATT & TAYLOR, LLP
    Rodney Square
    1000 North King Street
    Wilmington, DE  19801

    Michael A. Rosenthal, Esquire
    Jeremy L. Graves, Esquire
    Matthew G. Bouslog, Esquire
    GIBSON, DUNN & CRUTCHER, LLP
    200 Park Avenue
    New York, New York  10166-0193

Respectfully Submitted,

BRUCE R. BEEMER
FIRST DEPUTY ATTORNEY GENERAL

BY: */s/ Carol E. Momjian*
Carol E. Momjian
Senior Deputy Attorney General
Attorney I.D. No. 49219
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603
Tel: (215) 560-2128
Fax: (215) 560-2202
E-mail: cmomjian@attorneygeneral.gov