## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| THE STANDARD REGISTER COMPANY, *et al.*,[1] | ) Case 15-10541 (BLS) |
| | ) Jointly Administered |
| Debtors. | ) |

### CERTIFICATE OF SERVICE

I, Etta R. Mayers, hereby certify that I am not less than 18 years of age and that on this 2nd day of November 2015, I caused a true and correct copy of the foregoing **Limited Objection of Morgan Adhesives Company, LLC d/b/a MACtac to Confirmation of the First Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and Its Affiliates** to be served upon the parties on the attached service in the manner indicated.

Under penalty of perjury, I declare the foregoing is true and correct.

*/s/ Etta R. Mayers*
Etta R. Mayers (DE Bar No. 4164)
**POTTER ANDERSON & CORROON LLP**
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, DE  19899-0951
Telephone:  (302) 984-6000
Facsimile:  (302) 658-1192

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

## SERVICE LIST

***Via Facsimile & Overnight Delivery***
Gibson, Dunn & Crutcher LLP
Michael A. Rosenthal, Esq.
200 Park Avenue
New York, NY  10166
Fax:  212.351.4035

***Via Hand Delivery***
Office of the United States Trustee
Mark Kinney, Esq.
844 King St Ste 2207
Wilmington, DE  19801

***Via Facsimile & Overnight Delivery***
Lowenstein Sandler LLP
Sharon L. Levine, Esq.
65 Livingston Avenue
Roseland, NJ  07068
Fax:  973.597.2400

***Via Hand Delivery***
Young Conaway Stargatt & Taylor LLP
Michael R. Nestor, Esq.
Rodney Square
1000 North King Street
Wilmington, DE  19801

***Via Facsimile & Overnight Delivery***
Skadden, Arps, Slate, Meagher & Flom, LLP
Ron E. Meisler, Esq.
Christopher M. Dressel, Esq.
155 N. Wacker Drive
Chicago, IL  60606-1720
Fax  312.407.0411

***Via Hand Delivery***
Polsinelli PC
Christopher A. Ward, Esq.
222 Delaware Avenue, Suite 1101
Wilmington, DE  19801