# **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of November, 2015, the Pension Benefit Guaranty Corporation's Objection to the First Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and its Affiliates (D.I. 1086) was filed using the Court's CM/ECF system and served on all parties who are registered users of the Court's CM/ECF system and the following by electronic mail:

| | |
|---|---|
| Michael A. Rosenthal<br>Gibson, Dunn & Crutcher, LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br><br>Debtors' Counsel<br>via electronic mail<br>mrosenthal@gibsondunn.com | Michael R. Nestor<br>Young Conaway Stargatt & Taylor, LLP<br>1000 North King Street<br>Rodney Square<br>Wilmington, DE 19801<br><br>Debtors' Counsel<br>via electronic mail<br>mnestor@ycst.com |
| Mark Kenney, Esq.<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 N. King Street<br>Suite 2207, Lock Box 35<br>Wilmington, DE 19801<br><br>United States Trustee<br>via electronic mail<br>mark.kenney@usdoj.gov<br>ustpregion03.wl.ecf@usdoj.gov | Ron E. Meisler<br>Christopher M. Dressel<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>155 N. Wacker Drive<br>Chicago, IL 60606-1720<br><br><br>Counsel to the Agent<br>via electronic mail<br>ron.meisler@skadden.com<br>christopher.dressel@skadden.com |
| Sharon L. Levine<br>Lowenstein Sandler LLP<br>65 Livingston Avenue<br>Roseland, NJ 07068<br><br>Counsel to the Official Committee of Unsecured Creditors<br>via electronic mail<br>slevine@lowenstein.com | Christopher A. Ward<br>Polsinelli PC<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801<br><br>Counsel to the Official Committee of Unsecured Creditors<br>via electronic mail<br>cward@polsinelli.com |

                                              /s/ Courtney L. Morgan
                                              Courtney L. Morgan