**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 15-10541 (BLS) |
| | : | |
| SRC LIQUIDATION COMPANY, *et al.*, | : | Chapter 11 |
| | : | |
| Debtors. | : | |

**OBJECTION OF COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENUE TO CONFIRMATION OF THE DEBTORS' FIRST AMENDED PLAN OF LIQUIDATION**

TO THE HONORABLE BRENDAN L. SHANNON,
UNITED STATES BANKRUPTCY JUDGE:

The Commonwealth of Pennsylvania, Department of Revenue ("Commonwealth"), by and through the Pennsylvania Office of Attorney General objects as a party in interest to confirmation of Debtors' First Amended Plan Liquidation, as follows:

1.  The Commonwealth is a creditor of the Debtors and accordingly, filed its proofs of claim in the bankruptcy cases.

2.  Although the Plan provides for payment of priority tax claims, it unfairly and blatantly disallows for the full payment of priority tax claims should such claims be disputed and insufficient funds remain in the Disputed Claims Reserve. This is not in accordance with 11 U.S.C. § 1129(a)(9)(C) which allows for full payment with interest on allowed priority tax claims.

3. The Debtors' anti-setoff provision nullifies protections afforded to taxing authorities under Section 553(a).

WHEREFORE, the Commonwealth of Pennsylvania, Department of Revenue prays that this Court enter an order denying confirmation of the Debtors' First Amended Plan of Liquidation.

        Respectfully submitted,

        BRUCE R. BEEMER
        FIRST DEPUTY ATTORNEY GENERAL

DATED: November 2, 2015    BY:  /s/ *Carol E. Momjian*
        Carol E. Momjian
        Senior Deputy Attorney General
        PA I.D. No. 49219
        Office of Attorney General
        21 S. 12th Street, 3rd Floor
        Philadelphia PA 19107-3603
        Tel: (215) 560-2128
        Fax: (215) 560-2202
        E-mail: cmomjian@attorneygeneral.gov