IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 15-10541-BLS |
| | : | |
| SRC LIQUIDATION COMPANY, et al., | : | Chapter 11 |
| | : | |
| | : | |
| Debtor | : | |

CERTIFICATE OF SERVICE

    I, Carol E. Momjian, hereby certify that the Objection of the Commonwealth of Pennsylvania, Department of Revenue to Confirmation of the Debtors' First Amended Joint Plan of Liquidation has been filed electronically on November 2, 2015, and is available for viewing and downloading from the Court's Electronic Case Filing System.

    I further certify that I have this day served the foregoing document by first class mail, postage prepaid, on the following:

Gibson, Dunn, & Crutcher, LLP
200 Park Avenue
New York, New York 10166-0193
Attn: Michael A. Rosenthal

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
Attn: Michael R. Nestor, Esquire

Office of the United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801
Attn: Mark Kenney, Esquire

Skadden, Arps, Slate, Meagher & Flom, LLP
155 N. Wacker Drive
Chicago, Illinois  60606-1720
Attn:  Ron E. Meisler, Esquire
       Christopher M. Dressel, Esquire

Lowenstein Sandler LLP
65 Livingston Avenue
Roseland, NJ  07068
Attn: Sharon L. Levine

Polsinelli, PC
222 Delaware Avenue
Suite 1101
Wilmington, DE  19801
Attn:  Christopher A. Ward, Esquire

Respectfully Submitted,

BRUCE R. BEEMER
FIRST DEPUTY ATTORNEY GENERAL

BY:  */s/ Carol E. Momjian*
      Carol E. Momjian
      Senior Deputy Attorney General
      Attorney I.D. No. 49219
      Office of Attorney General
      21 S. 12th Street, 3rd Floor
      Philadelphia, PA 19107-3603
      Tel: (215) 560-2128
      Fax: (215) 560-2202
      E-mail: cmomjian@attorneygeneral.gov