# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| **SRC LIQUIDATION COMPANY,** *et al.,* | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

## RESPONSE IN OPPOSITION TO DEBTORS' FIRST NOTICE OF SATISFACTION OF CLAIMS

The New York State Department of Taxation and Finance (the "Department"), by and through Amanda Hiller, Esq., Deputy Commissioner and Counsel, by Robert L. Cook, District Tax Attorney (of Counsel), responds in opposition to the Debtors' First Notice of Satisfaction of Claims as follows:

1. On October 27, 2015, the Debtors filed a First Notice of Satisfaction of Claims, alleging, in part, that Claim Number 2382 (the "Claim") filed by the New York State Department of Taxation and Finance (the "Department") in this proceeding has been "satisfied in full by payments made after the Petition Date and that no further distributions are required on account of such satisfied amounts."

2. Debtors further stated their intention to have the Department's Claim designated as fully satisfied on the Claims Register.

3. According to the Department's books and records, the Department has received no payments on the New York State sales tax assessments included in Claim Number 2382 since the petition date.

4. Since no portion of Claim Number 2382 has been satisfied, the full amount of

-2-

$22,577.77 remains outstanding, due and payable by the Debtors.

WHEREFORE, the Department requests that Claim Number 2382 be allowed.

DATED: November 5, 2015			Amanda Hiller
						Deputy Commissioner and Counsel

						By:	/s/ Robert L. Cook
						Robert L. Cook, Esq. (New York Bar #1877703)
						District Tax Attorney
						New York State Department of Taxation and Finance
						Office of Counsel
						340 East Main Street
						Rochester, N.Y.  14604
						Phone:  (585) 530-8465
						Fax:     (518) 435-8490
						Email:  Robert.Cook@tax.ny.gov