**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re: | Chapter 11 |
| **SRC LIQUIDATION COMPANY, *et al.,*** | **Case No.  15-10541 (BLS)** |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I hereby certify that on, November 5, 2015, I electronically filed the attached Response to Debtors' First Notice of Satisfaction of Claims with the Clerk of the Bankruptcy Court using the CM/ECF system, which sent notification of such filing to all those accepting electronic service, including without limitation, the following:

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Elizabeth S. Justison, bankfilings@ycst.com, ejustison@ycst.com
Michael R. Nestor, bankfilings@ycst.com, mnestor@ycst.com
Kara Hammond Coyle, bankfilings@ycst.com, kcoyle@ycst.com
Andrew L. Magaziner, bankfilings@ycst.com, amagaziner@ycst.com
Maris J. Kandestin, bankfilings@ycst.com, mkandestin@ycst.com

GIBSON, DUNN & CRUTCHER, LLP
Michael A. Rosenthal, mrosenthal@gibsondunn.com

I further certify that I also personally sent the above-specified document by electronic mail to each of the individuals listed above and the following:

Jeremy L. Graves, jgraves@gibsondunn.com
Matthew G. Bouslog, mbouslog@gibsondunn.com

/s/Robert L. Cook
Robert L. Cook, Esq. (New York Bar #1877703)
District Tax Attorney, Office of Counsel
New York State Department of Taxation & Finance
340 East Main St., Rochester, New York 14604
Phone: 585-530-8465 Fax: 518-435-8490
Email:  Robert.Cook@tax.ny.gov