IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-10541 |
| **THE STANDARD REGISTER COMPANY** | § | |
| | § | |
| Debtor(s) | § | CHAPTER 11 |

## TAXING AUTHORITY'S NOTICE OF WITHDRAWAL
## OF PROOF OF CLAIM NO. 656

YOU ARE HEREBY NOTIFIED that **Washington County**'s proof of claim no. 656 in the amount of **$17,607.26** is **WITHDRAWN**. The taxing authority claim is not on the tax roll.

Date: 11-6-15 .

Respectfully submitted,

LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP

JOHN P. DILLMAN
State Bar No. 05874400
TARA L. GRUNDEMEIER
State Bar No. 24036691
Post Office Box 3064
Houston, Texas 77253-3064
(713) 844-3400 - Telephone
(713) 844-3503 - Telecopier

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>**THE STANDARD REGISTER COMPANY**<br><br>Debtor(s) | § CASE NO. 15-10541<br>§<br>§<br>§ CHAPTER 11 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **Washington County's Notice of Withdrawal of Proof of Claim No. 656** Shall be served via electronic means if available, otherwise by regular, first class mail upon the following entities on   11-6-15   .

Debtor(s)

The Standard Register Company
600 Albany Street
Dayton, OH 45417

Attorney in Charge for Debtor(s)

Kara Hammond Coyle
1000 West St., 17th Fl, Brandywine Bldg.
Wilmington, DE 19801

Trustee

US Trustee
844 King Street, Rm 2207
Lockbox #35
Wilmington, DE 19899

Respectfully submitted,

LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP

JOHN P. DILLMAN
State Bar No. 05874400
TARA L. GRUNDEMEIER
State Bar No. 24036691
Post Office Box 3064
Houston, Texas 77253-3064
(713) 844-3478 - Telephone
(713) 844-3503 - Telecopier