## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*, | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the below Certification, counsel moves the admission *pro hac vice* of Abigail M. McGibbon an attorney with the law firm Gray Plant Mooty to represent Taylor Corporation in this matter.

Date: November 6, 2015
    Wilmington, Delaware

WERB & SULLIVAN

/s/ Matthew P. Austria
Matthew P. Austria (DE #4827)
300 Delaware Avenue, Suite 1300
Wilmington, DE 19801
Telephone: (302) 652-1100
Facsimile: (302) 652-1111
Email: maustria@werbsullivan.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Minnesota and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Date: November 6, 2015

/s/ Abigail M. McGibbon
Abigail M. McGibbon
Gray Plant Mooty
500 IDS Center
80 South Eighth Street
Minneapolis, MN USA 55402
Phone: 612.632.3009
Fax: 612.632.4009
Email: Abigail.McGibbon@gpmlaw.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.