**Exhibit A**
**(Equity Interest Claim)**

01:17854006.2

| | NAME | DATE FILED | CLAIM # TO BE DISALLOWED | DEBTOR | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | Denise A. Stock Well Trust | 7/14/15 | 2362 | SRC Liquidation Company | $17,002.01 | Claim No. 2362 asserts an equity interest in Debtor SRC Liquidation Company and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |

01:17854006.2