**Exhibit B**
**(Duplicate Claim)**

01:17854006.2

| | DUPLICATE CLAIM TO BE DISALLOWED | | | | REMAINING CLAIM | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 1 | George Eschbaugh Advertising, Inc. | 9/16/15 | 2487 | $35,657.79 | George Eschbaugh Advertising, Inc. | 9/16/15 | 2486 | $35,657.79 | Duplicate of claim no. 2486 |

01:17854006.2