**Exhibit C**
**(Amended and Superseded Claims)**

| AMENDED CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 1 Colorado Department of Revenue | 4/9/15 | 458 | $218.00 | Colorado Department of Revenue | 5/11/15 | 814 | $0.00 | Amends claim no. 458 |
| 2 New York State Department of Labor | 4/21/15 | 664 | Unliquidated | New York State Department of Labor | 7/23/15 | 2395 | $37.95 | Amends claim no. 664 |
| 3 New York State Department of Taxation and Finance | 3/31/15 | 279 | $15,578.37 | New York State Department of Taxation and Finance | 7/28/15 | 2382 | $22,577.77 | Amends claim no. 279 |
| 4 Pennsylvania Department of Revenue | 4/16/15 | 559 | $25,000.00 | Pennsylvania Department of Revenue | 9/29/15 | 2491 | $289,267.54 | Amends claim no. 559 |
| 5 Pennsylvania Department of Revenue | 6/30/15 | 2020 | $1,000,000.00 | Pennsylvania Department of Revenue | 9/29/15 | 2491 | $289,267.54 | Amends claim no. 2020 |