**Exhibit A**

**(No Liability Pension Claims)**

**Exhibit A**
(No Liability Pension Claims)

| | NAME | DEBTOR | CLAIM FILED DATE | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|------|--------|------------------|--------------------------|--------------|-------------------------|
| 1 | Allen, Jeffery | SRC Liquidation Company | 7/6/15 | 2118 | Unliquidated | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 2 | Conley, Carl | SRC Liquidation Company | 7/8/15 | 2292 | $7,802.56 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 3 | Donel, Brian O | SRC Liquidation Company | 6/29/15 | 2030 | $526,976.29 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |

01:17854016.1

**Exhibit A**
(No Liability Pension Claims)

| | NAME | DEBTOR | CLAIM FILED DATE | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 4 | Eisenhour, Randy | SRC Liquidation Company | 5/26/15 | 1196 | Unliquidated | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 5 | Foster, Ann | SRC Liquidation Company | 6/5/15 | 1454 | $6,539.39 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 6 | Garcia, Jesus | SRC Liquidation Company | 7/13/15 | 2361 | Unliquidated | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |

2

01:17859617.1

**Exhibit A**
(No Liability Pension Claims)

| | NAME | DEBTOR | CLAIM FILED DATE | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 7 | Garwood, Kevin | SRC Liquidation Company | 7/7/15 | 2204 | $25,000.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 8 | Gillette, John | SRC Liquidation Company | 6/1/15 | 1438 | Unliquidated | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 9 | Harris, Keith | SRC Liquidation Company | 7/1/15 | 2086 | $57,342.60 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |

01:17859617.1

**Exhibit A**
**(No Liability Pension Claims)**

| | NAME | DEBTOR | CLAIM FILED DATE | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 10 | Houghtby, Michele | SRC Liquidation Company | 5/28/15 | 1096 | Unliquidated | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 11 | Hurley, James | SRC Liquidation Company | 7/13/15 | 2354 | Unliquidated | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 12 | Isaksen, Roy | SRC Liquidation Company | 6/8/15 | 1506 | $35,000.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |

4

01:17859617.1

**Exhibit A**
**(No Liability Pension Claims)**

| | NAME | DEBTOR | CLAIM FILED DATE | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 13 | Larimer Jr, Hugh J | SRC Liquidation Company | 6/7/15 | 1513 | $44,667.15 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 14 | Lowry, Glenna | SRC Liquidation Company | 6/12/15 | 1844 | Unliquidated | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 15 | Mancuso, Salvatore | SRC Liquidation Company | 7/9/15 | 2331 | Unliquidated | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |

01:17859617.1

**Exhibit A**
(No Liability Pension Claims)

| | NAME | DEBTOR | CLAIM FILED DATE | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 16 | Marshall, Robert | SRC Liquidation Company | 6/5/15 | 1466 | $34,550.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 17 | Martinez, Doris | SRC Liquidation Company | 6/18/15 | 1908 | Unliquidated | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 18 | McAllister, Patrick R. | SRC Liquidation Company | 5/29/15 | 1092 | Unliquidated | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |

01:17859617.1

**Exhibit A**
**(No Liability Pension Claims)**

| | NAME | DEBTOR | CLAIM FILED DATE | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 19 | Mcdowell, John | SRC Liquidation Company | 7/10/15 | 2333 | $66,135.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 20 | Pickens, Jerald | SRC Liquidation Company | 6/8/15 | 1558 | Unliquidated | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 21 | Renner, David | SRC Liquidation Company | 7/10/15 | 2334 | $15,000.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |

7

01:17859617.1

**Exhibit A**
(No Liability Pension Claims)

| | NAME | DEBTOR | CLAIM FILED DATE | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 22 | Seivright, Courtney | SRC Liquidation Company | 6/3/15 | 1351 | Unliquidated | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 23 | Skates, Dennis | SRC Liquidation Company | 7/9/15 | 2345 | Unliquidated | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |
| 24 | Trier, Martha J. | SRC Liquidation Company | 7/10/15 | 2335 | Unliquidated | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |

01:17859617.1

**Exhibit A**
(No Liability Pension Claims)

| | NAME | DEBTOR | CLAIM FILED DATE | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 25 | Webb, Linda | SRC Liquidation Company | 6/24/15 | 1939 | $11,000.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim. |

01:17859617.1