**Exhibit B**

**(Reclassified Benefits Claims)**

01:17859617.1

**Exhibit B**
(Reclassified Benefits Claims)

| | Name of Claimant | Claim No. | Date Filed | Current Claim Amount and Classification | Reclassified Claim Amount and Classification | Basis For Objection |
|---|---|---|---|---|---|---|
| 1 | Assini, Robert E. | 1188 | 5/27/15 | Priority Claim: $12,475.00<br>General Unsecured Claim: $322,792.48 | General Unsecured: $335,267.48 | Claim no. 1188 has been asserted, in part, as a priority claim arising under section 507(a)(5) of the Bankruptcy Code. Because such claim arises from a non-qualified retirement program, and nothing was earned thereunder during the 180-day period prior to the Petition Date, priority is not warranted under the circumstances. Accordingly, the priority component is reclassified as a general unsecured claim in the amount set forth in the column labeled "Reclassified Claim Amount and Classification." |
| 2 | Becken, Daniel | 1843 | 6/12/15 | Priority Claim: Unliquidated<br>General Unsecured Claim: $130,104.61 | General Unsecured: $133,113.93[1] | Claim no. 1843 has been asserted, in part, as a priority claim arising under section 507(a)(5) of the Bankruptcy Code. Because such claim arises from a non-qualified retirement program, and nothing was earned thereunder during the 180-day period prior to the Petition Date, priority is not warranted under the circumstances. Accordingly, the priority component is reclassified as a general unsecured claim in the amount set forth in the column labeled "Reclassified Claim Amount and Classification." |

---

[1] This total includes the liquidated amount provided by the Debtors in the *Notice of Filing of List of Pension Benefits Obligations* [Docket No. 1104].

## EXHIBIT B
### Retirement Benefits Claims

| | Name of Claimant | Claim No. | Date Filed | Current Claim Amount and Classification | Reclassified Claim Amount and Classification | Basis For Objection |
|---|---|---|---|---|---|---|
| 3 | Blankley, Randy | 1655 | 6/8/15 | Priority Claim: $12,475.00<br>General Unsecured Claim: $35,311.76 | General Unsecured: $47,786.76 | Claim no. 1655 has been asserted, in part, as a priority claim arising under section 507(a)(5) of the Bankruptcy Code. Because such claim arises from a non-qualified retirement program, and nothing was earned thereunder during the 180-day period prior to the Petition Date, priority is not warranted under the circumstances. Accordingly, the priority component is reclassified as a general unsecured claim in the amount set forth in the column labeled "Reclassified Claim Amount and Classification." |
| 4 | Brenker, Alan M | 1764 | 6/9/15 | Priority Claim: $12,475.00<br>General Unsecured Claim: $18,370.51 | General Unsecured: $30,845.51 | Claim no. 1764 has been asserted, in part, as a priority claim arising under section 507(a)(5) of the Bankruptcy Code. Because such claim arises from a non-qualified retirement program, and nothing was earned thereunder during the 180-day period prior to the Petition Date, priority is not warranted under the circumstances. Accordingly, the priority component is reclassified as a general unsecured claim in the amount set forth in the column labeled "Reclassified Claim Amount and Classification." |

**EXHIBIT B**
**Retirement Benefits Claims**

| | Name of Claimant | Claim No. | Date Filed | Current Claim Amount and Classification | Reclassified Claim Amount and Classification | Basis For Objection |
|---|---|---|---|---|---|---|
| 5 | Bullock, John | 2063 | 7/1/15 | Priority Claim: $12,475.00<br>General Unsecured Claim: $814.09 | General Unsecured: $13,289.09 | Claim no. 2063 has been asserted, in part, as a priority claim arising under section 507(a)(5) of the Bankruptcy Code. Because such claim arises from a non-qualified retirement program, and nothing was earned thereunder during the 180-day period prior to the Petition Date, priority is not warranted under the circumstances. Accordingly, the priority component is reclassified as a general unsecured claim in the amount set forth in the column labeled "Reclassified Claim Amount and Classification." |
| 6 | Cates, Brad | 2219 | 7/8/15 | Priority Claim: $12,475.00<br>General Unsecured Claim: $212,661.00 | Priority Claim: $9,385.23<br>General Unsecured Claim: $212,661.00 | With prior Court approval, claimant received $3,089.77 in postpetition payments on account of prepetition earnings. Therefore, pursuant to section 507(a)(5) of the Bankruptcy Code, the priority portion of the claim no. 2219 is hereby reduced by such amount. |

