**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION COMPANY, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.  15-10541 (BLS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 1179** |

**CERTIFICATE OF NO OBJECTION REGARDING SECOND INTERIM APPLICATION OF LOWENSTEIN SANDLER LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM JUNE 1, 2015 THROUGH SEPTEMBER 30, 2015**

The undersigned hereby certifies that, as of the date hereof, he has received no written answer, objection or other responsive pleading to the *Second Interim Application of Lowenstein Sandler LLP as Counsel to the Official Committee of Unsecured Creditors for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from June 1, 2015 through September 30, 2015* [Docket No. 1179] (the "**Application**") filed on October 15, 2015. The undersigned further certifies that after reviewing the Court's docket in this case, no answer, objection, or other responsive pleading to the Application appears thereon.  Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than November 4, 2015 at 4:00 p.m. (ET).

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

51659779.1

It is hereby respectfully requested that the Application be approved.

Dated: November 9, 2015

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Sharon L. Levine, Esq.
Wojciech F. Jung, Esq.
Andrew Behlmann, Esq.
65 Livingston Avenue
Roseland, NJ  07068
Telephone:  (973) 597-2500
Facsimile:  (973) 597-2400

 -and -

Gerald C. Bender, Esq.
1251 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 262-6700
Facsimile:  (212) 262-7402

*Counsel to the Committee*

 -and-

**POLSINELLI PC**

/s/ *Christopher A. Ward*
Christopher A. Ward (DE Bar No. 3877)
Justin K. Edelson (DE Bar No. 5002)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone:  (302) 252-0920
Facsimile:  (302) 252-0921
cward@polsinelli.com
jedelson@polsinelli.com

*Delaware Counsel to the Committee*