UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | ) | Case No. 15-10541-BLS |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | Ref. Docket No. 198 |

### GEORGIA-PACIFIC CONSUMER PRODUCTS LP'S NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Georgia-Pacific Consumer Products LP ("*Georgia-Pacific*") hereby withdraws its Motion for Relief from the Automatic Stay [Docket No. 198] filed on April 6, 2015.

Dated: November 10, 2015

**MORRIS JAMES LLP**

_____
Jeffrey R. Waxman (Bar No. 4159)
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1494
Telephone: (302) 888-6800
Email: jwaxman@morrisjames.com
         -and-
David A. Wender (GA Bar No. 748117)
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: 404-881-7000

*Attorneys for Georgia-Pacific Consumer Products LP*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company, Standard Register Technologies, Inc., Standard Register International, Inc., iMedConsent, LLC, Standard Register or Puerto Rico Inc., Standard Register Mexico Holding Company, Standard Register Holding, S. de R.L. de C.V., Standard Register de Mexico, S. de R.L. de C.V., Standard Register Servicios, S. de R.L. de C.V., and Standard Register Technologies Canada ULC.

8160466/