IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION COMPANY, *et al.*,<br><br>        Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS) |

### AFFIDAVIT OF JAMIE L. DAWSON, PARALEGAL

STATE OF DELAWARE    :
                                : SS:
NEW CASTLE COUNTY  :

    I, Jamie L. Dawson, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on November 10, 2015 I caused to be served:

### GEORGIA-PACIFIC CONSUMER PRODUCTS LP'S NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

    Service was completed upon the following individuals listed on the attached list as indicated thereon.

Date:  November 10, 2015

                                               /s/ Jamie L. Dawson
                                             Jamie L. Dawson

SWORN AND SUBSCRIBED before me this 10th day of November, 2015.

                                             /s/ Jessica Kathryn Farenski
                                             Notary

[Notary Seal: JESSICA KATHRYN FARENSKI, MY COMMISSION EXPIRES JUNE 21, 2017, NOTARY PUBLIC, STATE OF DELAWARE]

8160451/

| | |
|---|---|
| **VIA HAND DELIVERY** | **VIA FIRST CLASS MAIL** |
| Michael R. Nestor, Esq. | Michael Rosenthal, Esq. |
| Kara Hammond Coyle, Esq. | Robert A. Klyman, Esq. |
| Maris J. Kandestin, Esq. | Gibson, Dubb & Crutcher LLP |
| Andrew L. Magaziner, Esq. | 333 South Grand Avenue |
| Young Conaway Stargatt & Taylor, LLP | Los Angeles, CA 90071 |
| Rodney Square | [Counsel to the Debtors] |
| 1000 North King Street | |
| Wilmington, DE 19801 | Kenneth A. Rosen, Esq. |
| [Counsel to the Debtors] | Sharon L. Levine, Esq. |
| | Wojciech F. Jung, Esq. |
| Christopher A. Ward, Esq. | Lowenstein Sandler LLP |
| Justin K. Edelson, Eq. | 65 Livingston Avenue |
| Polsinelli PC | Roseland, NJ 07068 |
| 222 Delaware Avenue, Suite 11011 | [Counsel to the Official Committee of Unsecured Creditors] |
| Wilmington, DE 19801 | |
| [Counsel to the Official Committee of Unsecured Creditors] | Gerald C. Bender, Esq. |
| | Lowenstein Sandler LLP |
| Mark D. Collins, Esq. | 1251 Avenue of the Americas |
| Richards Layton & Finger | New York, NY 10020 |
| One Rodney Square | [Counsel to the Official Committee of Unsecured Creditors] |
| 920 N. King Street | |
| Wilmington, DE 19801 | C. Edward Dobbs, Esq. |
| [Counsel to ABL DIP Agent] | Parker Hudson Rainer & Dobbs LLP |
| | 1500 Marquis Two Tower |
| Sarah Pierce, Esq. | 285 Peachtree Center Avenue |
| Skadden, Arps, Slate, Meagher & Flom LLP | Atlanta, GA 30303 |
| One Rodney Square | [Counsel to ABL DIP Agent] |
| 920 N. King Street | |
| Wilmington, DE 19801 | Ron E. Meisler, Esq. |
| [Counsel to Term DIP Agent] | Skadden, Arps, Slate, Meagher & Flom LLP |
| | 155 N. Wacker Drive, Suite 2700 |
| Mark S. Kenney | Chicago, IL 60606 |
| Office of the United States Trustee | [Counsel to Term DIP Agent] |
| 884 King Street, Suite 2207 | |
| Lockbox 35 | |
| Wilmington, DE 19801 | |

8160451/