UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| THE STANDARD REGISTER | § | Case No. 15-10541-BLS |
| COMPANY, *et al.*,[1] | § | |
| | § | (Jointly Administered) |
| Debtors | § | |

### RESPONSE OF THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS TO DEBTORS' FIRST NOTICE OF SATISFACTION OF CLAIMS

The Texas Comptroller of Public Accounts, through its attorneys of record, responds to the Debtors' First Notice of Satisfaction of Claims.

1. The Debtors' First Notice of Satisfaction of Claims recites that the claims of the Texas Comptroller have been satisfied.

2. The claims have not been satisfied.

3. Claim No. 2400 is for an underpaid tax return for the month of February 2015. Most of the tax due for that month was paid, but not the entire amount. The Comptroller's proof of claim reflects the credit for the payment and balance due. The amount still owed is $1,161.30.

4. Claim No. 2399 is an estimated claim for the Debtors' franchise tax return for Report Year 2015. The Debtors have not yet filed the return required by law for Report Year 2015, nor any final return for Additional Tax, or any other subsequent returns that may be required to be filed with the Comptroller.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company, Standard Register Technologies, Inc., Standard Register International, Inc., iMedConsent, LLC, Standard Register or Puerto Rico Inc., Standard Register Mexico Holding Company, Standard Register Holding, S. de R.L. de C.V., Standard Register de Mexico, S. de R.L. de C.V., Standard Register Servicios, S. de R.L. de C.V., and Standard Register Technologies Canada ULC. The docket in the chapter 11 case of the Standard Register Company, Case No. 15-10541 (BLS) should be consulted for all matters affecting this case.

5. The Debtors paid all of the estimated claim No.2399, except a remaining balance of $1,000. More importantly, however, the Debtors have not filed the return required by law.

6. Accordingly, it is not sufficient that a payment has been made toward the Debtors' Report Year 2015 franchise tax obligation. The Debtors must file their tax return, which is past due.

7. The Debtors, or Liquidating Debtors, also must file a final return for Additional Tax, or any other subsequent returns that may be required to be filed with the Comptroller.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

RONALD R. DEL VENTO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

*/s/ Jay W. Hurst*
JAY W. HURST
Assistant Attorney General
Bankruptcy & Collections Division MC 008
P. O. Box 12548
Austin, TX 78711-2548
Telephone:  (512) 475-4861
Facsimile:  (512) 936-1409
Jay.Hurst@texasattorneygeneral.gov

ATTORNEYS FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS

**CERTIFICATE OF SERVICE**

I certify that on November 10, 2015, a true copy of the foregoing was served by the method and to the following parties as indicated:

By First Class Mail:

The Standard Register Company
600 Albany Street
Dayton, OH 45417

By Electronic Means as listed on the Court's ECF Noticing System:

- Daniel K. Astin    dastin@ciardilaw.com, jmcmahon@ciardilaw.com
- Matthew P. Austria    maustria@werbsullivan.com
- Duncan E. Barber    deb@bsblawyers.com, mal@bsblawyers.com
- Joseph Charles Barsalona II    barsalona@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- Andrew D. Behlmann    aBehlmann@lowenstein.com
- Gerald C. Bender    gbender@lowenstein.com, eworenklein@lowenstein.com
- Scott E. Blakeley    seb@blakeleyllp.com, ecf@blakeleyllp.com
- Phillip Bohl    phillip.bohl@gpmlaw.com
- Erin K. Brignola    smattia@cooperlevenson.com, bclerk@cooperlevenson.com
- Shawn M. Christianson    schristianson@buchalter.com, cmcintire@buchalter.com
- Andrew L. Cole    andrew.cole@leclairryan.com
- Kevin G. Collins    kevin.collins@btlaw.com, pgroff@btlaw.com
- Mark D. Collins    rbgroup@rlf.com
- Mark B. Conlan    mconlan@gibbonslaw.com
- Robert L. Cook    Robert.Cook@tax.ny.gov
- Joseph Corrigan    Bankruptcy2@ironmountain.com
- Scott D. Cousins    scousins@bayardlaw.com, lmorton@bayardlaw.com;tstoner@bayardlaw.com
- Gretchen A. Crawford    grecra@oklahomacounty.org, tammik@oklahomacounty.org
- Teresa K.D. Currier    tcurrier@saul.com, tercurrier@aol.com;tbuck@saul.com
- John M. Debbeler    mdebbeler@graydon.com
- Shannon L. Deeby    sdeeby@clarkhill.com
- John D. Demmy    jdd@stevenslee.com
- Mark L. Desgrosseilliers    mdesgrosseilliers@wcsr.com, klytle@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
- John P. Dillman    houston_bankruptcy@publicans.com
- Amish R. Doshi    adoshi@magnozzikye.com
- Marjorie P. Duffy    mpduffy@jonesday.com

