IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> SRC LIQUIDATION COMPANY, *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 15-10541 (BLS) <br><br> Jointly Administered <br><br> Re: Docket No. 1220 <br><br> Hearing Date: November 19, 2015 at 9:30 a.m. (ET) |

**DEBTORS' OBJECTION TO REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM OF THE DEPARTMENT OF LABOR & INDUSTRY, COMMONWEALTH OF PENNSYLVANIA**

SRC Liquidation Company and its above-captioned affiliated debtors and debtors in possession (each, a "Debtor," and collectively, the "Debtors") hereby file this objection (this "Objection"), pursuant to sections 502 and 503 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code") and Rule 3007 of the Federal Rules of Bankruptcy Procedure, to the request by the Department of Labor and Industry, Commonwealth of Pennsylvania (the "UCTS") for payment of $14,774.14 as an administrative expense claim (the "Claim") under section 503(b) of the Bankruptcy Code [Docket No. 1220] (the "Motion").

In its Motion, the UCTS alleges that its claim is on account of "post-petition unemployment compensation taxes as outlined on the schedule" attached to the Motion. However, the schedule only lists taxes that allegedly arose in 2013. Hence, the UCTS's Claim

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

01:17965499.2

did not arise postpetition and is not entitled to administrative priority under section 503(b) of the Bankruptcy Code.

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as <u>Exhibit A</u>, sustaining this Objection and denying the Motion.

Dated: November 12, 2015
Wilmington, Delaware

*/s/ Andrew L. Magaziner*
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
mnestor@ycst.com
kcoyle@ycst.com
amagaziner@ycst.com

-and-

Michael A. Rosenthal (NY No. 4697561)
Jeremy L. Graves (CO No. 45522)
Matthew G. Bouslog (CA No. 280978)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
mrosenthal@gibsondunn.com
jgraves@gibsondunn.com
mbouslog@gibsondunn.com

*Counsel to the Debtors and Debtors in Possession*

**EXHIBIT A**
**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | Re: Docket Nos. 1220 & \_\_\_\_ |

**ORDER DENYING REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE
CLAIM OF THE DEPARTMENT OF LABOR & INDUSTRY,
COMMONWEALTH OF PENNSYLVANIA**

Upon consideration of the request by the Department of Labor and Industry, Commonwealth of Pennsylvania (the "UCTS") for payment of $14,774.14 as an administrative expense claim under section 503(b) of the Bankruptcy Code [Docket No. 1220] (the "Motion") and the Debtors' objection thereto; and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that venue of these Chapter 11 Cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having determined that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and upon the record herein; and after due deliberation thereon; it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT**:

    1.    The Motion is DENIED with prejudice.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

2

2. This Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: _____, 2015
       Wilmington, Delaware

                                                Brendon L. Shannon
                                                Chief United States Bankruptcy Judge