**EXHIBIT B**

The Standard Register Company
Attn: Gerard D. Sowar, Esq.
600 Albany Street
Dayton, OH  45408

DISBURSEMENTS
90441-00012

_____

| COSTS/CHARGES | TOTAL |
|---|---:|
| DATA LINE CHARGE | $    5.97 |
| DOCUMENT SEARCH AND RETRIEVAL | 2,414.23 |
| IN HOUSE DUPLICATION | 49.20 |
| LODGING | 1,420.79 |
| MEALS | 188.81 |
| ON-LINE RESEARCH (LEXIS) | 73.60 |
| ON-LINE RESEARCH NEXIS - MAIN | 50.00 |
| SPECIALIZED RESEARCH/FILING FEES | 17.80 |
| TELEPHONE CHARGES | 363.88 |
| TRANSCRIPTS/DIGESTING | 1,806.22 |
| TRAVEL - AIR & RAIL | 1,364.20 |
| TRAVEL - MISCELLANEOUS (TIPS) | 10.00 |
| TRAVEL - TAXI & OTHER MODES/MILES | 256.63 |
| **Total Costs/Charges** | 8,021.33 |
| **BALANCE DUE** | $   8,021.33 |

DISBURSEMENTS
90441-00012

_____

Detail Costs/Charges:
Data Line Charge

| | | |
|---|---:|---|
| 10/16/15 | 3.98 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0994956211052003 DATE: 10/16/2015  INTERNET CHARGES/UNITED AIRLINES/ATTEND OMNIBUS HEARING. |
| 10/16/15 | 1.99 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0994956211052003 DATE: 10/16/2015  INTERNET CHARGES/UNITED AIRLINES/ATTEND OMNIBUS HEARING. |

Document Search and Retrieval

| | | |
|---|---:|---|
| 10/27/15 | 2,414.23 | OCTOBER_2015-DOCUMENT_RETRIEVAL_SERVICES-C/M_90441-00019-(MONTHLY_RELATIVITY_DISK_STORAGE) |

In House Duplication

| | | |
|---|---:|---|
| 10/05/15 | 3.30 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 10/05/15 |
| 10/08/15 | 0.10 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 10/08/15 |
| 10/15/15 | 11.80 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 10/15/15 |
| 10/16/15 | 33.30 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 10/16/15 |
| 10/19/15 | 0.60 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 10/19/15 |
| 10/20/15 | 0.10 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 10/20/15 |

Lodging

| | | |
|---|---:|---|
| 10/16/15 | 1,420.79 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0994956211052003 DATE: 10/16/2015  MATTHEW BOUSLOG/LODGING/NEW YORK, NY/THE LEXINGTON 10/13/2015 - 10/16/2015 ATTEND OMNIBUS HEARING. |

Meals

| | | |
|---|---:|---|
| 06/19/15 | 5.24 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0997016210231904 DATE: 6/19/2015  MEALS/DENVER, CO/MCDONALDS/MATTHEW BOUSLOG/ATTEND HEARING |
| 07/29/15 | 4.49 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0996907710231202 DATE: 7/29/2015  MEALS/IN FLIGHT UNITED AIRLINES/UNITED |

**Invoice Date: November 6, 2015**                                                                                                      **Invoice No. 2015111759**

