# **EXHIBIT C**

**BUDGETED AMOUNT**

**October**

**$250,000.00**

**PROFESSIONAL RATES**

**October**

| | |
|---|---|
| Rosenthal, Michael A. | $1,175.00 |
| Graves, Jeremy Lee | $755.00 |
| Bouslog, Matthew G. | $625.00 |
| Other Restructering/Transactional | $750.00 |
| Amponsah, Duke K. | $395.00 |

**BUDGETED HOURS**

**October**

| | |
|---|---|
| Rosenthal, Michael A. | 100 |
| Graves, Jeremy Lee | 50 |
| Bouslog, Matthew G. | 120 |
| Other Restructering/Transactional | 15 |
| Amponsah, Duke K. | 25 |
| **TOTAL** | **310** |

**BUDGETED FEES**

**October**

| | |
|---|---|
| Rosenthal, Michael A. | $117,500.00 |
| Graves, Jeremy Lee | $37,750.00 |
| Bouslog, Matthew G. | $75,000.00 |
| Other Restructering/Transactional | $9,875.00 |
| Amponsah, Duke K. | $9,875.00 |
| **TOTAL** | **$250,000.00** |

**BUDGETED EXPENSES**

**October**

$15,000

**TOTAL FEES & EXPENSES**     $265,000.00

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise |
|---|---|
| Rosenthal, Michael A. | Partner since 1992.  Joined firm as an Of Counsel in 1989.  Member of IL Bar since 1980; NY Bar since 2009; TX Bar since 1985. |
| Graves, Jeremy Lee | Associate.  Joined firm as an associate in 2008.  Member of CO Bar since 2012; TX Bar since 2007[1]. |
| Bouslog, Matthew G. | Associate.  Joined firm as an associate in 2012.  Member of CA Bar since 2011. |
| Amponsah, Duke K. | Paralegal |

---

[1] Not actively licensed to practice in Texas.