# EXHIBIT A

## EXHIBIT A
Professional Services rendered by Lowenstein Sandler LLP, through October 31, 2015

In re: Chapter 11

## I. SUMMARY OF TIME CHARGES AND HOURLY RATES

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Berger, John L. | 1984 | Partner/Tax | 2.90 | $705.00 | $2,044.50 |
| Jung, Wojciech F. | 2003 | Partner/Restructuring | 39.60 | $635.00 | $25,146.00 |
| *Jung, Wojciech F. - Travel Time | 2003 | Partner/Restructuring | 4.70 | $317.50 | $1,492.25 |
| Kizel, Paul | 1982 | Partner/Restructuring | 5.30 | $750.00 | $3,975.00 |
| Levine, Sharon L. | 1983 | Partner/Restructuring | 16.90 | $880.00 | $14,872.00 |
| Behlmann, Andrew D. | 2009 | Associate/Restructuring | 0.20 | $515.00 | $103.00 |
| De Leo, Anthony | 2013 | Associate/Restructuring | 15.30 | $360.00 | $5,508.00 |
| Lawler, Elizabeth B. | N/A | Paralegal | 2.40 | $210.00 | $504.00 |
| **TOTAL FEES** | | | **87.30** | | **$53,644.75** |
| **Attorney Blended Rate** | | | | | **$625.92** |

*      Reflects 50% rate reduction due to non-working travel time

Standard Register Committee of Unsecured Creditors
Invoice No.: 753656

Page 2<br>November 13, 2015

TIME DETAIL:

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|

B100 - Administration

B110 Case Administration

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B110 | 09/23/15 | SLL | Review critical dates memorandum | 0.10 | $88.00 |
| B110 | 10/01/15 | AD | Review pleadings recently filed in the debtors' cases | 0.80 | 288.00 |
| B110 | 10/02/15 | SLL | Participate in professionals call with various parties re: update | 0.20 | 176.00 |
| B110 | 10/08/15 | AD | Review recently filed pleadings | 0.90 | 324.00 |
| B110 | 10/09/15 | AD | Review pleadings filed in debtors' cases | 0.40 | 144.00 |
| B110 | 10/09/15 | SLL | Review Notice of Agenda of Matters Scheduled for Hearing | 0.10 | 88.00 |
| B110 | 10/09/15 | WFJ | Review notice of agenda re: 10/14/15 hearing | 0.10 | 63.50 |
| B110 | 10/13/15 | AD | Review recently filed pleadings in debtors' cases | 0.60 | 216.00 |
| B110 | 10/13/15 | SLL | Review Notice of Agenda of Matters Scheduled for Hearing | 0.10 | 88.00 |
| B110 | 10/13/15 | WFJ | Review amended notice of agenda | 0.10 | 63.50 |
| B110 | 10/13/15 | WFJ | Correspondence with J. Adelson re: 10/15/15 hearing | 0.20 | 127.00 |
| B110 | 10/14/15 | AD | Review pleadings filed in debtors' cases | 0.70 | 252.00 |
| B110 | 10/14/15 | AD | Update critical dates memorandum | 0.30 | 108.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B110 | 10/16/15 | SLL | Review critical dates memorandum | 0.10 | 88.00 |
| B110 | 10/19/15 | AD | Review pleadings recently filed in debtors' cases | 0.20 | 72.00 |
| B110 | 10/19/15 | AD | Update critical dates memorandum | 0.10 | 36.00 |
| B110 | 10/26/15 | AD | Review pleadings for critical dates and deadlines | 0.20 | 72.00 |
| B110 | 10/26/15 | AD | Update critical dates memorandum | 0.10 | 36.00 |
| B110 | 10/26/15 | SLL | Review critical dates memorandum | 0.10 | 88.00 |
| B110 | 10/29/15 | AD | Review recently filed pleadings | 0.70 | 252.00 |
| B110 | 10/29/15 | SLL | Review critical dates memorandum | 0.10 | 88.00 |
| B110 | 10/30/15 | SLL | Participate in committee call | 0.70 | 616.00 |
| B110 | 10/30/15 | SLL | Participate in professionals call | 0.40 | 352.00 |
| | | | **Total B110 - Case Administration** | 7.30 | $3,726.00 |

B130 Asset Disposition

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B130 | 10/05/15 | WFJ | Correspondence from Debtors' counsel re: excluded assets | 0.20 | 127.00 |
| B130 | 10/09/15 | WFJ | Review notice re: Abandonment of De Minimis Assets | 0.20 | 127.00 |
| B130 | 10/13/15 | SLL | Review memorandum re: call with Taylor's counsel | 0.10 | 88.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B130 | 10/13/15 | WFJ | Call with counsel to Taylor re:  claims and related matters | 1.10 | 698.50 |
| B130 | 10/27/15 | SLL | Review correspondence from creditor re: sale order | 0.10 | 88.00 |
| B130 | 10/28/15 | SLL | Review memorandum re: sale order | 0.20 | 176.00 |
| B130 | 10/29/15 | WFJ | Correspondence with Zolfo and S. Levine re: Do Not Sue List and other sale matters | 0.40 | 254.00 |
| B130 | 10/29/15 | WFJ | Correspondence with Taylor and Debtors' professionals re:  Do Not Sue List and other sale matters | 0.30 | 190.50 |
| B130 | 10/30/15 | SLL | Review Notice of Abandonment of De Minimis Assets | 0.10 | 88.00 |
| B130 | 10/30/15 | WFJ | Correspondence from A. McGibbon and M. Rosenthal re: Do Not Sue List | 0.20 | 127.00 |
| B130 | 10/30/15 | WFJ | Correspondence Zolfo and Committee members re: post-closing assets | 0.40 | 254.00 |
| B130 | 10/30/15 | WFJ | Review Notice of Abandonment of De Minimis Assets | 0.20 | 127.00 |

