# EXHIBIT B

| | |
|---|---|
| Standard Register Committee of Unsecured Creditors | Page 25 |
| Invoice No.: 753656 | November 13, 2015 |

**EXHIBIT B**

**Actual and necessary disbursements incurred by Lowenstein Sandler LLP**

**II. Summary of Disbursement Charges**

| | |
|---|---:|
| Computerized legal research | $976.46 |
| Telecommunications | $89.53 |
| Travel | $42.80 |
| Photocopies 6 pages at $0.10 per page | $0.60 |
| **Total Disbursements** | **$1,109.39** |

The above charges are based upon time and expense records available on or about the date of the attached letter. Such records are believed in good faith to be accurate and substantially up to date, but there may be fees and expenses that have not been processed as of such date which Lowenstein Sandler LLP may submit in the future. Lowenstein Sandler LLP reserves the right to amend this monthly statement at a later date.

| | | |
|---|---|---:|
| Standard Register Committee of Unsecured Creditors | | Page 27 |
| Invoice No.: 753656 | | November 13, 2015 |

**DISBURSEMENT DETAIL:**

| Date | Description | Amount |
|---|---|---:|
| 09/08/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19600628 DATE: 9/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | $7.93 |
| 09/09/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19600628 DATE: 9/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 2.75 |
| 09/09/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19600628 DATE: 9/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 1.87 |
| 09/11/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19600628 DATE: 9/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 4.14 |
| 09/11/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19600628 DATE: 9/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 0.17 |
| 09/11/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19600628 DATE: 9/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 21.97 |
| 09/11/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19600628 DATE: 9/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 3.06 |
| 09/11/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19600628 DATE: 9/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 1.47 |
| 09/11/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19600628 DATE: 9/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 4.19 |
| 09/11/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19600628 DATE: 9/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 0.10 |
| 09/11/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19600628 DATE: 9/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 4.14 |
| 09/11/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19600628 DATE: 9/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 0.16 |
| 09/18/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19600628 DATE: 9/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 3.48 |
| 09/18/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19600628 DATE: 9/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 0.94 |
| 09/18/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19600628 DATE: 9/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 0.73 |
| 09/18/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19600628 DATE: 9/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 4.14 |
| 09/25/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19600628 DATE: 9/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 4.14 |
| 09/25/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19600628 DATE: 9/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 0.17 |
| 09/25/15 | Long distance telephone - External  VENDOR: Premiere | 3.61 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| | | |
|---|---|---|
| Standard Register Committee of Unsecured Creditors | | Page 28 |
| Invoice No.: 753656 | | November 13, 2015 |

