# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 1172, 1174, 1175, 1176, 1178, 1179 & 1194 |

## CERTIFICATION OF COUNSEL REGARDING PROPOSED OMNIBUS ORDER APPROVING SECOND INTERIM FEE APPLICATIONS OF CERTAIN PROFESSIONALS RETAINED IN THESE CHAPTER 11 CASES

On October 15, 2015, the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") filed the *Second Interim Quarterly Fee Requests of the Debtors' Professionals* [Docket No. 1172] (the "Debtors' Application"). The Debtors' Application includes second interim fee applications for the following professionals retained by the Debtors:

- Gibson, Dunn & Crutcher LLP ("GDC," counsel to the Debtors)
- Young Conaway Stargatt & Taylor, LLP ("YCST," counsel to the Debtors)
- Prime Clerk LLC (administrative advisor to the Debtors)
- Dinsmore & Shohl LLP ("Dinsmore," special counsel to the Debtors)

Concurrently with the Debtors' Application, each of GDC, YCST, and Dinsmore filed supplemental applications [Docket Nos. 1175, 1176 & 1194] regarding their respective Second Interim Fee Applications (as defined below).

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

On October 15, 2015, the official committee of unsecured creditors in the above-captioned chapter 11 cases (the "Committee") filed the following interim fee applications: *Second Interim Application of Zolfo Cooper, LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial and Forensic Advisors to the Official Committee of Unsecured Creditors of Standard Register for the Period June 1, 2015 through September 30, 2015* [Docket No. 1174] (the "Zolfo Application"); *Second Interim Application of Jefferies LLC for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Investment Banker to the Official Committee of Unsecured Creditors for the Period from June 1, 2015 through July 31, 2015* [Docket No. 1178] (the "Jefferies Application"); and *Second Interim Application of Lowenstein Sandler LLP as Counsel to the Official Committee of Unsecured Creditors for Compensation for Services Rendered and Reimbursement of Expenses for the Period from June 1, 2015 through September 30, 2015* [Docket No. 1179] (the "Lowenstein Application," and collectively with the Debtors' Application, the Zolfo Application, and the Jefferies Application, the "Second Interim Fee Applications").

A hearing to consider the Second Interim Fee Applications is scheduled to be held on November 19, 2015 at 9:30 a.m. (ET). As no responses have been received with respect to the Second Interim Fee Applications, the Debtors' undersigned counsel, on behalf of the Debtors and the Committee, hereby submits the proposed form of order, attached hereto as Exhibit 1 (the "Proposed Order"), approving the Second Interim Fee Applications, and respectfully requests that the Court enter the Proposed Order at its earliest convenience without further notice or hearing.

01:17964852.2

| | |
|---|---|
| Dated: November 16, 2015<br>Wilmington, Delaware | */s/ Andrew L. Magaziner*<br>Michael R. Nestor (No. 3526)<br>Kara Hammond Coyle (No. 4410)<br>Andrew L. Magaziner (No. 5426)<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>mnestor@ycst.com<br>kcoyle@ycst.com<br>amagaziner@ycst.com<br><br>-and-<br><br>Michael A. Rosenthal (NY No. 4697561)<br>Jeremy L. Graves (CO No. 45522)<br>Matthew G. Bouslog (CA No. 280978)<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, New York 10166-0193<br>Telephone: (212) 351-4000<br>Facsimile: (212) 351-4035<br>mrosenthal@gibsondunn.com<br>jgraves@gibsondunn.com<br>mbouslog@gibsondunn.com<br><br>*Counsel to the Debtors and*<br>*Debtors in Possession* |

# EXHIBIT 1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION COMPANY, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>Jointly Administered<br><br>**Ref. Docket Nos. 1172, 1174, 1175, 1176, 1178, 1179, 1194 & ____** |

