# UNITED STATES BANKRUPTCY COURT
District of Delaware

In re: <u>SRC Liquidation Company (f/k/a The Standard Register Company), ET AL.,</u>    Case No. <u>15-10541</u>

## NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **SONAR CREDIT PARTNERS III, LLC** | **Graphic Engravers Inc, DBA GEI Graphics** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

SONAR CREDIT PARTNERS III, LLC
80 BUSINESS PARK DRIVE, SUITE 208
ARMONK, NY 10504

Phone: **(914) 730-1005**
Last Four Digits of Acct #: N/A

Court Claim # (if known): **181 & 2367**
Amount of Claims: **$276,356.67 & $182,025.70**
Transferred Administrative Portion
of Claims in the Amounts of: **$94,330.97 & $90,697.72**
Date Claims Filed: **3/26/2015 & 7/17/2015**

Phone: N/A
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Name and Current Address of Transferor:

Graphic Engravers Inc, DBA GEI Graphics
691 Country Club Drive
Bensenville, IL 60106

Graphic Engravers Inc.
c/o Richard W. Hillsberg, Esq.
Kovitz Shifrin Nesbit
750 W. LakeCook Rd, Suite 350
Buffalo Grove, IL 60089

Phone: N/A
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief:

By: /s/Michael Goldberg     Date: 11/16/2015
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EXHIBIT A

## EVIDENCE OF TRANSFER OF ADMINISTRATIVE EXPENSE 503(b)(9) CLAIM

TO: United States Bankruptcy Court ("Bankruptcy Court")
District of Delaware
Attn: Clerk

AND TO: SRC Liquidation Company (f/k/a The Standard Register Company) ("Debtor"), Case No. 15-10541.

Claim #: 181

**GRAPHIC ENGRAVERS INC, DBA GEI GRAPHICS**, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**SONAR CREDIT PARTNERS III, LLC**
80 Business Park Drive
Suite 208
Armonk, NY 10504
Attn: Michael Goldberg
Phone: (914) 730-1005

its successors and assigns ("Assignee"), all rights, title and interest in and to the claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of **$94,330.97** ("Administrative Expense 503(b)(9) Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated November 16, 2015.

ASSIGNOR: Graphic Engravers Inc DBA GEI GRAPHICS

Signature: _Kenneth R. Zidek_
Name: KENNETH R. ZIDEK
Title: PRESIDENT
Date: Nov 16 2015

ASSIGNEE: Sonar Credit Partners III, LLC
By: Sonar Asset Management Group, Inc.
Its Managing Member

Signature: _Michael Goldberg_
Name: Michael Goldberg
Title: President
Date: 11/16/15



 **SRC Liquidation Company (15-10541)**   CHANGE C

Case Info     Docket     Claims     Submit a Claim

# Creditor Data Details for Claim # 181

Creditor
Graphic Engravers Inc, DBA GEI Graphics
691 Country Club Drive
Bensenville, IL 60106

Debtor Name
SRC Liquidation Company
Schedule Number

Date Filed
03/26/2015

Claim Number
181

Proof of Claim
View PDF  Email PDF

| | Schedule Amount C*U*D* | Asserted Claim Amount C*U*F* | Current Claim Status Claim Value | |
|---|---|---|---|---|
| General Unsecured | | $182,025.70 | $182,025.70 | Asserted |
| Priority | | | | |
| Secured | | | | |
| 503(b)(9) Admin Priority | | $94,330.97 | $94,330.97 | Asserted |
| Admin Priority | | | | |
| Total | $0.00 | $276,356.67 | $276,356.67 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this

Open in new window

**EXHIBIT B**

# EVIDENCE OF TRANSFER OF ADMINISTRATIVE EXPENSE 503(b)(9) CLAIM

TO:  United States Bankruptcy Court ("Bankruptcy Court")
 District of Delaware
 Attn: Clerk

AND TO:  SRC Liquidation Company (f/k/a The Standard Register Company) ("Debtor"), Case No. 15-10541.

Claim #: 2367

GRAPHIC ENGRAVERS INC, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

 **SONAR CREDIT PARTNERS III, LLC**
 80 Business Park Drive
 Suite 208
 Armonk, NY 10504
 Attn: Michael Goldberg
 Phone: (914) 730-1005

its successors and assigns ("Assignee"), all rights, title and interest in and to the claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $90,697.72 ("Administrative Expense 503(b)(9) Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated November 16, 2015.

ASSIGNOR: Graphic Engravers Inc, DBA GEI Graphics

Signature: _Kenneth R. Qidek_
Name: KENNETH R. QIDEK
Title: PRESIDENT
Date: Nov 16 2015

ASSIGNEE: Sonar Credit Partners III, LLC
By: Sonar Asset Management Group, Inc.
Its Managing Member

Signature: _Michael Goldberg_
Name: Michael Goldberg
Title: President
Date: 11/16/15

**Prime Clerk**

 # SRC Liquidation Company (15-10541)

Case Info    Docket    Claims    Submit a Claim

# Creditor Data Details for Claim # 2367

Creditor
Graphic Engravers Inc.
c/o Richard W. Hillsberg, Esq.
Kovitz Shifrin Nesbit
750 W. LakeCook Rd.
Suite 350
Buffalo Grove, IL 60089

Date Filed
07/17/2015

Claim Number
2367

Proof of Claim

Debtor Name
SRC Liquidation Company
Schedule Number

| | Schedule Amount ("U"/"D") | Asserted Claim Amount ("U"/"F") | Current Claim Status Claim Value | |
|---|---|---|---|---|
| General Unsecured | | $91,327.98 | $91,327.98 | Asserted |
| Priority | | | | |
| Secured | | | | |
| 503(b)(9) Admin Priority | | $90,697.72 | $90,697.72 | Asserted |
| Admin Priority | | | | |
| Total | $0.00 | $182,025.70 | $182,025.70 | |

"C=Contingent, U=Unliquidated, D=Disputed, F=Foreign"

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website

Open in new window