**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. 1286 |

## NOTICE OF FILING OF PLAN SUPPLEMENT

PLEASE TAKE NOTICE THAT the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby file the Plan Supplement in accordance with the *Second Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and Its Affiliates*, filed on November 11, 2015 [Docket No. 1286] (as it may be amended, modified, or supplemented from time to time, the "Plan").[2]

PLEASE TAKE FURTHER NOTICE that attached hereto as Exhibits 1 through 4 are the documents comprising the Plan Supplement:

**Exhibit 1:** Form of *Final Decree Closing Certain Cases and Amending Caption of Remaining Case*

**Exhibit 2:** Form of *Implementation Memorandum with Respect to Second Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and its Affiliates*

**Exhibit 3:** Form of *Secured Creditor Trust Agreement*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] Capitalized terms used, but not otherwise defined, herein shall assume the meanings ascribed to them in the Plan.

01:17950779.1

**Exhibit 4:** **Form of** *Standard Register Company General Unsecured Creditors' GUC Trust Agreement*

PLEASE TAKE FURTHER NOTICE that the Debtors reserve the right to amend the Plan Supplement at any time prior to the Effective Date of the Plan.

Dated: November 17, 2015
Wilmington, Delaware

*/s/ Andrew L. Magaziner*
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
mnestor@ycst.com
kcoyle@ycst.com
amagaziner@ycst.com

-and-

Michael A. Rosenthal (NY No. 4697561)
Jeremy L. Graves (CO No. 45522)
Matthew G. Bouslog (CA No. 280978)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
mrosenthal@gibsondunn.com
jgraves@gibsondunn.com
mbouslog@gibsondunn.com

*Counsel to the Debtors and Debtors in Possession*