## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket Nos. 1202 & 1250 |

**CERTIFICATION OF COUNSEL REGARDING <u>REVISED</u> ORDER SUSTAINING DEBTORS' OBJECTION TO CLAIM OF PENNSYLVANIA DEPARTMENT OF REVENUE (CLAIM NO. 2491) PURSUANT TO SECTIONS <u>502 AND 505 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3007</u>**

The undersigned hereby certifies as follows:

1. On October 20, 2015, the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") filed the *Debtors' Objection to Claim of Pennsylvania Department of Revenue (Claim No. 2491) Pursuant to Sections 502 and 505 of the Bankruptcy Code and Bankruptcy Rule 3007* [Docket No. 1202] (the "<u>Objection</u>") with the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>"). The deadline to file objections or respond to the Objection was established as November 3, 2015 at 4:00 p.m. (ET) (the "<u>Objection Deadline</u>").

2. Prior to the Objection Deadline, the Pennsylvania Department of Revenue (the "<u>PA DOR</u>" and together with the Debtors, the "<u>Parties</u>") filed its response [Docket No. 1250] to the relief requested in the Objection.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

01:17978895.1

2

3. Following discussions between the Parties, the Debtors have agreed to a revised form of order (the "Revised Order"), a copy of which is attached hereto as Exhibit A, sustaining the Objection on the terms reflected therein.

4. For the convenience of the Court and other interested parties, a blackline comparing the Revised Order against the Proposed Order is attached hereto as Exhibit B.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, as the Debtors did not receive any objections or responses other than that described herein, and the Debtors have resolved the response file by the PA DOR pursuant to the terms of the Revised Order, the Debtors respectfully request that the Court enter the Revised Order without further notice or hearing at the Court's earliest convenience.

Dated:  November 17, 2015
        Wilmington, Delaware

*/s/ Andrew L. Magaziner*
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
mnestor@ycst.com
kcoyle@ycst.com
amagaziner@ycst.com

-and-

Michael A. Rosenthal (NY No. 4697561)
Jeremy L. Graves (CO No. 45522)
Matthew G. Bouslog (CA No. 280978)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone:  (212) 351-4000
Facsimile:  (212) 351-4035
mrosenthal@gibsondunn.com
jgraves@gibsondunn.com
mbouslog@gibsondunn.com

*Counsel to the Debtors and
Debtors in Possession*

3

01:17978895.1