# **EXHIBIT B**

**BLACKLINE**

01:17978895.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | Re: Docket ~~No~~Nos. 1202 & ___ |

## ORDER SUSTAINING DEBTORS' OBJECTION TO CLAIM OF PENNSYLVANIA DEPARTMENT OF REVENUE (CLAIM NO. 2491) PURSUANT TO SECTIONS 502 AND 505 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3007

Upon consideration of the *Debtors' Objection to Claim of Pennsylvania Department of Revenue (Claim No. 2491) Pursuant to Sections 502 and 505 of the Bankruptcy Code and Bankruptcy Rule 3007* [Docket No. 1202] (the "Objection")[2] and the Williams Declaration; and this Court having jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order; and this Court having found that venue of these Chapter 11 Cases and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having determined that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief requested in the Objection is in the best interests of the Debtors, their estates, their creditors and other parties in interest; and this Court having determined that notice of the Objection was good and sufficient upon the particular circumstances and that no other or further notice need be given; and upon the record herein; and

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

01:~~17978893.1~~17978833.1

after due deliberation thereon and good and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT**:

1. The Objection is SUSTAINED as set forth herein.

2. The Claim is hereby modified and reduced to a priority claim under section 507(a)(8) of the Bankruptcy Code in the amount of $~~82,800.12~~130,000.00 and a general unsecured claim in the amount of $~~4,140.00~~ 0.00.

~~3. The Debtors' right to commence additional proceedings with respect to the claims that are subject to the Objection is also fully reserved and shall not be prejudiced in any way by the filing of the Objection.~~

3. ~~4.~~ The Debtors are authorized and empowered to take all steps necessary and appropriate to carry out and otherwise effectuate the terms, conditions, and provisions of this Order.

4. ~~5.~~ This Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: ~~_____~~ November __, 2015
Wilmington, Delaware

_____
Brendon L. Shannon
Chief United States Bankruptcy Judge

01:~~17978893.1~~17
~~01~~9~~8~~3~~3~~660.1

2