IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION COMPANY, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>Jointly Administered<br><br>**Docket Ref. No. 1235** |

ORDER PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY
CODE AND BANKRUPTCY RULE 9019, APPROVING
THE WIND-DOWN SETTLEMENT

Upon the motion (the "Motion")[2] of the Debtors for entry of an order, pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, approving the Wind-Down Settlement by and among the Debtors, Silver Point, and Taylor, a copy of which is attached hereto as Exhibit 1, as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 1334(b) and 157, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and venue of the Chapter 11 Cases and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that it may enter a final order consistent with Article III of the United States Constitution; and notice of the Motion as set forth in the Motion being adequate and no other or further notice being required; and the Court having found and

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] Capitalized terms used herein, but not otherwise defined, have the meaning given to them in the Motion.

01:17910389.1

determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, their creditors, and all other parties-in-interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED, ADJUDGED, AND DECREED THAT**:

1. Pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, the Wind-Down Settlement is approved, and the terms and conditions of the Wind-Down Settlement are incorporated into this Order as if fully set forth herein.

2. This Order shall bind the Debtors, their estates, and any successors thereto, including any subsequently appointed chapter 7 trustee in respect of the Debtors and their estates.

3. The Debtors are authorized and empowered to take all steps necessary and appropriate to carry out and otherwise effectuate the terms, conditions and provisions of this Order.

4. Notwithstanding the possible applicability of Bankruptcy Rule 6004 or any applicable provisions of the Bankruptcy Rules, this Order shall be immediately effective and enforceable upon its entry.

5. This Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: November 17, 2015
Wilmington, Delaware

Brendan L. Shannon
Chief United States Bankruptcy Judge