IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, et al.,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 1172, 1174, 1175, 1176, 1178, 1179, 1194 & 1300 |

## ORDER APPROVING SECOND INTERIM FEE APPLICATIONS OF CERTAIN PROFESSIONALS RETAINED IN THESE CHAPTER 11 CASES

Upon consideration of the second interim fee applications (collectively, the "Applications") of certain professionals retained in the above-captioned chapter 11 cases (collectively, the "Professionals") by the above-captioned debtors and debtors in possession (collectively, the "Debtors") and the Official Committee of Unsecured Creditors, respectively, a list of which is attached hereto as Exhibit A, for allowance of compensation and reimbursement of expenses on an interim basis; and it appearing to the Court that all of the requirements of §§ 327, 328, 330, 331 and 503(b) of title 11 of the United States Code, as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, have been satisfied; and it further appearing that the compensation earned and expenses incurred were reasonable and necessary; and that the notices of the Applications were appropriate; and after due deliberation and sufficient good cause appearing therefor,

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

01:17948674.2

**IT IS HEREBY ORDERED THAT:**

1. The Applications are APPROVED in the amounts set forth on <u>Exhibit A</u>.

2. The Professionals are granted allowance of compensation in the amounts set forth on <u>Exhibit A</u>.

3. The Professionals are allowed the reimbursement of reasonable and necessary expenses in the amounts set forth on <u>Exhibit A</u>.

4. The Debtors are authorized and directed to remit payment to the Professionals in the amounts set forth on <u>Exhibit A</u>, less all amounts previously paid on account of such fees and expenses.

5. This Order shall be deemed a separate order for each Professional and the appeal of any order with respect to any Professional shall have no effect on the authorized fees and expenses of any other Professional.

6. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: November 17, 2015
   Wilmington, Delaware

              _____
              BRENDAN L. SHANNON
              CHIEF UNITED STATES BANKRUPTCY JUDGE