# EXHIBIT A

### Second Interim Fee Application of Young Conaway Stargatt & Taylor, LLP, Counsel to the Debtors

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | C.N.O. Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To Be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 7/1/15 – 7/31/15 [D.I. 936; 8/17/15] | $106,529.00 | $7,555.83 | D.I. 1012; 9/3/15 | $85,223.20 | $7,555.83 | $21,305.80 |
| 8/1/15 – 8/31/15 [D.I. 1126; 10/1/15] | $52,620.00 | $1,313.83 | D.I. 1206; 10/21/15 | $42,096.00 | $1,313.83 | $10,524.00 |
| **TOTAL** | **$159,149.00** | **$8,869.66** | | **$127,319.20** | **$8,869.66** | **$31,829.80** |

### Second Interim Fee Application of Gibson, Dunn & Crutcher LLP, Counsel to the Debtors

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | C.N.O. Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To Be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 7/1/15 – 7/31/15 [D.I. 928; 8/14/15] | $941,575.00 | $37,901.47 | D.I. 1007; 9/2/15 | $753,260.00 | $37,901.47 | $188,315.00 |
| 8/1/15 – 8/31/15 [D.I. 1044; 9/15/15] | $335,995.00 | $24,364.42 | D.I. 1131; 10/2/15 | $268,796.00 | $24,364.42 | $67,199.00 |
| **TOTAL** | **$1,272,766.00**[1] | **$62,265.89** | | **$1,022,056.00** | **$62,265.89** | **$250,710.00**[2] |

### Second Interim Fee Application of Prime Clerk LLC, Administrative Advisor to the Debtors

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | C.N.O. Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To Be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 6/1/15 – 8/31/15 [D.I. 1121; 9/30/15] | $1,374.00 | $0.00 | D.I. 1205; 10/21/15 | $1,099.20 | $0.00 | $274.80 |
| **TOTAL** | **$1,374.00** | **$0.00** | | **$1,099.20** | **$0.00** | **$274.80** |

---

1    The total reflects a non-working travel reduction of $20,858.50, which was previously reflected in Gibson Dunn's Monthly Fee Applications, plus an additional voluntary reduction of $4,404.00, which is comprised of fees attributable to transitory and certain non-attorney timekeepers.

2    This amount reflects the voluntary reduction described above.

## Second Interim Fee Application of Dinsmore & Shohl LLP, Special Counsel to the Debtors

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | C.N.O. Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To Be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 7/1/15 – 7/31/15 [D.I. 951; 8/19/15] | $39,953.78 | $5,346.50 | D.I. 1027; 9/8/15 | $31,963.02 | $5,346.50 | $7,990.76 |
| 8/1/15 – 8/31/15 [D.I. 1142; 10/7/15] | $28,279.56 | $1,012.04 | D.I. 1221; 10/26/15 | $22,623.64 | $1,012.04 | $5,655.92 |
| **TOTAL** | **$68,233.34** | **$6,358.54** | | **$54,586.66** | **$6,358.54** | **$13,646.68** |

## Second Interim Fee Application of Lowenstein Sandler LLP, Counsel to the Official Committee of Unsecured Creditors

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | C.N.O. Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To Be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 6/1/15 – 6/30/15 [D.I. 788; 7/7/15] | $476,100.75 | $10,965.56 | D.I. 873; 7/24/15 | $380,880.60 | $10,965.56 | $95,220.15 |
| 7/1/15 – 7/31/15 [D.I. 932; 8/14/15] | $175,700.00 | $9,017.98 | D.I. 1008; 9/2/15 | $140,560.00 | $9,017.98 | $35,140.00 |
| 8/1/15 – 8/31/15 [D.I. 1045; 9/15/15] | $76,635.50 | $2,156.01 | D.I. 1132; 10/2/15 | $61,308.40 | $2,156.01 | $15,327.10 |
| 9/1/15 – 9/30/15 [D.I. 1154; 10/12/15] | $97,391.25 | $2,336.52 | D.I. 1237; 10/29/15 | $77,913.00 | $2,336.52 | $19,478.25 |
| **TOTAL** | **$825,827.50** | **$24,476.07** | | **$660,662.00** | **$24,476.07** | **$165,165.50** |

**Second Interim Fee Application of Zolfo Cooper, LLC,
Financial and Forensic Advisors to the Official Committee of Unsecured Creditors**

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | C.N.O. Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To Be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 6/1/15 – 6/30/15 [D.I. 778; 7/6/15] | $95,237.00 | $1,299.98 | D.I. 871; 7/23/15 | $76,189.60 | $1,299.98 | $19,047.40 |
| 7/1/15 – 7/31/15 [D.I. 974; 8/25/15] | $50,000.00 | $614.49 | D.I. 1034; 9/11/15 | $40,000.00 | $614.49 | $10,000.00 |
| 8/1/15 – 8/31/15 [D.I. 1151; 10/12/15] | $45,220.50 | $64.02 | D.I. 1259; 11/2/15 | $36,176.40 | $64.02 | $9,044.10 |
| 9/1/15 – 9/30/15 [D.I. 1173; 10/15/15] | $20,862.00 | $32.39 | D.I. 1264; 11/3/15 | $16,689.60 | $32.39 | $4,172.40 |
| **TOTAL** | **$211,319.50** | **$2,010.88** | | **$169,055.60** | **$2,010.88** | **$42,263.90** |

**Second Interim Fee Application of Jefferies, LLC,
Investment Banker to the Official Committee of Unsecured Creditors**

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | C.N.O. Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To Be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 6/1/15 – 6/30/15 [D.I. 902; 8/5/15] | $100,000.00 | $39,666.56 | D.I. 972; 8/25/15 | $80,000.00 | $39,666.56 | $20,000.00 |
| 7/1/15 – 7/31/15 [D.I. 955; 8/20/15] | $100,000.00 | $29,854.49 | D.I. 1029; 9/9/15 | $80,000.00 | $29,854.49 | $20,000.00 |
| **TOTAL** | **$200,000.00** | **$69,521.05** | | **$160,000.00** | **$69,521.05** | **$40,000.00** |