IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION COMPANY, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>Jointly Administered<br><br>Re: Docket No. 1236 |

## ORDER MODIFYING THAT CERTAIN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF WILLIAMSMARSTON LLC, TO AUTHORIZE THE APPOINTMENT OF LANDEN C. WILLIAMS AS INTERIM PRESIDENT AND CHIEF EXECUTIVE OFFICER *NUNC PRO TUNC* TO OCTOBER 28, 2015

Upon the motion (the "Motion")[2] of SRC Liquidation Company and its above-captioned affiliated debtors and debtors in possession (collectively, the "Debtors") for entry of an order authorizing the Debtors to modify the retention of WilliamsMarston to authorize the Debtors to appoint Landen C. Williams as the Debtors' interim President and Chief Executive Officer; and upon consideration of the Motion; and it appearing that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having jurisdiction to consider the Motion and the relief therein pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b);

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

01:17908482.2

and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor; it is hereby ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Debtors are authorized, effective *nunc pro tunc* to October 28, 2015, to appoint Landen C. Williams as the Debtors' interim President and Chief Executive Officer, in addition to continuing as the Debtors' Treasurer.

3. As of October 28, 2015, Kevin Carmody's service as interim President and Chief Executive Officer shall be terminated. Mr. Carmody shall be compensated for any services he provided for which he has not yet been paid, in accordance with the terms of his engagement.

4. The WilliamsMarston Retention Order shall remain in full force and effect except to the extent set forth herein.

5. This Court shall retain jurisdiction to hear and determine all matters arising from implementation of this Order.

Dated: Nov. 17, 2015
Wilmington, Delaware

Brendan L. Shannon
Chief United States Bankruptcy Judge

01:17908482.2

2