## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL DECLARATION OF CHRISTINA PULLO OF PRIME CLERK LLC REGARDING THE SOLICITATION OF VOTES AND TABULATION OF BALLOTS CAST ON THE FIRST AMENDED CHAPTER 11 PLAN OF LIQUIDATION FOR SRC LIQUIDATION COMPANY AND ITS AFFILIATES

I, Christina Pullo, declare, under the penalty of perjury:

1.      I am the Senior Director of Solicitation at Prime Clerk LLC ("***Prime Clerk***"),[2] located at 830 Third Avenue, 9th Floor, New York, New York 10022.  I am over the age of eighteen years and not a party to the above-captioned action.  Unless otherwise noted, I have personal knowledge of the facts set forth herein.

2.      I submit this Supplemental Declaration with respect to the solicitation of votes and the tabulation of Ballots cast on the *First Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and its Affiliates*, dated September 22, 2015 [Docket No. 1086] (as may be modified from time to time, including the exhibits thereto, the "***Plan***").  Except as otherwise noted, all facts set forth herein are based on my personal knowledge, knowledge that I acquired

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] All capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Plan or Solicitation Order (as defined below).

from individuals under my supervision, and my review of relevant documents. I am authorized

to submit this Supplemental Declaration on behalf of Prime Clerk. If I were called to testify, I

could and would testify competently as to the facts set forth herein.

3.      This Court authorized Prime Clerk's retention as (i) administrative advisor to the

above-captioned debtors and debtors in possession (collectively, the "***Debtors***") pursuant to the

*Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor*

*Nunc Pro Tunc* *to the Petition Date*, dated April 13, 2015 [Docket No. 259] and (ii) the Debtors'

claims and noticing agent pursuant to the *Order Authorizing Retention and Appointment of*

*Prime Clerk LLC as Claims and Noticing Agent,* dated March 13, 2015 [Docket No. 54]

(collectively, the "***Retention Orders***"). The Retention Orders authorize Prime Clerk to assist the

Debtors with, among other things, the (a) service of solicitation materials and (b) tabulation of

votes cast to accept or reject the Plan. Prime Clerk and its employees have considerable

experience in soliciting and tabulating votes to accept or reject Chapter 11 plans.

### Service and Transmittal of Solicitation Packages and the Tabulation Process

4.      Pursuant to the *Order (I) Scheduling Combined Hearing on Approval of*

*Disclosure Statement and Confirmation of Plan, (II) Establishing Procedures for Solicitation*

*and Tabulation of Votes on Plan and (III) Approving Related Matters,* dated September 21,

2015 [Docket No. 1073] (the "***Solicitation Order***"), the Court established procedures to solicit

votes from and tabulate Ballots submitted by Holders of Claims entitled to vote on the Plan (the

"***Solicitation Procedures***"). Prime Clerk adhered to the Solicitation Procedures outlined in the

Solicitation Order and the Ballots distributed to Holders of Claims entitled to vote on the Plan. I

supervised the solicitation and tabulation performed by Prime Clerk's employees.

5.      The Solicitation Procedures established September 21, 2015 as the record date

(the "***Voting Record Date***") for determining which Holders of Claims were entitled to vote on

the Plan.  Pursuant to the Plan and the Solicitation Procedures, only Holders of Claims as of the

Voting Record Date in the following Classes were entitled to vote to accept or reject the Plan

(the "*Voting Classes*"):

| Plan Class | Class Description |
|:---:|:---:|
| III | Second Lien Secured Claim |
| IV | General Unsecured Claims |

No other Classes were entitled to vote on the Plan.

6.      In accordance with the Solicitation Procedures, Prime Clerk worked closely with

the Debtors' advisors to identify the Holders of Claims entitled to vote in the Voting Classes as

of the Voting Record Date, and to coordinate the distribution of solicitation materials to these

Holders.  A detailed description of Prime Clerk's distribution of solicitation materials is set forth

in the first *Affidavit of Service of Solicitation Materials*, which was filed with this Court on

October 6, 2015 [Docket No. 1140], and a second *Affidavit of Service of Solicitation Materials*,

which was filed on October 16, 2015 [Docket No. 1191].

