**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re: | Chapter 11 |
|---|---|
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON NOVEMBER 19, 2015 AT 9:30 A.M. (ET)**

**ADJOURNED/RESOLVED MATTERS**

1. Debtors' Motion for (I) an Order (A) Establishing Sale Procedures Relating to the Sale of Substantially All of the Debtors' Assets; (B) Approving Bid Protections; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts; (D) Approving Form and Manner of Notice of All Procedures, Protections, Schedules, and Agreements; (E) Scheduling a Hearing to Consider the Proposed Sale; and (F) Granting Certain Related Relief; and (II) an Order (A) Approving the Sale of Substantially All of the Debtors' Assets and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale [D.I. 23; 3/12/15] **(*This matter is scheduled solely with respect to cure/contract objections*)**

   Related Documents:

   a) Order (I) Establishing Sale Procedures Relating to the Sale of Substantially All of the Debtors' Assets; (II) Approving the Maximum Reimbursement Amount; (III) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts; (IV) Approving Form and Manner of Notice of All Procedures, Protections, Schedules, and Agreements; (V) Scheduling a Hearing to Consider the Proposed Sale; and (VI) Granting Certain Related Relief [D.I. 286; 4/15/15]

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] **Amended items appear in bold.**

b) Notice of Sale, Sale Procedures, Auction and Sale Hearing [D.I. 295; 4/16/15]

c) Notice of (I) Entry into Stalking Horse Agreement and (II) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially All of the Debtors’ Assets [D.I. 307; 4/17/15]

d) First Amended Notice of (I) Entry into Stalking Horse Agreement and (II) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially All of the Debtors’ Assets [D.I. 356; 4/27/15]

e) Second Amended Notice of (I) Entry into Stalking Horse Agreement and (II) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially All of the Debtors’ Assets [D.I. 461; 5/8/15]

f) Corrected Second Amended Notice of (I) Entry into Stalking Horse Agreement and (II) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially All of the Debtors’ Assets [D.I. 497; 5/11/15]

g) Third Amended Notice of (I) Entry into Stalking Horse Agreement and (II) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially All of the Debtors’ Assets [D.I. 515; 5/14/15]

h) Supplement to Debtors’ Sale Motion [D.I. 559; 5/27/15]

i) Debtors’ Omnibus Reply in Support of the Sale Motion [D.I. 667; 6/15/15]

j) Notice of Filing of Final List of Executory Contracts and Unexpired Leases That May be Potentially Assumed and Assigned in Connection with the Sale of Substantially All of the Debtors' Assets [D.I. 681; 6/16/15]

k) Order (I) Authorizing the Sale of Substantially All of the Debtors’ Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Certain Related Relief [D.I. 698; 6/19/15]

    l)    Notice of Filing of Final Form of Asset Purchase Agreement Entered into By and Between the Debtors and the Back-Up Bidder in Connection with the Sale of Substantially All of the Debtors' Assets [D.I. 699; 6/19/15]

    m)    First Supplemental Cure Notice Setting Forth (I) Resolution of Previously-Adjourned Contract Objections and (II) Agreed-Upon Modifications to Cure List Approved by Sale Order [D.I. 819; 7/10/15]

    n)    Second Supplemental Cure Notice Setting Forth Resolution of Previously-Adjourned Contract Objections [D.I. 877; 7/28/15]

    o)    Third Supplemental Cure Notice Setting Forth Resolution of Previously-Adjourned Contract Objections [D.I. 912; 8/7/15]

Objection Deadline with Respect to the Proposed Cure Amounts: May 8, 2015 at 4:00 p.m. (ET) [Extended for various parties]

Objections/Responses Received with Respect to Proposed Cure Amounts:

    p)    Limited Objection by GCCFC 2005-GG5 Terminus Industrial Limited Partnership to Proposed Cure Amount [D.I. 441; 5/8/15]

    q)    Objection by CareSource Management Group Co. to Proposed Cure Amount [D.I. 446; 5/8/15]

    r)    Objection of Memorial Hermann Health System to Proposed Cure Amount [D.I. 459; 5/8/15]

Status: With respect to the remaining responses, these matters have now been resolved. No hearing is necessary.

