IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| SRC LIQUIDATION COMPANY, et al.,[1] | ) Case No. 15-10541 (BLS) |
| Debtors. | ) Jointly Administered |
| | ) **Related to Docket No. 1267** |

## NOTICE OF WITHDRAWAL WITHOUT PREJUDICE
## OF THE PARTIAL OBJECTION OF GRAPHIC LABEL SOLUTIONS
## TO ASSUMPTION OF CONTRACT

PLEASE TAKE NOTICE that the *Partial Objection of Graphic Label Solutions to Assumption of Contract* (D.I. 1267), filed with the Court in the above-captioned case on November 5, 2015, is hereby withdrawn without prejudice.

Dated: November 18, 2015
Wilmington, Delaware

/s/ *Raymond H. Lemisch*
Raymond H. Lemisch (DE Bar ID 4204)
KLEHR HARRISON HARVEY
BRANZBURG, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 426-1189
Facsimile: (302) 426 9193
rlemisch@klehr.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number are EI Wind Down, Inc. f/k/a Edgenet, Inc. [4977] and EHC Holding Wind Down Corp. f/k/a Edgenet Holding Corp. [4146].

PHIL1 5033412v.1