## CERTIFICATE OF SERVICE

I Raymond H. Lemisch, hereby certify that a copy of the NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF THE PARTIAL OBJECTION OF GRAPHIC LABEL SOLUTIONS TO ASSUMPTION OF CONTRACT was caused to be served this 18th day of November, 2015 upon the parties listed below via first class, U.S. Mail.

Michael R. Nestor, Esquire
Kara Hammond Coyle, Esquire
Maris J. Kandestin, Esquire
Andrew L. Magaziner, Esquire
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

Robert A. Klyman, Esquire
Samuel A. Newman, Esquire
Jeremy L. Graves, Esquire
Sabina Jacobs, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

Matthew P. Austria, Esquire
Werb & Sullivan
300 Delaware Avenue, 13th Floor
Wilmington, DE 19801

Phillip Bohl, Esquire
Gray, Plant, Mooty, Mooty & Bennet, P.A.
500 IDS Center
80 Sout Eighth Street
Minneapolis, MN 55402

Mark S. Kenney, Esquire
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Christopher A. Ward, Esquire
Justin K. Edelson, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

Kenneth A. Rosen, Esquire
Sharon L. Levine, Esquire
Paul Kizel, Esquire
Wojciech F. Jung, Esquire
Andrew Behlmann, Esquire
Lowenstein Sandler LLP
65 Livingston Avenue
Roseland, NJ 07068

Gerald C. Bender, Esquire
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, NY 10020

/s/ Raymond H. Lemisch
Raymond H. Lemisch (DE Bar ID 4204)