UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SRC LIQUIDATION COMPANY[1] | ) | Case No. 15-10541-BLS |
| | ) | [Jointly Administered] |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF APPEARANCE, REQUEST FOR
SERVICE OF PAPERS AND CONSENT TO E-SERVICE**

**PLEASE TAKE NOTICE** that the attorneys listed below ("Counsel") hereby files this Notice of Appearance and Request for Service of Papers as counsel for creditors, Specialty Print Communications and Batson Printing (the "Creditors"). Pursuant to the applicable Federal Rules of Bankruptcy Procedure, Counsel do hereby request and demand that the Clerk of this Court and all other parties-in-interest in this case provide notice of, and where applicable, service of, all motions, applications, orders, pleadings, notices or other communications filed in, or pertaining to this case, whether such motion, application, order, pleading, notice, or other communication is written or oral, formal or informal, by hand delivery, mail, telephone, telex, telecopy, or made in any other manner whatsoever, to the attorneys listed below.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de Mexico, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001).

Joanne Lee
FOLEY & LARDNER LLP
321 North Clark Street
Suite 2800
Chicago, IL  60654-5313
Tel: (312) 832-4500
Fax: (312) 832-4700
E-mail: jlee@foley.com

Counsel further requests that they be added to the Master Service List.  Further, counsel consents to service by e-mail.

**PLEASE TAKE FURTHER NOTICE** that the Creditors intend that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive (1) its right to have final orders in non-core matters entered only after *de novo* review by a United States District Court Judge, (2) its right to a trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) its right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, recoupments or remedies to which it is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments and remedies it expressly reserves.

Dated: November 18, 2015

By: _____/s/ Joanne Lee_____
Joanne Lee (IL 6283350)
FOLEY & LARDNER LLP
321 North Clark Street
Suite 2800
Chicago, IL  60654-5313
Tel: (312) 832-4500
Fax: (312) 832-4700
E-mail: jlee@foley.com

*Counsel for Specialty Print Communications and Batson Printing*

2