## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Timothy R. Quinn, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On November 17, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via overnight mail on the Rejected Contract Counterparty Service List attached hereto as **Exhibit A**:

- (Customized) Notice Regarding Contract Deemed Rejected [a non-customized copy of which is attached hereto as **Exhibit B**]

Dated: November 18, 2015

Timothy R. Quinn

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on November 18, 2015, by Timothy R. Quinn, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

**DAVID M. SMITH**
NOTARY PUBLIC-STATE OF NEW YORK
No. 02SM6300826
Qualified in New York County
My Commission Expires April 07, 2018

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

**<u>Exhibit A</u>**

Exhibit A
Rejected Contract Counterparty Service List
Served via Overnight Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|
| Coyne International Enterprise Corporation, Inc. (d/b/a Coyne Textile Services) | 140 Cortland Ave | | Syracuse | NY | 13221 | |
| Digital Controls Corp. | 4260 114th Terrace N | | Clearwater | FL | 33762 | |
| Enterprise Search Associates, LLC | 70 Birch Alley | #240 | Dayton | OH | 45440 | |
| Halogen Software Inc. | 495 March Road | Suite 100 | Ottawa | ON | K2K 3G1 | Canada |
| ICC | 2500 Corporate Exchange Drive | | Columbus | OH | 43231 | |
| Ideal Printers, Inc. | 645 Olive St | | St Paul | MN | 55130 | |
| Ideal Printers, LLC | 24 Greco Ln | | Warwick | RI | 02886 | |
| Inner City Express | 800 Charcot Avenue #106 | | San Jose | CA | 95131 | |
| Johnson Energy Co. | 573 Business Rt. 4 | | Center Rutland | VT | 05736 | |
| Premedia Group LLC | 7605 Business, N Park Dr | | Greensboro | NC | 27409 | |
| Primary Color Systems | 265 Briggs Avenue | | Costa Mesa | CA | 92626 | |
| ProTech Computer Supply, Inc. | 10 Industrial Park Rd | | Sterling | CT | 06377 | |
| Raymond Storage Concepts, Inc. | 4350 INDECO COURT | | CINCINNATI | OH | 45241 | |

**<u>Exhibit B</u>**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
|  | **Re Docket No. 698** |

## NOTICE REGARDING CONTRACT DEEMED REJECTED

     **PLEASE TAKE NOTICE** that, on June 19, 2015, the United States Bankruptcy Court for the District of Delaware (the "Court") entered that certain *Order (I) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (II) Granting Certain Related Relief* [Docket No. 698] (the "Sale Order").[2]

     **PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraph 27 of the Sale Order, the Buyers delivered a schedule of Potential Contracts to the Debtors prior to the Closing Date. The counterparties to such Potential Contracts previously received notice regarding the designation of such Contracts as Potential Contracts.

     **PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraphs 27 and 28 of the Sale Order, the Buyers were granted ninety (90) days from the Closing Date of July 31, 2015 ("Asset Review Period"), to determine whether to assume or reject the Potential Contracts.

     **PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraph 33 of the Sale Order, any Potential Contract that was not designated by the Buyers as a Transferred Contract shall be deemed a Removed Contract on the expiration of the Asset Review Period.

     **PLEASE TAKE FURTHER NOTICE** that the Potential Contracts listed on Exhibit A[3]

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Sale Order.

[3]    Due to the confidential nature of Buyers' customers (the "Customers"), the Buyers have omitted Customer names and contracts from the list of Potential Contracts designated as Removed Contracts attached hereto as Exhibit A. Concurrently herewith, the Buyers have sent customized Notices to the Customers Regarding

hereto have been deemed Removed Contracts and, in accordance with paragraph 34 of the Sale Order, shall be deemed rejected upon the expiration of five (5) business days from the date hereof.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraph 37 of the Sale Order, counterparties to the Removed Contracts shall have thirty days to assert any Potential Contract Administrative Claim or rejection damage claim relating to the rejection of such Removed Contracts.

Dated:    November 17, 2015
       Wilmington, DE

*/s/ Matthew P. Austria*
Matthew P. Austria (DE No. 4827)
WERB & SULLIVAN
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, Delaware 19899
(For courier: 19801)
Telephone:  (302) 652-1100
Facsimile:  (302) 652-1111
E-mail:  maustria@werbsullivan.com

-and-

Phillip Bohl (MN No. 139191)
GRAY, PLANT, MOOTY,
MOOTY & BENNET, P.A.
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone:  (612) 632-3000
Facsimile:  (612) 632-4019
Email:  Phillip.bohl@gpmlaw.com

*Counsel to Taylor Corporation*

---

Designation as Removed Contract and Rejection Thereof. Customers that have questions regarding the delivery of the customized Notice Regarding Designation as Removed Contract and Rejection Thereof may contact the Debtors' claims and noticing agent, Prime Clerk LLC, at (855) 842-4124 or standardregisterinfo@primeclerk.com.

## EXHIBIT A

| Counterparty Name | Executory Contract or Unexpired Lease |
|---|---|
|  |  |