**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket Nos. 964, 1030 & 1184 |

**CERTIFICATION OF COUNSEL REGARDING <u>SECOND</u> ORDER SUSTAINING DEBTORS' FIRST (1ST) OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS (DROP-SHIP ADMINISTRATIVE PRIORITY CLAIMS) PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, <u>BANKRUPTCY RULE 3007 AND LOCAL RULE 3007-1</u>**

The undersigned hereby certifies as follows:

1. On August 21, 2015, the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") filed the *Debtors' First (1st) Omnibus (Substantive) Objection to Claims (Drop-Ship Administrative Priority Claims) Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1* [Docket No. 964] (the "<u>Objection</u>") with the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>"). The deadline to file responses to the Objection was established as September 4, 2015 at 4:00 p.m. (ET) (the "<u>Objection Deadline</u>"), which was extended to September 10, 2015 at 4:00 p.m.(ET) for Harmony Press, Inc. ("<u>Harmony Press</u>," and together with the Debtors, the "<u>Parties</u>").

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

01:17987592.1

2. Prior to its Objection Deadline, Harmony Press filed its response [Docket No. 1030] to the relief requested in the Objection.

3. On October 15, 2015, the Court held a hearing (the "Hearing") to consider the relief requested in the Objection. By agreement of the Parties, the Objection was adjourned, solely with respect to Harmony Press, to the hearing scheduled for November 19, 2015. Following the Hearing, the Court entered that certain *Order Sustaining Debtors' First (1st) Omnibus (Substantive) Objection to Claims (Drop-Ship Administrative Priority Claims) Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1* (the "Initial Order") [Docket No. 1184].

4. Subsequent to entry of the Initial Order, the Parties engaged in good faith negotiations regarding the Objection and the relief sought with respect to Harmony Press and, as a result thereof, the Parties have agreed to entry of a second form of order (the "Second Order"), a copy of which is attached hereto as Exhibit A, sustaining the Objection on the terms reflected therein.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, as the Debtors have resolved the response filed by Harmony Press pursuant to the terms of the Second Order, the Debtors respectfully request that the Court enter the Second Order without further notice or hearing at the Court's earliest convenience.

Dated: November 19, 2015
Wilmington, Delaware

/s/ Andrew L. Magaziner
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
mnestor@ycst.com
kcoyle@ycst.com
amagaziner@ycst.com

-and-

Michael A. Rosenthal (NY No. 4697561)
Jeremy L. Graves (CO No. 45522)
Matthew G. Bouslog (CA No. 280978)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
mrosenthal@gibsondunn.com
jgraves@gibsondunn.com
mbouslog@gibsondunn.com

*Counsel to the Debtors and Debtors in Possession*