# SIGN-IN SHEET

**CASE NAME:** SRC LIQUIDATION COMPANY
**CASE NO.:** 15-10541
**COURTROOM NO.:** 1 - JUDGE SHANNON
**DATE:** NOVEMBER 19, 2015

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Chris Dressel | Skadden...LLP | Silverpoint |
| Davin De Souza | " | " |
| Wojciech Jung | Lowenstein Sandler LLP | Committee |
| Matthew Austrian | Weil & Sullivan | Taylor Corporation |
| Ellie Morgos | Richards Ayton+Caver | Morgan Adhesives |
| Mike Nestor | YCST | Debtors |
| Drew Magaziner | YCST | " |
| Michael Rosenthal | Gibson Dunn | " |
| Jeremy Ochs | Gibson Dunn | " |
| Matthew Bouslog | Gibson Dunn | " |
| Courtney Morgan | Pension Benefit Guaranty Corp | PBGC |
| [signature] | Richards, Layton & Finger | Bank of America |
| Eric Monzo | Morris James | Brit Paper/Lecoosel |
| Christopher Swan | Cross & Simon, LLC | Care Source |
| Mark Kenny | U.S. Trustee | U.S. Trustee |
| Josh Edelson | Polsinelli | Committee |

# Court Conference

Calendar Date: 11/19/2015
Calendar Time: 09:30 AM ET

## U.S. Bankruptcy Court-Delaware (DE - US)
## Confirmed Telephonic Appearance Schedule
## Honorable Brendan L. Shannon
#1

1st Revision 11/18/2015 10:28 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | SRC Liquidation Company | 15-10541 | Hearing | 7277855 | Jay Basham | 404-420-5559 | Parker Hudson Rainer & Dobbs | Creditor, Bank of America, N.A. / LISTEN ONLY |
| | | SRC Liquidation Company | 15-10541 | Hearing | 7278050 | Anthony DiNello | (203) 542-4212 ext. 00 | Silver Point Capital | Interested Party, Silver Point Finance, LLC and Standard Acquisition Holdings, LLC / LISTEN ONLY |
| | | SRC Liquidation Company | 15-10541 | Hearing | 7278060 | Chaim Fortgang | (914) 925-3140 | Fortgang Consulting LLC | Interested Party, Silver Point Finance, LLC and Standard Acquisition Holdings, LLC / LISTEN ONLY |
| | | SRC Liquidation Company | 15-10541 | Hearing | 7275404 | Greg Jackson | (800) 545-6620 | Taylor Corporation | Interested Party, Taylor Corporation / LIVE |
| | | SRC Liquidation Company | 15-10541 | Hearing | 7262964 | Gregory A. Kopacz | (617) 248-5297 | Choate Hall & Stewart, LLP | Creditor, Liberty Mutual Insurance Company / LIVE |
| | | SRC Liquidation Company | 15-10541 | Hearing | 7272625 | Thomas Labuda | (312) 853-7891 | Sidley Austin LLP | Interested Party, Jefferies LLC / LIVE |
| | | SRC Liquidation Company | 15-10541 | Hearing | 7263162 | Kim Martin Lewis | (513) 977-8200 ext. 8259 | Dinsmore & Shohl LLP | Interested Party, Kim Martin Lewis / LISTEN ONLY |
| | | SRC Liquidation Company | 15-10541 | Hearing | 7274073 | Abigail M. McGibbon | (612) 632-3019 | Gray Plant Mooty | Interested Party, Taylor Corporation / LISTEN ONLY |
| | | SRC Liquidation Company | 15-10541 | Hearing | 7278053 | Taylor Montague | (203) 542-4211 | Silverpoint Capital | Interested Party, Silver Point Finance, LLC and Standard Acquisition Holdings, LLC / LISTEN ONLY |