# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 1177** |

## ORDER GRANTING SECOND INTERIM APPLICATION OF POLSINELLI PC AS DELAWARE BANKRUPTCY COUNSEL AND CONFLICTS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF JUNE 1, 2015 THROUGH SEPTEMBER 30, 2015

Polsinelli PC ("**Polsinelli**"), Delaware bankruptcy counsel and conflicts counsel to the Official Committee of Unsecured Creditors (the "**Committee**") in the above-captioned cases, having filed its second interim fee application (the "**Application**") for allowance of compensation for services rendered and reimbursement of expenses incurred for the period from June 1, 2015 through September 30, 2015 (the "**Application Period**"); and it appearing to the Court that the relief requested in the Application is authorized pursuant to section 331 of the Bankruptcy Code; and it further appearing that the requirements of Rule 2016 of the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and the Procedure of the United States Bankruptcy Court for the District of Delaware have been satisfied; and it further appearing that the compensation earned and expenses incurred were reasonable and necessary; and that proper and adequate notice of the Application has been given and that no

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

51714921.1

other or further notice is necessary; and after due deliberation and sufficient good cause appearing therefore; it is hereby

ORDERED that the Application is GRANTED as set forth herein; and it is further

ORDERED that Polsinelli is allowed interim compensation in the amount of $100,954.80 in fees and $23,796.64 in expenses, for a total of $124,751.44 for the Application Period; and it is further

ORDERED that the Debtors are hereby authorized and directed to pay Polsinelli the amount of $124,751.44 for services rendered for the Application Period, less any amounts already paid on account of such fees and expenses.

ORDERED that the Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: Nov 19, 2015
Wilmington, Delaware

THE HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE