## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. 1230 |

### ORDER APPROVING FINAL APPLICATION OF JEFFERIES LLC
### FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
### AND REIMBURSEMENT OF EXPENSES AS INVESTMENT BANKER
### TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
### FOR THE PERIOD FROM MARCH 24, 2015 THROUGH JULY 31, 2015

Upon consideration of the final fee application (the "Final Fee Application") of Jefferies

LLC ("Jefferies"), investment banker to the Official Committee of Unsecured Creditors (the

"Committee") appointed in the chapter 11 cases of SRC Liquidation Company and its affiliated

debtors (the "Debtors") for the period from March 24, 2015 through July 31, 2015 (the "Final

Compensation Period"); and it appearing to the Court that all applicable requirements of title 11

of the United States Code, as well as the Federal Rules of Bankruptcy Procedure and the Local

Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the

District of Delaware, have been satisfied; and it appearing that the compensation earned and

expenses incurred by Jefferies were reasonable and necessary and that notice of the Final Fee

Application was appropriate; and after due deliberation thereon and good and sufficient cause

appearing therefor,

---

[1]   The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

**IT IS HEREBY ORDERED THAT:**

1.      The Final Fee Application is APPROVED.

2.      Jefferies is allowed, on a final basis, compensation in the amount of $1,312,903.22 for professional services rendered during the Final Compensation Period as investment banker to the Committee.

3.      Jefferies is allowed the reimbursement of reasonable and necessary expenses incurred during the Final Compensation Period in connection with its services to the Committee in the amount of $104,822.75.

4.      The Debtors are authorized and directed to remit payment to Jefferies in the amount of $1,417,725.97, less all amounts that the Debtors previously paid to Jefferies on account of such fees and expenses.

5.      This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

6.      This Order shall be effective immediately upon entry.


Dated: November 19, 2015
         Wilmington, Delaware


BRENDAN L. SHANNON
CHIEF UNITED STATES BANKRUPTCY JUDGE