## EXHIBIT B

**Form of Final Decree**

01:17987427.1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC Liquidation Company, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | **Re: Docket No. ___** |
| In re: | Chapter 11 |
| SR Liquidation Holding Company, | Case No. 15-10542 (BLS) |
| Debtor. | |
| In re: | Chapter 11 |
| SR Liquidation Technologies, Inc., | Case No. 15-10543 (BLS) |
| Debtor. | |
| In re: | Chapter 11 |
| SR Liquidation International, Inc., | Case No. 15-10544 (BLS) |
| Debtor. | |
| In re: | Chapter 11 |
| iMLiquidation, LLC, | Case No. 15-10540 (BLS) |
| Debtor. | |

---

[1]   The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

01:17932331.2

| | |
|---|---|
| In re:<br><br>SR Liquidation of Puerto Rico Inc.,<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10545 (BLS) |
| In re:<br><br>SR Liquidation Mexico Holding Company,<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10546 (BLS) |
| In re:<br><br>Standard Register Holding, S. de R.L. de C.V.,<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10547 (BLS) |
| In re:<br><br>Standard Register de México, S. de R.L. de C.V.,<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10548 (BLS) |
| In re:<br><br>Standard Register Servicios, S. de R.L. de C.V.,<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10549 (BLS) |
| In re:<br><br>SR Liquidation Technologies Canada ULC,<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10550 (BLS) |

01:17932331.2

- 2 -

**FINAL DECREE CLOSING CERTAIN CASES
AND AMENDING CAPTION OF REMAINING CASE**

Upon consideration of the Certification of Counsel,[2] submitted by the above-captioned

debtors and debtors in possession (collectively, the "Debtors") in accordance with paragraph

[###] of the *Findings of Fact, Conclusions of Law, and Order Confirming Debtors' Second*

*Amended Chapter 11 Plan of Liquidation* [Docket No. ___] (the "Confirmation Order") and

Section 8.11 of the *First Amended Chapter 11 Plan of Liquidation* [Docket No. 1086] (the

"Plan"), requesting entry of (i) a final decree order closing the chapter 11 cases of certain of the

Debtors and (ii) an order amending the case caption of the remaining case of the Debtor; and

upon entry of the Confirmation Order and the Plan having gone effective on _____, 2015,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

1.      Each of the following cases (collectively, the "Closing Cases") shall be closed,

effective as of the date of this Order:

| Name of Debtor | Case Number |
|---|---|
| SR Liquidation Holding Company | 15-10542 (BLS) |
| SR Liquidation Technologies, Inc. | 15-10543 (BLS) |
| SR Liquidation International, Inc. | 15-10544 (BLS) |
| iMLiquidation, LLC | 15-10540 (BLS) |
| SR Liquidation of Puerto Rico Inc. | 15-10545 (BLS) |
| SR Liquidation Mexico Holding Company | 15-10546 (BLS) |
| Standard Register Holding, S. de R.L. de C.V. | 15-10547 (BLS) |
| Standard Register de México, S. de R.L. de C.V. | 15-10548 (BLS) |
| Standard Register Servicios, S. de R.L. de C.V. | 15-10549 (BLS) |
| SR Liquidation Technologies Canada ULC | 15-10550 (BLS) |

---

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Certification of Counsel.

01:17932331.2

2.     A docket entry shall be made in each of the Closing Cases reflecting entry of this Order.

3.     Entry of this Order is without prejudice to the rights of any Debtor or other party in interest to seek to reopen any of the Closing Cases for cause pursuant to section 350(b) of the Bankruptcy Code.

4.     Case No. 15-1-541 (the "Remaining Case") shall remain open and shall be administered under the following amended caption:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SRC Liquidation Company,[1]<br><br>         Debtor | Chapter 11<br><br>Case No. 15-10541 (BLS) |

[1]   The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta) and, until the Effective Date of the Plan, to counsel for the Debtor, Gibson Dunn & Crutcher LLP, 200 Park Avenue, 47th Floor, New York 10166 (Attn: Michael A. Rosenthal).

5.     All contested matters relating to each of the Debtors, including objections to claims, shall be administered and heard in the Remaining Case, in accordance with the terms of the Plan.

6.     The Debtors shall complete all remaining quarterly reports and pay all quarterly fees due and owing in the Closing Cases within thirty days of entry of this Order.

Dated: _____, 2015
       Wilmington, Delaware

                                _____
                                Brendan L. Shannon
                                Chief United States Bankruptcy Judge

01:17932331.2