# EXHIBIT A[1]

Disputed Drop-Ship Claims

---

[1] Capitalized terms used but not otherwise defined on Exhibit A shall have the meanings ascribed to such terms in the Objection.

| Name of Claimant | Claim Number | Claim Amount | 503(b)(9) Claimed Amount | Modified 503(b)(9) Amount | Modified General Unsecured Amount | Reason for Modification |
|---|---|---|---|---|---|---|
| Harmony Press, Inc. | 1298 | $332,142.68 | $140,868.68 | $6,868.87 | $325,273.81 | Goods not delivered to Debtors |