# UNITED STATES BANKRUPTCY COURT

## District of Delaware

**In Re:**

__SRC Liquidation Company_____        Case No. ____15-10541-BLS____

__600 Albany Street_____

___Dayton, OH 45417_____        Chapter ____11_____

___Tax ID / EIN: 31-0455440_____

**Debtor(s)**

## Withdraw of Claim

I, PA Department of Labor & Industry -UCTS, Claimant, hereby withdraw claim number Docket 1220_____, for the following reason: ___Filed in Error_____

_____.

Dated: ____11/17/2015____                                        __Linda Mitten_____

                                                                 Claimant's Signature