Exhibit A

# ZOLFO COOPER LLC
# SRC LIQUIDATION COMPANY
# PROJECT CATEGORIES

| Code | Project Category |
|---|---|
| 1 | Planning & Coordination/ Case Management |
| 2 | 363 Sale Process |
| 3 | Meetings with UCC Members and/or UCC Professionals |
| 4 | Debtor & Debtor's Professional Meetings including Corporate and Operations Site Visits |
| 5 | Employee Compensation and Advisor Retention Matters |
| 6 | Financial and Other Due Diligence |
| 7 | Liquidity, Cash Management and Cash Collateral Analysis |
| 8 | Business Plan Analysis and Assessment |
| 9 | Other Diligence |
| 10 | Non-Working Travel Time |
| 11 | Retention, Fee Statements and Fee Applications |
| 12 | Internal Meetings / Discussions |
| 13 | Preparing for and Attending Depositions |
| 14 | Adversary Proceeding |

**Exhibit B**

## ZOLFO COOPER LLC
## SRC LIQUIDATION COMPANY
## SUMMARY OF HOURS AND FEES BY PROJECT CATEGORY
## FOR THE PERIOD FROM OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015

**PROJECT CODE 1 - Planning & Coordination/ Case Management**

| PROFESSIONAL | TITLE | HOURLY RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $795 | 0.3 | $ 238.50 |
| Mark Cervi | Director | $585 | - | - |
| Kristen Draus | Associate | $360 | - | - |
| Eugene Lavrov | Associate | $395 | - | - |
| Elizabeth Kardos | Counsel | $490 | - | - |
| Laurie Verry | Paralegal | $255 | - | - |
| | | | 0.3 | $ 238.50 |

**PROJECT CODE 3 - Meetings with UCC Members and/or UCC Professionals**

| PROFESSIONAL | TITLE | HOURLY RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $795 | 2.0 | $ 1,590.00 |
| Mark Cervi | Director | $585 | 2.2 | 1,287.00 |
| Kristen Draus | Associate | $360 | 0.5 | 180.00 |
| Eugene Lavrov | Associate | $395 | - | - |
| Elizabeth Kardos | Counsel | $490 | - | - |
| Laurie Verry | Paralegal | $255 | - | - |
| | | | 4.7 | $ 3,057.00 |

**Exhibit B**

## ZOLFO COOPER LLC
## SRC LIQUIDATION COMPANY
## SUMMARY OF HOURS AND FEES BY PROJECT CATEGORY
## FOR THE PERIOD FROM OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015

**PROJECT CODE 4 - Debtor & Debtor's Professional Meetings Including Corporate and Operations Site Visits**

| PROFESSIONAL | TITLE | HOURLY RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $795 | - | $ - |
| Mark Cervi | Director | $585 | 0.3 | 175.50 |
| Kristen Draus | Associate | $360 | - | - |
| Eugene Lavrov | Associate | $395 | - | - |
| Elizabeth Kardos | Counsel | $490 | - | - |
| Laurie Verry | Paralegal | $255 | - | - |
| | | | 0.3 | $ 175.50 |

**PROJECT CODE 6 - Financial and Other Due Diligence**

| PROFESSIONAL | TITLE | HOURLY RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $795 | 1.1 | $ 874.50 |
| Mark Cervi | Director | $585 | 4.4 | 2,574.00 |
| Kristen Draus | Associate | $360 | 14.4 | 5,184.00 |
| Eugene Lavrov | Associate | $395 | - | - |
| Elizabeth Kardos | Counsel | $490 | - | - |
| Laurie Verry | Paralegal | $255 | - | - |
| | | | 19.9 | $ 8,632.50 |

Exhibit B

## ZOLFO COOPER LLC
## SRC LIQUIDATION COMPANY
## SUMMARY OF HOURS AND FEES BY PROJECT CATEGORY
## FOR THE PERIOD FROM OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015

**PROJECT CODE 9 - Other Diligence**

| PROFESSIONAL | TITLE | HOURLY RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $795 | 0.9 | $ 715.50 |
| Mark Cervi | Director | $585 | 3.1 | 1,813.50 |
| Kristen Draus | Associate | $360 | 4.3 | 1,548.00 |
| Eugene Lavrov | Associate | $395 | - | - |
| Elizabeth Kardos | Counsel | $490 | - | - |
| Laurie Verry | Paralegal | $255 | - | - |
| | | | 8.3 | $ 4,077.00 |

