IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION COMPANY, *et al*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Darleen Sahagun, am employed in the county of Los Angeles, State of California. I hereby certify that on November 17, 2015, I caused true and correct copies of the following document to be served via first-class mail, postage pre-paid, to the parties listed in **Exhibit A** attached hereto:

- **Amended Notice of Appointment of Post-Effective Date Manager and Representative [Docket No. 1315]**

Dated: November 23, 2015

_____
Darleen Sahagun
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 23rd day of NOV, 2015, by Darleen Sahagun, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

LINDA BRITTAIN
Commission # 2126609
Notary Public - California
Los Angeles County
My Comm. Expires Sep 13, 2019

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de Mexico, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

**EXHIBIT A**

AKERMAN LLP
ATTN: SUNDEEP S. SIDHU
420 S. ORANGE AVENUE
SUITE 1200
ORLANDO, FL 32801-4904

ALSTON & BIRD LLP
ATTN: DAVID WENDER/JONATHAN EDWARDS
ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424

ARAPAHOE COUNTY ATTORNEY
ATTN: ROBERT HILL
5334 S. PRINCE STREET
LITTLETON, CO 80166

ARNSTEIN & LEHR LLP
ATTN: KEVIN H. MORSE
120 S. RIVERSIDE PLAZA, SUITE 1200
CHICAGO, IL 60606

ASHBY & GEDDES, P.A.
ATTN: RICARDO PALACIO
500 DELAWARE AVENUE, 8TH FLOOR
P.O. BOX 1150
WILMINGTON, DE 19899

BAKER BOTTS L.L.P.
ATTN: JAMES PRINCE/MEGGIE GILSTRAP
2001 ROSS AVE.
DALLAS, TX 75201-2980

BANK OF AMERICA, N.A.
C/O RAINER & DOBBS LLP
ATTN: JAMES S. RANKIN JR./HUDSON PARKER
1500 MARQUIS TWO TOWER
285 PEACHTREE CENTER AVENUE NE
ATLANTA, GA 30303

BARNES & THORNBERG LLP
ATTN: DAVID POWLEN/KEVIN COLLINS
1000 N. WEST STREET, SUITE 1500
WILMINGTON, DE 19801

BAYARD, P.A.
ATTN: SCOTT D. COUSINS, ESQUIRE
222 DELAWARE AVENUE
SUITE 900
WILMINGTON, DE 19801

BELL NUNNALLY & MARTIN LLP
ATTN: HEATHER H. JOBE
3232 MCKINNEY AVE
SUITE 1400
DALLAS, TX 75204

BIALSON, BERGEN & SCHWAB
ATTN: LAWRENCE SCHWAB/KENNETH LAW
2600 EL CAMINO REAL
SUITE 300
PALO ALTO, CA 94306

BIALSON, BERGEN & SCHWAB
ATTN: LAWRENCE SCHWAB/THOMAS M. GAA
2600 EL CAMINO REAL
SUITE 300
PALO ALTO, CA 94306

BILZIN SUMBERG BAENA PRICE & AXELROD, LLP
ATTN: JEFFREY I. SNYDER
1450 BRICKELL AVENUE
23RD FLOOR
MIAMI, FL 33131

BLAKELEY LLP
ATTN: SCOTT E. BLAKELEY
2 PARK PLAZA
SUITE 400
IRVINE, CA 92614

BLANK ROME LLP
ATTN: ALAN M. ROOT
1201 MARKET STREET
SUITE 800
WILMINGTON, DE 19801

BLANK ROME LLP
ATTN: JOHN E. LUCIAN
ONE LOGAN SQUARE
130 NORTH 18TH STREET
PHILADELPHIA, PA 19103

BMC GROUP, INC
ATTN: T. FEIL
300 CONTINENTAL BOULEVARD #570
EL SEGUNDO, CA 90245

BRICKER & ECKLER LLP
ATTN: DAVID M. WHITTAKER
100 SOUTH THIRD STREET
COLUMBUS, OH 43215

BRYAN CAVE LLP
ATTN: MICHELLE MCMAHON
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104-3300

BRYAN CAVE LLP
ATTN: ROBERT J. MILLER/JUSTIN A. SABIN
TWO NORTH CENTRAL AVENUE
SUITE 2200
PHOENIX, AZ 85004-4406

BUCHALTER NEMER, A.P.C.
ATTN: SHAWN M. CHRISTIANSON, ESQ.
55 SECOND STREET
17TH FLOOR
SAN FRANCISCO, CA 94105-3493

CARLTON FIELDS JORDEN BURT, P.A.
ATTN: JOHN J. LAMOUREUX
4221 WEST BOY SCOUT BOULEVARD, 10TH FLOOR
PO BOX 3239
TAMPA, FL 33601-3239

