THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | Re: Docket No. 895 |

**CERTIFICATION OF COUNSEL REGARDING ORDER AUTHORIZING REJECTION OF (I) THAT CERTAIN AGREEMENT BY AND BETWEEN THE GRAPHIC COMMUNICATIONS CONFERENCE / INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL NO. 197-M AND SRC LIQUIDATION COMPANY F/K/A THE STANDARD REGISTER COMPANY, DATED AS OF FEBRUARY 2, 2015, AND (II) THAT CERTAIN AGREEMENT BY AND BETWEEN THE GRAPHIC COMMUNICATIONS UNION LOCAL NO. 594S, SUBORDINATE TO THE GRAPHIC COMMUNICATIONS CONFERENCE OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS DISTRICT COUNCIL, 9 AND SRC LIQUIDATION COMPANY F/K/A THE STANDARD REGISTER COMPANY, DATED AS OF MAY 1, 2014, *NUNC PRO TUNC* TO JULY 31, 2015**

The undersigned hereby certifies as follows:

1. On August 4, 2015, The Standard Register Company n/k/a SRC Liquidation Company (the "Debtor"), a debtor and debtor in possession in the above-captioned cases, filed the *Debtors' Motion for Order Pursuant to 11 U.S.C. § 1113(c) Authorizing Rejection of (I) That Certain Agreement by and Between the Graphic Communications Conference/International Brotherhood of Teamsters, Local No. 197-M and the Standard Register Company, Dated as of February 2, 2015, and (II) That Certain Agreement by and Between the Graphic Communications Union Local No. 594S, Subordinate to the Graphic Communications*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

01:17688251.1

*Conference of the International Brotherhood of Teamsters District Council, 9 and the Standard Register Company, Dated as of May 1, 2014,* Nunc Pro Tunc *to July 31, 2015* [D.I. 895] (the "Rejection Motion"), pursuant to which, among other things, the Debtor sought to reject (i) that certain Agreement (the "Local 197 Contract") by and between the Graphic Communications Conference / International Brotherhood of Teamsters, Local No. 197-M (the "Fayetteville Union") and SRC Liquidation Company f/k/a The Standard Register Company, dated as of February 2, 2015, and (ii) that certain Agreement (together with the Local 197 Contract, the "Union Contracts") by and between the Graphic Communications Union Local No. 594S, subordinate to the Graphic Communications Conference of the International Brotherhood of Teamsters District Council, 9 (together with the Fayetteville Union, the "Unions," and the Unions together with the Debtor, the "Parties") and SRC Liquidation Company f/k/a The Standard Register Company, dated as of May 1, 2014.

2. Subsequent thereto, the Parties engaged in good faith negotiations regarding the relief sought in the Rejection Motion and a potential consensual resolution thereof.

3. As reflected on the record at the hearing held on November 19, 2015, at this time, the Parties have reached an agreement regarding the Debtor's rejection and termination of the underlying Union Contracts, and memorialized the terms of such agreement in the stipulations (the "Stipulations") attached as Exhibits A and B to the proposed form of order (the "Proposed Order") attached hereto as Exhibit 1. The Stipulations, among other things, provide that the Union Contracts' termination shall be treated as an agreed-upon termination and rejection under section 1113 of the Bankruptcy Code, effective as of July 31, 2015, and further (i) governs the scope of all administrative expense and priority claims held by Union members, and (ii) sets forth the Parties' respective rights going forward.

WHEREFORE, the Debtors respectfully request entry of the Proposed Order, substantially in the form attached hereto as Exhibit 1, approving the Rejection Motion, on the terms set forth in the Stipulations, without further notice or hearing at the Court's earliest convenience.

Dated: November 24, 2015
Wilmington, Delaware

/s/ Andrew L. Magaziner
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
mnestor@ycst.com
kcoyle@ycst.com
amagaziner@ycst.com

-and-

Michael A. Rosenthal (NY No. 4697561)
Jeremy L. Graves (CO No. 45522)
Matthew G. Bouslog (CA No. 280978)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
mrosenthal@gibsondunn.com
jgraves@gibsondunn.com
mbouslog@gibsondunn.com

*Counsel to the Debtors and Debtors in Possession*