## EXHIBIT A

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

(302) 571-6600
(800) 253-2234 (DE ONLY)

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

(302) 571-1253 FAX
www.ycst.com

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

TAX I.D. NO. 51-0082644

**TO:**

11/23/2015
File No. 073986.1001

For Professional Services Rendered For:

Bill No.  40386661

**Standard Register**
**Billing Period Through October 31, 2015**

Total Fees ......................................................................................$      35,017.50
Total Expenses ..............................................................................      1,971.43

Total .............................................................$      36,988.93

WHEN REMITTING PAYMENT, KINDLY REFERENCE FILE NO. **073986.1001** AND SEND TO THE ATTENTION
OF **ACCOUNTING DEPT.**

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
Billing Period Through October 31, 2015

## AGGREGATE TIME SUMMARY BY TASK CODE

| TASK CODE | TASK DESCRIPTION | TOTAL HOURS | TOTAL AMOUNT |
|---|---|---|---|
| B001 | Case Administration | 7.30 | 2,465.00 |
| B002 | Court Hearings | 14.40 | 4,557.50 |
| B004 | Schedules & Statements, U.S. Trustee Reports | 2.50 | 1,073.00 |
| B005 | Lease/Executory Contract Issues | 2.80 | 1,264.00 |
| B006 | Use, Sale or Lease of Property (363 issues) | 8.60 | 3,429.00 |
| B007 | Claims Analysis, Objections and Resolutions | 22.90 | 8,439.50 |
| B009 | Stay Relief Matters | 0.60 | 257.00 |
| B011 | Other Adversary Proceedings | 1.70 | 352.50 |
| B012 | Plan and Disclosure Statement | 12.10 | 4,834.50 |
| B013 | Creditor Inquiries | 1.20 | 375.00 |
| B014 | General Corporate Matters | 1.20 | 372.00 |
| B017 | Retention of Professionals/Fee Issues | 21.60 | 6,082.00 |
| B018 | Fee Application Preparation | 4.50 | 1,051.50 |
| B020 | Utility Services | 1.50 | 465.00 |
| | Totals | 102.90 | $ 35,017.50 |

2

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
Billing Period Through October 31, 2015

## ATTORNEY TIME SUMMARY BY TASK CODE

**Task B001**
**Case Administration**

| | | Total Hours | Hourly Rate | | Total |
|---|---|---|---|---|---|
| Andrew Magaziner | Associate | 2.70 x $ | 400.00 | = | 1,080.00 |
| Elizabeth S. Justison | Associate | 0.20 x $ | 310.00 | = | 62.00 |
| Michael Girello | Paralegal | 0.10 x $ | 250.00 | = | 25.00 |
| Michael R. Nestor | Partner | 1.00 x $ | 725.00 | = | 725.00 |
| Patsy Petlock | Clerk | 0.40 x $ | 55.00 | = | 22.00 |
| Troy Bollman | Paralegal | 2.90 x $ | 190.00 | = | 551.00 |
| | Totals: | 7.30 | | $ | 2,465.00 |

**Task B002**
**Court Hearings**

| | | Total Hours | Hourly Rate | | Total |
|---|---|---|---|---|---|
| Andrew Magaziner | Associate | 7.40 x $ | 400.00 | = | 2,960.00 |
| Michael R. Nestor | Partner | 0.50 x $ | 725.00 | = | 362.50 |
| Troy Bollman | Paralegal | 6.50 x $ | 190.00 | = | 1,235.00 |
| | Totals: | 14.40 | | $ | 4,557.50 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
Billing Period Through October 31, 2015

| **Task  B004**<br>**Schedules & Statements, U.S. Trustee Reports** | | Total<br>Hours | Hourly<br>Rate | | Total |
|---|---|---|---|---|---|
| Andrew Magaziner | Associate | 0.60 | x $   400.00 | = | 240.00 |
| Kara Hammond Coyle | Partner | 1.60 | x $   485.00 | = | 776.00 |
| Troy Bollman | Paralegal | 0.30 | x $   190.00 | = | 57.00 |
| | Totals: | 2.50 | | $ | 1,073.00 |

| **Task  B005**<br>**Lease/Executory Contract Issues** | | Total<br>Hours | Hourly<br>Rate | | Total |
|---|---|---|---|---|---|
| Andrew Magaziner | Associate | 1.90 | x $   400.00 | = | 760.00 |
| Elizabeth S. Justison | Associate | 0.30 | x $   310.00 | = | 93.00 |
| Kara Hammond Coyle | Partner | 0.10 | x $   485.00 | = | 48.50 |
| Michael R. Nestor | Partner | 0.50 | x $   725.00 | = | 362.50 |
| | Totals: | 2.80 | | $ | 1,264.00 |

| **Task  B006**<br>**Use, Sale or Lease of Property (363 issues)** | | Total<br>Hours | Hourly<br>Rate | | Total |
|---|---|---|---|---|---|
| Andrew Magaziner | Associate | 4.50 | x $   400.00 | = | 1,800.00 |
| Elizabeth S. Justison | Associate | 0.20 | x $   310.00 | = | 62.00 |
| Kara Hammond Coyle | Partner | 2.80 | x $   485.00 | = | 1,358.00 |
| Troy Bollman | Paralegal | 1.10 | x $   190.00 | = | 209.00 |
| | Totals: | 8.60 | | $ | 3,429.00 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
Billing Period Through October 31, 2015

**Task  B007**
**Claims Analysis, Objections and Resolutions**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Andrew Magaziner | Associate | 13.70 | x $ | 400.00 | = | 5,480.00 |
| Elizabeth S. Justison | Associate | 2.60 | x $ | 310.00 | = | 806.00 |
| Kara Hammond Coyle | Partner | 2.90 | x $ | 485.00 | = | 1,406.50 |
| Melissa Romano | Paralegal | 0.80 | x $ | 215.00 | = | 172.00 |
| Michael Girello | Paralegal | 0.40 | x $ | 250.00 | = | 100.00 |
| Troy Bollman | Paralegal | 2.50 | x $ | 190.00 | = | 475.00 |
| Totals: | | 22.90 | | | $ | 8,439.50 |

**Task  B009**
**Stay Relief Matters**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Andrew Magaziner | Associate | 0.40 | x $ | 400.00 | = | 160.00 |
| Kara Hammond Coyle | Partner | 0.20 | x $ | 485.00 | = | 97.00 |
| Totals: | | 0.60 | | | $ | 257.00 |

