# EXHIBIT B

01:18003380.1

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
Billing Period Through October 31, 2015

## AGGREGATE ITEMIZED DISBURSEMENTS

| Description | Amount |
| --- | --- |
| Reproduction Charges | 724.20 |
| Federal Express | 235.80 |
| Facsimile | 14.00 |
| Deposition/Transcript | 189.15 |
| Delivery / Courier | 60.00 |
| Car/Bus/Subway Travel | 188.00 |
| Working Meals | 217.96 |
| Teleconference / Video Conference | 35.58 |
| Postage | 19.42 |
| Computerized Legal Research | 213.22 |
| Docket Retrieval / Search | 74.10 |
| Total Disbursements: | $1,971.43 |

```
                                  Young, Conaway, Stargatt and Taylor                                    Page 43 (43)
CONTROL:   748194                      PROFORMA BILLING WORKSHEET                                        RUN: 11/23/15
                                   FOR BILLING PROFORMA NUMBER  283241                                   TIME: 13:55:20

CLIENT: 073986 Standard Register                           MATTER: 073986.1001 Debtor Representation

MATTER                  TIMEKEEPER              RECORDED VALUE   BILLING VALUE  ALLOCATED VALUE
                                                ==============   =============  ===============
TOTALS FOR INSTRUCTION:   283241                     35,017.50        35,017.50       35,017.50

                                   UNBILLED EXPENSE DETAILS THROUGH 10/31/2015
UNBILLED EXPENSES      MATTER: 073986.1001  Debtor Representation
          EXPENSE                                              RECORDED    BILLING   REVISED   ------- STATUS -------
  DATE     CODE    INDEX NO.  CHECK #  INVOICE  ORIG  DESCRIPTION  VALUE     VALUE    VALUE   CURRENT BNC B/O H X BNP
02/07/15  S063I    4686204                      JHIGG lexis Legal   89.10     89.10               B
                                                      Services -
                                                      Searches Lexis
                                                      Search by
                                                      Higgins, James
          VENDOR NAME:
02/07/15  S063I    4686205                      JHIGG lexis Legal    5.40      5.40               B
                                                      Services - Single
                                                      Document
                                                      Retrieval Lexis
                                                      Search by
                                                      Higgins, James
          VENDOR NAME:
02/07/15  S063I    4686206                      JHIGG lexis Legal    1.12      1.12               B
                                                      Services - Toc
                                                      Document Links
                                                      Lexis Search by
                                                      Higgins, James
          VENDOR NAME:
03/15/15  S102     4700659                      KCOYL Docket Retrieval 4.90    4.90               B
                                                      / Search - Payee:
                                                      Pacer Service
                                                      Center Pacer |
          VENDOR NAME:
03/16/15  S102     4700660                      KCOYL Docket Retrieval 15.70  15.70               B
                                                      / Search - Payee:
                                                      Pacer Service
                                                      Center Pacer |
          VENDOR NAME:
03/17/15  S102     4700661                      KCOYL Docket Retrieval  9.90   9.90               B
                                                      / Search - Payee:
                                                      Pacer Service
                                                      Center Pacer |
          VENDOR NAME:
03/18/15  S063I    4698306                      EJUST Collier Service - 8.40   8.40               B
                                                      La Document
                                                      Access Lexis
                                                      Search by
```

```
                                         Young, Conaway, Stargatt and Taylor                              Page 44 (44)
CONTROL:  748194                           PROFORMA BILLING WORKSHEET                                     RUN: 11/23/15
                                         FOR BILLING PROFORMA NUMBER  283241                              TIME: 13:55:24

CLIENT: 073986 Standard Register                    MATTER: 073986.1001 Debtor Representation

UNBILLED EXPENSES    (Continued)
   EXPENSE                                                      RECORDED   BILLING   REVISED             STATUS
DATE       CODE    INDEX NO.  CHECK #  INVOICE  ORIG  DESCRIPTION  VALUE    VALUE    VALUE    CURRENT  BNC B/0 H X BNP
```

| DATE | CODE | INDEX NO. | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT |
|---|---|---|---|---|---|---|---|---|
|  |  | VENDOR NAME: Justison, Elizabeth |  |  |  |  |  |  |
| 03/18/15 | S063I | 4698307 | EJUST | Lexis Legal Services - La Document Access Lexis Search by Justison, Elizabeth | 17.95 | 17.95 |  | B |
|  |  | VENDOR NAME: Justison, Elizabeth |  |  |  |  |  |  |
| 03/23/15 | S063I | 4698308 | EJUST | Lexis Legal Services - La Document Access Lexis Search by Justison, Elizabeth | 17.95 | 17.95 |  | B |
|  |  | VENDOR NAME: Justison, Elizabeth |  |  |  |  |  |  |
| 03/24/15 | S063I | 4698309 | EJUST | Collier Service - La Document Access Lexis Search by Justison, Elizabeth | 16.80 | 16.80 |  | B |
|  |  | VENDOR NAME: Justison, Elizabeth |  |  |  |  |  |  |
| 03/24/15 | S063I | 4698310 | EJUST | Lexis Legal Services - La Document Access Lexis Search by Justison, Elizabeth | 7.98 | 7.98 |  | B |
|  |  | VENDOR NAME: |  |  |  |  |  |  |
| 04/30/15 | S102 | 4726958 | EJUST | Docket Retrieval / Search - Payee: Pacer Service Center Pacer | 10.80 | 10.80 |  | B |
|  |  | VENDOR NAME: Justison, Elizabeth |  |  |  |  |  |  |
| 05/07/15 | S063I | 4739883 | EJUST | Lexis Legal Services - La Document Access Lexis Search by Justison, Elizabeth | 10.45 | 10.45 |  | B |
|  |  | VENDOR NAME: Justison, Elizabeth |  |  |  |  |  |  |
| 07/13/15 | S063I | 4778234 | EJUST | Collier Service - La Document Access Lexis Search by | 18.40 | 18.40 |  | B |

```
                                  Young, Conaway, Stargatt and Taylor                              Page 45 (45)
CONTROL:   748194                   PROFORMA BILLING WORKSHEET                                     RUN:  11/23/15
