# EXHIBIT C

### BUDGETED AMOUNT
#### October
$50,000

### PROFESSIONAL RATES

| | October |
|---|---|
| Michael R. Nestor | $725.00 |
| Kara Hammond Coyle | $485.00 |
| Maris J. Kandestin | $460.00 |
| Andrew Magaziner | $400.00 |
| Elizabeth S. Justison | $310.00 |
| Michael Girello | $250.00 |
| Melissa Romano | $215.00 |
| Troy Bollman | $190.00 |

### BUDGETED HOURS

| | October |
|---|---|
| Michael R. Nestor | 2.3 |
| Kara Hammond Coyle | 14.6 |
| Maris J. Kandestin | 0.1 |
| Andrew Magaziner | 39.1 |
| Elizabeth S. Justison | 13.7 |
| Michael Girello | 0.6 |
| Melissa Romano | 2.6 |
| Troy Bollman | 29.5 |
| TOTAL | 102.5 |

### BUDGETED FEES

| | October |
|---|---|
| Michael R. Nestor | $1,667.50 |
| Kara Hammond Coyle | $7,081.00 |
| Maris J. Kandestin | $46.00 |
| Andrew Magaziner | $15,640.00 |
| Elizabeth S. Justison | $4,247.00 |
| Michael Girelle | $150.00 |
| Melissa Romano | $559.00 |
| Troy Bollman | $5,605.00 |
| TOTAL | $34,995.50 |

### BUDGETED EXPENSES
#### October
$1,971.43

| | |
|---|---|
| TOTAL FEES & EXPENSES | $36,966.93 |

| PROFESSIONAL | POSITION OF PROFESSIONAL; NUMBER OF YEARS IN THAT POSITION; YEAR OBTAINING LICENSE TO PRACTICE, IF APPLICABLE |
|---|---|
| Michael R. Nestor | Partner since 2003; joined firm as associate in 1998; member of PA and NJ bars since 1995; member of DE bar since 1996. |
| Kara Hammond Coyle | Partner since 2014.  Joined firm as an associate in 2003.  Member of DE Bar since 2003. |
| Maris J. Kandestin | Joined firm as an associate in 2009. Member of PA and NJ bars since 2004; member of DE bar since 2009. |
| Andrew Magaziner | Joined firm as an associate in 2009. Member of DE Bar since 2009. |
| Elizabeth S. Justison | Joined firm as an associate in 2013. Member of DE Bar since 2013. |
| Michael Girello | Paralegal |
| Melissa Romano | Paralegal |
| Troy Bollman | Paralegal |