# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |
| | Re: Docket Nos. 1316 & 1331 |

## NOTICE OF (I) CONFIRMATION OF CHAPTER 11 PLAN AND (II) DEADLINE TO FILE CLAIMS BASED ON REJECTION OF EXECUTORY CONTRACTS OR UNEXPIRED LEASES AND ABANDONED ASSETS

PLEASE TAKE NOTICE THAT on November 19, 2015, the United States Bankruptcy Court for the District of Delaware entered an order [Docket No. 1331] (the "Confirmation Order") confirming the *Second Amended Chapter 11 Plan of Liquidation* for *SRC Liquidation Company and its Affiliates (with Technical Modifications)* [Docket No. 1316] (the "Plan"), dated November 18, 2015. Unless otherwise defined in this Notice, capitalized terms used herein shall have the meanings ascribed to them in the Plan. The Plan has yet to go effective.

PLEASE TAKE FURTHER NOTICE THAT pursuant to paragraph 18 of the Confirmation Order, any Creditor asserting a Claim for monetary damages as a result of the rejection of an Executory Contract or Unexpired Lease, and/or the abandonment of Assets pursuant to the Plan shall file a proof of such Claim within thirty (30) days of the Confirmation Date. If the rejection by the Debtors of an Executory Contract or an Unexpired Lease pursuant to Section 5.1 of the Plan results in damages to the other party or parties to such Executory Contract or Unexpired Lease, a Claim for such damages arising from such rejection shall not be enforceable against the Debtors or their Estates or agents, successors, or assigns, unless a proof of Claim is filed with Prime Clerk LLC (the "Claims Agent") at the following address:

SRC Liquidation Claims Processing Center
c/o Prime Clerk, LLC
830 Third Avenue, Third Floor
New York, New York 10022

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

A proof of Claim will be deemed timely only if the original proof of Claim is mailed or delivered by hand, courier or overnight service so as to be **actually received** by the Claims Agent **on or before** **4:00 p.m. (prevailing Eastern Time) on December 28, 2015**.[2]  Proofs of Claim may not be sent by facsimile, telecopy, electronic mail or other form of electronic transmission.  A claimant who wishes to receive acknowledgement of receipt of its proof of Claim may submit a copy of the Proof of Claim and a self-addressed, stamped envelope to the Claims Agent along with the original Proof of Claim.

    PLEASE TAKE FURTHER NOTICE THAT if you file a proof of Claim, your proof of Claim must: (a) be written in the English language; (b) be denominated in lawful currency of the United States as of the Petition Date; (c) conform substantially to the enclosed proof of claim form or Official Bankruptcy Form No. 10 ("Official Form 10");[3] (d) set forth with specificity the legal and factual basis for the alleged Claim; (e) include supporting documentation (or, if such documentation is voluminous, a summary of such documentation) or an explanation as to why such documentation is not available; and (f) be signed by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant.

    **PLEASE TAKE FURTHER NOTICE THAT ANY PERSON THAT IS REQUIRED TO FILE A PROOF OF CLAIM ARISING FROM THE REJECTION OF AN EXECUTORY CONTRACT OR UNEXPIRED LEASE UNDER THE PLAN AND THAT FAILS TO TIMELY DO SO SHALL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING SUCH CLAIM.  ALL SUCH CLAIMS SHALL, AS OF THE EFFECTIVE DATE, BE SUBJECT TO THE PERMANENT INJUNCTION PURSUANT TO SECTION 7.2 OF THE PLAN AND THE CONFIRMATION ORDER.**

    [*Signature Page Follows*]

---

[2] The Debtors have extended the deadline to file a rejection damage claim through and including December 28, 2015, notwithstanding that such date is more than thirty days after entry of the Confirmation Order.

[3] Official Form 10 can be found at www.uscourts.gov/bkforms/index.html, the Official Website for the United States Bankruptcy Courts.

01:18011904.2

Dated: November 25, 2015
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Andrew L. Magaziner*
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Andrew L. Magaziner (No. 5426)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

GIBSON, DUNN & CRUTCHER LLP
Michael A. Rosenthal (NY No. 4697561)
Jeremy L. Graves (CO No. 45522)
Matthew G. Bouslog (CA No. 280978)
200 Park Avenue
New York, New York 10166-0193
Chicago, IL 60654-5313
Telephone: (212) 351-4000
Facsimile: (312) 351-4035

*Counsel to the Debtors and Debtors in Possession*

01:18011904.2