**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: December 10, 2015 at 4:00 p.m. (ET)** |

**NOTICE OF MONTHLY FEE APPLICATION
OF PRIME CLERK LLC, ADMINISTRATIVE ADVISOR
TO THE DEBTORS, FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES FOR THE PERIOD
FROM OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015**

TO:    (I) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) THE DEBTORS AND THEIR COUNSEL; (III) COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS; AND (IV) ALL OTHER PARTIES REQUIRED TO RECEIVE NOTICE PURSUANT TO THE INTERIM COMPENSATION ORDER.

      **PLEASE TAKE NOTICE** that Prime Clerk LLC filed the attached *Monthly Fee Application of Prime Clerk LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from October 1, 2015 through October 31, 2015* (the "**Application**").

      **PLEASE TAKE FURTHER NOTICE** that pursuant to the Application, Prime Clerk LLC seeks allowance and approval of fees in the amount of $41,766.00 (of which Prime Clerk LLC seeks payment of 80% or $33,412.80) and reimbursement of expenses in the amount of $0.00.

      **PLEASE TAKE FURTHER NOTICE** that any objections to the Application must be filed on or before **December 10, 2015 at 4:00 p.m. (ET)** (the "**Objection Deadline**") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801.

      **PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of any objection so as to be received by the following on or before the Objection Deadline: (i) the SRC Liquidation Company, 600 Albany Street, Dayton, OH 45417 (Attn: Kevin Carmody, CRO), (ii) the attorneys for the Debtors, (A) Gibson, Dunn & Crutcher LLP, 333 South Grand

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

Avenue, Los Angeles, CA 90071 (Attn: Robert A. Klyman) and (B) Young Conaway Stargatt & Taylor, LLP, 1000 N. King Street, Rodney Square, Wilmington, DE 19801 (Attn: Michael R. Nestor); (iii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Mark Kenney); (iv) counsel for Silver Point Finance, LLC, Skadden, Arps, Slate, Meagher & Flom LLP, 155 N. Wacker Drive, Chicago, IL 60606-1720 (Attn: Ron E. Meisler); (v) counsel for Bank of America, N.A., Parker, Hudson, Rainer & Dobbs LLP, 1500 Marquis Two Tower, 285 Peachtree Center Avenue, Atlanta, GA 30303 (Attn: C. Edward Dobbs, Esq.); and (vi) counsel for the Official Committee of Unsecured Creditors, Lowenstein Sandler LLP, 1251 Avenue of the Americas, New York, NY 10020 (Attn: Wojciech F. Jung, Esq.); and (vii) Prime Clerk LLC, 830 Third Avenue, 9th Floor, New York, New York 10022 (Attn: Adam M. Adler).

**PLEASE TAKE FURTHER NOTICE** that pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 260], if no objections are filed and served in accordance with the above procedure, the Debtors will be authorized to pay 80% of the requested interim fees and 100% of the requested interim expenses without further order of the court.

**PLEASE TAKE FURTHER NOTICE** that only if an objection is properly and timely filed in accordance with the above procedure will a hearing be held on the Application.

Dated: November 25, 2015
        New York, New York

                        PRIME CLERK LLC

                        By:    */s/ Adam M. Adler*
                               Adam M. Adler
                               830 Third Avenue, 9th Floor
                               New York, New York 10022

                               Administrative Advisor to the Debtors

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered)<br>**Objection Deadline: December 10, 2015 at 4:00 p.m. (ET)** |

**MONTHLY FEE APPLICATION OF PRIME CLERK LLC,
ADMINISTRATIVE ADVISOR TO THE DEBTORS,
FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES FOR THE PERIOD
FROM OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015**

| | |
|---|---|
| Name of Applicant: | Prime Clerk LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Effective Date of Retention: | March 12, 2015 |
| Period for which compensation and reimbursement is sought: | October 1, 2015 through October 31, 2015 (the "**Fee Period**") |
| Amount of compensation sought as actual, reasonable and necessary: | $41,766.00 (of which Prime Clerk LLC seeks payment of 80% or $33,412.80) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is a: ___X___ monthly _____ final application.

The total time expended for the preparation of Prime Clerk LLC's monthly fee application is approximately 3.0 hours.  The corresponding compensation is not included herein but will be requested in a future application.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

**Prior Monthly Applications**

| Date Filed; Docket No. | Period Covered | Requested | | Approved | | Paid | |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| 4/28/15; Docket No. 357 | 3/12/15 – 3/31/15 | $1,740.50 (payment of 80% or $1,392.40) | $0.00 | $1,740.50 (payment of 80% or $1,392.40) | N/A | $1,740.50 | N/A |
| 5/22/15; Docket No. 553 | 4/1/15- 4/30/15 | $11,015.50 (payment of 80% or $8,812.40) | $0.00 | $11,015.50 (payment of 80% or $8,812.40) | N/A | $11,015.50 | N/A |
| 6/26/15; Docket No. 743 | 5/1/15 – 5/31/15 | $11,906.50 (payment of 80% or $9,525.20) | $0.00 | $11,906.50 (payment of 80% or $9,525.20) | N/A | $11,906.50 | N/A |
| 9/30/15; Docket No. 1121 | 6/1/15 – 6/30/15; 8/1/15 – 8/31/15 | $1,374.00 (payment of 80% or $1,099.20) | $0.00 | $1,374.00 (payment of 80% or $1,099.20) | N/A | $1,374.00 | N/A |
| 11/2/15; Docket No. 1262 | 9/1/15 – 9/30/15 | $3,172.00 (payment of 80% or $2,537.60) | $0.00 | $3,172.00 (payment of 80% or $2,537.60) | N/A | $2,537.60 | N/A |

