# EXHIBIT A

| Customer # | Item # | Plant | Quantity | Description | Stock/Blank | Standard Cost | Purchase/Make | Amount |
|---|---|---|---|---|---|---|---|---|
| U1198 | 191 | BCSI | 1,988 | NEENAH CLASSIC CREST SOLAR WHITE 70# TEXT A-2 | STOCK | 0.0965428 | Purchase | 191.93 |
| W5092 | 202 | BCSI | 2,000 | NEENAH CLASSIC CREST AVON BRILLIANT WHITE 80 A-2 | STOCK | 0.0718857 | Purchase | 143.77 |
| Z9101 | 307 | SPC | 9,120 | CUSTOM LASER LABEL 2 5/6 X 5 1/2 ON 8.5 X 11.00 FR 4600 | STOCK | 0.0570000 | Purchase | 519.84 |
| Z9101 | 307 | BCSI | 15,445 | CUSTOM LASER LABEL 2 5/6 X 5 1/2 ON 8.5 X 11.00 FR 4600 | STOCK | 0.0570000 | Purchase | 880.37 |
| U8458 | 317 | BCSI | 162 | NEENAH CLASSIC CREST SOLAR WHITE 24# FROM 155 MONARCH | STOCK | 0.0167142 | Make | 2.71 |
| Z9093 | 371 | BCSI | 832 | A-4 LTRHD CUT 8 1/4 X 11 11/16 FRM 4103 | STOCK | 0.0200142 | Make | 16.65 |
| U8560 | 445 | BCSI | 9,700 | STRATHMORE WRITING NATURAL WHITE #24 8.5 X 11 | STOCK | 0.0428285 | Purchase | 415.44 |
| Z5014 | 784 | BCSI | 9,425 | CLAS CRST SOLAR WHITE EATON CHEMICALWATER MARK 24# 8.5 x 11.00 | STOCK | 0.0527857 | Purchase | 497.51 |
| Z9082 | 810 | SPC | 2,500 | BROWN KRAFT 28# 9X12 W/CLASP (5440) | STOCK | 0.1424285 | Purchase | 356.07 |
| Z9082 | 810 | BCSI | 3,000 | BROWN KRAFT 28# 9X12 W/CLASP (5440) | STOCK | 0.1424285 | Purchase | 427.29 |
| Z9082 | 838 | BCSI | 2,425 | BROWN KRAFT 28# OPEN END (4624) 6 X 9 | STOCK | 0.0413857 | Purchase | 100.36 |
| Z9082 | 838 | SPC | 9,000 | BROWN KRAFT 28# OPEN END (4624) 6 X 9 | STOCK | 0.0413857 | Purchase | 372.47 |
| U8381 | 844 | BCSI | 4,703 | GILBERT NUETECH P.S. WHITE WOVE 24# #10 | STOCK | 0.0720285 | Purchase | 338.75 |
| Z9082 | 890 | BCSI | 1,975 | #16 28# BROWN KRAFT | STOCK | 0.0913285 | Purchase | 180.37 |
| U8383 | 895 | BCSI | 900 | NEENAH CLASSIC LINEN SOLAR WHITE 80 A-6 | STOCK | 0.1500000 | Purchase | 135.00 |
| Z9101 | 911 | BCSI | 16,850 | WHITE WOVE 28 9 X 12 OPEN ENDED PEEL & SEAL SPECIAL WINDOW | STOCK | 0.1625857 | Purchase | 2,739.57 |
| U6030 | 919 | SPC | 8,000 | DOMTRAR COLORS ORCHID VELLUM #9 60# | STOCK | 0.0530714 | Purchase | 424.57 |
| U6030 | 919 | BCSI | 15,500 | DOMTRAR COLORS ORCHID VELLUM #9 60# | STOCK | 0.0378571 | Purchase | 586.79 |
| U8081 | 949 | BCSI | 4,446 | FINCH OPAQUE SMOOTH WHITE 70 8.5X11 FROM 543 | STOCK | 0.0198000 | Make | 88.03 |
| U6031 | 976 | BCSI | 3,725 | WHITE WOVE 28 11.5 X 14.5 OPEN ENDED PEEL & SEAL L | STOCK | 0.1780000 | Purchase | 663.05 |
| R6050 | 981 | BCSI | 3,565 | FOX RIVER EVERGREEN BIRCH 80# CVR 9X7.5 F4187 | STOCK | 0.0907428 | Make | 323.50 |
| U8486 | 1036 | BCSI | 6,475 | 24# WHITE WOVE CUSTOM WINDOW #10 | STOCK | 0.0302857 | Purchase | 196.10 |
| Z9013 | 1105 | BCSI | 6,275 | ACCENT OPAQUE WHITE 60# #10 REGULAR | STOCK | 0.0797142 | Purchase | 500.21 |
| R6050 | 1107 | BCSI | 17,950 | WAUSAU ROYAL COTTON WHITE #24 8.5 X 11 | STOCK | 0.0337142 | Both | 605.17 |
| R6050 | 1109 | BCSI | 1,075 | WAUSAU ROYAL COTTON 24# WHITE SMOOTH #10 | STOCK | 0.0553571 | Purchase | 59.51 |
| U8419 | 1197 | BCSI | 17,720 | FOX RIVER SELECT LAID ARCTIC WHITE 24 8.5 X 11 FRO 4595 | STOCK | 0.0425000 | Purchase | 753.10 |
| U8419 | 1198 | BCSI | 31,875 | FOX RIVER SELECT LAID ARCTIC WHITE #10 REGULAR | STOCK | 0.0710142 | Purchase | 2,263.58 |
| R6030 | 1216 | BCSI | 9,650 | WHITE WOVE #24 SQUARE FLAP SPECIAL WINDOW 9.5 x 4.5 | STOCK | 0.0426857 | Purchase | 411.92 |
| U8392 | 1221 | BCSI | 997 | AVERY #5164 4 X 3 1/3 | STOCK | 0.4400000 | Purchase | 438.68 |
| R5161 | 1264 | BCSI | 12,325 | WHITE WOVE #10 #24 SPECIAL WINDOW | STOCK | 0.0392142 | Purchase | 483.32 |
| U8381 | 1268 | BCSI | 10,000 | 28# WHITE WOVE 7.5 X 10.5 OPEN ENDED | STOCK | 0.0734285 | Purchase | 734.29 |
| R6044 | 1270 | BCSI | 4,456 | DOMTAR NEKOOSA FELT WHITE 80 8.5 X 11 FROM 4070 | STOCK | 0.0738000 | Make | 328.85 |
