# EXHIBIT C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>Jointly Administered<br><br>Re Docket No. 698 |

### NOTICE REGARDING DESIGNATION AS POTENTIAL CONTRACT

**PLEASE TAKE NOTICE** that, on June 19, 2015, the United States Bankruptcy Court for the District of Delaware (the "Court") entered that certain *Order (I) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (II) Granting Certain Related Relief* [Docket No. 698] (the "Sale Order").[2]

**PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraph 27 of the Sale Order, the Buyers have designated the Contracts listed on Exhibit A hereto as Potential Contracts.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraphs 27 and 28 of the Sale Order, the Buyers have been granted ninety (90) days from the Closing Date of July 31, 2015, to determine whether to assume or reject the Potential Contracts.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraph 35 of the Sale Order, if the Buyers assume any of the Potential Contracts listed on Exhibit A hereto by designating such Potential Contract as a Post-Closing Transferred Contract, such Potential Contract shall be deemed assumed and assigned to the Buyers upon the expiration of five (5) business days after written notice by the Buyers of such designation.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraph 34 of the Sale Order, if the Buyers reject any of the Potential Contracts listed on Exhibit A hereto by

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Sale Order.

**Exhibit C, p. 1**

designating such Potential Contract as a Removed Contract, such Potential Contract shall be deemed rejected upon the expiration of five (5) business days after written notice by the Buyers of such designation.

Dated: August 3, 2015
Minneapolis, Minnesota

/s/ Phillip Bohl
Phillip Bohl (MN No. 139191)
GRAY, PLANT, MOOTY,
  MOOTY & BENNET, P.A.
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 632-3000
Facsimile: (612) 632-4019
Email: Phillip.bohl@gpmlaw.com

-and-

Matthew P. Austria (DE No. 4827)
WERB & SULLIVAN
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, Delaware 19899
(For courier: 19801)
Telephone: (302) 652-1100
Facsimile: (302) 652-1111
E-mail: maustria@werbsullivan.com

*Counsel to the Buyers*

**Exhibit C, p. 2**

## EXHIBIT A

### Potential Contracts

| Counterparty Name | Executory Contract or Unexpired Lease |
|---|---|
| BCSI, Business Card Service, Inc., including its subsidiaries and other entity controlled by or under common control of BCSI, Business Card Services, Inc. | Global Sourcing Solutions Agreement |

**Exhibit C, p. 3**

Standard SRF 3606 SVC Contracts MML ID 973213
BCSI, Business Card Service, Inc., including its subsidiaries and other entity controlled by or under common control of BCSI, Business Card Services, Inc.
attn: Thomas J. Morchessoult
3200 143rd Circle
Burnsville MN 55306

If you have questions regarding this Notice, please email standardregisterinfo@primeclerk.com.

Exhibit C, p. 4