# EXHIBIT D

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION COMPANY, *et al.*,[1] | Chapter 11<br>Case No. 15-10541-BLS<br>(Jointly Administered)<br>Re: Dkt. No. ___ |

Upon the *Motion for Allowance and Payment of Administrative Expense Claim of Business Card Service, Inc. Pursuant to the Order Authorizing the Sale of Substantially All of the Debtors' Assets* (the "Motion");[2] and the Court having reviewed the Motion and any objections thereto; and the Court having determined that the legal and factual bases set forth in the Motion and any additional evidence presented at any hearing on the Motion establish just cause for the relief granted herein;

THE COURT HEREBY FINDS THAT:

A.  The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334.

B.  This is a core proceeding under 28 U.S.C. § 157(b)(2).

C.  Notice of the Motion was sufficient under the circumstances.

IT IS HEREBY ORDERED THAT:

1.  The Motion is GRANTED.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

1

2

    2.    BCSI shall have, and is hereby granted, an allowed administrative expense claim against the Debtors in the amount of $468,497.20 (the "Allowed Claim").

    3.    The Debtors shall pay the Allowed Claim within ten (10) business days of the entry of this order.

    4.    The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2015

                                                      _____
                                                      The Honorable Brendan L. Shannon
                                                      Chief United States Bankruptcy Judge