**CERTIFICATE OF SERVICE**

I hereby certify that on November 25, 2015, a copy of the following document(s):

- **MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM OF BUSINESS CARD SERVICE, INC. PURSUANT TO THE ORDER (I) AUTHORIZING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS; (II) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (III) GRANTING CERTAIN RELATED RELIEF**

was caused to be served on the parties listed on the attached service list *via* ECF and First Class Mail.

>     */s/ Peter M. Sweeney*
>     Peter M. Sweeney (DE # 3671)
>     BLAKELEY LLP
>     1000 N. West Street, Suite 1200
>     Wilmington, Delaware 19801
>     Telephone: (302) 415-9908
>     Email: psweeney@blakeleyllp.com

**SERVICE LIST**

| | |
|---|---|
| Kara Hammond Coyle (No. 4410)<br>Andrew L. Magaziner (No. 5426)<br>YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br><br>– and –<br><br>Samuel A. Newman (CA No. 217042)<br>Jeremy L. Graves (CO No. 45522)<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-1512<br><br>*Counsel to the Debtors and Debtors-in-Possession* | Christopher A. Ward, Esq.<br>Justin K. Edelson, Esq.<br>POLSINELLI PC<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801<br><br>– and –<br><br>Sharon L. Levine<br>Wojciech F. Jung<br>LOWENSTEIN SANDLER LLP<br>1251 Avenue of the Americas<br>New York, NY 10020<br><br>*Counsel to the Official Committee of Unsecured Creditors* |
| Matthew P. Austria (DE No. 4827)<br>WERB & SULLIVAN<br>300 Delaware Avenue, 13th Floor<br>P.O. Box 25046<br>Wilmington, Delaware 19899<br><br>– and –<br><br>Phillip Bohl<br>GRAY, PLANT, MOOTY,<br>MOOTY & BENNET, P.A.<br>500 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br><br>*Counsel to Taylor Corporation* | James S. Rankin, Jr.<br>Parker Hudson Rainer & Dobbs LLP<br>1500 Marquis Two Tower<br>285 Peachtree Center Avenue, NE<br>Atlanta, GA 30303<br><br>– and –<br><br>Tyler D. Semmelman<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br><br>*Counsel for Bank of America, N.A.* |
| Mark S. Kenney<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207 | Christopher M. Dressel, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>155 North Wacker Drive, Suite 2700 |

| | |
|---|---|
| Lockbox 35<br>Wilmington, DE 19801<br><br>*Counsel to the Office of the United States Trustee* | Chicago, Illinois 60606-1720<br><br>*Counsel for Silver Point Finance, LLC, and*<br>*Standard Acquisition Holdings, LLC* |