# EXHIBIT A

## FEE SUMMARY

**SRC Liquidation Company, et al.**
(Case No. 15-10541 (BLS))

October 1, 2015 through October 31, 2015

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery (#3) | 0.0 | $   0.00 |
| Asset Disposition (#4) | 0.0 | 0.00 |
| Assumption/Rejection of Leases/Contracts (#5) | 0.0 | 0.00 |
| Avoidance Action Analysis (#6) | 0.0 | 0.00 |
| Budgeting (Case) (#7) | 0.0 | 0.00 |
| Business Operations (#8) | 0.0 | 0.00 |
| Case Administration (#9) | 0.7 | 260.31 |
| Claims Administration and Objections (#10) | 0.0 | 0.00 |
| Corporate Governance and Board Matters (#11) | 0.0 | 0.00 |
| Employee Benefits and Pensions (#12) | 9.6 | 2,898.00 |
| Employment and Fee Applications (#13) | 1.1 | 535.06 |
| Employment and Fee Application Objection (#14) | 0.0 | 0.00 |
| Financing and Cash Collateral (#15) | 0.0 | 0.00 |
| Fee Application – Privileged Review (#16) | 0.5 | 284.37 |
| Litigation (#17) | 0.0 | 0.00 |
| Meetings/Communications with Creditors (#18) | 0.0 | 0.00 |
| Non-Working Travel (#19) | 0.0 | 0.00 |
| Plan and Disclosure Statement (#20) | 0.0 | 0.00 |
| Real Estate (#21) | 0.0 | 0.00 |
| Relief From Stay and Adequate Protection (#22) | 0.0 | 0.00 |
| Reporting (#23) | 0.0 | 0.00 |
| Tax (#24) | 0.0 | 0.00 |
| Valuation (#25) | 0.0 | 0.00 |
| Intellectual Property (#26) | 0.0 | 0.00 |
| Privacy Matters (#27) | 0.0 | 0.00 |
| Vendor/Customer Ordinary Course Contract (#28) | 0.0 | 0.00 |
| Hawaii Employment Litigation (#29) | 1.6 | 377.12 |
| Violation of Non-Compete (#30) | 0.00 | 00.00 |
| **TOTAL** | **13.50** | **$4,354.86** |

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT • ILLINOIS
KENTUCKY • MICHIGAN • OHIO • PENNSYLVANIA
WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

The Standard Register Company (SRC)  
PO Box 1167  
600 Albany Street  
Dayton OH 45417-3405

November 19, 2015  
Invoice # 3452728

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.9  
Matter: Winddown

## Remittance Advice

For Professional Services Rendered Through October 31, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 297.50 |
| Less Discount | $ -37.19 |
| Attorney Costs | $ 0.00 |
| | |
| Total Due for Professional Services | $ 260.31 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP  
P.O. Box 640635  
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**  
*Please call (513) 977-8131 to initiate credit card payment.*



Dinsmore & Shohl LLP
Client Number – 92211.9
**Matter: Winddown**

November 19, 2015
Invoice # 3452728

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| Brian C. Judkins | Partner | 0.50 | 335.00 | $ 167.50 |
| Kim Martin Lewis | Partner | 0.20 | 650.00 | $ 130.00 |
| | Total Hours / Fees | 0.70 | | $ 297.50 |
| | Less Discount | | | $ -37.19 |
| | Current Fee for Hours Worked | | | $ 260.31 |

Current Amount Due This Invoice  $260.31

Dinsmore & Shohl LLP  
Client Number – 92211.9  
**Matter: Winddown**

November 19, 2015  
Invoice # 3452728

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 10/28/15 | BCJ | 0.20 | Conference with Kim Martin Lewis regarding Ohio corporate law issues. |
| 10/29/15 | BCJ | 0.30 | Conference with Gibson Dunn regarding Ohio corporate law issues. |
| 10/29/15 | KML | 0.20 | Conference call regarding Ohio corporate law issues. |

Total Hours    0.70

# Dinsmore

CALIFORNIA • COLORADO • CONNECTICUT • ILLINOIS
KENTUCKY • MICHIGAN • OHIO • PENNSYLVANIA
WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

The Standard Register Company (SRC)  
PO Box 1167  
600 Albany Street  
Dayton OH 45417-3405

November 19, 2015  
Invoice # 3452729

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.12  
Matter: Employee Benefits and Pensions

## Remittance Advice

For Professional Services Rendered Through October 31, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 3,312.00 |
| Less Discount | $ -414.00 |
| Attorney Costs | $ 0.00 |
| Current Total for Professional Services | $ 2,898.00 |
| Previous Outstanding Balance (see detail AR page) | $ 10,466.31 |
| | |
| Total Due for Professional Services | $ 13,364.31 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP  
P.O. Box 640635  
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**  
*Please call (513) 977-8131 to initiate credit card payment.*



