# EXHIBIT B

## EXPENSE SUMMARY

**SRC Liquidation Company, et al.**
**(Case No. 15-10541 (BLS)**

### October 1, 2015 through October 31, 2015

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Local Counsel | Fukunaga Matayoshi Hershey & Ching LLP | $2,072.73 |
| Photocopies | | 15.50 |
| **Grand Total Expenses** | | **$2,088.23** |