# EXHIBIT A

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

(See Guidelines C.8. for project category information.)

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Asset Disposition | | | 0.40 | $ 180.90 |
| Assumption/Rejection of Leases & Contracts | | | 1.10 | $ 585.45 |
| Bankruptcy-Related Advice | | | 5.30 | $ 2,191.95 |
| Business Operations | | | 0.60 | $ 343.80 |
| Case Administration | | | 4.80 | $ 1,567.80 |
| Claims Administration & Objections | | | 2.30 | $ 1,293.75 |
| Employment/Fee Applications | | | 21.90 | $ 7,977.15 |
| Financing & Cash Collateral | | | 0.20 | $ 121.50 |
| Litigation Contested Matters(excl assump/rejection motions | | | 1.70 | $ 867.15 |
| Meetings of & Communications with Creditors or the Comm | | | 1.70 | $ 784.35 |
| Plan & Disclosure Statement (including business plan) | | | 0.80 | $ 423.90 |
| Relief from Stay/Adequate Protection Proceedings | | | 0.20 | $ 121.50 |
| | | | 41.00 | $ 16,459.20 |

# EXHIBIT B

SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| Name | Title | Section | Date of First Admission | Fees Billed | Hours Billed | Hourly Rate Billed in This Application | Hourly Rate Billed in First Interim Application | Number of Rate Increases Since Case Inception |
|------|-------|---------|------------------------|-------------|--------------|----------------------------------------|-------------------------------------------------|-----------------------------------------------|
| Edelson, Justin K. | Shareholder | FR Bankruptcy and Restructuring | 05/01/2007 | $ 7,569.45 | 18.90 | 400.50 | - | 0 |
| Ward, Chris A. | Shareholder | FR Bankruptcy and Restructuring | 12/15/1999 | $ 5,771.25 | 9.50 | 607.50 | - | 0 |
| Suprum, Lindsey M. | Paralegal | FR Bankruptcy and Restructuring | | $ 3,118.50 | 12.60 | 247.50 | - | 0 |
| | | | | $ 16,459.20 | 41.00 | 401.44 | | |

CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS

( See Guidelines C.3. for definitions of terms used in this Exhibit.)

| Category of Timekeeper (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|
| | BILLED OR COLLECTED<br><br>Firm or offices for preceding year, excluding bankruptcy | BILLED<br><br>In this fee application |
| Shareholder | $ 413.20 | $ 469.74 |
| Paralegal | $ 156.85 | $ 247.50 |
| | | |
| All timekeepers averaged | $ 424.18 | $ 401.44 |

# EXHIBIT C

## SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY

(See Guidelines C.8. for project category information.)

| Category | Amount |
|---|---|
| Deliveries | $ 7.50 |
| Miscellaneous | $ 60.00 |
| | $ 67.50 |

# **EXHIBIT D**



**Invoice Detail**

For Professional Services Through 10/31/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 2
November 23, 2015
Invoice No: 1231331

## Professional Services

| Date | Timekeeper | Description | Hours | Amount | Task Code |
|------|-----------|-------------|-------|--------|-----------|
| 10/1/15 | C.A. Ward | Review Certificate of Publication of Joshua D. Falda Regarding Notice of (A) Deadline for Casting Votes to Accept or Reject First Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and its Affiliates, (B) Combined Hearing to Consider Approval of Disclosure Statement and Confirmation of Plan and (C) Related Matters and Procedures Filed by Prime Clerk | 0.10 | $60.75 | B320 |
| 10/1/15 | C.A. Ward | Review Monthly Application for Compensation (Sixth) and Reimbursement of Expenses of Young Conaway Stargatt & Taylor, LLP for the period August 1, 2015 to August 31, 2015 Filed by Young Conaway Stargatt & Taylor, LLP | 0.10 | 60.75 | B160 |
| 10/1/15 | J.K. Edelson | Review notice of abandonment of de minimis assets. | 0.10 | 40.05 | B130 |
| 10/1/15 | J.K. Edelson | Teleconference with D. Hughes regarding creditor inquiry. | 0.20 | 80.10 | B150 |
| 10/1/15 | J.K. Edelson | Review Young Conaway August monthly fee statement. | 0.10 | 40.05 | B160 |
| 10/2/15 | C.A. Ward | Correspondence with Committee professionals re interim fee applications | 0.10 | 60.75 | B150 |
| 10/2/15 | C.A. Ward | Review Certificate of No Objection (No Order Required) Regarding Monthly Application for Compensation (Sixth) for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the period August 1, 2015 to August 31, 2015 | 0.10 | 60.75 | B150 |



**Invoice Detail**

For Professional Services Through 10/31/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 3
November 23, 2015
Invoice No: 1231331

