## EXHIBIT B

The Standard Register Company
Attn: Gerard D. Sowar, Esq.
600 Albany Street
Dayton, OH  45408


DISBURSEMENTS
90441-00012

---

| COSTS/CHARGES | TOTAL |
|---|---|
| DATA LINE CHARGE | $   16.00 |
| IN HOUSE DUPLICATION | 7.10 |
| ON-LINE RESEARCH (LEXIS) | 588.80 |
| ON-LINE RESEARCH (WESTLAW) | 505.34 |
| ON-LINE RESEARCH NEXIS - MAIN | 342.00 |
| POSTAGE | 4.16 |
| TELEPHONE CHARGES | 127.42 |
| TRAVEL - AIR & RAIL | 1,026.00 |
| TRAVEL - PARKING | 27.00 |
| TRAVEL - TAXI & OTHER MODES/MILES | 63.40 |

**Total Costs/Charges** 2,707.22


**BALANCE DUE** $   2,707.22

DISBURSEMENTS
90441-00012

_____

Detail Costs/Charges:
<u>Data Line Charge</u>

| 09/20/15 | 8.00 | VENDOR: JEREMY GRAVES INVOICE#: 0997783011052003 DATE: 9/21/2015  INTERNET CHARGES/SOUTHWEST/ATTEND OMNIBUS HEARING |

| 09/21/15 | 8.00 | VENDOR: JEREMY GRAVES INVOICE#: 0997783011052003 DATE: 9/21/2015  INTERNET CHARGES/SOUTHWEST/ATTEND OMNIBUS HEARING |

<u>In House Duplication</u>

| 11/04/15 | 4.40 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 11/04/15 |
| 11/10/15 | 2.60 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 11/10/15 |
| 11/13/15 | 0.10 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 11/13/15 |

<u>On-Line Research (Lexis)</u>

| 11/02/15 | 92.00 | GRAVES, JEREMY  L | 11/02/15 | 90441-00012 | LEXIS | RESEARCH |
| 11/03/15 | 92.00 | GRAVES, JEREMY  L | 11/03/15 | 90441-00012 | LEXIS | RESEARCH |
| 11/04/15 | 331.20 | GRAVES, JEREMY  L | 11/04/15 | 90441-00012 | LEXIS | RESEARCH |
| 11/05/15 | 73.60 | GRAVES, JEREMY  L | 11/05/15 | 90441-00012 | LEXIS | RESEARCH |

<u>On-Line Research (Westlaw)</u>

| 11/16/15 | 505.34 | GLOVER,CHELSEA G | 11/16/15 | 90441-00013 | WESTLAW | RESEARCH AND PRINTING CHARGES |

<u>On-Line Research Nexis - Main</u>

| 11/03/15 | 150.00 | BOUSLOG, MATTHEW | 11/03/15 | 90441-00012 | NEXIS | RESEARCH |
| 11/04/15 | 192.00 | GRAVES, JEREMY  L | 11/04/15 | 90441-00012 | NEXIS | RESEARCH |

Postage

| | | |
|---|---|---|
| 11/13/15 | 2.08 | POSTAGE/MEREDITH E. WERNER, ESQ (M. ROSENTH) |
| 11/13/15 | 2.08 | POSTAGE/GARY V. DIXON, ESQ. (M. ROSENTH) |

Telephone Charges

| | | |
|---|---|---|
| 10/12/15 | 5.83 | VENDOR: INTERCALL INVOICE#: US27036610172015 DATE: 10/17/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 10/12/15 | 2.45 | VENDOR: INTERCALL INVOICE#: US27036610172015 DATE: 10/17/2015  CONFERENCING SERVICES BY MATTHEW BOUSLOG |
| 10/14/15 | 1.17 | VENDOR: INTERCALL INVOICE#: US27036610172015 DATE: 10/17/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 10/19/15 | 1.76 | VENDOR: INTERCALL INVOICE#: US270366102415 DATE: 10/24/2015  CONFERENCING SERVICES BY MICHAEL ROSENTHAL |
| 10/19/15 | 1.43 | VENDOR: INTERCALL INVOICE#: US270366102415 DATE: 10/24/2015  CONFERENCING SERVICES BY MATTHEW BOUSLOG |
| 10/19/15 | 5.69 | VENDOR: INTERCALL INVOICE#: US270366102415 DATE: 10/24/2015  CONFERENCING SERVICES BY MATTHEW BOUSLOG |
| 10/22/15 | 1.40 | VENDOR: INTERCALL INVOICE#: US270366102415 DATE: 10/24/2015  CONFERENCING SERVICES BY MATTHEW BOUSLOG |
| 10/26/15 | 1.02 | VENDOR: INTERCALL INVOICE#: US1743124695 DATE: 10/31/2015 CONFERENCING SERVICES BY MATTHEW BOUSLOG |
| 10/26/15 | 1.97 | VENDOR: INTERCALL INVOICE#: US1743124695 DATE: 10/31/2015 CONFERENCING SERVICES BY MATTHEW BOUSLOG |
| 10/26/15 | 2.34 | VENDOR: INTERCALL INVOICE#: US1743124695 DATE: 10/31/2015 CONFERENCING SERVICES BY MATTHEW BOUSLOG |
| 10/28/15 | 13.55 | VENDOR: INTERCALL INVOICE#: US1743124695 DATE: 10/31/2015 CONFERENCING SERVICES BY MATTHEW BOUSLOG |
| 10/29/15 | 1.22 | VENDOR: INTERCALL INVOICE#: US1743124695 DATE: 10/31/2015 |

