**<u>EXHIBIT C</u>**

**BUDGETED AMOUNT**

**November**

**$350,000.00**

**PROFESSIONAL RATES**

**November**

| | |
|---|---|
| Rosenthal, Michael A. | $1,175.00 |
| Graves, Jeremy Lee | $755.00 |
| Bouslog, Matthew G. | $625.00 |
| Other Restructering/Transactional | $750.00 |
| Other Litigation | $650.00 |
| Amponsah, Duke K. | $395.00 |

**BUDGETED HOURS**

**November**

| | |
|---|---|
| Rosenthal, Michael A. | 120 |
| Graves, Jeremy Lee | 90 |
| Bouslog, Matthew G. | 140 |
| Other Restructering/Transactional | 50 |
| Other Litigation | 13 |
| Amponsah, Duke K. | 20 |
| **TOTAL** | **433** |

**BUDGETED FEES**

**November**

| | |
|---|---|
| Rosenthal, Michael A. | $141,000.00 |
| Graves, Jeremy Lee | $67,950.00 |
| Bouslog, Matthew G. | $87,500.00 |
| Other Restructering/Transactional | $37,500.00 |
| Other Litigation | $8,150.00 |
| Amponsah, Duke K. | $7,900.00 |
| **TOTAL** | **$350,000.00** |

**BUDGETED EXPENSES**

**November**

$15,000

**TOTAL FEES & EXPENSES**          **$365,000.00**