# EXHIBIT A

<u>**EXHIBIT A**</u>
Professional Services rendered by Lowenstein Sandler LLP, through November 19, 2015

In re: Chapter 11

## I.  SUMMARY OF TIME CHARGES AND HOURLY RATES

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Berger, John L. | 1984 | Partner/Tax | 1.20 | $705.00 | $846.00 |
| Graw, Andrew E. | 1984 | Partner/Tax | 0.60 | $805.00 | $483.00 |
| Henry, Christopher C. | 1998 | Partner/Corporate | 2.30 | $820.00 | $1,886.00 |
| Jung, Wojciech F. | 2003 | Partner/Bankruptcy | 39.50 | $635.00 | $25,082.50 |
| Kizel, Paul | 1982 | Partner/Bankruptcy | 11.10 | $750.00 | $8,325.00 |
| Levine, Sharon L. | 1983 | Partner/Bankruptcy | 17.10 | $880.00 | $15,048.00 |
| Wiwi, Amy K. | 2002 | Partner/Litigation | 1.00 | $650.00 | $650.00 |
| De Leo, Anthony | 2013 | Associate/Bankruptcy | 10.90 | $360.00 | $3,924.00 |
| Janowitz, Keith | N/A | Paralegal/Corporate | 1.70 | $260.00 | $442.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 0.60 | $210.00 | $126.00 |
| **TOTAL FEES** | | | **86.00** | | **$56,812.50** |
| **Attorney Blended Rate** | | | | | **$671.98** |

TIME DETAIL:

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| **B100 - Administration** | | | | | |
| **B110 Case Administration** | | | | | |
| B110 | 11/12/15 | AD | Review pleadings for critical dates and deadlines | 0.20 | $72.00 |
| B110 | 11/12/15 | AD | Update critical dates memorandum | 0.20 | 72.00 |
| B110 | 11/12/15 | SLL | Review critical dates memorandum | 0.10 | 88.00 |
| B110 | 11/13/15 | AD | Circulate critical date memorandum to LS team | 0.10 | 36.00 |
| B110 | 11/13/15 | SLL | Review critical dates memorandum | 0.10 | 88.00 |
| B110 | 11/17/15 | SLL | Review Notice of Agenda of Matters Scheduled for Hearing | 0.10 | 88.00 |
| B110 | 11/18/15 | SLL | Review Notice of Agenda of Matters Scheduled for Hearing | 0.10 | 88.00 |
| | | | **Total B110 - Case Administration** | 0.90 | $532.00 |
| **B130 Asset Disposition** | | | | | |
| B130 | 11/02/15 | PK | Review background information re Indiana real estate and potential impact on plan | 0.40 | 300.00 |
| B130 | 11/02/15 | SLL | Review memorandum re: Taylor's Do Not Sue List | 0.20 | 176.00 |
| B130 | 11/02/15 | WFJ | Correspondence with Debtor' and Taylor's counsel re Do Not Sue List and assumed contracts and leases | 0.60 | 381.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B130 | 11/18/15 | PK | Review e-mail from W. Jung re: Indiana real estate sale status | 0.20 | 150.00 |
| B130 | 11/18/15 | WFJ | Call with Debtors' counsel re Indiana property and related matters | 0.40 | 254.00 |
| B130 | 11/18/15 | WFJ | Correspondence with Debtors' and Taylor's counsel re side letters to MSA | 0.40 | 254.00 |
| | | | **Total B130 - Asset Disposition** | 2.20 | $1,515.00 |

<u>B140 Relief from Stay/Adequate Protection Proceedings</u>

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B140 | 11/10/15 | SLL | Review Georgia-Pacific Consumer Products LP's Notice of Withdrawal of Motion for Relief from the Automatic Stay | 0.10 | 88.00 |
| | | | **Total B140 - Relief from Stay/Adequate Protection Proceedings** | 0.10 | $88.00 |

