# EXHIBIT B

**EXHIBIT B**

**Actual and necessary disbursements incurred by Lowenstein Sandler LLP**

**II.  Summary of Disbursement Charges**

| | |
|---|---:|
| Computerized legal research | $168.00 |
| Telecommunications | $72.08 |
| Travel | $1,411.00 |
| **Total Disbursements** | **$1,651.08** |

The above charges are based upon time and expense records available on or about the date of the attached letter.  Such records are believed in good faith to be accurate and substantially up to date, but there may be fees and expenses that have not been processed as of such date which Lowenstein Sandler LLP may submit in the future.  Lowenstein Sandler LLP reserves the right to amend this monthly statement at a later date.

**DISBURSEMENT DETAIL:**

| Date | Description | Amount |
|------|-------------|--------|
| 10/02/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19798259 DATE: 10/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | $3.20 |
| 10/02/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19798259 DATE: 10/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 1.29 |
| 10/02/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19798259 DATE: 10/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 3.61 |
| 10/02/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19798259 DATE: 10/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 0.84 |
| 10/02/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19798259 DATE: 10/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 4.10 |
| 10/02/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19798259 DATE: 10/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 0.21 |
| 10/02/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19798259 DATE: 10/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 11.24 |
| 10/09/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19798259 DATE: 10/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 4.10 |
| 10/09/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19798259 DATE: 10/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 0.21 |
| 10/09/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19798259 DATE: 10/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 3.10 |
| 10/09/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19798259 DATE: 10/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 1.38 |
| 10/16/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19798259 DATE: 10/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 4.10 |
| 10/16/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19798259 DATE: 10/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 0.22 |
| 10/16/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19798259 DATE: 10/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 12.27 |
| 10/23/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19798259 DATE: 10/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 4.14 |
| 10/23/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19798259 DATE: 10/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 0.16 |
| 10/23/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19798259 DATE: 10/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 4.14 |
| 10/23/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19798259 DATE: 10/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 0.16 |
| 10/30/15 | Long distance telephone - External  VENDOR: Premiere | 8.82 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

Standard Register Committee of Unsecured Creditors

Invoice No.: 756189

Page 24

November 30, 2015

| Date | Description | Amount |
|---|---|---:|
| | Global Services INVOICE#: 19798259 DATE: 10/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | |
| 10/30/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19798259 DATE: 10/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 1.67 |
| 10/30/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19798259 DATE: 10/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 3.12 |
| 10/12/15 | Amtrak Rail travel  VENDOR: American Express/Trv. INVOICE#: 102815-1 DATE: 11/3/2015 Ticket #: 0667746894; Route: ; Date: ; LTS #: 171563 | 39.00 |
| 10/13/15 | Amtrak Rail travel  VENDOR: American Express/Trv. INVOICE#: 102815-1 DATE: 11/3/2015 Ticket #: 5101316355; Route: NWK WIL NWK; Date: 10/15/2015; LTS #: 171772 re: hearing | 309.00 |
| 10/13/15 | Amtrak Rail travel  VENDOR: American Express/Trv. INVOICE#: 102815-1 DATE: 11/3/2015 Ticket #: 0667855834; Route: ; Date: ; LTS #: 171772 | 39.00 |
| 10/16/15 | Amtrak Rail travel  VENDOR: American Express/Trv.; INVOICE#: 102815-1; DATE: 11/3/2015  -  VENDOR: American Express/Trv. INVOICE#: 102815-1 DATE: 11/3/2015  Ticket# 7435567365  | | -20.00 |
| 10/16/15 | Amtrak Rail travel  VENDOR: American Express/Trv.; INVOICE#: 102815-1; DATE: 11/3/2015  -  VENDOR: American Express/Trv. INVOICE#: 102815-1 DATE: 11/3/2015  NWK WIL NWK ticket# 5101514266 re: hearing | 328.00 |
| 10/16/15 | Amtrak Rail travel  VENDOR: American Express/Trv.; INVOICE#: 102815-1; DATE: 11/3/2015  -  VENDOR: American Express/Trv. INVOICE#: 102815-1 DATE: 11/3/2015  NWK WIL NWK ticket# 0667960377 | | 39.00 |
| 10/16/15 | Amtrak Rail travel  VENDOR: American Express/Trv.; INVOICE#: 102815-1; DATE: 11/3/2015  -  VENDOR: American Express/Trv. INVOICE#: 102815-1 DATE: 11/3/2015  NWK WIL NWK Ticket# 5101518049 re: hearing | | 326.00 |
| 11/19/15 | Amtrak Rail travel  VENDOR: American Express/Trv.; INVOICE#: 112815-2; DATE: 11/28/2015 NWK WIL NWK  Ticket# 89006692053193 | 39.00 |
| 11/19/15 | Amtrak Rail travel  VENDOR: American Express/Trv.; INVOICE#: 112815-2; DATE: 11/28/2015 NWK WIL NWK  Ticket# 3215141552092 | 312.00 |
| 11/01/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  3 / Docs/Lines:  0 | $24.00 |
| 11/02/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 11/03/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 11/04/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 11/05/15 | Computerized legal research: Westlaw:  User Name: | 8.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

|  |  |  |
|---|---|---|
|  | VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 |  |
| 11/06/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 11/07/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 11/08/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 11/09/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 11/10/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 11/11/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 11/12/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 11/13/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 11/14/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 11/15/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 11/16/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 11/17/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 11/18/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
| 11/19/15 | Computerized legal research: Westlaw:  User Name: VISLOCKY,NICHOLAS B / Duration of Search:  00:00 / Transaction:  1 / Docs/Lines:  0 | 8.00 |
|  | Total Disbursements | $1,651.08 |