# EXHIBIT A

### Actega WIT Contract for Ink Supply and Associated Services
# Services & Products Agreement

This Agreement is entered into as of December 14, 2011, by and between Actega WIT ("Seller") with a principal place of business located at 125 Technology Drive, Lincolnton, NC, 28092, and Standard Register Company, a State of Ohio corporation, with an address for purposes of this Agreement of 600 Albany Street, Dayton, Ohio ("Buyer").  The Seller agrees to provide the services and products for the Buyer as described in the attached Exhibit A (Definition of Goods and Services) under the following terms and conditions:

## 1.  Relationship of the Parties

This Agreement is nonexclusive and does not create an agency relationship, partnership, or joint venture.  Neither party will have any right, power, or authority to act or to create any obligation, express or implied, on behalf of the other.

## 2.  Contact Person

The Buyer will assign contact persons, as identified in Exhibit C, who will provide the Buyer's requirements, and determine the acceptability of the services and Product and/or Service the Seller furnishes hereunder.  The Seller will direct all communications to such contact person.

## 3.  Seller's Warranties

3.1.  The Seller warrants that in carrying out the services described in this Agreement that commercially reasonable practices, skills, procedures, care and judgment will be employed; and the Seller will at all times cooperate with the Buyer so as to further the Buyer's interests.

3.2.  The Seller warrants it will use commercially reasonable efforts to provide the services in a timely fashion per the Service Levels set forth in Exhibit A.  Seller's failure to meet any Response Goal shall not be considered a default under this Agreement.

3.3.  The Seller warrants, other than for material supplied by the Buyer, that: (a) the Product and/or Service will be the original work of the Seller; (b) the Seller possesses all necessary right, title and interest in the Product and/or Service necessary for the Seller to grant to the Buyer the rights and licenses stated in this Agreement; (c) the Product and/or Service does not infringe on any third party's patent, copyright, trademark, trade secret or other intellectual property right; and (d) any information that the Seller discloses to the Buyer is not confidential to the Seller or to any third party.

SL1 1073752v5 102534.00001

## Actega WIT Contract for Ink Supply and Associated Services

3.4. The Seller warrants that it will comply with all applicable laws, statutes, ordinances, administrative and executive orders, rules and regulations as they relate to this Agreement and the services and Product and/or Service provided by Seller.

3.5. Subject to the limits set forth in Section 5 of this Agreement, the Seller will indemnify, defend and hold the Buyer harmless against any and all claims (including costs of litigation and attorneys' fees): (a) resulting from a material breach or alleged breach of any of the warranties expressed in this Section 3.0, or (b) for personal injury, including death, and damage to property arising out of or resulting from services or Product and/or Service provided under this Agreement to the extent that any such injuries or damages are substantially caused by the Seller or any of the Seller's employees, agents or sub Sellers or by anyone directly or indirectly employed by the Seller or by them.

3.6. Seller shall replace or correct, at Buyer's option and at Seller's cost, defects of any goods not conforming to these warranties. If Seller fails to correct defects in or replace nonconforming goods within five (5) days from the date the Buyer notifies Seller of the defect or defects, Buyer may, upon five (5) days prior written notice to Seller, either (i) make such corrections or replace such goods and charge Seller for all direct replacement costs incurred by Buyer, or (ii) revoke its acceptance of the goods in which event Seller shall be obligated to refund the purchase price and make all necessary arrangements, at Seller's costs, for the return of the goods to Seller.

3.7. Seller warrants products sold to be merchantable and fit for specific application that is submitted per the order/requirement definition process. The Seller will determine if their product and any enhancements to the product beyond the base product are necessary for the specific application in question. The Buyer is responsible for complete documentation of the requirements per the Seller's request.

## 4. Product and/or Service Rights

4.1. The term "Product and/or Service," as used in this Agreement, refers to all of the works of authorship, products, materials or services created or delivered by the Seller, its employees, agents or sub Sellers to the Buyer during the term, or otherwise produced as a result, of this Agreement, including those deliverables described in Exhibit A.

4.2. All Product and/or Service created by the Seller, its employees, agents or sub Sellers while providing services to the Buyer under this Agreement will be "works made for hire" and the sole and exclusive property of the Buyer. To the extent that any pre-existing materials are contained in the Product and/or Service, the Seller grants the Buyer an irrevocable, worldwide, nonexclusive, paid-up, royalty-free right and license to use and prepare derivative works of such pre-existing material and derivative works, as well as to authorize others to do any or all of the above. Upon the Buyer's request, the Seller will provide the Buyer with such assistance as the Buyer may require, including whatever documents, information or materials are in the Seller's possession or available to the Seller, in order to enable the Buyer to protect its ownership rights, including copyrights, in any Product and/or Service.

SL1 1073752v5 102534.00001

## Actega WIT Contract for Ink Supply and Associated Services

4.3. Approvals. The Product and/or Service will be subject to review and acceptance by the Buyer based on the requirements of this Agreement, and final payment will not be due before such acceptance, which will not be unreasonably withheld. The Seller will correct deficiencies found during such review. Any claims that the Buyer may have under this Agreement will survive review, acceptance and payment in full.

## 5. Limitation of Liability

Seller shall indemnify and hold Buyer and its affiliates harmless and, upon request, shall defend each of them from and against any or all claims, demands, litigation or proceedings of whatever kind, whether based upon negligence, breach of express or implied warranty, strict liability or any other theory, and from and against all direct, indirect, special, exemplary, incidental or consequential damages of every kind whatsoever, arising out of, by reason of, or in any way connected with the goods and/or services, the design, manner of preparation, manufacture, construction, completion, or delivery or non-delivery of any goods and/or services by Seller, any breach by Seller of any of its obligations hereunder, or any other act, omission or negligence of Seller or any of Seller's employees, workers, servants, agents, subcontractors or suppliers. Seller shall, upon request, pay or reimburse Buyer or any other party entitled to indemnification hereunder for all costs and expenses, including attorneys' fees, as incurred by Buyer or such other party in connection with any such claim, demand, litigation, proceeding, loss or damage.

## 6. Compensation/Payment

6.1. The Buyer will pay the Seller for all services and Product and/or Service provided under this Agreement according to the payment terms specified in Exhibit B.

6.2. The Buyer will make such payment to the Seller within fifty-five (55) days of receipt of an acceptable invoice from the Seller with an option to deduct 2% if paid in twenty (20) days. Payments are considered late if not received by the Seller's bank before day 56. All invoices will be addressed to the Standard Register Company designated person defined as part of the supplier engagement process. Invoices are to be summarized in electronic format and submitted monthly with defined data per the Standard Register standard. In the event of an invoice query the Buyer is obligated to fulfill payment within the 55 day period to allow the payment to qualify for retrospective discount. The Seller's management, may, at their discretion, waive a late payment penalty.

6.3. Unless otherwise set forth herein, the Seller is solely responsible for payment to all third parties with whom it directly deals in providing the services and Product required under this Agreement.

SL1 1073752v5 102534.00001

## Actega WIT Contract for Ink Supply and Associated Services

## 7. Delivery

7.1. Time is of the essence.  If delivery of the goods is not made in the quantities and on the delivery date or dates specified or the rendering of the services is not completed by the date or dates specified, Buyer shall have the right, in addition to its other rights and remedies, to take either or both of the following actions:  (i) direct expedited routings of the goods with the Seller paying the difference in cost between the expedited routing and the Order routing cost; (ii) cancel this Order by written notice effective when received by Seller as to goods not yet shipped or services not yet rendered and to purchase substitute goods or services elsewhere and charge Seller with any loss incurred.  These conditions apply when the Seller's remedy is greater than alternatives proposed by the Buyer.

7.2. All sales are shipped with standard freight to existing customer locations paid by Seller, Buyer will pay for shipping on orders for less than 4x1 gallons or if order is express shipped at Buyer's request.

7.3. Seller shall not be responsible for any prohibition, failure, interruption or delay in manufacture or delivery which may be caused by sabotage, fire, flood, earthquake, accident, explosion, transportation difficulties, embargoes, unusually severe weather conditions, riot, insurrection, war (declared or undeclared), terrorism, or act thereof, or priorities granted by request of or for the benefit, directly or indirectly, of any governmental body, authority or agency, shortage of raw materials or supplies, act of God, insufficient capacity, or other cause beyond Seller's control. In the event of any such prohibition, failure, interruption or delay, Seller may, at its option, extend the delivery time or cancel the purchase order, in whole or in part. In the event of any shortage, however caused, Seller in its sole discretion may and without liability to any party determine the priorities of all outstanding contracts of sale, purchase orders and anticipated orders. IN NO EVENT SHALL SELLER BE LIABLE FOR ANY SPECIAL, INCIDENTAL, INDIRECT OR CONSEQUENTIAL DAMAGES OR CLAIMS FOR LABOR RESULTING FROM ANY FAILURE OR DELAY IN DELIVERY.

## 8. Packaging

Seller shall package the goods so as to avoid any damage in transit. Seller shall ship the goods in accordance with Section 7 of this Agreement.

## 9. Risk of Loss

Title and risk of loss in transit shall not pass to Buyer until delivery of the goods to the location as provided in a purchase order submitted in accordance with this Agreement.

