# EXHIBIT C

ACTEGA WIT, Inc.
PO Box 10
Lincolnton, NC 28093-0010
Phone/Tel: 704 735-8282
Fax:        704 732-6333
Federal Id: #27-0168047
acctrec.actega.wit@altana.com
www.actega.com

**ACTEGA**
Coatings & Sealants
Page 1 / 2
12/02/2015 15:25:39

# Invoice

**Remit To**
ACTEGA WIT, Inc.
25620 Network Place
Chicago, IL 60673-1098

**Bill To**
STANDARD REGISTER
5131 TAMPA WEST BLVD
TAMPA FL 33634

**Ship-To-Party**
STANDARD REGISTER
5131 TAMPA WEST BLVD
TAMPA FL 33634

**Information**
| | |
|---|---|
| Invoice No. | 90172510 |
| Invoice Date | 03/18/2015 |
| Customer No. | 10004553 |
| Currency | USD |
| Term of Payment | NET 10 |
| Incoterm | EXW Ex Works |
| Sales person | 33 |
| Gross Weight | 210.000 LB |
| Net Weight | 189.000 LB |

**ACH Payment**
Bank: JPMorgan Chase Bank, NA
Acct # 887293074 / Routing # 021000021

| Item | Material/Description | Ord. Qty | Shipped Qty | Unit Price | Ext. Price |
|---|---|---|---|---|---|
| 20 | 10013334<br>THERMAL IV WS 708 PINK-1G<br>Order No. 144150 / 20<br>Purchase Order No. 01866869<br>Customer Item # ***NC*** | 4 JUG | 4 JUG<br>Weight: | 4.49 USD/LB<br>WTL207768-1G<br>36.000 LB | 161.64 USD |
| 30 | 10013185<br>THERMAL IV WS 603 YELLOW-1G<br>Order No. 144150 / 30<br>Purchase Order No. 01866869<br>Customer Item # ***NC*** | 2 JUG | 2 JUG<br>Weight: | 5.01 USD/LB<br>WTL103231-1G<br>18.000 LB | 90.18 USD |
| 40 | 10013083<br>THERMAL IV WS 7402 BEIGE-1G<br>Order No. 144150 / 40<br>Purchase Order No. 01866869<br>Customer Item # ***NC*** | 15 JUG | 15 JUG<br>Weight: | 4.25 USD/LB<br>WTL065441-1G<br>135.000 LB | 573.75 USD |

**Total Before Tax**                                                                      825.57 USD

All orders and sales are final and bound by ACTEGA WIT's Terms and Conditions of Sale.
Please refer to our website at www.actega.com/WIT .

A member of **ALTANA**

**ACTEGA WIT, Inc.**
PO Box 10
Lincolnton, NC 28093-0010
**Phone/Tel:** 704 735-8282
**Fax:** 704 732-6333
**Federal Id:** #27-0168047
acctrec.actega.wit@altana.com
www.actega.com


Coatings & Sealants

Page 2 / 2
12/02/2015 15:25:39

# Invoice

| Bill To | Information | |
|---|---|---|
| STANDARD REGISTER | Invoice No. | 90172510 |
| 5131 TAMPA WEST BLVD | Invoice Date | 03/18/2015 |
| TAMPA FL  33634 | Customer No. | 10004553 |

**Total Amount**  825.57  USD

All orders and sales are final and bound by ACTEGA WIT's Terms and Conditions of Sale.
Please refer to our website at www.actega.com/WIT .

A member of ALTANA

**ACTEGA WIT, Inc.**
PO Box 10
Lincolnton, NC 28093-0010
Phone/Tel: 704 735-8282
Fax:         704 732-6333
Federal Id: #27-0168047
acctrec.actega.wit@altana.com
www.actega.com


Coatings & Sealants
Page 1 / 1
12/02/2015 15:25:57

# Invoice

**Remit To**
ACTEGA WIT, Inc.
25620 Network Place
Chicago, IL 60673-1098

**Bill To**
STANDARD REGISTER
5131 TAMPA WEST BLVD
TAMPA FL  33634

**Ship-To-Party**
STANDARD REGISTER
5131 TAMPA WEST BLVD
TAMPA FL  33634

**Information**
| | |
|---|---|
| Invoice No. | 90212971 |
| Invoice Date | 11/12/2015 |
| Customer No. | 10004553 |
| Currency | USD |
| Term of Payment | NET 10 |
| Incoterm | EXW Ex Works |
| Sales person | 33 |
| Gross Weight | 60.000 LB |
| Net Weight | 54.000 LB |

