# EXHIBIT D

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION COMPANY, *et al.*,[1] | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered)<br><br>**Related to Docket No:** ___ |

**ORDER GRANTING MOTION OF ACTEGA WIT FOR
ALLOWANCE AND PAYMENT OF ADMINISTRATIVE
EXPENSE CLAIM PURSUANT TO ORDER AUTHORIZING
THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS**

Upon the *Motion of Actega WIT for Allowance and Payment of Administrative Expense Claim Pursuant to Order Authorizing the Sale of Substantially all of the Debtors' Assets* (the "Motion")[2]; and the Court, having reviewed the Motion and any objections thereto; and the Court, having determined that the legal and factual bases set forth in the Motion and any additional evidence presented at any hearing on the Motion establish just cause for the relief granted herein; and the Court, having found that it has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334 and this is a core proceeding under 28 U.S.C. § 157(b)(2); and the Court, having found that notice of the Motion and any hearing on the Motion was proper and adequate under applicable rules of procedure; it is hereby

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

ORDERED:

1. The Motion is GRANTED.

2. Actega WIT shall have, and is hereby granted, an allowed administrative expense claim against the Debtors in the amount of $20,344.71 (the "Allowed Claim").

3. The Debtors shall pay the Allowed Claim within ten (10) business days of the entry of this order.

4. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2015

_____
The Honorable Brendan L. Shannon
Chief United States Bankruptcy Judge