# CERTIFICATE OF SERVICE

John D. Demmy certifies that on December 3, 2015, in addition to the notice and service provided through the Court's CM/ECF system, true and correct copies of the *Motion of Actega WIT for Allowance and Payment of Administrative Expense Claim Pursuant to Order Authorizing the Sale of Substantially All of the Debtors' Assets* were served by regular mail delivery on the parties listed below:

Kara Hammond Coyle, Esquire
Andrew L. Magaziner, Esquire
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801

– and –

Samuel A. Newman, Esquire
Jeremy L. Graves, Esquire
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-1512

*Counsel to the Debtors and Debtors-in-Possession*

Matthew P. Austria, Esquire
WERB & SULLIVAN
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, DE 19899

– and –

Phillip Bohl, Esquire
GRAY, PLANT, MOOTY, MOOTY &
BENNET, P.A.
500 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

*Counsel to Taylor Corporation*

Christopher A. Ward, Esquire
Justin K. Edelson, Esquire
POLSINELLI PC
222 Delaware Avenue
Suite 1101
Wilmington, DE 19801

– and –

Sharon L. Levine, Esquire
Wojciech F. Jung, Esquire
LOWENSTEIN SANDLER LLP
1251 Avenue of the Americas
New York, NY 10020

*Counsel to the Official Committee of Unsecured Creditors*

James S. Rankin, Jr. , Esquire
PARKER HUDSON RAINER & DOBBS LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, NE
Atlanta, GA 30303

– and –

Tyler D. Semmelman, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

*Counsel for Bank of America, N.A.*

| | |
|---|---|
| Mark S. Kenney, Esquire<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br><br>*Counsel to the Office of the United States Trustee* | Christopher M. Dressel, Esquire<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>155 North Wacker Drive<br>Suite 2700<br>Chicago, IL 60606-1720<br><br>*Counsel for Silver Point Finance, LLC, and Standard Acquisition Holdings, LLC* |

    */s/ John D. Demmy*
    John D. Demmy