# EXHIBIT A

## FEE SUMMARY

**SRC Liquidation Company, et al.**
(Case No. 15-10541 (BLS))

November 1, 2015 through November 19, 2015

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery (#3) | 0.0 | $ 0.00 |
| Asset Disposition (#4) | 0.0 | 0.00 |
| Assumption/Rejection of Leases/Contracts (#5) | 0.0 | 0.00 |
| Avoidance Action Analysis (#6) | 0.0 | 0.00 |
| Budgeting (Case) (#7) | 0.0 | 0.00 |
| Business Operations (#8) | 0.0 | 0.00 |
| Winddown (#9) | 36.2 | 9,141.12 |
| Claims Administration and Objections (#10) | 0.0 | 0.00 |
| Corporate Governance and Board Matters (#11) | 0.0 | 0.00 |
| Employee Benefits and Pensions (#12) | 2.0 | 595.00 |
| Employment and Fee Applications (#13) | 0.0 | 0.00 |
| Employment and Fee Application Objection (#14) | 0.0 | 0.00 |
| Financing and Cash Collateral (#15) | 0.0 | 0.00 |
| Fee Application – Privileged Review (#16) | 0.0 | 0.00 |
| Litigation (#17) | 0.0 | 0.00 |
| Meetings/Communications with Creditors (#18) | 0.0 | 0.00 |
| Non-Working Travel (#19) | 0.0 | 0.00 |
| Plan and Disclosure Statement (#20) | 0.0 | 0.00 |
| Real Estate (#21) | 0.0 | 0.00 |
| Relief From Stay and Adequate Protection (#22) | 0.0 | 0.00 |
| Reporting (#23) | 0.0 | 0.00 |
| Tax (#24) | 0.0 | 0.00 |
| Valuation (#25) | 0.0 | 0.00 |
| Intellectual Property (#26) | 0.0 | 0.00 |
| Privacy Matters (#27) | 0.0 | 0.00 |
| Vendor/Customer Ordinary Course Contract (#28) | 0.0 | 0.00 |
| Hawaii Employment Litigation (#29) | 0.2 | 43.75 |
| Violation of Non-Compete (#30) | 0.00 | 00.00 |
| **TOTAL** | **38.40** | **$9,779.87** |

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT • ILLINOIS
KENTUCKY • MICHIGAN • OHIO • PENNSYLVANIA
WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

The Standard Register Company (SRC)  
PO Box 1167  
600 Albany Street  
Dayton OH 45417-3405

December 3, 2015  
Invoice # 3469637

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.9  
Matter: Winddown

## Remittance Advice

For Professional Services Rendered Through November 19, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 10,447.00 |
| Less Discount | $ -1,305.88 |
| Attorney Costs | $ 0.00 |
| Current Total for Professional Services | $ 9,141.12 |
| Previous Outstanding Balance (see detail AR page) | $ 387.14 |
| Total Due for Professional Services | $ 9,528.26 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP  
P.O. Box 640635  
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**  
*Please call (513) 977-8131 to initiate credit card payment.*

   

Dinsmore & Shohl LLP  December 3, 2015
Client Number – 92211.9  Invoice # 3469637
**Matter: Winddown**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| Brian C. Judkins | Partner | 8.40 | 335.00 | $ 2,814.00 |
| Kim Martin Lewis | Partner | 1.60 | 650.00 | $ 1,040.00 |
| Christopher A. Deabler | Of Counsel | 5.10 | 325.00 | $ 1,657.50 |
| Patrick D Burns | Of Counsel | 1.10 | 305.00 | $ 335.50 |
| Emily C. Rotella | Associate | 4.70 | 230.00 | $ 1,081.00 |
| Grant B. Schweikert | Associate | 15.30 | 230.00 | $ 3,519.00 |
| | Total Hours / Fees | 36.20 | | $ 10,447.00 |
| | Less Discount | | | $ -1,305.88 |
| | Current Fee for Hours Worked | | | $ 9,141.12 |

