# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Richard M. Allen, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On or before November 25, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via overnight mail on the Fee Application Service List attached hereto as **Exhibit A**:

- Monthly Fee Application of Prime Clerk LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from October 1, 2015 through October 31, 2015 [Docket No. 1346]

Dated: December 1, 2015

_____
Richard M. Allen

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on December 1, 2015, by Richard M. Allen, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

**MARK M BROWN**
**NOTARY PUBLIC-STATE OF NEW YORK**
**No. 02BR6305738**
**Qualified in New York County**
**My Commission Expires June 09, 2018**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holdings, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

**Exhibit A**

## Exhibit A
### Fee Application Service List
### Served via Overnight Mail

| NAME | ADDRESS |
|---|---|
| Gibson, Dunn & Crutcher LLP | Robert A. Klyman<br>Samuel A. Newman<br>Jeremy L. Graves<br>Sabina Jacobs<br>333 South Grand Avenue<br>Los Angeles CA 90071-1512 |
| Lowenstein Sandler LLP | Attn: Wojciech F. Jung, Esq<br>65 Livingston Avenue<br>Roseland NJ 07068-0000 |
| Office of the United States Trustee | Mark Kinney<br>844 King St Ste 2207<br>Wilmington DE 19801 |
| Parker, Hudson, Rainer & Dobbs LLP | Attn: C. Edward Dobbs, James S. Rankin, Jr., Jack C. Basham, Jr., Joshua J. Lewis<br>1500 Marquis Two Tower<br>285 Peachtree Center Avenue, NE<br>Atlanta GA 30303 |
| Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Ron E. Meisler Carl T. Tullson Christopher M. Dresel<br>155 North Wacker Drive<br>Suite 2700<br>Chicago IL 60606-1720 |
| The Standard Register | Kevin Carmody, CRO<br>600 Albany Street<br>Dayton OH 45417 |
| Young Conaway Stargatt & Taylor LLP | Michael R. Nestor<br>Rodney Square<br>1000 North King Street<br>Wilmington DE 19801 |