IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF OHIO            )
                         ) SS
LOGAN COUNTY             )

   Tamara A. Fielder, being duly sworn according to law, deposes and says that she is employed by the creditor NetGain Information Systems Company, dba Recovery Site Logistics, a creditor in the above-captioned cases, and that on December 4, 2015, she caused a copy of the following document(s) to be served as indicated upon the parties identified on the attached service list:

**CREDITOR RECOVERY SITE LOGISTICS' NOTICES OF ADMINISTRATIVE DAMAGES CLAIM AND REJECTION DAMAGES CLAIM**

_____
Tamara A. Fielder

   SWORN TO AND SUBSCRIBED before me, a Notary Public in and for the state of Ohio on this 3rd day of December, 2015.

_____
Michael G. Minnich
Attorney at Law, Lifetime Commission

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de Mexico, S. de R.L. de C.V. (4FNO); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

## SERVICE LIST
## 12/3/2015

Office of the United States Trustee
Attn: Mark Kenney, Esq.
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801
*Hand Delivery*

Christopher A. Ward, Esq. Shanti
M. Katona, Esq.
Justin K. Edelson, Esq.
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
*(Official Committee of Unsecured Creditors)*
*Hand Delivery*

Department of Labor and Industry -UCTS
Commonwealth of PA
Attn: Linda Mitten
651 Boas Street, Room 702
Harrisburg, PA 17121
*First Class Mail*

Kenneth A. Rosen, Esq.
Sharon L. Levine, Esq.
Lowenstein Sandler LLP
65 Livingston Avenue
Roseland, NJ 07068
*(Official Committee of Unsecured Creditors)*
*First Class Mail*

Gerald C. Bender, Esq.
Lowenstein Sandler LLP 1251
Avenue of the Americas New
York, NY 10020
*(Official Committee of Unsecured Creditors)*
*First Class Mail*

**Matthew G. Bouslog**
Gibson Dunn & Crutcher LLP
3161 Michelson Drive
Irvine, CA 92612-4412
949-451-3800

**Jeremy L. Graves**
GIBSON DUNN & CRUTCHER LLP
1801 California Street
Suite 4200
Denver, CO 80202-2642
303-298-5760

**Kara Hammond Coyle**
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
302-571-6600

**Sabina Jacobs**
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
213-229-7000
Fax : 213-229-7520

**Elizabeth Soper Justison**
Young Conaway
Rodney Square
1000 N. King Street
Wilmington, DE 19801
302-571-6703
Email: bankfilings@ycst.com

**Maris J. Kandestin**
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
302-571-6600
Email: bankfilings@ycst.com

**Mitchell A. Karlan**
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
212-351-4000
Fax : 212-341-4035

**Robert Klyman**
Gibson Dunn & Crutcher
333 South Grand Avenue
Los Angeles, CA 90071
213-229-7000
Fax : 213-229-7520

**Kyle J. Kolb**
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
212-351-4000
Fax : 212-351-4035

**Jeffrey C. Krause**
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
213-229-7000
Fax : 213-229-7520

**Brian M. Lutz**
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
212-351-4000
Fax : 212-351-4035

**Andrew L Magaziner**
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
302-571-6600
Email: bankfilings@ycst.com

Young Conaway Stargatt & Taylor
Rodney Square
1000 North King Street
Wilmington, DE 19801
302-571-6600
Fax : 302-571-1253
Email: bankfilings@ycst.com

**Samuel A. Newman**
Gibson, Dunn & Cruther LLP
333 South Grand Avenue
Los Angeles, CA 90071
213-229-7644
Fax : 213-229-6644
Email: snewman@gibsondunn.com

**Michael A. Rosenthal**
Gibson Dunn & Crutcher LLP
200 Park Avenue
47th Floor
New York, NY 10166
212-351-3969
Fax : 212-351-4035