# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*:<br><br>The Standard Register Company, *et al.*,[1] | Chapter 11<br>Case No. 15-10541-BLS<br>(Jointly Administered)<br>Hearing: January 13, 2016 at 11:00 a.m. (ET)<br>Objection Deadline: December 30, 2015 |

### NOTICE OF HEARING TO CONSIDER MOTION OF VOLT CONSULTING GROUP, LTD. FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO THE ORDER AUTHORIZING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS

**PLEASE TAKE NOTICE** that on December 4, 2015, Volt Consulting Group, Ltd. ("Volt")[2], filed a Motion for Allowance of Administrative Expense Claim which seeks the following relief: the entry of an order by the United States Bankruptcy Court for the District of Delaware (i) allowing Volt's Post-Petition Services Claim as an administrative expense; (ii) allowing Volt's Taylor Services Claim as an administrative expense claim; (iii) requiring payment of the Post-Petition Services Claim within ten (10) business days; (iv) requiring payment of the Taylor Services Claim within ten (10) business days and reserving the right for Volt to claim additional amounts as an administrative expense (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **January 13, 2015, at 11:00 a.m. (ET)** before the Honorable Brendan L. Shannon at the Bankruptcy Court, 824 N. Market Street, 6th floor, Courtroom No. 1, Wilmington, Delaware 19801.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company, Standard Register Technologies, Inc., Standard Register International, Inc., iMedConsent, LLC, Standard Register or Puerto Rico Inc., Standard Register Mexico Holding Company, Standard Register Holding, S. de R.L. de C.V., Standard Register de Mexico, S. de R.L. de C.V., Standard Register Servicios, S. de R.L. de C.V., and Standard Register Technologies Canada ULC.

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

1

2

| | |
|---|---|
| Dated: Wilmington, Delaware<br>December 4, 2015 | /s/ *Peter M. Sweeney*               .<br>Peter M. Sweeney (DE # 3671)<br>BLAKELEY LLP<br>1000 N. West Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 415-9908<br>Email: psweeney@blakeleyllp.com<br><br>– and –<br><br>David M. Mannion<br>BLAKELEY LLP<br>54 W. 40th Street<br>New York, NY 10018<br>Telephone: (917) 472-9587<br>Email: dmannion@blakeleyllp.com<br><br>*Attorneys for Volt Consulting Group, Ltd.* |