# EXHIBIT B

# EXHIBIT B

**STANDARD REGISTER/ VOLT CONSULTING GROUP**

**SUMMARY OF RELEVANT INFORMATION[1] PERTAINING TO POST-PETITION SERVICES[2]**

| Invoice Date | System Due Date | Contractual Due Date | AR Balance |
|---|---|---|---|
| Pre-Petition Due | | | $1,662,238 |
| October 4, 2015 | November 3, 2015 | November 8, 2015 | $6,199 |
| October 11, 2015 | November 10, 2015 | November 15, 2015 | $20,789 |
| October 25, 2015 | November 24, 2015 | November 29, 2015 | $3,363 |
| **Total Post-Petition:** | | | **$30,351** |

---

[1] As noted in fn.3 of *Motion for Allowance and Payment of Administrative Expense Claim of Volt Consulting Group, Ltd. Pursuant to the Order Authorizing the Sale of Substantially All of the Debtors' Assets* (the "Motion"), the invoices and back-up documents relating to the Post-Petition Services are voluminous and summaries are submitted in *lieu* thereof under Fed. R. Evid. 1006.  If there is any dispute as to the existence of the documents, they will be made available to the Debtors.

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

**Exhibit B, p. 1**