# EXHIBIT C

**STANDARD REGISTER/ VOLT CONSULTING GROUP**

**SUMMARY OF RELEVANT INFORMATION[1] PERTAINING TO TAYLOR SERVICES[2]**

| Invoice Date | System Due Date | Contractual Due Date | AR Balance |
|---|---|---|---|
| Pre-Petition Due: | | | $1,662,238 |
| November 15, 2015 | December 15, 2015 | December 20, 2015 | ($1,920) |
| November 22, 2015 | December 22, 2015 | December 27, 2015 | $574,052 |
| November 29, 2015 | December 29, 2015 | January 03, 2016 | $222,780 |
| **Total Post-Rejection:** | | | **$794,912** |

---

[1] As noted in fn.4 of *Motion for Allowance and Payment of Administrative Expense Claim of Volt Consulting Group, Ltd. Pursuant to the Order Authorizing the Sale of Substantially All of the Debtors' Assets* (the "Motion"), the invoices and back-up documents relating to the Taylor Services are voluminous and summaries are submitted in *lieu* thereof under Fed. R. Evid. 1006.  If there is any dispute as to the existence of the documents, they will be made available to the Debtors.

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

**Exhibit C, p. 1**