**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> MILLENNIUM LAB HOLDINGS II, LLC, *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 15-10541 (BLS) <br><br> (Joint Administration Requested) |

**SUPPLEMENTAL VERIFIED STATEMENT OF LOWENSTEIN SANDLER LLP
AND WHITEFORD, TAYLOR & PRESTON LLP PURSUANT TO
BANKRUPTCY RULE 2019**

In connection with the above-captioned chapter 11 cases, Lowenstein Sandler LLP ("Lowenstein") and Whiteford, Taylor & Preston LLP ("WTP" and collectively with Lowenstein, "Counsel") hereby submit this supplemental verified statement (the "Statement") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rule 2019") in connection with their representation of certain funds and accounts managed by Voya Investment Management Co. LLC and Voya Alternative Asset Management LLC, as identified on Exhibits A and B annexed hereto, in their capacity as lenders (collectively, the "Opt Out Lenders") to the above-captioned debtors-in-possession (the "Debtors") under a $1.825 billion senior secured credit facility (the "Existing Credit Facility") pursuant to that certain Credit Agreement dated as of April 16, 2014 (the "Existing Credit Agreement") among Millennium Lab Holdings II, LLC, Millennium Health, LLC, f/k/a Millennium Laboratories, LLC, the several lenders from time to time party thereto, and Wilmington Savings Fund Society, FSB,[2] as Administrative Agent, and respectfully state as follows:

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Millennium Lab Holdings II, LLC (5299); Millennium Health, LLC (5558); and RxAnte, LLC (0219). The Debtors' address is 16981 Via Tazon, San Diego, California 92127.

[2] Wilmington Savings Fund Society, FSB replaced JPMorgan Chase Bank, N.A. as administrative agent for the Existing Credit Facility in September 2015.

1. The Opt-Out Lenders include publicly traded mutual funds and other funds and accounts whose investors include state and municipal pension funds, research and charitable foundations and endowments, and other institutional and individual investors.

2. As of the date of this Statement, each of the Opt Out Lenders identified on Exhibit A annexed hereto has retained, and continues to retain, Lowenstein as counsel and WTP as Delaware local counsel in connection with the Chapter 11 Cases.

3. As of the date of this Statement, the Opt Out Lender identified on Exhibit B annexed hereto has retained WTP as counsel in connection with the Chapter 11 Cases.

4. Each Opt Out Lender holds a disclosable economic interest in relation to the Debtors. In accordance with Bankruptcy Rule 2019, and based upon information provided to Counsel by each Opt Out Lender, attached hereto as Exhibits A and B are lists of the names, addresses and nature and amount of each disclosable economic interest of each Opt Out Lender as of the date indicated in this Statement.

5. The claims to be asserted by the Opt Out Lenders arose both before and during the one year period prior to the filing of the above-referenced case.

6. Counsel reserves the right to supplement or amend this Rule 2019 Statement at any time in the future.

7. Counsel does not perceive any current conflict of interest with respect to the representation of the Opt Out Lenders in this case.

8. Each of the Opt Out Lenders separately requested that Counsel represent it prior to or in connection with the chapter 11 cases, and Counsel represents each of the Opt Out Lenders individually. The Opt Out Lenders do not constitute a committee of any kind.

9. Upon information and belief, Counsel does not own or hold any claim whatsoever against the Debtors in this case.

10. The information contained herein is intended only to comply with Bankruptcy Rule 2019 and is not intended for any other use or purpose.

11. Counsel reserves the right to revise and supplement this Rule 2019 Statement from time to time.

Dated: December 4, 2015

Respectfully Submitted,
**LOWENSTEIN SANDLER LLP**
Sharon L. Levine, Esq.
Sheila Sadighi, Esq.
Andrew Behlmann, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: 973-597-2500 Fax: 973-597-2400
slevine@lowenstein.com
ssadighi@lowenstein.com
abehlmann@lowenstein.com

*Counsel to the Opt Out Lenders[3]*

**WHITEFORD, TAYLOR & PRESTON LLC**

  /s/ Christopher M. Samis
Christopher M. Samis, Esq.
L. Katherine Good, Esq.
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, Delaware 19801
Tel: 302-353-4144 Fax: 302-661-7950
csamis@wtplaw.com
kgood@wtplaw.com

*Delaware Counsel to the Opt Out Lenders*

---

[3] Lowenstein does not represent the Opt Out Lender identified on <u>Exhibit B</u>.