## **EXHIBIT A**

| Fund / Account Name | Address | Nature and Amount of Disclosable Economic Interest[1] |
|---|---|---|
| ISL Loan Trust | c/o Voya Investment Management Co. LLC<br>7337 East Doubletree Ranch Road<br>Scottsdale, Arizona 85258 | Existing Credit Facility<br>$990,633.04 |
| ISL Loan Trust II | c/o Voya Investment Management Co. LLC<br>7337 East Doubletree Ranch Road<br>Scottsdale, Arizona 85258 | Existing Credit Facility<br>$648,348.53 |
| NN (L) Flex – Senior Loans | c/o Voya Investment Management Co. LLC<br>7337 East Doubletree Ranch Road<br>Scottsdale, Arizona 85258 | Existing Credit Facility<br>$31,519,140.53 |
| NN (L) Flex – Senior Loans Select | c/o Voya Investment Management Co. LLC<br>7337 East Doubletree Ranch Road<br>Scottsdale, Arizona 85258 | Existing Credit Facility<br>$676,555.60 |
| Voya CLO 2012-1, Ltd. | c/o Voya Alternative Asset Management LLC<br>7337 East Doubletree Ranch Road<br>Scottsdale, Arizona 85258 | Existing Credit Facility<br>$1,984,924.62 |
| Voya CLO 2012-2, Ltd. | c/o Voya Alternative Asset Management LLC<br>7337 East Doubletree Ranch Road<br>Scottsdale, Arizona 85258 | Existing Credit Facility<br>$3,160,000.00 |
| Voya CLO 2012-3, Ltd. | c/o Voya Alternative Asset Management LLC<br>7337 East Doubletree Ranch Road<br>Scottsdale, Arizona 85258 | Existing Credit Facility<br>$3,160,000.00 |
| Voya CLO 2012-4, Ltd. | c/o Voya Alternative Asset Management LLC<br>7337 East Doubletree Ranch Road<br>Scottsdale, Arizona 85258 | Existing Credit Facility<br>$3,160,000.00 |
| Voya CLO 2013-1, Ltd. | c/o Voya Alternative Asset Management LLC<br>7337 East Doubletree Ranch Road<br>Scottsdale, Arizona 85258 | Existing Credit Facility<br>$4,243,768.84 |
| Voya CLO 2013-2, Ltd. | c/o Voya Alternative Asset Management LLC<br>7337 East Doubletree Ranch Road<br>Scottsdale, Arizona 85258 | Existing Credit Facility<br>$3,160,000.00 |
| Voya CLO 2013-3, Ltd. | c/o Voya Alternative Asset Management LLC<br>7337 East Doubletree Ranch Road<br>Scottsdale, Arizona 85258 | Existing Credit Facility<br>$2,663,768.84 |
| Voya CLO 2014-1, Ltd. | c/o Voya Alternative Asset Management LLC<br>7337 East Doubletree Ranch Road<br>Scottsdale, Arizona 85258 | Existing Credit Facility<br>$2,663,768.84 |
| Voya CLO 2014-2, Ltd. | c/o Voya Alternative Asset Management LLC<br>7337 East Doubletree Ranch Road<br>Scottsdale, Arizona 85258 | Existing Credit Facility<br>$2,757,562.76 |

---

[1] To the best of Counsel's knowledge, the information set forth herein is accurate as of December 4, 2015.  The amounts set forth herein include only outstanding principal and do not include accrued interest or other unpaid amounts that may be owing under the Existing Credit Agreement and related documents.

| Fund / Account Name | Address | Nature and Amount of Disclosable Economic Interest[1] |
|---|---|---|
| Voya CLO 2014-3, Ltd. | c/o Voya Alternative Asset Management LLC 7337 East Doubletree Ranch Road Scottsdale, Arizona 85258 | Existing Credit Facility $1,965,075.38 |
| Voya CLO 2014-4, Ltd. | c/o Voya Alternative Asset Management LLC 7337 East Doubletree Ranch Road Scottsdale, Arizona 85258 | Existing Credit Facility $3,463,668.59 |
| Voya CLO 2015-1, Ltd. | c/o Voya Alternative Asset Management LLC 7337 East Doubletree Ranch Road Scottsdale, Arizona 85258 | Existing Credit Facility $2,977,386.93 |
| Voya High Income Floating Rate Fund | c/o Voya Investment Management Co. LLC 7337 East Doubletree Ranch Road Scottsdale, Arizona 85258 | Existing Credit Facility $129,345.08 |
| Voya Prime Rate Trust | c/o Voya Investment Management Co. LLC 7337 East Doubletree Ranch Road Scottsdale, Arizona 85258 | Existing Credit Facility $7,585,343.20 |
| Voya Senior Income Fund | c/o Voya Investment Management Co. LLC 7337 East Doubletree Ranch Road Scottsdale, Arizona 85258 | Existing Credit Facility $5,789,436.40 |
| Voya Floating Rate Fund | c/o Voya Investment Management Co. LLC 7337 East Doubletree Ranch Road Scottsdale, Arizona 85258 | Existing Credit Facility $5,716,536.68 |
| Voya Investment Trust Co. Plan for Employee Benefit Investment Funds-Voya Senior Loan Trust Fund | c/o Voya Investment Management Co. LLC 7337 East Doubletree Ranch Road Scottsdale, Arizona 85258 | Existing Credit Facility $8,621,185.81 |
| Voya Investment Trust Co. Plan for Common Trust Funds-Voya Senior Loan Common Trust Fund | c/o Voya Investment Management Co. LLC 7337 East Doubletree Ranch Road Scottsdale, Arizona 85258 | Existing Credit Facility $1,415,943.13 |
| California Public Employees' Retirement System | c/o Voya Investment Management Co. LLC 7337 East Doubletree Ranch Road Scottsdale, Arizona 85258 | Existing Credit Facility $1,583,419.63 |
| The City of New York Group Trust | c/o Voya Investment Management Co. LLC 7337 East Doubletree Ranch Road Scottsdale, Arizona 85258 | Existing Credit Facility $741,876.23 |
| Medtronic Holdings Switzerland GmbH | c/o Voya Investment Management Co. LLC 7337 East Doubletree Ranch Road Scottsdale, Arizona 85258 | Existing Credit Facility $4,340,472.71 |
| New Mexico State Investment Council | c/o Voya Investment Management Co. LLC 7337 East Doubletree Ranch Road Scottsdale, Arizona 85258 | Existing Credit Facility $497,481.10 |