# EXHIBIT B

| Fund / Account Name | Address | Nature and Amount of Disclosable Economic Interest[1] |
|---|---|---|
| Axis Specialty Limited | c/o Voya Investment Management Co. LLC 7337 East Doubletree Ranch Road Scottsdale, Arizona 85258 | Existing Credit Facility $1,171,543.08 |

---

[1] To the best of WTP's knowledge, the information set forth herein is accurate as of December 4, 2015. The amounts set forth herein include only outstanding principal and do not include accrued interest or other unpaid amounts that may be owing under the Existing Credit Agreement and related documents.