# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC Liquidation Company<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br>(Jointly Administered)<br><br>Re: Docket No. 1372 |

## NOTICE OF WITHDRAWAL OF DOCUMENT [Docket No. 1372]

PLEASE TAKE NOTICE that the Opt Out Lenders, by and through their undersigned counsel, Lowenstein Sandler LLP and Whiteford, Taylor & Preston LLC, hereby withdraw the *Supplemental Verified Statement of Lowenstein Sandler LLP and Whiteford, Taylor & Preston LLC Pursuant to Bankruptcy Rule 2019* [D.I. No. 1372] as it was filed in error in the above-captioned cases.

Dated: December 4, 2015

Respectfully Submitted,

**LOWENSTEIN SANDLER LLP**
Sharon L. Levine, Esq.
Sheila Sadighi, Esq.
Andrew Behlmann, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: 973-597-2500 Fax: 973-597-2400
slevine@lowenstein.com
ssadighi@lowenstein.com
abehlmann@lowenstein.com

*Counsel to the Opt Out Lenders*

-and-

**WHITEFORD, TAYLOR & PRESTON LLC**

  /s/ Christopher M. Samis
Christopher M. Samis, Esq.
L. Katherine Good, Esq.
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, Delaware 19801
Tel: 302-353-4144 Fax: 302-661-7950
csamis@wtplaw.com
kgood@wtplaw.com

*Delaware Counsel to the Opt Out Lenders*