## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2015, a copy of the following document(s):

- **NOTICE OF HEARING ON MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM OF BUSINESS CARD SERVICE, INC. PURSUANT TO THE ORDER AUTHORIZING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS**

was caused to be served on the parties listed on the attached service list *via* ECF and First Class Mail.

    */s/ Peter M. Sweeney*
    Peter M. Sweeney (DE # 3671)
    BLAKELEY LLP
    1000 N. West Street, Suite 1200
    Wilmington, Delaware 19801
    Telephone: (302) 415-9908
    Email: psweeney@blakeleyllp.com

## SERVICE LIST

| | |
|---|---|
| Kara Hammond Coyle (No. 4410)<br>Andrew L. Magaziner (No. 5426)<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br><br>– and –<br><br>Samuel A. Newman (CA No. 217042)<br>Jeremy L. Graves (CO No. 45522)<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-1512<br><br>*Counsel to the Debtors and Debtors-in-Possession* | Christopher A. Ward, Esq.<br>Justin K. Edelson, Esq.<br>POLSINELLI PC<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801<br><br>– and –<br><br>Sharon L. Levine<br>Wojciech F. Jung<br>LOWENSTEIN SANDLER LLP<br>1251 Avenue of the Americas<br>New York, NY 10020<br><br>*Counsel to the Official Committee of Unsecured Creditors* |
| Matthew P. Austria (DE No. 4827)<br>WERB & SULLIVAN<br>300 Delaware Avenue, 13th Floor<br>P.O. Box 25046<br>Wilmington, Delaware 19899<br><br>– and –<br><br>Phillip Bohl<br>GRAY, PLANT, MOOTY, MOOTY & BENNET, P.A.<br>500 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br><br>*Counsel to Taylor Corporation* | James S. Rankin, Jr.<br>Parker Hudson Rainer & Dobbs LLP<br>1500 Marquis Two Tower<br>285 Peachtree Center Avenue, NE<br>Atlanta, GA 30303<br><br>– and –<br><br>Tyler D. Semmelman<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br><br>*Counsel for Bank of America, N.A.* |
| | |

| | |
|---|---|
| Mark S. Kenney<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br><br>*Counsel to the Office of the United States Trustee* | Christopher M. Dressel, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>155 North Wacker Drive, Suite 2700<br>Chicago, Illinois 60606-1720<br><br>*Counsel for Silver Point Finance, LLC, and Standard Acquisition Holdings, LLC* |