# EXHIBIT A

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

### (See Guidelines C.8. for project category information.)

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Assumption/Rejection of Leases & Contracts | | | 0.30 | $ 182.25 |
| Bankruptcy-Related Advice | | | 3.70 | $ 1,514.25 |
| Business Operations | | | 0.30 | $ 182.25 |
| Case Administration | | | 1.40 | $ 474.30 |
| Claims Administration & Objections | | | 1.60 | $ 868.50 |
| Employment/Fee Applications | | | 16.10 | $ 5,871.15 |
| Financing & Cash Collateral | | | 0.10 | $ 60.75 |
| Litigation Contested Matters(excl assump/rejection motions) | | | 0.30 | $ 140.85 |
| Meetings of & Communications with Creditors or the Committee | | | 0.20 | $ 121.50 |
| Plan & Disclosure Statement (including business plan) | | | 10.60 | $ 4,975.20 |
| Relief from Stay/Adequate Protection Proceedings | | | 0.20 | $ 100.80 |
| | | | 34.80 | $ 14,491.80 |

# **EXHIBIT B**

SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| Name | Title | Section | Date of First Admission | Fees Billed | Hours Billed | Hourly Rate Billed in This Application | Hourly Rate Billed in First Interim Application | Number of Rate Increases Since Case Inception |
|------|-------|---------|------------------------|-------------|--------------|----------------------------------------|--------------------------------------------------|----------------------------------------------|
| Edelson, Justin K. | Shareholder | FR Bankruptcy and Restructuring | 05/01/2007 | $ 7,849.80 | 19.60 | 400.50 | - | 0 |
| Ward, Chris A. | Shareholder | FR Bankruptcy and Restructuring | 12/15/1999 | $ 4,860.00 | 8.00 | 607.50 | - | 0 |
| Suprum, Lindsey M. | Paralegal | FR Bankruptcy and Restructuring | | $ 1,782.00 | 7.20 | 247.50 | - | 0 |
| | | | | $ 14,491.80 | 34.80 | 416.43 | | |

CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS

( See Guidelines C.3. for definitions of terms used in this Exhibit.)

| Category of Timekeeper (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|
| | BILLED OR COLLECTED<br><br>Firm or offices for preceding year, excluding bankruptcy | BILLED<br><br>In this fee application |
| Shareholder | $    413.19 | $    460.50 |
| Paralegal | $    156.84 | $    247.50 |
| | | |
| All timekeepers averaged | $    425.37 | $    416.43 |

# EXHIBIT C



**Invoice Detail**

For Professional Services Through 11/19/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 2
December 4, 2015
Invoice No: 1233268

## Professional Services

| Date | Timekeeper | Description | Hours | Amount | Task Code |
|------|-----------|-------------|-------|--------|-----------|
| 11/2/15 | C.A. Ward | Review Limited Objection to Confirmation of Plan Filed by International Paper Company | 0.10 | $60.75 | B320 |
| 11/2/15 | C.A. Ward | Review Limited Objection to Confirmation of Plan Filed by Bullet Line, LLC, Leedsworld, Inc., Timeplanner Calendars, Inc. | 0.10 | 60.75 | B320 |
| 11/2/15 | C.A. Ward | Review Response to Debtors' Objection to Claim of PA Department of Revenue | 0.10 | 60.75 | B310 |
| 11/2/15 | C.A. Ward | Review Limited Objection to Confirmation of Plan Filed by Morgan Adhesives Company, LLC d/b/a MACtac | 0.10 | 60.75 | B320 |
| 11/2/15 | C.A. Ward | Review Objection to Confirmation of Plan Objection to Confirmation of the Debtors' First Amended Plan of Liquidation Filed by Texas Comptroller of Public Accounts | 0.10 | 60.75 | B320 |
| 11/2/15 | C.A. Ward | Review Objection to the First Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and its Affiliates Filed by Pension Benefit Guaranty Corporation | 0.10 | 60.75 | B320 |
| 11/2/15 | C.A. Ward | Review Certificate of No Objection Regarding Notice of Filing of Monthly Compensation and Staffing Report of WilliamsMarston LLC for the Period from September 1, 2015 through September 30, 2015 Filed by SRC Liquidation Company | 0.10 | 60.75 | B210 |
| 11/2/15 | C.A. Ward | Review Objection to Confirmation of Plan of Local Texas Tax Authorities Filed by Cypress Fairbanks ISD, Dallas County, Harris County, Washington County | 0.10 | 60.75 | B320 |



