# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15- 10541 (BLS) |
| Debtors. | Jointly Administered |
| | Obj. Deadline: **December 23, 2015 at 4:00 p.m. (ET)** |

## NOTICE OF FILING OF MONTHLY COMPENSATION AND STAFFING REPORT OF WILLIAMSMARSTON LLC FOR THE PERIOD FROM NOVEMBER 1, 2015 THROUGH NOVEMBER 19, 2015

PLEASE TAKE NOTICE that, on August 27, 2015, the above captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion for Order Authorizing the Debtors to (I) Employ and Retain WilliamsMarston LLC to Provide Interim Management Services Pursuant to 11 U.S.C. § 363, and (II) Designate Landen C. Williams as Chief Restructuring Officer and Treasurer* Nunc Pro Tunc *to August 26, 2015* [Docket No.982] with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that, on September 15, 2015, the Court entered the *Order Authorizing the Debtors to (I) Employ and Retain WilliamsMarston LLC to Provide Interim Management Services Pursuant to 11 U.S.C. § 363, and (II) Designate Landen C. Williams as Chief Restructuring Officer* Nunc Pro Tunc *to August 26, 2015* [Docket No. 1046] (the "Order").[2]

PLEASE TAKE FURTHER NOTICE that in accordance with the Order, WilliamsMarston LLC hereby files its monthly compensation and staffing report for the period from November 1, 2015 through November 19, 2015 (the "Monthly Report") in the form attached hereto as Exhibit 1.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] On November 17, 2015, the Court entered the *Order Modifying that Certain Order Authorizing the Retention and Employment of WilliamsMarston LLC to Authorize the Appointment of Landen C. Williams as Interim President and Chief Executive Officer* Nunc Pro Tunc *to October 28, 2015* [Docket No. 1310].

PLEASE TAKE FURTHER NOTICE that objections to the Monthly Report, if any, are required to be filed on or before **December 23, 2015 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response so as to be received by the following on or before the Objection Deadline: (i) the attorneys for the Debtors, (A) Gibson, Dunn & Crutcher LLP, 200 Park Avenue, New York, New York 10166-0193 (Attn: Michael A. Rosenthal) and (B) Young Conaway Stargatt & Taylor, LLP, 1000 N. King Street, Rodney Square, Wilmington, DE 19801 (Attn: Michael R. Nestor); (ii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Mark Kenney); (iii) counsel for Silver Point Finance, LLC, Skadden, Arps, Slate, Meagher & Flom LLP, 155 N. Wacker Drive, Chicago, IL 60606-1720 (Attn: Ron E. Meisler); (iv) counsel for Bank of America, N.A., Parker, Hudson, Rainer & Dobbs LLP, 1500 Marquis Two Tower, 285 Peachtree Center Avenue, Atlanta, GA 30303 (Attn: C. Edward Dobbs, Esq.); and (v) counsel for the Official Committee of Unsecured Creditors, Lowenstein Sandler LLP, 1251 Avenue of the Americas, New York, NY 10020 (Attn: Wojciech F. Jung, Esq.).

**PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ORDER ONLY IF AN OBJECTION IS PROPERLY AND TIMELY FILED IN ACCORDANCE WITH THE ABOVE PROCEDURES WILL A HEARING BE HELD ON THE MONTHLY REPORT. ONLY THOSE PARTIES TIMELY FILING AND SERVING OBJECTIONS WILL RECEIVE NOTICE AND BE HEARD AT SUCH HEARING. IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THE DEBTORS WILL BE AUTHORIZED TO PAY 100% OF REQUESTED FEES AND EXPENSES WITHOUT FURTHER ORDER OF THE COURT.**

Dated: December 9, 2015
Wilmington, Delaware

*/s/ Andrew L. Magaziner*
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Andrew L. Magaziner (No. 5426)
Elizabeth S. Justison (No. 5911)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: 302-571-6600
Facsimile: 302-571-1253
mnestor@ycst.com
kcoyle@ycst.com
amagaziner@ycst.com
ejustison@ycst.com

- and -

        Michael A. Rosenthal (NY No. 4697561)
        Jeremy L. Graves (CO No. 45522)
        Matthew G. Bouslog (CA No. 280978)
        GIBSON, DUNN & CRUTCHER LLP
        200 Park Avenue
        New York, New York 10166-0193
        Telephone: (212) 351-4000
        Facsimile: (212) 351-4035
        mrosenthal@gibsondunn.com
        jgraves@gibsondunn.com
        mbouslog@gibsondunn.com

        *Counsel to the Debtors and Debtors in Possession*

# **EXHIBIT 1**

01:18052181.1



**Invoice Number:** SRCL-004

| | |
|---|---|
| **Invoice Date:** November 19, 2015<br>**Payment Due:** Upon Receipt<br>**WM Contact:** Landen Williams<br>**Phone:** 617-306-0951<br><br>**Client Address:**<br><br>SRC Liquidation Company<br>c/o WilliamsMarston LLC<br>800 Boylston Street<br>16th Floor<br>Boston, MA 02199 | **Please Send Wire Payments to:**<br><br>Citizens Bank, 1 Citizens Drive, Riverside, RI 02915<br>*ABA/Routing Number:*              xxxxx0120<br>*Beneficiary account number:*      xxxxxx6306<br>*Beneficiary name and address:*<br>WilliamsMarston LLC<br>800 Boylston Street<br>16th Floor<br>Boston, MA 02199 |

| | | |
|---|---|---:|
| Fees for professional services rendered from Nov 1st – Nov 19th; Interim Management | $ | 53,241 |
| Out-of-pocket expenses | | 1,843 |
| **Total Amount Due** | **$** | **55,084** |

**WilliamsMarston LLC TAX ID:** 46-4311251

**WilliamsMarston LLC**

Client: The SRC Liquidation Company
Court: United States Bankruptcy Court
Description: Summary of Time Entries by Category
Period: November 1, 2015 through November 19, 2015

| Time Category | Hours Billed | Hourly Rate (USD) | Total Billed (USD) |
|---|---:|---:|---:|
| 001 Billiable Travel (1) | 7.75 | 314 | $ 2,431.25 |
| 003 Cash Forecasting | 24.40 | 289 | $ 7,062.50 |
| 005 Chapter 11 Reporting | 24.85 | 275 | $ 6,833.75 |
| 009 Executive Team Support | 1.10 | 350 | $ 385.00 |
| 011 Legal & Case Administration | 103.25 | 308 | $ 31,768.75 |
| 012 Planning Operations | 13.60 | 350 | $ 4,760.00 |
| Total | 174.95 | 304 | $ 53,241.25 |

(1) Total hours billed in "001 - Billable Travel" category reflects 50% discount.

