Exhibit A

# ZOLFO COOPER LLC
# SRC LIQUIDATION COMPANY
# PROJECT CATEGORIES

| Code | Project Category |
|---|---|
| 1 | Planning & Coordination/ Case Management |
| 2 | 363 Sale Process |
| 3 | Meetings with UCC Members and/or UCC Professionals |
| 4 | Debtor & Debtor's Professional Meetings including Corporate and Operations Site Visits |
| 5 | Employee Compensation and Advisor Retention Matters |
| 6 | Financial and Other Due Diligence |
| 7 | Liquidity, Cash Management and Cash Collateral Analysis |
| 8 | Business Plan Analysis and Assessment |
| 9 | Other Diligence |
| 10 | Non-Working Travel Time |
| 11 | Retention, Fee Statements and Fee Applications |
| 12 | Internal Meetings / Discussions |
| 13 | Preparing for and Attending Depositions |
| 14 | Adversary Proceeding |

**Exhibit B**

## ZOLFO COOPER LLC
## SRC LIQUIDATION COMPANY
## SUMMARY OF HOURS AND FEES BY PROJECT CATEGORY
## FOR THE PERIOD FROM NOVEMBER 1, 2015 THROUGH NOVEMBER 19, 2015

### PROJECT CODE 1 - Planning & Coordination/ Case Management

| PROFESSIONAL | TITLE | HOURLY RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $795 | 0.1 | $ 79.50 |
| Mark Cervi | Director | $585 | - | - |
| Eugene Lavrov | Associate | $395 | - | - |
| Lawrence Park | Associate | $395 | - | - |
| Elizabeth Kardos | Counsel | $490 | - | - |
| Laurie Verry | Paralegal | $255 | - | - |
| | | | 0.1 | $ 79.50 |

### PROJECT CODE 3 - Meetings with UCC Members and/or UCC Professionals

| PROFESSIONAL | TITLE | HOURLY RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $795 | 0.5 | $ 397.50 |
| Mark Cervi | Director | $585 | 1.7 | 994.50 |
| Eugene Lavrov | Associate | $395 | - | - |
| Lawrence Park | Associate | $395 | - | - |
| Elizabeth Kardos | Counsel | $490 | - | - |
| Laurie Verry | Paralegal | $255 | - | - |
| | | | 2.2 | $ 1,392.00 |

**Exhibit B**

## ZOLFO COOPER LLC
## SRC LIQUIDATION COMPANY
## SUMMARY OF HOURS AND FEES BY PROJECT CATEGORY
## FOR THE PERIOD FROM NOVEMBER 1, 2015 THROUGH NOVEMBER 19, 2015

### PROJECT CODE 6 - Financial and Other Due Diligence

| PROFESSIONAL | TITLE | HOURLY RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $795 | 1.3 | $ 1,033.50 |
| Mark Cervi | Director | $585 | 5.9 | 3,451.50 |
| Eugene Lavrov | Associate | $395 | - | - |
| Lawrence Park | Associate | $395 | 1.5 | 592.50 |
| Elizabeth Kardos | Counsel | $490 | - | - |
| Laurie Verry | Paralegal | $255 | - | - |
| | | | 53.8 | $ 20,724.50 |

### PROJECT CODE 11 - Retention, Fee Statements and Fee Applications

| PROFESSIONAL | TITLE | HOURLY RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $795 | - | $ - |
| Mark Cervi | Director | $585 | - | - |
| Eugene Lavrov | Associate | $395 | 2.3 | 908.50 |
| Lawrence Park | Associate | $395 | - | - |
| Elizabeth Kardos | Counsel | $490 | - | - |
| Laurie Verry | Paralegal | $255 | 0.2 | 51.00 |
| | | | 2.5 | $ 959.50 |

Exhibit B

## ZOLFO COOPER LLC
## SRC LIQUIDATION COMPANY
## SUMMARY OF HOURS AND FEES BY PROJECT CATEGORY
## FOR THE PERIOD FROM NOVEMBER 1, 2015 THROUGH NOVEMBER 19, 2015

### PROJECT CODE 12 - Internal Meetings / Discussions

| PROFESSIONAL | TITLE | HOURLY RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $795 | 0.4 | $ 318.00 |
| Mark Cervi | Director | $585 | 0.7 | 409.50 |
| Eugene Lavrov | Associate | $395 | - | - |
| Lawrence Park | Associate | $395 | - | - |
| Elizabeth Kardos | Counsel | $490 | - | - |
| Laurie Verry | Paralegal | $255 | - | - |
| | | | 2.1 | $ 1,049.50 |

