# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*, | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: December 24, 2015<br>Hearing Date: January 13, 2016 at 11:00 a.m. |

## NOTICE OF MOTION

To:   All Parties on the attached service list

PLEASE TAKE NOTICE that on December 10, 2015, IWAG Group III filed its **Motion of IWAG Group III for Allowance and Payment of Administrative Expense Claim Pursuant to the Order Authorizing the Sale of Substantially All of the Debtors' Assets** ("Motion").

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held on **January 13, 2016 at 11:00 a.m.** at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, DE 19801.

PLEASE TAKE FURTHER NOTICE that you are required to file a response, if any, to the Motion on or before **December 24, 2015 at 4:00 p.m.** with the United States Bankruptcy Court for the District of Delaware.

PLEASE TAKE FURTHER NOTICE that at the same time you file a response to the Motion you must also serve a copy of the response upon the undersigned counsel.

IF NO RESPONSES ARE FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

*[Signature page follows]*

Dated: December 10, 2015

MANION GAYNOR & MANNING LLP

By: _/s/ Marc J. Phillips_

Marc J. Phillips (Del. Bar No. 4445)
1007 North Orange Street, 10th Floor,
Wilmington, DE  19801
Telephone: (302) 504-6803
Facsimile: (302) 657-2104
Email: MPhillips@mgmlaw.com

and

DYKEMA COX SMITH

    Jeffrey R. Fine (TX Bar No. 07008410)
    Alison R. Ashmore (TX Bar No. 24059400)
    Aaron M. Kaufman (TX Bar No. 24060067)
    1717 Main Street, Suite 4200
    Dallas, Texas  75201
    Telephone: (214) 462-6400
    Facsimile: (214) 462-6401
    Email: jfine@dykema.com
          aashmore@dykema.com
          akaufman@dykema.com

*Counsel for IWAG III*