# EXHIBIT C


**ANCHOR QEA**

720 Olive Way, Suite 1900
Seattle, Washington 98101
Phone 206.287.9130
Fax 206.287.9131

August 19, 2015                                                                                                    Via E-mail

The Standard Register Company
Attn: Gerry Sowar
600 Albany Street, P.O. Box 1167
Dayton, OH 45417

RE:   IWAG III – 2015 Third Assessment

Dear Mr. Sowar,

Enclosed is an invoice for IWAG III 2015 Third Assessment approved by the Steering Committee on August 10, 2015. To save mailing and administrative costs, we will no longer mail hardcopies of assessments to the individual IWAG members, unless by request.

Thank you for your prompt attention to this matter. Please feel free to contact me if you have any questions.

Sincerely,

*[signature]*

Steven Fucile
IWAG Account Manager

Enclosure

This communication is made under the framework of the IWAG III Group Agreement and in the parties' common interests in meeting IWAG member obligations under an Ecology Agreed Order and in anticipation of litigation concerning liability for the Pasco Landfill site. This communication is intended and believed by the parties to be part of an ongoing and joint effort to develop and maintain a common legal strategy and contains strategies, work product and legal advice within the "common interest" extension of the attorney-client privilege and the work product doctrine. This communication may include attorney-client communications for which no waiver is intended. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, please be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by electronic mail.

# IWAG GROUP III

# INVOICE

BILL TO: The Standard Register Legal Department
Attn: Gerry Sowar
600 Albany Street, P.O. Box 1167
Dayton, OH 45417

DATE: August 18, 2015

REMIT TO: c/o Anchor QEA, LLC
Attn: Gina Crosby
720 Olive Way, Suite 1900
Seattle, Washington 98101

FOR: IWAG Group III - 2015 Third Assessment

PAYABLE BY: **October 2, 2015**

| DESCRIPTION | AMOUNT |
|---|---|
| IWAG Group III - 2015 Third Assessment | $85,800.00 |
| as approved by Steering Committee vote August 10, 2015 | |
| | |
| | |
| SUBTOTAL | $ 85,800.00 |
| OTHER | - |
| **TOTAL** | **$ 85,800.00** |

Please make checks payable to:
ANCHOR QEA, LLC
Pasco Sanitary Landfill - IWAG Group III

Wire Information:
U.S. Bank
Routing: 125 000 105
Account: 1535-9541-5842