IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*, | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Related to Docket No.** |

### ORDER GRANTING MOTION OF IWAG GROUP III FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

Upon consideration of the *Motion of IWAG Group III for Allowance and Payment of Administrative Expense Claim* ("Motion"); and upon consideration of any and all objections and/or responses that were filed in opposition to the Motion; and it appearing that due and proper notice of the Motion has been given to all interested parties in this case; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. IWAG Group III is hereby deemed to have an allowed administrative expense claim in the amount of $114,400.00 pursuant to section 503(b)(1)(A) of the Bankruptcy Code ("Allowed Claim").

3. The Allowed Claim shall be paid by the Debtors within 10 business days from the date of this Order.

Dated:_____        _____
                                     United States Bankruptcy Judge