## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 10th day of December, 2015, I served a true and correct copy of the foregoing **Motion of IWAG Group III for Allowance and Payment of Administrative Expense Claim** upon the parties listed below in the manner indicated:

### VIA HAND DELIVERY

Michael R. Nestor, Esq.
Kara Hammond Coyle, Esq.
Maris J. Kandestin, Esq.
Andrew L. Magaziner, Esq.
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

Christopher A. Ward, Esq.
Justin K. Edelson, Esq.
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

Matthew P. Austria, Esq.
Werb & Sullivan
300 Delaware Avenue, 13th Floor
Wilmington, DE 19801

Mark D. Collins, Esq.
Tyler D. Semmelman, Esq.
Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Mark S. Kenney, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Sarah E. Pierce, Esq.
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

Barbara Becker, Esq.
Michael A. Rosenthal, Esq.
Samuel A. Newman, Esq.
Jeremy L. Graves, Esq.
Gibson Dunn & Crutcher LLP
200 Park Avenue
New York, NY  10166

Sharon L. Levine, Esq.
Wojciech F. Jung, Esq.
Lowenstein Sandler LLP
65 Livingston Avenue
Roseland, NJ  07068

Gerald C. Bender, Esq.
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, NY  10020

Phillip Bohl, Esq.
Gray Plant Mooty Mooty & Bennet, P.A.
500 IDS Center
80 South Eighth Street
Minneapolis, MN  55402

C. Edward Dobbs, Esq.
James S. Rankin, Jr., Esq.
Jack C. Basham, Jr., Esq.
Joshua J. Lewis, Esq.
Parker Hudson Rainer & Dobbs LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, NE
Atlanta, GA 30303

Ron E. Meisler, Esq.
Carl T. Tullson, Esq.
Christopher M. Dressel, Esq.
Skadden Arps Slate Meagher & Flom LLP
155 North Wacker Drive, Suite 2700
Chicago, IL  60606-1720

Marc J. Phillips (No. 4445)

2