IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SRC LIQUIDATION COMPANY, *et al* | ) | Case No. 15-10541 (BLS) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL AND REQUEST FOR
REMOVAL FROM ELECTRONIC AND PAPER NOTICING MATRIX**

PLEASE TAKE NOTICE that pursuant to Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Cooper Levenson, P.A. ("Cooper") and Cooper Counsel, Erin K. Brignola, Esquire hereby withdraws her appearance as counsel to the Creditor, William Mills in the above-captioned bankruptcy case. The undersigned further requests that the Clerk of the United States Bankruptcy Court for the District of Delaware remove her from the electronic and paper noticing matrix for the above-captioned bankruptcy case.

                                                                                            COOPER LEVENSON, P.A.

Dated: 12/11/2015                        /s/Erin K. Brignola
                                                         Erin K. Brignola
                                                         30 Fox Hunt Drive
                                                         Bear, DE 19701
                                                         302-838-2600 (phone)
                                                         302-838-1942 (fax)
                                                         ebrignola@cooperlevenson.com