# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | |
| CARESOURCE | |
| -and- | |
| CARESOURCE MANAGEMENT GROUP CO., | |
| Plaintiffs, | |
| v. | Adv. Proc. No. 15-51775 (BLS) |
| SRC LIQUIDATION COMPANY, SR LIQUIDATION HOLDING COMPANY, SR LIQUIDATION TECHNOLOGIES, INC., SR LIQUIDATION INTERNATIONAL, INC., iMLIQUIDATION, LLC, SR LIQUIDATION OF PUERTO RICO INC., SR LIQUIDATION MEXICO HOLDING COMPANY, STANDARD REGISTER HOLDING, S. DE R.L. DE C.V., STANDARD REGISTER DE MEXICO, S. DE R.L. DE C.V., STANDARD REGISTER SERVICIOS, S. DE R.L. DE C.V., SR LIQUIDATION TECHNOLOGIES CANADA ULC, | |
| -and- | |
| SILVER POINT FINANCE, LLC, as Agent and Collateral Agent, SPCP GROUP, LLC, SPCP GROUP III, LLC, | |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

DLJ INVESTMENT PARTNERS, L.P.,
DLJ INVESTMENT PARTNERS II, L.P.,
DLJ IP II HOLDINGS, L.P.,
SPCP GROUP III LLC, SPF CDO I, LTD.,
SP WORKFLOW HOLDINGS, INC.,
SILVER POINT CAPITAL FUND, L.P.

-and-

BANK OF AMERICA, N.A., as Agent and Lender,
and WELLS FARGO BANK, N.A., as Lender,

       Defendants.

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON DECEMBER 16, 2015 AT 10:00 A.M. (ET)**

**\*\*AS NO MATTERS ARE GOING FORWARD, THIS HEARING
HAS BEEN CANCELLED WITH PERMISSION OF THE COURT\*\***

**ADJOURNED MATTER**

1. Pre-Trial Conference with Respect to Complaint for Declaratory and Related Relief [Adv. Proc. No. 15-51775; D.I. 1; 10/30/15]

   Related Documents:

   a) Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Proc. No. 15-51775; D.I. 3; 11/5/15]

   b) Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Proc. No. 15-51775; D.I. 4; 11/5/15]

   c) Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Proc. No. 15-51775; D.I. 5; 11/5/15]

   d) Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Proc. No. 15-51775; D.I. 6; 11/5/15]

   e) Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Proc. No. 15-51775; D.I. 7; 11/5/15]

   f) Stipulation for Extension of Time for Defendants to Respond to the Complaint [Adv. Proc. No. 15-51775; D.I. 8; 12/4/15]

    g)    Stipulation for Extension of Time for Defendants to Respond to the Complaint [Adv. Proc. No. 15-51775; D.I. 9; 12/7/15]

    h)    Notice of Adjourned Pre-Trial Conference [Adv. Proc. No. 15-51775; D.I. 10; 12/9/15]

Objection Deadline:    December 7, 2015 at 4:00 p.m. (ET) [Extended by agreement of the parties to January 4, 2016]

Objections/Responses Received:    None to date.

Status:    The pre-trial conference has been adjourned to the hearing on January 13, 2016 at 11:00 a.m. (ET). No hearing is necessary at this time.

Dated: December 14, 2015
Wilmington, Delaware

*/s/ Andrew L. Magaziner*
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
mnestor@ycst.com
kcoyle@ycst.com
amagaziner@ycst.com

-and-

Michael A. Rosenthal (NY No. 4697561)
Jeremy L. Graves (CO No. 45522)
Matthew G. Bouslog (CA No. 280978)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
mrosenthal@gibsondunn.com
jgraves@gibsondunn.com
mbouslog@gibsondunn.com

*Counsel to the Debtors and Debtors in Possession*