# **EXHIBIT A**

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

(See Guidelines C.8. for project category information.)

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Administration | | | 5.70 | $ 1,401.30 |
| Asset Disposition | | | 29.30 | $ 13,222.80 |
| Assumption/Rejection of Leases & Contracts | | | 9.80 | $ 5,386.50 |
| Avoidance Action Analysis | | | 30.30 | $ 13,171.50 |
| Bankruptcy-Related Advice | | | 116.10 | $ 44,954.10 |
| Business Operations | | | 14.70 | $ 7,733.70 |
| Case Administration | | | 57.20 | $ 19,634.85 |
| Claims Administration & Objections | | | 13.20 | $ 7,302.60 |
| Employee Benefits/Pensions | | | 0.70 | $ 271.35 |
| Employment/Fee Application Objections | | | 3.10 | $ 1,536.30 |
| Employment/Fee Applications | | | 182.80 | $ 70,792.20 |
| Financing & Cash Collateral | | | 13.10 | $ 6,178.95 |
| Litigation Contested Matters(excl assump/rejection motions | | | 29.40 | $ 12,750.30 |
| Meetings of & Communications with Creditors or the Comm | | | 33.20 | $ 15,772.50 |
| Plan & Disclosure Statement (including business plan) | | | 17.10 | $ 8,247.15 |
| Relief from Stay/Adequate Protection Proceedings | | | 6.40 | $ 3,076.65 |
| | | | 562.10 | $ 231,432.75 |

# **EXHIBIT B**

SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| Name | Title | Section | Date of First Admission | Fees Billed | Hours Billed | Hourly Rate Billed in This Application | Hourly Rate Billed in First Interim Application | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|---|
| Bird, James E. | Shareholder | FR Bankruptcy and Restructuring | 10/15/1980 | $ 106.20 | 0.20 | 531.00 | - | 0 |
| Edelson, Justin K. | Shareholder | FR Bankruptcy and Restructuring | 05/01/2007 | $ 80,892.00 | 214.00 | 378.00 | - | 0 |
| Edelson, Justin K. | Shareholder | FR Bankruptcy and Restructuring | 05/01/2007 | $ 22,387.95 | 55.90 | 400.50 | - | 0 |
| Katona, Shanti M. | Shareholder | FR Bankruptcy and Restructuring | 05/01/2007 | $ 2,759.40 | 7.30 | 378.00 | - | 0 |
| Ward, Chris A. | Shareholder | FR Bankruptcy and Restructuring | 12/15/1999 | $ 77,746.50 | 132.90 | 585.00 | - | 0 |
| Ward, Chris A. | Shareholder | FR Bankruptcy and Restructuring | 12/15/1999 | $ 17,921.25 | 29.50 | 607.50 | - | 0 |
| Vine, Jarrett K. | Associate | FR Bankruptcy and Restructuring | 01/01/2009 | $ 777.60 | 2.40 | 324.00 | - | 0 |
| Suprum, Lindsey M. | Paralegal | FR Bankruptcy and Restructuring | | $ 22,085.10 | 92.60 | 238.50 | - | 0 |
| Suprum, Lindsey M. | Paralegal | FR Bankruptcy and Restructuring | | $ 6,756.75 | 27.30 | 247.50 | - | 0 |
| | | | | $ 231,432.75 | 562.10 | 411.73 | | |

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS

(See Guidelines C.3. for definitions of terms used in this Exhibit.)

| Category of Timekeeper (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|
| | BILLED OR COLLECTED<br>Firm or offices for preceding year, excluding bankruptcy | BILLED<br>In this fee application |
| Shareholder | $ 413.19 | $ 458.88 |
| Associate | $ 272.71 | $ 324.00 |
| Paralegal | $ 156.84 | $ 240.55 |
| All timekeepers averaged | $ 425.37 | $ 411.73 |

# **EXHIBIT C**

## SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY

(See Guidelines C.8. for project category information.)

| Category | Amount |
|---|---|
| Client Advance | $ 1,166.10 |
| Document Reproduction | $ 433.70 |
| Document Reproduction | $ 2,767.34 |
| Document Reproduction | $ 622.05 |
| Deliveries | $ 17,340.36 |
| Filing Fees | $ 450.00 |
| On-Line Searches | $ 61.40 |
| Meals | $ 442.34 |
| Miscellaneous | $ 4,146.24 |
| Transcript of Proceedings | $ 435.50 |
| | $ 27,865.03 |

