# EXHIBIT A

**EXHIBIT A**

**Customary and Comparable Compensation Disclosures with Fee Applications**

| Category of Timekeeper<br>(using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|
| | Billed Preceding Year, Excluding Bankruptcy | Billed This Fee Application |
| Partner | $635.82 | $695.45 |
| Counsel | $458.28 | $602.44 |
| Associate | $328.61 | $401.53 |
| Paralegal | $183.66 | $202.59 |
| Research Services | $182.57 | $224.78 |
| **All Timekeepers Aggregated** | **$461.18** | **$542.50** |

Lowenstein Sandler's hourly rates for bankruptcy services are comparable to the hourly rates charged in complex chapter 11 cases by comparably skilled bankruptcy attorneys. The "Blended Hourly Rate – Billed Preceding Year, Excluding Bankruptcy" (the "BHREB") noted above reflects the firm's blended hourly rate billed for calendar year 2014 excluding bankruptcy related work, but including all alternative fee arrangements other than contingency fee cases. In calendar year 2014, the firm increased its billing rates on July 1st in accordance with its normal practice. Accordingly, the BHREB represents one half of a calendar year prior to the July 1st rate increase and one half after the rate increase. The BHREB also represents the billed rate across a larger, more expansive population of the firm's attorneys with a multitude of rates that are impacted by a number of factors, including level of experience, complexity of the work and office location. For example, approximately 24% of Lowenstein Sandler's attorneys are based in New York, while approximately 63% are based in NJ, approximately 10% are based in California and 3% are based in Washington DC. Thus, the "Blended Hourly Rate – Billed This Fee Application" is a function of, among other things, the experience and location of the subset of attorneys delivering the services and the sophistication and complexity of the specific matter.

| | |
|---|---|
| **Case Name:** | **SRC Liquidation Company, et al.** |
| **Case Number:** | **15-10541** |
| **Applicant's Name:** | **Lowenstein Sandler LLP** |
| **Date of Application:** | **December 15, 2015** |
| **Interim or Final:** | **Final** |

UST Form 11-330-C   (2013)                                                                                                   Page 1