# EXHIBIT B

**EXHIBIT B**

**Summary of Timekeepers Included in this Fee Application**

| Name | Title | Dept | Date of 1st Admission | Fees Billed | Hours Billed | Number of Rate Increases | Hourly Rate Billed | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | In This Application | In First Interim Application |
| Alexander, Michele | Partner | Tax | 1995 | $2,184.00 | 2.80 | 0 | $780.00 | $780.00 |
| *Bender, Gerald C. - Travel Time | Partner | Bankruptcy | 1986 | $513.00 | 1.20 | 0 | $427.50 | $427.50 |
| Bender, Gerald C. | Partner | Bankruptcy | 1986 | $20,776.50 | 24.30 | 0 | $855.00 | $855.00 |
| Bennett, Lynda A. | Partner | Insurance | 1995 | $222.00 | 0.30 | 0 | $740.00 | N/A |
| Berger, John L. | Partner | Tax | 1984 | $7,292.00 | 10.40 | 1 | $705.00 | N/A |
| Citron, Lowell A. | Partner | Corporate | 1995 | $40,369.00 | 51.10 | 0 | $790.00 | $790.00 |
| Gillar, Brooke A. | Partner | Corporate | 2004 | $3,535.50 | 5.10 | 1 | $720.00 | N/A |
| Graw, Andrew E. | Partner | Employment | 1984 | $483.00 | 0.60 | 0 | $805.00 | N/A |
| Henry, Christopher C. | Partner | Corporate | 1998 | $1,886.00 | 2.30 | 0 | $820.00 | N/A |
| *Jung, Wojciech F. - Travel Time | Partner | Bankruptcy | 2003 | $7,034.50 | 22.9 | 1 | $317.50 | $300.00 |
| Jung, Wojciech F. | Partner | Bankruptcy | 2003 | $495,909.50 | 813.00 | 1 | $635.00 | $600.00 |
| *Kizel, Paul - Travel Time | Partner | Bankruptcy | 1982 | $9,431.25 | 26.50 | 1 | $375.00 | $352.50 |
| Kizel, Paul | Partner | Bankruptcy | 1982 | $240,417.00 | 335.70 | 1 | $750.00 | $705.00 |
| Levine, Sharon L. | Partner | Bankruptcy | 1983 | $395,516.00 | 466.1 | 1 | $880.00 | $840.00 |
| Rosen, Kenneth A. | Partner | Bankruptcy | 1979 | $285.00 | 0.30 | 0 | $950.00 | N/A |
| Wiwi, Amy K. | Partner | Employment | 2002 | $650.00 | 1.00 | 0 | $650.00 | N/A |
| Porter, Cassandra M. | Counsel | Bankruptcy | 2004 | $25,740.00 | 46.80 | 0 | $550.00 | $550.00 |
| Sica, Theodore C. | Counsel | Corporate | 2003 | $30,588.50 | 46.70 | 0 | $655.00 | $655.00 |
| Bazian, Barry Z. | Associate | Bankruptcy | 2014 | $14,688.00 | 43.20 | 0 | $340.00 | N/A |
| *Behlmann, Andrew D. - Travel Time | Associate | Bankruptcy | 2009 | $1,600.50 | 6.60 | 0 | $242.50 | $242.50 |
| Behlmann, Andrew D. | Associate | Bankruptcy | 2009 | $296,888.00 | 608.20 | 1 | $515.00 | $485.00 |
| Brown, Nicole M. | Associate | Bankruptcy | 2014 | $15,130.00 | 44.50 | 0 | $340.00 | $340.00 |

| | |
|---|---|
| **Case Name:** | **SRC Liquidation Company, et al.** |
| **Case Number:** | **15-10541** |
| **Applicant's Name:** | **Lowenstein Sandler LLP** |
| **Date of Application:** | **December 15, 2015** |
| **Interim or Final:** | **Final** |

UST Form 11-330-C   (2013)                                                                 Page 1

| Name | Title | Dept | Date of 1st Admission | Fees Billed | Hours Billed | Number of Rate Increases | Hourly Rate Billed | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | In This Application | In First Interim Application |
| Cobb, Kathryn | Associate | Corporate | 2013 | $11,212.50 | 32.50 | 0 | $345.00 | $345.00 |
| *De Leo, Anthony - Travel Time | Associate | Bankruptcy | 2013 | $1,818.00 | 10.10 | 0 | $180.00 | N/A |
| De Leo, Anthony | Associate | Bankruptcy | 2013 | $123,936.50 | 356.40 | 1 | $360.00 | $335.00 |
| Dorf, Randall B. | Associate | Corporate | 2012 | $17,301.00 | 43.80 | 0 | $395.00 | $395.00 |
| Jesse, Eric | Associate | Insurance | 2009 | $2,470.00 | 5.20 | 0 | $475.00 | $475.00 |
| Lifshitz, David | Associate | Corporate | 2014 | $24,480.00 | 81.60 | 0 | $300.00 | $300.00 |
| *Vislocky, Nicholas B. - Travel Time | Associate | Bankruptcy | 2013 | $4,279.50 | 22.20 | 1 | $200.00 | $185.00 |
| Vislocky, Nicholas B. | Associate | Bankruptcy | 2013 | $132,792.00 | 355.80 | 1 | $400.00 | $370.00 |
| Waldron, Keara | Associate | Bankruptcy | 2012 | $43,108.50 | 107.60 | 1 | $410.00 | N/A |
| Adams, Trina | Paralegal | Practice Support | N/A | $1,080.00 | 4.80 | 0 | $225.00 | $225.00 |
| Buccellato-Karnick, Gina C. | Paralegal | Bankruptcy | N/A | $8,220.00 | 41.10 | 0 | $200.00 | $200.00 |
| Janowitz, Keith | Paralegal | Corporate | N/A | $442.00 | 1.70 | 0 | $260.00 | N/A |
| Jara, Gabriel | Paralegal | Practice Support | N/A | $1,420.00 | 7.10 | 0 | $200.00 | $200.00 |
| Lawler, Elizabeth B. | Paralegal | Bankruptcy | N/A | $3,917.00 | 19.1 | 1 | $210.00 | $200.00 |
| Pagano, Jamie J. | Paralegal | Practice Support | N/A | $2,902.50 | 12.90 | 0 | $225.00 | $225.00 |
| Sudol, Jeanne | Paralegal | Bankruptcy | N/A | $495.00 | 4.50 | 0 | $110.00 | N/A |
| Grant, Natasha | Research Services | Knowledge and Research Services (Formerly Library) | N/A | $378.00 | 1.80 | 0 | $210.00 | $210.00 |
| Taggart, Katherine E | Research Services | Knowledge and Research Services (Formerly Library) | N/A | $1,173.00 | 5.10 | 0 | $230.00 | $230.00 |

\*       Reflects 50% rate reduction due to non-working travel time
\*\*\*   Reflects rate increase effective July 1st of the given year