# EXHIBIT D-1

**EXHIBIT D-1**

**Summary of Compensation Requested by Project Category**

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Adversary Proceedings and Bankruptcy Court Litigation | 820 | $260,025 - $469,275 | 572.60 | $291,292.00 |
| Asset Analysis and Recovery | 415 | $148,650 - $270,825 | 0.50 | $420.00 |
| Asset Disposition | 750 | $228,500 - $540,475 | 668.90 | $414,117.50 |
| Assumption/Rejection of Leases and Contracts | 60 | $19,485 - $35,160 | 21.90 | $14,376.00 |
| Avoidance Action Analysis | 144 | $48,225 - $87,315 | 0.30 | $264.00 |
| Board of Directors | 0 | $0.00 | 4.20 | $2,066.00 |
| Business Operations | 195 | $68,775 - $126,975 | 63.00 | $38,971.50 |
| Case Administration | 205 | $67,375 - $122,950 | 110.40 | $41,626.00 |
| Claims Administration | 127 | $44,975 - $82,260 | 88.70 | $55,030.50 |
| Claims Administration and Objections | 0 | $0.00 | 0.20 | $150.00 |
| Employee Benefits/Pensions | 85 | $30,625 - $56,025 | 44.20 | $25,482.50 |
| Employment and Retention Applications - Others | 50 | $18,205 - $33,785 | 63.50 | $41,182.00 |
| Fee Applications and Invoices - Others | 44 | $17,245 - $32,705 | 46.50 | $26,844.50 |
| Fee/Employment Applications | 75 | $27,945 - $51,210 | 56.80 | $24,271.00 |
| Fee/Employment Objections | 120 | $38,550 - $70,150 | 0.70 | $588.00 |
| Financing/Cash Collateral | 560 | $189,200 - $345,175 | 428.40 | $225,403.00 |
| General Bankruptcy Advice/Opinions | 27 | $11,460 - $21,765 | 1.30 | $513.50 |
| Investigation of Prepetition Lenders | 270 | $88,050 - $157,525 | 190.70 | $91,981.50 |
| Meetings of and Communication with Creditors | 285 | $106,850 - $198,500 | 283.00 | $163,356.50 |
| Non-Working Travel | 115 | $47,300 - $89,125 | 89.50 | $24,676.75 |
| Other - Insurance Matters | 80 | $27,025 - $49,050 | 11.50 | $6,763.50 |
| Other Contested Matters (excluding assumption/rejection motions) | 579 | $200,640 - $366,280 | 700.70 | $359,928.50 |
| Other – Environmental Issues | 51 | $17,025 - $30,585 | 0 | $0.00 |
| Plan and Disclosure Statement (including Business Plan) | 345 | $121,650 - $223,275 | 194.80 | $123,919.50 |

Case Name:              **SRC Liquidation Company, et al.**

Case Number:            **15-10541**

Applicant's Name:       **Lowenstein Sandler LLP**

Date of Application:    **December 15, 2015**

Interim or Final:       **Final**

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Relief from Stay/Adequate Protection Proceedings | 54 | $18,525 - $33,540 | 10.70 | $6,651.00 |
| Schedules and Statements | 0 | $0.00 | 5.70 | $2,796.00 |
| Tax Issues | 60 | $24,900 - $47,025 | 14.20 | $9,893.50 |
| Post Confirmation Issues | 40 | $14,350 - $26,300 | 0 | $0.00 |
| **TOTAL** | 5,661 | $1,989,630 - $3,651,030 | **3,672.90** | **$1,992,564.75** |