# EXHIBIT D-2

**EXHIBIT D-2**

**Summary of Expense Reimbursement Requested by Category**

| Category | Vendor, If any | Unit Cost, if applicable | Amount |
|---|---|---|---|
| Computerized legal research | Pacer Service Center | | $928.10 |
| Messenger and delivery charges | Federal Express Corp. | | $103.65 |
| Messenger and delivery charges | Champion Courier | | $87.00 |
| Searches | Restructuring Concepts, LLC | | $42.00 |
| Telecommunications | Premiere Global Services | | $2,304.26 |
| Telecommunications | American Express | | $39.59 |
| Transcript charges | U.S. Legal Support - New York | | $8,204.89 |
| Transcript charges | TSG Reporting, Inc. | | $753.35 |
| Transcript charges | EcoScribe, LLC | | $2,630.92 |
| Travel | My Limousine Service | | $251.35 |
| Travel | Elite Limousine Plus Inc. | | $229.44 |
| Travel | XYZ Two Way Radio Service, Inc. | | $185.84 |
| Travel | American Express | | $2,843.97 |
| Travel | American Express/Trv. | | $8,592.30 |
| Travel | | | $4,190.39 |
| Bulk rate/special postage | | | $50.85 |
| Computerized legal research | | | $15,651.07 |
| Miscellaneous | | | $6.00 |
| Photocopies (14,772 pages) | | $0.10 | $1,477.20 |
| Reimbursable expenses of Committee members | | | $6,149.95 |
| **TOTAL DISBURSEMENTS** | | | **$54,722.12** |

| | |
|---|---|
| **Case Name:** | **SRC Liquidation Company, et al.** |
| **Case Number:** | **15-10541** |
| **Applicant's Name:** | **Lowenstein Sandler LLP** |
| **Date of Application:** | **December 15, 2015** |
| **Interim or Final:** | **Final** |