# EXHIBIT E

**EXHIBIT E**

**Summary Cover Sheet of Fee Application**

| | |
|---|---|
| Name of applicant | Lowenstein Sandler LLP |
| Name of client | Official Committee Of Unsecured Creditors |
| Time period covered by application | March 24, 2015 - November 19, 2015 |
| Total compensation sought this period | $1,992,564.75 |
| Total expenses sought this period | $54,722.12 |
| Petition date | March 12, 2015 |
| Retention date | March 24, 2015 |
| Date or order approving employment | May 12, 2015 |
| Total compensation approved by interim order to date | $1,882,107.50 |
| Total expenses approved by interim order to date | $51,961.65 |
| Total allowed compensation paid to date | $1,882,107.50 |
| Total allowed expenses paid to date | $51,961.65 |
| Blended rate in this application for all attorneys | $551.79 |
| Blended rate in this application for all timekeepers | $542.50 |
| Compensation sought in this application already paid pursuant to a monthly compensation order but not yet allowed | $42,915.80 |
| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed | $1,109.39 |
| Number of professionals (attorneys) included in this application | 25 |
| If applicable, number of professionals in this application not included in staffing plan approved by client | N/A |
| If applicable, difference between fees budgeted and compensation sought for this application period | N/A |
| Number of professionals (attorneys) billing fewer than 15 hours to the case during this period | 9 |
| Are any rates higher than those approved or disclosed at retention? If yes, calculate the amount of compensation attributable to any rate increase | Yes, Lowenstein Sandler's hourly rates are subject to periodic adjustment to effect economic and other conditions, generally on July 1 of each calendar year. The amount of compensation attributable to this rate increase is $25,866.00. |

**Case Name:**      **SRC Liquidation Company, et al.**

**Case Number:**    **15-10541**

**Applicant's Name:**   **Lowenstein Sandler LLP**

**Date of Application:**   **December 15, 2015**

**Interim or Final:**       **Final**

UST Form 11-330-C   (2013)                Page 1