**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION COMPANY, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered)<br><br>RE: Docket No. _____ |

**ORDER ALLOWING FINAL FEE APPLICATION OF LOWENSTEIN SANDLER LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FROM MARCH 24, 2015 THROUGH NOVEMBER 19, 2015**

Upon the *Final Application of Lowenstein Sandler LLP As Counsel For The Official Committee of Unsecured Creditors For Compensation For Services Rendered For The Period From March 24, 2015 through November 19, 2015* (the "**Application**");[2] and due and proper notice of the Application having been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction to consider the Application in accordance with 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference* dated February 29, 2012 (Sleet, C.J.); and it appearing that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the relief requested in the Application is in the best interest of the Committee, the Debtors, the estates, and creditors, and after due deliberation, and sufficient cause appearing,

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted as provided herein.

2. Lowenstein Sandler LLP is hereby allowed a final allowance of compensation for services rendered to the Official Committee of Unsecured Creditors in the sum of $1,992,564.75 and reimbursement for costs incurred in the sum of $54,722.12[3], for the period March 24, 2015 through November 19, 2015.

3. The Debtors are authorized and directed to make payment of the outstanding amount of such sums to Lowenstein Sandler LLP within ten (10) days of the entry of this Order.

4. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.

Dated: _____, 2015
Wilmington, Delaware

                                                                          _____
                                                                          THE HONORABLE BRENDAN L. SHANNON
                                                                          CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[3] This amount includes $6,149.95 in reimbursable expenses of members of the Committee.