**EXHIBIT A**

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

(302) 571-6600
(800) 253-2234 (DE ONLY)

(302) 571-1253 FAX
www.ycst.com

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

TAX I.D. NO. 51-0082644

**TO:**

12/15/2015
File No. 073986.1001

For Professional Services Rendered For:

Bill No.  40387143

**Standard Register**
**Billing Period Through November 19, 2015**

| | | |
|---|---|---|
| Total Fees ..................................................................................... $ | 36,617.00 |
| Total Expenses ............................................................................... | 2,099.77 |
| Total ............................................................... $ | 38,716.77 |

WHEN REMITTING PAYMENT, KINDLY REFERENCE FILE NO. **073986.1001** AND SEND TO THE ATTENTION
OF **ACCOUNTING DEPT.**

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
Billing Period Through November 19, 2015

## AGGREGATE TIME SUMMARY BY TASK CODE

| TASK CODE | TASK DESCRIPTION | TOTAL HOURS | TOTAL AMOUNT |
|---|---|---|---|
| B001 | Case Administration | 2.80 | 679.00 |
| B002 | Court Hearings | 19.70 | 5,370.50 |
| B004 | Schedules & Statements, U.S. Trustee Reports | 0.20 | 88.50 |
| B005 | Lease/Executory Contract Issues | 0.50 | 208.50 |
| B006 | Use, Sale or Lease of Property (363 issues) | 1.40 | 515.00 |
| B007 | Claims Analysis, Objections and Resolutions | 9.70 | 3,326.50 |
| B009 | Stay Relief Matters | 0.40 | 177.00 |
| B011 | Other Adversary Proceedings | 2.50 | 731.00 |
| B012 | Plan and Disclosure Statement | 56.70 | 23,156.00 |
| B017 | Retention of Professionals/Fee Issues | 10.00 | 2,365.00 |
| | Totals | 103.90 | $ 36,617.00 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
Billing Period Through November 19, 2015

## ATTORNEY TIME SUMMARY BY TASK CODE

**Task  B001**
**Case Administration**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Andrew Magaziner | Associate | 0.70 | x $ | 400.00 | = | 280.00 |
| Troy Bollman | Paralegal | 2.10 | x $ | 190.00 | = | 399.00 |
| | Totals: | 2.80 | | | $ | 679.00 |

**Task  B002**
**Court Hearings**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Andrew Magaziner | Associate | 2.40 | x $ | 400.00 | = | 960.00 |
| Michael R. Nestor | Partner | 2.10 | x $ | 725.00 | = | 1,522.50 |
| Troy Bollman | Paralegal | 15.20 | x $ | 190.00 | = | 2,888.00 |
| | Totals: | 19.70 | | | $ | 5,370.50 |

**Task  B004**
**Schedules & Statements, U.S. Trustee Reports**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Andrew Magaziner | Associate | 0.10 | x $ | 400.00 | = | 40.00 |
| Kara Hammond Coyle | Partner | 0.10 | x $ | 485.00 | = | 48.50 |
| | Totals: | 0.20 | | | $ | 88.50 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
Billing Period Through November 19, 2015

**Task B005**
**Lease/Executory Contract Issues**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Andrew Magaziner | Associate | 0.40 | x $ | 400.00 | = | 160.00 |
| Kara Hammond Coyle | Partner | 0.10 | x $ | 485.00 | = | 48.50 |
| | Totals: | 0.50 | | | $ | 208.50 |

**Task B006**
**Use, Sale or Lease of Property (363 issues)**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Andrew Magaziner | Associate | 0.90 | x $ | 400.00 | = | 360.00 |
| Elizabeth S. Justison | Associate | 0.50 | x $ | 310.00 | = | 155.00 |
| | Totals: | 1.40 | | | $ | 515.00 |

**Task B007**
**Claims Analysis, Objections and Resolutions**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Andrew Magaziner | Associate | 5.80 | x $ | 400.00 | = | 2,320.00 |
| Kara Hammond Coyle | Partner | 0.90 | x $ | 485.00 | = | 436.50 |
| Troy Bollman | Paralegal | 3.00 | x $ | 190.00 | = | 570.00 |
| | Totals: | 9.70 | | | $ | 3,326.50 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
Billing Period Through November 19, 2015

**Task  B009**
**Stay Relief Matters**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Andrew Magaziner | Associate | 0.20 | x $ | 400.00 | = | 80.00 |
| Kara Hammond Coyle | Partner | 0.20 | x $ | 485.00 | = | 97.00 |
| Totals: | | 0.40 | | | $ | 177.00 |

**Task  B011**
**Other Adversary Proceedings**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Andrew Magaziner | Associate | 0.20 | x $ | 400.00 | = | 80.00 |
| Michael R. Nestor | Partner | 0.40 | x $ | 725.00 | = | 290.00 |
| Troy Bollman | Paralegal | 1.90 | x $ | 190.00 | = | 361.00 |
| Totals: | | 2.50 | | | $ | 731.00 |

