# EXHIBIT B

01:18050631.2

EXHIBIT B

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Standard Register
Billing Period Through November 19, 2015

## AGGREGATE ITEMIZED DISBURSEMENTS

| Description | Amount |
|---|---:|
| Reproduction Charges | 1,267.90 |
| Federal Express | 69.06 |
| Delivery / Courier | 22.50 |
| Hotel/Lodging | 337.90 |
| Car/Bus/Subway Travel | 298.50 |
| Working Meals | 15.50 |
| Travel Meals | 52.40 |
| Postage | 6.51 |
| Docket Retrieval / Search | 29.50 |
| Total Disbursements: | $2,099.77 |

```
                                              Young, Conaway, Stargatt and Taylor                      Page 33 (33)
                                                 PROFORMA BILLING WORKSHEET                            RUN: 12/15/15
                                              FOR BILLING PROFORMA NUMBER  284787                      TIME: 15:23:44

CONTROL:  752576                                     MATTER: 073986.1001 Debtor Representation

CLIENT: 073986 Standard Register

MATTER               TIMEKEEPER                           RECORDED VALUE    BILLING VALUE    ALLOCATED VALUE    --- REVISED ---
                                                                                                                ALLOCATED VALUE    PERCENT
                                                                                                                                   ALLOCATED

TOTALS FOR INSTRUCTION:   284787                             36,617.00         36,617.00        36,617.00
                                                          ============     ============     ============

                                        UNBILLED EXPENSE DETAILS THROUGH 11/19/2015

UNBILLED EXPENSES     MATTER: 073986.1001  Debtor Representation
 DATE       EXPENSE
            CODE      INDEX NO.    CHECK #   INVOICE   ORIG    DESCRIPTION                    RECORDED   BILLING   REVISED   ------- STATUS --------
                                                                                              VALUE      VALUE     VALUE     CURRENT   BNC B/O H X BNP

10/01/15    S102      4832091                                  TBOLLDocket Retrieval             0.30      0.30                 B
                                                               / Search - Payee:
                                                               Pacer Service
                                                               Center Pacer
10/02/15    S102      4832092     VENDOR NAME:                 TBOLLDocket Retrieval             2.20      2.20                 B
                                                               / Search - Payee:
                                                               Pacer Service
                                                               Center Pacer
10/07/15    S102      4832093     VENDOR NAME:                 TBOLLDocket Retrieval             0.60      0.60                 B
                                                               / Search - Payee:
                                                               Pacer Service
                                                               Center Pacer
10/14/15    S102      4832094     VENDOR NAME:                 TBOLLDocket Retrieval             0.60      0.60                 B
                                                               / Search - Payee:
                                                               Pacer Service
                                                               Center Pacer
10/16/15    S102      4832095     VENDOR NAME:                 TBOLLDocket Retrieval             1.10      1.10                 B
                                                               / Search - Payee:
                                                               Pacer Service
                                                               Center Pacer
10/19/15    S102      4832096     VENDOR NAME:                 TBOLLDocket Retrieval             3.80      3.80                 B
                                                               / Search - Payee:
                                                               Pacer Service
                                                               Center Pacer
10/20/15    S102      4832097     VENDOR NAME:                 TBOLLDocket Retrieval             0.70      0.70                 B
                                                               / Search - Payee:
                                                               Pacer Service
                                                               Center Pacer
10/21/15    S102      4832098     VENDOR NAME:                 TBOLLDocket Retrieval            16.90     16.90
                                                               / Search - Payee:
                                                               Pacer Service
```

```
                                           Young, Conaway, Stargatt and Taylor                              Page 34 (34)
                                             PROFORMA BILLING WORKSHEET                                    RUN: 12/15/15
                                          FOR BILLING PROFORMA NUMBER   284787                            TIME: 15:23:47

CONTROL:   752576                         MATTER: 073986.1001 Debtor Representation

CLIENT: 073986 Standard Register (Continued)

UNBILLED EXPENSES
         EXPENSE                                                              RECORDED    BILLING    REVISED  ------ STATUS ------
DATE      CODE      INDEX NO.   CHECK #   INVOICE   ORIG   DESCRIPTION         VALUE       VALUE      VALUE   CURRENT BNC B/O H X BNP
----     -------    ---------   -------   -------   ----   -----------        --------    -------    -------  ------- --- --- - - ---
```

