## EXHIBIT C

01:18050631.2

| | | | | BUDGETED AMOUNT ($) | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | March | April | May | June | July | August | September | October | November | Application Period |
| Total Fees | 150,000.00 | 150,000.00 | 150,000.00 | 150,000.00 | 100,000.00 | 100,000.00 | 100,000.00 | 50,000.00 | 50,000.00 | 1,000,000.00 |

| | | | | PROFESSIONAL RATES | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Professional | March | April | May | June | July | August | September | October | November | Application Period |
| John T. Dorsey | 765.00 | 765.00 | 765.00 | 765.00 | 765.00 | 765.00 | 765.00 | 765.00 | 765.00 | 765.00 |
| Michael R. Nestor | 725.00 | 725.00 | 725.00 | 725.00 | 725.00 | 725.00 | 725.00 | 725.00 | 725.00 | 725.00 |
| Kara Hammond Coyle | 485.00 | 485.00 | 485.00 | 485.00 | 485.00 | 485.00 | 485.00 | 485.00 | 485.00 | 485.00 |
| Maris J. Kandestin | 460.00 | 460.00 | 460.00 | 460.00 | 460.00 | 460.00 | 460.00 | 460.00 | 460.00 | 460.00 |
| Michael S. Neiburg | 445.00 | 445.00 | 445.00 | 445.00 | 445.00 | 445.00 | 445.00 | 445.00 | 445.00 | 445.00 |
| Andrew Magaziner | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 |
| Elizabeth S. Justison | 310.00 | 310.00 | 310.00 | 310.00 | 310.00 | 310.00 | 310.00 | 310.00 | 310.00 | 310.00 |
| Debbie Laskin | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 |
| Michael Girello | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 |
| Melissa Romano | 215.00 | 215.00 | 215.00 | 215.00 | 215.00 | 215.00 | 215.00 | 215.00 | 215.00 | 215.00 |
| Troy Bollman | 190.00 | 190.00 | 190.00 | 190.00 | 190.00 | 190.00 | 190.00 | 190.00 | 190.00 | 190.00 |
| Chad A. Corazza | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 |
| Patsy Petlock | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 |

| | | | | BUDGETED HOURS | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Professional | March | April | May | June | July | August | September | October | November | Application Period |
| John T. Dorsey | 5.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 5.0 |
| Michael R. Nestor | 45.4 | 56.4 | 24.0 | 47.0 | 22.7 | 12.5 | 4.1 | 2.3 | 6.8 | 221.2 |
| Kara Hammond Coyle | 91.2 | 123.7 | 94.0 | 70.1 | 36.3 | 15.3 | 13.4 | 14.6 | 8.0 | 466.6 |
| Maris J. Kandestin | 57.4 | 51.2 | 23.6 | 8.8 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 | 141.1 |
| Michael S. Neiburg | 0.0 | 0.0 | 0.0 | 6.6 | 18.0 | 0.0 | 0.0 | 0.0 | 0.0 | 24.6 |
| Andrew Magaziner | 24.1 | 250.8 | 170.2 | 208.5 | 131.3 | 72.3 | 77.9 | 39.1 | 51.4 | 1,025.6 |

01:18050631.2

| | March | April | May | June | July | August | September | October | November | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| Elizabeth S. Justison | 46.4 | 56.1 | 42.6 | 19.0 | 16.3 | 5.2 | 4.6 | 13.7 | 0.7 | 204.6 |
| Debbie Laskin | 0.0 | 0.0 | 14.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 14.6 |
| Michael Girello | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.6 | 0.0 | 0.6 |
| Melissa Romano | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.6 | 0.0 | 2.6 |
| Troy Bollman | 40.3 | 62.0 | 24.0 | 76.6 | 33.1 | 29.5 | 32.8 | 29.5 | 37.0 | 364.8 |
| Chad A. Corazza | 0.0 | 0.0 | 0.0 | 0.0 | 3.3 | 0.0 | 0.0 | 0.0 | 0.0 | 3.3 |
| Patsy Petlock | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.4 | 0.0 | 0.4 |
| **TOTAL** | 309.8 | 600.2 | 393.0 | 436.6 | 261.0 | 134.8 | 132.8 | 102.9 | 103.9 | 2,475.0 |

