# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | Chapter 11 |
| **SRC LIQUIDATION COMPANY**, *et al.* | Case No. 15-10541 (BLS) |
| **Debtors**[1] | Jointly Administered |
| | Hearing Date: February 17, 2016 at 10:00 a.m. (ET) |
| | Objection Deadline: January 14, 2016 at 4:00 p.m. (ET) |

## FINAL APPLICATION OF DINSMORE & SHOHL LLP AS SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE FINAL PERIOD MARCH 12, 2015 THROUGH NOVEMBER 19, 2015

| | |
|---|---|
| Name of Applicant: | Dinsmore & Shohl LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | April 13, 2015 nunc pro tunc to March 12, 2015 |
| Period for which compensation and reimbursement is sought: | March 12, 2015 through November 19, 2015 |
| Amount of Final Compensation sought as actual, reasonable and necessary: | $394,323.54 |
| Amount of Final Expense Reimbursement sought as actual, reasonable and necessary: | $24,259.83 |

This is an: ____ interim   __X__ final application

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

01:18074556.1

Prior applications:

| Date Filed or Served/ Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 4/30/15 D.I. 367 | 3/12/15 – 3/31/15 | $120,852.00 | $8,885.60 | $120,852.00 | $8,886.50 |
| 6/5/15 D.I. 627 | 4/1/15 – 4/30/15 | $83,879.10 | $707.38 | $83,879.10 | $707.38 |
| 6/24/15 D.I. 720 | 5/1/15 – 5/31/15 | $57,981.60 | $4,544.61 | $57,981.60 | $4,544.61 |
| 7/6/15 D.I. 777 | 6/1/15 – 6/30/15 | $43,469.10 | $3,763.70 | $43,469.10 | $3,763.70 |
| 8/19/15 D.I. 951 | 7/1/15 – 7/31/15 | $39,953.78 | $5,346.50 | $39,953.78 | $5,346.50 |
| 10/7/15 D.I. 1142 | 8/1/15 – 8/31/15 | $28,279.56 | $1,012.04 | $28,279.56 | $1,012.04 |
| 10/22/15 D.I. 1211 | 9/1/15 – 9/30/15 | $5,773.67 | $662.45 | $4,618.94 | $662.45 |
| 11/30/15 D.I. 1351 | 10/1/15 – 10/31/15 | $4,354.86 | $2,088.23 | $3,483.89 | $2,088.23 |
| 12/3/15 D.I. 1363 | 11/1/15 – 11/19/15 | $9,779.87 | $0.00 | N/A | N/A |

## SUMMARY OF FINAL FEE APPLICATION

| | |
|---|---|
| Name of Applicant | Dinsmore & Shohl LLP |
| Name of Client | Debtors and Debtors in Possession |
| Time period covered by Final Fee Application | March 12, 2015 - November 19, 2015 |
| Total compensation sought during the Final Fee Application Period | $394,323.54 |
| Total expenses sought during the Final Fee Application Period | $24,259.83 |
| Petition Date | March 12, 2015 |
| Retention Date | April 13, 2015 nunc pro tunc to March 12, 2015 |
| Date of order approving employment | April 13, 2015 |
| Total compensation approved by interim order to date | $374,416.14 |
| Total expenses approved by interim order to date | $24,259.83 |
| Total allowed compensation paid to date | $374,416.14 |
| Total allowed expenses paid to date | $24,259.83 |
| Blended rate in the Final Fee Application for all attorneys | $331.88 |
| Blended rate in the Final Fee Application for all timekeepers | $305.38 |
| Compensation sought in the Final Fee Application already paid pursuant to a monthly compensation order but not yet allowed | $22,409.50 |
| Expenses sought in the Final Fee Application already paid pursuant to a monthly compensation order but not yet allowed | $0 |
| Number of professionals included in the Final Fee Application | 73 |
| If applicable, number of professionals in the Final Fee Application not included in staffing plan approved by client | 0 |
| If applicable, difference between fees budgeted and compensation sought during the Application Period | $0 |
| Number of professionals billing fewer than 15 hours to the case during the Final Fee Application Period | 57 |
| Are any rates higher than those approved or disclosed at retention? | No |

