## EXHIBIT A

| Professional | Total Budgeted Hours In Final Application Period | Total Budgeted Fees in Final Application Period |
|---|---|---|
| Alan H. Abes | 1.10 | $495.00 |
| Allan R. Daily | 77.40 | $24,768.00 |
| Allison L. Goico | 2.80 | $896.00 |
| Anne D. Harman | 0.60 | $159.00 |
| Ben F. Wells | 3.80 | $2,090.00 |
| Brian C. Judkins | 8.90 | $2,981.50 |
| Charles F. Hertlein, Jr. | 7.20 | $3,960.00 |
| David A. Whaley | 126.60 | $43,044.00 |
| Geoffrey L. Oberhaus | 2.40 | $1,176.00 |
| Harvey J. Cohen | 22.70 | $12,005.00 |
| James F. Gottman | 38.90 | $21,395.00 |
| Jennifer O. Mitchell | 3.30 | $1,353.00 |
| Joan M. Verchot | 8.40 | $3,612.00 |
| John D. Luken | 7.90 | $4,345.00 |
| Karen K. Gaunt | 0.40 | $170.00 |
| Kim Martin Lewis | 119.30 | $77,545.00 |
| Kimberly Gambrel | 3.70 | $1,979.50 |
| Martiné R. Dunn | 1.30 | $656.50 |
| Matthew S. Arend | 23.50 | $7,520.00 |
| Merideth A. Trott | 2.50 | $1,162.50 |
| Michael G. Dailey | 0.20 | $78.00 |
| Peter A. Draugelis | 6.70 | $2,311.50 |
| R. Warner Off | 2.80 | $910.00 |
| Richard D. Porotsky, Jr. | 0.80 | $316.00 |
| Ryan W. Green | 33.10 | $13,405.50 |
| Ryan W. Green (Travel) | 27.00 | $5,467.50 |
| Steven H. Schreiber | 0.30 | $130.50 |
| Tim J. Robinson | 0.30 | $165.00 |
| Christopher A. Deabler | 94.20 | $30,615.00 |
| Jan L. Hatcher | 31.00 | $10,075.00 |
| Meggin N. Musser | 12.90 | $3,096.00 |
| Patrick D. Burns | 95.90 | $29,249.50 |
| Steve N. Siegel | 2.00 | $720.00 |
| Adam M. Vernick | 7.60 | $1,748.00 |
| Amir J. Nahavandi | 6.80 | $1,496.00 |
| Beth A. Mandel | 78.50 | $18,055.00 |
| Charles E. Baverman III | 18.10 | $4,344.00 |
| Christopher J. Meyer | 7.70 | $1,963.50 |
| Corinne E. Keel | 0.50 | $110.00 |
| Daniel D. Briscoe, Jr. | 6.00 | $1,320.00 |

| Professional | Total Budgeted Hours In Final Application Period | Total Budgeted Fees in Final Application Period |
|---|---|---|
| David J. Martin | 7.70 | $2,002.00 |
| Diana H. Givand | 0.50 | $122.50 |
| Elizabeth A. Cramer | 14.80 | $3,404.00 |
| Emily C. Rotella | 4.70 | $1,081.00 |
| Grant B. Schweikert | 31.30 | $7,199.00 |
| J. Eric Quinn | 0.70 | $164.50 |
| Jason W. Hilliard | 206.50 | $51,625.00 |
| Jay B. Stolkin | 10.70 | $2,461.00 |
| Jenna G. Moran | 0.40 | $92.00 |
| Jerrad T. Howard | 0.60 | $138.00 |
| Joe E. Greiner | 5.10 | $1,198.50 |
| Joshua D. Grossman | 4.40 | $1,012.00 |
| Kevin L. Burch | 58.20 | $14,550.00 |
| Lauren E. Smith | 1.40 | $322.00 |
| Maxwell W. Gerwin | 2.80 | $644.00 |
| Robert J. Waine | 0.50 | $97.50 |
| Ryan A. Morrison | 6.50 | $1,527.50 |
| Sean C. Garin | 6.50 | $1,690.00 |
| Susan H. Jackson | 5.20 | $1,222.00 |
| Thomas M. Lockwood | 4.90 | $1,347.50 |
| Anna M. Vislosky | 5.00 | $1,075.00 |
| Angela C. Powell | 1.90 | $399.00 |
| Beth A. Bane | 13.40 | $2,345.00 |
| Deborah J. Watkins | 5.30 | $1,033.50 |
| Gloria S. Stemple | 0.50 | $65.00 |
| Gregory S. Hribik | 4.00 | $740.00 |
| Hillary R. Dabney | 8.00 | $1,360.00 |
| Jim Peretzky | 8.10 | $1,701.00 |
| Jodi Weaver | 0.50 | $107.50 |
| Kathy A. Adams | 1.20 | $252.00 |
| Marilyn Z. Nash | 3.00 | $495.00 |
| Natalie B. Taylor | 3.40 | $646.00 |
| Sara B. Hubbard | 12.00 | $1,320.00 |
| **TOTAL** | **1,334.80** | **$440,328.00** |