## **EXHIBIT B**

Dinsmore's hourly rates for bankruptcy services are comparable to the hourly rates charged in complex chapter 11 cases by comparably skilled bankruptcy attorneys. In addition, Dinsmore's hourly rates for bankruptcy services are comparable to the rates charged by the Firm, and by comparably skilled practitioners in other firms, for complex corporate and litigation matters, whether in court or otherwise, regardless of whether a fee application is required. By way of example, Dinsmore's blended hourly rates for attorneys and paraprofessionals in the Corporate, Litigation, and Intellectual Property sections of the Firm for the prior calendar year were as set forth below. Dinsmore believes that the services performed by those three sections of the Firm are comparable to the services performed in the Business Restructuring section. Also included below is the 2015 blended hourly rate information for all sections of the Firm, excluding the Business Restructuring section and the Workers' Compensation section.

| Category of Timekeeper | Blended Hourly Rate | | |
|---|---|---|---|
| | **Billed** In comparable practice areas for current calendar year[1] | **Billed** Firm-wide for current calendar year[2] | **Billed** This Application |
| Partner | 417.15 | 414.77 | 440.83 |
| Counsel | 373.74 | 376.66 | 305.00 |
| Associate | 248.34 | 246.81 | 238.33 |
| Paralegal | 159.35 | 160.50 | 195.00 |
| **Aggregated:** | 347.29 | 348.42 | 310.30 |

---

[1] This column reflects the blended 2015 rates charge by the firm for complex corporate and litigation matters in the following sections of the firm: Corporate, Litigation, and Intellectual Property Litigation.

[2] This column excludes blended hourly rates for the Business Restructuring section and the Workers' Compensation section.