**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: February 17, 2016 at 10:00 a.m. (ET)**<br>**Objection Deadline: January 14, 2016 at 4:00 p.m. (ET)** |

**FINAL APPLICATION OF GIBSON, DUNN & CRUTCHER LLP AS**
**GENERAL BANKRUPTCY AND RESTRUCTURING CO-COUNSEL FOR DEBTORS**
**AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION FOR**
**SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR**
**THE FINAL PERIOD MARCH 12, 2015 THROUGH NOVEMBER 19, 2015**

| | |
|---|---|
| Name of Applicant: | Gibson, Dunn & Crutcher LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | March 12, 2015 (order entered April 13, 2015 *nunc pro tunc* to March 12, 2015) |
| Period for which compensation and reimbursement is sought: | March 12, 2015 through and including November 19, 2015 |
| Amount of Final Compensation sought as actual, reasonable and necessary: | $5,931,034.75 |
| Amount of Final Expense Reimbursement sought as actual, reasonable and necessary: | $152,225.53 |

This is an:  ____ interim   __X__ final application

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

Prior applications:

| Date Filed/ Docket No. | Period Covered | Requested | | Approved to Date | | | 20% Holdback Requested |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (80%) | Expenses | CNO Filed | |
| 04/24/2015 [D.I. 347] | 03/12/2015 to 03/31/2015 | $775,326.00 | $15,289.43 | $620,260.80 | $15,289.43 | 05/13/2015 [D.I. 511] | $155,065.20 |
| 05/15/2015 [D.I. 519] | 04/01/2015 to 4/30/2015 | $1,291,716.25 | $22,773.78 | $1,033,373.00 | $22,773.78 | 06/19/2015 [D.I. 700] | $258,343.25 |
| 06/15/2015 [D.I. 672] | 05/01/2015 To 05/31/2015 | $768,411.00 | $16,036.18 | $614,728.80 | $16,036.18 | 7/2/2015 [D.I. 768] | $153,682.20 |
| 07/02/2015 [D.I. 770] | 06/01/2015 To 06/30/2015 | $874,641.25 | $19,681.01 | $699,713.00 | $19,681.01 | 7/20/2015 [D.I. 857] | $174,928.25 |
| 08/14/2015 [D.I. 928] | 07/01/2015 To 07/31/2015 | $941,575.00 | $37,901.47 | $753,260.00 | $37,901.47 | 9/02/2015 [D.I. 1007] | $188,315.00 |
| 9/15/2015 [D.I. 1044] | 08/01/2015 To 08/31/2015 | $335,995.00 | $24,364.42 | $268,796.00 | $24,364.42 | 10/02/2015 [D.I. 1131] | $67,199.00 |
| 10/09/2015 [D.I. 1148] | 09/01/2015 To 09/30/2015 | $365,536.25 | $5,409.49 | $292,429.00 | $5,409.49 | 10/28/2015 [D.I. 1232] | $73,107.25 |
| 11/16/2015 [D.I. 1296] | 10/01/2015 To 10/31/2015 | $228,952.50 | $8,062.53 | $183,162.00 | $8,062.53 | 12/03/2015 [D.I. 1360] | $45,790.50 |
| 12/01/2015 [D.I. 1354] | 11/01/2015 To 11/19/2015 | $348,881.50 | $2,707.22 | Pending | Pending | Pending | Pending |

