# **EXHIBIT A**

| | BUDGETED AMOUNT ($) | | | | | | | | | BUDGETED AMOUNT ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| | **March** | **April** | **May** | **June** | **July** | **August** | **September** | **October** | **November** | **Application Period** |
| Total Fees | 800,000.00 | 1,350,000.00 | 1,250,000.00 | 1,000,000.00 | 1,000,000.00 | 400,000.00 | 400,000.00 | 250,000.00 | 350,000.00 | 6,800,000.00 |
| | PROFESSIONAL RATES | | | | | | | | | PROFESSIONAL RATES |
| **Professional** | **March** | **April** | **May** | **June** | **July** | **August** | **September** | **October** | **November** | **Application Period** |
| Becker, Barbara L. | 1,225.00 | 1,225.00 | 1,225.00 | 1,225.00 | 1,225.00 | 1,225.00 | N/A | N/A | N/A | 1,225.00 |
| Rosenthal, Michael A. | 1,175.00 | 1,175.00 | 1,175.00 | 1,175.00 | 1,175.00 | 1,175.00 | 1,175.00 | 1,175.00 | 1,175.00 | 1,175.00 |
| Ludwiszewski, Raymond B. | 1,145.00 | 1,145.00 | 1,145.00 | 1,145.00 | 1,145.00 | 1,145.00 | N/A | N/A | N/A | 1,145.00 |
| Lutz, Brian M. | 1,030.00 | 1,030.00 | 1,030.00 | 1,030.00 | N/A | N/A | N/A | N/A | N/A | 1,030.00 |
| Collins, Michael J. | 995.00 | 995.00 | 995.00 | 995.00 | N/A | N/A | N/A | N/A | N/A | 995.00 |
| Newman, Samuel A. | 860.00 | 860.00 | 860.00 | 860.00 | N/A | N/A | N/A | N/A | N/A | 860.00 |
| Muzumdar, Saee | 815.00 | 815.00 | 815.00 | 815.00 | N/A | N/A | N/A | N/A | N/A | 815.00 |
| Graves, Jeremy Lee | 755.00 | 755.00 | 755.00 | 755.00 | 755.00 | 755.00 | 755.00 | 755.00 | 755.00 | 755.00 |
| Kolb, Kyle J. | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | N/A | N/A | N/A | 750.00 |
| Alsarraf, Ali I. | 650.00 | 650.00 | 650.00 | 650.00 | N/A | N/A | N/A | N/A | N/A | 650.00 |
| Porcelli, Matthew P. | 650.00 | 650.00 | 650.00 | 650.00 | N/A | N/A | N/A | N/A | N/A | 650.00 |
| Bouslog, Matthew G. | 625.00 | 625.00 | 625.00 | 625.00 | 625.00 | 625.00 | 625.00 | 625.00 | 625.00 | 625.00 |
| Babcock, Christopher J. | N/A | N/A | N/A | N/A | 625.00 | 625.00 | 625.00 | N/A | N/A | |
| Other Restructuring/Transactional | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 |
| Other Litigation | 650.00 | 650.00 | 650.00 | 650.00 | 650.00 | 650.00 | N/A | N/A | 650.00 | 650.00 |
| Amponsah, Duke K. | 395.00 | 395.00 | 395.00 | 395.00 | 395.00 | 395.00 | 395.00 | 395.00 | 395.00 | 395.00 |
| eDiscovery Assistance | 360.00 | 360.00 | 360.00 | 360.00 | 360.00 | 360.00 | N/A | N/A | N/A | 360.00 |

