## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION COMPANY, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                             ) SS
NEW CASTLE COUNTY   )

       Troy M. Bollman, being duly sworn according to law, deposes and says that he is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys to the Debtors in the above-captioned cases, and that on December 9, 2015, he caused a copy of the following document(s) to be served as indicated upon the parties identified on the attached service list:

       **Notice of Filing of Monthly Compensation and Staffing Report of WilliamsMarston LLC for the Period from November 1, 2015 Through November 19, 2015 [Docket No. 1379]**

_____
Troy M. Bollman

SWORN TO AND SUBSCRIBED before me this 17th day of December, 2015.

_____
Notary Public

MELISSA L. ROMANO
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires June 5, 2018

---

[1]   The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

**SERVICE LIST**
**12/9/2015**

Office of the United States Trustee
Attn: Mark Kenney, Esq.
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801
*Hand Delivery*

C. Edward Dobbs, Esq.
James S. Rankin, Jr., Esq.
Jack C. Basham, Jr. Esq.
Joshua J. Lewis, Esq.
Parker, Hudson, Rainer & Dobbs LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, NE
Atlanta, GA 30303
*First Class Mail*

Kenneth A. Rosen, Esq.
Sharon L. Levine, Esq.
Lowenstein Sandler LLP
65 Livingston Avenue
Roseland, NJ 07068
*First Class Mail*

Gerald C. Bender, Esq.
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, NY 10020
*First Class Mail*

Ron E. Meisler, Esq.
Albert H. Hogan III, Esq.
Christopher M. Dressel, Esq.
Carl T. Tullson, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacke Drive
Chicago, IL 60606
*First Class Mail*

Christopher A. Ward, Esq.
Shanti M. Katona, Esq.
Justin K. Edelson, Esq.
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
*Hand Delivery*

Mark D. Collins, Esq.
Tyler D. Semmelman, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
*Hand Delivery*

Sarah E. Pierce, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
*Hand Delivery*