UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION COMPANY<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10541 |

## ENTRY OF APPEARANCE

The undersigned counsel hereby enters his appearance for an interested party.

**SHELDON S. TOLL PLLC**

By: \_\_\_\_\_/s/  S. S. Toll_____
Sheldon S. Toll (Mich Bar No P-21490)
29580 Northwestern Hwy., Ste. 100
Southfield, MI 48034
(248) 797-9111
sst@lawtoll.com