**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | **Re: Docket No. 1359** |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 1359

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the **Debtors' Third Motion for Entry of an Order Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452** [Docket No. 1359] (the "Motion") filed on December 3, 2015.

The undersigned further certifies that he has reviewed the Court's docket in these cases and no answer, objection or other responsive pleading to the Motion appears thereon. Objections to the Motion were to be filed and served by 4:00 p.m. (ET) on December 17, 2015.

*[Remainder of Page Intentionally Left Blank]*

01:18092512.1

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.


Dated:    December 21, 2015
           Wilmington, Delaware
                                    */s/ Andrew L. Magaziner*
                                    Michael R. Nestor (No. 3526)
                                    Kara Hammond Coyle (No. 4410)
                                    Andrew L. Magaziner (No. 5426)
                                    YOUNG CONAWAY STARGATT & TAYLOR, LLP
                                    Rodney Square
                                    1000 North King Street
                                    Wilmington, Delaware 19801
                                    Telephone:  (302) 571-6600
                                    Facsimile:  (302) 571-1253
                                    mnestor@ycst.com
                                    kcoyle@ycst.com
                                    amagaziner@ycst.com

                                    -and-

                                    Michael A. Rosenthal (NY No. 4697561)
                                    Jeremy L. Graves (CO No. 45522)
                                    Matthew G. Bouslog (CA No. 280978)
                                    GIBSON, DUNN & CRUTCHER LLP
                                    200 Park Avenue
                                    New York, New York 10166-0193
                                    Telephone:  (212) 351-4000
                                    Facsimile:  (212) 351-4035
                                    mrosenthal@gibsondunn.com
                                    jgraves@gibsondunn.com
                                    mbouslog@gibsondunn.com

                                    *Counsel to the Debtors and*
                                    *Debtors in Possession*