# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | |

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that the following attorneys and their firms no longer serve as Delaware and principal counsel, on behalf of SRC Liquidation LLC ("SRC") (f/k/a SRC Liquidation Company) in the above-captioned case:

>Michael R. Nestor (No. 3526)
>Kara Hammond Coyle (No. 4410)
>Maris J. Kandestin (No. 5294)
>Andrew L. Magaziner (No. 5426)
>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>Rodney Square
>1000 North King Street
>Wilmington, Delaware 19801
>Telephone: (302) 571-6600
>Facsimile: (302) 571-1253
>mnestor@ycst.com
>kcoyle@ycst.com
>mkandestin@ycst.com
>amagaziner@ycst.com
>
>-and-

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

    Michael A. Rosenthal (NY No. 4697561)
    Jeremy L. Graves (CO No. 45522)
    Matthew G. Bouslog (CA No. 280978)
    GIBSON, DUNN & CRUTCHER LLP
    200 Park Avenue
    New York, New York 10166-0193
    Telephone: (212) 351-4000
    Facsimile: (212) 351-4035
    mrosenthal@gibsondunn.com
    jgraves@gibsondunn.com
    mbouslog@gibsondunn.com

**PLEASE TAKE FURTHER NOTICE** that Lowenstein Sandler LLP and Polsinelli PC serve as counsel for SRC and request that all notices given or required to be given in this case, and all papers served or required to be served in this case, are served upon the following counsel:

    Sharon L. Levine, Esq.
    Wojciech F. Jung, Esq.
    LOWENSTEIN SANDLER LLP
    65 Livingston Avenue
    Roseland, NJ  07068
    Telephone: (973) 597-2500
    Facsimile: (973) 597-2400
    slevine@lowenstein.com
    wjung@lowenstein.com

    -and-

    Christopher A. Ward (Del. Bar No. 3877)
    Justin K. Edelson (Del. Bar No. 5002)
    POLSINELLI PC
    222 Delaware Avenue, Suite 1101
    Wilmington, DE 19801
    Telephone: (302) 252-0920
    Facsimile: (302) 252-0921
    cward@polsinelli.com
    jedelson@polsinelli.com

**PLEASE TAKE FURTHER NOTICE** that Gibson, Dunn & Crutcher LLP and Young Conway Stargatt & Taylor, LLP hereby withdraw their appearance as Delaware and principal

counsel for SRC (f/k/a SRC Liquidation Company) and request to be removed from any and all service lists in this case and replaced with Lowenstein Sandler LLP and Polsinelli PC.

Dated: December 22, 2015
      Wilmington, Delaware

*/s/ Andrew L. Magaziner*
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Maris J. Kandestin (No. 5294)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
mnestor@ycst.com
kcoyle@ycst.com
mkandestin@ycst.com
amagaziner@ycst.com

-and-

Michael A. Rosenthal (NY No. 4697561)
Jeremy L. Graves (CO No. 45522)
Matthew G. Bouslog (CA No. 280978)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
mrosenthal@gibsondunn.com
jgraves@gibsondunn.com
mbouslog@gibsondunn.com