# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:

SRC LIQUIDATION COMPANY,
*et al.*,[1]

        Debtors.

_____/

Chapter 11

Case No. 15-10541 (BLS)

(Jointly Administered)

## NOTICE OF WITHDRAWAL OF SUNDEEP S. SIDHU, ESQ. FROM ACTION AND REQUEST TO STOP ELECTRONIC NOTICE

Sundeep S. Sidhu, Esq. hereby withdraws his appearance on behalf of The Ultimate Software Group, Inc. in the within case and requests that he be administratively removed from the list for receipt of notices of electronic filing, as well as the Court's mailing matrix.

Undersigned counsel certifies that the aforementioned party consents to the withdrawal of counsel.

Dated: December 23, 2015.

/s/ Sundeep S. Sidhu
Sundeep S. Sidhu, Esq.
Delaware Bar No. 5417
sunny.sidhu@akerman.com
AKERMAN LLP
420 S. Orange Avenue, Suite 1200
Orlando, FL 32801-4904
Phone: (407) 423-4000
Facsimile: (407) 843-6610

*Attorneys for The Ultimate Software Group, Inc.*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company f/k/a The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

{37041477;1}

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Withdrawal of Appearance, was furnished via electronic mail using the Court's CM/ECF system on all parties having appeared electronically on December 23, 2015.

                                          /s/ Sundeep S. Sidhu
                                          Sundeep S. Sidhu, Esq.