## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | (Jointly Administered) |

**CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING
STIPULATION REGARDING SETOFF UNDER 11 U.S.C. § 553**

I, Justin K. Edelson, of Polsinelli PC, counsel to SRC Liquidation LLC, hereby certify as follows:

1. In 2008, PSI Group, Inc., now known as Pitney Bowes Presort Services, Inc. ("Pitney Bowes"), and the Liquidating Debtor (then known as The Standard Register Company), entered into a National Mail Processing Agreement (the "Agreement"). In connection with the Agreement, the Liquidating Debtor paid Pitney Bowes a security deposit of $187,000.00 (the "Prepetition Deposit").

2. On March 12, 2015 (the "Petition Date"), the Liquidating Debtor and ten of its affiliates (collectively, the "Debtors") filed petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

3. On or about April 28, 2015, Pitney Bowes timely filed a proof of claim [Claim No. 766] in the Liquidating Debtor's bankruptcy case, asserting a general unsecured claim in the amount of $884,560.37 (the "Pitney Bowes Claim").

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

4. The Debtors' *Second Amended Plan of Reorganization* (the "Plan") was confirmed by Order of the United States Bankruptcy Court for the District of Delaware dated November 19, 2015. The effective date of the Plan occurred on December 18, 2015. See D.I. 1412.

5. The Liquidating Debtor and Pitney Bowes have engaged in negotiations regarding the above and have agreed, subject to approval by the Court, to permit Pitney Bowes to apply the Prepetition Deposit against the Pitney Bowes Claim as more fully set forth in the *Stipulation Regarding Setoff Under 11 U.S.C. § 553* (the "Stipulation").

6. Attached hereto as **Exhibit A** is a proposed form of order (the "Order") approving the Stipulation. The Stipulation is attached to the Order as **Exhibit 1**.

7. Accordingly, the parties respectfully request that the Court enter the Order approving the Stipulation at its earliest convenience.

Dated: December 23, 2015         Respectfully submitted,

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Sharon L. Levine, Esq.
Wojciech F. Jung, Esq.
Andrew Behlmann, Esq.
65 Livingston Avenue
Roseland, NJ  07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

 -and -

Gerald C. Bender, Esq.
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402

 -and-

51922476.1

**POLSINELLI PC**

/s/ *Justin K. Edelson*
Christopher A. Ward (DE Bar No. 3877)
Justin K. Edelson (DE Bar No. 5002)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
jedelson@polsinelli.com

*Counsel to SRC Liquidation LLC*

51922476.1