# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtor. | |

## ORDER APPROVING STIPULATION
## REGARDING SETOFF UNDER 11 U.S.C. § 553

The Court having considered the *Certification of Counsel Regarding Order Approving Stipulation Regarding Setoff Under 11 U.S.C. § 553*, submitted on December 23, 2015, and that certain *Stipulation Regarding Setoff Under 11 U.S.C. § 553* (the "Stipulation"),[2] a copy of which is attached hereto as **Exhibit 1**, and the Court finding that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the standing order of reference in effect in this District as of the date hereof and that this matter is a core proceeding, it is hereby

ORDERED as follows:

1. The Stipulation is approved.

2. Pursuant to Bankruptcy Rule 4001(a)(3), the automatic stay is immediately modified to permit Pitney Bowes, pursuant to Bankruptcy Code §§ 362(d) and 553, to setoff the Prepetition Deposit in the amount of $187,000.00 against the Pitney Bowes Claim. The Pitney Bowes Claim shall be reduced to $697,560.37 and the Liquidating Debtor reserves all of its rights with respect thereto.

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440.

[2] Capitalized terms used but not defined in this Order have the meanings ascribed thereto in the Stipulation.

30954/2
12/23/2015 41485654.3

3. Pitney Bowes shall have no other remedy with respect to the Prepetition Deposit, and this Order does not grant Pitney Bowes a lien on or security interest in any other assets of the Liquidating Debtor.

4. Nothing herein or in the Stipulation shall be deemed or construed to prejudice or impair any proofs of claim filed by any affiliates of Pitney Bowes in the Debtors' chapter 11 cases.

5. Nothing herein or in the Stipulation shall be deemed or construed to prejudice or otherwise impact any claims of the Liquidating Debtor against Pitney Bowes under chapter 5 of the Bankruptcy Code, including section 547 thereof.

6. This is a final order, within the meaning of 28 U.S.C. § 158, and is effective immediately upon entry.

7. The fourteen-day stay under Bankruptcy Rule 4001(a)(3) is hereby waived as to the stay relief granted herein.

Dated: December 28, 2015

_____
HONORABLE BRENDON L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

1092521