## EXHIBIT B
### Retirement Benefits Claims

| | Name of Claimant | Claim No. | Date Filed | Current Claim Amount and Classification | Reclassified Claim Amount and Classification | Basis For Objection |
|---|---|---|---|---|---|---|
| 7 | Cazamias, James | 916 | 5/21/15 | Priority Claim: $1,584.34 | General Unsecured: $1,584.34 | Claim no. 916 has been asserted as a priority claim arising under section 507(a)(5) of the Bankruptcy Code. Because such claim arises from a non-qualified retirement program, and nothing was earned thereunder during the 180-day period prior to the Petition Date, priority is not warranted under the circumstances. Accordingly, the claim is reclassified as a general unsecured claim in the amount set forth in the column labeled "Reclassified Claim Amount and Classification." |
| 8 | Coppola, Bruce | 1231 | 5/21/15 | Priority Claim: Unliquidated | General Unsecured: Unliquidated | Claim no. 1231 has been asserted as a priority claim arising under section 507(a)(5) of the Bankruptcy Code. Because such claim arises from a non-qualified retirement program, and nothing was earned thereunder during the 180-day period prior to the Petition Date, priority is not warranted under the circumstances. Accordingly, the claim is reclassified as a general unsecured claim as set forth in the column labeled "Reclassified Claim Amount and Classification." |

**EXHIBIT B**
**Retirement Benefits Claims**

| | Name of Claimant | Claim No. | Date Filed | Current Claim Amount and Classification | Reclassified Claim Amount and Classification | Basis For Objection |
|---|---|---|---|---|---|---|
| 9 | Graham, Christopher A. | 2277 | 7/8/15 | Priority Claim: $12,475.00 General Unsecured Claim: $86,107.67 | General Unsecured: $98,582.67 | Claim no. 2277 has been asserted, in part, as a priority claim arising under section 507(a)(5) of the Bankruptcy Code. Because such claim arises from a non-qualified retirement program, and nothing was earned thereunder during the 180-day period prior to the Petition Date, priority is not warranted under the circumstances. Accordingly, the priority component is reclassified as a general unsecured claim in the amount set forth in the column labeled "Reclassified Claim Amount and Classification." |
| 10 | Greve, Gregory J. | 2289 | 7/8/15 | Priority Claim: $12,475.00 General Unsecured Claim: $25,200.00 | Priority Claim: $4,153.11 General Unsecured Claim: $25,200.00 | With prior Court approval, claimant received $8,321.89 in postpetition payments on account of prepetition earnings. Therefore, pursuant to section 507(a)(5) of the Bankruptcy Code, the priority portion of the claim no. 2289 is hereby reduced by such amount. |

## EXHIBIT B
### Retirement Benefits Claims

| | Name of Claimant | Claim No. | Date Filed | Current Claim Amount and Classification | Reclassified Claim Amount and Classification | Basis For Objection |
|---|---|---|---|---|---|---|
| 11 | Higgins, Gregory | 2191 | 7/7/15 | Priority Claim: $12,475.00<br>General Unsecured Claim: $51,171.52 | General Unsecured: $63,646.52 | Claim no. 2191 has been asserted, in part, as a priority claim arising under section 507(a)(5) of the Bankruptcy Code. Because such claim arises from a non-qualified retirement program, and nothing was earned thereunder during the 180-day period prior to the Petition Date, priority is not warranted under the circumstances. Accordingly, the priority component is reclassified as a general unsecured claim in the amount set forth in the column labeled "Reclassified Claim Amount and Classification." |
| 12 | Keiper, Edward | 1869 | 6/16/15 | Priority Claim: $12,475.00<br>General Unsecured Claim: $343,585.15 | General Unsecured: $356,060.15 | Claim no. 1869 has been asserted, in part, as a priority claim arising under section 507(a)(5) of the Bankruptcy Code. Because such claim arises from a non-qualified retirement program, and nothing was earned thereunder during the 180-day period prior to the Petition Date, priority is not warranted under the circumstances. Accordingly, the priority component is reclassified as a general unsecured claim in the amount set forth in the column labeled "Reclassified Claim Amount and Classification." |