- Justin K. Edelson    jedelson@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
- Jamie Lynne Edmonson    jledmonson@venable.com
- Justin Cory Falgowski    jfalgowski@reedsmith.com, jfalgowski@reedsmith.com
- Brett D. Fallon    bfallon@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com
- Jeffrey R. Fine    jfine@dykema.com, jrf5825@gmail.com,msikes@dykema.com,scompton@dykema.com
- GianClaudio Finizio    gfinizio@bayardlaw.com, bankserve@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com;tstoner@bayardlaw.com
- Thomas M. Gaa    tgaa@bbslaw.com, yessenia@bbslaw.com
- Lee B. Gordon    sonya.ragsdale@mvbalaw.com, vickie.covington@mvbalaw.com
- Robert E. Greenberg    rgreenberg@dclawfirm.com, tmurphy@dclawfirm.com;vcoleman@dclawfirm.com
- Kara Hammond Coyle    bankfilings@ycst.com
- Andrew A. Harnisch    andy@mhlawaz.com
- Matthew B. Harvey    mharvey@mnat.com, aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
- William A. Hazeltine    Bankruptcy001@sha-llc.com
- Robert A. Heekin    rah@tmhlaw.net, pdc@tmhlaw.net
- R. Karl Hill    khill@svglaw.com, cday@svglaw.com
- Jarret P. Hitchings    jphitchings@duanemorris.com, slenkiewicz@duanemorris.com;AutoDocketWILM@duanemorris.com
- James E. Huggett    jhuggett@margolisedelstein.com, nvangorder@margolisedelstein.com
- Daniel Iannotti    dan@thegeneralcounsel.com
- Paula K. Jacobi    pjacobi@btlaw.com, jsantana@btlaw.com;jbennett@btlaw.com
- Michael David Jankowski    mjankowski@reinhartlaw.com
- Wojciech F. Jung    wjung@lowenstein.com, bnathan@lowenstein.com;klafiura@lowenstein.com;nbrown@lowenstein.com;jprol@lowenstein.com;ADeLeo@lowenstein.com
- Elizabeth Soper Justison    bankfilings@ycst.com
- Maris J. Kandestin    bankfilings@ycst.com
- Shanti M. Katona    skatona@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
- Susan E. Kaufman    skaufman@skaufmanlaw.com
- Benjamin W. Keenan    bkeenan@ashby-geddes.com, bkeenan@ashby-geddes.com
- Mark S. Kenney    mark.kenney@usdoj.gov
- Julia Bettina Klein    klein@teamrosner.com
- Edward Kosmowski    ekosmowski@clarkhill.com, sambrose@clarkhill.com
- John F. Kostelnik    jkostelnik@frantzward.com, dlbeatrice@frantzward.com