**Due and Payable Upon Receipt**

|  |  |  |
|---|---:|---|
|  |  | AIRLINES/MATTHEW BOUSLOG/ATTEND HEARING |
| 09/22/15 | 24.00 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0996243510221904 DATE: 9/22/2015  MEALS/WILMINGTON, DE/HOTEL DUPONT/MATTHEW BOUSLOG/ATTEND HEARING ON OBJECTIONS (ADDITIONAL RECEIPT - MEAL WAS NOT INCLUDED ON FINAL HOTEL FOLIO) |
| 10/13/15 | 4.49 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0994956211052003 DATE: 10/16/2015  MEALS/IN FLIGHT UNITED AIRLINES/UNITED AIRLINES/MATTHEW BOUSLOG/ATTEND OMNIBUS HEARING. |
| 10/13/15 | 1.40 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0994956211052003 DATE: 10/16/2015  MEALS/NEW YORK, NY/DUANEREADE BY WALGREENS/MATTHEW BOUSLOG/ATTEND OMNIBUS HEARING. |
| 10/13/15 | 61.17 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0994956211052003 DATE: 10/16/2015  MEALS/NEW YORK, NY/GRIFONE/MATTHEW BOUSLOG/ATTEND OMNIBUS HEARING. |
| 10/14/15 | 9.71 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0994956211052003 DATE: 10/16/2015  MEALS/NEW YORK, NY/RAFFLES CAFE RESTAURANT/MATTHEW BOUSLOG/ATTEND OMNIBUS HEARING. |
| 10/14/15 | 26.30 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0994956211052003 DATE: 10/16/2015  MEALS/NEW YORK, NY/BEER BAR/MATTHEW BOUSLOG/ATTEND OMNIBUS HEARING. |
| 10/15/15 | 14.25 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0994956211052003 DATE: 10/16/2015  MEALS/NEW YORK, NY/AMTRAK/MATTHEW BOUSLOG/ATTEND OMNIBUS HEARING. |
| 10/15/15 | 9.72 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0994956211052003 DATE: 10/16/2015  MEALS/NEW YORK, NY/DUNKIN DONUTS/MATTHEW BOUSLOG/ATTEND OMNIBUS HEARING. |
| 10/16/15 | 15.35 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0994956211052003 DATE: 10/16/2015  MEALS/NEWARK INT'L AIRPORT FOOD COURT/OTG MANAGEMENT/MATTHEW BOUSLOG/ATTEND OMNIBUS HEARING. |
| 10/16/15 | 12.69 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0994956211052003 DATE: 10/16/2015  MEALS/NEW YORK, NY/CITY WOK/MATTHEW BOUSLOG/ATTEND OMNIBUS HEARING. |

**Invoice Date: November 6, 2015**                                                                                          **Invoice No. 2015111759**

**Due and Payable Upon Receipt**

**On-Line Research (Lexis)**

| Date | Amount | Description |
|---|---|---|
| 09/30/15 | 73.60 | GRAVES, JEREMY L   09/30/15   90441-00012   LEXIS RESEARCH |

**On-Line Research Nexis - Main**

| Date | Amount | Description |
|---|---|---|
| 09/29/15 | 50.00 | BOUSLOG, MATTHEW   09/29/15   90441-00012   NEXIS RESEARCH |

**Specialized Research/Filing Fees**

| Date | Amount | Description |
|---|---|---|
| 10/13/15 | 11.80 | PACER  09/11/15  09/14/15   COURT RESEARCH |
| 10/20/15 | 6.00 | TLO  07/13/15  ONLINE RESEARCH  (S. RABER) |

**Telephone Charges**

| Date | Amount | Description |
|---|---|---|
| 07/06/15 | 8.87 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-071315 DATE: 7/13/2015  CONFERENCING SERVICES BY KYLE JAMESON KOLB |
| 07/07/15 | 6.77 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-071315 DATE: 7/13/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 07/07/15 | 13.18 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-071315 DATE: 7/13/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 07/08/15 | 4.40 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-071315 DATE: 7/13/2015  CONFERENCING SERVICES BY MATTHEW BOUSLOG |
| 07/08/15 | 20.84 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-071315 DATE: 7/13/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 07/10/15 | 57.20 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-071315 DATE: 7/13/2015  CONFERENCING SERVICES BY KYLE JAMESON KOLB |
| 09/11/15 | 7.74 | VENDOR: INTERCALL INVOICE#: 270366091215 DATE: 9/12/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 09/11/15 | 2.21 | VENDOR: INTERCALL INVOICE#: 270366091215 DATE: 9/12/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |

| Date | Amount | Description |
|---|---|---|
| 09/14/15 | 5.93 | VENDOR: INTERCALL INVOICE#: 270366091915 DATE: 9/19/2015 CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 09/15/15 | 2.59 | VENDOR: INTERCALL INVOICE#: 270366091915 DATE: 9/19/2015 CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 09/17/15 | 4.61 | VENDOR: INTERCALL INVOICE#: 270366091915 DATE: 9/19/2015 CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 09/18/15 | 3.58 | VENDOR: INTERCALL INVOICE#: 270366091915 DATE: 9/19/2015 CONFERENCING SERVICES BY MATTHEW BOUSLOG |
| 09/24/15 | 4.22 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-092715 DATE: 9/27/2015  CONFERENCING SERVICES BY JEREMY GRAVES |
| 09/28/15 | 2.22 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-100415 DATE: 10/4/2015  CONFERENCING SERVICES BY MATTHEW BOUSLOG |
| 09/30/15 | 12.07 | VENDOR: INTERCALL INVOICE#: 1743098839 DATE: 9/30/2015 CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 10/01/15 | 1.52 | 1(305)375-6148     10/01/2015 MIAMI      FL |
| 10/01/15 | 13.93 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-100415 DATE: 10/4/2015  CONFERENCING SERVICES BY MATTHEW BOUSLOG |
| 10/01/15 | 1.92 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-100415 DATE: 10/4/2015  CONFERENCING SERVICES BY JEREMY GRAVES |
| 10/02/15 | 1.14 | 1(423)542-4164     10/02/2015 ELIZABTHTN TN |
| 10/02/15 | 1.52 | 1(706)599-7331     10/02/2015 TOCCOA    GA |
| 10/02/15 | 1.14 | 1(316)263-7202     10/02/2015 WICHITA   KS |
| 10/02/15 | 1.52 | 1(914)207-0046     10/02/2015 YONKERS   NY |

| Date | Amount | Description |
|---|---|---|
| 10/05/15 | 5.94 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-101115 DATE: 10/11/2015  CONFERENCING SERVICES BY MATTHEW BOUSLOG |
| 10/06/15 | 1.14 | 1(416)449-9550   10/06/2015 TORONTO   ON |
| 10/06/15 | 1.90 | 1(614)227-2355   10/06/2015 COLUMBUS   OH |
| 10/06/15 | 1.14 | 1(518)483-6518   10/06/2015 MALONE    NY |
| 10/06/15 | 1.90 | 1(410)669-0592   10/06/2015 BALTIMORE  MD |
| 10/06/15 | 1.52 | 1(940)723-0591   10/06/2015 WICHITAFLS TX |
| 10/06/15 | 2.28 | 1(406)587-9581   10/06/2015 BOZEMAN    MT |
| 10/06/15 | 2.10 | VENDOR: INTERCALL INVOICE#: 27036610102015 DATE: 10/10/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 10/07/15 | 5.70 | 1(612)281-3148   10/07/2015 MINNEAPOLS MN |
| 10/07/15 | 3.42 | 1(614)227-2355   10/07/2015 COLUMBUS   OH |
| 10/07/15 | 1.14 | 1(706)639-1757   10/07/2015 LA FAYETTE GA |
| 10/08/15 | 1.90 | 1(860)564-3351   10/08/2015 PLAINFIELD CT |
| 10/08/15 | 7.92 | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-101115 DATE: 10/11/2015  CONFERENCING SERVICES BY MATTHEW BOUSLOG |
| 10/08/15 | 3.71 | VENDOR: INTERCALL INVOICE#: 27036610102015 DATE: 10/10/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 10/09/15 | 1.14 | 1(973)617-4143   10/09/2015 POMPTONLKS NJ |
| 10/09/15 | 1.14 | 1(706)491-8885   10/09/2015 TOCCOA    GA |

Invoice Date: November 6, 2015                                         Invoice No. 2015111759
**Due and Payable Upon Receipt**

| Date | Amount | Number | Details |
|---|---|---|---|
| 10/12/15 | 1.90 | 1(770)451-5702 | 10/12/2015 ATLANTA NE GA |
| 10/13/15 | 3.04 | 1(781)775-3130 | 10/13/2015 WALTHAM   MA |
| 10/13/15 | 1.14 | 1(781)775-3130 | 10/13/2015 WALTHAM   MA |
| 10/13/15 | 1.90 | 1(630)240-3743 | 10/13/2015 LA GRANGE  IL |
| 10/13/15 | 7.01 | | VENDOR: SOUNDPATH LEGAL CONFERENCING INVOICE#: 2132297000-101815 DATE: 10/18/2015  CONFERENCING SERVICES BY JEREMY GRAVES |
| 10/14/15 | 1.52 | 1(302)576-3592 | 10/14/2015 WILMINGTON DE |
| 10/14/15 | 3.04 | 1(973)921-4317 | 10/14/2015 MILLBURN   NJ |
| 10/14/15 | 1.14 | 1(312)853-7610 | 10/14/2015 CHICAGO    IL |
| 10/14/15 | 3.42 | 1(937)221-1940 | 10/14/2015 DAYTON    OH |
| 10/14/15 | 6.08 | 1(312)853-7501 | 10/14/2015 CHICAGO    IL |
| 10/15/15 | 1.90 | 1(720)403-3761 | 10/15/2015 DENVER    CO |
| 10/15/15 | 2.28 | 1(312)407-0968 | 10/15/2015 CHICAGO    IL |
| 10/20/15 | 1.14 | 1(405)775-4204 | 10/20/2015 BRITTON    OK |
| 10/20/15 | 3.04 | 1(925)997-3388 | 10/20/2015 DUBLINSNRM CA |
| 10/20/15 | 2.66 | 1(302)571-6669 | 10/20/2015 WILMINGTON DE |
| 10/20/15 | 1.52 | 1(303)798-1916 | 10/20/2015 LITTLETON  CO |
| 10/20/15 | 1.14 | 1(601)432-6784 | 10/20/2015 JACKSON    MS |
| 10/20/15 | 3.80 | 1(412)394-5626 | 10/20/2015 PITTSBURGH PA |