|  |  |  | **Total B130 - Asset Disposition** | 3.50 | $2,345.00 |

B150 Meetings of and Communication with Creditors

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B150 | 09/23/15 | SLL | Review correspondence from committee member re: plan and disclosure statement | 0.20 | 176.00 |
| B150 | 10/01/15 | AD | Draft e-mail to Committee members summarizing recently filed pleadings and critical dates and deadlines | 1.10 | 396.00 |
| B150 | 10/01/15 | SLL | Review and revise committee status report | 0.10 | 88.00 |
| B150 | 10/01/15 | WFJ | Memo to Committee re: update | 0.40 | 254.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B150 | 10/01/15 | WFJ | Call with Zolfo re: financial update | 0.20 | 127.00 |
| B150 | 10/02/15 | SLL | Review correspondence from committee member re: pension issue | 0.20 | 176.00 |
| B150 | 10/02/15 | SLL | Participate in committee call re:  update | 0.50 | 440.00 |
| B150 | 10/02/15 | WFJ | Call from vendor re: 503b9 claim | 0.20 | 127.00 |
| B150 | 10/02/15 | WFJ | Call with Committee re: case update | 0.50 | 317.50 |
| B150 | 10/02/15 | WFJ | Call with Zolfo re: case update | 0.20 | 127.00 |
| B150 | 10/04/15 | SLL | Review correspondence from committee member re: pension issues | 0.10 | 88.00 |
| B150 | 10/06/15 | SLL | Review correspondence from committee member re: payment of benefits | 0.10 | 88.00 |
| B150 | 10/07/15 | SLL | Review correspondence from committee member re: filed claims | 0.10 | 88.00 |
| B150 | 10/08/15 | AD | Draft email to Committee members summarizing recently filed pleadings | 0.80 | 288.00 |
| B150 | 10/08/15 | WFJ | Correspondence with S. Levine re: creditor inquiry re: REI | 0.20 | 127.00 |
| B150 | 10/08/15 | WFJ | Correspondence with A. DeLeo re: committee memo | 0.20 | 127.00 |
| B150 | 10/08/15 | WFJ | Correspondence to Committee re: update | 0.30 | 190.50 |
| B150 | 10/09/15 | AD | Revise e-mail to Committee members summarizing recently filed pleadings | 0.20 | 72.00 |
| B150 | 10/09/15 | SLL | Review and revise committee status report | 0.20 | 176.00 |
| B150 | 10/09/15 | WFJ | Call to G. Ochoa re:  plan | 0.20 | 127.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Standard Register Committee of Unsecured Creditors
Invoice No.: 753656

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B150 | 10/12/15 | SLL | Review and revise committee status report | 0.10 | 88.00 |
| B150 | 10/12/15 | WFJ | Lengthy memo to Committee open issues | 0.90 | 571.50 |
| B150 | 10/12/15 | WFJ | Correspondence with Committee member re: case update | 0.30 | 190.50 |
| B150 | 10/13/15 | AD | Draft e-mail to Committee members summarizing recently filed pleadings | 0.30 | 108.00 |
| B150 | 10/13/15 | SLL | Review memorandum re: Committee's NDA with the Debtors | 0.10 | 88.00 |
| B150 | 10/13/15 | WFJ | Correspondence with R. Carlisle re: plan | 0.20 | 127.00 |
| B150 | 10/13/15 | WFJ | Call with 2 creditors re: update and plan issues | 0.80 | 508.00 |
| B150 | 10/14/15 | AD | Draft e-mail to Committee members summarizing recently filed pleadings | 0.40 | 144.00 |
| B150 | 10/14/15 | SLL | Review and revise committee status report | 0.20 | 176.00 |
| B150 | 10/14/15 | WFJ | Call from vendors re: plan and claims | 0.60 | 381.00 |
| B150 | 10/15/15 | WFJ | Draft memo to Committee re: plan and case update | 0.70 | 444.50 |
| B150 | 10/15/15 | WFJ | Correspondence with M. Cervi re: 10/16/15 call | 0.20 | 127.00 |
| B150 | 10/16/15 | SLL | Draft correspondence to committee member re: proof of claim | 0.10 | 88.00 |
| B150 | 10/16/15 | WFJ | Committee call re: update in case | 0.60 | 381.00 |
| B150 | 10/17/15 | ADB | Committee update re: adversary proceeding | 0.20 | 103.00 |
| B150 | 10/17/15 | WFJ | Correspondence with A. Behlmann re: response to creditors' inquiries | 0.20 | 127.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B150 | 10/19/15 | AD | Draft e-mail to Committee members summarizing recently filed pleadings | 0.20 | 72.00 |
| B150 | 10/19/15 | SLL | Review and revise committee status report | 0.10 | 88.00 |
| B150 | 10/19/15 | WFJ | Correspondence with B. Coppola re: claims and voting | 0.20 | 127.00 |
| B150 | 10/20/15 | SLL | Review correspondence from committee member re: proof of claim | 0.10 | 88.00 |
| B150 | 10/20/15 | WFJ | Correspondence (.2) and call (.3) with creditors re: pension claims and plan | 0.50 | 317.50 |
| B150 | 10/21/15 | WFJ | Call from two creditors re: plan and voting | 0.40 | 254.00 |
| B150 | 10/21/15 | WFJ | Call from former employee re: vacation claim | 0.30 | 190.50 |
| B150 | 10/22/15 | WFJ | Memo to Committee re: update and 10/23/15 call | 0.20 | 127.00 |
| B150 | 10/23/15 | WFJ | Call from creditor re: plan voting issues | 0.20 | 127.00 |
| B150 | 10/26/15 | WFJ | Correspondence from D. Mannion re:  sale order | 0.20 | 127.00 |
| B150 | 10/27/15 | WFJ | Calls with 2 creditors re: plan voting issues | 0.40 | 254.00 |
| B150 | 10/27/15 | WFJ | Correspondence with A. Behlmann re: creditors inquiry | 0.20 | 127.00 |
| B150 | 10/28/15 | WFJ | Correspondence with A. Behlmann re: creditor inquiry | 0.20 | 127.00 |
| B150 | 10/29/15 | AD | Draft e-mail to Committee members summarizing recently filed pleadings | 0.40 | 144.00 |
| B150 | 10/29/15 | SLL | Review and revise committee status report | 0.20 | 176.00 |
| B150 | 10/29/15 | WFJ | Correspondence with A. DeLeo re: Committee communication | 0.20 | 127.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B150 | 10/30/15 | WFJ | Call with Committee re: case update and open issues | 0.70 | 444.50 |
| B150 | 10/30/15 | WFJ | Draft memo to Committee re: update | 0.30 | 190.50 |
| | | | **Total B150 - Meetings of and Communication with Creditors** | 16.90 | $10,360.50 |