| Date | Description | Amount |
|---|---|---|
| | Global Services INVOICE#: 19600628 DATE: 9/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | |
| 09/25/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19600628 DATE: 9/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 0.82 |
| 09/25/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19600628 DATE: 9/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 7.96 |
| 09/28/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19600628 DATE: 9/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 7.27 |
| 09/29/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19600628 DATE: 9/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 4.10 |
| 09/29/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19600628 DATE: 9/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 0.22 |
| 10/15/15 | Local Travel  VENDOR: Jung, Wojciech F.; INVOICE#: 101515; DATE: 10/15/2015 Travel to court for hearing | 42.80 |
| 07/06/15 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q32015 DATE: 10/12/2015 Date: 07/06/2015 Court: OHNBK Pages: 98 | $9.80 |
| 07/06/15 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q32015 DATE: 10/12/2015 Date: 07/06/2015 Court: OHSBK Pages: 104 | 10.40 |
| 07/06/15 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q32015 DATE: 10/12/2015 Date: 07/06/2015 Court: OHSDC Pages: 119 | 11.90 |
| 07/07/15 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q32015 DATE: 10/12/2015 Date: 07/07/2015 Court: OHSDC Pages: 15 | 1.50 |
| 07/06/15 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q32015 DATE: 10/12/2015 Date: 07/06/2015 Court: DEBK Pages: 3 | 0.30 |
| 07/09/15 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q32015 DATE: 10/12/2015 Date: 07/09/2015 Court: DEBK Pages: 2 | 0.20 |
| 07/16/15 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q32015 DATE: 10/12/2015 Date: 07/16/2015 Court: DEBK Pages: 17 | 1.70 |
| 07/27/15 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q32015 DATE: 10/12/2015 Date: 07/27/2015 Court: NYSBK Pages: 1 | 0.10 |
| 07/28/15 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q32015 DATE: 10/12/2015 Date: 07/28/2015 Court: NYSBK Pages: 30 | 3.00 |
| 07/16/15 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q32015 DATE: 10/12/2015 Date: 07/16/2015 Court: NJBK Pages: 58 | 5.80 |
| 07/17/15 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q32015 DATE: 10/12/2015 Date: 07/17/2015 Court: NJBK Pages: 2 | 0.20 |
| 07/21/15 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q32015 DATE: 10/12/2015 Date: 07/21/2015 Court: NJBK Pages: 9 | 0.90 |
| 07/13/15 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q32015 DATE: 10/12/2015 Date: 07/13/2015 Court: DEBK Pages: 12 | 1.20 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Date | Description | Amount |
|---|---|---|
| 07/14/15 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q32015 DATE: 10/12/2015 Date: 07/14/2015 Court: DEBK Pages: 7 | 0.70 |
| 07/30/15 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q32015 DATE: 10/12/2015 Date: 07/30/2015 Court: DEBK Pages: 14 | 1.40 |
| 07/31/15 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q32015 DATE: 10/12/2015 Date: 07/31/2015 Court: DEBK Pages: 1 | 0.10 |
| 08/03/15 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q32015 DATE: 10/12/2015 Date: 08/03/2015 Court: DEBK Pages: 9 | 0.90 |
| 08/05/15 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q32015 DATE: 10/12/2015 Date: 08/05/2015 Court: DEBK Pages: 2 | 0.20 |
| 08/13/15 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q32015 DATE: 10/12/2015 Date: 08/13/2015 Court: DEBK Pages: 90 | 9.00 |
| 08/03/15 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q32015 DATE: 10/12/2015 Date: 08/03/2015 Court: ILCBK Pages: 41 | 4.10 |
| 08/03/15 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q32015 DATE: 10/12/2015 Date: 08/03/2015 Court: NJBK Pages: 197 | 19.70 |
| 08/13/15 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q32015 DATE: 10/12/2015 Date: 08/13/2015 Court: NJBK Pages: 51 | 5.10 |
| 08/07/15 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q32015 DATE: 10/12/2015 Date: 08/07/2015 Court: NYNBK Pages: 42 | 4.20 |
| 07/31/15 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q32015 DATE: 10/12/2015 Date: 07/31/2015 Court: NYSBK Pages: 2 | 0.20 |
| 08/05/15 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q32015 DATE: 10/12/2015 Date: 08/05/2015 Court: NYSBK Pages: 19 | 1.90 |
| 08/06/15 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q32015 DATE: 10/12/2015 Date: 08/06/2015 Court: NYSBK Pages: 112 | 11.20 |
| 08/07/15 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q32015 DATE: 10/12/2015 Date: 08/07/2015 Court: NYSBK Pages: 6 | 0.60 |
| 08/12/15 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q32015 DATE: 10/12/2015 Date: 08/12/2015 Court: NYSBK Pages: 102 | 10.20 |
| 08/04/15 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q32015 DATE: 10/12/2015 Date: 08/04/2015 Court: OHNBK Pages: 20 | 2.00 |
| 08/03/15 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q32015 DATE: 10/12/2015 Date: 08/03/2015 Court: VAEBK Pages: 68 | 6.80 |
| 10/02/15 | Computerized legal research: Westlaw:  User Name: KELLY,TERRY / Duration of Search:  00:00 / Transaction:  2 / Docs/Lines:  0 | 98.99 |
| 10/01/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  2 / Docs/Lines:  0 | 8.00 |
| 10/02/15 | Computerized legal research: Westlaw:  User Name: | 8.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Standard Register Committee of Unsecured Creditors  Page 30
Invoice No.: 753656  November 13, 2015