**ORDER APPROVING SECOND INTERIM FEE APPLICATIONS**
**OF CERTAIN PROFESSIONALS RETAINED IN THESE CHAPTER 11 CASES**

Upon consideration of the second interim fee applications (collectively, the "Applications") of certain professionals retained in the above-captioned chapter 11 cases (collectively, the "Professionals") by the above-captioned debtors and debtors in possession (collectively, the "Debtors") and the Official Committee of Unsecured Creditors, respectively, a list of which is attached hereto as Exhibit A, for allowance of compensation and reimbursement of expenses on an interim basis; and it appearing to the Court that all of the requirements of §§ 327, 328, 330, 331 and 503(b) of title 11 of the United States Code, as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, have been satisfied; and it further appearing that the compensation earned and expenses incurred were reasonable and necessary; and that the notices of the Applications were appropriate; and after due deliberation and sufficient good cause appearing therefor,

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

01:17948674.2

2

**IT IS HEREBY ORDERED THAT**:

1. The Applications are APPROVED in the amounts set forth on <u>Exhibit A</u>.

2. The Professionals are granted allowance of compensation in the amounts set forth on <u>Exhibit A</u>.

3. The Professionals are allowed the reimbursement of reasonable and necessary expenses in the amounts set forth on <u>Exhibit A</u>.

4. The Debtors are authorized and directed to remit payment to the Professionals in the amounts set forth on <u>Exhibit A</u>, less all amounts previously paid on account of such fees and expenses.

5. This Order shall be deemed a separate order for each Professional and the appeal of any order with respect to any Professional shall have no effect on the authorized fees and expenses of any other Professional.

6. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: November ___, 2015
      Wilmington, Delaware

_____
BRENDAN L. SHANNON
CHIEF UNITED STATES BANKRUPTCY JUDGE

# **EXHIBIT A**

**Second Interim Fee Application of Young Conaway Stargatt & Taylor, LLP,
Counsel to the Debtors**

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | C.N.O. Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To Be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 7/1/15 – 7/31/15 [D.I. 936; 8/17/15] | $106,529.00 | $7,555.83 | D.I. 1012; 9/3/15 | $85,223.20 | $7,555.83 | $21,305.80 |
| 8/1/15 – 8/31/15 [D.I. 1126; 10/1/15] | $52,620.00 | $1,313.83 | D.I. 1206; 10/21/15 | $42,096.00 | $1,313.83 | $10,524.00 |
| **TOTAL** | **$159,149.00** | **$8,869.66** | | **$127,319.20** | **$8,869.66** | **$31,829.80** |

**Second Interim Fee Application of Gibson, Dunn & Crutcher LLP,
Counsel to the Debtors**

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | C.N.O. Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To Be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 7/1/15 – 7/31/15 [D.I. 928; 8/14/15] | $941,575.00 | $37,901.47 | D.I. 1007; 9/2/15 | $753,260.00 | $37,901.47 | $188,315.00 |
| 8/1/15 – 8/31/15 [D.I. 1044; 9/15/15] | $335,995.00 | $24,364.42 | D.I. 1131; 10/2/15 | $268,796.00 | $24,364.42 | $67,199.00 |
| **TOTAL** | **$1,272,766.00**[1] | **$62,265.89** | | **$1,022,056.00** | **$62,265.89** | **$250,710.00**[2] |

**Second Interim Fee Application of Prime Clerk LLC,
Administrative Advisor to the Debtors**

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | C.N.O. Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To Be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 6/1/15 – 8/31/15 [D.I. 1121; 9/30/15] | $1,374.00 | $0.00 | D.I. 1205; 10/21/15 | $1,099.20 | $0.00 | $274.80 |
| **TOTAL** | **$1,374.00** | **$0.00** | | **$1,099.20** | **$0.00** | **$274.80** |

---

1  The total reflects a non-working travel reduction of $20,858.50, which was previously reflected in Gibson Dunn's Monthly Fee Applications, plus an additional voluntary reduction of $4,404.00, which is comprised of fees attributable to transitory and certain non-attorney timekeepers.