7.      In accordance with the Solicitation Procedures, Prime Clerk received, reviewed,

determined the validity of, and tabulated the Ballots submitted to vote on the Plan.  Each Ballot

submitted to Prime Clerk was date-stamped, scanned, assigned a Ballot number, entered into

Prime Clerk's voting database and processed in accordance with the Solicitation Procedures.  To

be included in the tabulation results as valid, a Ballot must have been (a) properly completed

pursuant to the Solicitation Procedures, (b) executed by the relevant Holder entitled to vote on

the Plan (or such Holder's authorized representative), (c) returned to Prime Clerk via an

approved method of delivery set forth in the Solicitation Procedures and (d) received by Prime

Clerk by 5:00 p.m. (Eastern Time) on November 2, 2015 (as may be extended, the "*Voting Deadline*").[3]

8.      All valid Ballots cast by Holders of Claims in Class entitled to vote and received by Prime Clerk on or before the Voting Deadline were tabulated pursuant to the Solicitation Procedures.

9.      The final tabulation of votes cast by timely and properly completed Ballots received by Prime Clerk is attached hereto as **Exhibit A**.

10.     A report of all Ballots excluded from the final tabulation prepared by Prime Clerk, and the reasons for exclusion of such Ballots, is attached hereto as **Exhibit B**.

To the best of my knowledge, information and belief, I declare under penalty of perjury that the foregoing information concerning the distribution, submission and tabulation of Ballots in connection with the Plan is true and correct.

Dated: November 17, 2015

Christina Pullo
Senior Director of Solicitation
Prime Clerk, LLC

---

[3] Prime Clerk received 105 Ballots on November 3, 2015, the day after the Voting Deadline. In accordance with the Solicitation Procedures, the Debtors waived this defect and directed Prime Clerk to include all of these Ballots in the final tabulation.

**<u>Exhibit A</u>**

**SRC Liquidation Company,** *et al.*
**Exhibit A - Tabulation Summary**

| Class | Class Description | Number Accepting | Number Rejecting | Amount Accepting | Amount Rejecting | Class Voting Result |
|-------|-------------------|------------------|------------------|------------------|------------------|---------------------|
|       |                   | % | % | % | % |  |
| III | Second Lien Secured Claim | 5 | 0 | $10,000,000.00 | $0.00 | **ACCEPTS** |
|     |                           | 100% | 0.00% | 100% | 0.00% | |
| IV | General Unsecured Claims | 732 | 56 | $110,268,387.11 | $2,828,247.49 | **ACCEPTS** |
|    |                          | 92.89% | 7.11% | 97.50% | 2.50% | |