2. Georgia-Pacific Consumer Products LP's Motion for Relief from the Automatic Stay to Permit Setoff Under Section 553 of the Bankruptcy Code [D.I. 198; 4/6/15]

Related Documents:

    a)    Georgia-Pacific Consumer Products LP's Notice of Withdrawal of Motion for Relief from the Automatic Stay [D.I. 1281; 11/10/15]

Objection Deadline: May 5, 2015 at 4:00 p.m. (ET) [Extended for the Debtors and Silver Point Finance, LLC]

Objections/Responses Received: None.

Status: The movant has filed a notice of withdrawal with respect to this matter. No hearing is necessary.

**UNCONTESTED MATTERS WITH CERTIFICATIONS FILED**

3. Second Interim Fee Requests of Various Retained Professionals. For reference, please refer to Exhibit 1 attached hereto.

Related Documents:

a) Certification of Counsel [D.I. 1300; 11/16/15]

**b) Order Approving Second Interim Fee Applications of Certain Professionals Retained in These Chapter 11 Cases [D.I. 1309; 11/17/15]**

Objection Deadline: Varies per individual applications.

Objections/Responses Received: None.

**Status: An order has been entered by the Court. No hearing is necessary.**

4. Debtors' Motion for Entry of an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Approving the Wind-Down Settlement [D.I. 1235; 10/29/15]

Related Documents:

a) Certificate of No Objection [D.I. 1298; 11/16/15]

**b) Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Approving the Wind-Down Settlement [D.I. 1308; 11/17/15]**

Objection Deadline: November 12, 2015 at 4:00 p.m. (ET)

Objections/Responses Received: None.

**Status: An order has been entered by the Court. No hearing is necessary.**

5. Debtors' Motion for Order Modifying that Certain Order Authorizing the Retention and Employment of WilliamsMarston LLC, to Authorize the Appointment of Landen C. Williams as Interim President and Chief Executive Officer *Nunc Pro Tunc* to October 28, 2015 [D.I. 1236; 10/29/15]

Related Documents:

a) Certificate of No Objection [D.I. 1299; 11/16/15]

  **b) Order Modifying that Certain Order Authorizing the Retention and Employment of WilliamsMarston LLC, to Authorize the Appointment of Landen C. Williams as Interim President and Chief Executive Officer *Nunc Pro Tunc* to October 28, 2015 [D.I. 1310; 11/17/15]**

Objection Deadline: November 12, 2015 at 4:00 p.m. (ET)

Objections/Responses Received: None.

**Status: An order has been entered by the Court. No hearing is necessary.**

**UNCONTESTED MATTERS GOING FORWARD**

6. Debtors' First (1st) Omnibus (Substantive) Objection to Claims (Drop-Ship Administrative Priority Claims) Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [D.I. 964; 8/21/15]

Related Documents:

a) Omnibus Reply in Support of Debtors' First (1st) Omnibus (Substantive) Objection to Claims (Drop-Ship Administrative Priority Claims) [D.I. 1138; 10/6/15]

b) Order Sustaining Debtors' First (1st) Omnibus (Substantive) Objection to Claims (Drop-Ship Administrative Priority Claims) Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [D.I. 1184; 10/16/15]

Objection Deadline: September 4, 2015 at 4:00 p.m. (ET) [Extended to September 10, 2015 at 4:00 p.m. (ET) for Harmony Press, Inc.]

Objections/Responses Received:

c) Response of Harmony Press, Inc. in Opposition to Debtors' First (1st) Omnibus (Substantive) Objection to Claims (Drop-Ship Administrative Priority Claims) [D.I. 1030; 9/10/15]

Status: The Court previously entered an order sustaining the objection with respect to all parties other than Harmony Press, Inc. ("Harmony Press"). At this time, the Debtors and Harmony Press have reached an agreement resolving this matter and will submit an agreed form of order at or prior to the hearing.

7. Final Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Investment Banker to the Official Committee of Unsecured Creditors for the Period from March 24, 2015 through July 31, 2015 [D.I. 1230; 10/28/15]

   Related Documents:    None.

   Objection Deadline:    November 17, 2015 at 4:00 p.m. (ET)

   Objections/Responses Received:    None.

   Status:    This is going forward as an uncontested matter. The Committee intends to present an order at the hearing.