**PROJECT CODE 11 - Retention, Fee Statements and Fee Applications**

| PROFESSIONAL | TITLE | HOURLY RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $795 | 1.7 | $ 1,351.50 |
| Mark Cervi | Director | $585 | - | - |
| Kristen Draus | Associate | $360 | - | - |
| Eugene Lavrov | Associate | $395 | 14.5 | 5,727.50 |
| Elizabeth Kardos | Counsel | $490 | - | - |
| Laurie Verry | Paralegal | $255 | 0.9 | 229.50 |
| | | | 17.1 | $ 7,308.50 |

**Exhibit B**

**ZOLFO COOPER LLC**
**SRC LIQUIDATION COMPANY**
**SUMMARY OF HOURS AND FEES BY PROJECT CATEGORY**
**FOR THE PERIOD FROM OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015**

**PROJECT CODE 12 - Internal Meetings / Discussions**

| PROFESSIONAL | TITLE | HOURLY RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $795 | 0.3 | $ 238.50 |
| Mark Cervi | Director | $585 | 0.4 | 234.00 |
| Kristen Draus | Associate | $360 | - | - |
| Eugene Lavrov | Associate | $395 | - | - |
| Elizabeth Kardos | Counsel | $490 | - | - |
| Laurie Verry | Paralegal | $255 | - | - |
| | | | 0.7 | $ 472.50 |

ZOLFO COOPER, LLC
SRC LIQUIDATION COMPANY
DETAIL OF HOURS BY PROJECT CATEGORY, DATE AND PROFESSIONAL
FOR THE PERIOD FROM OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015

| PROFESSIONAL | DATE | PROJECT CODE | DESCRIPTION | HOURS INCURRED |
|---|---|---|---|---|
| David MacGreevey | 10/26/2015 | 1 | Engagement planning | 0.2 |
| David MacGreevey | 10/30/2015 | 1 | Engagement planning | 0.1 |
| | | | **Planning & Coordination/ Case Management, Total:** | 0.3 |
| David MacGreevey | 10/2/2015 | 3 | Participated in SRC UCC professionals conference call re: prepare for UCC conference call | 0.1 |
| David MacGreevey | 10/2/2015 | 3 | Participated on conference call with SRC UCC re: wind down updates | 0.2 |
| Mark Cervi | 10/2/2015 | 3 | Participated on professionals' conference call | 0.1 |
| Mark Cervi | 10/2/2015 | 3 | Participated on UCC conference call | 0.3 |
| David MacGreevey | 10/9/2015 | 3 | Attend discussion re: SRC Unsecured Claims | 0.2 |
| David MacGreevey | 10/9/2015 | 3 | Participated on SRC professional conference call re: claims analysis | 0.2 |
| Kristen Draus | 10/9/2015 | 3 | Participated on conference call with counsel, D. MacGreevey and M. Cervi re: status update | 0.3 |
| Kristen Draus | 10/9/2015 | 3 | Follow-up call with D. MacGreevey, M. Cervi, and W. Jung re: recent conference call | 0.2 |
| Mark Cervi | 10/9/2015 | 3 | Participated on call with Debtor advisors re: claims | 0.3 |
| Mark Cervi | 10/9/2015 | 3 | Phone call with W. Jung (Lowenstein) re: claims | 0.2 |
| David MacGreevey | 10/16/2015 | 3 | Participated on SRC UCC update conference call | 0.3 |
| Mark Cervi | 10/16/2015 | 3 | Participate in update conference call with UCC | 0.5 |
| David MacGreevey | 10/26/2015 | 3 | Phone call with L. Williams (Williams Marston) re: updated SRC wind down assumptions | 0.2 |
| Mark Cervi | 10/26/2015 | 3 | Prepare update email to UCC professionals re: wind down budget | 0.4 |
| David MacGreevey | 10/27/2015 | 3 | Emails with W. Jung (Lowenstein) and M. Cervi re: SRC wind down budget | 0.2 |

**ZOLFO COOPER, LLC**
**SRC LIQUIDATION COMPANY**
**DETAIL OF HOURS BY PROJECT CATEGORY, DATE AND PROFESSIONAL**
**FOR THE PERIOD FROM OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015**