CIARDI CIARDI & ASTIN
ATTN: JOHN MCLAUGHLIN, JR./JOSEPH MCMAHON JR.
1204 N. KING STREET
WILMINGTON, DE 19801

CLARK HILL PLC
ATTN: EDWARD J. KOSMOWSKI
824 N. MARKET STREET
SUITE 710
WILMINGTON, DE 19801

CLARK HILL PLC
ATTN: SCOTT N. SCHREIBER
150 N. MICHIGAN AVENUE
SUITE 2700
CHICAGO, IL 60601

CLARK HILL PLC
ATTN: SHANNON L. DEEBY
151 SOUTH OLD WOODWARD AVENUE
SUITE 200
BIRMINGHAM, MI 48009

COLE SCHOTZ, P.C.
ATTN: MICHAEL D. WARNER
301 COMMERCE STREET
STE. 1700
FORT WORTH, TX 76102

COLE SCHOTZ, P.C.
ATTN: PATRICK J. REILLEY
500 DELAWARE AVENUE
SUITE 1410
WILMINGTON, DE 19801

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF LABOR & INDUSTRY
ATTN: LINDA MITTEN
COLLECTIONS SUPPORT UNIT
651 BOAS STREET, ROOM 700
HARRISBURG, PA 17121

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF REVENUE
OFFICE OF THE ATTORNEY GENERAL
ATTN: KATHLEEN KANE/CAROL MOMJIAN
21 S. 12TH STREET, 3RD FLOOR
PHILADELPHIA, PA 19107-3603