**Task  B011**
**Other Adversary Proceedings**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Kara Hammond Coyle | Partner | 0.10 | x $ | 485.00 | = | 48.50 |
| Troy Bollman | Paralegal | 1.60 | x $ | 190.00 | = | 304.00 |
| Totals: | | 1.70 | | | $ | 352.50 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
Billing Period Through October 31, 2015

| Task  B012 Plan and Disclosure Statement | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Andrew Magaziner | Associate | 2.70 | x $ | 400.00 | = | 1,080.00 |
| Elizabeth S. Justison | Associate | 3.10 | x $ | 310.00 | = | 961.00 |
| Kara Hammond Coyle | Partner | 5.30 | x $ | 485.00 | = | 2,570.50 |
| Maris J. Kandestin | Associate | 0.10 | x $ | 460.00 | = | 46.00 |
| Michael Girello | Paralegal | 0.10 | x $ | 250.00 | = | 25.00 |
| Troy Bollman | Paralegal | 0.80 | x $ | 190.00 | = | 152.00 |
| | Totals: | 12.10 | | | $ | 4,834.50 |

| Task  B013 Creditor Inquiries | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Andrew Magaziner | Associate | 0.70 | x $ | 400.00 | = | 280.00 |
| Troy Bollman | Paralegal | 0.50 | x $ | 190.00 | = | 95.00 |
| | Totals: | 1.20 | | | $ | 375.00 |

| Task  B014 General Corporate Matters | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Elizabeth S. Justison | Associate | 1.20 | x $ | 310.00 | = | 372.00 |
| | Totals: | 1.20 | | | $ | 372.00 |

6

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
Billing Period Through October 31, 2015

| **Task B017**<br>**Retention of Professionals/Fee Issues** | | Total<br>Hours | | Hourly<br>Rate | | Total |
|---|---|---|---|---|---|---|
| Andrew Magaziner | Associate | 4.50 | x $ | 400.00 | = | 1,800.00 |
| Elizabeth S. Justison | Associate | 4.30 | x $ | 310.00 | = | 1,333.00 |
| Kara Hammond Coyle | Partner | 1.60 | x $ | 485.00 | = | 776.00 |
| Melissa Romano | Paralegal | 1.80 | x $ | 215.00 | = | 387.00 |
| Troy Bollman | Paralegal | 9.40 | x $ | 190.00 | = | 1,786.00 |
| | Totals: | 21.60 | | | $ | 6,082.00 |

| **Task B018**<br>**Fee Application Preparation** | | Total<br>Hours | | Hourly<br>Rate | | Total |
|---|---|---|---|---|---|---|
| Elizabeth S. Justison | Associate | 0.30 | x $ | 310.00 | = | 93.00 |
| Michael R. Nestor | Partner | 0.30 | x $ | 725.00 | = | 217.50 |
| Troy Bollman | Paralegal | 3.90 | x $ | 190.00 | = | 741.00 |
| | Totals: | 4.50 | | | $ | 1,051.50 |

| **Task B020**<br>**Utility Services** | | Total<br>Hours | | Hourly<br>Rate | | Total |
|---|---|---|---|---|---|---|
| Elizabeth S. Justison | Associate | 1.50 | x $ | 310.00 | = | 465.00 |
| | Totals: | 1.50 | | | $ | 465.00 |

| | Aggregate Total: | 102.90 | | | $ | 35,017.50 |
|---|---|---|---|---|---|---|

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
Billing Period Through October 31, 2015

## AGGREGATE TIME SUMMARY PAGE BY INDIVIDUAL

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| MNEST | Michael R. Nestor, Partner | 2.30 | $ | 725.00 | = | 1,667.50 |
| KCOYL | Kara Hammond Coyle, Partner | 14.60 | $ | 485.00 | = | 7,081.00 |
| MKAND | Maris J. Kandestin, Associate | 0.10 | $ | 460.00 | = | 46.00 |
| AMAGA | Andrew Magaziner, Associate | 39.10 | $ | 400.00 | = | 15,640.00 |
| EJUST | Elizabeth S. Justison, Associate | 13.70 | $ | 310.00 | = | 4,247.00 |
| MGIRE | Michael Girello, Paralegal | 0.60 | $ | 250.00 | = | 150.00 |
| MROMA | Melissa Romano, Paralegal | 2.60 | $ | 215.00 | = | 559.00 |
| TBOLL | Troy Bollman, Paralegal | 29.50 | $ | 190.00 | = | 5,605.00 |
| PPETL | Patsy Petlock, Clerk | 0.40 | $ | 55.00 | = | 22.00 |
| | Total: | 102.90 | | | $ | 35,017.50 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                     Invoice No. 40386661                     11-23-2015