                                  FOR BILLING PROFORMA NUMBER   283241                             TIME: 13:55:24

CLIENT: 073986 Standard Register            MATTER: 073986.1001 Debtor Representation

UNBILLED EXPENSES        (Continued)
         EXPENSE                                                    RECORDED    BILLING    REVISED    -------   STATUS -------
DATE     CODE     INDEX NO.  CHECK # INVOICE  ORIG  DESCRIPTION     VALUE       VALUE      VALUE      CURRENT   BNC B/O H X BNP
                                                    Justison,
                                                    Elizabeth
                  VENDOR NAME:
07/13/15 S063I    4778235                      EJUST Lexis Legal    13.11       13.11                    B
                                                    Services - La
                                                    Document Access
                                                    Lexis Search by
                                                    Justison,
                                                    Elizabeth
                  VENDOR NAME:
07/14/15 S063I    4778236                      EJUST Lexis Legal     6.56        6.56                    B
                                                    Services - La
                                                    Document Access
                                                    Lexis Search by
                                                    Justison,
                                                    Elizabeth
                  VENDOR NAME:
08/18/15 904      4804123   165878             KCOVI Teleconference - 5.58       5.58                    B
                                                    Payee: Soundpath
                                                    Confer Services,
                                                    LLC
                  VENDOR NAME: American Teleconferencing Services, Ltd. (Soundpath)
09/01/15 S102     4816712                      TBOLL Docket Retrieval 0.90       0.90                    B
                                                    / Search - Payee:
                                                    Pacer Service
                                                    Center Pacer
                  VENDOR NAME:
09/02/15 S102     4816713                      TBOLL Docket Retrieval 0.50       0.50                    B
                                                    / Search - Payee:
                                                    Pacer Service
                                                    Center Pacer
                  VENDOR NAME:
09/03/15 S102     4816714                      TBOLL Docket Retrieval 0.90       0.90                    B
                                                    / Search - Payee:
                                                    Pacer Service
                                                    Center Pacer
                  VENDOR NAME:
09/04/15 S102     4816715                      TBOLL Docket Retrieval 0.70       0.70                    B
                                                    / Search - Payee:
                                                    Pacer Service
                                                    Center Pacer
                  VENDOR NAME:
09/08/15 S102     4816716                      TBOLL Docket Retrieval 0.80       0.80                    B
                                                    / Search - Payee:
                                                    Pacer Service
                                                    Center Pacer
                  VENDOR NAME:
```

```
                                    Young, Conaway, Stargatt and Taylor                              Page: 46 (46)
CONTROL:   748194                        PROFORMA BILLING WORKSHEET                                  RUN:  11/23/15
                                      FOR BILLING PROFORMA NUMBER  283241                           TIME: 13:55:24

CLIENT: 073986 Standard Register              MATTER: 073986.1001 Debtor Representation

UNBILLED EXPENSES     (Continued)
         EXPENSE                                                  RECORDED    BILLING    REVISED            STATUS
   DATE   CODE    INDEX NO.  CHECK #  INVOICE   ORIG   DESCRIPTION   VALUE      VALUE      VALUE   CURRENT  BNC B/O H X BNP
```

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/09/15 | S102 | 4816717 | | | | TBOLLDocket Retrieval / Search - Payee: Pacer Service Center Pacer | 0.40 | 0.40 | | B |
| | | VENDOR NAME: | | | | | | | | |
| 09/14/15 | S102 | 4816718 | | | | KCOYLDocket Retrieval / Search - Payee: Pacer Service Center Pacer | 4.60 | 4.60 | | B |
| | | VENDOR NAME: | | | | | | | | |
| 09/14/15 | S102 | 4816719 | | | | TBOLLDocket Retrieval / Search - Payee: Pacer Service Center Pacer | 1.70 | 1.70 | | B |
| | | VENDOR NAME: | | | | | | | | |
| 09/15/15 | S102 | 4816720 | | | | TBOLLDocket Retrieval / Search - Payee: Pacer Service Center Pacer | 0.70 | 0.70 | | B |
| | | VENDOR NAME: | | | | | | | | |
| 09/16/15 | S102 | 4816721 | | | | TBOLLDocket Retrieval / Search - Payee: Pacer Service Center Pacer | 0.20 | 0.20 | | B |
| | | VENDOR NAME: | | | | | | | | |
| 09/17/15 | S102 | 4816722 | | | | TBOLLDocket Retrieval / Search - Payee: Pacer Service Center Pacer | 0.30 | 0.30 | | B |
| | | VENDOR NAME: | | | | | | | | |
| 09/18/15 | 053 | 4810113 | 90011297 | | | JPATTDelivery / Courier - From: Young Conaway Stargatt & Taylor - To: Chief Judge Brendan L. Shannon | 7.50 | 7.50 | | B |
| | | VENDOR NAME: Parcels, Inc. - D.D.R. | | | | | | | | |
| 09/18/15 | S102 | 4816723 | | | | TBOLLDocket Retrieval / Search - Payee: Pacer Service Center Pacer | 0.30 | 0.30 | | B |
| | | VENDOR NAME: | | | | | | | | |
| 09/21/15 | 053 | 4810114 | 90011297 | | | JPATTDelivery / Courier - From: Judge Shannon's Courtroom - To: Young Conaway | 12.50 | 12.50 | | B |

```
CONTROL:  748194                    Young, Conaway, Stargatt and Taylor                         Page 47 (47)
                                        PROFORMA BILLING WORKSHEET                              RUN:  11/23/15
                                    FOR BILLING PROFORMA NUMBER   283241                        TIME: 13:55:24

CLIENT: 073986 Standard Register                    MATTER: 073986.1001 Debtor Representation
UNBILLED EXPENSES     (Continued)
        EXPENSE                                                  RECORDED    BILLING    REVISED           STATUS
  DATE   CODE   INDEX NO.  CHECK #  INVOICE   ORIG  DESCRIPTION    VALUE      VALUE      VALUE   CURRENT  BNC B/O H X BNP
```

| DATE | CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | VENDOR NAME: Parcels, Inc. - D.D.R. | | | | Stargatt & Taylor | | | | |