**Prior Interim Applications**

| Date Filed; Docket No. | Period Covered | Requested | | Approved | | Paid | |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| 7/15/15; Docket No. 844 | 3/12/15 – 5/31/15 | $24,662.50 | $0.00 | $24,662.50 | N/A | $24,662.50 | N/A |
| 10/15/15; Docket No. 1172 | 6/1/2015 – 8/31/2015 | $1,374.00 | $0.00 | $1,374.00 | N/A | $1,374.00 | N/A |

[*Remainder of Page Left Intentionally Blank*]

**Summary of Hours Billed by Prime Clerk Employees During the Fee Period**

| Prime Clerk Employee | Position of the Applicant | Total Hours | Hourly Rate | Total Fees Requested |
|---|---|---|---|---|
| Daloia, James | Director of Solicitation | 0.60 | $210.00 | $126.00 |
| Pullo, Christina | Director of Solicitation | 3.30 | $210.00 | $693.00 |
| Adler, Adam M. | Director | 1.60 | $195.00 | $312.00 |
| Smith, David M. | Director | 0.20 | $190.00 | $38.00 |
| Ruiz, Gustavo A. | Director | 1.50 | $175.00 | $262.50 |
| Brown, Mark M. | Solicitation Consultant | 2.10 | $195.00 | $409.50 |
| Deboissiere, Michael | Solicitation Consultant | 37.20 | $195.00 | $7,254.00 |
| Kesler, Stanislav T. | Solicitation Consultant | 77.90 | $195.00 | $15,190.50 |
| Labissiere, Pierre | Solicitation Consultant | 21.10 | $195.00 | $4,114.50 |
| Orchowski, Alex T. | Solicitation Consultant | 18.20 | $195.00 | $3,549.00 |
| Scully, Nikesha C. | Solicitation Consultant | 18.00 | $195.00 | $3,510.00 |
| Aaronson, Heather L. | Senior Consultant | 0.70 | $165.00 | $115.50 |
| Bishop, Brandon N. | Senior Consultant | 3.30 | $145.00 | $478.50 |
| De Souza, Delicia | Consultant | 1.30 | $105.00 | $136.50 |
| Jaffar, Amrita C. | Consultant | 2.70 | $95.00 | $256.50 |
| Baldeo, Keenan, K. | Analyst | 4.00 | $50.00 | $200.00 |
| Calder, Kiana O. | Analyst | 45.00 | $50.00 | $2,250.00 |
| Chen, Tony Y. | Analyst | 3.60 | $50.00 | $180.00 |
| Pasabangi, Gerhald R. | Analyst | 3.80 | $50.00 | $190.00 |
| Perez, Tanner-Rey P. | Analyst | 1.20 | $50.00 | $60.00 |
| Rivera, Christian I. | Analyst | 0.60 | $50.00 | $30.00 |
| Titcombe, Anthony O. | Analyst | 5.50 | $50.00 | $275.00 |
| Higgins, Sebastian V. | Analyst | 24.10 | $45.00 | $1,084.50 |
| Inderjit, Andrew C. | Analyst | 3.90 | $45.00 | $175.50 |
| Kamara, Abu B. | Analyst | 22.70 | $35.00 | $794.50 |
| Liu, Calvin | Analyst | 2.30 | $35.00 | $80.50 |
| | **Total:** | **306.40** | | **$41,766.00** |
| | **Blended Rate** | | **$136.31** | |

**Summary of Fees Billed by Subject Matter During the Fee Period**

| Matter Description | Total Hours | Total Fees Requested |
|---|---|---|
| Ballots | 272.00 | $35,723.50 |
| Call Center / Credit Inquiry | 7.30 | $1,429.50 |
| Retention / Fee Application | 4.90 | $667.50 |
| Solicitation | 22.20 | $3,945.50 |
| **Total** | **306.40** | **$41,766.00** |

3

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered)<br>**Objection Deadline:  December 10, 2015 at 4:00 p.m. (ET)** |

**MONTHLY FEE APPLICATION OF PRIME CLERK LLC,
ADMINISTRATIVE ADVISOR TO THE DEBTORS,
FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES FOR THE PERIOD
FROM OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015**

Prime Clerk LLC ("**Prime Clerk**"), administrative advisor to SRC Liquidation Company and certain of its affiliates, as debtors and debtors in possession (collectively, "**Debtors**"), files this monthly fee application (the "**Application**"), pursuant to sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Bankruptcy Rules**") and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated April 13, 2015 [Docket No. 260] (the "**Interim Compensation Order**"), for payment of compensation for professional services rendered to the Debtors and for reimbursement of actual and necessary expenses incurred in connection with such services for the period from October 1, 2015 through

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

October 31, 2015 (the "**Fee Period**").  In support of the Application, Prime Clerk respectfully represents as follows:

**Preliminary Statement**

1.  Pursuant to the Application, Prime Clerk seeks allowance and approval of fees in the amount of $41,766.00 (of which Prime Clerk LLC seeks payment of 80% or $33,412.80) and reimbursement of expenses in the amount of $0.00.