| R6044 | 1271 | BCSI | 11,525 | COLORSOURCE GOLDCREST LT COCKLE BRIGHT WHITE 24 #10 | STOCK | 0.0401857 | Purchase | 463.14 |
| U8421 | 1284 | SPC | 2,000 | CRANES CREST WOVE FLOURESCENT WHITE 28# 8.5 X 11.00 | STOCK | 0.1069285 | Purchase | 213.86 |
| U8421 | 1284 | BCSI | 2,887 | CRANES CREST WOVE FLOURESCENT WHITE 28# 8.5 X 11.00 | STOCK | 0.1071428 | Purchase | 309.32 |
| Z5007 | 1340 | BCSI | 2,839 | CONQUEROR WOVE DIAMOND WHITE 111 9.25x8 | STOCK | 0.2080857 | Make | 590.76 |
| U8421 | 1451 | BCSI | 1,500 | 9 X 12 WHITE WOVE OPEN END #28 SPECIAL WINDOW | STOCK | 0.1755000 | Purchase | 263.25 |
| R6100 | 1540 | BCSI | 3,000 | FOX RIVER CAPITAL BOND LASER WHITE 8.5 X 11 | STOCK | 0.0327142 | Purchase | 98.14 |
| U8346 | 1550 | BCSI | 284 | (U8346-820)FIRSIDE #10 WITH BLEEDS | STOCK | 0.0996428 | Purchase | 28.30 |
| Z8030 | 1580 | BCSI | 1,323 | STRAT PURE COT #24 25%COT MONARCH LH FROM 1579 | STOCK | 0.0654285 | Make | 86.56 |
| U8445 | 1596 | BCSI | 17,475 | STRATHMORE SCRIPT NATURAL WHITE SMOOTH #24 8.5 x 11.00 | STOCK | 0.0420285 | Purchase | 734.45 |
| U8445 | 1597 | BCSI | 30,625 | MOHAWK STRATHMORE WOVE NATURAL WHITE 24# #10 | STOCK | 0.0292142 | Purchase | 894.68 |

**Exhibit A, p. 1**

| Customer # | Item # | Plant | Quantity | Description | Stock/Blank | Standard Cost | Purchase/Make | Amount |
|---|---|---|---|---|---|---|---|---|
| U8645 | 1612 | BCSI | 19,450 | WHITE WOVE WITH BLUE INSIDE TINT #9 | STOCK | 0.0246428 | Purchase | 479.30 |
| U8296 | 1614 | BCSI | 8,626 | NEENAH CLASSIC CREST SOLAR WHITE #10 WINDOW | STOCK | 0.0663142 | Purchase | 572.03 |
| Z5007 | 1696 | BCSI | 14,951 | CONQUERER CX22 DIAMOND WHITE 26.6  8.5 X 11 FROM 4245 | STOCK | 0.0414285 | Make | 619.40 |
| U8445 | 1735 | BCSI | 9,377 | WEYHAUSER COUGAR SMOOTH NATURAL 60 8.50 x11.00 L | STOCK | 0.0224428 | Purchase | 210.45 |
| U8354 | 1839 | BCSI | 9,175 | WHITE WOVE 24# 6 X 9 O.S. SPEC WINDOW | STOCK | 0.0985714 | Purchase | 904.39 |
| F8013 | 1857 | BCSI | 400 | GEN DYN F8013-810/811 pack 100 COMBO | BLANK | 0.1000000 | Purchase | 40.00 |
| U8381 | 1896 | BCSI | 2,045 | ST.LOUIS PRIVATE WATER MARK LH 8.5 x 11.00 FROM 4272 | STOCK | 0.0250857 | Make | 51.30 |
| U8381 | 1911 | BCSI | 12,650 | GILBERT NUETECH 24# P.S. WHITE SMOOTH 24# #10 WINDOW | STOCK | 0.0710714 | Purchase | 899.05 |
| U8381 | 1915 | BCSI | 6,525 | COUGAR OPAQ SMOOTH WHITE 80# TXT A7 | STOCK | 0.1196428 | Purchase | 780.67 |
| U8381 | 1928 | BCSI | 79 | MAC TAC MATTE PERM LAB 8.5 X 11.00 | STOCK | 0.1111428 | Purchase | 8.78 |
| U8346 | 1935 | BCSI | 12,400 | SUNDANCE BRIGHT WHITE 70# TEXT #10 | STOCK | 0.0478428 | Purchase | 593.25 |
| U8321 | 1967 | BCSI | 5,425 | WHITE WOVE 28# 10X15 OPEN SIDE | STOCK | 0.1665714 | Purchase | 903.65 |
| U8392 | 1968 | BCSI | 9,600 | FINCH OPAQUE BRIGHT WHITE 70 TEXT 8.5 X 11.00 FROM 4287 | STOCK | 0.0174285 | Make | 167.31 |
| U8458 | 1997 | SPC | 306 | CLASSIC CREST SOLAR WHITE 80# COVER 17.5 X 23 FROM 4296 | STOCK | 0.3459285 | Make | 105.85 |
| U8381 | 2001 | BCSI | 3,000 | WHITE WOVE #11 LIGHT BLUE WOVE WESTERN | STOCK | 0.1211285 | Purchase | 363.39 |
| U8381 | 2091 | BCSI | 1,251 | FOX RIVER ST.LOUIS 8.75 X 11.250 FRM4272 | STOCK | 0.0214285 | Make | 26.81 |
| U8287 | 2156 | BCSI | 340 | CLASSIC CREST SOLAR WHITE 110# 8UP FROM 4154 | STOCK | 0.0828857 | Make | 28.18 |
| W5067 | 2164 | BCSI | 9,275 | MOHAWK SUPERFINE EGGSHELL ULTRA WHITE 70# TEXT #10 | STOCK | 0.1000000 | Purchase | 927.50 |
| U8383 | 2165 | BCSI | 339 | CLASSIC LAID BARONIAL IVORY 80# COVER 8.5 X 11.00 | STOCK | 0.1117714 | Purchase | 37.89 |
| R5111 | 2177 | BCSI | 92 | CLA CRST SOL WHT 130# 8.5X11 F4231 | STOCK | 0.1852571 | Make | 17.04 |
| W5155 | 2217 | BCSI | 4,945 | 6 UP 50# LASER LABELS 4 X 3 1/3 WITH GUTTERS (GF 1740 ) | STOCK | 0.0765571 | Purchase | 378.57 |
| Z9013 | 2218 | BCSI | 18,575 | ACCENT OPAQUE 60# TEXT #10 WINDOW | STOCK | 0.0342857 | Purchase | 636.86 |