Dinsmore & Shohl LLP  
Client Number – 92211.12  
**Matter: Employee Benefits and Pensions**

November 19, 2015  
Invoice # 3452729

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| David A. Whaley | Partner | 6.60 | 340.00 | $ 2,244.00 |
| Kim Martin Lewis | Partner | 0.90 | 650.00 | $ 585.00 |
| Beth A. Mandel | Associate | 2.10 | 230.00 | $ 483.00 |
| | Total Hours / Fees | 9.60 | | $ 3,312.00 |
| | Less Discount | | | $ -414.00 |
| | Current Fee for Hours Worked | | | $ 2,898.00 |

Current Amount Due This Invoice          $2,898.00

Dinsmore & Shohl LLP  
Client Number – 92211.12  
**Matter: Employee Benefits and Pensions**

November 19, 2015  
Invoice # 3452729

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 10/01/15 | BAM | 0.50 | Participate in 401K termination weekly status call with Fidelity and SK. |
| 10/07/15 | DAW | 0.10 | Conference call with L. Taschenberger pertaining to terms of ACA reporting requirements. |
| 10/08/15 | DAW | 0.40 | Review steps to facilitate termination of savings plan. |
| 10/08/15 | BAM | 0.80 | Review updated status report on the Savings Plan (401k) termination (.2); participate in 401k termination weekly status call with Fidelity and SK (.3); discuss 5500 testing data needed from SR with D. Whaley (.3). |
| 10/14/15 | BAM | 0.10 | Review client communications regarding 5500 filing for SR Savings Plan (401k Plan). |
| 10/14/15 | DAW | 0.10 | Review communications pertaining to Form 5500 filings. |
| 10/15/15 | DAW | 0.70 | Participate in plan termination status update call. |
| 10/16/15 | BAM | 0.20 | Review and file executed Amendments 5 and 6 to SR Savings Plan for 5310 Binder. |
| 10/16/15 | DAW | 0.10 | Obtain signed copies of plan amendments for file. |
| 10/19/15 | DAW | 0.10 | Review and respond to communications pertaining to savings plan termination adminstrative process. |
| 10/20/15 | DAW | 2.60 | Review information pertaining to claims run-out process (.9); conference calls pertaining to same (1.0); draft communication in response to Anthem communication (.7). |
| 10/20/15 | KML | 0.90 | Emails regarding benefits issues (.7); telephone call with D. Whaley regarding same (.2). |
| 10/21/15 | DAW | 1.00 | Review and address matters pertaining to Anthem claims run-out period. |
| 10/22/15 | DAW | 0.20 | Review communications in connection with Anthem claims process. |
| 10/22/15 | BAM | 0.30 | Review notes and participate in 401k termination weekly status call with Fidelity and SK. |
| 10/23/15 | DAW | 0.20 | Review communications pertaining to Anthem claims payment. |
| 10/28/15 | DAW | 0.80 | Prepare for and participate in conference call pertaining to Anthem claims payment (.4); conference call with Gibson Dunn pertaining to status of winddown (.4). |
| 10/29/15 | DAW | 0.20 | Status meeting pertaining to termination of Savings Plan. |
| 10/29/15 | BAM | 0.20 | Participate in 401k termination weekly status call with Fidelity and SK. |
| 10/30/15 | DAW | 0.10 | Review communications pertaining to health benefit claims payment. |

Total Hours    9.60

# Dinsmore

CALIFORNIA • COLORADO • CONNECTICUT • ILLINOIS
KENTUCKY • MICHIGAN • OHIO • PENNSYLVANIA
WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

The Standard Register Company (SRC)
PO Box 1167
600 Albany Street
Dayton OH 45417-3405

November 19, 2015
Invoice # 3452730

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.13
Matter: Employment and Fee Applications

## Remittance Advice

For Professional Services Rendered Through October 31, 2015:

| | |
|---|---|
| Current Fee for Hours Worked | $ 611.50 |
| Less Discount | $ -76.44 |
| Attorney Costs | $ 15.50 |
| Current Total for Professional Services | $ 550.56 |
| Previous Outstanding Balance (see detail AR page) | $ 341.16 |
| Total Due for Professional Services | $ 891.72 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*



Dinsmore & Shohl LLP  
Client Number – 92211.13  
**Matter: Employment and Fee Applications**

November 19, 2015  
Invoice # 3452730

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| Kim Martin Lewis | Partner | 0.80 | 650.00 | $ 520.00 |
| Patrick D Burns | Of Counsel | 0.30 | 305.00 | $ 91.50 |
| | Total Hours / Fees | 1.10 | | $ 611.50 |
| | Less Discount | | | $ -76.44 |
| | Current Fee for Hours Worked | | | $ 535.06 |

### Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 15.50 |
| Total Attorney Costs | $15.50 |
| Current Amount Due This Invoice | $550.56 |