| Date | Name | Description | | | |
|---|---|---|---|---|---|
| 10/2/15 | C.A. Ward | Review Certificate of No Objection (No Order Required) Regarding Monthly Application for Compensation (Fifth) and Reimbursement of Expenses as Delaware Bankruptcy Counsel and Conflicts Counsel for the Official Committee of Unsecured Creditors for the period of July 1, 2015 to July 31, 2015 | 0.10 | 60.75 | B150 |
| 10/2/15 | C.A. Ward | Review Certificate of No Objection (No Order Required) Regarding Monthly Application for Compensation (Fifth) and Reimbursement of Expenses as Delaware Bankruptcy Counsel and Conflicts Counsel for the Official Committee of Unsecured Creditors for the period of July 1, 2015 to July 31, 2015 | 0.10 | 60.75 | B150 |
| 10/2/15 | C.A. Ward | Review Certificate of No Objection Regarding Sixth Monthly Application for Compensation and Reimbursement of Expenses of Gibson, Dunn & Crutcher LLP for the period August 1, 2015 to August 31, 2015 | 0.10 | 60.75 | B160 |
| 10/2/15 | C.A. Ward | Various correspondence with case professionals and noticing agent re ballots | 0.10 | 60.75 | B320 |
| 10/2/15 | J.K. Edelson | Review and revise Polsinelli second interim fee application exhibits. | 0.30 | 120.15 | B160 |
| 10/2/15 | J.K. Edelson | Review and revise Polsinelli fourth interim fee application exhibits. | 0.40 | 160.20 | B160 |
| 10/2/15 | J.K. Edelson | Correspondence with co-counsel, Zolfo, and Jefferies regarding interim fee applications. | 0.20 | 80.10 | B160 |
| 10/2/15 | J.K. Edelson | Correspondence with W. Jung regarding Lowenstein fee applications. | 0.10 | 40.05 | B160 |
| 10/2/15 | J.K. Edelson | Review, revise and file CNO for Lowenstein August monthly fee application. | 0.20 | 80.10 | B160 |
| 10/2/15 | J.K. Edelson | Review, revise and file CNO for Polsinelli July monthly fee application. | 0.20 | 80.10 | B160 |



# Invoice Detail

For Professional Services Through 10/31/15

File No. 082033-493086

**Re: Standard Register Bankruptcy**

Page 4
November 23, 2015
Invoice No: 1231331

| 10/2/15 | J.K. Edelson | Review, revise and file CNO for Polsinelli August monthly fee application. | 0.20 | 80.10 | B160 |
|---|---|---|---|---|---|
| 10/2/15 | L.M. Suprum | Draft, file and circulate certificate of no objection regarding Lowenstein's sixth monthly fee application. Correspondence regarding same. | 0.40 | 99.00 | B160 |
| 10/2/15 | L.M. Suprum | Draft, file and circulate certificate of no objection regarding Polsinelli's fifth monthly fee application. Correspondence regarding same. | 0.40 | 99.00 | B160 |
| 10/2/15 | L.M. Suprum | Draft, file and circulate certificate of no objection regarding Polsinelli's sixth monthly fee application. Correspondence regarding same. | 0.40 | 99.00 | B160 |
| 10/3/15 | J.K. Edelson | Correspondence with C. Ward regarding Polsinelli September monthly fee application. | 0.10 | 40.05 | B160 |
| 10/5/15 | C.A. Ward | Correspondence with Soref and Katona re internal coordination call for CCI Student Trust | 0.10 | 60.75 | B400 |
| 10/5/15 | C.A. Ward | Correspondence with Committee professionals re retention applications | 0.10 | 60.75 | B150 |
| 10/5/15 | C.A. Ward | Correspondence with case professionals re professional fees | 0.10 | 60.75 | B160 |
| 10/5/15 | C.A. Ward | Review Amended Response to Objection Debtors' First (1st) Omnibus (Substantive) to Claims (Drop-Ship Administrative Priority Claims) Filed by The Envelope Printery | 0.10 | 60.75 | B310 |
| 10/5/15 | J.K. Edelson | Review and revise Polsinelli September monthly fee statement. | 0.40 | 160.20 | B160 |
| 10/5/15 | J.K. Edelson | Correspondence with L. Suprum regarding hearing dates, deadlines. | 0.20 | 80.10 | B400 |
| 10/5/15 | J.K. Edelson | Correspondence with C. Ward and S. McFall regarding Polsinelli fee applications. | 0.20 | 80.10 | B160 |


**POLSINELLI**

# Invoice Detail

For Professional Services Through 10/31/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 5
November 23, 2015
Invoice No: 1231331

| 10/6/15 | C.A. Ward | Review Omnibus Reply in Support of Debtors' First (1st) Omnibus (Substantive) Objection to Claims (Drop-Ship Administrative Priority Claims) | 0.10 | 60.75 | B310 |
| 10/6/15 | C.A. Ward | Review Eighth Notice Regarding Designation as Post-Closing Transferred Contract and Assumption and Assignment Thereof | 0.10 | 60.75 | B185 |
| 10/6/15 | C.A. Ward | Review Certificate of No Objection Regarding Notice of Filing of Monthly Compensation and Staffing Report of McKinsey Recovery & Transformation Services U.S., LLC for the Period from August 1, 2015 through August 31, 2015 | 0.10 | 60.75 | B210 |
| 10/6/15 | J.K. Edelson | Review notice regarding postdesignation of contracts. | 0.10 | 40.05 | B185 |
| 10/7/15 | C.A. Ward | Review Monthly Application for Compensation (Sixth) and Reimbursement of Expenses of Dinsmore & Shohl LLP for the period August 1, 2015 to August 31, 2015 Filed by Dinsmore & Shohl LLP | 0.10 | 60.75 | B160 |
| 10/7/15 | C.A. Ward | Review Second Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement Filed by SRC Liquidation Company | 0.10 | 60.75 | B320 |
| 10/7/15 | J.K. Edelson | Correspondence with C. Ward and S. McFall regarding Polsinelli second interim fee application. | 0.30 | 120.15 | B160 |
| 10/7/15 | J.K. Edelson | Review and revise Polsinelli September monthly fee statement, correspondence with S. McFall and C. Ward. | 0.30 | 120.15 | B160 |
| 10/7/15 | J.K. Edelson | Review Debtors' second motion to extend exclusivity. | 0.10 | 40.05 | B320 |
| 10/7/15 | J.K. Edelson | Prepare and draft Polsinelli second interim fee application. | 0.30 | 120.15 | B160 |