CONFERENCING SERVICES BY MATTHEW BOUSLOG

| | | | |
|---|---|---|---|
| 10/29/15 | 2.09 | VENDOR: INTERCALL INVOICE#: US1743124695 DATE: 10/31/2015 CONFERENCING SERVICES BY MATTHEW BOUSLOG | |
| 11/02/15 | 10.26 | 1(302)576-3592 | 11/02/2015 WILMINGTON DE |
| 11/03/15 | 2.28 | 1(937)221-1478 | 11/03/2015 DAYTON    OH |
| 11/03/15 | 1.14 | 1(302)576-3592 | 11/03/2015 WILMINGTON DE |
| 11/04/15 | 8.36 | 1(302)576-3592 | 11/04/2015 WILMINGTON DE |
| 11/04/15 | 3.04 | 1(469)221-5075 | 11/04/2015 DALLAS    TX |
| 11/04/15 | 2.28 | 1(302)576-3592 | 11/04/2015 WILMINGTON DE |
| 11/04/15 | 8.36 | 1(614)628-4433 | 11/04/2015 COLUMBUS   OH |
| 11/05/15 | 2.66 | 1(781)775-3130 | 11/05/2015 WALTHAM    MA |
| 11/09/15 | 1.52 | 1(212)418-3229 | 11/09/2015 NEW YORK   NY |
| 11/10/15 | 2.28 | 1(781)775-3130 | 11/10/2015 WALTHAM    MA |
| 11/10/15 | 4.94 | 1(302)576-3592 | 11/10/2015 WILMINGTON DE |
| 11/10/15 | 14.82 | 1(781)775-3130 | 11/10/2015 WALTHAM    MA |
| 11/11/15 | 2.28 | 1(302)576-3592 | 11/11/2015 WILMINGTON DE |
| 11/12/15 | 5.32 | 1(513)977-8655 | 11/12/2015 CINCINNATI OH |
| 11/17/15 | 3.80 | 1(781)444-3284 | 11/17/2015 NEEDHAM    MA |
| 11/17/15 | 3.04 | 1(302)576-3592 | 11/17/2015 WILMINGTON DE |

**Due and Payable Upon Receipt**

| 11/17/15 | 1.52 | 1(937)271-7485 | 11/17/2015 DAYTON    OH |
| 11/17/15 | 2.66 | 1(513)977-8655 | 11/17/2015 CINCINNATI OH |
| 11/17/15 | 4.94 | 1(614)628-4433 | 11/17/2015 COLUMBUS   OH |

Travel - Air & Rail

| 09/20/15 | 1,026.00 | VENDOR: JEREMY GRAVES INVOICE#: 0997783011052003 DATE: 9/21/2015  JEREMY GRAVES/AIRFARE/5262143297102/09/20/2015 - 09/21/2015 DENVER, CO TO PHILADELPHIA, PA/ATTEND OMNIBUS HEARING |

Travel - Parking

| 09/21/15 | 27.00 | VENDOR: JEREMY GRAVES INVOICE#: 0997783011052003 DATE: 9/21/2015  PARKING/DENVER, CO/ATTEND OMNIBUS HEARING |

Travel - Taxi & Other Modes/Miles

| 09/20/15 | 36.12 | VENDOR: JEREMY GRAVES INVOICE#: 0997783011052003 DATE: 9/21/2015  CAB FARE/PHILADELPHIA, PA/ATTEND OMNIBUS HEARING |
| 09/21/15 | 14.11 | VENDOR: JEREMY GRAVES INVOICE#: 0997783011052003 DATE: 9/21/2015  CAB FARE/PHILADELPHIA, PA/ATTEND OMNIBUS HEARING |
| 09/21/15 | 13.17 | VENDOR: JEREMY GRAVES INVOICE#: 0997783011052003 DATE: 9/21/2015  MILEAGE (22.91)/ATTEND OMNIBUS HEARING |