<u>B150 Meetings of and Communication with Creditors</u>

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B150 | 11/02/15 | AD | Draft email to Committee members re: recently filed pleadings | 0.40 | 144.00 |
| B150 | 11/02/15 | SLL | Review correspondence from committee member re: committee resignation | 0.10 | 88.00 |
| B150 | 11/02/15 | SLL | Review and revise committee status report | 0.20 | 176.00 |
| B150 | 11/02/15 | WFJ | Correspondence with M. Costello re JDS Graphics claims | 0.20 | 127.00 |
| B150 | 11/02/15 | WFJ | Call with Zolfo re transition issues post effective date | 0.30 | 190.50 |
| B150 | 11/03/15 | WFJ | Memo to Committee re plan update and next steps | 0.70 | 444.50 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B150 | 11/04/15 | SLL | Review memorandum re: committee member resignation | 0.20 | 176.00 |
| B150 | 11/04/15 | SLL | Review correspondence from M. Kenney re: committee member resignation | 0.10 | 88.00 |
| B150 | 11/04/15 | SLL | Draft correspondence to M. Kenney re: committee member resignation | 0.10 | 88.00 |
| B150 | 11/04/15 | WFJ | Correspondence with S. Levine re committee membership | 0.20 | 127.00 |
| B150 | 11/05/15 | AD | Draft email to Committee members re: recently filed pleadings | 0.30 | 108.00 |
| B150 | 11/05/15 | PK | Review committee update report | 0.20 | 150.00 |
| B150 | 11/05/15 | SLL | Review and revise committee status report | 0.10 | 88.00 |
| B150 | 11/05/15 | WFJ | Memo to Committee re update | 0.40 | 254.00 |
| B150 | 11/05/15 | WFJ | E-mails with JDS Graphics re status of contract | 0.20 | 127.00 |
| B150 | 11/06/15 | WFJ | Committee call re case update | 0.40 | 254.00 |
| B150 | 11/11/15 | WFJ | Call from creditor re update | 0.20 | 127.00 |
| B150 | 11/12/15 | AD | Draft email to committee re: recently filed pleadings | 0.40 | 144.00 |
| B150 | 11/12/15 | PK | Review update report to committee | 0.20 | 150.00 |
| B150 | 11/12/15 | SLL | Review and revise committee status report | 0.10 | 88.00 |
| B150 | 11/12/15 | WFJ | Memo to Committee re case update | 0.30 | 190.50 |
| B150 | 11/13/15 | SLL | Review correspondence from committee member re: confirmation order | 0.20 | 176.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B150 | 11/13/15 | WFJ | Correspondence with Committee members re plan update | 0.40 | 254.00 |
| B150 | 11/19/15 | AD | Draft email to committee re: plan confirmation and other issues | 0.60 | 216.00 |
| B150 | 11/19/15 | PK | Review e-mail to committee re: tomorrow's committee call and LS invoice | 0.20 | 150.00 |
| B150 | 11/19/15 | SLL | Review and revise committee status report | 0.10 | 88.00 |
| B150 | 11/19/15 | WFJ | Memo to Committee re update in case | 0.30 | 190.50 |

|  |  |  | **Total B150 - Meetings of and Communication with Creditors** | 7.10 | $4,404.00 |

B160 Fee/Employment Applications

| B160 | 11/13/15 | EBL | Prepare Lowenstein's October 2015 monthly fee application | 0.60 | 126.00 |
| B160 | 11/13/15 | WFJ | Review and revise October fee application | 0.60 | 381.00 |

|  |  |  | **Total B160 - Fee/Employment Applications** | 1.20 | $507.00 |

B165 Employment and Retention Applications - Others

| B165 | 11/15/15 | WFJ | Correspondence with B. Lawler re October fee application | 0.10 | 63.50 |
| B165 | 11/17/15 | SLL | Review Order  Modifying that Certain Order Authorizing the Retention and Employment of WilliamsMarston LLC, to Authorize the Appointment of Landen C. Williams as Interim President and Chief Executive Officer Nunc Pro Tunc to October 28, 2015 | 0.10 | 88.00 |
| B165 | 11/18/15 | SLL | Review Amended Notice of Appointment of Post-Effective Date Manager and Representative | 0.10 | 88.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| | | | **Total B165 - Employment and Retention Applications - Others** | 0.30 | $239.50 |