SL1 1073752v5 102534.00001

## Actega WIT Contract for Ink Supply and Associated Services
## 10. Inspection; Returns

Buyer's payment for the goods shall not constitute its acceptance of the goods. Buyer shall have the right, but not the obligation, to inspect the goods and to reject any of the goods which are in Buyer's judgment defective. Goods so rejected and goods supplied in excess of quantities ordered may be returned to the Seller at its expense within 6months of the purchase date. The fact that Buyer failed to inspect or test any goods shall not affect any of the Buyer's rights. The Seller shall not be liable for consequential or indirect damages arising as a result of Buyer's failure to inspect Goods upon receipt.

## 11.  Purchase Order Changes and Cancelations

11.1.Changes.  No modification of any Purchase Orders shall be effective without each party's prior written consent. Buyer reserves the right to change (i) specifications and drawings where the goods are being specifically manufactured for Buyer, (ii) the place of delivery, (iii) the time of delivery, or (iv) the quantity purchased; provided that Buyer and Seller agree in advance and in writing as to any and all changes.  The Seller must notify the Buyer immediately and in writing detailing costs to the Buyer resulting from the changes.  Both parties will then agree to appropriate charges and the Buyer will modify the Purchase Order to reflect amended costs, if any resulting from the change.

11.2.Cancellation. Buyer may cancel a Purchase Order or any part thereof if Seller breaches any provision of the Purchase Order. The Purchase Order will terminate automatically, without notice, if Seller becomes insolvent or the subject of any proceeding under the law relating to bankruptcy or the relief of debtors. Buyer may also terminate any Purchase Order or any part thereof for the sole convenience of Buyer, but only effective upon agreement of the parties on the charges resulting from such termination, as provided in the next sentences. The Seller must notify the Buyer immediately and in writing detailing costs to the Buyer resulting from the termination.  Both parties will then agree to appropriate charges and the Buyer will modify the Purchase Order to reflect amended costs, if any resulting from the termination.

## 12. Term of Agreement

12.1.This Agreement will commence as of the date set forth above and remain in full force and effect until Sept 30, 2012 or unless terminated in accordance with this Section 12.1.  The Buyer may terminate this Agreement without cause upon ten (10) days prior written notice to the Seller.  In the event either party wishes to terminate this Agreement due to the other party's failure to satisfactorily perform its material obligations in accordance with this Agreement, the defaulting party will have fifteen (15) days to cure such unsatisfactory performance following receipt of written notice from the other party.  Such written notice will detail each alleged default.  If the default has not been remedied by the conclusion of this fifteen (15) day period, the non-defaulting party may terminate this Agreement without further notice.

SL1 1073752v5 102534.00001

## Actega WIT Contract for Ink Supply and Associated Services

12.2. Upon delivery of all Products, the Buyer will pay the Seller in accordance with this Agreement for all Products delivered up to and including the effective date of termination or thereafter under purchase orders open as of the date of termination. Such payment will constitute the Buyer's entire liability and the Seller's exclusive remedy, and in no event will such payment exceed the total amount due the Seller for complete performance of this Agreement, less those amounts, if any, previously paid by the Buyer.

12.3. Any property, including documentation, hardware and software, that the Seller received from the Buyer without obligation of payment will be immediately returned to the Buyer by no later than the effective date of termination or expiration in the same condition that such property was received, less normal wear and tear.

12.4. This agreement will automatically renew unless either party gives the other party thirty (30) days written notice of its intent to terminate this Agreement.

## 13. Facilities

Unless otherwise indicated in Exhibit A, the Buyer and the Seller agree that the Seller's services will be performed at the Seller's facilities. If any of the services are to be performed at the Buyer's facilities, the Seller's employees, agents and sub Sellers will follow all of the Buyer's policies and procedures concerning security, as well as all work rules and regulations, including signing a confidentiality agreement in a form acceptable to the Buyer.

## 14. Confidentiality

The Seller agrees to keep the existence of this Agreement, including the nature of the services and the Product and/or Service, confidential. If either party elects to disclose confidential information to the other party, such disclosure will be made under the terms and conditions of a separately written non-disclosure agreement signed by both parties. All other information exchanged under this Agreement is non-confidential.

## 15. Insurance

15.1. The Seller will maintain during the term of this Agreement, and at Seller's expense, all insurance required by law, including, without limitation, workers' compensation, general liability and automobile insurance, and such other insurance which is necessary or prudent in order to adequately protect the Seller and Buyer from harm, injury (including death) or damage relating to or resulting from the Seller's provision of services or Product and/or Service to Buyer under this Agreement.

SL1 1073752v5 102534.00001

## Actega WIT Contract for Ink Supply and Associated Services
## 16. General Provisions

16.1. All notices (including requests, consents or waivers) made under this Agreement will be in writing and delivered by facsimile, electronic mail or other electronic means (in which case the recipient will provide acknowledgment within one (1) business day separately from any machine-generated automatic reply); or by prepaid means providing proof of delivery. Notices are effective upon receipt, and will be sent to the addresses shown on the cover page of this Agreement (with notices to Seller to the attention of _____), with an additional copy to:

General Counsel/Notices

Standard Register
P.O. Box 1167
Dayton, Ohio 45401

Either party may change its address upon notice as required by this Section 12.1.

16.2. All Amendments in Writing.
No waiver, amendment or modification of any provisions of this Agreement will be effective unless in writing and signed by duly authorized representatives of both parties. Furthermore, no provisions in either party's purchase orders, invoices or other business forms employed by either party will supersede the terms and conditions of this Agreement.

16.3. Delay Is Not Waiver
No failure or delay by either party in exercising any right, power or remedy under this Agreement, except as specifically provided in this Agreement, will operate as a waiver of any such right, power or remedy.

16.4. Assignment.
The Seller will not assign, delegate or subcontract this Agreement without the Buyer's prior written approval. Any act in violation of the foregoing will be null and void.

16.5. Force Majeure
Neither party will be responsible for delays or failure of performance resulting from acts beyond the reasonable control of such party. Such acts include, but are not limited to, acts of God, strikes, walkouts, riots, acts of war, epidemics, governmental regulations, power failures, earthquakes, or other disaster.

16.6. Severability.
If any provisions of this Agreement are held to be invalid or unenforceable, they are to that extent to be deemed omitted and the remaining provisions of this Agreement will remain in full force and effect.

SL1 1073752v5 102534.00001

**Actega WIT Contract for Ink Supply and Associated Services**

## 17. Survival of Certain Provisions

Sections 3.0, 4.0, 6.0, 9.0, 10.0, 12.0 and 18.0 of this Agreement will survive the termination or expiration of this Agreement.

## 18. Arbitration

The parties will attempt in good faith to resolve any controversy or claim by negotiation or mediation. If they are unable to do so, and regardless of the causes of action alleged, the claim will be resolved by arbitration before a sole arbitrator in Dayton, Ohio pursuant to the then-current Commercial Rules of the American Arbitration Association and the federal substantive and procedural law of arbitration. The substantive law of the State of Ohio will govern this Agreement. The arbitrator's award will be final and binding, and may be entered in any court having jurisdiction thereof. The arbitrator will not have the power to award punitive or exemplary damages, or any damages excluded by, or in excess of, any damage limitations expressed in this Agreement. Each party will bear its own attorney's fees and costs related to the arbitration. Any claim or action must be brought within two years after the cause of action accrues.

## 19. Records

For a period of two years from the date of the Buyer's final payment hereunder, the Seller will maintain complete and accurate records in accordance with generally accepted accounting practices to substantiate the charges billed to the Buyer, as well as to verify the Seller's compliance with the terms and conditions of this Agreement. The Buyer will have reasonable access to such records during normal business hours.

## 20. Seller Personnel

The Seller will have written agreements with each of its employees, agents and sub Sellers (collectively referred to herein as "personnel") sufficient to enable the Seller to comply with all of the terms and conditions of this Agreement. At the Buyer's reasonable request, the Seller will immediately remove any specified personnel of the Seller, and ensure that such personnel will not be reassigned to provide services or Product under this Agreement. Personnel supplied by the Seller will not for any purpose be considered employees or agents of the Buyer, nor will such personnel or the Seller be granted any rights under the Buyer's employee benefit plans. The Seller assumes full responsibility for the action of such personnel and is solely responsible for their supervision, daily direction and control, payment of wages (including withholding of income taxes and social security), workers' compensation, disability benefits and the like.

SL1 1073752v5 102534.00001

**Actega WIT Contract for Ink Supply and Associated Services**

## 21. Headings

The titles and headings of the various sections in this Agreement are intended solely for convenience of reference and are not intended for any other purpose whatsoever, or to explain, modify or place any construction upon any of the provisions of this Agreement.

## 22. Entire Agreement

This Agreement, which includes Exhibits A, B, C and D, constitutes the entire agreement between the Seller and the Buyer concerning the subject matter hereof, and supersedes all previous communications, representations, understandings and agreements, whether verbal or written, between the parties to this Agreement.