**ACH Payment**
Bank: JPMorgan Chase Bank, NA
Acct # 887293074 / Routing # 021000021

| Item | Material/Description | Ord. Qty | Shipped Qty | Unit Price | Ext.Price |
|---|---|---|---|---|---|
| 20 | 10019629  WATER GLOSS IDT SP YELLOW-1G | 6 JUG | 6 JUG  WGL103887-1G | 7.67  USD/LB | 414.18 USD |
|  | Order No. 178467 /   20 |  | Weight:  54.000 LB |  |  |
|  | Purchase Order No. 01867402 |  |  |  |  |
|  |  |  |  | **Total Before Tax** | 414.18 USD |
|  |  |  |  | **Total Amount** | 414.18 USD |

All orders and sales are final and bound by ACTEGA WIT's Terms and Conditions of Sale.
Please refer to our website at www.actega.com/WIT .

A member of ALTANA

**ACTEGA WIT, Inc.**
PO Box 10
Lincolnton, NC 28093-0010
Phone/Tel: 704 735-8282
Fax:          704 732-6333
Federal Id: #27-0168047
acctrec.actega.wit@altana.com
www.actega.com

**ACTEGA**
Coatings & Sealants
Page 1 / 1
12/02/2015 15:26:16

# Invoice

| Remit To |
|---|
| ACTEGA WIT, Inc. |
| 25620 Network Place |
| Chicago, IL 60673-1098 |

| Bill To |
|---|
| STANDARD REGISTER |
| 5131 TAMPA WEST BLVD |
| TAMPA FL  33634 |

| Ship-To-Party |
|---|
| STANDARD REGISTER |
| 5131 TAMPA WEST BLVD |
| TAMPA FL  33634 |

| Information | |
|---|---|
| Invoice No. | 90213146 |
| Invoice Date | 11/13/2015 |
| Customer No. | 10004553 |
| Currency | USD |
| Term of Payment | NET 10 |
| Incoterm | EXW Ex Works |
| Sales person | 33 |
| Gross Weight | 10.000 LB |
| Net Weight | 9.000 LB |

**ACH Payment**
Bank: JPMorgan Chase Bank, NA
Acct # 887293074 / Routing # 021000021

| Item | Material/Description | Ord. Qty | Shipped Qty | Unit Price | Ext.Price |
|---|---|---|---|---|---|
| 10 | 10013299 | 1 JUG | 1 JUG | 4.50 USD/LB | 40.50 USD |
|  | THERMAL IV 1765 PINK-1G | | | WTL206705-1G | |
|  | Order No. 178467 /   10 | | Weight: | 9.000 LB | |
|  | Purchase Order No. 01867402 | | | | |
|  | Customer Item # ***NC*** | | | | |
|  | | | **Total Before Tax** | | 40.50 USD |
|  | | | **Total Amount** | | 40.50 USD |

All orders and sales are final and bound by ACTEGA WIT's Terms and Conditions of Sale.
Please refer to our website at www.actega.com/WIT .

A member of **ALTANA**

**ACTEGA WIT, Inc.**
PO Box 10
Lincolnton, NC 28093-0010
**Phone/Tel:** 704 735-8282
**Fax:**       704 732-6333
**Federal Id:** #27-0168047
acctrec.actega.wit@altana.com
www.actega.com


Coatings & Sealants
Page 1 / 1
12/02/2015 15:26:33

# Invoice

**Remit To**
ACTEGA WIT, Inc.
25620 Network Place
Chicago, IL 60673-1098

**Bill To**
STANDARD REGISTER/IN MOLD PLANT
600 ALBANY STREET
DAYTON OH  45417

**Ship-To-Party**
STANDARD REGISTER/IN MOLD PLANT
600 ALBANY STREET
DAYTON OH  45417

**Information**
| | |
|---|---|
| Invoice No. | 90184021 |
| Invoice Date | 05/22/2015 |
| Customer No. | 10004556 |
| Currency | USD |
| Term of Payment | NET 10 |
| Incoterm | EXW Ex Works |
| Sales person | 43 |
| Gross Weight | 36.000 LB |
| Net Weight | 32.000 LB |