Current Amount Due This Invoice  $9,141.12

Dinsmore & Shohl LLP  
Client Number – 92211.9  
**Matter: Winddown**

December 3, 2015  
Invoice # 3469637

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 11/05/15 | GBS | 0.30 | Discuss conversion of SRC Liquidation Corp. into an Ohio LLC and preliminary preparations. |
| 11/06/15 | PDB | 0.50 | Attention to questions regarding conversion of company to LLC as part of winddown. |
| 11/06/15 | GBS | 3.40 | Research Ohio Secretary of State records and Ohio Revised Code to determine all necessary documents required for conversion from Ohio corp. to Ohio LLC (2.0); draft Declaration of Conversion and authorizing resolutions (1.4). |
| 11/06/15 | KML | 0.40 | Emails regarding Ohio labor issues (.2); telephone call with D. Whaley regarding same (.2). |
| 11/09/15 | BCJ | 5.70 | Review conversion documents and conference with G. Schweikert regarding same. |
| 11/09/15 | GBS | 7.80 | Draft, revise and edit documents required for conversion from OH corp to OH LLC (5.0); research Ohio Revised Code regarding documentation related to bankruptcy proceedings (2.8). |
| 11/09/15 | PDB | 0.30 | Attention to conversion of Standard Register to an LLC. |
| 11/09/15 | ECR | 1.70 | Prepare Certificate of Conversion and Dissolution Notification letters for SRC Liquidation Company (1.5); obtain Department of Tax Form D5 (.2). |
| 11/09/15 | ECR | 0.50 | Research with A. Powell and G. Schweikert regarding SRC Liquidation conversion requirements. |
| 11/09/15 | ECR | 0.40 | Communication with Secretary of State regarding conversion requriements related to bankruptcy court mandated conversion. |
| 11/09/15 | KML | 0.20 | Emails regarding IP matters. |
| 11/10/15 | BCJ | 0.80 | Review and send documents regarding conversion. |
| 11/10/15 | GBS | 3.30 | Draft, revise and edit conversion documents (1.5); discuss requirements over the phone with the Ohio Secretary of State's office (.4); draft single member operating agreement for SRC Liquidation LLC (1.4). |
| 11/10/15 | ECR | 0.30 | Follow-up communication with Secretary of State Office's regarding conversion and bankruptcy (.1); work with G. Schweikert on application of SOS answers (.2). |
| 11/11/15 | GBS | 0.50 | Review the D5 Notification of Dissolution form and advised that client should fill out to the best of their ability. |
| 11/12/15 | BCJ | 0.40 | Conference with Matt regarding dissolutions. |
| 11/13/15 | BCJ | 0.60 | Conference with Wojiech regarding dissolutions and review same. |
| 11/17/15 | BCJ | 0.50 | Conference with Matt et. al, regarding dissolutions/conversions. |
| 11/17/15 | ECR | 1.80 | Research and analyze Ohio Revised Code regarding bankruptcy orders and no officers or directors (Sec. 1701.591 and 1701.75) for B. Judkins. |
| 11/18/15 | BCJ | 0.40 | Conference with C. Deabler regarding 1701.75 e.t al, regarding dissolution (.2); review same (.2). |
| 11/18/15 | CAD | 0.20 | Conference with B. Judkins regarding necessary trustee authority over debtor subsidiaries post liquidation and corresponding requirements |

2

Dinsmore & Shohl LLP  
Client Number – 92211.9  
**Matter: Winddown**

December 3, 2015  
Invoice # 3469637

|  |  |  |  |
|---|---|---|---|
|  |  |  | under Ohio law to effectuate same. |
| 11/18/15 | CAD | 4.20 | Research of Ohio regarding necessary trustee authority over debtor subsidiaries post liquidation and necessary actions required to achieve same. |
| 11/18/15 | CAD | 0.40 | Draft correspondence to B. Judkins regarding research results regarding trustee authority over debtor subsidiaries post liquidation and necessary actions required to achieve same. |
| 11/19/15 | PDB | 0.30 | Communication with C. Diebler regarding liquidation process and appointment of trustee. |
| 11/19/15 | CAD | 0.30 | Conference with P. Burns regarding trustee empowerment in connection with bankruptcy court order approving liquidation plan. |
| 11/19/15 | KML | 1.00 | Attend telephonic confirmation and fee hearing (.5); follow up with B. Judkins regarding conversion issues (.5). |