**Invoice Detail**

For Professional Services Through 11/19/15

File No. 082033-493086

**Re: Standard Register Bankruptcy**

Page 3
December 4, 2015
Invoice No: 1233268

| | | | | | |
|---|---|---|---|---|---|
| 11/2/15 | C.A. Ward | Review Objection to Confirmation of Plan Filed by Commonwealth of PA Department of Revenue | 0.10 | 60.75 | B320 |
| 11/2/15 | C.A. Ward | Review Certificate of No Objection (No Order Required) Regarding Monthly Application for Compensation (Seventh) and Reimbursement of Expenses as Delaware Bankruptcy Counsel and Conflicts Counsel for the Official Committee of Unsecured Creditors for the period of September 1, 2015 to September 30, 2015 | 0.10 | 60.75 | B160 |
| 11/2/15 | J.K. Edelson | Correspondence with L. Suprum regarding fee applications, CNOs. | 0.20 | 80.10 | B160 |
| 11/2/15 | J.K. Edelson | Correspondence with C. Ward and S. Katona regarding Polsinelli fee applications. | 0.20 | 80.10 | B160 |
| 11/2/15 | J.K. Edelson | Correspondence with L. Suprum and co-counsel regarding confirmation, responses. | 0.20 | 80.10 | B320 |
| 11/2/15 | J.K. Edelson | Review U.S. Trustee limited objection to confirmation. | 0.20 | 80.10 | B320 |
| 11/2/15 | J.K. Edelson | Review International Paper objection to confirmation. | 0.20 | 80.10 | B320 |
| 11/2/15 | J.K. Edelson | Review Bullet Line objection to confirmation. | 0.10 | 40.05 | B320 |
| 11/2/15 | J.K. Edelson | Review PA Department of Revenue response to claim objection. | 0.20 | 80.10 | B310 |
| 11/2/15 | J.K. Edelson | Review and file CNO regarding Zolfo August monthly fee application. | 0.20 | 80.10 | B160 |
| 11/2/15 | J.K. Edelson | Review and file CNO regarding Polsinelli September monthly fee application. | 0.20 | 80.10 | B160 |
| 11/2/15 | J.K. Edelson | Review Morgan Adhesives objection to plan. | 0.20 | 80.10 | B320 |
| 11/2/15 | J.K. Edelson | Review Texas Comptroller objection to plan. | 0.20 | 80.10 | B320 |


# POLSINELLI

**Invoice Detail**

For Professional Services Through 11/19/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 4
December 4, 2015
Invoice No: 1233268

| Date | Timekeeper | Description | Hours | Amount | Code |
|------|------------|-------------|-------|--------|------|
| 11/2/15 | J.K. Edelson | Review PBGC objection to plan. | 0.20 | 80.10 | B320 |
| 11/2/15 | J.K. Edelson | Review PA Department of Revenue objection to plan. | 0.10 | 40.05 | B320 |
| 11/2/15 | J.K. Edelson | Review objection of local Texas taxing authorities to plan. | 0.10 | 40.05 | B320 |
| 11/2/15 | L.M. Suprum | Draft and file certificate of no objection regarding Zolfo fifth monthly fee application. Correspondence regarding same. | 0.40 | 99.00 | B160 |
| 11/2/15 | L.M. Suprum | Draft and file certificate of no objection regarding Polsinelli seventh monthly fee application. Correspondence regarding same. | 0.40 | 99.00 | B160 |
| 11/2/15 | L.M. Suprum | Correspondence with J. Edelson and W. Jung regarding status of filing with respect to plan and disclosure statement. | 0.10 | 24.75 | B320 |
| 11/3/15 | J.K. Edelson | Review docket, critical dates, correspondence with L. Suprum regarding deadlines. | 0.20 | 80.10 | B110 |
| 11/3/15 | J.K. Edelson | Review, revise and file CNO regarding Zolfo September fee statement. | 0.20 | 80.10 | B160 |
| 11/3/15 | L.M. Suprum | Draft and file certificate of no objection regarding Zolfo's sixth monthly fee application. Correspondence regarding same. | 0.40 | 99.00 | B160 |
| 11/4/15 | C.A. Ward | Correspondence with Polsinelli core team re Polsinelli interim fee application | 0.10 | 60.75 | B160 |
| 11/4/15 | C.A. Ward | Review Notice Regarding Contract Deemed Rejected Filed by Taylor Corporation | 0.10 | 60.75 | B185 |
| 11/4/15 | J.K. Edelson | Review Polsinelli second interim fee application, correspondence with C. Ward and S. McFall regarding same. | 0.30 | 120.15 | B160 |



# Invoice Detail

For Professional Services Through 11/19/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 5
December 4, 2015
Invoice No: 1233268