**WilliamsMarston LLC**

| | |
|---|---|
| Client: | The SRC Liquidation Company |
| Court: | United States Bankruptcy Court |
| Description: | Summary of Time Entries by Professional |
| Period | November 1, 2015 through November 19, 2015 |

| Name of Professional | Description | Hourly Rate | Hours Billed | Total Billed |
|---|---|---|---|---|
| Landen C. Williams | Chief Restructuring Officer and Treasurer | $ 350 | 68.40 | $ 23,940.00 |
| Paul Poirier | Planning and Operations | $ 275 | 106.55 | $ 29,301.25 |
| Total | | $ 625 | 174.95 | $ 53,241.25 |

**WilliamsMarston LLC**

| | |
|---|---|
| Client: | Company |
| Court: | United States Bankruptcy Court |
| Description: | Detail of Time Entries |
| Period | November 1, 2015 through November 19, 2015 |

| Date | Name | Hours | Entry | Time Entry Description | Amount Billed |
|---|---|---|---|---|---|
| 11/2/2015 | Landen Williams | 0.25 | 012 Planning Operations | Review details, approve and release various wire transfers for payment of various administrative expenses. | $ 87.50 |
| 11/2/2015 | Landen Williams | 0.50 | 011 Legal & Case Administration | Email correspondence concerning state taxes due. | $ 175.00 |
| 11/2/2015 | Landen Williams | 1.35 | 011 Legal & Case Administration | Review and sign tax and legal documents related to the wind-down of the Estate. | $ 472.50 |
| 11/2/2015 | Landen Williams | 0.40 | 012 Planning Operations | Review of adminstrative invoices received to determine whether valid expenses of the Estate. | $ 140.00 |
| 11/2/2015 | Paul Poirier | 1.15 | 003 Cash Forecasting | Review support for upcoming wires and obtain wire instructions; prepare and initiate wires.  Update related bank reconciliation and professional fee schedules. | $ 316.25 |
| 11/2/2015 | Paul Poirier | 0.50 | 011 Legal & Case Administration | E-mail correspondence with M. Bouslog (Gibson Dunn)  and research around Notice of Satisfaction around Ohio workers' comp claim. | $ 137.50 |
| 11/2/2015 | Paul Poirier | 0.50 | 011 Legal & Case Administration | Review various state tax returns for propriety and prepare for L. Williams (WM) review. | $ 137.50 |
| 11/2/2015 | Paul Poirier | 1.50 | 011 Legal & Case Administration | E-mail correspondence with J. Graves (Gibson Dunn), D. Deptula (Taylor) and B. Murphy (Taylor) regarding resolution of various franchise tax claims. | $ 412.50 |
| 11/2/2015 | Paul Poirier | 0.30 | 011 Legal & Case Administration | E-mail correspondence with L. Williams (WM) and D. Deptula (Taylor) regarding assumed assets. | $ 82.50 |
| 11/2/2015 | Paul Poirier | 0.35 | 011 Legal & Case Administration | Research and settle State of Ohio's workers compensation priority claims. | $ 96.25 |
| 11/2/2015 | Paul Poirier | 0.60 | 011 Legal & Case Administration | Research around whether or not we need insurance policy on Terre Haute as deductible is greater than fair market value of property. | $ 165.00 |
| 11/2/2015 | Paul Poirier | 0.50 | 011 Legal & Case Administration | Review of California and Texas tax claims for propriety of claim payment. | $ 137.50 |
| 11/3/2015 | Landen Williams | 0.90 | 011 Legal & Case Administration | Research 2 years of payment data related to avoidance actions in response to UCC request. | $ 315.00 |
| 11/3/2015 | Landen Williams | 0.70 | 011 Legal & Case Administration | Teleconference with D. Deptula (Taylor) and P.Poirier (WM) concerning the preparation of 2015 final tax returns. | $ 245.00 |
| 11/3/2015 | Landen Williams | 0.45 | 011 Legal & Case Administration | Review estimate of level of effort and third party fees to prepare and file final 2015 tax returns. | $ 157.50 |
| 11/3/2015 | Landen Williams | 0.55 | 012 Planning Operations | Review details, approve and release various wire transfers for payment of various administrative expenses. | $ 192.50 |
| 11/3/2015 | Landen Williams | 0.40 | 011 Legal & Case Administration | Review tax notification from Puerto Rico concerning audit request for additional information. | $ 140.00 |
| 11/3/2015 | Paul Poirier | 1.15 | 011 Legal & Case Administration | Research around whether or not we need insurance policy on Terre Haute as deductible is greater than fair market value of property. | $ 316.25 |
| 11/3/2015 | Paul Poirier | 1.00 | 011 Legal & Case Administration | Prepare file for discussion on real and tangible personal property  claim analysis as well as agreed upon list of tax claims to be paid by Taylor. | $ 275.00 |
| 11/3/2015 | Paul Poirier | 0.50 | 011 Legal & Case Administration | E-mail correspondence with M. Bouslog (Gibson Dunn) regarding various tax claim matters. | $ 137.50 |
| 11/3/2015 | Paul Poirier | 2.00 | 011 Legal & Case Administration | Run list of tax claims out of Prime Clerk and reconcile to current list and prepare a summary list of priority and administrative tax claims. | $ 550.00 |
| 11/3/2015 | Paul Poirier | 0.50 | 011 Legal & Case Administration | Conversation and e-mails with D. Deptula (Taylor) and M. Bouslog (Gibson Dunn)  for completion of  2015 tax returns as well as agreed upon list of tax claims to be paid by Taylor. | $ 137.50 |
| 11/3/2015 | Paul Poirier | 0.25 | 011 Legal & Case Administration | Correspondence with 5/3 bank related to new escrow accounts post confirmation. | $ 68.75 |
| 11/3/2015 | Paul Poirier | 0.50 | 011 Legal & Case Administration | Follow up with Anthem regarding additional potential large claims and process of reporting. | $ 137.50 |
| 11/3/2015 | Paul Poirier | 1.75 | 005 Chapter 11 Reporting | E-mail correspondence  with D. Williams (Taylor) to begin preparation for October  Monthly Operating Report | $ 481.25 |
| 11/3/2015 | Paul Poirier | 0.50 | 011 Legal & Case Administration | Review 2015 tax return and review of preparation estimates. | $ 137.50 |
| 11/3/2015 | Paul Poirier | 0.35 | 011 Legal & Case Administration | Perform follow-up research on various Zolfo questions and requests. | $ 96.25 |
| 11/3/2015 | Paul Poirier | 0.50 | 011 Legal & Case Administration | Review Puerto Rico Tax return to determine who should sign litigation form. | $ 137.50 |
| 11/4/2015 | Landen Williams | 0.55 | 012 Planning Operations | Email correspondence with B. Murphy (Taylor) concerning payment of Illinois Annual Report Fee and discussions with P. Poirier concerning same. | $ 192.50 |
| 11/4/2015 | Landen Williams | 1.10 | 011 Legal & Case Administration | Research and email correspondence with M. Bouslog and M. Rosenthal (GibsonDunn) and discussions with P. Poirier (WM) concerning set up of post confirmation bank accounts. | $ 385.00 |
| 11/4/2015 | Landen Williams | 0.75 | 011 Legal & Case Administration | Review State Unemployment documents and email correspondence with D. Deptula (Taylor) and M. Bouslog (GibsonDunn) concerning State Unemployment Tax Accounts. | $ 262.50 |
| 11/4/2015 | Paul Poirier | 0.90 | 003 Cash Forecasting | Review support for upcoming wires and obtain wire instructions; prepare and initiate wires.  Update related bank reconciliation and professional fee schedules. | $ 247.50 |
| 11/4/2015 | Paul Poirier | 0.35 | 011 Legal & Case Administration | E-mail correspondence with banks inquiring about setting up new accounts for post-confirmation. | $ 96.25 |
| 11/4/2015 | Paul Poirier | 3.00 | 011 Legal & Case Administration | Review the list of tax claims out of Prime Clerk that was reconcile to current priorirt tax claim list and prepare a summary list of priority and administrative tax claims.  Identify claims belonging to estate ( and status of payment) and those belonging to Taylor  (and their status).  Review of tax list to abandoned property listings. | $ 825.00 |