**ZOLFO COOPER, LLC**
**SRC LIQUIDATION COMPANY**
**DETAIL OF HOURS BY PROJECT CATEGORY, DATE AND PROFESSIONAL**
**FOR THE PERIOD FROM NOVEMBER 1, 2015 THROUGH NOVEMBER 19, 2015**

| PROFESSIONAL | DATE | PROJECT CODE | DESCRIPTION | HOURS INCURRED |
|---|---|---|---|---|
| David MacGreevey | 11/6/2015 | 1 | SRC engagement planning | 0.1 |
| | | | **Planning & Coordination/ Case Management, Total:** | **0.1** |
| David MacGreevey | 11/2/2015 | 3 | Emails with W. Jung (Lowenstein) and M. Cervi re: SRC preference analysis | 0.3 |
| Mark Cervi | 11/2/2015 | 3 | Phone call with Acument re: preference analysis | 0.4 |
| Mark Cervi | 11/2/2015 | 3 | Phone call with W. Jung (Lowenstein) re: preference analysis | 0.4 |
| David MacGreevey | 11/6/2015 | 3 | Participated on SRC UCC update conference call | 0.2 |
| Mark Cervi | 11/6/2015 | 3 | Participated in UCC conference call | 0.4 |
| Mark Cervi | 11/10/2015 | 3 | Participate in phone call with Williams Marston re: preference data and contact information | 0.5 |
| | | | **Meetings with UCC Members and/or UCC Professionals, Total:** | **2.2** |
| David MacGreevey | 11/2/2015 | 6 | Review email with attachments from K. Draus re: update on SRC preference analysis | 0.3 |
| Kristen Draus | 11/2/2015 | 6 | Combine the two databases into one database for 90 day payments prior | 2.6 |
| Kristen Draus | 11/2/2015 | 6 | Identify vendors in Payment Register and manipulate data to show only vendors amount prior to 90 days of bankruptcy | 4.3 |
| Kristen Draus | 11/2/2015 | 6 | Reviewed and worked on claims database to eliminate creditors with less than $6,225 | 2.1 |
| Lawrence Park | 11/2/2015 | 6 | Review and analyze data with respect to Standard Rich preference analysis | 0.4 |
| Mark Cervi | 11/2/2015 | 6 | Review payment data and initial work around Do Not Sue list | 0.5 |
| David MacGreevey | 11/3/2015 | 6 | Review UCC limited objection to SRC Plan confirmation | 0.4 |
| Kristen Draus | 11/3/2015 | 6 | Worked on claims database to eliminate creditors with less than $6,225 | 1.4 |
| Kristen Draus | 11/3/2015 | 6 | Tag disbursements within the 90 day payments period and aggregate the total payment to each creditor | 3.7 |
| Kristen Draus | 11/3/2015 | 6 | Run pivot table for all vendors | 0.4 |

ZOLFO COOPER, LLC
SRC LIQUIDATION COMPANY
DETAIL OF HOURS BY PROJECT CATEGORY, DATE AND PROFESSIONAL
FOR THE PERIOD FROM NOVEMBER 1, 2015 THROUGH NOVEMBER 19, 2015

| PROFESSIONAL | DATE | PROJECT CODE | DESCRIPTION | HOURS INCURRED |
|---|---|---|---|---|
| Kristen Draus | 11/3/2015 | 6 | Review and analysis to identify multiple vendors from pivot table | 2.3 |
| Kristen Draus | 11/3/2015 | 6 | Reviewed and tagged items in database and updated combined database | 2.6 |
| Kristen Draus | 11/3/2015 | 6 | Reviewed SOFA and payments within 90 days | 1.6 |
| Lawrence Park | 11/3/2015 | 6 | Review and analyze data with respect to Standard Rich preference analysis | 0.4 |
| Mark Cervi | 11/3/2015 | 6 | Review of preference data and email re: invoice dates as added data | 0.5 |
| Mark Cervi | 11/3/2015 | 6 | Review of preference data and email to K. Draus | 0.2 |
| Jeffrey Bingham | 11/4/2015 | 6 | Reconcile amended "Do Not Sue" List with Company vendor/customer/affiliate database | 1.1 |
| Kristen Draus | 11/4/2015 | 6 | Identified customers in both databases from list | 5.2 |
| Kristen Draus | 11/4/2015 | 6 | Review and edits to format claims database | 1.8 |
| Kristen Draus | 11/4/2015 | 6 | Verify database to confirm that it includes all 90 days prior dates | 1.3 |
| Lawrence Park | 11/4/2015 | 6 | Review data collected for Standard Register re: preference analysis | 0.4 |
| Mark Cervi | 11/4/2015 | 6 | Review and modifications re: preference file | 2.5 |
| Mark Cervi | 11/4/2015 | 6 | Analysis of preference file | 0.6 |
| Mark Cervi | 11/4/2015 | 6 | Analysis of preference file | 0.4 |
| Jeffrey Bingham | 11/5/2015 | 6 | Reconcile amended "Do Not Sue" List with Company vendor/customer/affiliate database | 1.7 |
| Jeffrey Bingham | 11/5/2015 | 6 | Reconcile 90 days prior vendor payment numbers from SOFAs to ZC master file numbers | 3.4 |