# **EXHIBIT D**

*In re SRC Liquidation Company, et al.*, Case No. 15-10541 (BLS)
**Polsinelli PC Budget – October 1, 2015 – October 31, 2015**

| Project Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---|---|
| B100 | Administration | - | - |
| B110 | Case Administration | 5 | $2,110 |
| B120 | Asset Analysis & Recovery | - | - |
| B130 | Asset Disposition | 5 | $2,110 |
| B140 | Relief from Stay / Adequate Protection Proceedings | - | - |
| B150 | Meetings of & Communications with Creditors or Committee | 5 | $2,110 |
| B160 | Employment / Fee Applications | 20 | $8,440 |
| B170 | Employment / Fee Application Objections | - | - |
| B180 | Avoidance Action Analysis | - | - |
| B185 | Assumption / Rejection of Leases & Contracts | 5 | $2,110 |
| B190 | Other Contested Matters | - | - |
| B195 | Non-Working Travel | - | - |
| B200 | Operations | - | - |
| B210 | Business Operations | 5 | $2,110 |
| B220 | Employee Benefits / Pensions | - | - |
| B230 | Financing & Cash Collateral | - | - |
| B240 | Tax Issues | - | - |
| B250 | Real Estate | - | - |
| B260 | Corporate Governance & Board Matters | - | - |
| B300 | Claims & Plan | - | - |
| B310 | Claims Administration & Objections | 5 | $2,110 |
| B320 | Plan & Disclosure Statement | 5 | $2,110 |
| B400 | Bankruptcy-Related Advice | 10 | $4,220 |
| B410 | General Bankruptcy Advice / Opinions | - | - |
| B420 | Restructurings | - | - |
| **Total:** | | **65** | **$27,430** |

51832300.1

*In re SRC Liquidation Company, et al.*, Case No. 15-10541 (BLS)
**Polsinelli PC Staffing Plan – October 1, 2015 – October 31, 2015**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budget Period | Average Hourly Rate[1] |
|---|---|---|
| Shareholder | 2 | $558.00 |
| Associate | 2 | $378.00 |
| Paralegal | 1 | $238.50 |

---

[1] All Polsinelli professionals will invoice at a 10% discount from their standard hourly rates.

2

51832300.1

*In re SRC Liquidation Company, et al.*, Case No. 15-10541 (BLS)
**Polsinelli PC Budget – November 1, 2015 – November 19, 2015**

| Project Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---|---|
| B100 | Administration | - | - |
| B110 | Case Administration | 5 | $2,110 |
| B120 | Asset Analysis & Recovery | - | - |
| B130 | Asset Disposition | 5 | $2,110 |
| B140 | Relief from Stay / Adequate Protection Proceedings | - | - |
| B150 | Meetings of & Communications with Creditors or Committee | 5 | $2,110 |
| B160 | Employment / Fee Applications | 15 | $6,330 |
| B170 | Employment / Fee Application Objections | - | - |
| B180 | Avoidance Action Analysis | - | - |
| B185 | Assumption / Rejection of Leases & Contracts | 5 | $2,110 |
| B190 | Other Contested Matters | - | - |
| B195 | Non-Working Travel | - | - |
| B200 | Operations | - | - |
| B210 | Business Operations | 5 | $2,110 |
| B220 | Employee Benefits / Pensions | - | - |
| B230 | Financing & Cash Collateral | - | - |
| B240 | Tax Issues | - | - |
| B250 | Real Estate | - | - |
| B260 | Corporate Governance & Board Matters | - | - |
| B300 | Claims & Plan | - | - |
| B310 | Claims Administration & Objections | 5 | $2,110 |
| B320 | Plan & Disclosure Statement | 5 | $2,110 |
| B400 | Bankruptcy-Related Advice | 5 | $2,110 |
| B410 | General Bankruptcy Advice / Opinions | - | - |
| B420 | Restructurings | - | - |
| **Total:** | | **55** | **$23,210** |

51832339.1

*In re SRC Liquidation Company, et al.*, Case No. 15-10541 (BLS)
**Polsinelli PC Staffing Plan – November 1, 2015 – November 19, 2015**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budget Period | Average Hourly Rate[1] |
|---|---|---|
| Shareholder | 2 | $558.00 |
| Associate | 2 | $378.00 |
| Paralegal | 1 | $238.50 |

---

[1] All Polsinelli professionals will invoice at a 10% discount from their standard hourly rates.

2

51832339.1

# **EXHIBIT E**



# Polsinelli PC Bankruptcy Project Codes

| CATEGORY | PROJECT CODE |
|---|---|
| Administration | B100 |
| Case Administration | B110 |
| Asset Analysis & Recovery | B120 |
| Asset Disposition | B130 |
| Relief from Stay / Adequate Protection Proceedings | B140 |
| Meetings of & Communications with Creditors or Committee | B150 |
| Employment / Fee Applications | B160 |
| Employment / Fee Application Objections | B170 |
| Avoidance Action Analysis | B180 |
| Assumption / Rejection of Leases & Contracts | B185 |
| Other Contested Matters | B190 |
| Non-Working Travel | B195 |
| Operations | B200 |
| Business Operations | B210 |
| Employee Benefits / Pensions | B220 |
| Financing & Cash Collateral | B230 |
| Tax Issues | B240 |
| Real Estate | B250 |
| Corporate Governance & Board Matters | B260 |
| Budgeting (Case) | B270 |
| Valuation | B280 |
| Reporting | B290 |
| Claims & Plan | B300 |
| Claims Administration & Objections | B310 |
| Plan & Disclosure Statement | B320 |
| Bankruptcy-Related Advice | B400 |
| General Bankruptcy Advice / Opinions | B410 |
| Restructurings | B420 |

48065875.1