**Task  B012**
**Plan and Disclosure Statement**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Andrew Magaziner | Associate | 38.60 | x $ | 400.00 | = | 15,440.00 |
| Kara Hammond Coyle | Partner | 6.70 | x $ | 485.00 | = | 3,249.50 |
| Michael R. Nestor | Partner | 4.30 | x $ | 725.00 | = | 3,117.50 |
| Troy Bollman | Paralegal | 7.10 | x $ | 190.00 | = | 1,349.00 |
| Totals: | | 56.70 | | | $ | 23,156.00 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
Billing Period Through November 19, 2015

| **Task B017**<br>**Retention of Professionals/Fee Issues** | | Total<br>Hours | | Hourly<br>Rate | | Total |
|---|---|---|---|---|---|---|
| Andrew Magaziner | Associate | 2.10 | x $ | 400.00 | = | 840.00 |
| Elizabeth S. Justison | Associate | 0.20 | x $ | 310.00 | = | 62.00 |
| Troy Bollman | Paralegal | 7.70 | x $ | 190.00 | = | 1,463.00 |
| | Totals: | 10.00 | | | $ | 2,365.00 |
| | Aggregate Total: | 103.90 | | | $ | 36,617.00 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
Billing Period Through November 19, 2015


## AGGREGATE TIME SUMMARY PAGE BY INDIVIDUAL

|  |  | Total Hours |  | Hourly Rate |  | Total |
|---|---|---|---|---|---|---|
| MNEST | Michael R. Nestor, Partner | 6.80 | $ | 725.00 | = | 4,930.00 |
| KCOYL | Kara Hammond Coyle, Partner | 8.00 | $ | 485.00 | = | 3,880.00 |
| AMAGA | Andrew Magaziner, Associate | 51.40 | $ | 400.00 | = | 20,560.00 |
| EJUST | Elizabeth S. Justison, Associate | 0.70 | $ | 310.00 | = | 217.00 |
| TBOLL | Troy Bollman, Paralegal | 37.00 | $ | 190.00 | = | 7,030.00 |
|  | Total: | 103.90 |  |  | $ | 36,617.00 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                    Invoice No. 40387143                    12-15-2015

### TIME DETAIL GROUPED BY TASK CODE

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 11/02/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.20 |
| 11/03/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |
| 11/04/15 | Revising final decree order | AMAGA | B001 | 0.30 |
| 11/04/15 | Research procedures and samples of final decree and e-mail A. Magaziner re: same | TBOLL | B001 | 0.30 |
| 11/04/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |
| 11/05/15 | Further revise final decree order and related certification of counsel and confer with M. Bouslog and T. Bollman re: same | AMAGA | B001 | 0.30 |
| 11/05/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |
| 11/06/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |
| 11/10/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |
| 11/11/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |
| 11/12/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |
| 11/13/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |
| 11/16/15 | Finalize and file certifications of no objection and confer with T. Bollman re: same | AMAGA | B001 | 0.10 |
| 11/16/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |
| 11/17/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                 Invoice No. 40387143                          12-15-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 11/18/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |
| 11/19/15 | Update critical dates calendar and circulate to the working group for review | TBOLL | B001 | 0.40 |
| 11/19/15 | Prepare docket update for the working group and download related pleadings | TBOLL | B001 | 0.10 |
| | Sub Total | | | 2.80 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 11/05/15 | Multiple emails with P. Poirier re: confirmation hearing preparations | AMAGA | B002 | 0.20 |
| 11/11/15 | Confer with M. Romano re: confirmation hearing preparations and emails with T. Bollman re: same | AMAGA | B002 | 0.20 |
| 11/11/15 | Prepare draft agenda of matters scheduled for hearing on November 19, 2015 | TBOLL | B002 | 2.20 |
| 11/12/15 | Confer with M. Bouslog multiple times re: confirmation hearing preparations | AMAGA | B002 | 0.20 |
| 11/12/15 | Update draft agenda for hearing on November 19, 2015 | TBOLL | B002 | 0.40 |
| 11/13/15 | Review and revise hearing agenda and confer with M. Bouslog, T. Bollman and J. Graves re: same | AMAGA | B002 | 0.30 |
| 11/13/15 | Update agenda of matters scheduled for hearing on November 19, 2015 per internal comments received, and circulate revised version to the working group for review | TBOLL | B002 | 0.40 |
| 11/16/15 | Confer with T. Bollman and M. Bouslog re: hearing agenda update | AMAGA | B002 | 0.20 |
| 11/16/15 | Revise agenda of matters scheduled for hearing on November 19, 2015 | TBOLL | B002 | 0.80 |
| 11/16/15 | Prepare initial sets of hearing binders re: agenda of matters scheduled for hearing on November 19, 2015 | TBOLL | B002 | 1.80 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                    Invoice No. 40387143                          12-15-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 11/17/15 | Emails with T. Bollman re: hearing agenda | AMAGA | B002 | 0.10 |
| 11/17/15 | Confer with J. Graves and T. Bollman multiple times re: agenda revisions | AMAGA | B002 | 0.20 |
| 11/17/15 | Emails with J. Waxman re: status line for agenda | AMAGA | B002 | 0.10 |
| 11/17/15 | Prepare for confirmation hearing and meeting with T. Bollman re: same | AMAGA | B002 | 0.60 |
| 11/17/15 | Finalize and file hearing agenda | AMAGA | B002 | 0.30 |
| 11/17/15 | Revise (.4) and finalize for filing and coordinate service with claims agent (.6) agenda of matters scheduled for hearing on November 19, 2015 | TBOLL | B002 | 1.00 |
| 11/17/15 | Finalize and submit hearing binders re: agenda of matters scheduled for hearing on November 19, 2015 | TBOLL | B002 | 1.20 |
| 11/17/15 | Assist in preparation of materials for hearing on November 19, 2015 | TBOLL | B002 | 1.50 |
| 11/17/15 | Prepare amended agenda of matters scheduled for hearing on November 19, 2015 | TBOLL | B002 | 0.40 |
| 11/18/15 | Assist in preparation of materials re: hearing on November 19, 2015 | TBOLL | B002 | 3.20 |
| 11/19/15 | Prepare for/meeting with GDC/client and represent company at confirmation hearing | MNEST | B002 | 2.10 |
| 11/19/15 | Assist in preparation of materials re: hearing on November 19, 2015 | TBOLL | B002 | 2.30 |
| | Sub Total | | | 19.70 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 11/18/15 | Emails with K. Coyle re: monthly operating report | AMAGA | B004 | 0.10 |
| 11/18/15 | Correspondence with P. Poirier re: October Monthly Operating Report | KCOYL | B004 | 0.10 |
| | Sub Total | | | 0.20 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                    Invoice No. 40387143                    12-15-2015