| DATE | EXPENSE CODE | INDEX NO. | CHECK # / INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT |
|---|---|---|---|---|---|---|---|---|---|
| 10/22/15 | S102 | VENDOR NAME: 4832099 | | | TBOLLDocket Retrieval / Search - Payee: Pacer Service Center Pacer | 0.30 | 0.30 | | B |
| 10/23/15 | S102 | VENDOR NAME: 4832100 | | | TBOLLDocket Retrieval / Search - Payee: Pacer Service Center Pacer | 0.40 | 0.40 | | B |
| 10/27/15 | 9102 | VENDOR NAME: 4832101 | | | MGIREDocket Retrieval / Search - Payee: Pacer Service Center Pacer | 0.30 | 0.30 | | B |
| 10/29/15 | S102 | VENDOR NAME: 4832102 | | | TBOLLDocket Retrieval / Search - Payee: Pacer Service Center Pacer | 0.90 | 0.90 | | B |
| 10/30/15 | S102 | VENDOR NAME: 4832103 | | | TBOLLDocket Retrieval / Search - Payee: Pacer Service Center Pacer | 1.40 | 1.40 | | B |
| 11/02/15 | S001SCN | VENDOR NAME: 4815919 | | | TBOLLScanning Charges 0968 | 0.40 | 0.20 | | B |
| 11/02/15 | S001SCN | VENDOR NAME: 4815920 | | | TBOLLScanning Charges 0968 | 0.40 | 0.20 | | B |
| 11/03/15 | 096 | VENDOR NAME: 4815589 166294 | | | AMAGAWorking Meals - Payee: DPK Enterprises, LLC (DiMeo) Working lunch for Landen Williams for 10/15/15 hearing working lunch for Landen Williams for 10/15/15 hearing | 15.50 | 15.50 | | B |
| 11/03/15 | S001 | VENDOR NAME: DPK Enterprises, LLC (DiMeo) 4817670 | | | TBOLLPhotocopy Charges Duplication BW | 58.00 | 29.00 | | B |

```
CONTROL:   752576                              Young, Conaway, Stargatt and Taylor                    Page 35 (35)
                                                 PROFORMA BILLING WORKSHEET                           RUN: 12/15/15
                                              FOR BILLING PROFORMA NUMBER  284787                     TIME: 15:23:47

CLIENT: 073986 Standard Register              (Continued)
                                              MATTER: 073986.1001 Debtor Representation

UNBILLED EXPENSES
         EXPENSE                                                                RECORDED    BILLING    REVISED    ---------- STATUS ----------
DATE     CODE      INDEX NO.  CHECK #  INVOICE  ORIG   DESCRIPTION              VALUE       VALUE      VALUE      CURRENT  BNC  B/O  H  X  BNP

11/03/15 S001SCN   VENDOR NAME:                                                                                    
                   4817671                              0968  TBOLLScanning Charges            5.40       2.70                B

11/04/15 S002      VENDOR NAME:
                   4818480                                    TBOLLPostage 0968                3.57       3.57                B

11/05/15 053       VENDOR NAME:
                   4832584 90011601                           JPATTDelivery /                  7.50       7.50                B
                                                              Courier - From:
                                                              Young Conaway
                                                              Stargatt & Taylor
                                                              - To: Chief Judge
                                                              Brendan L. Shannon

11/05/15 053       VENDOR NAME: Parcels, Inc. - D.D.R.
                   4832585 90011601                           JPATTDelivery /                  7.50       7.50                B
                                                              Courier - From:
                                                              Young Conaway
                                                              Stargatt & Taylor
                                                              - To: Chief Judge
                                                              Brendan L. Shannon

11/06/15 S001      VENDOR NAME: Parcels, Inc. - D.D.R.
                   4819290                                    TBOLLPhotocopy Charges           1.80       0.90                B
                                                              Duplication BW
                                                              0968

11/06/15 S001      VENDOR NAME:
                   4819291                                    TBOLLPhotocopy Charges           8.00       4.00                B
                                                              Duplication BW
                                                              0968

11/06/15 S001      VENDOR NAME:
                   4819292                                    TBOLLPhotocopy Charges           5.00       2.50                B
                                                              Duplication BW
                                                              0968

11/06/15 S001      VENDOR NAME:
                   4819293                                    TBOLLPhotocopy Charges           5.00       2.50                B
                                                              Duplication BW
                                                              0968

11/06/15 S001      VENDOR NAME:
                   4819294                                    TBOLLPhotocopy Charges           8.00       4.00                B
                                                              Duplication BW
                                                              0968

11/09/15 S001      VENDOR NAME:
                   4819993                                    AMAGAPhotocopy Charges           6.60       3.30                B
                                                              Duplication BW
                                                              1029

11/09/15 S001      VENDOR NAME:
                   4819994                                    AMAGAPhotocopy Charges           9.20       4.60                B
                                                              Duplication BW
```

```
                                              Young, Conaway, Stargatt and Taylor                       Page 36 (36)
                                                PROFORMA BILLING WORKSHEET                           RUN: 12/15/15
                                              FOR BILLING PROFORMA NUMBER  284787                    TIME: 15:23:47

CONTROL:   752576

CLIENT: 073986 Standard Register                   MATTER: 073986.1001 Debtor Representation
                   (Continued)
UNBILLED EXPENSES
          EXPENSE                                                          RECORDED    BILLING   REVISED  -----STATUS-----
 DATE      CODE     INDEX NO.  CHECK #  INVOICE  ORIG    DESCRIPTION         VALUE      VALUE    VALUE   CURRENT BNC B/O H X BNP

11/10/15   074     VENDOR NAME:                          MNESTHotel/Lodging -
                   4820336    166351                     Payee: Hotel
                                                 1029    DuPont Hotel
                                                         DuPont charges
                                                         for L. Williams
                                                         re: 10/15 hearing
                                                         Room for one
                                                         night at Hotel
                                                         Dupont for L.
                                                         Williams on 10/14
                                                         re: 10/15 hearing                 337.90   337.90          B

11/10/15   087     VENDOR NAME: Hotel DuPont             MNESTCar/Bus/Subway
                   4819721    166521                     Travel - Payee:
                                                         The Limo
                                                         Exchange, Inc.
                                                         Car from the
                                                         Philadelphia
                                                         airport to
                                                         Wilmington for L.
                                                         Williams on 10/14
                                                         re: 10/15 hearing                  97.00    97.00          B

11/10/15   116     VENDOR NAME: The Limo Exchange,       MNESTTravel Meals -
                   4820337    166351                     Payee: Hotel
                                                         DuPont Hotel
                                                         DuPont charges
                                                         for L. Williams
                                                         re: 10/15 hearing
                                                         Dinner for L.
                                                         Williams at Hotel
                                                         Dupont on 10/14
                                                         re: 10/15 hearing                  52.40    52.40          B

11/10/15 S001      VENDOR NAME:                          TBOLLPhotocopy Charges
                   4820571                               Duplication BW
                                                         0968                               18.80     9.40          B

11/10/15 S001      VENDOR NAME:                          TBOLLPhotocopy Charges
                   4820572                               Duplication BW
                                                         0968                                7.60     3.80          B

11/10/15 S001      VENDOR NAME:                          TBOLLPhotocopy Charges
                   4820573                               Duplication BW
                                                         0968                                3.40     1.70          B
```

```
CONTROL:   752576                              Young, Conaway, Stargatt and Taylor                        Page 37 (37)
                                                    PROFORMA BILLING WORKSHEET                           RUN: 12/15/15
                                              FOR BILLING PROFORMA NUMBER    284787                     TIME: 15:23:47

CLIENT: 073986 Standard Register              MATTER: 073986.1001 Debtor Representation
                           (Continued)
UNBILLED EXPENSES
           EXPENSE                                                        RECORDED    BILLING   REVISED           STATUS
 DATE       CODE    INDEX NO.  CHECK #  INVOICE  ORIG  DESCRIPTION         VALUE       VALUE     VALUE    CURRENT BNC B/O H X BNP
```