## BUDGETED FEES ($)

| Professional | March | April | May | June | July | August | September | October | November | Application Period |
|---|---|---|---|---|---|---|---|---|---|---|
| John T. Dorsey | 3,825.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,825.00 |
| Michael R. Nestor | 32,915.00 | 40,890.00 | 17,400.00 | 34,075.00 | 16,457.50 | 9,062.50 | 2,972.50 | 1,667.50 | 4,930.00 | 160,370.00 |
| Kara Hammond Coyle | 44,232.00 | 59,994.50 | 45,590.00 | 33,998.50 | 17,605.50 | 7,420.50 | 6,499.00 | 7,081.00 | 3,880.00 | 226,301.00 |
| Maris J. Kandestin | 26,404.00 | 23,552.00 | 10,856.00 | 4,048.00 | 0.00 | 0.00 | 0.00 | 46.00 | 0.00 | 64,906.00 |
| Michael S. Neiburg | 0.00 | 0.00 | 0.00 | 2,937.00 | 8,010.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,947.00 |
| Andrew Magaziner | 9,640.00 | 100,320.00 | 68,080.00 | 83,400.00 | 52,520.00 | 28,920.00 | 31,160.00 | 15,640.00 | 20,560.00 | 410,240.00 |
| Elizabeth S. Justison | 14,384.00 | 17,391.00 | 13,206.00 | 5,890.00 | 5,053.00 | 1,612.00 | 1,426.00 | 4,247.00 | 217.00 | 63,426.00 |
| Debbie Laskin | 0.00 | 0.00 | 3,650.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,650.00 |
| Michael Girello | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 150.00 | 0.00 | 150.00 |
| Melissa Romano | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 559.00 | 0.00 | 559.00 |
| Troy Bollman | 7,657.00 | 11,780.00 | 4,560.00 | 14,554.00 | 6,289.00 | 5,605.00 | 6,232.00 | 5,605.00 | 7,030.00 | 69,312.00 |
| Chad A Corazza | 0.00 | 0.00 | 0.00 | 0.00 | 594.00 | 0.00 | 0.00 | 0.00 | 0.00 | 594.00 |
| Patsy Petlock | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 22.00 | 0.00 | 22.00 |
| **TOTAL** | 139,057.00 | 253,927.50 | 163,342.00 | 178,902.50 | 178,902.50 | 178,902.50 | 48,289.50 | 35,017.50 | 36,617.00 | 1,014,302.00 |

| PROFESSIONAL | POSITION OF PROFESSIONAL; NUMBER OF YEARS IN THAT POSITION; YEAR OBTAINING LICENSE TO PRACTICE, IF APPLICABLE |
|---|---|
| John T. Dorsey | Partner since 2004. Joined firm as special counsel in 2003. Member of DE Bar since 1990. |
| Michael R. Nestor | Partner since 2003. Joined firm as an associate in 1998. Member of PA and NJ Bars since 1995. Member of DE Bar since 1996. |
| Kara Hammond Coyle | Partner since 2014. Joined firm as an associate in 2003. Member of DE Bar since 2003. |
| Maris J. Kandestin | Joined firm as an associate in 2009. Member of DE Bar since 2009. Member of PA and NJ Bars since 2004. |
| Michael S. Neiburg | Joined firm as an associate in 2008. Member of the DE Bar since 2009. |
| Andrew Magaziner | Joined firm as an associate in 2009. Member of DE Bar since 2009. |
| Elizabeth S. Justison | Joined firm as an associate in 2013. Member of DE Bar since 2013. |
| Debbie Laskin | Paralegal |
| Michael Girello | Paralegal |
| Melissa Romano | Paralegal |
| Troy M. Bollman | Paralegal |
| Chad A. Corazza | Paralegal |
| Patsy Petlock | Clerk |