01:18074556.1

5

**FINAL COMPENSATION PERIOD TIMEKEEPER SUMMARY**

March 12, 2015 - November 19, 2015

| Name | Title | Department | Date of First Admission | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Alan H. Abes | Partner | Litigation | 1992 | $450 | 1.1 | $495.00 |
| Allan R. Daily | Partner | Corporate | 2002 | $320 | 77.4 | 24,768.00 |
| Allison L. Goico | Partner | Labor | 2006 | $320 | 2.8 | 896.00 |
| Anne D. Harman | Partner | Litigation | 1989 | $265 | 0.6 | 159.00 |
| Ben F. Wells | Partner | Benefits | 1983 | $550 | 3.8 | 2,090.00 |
| Brian C. Judkins | Partner | Corporate | 2005 | $335 | 8.9 | 2,981.50 |
| Charles F. Hertlein, Jr. | Partner | Corporate | 1980 | $550 | 7.2 | 3,960.00 |
| David A. Whaley | Partner | Benefits | 2003 | $340 | 126.6 | 43,044.00 |
| Geoffrey L. Oberhaus | Partner | IP | 1998 | $490 | 2.4 | 1,176.00 |
| Harvey J. Cohen | Partner | Corporate | 1987 | $490 | 22.7 | 12,005.00 |
| James F. Gottman | Partner | IP | 1974 | $550 | 38.9 | 21,395.00 |
| Jennifer O. Mitchell | Partner | Healthcare | 1988 | $410 | 3.3 | 1,353.00 |
| Joan M. Verchot | Partner | Workers' Comp | 1986 | $430 | 8.4 | 3,612.00 |
| John D. Luken | Partner | IP | 1981 | $550 | 7.9 | 4,345.00 |
| Karen K. Gaunt | Partner | IP | 1997 | $425 | 0.4 | 170.00 |
| Kim Martin Lewis | Partner | Business Restructuring | 1989 | $650 | 119.3 | 77,545.00 |
| Kimberly Gambrel | Partner | IP | 1988 | $535 | 3.7 | 1,979.50 |
| Martiné R. Dunn | Partner | Real Estate | 1985 | $505 | 1.3 | 656.50 |
| Matthew S. Arend | Partner | Litigation | 2005 | $320 | 23.5 | 7,520.00 |
| Merideth A. Trott | Partner | Real Estate | 1975 | $465 | 2.5 | 1,162.50 |
| Michael G. Dailey | Partner | Corporate | 1999 | $390 | 0.2 | 78.00 |
| Peter A. Draugelis | Partner | Corporate | 2000 | $345 | 6.7 | 2,311.50 |
| R. Warner Off | Partner | Corporate | 2005 | $325 | 2.8 | 910.00 |
| Richard D. Porotsky, Jr. | Partner | Litigation | 1996 | $395 | 0.8 | 316.00 |
| Ryan W. Green | Partner | Labor | 2000 | $405 | 33.1 | 13,405.50 |
| Ryan W. Green (Travel) | Partner | Labor | 2000 | $202.50 | 27.00 | 5,467.50 |