## SUMMARY OF FINAL FEE APPLICATION

| | |
|---|---|
| Name of Applicant | Gibson, Dunn & Crutcher LLP |
| Name of Client | Debtors and Debtors in Possession |
| Time period covered by Final Fee Application | March 12, 2015 – November 19, 2015 |
| Total compensation sought during the Final Fee Application Period | $5,931,034.75 |
| Total expenses sought during the Final Fee Application Period | $152,225.53 |
| Petition Date | March 12, 2015 |
| Retention Date | March 12, 2015 |
| Date of order approving employment | April 13, 2015 |
| Total compensation approved by interim order to date | $4,968,645.50 |
| Total expenses approved by interim order to date | $136,046.29 |
| Total allowed compensation paid to date | $4,968,645.50 |
| Total allowed expenses paid to date | $136,046.29 |
| Blended rate in the Final Fee Application for all attorneys | $832.48 |
| Blended rate in the Final Fee Application for all timekeepers | $788.60 |
| Compensation sought in the Final Fee Application already paid pursuant to a monthly compensation order but not yet allowed | $475,591.00 |
| Expenses sought in the Final Fee Application already paid pursuant to a monthly compensation order but not yet allowed | $13,472.02 |
| Number of professionals included in the Final Fee Application | 75 |
| If applicable, number of professionals in the Final Fee Application not included in staffing plan approved by client | 58 |
| If applicable, difference between fees budgeted and compensation sought during the Application Period | Budgeted Fees:  $6,800,000.00; Actual Fees: $5,931,034.75 |
| Number of professionals billing fewer than 15 hours to the case during the Final Fee Application Period | 40 |
| Are any rates higher than those approved or disclosed at retention? | No |

**FINAL COMPENSATION PERIOD TIMEKEEPER SUMMARY**

| Name | Title | Department | Date of First Admission | Fees Billed in the Application Period ($) | Hours Billed in the Application Period | Hourly Rate Billed in the Application Period ($) |
|---|---|---|---|---|---|---|
| Friedman, Dennis J. | Partner | Corp. | 1970 | 21,977.50 | 14.9 | 1,475.00 |
| Becker, Barbara L. | Partner | Corp. | 1989 | 49,122.50 | 40.1 | 1,225.00 |
| Karlan, Mitchell A. | Partner | Lit. | 1980 | 61,118.50 | 48.7 | 1,255.00 |
| Rosenthal, Michael A. | Partner | Corp. | 1985 | 1,758,975.00 | 1,497.0 | 1,175.00 |
| Trinklein, Jeffrey | Partner | Tax | 1985 | 8,695.00 | 7.4 | 1,175.00 |
| Klyman, Robert A. | Partner | Corp. | 1989 | 98,748.00 | 84.4 | 1,170.00 |
| Ludwiszewski, Raymond B. | Partner | Lit. | 1984 | 62,402.50 | 54.5 | 1,145.00 |
| Lance, Andrew A. | Partner | Real Estate | 1984 | 225.00 | 0.2 | 1,125.00 |
| Nordahl, Stephen D. | Partner | Corp. | 1995 | 9,331.00 | 8.6 | 1,085.00 |
| Arnold, Dennis B. | Partner | R.E. | 1976 | 532.50 | 0.5 | 1,065.00 |
| Krause, Jeffrey C. | Partner | Corp. | 1980 | 69,970.50 | 65.7 | 1,065.00 |
| Kruse, Scott A. | Partner | Lit. | 1972 | 8,413.50 | 7.9 | 1,065.00 |
| Nelson, Karl G. | Partner | Lit. | 1991 | 13,206.00 | 12.4 | 1,065.00 |
| Adams, Aaron | Partner | Corp. | 2001 | 17,556.00 | 16.8 | 1,045.00 |
| Fabens, Andrew | Partner | Corp. | 2001 | 7,210.50 | 6.9 | 1,045.00 |
| Lutz, Brian M. | Partner | Lit. | 2003 | 230,205.00 | 223.5 | 1,030.00 |
| Manos, Karen L. | Partner | Lit. | 1986 | 309.00 | 0.3 | 1,030.00 |
| Collins, Michael J. | Partner | Lit. | 2004 | 17,313.00 | 17.4 | 995.00 |
| Kelsey, Matthew | Partner | Corp. | 2004 | 965.00 | 1.0 | 995.00 |
| Newman, Samuel A. | Partner | Corp. | 2001 | 285,004.00 | 331.4 | 860.00 |
| Rippeon, Benjamin | Partner | Tax | 2001 | 5,762.00 | 6.7 | 860.00 |
| Cline, Andrew | Of Counsel | Lit. | 2000 | 6,264.00 | 8.7 | 720.00 |
| Angel, Daniel | Associate | Corp. | 2004 | 8,635.50 | 10.1 | 855.00 |
| Ross, Stewart R. | Associate | Corp. | 2008 | 4,207.50 | 5.1 | 825.00 |
| Schmutter, Rebecca | Associate | Tax | 2008 | 1,732.50 | 2.1 | 825.00 |
| Muzumdar, Saee | Associate | Corp. | 2009 | 31,377.50 | 38.5 | 815.00 |
| Moskowitz, Alan | Associate | Corp. | 2010 | 36,466.50 | 45.3 | 805.00 |
| Noblett, Amy E. | Associate | Corp. | 2011 | 51,933.00 | 65.4 | 795.00 |
| Graves, Jeremy Lee | Associate | Lit. | 2007 | 980,745.00 | 1,301.4 | 755.00 |
| Kolb, Kyle J. | Associate | Lit. | 2012 | 348,225.00 | 464.3 | 750.00 |
| Weiner, Genevieve G. | Associate | Corp. | 2007 | 77,848.00 | 105.2 | 740.00 |
| Bach-y-Rita, Peter | Associate | Lit. | 2009 | 43,717.50 | 60.3 | 725.00 |