| | BUDGETED HOURS | | | | | | | | | BUDGETED HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| Professional | March | April | May | June | July | August | September | October | November | Application Period |
| Becker, Barbara L. | 10 | 50 | 50 | 75 | 10 | 0 | 0 | 0 | 0 | 195 |
| Karlan, Mitchell A. | 0 | 0 | 0 | 0 | 50 | 10 | 0 | 0 | 0 | 60 |
| Rosenthal, Michael A. | 30 | 200 | 200 | 180 | 220 | 150 | 140 | 100 | 120 | 1340 |
| Ludwiszewski, Raymond B. | 5 | 15 | 15 | 15 | 20 | 0 | 0 | 0 | 0 | 70 |
| Noblett, Amy E. | 0 | 0 | 0 | 0 | 20 | 10 | 0 | 0 | 0 | 30 |
| Lutz, Brian M. | 40 | 125 | 125 | 50 | 0 | 0 | 0 | 0 | 0 | 340 |
| Collins, Michael J. | 10 | 25 | 25 | 25 | 0 | 0 | 0 | 0 | 0 | 85 |
| Newman, Samuel A. | 150 | 110 | 110 | 30 | 0 | 0 | 0 | 0 | 0 | 400 |
| Muzumdar, Saee | 20 | 50 | 50 | 100 | 0 | 0 | 0 | 0 | 0 | 220 |
| Graves, Jeremy Lee | 170 | 200 | 200 | 180 | 220 | 100 | 150 | 50 | 90 | 1360 |
| Kolb, Kyle J. | 60 | 150 | 125 | 75 | 100 | 10 | 0 | 0 | 0 | 520 |
| Alsarraf, Ali I. | 10 | 125 | 125 | 65 | 0 | 0 | 0 | 0 | 0 | 325 |
| Porcelli, Matthew P. | 80 | 150 | 150 | 75 | 0 | 0 | 0 | 0 | 0 | 455 |
| Bouslog, Matthew G. | 150 | 200 | 200 | 180 | 220 | 150 | 150 | 120 | 140 | 1510 |
| Babcock, Christopher J. | 0 | 0 | 0 | 0 | 150 | 10 | 10 | 0 | 0 | 170 |
| Garmyn, Brittany L. | 0 | 0 | 0 | 0 | 100 | 10 | 0 | 0 | 0 | 110 |
| Other Restructuring/Transactional | 200 | 50 | 50 | 50 | 55 | 10 | 20 | 15 | 50 | 500 |
| Other Litigation | 105 | 100 | 0 | 0 | 55 | 0 | 0 | 0 | 13 | 273 |
| Amponsah, Duke K. | 10 | 100 | 100 | 100 | 25 | 15 | 20 | 25 | 20 | 415 |
| eDiscovery Assistance | 10 | 100 | 100 | 75 | 20 | 0 | 0 | 0 | 0 | 305 |
| **TOTAL** | **1060** | **1750** | **1625** | **1275** | **1265** | **475** | **490** | **310** | **433** | **8683** |

4

| | BUDGETED FEES ($) | | | | | | | | | BUDGETED FEES ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| **Professional** | **March** | **April** | **May** | **June** | **July** | **August** | **September** | **October** | **November** | **Application Period** |
| Becker, Barbara L. | 12,250.00 | 61,250.00 | 61,250.00 | 91,875.00 | 12,250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 238,875.00 |
| Karlan, Mitchell A. | 0.00 | 0.00 | 0.00 | 0.00 | 62,750.00 | 12,550.00 | 0.00 | 0.00 | 0.00 | 75,300.00 |
| Rosenthal, Michael A. | 35,250.00 | 235,000.00 | 235,000.00 | 211,500.00 | 258,500.00 | 176,250.00 | 164,500.00 | 117,500.00 | 141,000.00 | 1,574,500.00 |
| Ludwiszewski, Raymond B. | 5,725.00 | 17,175.00 | 17,175.00 | 17,175.00 | 22,900.00 | 0.00 | 0.00 | 0.00 | 0.00 | 80,150.00 |
| Noblett, Amy E. | 0.00 | 0.00 | 0.00 | 0.00 | 15,900.00 | 7,950.00 | 0.00 | 0.00 | 0.00 | 23,850.00 |
| Lutz, Brian M. | 41,200.00 | 128,750.00 | 128,750.00 | 51,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 350,200.00 |
| Collins, Michael J. | 9,950.00 | 24,875.00 | 24,875.00 | 24,875.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 84,575.00 |
| Newman, Samuel A. | 129,000.00 | 92,950.00 | 64,500.00 | 25,800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 312,250.00 |
| Muzumdar, Saee | 16,300.00 | 40,750.00 | 40,750.00 | 81,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 179,300.00 |
| Graves, Jeremy Lee | 128,350.00 | 155,000.00 | 155,000.00 | 139,500.00 | 166,100.00 | 75,500.00 | 113,250.00 | 37,750.00 | 67,950.00 | 1,038,400.00 |
| Kolb, Kyle J. | 45,000.00 | 112,500.00 | 112,500.00 | 56,250.00 | 75,000.00 | 7,500.00 | 0.00 | 0.00 | 0.00 | 408,750.00 |
| Alsarraf, Ali I. | 6,500.00 | 81,250.00 | 81,250.00 | 41,325.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 210,325.00 |
| Porcelli, Matthew P. | 52,000.00 | 97,500.00 | 97,500.00 | 48,750.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 295,750.00 |
| Bouslog, Matthew G. | 93,750.00 | 125,000.00 | 125,000.00 | 112,500.00 | 137,500.00 | 93,750.00 | 93,750.00 | 75,000.00 | 87,500.00 | 943,750.00 |
| Babcock, Christopher J. | 0.00 | 0.00 | 0.00 | 0.00 | 93,750.00 | 6,250.00 | 6,250.00 | 0.00 | 0.00 | 106,250.00 |
| Garmyn, Brittany L. | 0.00 | 0.00 | 0.00 | 0.00 | 62,500.00 | 6,250.00 | 0.00 | 0.00 | 0.00 | 68,750.00 |
| Other Restructuring/Transactional | 150,000.00 | 37,500.00 | 30,950.00 | 30,950.00 | 41,250.00 | 8,075.00 | 14,350.00 | 9,875.00 | 37,500.00 | 360,450.00 |
| Other Litigation | 67,175.00 | 65,000.00 | 0.00 | 0.00 | 35,750.00 | 0.00 | 0.00 | 0.00 | 8,150.00 | 176,075.00 |
| Amponsah, Duke K. | 3,950.00 | 39,500.00 | 39,500.00 | 39,500.00 | 9,875.00 | 5,925.00 | 7,900.00 | 9,875.00 | 7,900.00 | 163,925.00 |
| eDiscovery Assistance | 3,600.00 | 36,000.00 | 36,000.00 | 27,000.00 | 5,975.00 | 0.00 | 0.00 | 0.00 | 0.00 | 108,575.00 |
| **TOTAL** | **800,000** | **1,350,000** | **1,250,000** | **1,000,000** | **1,000,000** | **400,000** | **400,000** | **250,000** | **350,000** | **6,800,000** |