## EXHIBIT B
### Retirement Benefits Claims

| | Name of Claimant | Claim No. | Date Filed | Current Claim Amount and Classification | Reclassified Claim Amount and Classification | Basis For Objection |
|---|---|---|---|---|---|---|
| 13 | King, John G. | 2308 | 7/8/15 | Priority Claim: $12,475.00<br>General Unsecured Claim: $16,925.00 | Priority Claim: $1,773.24<br>General Unsecured Claim: $16,925.00 | With prior Court approval, claimant received $10,701.76 in postpetition payments on account of prepetition earnings. Therefore, pursuant to section 507(a)(5) of the Bankruptcy Code, the priority portion of the claim no. 2308 is hereby reduced by such amount. |
| 14 | Klenke, Joseph L. | 2279 | 7/8/15 | Priority Claim: $12,475.00<br>General Unsecured Claim: $12,725.00 | Priority Claim: $3,726.74<br>General Unsecured Claim: $12,725.00 | With prior Court approval, claimant received $8,748.26 in postpetition payments on account of prepetition earnings. Therefore, pursuant to section 507(a)(5) of the Bankruptcy Code, the priority portion of the claim no. 2279 is hereby reduced by such amount. |
| 15 | Lapins, Lorin | 1205 | 5/26/15 | Priority Claim: $12,475.00<br>General Unsecured Claim: $14,787.06 | General Unsecured: $27,262.06 | Claim no. 1205 has been asserted, in part, as a priority claim arising under section 507(a)(5) of the Bankruptcy Code. Because such claim arises from a non-qualified retirement program, and nothing was earned thereunder during the 180-day period prior to the Petition Date, priority is not warranted under the circumstances. Accordingly, the priority component is reclassified as a general unsecured claim in the amount set forth in the column labeled "Reclassified Claim Amount and Classification." |

7

## EXHIBIT B
## Retirement Benefits Claims

| | Name of Claimant | Claim No. | Date Filed | Current Claim Amount and Classification | Reclassified Claim Amount and Classification | Basis For Objection |
|---|---|---|---|---|---|---|
| 16 | Mehta, Rajendra | 1432 | 6/1/15 | 503(b)(9) Claim: $321,024.87<br>Priority Claim: $12,475.00<br>General Unsecured Claim: $308,549.87 | 503(b)(9) Claim: $321,024.87<br>General Unsecured: $321,024.87 | Claim no. 1432 has been asserted, in part, as a priority claim arising under section 507(a)(5) of the Bankruptcy Code. Because such claim arises from a non-qualified retirement program, and nothing was earned thereunder during the 180-day period prior to the Petition Date, priority is not warranted under the circumstances. Claim no. 1432 has also been asserted, in part, under section 503(b)(9) of the Bankruptcy Code. Claimant does not provide any basis for asserting that the claim is entitled to administrative priority under section 503(b)(9).<br><br>Accordingly, the priority components are reclassified as a general unsecured claim in the amount set forth in the column labeled "Reclassified Claim Amount and Classification." |

**EXHIBIT B**
**Retirement Benefits Claims**

| | Name of Claimant | Claim No. | Date Filed | Current Claim Amount and Classification | Reclassified Claim Amount and Classification | Basis For Objection |
|---|---|---|---|---|---|---|
| 17 | Merica II, Fred A. | 175 | 3/27/15 | Priority Claim: $12,475.00<br>General Unsecured Claim: $106,525.00 | General Unsecured: $119,000.00 | Claim no. 175 has been asserted, in part, as a priority claim arising under section 507(a)(5) of the Bankruptcy Code. Because such claim arises from a non-qualified retirement program, and nothing was earned thereunder during the 180-day period prior to the Petition Date, priority is not warranted under the circumstances. Accordingly, the priority component is reclassified as a general unsecured claim in the amount set forth in the column labeled "Reclassified Claim Amount and Classification." |
| 18 | Moder, Jeffery | 2309 | 7/8/15 | Priority Claim: $12,475.00 | Priority Claim: $4,644.85 | With prior Court approval, claimant received $7,830.15 in postpetition payments on account of prepetition earnings. Therefore, pursuant to section 507(a)(5) of the Bankruptcy Code, the priority portion of the claim no. 2309 is hereby reduced by such amount. |
| 19 | Reilly, Amy L. | 2205 | 7/8/15 | Priority Claim: $12,475.00<br>General Unsecured Claim: $12,025.00 | Priority Claim: $5,556.11<br>General Unsecured Claim: $12,025.00 | With prior Court approval, claimant received $6,918.89 in postpetition payments on account of prepetition earnings. Therefore, pursuant to section 507(a)(5) of the Bankruptcy Code, the priority portion of the claim no. 2205 is hereby reduced by such amount. |

**EXHIBIT B**
**Retirement Benefits Claims**

| | Name of Claimant | Claim No. | Date Filed | Current Claim Amount and Classification | Reclassified Claim Amount and Classification | Basis For Objection |
|---|---|---|---|---|---|---|
| 20 | Sowar, Gerard D. | 2208 | 7/7/15 | Priority Claim: $12,475.00 General Unsecured Claim: $181,207.00 | Priority Claim: $3,230.04 General Unsecured Claim: $181,207.00 | With prior Court approval, claimant received $9,244.96 in postpetition payments on account of prepetition earnings. Therefore, pursuant to section 507(a)(5) of the Bankruptcy Code, the priority portion of the claim no 2208 is hereby reduced by such amount. |