4

- Carl N. Kunz    ckunz@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com
- John J Lamoureux    jlamoureux@cfjblaw.com, delliott@cfjblaw.com;tpaecf@cfdom.net
- Kenneth Thomas Law    klaw@bbslaw.com, pcostello@bbslaw.com
- Joseph H Lemkin    jlemkin@stark-stark.com
- Scott J. Leonhardt    leonhardt@teamrosner.com
- Sharon L. Levine    slevine@lowenstein.com
- Jason M. Liberi    jason.liberi@skadden.com, christopher.heaney@skadden.com;debank@skadden.com;wendy.lamanna@skadden.com
- Edward LoBello    elobello@msek.com
- Andrew L Magaziner    bankfilings@ycst.com
- Kevin Scott Mann    kmann@crosslaw.com, smacdonald@crosslaw.com
- David M. Mannion    dmannion@blakeleyllp.com, ecf@blakeleyllp.com
- Wendy G. Marcari    wmarcari@ebglaw.com, nyma@ebglaw.com
- Laura L. McCloud    agbankdelaware@ag.tn.gov
- Michael F. McGrath    mfmcgrath@ravichmeyer.com, tljones@ravichmeyer.com
- John D. McLaughlin    jmclaughlin@ciardilaw.com, mflores@ciardilaw.com
- John D. McLaughlin    jmclaughlin@ciardilaw.com, mflores@ciardilaw.com
- Joseph J. McMahon    jmcmahon@ciardilaw.com, mflores@ciardilaw.com
- Michelle McMahon    michelle.mcmahon@bryancave.com, dortiz@bryancave.com
- Ron E. Meisler    Ron.Meisler@skadden.com, chdocket@skadden.com
- Kathleen M. Miller    kmiller@skjlaw.com, eys@skjlaw.com
- Nicholas M. Miller    nmiller@ngelaw.com, ecfdocket@ngelaw.com;cdennis@ngelaw.com
- Robert John Miller    rjmiller@bryancave.com
- Stephen M. Miller    smiller@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com
- Brian D. Milligan    bmilligan@dmhlaw.net
- Hilary B. Mohr    hmohr@riddellwilliams.com, vmagda@riddellwilliams.com
- Carol E. Momjian    cmomjian@attorneygeneral.gov
- Sheryl L. Moreau    deecf@dor.mo.gov
- Courtney L. Morgan    morgan.courtney@pbgc.gov, efile@pbgc.gov
- Kevin H Morse    khmorse@arnstein.com
- Ramona S. Neal    ramona.neal@hp.com
- Michael R. Nestor    bankfilings@ycst.com
- Samuel A. Newman    snewman@gibsondunn.com, jstern@gibsondunn.com
- Jerry Lee Niemann    lawoffice@taftstreet.com
- Steven Phillip Ordaz    sordaz@bmcgroup.com, ecfbk@bmcgroup.com
- Ricardo Palacio    rpalacio@ashby-geddes.com
- Morgan L. Patterson    mpatterson@wcsr.com, hsasso@wcsr.com;jwray@wcsr.com

- Sarah E. Pierce    sarah.pierce@skadden.com, debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com
- Jason Custer Powell    jpowell@ferryjoseph.com
- David M. Powlen    dpowlen@btlaw.com, pgroff@btlaw.com
- Mark Harrington Ralston    mralston@fishmanjackson.com, mhr.pacer@gmail.com
- Patrick J. Reilley    preilley@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@coleschotz.com
- Alan Michael Root    root@blankrome.com, moody@ecf.inforuptcy.com
- Kenneth A. Rosen    krosen@lowenstein.com, kwaldron@lowenstein.com
- Frederick B. Rosner    rosner@teamrosner.com
- Rust Consulting/Omni Bankruptcy    bosborne@omnimgt.com
- Jeremy William Ryan    jryan@potteranderson.com, bankruptcy@potteranderson.com
- Bradford J. Sandler    bsandler@pszjlaw.com
- Patrick Scanlon    pjs@delcollections.com
- George Scherer    Scherer@txschoollaw.com
- Richard Schlaifer    rschlaifer@earpcohn.com, vbromley@earpcohn.com
- Tyler D. Semmelman    semmelman@rlf.com, rbgroup@rlf.com
- Tyler D. Semmelman    semmelman@rlf.com, rbgroup@rlf.com
- Michelle E. Shriro    mshriro@singerlevick.com, croote@singerlevick.com,scotton@singerlevick.com
- Sundeep S. Sidhu    sunny.sidhu@akerman.com, cindy.miller@akerman.com
- Christopher Page Simon    csimon@crosslaw.com, smacdonald@crosslaw.com
- Ellen W. Slights    usade.ecfbankruptcy@usdoj.gov
- Jeffrey Ira Snyder    jsnyder@bilzin.com, eservice@bilzin.com;lflores@bilzin.com
- Robyn B. Sokol    rsokol@ebg-law.com, nfields@ebg-law.com
- Natasha M. Songonuga    nsongonuga@gibbonslaw.com
- Stephen W. Spence    ss@pgslaw.com, saa@pgslaw.com
- Benjamin Joseph Steele    ecf@primeclerk.com
- Nicola G. Suglia    fleischercases@fleischerlaw.com
- William D. Sullivan    wdsecfnotices@sha-llc.com
- Benjamin Swartzendruber    bswartzendruber@arapahoegov.com
- Peter M Sweeney    psweeney@blakeleyllp.com, ecf@blakeleyllp.com
- William F. Taylor    bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
- United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV
- Christopher A. Ward    cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
- Michael D Warner    mwarner@coleschotz.com, klabrada@coleschotz.com
- Jeffrey R. Waxman    jwaxman@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com

- Helen Elizabeth Weller    dallas.bankruptcy@publicans.com, evelyn.palmer@lgbs.com
- Etta Ren Wolfe    ewolfe@potteranderson.com, bankruptcy@potteranderson.com
- Barbara L. Yong    blyong@golanchristie.com

*/s/ Jay W. Hurst*
JAY W. HURST