| Date | Amount | Number | Details |
|---|---|---|---|
| 10/20/15 | 3.80 | 1(937)221-1405 | 10/20/2015 DAYTON    OH |
| 10/20/15 | 1.14 | 1(302)571-6669 | 10/20/2015 WILMINGTON DE |
| 10/20/15 | 4.18 | 1(937)475-2520 | 10/20/2015 DAYTON    OH |
| 10/21/15 | 1.52 | 1(781)775-3130 | 10/21/2015 WALTHAM    MA |
| 10/21/15 | 2.66 | 1(312)407-0968 | 10/21/2015 CHICAGO    IL |
| 10/21/15 | 1.52 | 1(312)407-0968 | 10/21/2015 CHICAGO    IL |
| 10/21/15 | 2.28 | 1(312)407-0968 | 10/21/2015 CHICAGO    IL |
| 10/23/15 | 2.28 | 1(660)269-4715 | 10/23/2015 MOBERLY    MO |
| 10/26/15 | 1.14 | 1(614)628-4433 | 10/26/2015 COLUMBUS   OH |
| 10/26/15 | 2.66 | 1(717)775-8080 | 10/26/2015 HARRISBURG PA |
| 10/26/15 | 1.14 | 1(615)862-6351 | 10/26/2015 NASHVILLE  TN |
| 10/26/15 | 6.84 | 1(614)628-4433 | 10/26/2015 COLUMBUS   OH |
| 10/26/15 | 3.80 | 1(614)628-4433 | 10/26/2015 COLUMBUS   OH |
| 10/27/15 | 3.42 | 1(412)281-1119 | 10/27/2015 PITTSBURGH PA |
| 10/27/15 | 13.30 | 1(781)775-3130 | 10/27/2015 WALTHAM    MA |
| 10/27/15 | 1.52 | 1(612)632-3019 | 10/27/2015 ANOKA      MN |
| 10/27/15 | 2.28 | 1(781)444-3284 | 10/27/2015 NEEDHAM    MA |
| 10/28/15 | 1.14 | 1(660)269-4715 | 10/28/2015 MOBERLY    MO |

Invoice Date: November 6, 2015                                         Invoice No. 2015111759

**Due and Payable Upon Receipt**

| Date | Amount | Number | Call Date | Location |
|---|---|---|---|---|
| 10/28/15 | 3.04 | 1(781)444-3284 | 10/28/2015 | NEEDHAM MA |
| 10/28/15 | 2.28 | 1(937)221-1940 | 10/28/2015 | DAYTON OH |
| 10/28/15 | 1.90 | 1(781)775-3130 | 10/28/2015 | WALTHAM MA |
| 10/28/15 | 2.28 | 1(302)571-6669 | 10/28/2015 | WILMINGTON DE |
| 10/29/15 | 1.14 | 1(617)306-0951 | 10/29/2015 | BOSTON MA |
| 10/29/15 | 9.12 | 1(614)628-4433 | 10/29/2015 | COLUMBUS OH |
| 10/29/15 | 1.14 | 1(717)718-7110 | 10/29/2015 | YORK PA |
| 10/29/15 | 4.56 | 1(615)515-9002 | 10/29/2015 | NASHVILLE TN |
| 10/29/15 | 7.60 | 1(312)407-0968 | 10/29/2015 | CHICAGO IL |
| 10/30/15 | 2.28 | 1(614)628-4433 | 10/30/2015 | COLUMBUS OH |
| 10/30/15 | 1.14 | 1(312)407-0968 | 10/30/2015 | CHICAGO IL |