B160 Fee/Employment Applications

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B160 | 10/06/15 | EBL | Prepare September monthly fee application | 0.60 | 126.00 |
| B160 | 10/06/15 | EBL | Edits to second interim fee application | 0.30 | 63.00 |
| B160 | 10/09/15 | WFJ | Prepare September '15 fee statement | 1.10 | 698.50 |
| B160 | 10/12/15 | EBL | Finalize Lowenstein Sandler's September monthly fee application; coordinate filing and service with local counsel | 0.30 | 63.00 |
| B160 | 10/12/15 | WFJ | Prepare September '15 fee statement for filing with court (.5); correspondence with UST re: same (.1) | 0.60 | 381.00 |
| B160 | 10/13/15 | EBL | Review Lowenstein's second interim fee application and related documents | 0.60 | 126.00 |
| B160 | 10/15/15 | EBL | Finalize Lowenstein Sandler's second interim fee application; coordinate filing and service of same with local counsel | 0.60 | 126.00 |
| | | | **Total B160 - Fee/Employment Applications** | 4.10 | $1,583.50 |

B165 Employment and Retention Applications - Others

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B165 | 09/23/15 | SLL | Review Supplemental Affidavit of David MacGreevey in Furtherance of the Application of the Official Committee of Unsecured Creditors of The Standard Register Company for Entry of an Order Authorizing the Employment and Retention of Zolfo Cooper, LLC as Financial and Forensic Advisors, Nunc Pro Tunc to March 24, 2015 | 0.10 | 88.00 |
| B165 | 10/28/15 | WFJ | Review Monthly Staffing Report for Filing Period September 1, 2015 through September 30, 2015 Filed by McKinsey Recovery | 0.10 | 63.50 |
| B165 | 10/29/15 | SLL | Review Debtors' Motion for Order Modifying that Certain Order Authorizing the Retention and Employment of WilliamsMarston LLC, to Authorize the Appointment of Landen C. Williams as Interim President and Chief Executive Officer Nunc Pro Tunc to October 28, 2015 | 0.10 | 88.00 |
| | | | **Total B165 - Employment and Retention Applications - Others** | 0.30 | $239.50 |