| Date | Description | Amount |
|---|---|---|
| | VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | |
| 08/14/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q32015 DATE: 10/12/2015 Date: 08/14/2015 Court: DEBK Pages: 41 | 4.10 |
| 08/17/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q32015 DATE: 10/12/2015 Date: 08/17/2015 Court: DEBK Pages: 108 | 10.80 |
| 09/18/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q32015 DATE: 10/12/2015 Date: 09/18/2015 Court: DEBK Pages: 6 | 0.60 |
| 09/28/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q32015 DATE: 10/12/2015 Date: 09/28/2015 Court: DEBK Pages: 6 | 0.60 |
| 09/30/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q32015 DATE: 10/12/2015 Date: 09/30/2015 Court: DEBK Pages: 62 | 6.20 |
| 09/30/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q32015 DATE: 10/12/2015 Date: 09/30/2015 Court: FLSBK Pages: 9 | 0.90 |
| 08/17/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q32015 DATE: 10/12/2015 Date: 08/17/2015 Court: ILCBK Pages: 5 | 0.50 |
| 08/25/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q32015 DATE: 10/12/2015 Date: 08/25/2015 Court: ILCBK Pages: 0 | 2.40 |
| 08/14/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q32015 DATE: 10/12/2015 Date: 08/14/2015 Court: NJBK Pages: 76 | 7.60 |
| 08/17/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q32015 DATE: 10/12/2015 Date: 08/17/2015 Court: NJBK Pages: 146 | 14.60 |
| 09/10/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q32015 DATE: 10/12/2015 Date: 09/10/2015 Court: NJBK Pages: 114 | 11.40 |
| 08/13/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q32015 DATE: 10/12/2015 Date: 08/13/2015 Court: NYSBK Pages: 79 | 7.90 |
| 08/17/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q32015 DATE: 10/12/2015 Date: 08/17/2015 Court: NYSBK Pages: 22 | 2.20 |
| 08/28/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q32015 DATE: 10/12/2015 Date: 08/28/2015 Court: VAEBK Pages: 59 | 5.90 |
| 08/18/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q32015 DATE: 10/12/2015 Date: 08/18/2015 Court: NJBK Pages: 75 | 7.50 |
| 08/30/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q32015 DATE: 10/12/2015 Date: 08/30/2015 Court: NYEBK Pages: 34 | 3.40 |
| 08/19/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q32015 DATE: 10/12/2015 Date: 08/19/2015 Court: NYSBK Pages: 18 | 1.80 |
| 08/31/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q32015 DATE: 10/12/2015 Date: 08/31/2015 Court: NYSBK Pages: 40 | 4.00 |
| 09/03/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q32015 DATE: | 5.40 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Date | Description | Amount |
|---|---|---|
| | 10/12/2015 Date: 09/03/2015 Court: NYSBK Pages: 54 | |
| 09/08/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q32015 DATE: 10/12/2015 Date: 09/08/2015 Court: TXSBK Pages: 105 | 10.50 |
| 08/28/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q32015 DATE: 10/12/2015 Date: 08/28/2015 Court: ALNBK Pages: 67 | 6.70 |
| 08/18/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q32015 DATE: 10/12/2015 Date: 08/18/2015 Court: DEBK Pages: 150 | 15.00 |
| 08/19/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q32015 DATE: 10/12/2015 Date: 08/19/2015 Court: DEBK Pages: 2 | 0.20 |
| 08/20/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q32015 DATE: 10/12/2015 Date: 08/20/2015 Court: DEBK Pages: 2 | 0.20 |
| 08/24/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q32015 DATE: 10/12/2015 Date: 08/24/2015 Court: DEBK Pages: 181 | 18.10 |
| 08/25/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q32015 DATE: 10/12/2015 Date: 08/25/2015 Court: DEBK Pages: 33 | 3.30 |
| 09/02/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q32015 DATE: 10/12/2015 Date: 09/02/2015 Court: DEBK Pages: 3 | 0.30 |
| 09/08/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q32015 DATE: 10/12/2015 Date: 09/08/2015 Court: DEBK Pages: 11 | 1.10 |
| 09/10/15 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q32015 DATE: 10/12/2015 Date: 09/10/2015 Court: DEBK Pages: 160 | 16.00 |
| 10/03/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 10/04/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 10/05/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 10/06/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 10/10/15 | Computerized legal research: Westlaw: User Name: BEHLMAN,ANDREW / Duration of Search: 00:00 / Transaction: 7 / Docs/Lines: 0 | 286.97 |
| 10/07/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 10/08/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 10/09/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 10/10/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Standard Register Committee of Unsecured Creditors  Page 32
Invoice No.: 753656  November 13, 2015

| Date | Description | Amount |
|---|---|---|
| 10/11/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 10/12/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 10/13/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 10/19/15 | Computerized legal research: Westlaw: User Name: BEHLMAN,ANDREW / Duration of Search: 00:00 / Transaction: 2 / Docs/Lines: 0 | 24.00 |
| 10/14/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 10/15/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 10/16/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 10/17/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 10/18/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 10/19/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 10/20/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 10/27/15 | Computerized legal research: Westlaw: User Name: BEHLMAN,ANDREW / Duration of Search: 00:00 / Transaction: 3 / Docs/Lines: 0 | 24.00 |
| 10/21/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 10/22/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 10/23/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 10/24/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 10/25/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 10/26/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 10/27/15 | Computerized legal research: Westlaw: User Name: VISLOCKY,NICHOLAS B / Duration of Search: 00:00 / Transaction: 1 / Docs/Lines: 0 | 8.00 |
| 10/28/15 | Computerized legal research: Westlaw: User Name: | 8.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| | | |
|---|---|---|
| Standard Register Committee of Unsecured Creditors | | Page 33 |
| Invoice No.: 753656 | | November 13, 2015 |

| Date | Description | Amount |
|---|---|---|
| | VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | |
| 10/29/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 10/30/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 10/31/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| | Internal photocopies:  6 pages at $0.10 per page | 0.60 |
| | **Total Disbursements** | **$1,109.39** |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**