2  This amount reflects the voluntary reduction described above.

**Second Interim Fee Application of Dinsmore & Shohl LLP,**
**Special Counsel to the Debtors**

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | C.N.O. Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To Be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 7/1/15 – 7/31/15 [D.I. 951; 8/19/15] | $39,953.78 | $5,346.50 | D.I. 1027; 9/8/15 | $31,963.02 | $5,346.50 | $7,990.76 |
| 8/1/15 – 8/31/15 [D.I. 1142; 10/7/15] | $28,279.56 | $1,012.04 | D.I. 1221; 10/26/15 | $22,623.64 | $1,012.04 | $5,655.92 |
| **TOTAL** | **$68,233.34** | **$6,358.54** | | **$54,586.66** | **$6,358.54** | **$13,646.68** |

**Second Interim Fee Application of Lowenstein Sandler LLP,**
**Counsel to the Official Committee of Unsecured Creditors**

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | C.N.O. Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To Be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 6/1/15 – 6/30/15 [D.I. 788; 7/7/15] | $476,100.75 | $10,965.56 | D.I. 873; 7/24/15 | $380,880.60 | $10,965.56 | $95,220.15 |
| 7/1/15 – 7/31/15 [D.I. 932; 8/14/15] | $175,700.00 | $9,017.98 | D.I. 1008; 9/2/15 | $140,560.00 | $9,017.98 | $35,140.00 |
| 8/1/15 – 8/31/15 [D.I. 1045; 9/15/15] | $76,635.50 | $2,156.01 | D.I. 1132; 10/2/15 | $61,308.40 | $2,156.01 | $15,327.10 |
| 9/1/15 – 9/30/15 [D.I. 1154; 10/12/15] | $97,391.25 | $2,336.52 | D.I. 1237; 10/29/15 | $77,913.00 | $2,336.52 | $19,478.25 |
| **TOTAL** | **$825,827.50** | **$24,476.07** | | **$660,662.00** | **$24,476.07** | **$165,165.50** |

**Second Interim Fee Application of Zolfo Cooper, LLC,**
**Financial and Forensic Advisors to the Official Committee of Unsecured Creditors**

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | C.N.O. Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To Be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 6/1/15 – 6/30/15 [D.I. 778; 7/6/15] | $95,237.00 | $1,299.98 | D.I. 871; 7/23/15 | $76,189.60 | $1,299.98 | $19,047.40 |
| 7/1/15 – 7/31/15 [D.I. 974; 8/25/15] | $50,000.00 | $614.49 | D.I. 1034; 9/11/15 | $40,000.00 | $614.49 | $10,000.00 |
| 8/1/15 – 8/31/15 [D.I. 1151; 10/12/15] | $45,220.50 | $64.02 | D.I. 1259; 11/2/15 | $36,176.40 | $64.02 | $9,044.10 |
| 9/1/15 – 9/30/15 [D.I. 1173; 10/15/15] | $20,862.00 | $32.39 | D.I. 1264; 11/3/15 | $16,689.60 | $32.39 | $4,172.40 |
| **TOTAL** | **$211,319.50** | **$2,010.88** | | **$169,055.60** | **$2,010.88** | **$42,263.90** |

**Second Interim Fee Application of Jefferies, LLC,**
**Investment Banker to the Official Committee of Unsecured Creditors**

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | C.N.O. Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To Be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 6/1/15 – 6/30/15 [D.I. 902; 8/5/15] | $100,000.00 | $39,666.56 | D.I. 972; 8/25/15 | $80,000.00 | $39,666.56 | $20,000.00 |
| 7/1/15 – 7/31/15 [D.I. 955; 8/20/15] | $100,000.00 | $29,854.49 | D.I. 1029; 9/9/15 | $80,000.00 | $29,854.49 | $20,000.00 |
| **TOTAL** | **$200,000.00** | **$69,521.05** | | **$160,000.00** | **$69,521.05** | **$40,000.00** |