**<u>Exhibit B</u>**

**SRC Liquidation Company, *et al*.**
**Exhibit B - Ballots Excluded from Tabulation**

| Class | Class Description | Creditor Name | Ballot # | Voting Amount | Accept / Reject | Reason(s) for Exclusion |
|---|---|---|---|---|---|---|
| IV | General Unsecured Claims | Admatch Corporation | 431 | $556.40 | N/A | DOES NOT INDICATE VOTE TO ACCEPT OR REJECT PLAN |
| IV | General Unsecured Claims | ANDERSON, BETTY | 502 | $1.00 | N/A | DOES NOT INDICATE VOTE TO ACCEPT OR REJECT PLAN |
| IV | General Unsecured Claims | BREHOB CORP | 277 | $1,163.40 | N/A | DOES NOT INDICATE VOTE TO ACCEPT OR REJECT PLAN; BALLOT DOES NOT CONTAIN AN ORIGINAL SIGNATURE |
| IV | General Unsecured Claims | BROUGHTON, JACK | 744 | $1.00 | N/A | DOES NOT INDICATE VOTE TO ACCEPT OR REJECT PLAN |
| IV | General Unsecured Claims | CHARLOTTE SCALE CO INC | 56 | $357.00 | Accept | BALLOT DOES NOT CONTAIN AN ORIGINAL SIGNATURE |
| IV | General Unsecured Claims | CHEL GRAPHICS INC | 863 | $8,363.61 | N/A | DOES NOT INDICATE VOTE TO ACCEPT OR REJECT PLAN |
| IV | General Unsecured Claims | CHEL GRAPHICS, INC. | 850 | $4,796.39 | N/A | DOES NOT INDICATE VOTE TO ACCEPT OR REJECT PLAN |
| IV | General Unsecured Claims | COMPASS INDUSTRIES | 43 | $8,607.57 | Accept | BALLOT DOES NOT CONTAIN AN ORIGINAL SIGNATURE |
| IV | General Unsecured Claims | CONSULTNET LLC | 252 | $13,616.23 | N/A | DOES NOT INDICATE VOTE TO ACCEPT OR REJECT PLAN |
| IV | General Unsecured Claims | CRA-CAR, LLC | 785 | $48,274.00 | N/A | DOES NOT INDICATE VOTE TO ACCEPT OR REJECT PLAN |
| IV | General Unsecured Claims | DG3 North America Inc. | 756 | $61,919.84 | N/A | DOES NOT INDICATE VOTE TO ACCEPT OR REJECT PLAN; BALLOT DOES NOT CONTAIN AN ORIGINAL SIGNATURE |
| IV | General Unsecured Claims | DOCUMOTION RESEARCH INC | 132 | $9,090.25 | Accept | BALLOT DOES NOT CONTAIN AN ORIGINAL SIGNATURE |
| IV | General Unsecured Claims | DRUCKEN LLC | 386 | $33,000.00 | N/A | DOES NOT INDICATE VOTE TO ACCEPT OR REJECT PLAN |
| IV | General Unsecured Claims | DUBOW TEXTILE INC | 373 | $27,030.95 | Reject | BALLOT DOES NOT CONTAIN AN ORIGINAL SIGNATURE |
| IV | General Unsecured Claims | DUBOW TEXTILE INC | 377 | $27,585.78 | Reject | BALLOT DOES NOT CONTAIN AN ORIGINAL SIGNATURE |
| IV | General Unsecured Claims | Dunn Rite Millwright Services, LLC | 428 | $3,710.64 | N/A | DOES NOT INDICATE VOTE TO ACCEPT OR REJECT PLAN |
| IV | General Unsecured Claims | Effective Logistics Management Inc | 3 | $9,431.00 | Accept | BALLOT DOES NOT CONTAIN AN ORIGINAL SIGNATURE |
| IV | General Unsecured Claims | ESSEF DISTRIBUTORS | 20 | $5,097.41 | Accept | BALLOT DOES NOT CONTAIN AN ORIGINAL SIGNATURE |
| IV | General Unsecured Claims | EXCEL SERVICES INC | 816 | $22,616.70 | Accept | BALLOT DOES NOT CONTAIN AN ORIGINAL SIGNATURE |
| IV | General Unsecured Claims | EXPERT ELECTRIC INC | 358 | $751.75 | N/A | DOES NOT INDICATE VOTE TO ACCEPT OR REJECT PLAN |
| IV | General Unsecured Claims | Extra Express (Industry) Inc. | 748 | $9,193.86 | Accept | BALLOT DOES NOT CONTAIN AN ORIGINAL SIGNATURE |
| IV | General Unsecured Claims | GRAPHIC SYSTEMS SERVICES INC | 5 | $10,053.68 | Accept | BALLOT DOES NOT CONTAIN AN ORIGINAL SIGNATURE |
| IV | General Unsecured Claims | HDS OF MINNESOTA INC | 626 | $679.01 | Accept | BALLOT DOES NOT CONTAIN AN ORIGINAL SIGNATURE |