8. Combined Hearing to Consider Approval of Disclosure Statement and Confirmation of Plan.

   Related Documents:

   a) Order (I) Scheduling Combined Hearing on Approval of Disclosure Statement and Confirmation of Plan, (II) Establishing Procedures for Solicitation and Tabulation of Votes on Plan and (III) Approving Related Matters [D.I. 1073; 9/21/15]

   b) First Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and Its Affiliates [D.I. 1086; 9/22/15]

   c) Disclosure Statement for First Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and Its Affiliates [D.I. 1087; 9/22/15]

   d) Notice of (A) Deadline for Casting Votes to Accept or Reject First Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and Its Affiliates, (B) Combined Hearing to Consider Approval of Disclosure Statement and Confirmation of Plan and (C) Related Matters and Procedures [D.I. 1093; 9/23/15]

   e) Affidavit of Publication [D.I. 1125; 10/1/15]

   f) Declaration of Christina Pullo of Prime Clerk LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the First Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and Its Affiliates [D.I. 1271; 11/6/15]

   g) Statement of Silver Point Finance, LLC in Support of Confirmation of First Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and Its Affiliates [D.I. 1285; 11/11/15]

    h)    Second Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and Its Affiliates [D.I. 1286; 11/11/15]

    i)    Notice of Filing of Blacklined Version of Second Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and Its Affiliates [D.I. 1287; 11/11/15]

    j)    Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order Confirming Debtors' Second Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and Its Affiliates [D.I. 1288; 11/11/15]

    k)    Declaration of Landen C. Williams in Support of Confirmation of the Second Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and Its Affiliates [D.I. 1289; 11/11/15]

    l)    Omnibus Reply in Support of Second Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and Its Affiliates [D.I. 1290; 11/11/15]

    m)    Debtors' Memorandum of Law in Support of (I) Approval of the Disclosure Statement and (II) Confirmation of the Second Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and Its Affiliates [D.I. 1291; 11/11/15]

    n)    Notice of Filing of Plan Supplement [D.I. 1304; 11/17/15]

Objection Deadline:    November 3, 2015 at 4:00 p.m. (ET) [Extended for Liberty Mutual to November 6, 2015]

Objections/Responses Received:

    o)    Limited Objection of CareSource and CareSource Management Group Co. [D.I. 1243; 10/30/15]

    p)    United States Trustee's Limited Objection [D.I. 1247; 11/2/15]

    q)    Limited Objection of International Paper Company [D.I. 1248; 11/2/15]

    r)    Limited Objection of Leedsworld, Inc., Bullet Line, LLC, and Timeplanner Calendars, Inc. [D.I. 1249; 11/2/15]

    s)    Limited Objection of Morgan Adhesives Company, LLC D/B/A MACtac [D.I. 1252; 11/2/15]

    t) Objection of Texas Comptroller of Public Accounts [D.I. 1253; 11/2/15]

u) Objection of The Pension Benefit Guaranty Corporation [D.I. 1256; 11/2/15]

v) Objection of Commonwealth of Pennsylvania, Department of Revenue [D.I. 1261; 11/2/15]

w) Objection of Local Texas Tax Authorities [D.I. 1263; 11/2/15]

x) Informal Response from Liberty Mutual

**Additional Pleading(s):**

**y) Notice of Appointment of Post-Effective Date Director [D.I. 1223; 10/26/15]**

**z) Supplemental Declaration of Christina Pullo of Prime Clerk LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the First Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and Its Affiliates [D.I. 1313; 11/17/15]**

**aa) Amended Notice of Appointment of Post-Effective Date Manager and Representative [D.I. 1315; 11/18/15]**

**bb) Second Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and Its Affiliates (With Technical Modifications) [D.I. 1316; 11/18/15]**

**cc) Notice of Filing of Blacklined Version of Second Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and Its Affiliates (With Technical Modifications) [D.I. 1317; 11/18/15]**

Status: All listed responses have been resolved pursuant to agreements reached with applicable counterparties and/or the terms of the Second Amended Plan and proposed confirmation order. The Debtors will submit a slightly modified form of order at the hearing. This matter is going forward.

**<u>CONTESTED MATTERS GOING FORWARD</u>**

9. Debtors' Motion for Order Pursuant to 11 U.S.C. § 1113(c) Authorizing Rejection of (I) that Certain Agreement By and Between the Graphic Communications Conference/International Brotherhood of Teamsters, Local No. 197-M and The Standard Register Company, Dated as of February 2, 2015, and (II) that Certain Agreement By and Between the Graphic Communications Union Local No. 594S, Subordinate to the Graphic Communications Conference of the International Brotherhood of Teamsters

District Council, 9 and The Standard Register Company, Dated as of May 1, 2014, *Nunc Pro Tunc* to July 31, 2015 [D.I. 895; 8/4/15]

Related Documents: None.