| PROFESSIONAL | DATE | PROJECT CODE | DESCRIPTION | HOURS INCURRED |
|---|---|---|---|---|
| David MacGreevey | 10/30/2015 | 3 | Phone call with Lowenstein to prepare for SRC UCC conference call | 0.3 |
| David MacGreevey | 10/30/2015 | 3 | Participated on SRC UCC update conference call | 0.3 |
| Mark Cervi | 10/30/2015 | 3 | Participated on weekly update conference call with UCC | 0.4 |
| | | | **Meetings with UCC Members and/or UCC Professionals, Total:** | **4.7** |
| Mark Cervi | 10/26/2015 | 4 | Participated on call with Debtor re: wind down budget and wind down settlement | 0.3 |
| | | | **Debtor & Debtor's Professional Meetings Including Corporate and Operations Site Visits, Total:** | **0.3** |
| Mark Cervi | 10/1/2015 | 6 | Review claims reconciliation data | 0.8 |
| Kristen Draus | 10/7/2015 | 6 | Provide POCs to M. Cervi and separate claims greater than $32 million from claims database | 3.2 |
| Mark Cervi | 10/7/2015 | 6 | Review claims data and email to Debtor to discuss significant claims | 0.5 |
| Kristen Draus | 10/8/2015 | 6 | Create schedule with claims greater than $1 million | 4.4 |
| Kristen Draus | 10/8/2015 | 6 | Review POCs for any supersedes | 1.4 |
| Kristen Draus | 10/8/2015 | 6 | Review POCs to which entity claims pertains to | 0.7 |
| Mark Cervi | 10/8/2015 | 6 | Review claims data and coordinate with K. Draus | 1.0 |
| Mark Cervi | 10/12/2015 | 6 | Review update email from counsel | 0.1 |
| Kristen Draus | 10/14/2015 | 6 | Pull POCs related to pension claims from Prime Clerk and review claims | 1.8 |
| Mark Cervi | 10/14/2015 | 6 | Review claims data and coordinate with K. Draus | 0.5 |
| Mark Cervi | 10/23/2015 | 6 | Review wind-down settlement info | 0.6 |
| Mark Cervi | 10/23/2015 | 6 | Review email and prepared response re: tax return | 0.9 |

## ZOLFO COOPER, LLC
## SRC LIQUIDATION COMPANY
## DETAIL OF HOURS BY PROJECT CATEGORY, DATE AND PROFESSIONAL
## FOR THE PERIOD FROM OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015

| PROFESSIONAL | DATE | PROJECT CODE | DESCRIPTION | HOURS INCURRED |
|---|---|---|---|---|
| David MacGreevey | 10/26/2015 | 6 | Review updated SRC wind down model | 0.3 |
| David MacGreevey | 10/30/2015 | 6 | Review updated SRC wind down budget and preferences data | 0.8 |
| Kristen Draus | 10/30/2015 | 6 | Analyze and manipulate database to show Flesh Co and Veritex Co payments made 90 days prior to Bankruptcy | 2.9 |
| | | | **Financial and Other Due Diligence, Total:** | **19.9** |
| David MacGreevey | 10/2/2015 | 9 | Review recent emails to prepare for SRC professionals and UCC phone calls | 0.3 |
| David MacGreevey | 10/16/2015 | 9 | Review updated SRC critical dates memorandum from Lowenstein | 0.3 |
| David MacGreevey | 10/23/2015 | 9 | Review Taylor and Silver Point SRC settlement | 0.3 |
| Mark Cervi | 10/26/2015 | 9 | Preparation for phone call with Debtor re: wind down budget and wind down settlement | 1.0 |
| Mark Cervi | 10/29/2015 | 9 | Review Taylor 'Do Not Sue' list and compare to pre-petition payment data | 1.0 |
| Kristen Draus | 10/30/2015 | 9 | Review vendors listed in "Do not Sue" document and identify vendors in database | 4.3 |
| Mark Cervi | 10/30/2015 | 9 | Coordinated with K. Draus re: preference work and assimilation of 'Do Not Sue' list | 0.6 |
| Mark Cervi | 10/30/2015 | 9 | Review Taylor 'Do Not Sue' list and compare to pre-petition payment data | 0.5 |
| | | | **Other Diligence, Total:** | **8.3** |
| Eugene Lavrov | 10/5/2015 | 11 | Updated word document for the 2nd interim fee app | 1.5 |
| Eugene Lavrov | 10/5/2015 | 11 | Updated excel template for the 2nd interim fee app | 1.7 |
| Eugene Lavrov | 10/5/2015 | 11 | Completed a draft of the 2nd interim fee app and distributed for the review | 0.7 |
| Laurie Verry | 10/5/2015 | 11 | Worked on monthly August fee statement | 0.2 |
| Eugene Lavrov | 10/6/2015 | 11 | Reviewed August invoice and compared time entries/expenses used in preparing fee app to the invoice | 0.6 |