COOPER LEVENSON, P.A.
ERIN K. BRIGNOLA
30 FOX HUNT DR
UNIT 30
BEAR, DE 19701

CROSS & SIMON, LLC
ATTN: CHRISTOPHER SIMON
1105 NORTH MARKET STREET
SUITE 901
WILMINGTON, DE 19801

DARLING MILLIGAN HOROWITZ PC
ATTN: BRIAN D. MILLIGAN
1331 17TH STREET, SUITE 800
DENVER, CO 80202

| | | |
|---|---|---|
| DELAWARE ATTORNEY GENERAL<br>ATTN: BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG<br>820 N FRENCH ST 6TH FL<br>WILMINGTON, DE 19801 | DELAWARE DIVISION OF REVENUE<br>ZILLAH FRAMPTON<br>820 N FRENCH ST<br>WILMINGTON, DE 19801 | DELAWARE SECRETARY OF STATE<br>CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER, DE 19903 |
| DELAWARE STATE TREASURY<br>ATTN: BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD STE 100<br>DOVER, DE 19904 | DENTONS<br>ATTN: ARTHUR H. RUEGGER<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 | DINSMORE & SHOHL LLP<br>ATTN: CHRISTOPHER A. DEABLER<br>255 EAST FIFTH STREET<br>SUITE 1900<br>CINCINNATI, OH 45202 |
| DUANE MORRIS LLP<br>ATTN: JARRET P. HITCHINGS<br>222 DELAWARE AVENUE<br>SUITE 1600<br>WILMINGTON, DE 19801 | DUANE MORRIS LLP<br>ATTN: JEFFREY W. SPEAR<br>1540 BROADWAY<br>NEW YORK, NY 10036 | EARP COHN, P.C.<br>ATTN: RICHARD M. SCHLAIFER<br>20 BRACE ROAD<br>4TH FLOOR<br>CHERRY HILL, NJ 08034-0000 |
| ENVIRONMENTAL PROTECTION AGENCY<br>ATTN: BANKRUPTCY DEPT<br>1650 ARCH STREET<br>PHILADELPHIA, PA 19103-2029 | EZRA BRUTZKUS GUBNER LLP<br>ROBYN B. SOKOL<br>21650 OXNARD ST<br>STE 500<br>WOODLAND HILLS, CA 91367 | FISHMAN JACKSON<br>ATTN: MARK H. RALSTON<br>700 THREE GALLERIA TOWER<br>13155 NOEL RD. L.B. 13<br>DALLAS, TX 75240 |
| FLEISCHER, FLEISCHER & SUGLIA<br>ATTN: NICOLA SUGLIA/ALLISON DOMOWITCH<br>PLAZA 1000 AT MAIN STREET<br>SUITE 208<br>VOORHEES, NJ 08043 | FRANTZ WARD LLP<br>ATTN: TIMOTHY RICHARDS/JOHN KOSTELNIK<br>200 PUBLIC SQUARE<br>SUITE 3000<br>CLEVELAND, OH 44114 | FRIEDLANDER MISLER, PLLC<br>ATTN: ROBERT GREENBURG/THOMAS MURPHY<br>ATTN: LINDSAY A. THOMPSON<br>5335 WISCONSIN AVENUE, NW, SUITE 600<br>WASHINGTON, DC 20015 |
| GARY BECKER<br>666 BARCLAY LANE<br>BROOMALL, PA 19008 | GEORGIA PACIFIC CORP<br>ATTN: EMILY O. VALLADARES<br>133 PEACHTREE STREET, NE<br>ATLANTA, GA 30303 | GIBBONS P.C.<br>ATTN: MARK B. CONLAN<br>ONE GATEWAY CENTER<br>NEWARK, NJ 07102-5310 |
| GIBBONS P.C.<br>ATTN: NATASHA M. SONGONUGA<br>1000 N. WEST STREET<br>SUITE 1200<br>WILMINGTON, DE 19801-1058 | GIBSON, DUNN & CRUTCHER LLP<br>ATTN: JEREMY L. GRAVES/SABINA JACOBS<br>333 SOUTH GRAND AVENUE<br>LOS ANGELES, CA 90071-1512 | GOLAN & CHRISTIE LLP<br>ATTN: BARBARA YONG/CAREN LEDERER<br>70 W. MADISON STREET<br>SUITE 1500<br>CHICAGO, IL 60602 |
| GOLDBERG, KAMIN & GARVIN, LLP<br>ATTN: ROBERT J. GARVIN<br>1806 FRICK BUILDING<br>437 GRANT STREET<br>PITTSBURGH, PA 15219-6101 | GRAY PLANT MOOTY<br>ATTN: PHILLIP W. BOHL<br>500 IDS CENTER<br>80 SOUTH EIGHTH STREET<br>MINNEAPOLIS, MN 55402 | GRAYDON HEAD & RITCHEY LLP<br>ATTN: J. MICHAEL DEBBELER<br>1900 FIFTH THIRD CENTER<br>511 WALNUT STREET<br>CINCINNATI, OH 45202 |
| IANNOTTI & ASSOCIATES PLC<br>ATTN: DANIEL V. IANNOTTI<br>1475 CLUB DRIVE<br>BLOOMFIELD HILLS, MI 48302 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA, PA 19104-5016 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| IRON MOUNTAIN INFORMATION MANAGEMENT, LLC<br>ATTN: JOSEPH CORRIGAN<br>ONE FEDERAL STREET<br>BOSTON, MA 02110 | LAW OFFICES OF ROBERT E. LUNA P.C.<br>C/O GEORGE C. SCHERER<br>4411 N. CENTRAL EXPRESSWAY<br>DALLAS, TX 75205 | LECLAIRRYAN<br>ATTN: ANDREW L. COLE<br>180 ADMIRAL COCHRANE DRIVE<br>SUITE 370<br>ANNAPOLIS, MD 21401 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ATTN: ELIZABETH WELLER<br>2777 N. STEMMONS FREEWAY<br>SUITE 1000<br>DALLAS, TX 75207 | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ATTN: JOHN P. DILLMAN<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | LOWENSTEIN SANDLER LLP<br>ATTN: GERALD C. BENDER<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 |

LOWENSTEIN SANDLER LLP
ATTN: KENNETH ROSEN/SHARON LEVINE
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068-0000

MAGNOZZI & KYE, LLP
ATTN: AMISH R. DOSHI
23 GREEN STREET
SUITE 302
HUNTINGTON, NY 11743

MARK PLATT
5048 JAMES HILL ROAD
KETTERING, OH 45429

MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
ATTN: LEE GORDON
PO BOX 1269
ROUND ROCK, TX 78680

MCGRANE LLP
ATTN: GAVIN MCGRANE
FOUR EMBARCADERO CENTER
SUITE 1400
SAN FRANCISCO, CA 94111

MCKINSEY RECOVERY & TRANSFORMATION SERV
ATTN: KEVIN CARMODY/MARK HOJNACKI
55 EAST 52ND STREET
NEW YORK, NY 10055

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTN: EDWARD J. LOBELLO
1350 BROADWAY, SUITE 501
P.O. BOX 822
NEW YORK, NY 10018-0822