## TIME DETAIL GROUPED BY TASK CODE

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 09/30/15 | Review/revise memo re: critical dates, deadlines and tasks for distribution to client and GDC | MNEST | B001 | 0.40 |
| 10/01/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |
| 10/02/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |
| 10/05/15 | Confer with M. Bouslog and E. Justison re: exclusivity deadline extension and 365(d)(4) motion | AMAGA | B001 | 0.20 |
| 10/05/15 | Coordinate docketing and filing of pleadings and correspondence | PPETL | B001 | 0.10 |
| 10/06/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |
| 10/07/15 | Review and revise draft exclusivity motion (.5) and emails with E. Justison and M. Bouslog re: same (.1) | AMAGA | B001 | 0.60 |
| 10/07/15 | Emails with E. Justison and M. Bouslog re: final exclusivity extension motion | AMAGA | B001 | 0.10 |
| 10/07/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |
| 10/09/15 | Review/revise memo re: critical dates, deadlines and tasks for distribution to client and GDC | MNEST | B001 | 0.20 |
| 10/09/15 | Update critical dates calendar and circulate to the working group for review | TBOLL | B001 | 0.30 |
| 10/09/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |
| 10/12/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                   Invoice No. 40386661                    11-23-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 10/13/15 | Multiple calls and emails with R. Bello, M. Bouslog, J. Graves and claimants and their counsel re: first omnibus objection and hearing on same | AMAGA | B001 | 1.40 |
| 10/13/15 | Coordinate docketing and filing of pleadings and correspondence | PPETL | B001 | 0.10 |
| 10/13/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |
| 10/14/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |
| 10/15/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.20 |
| 10/16/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |
| 10/19/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |
| 10/20/15 | Emails with M. Bouslog and E. Justison re: certification of counsel re: directors and officers insurance stipulation | AMAGA | B001 | 0.10 |
| 10/20/15 | Coordinate docketing and filing of pleadings and correspondence | PPETL | B001 | 0.10 |
| 10/20/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |
| 10/21/15 | Review certification of counsel re: directors and officers insurance stipulation and emails with E. Justison and M. Bouslog re: same | AMAGA | B001 | 0.10 |
| 10/21/15 | Multiple emails with counterparties and M. Bouslog re: filing of directors and officers insurance stipulation | AMAGA | B001 | 0.20 |
| 10/21/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |
| 10/22/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                    Invoice No. 40386661                              11-23-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 10/23/15 | Review and update critical dates calendar and circulate to the working group for review | TBOLL | B001 | 0.30 |
| 10/23/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |
| 10/26/15 | Review certificates of no objection for Dinsmore fee application and exclusivity motion and coordinate filing | EJUST | B001 | 0.20 |
| 10/26/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |
| 10/27/15 | Circulate to distribution group daily docket update with recent pleadings | MGIRE | B001 | 0.10 |
| 10/27/15 | Coordinate docketing and filing of pleadings and correspondence | PPETL | B001 | 0.10 |
| 10/28/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |
| 10/29/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |
| 10/30/15 | Review docket/pleadings and review/revise memo to clients/GDC re: critical dates, deadlines and tasks | MNEST | B001 | 0.40 |
| 10/30/15 | Update critical dates calendar and circulate to the working group for review | TBOLL | B001 | 0.30 |
| 10/30/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |
| | Sub Total | | | 7.30 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 10/06/15 | Confer with T. Bollman re: hearing agenda | AMAGA | B002 | 0.10 |
| 10/06/15 | Prepare draft agenda of matters scheduled for hearing on October 14, 2015 | TBOLL | B002 | 1.00 |
| 10/07/15 | Review, and circulate for comment draft agenda of matters scheduled for hearing on October 14, 2015 | TBOLL | B002 | 0.20 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                  Invoice No. 40386661                    11-23-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 10/08/15 | Emails with J. Graves re: hearing agenda | AMAGA | B002 | 0.10 |
| 10/09/15 | Revise, finalize and file hearing agenda and confer with T. Bollman and M. Nestor multiple times re: same | AMAGA | B002 | 0.50 |
| 10/09/15 | Update (.2) and finalize for filing (.3) agenda of matters scheduled for hearing on October 14, 2015 | TBOLL | B002 | 0.50 |
| 10/09/15 | Prepare, and submit to the Court, hearing binders re: agenda of matters scheduled for hearing on October 14, 2015 | TBOLL | B002 | 0.40 |
| 10/09/15 | Prepare attorney hearing binders re: agenda of matters scheduled for hearing on October 14, 2015 | TBOLL | B002 | 1.20 |
| 10/12/15 | Prepare for hearing and multiple emails with J. Graves and M. Bouslog re: same | AMAGA | B002 | 0.40 |
| 10/13/15 | Finalize and file hearing agenda; confer with T. Bollman re: notice re: amended time | AMAGA | B002 | 0.30 |
| 10/13/15 | Emails with M. Rosenthal re: dial in information | AMAGA | B002 | 0.10 |
| 10/13/15 | Confer with M. Romano, J. Graves and P. Morey re: revised hearing preparations | AMAGA | B002 | 0.30 |
| 10/13/15 | Prepare (.2) and finalize for filing (.4) amended agenda of matters scheduled for hearing on October 15, 2015 | TBOLL | B002 | 0.60 |
| 10/13/15 | Assist in updating and providing information re: rescheduling of October 14, 2015 hearing to October 15, 2015 | TBOLL | B002 | 0.30 |
| 10/13/15 | Assist in preparation of materials re: hearing scheduled for October 15, 2015 | TBOLL | B002 | 0.40 |
| 10/14/15 | Finalize and prepare documents for hearing and confer with T. Bollman multiple times re: same | AMAGA | B002 | 0.90 |
| 10/14/15 | Multiple emails with J. Graves, M. Bouslog, M. Rosenthal and M. Nestor re: hearing and preparations for same | AMAGA | B002 | 0.40 |
| 10/14/15 | Emails with J. Graves re: hearing preparations | AMAGA | B002 | 0.10 |
| 10/14/15 | Assist in preparation of materials re: agenda of matters scheduled for hearing on October 15, 2015 | TBOLL | B002 | 0.60 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001              Invoice No. 40386661                    11-23-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 10/15/15 | Prepare for and attend hearing | AMAGA | B002 | 4.20 |
| 10/15/15 | Review issues/strategy re: dropship motion | MNEST | B002 | 0.50 |
| 10/15/15 | Assist in preparation of materials re: hearing on October 15, 2015 | TBOLL | B002 | 1.30 |
| | Sub Total | | | 14.40 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 10/15/15 | Call with P. Poirier re: monthly operating report | AMAGA | B004 | 0.20 |
| 10/21/15 | Emails with P. Poirier re: monthly operating report | AMAGA | B004 | 0.10 |
| 10/21/15 | Follow up with P. Poirier re: monthly operating report and review same | AMAGA | B004 | 0.20 |
| 10/21/15 | Correspondence from P. Poirier re: preparation of September MOR | KCOYL | B004 | 0.10 |
| 10/22/15 | Correspondence with P. Poirier re: revisions to September MOR; review and revise same | KCOYL | B004 | 0.40 |
| 10/30/15 | Emails with T. Bollman, P. Poirier and K. Coyle re: final monthly operating report for filing | AMAGA | B004 | 0.10 |
| 10/30/15 | Correspondence with P. Poirier, A. Magaziner and T. Bollman re: preparation of September MOR | KCOYL | B004 | 0.20 |
| 10/30/15 | Telephone call and correspondence with M. Bouslog re: insurance question and related UST guidelines | KCOYL | B004 | 0.50 |
| 10/30/15 | Telephone calls to M. Kenney re: insurance inquiry and related UST guidelines | KCOYL | B004 | 0.40 |
| 10/30/15 | Finalize for filing and submit to the U.S. Trustee monthly operating report for September 2015 | TBOLL | B004 | 0.30 |
| | Sub Total | | | 2.50 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                Invoice No. 40386661                11-23-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 09/21/15 | Review Caresource motion to compel assumption/rejection and related pleadings | MNEST | B005 | 0.50 |
| 10/01/15 | Multiple emails with Xerox counsel and Taylor counsel re: terminated lease agreements | AMAGA | B005 | 0.30 |
| 10/02/15 | Multiple emails with Xerox counsel and Taylor counsel re: lease rejection terms and draft language re: same | AMAGA | B005 | 0.40 |
| 10/05/15 | Finalize and execute Xerox lease termination agreements and emails with P. Bohl and M. Ralston re: same | AMAGA | B005 | 0.30 |
| 10/06/15 | Follow up emails with M. Ralston and M. Tilling re: Xerox terminated agreements | AMAGA | B005 | 0.20 |
| 10/08/15 | Emails with M. Bouslog and M. Shriro re: lease rejection issues | AMAGA | B005 | 0.10 |
| 10/12/15 | Multiple emails with M. Tilling and M. Ralston re: rejected Xerox contracts | AMAGA | B005 | 0.20 |
| 10/13/15 | Emails with M. Tilling re: executed release forms | AMAGA | B005 | 0.10 |
| 10/15/15 | Multiple emails with P. Bohl and M. Ralston re: rejected Xerox contracts and equipment return | AMAGA | B005 | 0.20 |
| 10/15/15 | Correspondence from D. Blasius re: assumption of contract with Vana Solutions, LLC | KCOYL | B005 | 0.10 |
| 10/21/15 | Follow up emails with M. Ralston re: leased equipment and return of same | AMAGA | B005 | 0.10 |
| 10/23/15 | Research re: 9019 motions | EJUST | B005 | 0.30 |
| | Sub Total | | | 2.80 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 10/05/15 | Correspondence to M. Bouslog re: executory contract/sale issue with Canon Financial Services | KCOYL | B006 | 0.10 |