| 09/21/15 | 053 | 4810158 | 90011297 | | | JPATTDelivery / Courier - From: Young Conaway Stargatt & Taylor - To: Judge Shannon's Courtroom 1 | 17.50 | 17.50 | | B |
| | | VENDOR NAME: Parcels, Inc. - D.D.R. | | | | | | | | |
| 09/21/15 | 096 | 4801939 | 90011186 | | | AMAGAWorking Meals - From: Terra Cafe - To: YCST - Food (J.Graves, M.Bouslog, C.Dresse | 69.50 | 69.50 | | B |
| | | VENDOR NAME: Parcels, Inc. - D.D.R. | | | | | | | | |
| 09/21/15 | 096 | 4801941 | 90011186 | | | AMAGAWorking Meals - From: Purebread Deli - To: Rosenthal,d (J.Graves, M.Bouslog, L.Willia | 47.98 | 47.98 | | B |
| | | VENDOR NAME: Parcels, Inc. - D.D.R. | | | | | | | | |
| 09/21/15 | 096D | 4801940 | 90011186 | | | AMAGAWorking Meals - Delivery | 17.50 | 17.50 | | B |
| | | VENDOR NAME: Parcels, Inc. - D.D.R. | | | | | | | | |
| 09/21/15 | 096D | 4801942 | 90011186 | | | AMAGAWorking Meals - Delivery | 17.50 | 17.50 | | B |
| | | VENDOR NAME: | | | | | | | | |
| 09/21/15 | S102 | 4816724 | | | | TBOLLDocket Retrieval / Search - Payee: Pacer Service Center Pacer | 7.80 | 7.80 | | B |
| | | VENDOR NAME: | | | | | | | | |
| 09/22/15 | S102 | 4816725 | | | | TBOLLDocket Retrieval / Search - Payee: Pacer Service Center Pacer | 5.10 | 5.10 | | B |
| | | VENDOR NAME: | | | | | | | | |
| 09/23/15 | S102 | 4816726 | | | | TBOLLDocket Retrieval / Search - Payee: Pacer Service Center Pacer | 0.50 | 0.50 | | B |
| | | VENDOR NAME: | | | | | | | | |
| 09/24/15 | S102 | 4816727 | | | | TBOLLDocket Retrieval | 1.10 | 1.10 | | B |

```
                                    Young, Conaway, Stargatt and Taylor                              Page 48 (48)
CONTROL:   748194                      PROFORMA BILLING WORKSHEET                                    RUN:  11/23/15
                                    FOR BILLING PROFORMA NUMBER   283241                             TIME: 13:55:24

CLIENT: 073986 Standard Register                        MATTER: 073986.1001 Debtor Representation

UNBILLED EXPENSES       (Continued)
         EXPENSE                                              RECORDED     BILLING     REVISED           STATUS
DATE     CODE    INDEX NO.  CHECK #  INVOICE  ORIG  DESCRIPTION  VALUE    VALUE       VALUE    CURRENT  BNC B/O H X BNP
```

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | VENDOR NAME: | | | / Search - Payee: Pacer Service Center Pacer | | | | |
| 09/25/15 | S102 | 4816728 | | | TBOLL | Docket Retrieval / Search - Payee: Pacer Service Center Pacer | 1.20 | 1.20 | | B |
| | | | VENDOR NAME: | | | | | | | |
| 09/29/15 | S102 | 4816729 | | | TBOLL | Docket Retrieval / Search - Payee: Pacer Service Center Pacer | 1.20 | 1.20 | | B |
| | | | VENDOR NAME: | | | | | | | |
| 09/30/15 | 053 | 4810159 | 90011297 | | JPATT | Delivery / Courier - From: Young Conaway Stargatt & Taylor - To: Chief Judge Brendan L. Shannon | 7.50 | 7.50 | | B |
| | | | VENDOR NAME: Parcels, Inc. - D.D.R. | | | | | | | |
| 09/30/15 | S102 | 4816730 | | | TBOLL | Docket Retrieval / Search - Payee: Pacer Service Center Pacer | 3.90 | 3.90 | | B |
| | | | VENDOR NAME: | | | | | | | |
| 10/01/15 | 004 | 4801987 | 165822 | | TBOLL | Federal Express -- FEDERAL EXPRESS - ATTN: KEVIN CARMODY, CRO DAYTON, OH | 14.03 | 14.03 | | B |
| | | | VENDOR NAME: Federal Express Corporation | | | | | | | |
| 10/01/15 | 004 | 4801988 | 165822 | | TBOLL | Federal Express -- FEDERAL EXPRESS - C. EDWARD DOBBS, ESQ. ATLANTA, GA | 14.94 | 14.94 | | B |
| | | | VENDOR NAME: Federal Express Corporation | | | | | | | |
| 10/01/15 | 004 | 4801989 | 165822 | | TBOLL | Federal Express -- FEDERAL EXPRESS - RON E. MEISLER, ESQ. CHICAGO, IL | 14.94 | 14.94 | | B |
| | | | VENDOR NAME: Federal Express Corporation | | | | | | | |
| 10/01/15 | 004 | 4801990 | 165822 | | TBOLL | Federal Express -- FEDERAL EXPRESS - | 9.71 | 9.71 | | B |

```
                                Young, Conaway, Stargatt and Taylor                           Page 49 (49)
CONTROL:   748194                  PROFORMA BILLING WORKSHEET                              RUN: 11/23/15
                              FOR BILLING PROFORMA NUMBER  283241                          TIME: 13:55:24

CLIENT: 073986 Standard Register           (Continued)    MATTER: 073986.1001 Debtor Representation

UNBILLED EXPENSES
         EXPENSE                                                 RECORDED    BILLING    REVISED
  DATE    CODE    INDEX NO.  CHECK #  INVOICE  ORIG  DESCRIPTION    VALUE      VALUE      VALUE   CURRENT  STATUS
                                                                                                           BNC B/O H X BNP
```

| DATE | EXPENSE CODE | INDEX NO. | DESCRIPTION | RECORDED VALUE | BILLING VALUE | CURRENT |
|---|---|---|---|---|---|---|
| | | VENDOR NAME: Federal Express Corporation | WOJCIECH F. JUNG, ESQ. NEW YORK CITY, NY | | | |
| 10/01/15 | S001 | 4797853 | TBOLLPhotocopy Charges Duplication BW 0968 | 66.40 | 33.20 | B |
| | | VENDOR NAME: | | | | |
| 10/01/15 | S001 | 4797854 | TBOLLPhotocopy Charges Duplication BW 0968 | 13.20 | 6.60 | B |
| | | VENDOR NAME: | | | | |
| 10/01/15 | S001 | 4797855 | TBOLLPhotocopy Charges Duplication BW 0968 | 3.20 | 1.60 | B |
| | | VENDOR NAME: | | | | |
| 10/01/15 | S001SCN | 4797856 | TBOLLScanning Charges 0968 | 2.00 | 1.00 | B |
| | | VENDOR NAME: | | | | |
| 10/01/15 | S001SCN | 4797857 | TBOLLScanning Charges 0968 | 0.40 | 0.20 | B |
| | | VENDOR NAME: | | | | |
| 10/01/15 | S001SCN | 4797858 | TBOLLScanning Charges 0968 | 0.60 | 0.30 | B |
| | | VENDOR NAME: | | | | |
| 10/01/15 | S001SCN | 4797859 | TBOLLScanning Charges 0968 | 7.00 | 3.50 | B |
| | | VENDOR NAME: | | | | |
| 10/01/15 | S001SCN | 4797860 | TBOLLScanning Charges 0968 | 3.00 | 1.50 | B |
| | | VENDOR NAME: | | | | |
| 10/01/15 | S001SCN | 4797861 | TBOLLScanning Charges 0968 | 0.60 | 0.30 | B |
| | | VENDOR NAME: | | | | |
| 10/05/15 | S001SCN | 4800076 | TBOLLScanning Charges 0968 | 1.00 | 0.50 | B |
| | | VENDOR NAME: | | | | |
| 10/06/15 | S001 | 4800666 | TBOLLPhotocopy Charges Duplication BW 0968 | 45.40 | 22.70 | B |
| | | VENDOR NAME: | | | | |
| 10/06/15 | S001 | 4800667 | TBOLLPhotocopy Charges Duplication BW 0968 | 2.80 | 1.40 | B |
| | | VENDOR NAME: | | | | |
| 10/06/15 | S002 | 4801541 | TBOLLPostage 0968 | 11.90 | 11.90 | B |
| | | VENDOR NAME: | | | | |

```
                                    Young, Conaway, Stargatt and Taylor                              Page 50 (50)
                                         PROFORMA BILLING WORKSHEET                                  RUN: 11/23/15
                                     FOR BILLING PROFORMA NUMBER  283241                             TIME: 13:55:24

CONTROL: 748194

CLIENT: 073986 Standard Register           MATTER: 073986.1001 Debtor Representation