2.  Pursuant to the *Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor Nunc Pro Tunc to the Petition Date*, dated April 13, 2015 [Docket No. 259], the Court authorized the Debtors to retain Prime Clerk as administrative advisor in these chapter 11 cases *nunc pro tunc* to March 12, 2015.  Accordingly, pursuant to the Interim Compensation Order, the Court authorized Prime Clerk to file the Application for monthly compensation and authorized the Debtors to compensate Prime Clerk in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and such other procedures as may be fixed by order of the Court.

3.  Pursuant to the Interim Compensation Order, upon the expiration of the Objection Deadline (as defined in the Interim Compensation Order), the Debtors are authorized and directed to pay Prime Clerk an amount equal to the lesser of:  (a) 80% of the fees and 100% of the expenses requested in the Application; or (b) 80% of the fees and 100% of the expenses requested in the Application that are not subject to an Objection (as defined in the Interim Compensation Order).

4.  During the Fee Period, Prime Clerk worked with the Debtors' and their professionals on, among other things, processing the ballots received from the solicitation logistics in connection with the Debtors' *First Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and its Affiliates* [Docket No. 1086] (as may be amended, supplemented and/or modified, the

2

"**Plan**"), processing ballots received from the solicitation of the Plan and responding to inquiries from interested parties regarding the solicitation of the Plan.

**Jurisdiction**

1.    The United States Bankruptcy Court for the District of Delaware has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and the Court may enter a final order consistent with Article III of the United States Constitution.

2.    Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.    The statutory bases for the relief requested herein are sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Bankruptcy Rule 2016-2.

**Relief Requested**

4.    By the Application, Prime Clerk requests:  (a) allowance and approval of fees in the amount of $41,766.00 (of which Prime Clerk LLC seeks payment of 80% or $33,412.80) on account of reasonable and necessary professional services rendered to the Debtors by Prime Clerk and (b) reimbursement of actual and necessary costs and expenses in the amount of $0.00.

**Background**

5.    On March 12, 2015 (the "**Petition Date**"), each of the Debtors filed a voluntary petition with the Court under chapter 11 of the Bankruptcy Code.  The Debtors are operating their business and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  These chapter 11 cases are being jointly administered pursuant to Bankruptcy Rule 1015(b).

3

## Compliance with the Interim Compensation Order

6.      Prime Clerk has prepared the Application in accordance with the procedures set forth in the Interim Compensation Order.  During the Fee Period, Prime Clerk professionals billed a total of 306.40 hours for which compensation is requested.  Prime Clerk seeks allowance and approval of (a) fees in the amount of $41,766.00 (of which Prime Clerk LLC seeks payment of 80% or $33,412.80) and (b) $0.00 for actual and necessary costs and expenses.

7.      Prime Clerk's hourly rates are set at a level designed to fairly compensate Prime Clerk for the work of its professionals and to cover routine overhead expenses.  Hourly rates vary with the experience and seniority of the individuals assigned.  These hourly rates are subject to periodic adjustments to reflect economic and other conditions and are consistent with the rates charged elsewhere.

8.      Further, **Exhibit A** hereto:  (a) identifies the individual that rendered services in each subject matter; (b) describes each activity or service that the individual performed; and (c) states the number of hours (in increments of tenths of an hour) spent by the individual providing the services.

## Summary of Professional Services Rendered

9.      The professional services that Prime Clerk rendered during the Fee Period are grouped by subject matter and summarized as follows:

- Ballot Processing

    Fees:  $35,723.50; Hours:  272.00

Ballot Processing services rendered by Prime Clerk included processing incoming ballots, including receiving, date stamping, scanning and inputting ballots into the voting database.

4

- <u>Call Center / Credit Inquiry</u>

  Fees:  $1,429.50; Hours:  7.30

Call Center / Creditor Inquiry services provided included responding to inquires received regarding the solicitation of the Plan.

- <u>Retention / Fee Application</u>

  Fees:  $667.50; Hours:  4.90

Retention / Fee Application services provided included drafting, reviewing, revising and filing Prime Clerk's monthly fee application for the month of September.

- <u>Solicitation</u>

  Fees:  $3,945.50; Hours: 22.20

Solicitation services provided included: (i) coordinating amongst the Prime Clerk case team and other professionals regarding the solicitation the Plan; (ii) creating and formatting the preliminary vote report and circulating it to other case professionals; (iii) conferring and  coordinating amongst the Prime Clerks case team regarding the vote declaration preparation and the voting deadline; and (iv) preparing the vote declaration.

### **Representations and Reservation of Rights**

10.     The undersigned has reviewed the requirements of Local Bankruptcy Rule 2016-2 and hereby attests that this Application conforms to such requirements.

11.     Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in the Application due to delays caused by accounting and processing during the Fee Period.  Prime Clerk reserves the right to make further application to this Court for allowance of such fees and expenses not included herein.

Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, Local Bankruptcy Rules, and the Interim Compensation Order.