| Z5007 | 2230 | BCSI | 629 | CONQUEROR DIAMOND WHITE 111# COVER 8.5 X 11 FROM 4168 | STOCK | 0.1571428 | Make | 98.84 |
| U8381 | 2322 | BCSI | 9,908 | FOX RIVER 24# ST.LOUIS P.W.W. 17.5 X 11.25 FROM 4272 | STOCK | 0.0214285 | Purchase | 212.31 |
| R5162 | 2352 | BCSI | 5,730 | LASER LABEL 4UP 3X5 #50 ON 8.5 X 11.00 NEW $ | STOCK | 0.0822142 | Purchase | 471.09 |
| U6031 | 2413 | BCSI | 1,975 | WHITE WOVE #24  6 3/4 REMITTANCE | STOCK | 0.0390714 | Purchase | 77.17 |
| U8419 | 2420 | BCSI | 5,964 | FOX RIVER SELECT LAID ARCTIC WHITE 24# 8.75 X 11.5 FROM 4371 | STOCK | 0.0407571 | Make | 243.08 |
| W5094 | 2437 | BCSI | 6,463 | MOHAWK SUPERFINE ULTRA WHITE SMOOTH 130# COVER 5 X 8  FR 4374 | STOCK | 0.1908857 | Make | 1,233.69 |
| Z5014 | 2452 | BCSI | 256 | CLASSIC CREST SOLAR WHITE EATON CHEMICALWATER MARK 24# MON LH F78 | STOCK | 0.0434285 | Make | 11.12 |
| R6027 | 2467 | BCSI | 2,425 | NEENAH CLASSIC LINEN AVALANCE WHITE 24# MONARCH ENVELOPE | STOCK | 0.1541428 | Purchase | 373.80 |
| U8440 | 2497 | BCSI | 23,100 | NEKOOSA LINEN GREY 24# #10 ENVELOPE | STOCK | 0.0604142 | Purchase | 1,395.57 |
| U8440 | 2499 | BCSI | 537 | NEKOOSA LINEN CARRARA WHITE 80# COVER 8.625X11.25 F 4163 | STOCK | 0.0726428 | Make | 39.01 |
| U8440 | 2500 | BCSI | 1,250 | NEKOOSA LINEN CARRARA WHITE 24# A-2 ENVELOPE | STOCK | 0.1028571 | Purchase | 128.57 |
| U8440 | 2501 | BCSI | 1,225 | CLASSIC CREST NATURAL WHITE 70# TEXT A-6 ENVELOPE | STOCK | 0.1387142 | Purchase | 169.92 |
| W5094 | 2503 | BCSI | 3,753 | TOURNEAU NOTE ENVE PRINT STOCK 2856 SHIP  WITH NOTE CARD6189 | STOCK | 0.5910714 | Purchase | 2,218.29 |
| U8440 | 2505 | BCSI | 4,076 | NEKOOSA LINEN GREY 80# COVER 8.5 X 11 from 4411 *0 | STOCK | 0.0700000 | Make | 285.32 |
| W5092 | 2510 | BCSI | 1,213 | CLASSIC CREST AVON BRILLIANT WHITE 80# TEXT A-6 ENV | STOCK | 0.1247000 | Purchase | 151.26 |
| W5094 | 2514 | BCSI | 12,250 | 6 3/8 x 4 BROWN KRAFT OPEN END CLASP | STOCK | 0.1346714 | Purchase | 1,649.72 |
| U8460 | 2538 | BCSI | 9,450 | STRATHMORE WRITING PLATINUM WHITE 24# 8.5 X 11.00 | STOCK | 0.0454285 | Purchase | 429.30 |
| U6031 | 2541 | BCSI | 3,025 | #9 24# REMITTANCE WHITE WOVE | STOCK | 0.0487142 | Purchase | 147.36 |
| U8402 | 2573 | BCSI | 152 | ENVIROMENT WHITE 80# 100PC COVER  12UP FROM 4398 | STOCK | 0.0901571 | Make | 13.70 |
| R6027 | 2577 | SPC | 755 | NEENAH ENVIRONMENT WOVE WHITE COVER 120# 8.5 X 11 F4064 | STOCK | 0.2195714 | Make | 165.78 |

**Exhibit A, p. 2**

| Customer # | Item # | Plant | Quantity | Description | Stock/Blank | Standard Cost | Purchase/Make | Amount |
|---|---|---|---|---|---|---|---|---|
| R6027 | 2577 | BCSI | 1,295 | NEENAH ENVIRONMENT WOVE WHITE COVER 120# 8.5 X 11 F4064 | STOCK | 0.2195714 | Make | 284.34 |
| U8421 | 2596 | BCSI | 2,200 | WHITE WOVE #24 #6 BARONIAL (26979) | STOCK | 0.0459285 | Purchase | 101.04 |
| U8510 | 2599 | BCSI | 5,225 | #9 24# Canary envelope | STOCK | 0.0292142 | Purchase | 152.64 |
| W5110 | 2635 | BCSI | 4,000 | FOX RIVER SELECT SCRIPT BRIGHT WHITE 24# 17.5X23 FRO 4410 | STOCK | 0.1727857 | Make | 691.14 |
| U8386 | 2640 | BCSI | 9,425 | BRROWN KRAFT 28# 6.5 X 13 OPEN END | STOCK | 0.1057000 | Purchase | 996.22 |
| U8458 | 2644 | BCSI | 3,251 | NEENAH CLASSIC CREST SOLAR WHITE 24# MONARCH ENVELOPE | STOCK | 0.0828571 | Purchase | 269.37 |
| Z8030 | 2682 | BCSI | 9,731 | STRAT PURE COT #24 8.5x11.00 LH FROM 1579 | STOCK | 0.0654285 | Make | 636.68 |
| W5092 | 2689 | BCSI | 1,380 | CLASSIC CREST ABW 80# 8.625X 11.5 FROM 4029 | STOCK | 0.0836142 | Make | 115.39 |
| U8326 | 2697 | BCSI | 24,275 | COUGAR OPAQUE SM WHITE 70# TEXT #10 WITH BLACK TINT | STOCK | 0.0581571 | Purchase | 1,411.76 |
| R6100 | 2745 | BCSI | 2,325 | 9.5 X 12.5 WHITE WOVE 28# OPEN END FIRST CLASS BORDER | STOCK | 0.1599428 | Purchase | 371.87 |
| U8520 | 2794 | BCSI | 7,816 | CAPITAL BOND WHITE LIGHT COCKLE 24# 8.5 X 11 | STOCK | 0.0461428 | Purchase | 360.65 |