Dinsmore & Shohl LLP  
Client Number -- 92211.13  
**Matter: Employment and Fee Applications**

November 19, 2015  
Invoice # 3452730

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 10/16/15 | PDB | 0.30 | Attention to supplement to Second Quarterly Fee Application. |
| 10/19/15 | KML | 0.60 | Review bills and fee application. |
| 10/22/15 | KML | 0.20 | Email regarding fee app. |

Total Hours    1.10

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT • ILLINOIS
KENTUCKY • MICHIGAN • OHIO • PENNSYLVANIA
WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

The Standard Register Company (SRC)  
PO Box 1167  
600 Albany Street  
Dayton OH 45417-3405

November 19, 2015  
Invoice # 3452731

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.16  
Matter: Fee Application - Privileged Review

## Remittance Advice

For Professional Services Rendered Through October 31, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 325.00 |
| Less Discount | $ -40.63 |
| Attorney Costs | $ 0.00 |
| Current Total for Professional Services | $ 284.37 |
| Previous Outstanding Balance (see detail AR page) | $ 182.00 |
| Total Due for Professional Services | $ 466.37 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP  
P.O. Box 640635  
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**  
*Please call (513) 977-8131 to initiate credit card payment.*



Dinsmore & Shohl LLP  
Client Number – 92211.16  
**Matter: Fee Application - Privileged Review**

November 19, 2015  
Invoice # 3452731

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| Kim Martin Lewis | Partner | 0.50 | 650.00 | $ 325.00 |
| | Total Hours / Fees | 0.50 | | $ 325.00 |
| | Less Discount | | | $ -40.63 |
| | Current Fee for Hours Worked | | | $ 284.37 |

Current Amount Due This Invoice        $284.37

1

Dinsmore & Shohl LLP  
Client Number – 92211.16  
**Matter: Fee Application - Privileged Review**

November 19, 2015  
Invoice # 3452731

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 10/07/15 | KML | 0.50 | Review bills for privilege. |
| | Total Hours | 0.50 | |

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT • ILLINOIS
KENTUCKY • MICHIGAN • OHIO • PENNSYLVANIA
WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

The Standard Register Company (SRC)  
600 Albany Street  
Dayton OH 45417

November 19, 2015  
Invoice # 3452732

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.29  
Matter: Hawaii Employment Litigation

## Remittance Advice

For Professional Services Rendered Through October 31, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 431.00 |
| Less Discount | $ -53.88 |
| Attorney Costs | $ 2,072.73 |
| Current Total for Professional Services | $ 2,449.85 |
| Previous Outstanding Balance (see detail AR page) | $ 4,724.65 |
| Total Due for Professional Services | $ 7,174.50 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP  
P.O. Box 640635  
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**  
*Please call (513) 977-8131 to initiate credit card payment.*



Dinsmore & Shohl LLP  
Client Number – 92211.29  
**Matter: Hawaii Employment Litigation**

November 19, 2015  
Invoice # 3452732

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| Ryan W. Green | Partner | 0.20 | 405.00 | $ 81.00 |
| Jason W. Hilliard | Associate | 1.40 | 250.00 | $ 350.00 |
| | Total Hours / Fees | 1.60 | | $ 431.00 |
| | Less Discount | | | $ -53.88 |
| | Current Fee for Hours Worked | | | $ 377.12 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Professional Services | $ 2,072.73 | |
| Total Attorney Costs | | $2,072.73 |
| Current Amount Due This Invoice | | $2,449.85 |

1

November 19, 2015
Invoice # 3452732

Dinsmore & Shohl LLP
Client Number – 92211.29
**Matter: Hawaii Employment Litigation**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 10/01/15 | JWH | 0.40 | Review proposed Settlement Agreement and make changes. |
| 10/01/15 | RWG | 0.10 | Communicate with local counsel regarding settlement status. |
| 10/02/15 | JWH | 0.10 | Follow-up with client regarding Settlement Agreement. |
| 10/02/15 | RWG | 0.10 | Review Settlement Agreement changes. |
| 10/05/15 | JWH | 0.10 | Review additional changes to Settlement Agreement. |
| 10/12/15 | JWH | 0.20 | Review proposed changes to Settlement Agreement made by Defendant and forward to client. |
| 10/15/15 | JWH | 0.10 | Correspondence with client regarding Settlement Agreement. |
| 10/20/15 | JWH | 0.10 | Telephone call to J. Dorothy for RSB regarding settlement. |
| 10/22/15 | JWH | 0.20 | Telephone call with counsel for ASB regarding settlement. |
| 10/23/15 | JWH | 0.10 | Correspondence with counsel for ASB regarding settlement. |
| 10/26/15 | JWH | 0.10 | Review executed Settlement Agreement, forward same to opposing counsel, and follow-up with client. |

Total Hours    1.60