# Invoice Detail

For Professional Services Through 10/31/15

File No. 082033-493086

**Re: Standard Register Bankruptcy**

Page 6
November 23, 2015
Invoice No: 1231331

| 10/8/15 | C.A. Ward | Review and comment on draft Polsinelli second interim fee application | 0.20 | 121.50 | B160 |
|---|---|---|---|---|---|
| 10/8/15 | J.K. Edelson | Prepare and draft monthly budgets and staffing plans, correspondence with C. Ward regarding same. | 0.50 | 200.25 | B160 |
| 10/8/15 | J.K. Edelson | Correspondence with S. McFall regarding Polsinelli September monthly fee statement. | 0.20 | 80.10 | B160 |
| 10/8/15 | J.K. Edelson | Prepare and draft Polsinelli second interim fee application, exhibits. | 1.40 | 560.70 | B160 |
| 10/8/15 | L.M. Suprum | Correspondence with J. Edelson regarding Polsinelli's second interim fee application and deadline to file same. | 0.10 | 24.75 | B160 |
| 10/9/15 | C.A. Ward | Attention to creditor inquiries including telephone calls and correspondence from parties-in-interest, forward to appropriate individuals to address | 0.20 | 121.50 | B400 |
| 10/9/15 | C.A. Ward | Review copies of invoices of professional fees and expenses (the "Term Invoices") for professionals employed by Pre-Petition Term Lender Agent | 0.10 | 60.75 | B230 |
| 10/9/15 | C.A. Ward | Review agenda for October 14 hearing and correspondence re same | 0.20 | 121.50 | B400 |
| 10/9/15 | C.A. Ward | Review Monthly Application for Compensation (Seventh) and Reimbursement of Expenses of Gibson, Dunn & Crutcher LLP for the period September 1, 2015 to September 30, 2015 Filed by Gibson, Dunn & Crutcher LLP | 0.10 | 60.75 | B160 |
| 10/9/15 | C.A. Ward | Review Monthly Application for Compensation (Seventh) and Reimbursement of Expenses of Young Conaway Stargatt & Taylor, LLP for the period September 1, 2015 to September 30, 2015 Filed by Young Conaway Stargatt & Taylor, LLP | 0.10 | 60.75 | B160 |
| 10/9/15 | C.A. Ward | Review Notice of Abandonment of De Minimis Assets | 0.10 | 60.75 | B130 |



**Invoice Detail**

For Professional Services Through 10/31/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 7
November 23, 2015
Invoice No: 1231331

| 10/9/15 | J.K. Edelson | Correspondence with C. Ward and L. Suprum regarding hearing. | 0.20 | 80.10 | B400 |
|---|---|---|---|---|---|
| 10/9/15 | J.K. Edelson | Correspondence with C. Ward regarding distribution percentage to claims. | 0.10 | 40.05 | B310 |
| 10/9/15 | J.K. Edelson | Review hearing agenda (.1), correspondence with L. Suprum regarding hearing (.1). | 0.20 | 80.10 | B400 |
| 10/9/15 | J.K. Edelson | Review notice of abandonment of de minimis assets. | 0.10 | 40.05 | B130 |
| 10/12/15 | C.A. Ward | Review Monthly Application for Compensation (Fifth) for Services Rendered and for Reimbursement of Expenses as Financial and Forensic Advisors for the period August 1, 2015 to August 31, 2015 Filed by Zolfo Cooper, LLC | 0.10 | 60.75 | B160 |
| 10/12/15 | C.A. Ward | Review Monthly Application for Compensation (Seventh) for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the period from September 1, 2015 to September 30, 2015 Filed by Lowenstein Sandler LLP | 0.10 | 60.75 | B160 |
| 10/12/15 | J.K. Edelson | Correspondence with C. Ward, L. Suprum, and co-counsel regarding hearing. | 0.20 | 80.10 | B400 |
| 10/12/15 | J.K. Edelson | Correspondence with C. Ward and co-counsel regarding interim fee applications. | 0.20 | 80.10 | B160 |
| 10/12/15 | J.K. Edelson | Review, revise and file Lowenstein September monthly fee statement. | 0.30 | 120.15 | B160 |
| 10/12/15 | J.K. Edelson | Correspondence with C. Ward and Committee professionals regarding fee applications. | 0.20 | 80.10 | B160 |
| 10/12/15 | J.K. Edelson | Review, revise and file Zolfo August monthly fee statement, correspondence with L. Suprum and Zolfo regarding same. | 0.30 | 120.15 | B160 |



# Invoice Detail

For Professional Services Through 10/31/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 8
November 23, 2015
Invoice No: 1231331

| | | | | | |
|---|---|---|---|---|---|
| 10/12/15 | J.K. Edelson | Revise Polsinelli second interim fee application, exhibits. | 0.30 | 120.15 | B160 |
| 10/12/15 | J.K. Edelson | Correspondence with C. Ward and S. McFall regarding September monthly fee statement. | 0.20 | 80.10 | B160 |
| 10/12/15 | L.M. Suprum | Draft Notice of Application for filing with Zolfo fifth monthly fee application. Review, revise, file and serve fee application. Correspondence regarding same. | 0.80 | 198.00 | B160 |
| 10/12/15 | L.M. Suprum | Review, revise, file and serve Lowenstein's seventh monthly fee application. Correspondence regarding same. | 0.60 | 148.50 | B160 |
| 10/13/15 | C.A. Ward | Review amended agenda for October 14 hearing | 0.10 | 60.75 | B400 |
| 10/13/15 | C.A. Ward | Review Notice of Withdrawal of Motion of Caresource Management Group Co. for Relief from the Sale Order, to Compel Assumption or Rejection of Certain Unexpired Executory Contracts, and for Related Relief | 0.10 | 60.75 | B140 |
| 10/13/15 | C.A. Ward | Review Notice of Withdrawal of Objection by CareSource Management Group Co. to the Proposed Assumption and Assignment of Executory Contracts to Which CareSource Management Group Co. is a Party | 0.10 | 60.75 | B140 |
| 10/13/15 | C.A. Ward | Review Ninth Notice Regarding Designation as Post-Closing Transferred Contract and Assumption and Assignment Thereof | 0.10 | 60.75 | B185 |
| 10/13/15 | C.A. Ward | Review Certificate of No Objection Regarding Notice of Filing of Monthly Compensation and Staffing Report of WilliamsMarston LLC for the Period from August 26, 2015 through August 31, 2015 | 0.10 | 60.75 | B210 |
| 10/13/15 | J.K. Edelson | Prepare for hearing, correspondence with W. Jung. | 0.30 | 120.15 | B400 |