B175 Fee Applications and Invoices - Others

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B175 | 11/09/15 | SLL | Review correspondence from J. Edelson re: second interim fee applications | 0.10 | 88.00 |
| B175 | 11/09/15 | WFJ | Correspondence with local counsel re fee applications | 0.20 | 127.00 |
| B175 | 11/11/15 | WFJ | Review second omnibus order (.2) and correspondence with L. Suprum re same (.1) | 0.30 | 190.50 |
| B175 | 11/16/15 | SLL | Review Lowenstein Sandler's Eighth Monthly Fee Application | 0.20 | 176.00 |
| B175 | 11/16/15 | WFJ | Review certificate of counsel re second interim fee order | 0.10 | 63.50 |
| B175 | 11/16/15 | WFJ | Correspondence with UST re October fee statement | 0.20 | 127.00 |
| B175 | 11/17/15 | WFJ | Correspondence with J. Edelson re Jefferies' final fee order | 0.10 | 63.50 |
| B175 | 11/19/15 | SLL | Review Order Granting Second Interim Application of Polsinelli PC as Delaware Bankruptcy Counsel and Conflicts Counsel for the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred for the Period of June 1, 1015 Through September 30, 2015 | 0.10 | 88.00 |
| B175 | 11/19/15 | SLL | Review Order Approving Final Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Investment Banker to the Official Committee of Unsecured Creditors for the Period From March 24, 2015 Through July 31, 2015 | 0.10 | 88.00 |
| | | | **Total B175 - Fee Applications and Invoices - Others** | 1.40 | $1,011.50 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B185 Assumption/Rejection of Leases and Contracts | | | | | |
| B185 | 11/02/15 | SLL | Review correspondence from M. Rosenthal re: assumed contracts | 0.20 | 176.00 |
| B185 | 11/03/15 | SLL | Review Notice Regarding Contract Deemed Rejected | 0.10 | 88.00 |
| B185 | 11/03/15 | WFJ | Review Notice Regarding Contract Deemed Rejected | 0.20 | 127.00 |
| B185 | 11/05/15 | WFJ | Review Objection to Assumption of Contrac Filed by Graphic Label Solutions | 0.20 | 127.00 |
| | | | **Total B185 - Assumption/Rejection of Leases and Contracts** | 0.70 | $518.00 |

B190 Other Contested Matters (excluding assumption/rejection motions)

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B190 | 11/02/15 | SLL | Telephone call with J. Graves re: environmental liability | 0.30 | 264.00 |
| B190 | 11/10/15 | SLL | Review memorandum re: Debtors' motion seeking to reject to CBAs | 0.20 | 176.00 |
| B190 | 11/10/15 | SLL | Review correspondence from M. Rosenthal re: Debtors' motion seeking to reject to CBAs | 0.10 | 88.00 |
| B190 | 11/12/15 | SLL | Review correspondence from M. Rosenthal re: discrimination lawsuits | 0.20 | 176.00 |
| B190 | 11/13/15 | SLL | Review memorandum re: State of Ohio Civil Rights Commission Charges | 0.20 | 176.00 |
| B190 | 11/13/15 | SLL | Review correspondence from M. Rosenthal re: State of Ohio Civil Rights Commission Charges | 0.10 | 88.00 |
| | | | **Total B190 - Other Contested Matters (excluding assumption/rejection motions)** | 1.10 | $968.00 |

B200 - Operations

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|

### B210 Business Operations

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B210 | 11/12/15 | AG | Review discrimination complaints, e-mails; conference with W. Jung re: same | 0.60 | 483.00 |
| B210 | 11/12/15 | SLL | Review revised operating agreement | 0.10 | 88.00 |
| B210 | 11/12/15 | WFJ | Correspondence with A. Wiwi re EEOC issue | 0.20 | 127.00 |
| B210 | 11/12/15 | WFJ | Correspondence with M. Rosenthal re age discrimination lawsuits (.4); review pleadings re same (.6); call with A. Wiwi re same (.2) | 1.20 | 762.00 |
| B210 | 11/13/15 | AKW | Review correspondence and civil rights filings in Ohio (.7); telephone calls and e-mails with W. Jung re: same (.3) | 1.00 | 650.00 |
| B210 | 11/13/15 | WFJ | Calls with A. Wiwi re Civil Rights claims | 0.30 | 190.50 |
| B210 | 11/13/15 | WFJ | Calls with M. Rosenthal re Civil Rights claims | 0.20 | 127.00 |
| | | | **Total B210 - Business Operations** | 3.60 | $2,427.50 |