SL1 1073752v5 102534.00001

## Actega WIT Contract for Ink Supply and Associated Services

*In witness of this, the parties to this Agreement, by their respective duly authorized officers or representatives, have each executed this Agreement effective as of the date first written above.*

**AGREED TO AND ACCEPTED BY:**

**Actega WIT ("Seller")**

By:_____

Print Name: _Chris Cawert_____

Date: _12/28/2011_____

**Standard Register Corporation ("Buyer")**

By:_____

**Rick Ball, Director of Purchasing**

Print Name: _Richard L. Ball_____

Date: _1/4/2012_____

SL1 1073752v5 102534.00001

**Actega WIT Contract for Ink Supply and Associated Services**

# Exhibit A

# Definition of Goods & Services

## A.1 Procurement to Pay Process

All Purchase Orders (PO) will be either submitted electronically, to the Seller from the Buyer, or through a customer service representative provided by the Seller.

## A.2 Return Process

The Buyer must notify the Seller of the inks and quantities to be returned and the reason for the return.  If the requested return is within the guidelines of this Agreement, the Seller will issue a Return Authorization number ("RA Number").  The Buyer shall have the right to return to the Seller clean, unopened inks dated less than six months old with a readable label, from the Consignment Stock shipment.  The Buyer shall provide adequate insurance coverage and freight for returns.

## A.3 Freight

- All shipments are to be made in accordance with Section 7 of this Agreement.

## A.4 Invoicing

### A.4.1 Consignment

After receipt of the monthly physical inventory count, detailed in D.5 "Inventories", the Seller will send an invoice covering the sale of all Consignment Stock used during that period.

### A.4.1 Non-Consignment

Invoicing for all other orders will be billed to the Buyer as ordered.

## A.5 Reporting

The Seller will provide the following reports electronically to the Buyer:

- Monthly report (by plant and cumulative) for consigned ink purchases including items purchased and cost per item.

- Monthly report (by plant and cumulative) containing all additional ink purchases that are not part of the monthly consigned ink purchase including items purchased and cost per item.

SL1 1073752v5 102534.00001

## Actega WIT Contract for Ink Supply and Associated Services

- Quarterly purchase reports (by plant and cumulative) for all ink purchases.

- Yearend cumulative report containing the total volumes shipped and total costs for all items purchased by the Buyer.

These reports will be submitted electronically to appropriate contact in Exhibit C.

### A.6 Service Level

The Seller agrees to the following levels of service:

| | |
|---|---|
| Lead Time | Upon receiving the Purchase Order from the Buyer, the Seller is responsible for shipment of the product for the amount specified within forty-eight (48) hours for all standard items. Custom items may require longer lead times. |
| Quote Response | Upon receiving a quote from the Buyer, the Seller is responsible for responding within four (4) hours. |
| Return Response | Upon notification from the Buyer to the Seller of damaged or incorrectly shipped goods, the Seller is responsible for shipment of the replacement product within forty-eight (48) hours. |
| Invoice Issues | Upon receiving notification of invoicing issues from the Buyer, the Seller is responsible for responding within four (4) hours. |
| Customer Service | The Seller is responsible to responding to all inquiries sent to their customer service, from the Buyer, within four (4) hours. |

*During regular business hours*

SL1 1073752v5 102534.00001

**Actega WIT Contract for Ink Supply and Associated Services**

# Exhibit B

# Fees

## B.1 Pricing

This pricing reflects the flat rate pricing for ink at a per pound (lbs) rate.  Embedded is the pricing table for products to be purchased from the Seller.   Review section B.2 "Additional Terms" for further discounts and offers.



Actega Price List.xls

## B.2 Additional Terms

**Rebate:**

- A rebate check will be calculated based on the annualized net spend of the Buyer.

- The rebate check will be paid quarterly and sent to the Buyer's corporate office.

- The rebate will be paid based on the following table:

| | |
|---|---|
| 2% | $400,000 - $499,999 |
| 3% | $500,000 - $599,999 |
| 4% | $600,000 + |

**Renewal:**

- Above pricing will be valid until Sept 30, 2012.  Thereafter, prices may be changed upon thirty (30) days notice to the Buyer.

SL1 1073752v5 102534.00001

**Actega WIT Contract for Ink Supply and Associated Services**

# Exhibit C

# Standard Register Contacts

| | |
|---|---|
| Fayetteville | Kim Brewer |
| Murfreesboro | Matt Hicks |
| Radcliff | Dan Russo |
| Salisbury | Tony Langley |
| Shelbyville | Brent Moore |
| York | Matt Hicks |
| Tampa | Tracy Jurek |

SL1 1073752v5 102534.00001

## Actega WIT Contract for Ink Supply and Associated Services

# Exhibit D

# Consignment Agreement

This Exhibit confirms Actega WIT ("Seller") will provide Standard Register Company ("Buyer") with a consignment inventory of printing inks and additives (collectively called "Inks") manufactured and/or licensed by the Seller.

## D.1 Consignment of Goods

The Seller shall furnish to the Buyer, on consignment, an initial supply of Inks with quantities and selection mutually agreed upon per Buyer location.  This initial stock will be called "Consignment Stock".  The Seller will provide to the Buyer quantities of ink that equal to one month of projected usage plus fifty percent as a buffer.  At any time in the future, the Buyer and Seller may agree to adjust the initial shipment quantities and types of ink to be consigned.  The Buyer agrees, with the signing of this agreement and terms, to purchase any dated or remaining non-standard products upon conclusion of the Agreement.

## D.2 Receipt & Storage

The Buyer shall receive, handle and store the Inks in a safe manner, assuring protection from damage or deterioration.  All Inks will have a date of manufacture stamped on the label.  Rotation and segregation of Inks is the responsibility of the Buyer.  The Inks will remain the property of the Seller until opened.  The Buyer agrees to protect the Seller's rights in and to the Inks.  The Buyer further agrees to incur all expenses incidental to storage, insurance, shrinkage, personal property taxes, handling, taxes or other storage costs, which could be assessed or levied upon the Inks.

## D.3 Withdrawal and Reorder of Inks from Consignment

The Buyer may withdraw Inks from the Consignment Stock at any time.  It is the Buyer's responsibility to always pull the oldest ink first.  Lack of stock rotation may result in invoicing for product that has not been used, as specified in Section D.7.  Any opened container from the consignment stock is deemed to have been purchased by the Buyer, at the prices and with the terms in effect with this Agreement.

## D.4 Reorders

The Buyer shall place orders with the Seller to replenish inventory used from the Consignment Stock.  With receipt of order, the Seller will send designated replacement Inks to the Buyer for Consignment Stock and to cover additional anticipated ink requirements of the Buyer.

## D.5 Inventories

The Buyer is responsible for maintaining a perpetual inventory of all Inks.  Salesman or the Buyer will count inventory quantities on the last day of each month to verify its records.  Any container partially used is considered consumed.  A copy of each physical count shall be sent to the Seller in the form shown below (Figure 1) by fax and by regular mail

SL1 1073752v5 102534.00001

## Actega WIT Contract for Ink Supply and Associated Services

within one business day after the count has been taken.  The Buyer shall permit the Seller, its agents, its representatives, and/or its assignees to inspect the Inks at regular intervals during regular business hours to verify inventory records and/or to observe physical counts of the Consignment Stock.

| Formula Number | Product Description | Consignment Packing | Beginning Inventory | Month Shipments | Ending Inventory | Monthly Usage | Unit Cost lb. | Extended Price | Reorder Quantity |
|---|---|---|---|---|---|---|---|---|---|
| 2106 | DENSE BLACK | 5.5 lb | 400 | | | | | | |
| 2120 | WARM RED | 5.5 lb | 50 | | | | | | |
| | | | | | | | | | |

Figure 1

### D.6 Return of Consignment Stock

Any standard Consignment Stock product may be returned ("Return Stock") to the Seller.  The Buyer must notify the Seller of the inks and quantities to be returned and the reason for the return.  If the requested return is within the guidelines of this Agreement, the Seller will issue a Return Authorization number ("RA Number").  All returned stock must have an RA Number or return will be rejected.  The Buyer shall have the right to return to the Seller clean, unopened inks dated less than six months old with a readable label, from the Consignment Stock shipment.  The Seller reserves the right to reject any Returned Stock not conforming to this paragraph.  The Buyer shall provide adequate insurance coverage and freight for returns.

### D.7 Reduction of Consignment Stock

The Seller reserves the right to reduce up to and including the entire Consignment Stock if the Buyer's consumption is less than agreement projections.

### D.8 Information about Inventory

Upon request, a usage report for the Consignment Stock (along with the invoice) will be provided to the Buyer.  Report will detail the Inks supplied to the Buyer, previous period ending inventories and replenishment shipments made during the current period.

### D.9 Title to Product; Security Interests

The Inks shall remain the property of the Seller until the Inks are opened or consumed.  The Buyer agrees to execute and provide any UCC, financing, continuation statements or other documents necessary to protect the Seller's security interest for the Consignment Stock, as the Seller may from time to time reasonably request.  This signed Agreement shall be deemed as a Security Agreement for UCC purposes.