**ACH Payment**
Bank: JPMorgan Chase Bank, NA
Acct # 887293074 / Routing # 021000021

** ALL INVOICES EMAIL TO : radap@standardregister.com

| Item | Material/Description | Ord. Qty | Shipped Qty | Unit Price | Ext.Price |
|---|---|---|---|---|---|
| 10 | 10011742<br>OPTAFILM SP 4C PC BLACK-1G | 2 JUG | 2 JUG | 3.24  USD/LB<br>WOL044461-1G | 58.32 USD |
|  | **Order No.** 153952 /     10 |  | **Weight:** | 18.000 LB |  |
|  | **Purchase Order No.** CREDIT CARD |  |  |  |  |
|  | **Customer Item #** COURIER***COURIER**** |  |  |  |  |
| 20 | 10013677<br>CLEAN PRINT ADDITIVE-1G | 2 JUG | 2 JUG | 2.30  USD/LB<br>WVA001620-1G | 32.20 USD |
|  | **Order No.** 153952 /     20 |  | **Weight:** | 14.000 LB |  |
|  | **Purchase Order No.** CREDIT CARD |  |  |  |  |
|  | **Customer Item #** COURIER***COURIER**** |  |  |  |  |

|  |  |
|---|---|
| **Total Before Tax** | 90.52 USD |
| **Total Amount** | 90.52 USD |

All orders and sales are final and bound by ACTEGA WIT's Terms and Conditions of Sale.
Please refer to our website at www.actega.com/WIT .

A member of ALTANA

**ACTEGA WIT, Inc.**
PO Box 10
Lincolnton, NC 28093-0010
Phone/Tel: 704 735-8282
Fax:       704 732-6333
Federal Id: #27-0168047
acctrec.actega.wit@altana.com
www.actega.com

**ACTEGA**
Coatings & Sealants
Page 1 / 2
12/02/2015 15:26:51

# Invoice

**Remit To**
ACTEGA WIT, Inc.
25620 Network Place
Chicago, IL 60673-1098

**Bill To**
STANDARD REGISTER/IN MOLD PLANT
600 ALBANY STREET
DAYTON OH  45417

**Ship-To-Party**
STANDARD REGISTER/IN MOLD PLANT
600 ALBANY STREET
DAYTON OH  45417

**Information**
| | |
|---|---|
| Invoice No. | 90210631 |
| Invoice Date | 10/29/2015 |
| Customer No. | 10004556 |
| Currency | USD |
| Term of Payment | NET 10 |
| Incoterm | EXW Ex Works |
| Sales person | 43 |
| Gross Weight | 919.000 LB |
| Net Weight | 857.000 LB |

**ACH Payment**
Bank: JPMorgan Chase Bank, NA
Acct # 887293074 / Routing # 021000021

** ALL INVOICES EMAIL TO : radap@standardregister.com

| Item | Material/Description | Ord. Qty | Shipped Qty | Unit Price | Ext.Price |
|---|---|---|---|---|---|
| 10 | 10004729 AVALANCHE WHITE-5P | 20 PL | 13 PL | 8.38 USD/LB RPL900704-5P | 4,793.36 USD |
|    | Order No. 176393 / 10 | | Weight: 572.000 LB | | |
|    | Purchase Order No. 272912 | | | | |
|    | Customer Item # GAMD*GAMD*GAMD*GAMD | | | | |
| 20 | 10016152 PHARMAFLEX 476 BROWN-1G | 5 JUG | 5 JUG | 14.65 USD/LB RPN600741-1G | 659.25 USD |
|    | Order No. 176393 / 20 | | Weight: 45.000 LB | | |
|    | Purchase Order No. 272912 | | | | |
|    | Customer Item # GAMD*GAMD*GAMD*GAMD | | | | |
| 30 | 10005970 SCREENCOAT PRIME-5P | 10 PL | 6 PL | 18.10 USD/LB RVG001278-5P | 4,344.00 USD |
|    | Order No. 176393 / 30 | | Weight: 240.000 LB | | |
|    | Purchase Order No. 272912 | | | | |
|    | Customer Item # GAMD*GAMD*GAMD*GAMD | | | | |
| | **Manual Cust Freight** | | | | 95.00 USD |
| | | | **Total Before Tax** | | 9,891.61 USD |

All orders and sales are final and bound by ACTEGA WIT's Terms and Conditions of Sale.
Please refer to our website at www.actega.com/WIT .