Total Hours    36.20

3

# Dinsmore

CALIFORNIA • COLORADO • CONNECTICUT • ILLINOIS
KENTUCKY • MICHIGAN • OHIO • PENNSYLVANIA
WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

The Standard Register Company (SRC)  
PO Box 1167  
600 Albany Street  
Dayton OH 45417-3405

December 3, 2015  
Invoice # 3469638

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.12  
Matter: Employee Benefits and Pensions

## Remittance Advice

For Professional Services Rendered Through November 19, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 680.00 |
| Less Discount | $ -85.00 |
| Attorney Costs | $ 0.00 |
| Current Total for Professional Services | $ 595.00 |
| Previous Outstanding Balance (see detail AR page) | $ 3,555.12 |
| Total Due for Professional Services | $ 4,150.12 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP  
P.O. Box 640635  
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**  
*Please call (513) 977-8131 to initiate credit card payment.*



Dinsmore & Shohl LLP  December 3, 2015
Client Number – 92211.12  Invoice # 3469638
**Matter: Employee Benefits and Pensions**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| David A. Whaley | Partner | 2.00 | 340.00 | $ 680.00 |
| | Total Hours / Fees | 2.00 | | $ 680.00 |
| | Less Discount | | | $ -85.00 |
| | Current Fee for Hours Worked | | | $ 595.00 |

Current Amount Due This Invoice $595.00

1

Dinsmore & Shohl LLP  
Client Number – 92211.12  
**Matter: Employee Benefits and Pensions**

December 3, 2015  
Invoice # 3469638

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 11/04/15 | DAW | 0.10 | Review communications pertaining to payment of run-out claims. |
| 11/06/15 | DAW | 0.60 | Assist in response to questions pertaining to Ohio EEOC claims. |
| 11/09/15 | DAW | 0.70 | Prepare for and participate in conference call pertaining to terms of Ohio EEOC charge. |
| 11/11/15 | DAW | 0.20 | Review information pertaining to high dollar claims. |
| 11/16/15 | DAW | 0.30 | Review and respond to communications pertaining to OCRC charges. |
| 11/18/15 | DAW | 0.10 | Respond to communications pertaining to employee termination notices. |

Total Hours   2.00

2

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT • ILLINOIS
KENTUCKY • MICHIGAN • OHIO • PENNSYLVANIA
WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

The Standard Register Company (SRC)  
600 Albany Street  
Dayton OH 45417

December 3, 2015  
Invoice # 3469639

Billing Attorney - Harvey J Cohen-Standard Register

Client Number - 92211.29  
Matter: Hawaii Employment Litigation

## Remittance Advice

For Professional Services Rendered Through November 19, 2015:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 50.00 |
| Less Discount | $ -6.25 |
| Attorney Costs | $ 0.00 |
| Current Total for Professional Services | $ 43.75 |
| Previous Outstanding Balance (see detail AR page) | $ 2,748.82 |
| Total Due for Professional Services | $ 2,792.57 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP  
P.O. Box 640635  
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**  
*Please call (513) 977-8131 to initiate credit card payment.*



Dinsmore & Shohl LLP  
Client Number – 92211.29  
**Matter: Hawaii Employment Litigation**

December 3, 2015  
Invoice # 3469639

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| Jason W. Hilliard | Associate | 0.20 | 250.00 | $ 50.00 |
| | Total Hours / Fees | 0.20 | | $ 50.00 |
| | Less Discount | | | $ -6.25 |
| | Current Fee for Hours Worked | | | $ 43.75 |

Current Amount Due This Invoice      $43.75

1

Dinsmore & Shohl LLP  
Client Number – 92211.29  
**Matter: Hawaii Employment Litigation**

December 3, 2015  
Invoice # 3469639

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 11/10/15 | JWH | 0.10 | Correspondence with Josh Dorothy regarding the case. |
| 11/13/15 | JWH | 0.10 | Correspondence with local counsel regarding settlement. |

Total Hours    0.20