| 11/5/15 | C.A. Ward | Review Objection (Partial) to Assumption of Contract Filed by Graphic Label Solutions | 0.10 | 60.75 | B185 |
| 11/5/15 | C.A. Ward | Review Response in Opposition to Debtors' First Notice of Satisfaction of Claims filed by New York State Department of Taxation and Finance | 0.10 | 60.75 | B310 |
| 11/5/15 | J.K. Edelson | Review Graphic Label Solutions cure objection. | 0.10 | 40.05 | B320 |
| 11/6/15 | C.A. Ward | Review and comment on updated critical dates calendar of pending dates and deadlines, various correspondence re same | 0.10 | 60.75 | B400 |
| 11/6/15 | C.A. Ward | Review Certification of Ballots Filed by SRC Liquidation Company | 0.10 | 60.75 | B320 |
| 11/6/15 | C.A. Ward | Review Certificate of No Objection Regarding Debtors' Sixth (6th) Omnibus (Non-Substantive) Objection to Claims | 0.10 | 60.75 | B310 |
| 11/6/15 | C.A. Ward | Review Certificate of No Objection Regarding Debtors' Seventh (7th) Omnibus (Substantive) Objection to Claims | 0.10 | 60.75 | B310 |
| 11/6/15 | J.K. Edelson | Correspondence with C. Ward and L. Suprum regarding interim fee applications. | 0.20 | 80.10 | B160 |
| 11/6/15 | J.K. Edelson | Review and revise interim fee application exhibits, correspondence with C. Ward and S. Katona. | 0.30 | 120.15 | B160 |
| 11/6/15 | J.K. Edelson | Review certification of balloting. | 0.10 | 40.05 | B320 |
| 11/6/15 | L.M. Suprum | Correspondence with J. Edelson regarding certificates of no objection for interim fee applications. | 0.10 | 24.75 | B160 |
| 11/9/15 | C.A. Ward | Correspondence with Polsinelli core team re Polsinelli October monthly fee application | 0.10 | 60.75 | B160 |



**Invoice Detail**

For Professional Services Through 11/19/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 6
December 4, 2015
Invoice No: 1233268

| 11/9/15 | C.A. Ward | Review Order Sustaining Debtors' Sixth (6th) Omnibus (Non-Substantive) Objection to Claims | 0.10 | 60.75 | B310 |
|---|---|---|---|---|---|
| 11/9/15 | C.A. Ward | Review Order Sustaining Debtors' Seventh (7th) Omnibus (Substantive) Objection to Claims | 0.10 | 60.75 | B310 |
| 11/9/15 | C.A. Ward | Review Certificate of No Objection Regarding Interim Application for Compensation (Second) for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the period from June 1, 2015 to September 30, 2015 | 0.10 | 60.75 | B160 |
| 11/9/15 | C.A. Ward | Review Certificate of No Objection Regarding Interim Application for Compensation (Second) for Services Rendered and Reimbursement of Expenses as Investment Banker to the Official Committee of Unsecured Creditors for the period from June 1, 2015 to July 31, 2015 Filed by Jefferies LLC | 0.10 | 60.75 | B160 |
| 11/9/15 | J.K. Edelson | Review and revise Polsinelli interim fee application exhibits (.2), correspondence with S. McFall regarding same (.1). | 0.30 | 120.15 | B160 |
| 11/9/15 | J.K. Edelson | Review docket, correspondence with L. Suprum regarding hearing dates, deadlines. | 0.20 | 80.10 | B110 |
| 11/9/15 | J.K. Edelson | Correspondence with co-counsel, Zolfo, and Jefferies regarding second interim fee application. | 0.20 | 80.10 | B160 |
| 11/9/15 | J.K. Edelson | Review, revise and file CNO regarding Lowenstein second interim fee application. | 0.20 | 80.10 | B160 |
| 11/9/15 | J.K. Edelson | Review, revise and file CNO regarding Jefferies second interim fee application. | 0.20 | 80.10 | B160 |
| 11/9/15 | J.K. Edelson | Review, revise and file CNO regarding Zolfo second interim fee application. | 0.20 | 80.10 | B160 |
| 11/9/15 | J.K. Edelson | Correspondence with C. Ward regarding Polsinelli October monthly fee statement. | 0.10 | 40.05 | B160 |



# Invoice Detail

For Professional Services Through 11/19/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 7
December 4, 2015
Invoice No: 1233268

| Date | Timekeeper | Description | Hours | Amount | Code |
|---|---|---|---|---|---|
| 11/9/15 | J.K. Edelson | Review and revise Polsinelli October fee statement. | 0.30 | 120.15 | B160 |
| 11/9/15 | L.M. Suprum | Draft and file certificate of no objection regarding Lowenstein's second interim fee application. Correspondence regarding same. | 0.60 | 148.50 | B160 |
| 11/9/15 | L.M. Suprum | Draft and file certificate of no objection regarding Zolfo's second interim fee application. Correspondence regarding same. | 0.60 | 148.50 | B160 |
| 11/9/15 | L.M. Suprum | Draft and file certificate of no objection regarding Jefferies' second interim fee application. Correspondence regarding same. | 0.60 | 148.50 | B160 |
| 11/10/15 | C.A. Ward | Review Notice of Withdrawal of --Georgia-Pacific Consumer Products LP's Notice of Withdrawal of Motion for Relief from the Automatic Stay | 0.10 | 60.75 | B140 |
| 11/10/15 | C.A. Ward | Review Response to Debtors' First Notice of Satisfaction of Claims Filed by Texas Comptroller of Public Accounts | 0.10 | 60.75 | B310 |
| 11/10/15 | J.K. Edelson | Review docket, correspondence with L. Suprum regarding deadlines. | 0.10 | 40.05 | B110 |
| 11/10/15 | J.K. Edelson | Correspondence with co-counsel regarding Jefferies final fee application. | 0.10 | 40.05 | B160 |
| 11/10/15 | J.K. Edelson | Teleconference with A. Behlmann regarding confirmation hearing. | 0.20 | 80.10 | B320 |
| 11/10/15 | J.K. Edelson | Correspondence with co-counsel and L. Suprum regarding adversary proceeding. | 0.10 | 40.05 | B190 |
| 11/10/15 | J.K. Edelson | Review and revise fee application exhibits, correspondence with S. McFall regarding same. | 0.30 | 120.15 | B160 |
| 11/10/15 | L.M. Suprum | Correspondence with T. Bollman at YCST regarding draft omnibus fee order. | 0.10 | 24.75 | B160 |