**WilliamsMarston LLC**

| Client: | Company |
| Court: | United States Bankruptcy Court |
| Description: | Detail of Time Entries |
| Period | November 1, 2015 through November 19, 2015 |

| Date | Name | Hours | Entry | Time Entry Description | Amount Billed |
|---|---|---|---|---|---|
| 11/4/2015 | Paul Poirier | 1.50 | 011 Legal & Case Administration | E-mails and call with D. Deptula (Taylor) and B. Murphy (Taylor) to determine status of various priority and administrative tax claims as identified in tax claim summary. | $ 412.50 |
| 11/4/2015 | Paul Poirier | 0.50 | 011 Legal & Case Administration | Correspondence with B. Murphy (Taylor) and K. Cooley (Taylor) Illinois Annual Report fee. | $ 137.50 |
| 11/4/2015 | Paul Poirier | 0.25 | 011 Legal & Case Administration | E-mail correspondence with M. Bouslog (Gibson Dunn) and D. Deptula (Taylor) regarding state employment tax taxes and Equifax. | $ 68.75 |
| 11/5/2015 | Landen Williams | 0.40 | 012 Planning Operations | Review and approval of ZolfoCooper September professional fee invoice and approval for payment. | $ 140.00 |
| 11/5/2015 | Landen Williams | 1.25 | 011 Legal & Case Administration | Meeting with P. Poirier (WM) to discuss status of various open items in case. | $ 437.50 |
| 11/5/2015 | Landen Williams | 1.00 | 011 Legal & Case Administration | Review of Ohio Civil Rights Commission Charges. | $ 350.00 |
| 11/5/2015 | Landen Williams | 1.10 | 003 Cash Forecasting | Review and update latest wind-down budget for recent changes in estimates. | $ 385.00 |
| 11/5/2015 | Landen Williams | 0.75 | 011 Legal & Case Administration | Review and sign various state tax documents related to the wind-down of the Estate. | $ 262.50 |
| 11/5/2015 | Paul Poirier | 1.25 | 011 Legal & Case Administration | Discussion with L. Williams (WM) on status of open items in case | $ 343.75 |
| 11/5/2015 | Paul Poirier | 1.10 | 003 Cash Forecasting | Review support for upcoming wires and obtain wire instructions; prepare and initiate wires. Update related bank reconciliation and professional fee schedules. | $ 302.50 |
| 11/5/2015 | Paul Poirier | 0.50 | 011 Legal & Case Administration | Review Ohio Civil rights claim documentation to determine potential liability. | $ 137.50 |
| 11/5/2015 | Paul Poirier | 0.15 | 011 Legal & Case Administration | Communication with Anthem regarding item on high claims schedule. | $ 41.25 |
| 11/5/2015 | Paul Poirier | 0.50 | 011 Legal & Case Administration | Conversation with D. Williams (Taylor) to finalize Terre Haute Insurance payment. | $ 137.50 |
| 11/5/2015 | Paul Poirier | 0.50 | 011 Legal & Case Administration | Preparation of Illinois annual report fees forms and payment. | $ 137.50 |
| 11/5/2015 | Paul Poirier | 0.10 | 011 Legal & Case Administration | Conversation with D. Williams (Taylor) regarding status of workers comp claim payment | $ 27.50 |
| 11/5/2015 | Paul Poirier | 0.75 | 011 Legal & Case Administration | Research into NY State Tax Claim to determine propriety to claim payment. | $ 206.25 |
| 11/6/2015 | Landen Williams | 0.35 | 012 Planning Operations | Review of adminstrative invoices and approval of wire transfer. | $ 122.50 |
| 11/6/2015 | Landen Williams | 1.30 | 011 Legal & Case Administration | Review of PBGC detailed information request for Stanreco Retirement Plan. | $ 455.00 |
| 11/6/2015 | Landen Williams | 0.75 | 011 Legal & Case Administration | Email correspondence concerning Ohio Civil Rights Commission Charges. | $ 262.50 |
| 11/6/2015 | Landen Williams | 1.10 | 012 Planning Operations | Research related to post confirmation bank accounts and discussions with prospective banks. | $ 385.00 |
| 11/6/2015 | Paul Poirier | 1.25 | 003 Cash Forecasting | Review support for upcoming wires and obtain wire instructions; prepare and initiate wires. Update related bank reconciliation and professional fee schedules. | $ 343.75 |