ZOLFO COOPER, LLC
SRC LIQUIDATION COMPANY
DETAIL OF HOURS BY PROJECT CATEGORY, DATE AND PROFESSIONAL
FOR THE PERIOD FROM NOVEMBER 1, 2015 THROUGH NOVEMBER 19, 2015

| PROFESSIONAL | DATE | PROJECT CODE | DESCRIPTION | HOURS INCURRED |
|---|---|---|---|---|
| Kristen Draus | 11/5/2015 | 6 | Export PDF of SOFA to excel | 0.4 |
| Kristen Draus | 11/5/2015 | 6 | Review and analysis of SOFA | 1.6 |
| Kristen Draus | 11/5/2015 | 6 | Review and verification to confirm that all 90 day payments are included in database | 2.6 |
| Kristen Draus | 11/5/2015 | 6 | Analyze data to reconcile to SOFA claims total | 2.2 |
| Kristen Draus | 11/5/2015 | 6 | Review and analysis of SOFA database to compute summary of payments | 2.8 |
| Lawrence Park | 11/5/2015 | 6 | Collect certain preference methodologies to be used during Standard Register and share with ZC project team | 0.2 |
| Mark Cervi | 11/5/2015 | 6 | Review of most recent preference data and SOFA | 0.8 |
| David MacGreevey | 11/6/2015 | 6 | Review draft SRC preference data | 0.6 |
| Lawrence Park | 11/6/2015 | 6 | Discuss preference analysis approach with ZC project team | 0.1 |
| Mark Cervi | 11/6/2015 | 6 | Review most current preference data | 0.3 |
| Mark Cervi | 11/10/2015 | 6 | Review preference data and forward to P. Poirer (Williams Marston) | 0.1 |
| | | | **Financial and Other Due Diligence, Total:** | **53.8** |
| Eugene Lavrov | 11/18/2015 | 11 | Worked on ZC October 2015 Fee Application | 1.1 |
| Eugene Lavrov | 11/18/2015 | 11 | Review of administrative materials and preparation of ZC October 2015 Fee Application | 1.2 |
| Laurie Verry | 11/19/2015 | 11 | Reconciliation of holdbacks | 0.2 |
| | | | **Retention, Fee Statements and Fee Applications, Total:** | **2.5** |
| David MacGreevey | 11/2/2015 | 12 | Phone calls with M. Cervi re: SRC preference analysis | 0.2 |
| Mark Cervi | 11/2/2015 | 12 | Phone calls with D. MacGreevey re: preference analysis, records and tax returns | 0.3 |

ZOLFO COOPER, LLC
SRC LIQUIDATION COMPANY
DETAIL OF HOURS BY PROJECT CATEGORY, DATE AND PROFESSIONAL
FOR THE PERIOD FROM NOVEMBER 1, 2015 THROUGH NOVEMBER 19, 2015

| PROFESSIONAL | DATE | PROJECT CODE | DESCRIPTION | HOURS INCURRED |
|---|---|---|---|---|
| Jeffrey Bingham | 11/4/2015 | 12 | Discussion with K. Draus re: Company master file and "Do Not Sue" list reconciliation | 0.2 |
| Kristen Draus | 11/4/2015 | 12 | Discussion with J. Bingham to update on case matters and tasks | 0.2 |
| David MacGreevey | 11/5/2015 | 12 | Discussion with L. Park re: planning and status of SRC preference analysis | 0.2 |
| Jeffrey Bingham | 11/5/2015 | 12 | Discussion with K. Draus re: ZC master file and SOFA reconciliation | 0.2 |
| Kristen Draus | 11/5/2015 | 12 | Discussion with J. Bingham re: verification of affiliate, vendor and customer in database | 0.2 |
| Kristen Draus | 11/5/2015 | 12 | Phone call with M. Cervi re: SOFA schedule vs. database received | 0.2 |
| Mark Cervi | 11/5/2015 | 12 | Discussion with K. Draus re: preference data | 0.4 |
| | | | **Internal Meetings / Discussions, Total:** | 2.1 |
| | | | **Grand Total** | 60.7 |

Exhibit D

## ZOLFO COOPER LLC
## SRC LIQUIDATION COMPANY
## SUMMARY OF EXPENSES
## FOR THE PERIOD FROM NOVEMBER 1, 2015 THROUGH NOVEMBER 19, 2015

| Expense Category | Total Expenses During Period |
|---|---:|
| Ground Transportation | $81.50 |
| Lodging | $400.00 |
| Total | $ 481.50 |

**ZOLFO COOPER, LLC**
**SRC LIQUIDATION COMPANY**
**DETAIL OF EXPENSES BY PROFESSIONAL**
**FOR THE PERIOD FROM NOVEMBER 1, 2015 THROUGH NOVEMBER 19, 2015**

| PROFESSIONAL | DATE | CATEGORY | DESCRIPTION | INCURRED AMOUNT | VOLUNTARY REDUCTION | FINAL AMOUNT |
|---|---|---|---|---|---|---|
| David MacGreevey | 11/18/2015 | Ground Transportation | NY to Wilmington, DE | 81.50 | - | 81.50 |
| | | | **Total Ground Transportation** | **$ 81.50** | **$ -** | **$ 81.50** |
| David MacGreevey | 11/18/2015 | Lodging | Confirmation Hearing in Wilmington, DE | 400.00 | | 400.00 |
| | | | **Total Lodging** | **$ 400.00** | **$ -** | **$ 400.00** |
| | | | **Total Expenses** | **$ 481.50** | **$ -** | **$ 481.50** |