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 11/04/15 | Review final rejection list and emails with creditors re: same | AMAGA | B005 | 0.20 |
| 11/18/15 | Multiple emails with D. Hock and J. Graves re: motion to reject CBAs | AMAGA | B005 | 0.20 |
| 11/18/15 | Correspondence from N. Suglia re: Canon Financial Services contract inquiry | KCOYL | B005 | 0.10 |
| | Sub Total | | | 0.50 |

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 11/03/15 | Emails with D. O'Flanagan re: assumed contracts | AMAGA | B006 | 0.10 |
| 11/06/15 | Emails with D. Smith and M. Bouslog re: rejected contracts | AMAGA | B006 | 0.10 |
| 11/09/15 | Emails with D. O'Flanagan re: assumed contracts | AMAGA | B006 | 0.10 |
| 11/10/15 | Emails with M. Duedall re: final assumption list | AMAGA | B006 | 0.10 |
| 11/14/15 | Multiple emails with P. Bohl and creditors re: status of assumption/assignment | AMAGA | B006 | 0.20 |
| 11/17/15 | Confer with R. Lemisch multiple times re: sale and contract assumption; emails with P. Bohl re: same | AMAGA | B006 | 0.30 |
| 11/19/15 | Draft certification of counsel re: Harmony Press order | EJUST | B006 | 0.50 |
| | Sub Total | | | 1.40 |