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | BNC | B/O | H | X | BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/10/15 | S001 | VENDOR NAME: 4820574 | | | | TBOLLPhotocopy Charges Duplication BW 0968 | 11.80 | 5.90 | | B | | | | | |
| 11/10/15 | S001 | VENDOR NAME: 4820575 | | | | TBOLLPhotocopy Charges Duplication BW 0968 | 7.40 | 3.70 | | B | | | | | |
| 11/10/15 | S001 | VENDOR NAME: 4820576 | | | | TBOLLPhotocopy Charges Duplication BW 0968 | 5.20 | 2.60 | | B | | | | | |
| 11/10/15 | S001 | VENDOR NAME: 4820577 | | | | TBOLLPhotocopy Charges Duplication BW 0968 | 3.00 | 1.50 | | B | | | | | |
| 11/10/15 | S001 | VENDOR NAME: 4820578 | | | | TBOLLPhotocopy Charges Duplication BW 0968 | 10.20 | 5.10 | | B | | | | | |
| 11/10/15 | S001 | VENDOR NAME: 4820579 | | | | TBOLLPhotocopy Charges Duplication BW 0968 | 25.40 | 12.70 | | B | | | | | |
| 11/10/15 | S001 | VENDOR NAME: 4820580 | | | | TBOLLPhotocopy Charges Duplication BW 0968 | 5.60 | 2.80 | | B | | | | | |
| 11/10/15 | S001 | VENDOR NAME: 4820581 | | | | TBOLLPhotocopy Charges Duplication BW 0968 | 36.00 | 18.00 | | B | | | | | |
| 11/10/15 | S001 | VENDOR NAME: 4820582 | | | | TBOLLPhotocopy Charges Duplication BW 0968 | 3.40 | 1.70 | | B | | | | | |
| 11/10/15 | S001 | VENDOR NAME: 4820583 | | | | TBOLLPhotocopy Charges Duplication BW 0968 | 7.20 | 3.60 | | B | | | | | |
| 11/10/15 | S001 | VENDOR NAME: 4820584 | | | | TBOLLPhotocopy Charges Duplication BW 0968 | 43.40 | 21.70 | | B | | | | | |
| 11/10/15 | S001 | VENDOR NAME: 4820585 | | | | TBOLLPhotocopy Charges Duplication BW 0968 | 14.80 | 7.40 | | B | | | | | |

```
CONTROL:   752576                                    Young, Conaway, Stargatt and Taylor                          Page 38 (38)
                                                     PROFORMA BILLING WORKSHEET                                   RUN: 12/15/15
                                                  FOR BILLING PROFORMA NUMBER    284787                           TIME: 15:23:47

CLIENT: 073986 Standard Register                     MATTER: 073986.1001 Debtor Representation
UNBILLED EXPENSES         (Continued)
                                                                                                                  ---------- STATUS ----------
          EXPENSE                                                           RECORDED    BILLING    REVISED         CURRENT  BNC  B/O  H  X  BNP
DATE      CODE     INDEX NO.   CHECK #  INVOICE  ORIG   DESCRIPTION          VALUE       VALUE      VALUE
------    -------  ---------   -------  -------  ----   -----------         --------   --------   --------        -------  ---  ---  -  -  ---

11/10/15  S001     VENDOR NAME:                                 0968  TBOLLPhotocopy Charges        10.40    5.20  ____   B  ___  ___  _  _  ___
                   4820586                                            Duplication BW
                                                                      0968
11/10/15  S001     VENDOR NAME:                                 0968  TBOLLPhotocopy Charges        10.60    5.30  ____   B  ___  ___  _  _  ___
                   4820587                                            Duplication BW
                                                                      0968
11/10/15  S001     VENDOR NAME:                                       TBOLLPhotocopy Charges         8.40    4.20  ____   B  ___  ___  _  _  ___
                   4820588                                            Duplication BW
                                                                      0968
11/10/15  S001     VENDOR NAME:                                       TBOLLPhotocopy Charges         8.20    4.10  ____   B  ___  ___  _  _  ___
                   4820589                                            Duplication BW
                                                                      0968
11/10/15  S001     VENDOR NAME:                                       TBOLLPhotocopy Charges         3.80    1.90  ____   B  ___  ___  _  _  ___
                   4820590                                            Duplication BW
                                                                      0968
11/10/15  S001     VENDOR NAME:                                       TBOLLPhotocopy Charges         5.20    2.60  ____   B  ___  ___  _  _  ___
                   4820591                                            Duplication BW
                                                                      0968
11/10/15  S001     VENDOR NAME:                                       TBOLLPhotocopy Charges         8.60    4.30  ____   B  ___  ___  _  _  ___
                   4820592                                            Duplication BW
                                                                      0968
11/10/15  S001     VENDOR NAME:                                       TBOLLPhotocopy Charges         5.20    2.60  ____   B  ___  ___  _  _  ___
                   4820593                                            Duplication BW
                                                                      0968
11/10/15  S001     VENDOR NAME:                                       TBOLLPhotocopy Charges        26.20   13.10  ____   B  ___  ___  _  _  ___
                   4820594                                            Duplication BW
                                                                      0968
11/10/15  S001     VENDOR NAME:                                       TBOLLPhotocopy Charges         3.20    1.60  ____   B  ___  ___  _  _  ___
                   4820595                                            Duplication BW
                                                                      0968
11/10/15  S001     VENDOR NAME:                                       TBOLLPhotocopy Charges         5.00    2.50  ____   B  ___  ___  _  _  ___
                   4820596                                            Duplication BW
                                                                      0968
11/10/15  S001     VENDOR NAME:                                       TBOLLPhotocopy Charges         6.60    3.30  ____   B  ___  ___  _  _  ___
                   4820597
```

```
CONTROL:   752576                        Young, Conaway, Stargatt and Taylor                              Page 39 (39)
                                              PROFORMA BILLING WORKSHEET                                  RUN: 12/15/15
                                          FOR BILLING PROFORMA NUMBER   284787                           TIME: 15:23:47

CLIENT: 073986 Standard Register         MATTER: 073986.1001 Debtor Representation

UNBILLED EXPENSES           (Continued)
 EXPENSE                                                              RECORDED    BILLING    REVISED    ------ STATUS ------
DATE        CODE    INDEX NO.  CHECK #  INVOICE  ORIG  DESCRIPTION     VALUE       VALUE      VALUE    CURRENT BNC B/O H X BNP

11/10/15   S001    VENDOR NAME:
                   4820598                              Duplication BW
                                                        0968
                                                        TBOLLPhotocopy Charges      1.40       0.70                 B
                                                        Duplication BW
                                                        0968

11/11/15   S001    VENDOR NAME:
                   4821261                              TBOLLPhotocopy Charges     12.00       6.00                 B
                                                        Duplication BW
                                                        0968

11/11/15   S001    VENDOR NAME:
                   4821262                              SMERGScanning Charges       1.60       0.80                 B
                                                        1072

11/12/15   053     VENDOR NAME:
                   4837586 90011766                     JPATTDelivery /             7.50       7.50                 B
                                                        Courier - From:
                                                        Young Conaway
                                                        Stargatt & Taylor
                                                        - To: Chief Judge
                                                        Brendan L. Shannon

11/12/15   087     VENDOR NAME: Parcels, Inc. - D.D.R.
                   4821629 166521                       AMAGACar/Bus/Subway       110.50     110.50                 B
                                                        Travel - Payee:
                                                        The Limo
                                                        Exchange, Inc.
                                                        Car for Jeremy
                                                        Graves from
                                                        Philadelphia to
                                                        YCST offices for
                                                        10/15/15 hearing
                                                        Car for Jeremy
                                                        Graves from
                                                        Philadelphia to
                                                        YCST offices for
                                                        10/15/15 hearing

11/12/15   087     VENDOR NAME: The Limo Exchange, Inc.
                   4821630 166521                       AMAGACar/Bus/Subway        91.00      91.00                 B
                                                        Travel - Payee:
                                                        The Limo
                                                        Exchange, Inc.
                                                        Car for Landen
                                                        Williams from
                                                        YCST offices to
                                                        Philadelphia
                                                        Airport (10/15/15
                                                        hearing) Car for
                                                        Landen Williams
```

```
CONTROL:  752576                                  Young, Conaway, Stargatt and Taylor                    Page 40 (40)
                                                    PROFORMA BILLING WORKSHEET                          RUN: 12/15/15
                                                  FOR BILLING PROFORMA NUMBER   284787                  TIME: 15:23:47

CLIENT: 073986 Standard Register                  MATTER: 073986.1001 Debtor Representation

UNBILLED EXPENSES         (Continued)
```