| Name | Title | Department | Date of First Admission | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Steven H. Schreiber | Partner | Labor | 1981 | 435 | 0.3 | 130.50 |
| Tim J. Robinson | Partner | Business Restructuring | 1990 | $550 | 0.3 | 165.00 |
| Christopher A. Deabler | Counsel | Corporate | 2004 | $325 | 94.2 | 30,615.00 |
| Jan L. Hatcher | Counsel | Litigation | 1986 | $325 | 31.0 | 10,075.00 |
| Meggin N. Musser | Counsel | Litigation | 2009 | $240 | 12.9 | 3,096.00 |
| Patrick D. Burns | Counsel | Business Restructuring | 2006 | $305 | 95.9 | 29,249.50 |
| Steve N. Siegel | Counsel | Environmental | 1997 | $360 | 2.0 | 720.00 |
| Adam M. Vernick | Associate | Corporate | 2013 | $230 | 7.6 | 1,748.00 |
| Amir J. Nahavandi | Associate | Labor | 2014 | $220 | 6.8 | 1,496.00 |
| Beth A. Mandel | Associate | Labor | 2005 | $230 | 78.5 | 18,055.00 |
| Charles E. Baverman III | Associate | Real Estate | 2008 | $240 | 18.1 | 4,344.00 |
| Christopher J. Meyer | Associate | IP | 2011 | $255 | 7.7 | 1,963.50 |
| Corinne E. Keel | Associate | Litigation | 2014 | $220 | 0.5 | 110.00 |
| Daniel D. Briscoe, Jr. | Associate | Public Finance | 2014 | $220 | 6.0 | 1,320.00 |
| David J. Martin | Associate | IP | 2010 | $260 | 7.7 | 2,002.00 |
| Diana H. Givand | Associate | Litigation | 2009 | $245 | 0.5 | 122.50 |
| Elizabeth A. Cramer | Associate | Litigation | 2014 | $230 | 14.8 | 3,404.00 |
| Emily C. Rotella | Associate | Corporate | 2015 | $230 | 4.7 | 1,081.00 |
| Grant B. Schweikert | Associate | Corporate | 2014 | $230 | 31.3 | 7,199.00 |
| J. Eric Quinn | Associate | Corporate | 2012 | $235 | 0.7 | 164.50 |
| Jason W. Hilliard | Associate | Labor | 2007 | $250 | 206.5 | 51,625.00 |
| Jay B. Stolkin | Associate | Corporate | 2014 | $230 | 10.7 | 2,461.00 |
| Jenna G. Moran | Associate | Healthcare | 2014 | $230 | 0.4 | 92.00 |
| Jerrad T. Howard | Associate | Corporate | 2012 | $230 | 0.6 | 138.00 |
| Joe E. Greiner | Associate | Litigation | 2013 | $235 | 5.1 | 1,198.50 |
| Joshua D. Grossman | Associate | Public Finance | 2014 | $230 | 4.4 | 1,012.00 |
| Kevin L. Burch | Associate | Benefits | 2006 | $250 | 58.2 | 14,550.00 |
| Lauren E. Smith | Associate | Benefits | 2014 | $230 | 1.4 | 322.00 |

| Name | Title | Department | Date of First Admission | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Maxwell W. Gerwin | Associate | Commercial Finance | 2012 | $230 | 2.8 | 644.00 |
| Robert J. Waine | Associate | Real Estate | 1991 | $195 | 0.5 | 97.50 |
| Ryan A. Morrison | Associate | Litigation | 2004 | $235 | 6.5 | 1,527.50 |
| Sean C. Garin | Associate | Public Finance | 2005 | $260 | 6.5 | 1,690.00 |
| Susan H. Jackson | Associate | Labor | 2013 | $235 | 5.2 | 1,222.00 |
| Thomas M. Lockwood | Associate | Healthcare | 1992 | $275 | 4.9 | 1,347.50 |
| Anna M. Vislosky | Paralegal | Corporate | N/A | $215 | 5.0 | 1,075.00 |
| Angela C. Powell | Paralegal | Corporate | N/A | $210 | 1.9 | 399.00 |
| Beth A. Bane | Paralegal | Corporate | N/A | $175 | 13.4 | 2,345.00 |
| Deborah J. Watkins | Paralegal | Corporate | N/A | $195 | 5.3 | 1,033.50 |
| Gloria S. Stemple | Paralegal | Corporate | N/A | $130 | 0.5 | 65.00 |
| Gregory S. Hribik | Paralegal | Corporate | N/A | $185 | 4.0 | 740.00 |
| Hillary R. Dabney | Paralegal | Corporate | N/A | $170 | 8.0 | 1,360.00 |
| Jim Peretzky | Paralegal | Corporate | N/A | $210 | 8.1 | 1,701.00 |
| Jodi Weaver | Paralegal | Corporate | N/A | $215 | 0.5 | 107.50 |
| Kathy A. Adams | Paralegal | Corporate | N/A | $210 | 1.2 | 252.00 |
| Marilyn Z. Nash | Paralegal | Corporate | N/A | $165 | 3.0 | 495.00 |
| Natalie B. Taylor | Paralegal | Corporate | N/A | $190 | 3.4 | 646.00 |
| Sara B. Hubbard | Paralegal | Corporate | N/A | $110 | 12.0 | 1,320.00 |
| **Total** | | | | | **1,334.80** | **$440,328.00** |