| Farrar, Quinton C. | Associate | Corp. | 2013 | 3,127.50 | 4.5 | 695.00 |
|---|---|---|---|---|---|---|
| Scott, Natalie K. | Associate | Corp. | 2013 | 24,186.00 | 34.8 | 695.00 |
| Jacobs, Sabina | Associate | Corp. | 2012 | 108,681.00 | 165.4 | 675.00 |
| Alsarraf, Ali I. | Associate | Lit. | 2014 | 14,560.00 | 22.4 | 650.00 |
| Hogan, Mary K. | Associate | Unassigned | 2014 | 3,510.00 | 5.4 | 650.00 |
| Baris, Sam G. | Associate | Corp. | 2013 | 21,406.00 | 30.8 | 695.00 |
| Cherry, Kathryn M. | Associate | Lit. | 2014 | 1,040.00 | 1.6 | 650.00 |
| Porcelli, Matthew P. | Associate | Unassigned | 2014 | 174,980.00 | 269.2 | 650.00 |
| Babcock, Christopher J. | Associate | Corp. | 2011 | 91,062.50 | 145.7 | 625.00 |
| Bouslog, Matthew G. | Associate | Corp. | 2011 | 944,625.00 | 1,511.4 | 625.00 |
| Garmyn, Brittany L. | Associate | Lit. | 2012 | 71,812.50 | 114.9 | 625.00 |
| Barnao, James | Law Clerk | Unassigned | Pending | 14,351.00 | 25.4 | 565.00 |
| Miceli, Margaret C. | Associate | Unassigned | 2015 | 17,628.00 | 31.2 | 565.00 |
| Marsh, Karyn Bergmann | Staff Attorney | Lit. | 2003 | 605.00 | 1.1 | 550.00 |
| Ranney, Christine L. | Associate | Unassigned | 2014 | 2,272.50 | 4.5 | 505.00 |
| Speak, Emily B. | Associate | Unassigned | 2013 | 6,969.00 | 13.8 | 505.00 |
| Avunjian, Helen O. | Associate | Unassigned | 2014 | 5,198.00 | 11.3 | 460.00 |
| Jain, Shailey | Associate | Unassigned | 2014 | 10,580.00 | 23.0 | 460.00 |
| Lee, Victor D. | Associate | Unassigned | 2014 | 230.00 | 0.5 | 460.00 |
| Magallanes, Katie M. | Associate | Unassigned | 2014 | 33,810.00 | 73.5 | 460.00 |
| Thompson-Glover, Chelsea G. | Associate | | 2015 | 5,056.00 | 12.8 | 395.00 |
| Bratcher, Vanessa V. | Mgr. of Global Services | N/A | N/A | 4,698.00 | 10.8 | 435.00 |
| Kann, Stephanie S. | Paralegal | Corp. | N/A | 4,578.00 | 10.9 | 420.00 |
| Amponsah, Duke K. | Paralegal | Corp. | N/A | 52,456.00 | 132.8 | 395.00 |
| Santamaria, Ariel | Paralegal | Lit. | N/A | 14,615.00 | 37.0 | 395.00 |
| Santos, F. Pamela | Paralegal | N/A | N/A | 16,344.00 | 45.4 | 360.00 |
| Dieng, Cheikh | Paralegal | Lit. | N/A | 2,940.00 | 9.8 | 300.00 |
| Uslaner, Brett M. | Paralegal | Corp. | N/A | 300.00 | 1.0 | 300.00 |
| Modzelewski, Kevin A. | eDiscovery Specialist | N/A | N/A | 34,708.50 | 85.7 | 405.00 |
| Alarcon, Roberto | eDiscovery Specialist | N/A | N/A | 2,952.00 | 8.2 | 360.00 |
| Hyde, Robert | eDiscovery Specialist | N/A | N/A | 10,188.00 | 28.3 | 360.00 |
| Jones, Mitchell | eDiscovery Specialist | N/A | N/A | 5,508.00 | 15.3 | 360.00 |
| Personett, Curtis | eDiscovery Specialist | N/A | N/A | 900.00 | 2.5 | 360.00 |
| Shin, Daniel Y. | eDiscovery | N/A | N/A | 180.00 | 0.5 | 360.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Analyst | | | | | |
| Raber, Steven | Research Manager | N/A | N/A | 744.00 | 3.1 | 240.00 |
| Scott, Spencer | Research Analyst | N/A | N/A | 456.00 | 1.9 | 240.00 |
| Buckwalter, Mari Ann | Research Manager | N/A | N/A | 184.00 | 0.8 | 230.00 |
| Enright, Sheila | Research Analyst | N/A | N/A | 184.00 | 0.8 | 230.00 |
| Jones, Carla | Research Analyst | N/A | N/A | 63.00 | 0.3 | 210.00 |
| Kurinsky, Erin | Research Analyst | N/A | N/A | 336.00 | 1.6 | 210.00 |
| Dun, Elisa | Summer Associate | N/A | N/A | 2,398.50 | 12.3 | 195.00 |
| Goldnick, Zoey G. | Summer Associate | N/A | N/A | 1,267.50 | 6.5 | 195.00 |
| Organek, William A. | Summer Associate | N/A | N/A | 9,672.00 | 49.6 | 195.00 |
| **Totals** | | | | **6,039,556.5** | **7,521.0** | |
| **Non-Working Travel Time Reduction (50%)** | | | | (106,129.00) | | |
| **Additional Voluntary Write-Offs** | | | | (18,619.00) | | |
| **Net Fees** | | | | **$5,931,034.75** | | |