5

| PROFESSIONAL | POSITION OF PROFESSIONAL; NUMBER OF YEARS IN THAT POSITION; YEAR OBTAINING LICENSE TO PRACTICE, IF APPLICABLE |
|---|---|
| Becker, Barbara L. | Elected partner at Chadbourne & Parke in 1995. Joined firm as a partner in 2000. Member of NY Bar since 1989. |
| Karlan, Mitchell A. | Partner since 1989. Joined firm as an associate in 1984. Member of DC Bar since 2005. Member of NY Bar since 1980. |
| Rosenthal, Michael A. | Partner since 1992. Joined firm as an Of Counsel in 1989. Member of IL Bar since 1980; NY Bar since 2009; TX Bar since 1985. |
| Ludwiszewski, Raymond B. | Partner since 1993. Joined firm after serving as General Counsel of the U.S. Environmental Protect Agency. Member of D.C. Bar since 1984. |
| Lutz, Brian M. | Partner since 2012. Joined firm as an associate in 2003. Member of CA Bar since 2008; NY Bar since 2003. |
| Collins, Michael J. | Partner since 2007. Joined firm as an associate in 2000. Member of D.C. Bar since 2004. |
| Newman, Samuel A. | Partner since 2009. Joined firm as an associate in 2001. Member of CA Bar since 2001. |
| Muzumdar, Saee | Associate. Joined firm as an associate in 2008. Member of NY Bar since 2009. |
| Noblett, Amy E. | Associate. Joined firm as an associate in 2010. Member of NY Bar since 2011. |
| Graves, Jeremy Lee | Associate. Joined firm as an associate in 2008. Member of CO Bar since 2012; TX Bar since 2007. |
| Kolb, Kyle J. | Associate. Joined firm as an associate in 2011. Member of NY Bar since 2012. |
| Alsarraf, Ali I. | Associate. Joined firm as an associate in 2013. Member of NY Bar since 2014. |
| Porcelli, Matthew P. | Associate. Joined firm as an associate in 2014. Member of NY Bar since 2014. |
| Bouslog, Matthew G. | Associate. Joined firm as an associate in 2012. Member of CA Bar since 2011. |
| Babcock, Christopher J. | Associate. Joined firm as an associate in 2011. Member of TX Bar since 2011. |

| | |
|---|---|
| Garmyn, Brittany L. | Associate. Joined firm as an associate in 2011. Member of NY Bar since 2012. |
| Amponsah, Duke K. | Paralegal |