Transcripts/Digesting
07/16/15    1,806.22    VENDOR: ECOSCRIBE LLC DBA ECOSCRIBE SOLUTIONS INVOICE#: 51271 DATE: 7/16/2015 JOB#22816/TRANSCRIPTS/DIGESTING/TRANSCRIPTION OF DEPOSITION LAURA BATES

Travel - Air & Rail
07/31/15    358.50    VENDOR: MATTHEW G. BOUSLOG INVOICE#: 1009166311041304 DATE: 7/31/2015  MATTHEW BOUSLOG/CHANGE TICKET FEE/0162458713697/SNA TO EWR; EWR TO SNA/FLIGHT CHANGE FEE

09/24/15    -179.00    VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20151001-4 DATE: 9/27/2015  TRAVEL INVOICE#/DATE: 139205 05/07/2015 TICKET NO: 2545021119 TRAVEL DATES: 05/12/2015 - 05/13/2015 PASSENGER: ROSENTHAL/MICHAEL ALAN ITINERARY: NYP/WIL

Invoice Date: November 6, 2015              Invoice No. 2015111759
Due and Payable Upon Receipt

| | | |
|---|---:|---|
| 10/12/15 | 263.00 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20151101-3 DATE: 10/18/2015  TRAVEL INVOICE#/DATE: 145467 10/12/2015 TICKET NO: 3730566965 TRAVEL DATES: 10/14/2015 - 10/15/2015 PASSENGER: BOUSLOG/MATTHEW ITINERARY: NYP/WIL/NYP |
| 10/13/15 | 84.00 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20151101-3 DATE: 10/18/2015  TRAVEL INVOICE#/DATE: 145531 10/13/2015 TICKET NO: 9375550940 TRAVEL DATES: 10/15/2015 - 10/16/2015 PASSENGER: BOUSLOG/MATTHEW ITINERARY: NYP/WIL/NYP |
| 10/13/15 | 837.70 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0994956211052003 DATE: 10/16/2015  MATTHEW BOUSLOG/AIRFARE/IENCDG/10/13/2015 - 10/16/2015 SNA TO EWR; EWR TO DEN TO SNA/ATTEND OMNIBUS HEARING. |

<u>Travel - Miscellaneous (tips)</u>

| | | |
|---|---:|---|
| 10/16/15 | 10.00 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0994956211052003 DATE: 10/16/2015  TIPS/ATTEND OMNIBUS HEARING. |

<u>Travel - Taxi & Other Modes/Miles</u>

| | | |
|---|---:|---|
| 07/26/15 | 5.50 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0996907710231202 DATE: 7/29/2015  CAB FARE/NEW YORK, NY/ATTEND HEARING |
| 10/13/15 | 7.79 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0994956211052003 DATE: 10/16/2015  CAB FARE/IRVINE TO SNA/ATTEND OMNIBUS HEARING. |
| 10/13/15 | 78.85 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0994956211052003 DATE: 10/16/2015  CAB FARE/EWR TO NEW YORK, NY/ATTEND OMNIBUS HEARING. |
| 10/15/15 | 12.00 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0994956211052003 DATE: 10/16/2015  CAB FARE/NEW YORK, NY/ATTEND OMNIBUS HEARING. |
| 10/16/15 | 11.15 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0994956211052003 DATE: 10/16/2015  CAB FARE/SNA TO IRVINE, CA/ATTEND OMNIBUS HEARING. |
| 10/16/15 | 141.34 | VENDOR: MATTHEW G. BOUSLOG INVOICE#: 0994956211052003 DATE: 10/16/2015  CAB FARE/NEW YORK, NY TO EWR/ATTEND OMNIBUS HEARING. |

**Invoice Date: November 6, 2015**  **Invoice No. 2015111759**

**Due and Payable Upon Receipt**

**GIBSON DUNN**

TAYLOR SALE REIMBURSABLE WORK
90441-00031

---

Detail Costs/Charges:
<u>In House Duplication</u>
10/29/15          41.20    IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 10/29/15

Invoice Date: November 5, 2015                                              Invoice No. 2015111494

**Due and Payable Upon Receipt**