B175 Fee Applications and Invoices - Others

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B175 | 09/23/15 | SLL | Review memorandum re: interim fee applications | 0.10 | 88.00 |
| B175 | 10/01/15 | WFJ | Review Monthly Application for Compensation (Sixth) and Reimbursement of Expenses of Young Conaway Stargatt & Taylor, LLP for the period August 1, 2015 to August 31, 2015 Filed by Young Conaway Stargatt & Taylor, LLP | 0.20 | 127.00 |
| B175 | 10/02/15 | SLL | Review memorandum re: interim fee applications | 0.10 | 88.00 |
| B175 | 10/02/15 | WFJ | Correspondence with Debtors' counsel re: September and second interim fee application (.2); correspondence with Committee professionals re: same (.1) | 0.30 | 190.50 |
| B175 | 10/07/15 | SLL | Review Monthly Application for Compensation and Reimbursement of Expenses of Dinsmore & Shohl LLP | 0.10 | 88.00 |
| B175 | 10/07/15 | WFJ | Review Monthly Application for Compensation (Sixth) and Reimbursement of Expenses of Dinsmore & Shohl LLP for the period August 1, 2015 to August 31, 2015 | 0.20 | 127.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B175 | 10/09/15 | SLL | Review Monthly Application for Compensation and Reimbursement of Expenses of Gibson, Dunn & Crutcher LLP | 0.10 | 88.00 |
| B175 | 10/09/15 | SLL | Review Monthly Application for Compensation and Reimbursement of Expenses of Young Conaway Stargatt & Taylor, LLP | 0.10 | 88.00 |
| B175 | 10/09/15 | WFJ | Review Monthly Application for Compensation (Seventh) and Reimbursement of Expenses of Young Conaway Stargatt & Taylor, LLP for the period September 1, 2015 to September 30, 2015 | 0.20 | 127.00 |
| B175 | 10/09/15 | WFJ | Review Monthly Application for Compensation (Seventh) and Reimbursement of Expenses of Gibson, Dunn & Crutcher LLP  for the period September 1, 2015 to September 30, 2015 | 0.20 | 127.00 |
| B175 | 10/12/15 | SLL | Review Zolfo August monthly fee statement | 0.10 | 88.00 |
| B175 | 10/12/15 | SLL | Review correspondence from J. Edelson re: second interim fee period | 0.10 | 88.00 |
| B175 | 10/12/15 | SLL | Review and revise September Monthly Fee Application | 0.10 | 88.00 |
| B175 | 10/13/15 | SLL | Review and revise second interim fee application | 0.10 | 88.00 |
| B175 | 10/14/15 | SLL | Review Polsinelli Seventh Monthly Fee Application | 0.10 | 88.00 |
| B175 | 10/15/15 | SLL | Review and revise Lowenstein Sandler's second interim fee application | 0.10 | 88.00 |
| B175 | 10/15/15 | SLL | Review Zolfo's September fee statement | 0.10 | 88.00 |
| B175 | 10/15/15 | SLL | Review Zolfo's second interim fee application covering the period of June 1 to September 30 | 0.10 | 88.00 |
| B175 | 10/26/15 | SLL | Review Certificate of No Objection Regarding Sixth Monthly Application for Compensation and Reimbursement of Expenses of Dinsmore & Shohl LLP for the period August 1, 2015 to August 31, 2015 | 0.10 | 88.00 |
| B175 | 10/27/15 | WFJ | Correspondence local counsel and Zolfo re: Jefferies final fee application | 0.20 | 127.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B175 | 10/28/15 | SLL | Review Final Application for Compensation for Services Rendered and Reimbursement of Expenses as Investment Banker to the Official Committee of Unsecured Creditors | 0.10 | 88.00 |
| B175 | 10/28/15 | SLL | Review Certificate of No Objection Regarding Seventh Monthly Application for Compensation and Reimbursement of Expenses of Gibson, Dunn & Crutcher LLP for the period September 1, 2015 to September 30, 2015 | 0.10 | 88.00 |
| B175 | 10/28/15 | SLL | Review Certificate of No Objection Regarding Seventh Monthly Application for Compensation and Reimbursement of Expenses of Young Conaway Stargatt & Taylor, LLP for the period September 1, 2015 to September 30, 2015 | 0.10 | 88.00 |
| | | | **Total B175 - Fee Applications and Invoices - Others** | 3.00 | $2,321.50 |

B185 Assumption/Rejection of Leases and Contracts

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B185 | 10/05/15 | SLL | Review Eighth Notice Regarding Designation as Post-Closing Transferred Contract and Assumption and Assignment Thereof | 0.10 | 88.00 |
| B185 | 10/05/15 | WFJ | Review Eighth Notice Regarding Designation as Post-Closing Transferred Contract and Assumption and Assignment Thereof | 0.20 | 127.00 |
| B185 | 10/06/15 | WFJ | Call from E. Ferguson re: contract (.3); e-mails with P. Bohl re: same (.1) | 0.40 | 254.00 |
| B185 | 10/12/15 | SLL | Review Ninth Notice Regarding Designation as Post-Closing Transferred Contract and Assumption and Assignment Thereof | 0.10 | 88.00 |
| B185 | 10/12/15 | WFJ | Review notice re: 9th notice for assumption of contracts | 0.20 | 127.00 |
| B185 | 10/20/15 | WFJ | Review Tenth Notice Regarding Designation as Post-Closing Transferred Contract and Assumption and Assignment Thereof | 0.20 | 127.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Standard Register Committee of Unsecured Creditors
Invoice No.: 753656

Page 12
November 13, 2015

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B185 | 10/29/15 | WFJ | Review Twelfth Notice Regarding Designation as Post-Closing Transferred Contract and Assumption and Assignment Thereo | 0.20 | 127.00 |
| | | | **Total B185 - Assumption/Rejection of Leases and Contracts** | 1.40 | $938.00 |

B190 Other Contested Matters (excluding assumption/rejection motions)

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B190 | 10/01/15 | WFJ | Review stipulation re: D&O insurance (.3); correspondence with M. Bouslog re: same (.2) | 0.50 | 317.50 |
| B190 | 10/02/15 | SLL | Review revised D&O Stipulation | 0.10 | 88.00 |
| B190 | 10/02/15 | SLL | Draft memorandum re: creditor inquiries | 0.30 | 264.00 |
| B190 | 10/02/15 | WFJ | Attend to D&O stipulation with Debtors | 0.30 | 190.50 |
| B190 | 10/05/15 | WFJ | Correspondence with Debtors' counsel re:  Zurich insurance stipulation | 0.40 | 254.00 |
| B190 | 10/06/15 | WFJ | Call with Debtors' counsel re: Zurich insurance stipulation (.2); multiple correspondence re: same (.4) | 0.60 | 381.00 |
| B190 | 10/08/15 | WFJ | Conference call with J. Peck and M. Rosenthal re: litigation | 0.80 | 508.00 |
| B190 | 10/12/15 | AD | Review file for executed non-disclosure agreement between Committee and Debtors | 0.20 | 72.00 |
| B190 | 10/12/15 | AD | Review documents produced by Debtors' counsel re: environmental issues | 0.60 | 216.00 |
| B190 | 10/12/15 | SLL | Draft memorandum re: D&O lawsuit | 0.10 | 88.00 |
| B190 | 10/20/15 | WFJ | Correspondence with Debtors' counsel re: stipulation with defendants' counsel | 0.30 | 190.50 |
| B190 | 10/22/15 | WFJ | Correspondence with M. Bouslog re:  stipulation with Silver Point (.1); review same (.6) | 0.70 | 444.50 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B190 | 10/23/15 | SLL | Review memorandum re: term sheet | 0.20 | 176.00 |
| B190 | 10/23/15 | SLL | Review correspondence from M. Bouslog re: term sheet | 0.10 | 88.00 |
| B190 | 10/23/15 | WFJ | Review and revise SP term sheet | 0.30 | 190.50 |
| B190 | 10/24/15 | WFJ | Correspondence with Debtors' counsel re: SP term sheet | 0.20 | 127.00 |
| B190 | 10/26/15 | SLL | Review revised settlement agreement | 0.10 | 88.00 |
| B190 | 10/26/15 | SLL | Review memorandum re: Terre Houte property | 0.10 | 88.00 |
| B190 | 10/26/15 | WFJ | Correspondence (.3) and call (.4) with Debtors' and Silver Point's counsel re: SP term sheet | 0.70 | 444.50 |
| B190 | 10/30/15 | SLL | Review Complaint for Declaratory and Related Relief by CareSource | 0.20 | 176.00 |
| B190 | 10/30/15 | WFJ | Review Complaint for Declaratory and Related Relief filed by CareSource | 0.60 | 381.00 |
| | | | **Total B190 - Other Contested Matters (excluding assumption/rejection motions)** | 7.40 | $4,773.00 |