| IV | General Unsecured Claims | Henderson's Printing Inc dba Kunz Business Products | 245 | $10,084.88 | Accept | BALLOT DOES NOT CONTAIN AN ORIGINAL SIGNATURE |
| IV | General Unsecured Claims | Henderson's Printing Inc dba Kunz Business Products | 257 | $20,427.30 | Accept | BALLOT DOES NOT CONTAIN AN ORIGINAL SIGNATURE |
| IV | General Unsecured Claims | HERC PUBLISHING | 273 | $738.37 | Accept | BALLOT DOES NOT CONTAIN AN ORIGINAL SIGNATURE |
| IV | General Unsecured Claims | Holland, Inc. | 587 | $707.45 | N/A | DOES NOT INDICATE VOTE TO ACCEPT OR REJECT PLAN |
| IV | General Unsecured Claims | INTALCO ALUMINUM CORPORATION | 876 | $36,125.00 | Reject | NOT ENTITLED TO VOTE IN THIS CLASS |
| IV | General Unsecured Claims | INTERNATIONAL PLASTICS INC | 229 | $39,120.51 | N/A | DOES NOT INDICATE VOTE TO ACCEPT OR REJECT PLAN |
| IV | General Unsecured Claims | JACK BEALL VERTICAL | 23 | $372.20 | Accept | BALLOT DOES NOT CONTAIN AN ORIGINAL SIGNATURE |
| IV | General Unsecured Claims | JACK BEALL VERTICAL SERVICE INC | 1 | $372.20 | Accept | BALLOT DOES NOT CONTAIN AN ORIGINAL SIGNATURE |
| IV | General Unsecured Claims | JEAN MESSICK | 363 | $1.00 | N/A | DOES NOT INDICATE VOTE TO ACCEPT OR REJECT PLAN; BALLOT DOES NOT CONTAIN AN ORIGINAL SIGNATURE |
| IV | General Unsecured Claims | JETER SYSTEMS CORPORATION | 215 | $8,223.81 | N/A | DOES NOT INDICATE VOTE TO ACCEPT OR REJECT PLAN |
| IV | General Unsecured Claims | Jeter Systems DBA Tab Products Co LLC | 133 | $4,571.83 | N/A | DOES NOT INDICATE VOTE TO ACCEPT OR REJECT PLAN |
| IV | General Unsecured Claims | Jeter Systems DBA Tab Products Co LLC | 216 | $1,602.15 | N/A | DOES NOT INDICATE VOTE TO ACCEPT OR REJECT PLAN |
| IV | General Unsecured Claims | Jose B. Mancilla DBA Mancilla's Quality Printing | 664 | $9,134.67 | N/A | DOES NOT INDICATE VOTE TO ACCEPT OR REJECT PLAN |
| IV | General Unsecured Claims | KING PRINTING SOLUTIONS | 809 | $28,120.00 | N/A | DOES NOT INDICATE VOTE TO ACCEPT OR REJECT PLAN |
| IV | General Unsecured Claims | KUNZ | 258 | $28,119.06 | Accept | BALLOT DOES NOT CONTAIN AN ORIGINAL SIGNATURE |
| IV | General Unsecured Claims | LANCET SOFTWARE DEVELOPMENT INC | 517 | $2,880.00 | N/A | DOES NOT INDICATE VOTE TO ACCEPT OR REJECT PLAN; BALLOT DOES NOT CONTAIN AN ORIGINAL SIGNATURE |
| IV | General Unsecured Claims | LELA KITTS | 503 | $1.00 | Accept | BALLOT DOES NOT CONTAIN AN ORIGINAL SIGNATURE |
| IV | General Unsecured Claims | Liberty Mutual Insurance Co. | 701 | $1.00 | N/A | DOES NOT INDICATE VOTE TO ACCEPT OR REJECT PLAN |
| IV | General Unsecured Claims | MANCILLAS QUALITY PRINTING | 707 | $9,134.67 | N/A | DOES NOT INDICATE VOTE TO ACCEPT OR REJECT PLAN |
| IV | General Unsecured Claims | MARK WINGERBERG | 721 | $1.00 | Accept | BALLOT DOES NOT CONTAIN AN ORIGINAL SIGNATURE |
| IV | General Unsecured Claims | MEDICAL MONOFILAMENT MFG | 151 | $8,520.00 | Accept | BALLOT DOES NOT CONTAIN AN ORIGINAL SIGNATURE |
| IV | General Unsecured Claims | MEDICAL MONOFILAMENT MFG LLC | 461 | $8,352.00 | Accept | BALLOT DOES NOT CONTAIN AN ORIGINAL SIGNATURE |
| IV | General Unsecured Claims | MEDINA WOOD PRODUCTS | 457 | $5,513.96 | Accept | BALLOT DOES NOT CONTAIN AN ORIGINAL SIGNATURE |