Objection Deadline: August 11, 2015 at 4:00 p.m. (ET) [Extended to September 16, 2015 at 12:00 p.m. (ET) for the Union]

Objections/Responses Received:

a) Informal Response from the Unions

Status: The Debtors and the Unions are working to finalize an agreed-upon stipulation resolving the Motion, but will advise the Court in advance of the hearing if the matter will be contested. This matter is going forward.

10. Second Interim Application of Polsinelli PC as Delaware Bankruptcy Counsel and Conflicts Counsel for the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred from the Period of June 1, 2015 through September 30, 2015 [D.I. 1177; 10/15/15]

Related Documents: For reference to related pleadings, please refer to Exhibit 1 attached hereto.

Objection Deadline: November 4, 2015 at 4:00 p.m. (ET)

Objections/Responses Received:

a) Informal Response from the Office of the United States Trustee

Status: Polsinelli is currently working with the UST to reach a consensual resolution. This matter is going forward.

11. Debtors' Objection to Claim of Pennsylvania Department of Revenue (Claim No. 2491) Pursuant to Sections 502 and 505 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 1202; 10/20/15]

Related Documents: None.

Objection Deadline: November 3, 2015 at 4:00 p.m. (ET)

Objections/Responses Received:

a) Response of Commonwealth of Pennsylvania, Department of Revenue to Debtors' Objection to Claim of Pennsylvania Department of Revenue

        (Claim No. 2491) Pursuant to Sections 502 and 505 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 1250; 11/2/15]

**Additional Pleading(s):**

**b) Certification of Counsel [D.I. 1307; 11/17/15]**

**c) Order Sustaining Debtors' Objection to Claim of Pennsylvania Department of Revenue (Claim No. 2491) Pursuant to Sections 502 and 505 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 1314; 11/17/15]**

**Status: An order has been entered by the Court. No hearing is necessary.**

12. Proof of Administrative Claim in the Amount of $14,774.14 and Request for Payment Pursuant to 11 U.S.C. § 503(b) Filed by The Department of Labor & Industry, Commonwealth of Pennsylvania [D.I. 1220; 10/26/15]

Related Documents: None.

Objection Deadline: November 12, 2015 at 4:00 p.m. (ET)

Objections/Responses Received:

a) Debtors' Objection to Request for Payment of Administrative Expense Claim of the Department of Labor & Industry, Commonwealth of Pennsylvania [D.I. 1292; 11/12/15]

**Status: The movant has advised the Debtors that its claim has been withdrawn and this matter will not be going forward. Accordingly, this matter is moot and no hearing is necessary.**

[*Signature Page Follows*]

Dated: November 18, 2015
Wilmington, Delaware

*/s/ Andrew L. Magaziner*

Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
mnestor@ycst.com
kcoyle@ycst.com
amagaziner@ycst.com

-and-

Michael A. Rosenthal (NY No. 4697561)
Samuel A. Newman (CA No. 217042)
Jeremy L. Graves (CO No. 45522)
Matthew G. Bouslog (CA No. 280978)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
mrosenthal@gibsondunn.com
snewman@gibsondunn.com
jgraves@gibsondunn.com
mbouslog@gibsondunn.com

*Counsel to the Debtors and*
*Debtors in Possession*

# EXHIBIT 1 - INDEX TO FEE APPLICATIONS

**A. Second Interim Fee Request of Young Conaway Stargatt & Taylor, LLP [D.I. 1172; 10/15/15]**

1. Fifth Monthly Fee Application for the Period from July 1, 2015 through July 31, 2015 [D.I. 936; 8/17/15]
2. Certificate of No Objection [D.I. 1012; 9/3/15]
3. Sixth Monthly Fee Application for the Period from August 1, 2015 through August 31, 2015 [D.I. 1126; 10/1/15]
4. Certificate of No Objection [D.I. 1206; 10/21/15]
5. Supplement to Second Interim Fee Application [D.I. 1176; 10/15/15]

**B. Second Interim Fee Request of Gibson, Dunn & Crutcher LLP [D.I. 1172; 10/15/15]**

1. Fifth Monthly Fee Application for the Period from July 1, 2015 through July 31, 2015 [D.I. 928; 8/14/15]
2. Certificate of No Objection [D.I. 1007; 9/2/15]
3. Sixth Monthly Fee Application for the Period from August 1, 2015 through August 31, 2015 [D.I. 1044; 9/15/15]
4. Certificate of No Objection [D.I. 1131; 10/2/15]
5. Supplement to Second Interim Fee Application [D.I. 1175; 10/15/15]