## ZOLFO COOPER, LLC
### SRC LIQUIDATION COMPANY
### DETAIL OF HOURS BY PROJECT CATEGORY, DATE AND PROFESSIONAL
### FOR THE PERIOD FROM OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015

| PROFESSIONAL | DATE | PROJECT CODE | DESCRIPTION | HOURS INCURRED |
|---|---|---|---|---|
| David MacGreevey | 10/9/2015 | 11 | Review SRC August Fee Statement | 0.5 |
| Eugene Lavrov | 10/9/2015 | 11 | Updated September fee app word template | 1.4 |
| Eugene Lavrov | 10/9/2015 | 11 | Revceived September time entries and reviewed for consistency | 0.4 |
| Eugene Lavrov | 10/9/2015 | 11 | Updated 2nd interim fee app word template to include Septemeber | 0.8 |
| Eugene Lavrov | 10/9/2015 | 11 | Updated 2nd interim fee app excel template to include September | 0.7 |
| Eugene Lavrov | 10/12/2015 | 11 | Updated and notarized August fee app per comments received, distributed back to D. MacGreevey | 0.9 |
| David MacGreevey | 10/14/2015 | 11 | Review SRC September Fee Statement | 0.5 |
| Eugene Lavrov | 10/14/2015 | 11 | Received September invoice and compared to the fee app time entries | 0.4 |
| Eugene Lavrov | 10/14/2015 | 11 | Updated September fee app word template | 0.5 |
| Eugene Lavrov | 10/14/2015 | 11 | Updated September fee app excel template | 0.3 |
| Eugene Lavrov | 10/14/2015 | 11 | Updated 2nd interim fee app word template per updated September fee app and filed August fee app. Updated to include K Draus time entries that were not previously included | 1.9 |
| Eugene Lavrov | 10/14/2015 | 11 | Updated 2nd interim fee app excel template per September expenses received | 0.3 |
| Eugene Lavrov | 10/14/2015 | 11 | Updated 2nd interim fee app excel template per time entries for K Draus received from A Englund | 0.8 |
| Laurie Verry | 10/14/2015 | 11 | Worked on monthly September fee statement | 0.7 |
| David MacGreevey | 10/15/2015 | 11 | Review Standard Register 2nd Interim Fee Application (June to September) | 0.5 |
| David MacGreevey | 10/15/2015 | 11 | Final review SRC September Fee Statement | 0.2 |
| Eugene Lavrov | 10/15/2015 | 11 | Updated September fee app per comments received, notarized and distributed back to D MacGreevey | 0.8 |
| Eugene Lavrov | 10/15/2015 | 11 | Updated 2nd interim fee app per comments received from D MacGreevey and re-distributed | 0.8 |

**Retention, Fee Statements and Fee Applications, Total:** 17.1

## ZOLFO COOPER, LLC
## SRC LIQUIDATION COMPANY
## DETAIL OF HOURS BY PROJECT CATEGORY, DATE AND PROFESSIONAL
## FOR THE PERIOD FROM OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015

| PROFESSIONAL | DATE | PROJECT CODE | DESCRIPTION | HOURS INCURRED |
|---|---|---|---|---|
| David MacGreevey | 10/2/2015 | 12 | Phone call with M. Cervi re: prep for SRC professionals call | 0.1 |
| Mark Cervi | 10/2/2015 | 12 | Phone call with D. MacGreevey re: UCC update and claims | 0.1 |
| David MacGreevey | 10/23/2015 | 12 | Emails with M. Cervi re: SRC tax planning | 0.2 |
| Mark Cervi | 10/29/2015 | 12 | Email to ZC project team re: preference work | 0.3 |
| | | | **Internal Meetings / Discussions, Total:** | 0.7 |
| | | | **Total Billable** | 51.3 |

EXHIBIT D

## ZOLFO COOPER LLC
## SRC LIQUIDATION COMPANY
## SUMMARY OF EXPENSES
## FOR THE PERIOD FROM OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015

| Expense Category | Total Expenses During Period |
|---|---|
| Miscellaneous | $80.20 |
| Total | $80.20 |

**ZOLFO COOPER, LLC**
**SRC LIQUIDATION COMPANY**
**DETAIL OF EXPENSES BY PROFESSIONAL**
**FOR THE PERIOD FROM OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015**

| PROFESSIONAL | DATE | CATEGORY | DESCRIPTION | INCURRED AMOUNT | VOLUNTARY REDUCTION | FINAL AMOUNT |
|---|---|---|---|---|---|---|
| David MacGreevey | 10/7/2015 | Miscellaneous | Phone | 27.72 | - | 27.72 |
| Payable Accounts | 9/30/2015 | Miscellaneous | Pacer expense allocated to Standard Register | 49.80 | - | 49.80 |
| Payable Accounts | 10/26/2015 | Miscellaneous | Phone expense allocated to Standard Register | 2.68 | - | 2.68 |
| | | | **Total Miscellaneous** | **$ 80.20** | **$ -** | **$ 80.20** |
| | | | **Total Expenses** | **$ 80.20** | **$ -** | **$ 80.20** |