MICHAEL BAZLEY
651 I STREET
SACRAMENTO, CA 95814

MINKIN & HARNISCH PLLC
ATTN: ETHAN MINKIN/ANDREW HARNISCH
6515 N. 12TH STREET
SUITE B
PHOENIX, AZ 85014

MISSOURI DEPARTMENT OF REVENUE
ATTN: SHERYL L. MOREAU
301 W. HIGH STREET, ROOM 670
PO BOX 475
JEFFERSON CITY, MO 65105-0475

MORRIS JAMES LLP
ATTN: JEFFREY R. WAXMAN
500 DELAWARE AVENUE
SUITE 1500
WILMINGTON, DE 19801-1494

NEAL, GERBER & EISENBERG LLP
NICHOLAS MILLER/ALEXIS DOMINGUEZ
TWO NORTH CENTRAL AVENUE
STE 1700
CHICAGO, IL 60602

NEALE & NEWMAN, L.L.P.
ATTN: BRIAN K. ASBERRY
1949 E. SUNSHINE, SUITE 1-130
P.O. BOX 10327
SPRINGFIELD, MO 65808

NEW YORK STATE DEPT OF TAXATION AND FINANCE
OFFICE OF COUNSEL
ATTN: ROBERT L. COOK, DISTRICT TAX ATTORNEY
340 EAST MAIN ST.
ROCHESTER, NY 14604

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: MARK KINNEY
844 KING ST STE 2207
WILMINGTON, DE 19801

OKLAHOMA COUNTY TREASURER
ATTN: GRETCHEN CRAWFORD - ASST D.A.
320 ROBERT S. KERR
ROOM 505
OKLAHOMA CITY, OK 73102

PARKER IBRAHIM & BERG LLC
ATTN: JOSEPH H. LEMKIN
270 DAVIDSON AVENUE
SOMERSET, NJ 08873-0000

PARKER, HUDSON, RAINER & DOBBS LLP
ATTN: C. EDWARD DOBBS/JAMES RANKIN, JR.
ATTN: JACK C. BASHAM, JR./JOSHUA J. LEWIS
1500 MARQUIS TWO TOWER
285 PEACHTREE CENTER AVENUE, NE
ATLANTA, GA 30303

PBGC
ATTN: JACK BUTLER
1200 K STREET NW
WASHINGTON, DC 20005-4026

PENSION BENEFIT GUARANTY CORPORATION
ATTN: COURTNEY L. MORGAN
OFFICE OF THE CHIEF COUNSEL
1200 K STREET NW
WASHINGTON, DC 20005-4026

POLSINELLI PC
ATTN: CHRISTOPHER WARD/SHANTI KATONA
ATTN: JUSTIN EDELSON
222 DELAWARE AVENUE, SUITE 1101
WILMINGTON, DE 19801

POTTER ANDERSON & CORROON LLP
ATTN: JEREMY W. RYAN/ETTA R. MAYERS
1313 NORTH MARKET STREET, SIXTH FLOOR
PO BOX 951
WILMINGTON, DE 19899-0951

PRIME CLERK LLC
ATTN: DAVID M. SMITH
830 3RD AVE FL 9
NEW YORK, NY 10022

RAVICH MEYER KIRKMAN MCGRATH NAUMAN & TA
ATTN: MICHAEL F. MCGRATH
4545 IDS CENTER
80 SOUTH EIGHTH STREET
MINNEAPOLIS, MN 55402

REED SMITH LLP
ATTN: AMY M. TONTI
REED SMITH CENTRE
225 FIFTH AVENUE, SUITE 1200
PITTSBURGH, PA 15230-2009

REED SMITH LLP
ATTN: J. CORY FALGOWSKI
1201 N. MARKET STREET
SUITE 1500
WILMINGTON, DE 19801

REINHART BOERNER VAN DEUREN
ATTN: KATHERINE O'MALLEY/MICHAEL JANKOWSK
1000 NORTH WATER STREET, SUITE 1700
PO BOX 2965
MILWAUKEE, WI 53201-2965

RICHARD S. PRICE, II
1235 N. HARBOR BLVD
SUITE 200
FULLERTON, CA 92832-1349

RICHARDS, LAYTON & FINGER, P.A.
ATTN: MARK COLLINS/TYLER SEMMELMAN
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DE 19801