| 10/05/15 | Correspondence with N. Suglia re: executory contract/sale issue with Canon Financial Services | KCOYL | B006 | 0.10 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                    Invoice No. 40386661                         11-23-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 10/07/15 | Correspondence with N. Suglia re: Canon Financial Services contract | KCOYL | B006 | 0.20 |
| 10/07/15 | Correspondence to P. Bohl re: Canon Financial Services contract | KCOYL | B006 | 0.10 |
| 10/09/15 | Finalize and file abandonment notice and confer with M. Bouslog and T. Bollman re: same | AMAGA | B006 | 0.20 |
| 10/09/15 | Finalize for filing notice of abandonment of de minimis assets | TBOLL | B006 | 0.20 |
| 10/14/15 | Emails with D. Wender re: sale and brief research re: same | AMAGA | B006 | 0.20 |
| 10/14/15 | Confer with T. Bollman and M. Romano re: notary for sale documents | AMAGA | B006 | 0.20 |
| 10/15/15 | Finalize sale documents re: Terra Haute | AMAGA | B006 | 0.30 |
| 10/15/15 | Finalize for filing notice of revised bid procedures order and related objection status chart | TBOLL | B006 | 0.40 |
| 10/19/15 | Emails with C. Perkins re: cure process and designation timeline | AMAGA | B006 | 0.20 |
| 10/20/15 | Confer multiple times with M. Ralston and P. Bohl re: return of leased equipment in connection with sale | AMAGA | B006 | 0.20 |
| 10/21/15 | Follow up emails with M. Ralston re: returned lease equipment | AMAGA | B006 | 0.10 |
| 10/21/15 | Correspondence with E. LoBello re: setoff issue with Pitney Bowes | KCOYL | B006 | 0.20 |
| 10/22/15 | Correspondence with A. Magaziner, P. Poirier and L. Williams re: Georgia Pacific setoff issue | KCOYL | B006 | 0.20 |
| 10/22/15 | Correspondence with E. LoBello re: Pitney Bowes setoff issue | KCOYL | B006 | 0.20 |
| 10/23/15 | Research re: 9019 motion and emails with M. Bouslog and E. Justison re: same | AMAGA | B006 | 0.20 |
| 10/23/15 | Emails with M. Bouslog, K. Coyle and D. Wender re: designation deadline | AMAGA | B006 | 0.20 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                  Invoice No. 40386661                  11-23-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 10/23/15 | Correspondence with P. Poirier and A. Magaziner re: Georgia Pacific setoff issue | KCOYL | B006 | 0.40 |
| 10/23/15 | Correspondence to D. Wender re: Georgia Pacific setoff issue | KCOYL | B006 | 0.10 |
| 10/24/15 | Research re: designation deadline and emails with D. Wender and K. Coyle re: same | AMAGA | B006 | 0.20 |
| 10/24/15 | Correspondence with D. Wender and A. Magaziner re: Georgia Pacific setoff issue | KCOYL | B006 | 0.30 |
| 10/24/15 | Correspondence with M. Bouslog re: Georgia Pacific setoff issue | KCOYL | B006 | 0.20 |
| 10/26/15 | Emails with D. Smith re: Xerox contracts transferred in connection with sale | AMAGA | B006 | 0.20 |
| 10/28/15 | Review and revise draft 9019 motion and confer with M. Bouslog and E. Justison re: same | AMAGA | B006 | 0.80 |
| 10/28/15 | Emails with J. Graves and Lazard re: contract list for designation | AMAGA | B006 | 0.10 |
| 10/28/15 | Follow up emails with M. Bouslog re: 9019 motion and confer with T. Bollman re: filing of same | AMAGA | B006 | 0.10 |
| 10/28/15 | Correspondence with A. Magaziner re: Georgia Pacific contract assumption | KCOYL | B006 | 0.10 |
| 10/29/15 | Multiple emails with D. Wender, K. Coyle and M. Bouslog re: final designation list | AMAGA | B006 | 0.20 |
| 10/29/15 | Confer with T. Bollman multiple times re: transferred contract lists and review same | AMAGA | B006 | 0.20 |
| 10/29/15 | Finalize and file wind down settlement 9019 and emails with T. Bollman re: same | AMAGA | B006 | 0.30 |
| 10/29/15 | Review final designation list; emails with contract counterparties re: same | AMAGA | B006 | 0.30 |
| 10/29/15 | Work with D. Wender, P. Bohl, M. Bouslog and A. Magaziner re: assumption and assignment of contracts and Georgia Pacific issue | KCOYL | B006 | 0.50 |
| 10/29/15 | Correspondence with P. Poirier re: update on Georgia Pacific contract issue | KCOYL | B006 | 0.10 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                     Invoice No. 40386661                     11-23-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 10/30/15 | Multiple emails with M. Ralston re: transferred Xerox contracts | AMAGA | B006 | 0.20 |
| 10/30/15 | Emails with M. Bouslog re: abandonment notice | AMAGA | B006 | 0.10 |
| 10/30/15 | Review notice of abandonment and coordinate filing | EJUST | B006 | 0.10 |
| 10/30/15 | Email to J. Detrick re: deposit request | EJUST | B006 | 0.10 |
| 10/30/15 | Update notice (.2) and finalize for filing (.3) abandonment of certain assets | TBOLL | B006 | 0.50 |
| | Sub Total | | | 8.60 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 10/01/15 | Confer with T. Bollman and E. Justison multiple times re: fifth omnibus claim objection and responses to inquiries from claimants in connection with same (.2); follow up call with B. Farkas re: same (.1) | AMAGA | B007 | 0.30 |
| 10/01/15 | Call re: Fifth Omnibus Objection | EJUST | B007 | 0.80 |
| 10/05/15 | Begin revising omnibus reply in connection with drop ship objection | AMAGA | B007 | 0.50 |
| 10/06/15 | Further review, revise, finalize and file drop ship objection reply | AMAGA | B007 | 0.30 |
| 10/06/15 | Finalize for filing and coordinate service of omnibus reply to first omnibus objection to claims re: drop-ship claims | TBOLL | B007 | 0.70 |
| 10/08/15 | Call with B. Keenan re: drop ship claim objection and emails with J. Graves and M. Bouslog re: status of same | AMAGA | B007 | 0.50 |
| 10/08/15 | Research re: evidentiary issue in connection with drop ship objection | AMAGA | B007 | 0.40 |
| 10/09/15 | Confer multiple times with J. Graves and M. Bouslog re: drop ship objection (.7); emails with Harmony Press re: same (.2) | AMAGA | B007 | 0.90 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                Invoice No. 40386661                11-23-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 10/09/15 | Further research re: drop ship objection and confer with L. Williams re: same | AMAGA | B007 | 0.30 |
| 10/09/15 | Review and revise claim objection orders and confer with M. Bouslog re: same | AMAGA | B007 | 0.20 |
| 10/09/15 | Further research re: drop ship objection and burden of proof | AMAGA | B007 | 0.20 |
| 10/09/15 | Multiple emails with J. Graves and B. Keenan re: drop ship claim objection | AMAGA | B007 | 0.20 |
| 10/09/15 | Emails with T. Bollman re: delivered proof of claim | AMAGA | B007 | 0.10 |
| 10/09/15 | Emails with L. Williams re: 10/14/15 hearing preparation and claim objections | AMAGA | B007 | 0.10 |
| 10/12/15 | Revise omnibus objection order and confer with J. Graves re: same | AMAGA | B007 | 0.20 |
| 10/12/15 | Multiple emails with claimants' counsel re: revised claim objection; follow up with J. Graves re: same | AMAGA | B007 | 0.20 |
| 10/13/15 | Further revise first omnibus objection order and emails with J. Graves re: same | AMAGA | B007 | 0.20 |
| 10/13/15 | Prepare for hearing on claim objections and confer with M. Bouslog and J. Graves multiple times re: same | AMAGA | B007 | 0.60 |
| 10/14/15 | Review and revise claim objection exhibits and confer with M. Bouslog multiple times re: same | AMAGA | B007 | 0.70 |
| 10/14/15 | Confer with M. Bouslog and Prime Clerk multiple times re: Pennsylvania Taxation Dept. proof of claim and objection to same | AMAGA | B007 | 0.30 |
| 10/14/15 | Review draft objection exhibits and emails with M. Bouslog re: same | AMAGA | B007 | 0.50 |
| 10/15/15 | Review and revise claim objections and exhibits to same (.8); confer multiple times with M. Bouslog re: same (.3) | AMAGA | B007 | 1.10 |
| 10/15/15 | Work with J. Graves re: claim objection order | AMAGA | B007 | 0.20 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                    Invoice No. 40386661                    11-23-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 10/15/15 | Draft and file affidavit of service re: omnibus reply in support of first omnibus objection to claims | MROMA | B007 | 0.30 |
| 10/16/15 | Review and revise three draft claim objections; emails with M. Bouslog re: same | AMAGA | B007 | 1.20 |
| 10/16/15 | Further revisions to claim objections | AMAGA | B007 | 0.30 |
| 10/16/15 | Review/revise exhibits to debtors' seventh omnibus objection to claims | MROMA | B007 | 0.50 |
| 10/18/15 | Emails with M. Bouslog and P. Poirier re: claim objections and briefly review same | AMAGA | B007 | 0.20 |
| 10/19/15 | Finalize sixth and seventh omnibus claim objections; confer with E. Justison and M. Bouslog re: same | AMAGA | B007 | 0.40 |
| 10/19/15 | Multiple emails with M. Goldberg, T. Bollman and E. Justison re: corrected claim objection order | AMAGA | B007 | 0.30 |
| 10/19/15 | Emails with E. Justison and M. Bouslog re: finalized claim objections for filing | AMAGA | B007 | 0.20 |
| 10/19/15 | Review Sonar/Weenas claim issue and revise fourth omnibus order | EJUST | B007 | 0.60 |
| 10/20/15 | Confer multiple times with T. Bollman and E. Justison re: revised omnibus claim objection order | AMAGA | B007 | 0.20 |
| 10/20/15 | Multiple emails with M. Bouslog re: sixth and seventh omnibus claim objections | AMAGA | B007 | 0.20 |
| 10/20/15 | Emails with M. Goldberg re: revised claim objection order | AMAGA | B007 | 0.10 |
| 10/20/15 | Emails with T. Bollman re: service questions | AMAGA | B007 | 0.10 |
| 10/20/15 | Draft certification of counsel re: fourth omnibus claims objection | EJUST | B007 | 0.40 |
| 10/20/15 | Discuss omnibus objections with M. Bouslog | EJUST | B007 | 0.20 |
| 10/20/15 | Review 505 objection | EJUST | B007 | 0.30 |
| 10/20/15 | Work with E. Justison and M. Bouslog re: revisions to PA Dept. of Revenue claims objection; review and revise same | KCOYL | B007 | 0.90 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                    Invoice No. 40386661                    11-23-2015