UNBILLED EXPENSES     (Continued)
        EXPENSE                                                        RECORDED   BILLING   REVISED            STATUS
DATE     CODE    INDEX NO.  CHECK #  INVOICE  ORIG  DESCRIPTION        VALUE      VALUE     VALUE    CURRENT   BNC B/O H X BNP
------------------------------------------------------------------------------------------------------------------------------
10/07/15  004    4804904    165909            TBOLL Federal Express      14.80     14.80                B
                                                    -- FEDERAL
                                                    EXPRESS - C.
                                                    EDWARD DOBBS,
                                                    ESQ. ATLANTA, GA
         VENDOR NAME: Federal Express Corporation
10/07/15  004    4804905    165909            TBOLL Federal Express      13.89     13.89                B
                                                    -- FEDERAL
                                                    EXPRESS - ATTN:
                                                    KEVIN CARMODY,
                                                    CRO DAYTON, OH
         VENDOR NAME: Federal Express Corporation
10/07/15  004    4804906    165909            TBOLL Federal Express       9.62      9.62                B
                                                    -- FEDERAL
                                                    EXPRESS -
                                                    WOJCIECH F. JUNG,
                                                    ESQ. NEW YORK
                                                    CITY, NY
         VENDOR NAME: Federal Express Corporation
10/07/15  004    4804907    165909            TBOLL Federal Express      14.80     14.80                B
                                                    -- FEDERAL
                                                    EXPRESS - RON E.
                                                    MEISLER, ESQ.
                                                    CHICAGO, IL
         VENDOR NAME: Federal Express Corporation
10/07/15  S001   4801538                      TBOLL Photocopy Charges    36.20     18.10                B
                                                    Duplication BW
                                                    0968
         VENDOR NAME:
10/07/15  S001   4801539                      EJUST Photocopy Charges     3.20      1.60                B
                                                    Duplication BW
                                                    1081
         VENDOR NAME:
10/07/15  S001   4801540                      TBOLL Photocopy Charges     7.20      3.60                B
                                                    Duplication BW
                                                    0968
         VENDOR NAME:
10/08/15  S001   4802704                      TBOLL Photocopy Charges     3.20      1.60                B
                                                    Duplication BW
                                                    0968
         VENDOR NAME:
10/08/15  S001SCN 4802726                     SMERG Scanning Charges      0.20      0.10                B
                                                    1072
         VENDOR NAME:
10/09/15  004    4807873    166004            TBOLL Federal Express      14.80     14.80                B
                                                    -- FEDERAL
                                                    EXPRESS - C.
```

```
                                Young, Conaway, Stargatt and Taylor                          Page 51 (51)
                                    PROFORMA BILLING WORKSHEET                              RUN:  11/23/15
                                FOR BILLING PROFORMA NUMBER   283241                        TIME: 13:55:24

CONTROL:   748194

CLIENT: 073986 Standard Register                MATTER: 073986.1001 Debtor Representation

UNBILLED EXPENSES       (Continued)
   EXPENSE                                                        RECORDED    BILLING    REVISED            STATUS
DATE     CODE  INDEX NO.  CHECK #  INVOICE  ORIG  DESCRIPTION      VALUE       VALUE      VALUE    CURRENT  BNC B/O  H  X  BNP

VENDOR NAME: Federal Express Corporation
10/09/15  004  4807874   166004                   TBOLL Federal Express    13.89    13.89                      B
                                                   -- FEDERAL
                                                   EXPRESS - LANDEN
                                                   WILLIAMS DAYTON,
                                                   OH
                                                   EDWARDS DOBBS
                                                   ATLANTA, GA

VENDOR NAME: Federal Express Corporation
10/09/15  004  4807875   166004                   TBOLL Federal Express    14.80    14.80                      B
                                                   -- FEDERAL
                                                   EXPRESS - RON
                                                   MEISLER CHICAGO,
                                                   IL

VENDOR NAME: Federal Express Corporation
10/09/15  004  4807876   166004                   TBOLL Federal Express     9.62     9.62                      B
                                                   -- FEDERAL
                                                   EXPRESS -
                                                   WOJCIECH JUNG NEW
                                                   YORK CITY, NY

VENDOR NAME: Federal Express Corporation
10/09/15  030  4802011   165847                   MNEST Deposition/Transc  189.15   189.15                     B
                                                   ript - Payee:
                                                   Reliable
                                                   Wilmington
                                                   Expedited
                                                   original 39-page
                                                   transcript of
                                                   9/21 hearing

VENDOR NAME: Reliable Wilmington
10/09/15  053  4810216   90011297                 JPATT Delivery /           7.50     7.50                     B
                                                   Courier - From:
                                                   Young Conaway
                                                   Stargatt & Taylor
                                                   - To: Chief Judge
                                                   Brendan L. Shannon

VENDOR NAME: Parcels, Inc. - D.D.R.