## Notice

12.     Prime Clerk has provided notice of this Application to:  (a) the Office of the United States Trustee for the District of Delaware; (b) the Debtors; (c) counsel to the Debtors; and (d) to all parties required to be served pursuant to the Interim Compensation Order.

13.     In light of the nature of the relief requested herein, Prime Clerk respectfully submits that no further notice is necessary.

## CONCLUSION

**WHEREFORE**, pursuant to the Interim Compensation Order, Prime Clerk requests: (a) allowance and approval of fees in the amount of $41,766.00 (of which Prime Clerk LLC seeks payment of 80% or $33,412.80); and (b) reimbursement of actual and necessary costs and expenses in the amount of $0.00.

Dated:  November 25, 2015
        New York, New York                        */s/ Adam M. Adler*
                                                  Adam M. Adler
                                                  Director of Quality Assurance & Legal
                                                  Affairs
                                                  Prime Clerk LLC
                                                  830 Third Avenue, 9th Floor
                                                  New York, New York 10022
                                                  Phone: (212) 257-5445
                                                  Fax: (212) 257-5452
                                                  aadler@primeclerk.com

**<u>VERIFICATION</u>**

STATE OF NEW YORK      )
                                )     SS:
COUNTY OF NEW YORK    )

       I, Adam M. Adler, after being duly sworn according to law, deposes and says:

1.     I am the Director of Quality Assurance & Legal Affairs of Prime Clerk LLC.

2.     I am generally familiar with the work performed on behalf of the Debtors by Prime Clerk professionals.

3.     The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief.

4.     I have reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware, and to the best of my knowledge, information and belief, the foregoing Application complies with such Local Rule.

_____
Adam M. Adler

SWORN TO AND SUBSCRIBED before me this 25th day of November, 2015.

MARK M BROWN
NOTARY PUBLIC-STATE OF NEW YORK
No. 02BR6305738
Qualified In New York County
My Commission Expires June 09, 2018

_____
Notary Public

**<u>Exhibit A</u>**

**Fee Detail**



830 Third Avenue, 9th Floor
New York, NY 10022

primeclerk.com

## Hourly Fees by Employee through October  2015

| Initial | Employee Name | Title | Hours | Rate | Total |
|---|---|---|---|---|---|
| ABK | Kamara, Abu B | AN - Analyst | 22.70 | $35.00 | $794.50 |
| CL | Liu, Calvin | AN - Analyst | 2.30 | $35.00 | $80.50 |
| SVH | Higgins, Sebastian V | AN - Analyst | 24.10 | $45.00 | $1,084.50 |
| ACI | Inderjit, Andrew C | AN - Analyst | 3.90 | $45.00 | $175.50 |
| KKB | Baldeo, Keenan K | AN - Analyst | 4.00 | $50.00 | $200.00 |
| KOC | Calder, Kiana O | AN - Analyst | 45.00 | $50.00 | $2,250.00 |
| TYC | Chen, Tony Y | AN - Analyst | 3.60 | $50.00 | $180.00 |
| GRP | Pasabangi, Gerhald R | AN - Analyst | 3.80 | $50.00 | $190.00 |
| TPP | Perez, Tanner-Rey P | AN - Analyst | 1.20 | $50.00 | $60.00 |
| CIR | Rivera, Christian I | AN - Analyst | 0.60 | $50.00 | $30.00 |
| AOT | Titcombe, Anthony O | AN - Analyst | 5.50 | $50.00 | $275.00 |
| ACJ | Jaffar, Amrita C | CO - Consultant | 2.70 | $95.00 | $256.50 |
| DDS | De Souza, Delicia | CO - Consultant | 1.30 | $105.00 | $136.50 |
| BNB | Bishop, Brandon N | SC  - Senior Consultant | 3.30 | $145.00 | $478.50 |
| HLA | Aaronson, Heather L | SC  - Senior Consultant | 0.70 | $165.00 | $115.50 |
| GAR | Ruiz, Gustavo A | DI  - Director | 1.50 | $175.00 | $262.50 |
| DMS | Smith, David M | DI  - Director | 0.20 | $190.00 | $38.00 |
| AMA | Adler, Adam M | DI  - Director | 1.60 | $195.00 | $312.00 |
| MMB | Brown, Mark M | SA  - Solicitation Consultant | 2.10 | $195.00 | $409.50 |
| MD | Deboissiere, Michael | SA  - Solicitation Consultant | 37.20 | $195.00 | $7,254.00 |
| STTK | Kesler, Stanislav T | SA  - Solicitation Consultant | 77.90 | $195.00 | $15,190.50 |
| PL | Labissiere, Pierre | SA  - Solicitation Consultant | 21.10 | $195.00 | $4,114.50 |
| ATO | Orchowski, Alex T | SA  - Solicitation Consultant | 18.20 | $195.00 | $3,549.00 |
| NCS | Scully, Nikesha C | SA  - Solicitation Consultant | 18.00 | $195.00 | $3,510.00 |
| JFD | Daloia, James F | DS  - Director of Solicitation | 0.60 | $210.00 | $126.00 |
| CP | Pullo, Christina | DS  - Director of Solicitation | 3.30 | $210.00 | $693.00 |