| U8326 | 2806 | BCSI | 5,450 | WEYERHAUSER COUGAR OPAQUE SMOOTH 70# MONARCH ENV. | STOCK | 0.0642857 | Purchase | 350.36 |
| U8451 | 2821 | BCSI | 702 | A-2 CLASSIC LINEN NATURAL WHT 80# TEXT | STOCK | 0.1129285 | Purchase | 79.28 |
| U8510 | 2837 | BCSI | 2,050 | WHITE WOVE WINDOW BLUE INSIDE TINT 24# #10 SPECIAL WINDOW | STOCK | 0.0550000 | Purchase | 112.75 |
| U8378 | 2851 | BCSI | 7,975 | WHITE WOVE #10 SPECIAL WINDOW 24# | STOCK | 0.0528571 | Purchase | 421.54 |
| W5104 | 2866 | BCSI | 12 | VIA PURE WHITE LAID 80# COVER 12 X 18 FROM 4532 | STOCK | 0.0785000 | Make | 0.94 |
| U8486 | 2885 | BCSI | 325 | #10 24# PINK PRISM WINDOW | STOCK | 0.0556857 | Purchase | 18.10 |
| U8303 | 2889 | BCSI | 3,440 | NEENAH ENVIRONMENT ULTRA BRIGHT WHITE 24# 8.5 X 11 FR 4535 | STOCK | 0.0290142 | Make | 99.81 |
| U8303 | 2889 | SPC | 4,950 | NEENAH ENVIRONMENT ULTRA BRIGHT WHITE 24# 8.5 X 11 FR 4535 | STOCK | 0.0290142 | Make | 143.62 |
| U8419 | 2905 | BCSI | 9,900 | FOX RIVER SELECT LAID ARCTIC WHITE #10 24# WINDOW | STOCK | 0.0638714 | Purchase | 632.33 |
| Z9101 | 2910 | BCSI | 1,152 | FOX RIV SEL ARCTIC WHITE WOVE 80# CVR 8.5 X 11 FR 4565 | STOCK | 0.1142857 | Make | 131.66 |
| U8526 | 2930 | BCSI | 7,576 | 9X12 OPEN END 28# WIND 02129 | STOCK | 0.1267857 | Purchase | 960.53 |
| U8560 | 2946 | BCSI | 2,158 | CLASSIC CREST NATURAL WHITE 100# 18 X 12 INDIGO | STOCK | 0.2880000 | Purchase | 621.50 |
| U8560 | 2954 | BCSI | 3,020 | STRATH WRITG NATURAL WHT 88# COVER 8.5X11 FR 4549 | STOCK | 0.1398714 | Make | 422.41 |
| U8556 | 2955 | BCSI | 1,220 | MOHAWK SUPERFINE ULT WHITE 120# COVER DIGITAL 18 X 12 | STOCK | 0.3917571 | Purchase | 477.94 |
| U8556 | 2957 | BCSI | 9,825 | MOHAWK SUPER FINE ULT WHITE 80# TEXT # 10 | STOCK | 0.0828571 | Purchase | 814.07 |
| U8421 | 2962 | BCSI | 1,283 | VIA FELT 80# COVER BRIGHT WHITE 8.5 X 11 FRO 4555 | STOCK | 0.1142285 | Purchase | 146.56 |
| U8378 | 2963 | BCSI | 60,000 | WHITE WOVE RECYCLED 24# #10 WINDOW ENV # 3098 | STOCK | 0.0300857 | Purchase | 1,805.14 |
| U8297 | 2977 | BCSI | 167 | CLASSIC LAID SOLAR WHITE 120# 8.5 X 11 FRO 4523 | STOCK | 0.2219714 | Purchase | 37.07 |
| U8297 | 2977 | SPC | 279 | CLASSIC LAID SOLAR WHITE 120# 8.5 X 11 FRO 4523 | STOCK | 0.2219714 | Purchase | 61.93 |
| R6056 | 2979 | BCSI | 4,308 | CLASSIC CREST SOLAR WHITE #100 COVER 8.5 X 11 FR 4149 | STOCK | 0.1080714 | Make | 465.57 |
| R6066 | 2998 | SPC | 61,300 | MOHAWK SUPERFINE ULTRA WHITE 28# 8.5 X 11 SMOOTH | STOCK | 0.0355714 | Purchase | 2,180.53 |
| R6050 | 3384 | BCSI | 1,755 | (R6050-801) THE WOODWINDS BLANKS | BLANK | 0.0590000 | Purchase | 103.55 |
| U8308 | 3520 | BCSI | 3,568 | (U8308-801) MAN.MEMORIAL 3CL BC FROM 5174 *0 | BLANK | 0.0145000 | Make | 51.74 |
| U8308 | 3521 | BCSI | 975 | (U8308-802) MAN.HEALTH.SYS 3C BC FROM 5376 | BLANK | 0.2850000 | Make | 277.88 |
| Z8030 | 3789 | BCSI | 67 | (Z8030-801) EVERTEC BC EMB | BLANK | 0.6780000 | Purchase | 45.43 |
| Z8030 | 3790 | BCSI | 89 | (Z8030-850) MONLH EMBOS BANCO | BLANK | 0.2290000 | Purchase | 20.38 |
| Z8030 | 3791 | BCSI | 400 | (Z8030-851) EMBOS BANCO MONARCH ENVELOPES | BLANK | 0.6190000 | Purchase | 247.60 |
| Z8030 | 3792 | BCSI | 1,600 | (Z8030-861) MONLH EMBOS EVERTEC | BLANK | 0.2140000 | Purchase | 342.40 |
| Z8030 | 3793 | BCSI | 1,323 | (Z8030-803) BANCO POP BC FOIL/EMB | BLANK | 0.3940000 | Purchase | 521.26 |
| U8358 | 3812 | BCSI | 731 | (U8358-803) WINSTREAM FOLD OVER NOTE FROM 5109 | BLANK | 0.1260900 | Make | 92.17 |
| U8358 | 3828 | BCSI | 3,696 | (U8358-804)WINDSTREAM TENT CARD6.5X8 pkg.50 | BLANK | 0.1630000 | Purchase | 602.45 |

**Exhibit A, p. 3**

| Customer # | Item # | Plant | Quantity | Description | Stock/Blank | Standard Cost | Purchase/Make | Amount |
|---|---|---|---|---|---|---|---|---|
| U8358 | 3829 | BCSI | 3,622 | (U8358-805) WINDSTREAM POCKET FOLDER | BLANK | 0.7825000 | Purchase | 2,834.22 |