# Invoice Detail

For Professional Services Through 10/31/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 9
November 23, 2015
Invoice No: 1231331

| | | | | | |
|---|---|---|---|---|---|
| 10/13/15 | J.K. Edelson | Correspondence with co-counsel regarding creditor inquiries. | 0.20 | 80.10 | B150 |
| 10/13/15 | J.K. Edelson | Correspondence with G. Leitner regarding Fujifilm inquiry. | 0.20 | 80.10 | B150 |
| 10/13/15 | J.K. Edelson | Teleconference with J. Johnson regarding creditor inquiry. | 0.20 | 80.10 | B150 |
| 10/13/15 | J.K. Edelson | Review amended agenda (.1), correspondence with co-counsel regarding hearing. | 0.20 | 80.10 | B400 |
| 10/13/15 | L.M. Suprum | Correspondence with J. Edelson regarding rescheduling of October 14 hearing; calendar same. Prepare for hearing. | 0.60 | 148.50 | B400 |
| 10/14/15 | C.A. Ward | Review notice regarding fees and expenses for professionals employed by the Pre-Petition ABL Credit Parties and the ABL DIP Agent | 0.10 | 60.75 | B230 |
| 10/14/15 | C.A. Ward | Review and comment on draft Polsinelli September fee application | 0.10 | 60.75 | B160 |
| 10/14/15 | C.A. Ward | Review and comment on revised draft of Polsinelli interim fee application | 0.20 | 121.50 | B160 |
| 10/14/15 | C.A. Ward | Review filed copy of Monthly Application for Compensation (Seventh) and Reimbursement of Expenses as Delaware Bankruptcy Counsel and Conflicts Counsel for the Official Committee of Unsecured Creditors for the period of September 1, 2015 to September 30, 2015 Filed by Polsinelli PC | 0.10 | 60.75 | B160 |
| 10/14/15 | J.K. Edelson | Prepare for hearing. | 0.20 | 80.10 | B400 |
| 10/14/15 | J.K. Edelson | Prepare and draft Polsinelli September monthly fee statement, file and serve same, correspondence with C. Ward, L. Suprum, and co-counsel. | 0.70 | 280.35 | B160 |
| 10/14/15 | J.K. Edelson | Review and revise Polsinelli second interim fee application, exhibits. | 0.60 | 240.30 | B160 |



**Invoice Detail**

For Professional Services Through 10/31/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 10
November 23, 2015
Invoice No: 1231331

| Date | Name | Description | Hours | Amount | Code |
|---|---|---|---|---|---|
| 10/14/15 | J.K. Edelson | Review Jefferies second interim fee application, correspondence with M. Linder regarding same. | 0.20 | 80.10 | B160 |
| 10/14/15 | L.M. Suprum | Attention to filing and service of Polsinelli's seventh monthly fee application. Correspondence regarding same. | 0.50 | 123.75 | B160 |
| 10/15/15 | C.A. Ward | Review Monthly Application for Compensation (Sixth) for Services Rendered and for Reimbursement of Expenses as Financial and Forensic Advisors to the Official Committee of Unsecured Creditors for the period September 1, 2015 to September 30, 2015 Filed by Zolfo Cooper, LLC | 0.10 | 60.75 | B160 |
| 10/15/15 | C.A. Ward | Review Interim Application for Compensation (Second) for Services Rendered and Reimbursement of Expenses as Financial and Forensic Advisors to the Official Committee of Unsecured Creditors for the period June 1, 2015 to September 30, 2015 Filed by Zolfo Cooper, LLC | 0.10 | 60.75 | B160 |
| 10/15/15 | C.A. Ward | Review Interim Application for Compensation (Second) and Reimbursement of Expenses as Delaware Bankruptcy Counsel and Conflicts Counsel for the Official Committee of Unsecured Creditors for the period of June 1, 2015 to September 30, 2015 Filed by Polsinelli PC | 0.10 | 60.75 | B160 |
| 10/15/15 | C.A. Ward | Review Interim Application for Compensation (Second) for Services Rendered and Reimbursement of Expenses as Investment Banker to the Official Committee of Unsecured Creditors for the period from June 1, 2015 to September 30, 2015 Filed by Jefferies LLC | 0.10 | 60.75 | B160 |
| 10/15/15 | C.A. Ward | Review Interim Application for Compensation (Second) for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the period from June 1, 2015 to September 30, 2015 Filed by Lowenstein Sandler LLP | 0.10 | 60.75 | B160 |