### B300 - Claims and Plan

### B310 Claims Administration and Objections

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B310 | 11/01/15 | WFJ | E-mail from T. Webb re claims | 0.20 | 127.00 |
| B310 | 11/02/15 | SLL | Review Commonwealth of PA Department of Revenue Response to Debtors' Objection to Claim | 0.20 | 176.00 |
| B310 | 11/05/15 | SLL | Review New York State Department of Taxation and Finance Response in Opposition to Debtors' First Notice of Satisfaction of Claims | 0.10 | 88.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B310 | 11/05/15 | WFJ | Review Opposition to Debtors' First Notice of Satisfaction of Claims Filed by New York State Department of Taxation and Finance | 0.20 | 127.00 |
| B310 | 11/09/15 | SLL | Review Order Sustaining Debtors' Sixth (6th) Omnibus (Non-Substantive) Objection to Claims | 0.10 | 88.00 |
| B310 | 11/10/15 | SLL | Review Texas Comptroller of Public Accounts Response to Debtors' First Notice of Satisfaction of Claims | 0.20 | 176.00 |
| B310 | 11/12/15 | SLL | Review Debtors' Objection to Request for Payment of Administrative Expense Claim of the Department of Labor & Industry, Commonwealth of Pennsylvania | 0.10 | 88.00 |
| B310 | 11/17/15 | SLL | Review Order Sustaining Debtors' Objection to Claim of Pennsylvania Department of Revenue | 0.10 | 88.00 |
| B310 | 11/17/15 | WFJ | Review Order Sustaining Debtors' Objection to Claim of Pennsylvania Department of Revenue | 0.10 | 63.50 |
| B310 | 11/19/15 | SLL | Review Certification of Counsel Regarding Second Order Sustaining Debtors' First (1st) Omnibus (Substantive) Objection to Claims | 0.10 | 88.00 |

|  |  |  | **Total B310 - Claims Administration and Objections** | 1.40 | $1,109.50 |

B320 Plan and Disclosure Statement (including Business Plan)

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B320 | 11/02/15 | AD | Conference to review plan objection | 0.60 | 216.00 |
| B320 | 11/02/15 | AD | Review plan and disclosure statement to develop objections thereto | 1.10 | 396.00 |
| B320 | 11/02/15 | AD | Revise objection to plan and disclosure statement | 2.40 | 864.00 |
| B320 | 11/02/15 | AD | Review recently filed pleadings in Debtors' cases re: plan | 0.50 | 180.00 |
| B320 | 11/02/15 | PK | Review e-mail to committee re plan process issues | 0.20 | 150.00 |

Standard Register Committee of Unsecured Creditors                                                    Page 10
Invoice No.: 756189                                                                        November 30, 2015

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B320 | 11/02/15 | PK | Review and comment on draft plan and DS objection if issues not resolved | 1.80 | 1,350.00 |
| B320 | 11/02/15 | PK | Telephone conference with debtors' counsel re: open plan issues | 0.60 | 450.00 |
| B320 | 11/02/15 | SLL | Review Texas Comptroller of Public Accounts Objection to Confirmation of Plan | 0.10 | 88.00 |
| B320 | 11/02/15 | SLL | Review PBGC Objection to Confirmation of Plan | 0.20 | 176.00 |
| B320 | 11/02/15 | SLL | Review correspondence from M. Rosenthal re: objection to plan confirmation | 0.10 | 88.00 |
| B320 | 11/02/15 | SLL | Review plan comments | 0.60 | 528.00 |
| B320 | 11/02/15 | SLL | Review Morgan Adhesives Company Limited Objection to Confirmation of Plan | 0.10 | 88.00 |
| B320 | 11/02/15 | SLL | Review further revised plan and disclosure statement objection | 0.80 | 704.00 |
| B320 | 11/02/15 | SLL | Review correspondence from J. Basham re: plan revision | 0.20 | 176.00 |
| B320 | 11/02/15 | SLL | Review UST's Limited Objection to Confirmation of Plan | 0.20 | 176.00 |
| B320 | 11/02/15 | SLL | Review memorandum re: plan and disclosure statement | 0.20 | 176.00 |
| B320 | 11/02/15 | SLL | Review International Paper Company Limited Objection to Confirmation of Plan | 0.10 | 88.00 |
| B320 | 11/02/15 | SLL | Review Bullet Line Limited Objection to Confirmation of Plan | 0.10 | 88.00 |
| B320 | 11/02/15 | SLL | Review Local Texas Tax Authorities Objection to Plan Confirmation | 0.10 | 88.00 |
| B320 | 11/02/15 | WFJ | Call with Debtors' counsel re plan and Indiana property | 1.10 | 698.50 |
| B320 | 11/02/15 | WFJ | Call with Debtors' counsel and P. Kizel re changes to plan | 0.60 | 381.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B320 | 11/02/15 | WFJ | Review multiple objections filed by creditors re confirmation of plan of liquidation | 1.20 | 762.00 |
| B320 | 11/02/15 | WFJ | Correspondence with Debtors' counsel re director post effective date | 0.20 | 127.00 |
| B320 | 11/03/15 | PK | Confer with W. Jung re: Indiana real estate and impact on plan if not sold | 0.20 | 150.00 |
| B320 | 11/03/15 | SLL | Review correspondence from M. Rosenthal re: preliminary voting results | 0.10 | 88.00 |
| B320 | 11/03/15 | SLL | Review committee's plan objection | 0.40 | 352.00 |
| B320 | 11/03/15 | SLL | Review correspondence from M. Rosenthal re: Committee's plan objection | 0.10 | 88.00 |
| B320 | 11/03/15 | WFJ | Correspondence with P. Kizel re Indiana property | 0.20 | 127.00 |
| B320 | 11/03/15 | WFJ | Correspondence with Debtors' counsel re voting results | 0.20 | 127.00 |
| B320 | 11/03/15 | WFJ | Prepare objection to plan (.3); correspondence with M. Rosenthal re same (.2) | 0.50 | 317.50 |
| B320 | 11/03/15 | WFJ | Call with M. Bouslog re directors of Mexican entities and open issues | 0.30 | 190.50 |
| B320 | 11/04/15 | SLL | Review correspondence from J. Basham re: proposed plan language | 0.10 | 88.00 |
| B320 | 11/04/15 | SLL | Review correspondence from M. Rosenthal re: objection to plan confirmation | 0.20 | 176.00 |
| B320 | 11/04/15 | WFJ | Correspondence with G. Sowar re post-effective date | 0.10 | 63.50 |
| B320 | 11/04/15 | WFJ | Call with M. Rosenthal et al re plan matters | 0.40 | 254.00 |
| B320 | 11/04/15 | WFJ | Call with Debtors' counsel re plan objections | 0.30 | 190.50 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Standard Register Committee of Unsecured Creditors
Invoice No.: 756189