> All such UCC-1 financing statements must be approved in writing by the Buyer prior to filing. The description of the "collateral" on any UCC-1 financing statement filed under this agreement shall be as follows:
>
> The following property of the Secured Party (the Seller), which is delivered on consignment to the Debtor (the Buyer) from time to time all of which are placed, stored and consigned at the

SL1 1073752v5 102534.00001

## Actega WIT Contract for Ink Supply and Associated Services

*premises of the Debtor in an area separate from property owned by the Debtor, and which is identified by a sign supplied by Secured Party, identifying the goods as its property.*

### D.10 Risk of Loss Insurance

The Buyer agrees to assume all risk of fire, theft, loss, freight insurance or any damage to the Inks. The Buyer agrees to keep such products fully insured. Any insurance policy covering such loss shall list the Seller as the beneficiary. The Buyer shall also be responsible for and reimburse the Seller for any loss and/or expense incurred resulting from any levy, attachment or lien on the Inks while in the Buyer's possession and until such time as title to the Inks in the Consignment Stock pass from the Seller to the Buyer.

### D.11 Term

This Exhibit shall remain in effect until Sept 30, 2012 or until terminated by either party upon thirty (30) days written notice received. Upon termination of this Agreement, the Buyer shall provide the Seller with an accurate inventory count of all remaining Inks and request for any return, subject to D.6 "Return of Consignment Stock". The Seller will invoice for remaining quantities at agreed pricing in Exhibit A.

SL1 1073752v5 102534.00001



ACTEGA
Coatings & Sealants

# STANDARD REGISTER

| ITEM CODE | DESCRIPTION | PRICE |
|-----------|-------------|-------|
| RAAL00184-1G | RAD-BOND 10PSLVA | 14.00 |
| RAAL00282-1G | RAD-BOND 10PSLVB | 14.00 |
| RAAL00753-1G | RAD-BOND 1028DMVS | 13.66 |
| RAAL01020-1G | RAD-BOND 1028DMLY | 13.65 |
| RAVG00436-5P | RAD-KOTE 106B | 7.18 |
| RAVG00438-5P | RAD-KOTE 107B | 8.35 |
| RAVG00474-5P | RAD-KOTE 107LPF20W | 8.54 |
| RAVI00296-1G | RAD-PRIME 367 | 8.62 |
| RAVM00155-5D | RAD-KOTE 724V3KMNB | 5.75 |
| RAVM00155-5P | RAD-KOTE 724V3KMNB | 5.75 |
| RAVM00299-5P | RAD-KOTE 724V2KMFB | 5.27 |
| RAWA00540-1G | RAQUA-BOND IJ200DF | 6.09 |
| RLN101248-1G | PHARMAFLEX SW PROCESS YELLOW | 17.64 |
| RPL201224-1G | PHARMAFLEX LF 485 RED | 26.91 |
| RPL300838-1G | PHARMAFLEX PROCESS CYAN | 13.09 |
| RPL302287-1G | PHARMAFLEX 2945 BLUE | 16.67 |
| RPL400660-1G | PHARMAFLEX 7 JET BLACK | 12.61 |
| RPL400665-1G | PHARMAFLEX PROCESS BLACK | 14.17 |
| RPL400680-1G | PHARMAFLEX 7 MIXING BLACK | 12.63 |
| RPL400856-1G | PHARMAFLEX LF 4C COOL GRAY | 12.51 |
| RPL401145-1G | PHARMAFLEX MM BLACK | 16.07 |
| RPL500669-1G | PHARMAFLEX 7 GREEN | 15.94 |
| RPL900634-1G | PHARMAFLEX SUPREME WHITE | 9.92 |
| RPL900704-1G | AVALANCHE WHITE | 7.94 |
| RPL900704-5P | AVALANCHE WHITE | 7.44 |
| RPN100877-1G | PHARMAFLEX 021 ORANGE | 19.09 |
| RPN201455-1G | PHARMAFLEX 507 PINK | 12.78 |
| RPN201510-1G | PHARMAFLEX EX COOKS RED | 15.73 |
| RPN201656-1G | PHARMAFLEX SP 1805 RED | 18.70 |
| RPN201656-5P | PHARMAFLEX SP 1805 RED | 18.30 |
| RPN201878-1G | PHARMAFLEX PS NETFLIX RED | 13.57 |
| RPN201880-1G | PHARMAFLEX SP 1805 RED | 17.04 |
| RPN300901-1G | PHARMAFLEX PMS 2685 VIOLET | 13.51 |
| RPN301134-1G | PHARMAFLEX 7 277 BLUE | 12.28 |
| RPN301754-1G | PHARMAFLEX 290 BLUE | 12.51 |
| RPN401146-1G | PHARMAFLEX 447 GREY | 15.75 |
| RPU100881-1G | PHARMAFLEX ULF 109 YELLOW | 32.10 |
| RPU101243-1G | PHARMAFLEX ULF 021 ORANGE | 23.66 |



| | | |
|---|---|---|
| RPU101811-1G | PHARMAFLEX ULF VP 5564 ORANGE | 19.80 |
| RPU101916-1G | PHARMAFLEX ULF 152 ORANGE | 19.42 |
| RPU200956-1G | PHARMAFLEX ULF 186 RED | 28.96 |
| RPU201301-1G | PHARMAFLEX ULF PS RED | 32.38 |
| RPU201567-1G | PHARMAFLEX ULF PMS 206 RED | 33.36 |
| RPU201662-1G | PHARMAFLEX ULF VP 5568 MAGENT | 35.66 |
| RPU301206-1G | PHARMAFLEX ULF REFLEX BLUE | 22.22 |
| RPU301762-1G | PHARMAFLEX ULF PS BLUE | 16.50 |
| RPU301774-1G | PHARMAFLEX ULF 288 BLUE | 19.13 |
| RPU301877-1G | PHARMAFLEX ULF 2945 BLUE | 16.81 |
| RPU302213-1G | PHARMAFLEX ULF VP 5566 BLUE | 16.05 |
| RPU302558-1G | PHARMAFLEX ULF 300 BLUE | 26.34 |
| RPU501589-1G | PHARMAFLEX ULF ITI WACRAFT GR | 17.26 |
| RVA001243-1G | UNIVERSAL UV EXTENDER | 10.43 |
| RVA001573-5P | PURESCREEN TRANS WHITE | 10.86 |
| RVG000116-5P | GLOSSCOAT 2 | 3.20 |
| RVG001192-1G | GLOSSCOAT AD-1 | 9.12 |
| RVG001278-1G | SCREENCOAT PRIME | 20.52 |
| RVG001278-5P | SCREENCOAT PRIME | 18.10 |
| RVG001364-1G | GLOSSCOAT OUTDOORS | 12.62 |
| RVG001402-5P | GLOSSCOAT WBL + | 5.55 |
| RVG001480-1G | GLOSSCOAT INJECTION IML | 12.16 |
| RVG001528-5D | DURACOAT PLUS | 8.49 |
| RVG001710-1G | PRIMECOAT SP | 16.12 |
| RVI001300-1G | PRIME IMAGECOAT SP | 10.73 |
| RVI001315-1G | GLOSS HS PRIMER | 16.68 |
| RVI001315-5P | GLOSS HS PRIMER | 14.25 |
| RVM001030-5P | SATINCOAT 2 | 6.14 |
| RVM001040-1G | OPAQUE ADHESIVE DEADNER | 11.57 |
| RVM001271-1G | SATINCOAT ULO IML | 8.90 |
| SC05P | 5 GAL PAIL W/LID | 4.49 |
| SPPMSBK2 | PMS GP1301 BOOK (RETAIL $109) | 90.29 |
| UGL103287-1G | ULTRA PLUS ULF 108 YELLOW | 16.21 |
| UGL103287-5P | ULTRA PLUS ULF 108 YELLOW | 16.21 |
| UOL044632-1G | OPTALAM SP 4C PC BLACK | 3.22 |
| UVG001733-1G | ULTRA GLOSS EASY PRINT REDUCE | 1.59 |
| WBN070189-1G | ULTRA-FLO MATTE 802 GREEN | 10.58 |
| WBN070191-1G | ULTRA-FLO MATTE 803 YELLOW | 10.67 |
| WBN070192-1G | ULTRA-FLO MATTE 804 ORANGE | 10.28 |
| WBN070193-1G | ULTRA-FLO MATTE 806 PINK | 9.29 |
| WBN070195-1G | MATTE FLUOR 811 ORANGE | 10.52 |