A member of  **ALTANA**

**ACTEGA WIT, Inc.**
PO Box 10
Lincolnton, NC 28093-0010
Phone/Tel: 704 735-8282
Fax:         704 732-6333
Federal Id: #27-0168047
acctrec.actega.wit@altana.com
www.actega.com

**ACTEGA**
Coatings & Sealants
Page 2 / 2
12/02/2015 15:26:51

# Invoice

| Bill To | Information | |
|---|---|---|
| STANDARD REGISTER/IN MOLD PLANT<br>600 ALBANY STREET<br>DAYTON OH  45417 | Invoice No.<br>Invoice Date<br>Customer No. | 90210631<br>10/29/2015<br>10004556 |

| | Total Amount | 9,891.61 USD |
|---|---|---|

All orders and sales are final and bound by ACTEGA WIT's Terms and Conditions of Sale.
Please refer to our website at www.actega.com/WIT .

A member of **ALTANA**

**ACTEGA WIT, Inc.**
PO Box 10
Lincolnton, NC 28093-0010
Phone/Tel: 704 735-8282
Fax:         704 732-6333
Federal Id: #27-0168047
acctrec.actega.wit@altana.com
www.actega.com

**ACTEGA**
Coatings & Sealants
Page 1 / 1
12/02/2015 15:27:06

# Invoice

**Remit To**
ACTEGA WIT, Inc.
25620 Network Place
Chicago, IL 60673-1098

**Bill To**
STANDARD REGISTER/IN MOLD PLANT
600 ALBANY STREET
DAYTON OH  45417

**Ship-To-Party**
STANDARD REGISTER/IN MOLD PLANT
600 ALBANY STREET
DAYTON OH  45417

**Information**
| | |
|---|---|
| Invoice No. | 90210932 |
| Invoice Date | 10/30/2015 |
| Customer No. | 10004556 |
| Currency | USD |
| Term of Payment | NET 10 |
| Incoterm | EXW Ex Works |
| Sales person | 43 |
| Gross Weight | 501.000 LB |
| Net Weight | 468.000 LB |

**ACH Payment**
Bank: JPMorgan Chase Bank, NA
Acct # 887293074 / Routing # 021000021

** ALL INVOICES EMAIL TO : radap@standardregister.com

| Item | Material/Description | Ord. Qty | Shipped Qty | Unit Price | Ext.Price |
|---|---|---|---|---|---|
| 10 | 10004729<br>AVALANCHE WHITE-5P<br>Order No. 176393 / 10<br>Purchase Order No. 272912<br>Customer Item # GAMD*GAMD*GAMD*GAMD | 20 PL | 7 PL<br>Weight: | 8.38  USD/LB<br>RPL900704-5P<br>308.000 LB | 2,581.04 USD |
| 30 | 10005970<br>SCREENCOAT PRIME-5P<br>Order No. 176393 / 30<br>Purchase Order No. 272912<br>Customer Item # GAMD*GAMD*GAMD*GAMD | 10 PL | 4 PL<br>Weight: | 18.10  USD/LB<br>RVG001278-5P<br>160.000 LB | 2,896.00 USD |
| | | | **Total Before Tax** | | 5,477.04 USD |
| | | | **Total Amount** | | 5,477.04 USD |

All orders and sales are final and bound by ACTEGA WIT's Terms and Conditions of Sale.
Please refer to our website at www.actega.com/WIT .