**Invoice Detail**

For Professional Services Through 11/19/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 8
December 4, 2015
Invoice No: 1233268

| | | | | | |
|---|---|---|---|---|---|
| 11/11/15 | C.A. Ward | Review Certificate of No Objection Regarding Seventh Monthly Application for Compensation and Reimbursement of Expenses of Dinsmore & Shohl LLP for the period September 1, 2015 to September 30, 2015 | 0.10 | 60.75 | B160 |
| 11/11/15 | C.A. Ward | Review Reply Statement Of Silver Point Finance, LLC In Support Of Confirmation Of First Amended Chapter 11 Plan Of Liquidation For SRC Liquidation Company And Its Affiliates | 0.10 | 60.75 | B320 |
| 11/11/15 | J.K. Edelson | Correspondence with S. Katona and L. Suprum regarding fee applications. | 0.20 | 80.10 | B160 |
| 11/11/15 | J.K. Edelson | Correspondence with S. McFall regarding Polsinelli second interim fee application. | 0.20 | 80.10 | B160 |
| 11/11/15 | J.K. Edelson | Correspondence with co-counsel regarding Georgia Pacific stay relief motion. | 0.10 | 40.05 | B140 |
| 11/11/15 | J.K. Edelson | Correspondence with L. Suprum regarding Committee interim fee applications. | 0.20 | 80.10 | B160 |
| 11/11/15 | J.K. Edelson | Correspondence with L. Suprum regarding omnibus interim fee order. | 0.10 | 40.05 | B160 |
| 11/11/15 | J.K. Edelson | Review Silver Point statement in support of confirmation. | 0.30 | 120.15 | B320 |
| 11/11/15 | J.K. Edelson | Review revised plan and blackline. | 0.40 | 160.20 | B320 |
| 11/11/15 | J.K. Edelson | Review proposed confirmation order (.4), correspondence with co-counsel and L. Suprum regarding same (.1). | 0.50 | 200.25 | B320 |
| 11/11/15 | J.K. Edelson | Review Debtors' omnibus reply in support of confirmation. | 0.40 | 160.20 | B320 |
| 11/11/15 | J.K. Edelson | Review Debtors' memorandum of law in support of confirmation. | 0.50 | 200.25 | B320 |



# Invoice Detail

For Professional Services Through 11/19/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 9
December 4, 2015
Invoice No: 1233268

| Date | Name | Description | Hours | Amount | Code |
|------|------|-------------|-------|--------|------|
| 11/11/15 | L.M. Suprum | Review draft omnibus fee order regarding second interim fee applications for accuracy. Various correspondence regarding same. | 0.50 | 123.75 | B160 |
| 11/11/15 | L.M. Suprum | Correspondence with J. Edelson regarding status of resolution of UST responses to Polsinelli's second interim fee application. | 0.10 | 24.75 | B160 |
| 11/12/15 | C.A. Ward | Review and consider Debtors' Memorandum of Law in Support of (I) Approval of the Disclosure Statement and (II) Confirmation of the Second Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and Its Affiliate | 0.40 | 243.00 | B320 |
| 11/12/15 | C.A. Ward | Review and consider Omnibus Reply in Support of Second Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and Its Affiliates Filed by SRC Liquidation Company | 0.20 | 121.50 | B320 |
| 11/12/15 | C.A. Ward | Review and consider Declaration of Landen C. Williams in Support of Confirmation of the Second Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and Its Affiliates | 0.20 | 121.50 | B320 |
| 11/12/15 | C.A. Ward | Review and consider Proposed Findings of Fact and Conclusions of Law Filed by SRC Liquidation Company | 0.20 | 121.50 | B320 |
| 11/12/15 | C.A. Ward | Review and consider Notice of Filing of Blacklined Version of Second Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and Its Affiliates | 0.20 | 121.50 | B320 |
| 11/12/15 | C.A. Ward | Review and consider Amended Chapter 11 Plan of Liquidation Filed by SRC Liquidation Company | 0.40 | 243.00 | B320 |
| 11/12/15 | C.A. Ward | Review and consider Debtors' Objection to Request for Payment of Administrative Expense Claim of the Department of Labor & Industry, Commonwealth of Pennsylvania | 0.10 | 60.75 | B310 |