| 11/6/2015 | Paul Poirier | 0.50 | 011 Legal & Case Administration | Review and prepare "responsible officer" letter from Connecticut for L. Williams (WM). | $ 137.50 |
| 11/6/2015 | Paul Poirier | 0.10 | 003 Cash Forecasting | E-mail with L. Taschenberger to discuss process for depositing small refund checks. | $ 27.50 |
| 11/6/2015 | Paul Poirier | 0.25 | 003 Cash Forecasting | Communication with banks regarding setting up Escrow accounts for post confirmation. | $ 68.75 |
| 11/6/2015 | Paul Poirier | 0.45 | 011 Legal & Case Administration | Conversation with D. Williams (Taylor) regarding workers compensation payment. | $ 123.75 |
| 11/6/2015 | Paul Poirier | 0.50 | 011 Legal & Case Administration | Email correspondence with M. Bouslog (Gibson Dunn) regarding priority claims and voting declarations. | $ 137.50 |
| 11/9/2015 | Landen Williams | 0.50 | 011 Legal & Case Administration | Teleconference with M. Bouslog (GibsonDunn) and P.Poirier (WM) concerning the preparation of Declaration in support of plan confirmation. | $ 175.00 |
| 11/9/2015 | Landen Williams | 1.20 | 011 Legal & Case Administration | Review of sample Declaration and draft Declaration in support of Plan confirmation. | $ 420.00 |
| 11/9/2015 | Landen Williams | 0.85 | 012 Planning Operations | Review of CT Corporation estimate of State withdrawal to do business. | $ 297.50 |
| 11/9/2015 | Landen Williams | 0.45 | 012 Planning Operations | Review and approval of various wire transfer requests related to adminstrative expenses. | $ 157.50 |
| 11/9/2015 | Paul Poirier | 0.50 | 011 Legal & Case Administration | Teleconference with Allison Goico, D. Whaley and M. Rosenthal (Gibson Dunn) regarding Ohio discrimination case. | $ 137.50 |
| 11/9/2015 | Paul Poirier | 0.50 | 011 Legal & Case Administration | Communication with M. Bouslog (Gibson Dunn) regarding SRC Liquidation schedule preparation. | $ 137.50 |
| 11/9/2015 | Paul Poirier | 3.00 | 011 Legal & Case Administration | Preparation of SRC Liquidation schedule for November 11, 2015 filing. | $ 825.00 |
| 11/9/2015 | Paul Poirier | 1.25 | 011 Legal & Case Administration | Teleconference and e-mails with M. Bouslog (Gibson Dunn), M. Rosenthal (Gibson Dunn) and J. Graves (Gibson Dunn) | $ 343.75 |
| 11/9/2015 | Paul Poirier | 1.35 | 003 Cash Forecasting | Review support for upcoming wires and obtain wire instructions; prepare and initiate wires. Update related bank reconciliation and professional fee schedules. | $ 371.25 |
| 11/10/2015 | Landen Williams | 0.90 | 003 Cash Forecasting | Update wind down budget and preparation for teleconference with UCC advisors as it relates to case status. | $ 315.00 |
| 11/10/2015 | Landen Williams | 0.80 | 011 Legal & Case Administration | Review of Liquidation Summary for inclusion in court filing. | $ 280.00 |
| 11/10/2015 | Landen Williams | 0.50 | 011 Legal & Case Administration | Teleconference with M. Cervi (ZolfoCooper) concerning post confirmation transition of matters to UCC. | $ 175.00 |
| 11/10/2015 | Landen Williams | 0.65 | 011 Legal & Case Administration | Email correspondence with M. Rosenthal (GibsonDunn) concerning the settlement of vacation and severance claims with | $ 227.50 |
| 11/10/2015 | Landen Williams | 0.55 | 011 Legal & Case Administration | Email correspondence concerning the status of the PBGC objection to the plan of liquidation. | $ 192.50 |
| 11/10/2015 | Landen Williams | 0.40 | 011 Legal & Case Administration | Research and email correspondence concerning the Texas Comptrollers objection to the plan of liquidation. | $ 140.00 |

**WilliamsMarston LLC**

| | |
|---|---|
| Client: | Company |
| Court: | United States Bankruptcy Court |
| Description: | Detail of Time Entries |
| Period | November 1, 2015 through November 19, 2015 |