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 11/02/15 | Review responses to notice of satisfaction and confer with M. Bouslog re: same | AMAGA | B007 | 0.20 |
| 11/02/15 | Multiple emails with P. Poirier and D. Rosenblum and M. Bouslog re :unpaid tax claims | AMAGA | B007 | 0.20 |
| 11/02/15 | Correspondence from D. Rosenblum and A. Magaziner re: Debtors' first notice of satisfaction of claims | KCOYL | B007 | 0.20 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                     Invoice No. 40387143                          12-15-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 11/02/15 | Correspondence from C. Momjian re: response to objection to PA Department of Revenue Claim; review same | KCOYL | B007 | 0.20 |
| 11/03/15 | Emails with P. Poirier re: unpaid tax claims; follow up with M. Bouslog re: same | AMAGA | B007 | 0.20 |
| 11/03/15 | Emails with D. Blasius re: purported critical vendor claim | AMAGA | B007 | 0.10 |
| 11/03/15 | Confer with M. Bouslog re: tax claims and research re: burden of proof in connection with same | AMAGA | B007 | 0.80 |
| 11/03/15 | Call with M. Bouslog re: objection to admin claim motion | AMAGA | B007 | 0.20 |
| 11/03/15 | Review claims binder re: seventh omnibus objection to claims (.2) and prepare copy of same (.4) | TBOLL | B007 | 0.60 |
| 11/04/15 | Multiple calls with M. Bouslog re: tax claim objections | AMAGA | B007 | 0.30 |
| 11/05/15 | Review response to notice of satisfaction | AMAGA | B007 | 0.10 |
| 11/05/15 | Emails with P. Poirier and M. Bouslog re: status of tax payments | AMAGA | B007 | 0.10 |
| 11/05/15 | Correspondence from R. Cook re: response of the New York State Department of Taxation to First Notice of Satisfaction of Claims | KCOYL | B007 | 0.10 |
| 11/05/15 | Finalize and submit claims binder to the Court re: seventh omnibus objection to claims | TBOLL | B007 | 0.30 |
| 11/06/15 | Research re: classification of postpetition discrimination claim and confer with M. Bouslog and J. Graves re: same | AMAGA | B007 | 1.30 |
| 11/06/15 | Finalize and file certifications of no objection for claim objections and confer with T. Bollman and M. Bouslog multiple times re: same | AMAGA | B007 | 0.20 |
| 11/06/15 | Emails with M. Bouslog re: satisfaction of tax claim | AMAGA | B007 | 0.10 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                    Invoice No. 40387143                              12-15-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 11/06/15 | Prepare and finalize for filing certificate of no objection re: sixth omnibus objection to claims (.2), and submit related pleadings to the Court (.1) | TBOLL | B007 | 0.30 |
| 11/06/15 | Prepare and finalize for filing certificate of no objection re: seventh omnibus objection to claims (.2), and submit related pleadings to the Court (.1) | TBOLL | B007 | 0.30 |
| 11/09/15 | Emails with C. Samis re: timing of 503(b)(9) payment | AMAGA | B007 | 0.10 |
| 11/10/15 | Call with M. Bouslog re: tax claims | AMAGA | B007 | 0.30 |
| 11/11/15 | Confer with T. Bollman and M. Bouslog multiple times re: response to motion for payment of admin claim | AMAGA | B007 | 0.20 |
| 11/12/15 | Emails with J. Graves and B. Keenan re: first omnibus claim objection | AMAGA | B007 | 0.10 |
| 11/12/15 | Review, finalize and file objection to admin claim request | AMAGA | B007 | 0.20 |
| 11/12/15 | Finalize for filing and coordinate service of objection to motion by Pennsylvania Department of Labor for payment of administrative expense claim | TBOLL | B007 | 0.40 |
| 11/13/15 | Emails with B. Keenan re: status of claim objection | AMAGA | B007 | 0.10 |
| 11/16/15 | Confer with J. Graves re: supplemental first omnibus objection order | AMAGA | B007 | 0.20 |
| 11/16/15 | Correspondence with A. Magaziner and E. LoBello re: Pitney Bowes setoff rights | KCOYL | B007 | 0.20 |
| 11/17/15 | Emails with B. Keenan re: revised order | AMAGA | B007 | 0.10 |
| 11/17/15 | Finalize and submit order re: claim objection to Pennsylvania tax claim | AMAGA | B007 | 0.30 |
| 11/17/15 | Voicemail from Pennsylvania Tax Dept. re: administrative claim motion and emails with M. Bouslog re: same | AMAGA | B007 | 0.20 |
| 11/17/15 | Correspondence with A. Magaziner re: Pitney Bowes claim issue | KCOYL | B007 | 0.10 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                Invoice No. 40387143                12-15-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 11/17/15 | Prepare draft certification of counsel re: order sustaining objection to claim of Pennsylvania Department of Revenue (.4), and finalize for filing same (.3) | TBOLL | B007 | 0.70 |
| 11/19/15 | Review, finalize and file second order sustaining claim objection | AMAGA | B007 | 0.20 |