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT STATUS BNC B/O H X BNP |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/12/15 | S001 | VENDOR NAME: | | 4821951 | | The Limo Exchange, Inc. TBOLLPhotocopy Charges Duplication BW 0968 from YCST offices to Philadelphia Airport (10/15/15 hearing) | 5.20 | 2.60 | | B |
| 11/12/15 | S001 | VENDOR NAME: 4821952 | | | | TBOLLPhotocopy Charges Duplication BW 0968 | 1.00 | 0.50 | | B |
| 11/12/15 | S001 | VENDOR NAME: 4821953 | | | | AMAGAPhotocopy Charges Duplication BW 1029 | 2.00 | 1.00 | | B |
| 11/12/15 | S002 | VENDOR NAME: 4822770 | | | | TBOLLPostage 0968 | 2.94 | 2.94 | | B |
| 11/16/15 | 004 | VENDOR NAME: 4828448 | 166630 | | | TBOLLFederal Express -- FEDERAL EXPRESS - C. EDWARD DOBBS, ESQ. ATLANTA, GA | 15.05 | 15.05 | | B |
| 11/16/15 | 004 | VENDOR NAME: 4828449 | 166630 | | | TBOLLFederal Express Corporation -- FEDERAL EXPRESS - RON E. MEISLER, ESQ. CHICAGO, IL | 15.05 | 15.05 | | B |
| 11/16/15 | 004 | VENDOR NAME: 4828450 | 166630 | | | TBOLLFederal Express Corporation -- FEDERAL EXPRESS - THE STANDARD REGISTER COMPANY DAYTON, OH | 14.13 | 14.13 | | B |
| 11/16/15 | 004 | VENDOR NAME: 4828451 | 166630 | | | TBOLLFederal Express Corporation -- FEDERAL EXPRESS - WOJCIECH F. JUNG, ESQ. NEW YORK CITY, NY | 9.78 | 9.78 | | B |
| 11/16/15 | S001 | VENDOR NAME: 4823315 | | | | Federal Express Corporation TBOLLPhotocopy Charges Duplication BW 0968 | 132.20 | 66.10 | | B |