## FINAL COMPENSATION BY PROJECT CATEGORY

March 12, 2015 - November 19, 2015

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 339.1 | $91,423.18 |
| Assumption/Rejection of Leases/Contracts | 3.3 | 1,014.30 |
| Budgeting (Case) | 0.2 | 117.00 |
| Business Operations | 10.2 | 3,662.72 |
| Case Administration/Winddown | 49.9 | 16,295.30 |
| Corporate Governance and Board Matters | 1.4 | 819.00 |
| Employee Benefits and Pensions | 364.6 | 116,957.70 |
| Employment and Fee Applications | 56.8 | 18,592.92 |
| Fee Application – Privileged Review | 4.2 | 2,422.87 |
| Litigation | 255.0 | 68,155.20 |
| Meetings/Communications with Creditors | 0.4 | 109.80 |
| Non-Working Travel | 27.0 | 5,467.50 |
| Real Estate | 25.1 | 6,378.87 |
| Reporting | 12.1 | 5,793.74 |
| Intellectual Property | 63.7 | 24,946.59 |
| Privacy Matters | 8.4 | 2,671.12 |
| Hawaii Employment Litigation | 114.2 | 29,086.26 |
| Violation of Non-Compete | 1.0 | 409.47 |
| **Total** | **1,336.60** | **$394,323.54** |

## **FINAL EXPENSE SUMMARY**

March 12, 2015 – November 19, 2015

| **Expenses Category (Examples)** | **Total Expenses** |
|---|---|
| Airline Tickets | $1,756.01 |
| Audio Conference | 1,568.43 |
| Business Meals | 54.48 |
| Color Copies | 60.00 |
| Court Reporter | 3,489.35 |
| CT Corporation Fees | 596.25 |
| Federal Express | 62.36 |
| Filing and Recording Fees | 1,447.00 |
| Foreign Associates Fees | 648.08 |
| Government Filing Fees | 4,860.00 |
| Hotel Expense | 221.09 |
| Local Counsel Fees | 5,641.28 |
| Other Travel | 28.00 |
| Photocopies | 3,827.50 |
| **Total** | **$24,259.83** |

10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** <br><br> **SRC LIQUIDATION COMPANY,** *et al.* <br><br> **Debtors**[1] | Chapter 11 <br><br> Case No. 15-10541 (BLS) <br><br> Jointly Administered <br><br> **Hearing Date: February 17, 2016 at 10:00 a.m. (ET)** <br> **Objection Deadline: January 14, 2016 at 4:00 p.m. (ET)** |

**FINAL APPLICATION OF DINSMORE & SHOHL LLP**
**AS SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION**
**FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES INCURRED FOR THE FINAL PERIOD**
**MARCH 12, 2015 THROUGH NOVEMBER 19, 2015**

Pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, the law firm of Dinsmore & Shohl LLP (hereinafter "**Dinsmore**") hereby moves this Court for reasonable compensation for professional legal services rendered as special counsel to SRC Liquidation Company, *et al.*, the debtors in the above-captioned cases (the "**Debtors**"), in the final amount of $394,323.54 together with reimbursement for actual and necessary expenses incurred in the amount of $24,259.83 for the period commencing March 12, 2015 through November 19, 2015 (the "**Final Fee Period**").  In support of its Application, Dinsmore respectfully represents as follows:

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001).  The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

01:18074556.1

1.       Dinsmore was employed under a general retainer to represent the Debtors as special counsel in connection with these chapter 11 cases, effective *nunc pro tunc* to March 12, 2015, pursuant to an order (D.I. 258) (the "**Retention Order**") entered by this Court on April 13, 2015.  The Retention Order authorized Dinsmore to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

2.       All services for which compensation is requested by Dinsmore were performed for or on behalf of the Debtors.

### SUMMARY OF SERVICES RENDERED

3.       Summaries of the fees and expenses incurred during the Final Fee Period are set forth in detail in the prior monthly applications (the "**Monthly Applications**") filed with the Court.  See Docket Nos. 367, 627, 720, 777, 1027, 1142, 1211, 1351, and 1363.