**FINAL COMPENSATION BY PROJECT CATEGORY**

| SUMMARY OF COMPENSATION BY PROJECT CATEGORY | | |
|---|---|---|
| **Project Category** | **Hours Billed** | **Fees Sought($)** |
| Asset Analysis and Recovery | 4.3 | 4,046.50 |
| Asset Disposition | 1,590.8 | 1,384,099.50 |
| Assumption and Rejection of Leases and Contracts | 210.8 | 141,697.50 |
| Avoidance Action Analysis | 12.0 | 12,065.00 |
| Budgeting | 3.8 | 2,563.00 |
| Business Operations | 73.5 | 56,980.50 |
| Case Administration | 264.2 | 201,891.50 |
| Claims Administration and Objections | 321.9 | 223,228.00 |
| Communications and Meetings with Creditors | 126.3 | 88,349.50 |
| Corporate Governance, Board Matters, and Securities Law | 207.8 | 203,104.00 |
| Employee Benefits and Pensions | 329.5 | 294,842.00 |
| Employment and Fee Applications - Gibson | 226.8 | 115,107.50 |
| Employment and Fee Applications - Others | 127.1 | 93,891.00 |
| Financing, Cash Collateral, and Cash Management | 265.3 | 254,326.50 |
| Hearings | 207.9 | 185,598.50 |
| Insurance | 30.0 | 20,701.00 |
| Litigation | 1,815.5 | 1,353,863.00 |
| Non-Working Travel | 306.1 | 246,127.50.00 |
| Plan and Disclosure Statement | 584.7 | 526,777.00 |
| Plan Exclusivity | 6.5 | 5,761.50 |
| Real Estate | 11.2 | 10,220.00 |
| Relief from Stay and Adequate Protection | 17.0 | 11,157.50 |
| Reporting | 99.5 | 64,713.00 |
| Secured Creditor/Collateral | 257.5 | 220,815.00 |
| Tax | 74.1 | 59,635.50 |
| Utilities | 26.9 | 18,442.50 |
| Vendors and Suppliers | 253.2 | 188,691.50 |
| Taylor Sale Reimbursable Work | 66.8 | 48,467.25 |
| **Total** | **7,521.0** | **6,037,162.75** |
| | | |
| Non-Working Travel Time Reduction (50%) | | (106,128.00) |
| **Net Fees** | | **$5,931,034.75** |