B195 Non-Working Travel

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B195 | 10/15/15 | WFJ | Travel to and from court (Wilmington, DE) re:  hearing | 4.70 | 1,492.25 |
| | | | **Total B195 - Non-Working Travel** | 4.70 | $1,492.25 |

B200 - Operations

B210 Business Operations

Standard Register Committee of Unsecured Creditors                                   Page 14
Invoice No.: 753656                                                          November 13, 2015

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|---------------|-------|--------|
| B210 | 10/09/15 | WFJ | Correspondence with M. Bouslog re: discussions with SP | 0.20 | 127.00 |
| B210 | 10/12/15 | WFJ | Call with Debtors' counsel re: claims and case status | 0.50 | 317.50 |
| B210 | 10/14/15 | SLL | Review correspondence from S. Gupta re: wage order | 0.10 | 88.00 |
| B210 | 10/14/15 | WFJ | Prepare for 10/15/15 hearing | 0.60 | 381.00 |
| B210 | 10/15/15 | WFJ | Review Monthly Staffing Report for Filing Period September 1, 2015 through September 30, 2015 | 0.10 | 63.50 |
| B210 | 10/24/15 | WFJ | Correspondence with Debtor's advisors re: tax returns and CT matters | 0.30 | 190.50 |
| B210 | 10/26/15 | WFJ | Correspondence with Debtors' counsel re: Indiana real estate | 0.20 | 127.00 |
| B210 | 10/30/15 | SLL | Review Debtor-In-Possession Monthly Operating Report for Filing Period August 31, 2015 through September 27, 2015 | 0.10 | 88.00 |
| B210 | 10/30/15 | WFJ | Review Debtor-In-Possession Monthly Operating Report for Filing Period August 31, 2015 through September 27, 2015 | 0.20 | 127.00 |
| | | | **Total B210 - Business Operations** | 2.30 | $1,509.50 |