**SRC Liquidation Company, *et al*.**
**Exhibit B - Ballots Excluded from Tabulation**

| Class | Class Description | Creditor Name | Ballot # | Voting Amount | Accept / Reject | Reason(s) for Exclusion |
|---|---|---|---|---|---|---|
| IV | General Unsecured Claims | MIAMI INDUSTRIAL TRUCKS INC | 477 | $6,557.20 | Accept | BALLOT DOES NOT CONTAIN AN ORIGINAL SIGNATURE |
| IV | General Unsecured Claims | Miami Industrial Trucks, Inc. | 380 | $6,287.80 | Accept | BALLOT DOES NOT CONTAIN AN ORIGINAL SIGNATURE |
| IV | General Unsecured Claims | MUTUAL ENGRAVING CO | 79 | $329.80 | Accept | BALLOT DOES NOT CONTAIN AN ORIGINAL SIGNATURE |
| IV | General Unsecured Claims | New Penn Motor Express, Inc. | 573 | $59,765.73 | N/A | DOES NOT INDICATE VOTE TO ACCEPT OR REJECT PLAN |
| IV | General Unsecured Claims | NEW PERSPECTIVE GRAPHICS | 627 | $251.00 | Accept | BALLOT DOES NOT CONTAIN AN ORIGINAL SIGNATURE |
| IV | General Unsecured Claims | NEW PERSPECTIVE GRAPHICS-JULLI BENNETT | 628 | $257.37 | Accept | BALLOT DOES NOT CONTAIN AN ORIGINAL SIGNATURE |
| IV | General Unsecured Claims | NSF Strategic Registrations, Ltd | 704 | $10,813.24 | N/A | DOES NOT INDICATE VOTE TO ACCEPT OR REJECT PLAN |
| IV | General Unsecured Claims | PENSION BENEFIT GUARANTY CORPORATION | 655 | $374,346,715.33 | Reject | HOLDER WITHDREW ITS VOTE AND ABSTAINED FROM VOTING |
| IV | General Unsecured Claims | PEPPERDINES MARKING PRODUCTS | 169 | $95.00 | N/A | DOES NOT INDICATE VOTE TO ACCEPT OR REJECT PLAN |
| IV | General Unsecured Claims | PEPPERITE INC | 234 | $97.92 | Accept | BALLOT DOES NOT CONTAIN AN ORIGINAL SIGNATURE |
| IV | General Unsecured Claims | PRINT & FINISHING SOLUTIONS | 170 | $2,771.44 | Accept | BALLOT DOES NOT CONTAIN AN ORIGINAL SIGNATURE |
| IV | General Unsecured Claims | PRINT & FINISHING SOLUTIONS | 230 | $964.64 | Accept | BALLOT DOES NOT CONTAIN AN ORIGINAL SIGNATURE |
| IV | General Unsecured Claims | PRINT FINISHING SOLUTIONS | 176 | $832.55 | Accept | BALLOT DOES NOT CONTAIN AN ORIGINAL SIGNATURE |
| IV | General Unsecured Claims | QUICK POINT INC | 231 | $4,009.29 | Accept | BALLOT DOES NOT CONTAIN AN ORIGINAL SIGNATURE |
| IV | General Unsecured Claims | QUIK IMPRESSIONS | 8 | $145.00 | Accept | BALLOT DOES NOT CONTAIN AN ORIGINAL SIGNATURE |
| IV | General Unsecured Claims | QUIK IMPRESSIONS GROUP INC | 4 | $418.31 | Accept | BALLOT DOES NOT CONTAIN AN ORIGINAL SIGNATURE |
| IV | General Unsecured Claims | QUIK IMPRESSIONS GROUP INC | 7 | $171.79 | Accept | BALLOT DOES NOT CONTAIN AN ORIGINAL SIGNATURE |