**C. Second Interim Fee Request of Prime Clerk LLC [D.I. 1172; 10/15/15]**

1. Fourth Monthly Fee Application for the Period from June 1, 2015 through August 31, 2015 [D.I. 1121; 9/30/15]
2. Certificate of No Objection [D.I. 1205; 10/21/15]

**D. Second Interim Fee Request of Dinsmore & Shohl LLP [D.I. 1172; 10/15/15]**

1. Fifth Monthly Fee Application for the Period from July 1, 2015 through July 31, 2015 [D.I. 951; 8/19/15]

2. Certificate of No Objection [D.I. 1027; 9/8/15]

3. Sixth Monthly Fee Application for the Period from August 1, 2015 through August 31, 2015 [D.I. 1142; 10/7/15]

4. Certificate of No Objection [D.I. 1221; 10/26/15]

5. Supplement to First Interim Fee Application [D.I. 1194; 10/19/15]

**E. Second Interim Fee Request of Lowenstein Sandler LLP [D.I. 1179; 10/15/15]**

1. Fourth Monthly Fee Application for the Period from June 1, 2015 through June 30, 2015 [D.I. 788; 7/7/15]

2. Certificate of No Objection [D.I. 873; 7/24/15]

3. Fifth Monthly Fee Application for the Period from July 1, 2015 through July 31, 2015 [D.I. 932; 8/14/15]

4. Certificate of No Objection [D.I. 1008; 9/2/15]

5. Sixth Monthly Fee Application for the Period from August 1, 2015 through August 31, 2015 [D.I. 1045; 9/15/15]

6. Certificate of No Objection [D.I. 1132; 10/2/15]

7. Seventh Monthly Fee Application for the Period from September 1, 2015 through September 30, 2015 [D.I. 1154; 10/12/15]

8. Certificate of No Objection [D.I. 1237; 10/29/15]

**F. Second Interim Fee Request of Polsinelli PC [D.I. 1177; 10/15/15]**

1. Fourth Monthly Fee Application for the Period from June 1, 2015 through June 30, 2015 [D.I. 834; 7/14/15]

2. Certificate of No Objection [D.I. 887; 7/31/15]

3. Fifth Monthly Fee Application for the Period from July 1, 2015 through July 31, 2015 [D.I. 1042; 9/15/15]

4. Certificate of No Objection [D.I. 1133; 10/2/15]

5. Sixth Monthly Fee Application for the Period from August 1, 2015 through August 31, 2015 [D.I. 1043; 9/15/15]

6. Certificate of No Objection [D.I. 1134; 10/2/15]

7. Seventh Monthly Fee Application for the Period from September 1, 2015 through September 30, 2015 [D.I. 1167; 10/14/15]

8. Certificate of No Objection [D.I. 1260; 11/2/15]

**G. Second Interim Fee Request of Zolfo Cooper, LLC [D.I. 1174; 10/15/15]**

1. Third Monthly Fee Application for the Period from June 1, 2015 through June 30, 2015 [D.I. 778; 7/6/15]

2. Certificate of No Objection [D.I. 871; 7/23/15]

3. Fourth Monthly Fee Application for the Period from July 1, 2015 through July 31, 2015 [D.I. 974; 8/25/15]

4. Certificate of No Objection [D.I. 1034; 9/11/15]

5. Fifth Monthly Fee Application for the Period from August 1, 2015 through August 31, 2015 [D.I. 1151; 10/12/15]

6. Certificate of No Objection [D.I. 1259; 11/2/15]

7. Sixth Monthly Fee Application for the Period from September 1, 2015 through September 30, 2015 [D.I. 1173; 10/15/15]

8. Certificate of No Objection [D.I. 1264; 11/3/15]

**H. Second Interim Fee Request of Jefferies LLC [D.I. 1178; 10/15/15]**

1. Second Monthly Fee Application for the Period from June 1, 2015 through June 30, 2015 [D.I. 902; 8/5/15]

2. Certificate of No Objection [D.I. 972; 8/25/15]

3. Third Monthly Fee Application for the Period from July 1, 2015 through July 31, 2015 [D.I. 955; 8/20/15]

4. Certificate of No Objection [D.I. 1029; 9/9/15]

**I. Final Fee Application of Jefferies LLC for the Period from March 24, 2015 through July 31, 2015 [D.I. 1230; 10/28/15]**