RIDDELL WILLIAMS P.S.
ATTN: HILLARY MOHR/JOSEPH SHICKICK JR.
1001 - 4TH AVENUE, SUITE 4500
SEATTLE, WA 98154

SAUL EWING LLP
ATTN: TERESA K.D. CURRIER
222 DELAWARE AVENUE
SUITE 1200
WILMINGTON, DE 19899

SECURITIES & EXCHANGE COMMISSION
ATTN: BANKRUPTCY DEPT
BROOKFIELD PLACE
200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

SECURITIES & EXCHANGE COMMISSION
ATTN: BANKRUPTCY DEPT
ONE PENN CENTER
1617 JFK BLVD STE 520
PHILADELPHIA, PA 19103

| | | |
|---|---|---|
| SECURITIES & EXCHANGE COMMISSION<br>SECRETARY OF THE TREASURY<br>100 F ST NE<br>WASHINGTON, DC  20549 | SILVER POINT FINANCE, LLC<br>C/O SKADDEN ARPS<br>ATTN: RON MEISLER/CHRIS DRESSEL<br>155 N. WACKER DRIVE, SUITE 2700<br>CHICAGO, IL  60606 | SINGER & LEVICK, P.C.<br>ATTN: MICHELLE E. SHRIRO<br>16200 ADDISON ROAD<br>SUITE 1400<br>ADDISON, TX  75001 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>ATTN: RON MEISLER/CHRIS DRESSEL<br>ATTN: CHRISTOPHER DRESEL<br>155 N. WACKER DRIVE, SUITE 2700<br>CHICAGO, IL  60606-1720 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>ATTN: SARAH E. PIERCE<br>ONE RODNEY SQUARE<br>P.O. BOX 636<br>WILMINGTON, DE  19899-0636 | SYNCHRONY BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORPOR<br>25 SE 2ND AVENUE<br>SUITE 1120<br>MIAMI, FL  33131-1605 |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>ATTN: JAY W. HURST, AAG<br>BANKRUPTCY & COLLECTIONS DIVISION MC 008<br>P.O. BOX 12548<br>AUSTIN, TX  78711-2548 | THE FLESH COMPANY<br>ATTN: GERARD WINTERBOTTOM<br>2118 59TH ST.<br>ST LOUIS, MO  63110 | THE ROSNER LAW GROUP LLC<br>ATTN: FREDERICK ROSNER/JULIA KLEIN<br>824 MARKET STREET<br>SUITE 810<br>WILMINGTON, DE  19801 |
| THE STANDARD REGISTER<br>600 ALBANY STREET<br>DAYTON, OH  45417 | THOMPSON HINE LLP<br>ATTN: JONATHAN S. HAWKINS<br>AUSTIN LANDING I<br>10050 INNOVATION DRIVE, SUITE 400<br>MIAMISBURG, OH  45342-4934 | TIMOTHY WEBB<br>4906 E. DESERT FAIRWAYS DR.<br>PARADISE VALLEY, AZ  85253 |
| TN DEPT OF REVENUE<br>C/O TN ATTORNEY GENERAL'S OFFICE<br>BANKRUPTCY DIVISION<br>PO BOX 20207<br>NASHVILLE, TN  37202-0207 | US ATTORNEY FOR DELAWARE<br>CHARLES OBERLY C/O ELLEN SLIGHTS<br>1007 ORANGE ST STE 700<br>PO BOX 2046<br>WILMINGTON, DE  19899-2046 | VENABLE LLP<br>ATTN: HAMID R. RAFATJOO<br>2049 CENTURY PARK EAST, SUITE 2100<br>LOS ANGELES, CA 90067 |
| VENABLE LLP<br>ATTN: JAMIE L. EDMONSON<br>1201 NORTH MARKET STREET, SUITE 1400<br>WILMINGTON, DE 19801 | VERITIV CORPORATION<br>ATTN: JAMES SALVADORI<br>850 N. ARLINGTON HEIGHTS RD<br>ITASCA, IL  60143 | WERB & SULLIVAN<br>ATTN: MATTHEW P. AUSTRIA<br>300 DELAWARE AVE<br>SUITE 1300<br>WILMINGTON, DE  19801 |
| WOMBLE CARLYLE SANDRIDGE & RICE, LLP<br>ATTN: MARK DESGROSSEILLIERS/MORGAN PATTERSO<br>222 DELAWARE AVENUE<br>SUITE 1501<br>WILMINGTON, DE  19801 | YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: MICHAEL R. NESTOR<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON, DE  19801 | |

Parties Served: 119