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 10/20/15 | Prepare notice (.1) and finalize for filing (.3) sixth omnibus objection to claims | TBOLL | B007 | 0.40 |
| 10/20/15 | Prepare notice (.1) and finalize for filing (.3) seventh omnibus objection to claims | TBOLL | B007 | 0.40 |
| 10/20/15 | Finalize for filing, and submit to the Court, certification of counsel re: corrected order sustaining fourth omnibus claim objection | TBOLL | B007 | 0.40 |
| 10/21/15 | Multiple emails with B. Keenan and J. Graves re: resolution of objection to Harmony Press claim and voicemail re: same | AMAGA | B007 | 0.30 |
| 10/21/15 | Briefly review Harmony Press claim information | AMAGA | B007 | 0.20 |
| 10/21/15 | Emails with M. Bouslog re: corrected fourth omnibus claim objection order | AMAGA | B007 | 0.10 |
| 10/21/15 | Call with D. Wender and follow up emails with D. Wender, K. Coyle and L. Williams re: Georgia Pacific claim | AMAGA | B007 | 0.80 |
| 10/21/15 | Correspondence with A. Magaziner and M. Bouslog re: corrected 4th omnibus objection order | KCOYL | B007 | 0.20 |
| 10/21/15 | Correspondence with D. Smith re: Liberty Mutual proofs of claim; review same | KCOYL | B007 | 0.50 |
| 10/22/15 | Finalize for filing and submit to the Court certification of counsel re: second corrected order sustaining fourth omnibus claim objection | TBOLL | B007 | 0.50 |
| 10/23/15 | Multiple emails with P. Poirier and K. Coyle re: Georgia Pacific claim | AMAGA | B007 | 0.30 |
| 10/23/15 | Telephone call with D. Wender re: Georgia Pacific claims issue | KCOYL | B007 | 0.20 |
| 10/23/15 | Telephone call with P. Poirer re: Georgia Pacific claims issue | KCOYL | B007 | 0.10 |
| 10/26/15 | Review administrative claim motion | AMAGA | B007 | 0.10 |
| 10/27/15 | Briefly review draft notice of satisfaction | AMAGA | B007 | 0.10 |
| 10/27/15 | Review notice of satisfaction and coordinate filing of same | EJUST | B007 | 0.30 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                    Invoice No. 40386661                    11-23-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 10/27/15 | Work with M. Bouslog and E. Justison re: review of Notice of Satisfaction of Claims; review and revise same | KCOYL | B007 | 1.00 |
| 10/27/15 | Emails with E. Justison and T. Bollman re: Claims Satisfaction Notice | MGIRE | B007 | 0.10 |
| 10/27/15 | Finalize and file Claims Satisfaction Notice (.2) and coordinate with Prime Clerk service thereof (.1) | MGIRE | B007 | 0.30 |
| 10/28/15 | Emails with K. Coyle re: Georgia Pacific claim resolution | AMAGA | B007 | 0.10 |
| 10/29/15 | Research re: Darr Equipment claim and emails with P. Smith re: same | AMAGA | B007 | 0.30 |
| 10/29/15 | Emails with P. Bohl re: resolution of Georgia Pacific claim | AMAGA | B007 | 0.10 |
| 10/29/15 | E-mail claims agent re: binders of claims for submission with respect to seventh omnibus objection to claims | TBOLL | B007 | 0.10 |
| 10/30/15 | Emails with D. Blasius re: critical vendor claim | AMAGA | B007 | 0.10 |
| | Sub Total | | | 22.90 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 10/02/15 | Additional emails with P. Bohl re: status of Georgia Pacific negotiations | AMAGA | B009 | 0.10 |
| 10/06/15 | Multiple emails with P. Bohl and J. Edwards re: status of stay relief motion | AMAGA | B009 | 0.20 |
| 10/29/15 | Emails with D. Wender re: withdrawn stay relief motion | AMAGA | B009 | 0.10 |
| 10/30/15 | Correspondence with A. Magaziner and D. Wender re: withdrawal of Georgia Pacific motion for stay relief | KCOYL | B009 | 0.20 |
| | Sub Total | | | 0.60 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                 Invoice No. 40386661                      11-23-2015