10/09/15  S001 4802705                            TBOLL Photocopy Charges  193.40    96.70                     B
                                                   Duplication BW
                                                   0968

VENDOR NAME:
10/09/15  S001 4802706                            TBOLL Photocopy Charges  152.40    76.20                     B
                                                   Duplication BW
                                                   0968

VENDOR NAME:
10/09/15  S001 4802707                            TBOLL Photocopy Charges  314.20   157.10                     B
                                                   Duplication BW
```

```
                                           Young, Conaway, Stargatt and Taylor                              Page 52 (52)
CONTROL:   748194                              PROFORMA BILLING WORKSHEET                                RUN:  11/23/15
                                         FOR BILLING PROFORMA NUMBER   283241                            TIME: 13:55:24

CLIENT: 073986 Standard Register             MATTER: 073986.1001 Debtor Representation

UNBILLED EXPENSES        (Continued)
         EXPENSE                                            RECORDED    BILLING    REVISED   -------    STATUS --------
DATE      CODE    INDEX NO.   CHECK #   INVOICE  ORIG      DESCRIPTION   VALUE     VALUE    VALUE     CURRENT   BNC B/O  H  X  BNP

                  VENDOR NAME:                   0968
10/09/15  S001    4802708                        TBOLL Photocopy Charges    1.60      0.80                          B
                                                       Duplication BW
                                                       0968
                  VENDOR NAME:
10/09/15  S001    4802709                        TBOLL Photocopy Charges   14.60      7.30                          B
                                                       Duplication BW
                                                       0968
                  VENDOR NAME:
10/09/15  S001    4802710                        TBOLL Photocopy Charges    2.80      1.40                          B
                                                       Duplication BW
                                                       0968
                  VENDOR NAME:
10/09/15  S001    4802711                        TBOLL Photocopy Charges    5.00      2.50                          B
                                                       Duplication BW
                                                       0968
                  VENDOR NAME:
10/09/15  S001    4802712                        TBOLL Photocopy Charges    3.20      1.60                          B
                                                       Duplication BW
                                                       0968
                  VENDOR NAME:
10/09/15  S001    4802713                        TBOLL Photocopy Charges   21.80     10.90                          B
                                                       Duplication BW
                                                       0968
                  VENDOR NAME:
10/09/15  S001    4802714                        TBOLL Photocopy Charges   25.20     12.60                          B
                                                       Duplication BW
                                                       0968
                  VENDOR NAME:
10/09/15  S001    4802715                        TBOLL Photocopy Charges    2.80      1.40                          B
                                                       Duplication BW
                                                       0968
                  VENDOR NAME:
10/09/15  S001    4802716                        TBOLL Photocopy Charges    4.60      2.30                          B
                                                       Duplication BW
                                                       0968
                  VENDOR NAME:
10/09/15  S001    4802717                        TBOLL Photocopy Charges    2.80      1.40                          B
                                                       Duplication BW
                                                       0968
                  VENDOR NAME:
10/09/15  S001    4802718                        TBOLL Photocopy Charges    2.80      1.40                          B
                                                       Duplication BW
                                                       0968
                  VENDOR NAME:
10/09/15  S001    4802719                        TBOLL Photocopy Charges   13.40      6.70                          B
```

Young, Conaway, Stargatt and Taylor
PROFORMA BILLING WORKSHEET
FOR BILLING PROFORMA NUMBER 283241

```
                                          Young, Conaway, Stargatt and Taylor                          Page 53 (53)
                                              PROFORMA BILLING WORKSHEET                               RUN: 11/23/15
CONTROL:  748194                          FOR BILLING PROFORMA NUMBER   283241                         TIME: 13:55:24

CLIENT: 073986 Standard Register                        MATTER: 073986.1001 Debtor Representation

UNBILLED EXPENSES    (Continued)
         EXPENSE                                            RECORDED    BILLING    REVISED           -------- STATUS --------
DATE     CODE     INDEX NO.  CHECK #  INVOICE  ORIG  DESCRIPTION  VALUE    VALUE    VALUE   CURRENT   BNC B/0 H X BNP
```

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | VENDOR NAME: | | | Duplication BW 0968 | | | | |
| 10/09/15 | S001 | 4802720 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 5.80 | 2.90 | | B |
| | | | VENDOR NAME: | | | | | | | |
| 10/09/15 | S001 | 4802721 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 64.20 | 32.10 | | B |
| | | | VENDOR NAME: | | | | | | | |
| 10/09/15 | S001 | 4802722 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 7.00 | 3.50 | | B |
| | | | VENDOR NAME: | | | | | | | |
| 10/09/15 | S001 | 4802723 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 7.20 | 3.60 | | B |
| | | | VENDOR NAME: | | | | | | | |
| 10/09/15 | S001 | 4802724 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 6.60 | 3.30 | | B |
| | | | VENDOR NAME: | | | | | | | |
| 10/09/15 | S001 | 4802725 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 2.80 | 1.40 | | B |
| | | | VENDOR NAME: | | | | | | | |
| 10/09/15 | S001SCN | 4802727 | | | SMERG | Scanning Charges 1072 | 15.80 | 7.90 | | B |
| | | | VENDOR NAME: | | | | | | | |
| 10/09/15 | S001SCN | 4802728 | | | TBOLL | Scanning Charges 0968 | 0.40 | 0.20 | | B |
| | | | VENDOR NAME: | | | | | | | |
| 10/09/15 | S001SCN | 4802729 | | | TBOLL | Scanning Charges 0968 | 13.40 | 6.70 | | B |
| | | | VENDOR NAME: | | | | | | | |
| 10/13/15 | 053 | 4814656 | | 90011361 | JPATT | Delivery / Courier - From: Young Conaway Stargatt & Taylor - To: Chief Judge Brendan L. Shannon - D.D.R. | 7.50 | 7.50 | | B |
| | | | VENDOR NAME: Parcels, Inc. | | | | | | | |
| 10/13/15 | S001 | 4804437 | | | TBOLL | Photocopy Charges Duplication BW 0968 | 2.60 | 1.30 | | B |
| | | | VENDOR NAME: | | | | | | | |

```
                              Young, Conaway, Stargatt and Taylor                               Page 54 (54)
CONTROL:  748194                 PROFORMA BILLING WORKSHEET                                     RUN: 11/23/15
                              FOR BILLING PROFORMA NUMBER   283241                              TIME: 13:55:24

CLIENT: 073986 Standard Register              MATTER: 073986.1001 Debtor Representation

UNBILLED EXPENSES     (Continued)
        EXPENSE                                                   RECORDED   BILLING   REVISED            STATUS
  DATE   CODE   INDEX NO.  CHECK #  INVOICE  ORIG  DESCRIPTION     VALUE      VALUE     VALUE   CURRENT  BNC B/O H X BNP
  ----   ----   ---------  -------  -------  ----  -----------    --------   -------   -------  -------  --- --- - - ---

10/13/15 S001   4804438                      TBOLL Photocopy Charges  1.40     0.70                B
                                                   Duplication BW
                                                   0968
         VENDOR NAME:
10/13/15 S001   4804439                      TBOLL Photocopy Charges  4.20     2.10                B
                                                   Duplication BW