The Standard Register Company

|  |  | **TOTAL:** | **306.40** | **$41,766.00** |

**Hourly Fees by Task Code through October  2015**

| Task Code | Task Code Description | Hours | Total |
|---|---|---:|---:|
| BALL | Ballots | 272.00 | $35,723.50 |
| INQR | Call Center / Credit Inquiry | 7.30 | $1,429.50 |
| RETN | Retention / Fee Application | 4.90 | $667.50 |
| SOLI | Solicitation | 22.20 | $3,945.50 |
|  | **TOTAL:** | **306.40** | **$41,766.00** |

The Standard Register Company

---

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|------|-----|-------|-------------|------|-------|
| 10/01/15 | CP | DS | Coordinate with Gibson team and case team regarding sample solicitation packages | Solicitation | 0.30 |
| 10/01/15 | JFD | DS | Provide revised solicitation package based on counsel request | Solicitation | 0.30 |
| 10/01/15 | STTK | SA | Respond to creditor inquiry related to ongoing solicitation | Call Center / Credit Inquiry | 0.70 |
| 10/02/15 | CP | DS | Respond to voting inquiries | Call Center / Credit Inquiry | 0.40 |
| 10/02/15 | HLA | SC | Review correspondence from Debtors' counsel regarding second interim fee application | Retention / Fee Application | 0.10 |
| 10/02/15 | MMB | SA | Respond to creditor inquiry related to ongoing solicitation | Call Center / Credit Inquiry | 0.30 |
| 10/05/15 | CIR | AN | Process incoming ballots | Ballots | 0.10 |
| 10/05/15 | DDS | CO | Process incoming claims | Ballots | 0.50 |
| 10/05/15 | MD | SA | Respond to creditor inquiries regarding ongoing solicitation | Call Center / Credit Inquiry | 0.50 |
| 10/05/15 | SVH | AN | Process incoming ballots | Ballots | 1.40 |
| 10/06/15 | KOC | AN | Respond to creditor and nominee inquires related to ongoing solicitation | Solicitation | 1.00 |
| 10/06/15 | MMB | SA | Input ballots into voting database | Ballots | 1.80 |
| 10/06/15 | STTK | SA | Populate ballot voting database | Ballots | 0.60 |
| 10/06/15 | STTK | SA | Quality assurance review of incoming ballots | Ballots | 1.70 |
| 10/06/15 | SVH | AN | Input ballots into voting database | Ballots | 1.50 |
| 10/06/15 | SVH | AN | Process incoming ballots | Ballots | 4.10 |
| 10/07/15 | CL | AN | Input ballots into voting database | Ballots | 1.40 |
| 10/07/15 | DMS | DI | Confer with Young Conaway and Solicitation team re Arthur Kaplan ballots | Solicitation | 0.20 |
| 10/07/15 | GRP | AN | Input ballots into voting database | Ballots | 0.30 |
| 10/07/15 | KKB | AN | Input ballots into voting database | Ballots | 4.00 |
| 10/07/15 | KOC | AN | Respond to inquiry related to ongoing solicitation | Solicitation | 2.00 |
| 10/07/15 | MD | SA | Input ballots into voting database | Ballots | 2.60 |
| 10/07/15 | MD | SA | Quality assurance review of incoming ballots | Ballots | 3.00 |
| 10/07/15 | MD | SA | Respond to creditor inquiry regarding ongoing solicitation | Call Center / Credit Inquiry | 0.30 |
| 10/07/15 | PL | SA | Input ballots into voting database | Ballots | 0.50 |
| 10/07/15 | STTK | SA | Input ballots into voting database | Ballots | 0.30 |
| 10/07/15 | STTK | SA | Quality assurance review of incoming ballots | Ballots | 1.70 |