| U8418 | 4064 | SPC | 800 | NEENAH ENVIRONMENT WOVE WHITE COVER 120# 26 X 40 | STOCK | 1.1745714 | Both | 939.66 |
| U8418 | 4064 | BCSI | 3,595 | NEENAH ENVIRONMENT WOVE WHITE COVER 120# 26 X 40 | STOCK | 1.1745714 | Both | 4,222.58 |
| U8419 | 4067 | BCSI | 3,313 | FOX RIVER SELECT LAID ARCTIC WHITE 80 35 X 23  S | STOCK | 0.8296142 | Purchase | 2,748.51 |
| R6044 | 4070 | BCSI | 925 | VIA FELT 100PC COOL WHITE 80# COVER 26 x 40 | STOCK | 0.8547857 | Purchase | 790.68 |
| U8440 | 4163 | BCSI | 303 | NEEKOOSA LINEN CARARRA WHITE 80# COVER 23 X 35 | STOCK | 0.6571428 | Purchase | 199.11 |
| Z5007 | 4168 | BCSI | 600 | CONQUERER WOVE DIAMOND WHITE 111# COVER 27.5 X 39.3 | STOCK | 1.2486142 | Purchase | 749.17 |
| U8421 | 4175 | BCSI | 240 | CRANE CREST FL WHT 8.5 X 11.00 110# COVER FRM 4153  *0 | STOCK | 0.3339285 | Make | 80.14 |
| U8437 | 4268 | BCSI | 700 | ENVIROMENT ULTRA BRIGHT  WHITE 80# 35 X 23 | STOCK | 0.5810000 | Purchase | 406.70 |
| U8381 | 4272 | BCSI | 3,205 | FOX RIVER 24# ST.LOUIS P.W.W.17.5 X 22.5 | STOCK | 0.1139285 | Purchase | 365.14 |
| U8321 | 4281 | BCSI | 2,950 | STRATHMORE WRITING ULTIMATE WHITE WOVE 24# 25% 18 X 12 | STOCK | 0.1369714 | Purchase | 404.07 |
| U8458 | 4296 | SPC | 500 | CLASSIC CREST SOLAR WHITE 80# COVER 35 X 23 | STOCK | 0.8580000 | Purchase | 429.00 |
| U8458 | 4296 | BCSI | 3,000 | CLASSIC CREST SOLAR WHITE 80# COVER 35 X 23 | STOCK | 0.7208000 | Purchase | 2,162.40 |
| R6027 | 4321 | BCSI | 3,000 | CLASSIC LINEN AVALANCHE WHITE 24# 35 X 23 | STOCK | 0.4067428 | Purchase | 1,220.23 |
| U8419 | 4371 | BCSI | 836 | FOX RIVER SELECT LAID ARCTIC WHITE 24# 35 X 23 | STOCK | 0.3260285 | Purchase | 272.64 |
| W5094 | 4374 | BCSI | 746 | MOHAWK SUPERFINE ULTRA WHITE SMOOTH 130# COVER 26 X 40 | STOCK | 2.0505857 | Purchase | 1,529.74 |
| U8402 | 4398 | BCSI | 500 | ENVIROMENT WHITE 80# 100PC COVER  35 X 23 | STOCK | 0.8135857 | Purchase | 406.79 |
| W5110 | 4410 | BCSI | 4,000 | FOX RIVER SELECT SCRIPT BRIGHT WHITE 24# 35 X 23 | STOCK | 0.3455714 | Purchase | 1,382.29 |
| U8440 | 4411 | BCSI | 306 | SOLUTIONS  LINEN GREY 80# COVER 26 X 40 | STOCK | 0.8537000 | Purchase | 260.85 |
| W5104 | 4532 | BCSI | 500 | VIA PURE WHITE LAID 80# COVER 26 X 40 | STOCK | 0.8617142 | Purchase | 430.86 |
| U8560 | 4549 | BCSI | 1,911 | STRATH WRITG NATURAL WHT 88# COVER 26 X 40 | STOCK | 1.2588571 | Purchase | 2,405.82 |
| Z9101 | 4565 | BCSI | 100 | CONSERVATION  WHITE WOVE 80# COVER 35 X 23 | STOCK | 0.5028571 | Purchase | 50.29 |
| U8321 | 4574 | BCSI | 340 | VIA VELLUM BRIGHT WHITE 100# COVER 26 x 40 | STOCK | 1.0271428 | Purchase | 349.49 |
| U8599 | 4590 | BCSI | 393 | ROYAL SUNDANCE ULTRA BRIGHT WHITE SMOOTH 70# TEXT 23 X 35 | STOCK | 0.2674714 | Purchase | 105.12 |
| U8419 | 4595 | BCSI | 1,000 | FOX RIVER SCRIPT  LAID ARCTIC WHITE 24# 22.5 X 35 | STOCK | 0.3365000 | Both | 336.50 |
| Z9101 | 4600 | BCSI | 2,475 | CUSTOM LASER LABEL 2 5/6 X 5 1/2 2UP ON 12 X 18 | STOCK | 0.2318000 | Purchase | 573.71 |
| U8358 | 5109 | BCSI | 258 | (u8358-803) WINSTREAM FOLD OVER NOTE | BLANK | 0.5043600 | Purchase | 129.87 |
| U8303 | 5375 | BCSI | 2,068 | (U8303-801) PARKLAND FLOOD BACK BC 48UP | BLANK | 1.5000000 | Purchase | 3,102.00 |
| U8308 | 5376 | BCSI | 706 | (U8308-802) MAN.HEALTH.SYS 3CL BC 48UP | BLANK | 1.1400000 | Purchase | 804.27 |
| W5094 | 5456 | BCSI | 203 | (W5094-810)FLOOD BK W/FOILBC 48UP | BLANK | 5.8800000 | Both | 1,190.70 |
| U8326 | 5466 | BCSI | 3,783 | (U8326-808)KEY BANK FLOOD METALLIC BC 108UP | BLANK | 1.3680000 | Purchase | 5,175.14 |
| U8362 | 5493 | BCSI | 6,214 | (U8362-803)STARK LH BLNKS 4UP | BLANK | 0.1400000 | Purchase | 869.96 |
| Z8030 | 6006 | BCSI | 134 | (Z8030-805) STND RDBX BC BLANKS FROM 5223 | BLANK | 0.1020000 | Both | 13.67 |
| U8396 | 6050 | BCSI | 4,150 | (U8396-801) ABQ #10 ENV BLANK | BLANK | 0.2850000 | Purchase | 1,182.75 |