# Invoice Detail

For Professional Services Through 10/31/15

File No. 082033-493086

**Re: Standard Register Bankruptcy**

Page 11
November 23, 2015
Invoice No: 1231331

| Date | Name | Description | Hours | Amount | Code |
|---|---|---|---|---|---|
| 10/15/15 | C.A. Ward | Review Supplement to Second Interim Fee Application of Young Conaway Stargatt & Taylor, LLP | 0.10 | 60.75 | B110 |
| 10/15/15 | C.A. Ward | Review Supplement to Second Interim Fee Application of Gibson, Dunn & Crutcher, LLP | 0.10 | 60.75 | B110 |
| 10/15/15 | C.A. Ward | Review Interim Application for Compensation of the Debtors' Professionals for the period June 1, 2015 to August 31, 2015 Filed by SRC Liquidation Company | 0.10 | 60.75 | B110 |
| 10/15/15 | C.A. Ward | Attention to creditor inquiries including telephone calls and correspondence from parties-in-interest, forward to appropriate individuals to address | 0.20 | 121.50 | B400 |
| 10/15/15 | C.A. Ward | Review Monthly Staffing Report for Filing Period September 1, 2015 through September 30, 2015 Filed by WilliamsMarston LLC | 0.10 | 60.75 | B210 |
| 10/15/15 | J.K. Edelson | Prepare for hearing. | 0.20 | 80.10 | B400 |
| 10/15/15 | J.K. Edelson | Attend hearing regarding claim objections. | 0.70 | 280.35 | B400 |
| 10/15/15 | J.K. Edelson | Correspondence with M. Blacker and W. Jung regarding creditor inquiry. | 0.20 | 80.10 | B150 |
| 10/15/15 | J.K. Edelson | Review September monthly staffing report. | 0.10 | 40.05 | B210 |
| 10/15/15 | J.K. Edelson | Review Gibson Dunn and Young Conaway second interim fee applications, supplements. | 0.20 | 80.10 | B160 |
| 10/15/15 | J.K. Edelson | Review and file Zolfo September monthly fee statement. | 0.20 | 80.10 | B160 |
| 10/15/15 | J.K. Edelson | Review, revise and file Polsinelli second interim fee application. | 0.30 | 120.15 | B160 |
| 10/15/15 | J.K. Edelson | Review, revise and file Lowenstein second interim fee application. | 0.20 | 80.10 | B160 |

 **POLSINELLI**

# Invoice Detail

For Professional Services Through 10/31/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 12
November 23, 2015
Invoice No: 1231331

| Date | Name | Description | Hours | Amount | Code |
|------|------|-------------|-------|--------|------|
| 10/15/15 | J.K. Edelson | Review, revise and file Zolfo second interim fee application. | 0.20 | 80.10 | B160 |
| 10/15/15 | J.K. Edelson | Review, revise and file Jefferies second interim fee application. | 0.20 | 80.10 | B160 |
| 10/15/15 | L.M. Suprum | Draft Notice of Application for filing with Zolfo sixth monthly fee application. Review, revise, file and serve fee application. Correspondence regarding same. | 0.70 | 173.25 | B160 |
| 10/15/15 | L.M. Suprum | Draft Notice of Application for filing with Zolfo second interim fee application. Attention to filing and service of fee application. Correspondence regarding same. | 0.50 | 123.75 | B160 |
| 10/15/15 | L.M. Suprum | Draft Notice of Application for filing with Jefferies second interim fee application. Attention to filing and service of fee application. Correspondence regarding same. | 0.60 | 148.50 | B160 |
| 10/15/15 | L.M. Suprum | Attention to filing and service of Polsinelli second interim fee application. Correspondence regarding same. | 0.60 | 148.50 | B160 |
| 10/15/15 | L.M. Suprum | Review, revise, file and serve Lowenstein second interim fee application. Correspondence regarding same. | 0.70 | 173.25 | B160 |
| 10/16/15 | C.A. Ward | Review Order Sustaining Debtors' First (1st) Omnibus (Substantive) Objection to Claims (Drop-Ship Administrative Priority Claims) | 0.10 | 60.75 | B310 |
| 10/16/15 | C.A. Ward | Review Order Sustaining Debtors' Fourth (4th) Omnibus (Non-Substantive) Objection to Claims | 0.10 | 60.75 | B310 |
| 10/16/15 | C.A. Ward | Review Order Sustaining Debtors' Fifth (5th) Omnibus (Substantive) Objection to Claims | 0.10 | 60.75 | B310 |
| 10/16/15 | J.K. Edelson | Correspondence with co-counsel and Defendants' counsel regarding motion to dismiss. | 0.20 | 80.10 | B190 |

 **POLSINELLI**

**Invoice Detail**

For Professional Services Through 10/31/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 13
November 23, 2015
Invoice No: 1231331

| Date | Professional | Description | Hours | Amount | Code |
|---|---|---|---|---|---|
| 10/17/15 | C.A. Ward | Review and consider Defendants' Motion to Dismiss; redacted and unredacted (under seal) copies of Defendants' Memorandum in support of the Motion to Dismiss; redact and unredacted (under seal) copies of the exhibits cited in the Memorandum; and motion to seal | 0.60 | 364.50 | B190 |
| 10/17/15 | J.K. Edelson | Review Defendants' motion to dismiss and brief in support. | 0.40 | 160.20 | B190 |
| 10/19/15 | C.A. Ward | Review Supplement to Second Interim Fee Application of Dinsmore & Shohl LLP Filed by SRC Liquidation Company | 0.10 | 60.75 | B160 |
| 10/20/15 | C.A. Ward | Review Certification of Counsel Regarding Corrected Order Sustaining Debtors' Fourth (4th) Omnibus (Non-Substantive) Objection to Claims | 0.10 | 60.75 | B310 |
| 10/20/15 | C.A. Ward | Review Notice of Service Filed by F. David Clarke, III, John Does 1-10, John J. Schiff, Jr., John Q. Sherman, II, Joseph P. Morgan, Jr., Julie D. Klapstein, R. Eric McCarthey, Robert M. Ginnan, Roy W. Begley, Jr., XYZ Companies 1-10 | 0.10 | 60.75 | B190 |
| 10/20/15 | C.A. Ward | Review and comment on updated critical dates calendar of pending dates and deadlines, various correspondence re same | 0.10 | 60.75 | B400 |
| 10/20/15 | J.K. Edelson | Review docket, critical dates, correspondence with L. Suprum regarding deadlines. | 0.30 | 120.15 | B400 |
| 10/20/15 | J.K. Edelson | Review Debtors' sixth omnibus claim objection. | 0.10 | 40.05 | B310 |
| 10/20/15 | J.K. Edelson | Review Debtors' seventh omnibus objection to claims. | 0.10 | 40.05 | B310 |
| 10/20/15 | J.K. Edelson | Review Debtors' objection to the claim of the Pennsylvania department of revenue. | 0.20 | 80.10 | B310 |
| 10/20/15 | J.K. Edelson | Review tenth notice regarding post-closing contracts. | 0.10 | 40.05 | B185 |