Page 12
November 30, 2015

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B320 | 11/05/15 | AD | Review recently filed pleadings re: plan | 0.20 | 72.00 |
| B320 | 11/05/15 | WFJ | Call from creditor re plan voting | 0.20 | 127.00 |
| B320 | 11/06/15 | PK | Confer with W. Jung re: Indiana real estate status | 0.20 | 150.00 |
| B320 | 11/06/15 | SLL | Review correspondence from J. Graves re: plan comments | 0.20 | 176.00 |
| B320 | 11/06/15 | SLL | Review memorandum re: plan comments | 0.10 | 88.00 |
| B320 | 11/06/15 | WFJ | Correspondence with M. Bouslog re confirmation issues | 0.60 | 381.00 |
| B320 | 11/06/15 | WFJ | Correspondence with P. Kizel re plan changes | 0.20 | 127.00 |
| B320 | 11/06/15 | WFJ | Review certification of ballots | 0.20 | 127.00 |
| B320 | 11/09/15 | PK | Review draft revised confirmation order to circulate to debtor's counsel | 0.60 | 450.00 |
| B320 | 11/09/15 | SLL | Review draft confirmation order | 0.20 | 176.00 |
| B320 | 11/09/15 | WFJ | Correspondence with K. Hammond re Fierman's Fund's comments to plan | 0.30 | 190.50 |
| B320 | 11/09/15 | WFJ | Correspondence from M. Bouslog re confirmation order (.1); review and revise same (.7) | 0.80 | 508.00 |
| B320 | 11/10/15 | AD | Draft retention agreement for plan director | 1.50 | 540.00 |
| B320 | 11/10/15 | SLL | Review draft final decree | 0.10 | 88.00 |
| B320 | 11/10/15 | SLL | Review draft effective date notice | 0.10 | 88.00 |
| B320 | 11/10/15 | SLL | Review revised plan | 0.70 | 616.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B320 | 11/10/15 | SLL | Review correspondence form J. Graves re: amended plan | 0.10 | 88.00 |
| B320 | 11/10/15 | SLL | Review correspondence from M. Rosenthal re: PBGC objection | 0.20 | 176.00 |
| B320 | 11/10/15 | SLL | Review memorandum re: PBGC's plan objections | 0.20 | 176.00 |
| B320 | 11/10/15 | SLL | Review memorandum re: confirmation order | 0.10 | 88.00 |
| B320 | 11/10/15 | WFJ | Review and revise confirmation order (.9); correspondence with M. Bouslog re same (.2) | 1.10 | 698.50 |
| B320 | 11/10/15 | WFJ | Correspondence with M. Rosenthal and C. Morgan re PBGC and plan objection | 0.30 | 190.50 |
| B320 | 11/10/15 | WFJ | Correspondence with M. Rosenthal re CBA settlement | 0.20 | 127.00 |
| B320 | 11/11/15 | CCH | Review of Operating Agreement and discussion of same with W. Jung | 1.10 | 902.00 |
| B320 | 11/11/15 | PK | Review Silverpoint pleading in support of confirmation | 0.20 | 150.00 |
| B320 | 11/11/15 | PK | Review revised plan and related plan supplement documents | 1.50 | 1,125.00 |
| B320 | 11/11/15 | SLL | Review correspondence from J. Basham re: proposed plan language | 0.10 | 88.00 |
| B320 | 11/11/15 | SLL | Review memorandum re: final decree notice | 0.10 | 88.00 |
| B320 | 11/11/15 | SLL | Review memorandum re: notice of effective date | 0.10 | 88.00 |
| B320 | 11/11/15 | SLL | Review revised final decree | 0.10 | 88.00 |
| B320 | 11/11/15 | SLL | Review correspondence from M. Bouslog re: final decree | 0.10 | 88.00 |
| B320 | 11/11/15 | SLL | Review memorandum re: plan changes | 0.20 | 176.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Standard Register Committee of Unsecured Creditors
Invoice No.: 756189