| | | |
|---|---|---|
| WBN070203-1G | ULTRA-FLO MATTE 801 BLUE | 5.40 |
| WBN070235-1G | ULTRA FLO MATTE 805 RED | 10.28 |
| WBN070782-1G | ULTRA FLO MATTE P/S GREEN | 7.72 |
| WDN000010-1G | WATER DEFOAMER | 2.32 |
| WDN001167-1G | WATER DEFOAMER | 3.29 |
| WFL009226-1G | X-CEL FILM WHITE | 2.99 |
| WFL009297-1G | X-CEL FILM SP OPAQUE WHITE | 3.81 |
| WFL009497-1G | VERSIFILM PLUS OPAQUE WHITE | 3.02 |
| WFL009503-1G | VERSIFILM PLUS HI OPACIT WHIT | 3.74 |
| WFL011401-1G | X-CEL FILM 021 ORANGE | 5.52 |
| WFL011402-1G | X-CEL FILM 012 YELLOW | 6.73 |
| WFL011852-1G | X-CEL FILM PMS 108 YELLOW | 6.06 |
| WFL011930-1G | X-CEL FILM ULF 109 YELLOW | 14.76 |
| WFL012111-5P | X-CEL FILM PMS 102 YELLOW | 4.91 |
| WFL014015-1G | X-CEL FILM YELLOW | 5.57 |
| WFL014015-5P | X-CEL FILM YELLOW | 5.57 |
| WFL015694-1G | X-CEL FILM PMS 152 ORANGE | 6.10 |
| WFL018126-1G | VERSIFILM PLUS YELLOW | 5.58 |
| WFL018132-1G | VERSIFILM PLUS 108 YELLOW | 5.37 |
| WFL018976-1G | VERSIFILM PLUS 021 ORANGE | 7.28 |
| WFL019936-1G | VERSIFILM PLUS ULF 012 YELLOW | 14.67 |
| WFL021840-1G | X-CEL FILM PMS 186 RED | 9.72 |
| WFL022580-1G | X-CEL FILM 199 RED | 8.76 |
| WFL026021-1G | X-CEL FILM WARM RED | 6.18 |
| WFL026021-5P | X-CEL FILM WARM RED | 6.18 |
| WFL026022-1G | X-CEL FILM RUBINE | 6.68 |
| WFL026917-1G | X-CEL FILM LF 032 RED | 8.02 |
| WFL029645-1G | X-CEL FILM 190 RED | 4.39 |
| WFL029978-1G | X-CEL FILM ULF 185 RED | 15.69 |
| WFL035342-1G | X-CEL FILM P/C BLUE | 4.54 |
| WFL035343-1G | X-CEL FILM REFLEX BLUE | 7.88 |
| WFL035352-1G | X-CEL FILM VIOLET | 11.10 |
| WFL035605-1G | X-CEL FILM PMS 297 BLUE | 3.63 |
| WFL035911-1G | X-CEL FILM PMS 307 BLUE | 5.11 |
| WFL037344-1G | X-CEL FILM CYAN BLUE | 4.68 |
| WFL040330-1G | X-CEL FILM ULF COOL GREY #7 | 4.43 |
| WFL040970-1G | X-CEL FILM BLACK | 2.89 |
| WFL042485-1G | X-CEL FILM 8C COOL GREY | 3.89 |
| WFL042727-1G | X-CEL FILM #7 COOL GRAY | 3.81 |
| WFL043194-1G | VERSIFILM PLUS BLACK | 2.93 |
| WFL043195-1G | VERSIFILM PLUS JET BLACK | 3.01 |

ACTEGA WIT, Inc. 125 Technology Dr. Lincolnton, NC 28092 USA Phone 704.735.8282 Fax 704.732.6333

A member of ALTANA



| | | |
|---|---|---|
| WFL043196-1G | VERSIFILM PLUS 4C PC BLACK | 4.52 |
| WFL043787-1G | X-CEL FILM B/S FLAT BLACK | 3.17 |
| WFL044375-1G | VERSIFILM PLUS MATTE BLACK | 3.88 |
| WFL044776-1G | VERSIFILM PLUS SP 427 GRAY | 3.69 |
| WFL044778-1G | VERSIFILM PLUS SP 426 BLACK | 4.48 |
| WFL044779-1G | VERSIFILM PLUS SP 430 GRAY | 4.48 |
| WFL044780-1G | VERSIFILM PLUS SP 432 GRAY | 7.02 |
| WFL044781-1G | X-CEL FILM 9C COOL GRAY | 3.97 |
| WFL045087-1G | X-CEL FILM 429 GREY | 3.47 |
| WFL045190-1G | X-CEL FILM COOL 9-600 GREY | 3.70 |
| WFL045435-1G | X-CEL FILM NORDSTROM 420 GRAY | 3.51 |
| WFL051993-1G | X-CEL FILM GREEN | 6.00 |
| WFL052251-1G | X-CEL FILM PMS 373 GREEN | 4.00 |
| WFL055393-1G | VERSIFILM PLUS 354 GREEN | 7.66 |
| WFL055425-1G | VERSIFILM PLUS 3285 GREEN | 5.11 |
| WFL055490-1G | VERSIFILM PLUS 348 GREEN | 6.81 |
| WFL055788-1G | VERSIFILM PLUS ULF 347 GREEN | 12.81 |
| WFL055937-1G | VERSIFILM PLUS 358 GREEN | 3.85 |
| WFL058156-1G | X-CEL FILM 356 GREEN | 6.43 |
| WFL058995-1G | X-CEL FILM ULF 3415 GREEN | 9.02 |
| WFL059601-1G | X-CEL FILM SP 377-600 GREEN | 5.74 |
| WFL060217-1G | X-CEL FILM 4545 BEIGE | 3.88 |
| WFL100242-1G | VERSIFILM PLUS 7406 YELLOW | 5.98 |
| WFL100594-1G | X-CEL FILM 1505 ORANGE | 5.41 |
| WFL101576-1G | X-CEL FILM ULF 152 ORANGE | 14.13 |
| WFL101991-1G | X-CEL FILM PS OPQ YELLOW | 5.72 |
| WFL102071-1G | X-CEL FILM ULF 144 GOLD | 16.74 |
| WFL102279-1G | XCEL FILM WHRLPL SAFETY ORANG | 6.91 |
| WFL102336-1G | X-CEL FILM 131557 SAFETY ORG | 7.00 |
| WFL102515-1G | X-CEL FILM WS 50% 100 YELLOW | 3.49 |
| WFL102776-1G | X-CEL FILM 144-600 YELLOW | 6.28 |
| WFL102803-1G | X-CEL FILM WS PARDY YELLOW | 6.10 |
| WFL103256-1G | X-CEL FILM WS 152 ORANGE | 5.28 |
| WFL103421-1G | X-CEL FILM ULF 114 YELLOW | 10.12 |
| WFL201260-1G | VERSIFILM PLUS 185 RED | 7.06 |
| WFL201311-1G | VERSIFILM PLUS 200 RED | 7.42 |
| WFL201544-1G | VERSIFILM PLUS 032 RED | 6.67 |
| WFL201951-1G | VERSIFILM PLUS ULF WARM RED | 24.30 |
| WFL202023-1G | VERSIFILM PLUS 196 PINK | 4.02 |
| WFL203266-1G | VERSIFILM PLUS 185 RED | 7.80 |
| WFL204970-1G | VF PLUS SP ULF OPQ 485 RED | 21.12 |

ACTEGA WIT, Inc. 125 Technology Dr. Lincolnton, NC 28092 USA Phone 704.735.8282 Fax 704.732.6333

A member of  ALTANA



| | | |
|---|---|---|
| WFL205062-1G | VERSIFILM PLUS SP PS ULF RED | 20.80 |
| WFL205326-1G | VERSIFILM PLUS 1795 RED | 7.42 |
| WFL206799-1G | X-CEL FILM PS GLOSSY PINK | 4.40 |
| WFL206799-5P | X-CEL FILM PS GLOSSY PINK | 4.40 |
| WFL302314-1G | VERSIFILM PLUS 293 BLUE | 8.65 |
| WFL302442-1G | VERSIFILM PLUS PROCESS BLUE | 4.55 |
| WFL302443-1G | VERSIFILM PLUS REFLEX BLUE | 7.90 |
| WFL302444-1G | VERSIFILM PLUS 4C PC BLUE | 6.80 |
| WFL302646-1G | VERSIFILM PLUS 306 BLUE | 4.43 |
| WFL302949-1G | VERSIFILM PLUS 2975 BLUE | 3.88 |
| WFL303080-5P | VERSIFILM PLUS 2645 PURPLE | 5.09 |
| WFL305169-1G | VERSIFILM PLUS 072 BLUE | 15.50 |
| WFL309892-1G | X-CEL FILM 281-F 600 BLUE | 9.36 |
| WFL309893-1G | X-CEL FILM 281-B 800 BLUE | 10.60 |
| WFL309967-1G | X-CEL FILM 30% 288 BLUE | 3.51 |
| WFL309994-1G | X-CEL FILM WS 288 BLUE | 7.52 |
| WFL310628-1G | X-CEL FILM EXS 307 BLUE | 5.68 |
| WFL310654-1G | X-CEL FILM STD REG BLUE | 6.45 |
| WFN026027-1G | X-CEL FILM RHODAMINE | 8.02 |
| WFN035351-1G | X-CEL FILM PURPLE | 7.64 |
| WGL000203-1G | WATER GLOSS LF RUBINE | 5.87 |
| WGL000207-1G | WATER GLOSS LF WARM RED | 5.09 |
| WGL000225-1G | WATER GLOSS LF PMS 485 RED | 6.30 |
| WGL000227-1G | WATER GLOSS LF PMS 186 RED | 7.50 |
| WGL000503-1G | WATER GLOSS GREEN | 5.50 |
| WGL000556-1G | WATER GLOSS PMS 361 GREEN | 4.98 |
| WGL001061-1G | WATER GLOSS LF 021 ORANGE | 4.17 |
| WGL002563-1G | WATER GLOSS PROCESS MAGENTA | 7.01 |
| WGL012497-1G | WATER GLOSS IDT 109 YELLOW | 5.12 |
| WGL012498-1G | WATER GLOSS IDT 100 LT YELLOW | 3.34 |
| WGL012741-1G | WATER GLOSS IDT YELLOW | 5.05 |
| WGL013636-1G | WATER GLOSS IDT 102 YELLOW | 4.45 |
| WGL013949-1G | GLOSS IDT PMS 162 ORANGE | 3.02 |
| WGL013950-1G | GLOS IDT PMS 101 YELLOW | 3.47 |
| WGL013970-1G | GLOSS IDT 021 ORANGE | 6.06 |
| WGL015331-1G | GLOSS PMS 132 YELLOW | 6.52 |
| WGL015541-1G | GLOSS IDT 1485 ORANGE | 3.67 |
| WGL015683-1G | GLOSS IDT PMS 108 YELLOW | 4.59 |
| WGL015904-1G | WATER GLOSS IDT PMS 151 ORANG | 5.27 |
| WGL016438-1G | GLOSS IDT 600 YELLOW | 3.18 |
| WGL019047-1G | GLOSS 1235 YELLOW | 4.60 |