A member of  **ALTANA**

**ACTEGA WIT, Inc.**
PO Box 10
Lincolnton, NC 28093-0010
Phone/Tel: 704 735-8282
Fax:         704 732-6333
Federal Id: #27-0168047
acctrec.actega.wit@altana.com
www.actega.com

**ACTEGA**
Coatings & Sealants
Page 1 / 2
12/02/2015 15:27:22

# Invoice

| Remit To |
| --- |
| ACTEGA WIT, Inc. |
| 25620 Network Place |
| Chicago, IL 60673-1098 |

| Bill To |
| --- |
| STANDARD REGISTER Latinoamerica |
| APODACA, NUEVO LEON |
| PLATON #132 |
| 66600 MEXICO |
| MEXICO |

| Ship-To-Party |
| --- |
| STANDARD REGISTER Latinoamerica |
| APODACA, NUEVO LEON |
| PLATON #132 |
| 66600 MEXICO |
| MEXICO |

**Information**
| | |
| --- | --- |
| Invoice No. | 90210473 |
| Invoice Date | 10/29/2015 |
| Customer No. | 10004558 |
| Currency | USD |
| Term of Payment | NET 10 |
| Incoterm | EXW Ex Works |
| Sales person | 67 |
| Gross Weight | 162.000 LB |
| Net Weight | 144.000 LB |

**ACH Payment**
Bank: JPMorgan Chase Bank, NA
Acct # 887293074 / Routing # 021000021

| Item | Material/Description | Ord. Qty | Shipped Qty | Unit Price | Ext. Price |
| --- | --- | --- | --- | --- | --- |
| 10 | 10004659<br>PHARMAFLEX MATTE BLACK-1G<br>**Order No.** 170850 / 10<br>**Purchase Order No.** email<br>09/21/2015 | 4 JUG | 4 JUG | 15.01 USD/LB<br>RPL401006-1G<br>**Weight:** 36.000 LB | 540.36 USD |
| 20 | 10006122<br>MATTE IMAGECOAT-1G<br>**Order No.** 170850 / 20<br>**Purchase Order No.** email<br>09/21/2015 | 6 JUG | 6 JUG | 12.92 USD/LB<br>RVM001228-1G<br>**Weight:** 42.000 LB | 542.64 USD |
| 30 | 10021175<br>ACTExact# PROCESS YELLOW-1G<br>**Order No.** 170850 / 30<br>**Purchase Order No.** email<br>09/21/2015 | 5 JUG | 5 JUG | 13.42 USD/LB<br>REN102188-1G<br>**Weight:** 45.000 LB | 603.90 USD |
| 40 | 10006113 | 3 JUG | 3 JUG | 10.14 USD/LB | 212.94 USD |

All orders and sales are final and bound by ACTEGA WIT's Terms and Conditions of Sale.
Please refer to our website at www.actega.com/WIT .

A member of **ALTANA**

**ACTEGA WIT, Inc.**
PO Box 10
Lincolnton, NC 28093-0010
Phone/Tel: 704 735-8282
Fax:             704 732-6333
Federal Id: #27-0168047
acctrec.actega.wit@altana.com
www.actega.com


ACTEGA
Coatings & Sealants
Page 2 / 2
12/02/2015 15:27:22

# Invoice

| Bill To | Information | |
|---|---|---|
| STANDARD REGISTER Latinoamerica<br>APODACA, NUEVO LEON<br>PLATON #132<br>66600 MEXICO<br>MEXICO | Invoice No.<br>Invoice Date<br>Customer No. | 90210473<br>10/29/2015<br>10004558 |

| Item | Material/Description | Ord. Qty | Shipped Qty | Unit Price | Ext.Price |
|---|---|---|---|---|---|
| | SATINCOAT 2-1G | | RVM001030-1G | | |
| | **Order No.** 170850 /    40 | | **Weight:** | 21.000 LB | |
| | **Purchase Order No.** email<br>09/21/2015 | | | | |
| | | | **Total Before Tax** | | 1,899.84 USD |
| | | | **Total Amount** | | 1,899.84 USD |

All orders and sales are final and bound by ACTEGA WIT's Terms and Conditions of Sale.
Please refer to our website at www.actega.com/WIT .