POLSINELLI

# Invoice Detail

For Professional Services Through 11/19/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 10
December 4, 2015
Invoice No: 1233268

| | | | | | |
|---|---|---|---|---|---|
| 11/12/15 | J.K. Edelson | Review and revise Polsinelli October monthly fee statement (.3), correspondence with S. McFall regarding same (.1). | 0.40 | 160.20 | B160 |
| 11/12/15 | J.K. Edelson | Correspondence with S. McFall and C. Ward regarding interim fee applications. | 0.20 | 80.10 | B160 |
| 11/12/15 | L.M. Suprum | Correspondence with T. Bollman at YCST regarding review and status of omnibus fee order. | 0.20 | 49.50 | B160 |
| 11/12/15 | L.M. Suprum | Correspondence with J. Edelson regarding submission of LEDES file for second interim fee application to UST. | 0.10 | 24.75 | B160 |
| 11/13/15 | C.A. Ward | Review Certificate of No Objection Regarding Notice of Filing of Monthly Compensation and Staffing Report of McKinsey Recovery & Transformation Services U.S., LLC for the Period from September 1, 2015 through September 30, 2015 | 0.10 | 60.75 | B210 |
| 11/13/15 | J.K. Edelson | Correspondence with C. Ward and S. McFall regarding Polsinelli fee applications. | 0.20 | 80.10 | B160 |
| 11/13/15 | J.K. Edelson | Correspondence regarding Bank of America professional fees. | 0.10 | 40.05 | B160 |
| 11/13/15 | J.K. Edelson | Review Debtors' objection to PA Department of Labor administrative claim. | 0.20 | 80.10 | B310 |
| 11/14/15 | C.A. Ward | Review notice regarding fees and expenses for professionals employed by the ABL DIP Agent | 0.10 | 60.75 | B230 |
| 11/16/15 | C.A. Ward | Correspondence with UST and JKE re Polsinelli second interim fee application | 0.10 | 60.75 | B160 |
| 11/16/15 | C.A. Ward | Review Monthly Application for Compensation (Eighth) and Reimbursement of Expenses of Gibson, Dunn & Crutcher LLP for the period October 1, 2015 to October 31, 2015 Filed by Gibson, Dunn & Crutcher LLP | 0.10 | 60.75 | B160 |

 **POLSINELLI**

**Invoice Detail**

For Professional Services Through 11/19/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 11
December 4, 2015
Invoice No: 1233268

| 11/16/15 | C.A. Ward | Review Monthly Application for Compensation (Eighth) for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the period from October 1, 2015 to October 31, 2015 Filed by Lowenstein Sandler LLP | 0.10 | 60.75 | B160 |
|---|---|---|---|---|---|
| 11/16/15 | C.A. Ward | Review Certificate of No Objection Regarding Debtors' Motion for Entry of an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Approving the Wind-Down Settlement | 0.10 | 60.75 | B190 |
| 11/16/15 | C.A. Ward | Review Certification of Counsel Regarding Proposed Omnibus Order Approving Second Interim Fee Applications of Certain Professionals Retained in These Chapter 11 Cases | 0.10 | 60.75 | B160 |
| 11/16/15 | J.K. Edelson | Review, revise and file Lowenstein October monthly fee application, correspondence with L. Suprum and co-counsel. | 0.30 | 120.15 | B160 |
| 11/16/15 | J.K. Edelson | Correspondence with M. Kenney, C. Ward, and S. McFall regarding Polsinelli second interim fee application. | 0.30 | 120.15 | B160 |
| 11/16/15 | J.K. Edelson | Review docket, correspondence with L. Suprum regarding hearings, deadlines. | 0.20 | 80.10 | B400 |
| 11/16/15 | J.K. Edelson | Review Gibson Dunn October monthly fee statement. | 0.10 | 40.05 | B160 |
| 11/16/15 | J.K. Edelson | Correspondence with M. Linder and L. Suprum regarding Jefferies interim fee application, final fee application. | 0.20 | 80.10 | B160 |
| 11/16/15 | J.K. Edelson | Review COC and omnibus order regarding interim fee applications, correspondence regarding same. | 0.20 | 80.10 | B160 |
| 11/16/15 | J.K. Edelson | Review and revise Polsinelli October monthly fee statement, correspondence with S. McFall regarding same. | 0.30 | 120.15 | B160 |