| Date | Name | Hours | Entry | Time Entry Description | Amount Billed |
|---|---|---|---|---|---|
| 11/10/2015 | Landen Williams | 0.20 | 011 Legal & Case Administration | Review and sign Illinois Secretary of State Form. | $ 70.00 |
| 11/10/2015 | Landen Williams | 1.00 | 011 Legal & Case Administration | Review of draft declaration in support of plan of liquidation confirmation. | $ 350.00 |
| 11/10/2015 | Paul Poirier | 1.20 | 011 Legal & Case Administration | Preparation and teleconference with M. Bouslog (Gibson Dunn), D. Deptula (Taylor) K. Vore (Taylor) and B. Murphy (Taylor) on various tax claims. | $ 330.00 |
| 11/10/2015 | Paul Poirier | 0.50 | 011 Legal & Case Administration | Teleconference with D. Deptula (Taylor) and B. Murphy (Taylor) regarding various tax claim payments. | $ 137.50 |
| 11/10/2015 | Paul Poirier | 1.50 | 011 Legal & Case Administration | Preparation for and teleconference with various PBGC and Legacy staff personnel regarding Standard Register Pension documents. | $ 412.50 |
| 11/10/2015 | Paul Poirier | 0.75 | 003 Cash Forecasting | Review support for upcoming wires and obtain wire instructions; prepare and initiate wires.  Update related bank reconciliation and professional fee schedules. | $ 206.25 |
| 11/10/2015 | Paul Poirier | 1.00 | 005 Chapter 11 Reporting | Conversations and e-mails with M. Bouslog (Gibson Dunn) regarding Plan Confirmation | $ 275.00 |
| 11/10/2015 | Paul Poirier | 2.05 | 011 Legal & Case Administration | Update SRC Liquidation schedule and claims schedule for objections sustained. | $ 563.75 |
| 11/10/2015 | Paul Poirier | 1.75 | 011 Legal & Case Administration | Preparation for and participation in teleconference with M. Bouslog (Gibson Dunn) and D. Deptula (Taylor) regarding tax claims. | $ 481.25 |
| 11/10/2015 | Paul Poirier | 0.50 | 011 Legal & Case Administration | Research validity of tax claim from Texas Comptroller | $ 137.50 |
| 11/10/2015 | Paul Poirier | 0.60 | 011 Legal & Case Administration | Research on Zolfo question and preparation for meeting | $ 165.00 |
| 11/10/2015 | Paul Poirier | 0.75 | 005 Chapter 11 Reporting | Update SRC Liquidation and Claim schedule for objections filed and sustained. | $ 206.25 |
| 11/10/2015 | Paul Poirier | 0.75 | 005 Chapter 11 Reporting | Conversation  and e-mails with M. Bouslog (Gibson Dunn) regarding SRC Liquidation and claims schedules. | $ 206.25 |
| 11/10/2015 | Paul Poirier | 1.70 | 005 Chapter 11 Reporting | Update SRC Liquidation and Claim Schedule update per conversation with M. Bouslog (Gibson Dunn) and or objections sustained. | $ 467.50 |
| 11/11/2015 | Landen Williams | 0.75 | 012 Planning Operations | Review of Anthem quarterly pharmacy rebate credit and email correspondence concerning the same. | $ 262.50 |
| 11/11/2015 | Landen Williams | 0.60 | 011 Legal & Case Administration | Review of GibsonDunn comments on SRC Liquidation Analysis. | $ 210.00 |
| 11/11/2015 | Landen Williams | 0.90 | 011 Legal & Case Administration | Review of September and October Trust Reports from Key Banc. | $ 315.00 |
| 11/11/2015 | Landen Williams | 0.50 | 012 Planning Operations | Review and approval of Todd Organization Invoice in order to determine wheher it is a valid Estate expense. | $ 175.00 |
| 11/11/2015 | Landen Williams | 0.25 | 011 Legal & Case Administration | Review of updated plan confirmation declaration. | $ 87.50 |
| 11/11/2015 | Paul Poirier | 1.05 | 003 Cash Forecasting | Review support for upcoming wires and obtain wire instructions; prepare and initiate wires.  Update related bank | $ 288.75 |
| 11/11/2015 | Paul Poirier | 0.50 | 003 Cash Forecasting | Research around US Trustee Fees and Chapter 7 fee payment. | $ 137.50 |
| 11/11/2015 | Paul Poirier | 0.60 | 011 Legal & Case Administration | Teleconference with M. Bouslog (Gibson Dunn)  and M. Rosenthal (Gibson Dunn) regarding plan confirmation. | $ 165.00 |
| 11/11/2015 | Paul Poirier | 3.00 | 011 Legal & Case Administration | Finalize claims schedule for filing with declaration statement. | $ 825.00 |
| 11/11/2015 | Paul Poirier | 2.85 | 011 Legal & Case Administration | Complete SRC Liquidation Company schedule to be filed with declaration statement. | $ 783.75 |
| 11/12/2015 | Landen Williams | 1.10 | 012 Planning Operations | Teleconference with JP Morgan concerning post confirmation bank accounts. | $ 385.00 |
| 11/12/2015 | Landen Williams | 2.20 | 003 Cash Forecasting | Meet with P.Poirier (WM) to review updated wind down budget and SRC  liquidation summary in preparation for plan | $ 770.00 |
| 11/12/2015 | Landen Williams | 0.70 | 012 Planning Operations | Research and email correspondence concerning new bank accounts for post confirmation Trust. | $ 245.00 |
| 11/12/2015 | Paul Poirier | 0.90 | 011 Legal & Case Administration | Teleconference with M. Bouslog (Gibson Dunn) regarding plan confirmation order. | $ 247.50 |
| 11/12/2015 | Paul Poirier | 1.50 | 005 Chapter 11 Reporting | Discuss case status and review Liquidation Schedule with L. Williams (WM). | $ 412.50 |
| 11/12/2015 | Paul Poirier | 0.90 | 003 Cash Forecasting | Review support for upcoming wires and obtain wire instructions; prepare and initiate wires.  Update related bank reconciliation and professional fee schedules. | $ 247.50 |
| 11/12/2015 | Paul Poirier | 1.00 | 011 Legal & Case Administration | Teleconference and e-mails with M. Bouslog (Gibson Dunn), J. Graves (Gibson Dunn) and M. Rosenthal (Gibson Dunn) regarding plan. | $ 275.00 |
| 11/12/2015 | Paul Poirier | 0.10 | 011 Legal & Case Administration | Teleconference with M. Bouslog (Gibson Dunn)  and L. Williams (WM) regarding post confirmation banking. | $ 27.50 |
| 11/12/2015 | Paul Poirier | 0.65 | 003 Cash Forecasting | Contact Signature Bank and JP Morgan to inquire about setting up an escrow account for post confirmation activity. | $ 178.75 |
| 11/13/2015 | Landen Williams | 2.30 | 011 Legal & Case Administration | Review and sign various state tax and legal documents related to winding down the Estate. | $ 805.00 |
| 11/13/2015 | Landen Williams | 0.50 | 012 Planning Operations | Review and approve Thompson Hine Fees concerning services rendered related to Ohio OSHA. | $ 175.00 |
| 11/13/2015 | Landen Williams | 0.30 | 012 Planning Operations | Review and approve Bank of America Professional Fees statement. | $ 105.00 |