| 11/19/15 | Correspondence from S. Sidhu re: rejection damages claim of The Ultimate Software Group | KCOYL | B007 | 0.10 |
| 11/19/15 | Finalize for filing, and submit to the Court, certification of counsel re: second order approving first omnibus objection to claims solely with respect to the claim of Harmony Press, Inc. | TBOLL | B007 | 0.40 |
| | Sub Total | | | 9.70 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 11/04/15 | Multiple emails with D. Wender re: withdrawal of stay relief motion | AMAGA | B009 | 0.10 |
| 11/04/15 | Correspondence with A. Magaziner and D. Wender re: withdrawal of Georgia Pacific Stay Relief Motion | KCOYL | B009 | 0.10 |
| 11/09/15 | Emails with D. Wender re: withdrawn stay relief motion | AMAGA | B009 | 0.10 |
| 11/09/15 | Correspondence with D. Wender and A. Magaziner re: withdrawal of Georgia Pacific Motion for Stay Relief | KCOYL | B009 | 0.10 |
| | Sub Total | | | 0.40 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 11/02/15 | Review Caresource complaint | AMAGA | B011 | 0.20 |
| 11/03/15 | Brief review of Caresource complaint and correspondence re: same | MNEST | B011 | 0.40 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                    Invoice No. 40387143                    12-15-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 11/04/15 | Prepare draft order closing certain cases and amending caption of remaining case (1.2), and prepare related certification of counsel (.4) | TBOLL | B011 | 1.60 |
| 11/16/15 | Prepare and finalize for filing certificate of no objection re: motion to approve wind-down settlement | TBOLL | B011 | 0.30 |
| | Sub Total | | | 2.50 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 11/02/15 | Review additinoal plan objections and confer with M. Bouslog multiple times re :same | AMAGA | B012 | 0.70 |
| 11/02/15 | Confer with M. Bouslog re: plan objection (.5); research in connection with same (.3) | AMAGA | B012 | 0.80 |
| 11/02/15 | Calls to L. Dunn re: plan | AMAGA | B012 | 0.20 |
| 11/02/15 | Research re: plan releases and follow-up with M. Bouslog re: same | AMAGA | B012 | 0.80 |
| 11/02/15 | Research re: confirmation briefs | AMAGA | B012 | 0.60 |
| 11/02/15 | Confer with J. Waxman and J. Graves multiple times re: language resolving objection to setoff language in the plan | AMAGA | B012 | 0.30 |
| 11/02/15 | Review UST and other objections to confirmation | MNEST | B012 | 0.70 |
| 11/03/15 | Further emails with J. Graves re: setoff language for confirmation order | AMAGA | B012 | 0.10 |
| 11/03/15 | Call with J. Waxman re: resolved confirmation objection | AMAGA | B012 | 0.20 |
| 11/03/15 | Further research re: language re: setoff objection and confer with J. Graves re: same | AMAGA | B012 | 0.20 |
| 11/04/15 | Review additional objections to plan confirmation | AMAGA | B012 | 0.10 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001 Invoice No. 40387143 12-15-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 11/04/15 | Call with M. Bouslog re: plan confirmation preparations and pleadings (.4) and begin working on final decree orders and notice of effective date (.5); confer with T. Bollman multiple times re: same (.1) | AMAGA | B012 | 1.00 |
| 11/04/15 | Review and provide comments on draft plan confirmation order | AMAGA | B012 | 0.30 |
| 11/04/15 | Further research re: confirmation briefs and emails with M. Bouslog re: same | AMAGA | B012 | 0.30 |
| 11/04/15 | Correspondence with G. Kopacz and J. Graves re: insurance neutrality language for Plan | KCOYL | B012 | 0.40 |
| 11/04/15 | Telephone call with G. Kopacz and D. Gooding re: insurance neutrality and Liberty Mutual objection to Plan | KCOYL | B012 | 0.40 |
| 11/05/15 | Call to C. Brosius re: confirmation | AMAGA | B012 | 0.10 |
| 11/05/15 | Multiple emails with J. Waxman and J. graves and M. Bouslog re: resolved setoff objection to plan confirmation | AMAGA | B012 | 0.20 |
| 11/05/15 | Correspondence with G. Kopacz and J. Graves re: insurance neutrality language for Plan; review and revise same | KCOYL | B012 | 1.20 |
| 11/06/15 | Finalize and file voting declaration | AMAGA | B012 | 0.20 |
| 11/06/15 | Further revise effective date notice and confer with M. Bouslog re: same | AMAGA | B012 | 0.80 |
| 11/06/15 | Multiple emails with L. Williams, M. Rosenthal, M. Bouslog, J. Graves and M. Nestor re: confirmation hearing preparations | AMAGA | B012 | 0.20 |
| 11/06/15 | Multiple telephone calls and correspondence with G. Kopacz, D. Gooding and J. Graves re: insurance neutrality language for plan and resolution of Liberty Mutual objection; review and revise language | KCOYL | B012 | 2.80 |
| 11/06/15 | Finalize for filing declaration of voting report | TBOLL | B012 | 0.30 |
| 11/07/15 | Research re: plan confirmation questions and emails with M. Porcelli re: same | AMAGA | B012 | 1.20 |