CONTROL:   752576

CLIENT: 073986 Standard Register (Continued)

Young, Conaway, Stargatt and Taylor
PROFORMA BILLING WORKSHEET
FOR BILLING PROFORMA NUMBER  284787

MATTER: 073986.1001 Debtor Representation

Page 41 (41)
RUN: 12/15/15
TIME: 15:23:47

UNBILLED EXPENSES

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | STATUS BNC B/O H X BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/16/15 | S001 | VENDOR NAME: 4823316 | | | | TBOLLPhotocopy Charges Duplication BW 0968 | 0.40 | 0.20 | | B | |
| 11/16/15 | S001 | VENDOR NAME: 4823317 | | | | TBOLLPhotocopy Charges Duplication BW 0968 | 493.00 | 246.50 | | B | |
| 11/16/15 | S001 | VENDOR NAME: 4823318 | | | | TBOLLPhotocopy Charges Duplication BW 0968 | 26.40 | 13.20 | | B | |
| 11/16/15 | S001 | VENDOR NAME: 4823319 | | | | TBOLLPhotocopy Charges Duplication BW 0968 | 2.00 | 1.00 | | B | |
| 11/17/15 | S001 | VENDOR NAME: 4824216 | | | | TBOLLPhotocopy Charges Duplication BW 0968 | 259.80 | 129.90 | | B | |
| 11/17/15 | S001 | VENDOR NAME: 4824217 | | | | TBOLLPhotocopy Charges Duplication BW 0968 | 398.60 | 199.30 | | B | |
| 11/17/15 | S001 | VENDOR NAME: 4824218 | | | | TBOLLPhotocopy Charges Duplication BW 0968 | 5.00 | 2.50 | | B | |
| 11/17/15 | S001 | VENDOR NAME: 4824219 | | | | TBOLLPhotocopy Charges Duplication BW 0968 | 1.00 | 0.50 | | B | |
| 11/17/15 | S001 | VENDOR NAME: 4824220 | | | | TBOLLPhotocopy Charges Duplication BW 0968 | 7.20 | 3.60 | | B | |
| 11/17/15 | S001 | VENDOR NAME: 4824221 | | | | TBOLLPhotocopy Charges Duplication BW 0968 | 2.60 | 1.30 | | B | |
| 11/17/15 | S001 | VENDOR NAME: 4824222 | | | | TBOLLPhotocopy Charges Duplication BW 0968 | 4.00 | 2.00 | | B | |
| 11/17/15 | S001 | VENDOR NAME: 4824223 | | | | TBOLLPhotocopy Charges Duplication BW | 4.60 | 2.30 | | B | |

```
CONTROL:  752576                          Young, Conaway, Stargatt and Taylor                              Page 42 (42)
                                           PROFORMA BILLING WORKSHEET                                   RUN: 12/15/15
                                        FOR BILLING PROFORMA NUMBER  284787                             TIME: 15:23:47

CLIENT: 073986 Standard Register          MATTER: 073986.1001 Debtor Representation
        (Continued)

UNBILLED EXPENSES
                EXPENSE                                                                  RECORDED   BILLING   REVISED           STATUS
 DATE            CODE      INDEX NO.   CHECK #   INVOICE    ORIG   DESCRIPTION            VALUE     VALUE     VALUE    CURRENT  BNC B/O  H X BNP
```