### VALUATION OF SERVICES

4.       Dinsmore believes that the time entries and the expense breakdowns set forth in the Monthly Applications are in compliance with the requirements of Local Rule 2016-2.

5.       In accordance with the factors enumerated in 11 U.S.C. § 330, the amount requested is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

### BUDGET AND STAFFING PLAN

6.       In accordance with the Retention Order and the Interim Compensation Procedures Order, attached hereto as Exhibit A is the budget and staffing plan for Dinsmore approved by the Debtors for the Interim Fee Period and Final Fee Period.

## STATEMENT OF APPLICANT

7. The following statements address the questions set forth under section C.5 of the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Cases (the "UST Guidelines"):

a) During the Application Period, except as described in the Debtors' Application for Entry of an Order Authorizing the Debtors to Employ and Retain Dinsmore & Shohl LLP as Special Counsel, Pursuant to 11 U.S.C. §327(e), Effective *Nunc Pro Tunc* to the Petition Date (the "Retention Application") [Docket No. 85], Dinsmore did not agree to any variations from, or alternatives to, its standard or customary billing rates, fees, or terms.

b) The fees sought by Dinsmore in the Second Interim Application are less than the fees budgeted pursuant to the original budget provided by Dinsmore to the Debtors.

c) The professionals included in the Final Application did not vary their hourly rate based on the geographic location of the bankruptcy case.

d) The Final Application did not include any fees dedicated to revising time records or preparing and revising invoices that would not normally be compensable outside of bankruptcy.

e) The time period covered by the Final Application includes approximately 4.2 hours with a value of $1,228.50 spent by Dinsmore to ensure that the time entries subject to the Final Application comply with the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and do not disclose privileged or confidential information. This review and any revisions associated therewith are a necessary component of Dinsmore's preparation of each monthly fee application.

f) The Final Application did not include any rate increases since the effective date of the Court's approval of Dinsmore's retention.

## BLENDED RATE SCHEDULE

8. A blended rate schedule, as requested by *Appendix B* to UST Guidelines, is attached hereto as Exhibit B.

01:18074556.1

WHEREFORE, Dinsmore requests that the Court (i) allow on a final basis, (a) the sum of $394,323.54 as compensation for necessary professional services rendered to the Debtors for the Final Fee Period, and (b) the sum of $24,259.83 for reimbursement of actual necessary costs and expenses incurred during that period; and (ii) grant such other and further relief as is just and proper.

Dated: December 15, 2015　　　　　/s/  *Kim Martin Lewis*
　　　　Wilmington, Delaware　　　　**DINSMORE & SHOHL LLP**
　　　　　　　　　　　　　　　　　Kim Martin Lewis, Esq. (OH Bar #0043533)
　　　　　　　　　　　　　　　　　Patrick D. Burns, Esq. (OH Bar #0081111)
　　　　　　　　　　　　　　　　　255 E. 5th Street, Suite 1900
　　　　　　　　　　　　　　　　　Cincinnati, OH 45202
　　　　　　　　　　　　　　　　　Telephone:  513-977-8200
　　　　　　　　　　　　　　　　　Facsimile:  513-977-8141
　　　　　　　　　　　　　　　　　Email:  kim.lewis@dinsmore.com
　　　　　　　　　　　　　　　　　　　　　　patrick.burns@dinsmore.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | Chapter 11 |
| **SRC LIQUIDATION COMPANY,** *et al.* | Case No. 15-10541 (BLS) |
| **Debtors**[1] | Jointly Administered |
| | Hearing Date: February 17, 2016 at 10:00 a.m. (ET) |
| | Objection Deadline: January 14, 2016 at 4:00 p.m. (ET) |

### CERTIFICATION OF KIM MARTIN LEWIS

I, Kim Martin Lewis, certify as follows:

1. I am a Partner in the applicant firm, Dinsmore & Shohl LLP, and have been admitted to practice in the Supreme Court of Ohio and the United States District Court for the Southern District of Ohio.

2. I have personally performed many of the legal services rendered by Dinsmore & Shohl LLP, as special counsel to the Debtors, and am familiar with all other work performed in these cases by the firm's lawyers and paraprofessionals.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the forgoing is true and correct.

Dated: December 15, 2015

*/s/ Kim Martin Lewis*
Kim Martin Lewis

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.