## FINAL EXPENSE SUMMARY

| Expenses Category | Total Expenses |
|---|---|
| Certified Copies | $1,879.60 |
| Computer Supplies | $474.11 |
| Data Line Charge | $358.53 |
| Document Search And Retrieval | $16,598.08 |
| Filing Fees | $344.80 |
| In House Duplication | $5,914.40 |
| Lodging | $21,785.07 |
| Meals | $14,030.13 |
| Messenger And Courier Expense | $1,299.08 |
| On-Line Research Nexis – Corp | $111.60 |
| On-Line Research (Lexis) | $6,189.80 |
| On-Line Research (Westlaw) | $20,841.20 |
| On-Line Research Nexis – Main | $3,355.00 |
| Outside Duplication And Binding | $82.51 |
| Outside Process Server | $758.45 |
| Outside Services/Consultants | $133.40 |
| Postage | $11.15 |
| Recording Fees | $245.00 |
| Searches-(UCC & Others) | $445.08 |
| Secretary Support | $40.00 |
| Specialized Researching/Filing Fees | $1,905.84 |
| Telephone Charges | $3,959.20 |
| Transcript/Digesting | $10,084.77 |
| Travel | $41,336.93 |
| In House Duplication (Taylor Sale Reimbursable Work) | $41.80 |
| **Total** | **$152,225.53** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: February 17, 2016 at 10:00 a.m. (ET)**<br>**Objection Deadline: January 14, 2016 at 4:00 p.m. (ET)** |

**FINAL APPLICATION OF GIBSON, DUNN & CRUTCHER LLP AS
GENERAL BANKRUPTCY AND RESTRUCTURING CO-COUNSEL FOR DEBTORS
AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR
THE FINAL PERIOD MARCH 12, 2015 THROUGH NOVEMBER 19, 2015**

Pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016 of the Federal Rules of Bankruptcy

Procedure, the law firm of Gibson, Dunn & Crutcher, LLP ("Gibson Dunn" or the "Firm") hereby

moves this Court for reasonable compensation for professional legal services rendered as counsel to

the above-captioned debtors and debtors in possession (the "Debtors"), in the final amount of

$5,931,034.75 together with reimbursement for actual and necessary expenses incurred in the

amount of $152,225.53 for the period commencing March 12, 2015 through November 19, 2015

(the "Final Fee Period").  In support of its Application, Gibson Dunn respectfully represents as

follows:

1.       Gibson Dunn was employed under a general retainer to represent the Debtors as

general bankruptcy and restructuring co-counsel in connection with these chapter 11 cases effective

---

[1]     The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

as of April 13, 2015, pursuant to an order [Docket No. 255] (the "Retention Order") entered by this Court on April 13, 2015.  The Retention Order authorized Gibson Dunn to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

2.      All services for which compensation is requested by Gibson Dunn were performed for or on behalf of the Debtors.

## SUMMARY OF SERVICES RENDERED

3.      Summaries of the fees and expenses incurred during the Final Fee Period are set forth in detail in the prior monthly applications (the "Monthly Applications") filed with the Court. *See* Docket Nos. 347, 519, 672, 770, 928, 1044, 1148, 1296 and 1354.

## VALUATION OF SERVICES

4.      Gibson Dunn believes that the time entries and the expense breakdowns set forth in the Monthly Applications are in compliance with the requirements of Local Rule 2016-2.