B300 - Claims and Plan

B310 Claims Administration and Objections

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|---------------|-------|--------|
| B310 | 09/23/15 | SLL | Review memorandum re: administrative claims | 0.20 | 176.00 |
| B310 | 09/23/15 | SLL | Review Summary Analysis of Claims | 0.30 | 264.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B310 | 09/23/15 | SLL | Draft memorandum re: 503(b)(9) claims | 0.10 | 88.00 |
| B310 | 10/01/15 | AD | Review claims register re:  claims filed to date | 0.70 | 252.00 |
| B310 | 10/01/15 | SLL | Review memorandum re: proofs of claim filed by D&O defendants | 0.20 | 176.00 |
| B310 | 10/01/15 | WFJ | Correspondence with Debtors' professionals re: pension claims | 0.20 | 127.00 |
| B310 | 10/02/15 | SLL | Review memorandum re: notice of pension bar date | 0.10 | 88.00 |
| B310 | 10/02/15 | WFJ | Correspondence with J. Graves re:  new bar date matters | 0.20 | 127.00 |
| B310 | 10/03/15 | WFJ | Correspondence with S. Levine re: employee claims | 0.20 | 127.00 |
| B310 | 10/04/15 | WFJ | Correspondence with T. Webb et al re: pension claims | 0.30 | 190.50 |
| B310 | 10/05/15 | SLL | Review memorandum re: pension benefits | 0.20 | 176.00 |
| B310 | 10/05/15 | SLL | Review Amended  Response to Objection Debtors' First (1st) Omnibus (Substantive) to Claims | 0.10 | 88.00 |
| B310 | 10/05/15 | WFJ | Review Amended  Response Objection Debtors' First (1st) Omnibus (Substantive) to Claims (Drop-Ship Administrative Priority Claims)  Filed by The Envelope Printers | 0.20 | 127.00 |
| B310 | 10/05/15 | WFJ | Correspondence with Debtors' counsel et al re:  Lane's claims | 0.30 | 190.50 |
| B310 | 10/06/15 | SLL | Review Omnibus  Reply in Support of Debtors' First (1st) Omnibus (Substantive) Objection to Claims | 0.10 | 88.00 |
| B310 | 10/06/15 | SLL | Review Order Sustaining Debtors' Fifth Omnibus (Non-Substantive) Objection to Claims | 0.10 | 88.00 |
| B310 | 10/06/15 | SLL | Review memorandum re: payment of benefits | 0.20 | 176.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B310 | 10/06/15 | WFJ | Review reply re: drop-ship claims | 0.20 | 127.00 |
| B310 | 10/06/15 | WFJ | Correspondence with PBGC et al re: pension claims | 0.30 | 190.50 |
| B310 | 10/07/15 | WFJ | Correspondence with T. Webb et al re: claims | 0.30 | 190.50 |
| B310 | 10/09/15 | SLL | Review memorandum re: Eco Site Claim | 0.10 | 88.00 |
| B310 | 10/09/15 | WFJ | Correspondence with Debtors' counsel and Zolfo re: Eco Site claims | 0.30 | 190.50 |
| B310 | 10/09/15 | WFJ | Call with Zolfo re: significant claims against estate | 0.30 | 190.50 |
| B310 | 10/10/15 | WFJ | Correspondence from G. Graves et al re: Taylor 503b9 claims update | 0.20 | 127.00 |
| B310 | 10/12/15 | SLL | Telephone call with M. Bouslog re: Eco Site Claim | 0.10 | 88.00 |
| B310 | 10/12/15 | WFJ | Correspondence with Debtors' and Taylor's counsel re: call re: claims | 0.20 | 127.00 |
| B310 | 10/13/15 | WFJ | Correspondence with counsel to Taylor re: claims and related matters | 0.20 | 127.00 |
| B310 | 10/13/15 | WFJ | Correspondence with S. Levine re: claims | 0.20 | 127.00 |
| B310 | 10/15/15 | WFJ | Attend court hearing re: claim objections, et al | 0.50 | 317.50 |
| B310 | 10/16/15 | SLL | Review Order Sustaining Debtors' Fifth (5th) Omnibus (Substantive) Objection to Claims | 0.10 | 88.00 |
| B310 | 10/16/15 | SLL | Review correspondence from committee member re: disputing claim | 0.10 | 88.00 |
| B310 | 10/16/15 | WFJ | Correspondence with claimants re: new claims | 0.30 | 190.50 |
| B310 | 10/16/15 | WFJ | Review orders re: omnibus claim objections | 0.20 | 127.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Standard Register Committee of Unsecured Creditors
Invoice No.: 753656

Page 17
November 13, 2015

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B310 | 10/19/15 | SLL | Review memorandum re: proof of claim filing | 0.10 | 88.00 |
| B310 | 10/19/15 | WFJ | E-mail with T. Webb re: claims | 0.20 | 127.00 |
| B310 | 10/20/15 | SLL | Review Certification of Counsel Regarding Corrected Order Sustaining Debtors' Fourth (4th) Omnibus (Non-Substantive) Objection to Claims | 0.10 | 88.00 |
| B310 | 10/20/15 | SLL | Review Omnibus Objections to Claims | 0.10 | 88.00 |
| B310 | 10/20/15 | SLL | Review debtors' objection to claim of Pennsylvania Department of Revenue | 0.10 | 88.00 |
| B310 | 10/20/15 | WFJ | Review Objection to Claim by Claimant(s) Pennsylvania Department of Revenue | 0.20 | 127.00 |
| B310 | 10/21/15 | SLL | Review correspondence from creditor re: amended claim | 0.10 | 88.00 |
| B310 | 10/21/15 | SLL | Review Order (CORRECTED) Sustaining Debtors' Fourth (4th) Omnibus (Non-Substantive) Objection to Claims | 0.10 | 88.00 |
| B310 | 10/21/15 | WFJ | Review claim objections | 0.30 | 190.50 |
| B310 | 10/22/15 | SLL | Review correspondence from creditor re: amended proof of claim | 0.10 | 88.00 |
| B310 | 10/23/15 | SLL | Review Order Sustaining Debtors' Fourth Omnibus (Non-Substantive) Objection to Claims | 0.10 | 88.00 |
| B310 | 10/23/15 | SLL | Review correspondence from M. Bouslog re: IRS claim | 0.10 | 88.00 |
| B310 | 10/26/15 | SLL | Review Department of Labor and Industry Motion for Payment of Administrative Expenses/Claims | 0.10 | 88.00 |
| B310 | 10/27/15 | SLL | Review First Notice of Satisfaction of Claim | 0.10 | 88.00 |
| B310 | 10/28/15 | SLL | Review correspondence from D. Conaway re: 503(b)(9) claims | 0.10 | 88.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| | | | **Total B310 - Claims Administration and Objections** | 9.20 | $6,433.50 |

B320 Plan and Disclosure Statement (including Business Plan)