| IV | General Unsecured Claims | Reddaway | 629 | $36,879.82 | N/A | DOES NOT INDICATE VOTE TO ACCEPT OR REJECT PLAN |
| IV | General Unsecured Claims | ROBERT BURPO, JR. | 55 | $1.00 | N/A | DOES NOT INDICATE VOTE TO ACCEPT OR REJECT PLAN |
| IV | General Unsecured Claims | ROGER BIGELOW | 463 | $171,280.90 | N/A | DOES NOT INDICATE VOTE TO ACCEPT OR REJECT PLAN |
| IV | General Unsecured Claims | ROGER BIGELOW;LIBERTY-WC390A25784 | 397 | $1.00 | N/A | DOES NOT INDICATE VOTE TO ACCEPT OR REJECT PLAN |
| IV | General Unsecured Claims | ROSATO, STEVEN G. | 872 | $44,513.70 | Accept | BALLOT DOES NOT CONTAIN AN ORIGINAL SIGNATURE |
| IV | General Unsecured Claims | ROTHTEC ENGRAVING CORP NEW BEDFORD | 459 | $2,299.00 | N/A | DOES NOT INDICATE VOTE TO ACCEPT OR REJECT PLAN |
| IV | General Unsecured Claims | SEMPLE, CURT | 196 | $15,953.95 | Accept | BALLOT DOES NOT CONTAIN AN ORIGINAL SIGNATURE |
| IV | General Unsecured Claims | SHAWNEE TRUCKING PA | 321 | $36,224.80 | Accept | BALLOT DOES NOT CONTAIN AN ORIGINAL SIGNATURE |
| IV | General Unsecured Claims | Steven Rosato | 802 | $38,160.00 | Accept | BALLOT DOES NOT CONTAIN AN ORIGINAL SIGNATURE |
| IV | General Unsecured Claims | The Chest LLC | 746 | $4,650.05 | N/A | DOES NOT INDICATE VOTE TO ACCEPT OR REJECT PLAN |
| IV | General Unsecured Claims | TL DESIGNS | 630 | $6,400.00 | Accept | BALLOT DOES NOT CONTAIN AN ORIGINAL SIGNATURE |
| IV | General Unsecured Claims | TOTAL PRESS PARTS LLC | 92 | $7,581.00 | N/A | DOES NOT INDICATE VOTE TO ACCEPT OR REJECT PLAN |
| IV | General Unsecured Claims | United Mail, LLC | 865 | $32,978.54 | N/A | DOES NOT INDICATE VOTE TO ACCEPT OR REJECT PLAN |
| IV | General Unsecured Claims | VCOM SOLUTIONS | 846 | $8,078.76 | Accept | BALLOT DOES NOT CONTAIN AN ORIGINAL SIGNATURE |
| IV | General Unsecured Claims | Veritiv Corporation | 818 | $865,968.01 | N/A | DOES NOT INDICATE VOTE TO ACCEPT OR REJECT PLAN |
| IV | General Unsecured Claims | VSR PRINTING LLC | 518 | $5,647.37 | N/A | DOES NOT INDICATE VOTE TO ACCEPT OR REJECT PLAN |
| IV | General Unsecured Claims | WALTON & COMPANY INC | 100 | $7,220.65 | Accept | BALLOT DOES NOT CONTAIN AN ORIGINAL SIGNATURE |
| IV | General Unsecured Claims | WALTON AND CO INC | 45 | $17,005.81 | Accept | BALLOT DOES NOT CONTAIN AN ORIGINAL SIGNATURE |
| IV | General Unsecured Claims | YRC | 590 | $2,884.92 | N/A | DOES NOT INDICATE VOTE TO ACCEPT OR REJECT PLAN |
| IV | General Unsecured Claims | ZIEMER, AMY L | 48 | $801.14 | Accept | BALLOT DOES NOT CONTAIN AN ORIGINAL SIGNATURE |