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 09/24/15 | Update and finalize for filing notice of abandonment of de minimis assets | TBOLL | B011 | 0.60 |
| 10/21/15 | Finalize for filing, and submit to the Court, certification of counsel re: order approving stipulation with respect to proceeds of D&O insurance policy | TBOLL | B011 | 0.40 |
| 10/21/15 | Review and update stipulation with respect to proceeds of D&O insurance policy | TBOLL | B011 | 0.20 |
| 10/29/15 | Correspondence with M. Bouslog and A. Magaziner re: preparation of 9019 motion re: wind-down settlement | KCOYL | B011 | 0.10 |
| 10/29/15 | Prepare notice (.1) and finalize for filing (.3) 9019 motion re: wind-down settlement | TBOLL | B011 | 0.40 |
| | Sub Total | | | 1.70 |

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 10/02/15 | Emails with M. Bouslog and M. Rosenthal re: missing ballots | AMAGA | B012 | 0.10 |
| 10/02/15 | Correspondence with L. Campo, M. Rosenthal and M. Bouslog re: ballot request from Tanner Capital Management | KCOYL | B012 | 0.10 |
| 10/06/15 | Calls re: plan | EJUST | B012 | 0.40 |
| 10/06/15 | Draft exclusivity extension motion | EJUST | B012 | 0.90 |
| 10/07/15 | Emails with E. Justison and M. Bouslog re: plan inquiries | AMAGA | B012 | 0.20 |
| 10/07/15 | Draft second exclusivity extension motion | EJUST | B012 | 1.00 |
| 10/07/15 | Calls with P. Kaplan and J. Butler re: plan and research re: Kaplan claim | EJUST | B012 | 0.50 |
| 10/07/15 | Prepare notice (.1) and finalize for filing (.3) second motion to extend the exclusivity deadline | TBOLL | B012 | 0.40 |
| 10/08/15 | Emails with J. Edwards re: comments to plan | AMAGA | B012 | 0.10 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                 Invoice No. 40386661                          11-23-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 10/14/15 | Call with J. Waxman re: comments to plan and confer with M. Bouslog and J. Graves multiple times re: same | AMAGA | B012 | 0.40 |
| 10/16/15 | Research re: plan; emails with M. Conlan re: same and releases / distributions; call with M. Conlan re: same | AMAGA | B012 | 0.50 |
| 10/19/15 | Further research re: releases in plan; confer with L. Dunn and M. Bouslog re: same | AMAGA | B012 | 0.30 |
| 10/20/15 | Correspondence with M. Bouslog and G. Kopacz re: Liberty Mutual plan objection | KCOYL | B012 | 0.20 |
| 10/21/15 | Confer with K. Coyle multiple times re: Liberty Mutual comments to plan and research re: same | AMAGA | B012 | 0.20 |
| 10/21/15 | Telephone call and correspondence with M. Bouslog re: Liberty Mutual objection to Plan | KCOYL | B012 | 0.30 |
| 10/21/15 | Work with A. Magaziner re: Liberty Mutual objection to Plan | KCOYL | B012 | 0.20 |
| 10/21/15 | Telephone call and correspondence with G. Kopacz re: Liberty Mutual objection to Plan | KCOYL | B012 | 0.40 |
| 10/22/15 | Review and revise Liberty Mutual Plan Language; work with M. Bouslog re: same | KCOYL | B012 | 0.70 |
| 10/22/15 | Correspondence with W. Jung, S. Levine and P. Kizel re: Liberty Mutual Plan Language | KCOYL | B012 | 0.30 |
| 10/23/15 | Correspondence to G. Kopacz re: Liberty Mutual Plan Language | KCOYL | B012 | 0.10 |
| 10/26/15 | Calls with M. Bouslog and T. Bollman re: plan inquiries | AMAGA | B012 | 0.20 |
| 10/26/15 | Call with M. Nestor re: releases in plan and research re: same | AMAGA | B012 | 0.30 |
| 10/26/15 | Telephone call with G. Kopacz re: ballot for Liberty Mutual | KCOYL | B012 | 0.10 |
| 10/26/15 | Telephone call and correspondence with M. Bouslog, J. Graves and C. Pullo re: ballot for Liberty Mutual; review of proof of claim, plan and solicitation procedures | KCOYL | B012 | 1.20 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                     Invoice No. 40386661                     11-23-2015