                                                   0968
         VENDOR NAME:
10/14/15 S001   4805837                      TBOLL Photocopy Charges  6.00     3.00                B
                                                   Duplication BW
                                                   0968
         VENDOR NAME:
10/14/15 S001   4805838                      TBOLL Photocopy Charges  6.00     3.00                B
                                                   Duplication BW
                                                   0968
         VENDOR NAME:
10/14/15 S001   4805839                      TBOLL Photocopy Charges  4.00     2.00                B
                                                   Duplication BW
                                                   0968
         VENDOR NAME:
10/14/15 S001   4805840                      TBOLL Photocopy Charges 17.00     8.50                B
                                                   Duplication BW
                                                   0968
         VENDOR NAME:
10/14/15 S001   4805841                      TBOLL Photocopy Charges 12.80     6.40                B
                                                   Duplication BW
                                                   0968
         VENDOR NAME:
10/14/15 S001   4805842                      TBOLL Photocopy Charges 57.00    28.50                B
                                                   Duplication BW
                                                   0968
         VENDOR NAME:
10/14/15 S001   4805843                      TBOLL Photocopy Charges  9.80     4.90                B
                                                   Duplication BW
                                                   0968
         VENDOR NAME:
10/15/15 004    4807877  166004              TBOLL Federal Express  22.85     22.85                B
                                                   -- FEDERAL
                                                   EXPRESS -
                                                   INTEGRITY TITLE
                                                   SERVICE TERRE
                                                   HAUTE, IN
         VENDOR NAME: Federal Express Corporation
10/15/15 096    4814686  90011361            AMAGA Working Meals -  47.98     47.98                B
                                                   From: Purebread
                                                   Deli - To: YCST -
                                                   Food
```

```
                                   Young, Conaway, Stargatt and Taylor                          Page: 55 (55)
                                       PROFORMA BILLING WORKSHEET                               RUN: 11/23/15
                                   FOR BILLING PROFORMA NUMBER    283241                        TIME: 13:55:24

CONTROL:  748194

CLIENT: 073986 Standard Register                  MATTER: 073986.1001 Debtor Representation

UNBILLED EXPENSES      (Continued)
          EXPENSE                                                    RECORDED     BILLING    REVISED  -------   STATUS -------
DATE       CODE    INDEX NO.  CHECK # INVOICE  ORIG   DESCRIPTION     VALUE        VALUE      VALUE   CURRENT   BNC B/O H X BNP
                                                                                                                ---------------
         VENDOR NAME: Parcels, Inc.                   - D.D.R.
10/15/15 096D     4814687 90011361               AMAGAWorking Meals -   17.50      17.50                  B     _ _ _ _ _
                                                      Delivery
         VENDOR NAME: Parcels, Inc.                   - D.D.R.
10/15/15 S001     4805844                        TBOLLPhotocopy Charges  29.20     14.60                  B     _ _ _ _ _
                                                      Duplication BW
                                                      0968
         VENDOR NAME:
10/15/15 S001     4805845                        TBOLLPhotocopy Charges   3.60      1.80                  B     _ _ _ _ _
                                                      Duplication BW
                                                      0968
         VENDOR NAME:
10/15/15 S001     4805846                        TBOLLPhotocopy Charges   8.80      4.40                  B     _ _ _ _ _
                                                      Duplication BW
                                                      0968
         VENDOR NAME:
10/15/15 S001     4805847                        TBOLLPhotocopy Charges   2.40      1.20                  B     _ _ _ _ _
                                                      Duplication BW
                                                      0968
         VENDOR NAME:
10/15/15 S001     4805848                        TBOLLPhotocopy Charges   3.20      1.60                  B     _ _ _ _ _
                                                      Duplication BW
                                                      0968
         VENDOR NAME:
10/15/15 S001     4805849                        TBOLLPhotocopy Charges   8.80      4.40                  B     _ _ _ _ _
                                                      Duplication BW
                                                      0968
         VENDOR NAME:
10/15/15 S001     4805850                        TBOLLPhotocopy Charges   2.00      1.00                  B     _ _ _ _ _
                                                      Duplication BW
                                                      0968
         VENDOR NAME:
10/15/15 S001     4805851                        TBOLLPhotocopy Charges   2.80      1.40                  B     _ _ _ _ _
                                                      Duplication BW
                                                      0968
         VENDOR NAME:
10/15/15 S001     4805852                        TBOLLPhotocopy Charges   3.20      1.60                  B     _ _ _ _ _
                                                      Duplication BW
                                                      0968
         VENDOR NAME:
10/15/15 S001     4805853                        TBOLLPhotocopy Charges   2.40      1.20                  B     _ _ _ _ _
                                                      Duplication BW
                                                      0968
         VENDOR NAME:
10/15/15 S001     4805854                        KCOYLPhotocopy Charges   4.60      2.30                  B     _ _ _ _ _
                                                      Duplication BW
                                                      0754
```

```
                                                              Young, Conaway, Stargatt and Taylor                                 Page 56 (56)
CONTROL:   748194                                                 PROFORMA BILLING WORKSHEET                                      RUN: 11/23/15
                                                             FOR BILLING PROFORMA NUMBER    283241                                TIME: 13:55:24

CLIENT: 073986 Standard Register                             MATTER: 073986.1001 Debtor Representation

UNBILLED EXPENSES    (Continued)
         EXPENSE                                                        RECORDED    BILLING    REVISED   -------    STATUS -------
 DATE     CODE    INDEX NO.   CHECK #  INVOICE   ORIG   DESCRIPTION      VALUE       VALUE      VALUE   CURRENT    BNC B/0  H  X  BNP

                  VENDOR NAME:
10/15/15  S001     4805855                       TBOLL  Photocopy Charges   1.60      0.80                   B
                                                        Duplication BW
                                                        0968
                  VENDOR NAME:
10/15/15  S001     4805856                       TBOLL  Photocopy Charges   1.20      0.60                   B
                                                        Duplication BW
                                                        0968
                  VENDOR NAME:
10/15/15  S001     4805857                       TBOLL  Photocopy Charges   5.20      2.60                   B
                                                        Duplication BW
                                                        0968
                  VENDOR NAME:
10/15/15  S001     4805858                       TBOLL  Photocopy Charges   4.40      2.20                   B