The Standard Register Company

| 10/07/15 | SVH | AN | Input ballots into voting database | Ballots | 1.90 |
|---|---|---|---|---|---|
| 10/07/15 | SVH | AN | Process incoming ballots | Ballots | 2.00 |
| 10/07/15 | TYC | AN | Input ballots into voting database | Ballots | 3.20 |
| 10/08/15 | CP | DS | Coordinate with case team regarding ballot issues | Solicitation | 0.90 |
| 10/08/15 | MD | SA | Confer and coordinate with case team re ballots | Ballots | 0.10 |
| 10/08/15 | PL | SA | Confer and coordinate with case team re the ongoing solicitation | Solicitation | 0.10 |
| 10/08/15 | PL | SA | Prepare plan class report for upcoming solicitation of scheduled claims | Solicitation | 0.70 |
| 10/08/15 | STTK | SA | Confer and coordinate with case team re incoming ballots | Ballots | 0.10 |
| 10/08/15 | STTK | SA | Prepare plan class report for re-solicitation of scheduled claims | Solicitation | 0.70 |
| 10/09/15 | CP | DS | Coordinate with case team regarding voting report | Solicitation | 0.30 |
| 10/09/15 | JFD | DS | Provide ballot to counsel based on request | Solicitation | 0.30 |
| 10/09/15 | PL | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 0.50 |
| 10/09/15 | STTK | SA | Prepare plan class report for re-solicitation of scheduled claims | Solicitation | 5.30 |
| 10/13/15 | KOC | AN | Quality assurance review of incoming ballots | Ballots | 3.00 |
| 10/13/15 | PL | SA | Quality assurance review of incoming ballots | Ballots | 0.50 |
| 10/13/15 | STTK | SA | Quality assurance review of incoming ballots | Ballots | 2.10 |
| 10/13/15 | STTK | SA | Respond to creditor inquiry related to ongoing solicitation | Call Center / Credit Inquiry | 0.30 |
| 10/13/15 | SVH | AN | Process incoming ballots | Ballots | 2.10 |
| 10/14/15 | ABK | AN | Input ballots into voting database | Ballots | 2.20 |
| 10/14/15 | AMA | DI | Correspondence and confer with H. Aaronson re interim fee application timing | Retention / Fee Application | 0.20 |
| 10/14/15 | HLA | SC | Quality assurance review of Second Interim Fee Application | Retention / Fee Application | 0.30 |
| 10/14/15 | KOC | AN | Quality assurance review of incoming ballots | Ballots | 2.00 |
| 10/14/15 | MD | SA | Input ballots into voting database | Ballots | 2.10 |
| 10/14/15 | PL | SA | Input ballots into voting database | Ballots | 4.00 |
| 10/14/15 | PL | SA | Respond to creditor inquires related to the ongoing solicitation | Call Center / Credit Inquiry | 1.00 |
| 10/14/15 | STTK | SA | Confer and coordinate with case team re processing and quality assurance of incoming ballots | Solicitation | 0.20 |
| 10/14/15 | STTK | SA | Input ballots into voting database | Ballots | 6.60 |
| 10/14/15 | STTK | SA | Quality assurance review of incoming ballots | Ballots | 0.30 |
| 10/15/15 | ABK | AN | Input ballots into voting database | Ballots | 0.20 |
| 10/15/15 | CP | DS | Coordinate with Gibson and case teams regarding voting parties | Solicitation | 0.20 |
| 10/15/15 | MD | SA | Input ballots into voting database | Ballots | 0.50 |

The Standard Register Company

| 10/15/15 | PL | SA | Quality assurance review of incoming ballots | Ballots | 2.00 |
| 10/15/15 | STTK | SA | Quality assurance review of incoming ballots | Ballots | 8.40 |
| 10/16/15 | DDS | CO | Input ballots into voting database | Ballots | 0.20 |
| 10/16/15 | PL | SA | Input ballots into voting database | Ballots | 0.50 |
| 10/16/15 | PL | SA | Quality assurance review of incoming ballots | Ballots | 0.80 |
| 10/16/15 | SVH | AN | Process incoming ballots | Ballots | 0.70 |
| 10/19/15 | ABK | AN | Input ballots into voting database | Ballots | 1.60 |
| 10/19/15 | DDS | CO | Input ballots into voting database | Ballots | 0.30 |
| 10/19/15 | KOC | AN | Quality assurance review of incoming ballots | Ballots | 1.50 |
| 10/19/15 | MD | SA | Quality assurance review of incoming ballots | Ballots | 6.20 |
| 10/19/15 | MD | SA | Input ballots into voting database | Ballots | 0.80 |
| 10/19/15 | PL | SA | Input ballots into voting database | Ballots | 0.50 |
| 10/19/15 | PL | SA | Quality assurance review of incoming ballots | Ballots | 0.50 |
| 10/19/15 | STTK | SA | Respond to creditor inquiry related to ongoing solicitation | Call Center / Credit Inquiry | 0.60 |
| 10/19/15 | STTK | SA | Quality assurance review of incoming ballots | Ballots | 1.20 |
| 10/20/15 | ABK | AN | Input ballots into voting database | Ballots | 6.20 |
| 10/20/15 | ACJ | CO | Review and revise September fee application | Retention / Fee Application | 0.90 |
| 10/20/15 | AMA | DI | Draft monthly fee application for September | Retention / Fee Application | 0.30 |
| 10/20/15 | AOT | AN | Process incoming ballots | Ballots | 0.20 |
| 10/20/15 | ATO | SA | Quality assurance review of incoming ballots | Ballots | 4.00 |
| 10/20/15 | CIR | AN | Process incoming claims | Ballots | 0.50 |
| 10/20/15 | KOC | AN | Quality assurance review of incoming ballots | Ballots | 2.00 |
| 10/20/15 | MD | SA | Input ballots into voting database | Ballots | 4.50 |
| 10/20/15 | MD | SA | Quality assurance review of incoming ballots | Ballots | 2.80 |
| 10/20/15 | NCS | SA | Quality assurance review of incoming ballots | Ballots | 4.00 |
| 10/20/15 | PL | SA | Input ballots into voting database | Ballots | 0.50 |
| 10/20/15 | STTK | SA | Input ballots into voting database | Ballots | 3.30 |
| 10/20/15 | STTK | SA | Quality assurance review of incoming ballots | Ballots | 4.10 |
| 10/20/15 | SVH | AN | Process incoming ballots | Ballots | 0.50 |
| 10/20/15 | SVH | AN | Input ballots into voting database | Ballots | 0.30 |
| 10/20/15 | TYC | AN | Quality assurance review of incoming ballots | Ballots | 0.40 |
| 10/21/15 | ABK | AN | Input ballots into voting database | Ballots | 2.00 |
| 10/21/15 | ACJ | CO | Review and revise September fee application | Retention / Fee Application | 1.00 |
| 10/21/15 | AOT | AN | Process incoming ballots | Ballots | 1.30 |
| 10/21/15 | ATO | SA | Quality assurance review of incoming ballots | Ballots | 2.50 |
| 10/21/15 | KOC | AN | Quality assurance review of incoming ballots | Ballots | 3.00 |