| Z9093 | 6077 | BCSI | 1,433 | (Z9093-856) SPRINT ERT BC 4CL FROM 5357 | BLANK | 0.6360000 | Make | 911.39 |
| U8362 | 6091 | BCSI | 3,000 | (U8362-801) ARROW BLANK 2CL LH FROM 5367 | BLANK | 0.0350000 | Make | 105.00 |
| U8303 | 6102 | BCSI | 1,182 | (U8303-801) PARKLAND FLOOD BACK BC 12UP FROM 5375 | BLANK | 0.3750000 | Make | 443.25 |
| R5162 | 6151 | BCSI | 6,475 | (R5162-805) MAJESTIC #10 ENV BLA | BLANK | 0.0460000 | Purchase | 297.85 |
| R6027 | 6167 | BCSI | 2,885 | (R6027-802)FIRST NIAGARA LH BLNKS FROM 5404 | BLANK | 0.0727500 | Make | 209.88 |
| U8437 | 6180 | BCSI | 1,532 | (U8437-801)ST BENS BACK BLANK BC FROM 5417 | BLANK | 0.1950000 | Make | 298.74 |
| U8378 | 6209 | BCSI | 13,275 | (U8378-850) REBRAND 4CL LH BLANK FROM 5429 | BLANK | 0.0465000 | Make | 617.29 |
| U8378 | 6210 | BCSI | 1,250 | (U8378-851) 3CL REBRAND #10 BLANK | BLANK | 0.0387500 | Purchase | 48.44 |

# Exhibit A, p. 4

| Customer # | Item # | Plant | Quantity | Description | Stock/Blank | Standard Cost | Purchase/Make | Amount |
|---|---|---|---|---|---|---|---|---|
| U8378 | 6211 | BCSI | 725 | (U8378-852) 3CL REBRAND #10 WINDOW BLANK | BLANK | 0.0420000 | Purchase | 30.45 |
| W5110 | 6253 | BCSI | 4,927 | (W5110-801)FREEMAN 3CLR LH 8.5 X 11 FROM 5442 | BLANK | 0.0785000 | Both | 386.77 |
| W5110 | 6254 | BCSI | 15,600 | (W5110-802)FREEMAN 3CLR #10 ENV. | BLANK | 0.0920000 | Purchase | 1,435.20 |
| W5094 | 6285 | BCSI | 2,214 | (W5094-810)FLOOD BK W/FOILBC12U FR5456 | BLANK | 0.9660000 | Make | 2,138.72 |
| U8326 | 6295 | BCSI | 492 | (U8326-806)KEY BANK UNI CRD 8UP | BLANK | 0.4860000 | Purchase | 239.11 |
| U8326 | 6310 | BCSI | 3,046 | KEY BANK FLOOD METALLIC BCK 12 up from 5466 | BLANK | 0.3420000 | Make | 1,041.73 |
| U8421 | 6311 | BCSI | 250 | (U8421-801)6.25X9 NC SHRNKWRP250 | BLANK | 0.1890000 | Purchase | 47.25 |
| U8510 | 6332 | BCSI | 25 | THANK U CARD ENV PACKED 10 EACH OF 801,802,803, 804 | BLANK | 0.4445000 | Purchase | 11.11 |
| U8510 | 6335 | BCSI | 900 | (U8510-805/807)SAME DAY PAK 250 EACH PACK | BLANK | 0.4102500 | Purchase | 369.23 |
| U8510 | 6336 | BCSI | 750 | (U8510-806/807) SHORTSTAY PAK 250's EACH | BLANK | 0.4102500 | Purchase | 307.69 |
| U8546 | 6349 | BCSI | 8,326 | (U8546-801)UNITED #10 2 COL ON MAJ. | BLANK | 0.0395000 | Purchase | 328.88 |
| U8419 | 6358 | BCSI | 3,800 | (U8419-802)GEF #10 ENVELOPE BLNK | BLANK | 0.1237500 | Purchase | 470.25 |
| U8458 | 6367 | BCSI | 48 | (U8458-803/806)NOTE/ENV PACKED 50'S EACH | BLANK | 0.9600000 | Purchase | 46.08 |
| R6066 | 6382 | BCSI | 7,875 | (R6066-801)WT 2CLR EMBOSSED LH | BLANK | 0.1562500 | Purchase | 1,230.47 |
| U8362 | 6385 | BCSI | 5,071 | (U8362-803)STARK BLANK 2CL LH | BLANK | 0.0350000 | Purchase | 177.49 |
| U8560 | 6390 | BCSI | 3,025 | (U8560-805/802) HAPPY A NOT/ENV. 25'S | BLANK | 0.3817500 | Purchase | 1,154.79 |
| U8560 | 6391 | BCSI | 2,025 | (U8560-804/802)HAPPY DAY NOT.ENV 25'S | BLANK | 0.3817500 | Purchase | 773.04 |
| U8560 | 6392 | BCSI | 1,450 | (U8560-803/802)GENERIC NOTE/ENV. 25'S | BLANK | 0.3817500 | Purchase | 553.54 |
| U8510 | 6429 | BCSI | 1,969 | (U8510-808)BLIND EMB 8.5X5.5 NC | STOCK | 0.5310714 | Purchase | 1,045.68 |
| U8462 | 6444 | BCSI | 8,630 | (U8462-801)SUTER8.5X6 FRO 5496 | BLANK | 0.1630000 | Make | 1,406.69 |
| U8462 | 6445 | BCSI | 11,654 | FINCH FINE BRI WHIT 70# TXT A6 | STOCK | 0.0657142 | Purchase | 765.83 |
| R6056 | 6447 | BCSI | 2,785 | (R6056-805)BC REBRAND 2013 12UP FROM 5497 | BLANK | 0.2250000 | Make | 626.63 |
| U8585 | 6517 | BCSI | 112 | CLASSIC LAID SOLAR WHITE 100# COVER 18X12 | STOCK | 0.3364285 | Purchase | 37.68 |
| U8458 | 6530 | BCSI | 524 | (U8458-805/807)CAP ONE NOT/ENV. PACKED 25'S | BLANK | 0.4890000 | Purchase | 256.24 |
| Z9054 | 6537 | BCSI | 823 | (Z9054-831)STANFORDCHILD 3CL BLN FROM 5513 | STOCK | 0.2914285 | Purchase | 239.85 |
| Z9054 | 6538 | BCSI | 402 | (Z9054-832)SCH BLANK LH 4PMS FROM 5515 | BLANK | 0.0962500 | Purchase | 38.69 |