 **POLSINELLI**

# Invoice Detail

For Professional Services Through 10/31/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 14
November 23, 2015
Invoice No: 1231331

| Date | Timekeeper | Description | Hours | Amount | Code |
|---|---|---|---|---|---|
| 10/20/15 | L.M. Suprum | Review docket, update critical dates memo and distribute. Attention to calendaring new deadlines. | 2.20 | 544.50 | B110 |
| 10/21/15 | C.A. Ward | Review and consider Omnibus Objection to Claims - Sixth (Non-Substantive). Filed by SRC Liquidation Company | 0.20 | 121.50 | B310 |
| 10/21/15 | C.A. Ward | Review and consider Omnibus Objection to Claims - Seventh (Substantive). Filed by SRC Liquidation Company | 0.20 | 121.50 | B310 |
| 10/21/15 | C.A. Ward | Review Tenth Notice Regarding Designation as Post-Closing Transferred Contract and Assumption and Assignment Thereof | 0.10 | 60.75 | B185 |
| 10/21/15 | C.A. Ward | Review Objection to Claim by Claimant Pennsylvania Department of Revenue (Claim No. 2491).. Filed by SRC Liquidation Company | 0.10 | 60.75 | B310 |
| 10/21/15 | C.A. Ward | Review Declaration of Disinterestedness by McInnes Cooper Filed by SRC Liquidation Company | 0.10 | 60.75 | B110 |
| 10/21/15 | C.A. Ward | Review Certificate of No Objection Regarding Combined Monthly Application for Compensation of Prime Clerk LLC as Administrative Agent to the Debtors for the period (i) June 1, 2015 to June 30, 2015 and (ii) August 1, 2015 to August 31, 2015 | 0.10 | 60.75 | B310 |
| 10/21/15 | C.A. Ward | Review Certificate of No Objection Regarding Sixth Monthly Application for Compensation and Reimbursement of Expenses of Young Conaway Stargatt & Taylor, LLP for the period August 1, 2015 to August 31, 2015 | 0.10 | 60.75 | B160 |
| 10/21/15 | C.A. Ward | Review Certification of Counsel Regarding Order Approving Stipulation By and Between the Debtors and Certain of the Debtors' Directors and Officers Regarding Proceeds of D&O Insurance Policy Filed by SRC Liquidation Company | 0.10 | 60.75 | B190 |



**POLSINELLI**
# Invoice Detail

For Professional Services Through 10/31/15                                                    Page 15
File No. 082033-493086                                                              November 23, 2015
**Re: Standard Register Bankruptcy**                                            Invoice No: 1231331

| | | | | | |
|---|---|---|---|---|---|
| 10/21/15 | C.A. Ward | Review Order (CORRECTED) Sustaining Debtors' Fourth (4th) Omnibus (Non-Substantive) Objection to Claims | 0.10 | 60.75 | B310 |
| 10/21/15 | C.A. Ward | Review Order Approving Stipulation By and Between the Debtors and Certain of the Debtors' Directors and Officers Regarding Proceeds of D&O Insurance Policy | 0.10 | 60.75 | B310 |
| 10/21/15 | J.K. Edelson | Review order approving D&O insurance stipulation. | 0.10 | 40.05 | B400 |
| 10/22/15 | C.A. Ward | Review Certification of Counsel Regarding Further Corrected Order Sustaining Debtors' Fourth (4th) Omnibus (Non-Substantive) Objection to Claims | 0.10 | 60.75 | B310 |
| 10/22/15 | C.A. Ward | Review Monthly Application for Compensation (Seventh) and Reimbursement of Expenses of Dinsmore & Shohl LLP for the period September 1, 2015 to September 30, 2015 Filed by Dinsmore & Shohl LLP | 0.10 | 60.75 | B110 |
| 10/22/15 | J.K. Edelson | Review docket, correspondence with L. Suprum regarding deadlines. | 0.20 | 80.10 | B110 |
| 10/23/15 | C.A. Ward | Review Order (SECOND CORRECTED) Sustaining Debtors' Fourth (4th) Omnibus (Non-Substantive) Objection to Claims | 0.10 | 60.75 | B310 |
| 10/23/15 | L.M. Suprum | Draft and file certificate of no objection regarding SRK first monthly fee application. Correspondence regarding same. | 0.60 | 148.50 | B160 |
| 10/26/15 | C.A. Ward | Review Motion for Payment of Administrative Expenses/Claims Filed by Department of Labor and Industry - UCTS | 0.10 | 60.75 | B310 |
| 10/26/15 | C.A. Ward | Review Certificate of No Objection Regarding Second Motion Extending the Exclusive Periods for the Filing of a Chapter 11 Plan and Solicitation and Acceptance Thereof | 0.10 | 60.75 | B320 |