Page 14
November 30, 2015

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B320 | 11/11/15 | SLL | Review correspondence from J. Graves re: amended plan | 0.10 | 88.00 |
| B320 | 11/11/15 | SLL | Review correspondence from M. Rosenthal re: plan changes | 0.10 | 88.00 |
| B320 | 11/11/15 | SLL | Review Statement Of Silver Point Finance, LLC In Support Of Confirmation Of First Amended Chapter 11 Plan Of Liquidation For SRC Liquidation Company And Its Affiliates | 0.20 | 176.00 |
| B320 | 11/11/15 | SLL | Review amended plan | 0.60 | 528.00 |
| B320 | 11/11/15 | SLL | Review Proposed Findings of Fact and Conclusions of Law | 0.40 | 352.00 |
| B320 | 11/11/15 | SLL | Review Debtors' Memorandum of Law in Support of (I) Approval of the Disclosure Statement and (II) Confirmation of the Second Amended Chapter 11 Plan | 0.50 | 440.00 |
| B320 | 11/11/15 | WFJ | Correspondence with M. Bouslog (.2) re effective date notice; review and revise same (.3) | 0.50 | 317.50 |
| B320 | 11/11/15 | WFJ | Correspondence with M. Bouslog (.2) re final decree; review and revise same (.3) | 0.50 | 317.50 |
| B320 | 11/11/15 | WFJ | Correspondence with A.Magaziner re effective date | 0.10 | 63.50 |
| B320 | 11/11/15 | WFJ | Correspondence with J. Graves changes to second amended plan (.8); review and comment on same (1.1) | 1.90 | 1,206.50 |
| B320 | 11/11/15 | WFJ | Review Silver Point's memorandum re plan confirmation | 0.30 | 190.50 |
| B320 | 11/11/15 | WFJ | Call (.3) and correspondence (.3) with C. Henry re new operating agreement | 0.60 | 381.00 |
| B320 | 11/11/15 | WFJ | E-mails with M. Rosenthal re PBGC objection et al | 0.20 | 127.00 |
| B320 | 11/11/15 | WFJ | Review CRO's declaration re confirmation | 0.40 | 254.00 |
| B320 | 11/11/15 | WFJ | Review Debtors' memorandum of law re confirmation | 0.50 | 317.50 |