| WGL019582-1G | GLOSS 106 YELLOW | 3.17 |
| WGL023015-1G | WATER GLOSS IDT WARM RED | 5.60 |
| WGL023017-1G | WATER GLOSS IDT RHODAMINE | 7.04 |
| WGL023552-1G | WATER GLOSS ULF 485 RED | 11.77 |
| WGL023989-1G | WATER GLOSS IDT 185 RED | 4.25 |
| WGL023990-1G | WATER GLOSS IDT 200 RED | 6.87 |
| WGL025808-1G | GLOSS PMS 1795 RED | 5.71 |
| WGL026366-1G | GLOSS LF PMS 238 PINK | 6.00 |
| WGL027126-1G | GLOSS IDT PMS 2562 RED | 3.57 |
| WGL027776-1G | GLOSS ULF 186 RED | 7.89 |
| WGL028395-1G | GLOSS 1915 RED | 4.02 |
| WGL035116-1G | GLOSS IDT PMS 291 BLUE | 3.42 |
| WGL035129-1G | GLOSS IDT PMS 304 BLUE | 2.79 |
| WGL035158-1G | GLOSS IDT PMS 263 PURPLE | 3.31 |
| WGL036217-1G | GLOSS IDT PMS 2975 BLUE | 2.99 |
| WGL037256-1G | GLOSS IDT PMS 264 PURPLE | 4.17 |
| WGL038440-1G | GLOSS IDT OPQ 281 BLUE | 6.51 |
| WGL038479-1G | WATER GLOSS 255 PURPLE | 5.53 |
| WGL044927-1G | GLOSS #4 COOL GREY | 3.08 |
| WGL044949-1G | GLOSS LOW PH BLACK | 2.63 |
| WGL051999-1G | GLOSS IDT 331 GREEN | 2.83 |
| WGL052392-1G | GLOSS IDT 344 GREEN | 2.88 |
| WGL052682-1G | GLOSS IDT PMS 358 GREEN | 3.04 |
| WGL053588-1G | GLOSS 3265 GREEN | 4.91 |
| WGL055005-1G | GLOSS IDT 345 GREEN | 3.40 |
| WGL056195-1G | GLOSS 5535 GREEN | 4.45 |
| WGL057585-1G | GLOSS IDT 386 GREEN | 3.63 |
| WGL064987-1G | GLOSS IDT 726 TAN | 3.12 |
| WGL065098-1G | GLOSS IDT 729 BROWN | 3.80 |
| WGL065423-1G | GLOSS 7517 BROWN | 4.46 |
| WGL100093-1G | GLOSS ULF 152 ORANGE | 13.90 |
| WGL100732-1G | GLOSS IDT 148 ORANGE | 3.28 |
| WGL103033-1G | GLOSS 152 ORANGE | 6.05 |
| WGL200064-1G | GLOSS IDT 202 MAROON | 6.68 |
| WGL204540-1G | GLOSS IDT 670 PINK | 3.27 |
| WGL205760-1G | GLOSS IDT 182 PINK | 3.34 |
| WGL205804-1G | GLOSS IDT 2365 PINK | 3.23 |
| WGL206796-1G | GLOSS IDT PS MATTE PINK | 3.53 |
| WGL206796-5P | GLOSS IDT PS MATTE PINK | 3.53 |
| WGL300028-1G | GLOSS IDT 288 BLUE | 7.60 |
| WGL301308-1G | GLOSS IDT 2727 BLUE | 5.01 |



| WGL303517-1G | GLOSS IDT 290 BLUE | 3.22 |
| WGL308189-1G | GLOSS IDT RIVER BLUE | 2.30 |
| WGN000549-1G | WATER GLOSS PMS 392 GREEN | 3.50 |
| WHL002521-1G | WATER GLOSS H/R 196 PINK | 4.02 |
| WHL004426-1G | WATER HEAT RES BLACK | 2.82 |
| WHL010970-1G | WATER HEAT RES YELLOW | 6.96 |
| WHL011561-1G | WATER HEAT RES LF 021 ORANGE | 5.77 |
| WHL011562-1G | WATER HEAT RES LF 151 ORANGE | 5.16 |
| WHL011568-1G | WATER HEAT RES LF 155 BEIGE | 3.89 |
| WHL012490-1G | WATER GLOS HR 162 ORANGE | 4.18 |
| WHL013101-1G | WATER GLOSS HR PMS 100 YELLOW | 4.13 |
| WHL014250-1G | GLOSS HR PMS 107 YELLOW | 5.01 |
| WHL017923-1G | GLOSS HR 1215 YELLOW | 4.91 |
| WHL018194-1G | GLOSS HR PMS 1205 YELLOW | 4.91 |
| WHL019732-1G | HEAT REST 141 YELLOW | 5.24 |
| WHL020564-1G | WATER HEAT RES WARM RED | 7.50 |
| WHL020565-1G | WATER HEAT RES RUBINE | 7.95 |
| WHL021940-1G | WATER HEAT RES 199 RED | 8.30 |
| WHL022025-1G | WATER HEAT RESISTANT 177 RED | 5.39 |
| WHL022146-1G | WATER HEAT RES 1765 PINK | 4.94 |
| WHL025488-1G | WATER GLOSS HR 182 PINK | 4.23 |
| WHL028975-1G | WATER HI HR PMS 032 RED | 7.87 |
| WHL029335-1G | WATER HR OCR BLIND 485 RED | 8.81 |
| WHL030460-1G | WATER HEAT RES PRO BLUE | 4.58 |
| WHL030461-1G | WATER HEAT RES REFLEX BLUE | 10.71 |
| WHL030508-1G | WATER HEAT RESIST PMS PURPLE | 10.78 |
| WHL030884-1G | WATER HEAT RES LF 300 BLUE | 6.05 |
| WHL031585-1G | WATER HEAT RES LF 290 BLUE | 3.84 |
| WHL031587-1G | WATER HEAT RES LF 285 BLUE | 7.02 |
| WHL031857-1G | WATER HEAT RES 297 BLUE | 4.45 |
| WHL032560-1G | WATER GLOSS PMS 2645 PURPLE | 5.09 |
| WHL044135-1G | HEAT REST 400 GREY | 4.63 |
| WHL050091-1G | WATER HEAT RES LF 375 GREEN | 7.26 |
| WHL050447-1G | GLOSS HR 351 GREEN | 3.61 |
| WHL050478-1G | WATER HEAT RES PMS 390 GREEN | 6.96 |
| WHL051265-1G | WATER GLOSS HR PMS 344 GREEN | 4.81 |
| WHL055482-1G | GLOSS HR SP 360 GREEN | 5.91 |
| WHL057028-1G | GLOSS HEAT REST 368 GREEN | 5.72 |
| WHL058127-1G | GLOSS HR 360 GREEN | 5.70 |
| WHL060975-1G | GLOSS HR PMS 467 BEIGE | 4.82 |
| WHL065182-1G | GLOSS HEAT REST 4655 BEIGE | 4.66 |