A member of ◯ **ALTANA**

**ACTEGA WIT, Inc.**
PO Box 10
Lincolnton, NC 28093-0010
Phone/Tel: 704 735-8282
Fax: 704 732-6333
Federal Id: #27-0168047
acctrec.actega.wit@altana.com
www.actega.com


Coatings & Sealants
Page 1 / 1
12/02/2015 15:27:38

# Invoice

**Remit To**
ACTEGA WIT, Inc.
25620 Network Place
Chicago, IL 60673-1098

**Bill To**
STANDARD REGISTER Latinoamerica
APODACA, NUEVO LEON
PLATON #132
66600 MEXICO
MEXICO

**Ship-To-Party**
CARGOQUIN INC
5803 EAST DRIVE
LAREDO TX  78041

**Information**
| | |
|---|---|
| Invoice No. | 90210475 |
| Invoice Date | 10/29/2015 |
| Customer No. | 10004558 |
| Currency | USD |
| Term of Payment | NET 10 |
| Incoterm | EXW Ex Works |
| Sales person | 67 |
| Gross Weight | 20.000 LB |
| Net Weight | 18.000 LB |

**ACH Payment**
Bank: JPMorgan Chase Bank, NA
Acct # 887293074 / Routing # 021000021

| Item | Material/Description | Ord. Qty | Shipped Qty | Unit Price | Ext.Price |
|---|---|---|---|---|---|
| 10 | 10004770 | 2 JUG | 2 JUG | 15.22 USD/LB | 273.96 USD |
| | PHARMAFLEX 7 123 YELLOW-1G | | RPN100945-1G | | |
| | Order No. 172460 /   10 | | Weight: | 18.000 LB | |
| | Purchase Order No. 16831 | | | | |

| | | |
|---|---|---|
| | Total Before Tax | 273.96 USD |
| | Total Amount | 273.96 USD |

All orders and sales are final and bound by ACTEGA WIT's Terms and Conditions of Sale.
Please refer to our website at www.actega.com/WIT .

A member of  ALTANA

**ACTEGA WIT, Inc.**
PO Box 10
Lincolnton, NC 28093-0010
Phone/Tel: 704 735-8282
Fax:       704 732-6333
Federal Id: #27-0168047
acctrec.actega.wit@altana.com
www.actega.com

**ACTEGA**
Coatings & Sealants
Page 1 / 1
12/02/2015 15:28:01

# Invoice

**Remit To**
ACTEGA WIT, Inc.
25620 Network Place
Chicago, IL 60673-1098

**Bill To**
STANDARD REGISTER
1302 EISENHOWER DRIVE NORTH
GOSHEN IN  46526

**Ship-To-Party**
STANDARD REGISTER
1302 EISENHOWER DRIVE NORTH
GOSHEN IN  46526

**Information**
| | |
|---|---|
| Invoice No. | 90212769 |
| Invoice Date | 11/11/2015 |
| Customer No. | 10006252 |
| Currency | USD |
| Term of Payment | NET 10 |
| Incoterm | EXW Ex Works |
| Sales person | 29 |
| Gross Weight | 204.000 LB |
| Net Weight | 180.000 LB |

**ACH Payment**
Bank: JPMorgan Chase Bank, NA
Acct # 887293074 / Routing # 021000021

| Item | Material/Description | Ord. Qty | Shipped Qty | Unit Price | Ext. Price |
|---|---|---|---|---|---|
| 10 | 10007228
ULTRA PLUS VISCOSITY REDUCER-1G
Order No. 177216 / 10
Purchase Order No. 273147 | 8 JUG | 8 JUG
Weight: | 1.64 USD/LB
UVG010938-1G
64.000 LB | 104.96 USD |
| 20 | 10013677
CLEAN PRINT ADDITIVE-1G
Order No. 177216 / 20
Purchase Order No. 273147 | 12 JUG | 12 JUG
Weight: | 2.40 USD/LB
WVA001620-1G
84.000 LB | 201.60 USD |
| 30 | 10013795
WATER GLOSS SCUFF RES OVERPRNT-1G
Order No. 177216 / 30
Purchase Order No. 273147 | 4 JUG | 4 JUG
Weight: | 2.25 USD/LB
WVG000131-1G
32.000 LB | 72.00 USD |
| | **Total Before Tax** | | | | 378.56 USD |
| | **Total Amount** | | | | 378.56 USD |

All orders and sales are final and bound by ACTEGA WIT's Terms and Conditions of Sale.
Please refer to our website at www.actega.com/WIT .