# Invoice Detail

For Professional Services Through 11/19/15                                    Page 12
File No. 082033-493086                                                December 4, 2015
**Re: Standard Register Bankruptcy**                                  Invoice No: 1233268

| 11/16/15 | L.M. Suprum | Review, revise, file and serve Lowenstein's eighth monthly fee application. Correspondence regarding same. | 0.60 | 148.50 | B160 |
| 11/16/15 | L.M. Suprum | Correspondence with T. Bollman at YCST regarding status of Polsinelli's second interim fee application for inclusion in omnibus fee order. Phone conference with J. Edelson regarding same. | 0.30 | 74.25 | B160 |
| 11/16/15 | L.M. Suprum | Correspondence with J. Edelson and UST regarding UST comments to Polsinelli's second interim fee application. | 0.20 | 49.50 | B160 |
| 11/17/15 | C.A. Ward | Review and consider Plan Supplement Filed by SRC Liquidation Company | 0.20 | 121.50 | B320 |
| 11/17/15 | C.A. Ward | Correspondence with Mark Kenney and Polsinelli core team re Polsinelli interim fee application | 0.10 | 60.75 | B160 |
| 11/17/15 | C.A. Ward | Review agenda for November 19 hearing and correspondence re same | 0.20 | 121.50 | B400 |
| 11/17/15 | C.A. Ward | Review Certification of Counsel Regarding Revised Order Sustaining Debtors' Objection to Claim of Pennsylvania Department of Revenue (Claim No. 2491) Pursuant to Sections 502 and 505 of the Bankruptcy Code and Bankruptcy Rule 3007 | 0.10 | 60.75 | B310 |
| 11/17/15 | C.A. Ward | Review Order Modifying that Certain Order Authorizing the Retention and Employment of WilliamsMarston LLC, to Authorize the Appointment of Landen C. Williams as Interim President and Chief Executive Officer Nunc Pro Tunc to October 28, 2015 | 0.10 | 60.75 | B210 |
| 11/17/15 | C.A. Ward | Review Order Approving Second Interim Fee Applications of Certain Professionals Retained in These Chapter 11 Cases | 0.10 | 60.75 | B160 |
| 11/17/15 | C.A. Ward | Review Certification of Ballots Filed by SRC Liquidation Company | 0.10 | 60.75 | B320 |



# Invoice Detail

For Professional Services Through 11/19/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 13
December 4, 2015
Invoice No: 1233268

| 11/17/15 | C.A. Ward | Review Order Sustaining Debtors' Objection to Claim of Pennsylvania Department of Revenue (Claim No. 2491) | 0.10 | 60.75 | B310 |
|---|---|---|---|---|---|
| 11/17/15 | J.K. Edelson | Correspondence with co-counsel and Sidley regarding Jefferies final fee application. | 0.20 | 80.10 | B160 |
| 11/17/15 | J.K. Edelson | Correspondence with co-counsel, L. Suprum, and Debtors' counsel regarding hearing, agenda. | 0.30 | 120.15 | B400 |
| 11/17/15 | J.K. Edelson | Correspondence with C. Ward and L. Suprum regarding Polsinelli second interim fee application. | 0.20 | 80.10 | B160 |
| 11/17/15 | J.K. Edelson | Correspondence with C. Ward and UST regarding Polsinelli second interim fee application. | 0.20 | 80.10 | B160 |
| 11/17/15 | J.K. Edelson | Review agenda (.1), correspondence with C. Ward, L. Suprum, and co-counsel regarding hearing. | 0.30 | 120.15 | B400 |
| 11/17/15 | J.K. Edelson | Review Debtors' plan supplement. | 0.40 | 160.20 | B320 |
| 11/17/15 | J.K. Edelson | Review amended notice of appointment, correspondence with C. Ward and co-counsel regarding same. | 0.20 | 80.10 | B400 |
| 11/17/15 | J.K. Edelson | Review order approving wind-down settlement, correspondence regarding same. | 0.20 | 80.10 | B400 |
| 11/17/15 | J.K. Edelson | Correspondence with co-counsel regarding WilliamsMarston retention. | 0.10 | 40.05 | B160 |
| 11/17/15 | J.K. Edelson | Review Debtors' certification of ballots. | 0.10 | 40.05 | B320 |
| 11/17/15 | J.K. Edelson | Review order regarding PA Department of Revenue claim. | 0.10 | 40.05 | B310 |
| 11/17/15 | L.M. Suprum | Correspondence with T. Bollman at YCST and J. Edelson regarding statuses of Jefferies final fee application and Polsinelli's second interim fee application for November 19 hearing agenda. | 0.20 | 49.50 | B160 |



# Invoice Detail

For Professional Services Through 11/19/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 14
December 4, 2015
Invoice No: 1233268