**WilliamsMarston LLC**

Client: Company
Court: United States Bankruptcy Court
Description: Detail of Time Entries
Period: November 1, 2015 through November 19, 2015

| Date | Name | Hours | Entry | Time Entry Description | Amount Billed |
|---|---|---|---|---|---|
| 11/13/2015 | Landen Williams | 0.90 | 011 Legal & Case Administration | Review response to Ohio Civil Rights Charges. | $ 315.00 |
| 11/13/2015 | Landen Williams | 1.00 | 011 Legal & Case Administration | Review Georgia Waiver of Refund Rights for the benefit of the Estate. | $ 350.00 |
| 11/13/2015 | Paul Poirier | 2.50 | 005 Chapter 11 Reporting | Preparation of the SRC Liquidation Company October Monthly Operation Report Balance Sheet | $ 687.50 |
| 11/13/2015 | Paul Poirier | 2.00 | 005 Chapter 11 Reporting | Preparation of the SRC Liquidation Company October Monthly Operation Report Statement of Operations | $ 550.00 |
| 11/13/2015 | Paul Poirier | 0.10 | 011 Legal & Case Administration | Review of Ohio age discrimination case documentation to determine effect on estate. | $ 27.50 |
| 11/13/2015 | Paul Poirier | 0.95 | 003 Cash Forecasting | Review support for upcoming wires and obtain wire instructions; prepare and initiate wires. Update related bank reconciliation and professional fee schedules. | $ 261.25 |
| 11/13/2015 | Paul Poirier | 0.50 | 011 Legal & Case Administration | Begin competing Notice of Dissolution or Surrender (Form D-5) to convert SRC Liquidation from a corporation to an LLC. | $ 137.50 |
| 11/13/2015 | Paul Poirier | 0.10 | 011 Legal & Case Administration | Teleconference with M. Bouslog (Gibson Dunn) to discuss completion of form D-5 (Notice of Dissolution or Surrender) | $ 27.50 |
| 11/13/2015 | Paul Poirier | 0.50 | 003 Cash Forecasting | Teleconference with Signature Bank representatives to set up post confirmation banking. | $ 137.50 |
| 11/13/2015 | Paul Poirier | 1.00 | 011 Legal & Case Administration | Research, e-mails and teleconference with legacy staff resolution of various tax claims. | $ 275.00 |
| 11/13/2015 | Paul Poirier | 0.25 | 011 Legal & Case Administration | Contact legacy staff to procure 2 year payment information for UCC. | $ 68.75 |
| 11/13/2015 | Paul Poirier | 0.30 | 011 Legal & Case Administration | Teleconference with M. Bouslog (Gibson Dunn) to discuss open issues related to the plan. | $ 82.50 |
| 11/16/2015 | Landen Williams | 1.10 | 011 Legal & Case Administration | Prepare for and participate in teleconference with GibsonDunn and P.Poirier to prepare for Court Hearing on Plan confirmation. | $ 385.00 |
| 11/16/2015 | Landen Williams | 1.20 | 011 Legal & Case Administration | Research Puerto Rico audit representation letter concerning pending litigation; meet with P. Poirier (WM) to discuss same. | $ 420.00 |
| 11/16/2015 | Landen Williams | 3.10 | 011 Legal & Case Administration | Review, approve and sign various state tax and legal documents related to winding down the Estate. | $ 1,085.00 |
| 11/16/2015 | Landen Williams | 2.10 | 012 Planning Operations | Research into new bank accounts for post confirmation Trust. | $ 735.00 |
| 11/16/2015 | Landen Williams | 0.50 | 003 Cash Forecasting | Update latest wind-down budget in preparation for Court Hearing on Plan confirmation. | $ 175.00 |
| 11/16/2015 | Paul Poirier | 1.90 | 005 Chapter 11 Reporting | Preparation of the SRC Liquidation Company October Monthly Operation Report Cash Distribution Schedules | $ 522.50 |
| 11/16/2015 | Paul Poirier | 1.80 | 005 Chapter 11 Reporting | Preparation of the SRC Liquidation Company October Monthly Operation Report Footnote and disclosures | $ 495.00 |
| 11/16/2015 | Paul Poirier | 0.40 | 005 Chapter 11 Reporting | Preparation of the SRC Liquidation Company October Monthly Operation Report Balance Sheet | $ 110.00 |
| 11/16/2015 | Paul Poirier | 0.55 | 005 Chapter 11 Reporting | Preparation of the SRC Liquidation Company October Monthly Operation Report Statement of Operations | $ 151.25 |
| 11/16/2015 | Paul Poirier | 0.25 | 003 Cash Forecasting | Communication with 5/3 bank around deposits of manual checks received by estate. | $ 68.75 |
| 11/16/2015 | Paul Poirier | 0.35 | 003 Cash Forecasting | Review support for upcoming wires and obtain wire instructions; prepare and initiate wires. Update related bank reconciliation and professional fee schedules. | $ 96.25 |
| 11/16/2015 | Paul Poirier | 0.50 | 011 Legal & Case Administration | Teleconference w D. Deptula (Taylor) regarding completion of D-5 Notice of Dissolution or Surrender filing. | $ 137.50 |
| 11/16/2015 | Paul Poirier | 0.25 | 011 Legal & Case Administration | Review Anthem documents regarding claim amounts. | $ 68.75 |
| 11/16/2015 | Paul Poirier | 0.50 | 003 Cash Forecasting | Call with M. Bouslog (Gibson Dunn) and Signature Bank representatives related to setting up post confirmation banking. | $ 137.50 |
| 11/16/2015 | Paul Poirier | 1.00 | 003 Cash Forecasting | Completion of Know Your Customer forms to begin process of opening new accounts at Signature bank for post confirmation accounts. | $ 275.00 |
| 11/16/2015 | Paul Poirier | 1.00 | 011 Legal & Case Administration | Fill out Notice of Dissolution or Surrender (Form D-5) to convert SRC Liquidation from a corporation to an LLC. | $ 275.00 |
| 11/16/2015 | Paul Poirier | 0.50 | 011 Legal & Case Administration | Research resolution of various priority tax claim issues. | $ 137.50 |
| 11/16/2015 | Paul Poirier | 0.25 | 011 Legal & Case Administration | Prepare for teleconference meeting with M. Rosenthal (Gibson Dunn), M. Bouslog (Gibson Dunn), L. Williams (WM) and J. Graves (Gibson Dunn) to discuss plan confirmation hearing. | $ 68.75 |
| 11/16/2015 | Paul Poirier | 0.50 | 011 Legal & Case Administration | Call with M. Rosenthal (Gibson Dunn), M. Bouslog (Gibson Dunn), L. Williams (WM) and J. Graves (Gibson Dunn) to discuss plan confirmation hearing. | $ 137.50 |
| 11/16/2015 | Paul Poirier | 0.25 | 011 Legal & Case Administration | Discussion with L. Williams (WM) regarding Puerto Rico audit litigation document. | $ 68.75 |
| 11/17/2015 | Landen Williams | 2.55 | 011 Legal & Case Administration | Review draft legal documents, including Closing Documents, Settlement Statements and Deeds, related to the sale of Estate property in Terre Haut, Indiana. | $ 892.50 |
| 11/17/2015 | Landen Williams | 1.75 | 011 Legal & Case Administration | Review, approve and sign final closing documents related to sale and transfer of ownership of Estate property in Terre Haut, Indiana including obtaining a notary on same. | $ 612.50 |
| 11/17/2015 | Landen Williams | 1.20 | 011 Legal & Case Administration | Review Environment study results regarding contamination at Terre Haut IN property. | $ 420.00 |
| 11/17/2015 | Landen Williams | 2.00 | 011 Legal & Case Administration | Review and approve Estate position statement in response to Ohio Civil Rights claims filed against Estate. | $ 700.00 |