16

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                    Invoice No. 40387143                    12-15-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 11/08/15 | Review and revise insurance neutrality language; correspondence with J. Graves and G. Kopacz re: same | KCOYL | B012 | 0.90 |
| 11/09/15 | Emails with M. Bouslog re: confirmation brief | AMAGA | B012 | 0.10 |
| 11/09/15 | Review draft confirmation brief, reply brief, and proposed confirmation order, revising of same, and confer with M. Bouslog re: same | AMAGA | B012 | 2.40 |
| 11/09/15 | Telephone calls and correspondence with G. Kopacz re: Liberty Mutual Plan objection and insurance neutrality language | KCOYL | B012 | 0.40 |
| 11/09/15 | Correspondence with W. Jung re: insurance neutrality language for Plan | KCOYL | B012 | 0.10 |
| 11/09/15 | Correspondence with J. Graves re: Liberty Mutual Plan objection and insurance neutrality language | KCOYL | B012 | 0.10 |
| 11/09/15 | Work with A. Magaziner re: insurance neutrality language to be added to Plan | KCOYL | B012 | 0.10 |
| 11/10/15 | Call to C. Brosius re: plan | AMAGA | B012 | 0.10 |
| 11/10/15 | Continue revising brief, order and reply | AMAGA | B012 | 1.20 |
| 11/10/15 | Emails with J. Graves re: status of IPC objection to plan | AMAGA | B012 | 0.10 |
| 11/10/15 | Further research in connection with confirmation brief | AMAGA | B012 | 0.40 |
| 11/10/15 | Call with M. Bouslog re: confirmation brief and revisions to same | AMAGA | B012 | 0.70 |
| 11/10/15 | Further revise reply brief in connection with plan | AMAGA | B012 | 0.40 |
| 11/10/15 | Emails with T. Bollman re: draft liquidation analysis for plan | AMAGA | B012 | 0.10 |
| 11/10/15 | Emails with T. Bollman re: draft notice of filing of proposed confirmation order and notice of filing of plan supplement | AMAGA | B012 | 0.10 |
| 11/10/15 | Revise notice of effective date and emails with M. Bouslog re: same | AMAGA | B012 | 0.20 |
| 11/10/15 | Emails with J. Waxman re: confirmation objection | AMAGA | B012 | 0.10 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                    Invoice No. 40387143                    12-15-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 11/10/15 | Emails with M. Bouslog re: draft notice of effective date | AMAGA | B012 | 0.10 |
| 11/10/15 | Review Williams declaration in support of plan and confer with T. Bollman and M. Bouslog re: same | AMAGA | B012 | 0.30 |
| 11/10/15 | Work with A. Magaziner re: Liberty Mutual objection to Plan and resolution of same | KCOYL | B012 | 0.20 |
| 11/10/15 | Prepare draft notice of filing of plan supplement | TBOLL | B012 | 0.30 |
| 11/10/15 | Prepare draft notice of filing of proposed confirmation order | TBOLL | B012 | 0.30 |
| 11/11/15 | Review and revise notices for plan supplement, plan blackline and effective date and confer with T. Bollman re :same | AMAGA | B012 | 0.30 |
| 11/11/15 | Revise blackline notice for plan and confer multiple times with T. Bollman re: filing timeline for same | AMAGA | B012 | 0.20 |
| 11/11/15 | Multiple emails with M. Porcelli and J. Graves re: citations for confirmation reply brief | AMAGA | B012 | 0.20 |
| 11/11/15 | Research re: effective date and final decree order and confer with M. Bouslog multiple times re: same | AMAGA | B012 | 0.30 |
| 11/11/15 | Confer with M. Nestor re: confirmation preparations | AMAGA | B012 | 0.20 |
| 11/11/15 | Emails with M. Bouslog re: title for plan supplement notice | AMAGA | B012 | 0.10 |
| 11/11/15 | Emails and call with E. Meyers re: confirmation objection from Mactac and status of same | AMAGA | B012 | 0.20 |
| 11/11/15 | Emails with J. Waxman re: IPC objection to confirmation | AMAGA | B012 | 0.10 |
| 11/11/15 | Finalize and prepare plan support documents, including revised plan, proposed order, confirmation brief, reply brief, declaration in support for filing | AMAGA | B012 | 3.10 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001              Invoice No. 40387143                 12-15-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 11/11/15 | Revise form of final decree order and multiple emails with M. Bouslog re: same | AMAGA | B012 | 0.20 |
| 11/11/15 | Correspondence from C. Malmberg re: Silver Point Finance Statement in Support of Plan Confirmation | KCOYL | B012 | 0.10 |
| 11/11/15 | Review brief in support of confirmation | MNEST | B012 | 0.50 |
| 11/11/15 | Prepare draft notice of blacklined version of second amended plan | TBOLL | B012 | 0.30 |
| 11/11/15 | Assist in preparation of materials and anticipate filing of plan related documents with respect to confirmation hearing on November 19, 2015 | TBOLL | B012 | 0.70 |
| 11/11/15 | Finalize for filing second amended plan | TBOLL | B012 | 0.40 |
| 11/11/15 | Finalize for filing notice of blacklined version of second amended plan | TBOLL | B012 | 0.40 |
| 11/11/15 | Finalize for filing notice of proposed confirmation order | TBOLL | B012 | 0.40 |