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | BNC B/O H X BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/17/15 | S001 | VENDOR NAME: 4824224 | | | 0968 | TBOllPhotocopy Charges Duplication BW 0968 | 2.80 | 1.40 | | B | |
| 11/17/15 | S001 | VENDOR NAME: 4824225 | | | | TBOllPhotocopy Charges Duplication BW 0968 | 1.60 | 0.80 | | B | |
| 11/17/15 | S001 | VENDOR NAME: 4824226 | | | | TBOllPhotocopy Charges Duplication BW 0968 | 6.80 | 3.40 | | B | |
| 11/17/15 | S001 | VENDOR NAME: 4824227 | | | | TBOllPhotocopy Charges Duplication BW 0968 | 2.80 | 1.40 | | B | |
| 11/17/15 | S001 | VENDOR NAME: 4824228 | | | | TBOllPhotocopy Charges Duplication BW 0968 | 1.00 | 0.50 | | B | |
| 11/17/15 | S001 | VENDOR NAME: 4824229 | | | | TBOllPhotocopy Charges Duplication BW 0968 | 6.80 | 3.40 | | B | |
| 11/17/15 | S001 | VENDOR NAME: 4824230 | | | | TBOllPhotocopy Charges Duplication BW 0968 | 16.40 | 8.20 | | B | |
| 11/17/15 | S001 | VENDOR NAME: 4824231 | | | | TBOllPhotocopy Charges Duplication BW 0968 | 1.00 | 0.50 | | B | |
| 11/17/15 | S001 | VENDOR NAME: 4824232 | | | | TBOllPhotocopy Charges Duplication BW 0968 | 7.20 | 3.60 | | B | |
| 11/17/15 | S001 | VENDOR NAME: 4824233 | | | | TBOllPhotocopy Charges Duplication BW 0968 | 12.00 | 6.00 | | B | |
| 11/17/15 | S001 | VENDOR NAME: 4824234 | | | | TBOllPhotocopy Charges Duplication BW 0968 | 5.00 | 2.50 | | B | |
| 11/17/15 | S001 | VENDOR NAME: 4824235 | | | | TBOllPhotocopy Charges | 1.20 | 0.60 | | B | |

```
                                              Young, Conaway, Stargatt and Taylor                            Page 43 (43)
                                                 PROFORMA BILLING WORKSHEET                                  RUN: 12/15/15
                                              FOR BILLING PROFORMA NUMBER  284787                            TIME: 15:23:47

CONTROL:   752576

CLIENT: 073986 Standard Register                MATTER: 073986.1001 Debtor Representation

UNBILLED EXPENSES                   (Continued)
                                                                                                  -------- STATUS --------
              EXPENSE                                                   RECORDED     BILLING    REVISED
  DATE         CODE      INDEX NO.    CHECK #    INVOICE       ORIG    DESCRIPTION    VALUE      VALUE    CURRENT  BNC B/O H X BNP

11/17/15 S001          VENDOR NAME:  4824236                           TBOLLPhotocopy Charges    2.40    1.20      B    ___ ___ _ _ ___
                                                                       Duplication BW
                                                                       0968

11/17/15 S001          VENDOR NAME:  4824237                           TBOLLPhotocopy Charges    4.60    2.30      B    ___ ___ _ _ ___
                                                                       Duplication BW
                                                                       0968

11/17/15 S001          VENDOR NAME:  4824238                           TBOLLPhotocopy Charges   12.00    6.00      B    ___ ___ _ _ ___
                                                                       Duplication BW
                                                                       0968

11/17/15 S001          VENDOR NAME:  4824239                           TBOLLPhotocopy Charges   21.40   10.70      B    ___ ___ _ _ ___
                                                                       Duplication BW
                                                                       0968

11/17/15 S001          VENDOR NAME:  4824240                           TBOLLPhotocopy Charges    1.60    0.80      B    ___ ___ _ _ ___
                                                                       Duplication BW
                                                                       0968

11/17/15 S001          VENDOR NAME:  4824241                           TBOLLPhotocopy Charges    1.00    0.50      B    ___ ___ _ _ ___
                                                                       Duplication BW
                                                                       0968

11/17/15 S001          VENDOR NAME:  4824242                           TBOLLPhotocopy Charges    2.60    1.30      B    ___ ___ _ _ ___
                                                                       Duplication BW
                                                                       0968

11/17/15 S001          VENDOR NAME:  4824243                           TBOLLPhotocopy Charges    2.60    1.30      B    ___ ___ _ _ ___
                                                                       Duplication BW
                                                                       0968

11/17/15 S001          VENDOR NAME:  4824244                           TBOLLPhotocopy Charges    1.80    0.90      B    ___ ___ _ _ ___
                                                                       Duplication BW
                                                                       0968

11/17/15 S001          VENDOR NAME:  4824245                           TBOLLPhotocopy Charges    2.00    1.00      B    ___ ___ _ _ ___
                                                                       Duplication BW
                                                                       0968

11/17/15 S001          VENDOR NAME:  4824246                           TBOLLPhotocopy Charges   21.40   10.70      B    ___ ___ _ _ ___
                                                                       Duplication BW
                                                                       0968

              VENDOR NAME:
```

```
CONTROL:  752576                          Young, Conaway, Stargatt and Taylor              Page 44 (44)
                                             PROFORMA BILLING WORKSHEET                   RUN: 12/15/15
                                          FOR BILLING PROFORMA NUMBER  284787             TIME: 15:23:47

CLIENT: 073986 Standard Register          MATTER: 073986.1001 Debtor Representation
                  (Continued)
UNBILLED EXPENSES
         EXPENSE                                                       RECORDED    BILLING   REVISED          STATUS
DATE     CODE       INDEX NO.  CHECK #  INVOICE  ORIG  DESCRIPTION      VALUE       VALUE    VALUE    CURRENT BNC B/O H X BNP
```

| DATE | EXPENSE CODE | INDEX NO. / CHECK # / INVOICE / ORIG / DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | STATUS BNC B/O H X BNP |
|---|---|---|---|---|---|---|---|
| 11/17/15 | S001 | 4824247  TBOLLPhotocopy Charges Duplication BW 0968 | 16.40 | 8.20 | | B | |
| 11/17/15 | S001 | VENDOR NAME: 4824248  TBOLLPhotocopy Charges Duplication BW 0968 | 5.00 | 2.50 | | B | |
| 11/17/15 | S001 | VENDOR NAME: 4824249  TBOLLPhotocopy Charges Duplication BW 0968 | 5.20 | 2.60 | | B | |
| 11/17/15 | S001 | VENDOR NAME: 4824250  TBOLLPhotocopy Charges Duplication BW 0968 | 1.80 | 0.90 | | B | |
| 11/17/15 | S001 | VENDOR NAME: 4824870  TBOLLPhotocopy Charges Duplication BW 0968 | 9.00 | 4.50 | | B | |
| 11/18/15 | S001 | VENDOR NAME: 4824871  TBOLLPhotocopy Charges Duplication BW 0968 | 2.00 | 1.00 | | B | |
| 11/18/15 | S001 | VENDOR NAME: 4824872  TBOLLPhotocopy Charges Duplication BW 0968 | 3.20 | 1.60 | | B | |
| 11/18/15 | S001 | VENDOR NAME: 4824873  TBOLLPhotocopy Charges Duplication BW 0968 | 9.00 | 4.50 | | B | |
| 11/18/15 | S001 | VENDOR NAME: 4824874  TBOLLPhotocopy Charges Duplication BW 0968 | 78.40 | 39.20 | | B | |
| 11/18/15 | S001 | VENDOR NAME: 4824875  TBOLLPhotocopy Charges Duplication BW 0968 | 4.40 | 2.20 | | B | |
| 11/18/15 | S001 | VENDOR NAME: 4824876  AMAGAPhotocopy Charges Duplication BW 1029 | 1.20 | 0.60 | | B | |
| 11/18/15 | S001 | VENDOR NAME: 4824877  TBOLLPhotocopy Charges Duplication BW 0968 | 3.60 | 1.80 | | B | |

```
CONTROL:   752576                              Young, Conaway, Stargatt and Taylor                      Page 45 (45)
                                               PROFORMA BILLING WORKSHEET                               RUN: 12/15/15
                                               FOR BILLING PROFORMA NUMBER    284787                    TIME: 15:23:47

CLIENT: 073986 Standard Register                    MATTER: 073986.1001 Debtor Representation

UNBILLED EXPENSES     (Continued)
                                                                                                        -------- STATUS --------
         EXPENSE                                                          RECORDED   BILLING   REVISED   CURRENT  BNC  B/O  H  X
DATE     CODE      INDEX NO.  CHECK #  INVOICE  ORIG  DESCRIPTION         VALUE      VALUE     VALUE                           BNP
```