5.      In accordance with the factors enumerated in 11 U.S.C. § 330, the amount requested is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

6.      Gibson Dunn further submits that the amount requested is appropriate considering the excellent results achieved in the cases. In particular, Gibson Dunn and the Debtors' other professionals were successful in achieving the sale of substantially all of the Debtors' assets through a productive, value-maximizing auction process that materially increased recoveries to creditors over the stalking horse bid.  Through these efforts, Gibson Dunn and the Debtors' other professionals transformed the cases from a state of apparent administrative insolvency to one where administrative and priority creditors will be paid in full, and general unsecured creditors will receive additional value.

## BUDGET AND STAFFING PLAN

6.      In accordance with the Retention Order and the Interim Compensation Procedures

Order, attached hereto as Exhibit A is the budget and staffing plan for Gibson Dunn approved by

the Debtors for the Final Fee Period.

## STATEMENT OF APPLICANT

7.      The following statements address the questions set forth under section C.5 of the

*Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed*

*Under United States Code by Attorneys in Larger Chapter 11 Cases* (the "UST Guidelines"):

> a)      During the Final Fee Period, Gibson Dunn did not agree to any variations
>
> from, or alternatives to, its standard or customary billing rates, fees, or terms.
>
> b)      The fees sought by Gibson Dunn in the Final Application are not more than
>
> 10% higher than the fees budgeted pursuant to the original budget provided
>
> by Gibson Dunn to the Debtors.
>
> c)      The professionals included in the Final Application did not vary their hourly
>
> rate based on the geographic location of the bankruptcy case.
>
> d)      The Final Application does not include any fees dedicated to revising time
>
> records or preparing and revising invoices that would not normally be
>
> compensable outside of bankruptcy.
>
> e)      The time period covered by the Final Application includes approximately
>
> 66.1 hours with a value of $27,695.00 spent by Gibson Dunn to ensure that
>
> the time entries subject to the Final Application comply with the Local Rules
>
> of Bankruptcy Practice and Procedure of the United States Bankruptcy Court
>
> for the District of Delaware and do not disclose privileged or confidential
>
> information.  This review and any revisions associated therewith are a

3

necessary component of Gibson Dunn's preparation of each monthly fee application.

f)  The Final Application did not include any rate increases since the effective date of the Court's approval of Gibson Dunn's retention.

### **BLENDED RATE SCHEDULE**

8.      A blended rate schedule, as requested by *Appendix B* to UST Guidelines, is attached hereto as Exhibit B.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, Gibson Dunn requests that the Court (i) allow on a final basis, (a) the sum of $5,931,034.75 as compensation for necessary professional services rendered to the Debtors for the Final Fee Period, and (b) the sum of $152,225.53 for reimbursement of actual necessary costs and expenses incurred during that period; and (ii) grant such other and further relief as is just and proper.

Dated:    December 15, 2015
          Wilmington, Delaware

                                    _/s/ Michael A. Rosenthal_____
                                    Michael A. Rosenthal (NY No. 4697561)
                                    Jeremy L. Graves (CO No. 45522)
                                    Matthew G. Bouslog (CA No. 280978)
                                    GIBSON, DUNN & CRUTCHER LLP
                                    200 Park Avenue
                                    New York, New York 10166-0193
                                    Telephone: (212) 351-4000
                                    Facsimile: (212) 351-4035
                                    mrosenthal@gibsondunn.com
                                    jgraves@gibsondunn.com
                                    mbouslog@gibsondunn.com

                                    *General Bankruptcy and Restructuring Counsel*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*, | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

## <u>CERTIFICATION OF MICHAEL A. ROSENTHAL</u>

I, Michael A. Rosenthal, certify as follows:

1.     I am a Partner in the applicant firm, Gibson, Dunn & Crutcher LLP ("Gibson Dunn"), and have been admitted to appear before this Court.

2.     I have personally performed many of the legal services rendered by Gibson Dunn to SRC Liquidation Company and its affiliated debtors and debtors in possession in connection with their chapter 11 cases, and am familiar with all other work performed on behalf of the lawyers and paraprofessionals at Gibson Dunn.

3.     The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the forgoing is true and correct.

Dated:  December 15, 2015

*/s/ Michael A. Rosenthal*
Michael A. Rosenthal