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B320 | 09/23/15 | SLL | Review estimated wind down budget | 0.20 | 176.00 |
| B320 | 09/23/15 | SLL | Review correspondence from D. MacGreevey re: wind down budget | 0.10 | 88.00 |
| B320 | 09/23/15 | SLL | Review Notice of (A) Deadline for Casting Votes to Accept or Reject First Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and Its Affiliates, (B) Combined Hearing to Consider Approval of Disclosure Statement and Confirmation of Plan and (C) Related Matters and Procedures | 0.10 | 88.00 |
| B320 | 10/01/15 | AD | Review and respond to e-mails re: insurance issues re: plan | 0.20 | 72.00 |
| B320 | 10/01/15 | SLL | Review Certificate of Publication of Joshua D. Falda Regarding Notice of (A) Deadline for Casting Votes to Accept or Reject First Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and its Affiliates, (B) Combined Hearing to Consider Approval of Disclosure Statement and Confirmation of Plan and (C) Related Matters and Procedures | 0.10 | 88.00 |
| B320 | 10/02/15 | SLL | Review correspondence from creditors re: ballots | 0.20 | 176.00 |
| B320 | 10/02/15 | SLL | Review correspondence from M. Bouslog re: ballots | 0.10 | 88.00 |
| B320 | 10/03/15 | WFJ | Correspondence with M. Rosenthal et al re: Acumen Recovery | 0.30 | 190.50 |
| B320 | 10/05/15 | SLL | Review memorandum re: distributions | 0.20 | 176.00 |
| B320 | 10/05/15 | WFJ | Call with J. Oberting re: plan | 0.30 | 190.50 |
| B320 | 10/06/15 | WFJ | Call with 6 creditors re: plan voting and related matters | 0.90 | 571.50 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|---------------|-------|--------|
| B320 | 10/07/15 | SLL | Review memorandum re: Exclusivity Motion | 0.10 | 88.00 |
| B320 | 10/07/15 | SLL | Review correspondence from M. Bouslog re: Exclusivity Motion | 0.10 | 88.00 |
| B320 | 10/07/15 | SLL | Review Second Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement | 0.10 | 88.00 |
| B320 | 10/07/15 | WFJ | Review exclusivity motion (.3); correspondence with Debtors' counsel re: same (.2) | 0.50 | 317.50 |
| B320 | 10/08/15 | JLB | Review, analyze latest drafts of plan, disclosure statement, tax treatment agreement | 2.20 | 1,551.00 |
| B320 | 10/08/15 | JLB | Message for W. Jung re:  plan | 0.10 | 70.50 |
| B320 | 10/08/15 | SLL | Review creditor inquiry re: proposed plan | 0.20 | 176.00 |
| B320 | 10/09/15 | WFJ | Call with Rico Electronics re: plan | 0.20 | 127.00 |
| B320 | 10/14/15 | WFJ | E-mail to Debtors' counsel to confirmation order | 0.10 | 63.50 |
| B320 | 10/14/15 | WFJ | Review plan re: creditors' inquiry | 0.50 | 317.50 |
| B320 | 10/14/15 | WFJ | Correspondence with C. Law re: plan | 0.20 | 127.00 |
| B320 | 10/20/15 | AD | Draft notice of post-effective date director | 0.40 | 144.00 |
| B320 | 10/20/15 | AD | Review docket to determine voting deadline for Plan | 0.20 | 72.00 |
| B320 | 10/20/15 | SLL | Review draft notice of appointment of post-effective date debtor | 0.10 | 88.00 |
| B320 | 10/20/15 | WFJ | Correspondence with A. DeLeo re: notices per plan | 0.30 | 190.50 |
| B320 | 10/21/15 | AD | Circulate plan and disclosure statement to LS team | 0.20 | 72.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B320 | 10/21/15 | PK | Review plan and disclosure statement in connection with analysis of possible issues | 1.50 | 1,125.00 |
| B320 | 10/21/15 | SLL | Review memorandum re: director of the "reorganized debtors" | 0.10 | 88.00 |
| B320 | 10/21/15 | SLL | Review correspondence from creditor re: solicitation package | 0.20 | 176.00 |
| B320 | 10/21/15 | WFJ | Prepare changes to plan | 0.80 | 508.00 |
| B320 | 10/22/15 | PK | Review draft settlement wind-down term sheet between debtors and Silverpoint | 0.40 | 300.00 |
| B320 | 10/22/15 | SLL | Review correspondence from creditor re: ballots | 0.10 | 88.00 |
| B320 | 10/22/15 | SLL | Review memorandum re: plan | 0.20 | 176.00 |
| B320 | 10/22/15 | SLL | Review correspondence from K. Coyle re: plan revisions | 0.20 | 176.00 |
| B320 | 10/22/15 | SLL | Review and revise wind down term sheet | 0.10 | 88.00 |
| B320 | 10/22/15 | WFJ | Correspondence with C. Hammond re: Liberty Mutual's changes to plan | 0.40 | 254.00 |
| B320 | 10/22/15 | WFJ | E-mails and call with J. Mitnick re: post-effective date matters | 0.30 | 190.50 |
| B320 | 10/23/15 | JLB | E-mails from W. Jung; discussion with W. Jung | 0.60 | 423.00 |
| B320 | 10/23/15 | SLL | Review memorandum re: tax return preparation software | 0.10 | 88.00 |
| B320 | 10/23/15 | SLL | Review correspondence from M. Cervi re: tax return preparation | 0.10 | 88.00 |
| B320 | 10/23/15 | SLL | Review correspondence from M. Bouslog re: tax return preparation | 0.10 | 88.00 |
| B320 | 10/23/15 | SLL | Review correspondence from M. Rosenthal re: tax return preparation | 0.10 | 88.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Standard Register Committee of Unsecured Creditors