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 10/26/15 | Submit certificate of no objection and related order to the Court re: second motion to extend the exclusivity deadline | TBOLL | B012 | 0.10 |
| 10/26/15 | Prepare and finalize for filing certificate of no objection re: second motion to extend exclusivity deadline | TBOLL | B012 | 0.30 |
| 10/27/15 | Telephone call and correspondence with G. Kopacz re: ballot for Liberty Mutual | KCOYL | B012 | 0.20 |
| 10/27/15 | Review Exclusivity Extension Order; emails to/from E. Justison re: same; coordinate with Prime Clerk service of Order | MGIRE | B012 | 0.10 |
| 10/28/15 | Research re: draft confirmation brief and confer multiple times with M. Bouslog re: same | AMAGA | B012 | 0.40 |
| 10/28/15 | Research re: confirmation brief samples | EJUST | B012 | 0.30 |
| 10/28/15 | Work with M. Bouslog and J. Graves re: Liberty Mutual plan objection | KCOYL | B012 | 0.30 |
| 10/28/15 | Correspondence to W. Jung, S. Levine and P. Kizel re: Liberty Mutual plan objection | KCOYL | B012 | 0.20 |
| 10/29/15 | Telephone call and correspondence with G. Kopacz re: Liberty Mutual plan objection | KCOYL | B012 | 0.40 |
| 10/29/15 | Work with J. Graves re: insurance neutrality language and Liberty Mutual plan objection | KCOYL | B012 | 0.50 |
| 10/29/15 | Correspondence with W. Jung re: Liberty Mutual Plan language | KCOYL | B012 | 0.10 |
| 10/30/15 | Teleconference re: creditor inquiry re: balloting | MKAND | B012 | 0.10 |
| | Sub Total | | | 12.10 |