                                                        Duplication BW
                                                        0968
                  VENDOR NAME:
10/15/15  S001     4805859                       TBOLL  Photocopy Charges   2.80      1.40                   B
                                                        Duplication BW
                                                        0968
                  VENDOR NAME:
10/15/15  S001     4805860                       TBOLL  Photocopy Charges   3.20      1.60                   B
                                                        Duplication BW
                                                        0968
                  VENDOR NAME:
10/15/15  S001     4805861                       TBOLL  Photocopy Charges   2.60      1.30                   B
                                                        Duplication BW
                                                        0968
                  VENDOR NAME:
10/15/15  S001     4805862                       TBOLL  Photocopy Charges   1.40      0.70                   B
                                                        Duplication BW
                                                        0968
                  VENDOR NAME:
10/15/15  S002     4805867                       TBOLL  Postage 0968        2.76      2.76                   B
                  VENDOR NAME:
10/15/15  S904     4817083                       MNEST  Case Num:15-10541  30.00     30.00                   B
                                                        / CCID 7207731
                                                        Appr Atty:
                                                        Michael A
                                                        Rosenthal
                                                        CourtCall1015.xls
                                                        Court Call
                  VENDOR NAME:
10/16/15  S001     4805863                       TBOLL  Photocopy Charges   1.20      0.60                   B
                                                        Duplication BW
                                                        0968
                  VENDOR NAME:
```

```
                                  Young, Conaway, Stargatt and Taylor                              Page 57 (57)
CONTROL:   748194                    PROFORMA BILLING WORKSHEET                                    RUN: 11/23/15
                                  FOR BILLING PROFORMA NUMBER   283241                             TIME: 13:55:24

CLIENT: 073986 Standard Register                  MATTER: 073986.1001 Debtor Representation

UNBILLED EXPENSES   (Continued)
         EXPENSE                                              RECORDED   BILLING   REVISED           STATUS
  DATE    CODE    INDEX NO.  CHECK # INVOICE  ORIG  DESCRIPTION  VALUE    VALUE    VALUE   CURRENT  BNC B/0 H X BNP
10/16/15 S001SCN  4805864                     TBOLL Scanning Charges  0.40   0.20             B
                                                    0968
         VENDOR NAME:
10/16/15 S001SCN  4805865                     TBOLL Scanning Charges  0.40   0.20             B
                                                    0968
         VENDOR NAME:
10/16/15 S001SCN  4805866                     TBOLL Scanning Charges  0.60   0.30             B
                                                    0968
         VENDOR NAME:
10/20/15 087      4806902   166006            AMAGA Car/Bus/Subway    97.00  97.00             B
                                                    Travel - Payee:
                                                    The Limo
                                                    Exchange, Inc.
                                                    Limo Exchange for
                                                    M. Bouslog on
                                                    9/20/15 from PHL
                                                    to Hotel DuPont
                                                    in Wilmington, DE
                                                    re Standard
                                                    Register hearing
                                                    on 9/21/15
         VENDOR NAME: The Limo Exchange, Inc.
10/20/15 087      4806906   166006            AMAGA Car/Bus/Subway    91.00  91.00             B
                                                    Travel - Payee:
                                                    The Limo
                                                    Exchange, Inc.
                                                    Limo Exchange for
                                                    M. Bouslog on
                                                    9/21/15 from our
                                                    office,
                                                    Wilmington, DE to
                                                    PHL re Standard
                                                    Register hearing
                                                    on 9/21/15
         VENDOR NAME: The Limo Exchange, Inc.
10/20/15 S001     4808142                     TBOLL Photocopy Charges  7.80  3.90              B
                                                    Duplication BW
                                                    0968
         VENDOR NAME:
10/20/15 S001     4808143                     TBOLL Photocopy Charges  3.40  1.70              B
                                                    Duplication BW
                                                    0968
         VENDOR NAME:
10/21/15 S001     4809075                     EJUST Photocopy Charges  1.60  0.80              B
                                                    Duplication BW
                                                    1081
         VENDOR NAME:
```

```
CONTROL:   748194                          Young, Conaway, Stargatt and Taylor                    Page 58 (58)
                                              PROFORMA BILLING WORKSHEET                          RUN: 11/23/15
                                          FOR BILLING PROFORMA NUMBER   283241                    TIME: 13:55:24

CLIENT: 073986 Standard Register                     MATTER: 073986.1001 Debtor Representation

UNBILLED EXPENSES         (Continued)
         EXPENSE                                                        RECORDED    BILLING    REVISED          STATUS
DATE     CODE     INDEX NO.  CHECK #  INVOICE  ORIG  DESCRIPTION         VALUE       VALUE      VALUE   CURRENT BNC B/O H X BNP
10/21/15 S001     4809076                      KCOYL Photocopy Charges     1.80       0.90              B
                                                     Duplication BW
                                                     0754
         VENDOR NAME:
10/21/15 S001     4809077                      KCOYL Photocopy Charges     4.00       2.00              B
                                                     Duplication BW
                                                     0754
         VENDOR NAME:
10/21/15 S001     4809078                      TBOLL Photocopy Charges     2.20       1.10              B
                                                     Duplication BW
                                                     0968
         VENDOR NAME:
10/21/15 S001     4809079                      TBOLL Photocopy Charges     3.00       1.50              B
                                                     Duplication BW
                                                     0968
         VENDOR NAME:
10/22/15 004      4814604    166166            TBOLL Federal Express      13.89      13.89              B
                                                     -- FEDERAL
                                                     EXPRESS - THE
                                                     STANDARD REGISTER
                                                     COMPANY DAYTON, OH
         VENDOR NAME: Federal Express Corporation
10/22/15 004      4814605    166166            TBOLL Federal Express      14.80      14.80              B
                                                     -- FEDERAL
                                                     EXPRESS - C.
                                                     EDWARD DOBBS.