The Standard Register Company

| 10/21/15 | MD | SA | Input ballots into voting database | Ballots | 3.30 |
|---|---|---|---|---|---|
| 10/21/15 | MD | SA | Quality assurance review of incoming ballots | Ballots | 4.70 |
| 10/21/15 | NCS | SA | Quality assurance review of incoming ballots | Ballots | 3.00 |
| 10/21/15 | PL | SA | Quality assurance review of incoming ballots | Ballots | 0.50 |
| 10/21/15 | PL | SA | Input ballots into voting database | Ballots | 2.00 |
| 10/21/15 | STTK | SA | Quality assurance review of incoming ballots | Ballots | 6.40 |
| 10/21/15 | STTK | SA | Input ballots into voting database | Ballots | 2.80 |
| 10/21/15 | SVH | AN | Process incoming ballots | Ballots | 2.10 |
| 10/22/15 | ABK | AN | Input ballots into voting database | Ballots | 0.90 |
| 10/22/15 | AMA | DI | Review and revise monthly fee application for September | Retention / Fee Application | 0.60 |
| 10/22/15 | DDS | CO | Input ballots into voting database | Ballots | 0.30 |
| 10/22/15 | HLA | SC | Update calendar information for fee application deadlines | Retention / Fee Application | 0.20 |
| 10/22/15 | KOC | AN | Quality assurance review of incoming ballots | Ballots | 1.00 |
| 10/22/15 | MD | SA | Audit ballots | Ballots | 3.00 |
| 10/22/15 | PL | SA | Input ballots into voting database | Ballots | 0.60 |
| 10/22/15 | PL | SA | Quality assurance review of incoming ballots | Ballots | 0.60 |
| 10/22/15 | STTK | SA | Respond to creditor inquiry related to ongoing solicitation | Call Center / Credit Inquiry | 0.40 |
| 10/22/15 | STTK | SA | Quality assurance review of incoming ballots | Ballots | 2.70 |
| 10/22/15 | STTK | SA | Input ballots into voting database | Ballots | 0.80 |
| 10/23/15 | ABK | AN | Input ballots into voting database | Ballots | 1.00 |
| 10/23/15 | ACJ | CO | Review and revise August and September fee application | Retention / Fee Application | 0.50 |
| 10/23/15 | AMA | DI | Review and revise monthly fee application for August and September | Retention / Fee Application | 0.20 |
| 10/23/15 | AOT | AN | Process incoming ballots | Ballots | 0.50 |
| 10/23/15 | CP | DS | Coordinate with case team regarding voting report | Solicitation | 0.30 |
| 10/23/15 | KOC | AN | Quality assurance review of incoming ballots | Ballots | 2.00 |
| 10/23/15 | MD | SA | Confer and coordinate with case team re vote declaration preparation | Solicitation | 0.10 |
| 10/23/15 | PL | SA | Quality assurance review of incoming ballots | Ballots | 0.50 |
| 10/23/15 | PL | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 0.40 |
| 10/23/15 | STTK | SA | Confer and coordinate with case team re ballots and preparation of vote declaration | Solicitation | 0.10 |
| 10/23/15 | STTK | SA | Quality assurance review of incoming ballots | Ballots | 2.90 |
| 10/23/15 | STTK | SA | Input ballots into voting database | Ballots | 1.20 |
| 10/23/15 | SVH | AN | Process incoming ballots | Ballots | 0.20 |
| 10/26/15 | ABK | AN | Input ballots into voting database | Ballots | 0.20 |