| Z9054 | 6539 | BCSI | 925 | (Z9054-833)SCH BLANK #10 3PMS | BLANK | 0.1360000 | Purchase | 125.80 |
| Z9054 | 6544 | BCSI | 4,500 | (Z9054-834)LPCH #10 WIN BLNK 1CL | BLANK | 0.0940000 | Purchase | 423.00 |
| R5211 | 7031 | BCSI | 10,050 | STRATHMORE WRTG ULTIMATE WHITE 25% COTT 28# 8.5 X 11 | STOCK | 0.0549142 | Purchase | 551.89 |
| Z9093 | 7033 | BCSI | 27,817 | WHITE WOVE 9 X 12 28# OPEN SIDE RECYLED | STOCK | 0.0768000 | Purchase | 2,136.35 |
| Z9093 | 7034 | BCSI | 41,663 | WHITE WOVE #28 10 X 13 OPEN END RECYCLED | STOCK | 0.0482571 | Purchase | 2,010.54 |
| Z9093 | 7035 | BCSI | 2,517 | LASER LABEL 6UP 4 X 3 1/3 #50 RECYLED | STOCK | 0.0918000 | Purchase | 231.06 |
| U8321 | 7039 | BCSI | 1,993 | VIA VELLUM BRIGHT WHITE 100# COVER 9 x 8 fro 4574 | STOCK | 0.1141142 | Make | 227.43 |
| U8560 | 7048 | BCSI | 2,150 | SUNDANCE FELT NATURAL WHITE 70# # 10 | STOCK | 0.3094000 | Purchase | 665.21 |
| U8442 | 7362 | BCSI | 975 | CLSSIC CREST RECYCLED BRIGHT WHITE 24# 18 X 12 | STOCK | 0.1007857 | Purchase | 98.27 |
| U8486 | 7373 | BCSI | 3,596 | LASER LABEL 8UP 4 1/4 X 5 1/2 #50 (GF 5420) | STOCK | 0.3958571 | Purchase | 1,423.50 |
| U8560 | 7394 | BCSI | 200 | COUGAR OPAQUE NATURAL WHITE A6 70# ENVELOPE | STOCK | 0.0851571 | Purchase | 17.03 |
| U8599 | 7400 | BCSI | 2,536 | ROYAL SUNDANCE 100# ULTRA SMOOTH WHITE COVER 18 X 12 DIGITAL | STOCK | 0.1868857 | Purchase | 473.94 |
| U8599 | 7401 | BCSI | 175 | ROYAL SUNDANCE 70# TEXT 8.5 X 11 F4590 | STOCK | 0.0355285 | Make | 6.22 |
| U8605 | 7404 | SPC | 950 | VIA VELLUM PURE WHITE 70# TEXT A6 ENVELOPE | STOCK | 0.0829428 | Purchase | 78.80 |
| U8621 | 7410 | BCSI | 16,068 | FINCH FINE BRIGHT WHITE 70# TEXT 8.5 X 11 FR 4592 | STOCK | 0.0296428 | NA | 476.30 |
| U8621 | 7411 | BCSI | 11,500 | FINCH FINE BRIGHT WHITE 70# TEXT #10 | STOCK | 0.0391285 | Purchase | 449.98 |

# Exhibit A, p. 5

| Customer # | Item # | Plant | Quantity | Description | Stock/Blank | Standard Cost | Purchase/Make | Amount |
|---|---|---|---|---|---|---|---|---|
| U8621 | 7412 | BCSI | 33,350 | FINCH FINE BRIGHT WHITE 70# TEXT #10 WINDOW | STOCK | 0.0415000 | Purchase | 1,384.03 |
| U8621 | 7413 | BCSI | 1,750 | WHITE WOVE #10 24# SPECIAL WINDOW W/BLACK TINT | STOCK | 0.0354714 | Purchase | 62.07 |
| U8590 | 7415 | BCSI | 2,025 | WHITE WOVE 28# 6.5 X 9.5 OPEN SIDE PEEL & SEAL | STOCK | 0.1457142 | Purchase | 295.07 |
| U8630 | 7421 | BCSI | 18,638 | FINCH FINE 100# COVER 20 X 26 | STOCK | 0.0338571 | Purchase | 631.03 |
| U8462 | 7421 | BCSI | 18,638 | FINCH FINE 100# COVER 20 X 26 | STOCK | 0.0338571 | Purchase | 631.03 |
| U8628 | 7436 | BCSI | 3,600 | FINCH FINE100# COVER 8.625x11.125 f7421 | STOCK | 0.0821428 | Make | 295.71 |
| U8638 | 7439 | BCSI | 227 | STRATHMORE WRTING NATURAL WHITE 110 CVR 8.5 X 11.00 FR 4672 | STOCK | 0.1712142 | Purchase | 38.87 |
| U8638 | 7440 | BCSI | 2,965 | VIA VELLUM CREAM WHITE 100# CVR 9 X 11.5 FROM 4594 | STOCK | 0.1107142 | Make | 328.27 |
| U8626 | 7442 | BCSI | 50 | WHITE WOVE #10 24# SPE WINDOW | STOCK | 0.0371428 | Purchase | 1.86 |
| Z9101 | 7448 | BCSI | 3,000 | WHITE WOVE #10 SPE WINDOW 24# WITH TINT | STOCK | 0.0371428 | Purchase | 111.43 |
| Z9101 | 7450 | BCSI | 2,750 | WHT WOVE 28# O/S 9 X 12 SPEC WINDOW | STOCK | 0.1500000 | Purchase | 412.50 |
| U8646 | 7471 | BCSI | 91 | CLASSIC CREST WHITE STONE 80# COVER 12UP FRO 5189 | STOCK | 0.1081571 | Make | 9.84 |
| U8646 | 7472 | BCSI | 625 | CLASSSIC CREST 24# WHITE STONE #10 ENVELOPE | STOCK | 0.0972142 | Purchase | 60.76 |
| U8646 | 7473 | BCSI | 1,475 | CLASSSIC CREST 24# WHITE STONE 8.5X11 | STOCK | 0.0440714 | Purchase | 65.01 |
| U8297 | 7486 | BCSI | 1,226 | FOX RIVER SELECT LAID ARCTIC WHITE 24# A7 ENVELOPE | STOCK | 0.1275000 | Make | 156.32 |
| U8585 | 7494 | BCSI | 75 | (8585-801-806) PEACE HEAL NOTE ENVELOPE 15 PER PKG | BLANK | 0.2372500 | Purchase | 17.79 |