# POLSINELLI

**Invoice Detail**

For Professional Services Through 10/31/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 16
November 23, 2015
Invoice No: 1231331

| 10/26/15 | C.A. Ward | Review Certificate of No Objection Regarding Sixth Monthly Application for Compensation and Reimbursement of Expenses of Dinsmore & Shohl LLP for the period August 1, 2015 to August 31, 2015 | 0.10 | 60.75 | B110 |
|---|---|---|---|---|---|
| 10/26/15 | J.K. Edelson | Review interim compensation order, correspondence with M. Linder regarding Jefferies fee applications. | 0.30 | 120.15 | B160 |
| 10/26/15 | J.K. Edelson | Review and file notice of appointment of director. | 0.20 | 80.10 | B400 |
| 10/26/15 | J.K. Edelson | Review Taylor eleventh post-closing designation of contracts. | 0.10 | 40.05 | B185 |
| 10/26/15 | L.M. Suprum | Attention to filing and service of Notice of Appointment of Post-Effective Date Director. Correspondence regarding same. | 0.30 | 74.25 | B400 |
| 10/27/15 | C.A. Ward | Review Eleventh Notice Regarding Designation as Post-Closing Transferred Contract and Assumption and Assignment Thereof | 0.10 | 60.75 | B185 |
| 10/27/15 | C.A. Ward | Correspondence with JKE re further supplemental Polsinelli disclosures for retention affidavit | 0.10 | 60.75 | B160 |
| 10/27/15 | C.A. Ward | Review Notice of Withdrawal of Eleventh Notice Regarding Designation as Post-Closing Transferred Contract and Assumption and Assignment Thereof | 0.10 | 60.75 | B185 |
| 10/27/15 | C.A. Ward | Review Order Further Extending the Exclusive Periods for the Filing of a Chapter 11 Plan and the Solicitation and Acceptance Thereof | 0.10 | 60.75 | B320 |
| 10/27/15 | C.A. Ward | Review First Notice of Satisfaction of Claim. Filed by SRC Liquidation Company | 0.10 | 60.75 | B310 |
| 10/27/15 | C.A. Ward | Review Amended Eleventh Notice Regarding Designation as Post-Closing Transferred Contract and Assumption and Assignment Thereof | 0.10 | 60.75 | B185 |


**POLSINELLI**

# Invoice Detail

For Professional Services Through 10/31/15

File No. 082033-493086

**Re: Standard Register Bankruptcy**

Page 17
November 23, 2015
Invoice No: 1231331

| | | | | | |
|---|---|---|---|---|---|
| 10/27/15 | J.K. Edelson | Correspondence with C. Ward regarding supplemental declaration. | 0.10 | 40.05 | B160 |
| 10/27/15 | J.K. Edelson | Review Jefferies final fee application, correspondence with co-counsel, M. Linder, and C. Ward. | 0.30 | 120.15 | B160 |
| 10/27/15 | J.K. Edelson | Review Taylor amended designation of contracts. | 0.10 | 40.05 | B185 |
| 10/27/15 | L.M. Suprum | Correspondence regarding filing Jefferies final fee application. | 0.10 | 24.75 | B160 |
| 10/28/15 | C.A. Ward | Review Monthly Staffing Report for Filing Period September 1, 2015 through September 30, 2015 Filed by McKinsey Recovery & Transformation Services U.S., LLC | 0.10 | 60.75 | B210 |
| 10/28/15 | C.A. Ward | Review Final Application for Compensation for Services Rendered and Reimbursement of Expenses as Investment Banker to the Official Committee of Unsecured Creditors for the period from March 24, 2015 to July 31, 2015 Filed by Jefferies LLC | 0.10 | 60.75 | B160 |
| 10/28/15 | J.K. Edelson | Review, revise and file Jefferies final fee application. | 0.30 | 120.15 | B160 |
| 10/28/15 | J.K. Edelson | Correspondence with L. Suprum regarding fee applications. | 0.10 | 40.05 | B160 |
| 10/28/15 | L.M. Suprum | Draft Notice of Application for filing with Jefferies final fee application. Attention to filing and service of fee application. Various correspondence regarding same. | 0.90 | 222.75 | B160 |
| 10/29/15 | C.A. Ward | Review and comment on updated critical dates calendar of pending dates and deadlines, various correspondence re same | 0.10 | 60.75 | B400 |
| 10/29/15 | C.A. Ward | Review UST comments to Polsinelli second interim fee application and correspondence re same | 0.10 | 60.75 | B110 |



# Invoice Detail

For Professional Services Through 10/31/15

File No. 082033-493086

**Re: Standard Register Bankruptcy**

Page 18

November 23, 2015

Invoice No: 1231331

| Date | Timekeeper | Description | Hours | Amount | Code |
|------|-----------|-------------|-------|--------|------|
| 10/29/15 | C.A. Ward | Review Motion to Approve Compromise under Rule 9019 Approving the Wind-Down Settlement Filed by SRC Liquidation Company | 0.10 | 60.75 | B190 |
| 10/29/15 | C.A. Ward | Review Certificate of No Objection (No Order Required) Regarding Monthly Application for Compensation (Seventh) for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the period from September 1, 2015 to September 30, 2015 | 0.10 | 60.75 | B110 |
| 10/29/15 | J.K. Edelson | Correspondence with C. Ward and U.S. Trustee regarding Polsinelli second interim fee application. | 0.20 | 80.10 | B150 |
| 10/29/15 | J.K. Edelson | Review docket, critical dates, correspondence with C. Ward and L. Suprum regarding deadlines. | 0.20 | 80.10 | B110 |
| 10/29/15 | J.K. Edelson | Correspondence with W. Jung and L. Suprum regarding Lowenstein fee applications. | 0.10 | 40.05 | B160 |
| 10/29/15 | J.K. Edelson | Review and file CNO regarding Lowenstein September monthly fee application. | 0.20 | 80.10 | B160 |
| 10/29/15 | J.K. Edelson | Review 9019 motion regarding wind-down settlement. | 0.30 | 120.15 | B400 |
| 10/29/15 | J.K. Edelson | Review Debtors' motion to modify Williams Marston retention application. | 0.20 | 80.10 | B160 |
| 10/29/15 | L.M. Suprum | Draft and file certificate of no objection regarding Lowenstein's seventh monthly fee application. Correspondence regarding same. | 0.40 | 99.00 | B160 |
| 10/29/15 | L.M. Suprum | Review docket, update critical dates memo and distribute. Attention to calendaring new deadlines. | 1.20 | 297.00 | B110 |
| 10/30/15 | C.A. Ward | Review Twelfth Notice Regarding Designation as Post-Closing Transferred Contract and Assumption and Assignment Thereof Filed by Taylor Corporation | 0.10 | 60.75 | B185 |