Standard Register Committee of Unsecured Creditors

Invoice No.: 756189

Page 15

November 30, 2015

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B320 | 11/11/15 | WFJ | Review LLC operating agreement re conversion | 0.20 | 127.00 |
| B320 | 11/11/15 | WFJ | Review revised confirmation order and plan | 1.60 | 1,016.00 |
| B320 | 11/12/15 | AD | Revise agreement for appointment of J. Mitnick as post-effective date director | 1.40 | 504.00 |
| B320 | 11/12/15 | AD | Conferences to discuss issues re: agreement to appoint post-effective date director | 0.30 | 108.00 |
| B320 | 11/12/15 | AD | Review recently filed pleadings re: plan | 0.60 | 216.00 |
| B320 | 11/12/15 | CCH | Preparing revisions to Operating Agreement of SRC Liquidation LLC | 1.20 | 984.00 |
| B320 | 11/12/15 | SLL | Review correspondence from M. Rosenthal re: PBGC settlement | 0.10 | 88.00 |
| B320 | 11/12/15 | SLL | Telephone call with J. Graves re: plan changes | 0.10 | 88.00 |
| B320 | 11/12/15 | SLL | Review draft agreement governing the appointment of J. Mitnick as post-effective date directors | 0.30 | 264.00 |
| B320 | 11/12/15 | SLL | Review revised confirmation order | 0.30 | 264.00 |
| B320 | 11/12/15 | WFJ | Correspondence with A. DeLeo re new director under the plan | 0.20 | 127.00 |
| B320 | 11/12/15 | WFJ | Correspondence with M. Rosenthal re Taylor plan declaration | 0.20 | 127.00 |
| B320 | 11/12/15 | WFJ | Conference call with Debtors' counsel re plan issues and next steps | 0.70 | 444.50 |
| B320 | 11/12/15 | WFJ | Correspondence with C. Henry and Debtors' counsel re new operating agreement and changes to same | 0.40 | 254.00 |
| B320 | 11/12/15 | WFJ | Correspondence with Debtors' counsel re confirmation order | 0.20 | 127.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B320 | 11/13/15 | KJ | E-mail communications with W. Jung; confer with W. Jung re: dissolution | 0.20 | 52.00 |
| B320 | 11/13/15 | KJ | Telephone call to CSC; e-mail communications with CSC re: dissolution | 0.40 | 104.00 |
| B320 | 11/13/15 | KJ | Research re dissolution process in various jurisdictions | 1.10 | 286.00 |
| B320 | 11/13/15 | PK | Review communications between W. Jung and debtor's counsel re: revisions to operating agreement and dissolution of certain entities | 0.30 | 225.00 |
| B320 | 11/13/15 | PK | Attention to plan issue regarding ability to abandon certain property including review of e-mail exchanges with Debtors' counsel re: modification of plan and confirmation order provisions | 0.40 | 300.00 |
| B320 | 11/13/15 | SLL | Review memorandum re: dissolution | 0.20 | 176.00 |
| B320 | 11/13/15 | SLL | Review correspondence from M. Rosenthal re: dissolution | 0.10 | 88.00 |
| B320 | 11/13/15 | WFJ | Call with K. Janowitz and Debtors' Ohio counsel re dissolution of subsidiaries (.6); e-mails with Debtors' counsel re same (.3) | 0.90 | 571.50 |
| B320 | 11/13/15 | WFJ | Correspondence with Debtors' counsel re Signature Bank | 0.20 | 127.00 |
| B320 | 11/16/15 | SLL | Review correspondence from M. Rosenthal re: plan and confirmation order | 0.20 | 176.00 |
| B320 | 11/16/15 | SLL | Review marked plan | 0.30 | 264.00 |
| B320 | 11/16/15 | SLL | Review memorandum re: confirmation order | 0.20 | 176.00 |
| B320 | 11/16/15 | SLL | Review correspondence from J. Graves re: dissolution | 0.10 | 88.00 |
| B320 | 11/16/15 | WFJ | Multiple correspondence with Debtors' counsel re changes to plan and wind down matters | 0.70 | 444.50 |
| B320 | 11/16/15 | WFJ | Review latest changes to plan | 0.40 | 254.00 |