| WHL065571-1G | GLOSS HEAT REST SEALY 155 BGE | 3.89 |
| WHL100941-1G | GLOSS HR 7406 YELLOW | 6.84 |
| WHL101570-1G | GLOSS HR 158 COPPER | 7.33 |
| WHL103442-1G | GLOSS HEAT REST SEALY 151 ORG | 5.16 |
| WHL202073-1G | HR P/S FLESH PINK | 4.70 |
| WHL205257-1G | GLOSS HR 7418 RED | 6.00 |
| WHL205774-1G | GLOSS HR 507 PINK | 4.75 |
| WHL206969-1G | GLOSS HEAT REST 206 RED | 7.73 |
| WHL300110-1G | GLOSS HR 291 BLUE | 4.89 |
| WHL301286-1G | GLOSS HR 541 BLUE | 10.93 |
| WHL302366-1G | GLOSS HR SP 257 PURPLE | 5.14 |
| WHL302560-1G | GLOSS HR 294 BLUE | 7.92 |
| WHL305928-1G | HEAT REST ULF 2572 PURPLE | 8.13 |
| WHL306907-1G | GLOSS HR 307 BLUE | 5.08 |
| WHL307886-1G | GLOSS HR BALL METAL BLUE | 4.19 |
| WHL309817-1G | GLOSS HEAT REST 7458 BLUE | 4.40 |
| WHL500097-1G | GLOSS HEAT REST 3385 GREEN | 5.45 |
| WLL000931-1G | WATER LITHO ADHESIVE DEADNER | 2.81 |
| WLL000967-1G | WATER LITHO MATTE WHITE | 1.91 |
| WLL009196-1G | LITHO PINK ADHESIVE DEADENER | 2.91 |
| WLL103291-1G | LITHO SP IMP 101 U YELLOW | 4.52 |
| WLL307515-1G | LITHO PS LT BLUE | 2.63 |
| WML008872-1G | WATER METALLIC 872 GOLD | 5.89 |
| WML008877-1G | WATER METALLIC 877 SILVER | 4.74 |
| WML080233-1G | METALLIC BRIT PMS 873 GOLD | 12.95 |
| WOL009656-1G | OPTAFILM OPQ WHITE | 3.17 |
| WOL044438-1G | OPTAFILM BLACK | 2.83 |
| WOL044461-1G | OPTAFILM SP 4C PC BLACK | 3.24 |
| WOL044462-1G | OPTAFILM JET BLACK | 3.15 |
| WOL044615-1G | OPTAFILM 420 GRAY | 4.26 |
| WOL044657-1G | OPTAFILM #4 COOL GRAY | 4.38 |
| WOL044761-1G | OPTAFILM 422 GREY | 4.41 |
| WOL101399-1G | OPTAFILM 123 YELLOW | 7.95 |
| WOL101973-1G | OPTAFILM SP ULF 4C PC YELLOW | 20.73 |
| WOL205445-1G | OPTAFILM 185 RED | 6.99 |
| WOL205605-1G | OPTAFILM 485 RED | 7.79 |
| WOL205737-1G | OPTAFILM 186 RED | 8.15 |
| WOL205744-1G | OPTAFILM 199 RED | 8.66 |
| WOL206380-1G | OPTAFILM SP ULF 4C PC MAGENTA | 15.14 |
| WOL207606-1G | OPTAFILM SP 201 U RED | 8.13 |
| WOL207887-1G | OPTAFILM PS REDBOX RED | 7.93 |



| | | |
|---|---|---|
| WOL307358-1G | OPTAFILM REFLEX BLUE | 8.66 |
| WOL307359-1G | OPTAFILM SP 4C PC CYAN | 5.68 |
| WOL307658-1G | OPTAFILM 293 BLUE | 8.41 |
| WOL307839-1G | OPTAFILM 286 BLUE | 9.90 |
| WOL308305-1G | OPTAFILM 288 BLUE | 9.41 |
| WOL309360-1G | OPTAFILM 072 BLUE | 10.11 |
| WTL011853-1G | WATER THERMAL LF YELLOW | 5.57 |
| WTL017805-1G | THERMAL III EXS YELLOW | 5.16 |
| WTL018106-1G | THERMAL III 021 ORANGE | 5.59 |
| WTL018656-1G | THERMAL III 101 YELLOW | 5.21 |
| WTL019452-1G | THERMAL IV YELLOW | 4.98 |
| WTL044479-1G | THERMAL IV BLACK | 2.98 |
| WTL044844-1G | THERMAL IV #10 COOL GREY | 4.81 |
| WTL044926-1G | THERMAL IV COOL GREY #3 | 4.10 |
| WTL045082-1G | THERMAL IV 400 GREY | 4.10 |
| WTL055670-1G | THERMAL III EXS 360 GREEN | 6.08 |
| WTL055828-1G | THERMAL III 359 GREEN | 5.11 |
| WTL059041-1G | THERMAL IV 344 GREEN | 4.33 |
| WTL059441-1G | THERMAL IV 388 GREEN | 5.37 |
| WTL059525-1G | THERMAL IV 375 GREEN | 7.12 |
| WTL059559-1G | THERMAL IV 628 TEAL | 4.15 |
| WTL059932-1G | THERMAL IV CARDINAL 7488 GREE | 6.13 |
| WTL065244-1G | THERMAL IV 4655 BEIGE | 4.54 |
| WTL065420-1G | THERMAL IV 7402 BEIGE | 4.29 |
| WTL065441-1G | THERMAL IV WS 7402 BEIGE | 4.25 |
| WTL065441-5P | THERMAL IV WS 7402 BEIGE | 4.25 |
| WTL065622-1G | THERMAL IV 726 BEIGE | 4.27 |
| WTL100706-1G | THERMAL III 1585 ORANGE | 7.51 |
| WTL101095-1G | THERMAL IV YELLOW | 5.09 |
| WTL101462-1G | THERMAL IV 108 YELLOW | 5.28 |
| WTL101508-1G | THERMAL IV 101 YELLOW | 4.43 |
| WTL101860-1G | THERMAL IV 021 ORANGE | 6.60 |
| WTL102026-1G | THERMAL IV 100 YELLOW | 4.43 |
| WTL102081-1G | THERMAL IV 102 YELLOW | 5.56 |
| WTL102444-1G | THERMAL IV 379 YELLOW | 4.73 |
| WTL102882-1G | THERMAL IV 148 BEIGE | 4.55 |
| WTL102913-1G | THERMAL III 3935 YELLOW | 4.68 |
| WTL103201-1G | THERMAL IV 603 YELLOW | 4.78 |
| WTL103213-1G | THERMAL IV 106 YELLOW | 4.83 |
| WTL103217-1G | THERMAL IV MATTE 3945 YELLOW | 4.98 |
| WTL103231-1G | THERMAL IV WS 603 YELLOW | 5.01 |



| WTL103261-1G | THERMAL III 137 YELLOW | 6.83 |
| WTL103274-1G | THERMAL IV 165 ORANGE | 7.20 |
| WTL201688-1G | THERMAL III 485 RED | 7.67 |
| WTL203308-1G | THERMAL III EXS 196 PINK | 4.79 |
| WTL204132-1G | THERMAL IV 185 RED | 6.91 |
| WTL205412-1G | THERMAL IV 485 RED | 5.90 |
| WTL205581-1G | THERMAL IV WARM RED | 5.74 |
| WTL205582-1G | THERMAL IV RUBINE | 6.11 |
| WTL205817-1G | THERMAL IV 186 RED | 7.11 |
| WTL205928-1G | THERMAL IV 199 RED | 7.47 |
| WTL206273-1G | THERMAL IV 1895 PINK | 4.00 |
| WTL206470-1G | THERMAL IV 1807 RED | 7.44 |
| WTL206574-1G | THERMAL IV 032 RED | 7.71 |
| WTL206933-1G | THERMAL IV 699 PINK | 4.17 |
| WTL207243-1G | THERMAL IV 192 RED | 7.89 |
| WTL207560-1G | THERMAL IV 1797 RED | 7.78 |
| WTL207733-1G | THERMAL IV 708 PINK | 4.55 |
| WTL207744-1G | THERMAL IV MATTE 182 PINK | 3.63 |
| WTL207768-1G | THERMAL IV WS 708 PINK | 4.49 |
| WTL207769-1G | THERMAL IV WS 199 RED | 7.70 |
| WTL208037-1G | THERMAL IV 176 PINK | 4.38 |
| WTL305026-1G | THERMAL III 297 BLUE | 5.05 |
| WTL307582-1G | THERMAL IV REFLEX BLUE | 7.17 |
| WTL307583-1G | THERMAL IV PROC BLUE | 4.12 |
| WTL307945-1G | THERMAL IV 2925 BLUE | 4.68 |
| WTL307990-1G | THERMAL IV 2975 BLUE | 3.79 |
| WTL308070-1G | THERMAL IV 277 BLUE | 4.44 |
| WTL308126-1G | THERMAL IV 305 BLUE | 3.95 |
| WTL308580-1G | THERMAL IV 300 BLUE | 6.66 |
| WTL308797-1G | THERMAL IV 287 BLUE | 8.31 |
| WTL309629-1G | THERMAL IV 2905 BLUE | 4.28 |
| WTL310012-1G | THERMAL IV 2567 VIOLET | 4.74 |
| WTL310466-1G | THERMAL IV 307 BLUE | 5.71 |
| WTL310564-1G | THERMAL IV 297 BLUE | 4.43 |
| WTL310776-1G | THERMAL IV 304 BLUE | 4.39 |
| WTL310828-1G | THERMAL IV 2572 PURPLE | 5.67 |
| WTL500106-1G | THERMAL IV 397 GREEN | 6.92 |
| WTN205583-1G | THERMAL IV RHODAMINE | 8.27 |
| WTN207166-1G | THERMAL IV 237 PINK | 4.87 |
| WVA000148-1G | COLOR BOOSTER | 6.67 |
| WVA001513-1G | PROPYLENE GLYCOL | 1.23 |

ACTEGA WIT, Inc. 125 Technology Dr. Lincolnton, NC 28092 USA Phone 704.735.8282 Fax 704.732.6333