A member of **ALTANA**

**ACTEGA WIT, Inc.**
PO Box 10
Lincolnton, NC 28093-0010
Phone/Tel: 704 735-8282
Fax:         704 732-6333
Federal Id: #27-0168047
acctrec.actega.wit@altana.com
www.actega.com

**ACTEGA**
Coatings & Sealants
Page 1 / 1
12/02/2015 15:28:18

# Invoice

**Remit To**
ACTEGA WIT, Inc.
25620 Network Place
Chicago, IL 60673-1098

**Bill To**
STANDARD REGISTER -DAYTON
PO Box 2245
DAYTON OH 45401

**Ship-To-Party**
STANDARD REGISTER
120 CAMPBELL ST.
DAYTON OH 45417

**Information**
| | |
|---|---|
| Invoice No. | 90213638 |
| Invoice Date | 11/12/2015 |
| Customer No. | 10006252 |
| Currency | USD |
| Term of Payment | NET 10 |
| Incoterm | EXW Ex Works |
| Sales person | 43 |
| Gross Weight | 20.000 LB |
| Net Weight | 18.000 LB |

**ACH Payment**
Bank: JPMorgan Chase Bank, NA
Acct # 887293074 / Routing # 021000021

| Item | Material/Description | Ord. Qty | Shipped Qty | Unit Price | Ext.Price |
|---|---|---|---|---|---|
| 10 | 10017231 | 1 JUG | 1 JUG | 3.63 USD/LB | 32.67 USD |
|  | PERFORMA 5U COOL GREY-1G |  | XGL045645-1G |  |  |
|  | Order No. 178129 / 10 |  | Weight: | 9.000 LB |  |
|  | Purchase Order No. 273602 |  |  |  |  |
|  | Customer Item # XGL045645 |  |  |  |  |
| 20 | 10029619 | 1 JUG | 1 JUG | 8.31 USD/LB | 74.79 USD |
|  | PERFORMA 208U MAROON-1G |  | XGL209381-1G |  |  |
|  | Order No. 178129 / 20 |  | Weight: | 9.000 LB |  |
|  | Purchase Order No. 273602 |  |  |  |  |
| | **Manual Cust Freight** | | | | 11.07 USD |
| | | | **Total Before Tax** | | 118.53 USD |
| | | | **Total Amount** | | 118.53 USD |

All orders and sales are final and bound by ACTEGA WIT's Terms and Conditions of Sale.
Please refer to our website at www.actega.com/WIT .

A member of **ALTANA**

**ACTEGA WIT, Inc.**
PO Box 10
Lincolnton, NC 28093-0010
Phone/Tel: 704 735-8282
Fax:            704 732-6333
Federal Id: #27-0168047
acctrec.actega.wit@altana.com
www.actega.com

**ACTEGA**
Coatings & Sealants
Page 1 / 1
12/02/2015 15:28:35

# Invoice

| Remit To |
|---|
| ACTEGA WIT, Inc. |
| 25620 Network Place |
| Chicago, IL 60673-1098 |

| Bill To |
|---|
| STANDARD REGISTER |
| 1302 EISENHOWER DRIVE NORTH |
| GOSHEN IN  46526 |

| Ship-To-Party |
|---|
| STANDARD REGISTER |
| 1302 EISENHOWER DRIVE NORTH |
| GOSHEN IN  46526 |

**Information**
| | |
|---|---|
| Invoice No. | 90213147 |
| Invoice Date | 11/13/2015 |
| Customer No. | 10006252 |
| Currency | USD |
| Term of Payment | NET 10 |
| Incoterm | EXW Ex Works |
| Sales person | 29 |
| Gross Weight | 172.000 LB |
| Net Weight | 160.000 LB |

**ACH Payment**
Bank: JPMorgan Chase Bank, NA
Acct # 887293074 / Routing # 021000021

| Item | Material/Description | Ord. Qty | Shipped Qty | Unit Price | Ext.Price |
|---|---|---|---|---|---|
| 10 | 10000927 | 4 PL | 4 PL | 5.84 USD/LB | 934.40 USD |
| | GLOSSCOAT WBL +-5P | | RVG001402-5P | | |
| | Order No. 178579 /   10 | | Weight: | 160.000 LB | |
| | Purchase Order No. 273537 | | | | |
| | Customer Item # **ATTN:RICHARD HAGE** | | | | |

| | |
|---|---|
| Total Before Tax | 934.40 USD |
| Total Amount | 934.40 USD |

All orders and sales are final and bound by ACTEGA WIT's Terms and Conditions of Sale.
Please refer to our website at www.actega.com/WIT .

A member of **ALTANA**