| Date | Name | Description | Hours | Amount | Code |
|---|---|---|---|---|---|
| 11/17/15 | L.M. Suprum | Correspondence with C. Ward regarding response to UST's concerns on Polsinelli's second interim fee application. | 0.10 | 24.75 | B160 |
| 11/18/15 | C.A. Ward | Correspondence with JKE re November 19 confirmation hearing | 0.10 | 60.75 | B400 |
| 11/18/15 | C.A. Ward | Review and consider Amended Notice of Appointment of Post-Effective Date Manager and Representative Filed by Official Committee of Unsecured Creditors and correspondence re same | 0.20 | 121.50 | B150 |
| 11/18/15 | C.A. Ward | Review and consider Amended Chapter 11 Plan of Liquidation Filed by SRC Liquidation Company | 0.20 | 121.50 | B320 |
| 11/18/15 | C.A. Ward | Review and consider Notice of Filing of Blacklined Version of Second Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and Its Affiliates (With Technical Modifications) | 0.20 | 121.50 | B320 |
| 11/18/15 | C.A. Ward | Review amended agenda for November 19 hearing | 0.10 | 60.75 | B400 |
| 11/18/15 | C.A. Ward | Review Notice of Withdrawal of Partial Objection to Assumption of Contract (Without Prejudice) Filed by Graphic Label Solutions | 0.10 | 60.75 | B185 |
| 11/18/15 | C.A. Ward | Review Notice of Appearance Filed by Batson Printing, Specialty Print Communications | 0.10 | 60.75 | B110 |
| 11/18/15 | C.A. Ward | Review and comment on draft order approving Polsinelli second interim fee order | 0.10 | 60.75 | B160 |
| 11/18/15 | J.K. Edelson | Prepare for confirmation hearing. | 0.30 | 120.15 | B400 |
| 11/18/15 | J.K. Edelson | Review, revise and file amended notice of appointment. | 0.20 | 80.10 | B400 |
| 11/18/15 | J.K. Edelson | Correspondence with L. Suprum and co-counsel regarding amended notice of appointment. | 0.10 | 40.05 | B400 |



**Invoice Detail**

For Professional Services Through 11/19/15

File No. 082033-493086

**Re: Standard Register Bankruptcy**

Page 15
December 4, 2015
Invoice No: 1233268

| | | | | | |
|---|---|---|---|---|---|
| 11/18/15 | J.K. Edelson | Correspondence with S. McFall and C. Ward regarding Polsinelli second interim fee application. | 0.30 | 120.15 | B160 |
| 11/18/15 | J.K. Edelson | Review Debtors' amended plan, blackline (.3), correspondence with co-counsel regarding same (.1). | 0.40 | 160.20 | B320 |
| 11/18/15 | J.K. Edelson | Review amended agenda (.1), correspondence with L. Suprum and co-counsel regarding hearing. | 0.30 | 120.15 | B400 |
| 11/18/15 | J.K. Edelson | Teleconference with A. Behlmann regarding hearing, filings. | 0.20 | 80.10 | B400 |
| 11/18/15 | J.K. Edelson | Review and revise hearing binders, office conference with L. Suprum. | 0.20 | 80.10 | B400 |
| 11/18/15 | J.K. Edelson | Teleconference with co-counsel regarding opposition brief for motion to dismiss. | 0.10 | 40.05 | B190 |
| 11/18/15 | J.K. Edelson | Correspondence with C. Ward, co-counsel, and UST regarding Polsinelli second interim fee application. | 0.20 | 80.10 | B160 |
| 11/18/15 | J.K. Edelson | Correspondence with L. Suprum and co-counsel regarding omnibus fee order. | 0.20 | 80.10 | B160 |
| 11/18/15 | J.K. Edelson | Prepare and draft Polsinelli order regarding second interim fee application (.3), correspondence with C. Ward, co-counsel, and UST regarding same (.2). | 0.50 | 200.25 | B160 |
| 11/18/15 | J.K. Edelson | Correspondence with W. Jung regarding confirmation hearing. | 0.10 | 40.05 | B320 |
| 11/18/15 | L.M. Suprum | Attention to filing and service of Amended Notice of Appointment of Post-Effective Date Manager and Representative. Correspondence regarding same. | 0.30 | 74.25 | B400 |
| 11/18/15 | L.M. Suprum | Review November 19 amended agenda and coordinate preparation of hearing binder. Correspondence with J. Edelson regarding same. | 0.30 | 74.25 | B400 |



**Invoice Detail**

For Professional Services Through 11/19/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 16
December 4, 2015
Invoice No: 1233268

| | | | | | |
|---|---|---|---|---|---|
| 11/18/15 | L.M. Suprum | Correspondence with C. Ward and J. Edelson regarding resolution of UST concerns to Polsinelli's second interim fee application and preparation of order approving same. | 0.30 | 74.25 | B160 |
| 11/19/15 | C.A. Ward | Review and consider notice of Filing of (I) Revised Version of Proposed Findings of Fact, Conclusions of Law, and Order Confirming Debtors Second Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and Its Affiliates (With Technical Modifications) and (II) Blackline Thereof | 0.20 | 121.50 | B320 |
| 11/19/15 | C.A. Ward | Confer with JKE re confirmation hearing | 0.10 | 60.75 | B320 |
| 11/19/15 | C.A. Ward | Review and comment on updated critical dates calendar of pending dates and deadlines, various correspondence re same | 0.10 | 60.75 | B400 |
| 11/19/15 | C.A. Ward | Review Findings of Fact, Conclusions of Law, and Order Confirming Debtors' Second Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and its Affiliates (With Technical Modifications) | 0.10 | 60.75 | B320 |
| 11/19/15 | C.A. Ward | Review Order Approving Final Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Investment Banker to the Official Committee of Unsecured Creditors for the Period From March 24, 2015 Through July 31, 2015 | 0.10 | 60.75 | B160 |
| 11/19/15 | C.A. Ward | Review Order Granting Second Interim Application of Polsinelli PC as Delaware Bankruptcy Counsel and Conflicts Counsel for the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred for the Period of June 1, 1015 Through September 30, 2015 | 0.10 | 60.75 | B160 |
| 11/19/15 | C.A. Ward | Review Certification of Counsel Regarding Second Order Sustaining Debtors' First (1st) Omnibus (Substantive) Objection to Claims (Drop-Ship Administrative Priority Claims) | 0.10 | 60.75 | B310 |