**WilliamsMarston LLC**

Client: Company
Court: United States Bankruptcy Court
Description: Detail of Time Entries
Period: November 1, 2015 through November 19, 2015

| Date | Name | Hours | Entry | Time Entry Description | Amount Billed |
|---|---|---|---|---|---|
| 11/17/2015 | Paul Poirier | 0.75 | 003 Cash Forecasting | Teleconference and e-mails with Signature bank personnel regarding new bank accounts and completion of necessary banking forms for post confirmation account. | $ 206.25 |
| 11/17/2015 | Paul Poirier | 1.25 | 003 Cash Forecasting | Professional Fee Schedule reconciliation, including reconciliation of holdbacks for payment. | $ 343.75 |
| 11/17/2015 | Paul Poirier | 1.00 | 005 Chapter 11 Reporting | Preparation of the SRC Liquidation Company October Monthly Operation Report Cash Distribution Schedules | $ 275.00 |
| 11/17/2015 | Paul Poirier | 1.60 | 005 Chapter 11 Reporting | Preparation of the SRC Liquidation Company October Monthly Operation Report Footnote and disclosures | $ 440.00 |
| 11/17/2015 | Paul Poirier | 1.35 | 005 Chapter 11 Reporting | Preparation of the SRC Liquidation Company October Monthly Operation Report Balance Sheet | $ 371.25 |
| 11/17/2015 | Paul Poirier | 1.40 | 005 Chapter 11 Reporting | Preparation of the SRC Liquidation Company October Monthly Operation Report Statement of Operations | $ 385.00 |
| 11/17/2015 | Paul Poirier | 0.60 | 003 Cash Forecasting | E-mail correspondence with legacy tax staff and teleconference with Carol Momjian at the Commonwealth of Pennsylvania's Attorney General's office to finalize priority tax claim. | $ 165.00 |
| 11/17/2015 | Paul Poirier | 1.25 | 003 Cash Forecasting | E-mail and teleconference with the various individual in the Texas DOR, including Jay Hurst of Attorney General's office, to determine amount of claim owed and method of payment. | $ 343.75 |
| 11/17/2015 | Paul Poirier | 0.35 | 011 Legal & Case Administration | Review and preparation of conveyance deeds and other documents related to the Terre Haute property owned by SRC Liquidation company for propriety. | $ 96.25 |
| 11/17/2015 | Paul Poirier | 1.20 | 011 Legal & Case Administration | Review of Conveyance Deeds for various SRC Liquidation Companies for propriety and witness for notarization. | $ 330.00 |
| 11/18/2015 | Landen Williams | 2.00 | 001 Billable Travel | Travel from Boston to Delaware for November 19th Plan confirmation Hearing. | $ 700.00 |
| 11/18/2015 | Landen Williams | 2.00 | 012 Planning Operations | Review and sign various documents related to new bank accounts for post confirmation Trust. | $ 700.00 |
| 11/18/2015 | Landen Williams | 1.10 | 009 Executive Team Support | Review and provide update for SRC Liquidation Company Board update. | $ 385.00 |
| 11/18/2015 | Landen Williams | 2.80 | 011 Legal & Case Administration | Review final declaration and Liquidation Summary in preparation for Court Hearing on Plan Confirmation. | $ 980.00 |
| 11/18/2015 | Landen Williams | 0.75 | 012 Planning Operations | Review and approve invoices from Thomson Reuters. | $ 262.50 |
| 11/18/2015 | Landen Williams | 1.35 | 011 Legal & Case Administration | Review and sign legal documents to transfer ownership of Terre Haut IN property | $ 472.50 |
| 11/18/2015 | Paul Poirier | 0.65 | 011 Legal & Case Administration | E-mail communication with D. Deptula (Taylor) and B. Murphy (Taylor) regarding Texas Claims and Thompson Reuters invoice. | $ 178.75 |
| 11/18/2015 | Paul Poirier | 0.90 | 003 Cash Forecasting | Review support for upcoming wires and obtain wire instructions; prepare and initiate wires. Update related bank reconciliation and professional fee schedules. | $ 247.50 |
| 11/18/2015 | Paul Poirier | 0.50 | 003 Cash Forecasting | Coordinate with John Sherman (Corporate Secretary) to get banking documents signed. | $ 137.50 |
| 11/18/2015 | Paul Poirier | 1.80 | 011 Legal & Case Administration | Various meetings with L. Williams (WM), M. Bouslog (Gibson Dunn), M. Nestor (YCST), A. Magaziner (YCST), M. Rosenthal (Gibson Dunn) and J. Graves (Gibson Dunn) re plan and confirmation order. | $ 495.00 |
| 11/18/2015 | Paul Poirier | 1.25 | 011 Legal & Case Administration | Prepare budget and claims schedules for M. Rosenthal (Gibson Dunn)'s confirmation hearing script. | $ 343.75 |
| 11/18/2015 | Paul Poirier | 1.90 | 005 Chapter 11 Reporting | E-mails with D. Williams (Taylor) and K. Coyle (YCST)to update Monthly Operating Report footnote and disclosures and schedules. | $ 522.50 |
| 11/18/2015 | Paul Poirier | 1.85 | 001 Billable Travel | Travel to confirmation hearing in Delaware from Boston | $ 508.75 |
| 11/19/2015 | Landen Williams | 1.00 | 011 Legal & Case Administration | Attend Court Hearing on Plan confirmation in Delware. | $ 350.00 |
| 11/19/2015 | Landen Williams | 2.75 | 011 Legal & Case Administration | Review Liquidation Summary and prepare for Court Hearing on Plan Confirmation in Delware. Meet with P. Poirier to discuss same. | $ 962.50 |
| 11/19/2015 | Landen Williams | 1.25 | 011 Legal & Case Administration | Review tax and legal documents related to the wind-down of the Estate. | $ 437.50 |
| 11/19/2015 | Landen Williams | 2.00 | 001 Billable Travel | Travel from Delaware to Boston for November 19th Plan confirmation Hearing. | $ 700.00 |
| 11/19/2015 | Paul Poirier | 0.35 | 011 Legal & Case Administration | Review and prepare necessary documentation needed for Terre Haute closing. | $ 96.25 |
| 11/19/2015 | Paul Poirier | 0.25 | 011 Legal & Case Administration | Review Ohio age discrimination insurance case documentation to determine effect on estate. | $ 68.75 |
| 11/19/2015 | Paul Poirier | 0.95 | 003 Cash Forecasting | Review support for upcoming wires and obtain wire instructions; prepare and initiate wires. Update related bank reconciliation and professional fee schedules. | $ 261.25 |
| 11/19/2015 | Paul Poirier | 1.00 | 005 Chapter 11 Reporting | Review SRC Liquidation schedule with L. Williams (WM) and prepare for confirmation hearing. | $ 275.00 |
| 11/19/2015 | Paul Poirier | 2.80 | 011 Legal & Case Administration | Prepare for and attend confirmation hearing. | $ 770.00 |
| 11/19/2015 | Paul Poirier | 1.90 | 001 Billable Travel | Travel from confirmation hearing in Delaware to Boston. | $ 522.50 |