| 11/11/15 | Finalize for filing declaration of Landen Williams in support of confirmation of second amended plan | TBOLL | B012 | 0.30 |
| 11/11/15 | Finalize for filing brief in support of confirmation of second amended plan | TBOLL | B012 | 0.30 |
| 11/11/15 | Finalize for filing reply to objections to first amended plan | TBOLL | B012 | 0.30 |
| 11/12/15 | Review objections/statements re: confirmation (.5); review replies and confirmation brief re: same (.8) | MNEST | B012 | 1.30 |
| 11/13/15 | Multiple emails with objecting parties to confirmation and revise agenda in connection with same; emails with J. Graves re: open issues | AMAGA | B012 | 0.60 |
| 11/13/15 | Emails with M. Rosenthal re: status of plan objections | AMAGA | B012 | 0.20 |
| 11/13/15 | Confer with J. Graves and T. Bollman multiple times re: plan supplement | AMAGA | B012 | 0.20 |
| 11/13/15 | Prepare for confirmation hearing | AMAGA | B012 | 0.40 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                    Invoice No. 40387143                    12-15-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 11/13/15 | Multiple emails with Mactac counsel and J. Graves re: confirmation order | AMAGA | B012 | 0.20 |
| 11/13/15 | Review comments to secured creditor trust agreement and emails with J. Graves re: same | AMAGA | B012 | 0.10 |
| 11/16/15 | Emails with J. Graves re: confirmation | AMAGA | B012 | 0.10 |
| 11/16/15 | Emails with J. Graves and M. Bouslog re: plan supplement and filing timeline for same | AMAGA | B012 | 0.20 |
| 11/16/15 | Call with J. Walker and follow up with M. Rosenthal and J. Graves re: confirmation schedule and hearing date in December | AMAGA | B012 | 0.20 |
| 11/16/15 | Multiple emails with creditors and J. Graves re: comments to proposed confirmation order | AMAGA | B012 | 0.60 |
| 11/16/15 | Revise confirmation language and emails with E. LoBello re: same; confer with K. Coyle and J. Graves re: same | AMAGA | B012 | 0.40 |
| 11/16/15 | Further revise confirmation order | AMAGA | B012 | 0.20 |
| 11/16/15 | Multiple emails with M. Bouslog and M. Rosenthal re: withdrawn PBGC vote | AMAGA | B012 | 0.20 |
| 11/16/15 | Emails with J. Schanne re: plan supplement and secured creditor trust agreement | AMAGA | B012 | 0.10 |
| 11/16/15 | Emails with E. Mayers re: confirmation order revisions | AMAGA | B012 | 0.10 |
| 11/16/15 | Emails with J. Graves re: comments to hearing agenda | AMAGA | B012 | 0.10 |
| 11/16/15 | Emails with R. Meisler re: plan supplement | AMAGA | B012 | 0.10 |
| 11/17/15 | Finalize and file plan supplement documents and multiple emails with J. Graves and T. Bollman re: same | AMAGA | B012 | 1.50 |
| 11/17/15 | Further prepare documents for confirmation hearing | AMAGA | B012 | 0.40 |
| 11/17/15 | Emails with M. Rosenthal re: confirmation hearing timing | AMAGA | B012 | 0.10 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                    Invoice No. 40387143                    12-15-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 11/17/15 | Call with M. Nestor re: confirmation hearing preparations | AMAGA | B012 | 0.10 |
| 11/17/15 | Emails with E. LoBello re: revised confirmation order | AMAGA | B012 | 0.10 |
| 11/17/15 | Finalize and file updated voting declaration and confer with M. Bouslog multiple times re: same | AMAGA | B012 | 0.20 |
| 11/17/15 | Emails with M. Bouslog re: liquidation analysis | AMAGA | B012 | 0.10 |
| 11/17/15 | Briefly review revised plan and emails with J. Graves re: same | AMAGA | B012 | 0.20 |
| 11/17/15 | Review revised plan | MNEST | B012 | 0.60 |
| 11/17/15 | Finalize for filing plan supplement | TBOLL | B012 | 0.50 |
| 11/17/15 | Finalize for filing supplemental plan voting declaration | TBOLL | B012 | 0.20 |
| 11/18/15 | Emails with P. Poirier and M. Bouslog re: liquidation analysis in support of plan | AMAGA | B012 | 0.10 |
| 11/18/15 | Finalize for filing amended plan, blackline, proposed confirmation order and agenda pertaining to same | AMAGA | B012 | 1.30 |
| 11/18/15 | Additional document preparation for confirmation hearing and confer with T. Bollman and M. Bouslog re: same | AMAGA | B012 | 0.30 |
| 11/18/15 | Preparing for confirmation hearing and working with M. Rosenthal, M. Bouslog, J. Graves, P. Poirier, and L. Williams re: same | AMAGA | B012 | 5.20 |
| 11/18/15 | Preparing revised confirmation order for filing and emails with T. Bollman and M. Bouslog re: same | AMAGA | B012 | 0.80 |
| 11/18/15 | Review issues/pleadings re: confirmation and meeting with GDC re: same | MNEST | B012 | 1.20 |
| 11/18/15 | Prepare notice of filing of blacklined version of second amended plan (with technical modifications) (.2), and finalize for filing same (.3) | TBOLL | B012 | 0.50 |