| DATE | EXPENSE CODE | INDEX NO. / VENDOR | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | BNC | B/O | H | X | BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/18/15 | S001 | VENDOR NAME: 4824878 | TBOLLPhotocopy Charges Duplication BW 0968 | 1.60 | 0.80 | | B | | | | | |
| 11/18/15 | S001 | VENDOR NAME: 4824879 | TBOLLPhotocopy Charges Duplication BW 0968 | 7.20 | 3.60 | | B | | | | | |
| 11/18/15 | S001 | VENDOR NAME: 4824880 | TBOLLPhotocopy Charges Duplication BW 0968 | 9.80 | 4.90 | | B | | | | | |
| 11/18/15 | S001 | VENDOR NAME: 4824881 | TBOLLPhotocopy Charges Duplication BW 0968 | 36.00 | 18.00 | | B | | | | | |
| 11/18/15 | S001 | VENDOR NAME: 4824882 | TBOLLPhotocopy Charges Duplication BW 0968 | 9.80 | 4.90 | | B | | | | | |
| 11/18/15 | S001 | VENDOR NAME: 4824883 | TBOLLPhotocopy Charges Duplication BW 0968 | 2.80 | 1.40 | | B | | | | | |
| 11/18/15 | S001 | VENDOR NAME: 4824884 | TBOLLPhotocopy Charges Duplication BW 0968 | 72.00 | 36.00 | | B | | | | | |
| 11/18/15 | S001 | VENDOR NAME: 4824885 | TBOLLPhotocopy Charges Duplication BW 0968 | 22.40 | 11.20 | | B | | | | | |
| 11/18/15 | S001 | VENDOR NAME: 4824886 | TBOLLPhotocopy Charges Duplication BW 0968 | 11.20 | 5.60 | | B | | | | | |
| 11/18/15 | S001 | VENDOR NAME: 4824887 | TBOLLPhotocopy Charges Duplication BW 0968 | 65.60 | 32.80 | | B | | | | | |
| 11/18/15 | S001 | VENDOR NAME: 4824888 | TBOLLPhotocopy Charges Duplication BW 0968 | 1.60 | 0.80 | | B | | | | | |
| 11/18/15 | S001 | VENDOR NAME: 4824889 | AMAGAPhotocopy Charges Duplication BW | 1.20 | 0.60 | | B | | | | | |

```
                                          Young, Conaway, Stargatt and Taylor              Page 46 (46)
                                              PROFORMA BILLING WORKSHEET                   RUN:  12/15/15
                                          FOR BILLING PROFORMA NUMBER    284787            TIME: 15:23:47

CONTROL: 752576

CLIENT: 073986 Standard Register              MATTER: 073986.1001 Debtor Representation
                 (Continued)
UNBILLED EXPENSES
           EXPENSE                                                      RECORDED   BILLING   REVISED   -------STATUS------
DATE        CODE   INDEX NO.  CHECK #  INVOICE  ORIG   DESCRIPTION       VALUE      VALUE     VALUE   CURRENT  BNC B/O H X BNP

11/18/15   S001     VENDOR NAME:                       TBOLLPhotocopy Charges   29.40   14.70   _____    B      |  |  |  |  |  |
                    4824890                            Duplication BW
                                                       0968

11/18/15   S001SCN  VENDOR NAME:                       TBOLLScanning Charges     0.40    0.20   _____    B      |  |  |  |  |  |
                    4824891                            0968

11/18/15   S001SCN  VENDOR NAME:                       TBOLLScanning Charges     0.80    0.40   _____    B      |  |  |  |  |  |
                    4824892                            0968

11/18/15   S001SCN  VENDOR NAME:                       TBOLLScanning Charges     1.80    0.90   _____    B      |  |  |  |  |  |
                    4824893                            0968

11/18/15   S001SCN  VENDOR NAME:                       TBOLLScanning Charges     0.40    0.20   _____    B      |  |  |  |  |  |
                    4824894                            0968

11/18/15   S001SCN  VENDOR NAME:                       TBOLLScanning Charges     0.40    0.20   _____    B      |  |  |  |  |  |
                    4824895                            0968

11/18/15   004      VENDOR NAME:                 1029  MROMAFederal Express     15.05   15.05   _____    B      |  |  |  |  |  |
                    4828452  166630                    -- FEDERAL
                                                       EXPRESS - PHILLIP
                                                       W BOHL
                                                       MINNEAPOLIS, MN

11/19/15   S001     VENDOR NAME: Federal Express Corporation  MROMAPhotocopy Charges   0.60   0.30   _____    B    |  |  |  |  |  |
                    4825551                            Duplication BW
                                                       0764

11/19/15   S001     VENDOR NAME:                       TBOLLPhotocopy Charges   17.40    8.70   _____    B      |  |  |  |  |  |
                    4825552                            Duplication BW
                                                       0968

11/19/15   S001     VENDOR NAME:                       TBOLLPhotocopy Charges   16.80    8.40   _____    B      |  |  |  |  |  |
                    4825553                            Duplication BW
                                                       0968

11/19/15   S001     VENDOR NAME:                       TBOLLPhotocopy Charges    8.40    4.20   _____    B      |  |  |  |  |  |
                    4825554                            Duplication BW
                                                       0968

11/19/15   S001     VENDOR NAME:                       TBOLLPhotocopy Charges    8.20    4.10   _____    B      |  |  |  |  |  |
                    4825555                            Duplication BW
                                                       0968

           VENDOR NAME:
```

```
CONTROL:  752576                            Young, Conaway, Stargatt and Taylor                              Page 47 (47)
                                              PROFORMA BILLING WORKSHEET                                     RUN: 12/15/15
                                         FOR BILLING PROFORMA NUMBER  284787                                 TIME: 15:23:47

CLIENT: 073986 Standard Register            MATTER: 073986.1001 Debtor Representation
                        (Continued)

UNBILLED EXPENSES
             EXPENSE                                                       RECORDED     BILLING   REVISED   ----- STATUS -----