Invoice No.: 753656

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B320 | 10/23/15 | WFJ | Correspondence with M. Bouslog et al re: SP term sheet and wind down matters | 0.80 | 508.00 |
| B320 | 10/23/15 | WFJ | Correspondence with Debtors' counsel et al re: claims and tax returns (.6); call with J. Berger re: same (.2) | 0.80 | 508.00 |
| B320 | 10/23/15 | WFJ | Correspondence with Debtors' counsel EPA language to confirmation order | 0.20 | 127.00 |
| B320 | 10/26/15 | AD | Review and respond to e-mails re: notice of appointment of post-effective date director | 0.20 | 72.00 |
| B320 | 10/26/15 | PK | Review potential environmental issue in connection with Plan | 0.30 | 225.00 |
| B320 | 10/26/15 | SLL | Telephone call with M. Bouslog re: wind-down settlement | 0.10 | 88.00 |
| B320 | 10/26/15 | SLL | Review Certificate of No Objection Regarding Second Motion Extending the Exclusive Periods for the Filing of a Chapter 11 Plan and Solicitation and Acceptance Thereof | 0.10 | 88.00 |
| B320 | 10/26/15 | SLL | review correspondence from M. Cervi re: wind-down budget | 0.10 | 88.00 |
| B320 | 10/26/15 | SLL | Review correspondence from M. Rosenthal re: Wind-Down Settlement | 0.10 | 88.00 |
| B320 | 10/26/15 | SLL | Review and revise notice of appointment of directors | 0.10 | 88.00 |
| B320 | 10/26/15 | WFJ | Correspondence with A. DeLeo re:  post-effective date officers | 0.20 | 127.00 |
| B320 | 10/27/15 | AD | Draft objection to plan | 3.30 | 1,188.00 |
| B320 | 10/27/15 | SLL | Review correspondence from M. Cervi re: wind down budget | 0.10 | 88.00 |
| B320 | 10/27/15 | SLL | Review Order Further Extending the Exclusive Periods for the Filing of a Chapter 11 Plan and the Solicitation and Acceptance Thereof | 0.10 | 88.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B320 | 10/27/15 | SLL | Review memorandum re: plan objection | 0.10 | 88.00 |
| B320 | 10/28/15 | AD | Revise limited objection to plan confirmation | 0.90 | 324.00 |
| B320 | 10/28/15 | SLL | Review correspondence from K. Coyle re: proposed plan language | 0.10 | 88.00 |
| B320 | 10/28/15 | SLL | Review draft limited objection to the Plan | 0.20 | 176.00 |
| B320 | 10/28/15 | SLL | Review correspondence from J. Basham re: proposed plan of liquidation | 0.10 | 88.00 |
| B320 | 10/28/15 | SLL | Review correspondence from M. Rosenthal re: proposed plan language | 0.10 | 88.00 |
| B320 | 10/28/15 | WFJ | Correspondence with C. Hammond re: Liberty's inquiry | 0.20 | 127.00 |
| B320 | 10/29/15 | SLL | Review Motion Approving the Wind-Down Settlement | 0.20 | 176.00 |
| B320 | 10/29/15 | SLL | Review memorandum re: debtors' setoff rights | 0.20 | 176.00 |
| B320 | 10/29/15 | SLL | Review correspondence from M. Bouslog re: avoidance claims | 0.10 | 88.00 |
| B320 | 10/29/15 | SLL | Review correspondence from M. Cervi re: preferences | 0.10 | 88.00 |
| B320 | 10/29/15 | WFJ | Correspondence with C. Hammond re: Liberty Insurance plan changes | 0.30 | 190.50 |
| B320 | 10/29/15 | WFJ | Correspondence with Debtors' counsel re: BofA language in plan re: accounts | 0.20 | 127.00 |
| B320 | 10/30/15 | PK | Review exchange of e-mails from debtors' counsel and W. Jung re: plan issues | 0.40 | 300.00 |
| B320 | 10/30/15 | SLL | Review correspondence from M. Bouslog re: proposed plan language | 0.10 | 88.00 |
| B320 | 10/30/15 | SLL | Review memorandum re: abandonment motion | 0.10 | 88.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B320 | 10/30/15 | SLL | Review correspondence from M. Bouslog re: plan opposition | 0.20 | 176.00 |
| B320 | 10/30/15 | SLL | Review correspondence from M. Rosenthal re: plan opposition | 0.10 | 88.00 |
| B320 | 10/30/15 | SLL | Review Limited Objection of CareSource and CareSource Management Group Co. to First Amended Chapter 11 Plan | 0.10 | 88.00 |
| B320 | 10/30/15 | WFJ | Review Limited  Objection to Confirmation of Plan filed by CareSource and CareSource Management Group Co | 0.20 | 127.00 |
| B320 | 10/30/15 | WFJ | Correspondence with M. Bouslog re: secured creditor language for plan | 0.30 | 190.50 |
| B320 | 10/30/15 | WFJ | Correspondence with M. Bouslog re: Indiana property | 0.20 | 127.00 |
| B320 | 10/31/15 | PK | Review/edit draft objection to plan and disclosure statement including review of plan and disclosure statement and related documents | 2.70 | 2,025.00 |
| | | | **Total B320 - Plan and Disclosure Statement (including Business Plan)** | 27.20 | $17,922.50 |

**Timekeeper Summary** (by Task):

| Task | Task Description | Hours | Fees |
|------|------------------|-------|------|
| B110 | Case Administration | 7.30 | $3,726.00 |
| B130 | Asset Disposition | 3.50 | $2,345.00 |
| B150 | Meetings of and Communication with Creditors | 16.90 | $10,360.50 |
| B160 | Fee/Employment Applications | 4.10 | $1,583.50 |
| B165 | Employment and Retention Applications - Others | 0.30 | $239.50 |
| B175 | Fee Applications and Invoices - Others | 3.00 | $2,321.50 |
| B185 | Assumption/Rejection of Leases and Contracts | 1.40 | $938.00 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 7.40 | $4,773.00 |
| B195 | Non-Working Travel | 4.70 | $1,492.25 |
| B210 | Business Operations | 2.30 | $1,509.50 |
| B310 | Claims Administration and Objections | 9.20 | $6,433.50 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 27.20 | $17,922.50 |
| | **Total** | **87.30** | **$ 53,644.75** |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**