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 10/02/15 | Emails with P. Morey re: response to creditor inquiry | AMAGA | B013 | 0.10 |
| 10/06/15 | Confer with E. Justison multiple times re: creditor inquiries and response to same | AMAGA | B013 | 0.20 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                    Invoice No. 40386661                    11-23-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 10/06/15 | Calls to and from multiple creditors re: notice of pension benefits bar date | TBOLL | B013 | 0.50 |
| 10/08/15 | Field inquiry re: available assets | AMAGA | B013 | 0.10 |
| 10/15/15 | Multiple emails with Vana Solutions counsel re: critical vendor claim | AMAGA | B013 | 0.30 |
| | Sub Total | | | 1.20 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 10/20/15 | Draft certification of counsel re: D&O stipulation | EJUST | B014 | 0.70 |
| 10/21/15 | Review and revise certification of counsel re: D&O stipulation | EJUST | B014 | 0.50 |
| | Sub Total | | | 1.20 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 10/01/15 | Finalize for filing and coordinate service of sixth monthly fee application of YCST | TBOLL | B017 | 0.40 |
| 10/02/15 | Emails with M. Rosenthal and T. Bollman re: certification of no objection for Gibson fees | AMAGA | B017 | 0.10 |
| 10/02/15 | Research re: interim compensation timeline; emails with M. Bouslog, M. Nestor and T. Bollman re: same | AMAGA | B017 | 0.20 |
| 10/02/15 | Prepare and finalize for filing certificate of no objection re: sixth monthly fee application of Gibson Dunn | TBOLL | B017 | 0.30 |
| 10/05/15 | Multiple emails with M. Bouslog re: interim fee hearing | AMAGA | B017 | 0.20 |
| 10/06/15 | Prepare and finalize for filing certificate of no objection re: August 2015 monthly compensation and staffing report for McKinsey RTS | TBOLL | B017 | 0.20 |
| 10/07/15 | Multiple calls with M. Bouslog and T. Bollman re: quarterly fee order and revise same | AMAGA | B017 | 0.30 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                      Invoice No. 40386661                         11-23-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 10/07/15 | Emails with Dinsmore and T. Bollman re: fees | AMAGA | B017 | 0.10 |
| 10/07/15 | Review and revise supplement to second quarterly fee application of YCST | TBOLL | B017 | 1.20 |
| 10/07/15 | Prepare notice (.1) and revise and finalize for filing (.4) sixth monthly fee application of Dinsmore and Shohl LLP | TBOLL | B017 | 0.50 |
| 10/08/15 | Briefly review GDC fee statement and confer with T. Bollman and M. Bouslog re: same | AMAGA | B017 | 0.20 |
| 10/08/15 | Draft and file affidavit of service re: YCS&T's 6th fee application | MROMA | B017 | 0.30 |
| 10/09/15 | Finalize and file GDC fee statement | AMAGA | B017 | 0.10 |
| 10/09/15 | Review and revise (.2), and finalize for filing and coordinate service (.4) of seventh monthly application for compensation of Gibson Dunn | TBOLL | B017 | 0.60 |
| 10/09/15 | Finalize for filing and coordinate service of seventh monthly fee application of YCST | TBOLL | B017 | 0.40 |
| 10/12/15 | Review and revise quarterly fee application (.2); emails with T. Bollman and debtors' professionals re: same (.1) | AMAGA | B017 | 0.30 |
| 10/12/15 | Confer with M. Bouslog multiple times re: fee application | AMAGA | B017 | 0.20 |
| 10/12/15 | Confer with T. Bollman multiple times re: fee application supplements; research re: same (.3); confer with M. Bouslog re: same (.1) | AMAGA | B017 | 0.40 |
| 10/12/15 | Review and revise second quarterly fee application of debtors' professionals | TBOLL | B017 | 0.30 |
| 10/13/15 | Finalize and file certification of no objection for WilliamsMarston fee application | AMAGA | B017 | 0.10 |
| 10/13/15 | Prepare and finalize for filing certificate of no objection re: August 2015 monthly compensation and staffing report by WilliamsMarston LLC | TBOLL | B017 | 0.30 |
| 10/14/15 | Review, revise, finalize and file September WilliamsMarston fee application | AMAGA | B017 | 0.40 |
| 10/15/15 | Finalize and file WilliamsMarston reports | AMAGA | B017 | 0.20 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001           Invoice No. 40386661                   11-23-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 10/15/15 | Multiple emails with debtors' professionals re: fee application and prepare and file same | AMAGA | B017 | 0.20 |
| 10/15/15 | Emails with Dinsmore re: supplement to fee application | AMAGA | B017 | 0.10 |
| 10/15/15 | Draft and file affidavit of service re: Dinsmore & Shohl's 6th monthly fee application | MROMA | B017 | 0.30 |
| 10/15/15 | Draft and file affidavit of service re: seventh monthly fee applications of Gibson Dunn & Crutcher and YCST | MROMA | B017 | 0.30 |
| 10/15/15 | Finalize for filing second quarterly fee application of debtors' professionals | TBOLL | B017 | 0.40 |
| 10/15/15 | Finalize for filing supplement to second quarterly fee application of YCST | TBOLL | B017 | 0.30 |
| 10/15/15 | Finalize for filing supplement to second quarterly fee applications of Gibson Dunn | TBOLL | B017 | 0.30 |
| 10/16/15 | Finalize and file ordinary course professionals declaration | AMAGA | B017 | 0.10 |
| 10/16/15 | Prepare notice (.1) and finalize for filing (.3) declaration of disinterestedness of ordinary course professional Thompson Hine LLP | TBOLL | B017 | 0.40 |
| 10/19/15 | Research re: interim fee application and confer with P. Poirier re: same | AMAGA | B017 | 0.20 |
| 10/19/15 | Review and revise (.2) and finalize for filing (.3) supplement to second quarter fee request of Dinsmore & Shohl LLP | TBOLL | B017 | 0.50 |
| 10/20/15 | Emails with M. Bouslog and E. Justison re: ordinary course professionals declaration and filing of same | AMAGA | B017 | 0.10 |
| 10/20/15 | Prepare notice (.1) and finalize for filing (.2) declaration of disinterestedness of McInnes Cooper | TBOLL | B017 | 0.30 |
| 10/21/15 | Emails with T. Bollman and P. Burns re: Dinsmore fee application | AMAGA | B017 | 0.10 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                    Invoice No. 40386661                         11-23-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 10/21/15 | Emails with T. Bollman and M. Kenney re: fee application questions | AMAGA | B017 | 0.20 |
| 10/21/15 | Prepare and finalize for filing certificate of no objection re: June - August 2015 monthly fee application of Prime Clerk | TBOLL | B017 | 0.30 |
| 10/21/15 | Prepare and finalize for filing certificate of no objection re: sixth monthly fee application of YCST | TBOLL | B017 | 0.30 |
| 10/22/15 | Finalize ordinary course professionals order | EJUST | B017 | 0.50 |
| 10/22/15 | Call with T. Bollman re: McKinsey staffing report | EJUST | B017 | 0.20 |
| 10/22/15 | Review McKinsey staffing report and coordinate filing | EJUST | B017 | 0.10 |
| 10/22/15 | Correspondence with M. Kenney, M. Rosenthal and M. Bouslog re: UST comments to Second Quarterly Fee Application of Debtors' Professionals | KCOYL | B017 | 0.10 |
| 10/22/15 | Draft and file affidavit of service re: Williamsmarston's monthly compensation and staffing report for September 2015 | MROMA | B017 | 0.30 |
| 10/22/15 | Prepare notice (.1) and finalize for filing and coordinate service (.3) of seventh monthly fee application of Dinsmore & Shohl | TBOLL | B017 | 0.40 |
| 10/22/15 | Review and provide comments with respect to September 2015 monthly compensation and staffing report of McKinsey RTS (.3), and call with E. Justison re: same (.2) | TBOLL | B017 | 0.50 |
| 10/22/15 | Compose and send e-mail to the U.S. Trustee re: electronic copies of YCST's fee applications subject to the second quarterly fee request | TBOLL | B017 | 0.10 |
| 10/26/15 | Emails with M. Bouslog re: certification of no objection for fee applications | AMAGA | B017 | 0.10 |
| 10/26/15 | Emails with K. Coyle re: U.S. Trustee questions re: fee application | AMAGA | B017 | 0.10 |
| 10/26/15 | Research re: Moelis retention order | EJUST | B017 | 0.80 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                    Invoice No. 40386661                    11-23-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 10/26/15 | Telephone call with M. Kenney re: comments to YCST second quarterly fee request | KCOYL | B017 | 0.30 |
| 10/26/15 | Prepare and finalize for filing certificate of no objection re: sixth monthly fee application of Dinsmore & Shohl LLP | TBOLL | B017 | 0.30 |
| 10/27/15 | Emails with M. Bouslog re: certification of no objection for fee statements | AMAGA | B017 | 0.10 |
| 10/28/15 | Emails with T. Bollman re: certifications of no objection for fee applications and emails with P. Poirier re: same | AMAGA | B017 | 0.10 |
| 10/28/15 | Emails with E. Justison, K. Coyle and M. Bouslog re: revised employment application for WilliamsMarston | AMAGA | B017 | 0.20 |
| 10/28/15 | Emails with M. Rosenthal re: certification of no objection for fee applications | AMAGA | B017 | 0.10 |
| 10/28/15 | Review certificates of no objection for GDC and YCST fee applications | EJUST | B017 | 0.10 |
| 10/28/15 | Discuss modifying William Marston representation with M. Bouslog (.1) and K. Coyle (.1) and M. Bouslog and K. Coyle (.3) | EJUST | B017 | 0.50 |
| 10/28/15 | Draft motion to modify Williams Marston retention application | EJUST | B017 | 1.30 |
| 10/28/15 | Prepare and finalize for filing certificate of no objection re: seventh monthly fee application of YCST | TBOLL | B017 | 0.30 |
| 10/28/15 | Prepare and finalize for filing certificate of no objection re: seventh monthly fee application of Gibson Dunn | TBOLL | B017 | 0.30 |
| 10/29/15 | Draft motion to modify Williams Marston retention application (.7) and review notice and coordinate filing of same (.1) | EJUST | B017 | 0.80 |
| 10/29/15 | Review and revise Motion to Modify WilliamsMarston Retention and work with E. Justison re: same | KCOYL | B017 | 0.70 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                    Invoice No. 40386661                    11-23-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 10/29/15 | Correspondence with M. Bouslog, E. Justison and L. Williams re: revisions to Motion to Modify WilliamsMarston Retention | KCOYL | B017 | 0.50 |
| 10/29/15 | Prepare notice (.1) and finalize for filing (.4) motion to modify the retention of WilliamsMarston LLC | TBOLL | B017 | 0.50 |
| 10/30/15 | Draft and file affidavit of service re: Dinsmore & Shohl's 7th fee application | MROMA | B017 | 0.30 |
| 10/30/15 | Draft and file affidavit of service re: McKinsey Recovery & Transformation Services' September monthly compensation report | MROMA | B017 | 0.30 |
| | Sub Total | | | 21.60 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 10/01/15 | Review/revise fee application for filing/service | MNEST | B018 | 0.30 |
| 10/01/15 | Prepare sixth monthly fee application of YCST | TBOLL | B018 | 0.70 |
| 10/02/15 | Review Gibson Dunn fee application CNO | EJUST | B018 | 0.10 |
| 10/05/15 | Prepare draft second quarterly fee application of debtors' professionals | TBOLL | B018 | 0.80 |
| 10/05/15 | Prepare supplement to second quarterly fee application of YCST | TBOLL | B018 | 1.20 |
| 10/07/15 | Review and revise second quarterly fee request of debtors professionals | TBOLL | B018 | 0.40 |
| 10/08/15 | Prepare seventh monthly fee application of YCST | TBOLL | B018 | 0.80 |
| 10/15/15 | Review YCST's supplement to interim fee application | EJUST | B018 | 0.20 |
| | Sub Total | | | 4.50 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 10/22/15 | Call to Atmos Energy and L. Schwabe re: utility issues | EJUST | B020 | 0.80 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                    Invoice No. 40386661                    11-23-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 10/26/15 | Call National Grid re: utility deposit | EJUST | B020 | 0.70 |
| | Sub Total | | | 1.50 |

31