                                                     ESQ. ATLANTA, GA
         VENDOR NAME: Federal Express Corporation
10/22/15 004      4814606    166166            TBOLL Federal Express       9.62       9.62              B
                                                     -- FEDERAL
                                                     EXPRESS -
                                                     WOJCIECH F. JUNG,
                                                     ESQ. NEW YORK
                                                     CITY, NY
         VENDOR NAME: Federal Express Corporation
10/22/15 004      4814607    166166            TBOLL Federal Express      14.80      14.80              B
                                                     -- FEDERAL
                                                     EXPRESS - RON E.
                                                     MEISLER, ESQ.
                                                     CHICAGO, IL
         VENDOR NAME: Federal Express Corporation
10/22/15 S001     4809690                      TBOLL Photocopy Charges     7.80       3.90              B
                                                     Duplication BW
                                                     0968
         VENDOR NAME:
10/22/15 S001     4809691                      TBOLL Photocopy Charges     6.80       3.40              B
                                                     Duplication BW
```

```
                                                                                              Page 59 (59)
CONTROL:  748194           Young, Conaway, Stargatt and Taylor                                RUN: 11/23/15
                             PROFORMA BILLING WORKSHEET                                       TIME: 13:55:24
                           FOR BILLING PROFORMA NUMBER  283241

CLIENT: 073986 Standard Register       (Continued)
                                             MATTER: 073986.1001 Debtor Representation

UNBILLED EXPENSES
        EXPENSE                                                   RECORDED    BILLING    REVISED   -------   STATUS -------
  DATE    CODE    INDEX NO.  CHECK # INVOICE  ORIG  DESCRIPTION    VALUE       VALUE      VALUE   CURRENT    BNC B/O H X BNP

                  VENDOR NAME:                          0968
10/22/15  S001    4809692                     TBOLL Photocopy Charges      46.80      23.40                     B
                                                    Duplication BW
                                                    0968
                  VENDOR NAME:
10/22/15  S001    4809693                     TBOLL Photocopy Charges       3.60       1.80                     B
                                                    Duplication BW
                                                    0968
                  VENDOR NAME:
10/22/15  S001SCN 4809694                     EJUST Scanning Charges        1.40       0.70                     B
                                                    1081
                  VENDOR NAME:
10/22/15  S001SCN 4809695                     TBOLL Scanning Charges        0.40       0.20                     B
                                                    0968
                  VENDOR NAME:
10/22/15  S007    4809696                     EJUST Facsimile 1081          7.00       7.00                     B
                  VENDOR NAME:
10/22/15  S007    4809697                     EJUST Facsimile 1081          7.00       7.00                     B
                  VENDOR NAME:
10/26/15  S001    4812353                     TBOLL Photocopy Charges       3.60       1.80                     B
                                                    Duplication BW
                                                    0968
                  VENDOR NAME:
10/27/15  S001    4813045                     MGIRE Photocopy Charges       1.60       0.80                     B
                                                    Duplication BW
                                                    0441
                  VENDOR NAME:
10/28/15  S001    4813616                     TBOLL Photocopy Charges      27.60      13.80                     B
                                                    Duplication BW
                                                    0968
                  VENDOR NAME:
10/28/15  S001    4813617                     TBOLL Photocopy Charges       3.40       1.70                     B
                                                    Duplication BW
                                                    0968
                  VENDOR NAME:
10/28/15  S002    4814353                     TBOLL Postage 0968            4.76       4.76                     B
                  VENDOR NAME:
10/29/15  S001    4814349                     EJUST Photocopy Charges       2.60       1.30                     B
                                                    Duplication BW
                                                    1081
                  VENDOR NAME:
10/29/15  S001    4814350                     EJUST Photocopy Charges       2.60       1.30                     B
                                                    Duplication BW
                                                    1081
                  VENDOR NAME:
10/29/15  S001    4814351                     KCOYL Photocopy Charges      14.60       7.30                     B
```

```
                                   Young, Conaway, Stargatt and Taylor                              Page 60 (60)
CONTROL:  748194                       PROFORMA BILLING WORKSHEET                                   RUN:  11/23/15
                                   FOR BILLING PROFORMA NUMBER  283241                              TIME: 13:55:24

CLIENT: 073986 Standard Register                   MATTER: 073986.1001 Debtor Representation

UNBILLED EXPENSES       (Continued)
        EXPENSE                                                   RECORDED    BILLING    REVISED              STATUS
DATE     CODE   INDEX NO. CHECK #  INVOICE  ORIG   DESCRIPTION     VALUE      VALUE      VALUE    CURRENT BNC B/O H X BNP
                                                   Duplication BW
                                                   0754
               VENDOR NAME:
10/29/15 S001   4814352                     KCOY1  Photocopy Charges  2.60     1.30                  B       _  _  _ _ _
                                                   Duplication BW
                                                   0754
               VENDOR NAME:
10/30/15 S001   4815073                     TBOL1  Photocopy Charges  3.00     1.50                  B       _  _  _ _ _
                                                   Duplication BW
                                                   0968
               VENDOR NAME:
                                                                   2,695.63   1,971.43
INCLUDED EXPENSES FOR MATTER: 073986.1001                              0.00       0.00
EXCLUDED EXPENSES (Expenses on Hold)
EXPENSES AFTER CUTOFF DATE                                                    1,978.71

STATUS CODE LEGEND
 B    Billable                            H    Expense on Hold (Excluded)       NB    Non-Billable
 BNC  Bill - No Charge                    X    Excluded from Instruction        BNP   Expense will not show on Statement
 B/O  Billable - reduce value to "0"

                                          EXPENSE CODE SUMMARY

        EXPENSE CODE        DESCRIPTION                       RECORDED VALUE       BILLING VALUE
        004         Federal Express                                 235.80             235.80
        030         Deposition/Transcript                           189.15             189.15
        053         Delivery / Courier                               60.00              60.00
        087         Car/Bus/Subway Travel                           188.00             188.00
        096         Working Meals                                   165.46             165.46
        096D        Working Meals - Delivery                         52.50              52.50
        904         Teleconference / Video Conference                 5.58               5.58
        S001        Photocopy Charges                             1,400.80             700.40
        S001SCN     Scanning Charges                                 47.60              23.80
        S002        Postage                                          19.42              19.42
        S007        Facsimile                                        14.00              14.00
        S063I       Computerized Legal Research                     213.22             213.22
        S102        Docket Retrieval / Search                        74.10              74.10
        S904        Teleconference / Video Conference                30.00              30.00
                                                                 ---------           ---------
                    EXPENSE TOTAL                                 2,695.63           1,971.43
                                                                 =========           =========

TOTAL EXPENSES FOR INSTRUCTION:  283241                           2,695.63           1,971.43
                                                                 =========           =========
```