The Standard Register Company

| 10/26/15 | ACJ | CO | Review and revise September Fee Application | Retention / Fee Application | 0.30 |
| 10/26/15 | ATO | SA | Quality assurance review of incoming ballots | Ballots | 2.70 |
| 10/26/15 | CP | DS | Coordinate with case team and Gibson team regarding voting issues | Solicitation | 0.60 |
| 10/26/15 | KOC | AN | Quality assurance review of incoming ballots | Ballots | 2.50 |
| 10/26/15 | NCS | SA | Quality assurance review of incoming ballots | Ballots | 2.00 |
| 10/26/15 | PL | SA | Respond to counsel's inquiry related to solicitation material | Solicitation | 0.80 |
| 10/26/15 | PL | SA | Input ballots into voting database | Ballots | 0.50 |
| 10/26/15 | STTK | SA | Respond to nominee inquiries related to ongoing solicitation | Call Center / Credit Inquiry | 1.60 |
| 10/26/15 | STTK | SA | Create ballot for creditor as per counsels request | Ballots | 1.10 |
| 10/26/15 | STTK | SA | Input ballots into voting database | Ballots | 0.30 |
| 10/26/15 | STTK | SA | Quality assurance review of incoming ballots | Ballots | 1.20 |
| 10/27/15 | ABK | AN | Input ballots into voting database | Ballots | 2.00 |
| 10/27/15 | ACI | AN | Input ballots into voting database | Ballots | 1.70 |
| 10/27/15 | AMA | DI | Review and revise monthly fee application for September | Retention / Fee Application | 0.30 |
| 10/27/15 | AOT | AN | Process incoming ballots | Ballots | 1.00 |
| 10/27/15 | ATO | SA | Prepare vote declaration | Solicitation | 2.00 |
| 10/27/15 | ATO | SA | Quality assurance review of incoming ballots | Ballots | 2.00 |
| 10/27/15 | BNB | SC | Input ballots into voting database | Ballots | 2.00 |
| 10/27/15 | CP | DS | Coordinate with voting parties and case team regarding ballot issues | Solicitation | 0.30 |
| 10/27/15 | GRP | AN | Input ballots into voting database | Ballots | 1.50 |
| 10/27/15 | KOC | AN | Quality assurance review of incoming ballots | Ballots | 8.00 |
| 10/27/15 | NCS | SA | Preparing vote declaration | Solicitation | 2.00 |
| 10/27/15 | NCS | SA | Quality assurance review of incoming ballots | Ballots | 2.00 |
| 10/27/15 | PL | SA | Prepare vote declaration | Solicitation | 2.00 |
| 10/27/15 | PL | SA | Respond to creditor inquiries related the solicitation material | Call Center / Credit Inquiry | 0.60 |
| 10/27/15 | PL | SA | Quality assurance review of vote declaration | Solicitation | 0.30 |
| 10/27/15 | PL | SA | Confer and coordinate with case team re the upcoming voting deadline | Solicitation | 0.10 |
| 10/27/15 | STTK | SA | Quality assurance review of incoming ballots | Ballots | 6.70 |
| 10/27/15 | STTK | SA | Input ballots into voting database | Ballots | 0.90 |
| 10/27/15 | SVH | AN | Process incoming ballots | Ballots | 1.50 |
| 10/27/15 | TPP | AN | Process incoming ballots | Ballots | 1.20 |
| 10/28/15 | ABK | AN | Input ballots into voting database | Ballots | 2.00 |
| 10/28/15 | ACI | AN | Input ballots into voting database | Ballots | 2.20 |
| 10/28/15 | ATO | SA | Quality assurance review of incoming ballots | Ballots | 1.00 |

The Standard Register Company

| 10/28/15 | BNB | SC | Input ballots into voting database | Ballots | 1.30 |
|----------|-----|----|-----------------------------------|---------|------|
| 10/28/15 | GAR | DI | Input ballots into voting database | Ballots | 1.50 |
| 10/28/15 | KOC | AN | Quality assurance review of incoming ballots | Ballots | 4.00 |
| 10/28/15 | NCS | SA | Quality assurance review of incoming ballots | Ballots | 1.00 |
| 10/28/15 | STTK | SA | Input ballots into voting database | Ballots | 1.60 |
| 10/28/15 | STTK | SA | Quality assurance review of incoming ballots | Ballots | 1.90 |
| 10/29/15 | ABK | AN | Input ballots into voting database | Ballots | 2.00 |
| 10/29/15 | AOT | AN | Process incoming ballots | Ballots | 0.50 |
| 10/29/15 | ATO | SA | Quality assurance review of incoming ballots | Ballots | 4.00 |
| 10/29/15 | KOC | AN | Quality assurance review of incoming ballots | Ballots | 5.00 |
| 10/29/15 | MD | SA | Confer and coordinate with case team re vote declaration preparation | Solicitation | 0.10 |
| 10/29/15 | MD | SA | Respond to creditor inquiry regarding ongoing solicitation | Call Center / Credit Inquiry | 0.60 |
| 10/29/15 | MD | SA | Input ballots into voting database | Ballots | 0.80 |
| 10/29/15 | MD | SA | Quality assurance review of incoming ballots | Ballots | 1.20 |
| 10/29/15 | NCS | SA | Quality assurance review of incoming ballots | Ballots | 4.00 |
| 10/29/15 | PL | SA | Confer and coordinate with case team re the upcoming voting deadline | Solicitation | 0.10 |
| 10/29/15 | STTK | SA | Input ballots into voting database | Ballots | 0.40 |
| 10/29/15 | STTK | SA | Quality assurance review of incoming ballots | Ballots | 4.40 |
| 10/29/15 | SVH | AN | Process incoming ballots | Ballots | 1.00 |
| 10/29/15 | SVH | AN | Input ballots into voting database | Ballots | 0.60 |
| 10/30/15 | ABK | AN | Input ballots into voting database | Ballots | 2.40 |
| 10/30/15 | AOT | AN | Process incoming ballots | Ballots | 2.00 |
| 10/30/15 | CL | AN | Process incoming ballots | Ballots | 0.90 |
| 10/30/15 | GRP | AN | Input ballots into voting database | Ballots | 2.00 |
| 10/30/15 | HLA | SC | Quality assurance review of incoming ballots | Ballots | 0.10 |
| 10/30/15 | KOC | AN | Quality assurance review of incoming ballots | Ballots | 8.00 |
| 10/30/15 | STTK | SA | Quality assurance review of incoming ballots | Ballots | 2.30 |
| 10/30/15 | SVH | AN | Input ballots into voting database | Ballots | 2.20 |
| 10/30/15 | SVH | AN | Process incoming ballots | Ballots | 2.00 |

**Total Hours** **306.40**