| R6056 | 7495 | BCSI | 1,500 | CLASSIC CREST SOLAR WHITE 80# TEXT A6 ENVELOPE | STOCK | 0.1214285 | Purchase | 182.14 |
| U8624 | 7505 | BCSI | 3,500 | #10 24# WHITE WOVE SPECIAL WINDOW BLACK TINT | STOCK | 0.0354714 | Purchase | 124.15 |
| U1164 | 7507 | BCSI | 1,725 | WHITE WOVE 24# 6 X 9 OPEN SIDE SPEC WINDOW | STOCK | 0.0957142 | Purchase | 165.11 |
| U8378 | 7533 | BCSI | 2,175 | WHITE WOVE 24# A-10 ENVELOPE | STOCK | 0.0695142 | Purchase | 151.19 |
| U8651 | 7802 | BCSI | 853 | (U8651-801)BM BC 5CL BACKER 12UP FRO 5509 | BLANK | 0.5370000 | Make | 458.06 |
| W5248 | 7868 | BCSI | 1,680 | CLASSIC CREST SOLA WHIT #130 CVR 18 X 12 | STOCK | 0.4318571 | Purchase | 725.52 |
| Z9101 | 7896 | BCSI | 5,075 | WHITE WOVE #10 SPEC WINDOW 24# | STOCK | 0.4000000 | Purchase | 2,030.00 |
| U8286 | 7912 | BCSI | 5,150 | 5 3/4 X 9 WHITE WOVE WINDOW 24# SPE WIND INSIDE TINT | STOCK | 0.1071428 | Purchase | 551.79 |
| U8462 | 8349 | BCSI | 7,150 | SUTTER HEALTH 9X12 OE CUSTOM WINDOW ENVELOPE | STOCK | 0.1861428 | Purchase | 1,330.92 |
| U1117 | 8394 | BCSI | 3,000 | #10 WHITE WOVE #24 BlACK TINT SPE WINDOW | STOCK | 0.0507142 | Purchase | 152.14 |
| W5236 | 8567 | BCSI | 77,425 | (W5236-802)FC #10 BLANKS | BLANK | 0.1710000 | Purchase | 13,239.68 |
| W5236 | 8573 | BCSI | 8,000 | (W5236-803)FC 9 X 12 BLANKS | BLANK | 0.7055000 | Purchase | 5,644.00 |
| U8667 | 8595 | BCSI | 2,450 | WHITE WOVE #10 24# SPECIAL WINDOW W/BLUE TINT | STOCK | 0.0342857 | Purchase | 84.00 |
| U8667 | 8603 | BCSI | 6,700 | WHITE WOVE #10 RIGHT HAND WINDOW 24# INSIDE TINT (#3144) | STOCK | 0.0410142 | Purchase | 274.80 |
| U8667 | 8624 | BCSI | 2,950 | #9 24# WHITE WOVE SPECIAL WINDOW BLUE TINT | STOCK | 0.0507142 | Purchase | 149.61 |
| U8667 | 8644 | BCSI | 475 | #10 24# WHITE WOVE BLU TINT WIN HIC (#3882 W.S.) | STOCK | 0.0577714 | Purchase | 27.44 |
| U8560 | 8668 | BCSI | 76 | Cougar Natural white 70# A7 | STOCK | 0.0809571 | Purchase | 6.15 |
| U1263 | 8681 | BCSI | 200 | MOH VIA SMOOTH BRI WHITE FIBER 70# 8.5 X 11 FR 4676 | STOCK | 0.0427714 | Purchase | 8.55 |
| U8666 | 8694 | BCSI | 5,020 | ROLLAND OPAQUE 60# RECYCLED 9X12 FRO 4680 | STOCK | 0.1858571 | Purchase | 933.00 |
| Z9093 | 8834 | BCSI | 2,901 | WHITE WOVE 24# O/S RECYCLED 6 X 9 (7458) | STOCK | 0.0536714 | Purchase | 155.70 |
| U8462 | 8901 | BCSI | 8,650 | WHITE WOVE 28# O/E 9 X 12 SPECIAL WINDOW PEEL AND SEAL | STOCK | 0.2471428 | Purchase | 2,137.79 |
| U1262 | 8910 | BCSI | 11,500 | WHITE WOVE W/ BLUE TINT 24# #10 WINDOW (W.S.# 3143) | STOCK | 0.0354428 | Purchase | 407.59 |
| U1164 | 8918 | BCSI | 1,000 | 28# 6 X 9 OPEN SIDE LEMON (7360) | STOCK | 0.1248428 | Purchase | 124.84 |
| W5197 | 8921 | BCSI | 750 | #14 WHITE WOVE INSIDE BLACK TINT CUSTOME WINDOW | STOCK | 0.0754714 | Purchase | 56.60 |
| Z9101 | 8936 | BCSI | 14,200 | CONSERVATION WOVE 100PC 243# A2 ENVELOPE | STOCK | 0.0675000 | Purchase | 958.50 |
| W5181 | 8946 | BCSI | 6,000 | CLASSIC COTTON 25% COTTON 24# 8.5 X 11.00 | STOCK | 0.0531428 | Purchase | 318.86 |

# Exhibit A, p. 6

| Customer # | Item # | Plant | Quantity | Description | Stock/Blank | Standard Cost | Purchase/Make | Amount |
|---|---|---|---|---|---|---|---|---|
| W5181 | 8949 | BCSI | 108 | (W5181-801)KC BC EMBOSSED | BLANK | 0.1280000 | Purchase | 13.82 |
| W5181 | 8952 | BCSI | 450 | (W5181-804)KC MON LH EMBOSSED BLK FROM 8952 | BLANK | 0.3210000 | Purchase | 144.45 |
| U8602 | 8978 | BCSI | 500 | WHITE WOVE 24# 7 X 10 CATALOG | STOCK | 0.0690000 | Purchase | 34.50 |
| U8626 | 8996 | BCSI | 750 | WHITE WOVE #9 REGULAR 24# SPE DBL WIND B TINT | STOCK | 0.0923714 | Purchase | 69.28 |
| U1103 | 9010 | BCSI | 425 | CLASSIC CREST NATURAL WHITE 80# TEXT A2 | STOCK | 0.1064285 | Purchase | 45.23 |
| U1284 | 9125 | BCSI | 1,400 | WHITE WOVE #9 24# SPECIAL WINDOW W/BLACK TINT | STOCK | 0.0400000 | Purchase | 56.00 |
| | | | | | | | **Grand Total** | **156,680.62** |

**Exhibit A, p. 7**