**Invoice Detail**

For Professional Services Through 10/31/15

File No. 082033-493086

**Re: Standard Register Bankruptcy**

Page 19

November 23, 2015

Invoice No: 1231331

| | | | | | |
|---|---|---|---|---|---|
| 10/30/15 | C.A. Ward | Review and consider Debtor-In-Possession Monthly Operating Report for Filing Period August 31, 2015 through September 27, 2015 Filed by SRC Liquidation Company | 0.10 | 60.75 | B210 |
| 10/30/15 | J.K. Edelson | Correspondence with L. Suprum regarding hearings. | 0.10 | 40.05 | B400 |
| 10/30/15 | J.K. Edelson | Review notice of abandonment of de minimis assets. | 0.10 | 40.05 | B130 |
| 10/30/15 | J.K. Edelson | Review Debtors' monthly operating report for August - September. | 0.20 | 80.10 | B110 |
| 10/30/15 | J.K. Edelson | Review CareSource limited objection to confirmation. | 0.20 | 80.10 | B320 |
| 10/30/15 | J.K. Edelson | Review CareSource complaint against Debtors. | 0.20 | 80.10 | B190 |
| | | Total Professional Services | | $16,459.20 | |



**Invoice Detail**

Page 20
November 23, 2015
Invoice No: 1231331

For Professional Services Through 10/31/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

## Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| C.A. Ward | 9.50 | 607.50 | $5,771.25 |
| J.K. Edelson | 18.90 | 400.50 | 7,569.45 |
| L.M. Suprum | 12.60 | 247.50 | 3,118.50 |
| **Total Professional Charges** | **41.00** | | **$16,459.20** |

## Task Code Summary

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 4.80 | $1,567.80 |
| B130 | Asset Disposition | 0.40 | 180.90 |
| B140 | Relief From Stay/adequate Protection Proceedings | 0.20 | 121.50 |
| B150 | Meetings Of & Communications With Creditors Or The | 1.70 | 784.35 |
| B160 | Employment/fee Applications | 21.90 | 7,977.15 |
| B185 | Assumption/rejection Of Leases & Contracts | 1.10 | 585.45 |
| B190 | Litigation Contested Matters(excl Assump/rejection | 1.70 | 867.15 |
| B210 | Business Operations | 0.60 | 343.80 |
| B230 | Financing & Cash Collateral | 0.20 | 121.50 |
| B310 | Claims Administration & Objections | 2.30 | 1,293.75 |
| B320 | Plan & Disclosure Statement (Including Business Pl | 0.80 | 423.90 |
| B400 | Bankruptcy-related Advice | 5.30 | 2,191.95 |
| | **Total Professional Charges** | **41.00** | **$16,459.20** |

## Disbursements

| Date | Description | Amount |
|---|---|---|
| 08/04/15 | Deliveries Reliable Wilmington hand delivery courier service- Judge Shannon | $7.50 |
| 09/30/15 | Miscellaneous Telephonic Appearance A7173206 | 30.00 |
| 09/30/15 | Miscellaneous Telephonic Appearance A7173201 | 30.00 |
| | **Total Disbursements** | **$67.50** |

Total Disbursements      67.50

**Total Current Charges Due**      **$16,526.70**

# EXHIBIT E



## <u>Polsinelli PC Bankruptcy Project Codes</u>

| <u>CATEGORY</u> | <u>PROJECT CODE</u> |
|---|---|
| **ASSET ANALYSIS & RECOVERY** | 1 |
| **BUSINESS OPERATIONS/CORPORATE MATTERS** | 2 |
| **TRUSTEE REPORTING/OPERATING REPORTS** | 3 |
| **REVIEW OF PLEADINGS** | 4 |
| **USE, SALE OR ABANDONMENT OF PROPERTY** | 5 |
| **CREDITORS' COMMITTEE ISSUES** | 6 |
| **CREDITOR INQUIRIES** | 7 |
| **CLAIMS ADMINISTRATION** | 8 |
| **CASE ADMINISTRATION** | 9 |
| **EXECUTORY CONTRACTS/LEASES** | 10 |
| **PLAN/DISCLOSURE STATEMENT** | 11 |
| **DIP FINANCING/CASH COLLATERAL** | 12 |
| **LITIGATION/ADVERSARY PROCEEDINGS** | 13 |
| **PS RETENTION & FEE APPLICATIONS** | 14 |
| **RETENTION & FEE APPLICATIONS OF OTHER PROFESSIONALS** | 15 |
| **COURT HEARINGS, MEDIATIONS & ARBITRATIONS** | 16 |
| **NON-WORKING TRAVEL** | 17 |
| **STAY RELIEF MATTERS** | 18 |