Standard Register Committee of Unsecured Creditors
Invoice No.: 756189

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B320 | 11/17/15 | AD | Draft amended notice of appointment of post-effective date director | 0.10 | 36.00 |
| B320 | 11/17/15 | JLB | Review tax document re: plan | 0.40 | 282.00 |
| B320 | 11/17/15 | JLB | E-mails from W. Jung; discussions with W. Jung re: plan | 0.50 | 352.50 |
| B320 | 11/17/15 | JLB | Conference call with W. Jung, Gibson Dunn re: plan | 0.30 | 211.50 |
| B320 | 11/17/15 | PK | Review revised draft confirmation order and final version of plan | 2.10 | 1,575.00 |
| B320 | 11/17/15 | PK | Review e-mail from debtors' counsel re: resolution of PBGC plan issue and withdrawal of rejection vote | 0.10 | 75.00 |
| B320 | 11/17/15 | PK | Review e-mail exchanges between debtor's counsel and LS re: finalizing plan confirmation issues | 0.50 | 375.00 |
| B320 | 11/17/15 | SLL | Review revised confirmation order | 0.10 | 88.00 |
| B320 | 11/17/15 | SLL | Review Certification of Ballots | 0.10 | 88.00 |
| B320 | 11/17/15 | SLL | Review correspondence from M. Rosenthal re: amended voting declaration | 0.10 | 88.00 |
| B320 | 11/17/15 | SLL | Review memorandum re: confirmation order | 0.20 | 176.00 |
| B320 | 11/17/15 | SLL | Review correspondence from M. Bouslog re: confirmation order | 0.10 | 88.00 |
| B320 | 11/17/15 | SLL | Review correspondence from J. Graves re: revised plan | 0.10 | 88.00 |
| B320 | 11/17/15 | SLL | Review memorandum re: plan comments | 0.10 | 88.00 |
| B320 | 11/17/15 | SLL | Review correspondence from M. Rosenthal re: plan comments | 0.10 | 88.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B320 | 11/17/15 | SLL | Review correspondence from M. Rosenthal re: dissolution | 0.10 | 88.00 |
| B320 | 11/17/15 | WFJ | Multiple correspondence with Debtors' counsel et al re changes to plan and confirmation order and effective date notice | 1.80 | 1,143.00 |
| B320 | 11/17/15 | WFJ | Draft changes to plan and confirmation order | 0.80 | 508.00 |
| B320 | 11/17/15 | WFJ | Correspondence with Debtors' counsel re PBGC | 0.20 | 127.00 |
| B320 | 11/17/15 | WFJ | Review amended Certification of Ballots | 0.10 | 63.50 |
| B320 | 11/17/15 | WFJ | Correspondence with A. DeLeo re Committee's statement re plan | 0.30 | 190.50 |
| B320 | 11/17/15 | WFJ | Call with Debtors' counsel re dissolution of entities on effective date (.6); call with J. Berger re same (.4) | 1.00 | 635.00 |
| B320 | 11/18/15 | PK | Review final version of plan | 0.40 | 300.00 |
| B320 | 11/18/15 | PK | Review final form of order | 0.80 | 600.00 |
| B320 | 11/18/15 | SLL | Review Amended Chapter 11 Plan of Liquidation | 0.30 | 264.00 |
| B320 | 11/18/15 | WFJ | Correspondence with Debtors' counsel re revised plan and confirmation order (.3); review same (.7) | 1.00 | 635.00 |
| B320 | 11/18/15 | WFJ | Correspondence with Debtors' counsel re environmental testing | 0.20 | 127.00 |
| B320 | 11/18/15 | WFJ | Correspondence with J. Edelson re amended notice re representative of effective date debtors | 0.20 | 127.00 |
| B320 | 11/19/15 | SLL | Review memorandum re: confirmation order | 0.20 | 176.00 |
| B320 | 11/19/15 | SLL | Review Proposed Findings of Fact, Conclusions of Law, and Order Confirming Debtors Second Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and Its Affiliates | 0.40 | 352.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B320 | 11/19/15 | WFJ | Review revised drafts of confirmation order | 0.60 | 381.00 |
| B320 | 11/19/15 | WFJ | Review final confirmation order | 0.30 | 190.50 |
| B320 | 11/19/15 | WFJ | Prepare for confirmation hearing | 2.60 | 1,651.00 |
| B320 | 11/19/15 | WFJ | Attend confirmation hearing | 0.70 | 444.50 |
| B320 | 11/19/15 | WFJ | Multiple correspondence with Debtors' counsel et al re confirmation and IN real estate matters | 0.60 | 381.00 |

**Total B320 - Plan and Disclosure Statement (including Business Plan)**     66.00     $43,492.50

**Timekeeper Summary** (by Task):

| Task | Task Description | Hours | Fees |
|------|-----------------|-------|------|
| B110 | Case Administration | 0.90 | $532.00 |
| B130 | Asset Disposition | 2.20 | $1,515.00 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 0.10 | $88.00 |
| B150 | Meetings of and Communication with Creditors | 7.10 | $4,404.00 |
| B160 | Fee/Employment Applications | 1.20 | $507.00 |
| B165 | Employment and Retention Applications - Others | 0.30 | $239.50 |
| B175 | Fee Applications and Invoices - Others | 1.40 | $1,011.50 |
| B185 | Assumption/Rejection of Leases and Contracts | 0.70 | $518.00 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 1.10 | $968.00 |
| B210 | Business Operations | 3.60 | $2,427.50 |
| B310 | Claims Administration and Objections | 1.40 | $1,109.50 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 66.00 | $43,492.50 |
|  | **Total** | **86.00** | **$ 56,812.50** |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**