A member of ⓒ ALTANA



| | | |
|---|---|---|
| WVA001620-1G | CLEAN PRINT ADDITIVE | 2.40 |
| WVA001620-5P | CLEAN PRINT ADDITIVE | 2.40 |
| WVA011213-1G | CATALYST | 17.21 |
| WVF001827-1G | X-CEL FILM IMPRINT COATING | 3.19 |
| WVF001827-5D | X-CEL FILM IMPRINT COATING | 3.19 |
| WVF010300-1G | X-CEL FILM TRANSPARENT WHITE | 2.03 |
| WVF010516-1G | X-CEL FILM SP PRIMER/OPV | 3.16 |
| WVF011229-1G | VERSIFILM PLUS TRANS WHITE | 2.08 |
| WVF011230-1G | VERSIFILM PLUS E-Z PRINT | 1.69 |
| WVG000113-1G | WATER GLOSS FOIL PRIMER | 1.79 |
| WVG000192-1G | WATER GLOSS E-Z PRINT REDUCER | 1.35 |
| WVG001127-1G | WATER GLOSS SCUFF RES OPV | 1.89 |
| WVG001527-1G | WATER VARN BLACKLIGHT CONCENT | 2.95 |
| WVG001880-1G | WATER GLOSS IDT EASY PRINT | 1.67 |
| WVG001881-1G | WATER GLOSS IDT TRANS WHITE | 1.73 |
| WVG001932-1G | WATER GLOSS IDT IMPRNT VARNIS | 2.53 |
| WVG011274-1G | METALLIC BRITE TRANSPARENT WH | 6.49 |
| WVH001025-1G | WATER GLOSS HR OPV/TRANS WHIT | 2.32 |
| WVH001792-1G | WATER GLOSS HR IMPRINT COATIN | 3.76 |
| WVH001792-5P | WATER GLOSS HR IMPRINT COATIN | 3.76 |
| WVL001680-1G | WATER LITHO IMPRINT COATING | 3.64 |
| WVL001790-5P | WATER LITHO IMPRINT II VARNIS | 3.07 |
| WVL001910-1G | WATER LITHO Y/S PART B TONER | 46.21 |
| WVO011584-1G | OPTAFILM EZ PRINT REDUCER | 2.07 |
| WVT011169-1G | THERMAL III TRANS WHITE | 2.06 |
| WVT011607-1G | THERMAL IV TRANS WHITE | 2.22 |
| WVT011608-1G | THERMAL IV EASY PRINT REDUCER | 1.66 |
| XGL044076-1G | PERFORMA BLACK | 3.17 |
| XGL044079-1G | PERFORMA JET BLACK | 2.77 |
| XGL044099-1G | PERFORMA 4C PC BLACK | 3.43 |
| XGL044139-1G | PERFORMA 424 GRAY | 3.98 |
| XGL044168-1G | PERFORMA 9C COOL GREY | 3.98 |
| XGL044201-1G | PERFORMA 401 GREY | 3.18 |
| XGL044267-1G | PERFORMA 423 GREY | 3.69 |
| XGL044412-1G | PERFORMA #2C COOL GREY | 2.99 |
| XGL044414-1G | PERFORMA #7 COOL GREY | 3.49 |
| XGL057263-1G | PERFORMA GREEN | 7.47 |
| XGL057408-1G | PERFORMA 354 GREEN | 8.22 |
| XGL057464-1G | PERFORMA 375 GREEN | 7.32 |
| XGL057483-1G | PERFORMA 348 GREEN | 6.61 |
| XGL057510-1G | PERFORMA 361 GREEN | 7.20 |

ACTEGA WIT, Inc. 125 Technology Dr. Lincolnton, NC 28092 USA Phone 704.735.8282 Fax 704.732.6333

A member of ◐ ALTANA



| | | |
|---|---|---|
| XGL057672-1G | PERFORMA 574 GREEN | 7.19 |
| XGL057706-1G | PERFORMA 573 GREEN | 3.31 |
| XGL057798-1G | PERFORMA 372 GREEN | 3.59 |
| XGL057849-1G | PERFORMA 362 GREEN | 6.78 |
| XGL058154-1G | PERFORMA 351 GREEN | 3.74 |
| XGL058533-1G | PERFORMA 326 GREEN | 4.57 |
| XGL059428-1G | PERFORMA 317 GREEN | 3.75 |
| XGL100016-1G | PERFORMA YELLOW | 5.45 |
| XGL100021-1G | PERFORMA ORANGE | 5.98 |
| XGL100057-1G | PERFORMA 4C PC YELLOW | 6.34 |
| XGL100142-1G | PERFORMA 102 YELLOW | 7.03 |
| XGL100176-1G | PERFORMA 106 YELLOW | 4.27 |
| XGL100266-1G | PERFORMA 115 YELLOW | 5.24 |
| XGL100311-1G | PERFORMA 1505 ORANGE | 8.14 |
| XGL100328-1G | PERFORMA 122 YELLOW | 4.73 |
| XGL100450-1G | PERFORMA 1485 ORANGE | 4.08 |
| XGL102752-1G | PERFORMA 600 YELLOW | 3.88 |
| XGL102761-1G | PERFORMA 3935 YELLOW | 4.57 |
| XGL204184-1G | PERFORMA RUBINE | 7.03 |
| XGL204190-1G | PERFORMA WARM RED | 6.70 |
| XGL204245-1G | PERFORMA 4C PC MAGENTA | 7.71 |
| XGL204246-1G | PERFORMA 485 RED | 8.31 |
| XGL204347-1G | PERFORMA 032 RED | 8.28 |
| XGL204371-1G | PERFORMA 185 RED | 8.40 |
| XGL204388-1G | PERFORMA 186 RED | 8.32 |
| XGL204492-1G | PERFORMA 200 RED | 8.43 |
| XGL204841-1G | PERFORMA 182 PINK | 3.49 |
| XGL204972-1G | PERFORMA 7427 RED | 8.23 |
| XGL205147-1G | PERFORMA 169 PINK | 3.85 |
| XGL205290-1G | PERFORMA 217 RED | 3.04 |
| XGL205664-1G | PERFORMA 176 RED | 3.50 |
| XGL305696-1G | PERFORMA REFLEX BLUE | 7.98 |
| XGL305702-1G | PERFORMA VIOLET | 11.92 |
| XGL305703-1G | PERFORMA PROCESS BLUE | 4.18 |
| XGL305788-1G | PERFORMA 4C PC CYAN | 4.71 |
| XGL305907-1G | PERFORMA 290 BLUE | 3.36 |
| XGL306051-1G | PERFORMA 288 BLUE | 12.52 |
| XGL306136-1G | PERFORMA 299 BLUE | 5.27 |
| XGL306234-1G | PERFORMA 277 BLUE | 3.52 |
| XGL306242-1G | PERFORMA 2975 BLUE | 3.28 |
| XGL306364-1G | PERFORMA 297 BLUE | 3.78 |

ACTEGA WIT, Inc. 125 Technology Dr. Lincolnton, NC 28092 USA Phone 704.735.8282 Fax 704.732.6333

A member of ALTANA



| XGL306566-1G | PERFORMA 287 BLUE | 12.75 |
| XGL306707-1G | DO NOT USE-SEE XGL310796 | 3.18 |
| XGL306908-1G | PERFORMA 283 BLUE | 3.42 |
| XGL307131-1G | PERFORMA W/S 289 BLUE | 9.76 |
| XGL307158-1G | PERFORMA 2708 BLUE | 3.55 |
| XGL307578-1G | PERFORMA 2727 VIOLET | 7.16 |
| XGL307621-1G | PERFORMA 315 BLUE | 6.51 |
| XGL307933-1G | PERFORMA 539 BLUE | 8.76 |
| XGL308027-1G | PERFORMA 2757 BLUE | 9.15 |
| XGL308066-1G | PERFORMA 307 BLUE | 6.23 |
| XGL308276-1G | PERFORMA 2563 PURPLE | 4.56 |
| XGL308663-1G | PERFORMA 322 BLUE | 7.44 |
| XGL309353-1G | PERFORMA 5435 BLUE | 3.79 |
| XGL310249-1G | PERFORMA 7446 PURPLE | 4.22 |
| XGL310653-1G | PERFORMA STD REG 2011 BLUE | 6.07 |
| XGL310721-1G | PERFORMA STD REG BLUE | 7.32 |
| XGL500165-1G | PERFORMA ULF 347 GREEN | 19.11 |
| XGN204187-1G | PERFORMA RHODAMINE | 9.93 |
| XGN305704-1G | PERFORMA PURPLE | 9.50 |
| XGN306463-1G | PERFORMA 267 C PURPLE | 13.79 |
| XVG011483-1G | PERFORMA TRANS WHITE | 1.65 |

**PACKAGING**

One gallon containers packed four to a box.

Colors packaged in like containers may be combined for quantity discounts.

**TERMS**

Prices quoted per pound, normal freight is prepaid.  Less than four gallon shipped FOB

Lincolnton, N.C.

**EFFECTIVE AUGUST 15, 2011**

ACTEGA WIT, Inc. 125 Technology Dr. Lincolnton, NC 28092 USA Phone 704.735.8282 Fax 704.732.6333

A member of ○ ALTANA