**Invoice Detail**

For Professional Services Through 11/19/15
File No. 082033-493086
**Re: Standard Register Bankruptcy**

Page 17
December 4, 2015
Invoice No: 1233268

| | | | | | |
|---|---|---|---|---|---|
| 11/19/15 | J.K. Edelson | Prepare for confirmation hearing. | 0.30 | 120.15 | B320 |
| 11/19/15 | J.K. Edelson | Attend confirmation hearing. | 0.90 | 360.45 | B320 |
| 11/19/15 | J.K. Edelson | Correspondence with Sidley and L. Suprum regarding Jefferies final fee application. | 0.20 | 80.10 | B160 |
| 11/19/15 | J.K. Edelson | Correspondence with co-counsel regarding confirmation hearing. | 0.20 | 80.10 | B320 |
| 11/19/15 | J.K. Edelson | Review revised plan and disclosure statement (.2), correspondence with co-counsel regarding same (.1). | 0.30 | 120.15 | B320 |
| 11/19/15 | J.K. Edelson | Correspondence with L. Suprum regarding critical dates. | 0.10 | 40.05 | B110 |
| 11/19/15 | J.K. Edelson | Review confirmation order (.1), correspondence with L. Suprum and co-counsel regarding same (.1). | 0.20 | 80.10 | B320 |
| 11/19/15 | L.M. Suprum | Review, docket, update critical dates memo and distribute. Attention to calendaring new deadlines. | 0.70 | 173.25 | B110 |
| | | Total Professional Services | | $14,491.80 | |



# Invoice Detail

For Professional Services Through 11/19/15  
File No. 082033-493086  
**Re: Standard Register Bankruptcy**

Page 18  
December 4, 2015  
Invoice No: 1233268

## Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| C.A. Ward | 8.00 | 607.50 | $4,860.00 |
| J.K. Edelson | 19.60 | 400.50 | 7,849.80 |
| L.M. Suprum | 7.20 | 247.50 | 1,782.00 |
| **Total Professional Charges** | **34.80** | | **$14,491.80** |

## Task Code Summary

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 1.40 | $474.30 |
| B140 | Relief From Stay/adequate Protection Proceedings | 0.20 | 100.80 |
| B150 | Meetings Of & Communications With Creditors Or The | 0.20 | 121.50 |
| B160 | Employment/fee Applications | 16.10 | 5,871.15 |
| B185 | Assumption/rejection Of Leases & Contracts | 0.30 | 182.25 |
| B190 | Litigation Contested Matters(excl Assump/rejection | 0.30 | 140.85 |
| B210 | Business Operations | 0.30 | 182.25 |
| B230 | Financing & Cash Collateral | 0.10 | 60.75 |
| B310 | Claims Administration & Objections | 1.60 | 868.50 |
| B320 | Plan & Disclosure Statement (Including Business Pl | 10.60 | 4,975.20 |
| B400 | Bankruptcy-related Advice | 3.70 | 1,514.25 |
| | **Total Professional Charges** | **34.80** | **$14,491.80** |

Total Disbursements                                                          0.00

**Total Current Charges Due**                                  **$14,491.80**

# EXHIBIT D



# Polsinelli PC Bankruptcy Project Codes

| CATEGORY | PROJECT CODE |
|---|---|
| Administration | B100 |
| Case Administration | B110 |
| Asset Analysis & Recovery | B120 |
| Asset Disposition | B130 |
| Relief from Stay / Adequate Protection Proceedings | B140 |
| Meetings of & Communications with Creditors or Committee | B150 |
| Employment / Fee Applications | B160 |
| Employment / Fee Application Objections | B170 |
| Avoidance Action Analysis | B180 |
| Assumption / Rejection of Leases & Contracts | B185 |
| Other Contested Matters | B190 |
| Non-Working Travel | B195 |
| Operations | B200 |
| Business Operations | B210 |
| Employee Benefits / Pensions | B220 |
| Financing & Cash Collateral | B230 |
| Tax Issues | B240 |
| Real Estate | B250 |
| Corporate Governance & Board Matters | B260 |
| Budgeting (Case) | B270 |
| Valuation | B280 |
| Reporting | B290 |
| Claims & Plan | B300 |
| Claims Administration & Objections | B310 |
| Plan & Disclosure Statement | B320 |
| Bankruptcy-Related Advice | B400 |
| General Bankruptcy Advice / Opinions | B410 |
| Restructurings | B420 |