Standard Register Time Entry Categories

001 - **Billable travel**
- Travel time to/from client sites that is in excess of normal commute to your local McKinsey office
- Out-of-town travelers should include time to/from home cities, but not daily commutes from hotel to/from client sites

002 - **Non-billable travel and expenses**
- Travel delays
- Entering time and expenses
- Other time entries not to be submitted for Court approval

003 - **Cash forecasting**
- 13-week cash flow analysis and reconciliation
- Covenant testing and analysis

004 - **Business Planning**
- P&L model assumptions
- Capital expenditure model assumptions
- Capital structure model assumptions
- Updating for actuals
- Business plan presentation

005 - **Chapter 11 reporting**
- MOR analysis
- IOR analysis
- IDI preparation
- SOFA and SOAL preparation

006 - **M&A Due Diligence Support**

007 - **Vendor support**
- Vendor support planning and meetings
- Vendor presentations

008 - **Customer support**
- Customer support planning and meetings
- Customer presentations

009 - **Executive team support**
- Communications strategy, talking points, etc.
- Presentation preparation

010 - **Project management**
- Team organization
- Background/context research
- Project administration

011 - **Legal & Case Administration**
- Review motions and orders
- Support for court filings
- Discovery support
- Executory contracts
- Case administration

012 - **Planning and Operations**
- Treasury management
- Employee meetings and calls
- Stakeholder Management

**WilliamsMarston LLC**

| | |
|---|---|
| Client: | SRC Liquidation Company |
| Court: | United States Bankruptcy Court |
| Description: | Detail of Expenses |
| Period | November 1, 2015 through November 19, 2015 |

| Expense Category | | Total Expense (USD) |
|---|---|---:|
| 100 | Air Travel (1) | 1,186.80 |
| 101 | Case Administration | 287.34 |
| 103 | Meals | 93.04 |
| 104 | Parking/ Toll/ Other Travel | 44.00 |
| 107 | Taxi / Car Services | 232.02 |
| TOTAL EXPENSES | | 1,843.20 |

(1) All airfare and train travel billed refelects pricing at coach fares.

**WilliamsMarston LLC**

| | |
|---|---|
| Client: | SRC Liquidation Company |
| Court: | United States Bankruptcy Court |
| Description: | Detail of Expenses |
| Period | November 1, 2015 through November 19, 2015 |

| Expense Date | Name | Expense Type | | Description/Explanation | Expense Amount |
|---|---|---|---|---|---|
| 11/18/2015 | Landen Williams | 100 | Air Travel | Round trip flight from Boston, MA to Philadelphia, PA for SRC Liquidation Company Hearing, leaving on 11/18/2015 and returning 11/19/2015. | $ 671.20 |
| 11/18/2015 | Landen Williams | 107 | Taxi / Car Services | Car service to Logan Airport | $ 117.80 |
| 11/18/2015 | Landen Williams | 103 | Meals | Lunch while travelling to case with P. Poirier | $ 26.90 |
| 11/18/2015 | Paul Poirier | 100 | Air Travel | Round trip flight from Boston, MA to Philadelphia, PA for SRC Liquidation Company Hearing, leaving on 11/18/2015 and returning 11/19/2015. | $ 515.60 |
| 11/19/2015 | Landen Williams | 107 | Taxi / Car Services | Car service from Logan Airport | $ 114.22 |
| 11/19/2015 | Landen Williams | 103 | Meals | Lunch while travelling for case with P. Poirier | $ 66.14 |
| 11/19/2015 | Paul Poirier | 104 | Parking/ Toll/ Other Travel | Parking at Logan Airport, Boston, MA; from 11/18/2015 to 11/19/2015. | $ 44.00 |
| 11/19/2015 | Landen Wiliams | 101 | Case Administrator | Overnight delivery charges for October 2015; in connection with SRC Liquidation case. | $ 287.34 |

**WilliamsMarston LLC**
Client:         SRC Liquidation Company
Court:          United States Bankruptcy Court
Description:    Detail of Expenses
Period          November 1, 2015 through November 19, 2015

| | |
|---|---|
| 100 | Air Travel |
| 101 | Case Administration |
| 102 | Room Rate |
| 103 | Meals |
| 104 | Parking/ Toll/ Other Travel |
| 105 | Rail / Subway |
| 106 | Car Rental |
| 107 | Taxi / Car Services |
| 108 | Telecom |