| 11/18/15 | Finalize for filing second amended plan (with technical modifications) | TBOLL | B012 | 0.30 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001              Invoice No. 40387143              12-15-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 11/18/15 | Revise (.4), and finalize for filing and coordinate service with claims agent (.3), amended agenda of matters scheduled for hearing on November 19, 2015 | TBOLL | B012 | 0.70 |
| 11/18/15 | Prepare draft notice of filing of blacklined version of proposed confirmation order | TBOLL | B012 | 0.40 |
| 11/19/15 | Prepare for and attend confirmation hearing | AMAGA | B012 | 3.90 |
| 11/19/15 | Meeting with M. Bouslog and J. Graves re: post-confirmation effective date preparations | AMAGA | B012 | 0.80 |
| 11/19/15 | Revise notice (.2) and finalize for filing (.3) revised proposed confirmation order and related blackline | TBOLL | B012 | 0.50 |
| | Sub Total | | | 56.70 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 11/02/15 | Review certificate of no objection for WilliamsMarston fee notice | EJUST | B017 | 0.10 |
| 11/02/15 | Prepare and finalize for filing certificate of no objection re: September 2015 monthly compensation and staffing report of WilliamsMarston LLC | TBOLL | B017 | 0.30 |
| 11/09/15 | Emails with M. Bouslog re: fee statement filing timeline | AMAGA | B017 | 0.10 |
| 11/10/15 | Confer with M. Nestor and M. Bouslog and T. Bollman re: fee order | AMAGA | B017 | 0.20 |
| 11/10/15 | Multiple emails with professionals and T. Bollman re: quarterly fee application | AMAGA | B017 | 0.30 |
| 11/10/15 | Emails with M. Rosenthal and T. Bollman re: submission of fee order | AMAGA | B017 | 0.10 |
| 11/10/15 | Review Dinsmore & Shohl certification of no objection and coordinate filing | EJUST | B017 | 0.10 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                    Invoice No. 40387143                    12-15-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 11/10/15 | Prepare binder of fee applications for submission to the Court with respect to second quarterly fee requests | TBOLL | B017 | 1.50 |
| 11/10/15 | Prepare draft omnibus order approving second quarterly fee requests, and circulate for review | TBOLL | B017 | 1.80 |
| 11/10/15 | Prepare and finalize for filing certificate of no objection re: seventh monthly fee application of Dinsmore & Shohl LLP | TBOLL | B017 | 0.30 |
| 11/10/15 | Prepare index re: binder of fee applications subject to second quarterly fee requests | TBOLL | B017 | 0.50 |
| 11/11/15 | Emails with T. Bollman and A. Adler re: omnibus fee order | AMAGA | B017 | 0.10 |
| 11/12/15 | Emails with T. Bollman re: interim fee order and submission of same | AMAGA | B017 | 0.10 |
| 11/12/15 | Prepare all professionals fee chart for inclusion in fee binders re: second quarterly fee requests | TBOLL | B017 | 0.80 |
| 11/12/15 | Finalize and submit fee binders to the Court re: second quarterly fee requests | TBOLL | B017 | 0.40 |
| 11/12/15 | Prepare draft certification of counsel re: omnibus order approving second quarterly fee requests | TBOLL | B017 | 0.60 |
| 11/13/15 | Multiple emails with P. Poirier and T. Bollman re: WilliamsMarston staffing report | AMAGA | B017 | 0.20 |
| 11/13/15 | Revise certification of counsel re: quarterly fee request and emails with T. Bollman re: same | AMAGA | B017 | 0.20 |
| 11/13/15 | Finalize and prepare for filing certifications of no objection for McKinsey fee statements | AMAGA | B017 | 0.10 |
| 11/13/15 | E-mail to and from A. Magaziner re: certification of counsel for order approving second quarterly fee requests | TBOLL | B017 | 0.10 |
| 11/13/15 | Prepare and finalize for filing certificate of no objection re: September 2015 monthly compensation report of McKinsey RTS | TBOLL | B017 | 0.20 |
| 11/16/15 | Emails with M. Rosenthal re: submission of order for quarterly fee application | AMAGA | B017 | 0.10 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
File No. 073986.1001                    Invoice No. 40387143                    12-15-2015

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 11/16/15 | Finalize and file Gibson Dunn fee statement and confer with T. Bollman multiple times re: same | AMAGA | B017 | 0.20 |
| 11/16/15 | Emails with L. Williams re: fee application | AMAGA | B017 | 0.10 |
| 11/16/15 | Finalize and file certification of counsel re: proposed omnibus order and emails with T. Bollman re: same | AMAGA | B017 | 0.20 |
| 11/16/15 | Finalize for filing and coordinate service of eighth monthly fee application of Gibson Dunn | TBOLL | B017 | 0.40 |
| 11/16/15 | Prepare and finalize for filing certificate of no objection re: motion to modify retention of WilliamsMarston LLC | TBOLL | B017 | 0.20 |
| 11/16/15 | Revise second omnibus order approving quarterly fee applications and related certification of counsel (.3), and finalize for filing same (.3) | TBOLL | B017 | 0.60 |
| 11/17/15 | Emails with M. Rosenthal re: as-entered fee order | AMAGA | B017 | 0.10 |
| | Sub Total | | | 10.00 |