DATE         CODE     INDEX NO.  CHECK #   INVOICE  ORIG  DESCRIPTION       VALUE        VALUE     VALUE   CURRENT BNC B/O H X BNP
------------------------------------------------------------------------------------------------------------------------------------
11/19/15 S001  4825556                              EJUSTPhotocopy Charges    1.00        0.50              B      _ _ _ _ _ _ _
                                                         Duplication BW
                                                         1081
               VENDOR NAME:
11/19/15 S001  4825557                              TBOLLPhotocopy Charges   67.20       33.60              B      _ _ _ _ _ _ _
                                                         Duplication BW
                                                         0968
               VENDOR NAME:
11/19/15 S001  4825558                              TBOLLPhotocopy Charges    6.00        3.00              B      _ _ _ _ _ _ _
                                                         Duplication BW
                                                         0968
               VENDOR NAME:
11/19/15 S001  4825559                              TBOLLPhotocopy Charges    9.00        4.50              B      _ _ _ _ _ _ _
                                                         Duplication BW
                                                         0968
               VENDOR NAME:
11/19/15 S001  4825560                              TBOLLPhotocopy Charges    6.00        3.00              B      _ _ _ _ _ _ _
                                                         Duplication BW
                                                         0968
               VENDOR NAME:
11/19/15 S001  4825561                              TBOLLPhotocopy Charges   65.60       32.80              B      _ _ _ _ _ _ _
                                                         Duplication BW
                                                         0968
               VENDOR NAME:
11/19/15 S001  4825562                              TBOLLPhotocopy Charges    1.80        0.90              B      _ _ _ _ _ _ _
                                                         Duplication BW
                                                         0968
               VENDOR NAME:
11/19/15 S001  4825563                              TBOLLPhotocopy Charges    1.00        0.50              B      _ _ _ _ _ _ _
                                                         Duplication BW
                                                         0968
               VENDOR NAME:
11/19/15 S001  4825564                              TBOLLPhotocopy Charges    2.00        1.00              B      _ _ _ _ _ _ _
                                                         Duplication BW
                                                         0968
               VENDOR NAME:
11/19/15 S001SCN 4825565                            TBOLLScanning Charges    0.20        0.10              B      _ _ _ _ _ _ _
                                                         0968
               VENDOR NAME:
11/19/15 S001SCN 4825566                            TBOLLScanning Charges    0.60        0.30              B      _ _ _ _ _ _ _
                                                         0968
               VENDOR NAME:
------------------------------------------------------------------------------------------------------------------------------------
INCLUDED EXPENSES FOR MATTER: 073986.1001           3,367.67    2,099.77
EXCLUDED EXPENSES (Expenses on Hold)                   0.00         0.00
EXPENSES AFTER CUTOFF DATE                                      1,230.19
------------------------------------------------------------------------------------------------------------------------------------
```

```
CONTROL:    752576                          Young, Conaway, Stargatt and Taylor              Page 48 (48)
                                             PROFORMA BILLING WORKSHEET                   RUN: 12/15/15
                                         FOR BILLING PROFORMA NUMBER   284787             TIME: 15:23:50

CLIENT: 073986 Standard Register

                                        MATTER: 073986.1001 Debtor Representation

STATUS CODE LEGEND
 B    Billable                    H    Expense on Hold (Excluded)          NB    Non-Billable
 BNC  Bill - No Charge             X    Excluded from Instruction           BNP   Expense will not show on Statement
 B/0  Billable - reduce value to "0"

                                              EXPENSE CODE SUMMARY

 EXPENSE CODE    DESCRIPTION                          RECORDED VALUE       BILLING VALUE
 004             Federal Express                              69.06               69.06
 053             Delivery / Courier                           22.50               22.50
 074             Hotel/Lodging                               337.90              337.90
 087             Car/Bus/Subway Travel                       298.50              298.50
 096             Working Meals                                15.50               15.50
 116             Travel Meals                                 52.40               52.40
 S001            Photocopy Charges                         2,523.40            1,261.70
 S001SCN         Scanning Charges                             12.40                6.20
 S002            Postage                                       6.51                6.51
 S102            Docket Retrieval / Search                    29.50               29.50

                 EXPENSE TOTAL                             3,367.67            2,099.77
                                                        ===========         ===========
                                                           3,367.67            2,099.77

TOTAL EXPENSES FOR INSTRUCTION:    284787
```