**<u>EXHIBIT 1</u>**
**STIPULATION**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION, LLC *et al.*,[1]<br><br>Debtor. | Chapter 11<br><br>Case No.  15-10541 (BLS) |

## STIPULATION REGARDING SETOFF UNDER 11 U.S.C. § 553

Pitney Bowes Presort Services, Inc. ("Pitney Bowes") and SRC Liquidation Company (the "Liquidating Debtor" and together with Pitney Bowes, the "Parties"), by and through their respective attorneys, hereby stipulate and agree as follows, subject to approval by the Court:

### BACKGROUND

A.      In 2008, PSI Group, Inc., now known as Pitney Bowes Presort Services, Inc., and the Liquidating Debtor (then known as The Standard Register Company), entered into a National Mail Processing Agreement (the "Agreement").  A copy of the Agreement is annexed hereto as **Exhibit A**.  In connection with the Agreement, the Liquidating Debtor paid Pitney Bowes a security deposit of $187,000.00 (the "Prepetition Deposit").

B.      On March 12, 2015 (the "Petition Date"), the Liquidating Debtor and ten of its affiliates (collectively, the "Debtors") filed petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

C.      On or about April 28, 2015, Pitney Bowes timely filed a proof of claim [Claim No. 766] in the Liquidating Debtor's bankruptcy case, asserting a general unsecured claim in the amount of $884,560.37 (the "Pitney Bowes Claim").  A copy of the Proof of Claim is annexed hereto as **Exhibit B**.

30954/2
12/23/2015 41485654.3

D.    The Debtors' Second Amended Plan of Reorganization (the "Plan") was confirmed by Order of the United States Bankruptcy Court for the District of Delaware dated November 19, 2015. The effective date of the Plan occurred on December 18, 2015. See D.I. 1412.

F.    After having reviewed and considered this matter, the Liquidating Debtor and Pitney Bowes have agreed, subject to approval by the Court, to permit Pitney Bowes to apply the Prepetition Deposit against the Pitney Bowes Claim as set forth below.

### STIPULATION

1. Pursuant to Bankruptcy Rule 4001(a)(3), the automatic stay is immediately modified to permit Pitney Bowes, pursuant to Bankruptcy Code §§ 362(d) and 553, to setoff the Prepetition Deposit in the amount of $187,000.00 against the Pitney Bowes Claim.

2. The Pitney Bowes Claim shall be reduced to $697,560.37 and the Liquidating Debtor reserves all of its rights with respect thereto.

3. To the extent the Pitney Bowes Claim becomes an allowed claim, it shall be a general unsecured claim classified in Class IV under the Plan and subject in all respects to the treatment of Class IV claims pursuant to the Plan.

4. Nothing herein or in any order approving this Stipulation shall be deemed or construed to prejudice or impair any proofs of claim filed by any affiliates of Pitney Bowes in the Debtors' chapter 11 cases.

5. Nothing herein or in the Stipulation shall be deemed or construed to prejudice or otherwise impact any claims of the Liquidating Debtor against Pitney Bowes under chapter 5 of the Bankruptcy Code, including section 547 thereof, and any and all such claims are expressly

---

[1]    The last four digits of the Debtor's taxpayer identification number are 5440.

preserves, and Pitney Bowes shall not use this Stipulation as a defense or a limitation to any such claims.

6.      Each of the Parties represents and warrants to the other, through their respective counsel, that (i) it has all necessary power and authority to execute and deliver this Stipulation and to perform its respective obligations hereunder; (ii) this Stipulation has been duly and validly executed and delivered on its behalf and constitutes its legal, valid, and binding obligation; and (iii) except for approval of the Court, no authorization, consent, approval, or other action is or will be necessary as a condition to the execution and delivery of this Stipulation and the performance of the obligations hereunder.

7.      This Stipulation constitutes the entire agreement of the Parties.  No modification, amendment or waiver of any of the provisions of this Stipulation will be effective unless in writing and signed by the Parties.  This Stipulation may be signed in counterparts and by email, which taken together shall constitute a single document.

[ *signature page follows* ]

Dated: Roseland, New Jersey
      December 23, 2015

Dated:   New York, New York
      December 23 2015

LOWENSTEIN SANDLER LLP
Counsel for the Liquidating Debtor

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
Counsel for Pitney Bowes Presort Services, Inc.

By:   /s/ Wojciech F. Jung
       Wojciech F. Jung
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500

By:
       Edward J. LoBello
1350 Broadway, Suite501
New York, New York  10018
(212) 239-4999

# EXHIBIT A
## AGREEMENT

## PSI GROUP, INC.

## NATIONAL MAIL PROCESSING AGREEMENT

This Mail Processing Agreement ("Agreement") by and between PSI Group, Inc., a Delaware corporation, ("PSI") and **The Standard Register Company**, an Ohio corporation, ("Customer") is entered into and effective **February 1, 2008 ("Effective Date")**.

For good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto mutually agree as follows:

1.  **Services Provided By PSI.** PSI will pick up the Customer's pre-metered, permit imprint or pre-canceled stamp mail, whichever applies, at Customer's designated address(es) as specified on Schedule 1.0, which is attached hereto and incorporated by reference herein, sort said mail at PSI's business location and deliver said mail to the United States Postal Service ("USPS"). If Customer's mail is not pre-metered or is not posted with sufficient postage, then PSI shall meter Customer's mail with the correct postage determined by size and weight and process such mail. The mail shall be delivered to the USPS on the metered date, provided that the metered mail is made available for pick up by PSI on or before the daily pick up times specified on Schedule 1.0, or as mutually agreed upon in writing by the parties from time to time with the exception of "Machine Rejected Mail". Machine Rejected Mail is allowed to be re-dated so it can be processed to an automated mail stream and delivered to the USPS with the next day's date from the original meter date. Customer agrees that, in performing its services pursuant to this Agreement, PSI may, at its sole discretion, move Customer's mail from one PSI Operating Center to another PSI Operating Center provided there is no detrimental impact on the USPS delivery service level standards of the mail to the end recipient.

2.  **Quantity of Mail.** Customer will provide a quarterly update of the anticipated number of pieces of mail per day and per month for pick up and processing as specified on Schedule 1.0. Customer agrees to use PSI Group as the preferred provider of mail presort services at the locations identified in Schedule 1.0 for the term of this Agreement. Nothing contained in this Agreement shall be construed as requiring Customer to use PSI as it's exclusive provider of mail presort services during the term of this Agreement.

3.  **Fees For Automated Presort Services.** For automated presort services provided by PSI, Customer shall pay the fees specified on Schedule 2.0, which is attached hereto and incorporated by reference herein.

4.  **Fees For Other Services.** For other services provided by PSI, Customer shall pay the fees specified on Schedule 3.0, which is attached hereto and incorporated by reference herein.

5.  **Pricing Adjustments and Postal Modifications.** The fees set forth on Schedule 2.0 and Schedule 3.0 will be subject to an annual adjustment based upon increases in the Consumer Price Index, as indicated in the column for Urban Wage Earners and Clerical Workers, U.S. City average (base index year 1982-1984=100) as published by the Bureau of Labor Statistics for the month immediately preceding the month of each anniversary date of this Agreement. The yearly increase shall not exceed a 4.0% increase in the fees. In addition to the foregoing, in the event the USPS adopts any new postal regulations, procedures, rates, or incentives, then PSI may, at its option, modify or terminate this Agreement on fifteen (15) days written notice to Customer

6.  **Permanent Deposit.** If Customer uses permit mail or pre-meters mail at the 5 digit automation rate, Customer will maintain a permanent deposit in connection with this Agreement. The amount of such permanent deposit and the terms and conditions applicable thereto are set forth on Schedule 4.0, which is attached hereto and incorporated by reference herein.

7.  **Move-Update Requirement.** USPS regulations require that mailers utilizing First Class discounted postage rates select one or more authorized move-update options. Customer will utilize the authorized move-update option indicated on Schedule 5.0, which is attached hereto and incorporated by reference herein. If Customer utilizes FASTforward$^{SM}$ services through PSI, additional terms and conditions applicable to such services are set forth on Schedule 5.0.

8.  **Qualifying Mail for Presort Rates.** Since it is impossible to predict in advance the percentage of Customer's mail that will qualify for the lower presort mailing rates established by the USPS, PSI charges predetermined processing fees as set forth on Schedules 2.0 and 3.0 for the various classifications of mail. These fees take into account various factors, including but not limited to, estimation of percentage of mail meeting ZIP Code density requirements, readability of addresses, costs of encoding rejected mail, estimation of percentage of mail that will qualify, costs of correcting dates or postage, costs of transportation and production, and other expenses that may be incurred by PSI in processing Customer's mail. NO REPRESENTATION IS MADE AS TO THE AMOUNT OF CUSTOMER'S MAIL THAT WILL QUALIFY FOR LOWER PRESORT MAILING RATES AND CUSTOMER WILL BE CHARGED ACCORDING TO THE FEE SCHEDULES AS SET FORTH ON SCHEDULES 2.0 AND 3.0 REGARDLESS OF THE AMOUNT OF CUSTOMER'S MAIL THAT QUALIFIES OR DOES NOT QUALIFY FOR ANY LOWER PRESORT RATES. CUSTOMER HEREBY ASSIGNS ANY AND ALL OF ITS RIGHTS TO RECEIVE ANY POSTAGE REFUNDS OR REBATES BASED ON THE AMOUNT OF CUSTOMER'S MAIL THAT QUALIFIES FOR ANY LOWER PRESORT MAILING RATES TO PSI, AND ALL SUCH REFUNDS OR REBATES WILL BECOME THE PROPERTY OF AND BE RETAINED BY PSI.

9.  **Customer's Responsibilities.** Customer represents and warrants that its mail will be in compliance with all USPS regulations and all other applicable laws, rules, and regulations. Customer agrees to promptly execute any and all PSI or

USPS documents required by the USPS as agreed to between Customer and PSI. Customer's mail shall be delivered to PSI upright in trays with all envelopes facing in the same direction, properly addressed and sealed. If Customer's mail is (i) pre-metered, it shall be affixed with the correct postage rate, the correct date and appropriate "pre-sorted" notations; (ii) permit imprinted, it shall be separated and presented by the correct weight and affixed with the appropriate "pre-sorted" indicia imprint and shall contain a return address; (iii) pre-canceled stamp, it shall be affixed with a pre-canceled stamp and shall contain a return address. Customer shall complete and sign pick up slips indicating the number of pieces of mail to be processed by PSI. Customer shall pay upon demand from PSI any penalties levied by the USPS as a result of improper postage or postage dates (except for metering done by PSI), improper weight or indicia imprint, or other improper preparation by Customer of its mail. If Customer pre-meters its mail, Customer shall provide PSI with its current license numbers, and notify PSI within five (5) business days of any changes. Customer further agrees to make any changes in the way Customer addresses and handles its mail as requested by PSI and that is required by the USPS.

     10.    **Warranty - Disclaimer**. PSI shall perform all duties and obligations required of it pursuant to this Agreement in accordance with accepted presort mail processing industry standards. **EXCEPT AS SPECIFICALLY SET FORTH IN THIS AGREEMENT, PSI MAKES NO EXPRESS OR IMPLIED WARRANTIES (WHETHER IMPLIED IN FACT OR IN LAW), AND ANY SUCH WARRANTIES ARE HEREBY EXPRESSLY DISCLAIMED. PSI HAS MADE NO STATEMENTS OF FACT OR OTHER REPRESENTATIONS TO CUSTOMER OTHER THAN THOSE EXPRESSLY SET FORTH IN THIS AGREEMENT AND CUSTOMER HEREBY AGREES THAT IT HAS NOT RELIED ON ANY STATEMENT OF FACT OR OTHER REPRESENTATION FROM PSI IN ENTERING INTO THIS AGREEMENT OTHER THAN THOSE EXPRESSLY SET FORTH IN THIS AGREEMENT.**

     11.    **Invoices**. PSI shall submit its invoices to Customer at the address specified in the signature block for Customer, or such other address as specified by Customer to PSI in writing. Such invoices shall show the total number of mail pieces handled, the fees charged, postage, and such other information as agreed by the parties to be included on its invoices. Invoices shall be due within forty-five (45) calendar days from the date of the invoice; arrangements may be made for payments by bank to bank transfer. If Customer fails to make any payment when due or maintain any required permanent deposit, PSI may immediately and without prior notice suspend performance under this Agreement until such payment is made, set off the past-due balance against any amounts then due and owing from PSI to Customer, and any amounts owed for services rendered or expenses incurred shall bear interest at a rate of one and one-half percent (1.5%) per month until paid, or if there is a maximum interest rate specified by law that applies to Customer and which is less than one and one-half percent (1.5%) per month, then the lesser interest rate shall apply.

     12.    **Testing**. It is in the best interests of both parties that Customer's mail be fully automation compatible to assure timeliness and low cost. Customer acknowledges that the pricing structure of this agreement is directly related to the anticipated quality of the mail. PSI has conducted an initial testing period of not less than five business days during which Customer's mail was processed in accordance with this Agreement to determine the average percentage of mail read and accepted by the MLOCR(s) on the first pass through the mail processing machines and the accuracy of Customer's mailing addresses, which information has been used to establish the Exception Handling Fee set forth on Schedule 2.0. PSI will re-test Customer's mail on an annual basis to determine whether Customer's mail has degenerated in readability or accuracy. If at any test it is determined that Customer's mail has degenerated, Customer agrees to make any reasonable changes requested by PSI to improve readability or accuracy within ten (10) working days; if Customer does not make such changes, PSI reserves the right to adjust the Exception Handling Fee specified on Schedule 2.0. Customer may request re-testing more frequently, but PSI shall not be obligated to re-test more frequently than once every six months.

     13.    **Independent Contractor**. It is expressly understood and agreed that this Agreement is not intended and shall not be construed to create the relationship of agent, servant, employee, partnership, joint venture or other association between Customer and PSI, but is rather an Agreement by and between independent contractors. Neither PSI nor the employees of PSI providing services hereunder are considered to be employees of Customer for any purpose, including but not limited to, compensation for services, employee welfare and pension benefits, fringe benefits of employment or workers' compensation insurance.

     14.    **Insurance**. PSI represents that it shall maintain insurance for loss from property damage, bodily injury, death, and workers' compensation claims in accordance with Schedule 6.0 attached hereto and incorporated herein by reference. PSI shall provide Customer with a Certificate of Insurance upon request.

     15.    **LIMITATION OF LIABILITY**. **EXCEPT FOR PSI'S OBLIGATION TO CUSTOMER AS CONTAINED IN PARAGRAPH 16 OF THIS AGREEMENT, PSI'S TOTAL LIABILITY TO CUSTOMER RELATING TO THIS AGREEMENT, WHETHER BASED ON CONTRACT OR TORT, INCLUDING BUT NOT LIMITED TO NEGLIGENCE, GROSS NEGLIGENCE, MISREPRESENTATION, OR OTHER LEGAL OR EQUITABLE GROUNDS, SHALL BE LIMITED TO THE COST OF REPLACING THE ENTIRE AFFECTED MAILING FOR THE CUSTOMER INCLUDING ALL MATERIALS USED TO CREATE THE MAILING, THE POSTAGE AFFIXED TO THE MAILING, ALL ASSOCIATED PRESORT FEES, AND TRANSPORTATION, AND IN NO EVENT SHALL SUCH LIABILITY EXCEED THE LIMITS OF ANY INSURANCE CARRIED BY PSI. EXCEPT FOR PSI'S OBLIGATION TO CUSTOMER AS CONTAINED IN PARAGRAPH 16 OF THIS AGREEMENT, PSI SHALL NOT BE LIABLE TO CUSTOMER FOR ANY INDIRECT, INCIDENTAL, PUNITIVE, EXEMPLARY, STATUTORY, SPECIAL, OR CONSEQUENTIAL DAMAGES OF ANY KIND WHATSOEVER, INCLUDING BUT NOT LIMITED TO LOSS OF MAIL, LOST REVENUE, LOST PROFITS, OR DEMAND AGAINST THE CUSTOMER BY ANY THIRD PARTY , EVEN IF PSI HAS BEEN ADVISED OF, KNEW, OR SHOULD HAVE KNOWN THE POSSIBILITY OF SUCH**

DAMAGES, RESULTING FROM ANY BREACH OF THIS AGREEMENT BY PSI OR OTHERWISE ARISING OUT OF, OR RELATING TO THIS AGREEMENT.

16.    **Indemnification.** Both parties agree to indemnify, defend, and hold harmless the other from and against any liability, loss, cost, expense, claim, or damage, including reasonable attorneys' fees, resulting from any grossly negligent or wrongful act or omission by such party or its employees or agents and from and against any liability, loss, cost, expense, claim, or damage, including reasonable attorneys' fees, resulting from any action or claim brought by any third party, including but not limited to the USPS, any other governmental entity or any recipient of the mail processed for Customer by PSI.

17.    **Term**. This Agreement shall be in force and effect for a period of five (5) years from its effective date.  This agreement shall automatically terminate at the end of the sixtieth (60th) month after the effective date of this agreement unless both parties agree in writing to extend the Agreement. In consideration of the extended term of this Agreement, PSI shall pay to Customer a signing bonus of $50,000 payable within three (3) business days following the Customer's signature of this Agreement.

18.    **Events of Default.** The occurrence of any of the following events will constitute an Event of Default hereunder: (a) any representation or warranty made under this Agreement shall prove to be untrue or incorrect in any material respect as of the date when made or deemed to be made; or (c) any violation or breach of any covenant or material term of this Agreement (other than a failure or breach described in another subparagraph of this paragraph 18) for a period of thirty (30) days after written notice of such violation or breach is given to the defaulting party by the other party hereto; (d) a party fails to pay its debts generally as they come due, or admits in writing its inability to pay its debts generally, or makes a general assignment for the benefit of creditors, or institutes any proceeding seeking to adjudicate the party insolvent or seeking liquidation, or takes advantage of any insolvency act, or commences a case or other proceeding naming the party as debtor under the United States Bankruptcy Code or similar law, domestic or foreign, or if a case or other proceeding is commenced against the party under the United States Bankruptcy Code or similar law, domestic or foreign, or any proceeding is instituted against the party seeking liquidation of the party or the party's assets and the party shall fail to take appropriate action resulting in the withdrawal or dismissal of such proceeding within 30 days or there shall be appointed or the party shall consent to, or acquiesce in, the appointment of a receiver, liquidator, conservator, trustee or similar official in respect of the party or the whole or any substantial part of its assets or the party shall take any corporate action in furtherance of any of the foregoing.

19.    **Rights and Remedies Upon Default.** Upon an Event of Default, the non-defaulting party may, at its option: (a) terminate this Agreement for Good Cause immediately upon written notice to the defaulting party or upon any date specified in such notice; (b) continue the Agreement, with such continuation being subject to the Default Terms set forth on Schedule 2.0 if Customer is the defaulting party; or (c) take whatever action at law or in equity as may appear necessary or desirable in its judgment to collect the amounts then due and thereafter to become due under this Agreement or to enforce performance of any obligation under this Agreement. No remedy herein conferred or reserved is intended to be exclusive of any other available remedy, but each remedy shall be cumulative and shall be in addition to other remedies existing at law or in equity. No delay or failure to exercise any right or power accruing under this Agreement upon the occurrence of any Event of Default or otherwise shall impair any such right or power or shall be construed to be a waiver thereof, but any such right or power may be exercised from time to time and as often as may be expedient.

20.    **Termination for Good Cause.** The following shall constitute good cause for termination of this Agreement: (a) an Event of Default following which the non-defaulting party elects to terminate the Agreement; or (b) the USPS adopts any new postal regulations, procedures, rates or incentives as described in paragraph 5 of this Agreement and, as a result, the parties cannot arrive at mutually acceptable terms; or (c) in the event Customer closes of one or more of Customer's facilities as set forth in paragraph 2 of this Agreement so long as PSI Group remains the preferred provider of mail presort services to Customer in the locations where PSI can provide mail presort services..

21.    **Termination for Convenience.** In the event that Customer elects to terminate this Agreement prior to the end of its Term, other than a Termination for Good Cause, such termination shall be deemed a Termination for Convenience.  If Customer elects a Termination for Convenience, Customer must deliver to PSI a written notice of its intention to terminate the Agreement (a "Notice of Termination for Convenience") not less than 90 days prior to Customer's desired termination date.  A Termination for Convenience will become effective upon the later of 90 days after delivery of the Notice of Termination for Convenience or any date specified in the Notice of Termination for Convenience.   In consideration of PSI's commitment to purchase equipment, hire staff and configure facilities in order to fulfill its obligations pursuant to this Agreement, and in recognition of PSI's lost revenues and profits in the event that this Agreement is terminated prior to the end of its term, in the event that Customer elects a Termination for Convenience within the first 36 months following the effective date of this Agreement, Customer will pay the following Termination Fee to PSI within 30 days of delivery of its Notice of Termination for Convenience:

| | |
|---|---|
| Termination in Months 1-12 of the Effective Date of the Agreement | $50,000 Termination Fee |
| Termination in Months 13-36 of the Effective Date of the Agreement | $25,000 Termination Fee |
| Termination in Months 37-60 of the Effective Date of the Agreement | Proper Notification-No Termination Fee |

22.    **Force Majeure**.  If performance by PSI of any service or obligation under this Agreement is prevented, restricted, delayed or interfered with by reason of labor disputes, strikes, acts of God, floods, lightning, severe weather, shortages of materials, rationing, utility or communication failures, failure or delay in receiving electronic data, earthquakes, war (declared or undeclared), revolution, civil commotion, acts of public enemies, acts of terrorism, blockade, embargo, or any law, order,

proclamation, regulation, ordinance, demand or requirement having legal effect of any government or any judicial authority or representative of any such government, or any other act or omission whatsoever, whether similar or dissimilar to those referred to in this clause, which are beyond the reasonable control of PSI, PSI will notify Customer as soon as possible by whatever means are available, and PSI shall be excused from the performance to the extent of the prevention, restriction, delay or interference. In such event, PSI shall not be liable for the loss of any postage savings and Customer shall reimburse PSI for the difference between the metered amount and the full postage rate.

23.    **Confidentiality**.  PSI acknowledges and agrees that all information and materials provided to PSI by Customer or any of its affiliates in connection with this Agreement, including but not limited to names and addresses of Customer's customers is confidential and proprietary. PSI agrees to use such information and materials only for the purposes of performing its obligations set forth in this Agreement.  PSI further agrees that it will not disclose any such information or materials to any other person without the prior written consent of Customer.  Customer agrees that terms and conditions, including pricing, associated with this Agreement are confidential and proprietary and will not be shared or disclosed to any other person without the prior written consent of PSI.

24.    **Non-Competition Covenant**.  During the term of this Agreement, PSI shall not, directly or indirectly, sell, lease or otherwise provide any products or render services covered by this Agreement to any customer of Customer during the term of this Agreement (the "Non-Competition Covenant"), and for so long as Standard Register continues to provide current services to said clients. Should Customer terminate services to one of said customers, or one of said clients terminates service with Customer, PSI may, after a period of six months from such termination, offer mail presort services to said terminated customers. If Customer and PSI have common customers at the onset of this Agreement, PSI may continue to provide services to said customers without restriction. Neither party to this Agreement has any restrictions to customers who are not customers at the onset of this Agreement.

25.    **Taxes**.  Customer will be responsible for any and all excise, sales and/or use taxes, and like charges imposed with respect to the services provided by PSI hereunder.  PSI shall be responsible for any and all taxes and like charges based upon or determined by reference to the net income of PSI.

26.    **Modification**.  This Agreement may be modified only by a written agreement signed by the parties hereto.

27.    **Assignment**.  This Agreement may be assigned by either party to a successor-in-interest continuing the party's business, whether by merger, sale of substantially all of the party's assets or sale of a majority of the party's stock or other ownership interests.  The assigning party will promptly notify the other party of any such assignment in which event the non-assigning party may terminate this Agreement for convenience upon thirty (30) days' written notice to the assigning party. If Customer terminates this Agreement as a result of an assignment by PSI, Customer shall not be required to pay any of the applicable Termination Fees provided for in paragraph 21 of this Agreement. Any other assignment of this Agreement by PSI or Customer will require the prior written consent of the other party.  A party may require that any request for consent to an assignment be accompanied by a detailed statement setting forth the name of the proposed assignee and such other information as the party may in good faith deem to be reasonably necessary in order to evaluate the request for consent to the assignment.  A party will not be obligated to consider or permit an assignment of this Agreement until it has received and had a reasonable opportunity to examine, evaluate, and verify such information.

28.    **Agreement Binding**.  This Agreement shall be binding upon and inure to the benefit of the parties hereto, their heirs, executors, successors, permitted assigns and legal representatives.

29.    **Severability**.  The invalidity or unenforceability of any of the terms and conditions of this Agreement shall not affect the other terms and conditions, and this Agreement shall be construed in all respects as if any invalid or unenforceable term or condition were omitted.

30.    **Headings**.  It is expressly understood and agreed that the underscored paragraph headings which appear in this Agreement are intended solely for convenience of reference and shall not amplify, limit, modify or otherwise be used in the interpretation of any provision of this Agreement.

31.    **Time of Essence**.  Time is of the essence of this Agreement with respect to each provision in which time is a factor.

32.    **Integration**.  This Agreement, including all purchase orders or statements of work issued pursuant to this Agreement and all schedules and any addendum attached hereto which are incorporated herein by reference, constitutes the entire agreement between the parties with respect to the subject matter hereof, and there are no other agreements, promises, covenants, or conditions, oral or written, except as are set forth herein or in the schedules and addendum, if any. This Agreement supersedes any other written contract between the parties covering the same services provided herein and any such pre-existing agreement shall automatically terminate by mutual agreement upon execution of this Agreement. Each party represents that it does not currently have any claim against the other for any breach of any pre-existing agreement and hereby waives and releases the other party from any such breaches, either known or unknown.

33.    **Notices**.  All notices, consents or waivers required or permitted in this Agreement shall be in writing and be deemed to have been duly given when delivered personally or after being sent by facsimile transmission, telegraph, overnight delivery, or mailed (postage prepaid) to the addresses set forth immediately following the signatures of the parties hereto.  A party may change his address for notice by such notice.

34.  **Waiver.**  The failure to enforce any provision of this Agreement shall not operate as a waiver thereof nor preclude the enforcement of any such provision in the future.  All waivers shall be in writing and signed by the party to be charged.

35.  **Authorized Signature.**  Each party represents and warrants to the other that it has full and complete authority to enter and perform this Agreement and that the person signing in its behalf has been duly authorized to sign this Agreement.

36.  **Governing Law.**  This Agreement shall be governed and construed in accordance with the laws of the State of Ohio, excluding the application of the law of conflicts. The Parties expressly agree that the transactions contemplated by this Agreement bear a reasonable relationship to the State of Ohio and that any legal action brought by either party shall be filed in state or federal courts in the State of Ohio and of the United States located in Montgomery County, Ohio, and the parties consent and submit themselves to the personal jurisdiction and venue of said courts for such purposes.

37.  **Jury Trial Waiver.**  The Parties hereby waive trial by jury in any action, proceeding, claim or counterclaim, whether in contract or tort, at law or in equity, arising out of or in any way related to this Agreement.

38.  **National Agreement.**  The Parties agree that the terms and conditions of this Agreement shall serve as the governing instrument between parties, and that where individual agreements already exist between parties, the individual agreements shall be replaced by this Agreement.

39.  **Minority Business Development.**  Customer is committed to serving the diverse needs of its communities by identifying qualified Minority and Women Owned Businesses ("M/WBE"), Disabled Business Enterprises ("DBE") and Small Business Enterprises ("SBE"), each certified by appropriate state or local organizations (collectively "Historically Underutilized Businesses") or "HUBs") that add value to the procurement process. PSI, through Pitney Bowes, shall, support Customer's utilization of HUBs including, but not limited to, identifying and notifying Customer of procurement opportunities that may exist relating to this Agreement that include, or may include, HUBs' participation in the production of the products and the rendering of the services. PSI shall also assist Customer in the continued development of its HUB program including, but not limited to, participating in trade shows, developing seminars and participating in discussions with local councils. PSI, through Pitney Bowes, shall obtain from certified Minority, Women and Disabled Owned Business Enterprises(s), as suppliers or subcontractors to PSI, a quantity of goods and services that is equal to or greater in dollar amount to fifteen (15%) percent of the total dollar amount invoiced to Customer for PSI products and/or services (excluding Postage) under this Agreement. PSI shall provide Customer statistical data on a quarterly basis which specifies the total amounts invoiced by and paid to Minority, Women and Disabled Owned Business Enterprises through Pitney Bowes for the quarter being reported.  The data shall be in a report format acceptable to both parties to this agreement.

40.  **Services of Affiliated Companies.**  For purposes of this Agreement, an Affiliated Company is a company in common ownership with PSI, such that the Affiliated Company is either (1) more than 50% owned by PSI; (2) owns more than 50% of PSI; or (3) is more than 50% owned by the same company that owns more than 50% of PSI.  Any Affiliated Company may provide services to Customer pursuant to the terms and conditions set forth in this Agreement by entering into a Supplemental Services Schedule (A – Z) at the time of this Agreement or at any time thereafter, signed by Customer and the Affiliated Company.  Each Supplemental Services Schedule shall describe the services to be provided and the costs of said services.  In the case of any conflict between the terms and conditions of this Agreement and any Supplemental Services Schedule, the Supplemental Services Schedule shall control, but only as to the specific services on that individual Schedule.

PSI

PSI GROUP, INC.,
A Delaware corporation

By: _Janet Thrasher_
~~Jay A. Oxton~~  Janet Thrasher

Title: ~~President~~  CFO

Address: 10011 "J" Street
         Omaha, NE 68127-1189
Phone:   402-339-6500

Date Signed: _2-13-08_

CUSTOMER

THE STANDARD REGISTER COMPANY,
A Delaware corporation

By: _Craig J. Brown_
    Craig J. Brown

Title: _Sr. VP, Treasurer & CFO_

Address: _600 Albany Street_
         _Dayton, OH 45408_
Phone:   _937-221-1000_

Date Signed: _2/18/08_

APPROVED
LEGAL

## SCHEDULE 1.0

### ADDRESSES AND TIMES FOR MAIL PICK UP

1.1    **Address For Pick Up**. PSI will pick up Customer's mail at the following address(es):

First Location
**The Standard Register Company**
**1803 Rocky River Road North**
**Monroe, North Carolina**

Second Location
**The Standard Register Company**
**2908 Commodore**
**Carrollton, Texas** ,

Third Location
**The Standard Register Company**
**259 Hartford Turnpike**
**Tolland, Connecticut**

Fourth Location (if needed)
**The Standard Register Company**
**3885 Seaport Blvd.**
**West Sacramento, California**

Fifth Location
**The Standard Register Company**
**600 Albany Street**
**Dayton, OH**

1.2  **Pick Up Times**.  Customer shall assemble and make available for pick up its mail on such schedule as may be amended from time to time by mutual written agreement of the parties.  PSI will depart customer facility at the pick up time.  Mail that is to be metered by PSI may require earlier pickup times to be agreed between the parties.  The initial schedule to be as follows:

#### Pre-Metered, Permit, Pre-canceled/**Monroe**:

| Days of the Week | Metered For Same Day | Metered For Next Day |
|---|---|---|
| Monday | 8:30 am, 1 pm, 4:30 pm | N/A |
| Tuesday | 8:30 am, 1 pm, 4:30 pm | N/A |
| Wednesday | 8:30 am, 1 pm, 4:30 pm | N/A |
| Thursday | 8:30 am, 1 pm, 4:30 pm | N/A |
| Friday | 8:30 am, 1 pm, 4:30 pm | N/A |
| Saturday | As mutually agreed to | |

#### Pre-Metered, Permit, Pre-canceled/**Carrollton**:

| Days of the Week | Metered For Same Day | Metered For Next Day |
|---|---|---|
| Monday | 6:45 am, 2:20 pm, 5:30 pm | N/A |
| Tuesday | 6:45 am, 2:30 pm, 5:30 pm | N/A |
| Wednesday | 6:45 am, 2:30 pm, 5:30 pm | N/A |
| Thursday | 6:45 am, 2:30 pm, 5:30 pm | N/A |
| Friday | 6:45 am, 2:30 pm, 5:30 pm | N/A |
| Saturday | 9:30 a.m. | N/A |

#### Pre-Metered, Permit, Pre-canceled/**Tolland**:

| Days of the Week | Metered For Same Day | Metered For Next Day |
|---|---|---|
| Monday | 10:00 am, 1 pm, 3 pm | N/A |
| Tuesday | 10:00 am, 1 pm, 3 pm | N/A |
| Wednesday | 10:00 am, 1 pm, 3 pm | N/A |
| Thursday | 10:00 am, 1 pm, 3 pm | N/A |
| Friday | 10:00 am, 1 pm, 3 pm | N/A |
| Saturday | As mutually agreed to | N/A |

#### Pre-Metered, Permit, Pre-canceled/**Sacramento**:

| Days of the Week | Metered For Same Day | Metered For Next Day |
|---|---|---|
| Monday | 10:30am, 2pm, 5pm | N/A |
| Tuesday | 10:30am, 2pm, 5pm | N/A |
| Wednesday | 10:30am, 2pm, 5pm | N/A |
| Thursday | 10:30am, 2pm, 5pm | N/A |
| Friday | 10:30am, 2pm, 5pm | N/A |
| Saturday | As mutually agreed to | N/A |

#### Pre-Metered, Permit, Pre-canceled/**Dayton**:

| Days of the Week | Metered For Same Day | Metered For Next Day |
|---|---|---|
| Monday | 4:30 pm | N/A |
| Tuesday | 4:30 pm | N/A |
| Wednesday | 4:30 pm | N/A |
| Thursday | 4:30 pm | N/A |
| Friday | 4:30 pm | N/A |
| Saturday | N/A | N/A |

PSI's Initials _____    Date  2-13-08

Customer's Initials _____    Date  2/14/08

**1.3** **Quantity of Mail**.  Customer will provide the following approximated volumes of daily mail in each of the locations identified below:

**Monroe** = 120,000 pieces of mail per day, for an average of 2,640,000 pieces of mail per month (assuming a 21-day work month), for pick up and processing by PSI.

**Carrollton** = 50,000 pieces of mail per day, for an average of 1,100,000 pieces per month (assuming a 21-day work month), for pick up and processing by PSI.

**Tolland** = 60,000 pieces per day, for an average of 1,320,000 pieces per month (assuming a 21-day work month), for pick up and processing by PSI.

**Sacramento** = 120,000 pieces per day, for an average of 1,320,000 pieces per month (assuming a 21-day work month), for pick up and processing by PSI.

**Dayton** - 300 pieces per day, for an average of 6,000 pieces per month (assuming a 21-day work month), for pick up and processing by PSI.

These projected volumes are for planning purposes and will be reviewed quarterly.  Pricing will be governed by the pricing matrix attached in Schedule 2.0.

**1.4** **Delivery of Mail to USPS**.    PSI shall deliver Customer's presorted mail to designated USPS location(s) for processing on the date metered so long as PSI is able to pick up Customer's mail at agreed upon pick up times, except for Machine Rejected Mail. If anything should prevent PSI from performing same day processing for Customer's mail, PSI will communicate with Customer immediately in order to define a mutually agreeable solution.

**1.5** **Priority Check Mail**.  The last pickup of the day in Monroe, Carrollton, Tolland, and Sacramento shall be limited to 30% of the average daily volume of mail.  Customer may identify all or a portion of such last pickup as Priority Mail.  If the mail is not designated as Priority, any Machine Rejected Mail will be re-dated in accordance with paragraph 1 of the Agreement.  If the mail is designated as Priority Mail, the mail will receive upgraded postage, enabling the mail to be delivered to the USPS the same day as the original meter date.  Upgraded postage (the difference between the then current 3 digit rate and the then current full rate postage) shall be billed back to Customer for payment to PSI.  PSI will use good faith efforts to process and deliver to the USPS all non Priority Mail on the same date, but cannot guarantee such same day delivery due to fluctuations in late day volumes

PSI's Initials

Date  9-13-08

Customer's Initials

Date 2/14/08

## SCHEDULE 2.0

## FEES FOR AUTOMATED PRESORT SERVICES

### 2.1     Postage for Daily Mail Volumes

**Postage for Monroe.** Customer shall meter all first class mail at the then current **3-digit Automation** rate.
**Postage for Carrollton.** Customer shall meter all first class mail at the then current **3-digit Automation** rate.
**Postage for Tolland.** Customer shall meter all first class mail at the then current **3-digit Automation** rate.
**Postage for Sacramento.** Customer shall meter all first class mail at the then current **3-digit Automation** rate.
**Postage for Dayton.** Customer shall meter all first class mail at the then current **3-digit Automation** rate.

A. the time of this Agreement the current **3-digit Automation** rate is:

        **$.334** per piece of up to 1 ounce mail.
        **$.459** per piece of more than 1 ounce mail and up to 2 ounce mail.
        **$.584** per piece of more than 2 ounce mail, and up to 3 ounce mail

Customer shall reimburse PSI for all postage metered by PSI on behalf of Customer.

### 2.2     Presort Fee for Automation Compatibility (All Locations).

For first class mail 2 ounces and under meeting automation letter requirements pursuant to the USPS Domestic Mail Manual ("DMM") regulations (which provides, among other requirements, that a letter be not less than 3 ½" nor more than 6 1/8" high and not less than 5" nor more than 11 ½" long) and which is read and accepted by the multi-line optical character reader ("MLOCR") on the first pass through PSI's mail processing machine.

And for

For first class mail in excess of 2 ounces which meets automation letter requirements pursuant to the USPS Domestic Mail Manual ("DMM") regulations (which provides, among other requirements, that a letter be not less than 3 ½" nor more than 6 1/8" high and not less than 5" nor more than 11 ½" long) and which is read and accepted by the multi-line optical character reader ("MLOCR") on the first pass through PSI's mail processing machine:

Customer shall pay to PSI the following presort services Fees by location **(assumes postage affixed at the then current 3-digit Automation rate)**:

| 2.2.1  Volume by Location | Presort Fee |
|---|---|
| First 20,000 pieces per day | $0.0113 |
| Next 30,000 pieces per day | $0.0086 |
| Next 50,000 pieces per day | $0.0070 |
| Over 100,000 pieces per day | $0.0055 |

| 2.2.2  National Partnership Pricing Incentive (applicable to daily mail volume only) | |
|---|---|
| First 500,000 pieces per week | No additional incentive |
| 500,001 - 1,000,000 pieces per week | $0.0013 discount per piece |
| 1,000,001 – 1,500,000 pieces per week | $0.0016 discount per piece |
| 1,500,001 – 2,000,000 pieces per week | $0.0020 discount per piece |
| 2,000,001+ | $0.0021 discount per piece |

### SCHEDULE 2.0 (Continued)

### FEES FOR AUTOMATED PRESORT SERVICES

**2.3**     **Exception Handling Fee.**   Mail that is rejected by the MLOCRs ("Machine Rejected Mail" or "MRM") and mail that fails Delivery Point Validation ("DPV") increases the cost of the services. Therefore Customer shall pay an MRM Fee and DPV fee as follows:

       **2.3.1**     Based upon testing, as provided in paragraph 12 of the Agreement, it has been determined that Customer's Exception rate for MRM is approximately 5%. Based upon this rate, the MRM Fee as spread across 100% of Customer's mail results in the following MRM Fee per location:

| | |
|---|---|
| Monroe: | $0.0025 per piece |
| Carrollton: | $0.0025 per piece |
| Tolland: | $0.0025 per piece |
| Sacramento: | $0.0025 per piece |
| Dayton: | $0.0025 per piece |

This MRM Fee will be applied to 100% of Customer's mail, regardless of the actual number of pieces requiring Exception Handling. PSI agrees that it will not change the MRM Fee for the term of this Agreement so long as Customer's mail quality is consistent. However, if mail quality at any location degrades by more than 3% beyond this agreed upon 5%, both parties agree to review mail quality issues and make necessary improvements to maintain the MRM Exception rate of 5% of mail volume at each location. Failure to maintain and/or correct mail quality issues will be addressed pursuant to paragraph 12 of the Agreement.

       **2.3.2**     The DPV fee is based upon the difference in postage between the 3 digit automation rate and the automated presort rate. The DPV Fee will be applied based upon testing, as provided in paragraph 12 of the Agreement, and will be applied to the percentage of Customer's mail as set forth below regardless of the actual number of pieces requiring Exception Handling. Failure to maintain and/or correct address accuracy issues will be addressed pursuant to paragraph 12 of the Agreement. On or about November 1, 2007 the parties will retest the DPV rates and review the results for any appropriate adjustments.

| | | |
|---|---|---|
| Monroe: | $0.039 per piece 1oz | 2% |
| Carrollton: | $0.039 per piece 1oz | 2% |
| Tolland: | $0.039 per piece 1oz | 2% |
| Sacramento: | $0.039 per piece 1oz | 2% |
| Dayton: | $0.039 per piece 1oz | 2% |

**2.4**     **Permit Mail.**   Permit mail provided to PSI by Customer will follow Postage and Presort Fee provisions of the schedule for metered mail. Because PSI, as the presenter, must pay the USPS for permit postage, customer shall establish a Permanent Deposit pursuant to paragraph 6 of this Agreement or otherwise pay for such postage in advance.

**2.5**     **Default Terms.**   Upon any Event of Default as defined in paragraph 18 of the Agreement, PSI will no longer meter any mail on behalf of Customer, and Customer will pre-meter all of its mail. Any mail that has not been metered will be returned to Customer. Customer shall not pre-meter first class mail at the rates specified in paragraph 2.1 of Schedule 2.0, and instead shall pre-meter all first class mail at the then-current Presort Rate (which is $0.373 for 1 ounce of mail as of the date of this Agreement). PSI will rebate back to Customer the difference between the pre-metered rate and the sum of the rate set forth in paragraph 2.1 of Schedule 2.0, the Presort Fee set forth in paragraph 2.2 of Schedule 2.0 and the weighted average Machine Rejected Mail Fee set forth in paragraph 2.3 of Schedule 2.0, after setting off against such rebate amount any sums then due from Customer to PSI pursuant to this Agreement.

PSI's Initials      Date   2-13-08      Customer's Initials      Date   2/14/08

**SCHEDULE 3.0**

**FEES FOR OTHER SERVICES**

3.1    **Metering Fee**.

Letters: $ **0.015** per piece metered (one-ounce mail piece).

Parcels: $ **N/A** per piece metered.

Flats: **$0.03** per piece metered.

Meter Strip Surcharge: $ 0.015 per piece metered

3.2    **First Class Post Cards**

3.2.1    First Class Post Cards shall be metered at the then current 3-digit Automation Rate, which at the time of this Agreement is $0.204.

3.2.2    The Presort Fee for Automation Compatible Post Cards is $0.02 per piece regardless of volume or location.

3.2.3    The Exception Handling Fee set forth in Schedule 2.0, paragraph 2.3 shall also apply to Post Card mail.

3.3    **Flats** – N/A

3.4    **Standard Class Mail**

3.4.1    Standard Class Mail shall be pre-metered or permit imprinted for the then-current 3-digit Automation rate for Standard Class Mail, which at the time of this Agreement is $0.233.

3.4.2    The Presort Fee for Automation Compatible Standard Class is $0.025 per piece regardless of volume or location.

3.4.3    The Exception Handling Fee set forth in Schedule 2.0, paragraph 2.3 shall also apply to Standard Class mail.

3.5    **Quality Control and Error Correction**.  To maintain quality control of the mail processed, PSI will periodically inspect Customer's mail for compliance with paragraph 10.  Mail not in compliance will be corrected or returned to Customer as determined by PSI.  The following additional charges will apply for error correction:

$ **N/A** per hour for screening mail, plus $ **N/A** per piece corrected plus applicable postage

3.6    **Certificates of Mailing**.  Certificates of Mailing special services will be provided at PSI locations where available upon Customer's advance request.  Mail requiring Certificates of Mailing shall be prepared separately by Customer and shall be clearly identified to PSI for special services.  The Certificates of Mailing shall be provided in accordance with USPS procedures at the price of $15.00 per day.

3.7    **Service Orders.**  For special service requests or one-time jobs, individual locations may negotiate pricing that is different than or in addition to the price set forth in this Agreement, however, such jobs shall be documented by a Service Order (in any format acceptable to the parties) and signed by authorized representatives of each party.

3.8    **Sales & Customer Service Training**  PSI will provide 40 hours of sales & customer service training to Standard Register per year.  Standard Register will give PSI 30 day advance notice of site location training (within the continental US).  PSI will provide expertise and training personnel and Standard Register will provide the facilities and reasonable travel expenses.

PSI's Initials     2-13-08
                   Date

Customer's Initials     2/14/08
                        Date

## SCHEDULE 4.0

### PERMANENT DEPOSIT

4.1    **Permanent Deposit.**  If Customer uses permit mail or pre-meters mail at the Five Digit Automation Rate, Customer shall deposit in advance with PSI the initial sum specified in paragraph 4.2 of Schedule 4.0

4.2    **Amount of Deposit.**  The amount of the permanent deposit shall initially be **STBD**.  The amount to be deposited may be changed by PSI on a periodic basis (but not more frequently than quarterly) based upon changes in Customer's volume, postage usage, service fees, payment history or services utilized.  Customer will be notified in writing sixty (60) days in advance of any requirement to change the deposit amount.    If Customer does not accept the increased requirement in the deposit amount, it may terminate the Agreement upon thirty (30) written notice to PSI.

4.3    **Interest on Deposit.**  PSI shall retain any and all interest income earned on the deposit amount.

4.4    **Return of Deposit.**  Upon the termination of this Agreement, PSI shall return the deposit to Customer after all Fees for services and postage have been paid to PSI by the Customer.

4.5    **Failure to Maintain Deposit.**   IF CUSTOMER FAILS TO MAINTAIN THE DEPOSIT AT THE THEN-APPLICABLE LEVEL(S), PSI MAY IMMEDIATELY SUSPEND ITS PERFORMANCE UNDER THE AGREEMENT AND WILL, AT CUSTOMER'S OPTION, EITHER (i) HOLD CUSTOMER'S MAIL UNTIL THE DEPOSIT IS RECEIVED OR (ii) RETURN THE MAIL TO CUSTOMER.

**SCHEDULE 5.0**

**MOVE-UPDATE REQUIREMENT**

5.1 **Move-Update Option.** Customer has selected the following move-update option: **Fastforward<sup>SM</sup>**

If Customer has not selected the FASTforward<sup>SM</sup> option, the remainder of Schedule 5.0 is not applicable. If Customer has selected the FASTforward<sup>SM</sup> option, such selection is governed by the terms of paragraphs 5.2 through 5.9 of this Schedule 5.0.

5.2 **FASTforward<sup>SM</sup> Transaction Defined.** A "FASTforward<sup>SM</sup> Transaction" is defined as a piece of mail which is successfully (1) read by the Multi-Line Optical Character Reader ("MLOCR"), (2) identified by the USPS Black Box as a move update corrected address, ("Corrected Address"), (3) sprayed with the Corrected Address and the eleven-digit barcode for the Corrected Address and (4) forwarded to the Corrected Address.

5.3 **Base Fee Options:**
    a. Annual Usage Fee of **$0.0 (included in Presort Fee)** payable each year of this three-year Agreement on or before July 1, 2003; July 1, 2004; and July 1, 2005 or billed and payable in weekly installments of **$N/A** plus a transaction fee of **$N/A** per FASTforward<sup>SM</sup> Transaction, or
    b. Transaction Fee of **$N/A** per FASTforward<sup>SM</sup> Transaction.

5.4 **Other Fee Options.**
    a. "DO NOT FORWARD" endorsement for $ **N/A** per **N/A**.
    b. ADDRESS CORRECTION REQUESTED ("ACR") endorsement for $ **N/A** per **N/A**.
    c. FACSIMILE SERVICE for $ **N/A** per piece sorted.

5.5 **USPS Reports.** PSI will utilize USPS reports to determine the number of FASTforward<sup>SM</sup> Transactions for billing purposes.

5.6 **Minimum.** No minimum number of FASTforward<sup>SM</sup> Transactions are required to be performed by PSI or requested by Customer.

5.7 **Pricing.** The price charged for FASTforward<sup>SM</sup> Transaction options will be subject to change on July 1 of every year that the Agreement is in effect. PSI will provide notice of revised pricing no later than June 1 of each year and, within 15 days of receipt of such notice, Customer may elect to terminate its FASTforward<sup>SM</sup> service by providing written notice to PSI indicating Customer's intent to terminate the service and identifying the new service to be utilized by Customer.

5.8 **No Warranties.** PSI will only perform FASTforward<sup>SM</sup> Transactions in accordance with USPS Black Box standards and procedures. ("USPS FASTforward<sup>SM</sup> Standards"). Therefore, in addition to the disclaimers, limitations and indemnifications set forth in the Agreement, PSI shall not be liable to Customer for any reason so long as PSI performs the FASTforward<sup>SM</sup> Transaction services in accordance with the USPS FASTforward<sup>SM</sup> Standards. In the event that the USPS Black Box fails or is unable to provide service for any reason out of PSI's control, such event shall be deemed an event of force majeure as set forth in paragraph 22 of this Agreement, and PSI shall not be obligated to perform FASTforward<sup>SM</sup> services and shall not be liable to Customer in any way for such non-performance.

5.9 **Incorporation by Reference.** Except as expressly modified herein, all other terms and conditions set forth in the Agreement shall be applicable to the FASTforward<sup>SM</sup> option as set forth in this Schedule 5.0.

CUSTOMER HEREBY ACCEPTS AND AGREES TO THESE TERMS AND CONDITIONS FOR FASTFORWARD<sup>SM</sup> SERVICE:

CUSTOMER: Standard Register Company

By: _____    Address: 600 Albany Street

    Craig J. Brown                Dayton, OH 45408

Title: Sr. VP, Treasurer & CFO    Date Signed: 2/18/08

PSI Locations Covered: Charlotte, Dallas, Cincinnati, and Sacramento.

_____    2-13-08          _____    2/14/08
PSI's Initials    Date               Customer's Initials    Date

## SCHEDULE 6.0

### INSURANCE

6.1     **Worker's Compensation Insurance.**  PSI shall carry and maintain Worker's Compensation Insurance covering PSI's employees in accordance with statutory requirements applicable to the place where services are to be performed. PSI shall also carry and maintain Employer's Liability Insurance to the extent included under the Worker's Compensation Insurance policy, but under no circumstances less than $1,000,000 coverage per occurrence. A portion of the limit may be included in an umbrella or excess policy.

6.2     **Comprehensive General Liability Insurance.**  PSI shall carry and maintain Comprehensive General Liability Insurance, including Premises, Operations, Independent Contractor, and Contractual Liability Insurance, in an amount not less than $2,000,000 per occurrence, combined single limits for bodily injury and property damage liability. A portion of the limit may be included in an umbrella or excess policy.

6.3     **Comprehensive Automobile Liability Insurance.**  PSI shall carry and maintain Comprehensive Automobile Liability Insurance covering owned, hired, and non-owned vehicles, in an amount not less than $2,000,000 per occurrence, combined single limits for bodily injury and property damage liability. A portion of the limit may be included in an umbrella or excess policy.

6.4     **Employee Dishonesty Insurance.**  PSI shall carry and maintain employee dishonesty insurance in an amount not less than $1,000,000 per occurrence.

6.5     **Additional Insureds.**  At Customer's written request, PSI shall name Customer as an additional insured on the policies listed in paragraphs 6.2 and 6.3 of this Schedule 6.0.  The insurance coverage under such policies shall be primary with respect to Customer.

6.5     **Certificate.**  At Customer's written request, PSI shall provide Customer with a certificate for each insurance policy required under this Agreement prior to any commencement of services.

**SS SCHEDULE A**
**ADDENDUM FOR SUPPLEMENTAL SERVICES**
**PITNEY BOWES INTERNATIONAL MAIL EXPRESS**
**TERMS AND CONDITIONS OF SERVICE**

This Addendum for Supplemental Services Schedule ("SS Schedule A") is entered into this 1st day of February 2008, between The Standard Register Company (the "Customer") and Pitney Bowes Inc. through its International Mail Services (the "Company") an Affiliated Company of PSI Group, Inc. ("PSI") as defined in the National Mail Processing Agreement entered into between Customer and PSI having an Effective Date of February 1, 2008 (the "NMP Agreement"). All shipments to or from the Customer, which term shall include the exporter, importer, sender, receiver, owner, consignor, consignee, transferor or transferee of the shipments for services within Canada, will be handled by, the Company and Customer on the following terms and conditions:

1    Services Provided by the Company. The Company shall provide Customer with mail processing, freight, and/or value-added as mutually agreed between the Customer and Company. The fees for such services are indicated in the Schedule A-1 which is attached to this SS Schedule A. Regardless of the combination of mail services utilized by the Company, the Company agrees to provide services at the attached rates for the term of the NMP Agreement unless one of the following occurs:

    (a)    A 10% or greater decrease in annual volume in the daily mail or recall notices;
    (b)    Any increase in fuel costs over and above costs covered by the $.13 per pound surcharge already in effect; or
    (c)    Any increase in postage rates for services provided to Customer

2.    Fee Adjustment. The Company shall provide Customer with written notification and proof to verify a fee adjustment occurrence as set forth in Paragraph 1(a), 1(b) or 1(c) of this SS Schedule A at least thirty (30) days prior to the date of the proposed increase, and Customer will approve such proposed increase in writing before any changes in pricing are implemented. If the Customer and Company are unable to agree upon a fee adjustment, either Customer or Company may terminate this SS Schedule A upon thirty (30) days' prior written notice to the other party.

3.    Transportation Services. The Company shall provide for the pickup and transportation of materials designated for international air mail and air freight services ("Materials") as needed, and daily, if required, from locations designated in writing by Customer. The Company will transport the Materials to the Company's operational facility where Materials will be sorted and prepared for transport to the country of destination. Customer will have individuals at the locations designated pursuant to this Paragraph to provide the Company, via facsimile, Post Trac, or e-mail on the day the Materials are picked up with a pre-alert manifest, for each Material to be transported by the Company. The Materials will be transported to the various overseas countries within 24 to 48 hours of receipt at the Company's facility. The Company shall return all mail designated as "undeliverable" to the Customer designated location.

4.    Services by Third Parties. Unless the Company carries, stores or otherwise physically handles the shipment and the loss, damage, expense or delay occurs during such activity, the Company assumes no liability as a carrier and is not to be held responsible for any loss, damage, expense or delay to the goods to be forwarded or imported except as provided in Paragraph 13 and subject to the limitations of Paragraph 11 below, but undertakes only to use reasonable care in the selection of carriers, truckmen, lightermen, forwarders, customhouse brokers, agents, warehousemen and others to whom it may entrust the goods for transportation, cartage, handling and/or delivery and/or storage otherwise. When the Company carries, stores or otherwise physically handles the shipment it does so subject to the limitation of liability set forth in Paragraph 11 below unless a separate bill of lading, air waybill or other contract of carriage is issued by the Company, in which event the terms thereof shall govern.

5.    Liability Limitations of Third Parties. The Company shall engage carriers, truckmen, lightermen, forwarders, customhouse brokers, agents, warehousemen and others, as required to transport, store, deal with and deliver the goods, all of whom shall be considered as the agents of the Customer, and the goods may be entrusted to such agencies subject to all conditions as to limitation of liability for loss, damage, expense or delay and to all rules, regulations, requirements and conditions, whether printed, written or stamped, appearing in bills of lading, receipts or tariffs issued by such carriers, truckmen, lightermen, forwarders, customhouse brokers, agents, warehousemen and others. The Company shall under no circumstances be liable for any loss, damage, expense or delay to the goods for any reason whatsoever, when said goods are in custody, possession or control of third parties selected by the Company to forward, enter and clear transport or render other services with respect to such goods.

6.    Choosing Routes or Agents. Unless express instructions in writing are received from the Customer, the Company has

IMEX's Initials         2/7/08                                      Customer's Initials     2/14/08
                    Date                                                               Date

(C1094690.4)

complete freedom in choosing the means, route and procedure to be followed in the handling, transportation and delivery of the goods Advice by the Company to the Customer that a particular person or firm has been selected to render services with respect to the goods shall not be construed to mean that the Company warrants or represents that such person or firm will render such services.

7. Quotations Not Binding. Except as otherwise set forth in Paragraph 1 of this SS Schedule A and the attached Schedule A-1, quotations as to fees, rates of duty, freight charges, insurance premiums or other charges given by the Company to the Customer are for informational purposes only and are subject to change without notice and shall not under any circumstances be binding upon the Company unless the Company in writing specifically undertakes the handling or transportation of the shipment at a specific rate.

8. Duty to Furnish Information. (a) On an import at a reasonable time prior to entering of the goods for U.S. Customs, the Customer shall furnish to the Company invoices in proper form and other documents necessary or useful in the preparation of the U.S. Customs entry and, also, such further information as may be sufficient to establish the durable value, the classification and admissibility pursuant to U.S. law or regulation. If the Customer fails in a timely manner to furnish such information or documents in whole or in part as may be required to complete U.S. customs entry, or if the information or documents furnished is inaccurate or incomplete, the Company shall be obligated to use its best judgment in connection with the shipment. Where a bond is required by U.S. Customs to be given for the production of any document or the performance of any act, the Customer shall be deemed bound by the terms of the bond notwithstanding the fact that the bond has been executed by the Company as principal, it being understood that the Company entered into such undertaking at the instance and on behalf of the Customer, and the Customer shall indemnify and hold the Company harmless for the consequences of any breach of the terms of the bond. (b) On an export at a reasonable time prior to the exportation of the shipment the Customer shall furnish to the Company the commercial invoice in proper form and number, a proper consular declaration, weights, measures, values and other information in the language of and as may be required by the laws and regulations of the U.S. and the country of destination of the goods. (C) On an export or import the Company shall not in any way be responsible or liable for increased duty, penalty, fine or expense unless caused by the negligence or other fault of the Company, in which event its liability to the Customer shall be governed by the provisions of Paragraph 11 herein. The Customer shall be bound by and warrant the accuracy of all invoices, documents and information furnished to the Company by the Customer or its agent for export entry or other purposes and the Customer agrees to indemnify and hold harmless the Company against any increased duty, penalty, fine or expense, including attorneys fees, resulting from any inaccuracy or omission or any failure to make timely presentation, even if not due to any negligence of the Customer.

9. Declaring Higher Valuation. Inasmuch as truckers, carriers, warehousemen and others to whom the goods are entrusted usually limit their liability for loss or damage unless a higher value is declared and a charge based on such higher value is agreed to by said trucker, etc., the Company must receive specific written instructions from the Customer to pay such higher charge based on valuation and the truckers, etc., must accept such higher declared value; otherwise the valuation placed by the Customer on the goods shall be considered solely for export or customs purposes and the goods will be delivered to the truckers, etc., subject to the limitation of liability set forth herein in Paragraph 11 with respect to any claim against the Company and subject to the provisions of Paragraph 5 above.

10. Insurance. The Company will make reasonable efforts to effect marine, fire, theft and other insurance upon the goods only after specific written instructions have been received by the Company in sufficient time prior to shipment from point of origin, and the Customer at the same time states specifically the kind and amount of insurance to be placed. The Company does not undertake or warrant that such insurance can or will be placed. Unless the Customer has its own open marine policy and instructs the Company to effect insurance under such policy, insurance is to be effected with one or more insurance companies or other underwriters to be selected by the Company. Any insurance placed shall be governed by the certificate or policy issued and will only be effective when accepted by such insurance companies or other underwriters. Should an insurer dispute its liability for any reason, the insured shall have recourse against the insurer only and the Company shall not be under any responsibility or liability in relation thereto, notwithstanding that the premium upon the policy may not be at the same rates as that charged or paid to the Company by the Customer, or that the shipment was insured under a policy in the name of the Company. Insurance premiums and the charge of the Company for arranging the same shall be at the Customer's expense. If for any reason the goods are held in a warehouse, or elsewhere, the same will not be covered by any insurance, unless the Company receives written instructions from the Customer. Unless specifically agreed in writing, the Company assumes no responsibility to effect insurance on any export or import shipment which it does not handle.

11. Limitation Per Shipment and for Pollution Damages. The Company shall not be liable for any loss, damage, expense or delay to the goods resulting from the negligence or other fault of the Company (or the negligence or other fault of any other person or entity that Customer, or anyone else, attempts to attribute to the Company) in excess of the billing amount paid per shipment or the replacement value of the shipment, whichever is greater, and any partial loss or damage for which the Company may be liable shall be adjusted pro rata on the basis of such valuation. The Customer has the option of paying a special compensation to increase the liability of the Company per shipment in case of any loss, damage, expense or delay from causes which would make the Company liable, but such option can be exercised only by specific written agreement made with the Company prior to shipment which agreement shall indicate the limit of the Company's liability and the special compensation for the added liability. The Customer further agrees that in no event shall the Company be liable for (i) damages or injuries resulting from or in connection with a pollutant contained in Customer's shipment, a "dirty" bomb, or an explosive containing a pollutant or similar substance, or (ii) cleanup costs in the event of contamination resulting from Customer's shipment.

12. Presenting Claims. In no event shall the Company be liable for any act, omission or default by it unless a claim therefore shall be presented to it at its offices within ninety (90) days from the date of exportation or importation of the goods in a written statement to which sworn proof of claim shall be attached. No suit to recover for any claim or demand hereunder shall in any event be maintained against the Company unless instituted within nine (9) months after presentation of the said claim, as above provided. No agent or employees of the Company shall have authority to alter or waive any of the provisions of this clause.

13. Liability of the Company. It is agreed that any claim or demand for loss, damage, expense or delay shall be only against the carriers, truckmen, lightermen, forwarders, customhouse brokers, agents warehousemen or others in whose actual custody or control the goods may be at the time of such loss, damage expense or delay, and that the Company shall not be liable or responsible for any claim or demand from any cause whatsoever, unless in each case the goods were in the actual custody or control of the Company and the damages alleged to have been suffered be proved to be caused by the negligence or other fault of the Company, its officers or employees, in which event the limitation of liability set forth in Paragraph 11 herein shall apply. The Company shall not in any circumstances be liable to damages arising from loss of profit. The Customer shall ensure that the Company is provided with such information as it may require so as to enable the Company to dispatch the correct quantity and type of material to third parties. Such information must be accurate and include the weight and volume of material and the contents of any database containing delivery addresses. The Customer shall ensure that any information contained in a database or other means of electronic storage or transmission is compatible with the Company's computer equipment. In the event that such information is corrupted during transmission or is inaccurate or insufficient the Customer will hold the Company harmless and will indemnify the Company in full for all costs, claims, expenses, postage and freight charges and liability incurred by the Company as a result of the Company relying upon and/or using such inaccurate information.

14. Advancing Money. The Company shall not be obliged to incur any expense, guarantee payment or advance any money in connection with the importing, forwarding, transporting, insuring, storing or coopering of the goods, unless the same is previously provided to the Company by the Customer on demand. The Company shall be under no obligation to advance freight charges, customs duties or taxes on any shipment, nor shall any advance by the Company be construed as a waiver of the provisions hereof.

15. Indemnification for Freight Duties. In the event that a carrier, other person or any government agency makes a claim or institutes legal action against the Company for ocean or other freight duties, fines, penalties, liquidated damages or other money due arising from a shipment of goods of the Customer (the "Assessed Penalties"), the Customer agrees to indemnify and hold harmless the Company for any amount the Company may be required to pay such carrier, other person or governmental agency together with reasonable expenses, including attorney fees, incurred by the Company in connection with defending such claim or legal action and obtaining reimbursement from the Customer; provided, however, in no event shall the Customer be liable to indemnify the Company for the Assessed Penalties or other similar charges if the Assessed Penalties result from the negligence or willful misconduct of the Company. The confiscation or detention of the goods by any governmental authority shall not affect or diminish the liability of the Customer to the Company to pay all charges or other money due promptly on demand.

16. Sale of Perishable Goods. Perishable goods or live animals to be exported or which are cleared through customs concerning which no instructions for disposition are furnished by the Customer may be sold or otherwise disposed of without any notice to the Customer, owner or consignee of the goods, and payment or tender of the net proceeds of any sale after deduction of charges shall be equivalent to delivery. In the event that any shipment is refused or remains unclaimed at destination or any transshipping point in the course of transit or is returned for any reason, the Customer

IMS' Initials _____ Date 2/7/08 _____

Customer's Initials _____ Date 2/14/08 _____

{CC 094690.4 }

Page 16 of 21

shall nevertheless pay the Company for all charges and expenses in connection therewith. Nothing herein contained shall obligate the Company to forward or enter or clear the goods or arrange for their disposal.

17. C.O.D. Shipments. Goods received with Customer's or other person's instructions to "Collect on Delivery" (C.O.D.) by drafts or otherwise, or to collect on any specified terms by time drafts or otherwise are accepted by the Company only upon the express understanding that it will exercise reasonable care in the selection of a bank, correspondent, carrier or agent to whom it will send such item for collection, and the Company will not be responsible for any act omission, default suspension, insolvency or want of care, negligence, or fault of such bank, correspondent carrier or agent nor for any delay in remittance lost in exchange, or loss during transmission or while in the course of collection.

18. INTENTIONALLY OMITTED.

19. Compensation of the Company. The compensation of the Company for its services shall be included with and is in addition to the rates and charges of the Customer Approved Carriers selected by the Customer to transport and deal with goods and such compensation shall be exclusive of any brokerage, commissions, dividends or other revenue received by the Company from carriers, insurers and others in connection with the shipment. On ocean export shipments, upon request, the Company shall provide a detailed breakout of the components of all charges assessed, and a true copy of each pertinent document, relating to these charges.

20. Picking Up Shipments Or Samples. The Company shall not itself be obligated to pick up a shipment from a carrier or a sample from U.S. Customs. Should the Company render such a service for and on behalf of the Customer, the Company shall not be responsible for loss or damage to the shipment unless it is in actual custody and control of the Company or its employees and the loss or damage is caused by the negligence or other fault of the Company or its employee, in which event the limitation of liability set forth in Paragraph 11 herein shall apply.

21. No Responsibility For Governmental Requirements. It is the responsibility of the Customer to know and comply with the marking requirements of U.S. Customs, the regulations of the U.S. Food and Drug Administration and all other requirements of law or official regulations. The Company shall not be responsible for action taken or fines or penalties assessed by any governmental agency against the shipment because of the failure of the Customer to comply with the law or the requirements or regulations of any governmental agency or with a notification issued to the Customer by any such agency.

22. Loss, Damage or Expense Due to Delay. Unless the services to be performed by the Company on behalf of the Customer are unduly delayed by reason of the negligence or other fault of the Company, the Company shall not be responsible for any loss, damage or expense incurred by the Customer because of such delay. In the event the Company is at fault as aforesaid, its liability is limited in accordance with the provisions of Paragraph 11 herein.

23. Construction of Terms and Venue. The foregoing terms and conditions shall be construed according to the laws of the State of Delaware. The parties agree that the rule of construction to the effect that any ambiguities are to be resolved against the drafting party shall not be employed in the interpretation of these terms and conditions. Unless otherwise consented to in writing by the Company, no legal proceeding against the Company may be instituted by the Customer, its assigns, or subrogee, except in the federal or state courts of the State of Delaware.

24. Independent Contractors. Except for Customs entries and duties, the Company and Customer are independent contractors.

25. Compliance with Laws. The submission of incomplete or inaccurate information related to any import entry, including descriptions, quantities, weights, purchase prices, discounts, commissions, changed selling prices at time of exportation, assists, county or origin, etc., makes Customers liable to severe governmental penalties or sanctions. In the event the information forwarded to Company, or which accompanied the shipment, does not accurately reflect the entire transaction, it is essential that Customer immediately notify Company, so Company can take corrective action.

26. Billing is based on piece count and weight stated in the IMEX Bill of Lading as completed by the customer. IMEX reserves the right to verify information provided by customer and to adjust billing to reflect discrepancies.

[Signatures only on next page]

_P&D_
**IMS' Initials**        _2/7/08_
                        Date
{C1094690.4 }

_HL_
**Customer's Initials**   _2/14/08_
                         Date

IN WITNESS WHEREOF, The Standard Register Company and Pitney Bowes Inc. through its International Mail Services have respectively caused this SS Schedule A Addendum for Supplemental Services to be executed by their duly authorized representatives effective as of the date reflected above.

Date: _____

THE STANDARD REGISTER COMPANY

By: _____
Name: Craig J. Brown
Title: Sr. VP, Treasurer & CFO

Date: 2/7/08

PITNEY BOWES INC. THROUGH ITS
INTERNATIONAL MAIL SERVICES

By: _____
Name: Robert DiVincenzo
Title: President

IMS' Initials _____  Date 2/7/08
(CX094690 4)

Customer's Initials _____  Date 2/14/08

Page 18 of 21

SS SCHEDULE A-1
PITNEY BOWES INC. THROUGH ITS
INTERNATIONAL MAIL SERVICES

FEE SCHEDULE FOR SERVICES

Daily Mail:
- Canada IPA

|  |  |  |
|---|---|---|
|  | Plus | $ 4.25/lb.<br>$  .37/pc. |

Recall Notices (VW/Audi):
- Canada First Class (not over 30 grams, 1.1 oz)

|  |  |  |
|---|---|---|
|  | Plus | $  .48 /lb.<br>$  .66/pc. |

- Canada First Class (not over 50 grams, 1.71 oz)

|  |  |  |
|---|---|---|
|  | Plus | $  .48/lb.<br>$ 1.20/pc. |

- Canada First Class (not over 100 grams, 3.5 oz)

|  |  |  |
|---|---|---|
|  | Plus | $  .48/lb.<br>$ 1.42/pc. |

- Canada First Class (not over 200 grams, 7 oz)

|  |  |  |
|---|---|---|
|  | Plus | $  .48/lb.<br>$ 2.40/pc. |

Fuel Surcharge:                  $  .13/lb.

REST OF WORLD

|  |  |  |
|---|---|---|
|  | Plus | $ 7.30/lb.<br>$  .30/pc. |

Fuel Surcharge                  $  .13/lb.
Aviation Surcharge     Plus     $  .06/lb.

60951_2

## SS SCHEDULE A-1
## PITNEY BOWES, INC INTERNATIONAL MAIL SERVICES
### SERVICE LEVEL AGREEMENT FOR SERVICES

**Overview**
Company will provide Standard Register with international mailing services in accordance with the following Service Level Agreement as mutually agreed by both parties.

Company will provide international mail service through its worldwide postal partnerships.

**Mail and Document Preparation**
Prior to transporting mail to Company, Standard Register representative will enter the details of the mail shipment in the Web Based Pitney Bowes International Mail Services "Post Trac" Mail Management System.

Once the service is selected, total pieces, weight, and reference information entered, the Standard Register representative will post the shipment and print the Pitney Bowes International Mail Services Statement of Mailing which will accompany the mail to the Company processing facility.

The mail will be packaged in either Standard Register supplied containers or Company supplied containers.

During the posting process, an electronic communication will be sent to the Company proprietary processing system. The received information will automatically populate a "scheduled job". This scheduled job will be used to verify the mail when it arrives at the Company processing facility.

**Transportation to the Company Processing Center**
Mail will be transported to the Company IL processing facility, located at 1842 Brummel Drive, Suite 100, Elk Grove Village, IL 60007, daily or as required by Standard Register via a designated transportation agent.

**Arrival and Processing**
Upon arrival at the Pitney Bowes International Mail Services processing facility, the mail will be weight verified against the "scheduled job" and "statement of mailing" for accuracy. In the event there is a discrepancy with the shipment, Company dispatch will communicate the discrepancy to Pitney Bowes International Mail Services Standard Register Customer Service Representative. The Pitney Bowes International Mail Services Standard Register Customer Service Representative will then work through the discrepancy with their Standard Register representative.

Mail within the specified tolerance will be "dispatched" to the designated Mail Processing area where mail processing will begin.

In order to protect the identity and integrity of the mail throughout the Company process, the Standard Register mail will be tagged with a unique job ticket detailing the Standard Register account code, statement of mailing number, arrival date and time, pieces, weight and service requested.

Within the sorting hub, mail is sorted by country, commingled, bundled, bagged, tagged, and manifested according to the postal guidelines. During this process, Company maintains the integrity of all mail pieces, matching each piece of mail to each postal container. Once manifested, the mail is sent to the Company outbound mail area for final verification and transportation to final postal authority.

Standard internal processing time from arrival to departure of the Company processing facility is 24 hours from time of arrival. The Company IL processing center operates two 8 hour shifts Monday through Friday and one 8 hour shift on Saturday. The processing center is closed on Sunday.

Following the departure of the Company processing center, the Standard Register mail will be transported and deposited at the final posting authority.

**Arrival at Destination Postal Administration**
Upon arrival at destination Postal Administration each shipment is verified. Material is then delivered to final addressee by local postal administration according to the service selected.

IMEX's Initials    Date 2/7/08    Customer's Initials    Date 2/14/08

**Dedicated International Mail Services Standard Register Relations Coordinator**
The Company IL processing facility will employ a dedicated Standard Register service representative to manage all aspects of the Standard Register communications, processing, invoicing and reporting.

**Returned Items and Non Deliverable Items**
All items will be returned directly to the Standard Register address specified on the mail package within the USA by the USPS.

Items returned to one of the Company processing centers will be processed by the Company returns department and delivered to the respective Standard Register addresses via UPS (if the return does not designate one of the addresses listed below please designate which address should receive returns):

Standard Register

NC Facility:
> 1803 Rocky River Road North
> Monroe, NC  28110

PA Facility:
> 150 Monument Road
> Suite 400
> Bala Cynwyd, PA 19004

CA Facility:
> 3885 Seaport Blvd
> West Sacramento, CA 95691

**Invoicing**
Invoicing for this service will occur on a weekly cycle with invoices being supplied to the Standard Register representative at the respective addresses:

NC Facility:
> 1803 Rocky River Road North
> Monroe, NC  28110

PA Facility:
> 150 Monument Road
> Suite 400
> Bala Cynwyd, PA 19004

CA Facility:
> 3885 Seaport Blvd
> West Sacramento, CA 95691

**Transportation Agents**

| Client Facility | Pickup agent | |
|---|---|---|
| | if less than 100 pounds | if 100 pounds or greater |
| Monroe, NC | UPS | R & L Carriers |
| Bala Cynwyd, PA | UPS | New Penn |
| W Sacramento, CA | UPS | Fedex Freight |

**Outbound Agents**
Company shall transport mail to the airport or USPS Facility. For mail transport to Canada Post, Company shall utilize FSA Logistics, 1351 Rodick Road, Markham, Ontario L3R 5K4.

_____        _____                    _____        _____
IMEX's Initials            Date                                    Customer's Initials        Date
2/7/08                                                                                 2/14/08

## AMENDMENT #5 to the MAIL PROCESSING AGREEMENT

This Amendment #5 (the "Amendment #5") to the Mail Processing Agreement is entered into by and between Pitney Bowes Presort Services, Inc. ("PBPS") and **The Standard Register Company** ("Client"), as of the **1st day of January, 2015** ("Effective Date"). PBPS and Client may be referred to collectively as the "Parties".

WHEREAS, PBPS and Client entered into a Mail Processing Agreement on **February 1, 2008** ("Agreement") and as amended by the Amendments to the Mail Processing Agreement dated May 12, 2008, December 18, 2012, January 31, 2013, and December 2, 2013 (collectively, "Amendment"); and

WHEREAS, the Parties desire to amend some terms of the Agreement as amended by the Amendment.

NOW, THEREFORE, for good and valuable consideration, the Parties mutually agree as follows:

1.  Unless otherwise defined herein, all capitalized terms used herein shall have the same meaning as set forth in the Agreement.

2.  The Parties hereby extend the term of the Agreement for a period of three (3) years from the Effective Date of this Amendment ("Extended Term"). Upon expiration of the Extended Term, and on each anniversary date thereafter, the term of the Agreement shall be automatically extended for consecutive periods of one (1) year each unless at least thirty (30) days before any anniversary date, either Party gives written notice to the other Party that such Party does not intend to extend the term of the Agreement.

3.  Paragraph 1 of the Agreement is hereby amended by adding the following:

    The parties acknowledge that this Agreement does not contemplate the handling of any Client mail containing credit, debit or gift cards ("Plastics") and not more than 15% of the combined total of mail from all locations under the Agreement containing cash, checks, money orders, or other negotiable documents ("Negotiables"). In the event that Client desires to include Plastics or additional volumes of Negotiables in the Client mail submitted to PBPS, the parties shall address additional concerns of both parties and enter into a mutually agreed amendment in advance.

4.  Paragraph 9 of the Agreement is hereby amended by adding the following:

    If Client's mail contains Negotiables, the mail must comply with the following additional requirements: (i) the outside of the envelope shall not indicate that it contains anything of value; and (ii) each envelope shall contain no more than two Negotiable items.

5.  Paragraph 12 of the Agreement is hereby amended and replaced in its entirety by the following:

Proprietary and Confidential Information
PBPS Contract Management – Rev January 2014

**Readability**. PBPS expects that mail meeting the mail specifications set forth in paragraph 9 above ("Mail Specifications") will process on its equipment at a 97% readability rate or better, meaning that PBPS can read the address and obtain a valid delivery point on the first pass.    If PBPS observes that Client's mail readability rate has degenerated, PBPS will provide Client with samples of the rejected mail and recommendations to resolve the readability and/or address accuracy problems. Client will cooperate with efforts to promptly restore the readability rate to reasonable levels.

6.    Paragraph 23 of the Agreement is hereby amended by adding the following subparagraph 23.4:

23.4  Notification of Breach.  Each party shall notify the other promptly of, but not more than three (3) business days after, the discovery of any event, which resulted in or reasonably may have resulted in, the unauthorized use or disclosure of Client's Confidential Information associated with the services, including Client mail ("Security Breach").  The parties shall each provide reasonable assistance and cooperation in the investigation and mitigation of any Security Breach.

7.    Schedule 1.0 is hereby amended and replaced in its entirety.  The attached Schedule 1.0 replaces and supersedes any and all previous Schedule 1.0 versions.

8.    Schedule 2.0 is hereby amended and replaced in its entirety.  The attached Schedule 2.0 replaces and supersedes any and all previous Schedule 2.0 versions.

9.    Schedule 3.0 is hereby amended and replaced in its entirety.  The attached Schedule 3.0 replaces and supersedes any and all previous Schedule 3.0 versions.

10.    Schedule 4.0 is hereby amended and replaced in its entirety.  The attached Schedule 4.0 replaces and supersedes any and all previous Schedule 4.0 versions.

11.    Schedule 5.0 is hereby amended and replaced in its entirety.  The attached Schedule 5.0 replaces and supersedes any and all previous Schedule 5.0 versions.

12.    Except as amended herein, the terms of the Agreement remain in full force and effect and are hereby ratified and affirmed.

PITNEY BOWES PRESORT                    THE STANDARD REGISTER COMPANY
SERVICES, INC.

By _____              By: _____

Printed Name:  **Nicole M. Ziska, VP Finance** Printed Name:  _GREG J. GREVE_
              **Pitney Bowes Presort Services, Inc.**
Title: _____          Title: _EVP_

Date: _3/27/15_                         Date: _4 MAR 15_

Page 2 of 14

## SCHEDULE 1.0

## ADDRESSES AND TIMES FOR MAIL PICK UP

1.1     **Pick Up Times**. Upon mutual agreement PBPS and Client may add Client locations where the services will be made available. For such locations, PBPS will pick up Client's mail at the address(es) specified below. Client shall assemble and make available for pick up its mail on such schedule as may be mutually agreed upon by the parties, in writing, from time to time, with the initial schedule set forth below.

| Client Location | PBPS Location | Pick Up Time(s)[1] Same Day Dated | Pick Up Time(s)[1] Next Day Dated | Pick Up Time(s)[7] Saturday | Average Daily Volume[2] |
|---|---|---|---|---|---|
| 1803 N Rocky River Rd Monroe, NC 28110 | Charlotte, NC | 12:00am, 8:00am, noon[9], 5:00pm[3] | 10:30pm | 8:00am | 360,000 |
| 2908 Commodore Dr. Carrollton, TX 75007 | Grand Prairie, TX | 10:40am[9], 2:50pm[3] | 5:30pm, 11:35pm[4] | 8:30am | 44,000 |
| 259 Hartford Turnpike Tolland, CT 06084 | Hartford, CT | 11:30am[9], 3:00pm[3] | 4:30pm[5] | 10:00am | 63,000 |
| 3885 Seaport Blvd West Sacramento, CA 95691 | West Sacramento, CA | 12:01am[8], 9:00am[6], noon[9], 5:00pm[3] | 5:30 pm | 9:00am | 253,000 |
| 4517 W 1730 S Salt Lake City, UT 84104 | Corona, CA | N/A | TBD[10] | N/A | TBD |
| 3125 Louis Centre Way Grove City, OH 43123 | Grove City, OH | 2:00pm, 5:00pm[11] | N/A | N/A | 300,000 |
| 7 Costco Dr. Monroe Township, NJ 08831 | Pine Brook, NJ | 1:00pm | N/A | N/A | 25,000 |

*Notes:*
*1 – Pick up times are Monday through Friday, excluding holidays, unless otherwise noted.*

*2 - The Average Daily Volume(ADV) shown is an estimate only for planning and benchmarking purposes and is not a guarantee of the volume for the location indicated. PBPS reserves the right to decline services at any Client location if the factors of ADV and distance to the nearest PBPS facility make providing the services commercially unreasonable.*

*3 – PBPS will make commercially reasonable effort to process as much mail as possible for same day, however, any volume of mail over the Maximum Same Day Volume set forth below for each location at the designated pick up time may receive next day processing. Any mail submitted on a Friday (or Thursday if Friday is a holiday) that exceeds the Maximum Same Day Volume and must be processed next day basis on Saturday is subject to a Saturday Surcharge as set forth in paragraph 2.2 of Schedule 2.0:*

| *Location* | *Pick-Up Time(s)* | *Maximum Same Day Volume* |
|---|---|---|
| *Monroe, NC* | *5:00pm* | *70,000 pieces* |
| *Carrollton, TX* | *2:50pm* | *100,000 pieces and maximum daily total of 300,000 pieces* |
| *Tolland, CT* | *3:00pm* | *30,000 pieces* |
| *West Sacramento, CA* | *5:00pm* | *20,000 pieces* |

*In the event Client's mail at its Sacramento, CA, location is not ready at the 5:00pm pick up time and the PBPS truck is delayed past 5:00pm, all mail picked up at such time may receive next day processing even if such volume is less than the maximum same day volume stated above.*

*4 - Any volumes presented by the Client at the designated pick-up time on Friday (or Thursday if Friday is a holiday) that require processing on Saturday are subject to a Saturday Surcharge as set forth in paragraph 2.2 of Schedule 2.0.*

*5 –Pick-up available Monday through Friday upon request of Client with 24 hours advance notice. Any mail submitted at this pick-up on Friday (or Thursday if Friday is a holiday) that require processing on Saturday is subject to a Saturday Surcharge as set forth in paragraph 2.2 of Schedule 2.0.*

*6 –For mail flow purposes, if volumes increase into Tier Level 4 set forth in paragraph 2.12 of Schedule 2.0, at least 40% of the total daily mail volume must be presented at this time.*

Page 3 of 14

**SCHEDULE 1.0 (continued)**

**ADDRESSES AND TIMES FOR MAIL PICK UP**

*7 – Upon Client request, with 24 hours advance notice, PBPS will pickup mail on Saturday at the designated times, dated for Saturday processing. PBPS will make commercially reasonable effort to process as much mail as possible for Saturday, however, any volume of mail over the Maximum Saturday Volume set forth below for each location may receive next day processing. Any mail submitted for Saturday processing is subject to a Saturday Surcharge as set forth in paragraph 2.2 of Schedule 2.0:*

| Location | Maximum Saturday Volume |
|---|---|
| Monroe, NC | 50,000 |
| Carrollton, TX | no limit |
| Tolland, CT | 50,000 |
| West Sacramento, CA | 50,000 |

*8 – PBPS can pick up between 12:01 AM to 1:30 AM on an as-needed basis only and based on truck availability, with notice from Client no later than 5:00 PM PST the previous day. Client must have mail ready by 12:01 AM for pickup. Trucks must leave Client's location within 15 minutes of arrival. Client must have a minimum volume of 1,000 pieces for a pick up. Mail picked up at this time must come under its own job number, as specified by PBPS. Mail must be dated for the current day, any presort mail dated for the previous day will be redated, and all mail picked up at this time will be subject to the fees set forth in paragraph 3.3 of Schedule 3.0. Mail picked up at this time may be subject to a Late Mail Surcharge as set forth in paragraph 2.4 of Schedule 2.0. No pre-metered or stamped full rate mail can be presented on this pick up.*

*9 – PBPS will make commercially reasonable effort to process as much First Class flat mail as possible for same day, however, any volume of mail over the Maximum Same Day Volume set forth below for each location at the designated pick up time may receive next day processing. Any mail submitted on a Friday (or Thursday if Friday is a holiday) that exceeds the Maximum Same Day Volume will be processed on the following business day. In addition, the total daily volume of First Class flat mail processed at each location below cannot exceed the combined Maximum Same Day Volume and Maximum Next Day Volume shown below for that location. Accordingly, any next-day dated First Class flat mail received at each location below that exceeds the stated Maximum Next Day Volume for that location, regardless of pick up time, may be redated and processed on the following business day:*

| Location | Pick-Up Time(s) | Maximum Same Day Volume | Maximum Next Day Volume |
|---|---|---|---|
| Monroe, NC | noon | 2,000 pieces | 20,000 pieces |
| Carrollton, TX | 9 am | 10,000 pieces | 25,000 pieces |
| Tolland, CT | 11:30 am | 1,000 pieces | 9,000 pieces |
| West Sacramento, CA | noon | 5,000 pieces | 25,000 pieces |

*10 - Standard Class mail processed by PBPS under this Agreement will be USPS verified and dropped by the applicable PBPS operating center according to the operating center published drop schedule (with certain exceptions, e.g. USPS holidays). In order to be included in the next scheduled drop, Client mail must be received at the PBPS operating center by the designated cut off time for that center prior to the drop, usually two to three business days. Client will be notified by e-mail of any changes to the Drop Schedule and/or cut off times.*

*11 – PBPS will make commercially reasonable effort to process as much mail as possible for same day; however, any volume of mail at this pickup time that is over 40,000 pieces or 30% of the average daily volume for this location may receive next day processing. Notwithstanding the foregoing, in the event the average daily volume of mail received from Client's Columbus, Ohio, location reaches 300,000 pieces, the maximum volume of mail for same day processing will be increased from 40,000 pieces to 75,000 pieces.*

Proprietary and Confidential Information
PBPS Contract Management – Rev January 2014

## SCHEDULE 2.0

## FEES FOR AUTOMATED PRESORT SERVICES

For automated First Class® presort services provided by PBPS for mail meeting the Mail Specification requirements, read and accepted on the first pass through PBPS's mail processing equipment, Client shall pay to PBPS the following:

2.1    **Postage and Presort Fee.**

2.1.1    **Metered/Permit Postage and Presort Fee**.    Client shall meter the First Class mail, or be charged for postage on First Class permit indicia mail, at the then current USPS Discount Rate designated below for each mail type and shall pay the presort fee per piece as shown below for the applicable mail type and service level:

| Mail Type | USPS Discount Rate | Presort Fee Per Piece | |
|---|---|---|---|
| | | Same Day | Next Day |
| Letters – Metered and Permit – Synovus Mail at PBPS Charlotte Only | 5 Digit | $0.017 | $0.017 |
| Letters – All Other Metered and Permit | 3 Digit | $See paragraph 2.1.2 | $See paragraph 2.1.2 |
| Postcards – Metered – Regular Volumes - PBPS Charlotte Only | 3 Digit | $0.003 | $0.003 |
| Postcards – Metered – Special Projects[3] – PBPS Charlotte Only | 3 Digit | $N/A | $0.001 |
| Postcards – All Other Metered | 3 Digit | $0.0215 | $0.0215 |
| Postcards – Permit | 3 Digit | $0.0215 | $0.0215 |
| Automated Flats[1] – Metered | 3 Digit | $0.21 | $0.21 |
| Automated Flats[1] – Permit | N/A | $N/A | $N/A |
| Non-Automated Flats[2] – Metered | Presort | $0.08 | $0.08 |
| Non-Automated Flats[2] - Permit | N/A | $N/A | $N/A |

*Notes:*

1 - Automation compatible First Class Flats must meet the following specifications: (1) 0 to 8 ounces; (2) up to ½ inch thick; (3) up to 13 inches in length; (4) windowed flats must be glassine sealed with no gaps; and (5) otherwise meeting the Mail Specification requirements of this Agreement ("Automated Flats").

2 - All Flats meeting the Mail Specifications, but not meeting the Automated Flats specifications listed above ("Non-Automated Flats").

3 – Special project postcard mailings must be over 300,000 pieces, will be processed on a next day basis only and mail pieces will be tested for automation compatibility. Any postcard mailing that is less than 300,000 pieces will not be considered "special project" mail.

2.1.2    **Rebate.**    Client shall pay the following tiered presort fee or receive the following tiered rebate per piece of First Class letter mail metered or permit at the **3-digit rate** for Same Day or Next Day processing at each location based on the combined volume of First Class letter and postcard mail from all locations under this Agreement, calculated for each calendar quarter. For purposes of determining the quarterly volume for each location, PBPS shall use the machine counts for mail processed and invoiced during such calendar quarter. The presort fee or rebate for the applicable tier level will be applied to all First Class metered or permit letter mail at the **3-digit rate** processed that quarter at each location:

| Tier Level | Quarterly Volume (all locations combined) | Presort Fee / (Rebate) Per Piece |
|---|---|---|
| 1 | 0 – 12,600,000 | To be negotiated |
| 2 | 12,600,001 – 22,050,000 | $0.016 |
| 3 | 22,050,001 – 50,400,000 | $0.000 |
| 4 | 50,400,001 – 63,000,000 | ($0.001) |
| 5 | 63,000,001 – infinity | To be negotiated |

The rebate will be issued as a credit on Client's invoice. If the amount of the rebate exceeds the amount due from Client to PBPS for fees and postage, the credit will remain on Client's account and available to Client. If any accumulated rebate credit(s) is not used, the rebate will be paid to Client by check periodically or upon request, provided Client maintains a positive balance in Client's Postage Deposit account as set forth on Schedule 4.0 and is not delinquent in payment of fees and postage under this Agreement. In the event there is a zero or negative balance in Client's Postage Deposit account, or in the event Client is more than thirty (30) days past due on payment of any amounts due to PBPS hereunder, no rebate payment will be made until such time as Client's Postage Deposit account has been replenished and all amounts due PBPS have been paid.

Proprietary and Confidential Information
PBPS Contract Management – Rev January 2014

Proprietary and Confidential Information
PBPS Contract Management – Rev January 2014

SCHEDULE 2.0 (continued)

### FEES FOR AUTOMATED PRESORT SERVICES

2.1.3    Postage Discount Rates at the time of this Agreement are attached hereto as Appendix A.

2.2    **Saturday Surcharge**:  Client shall pay a surcharge of **$0.025** per piece of First Class letter or postcard mail that requires processing on a Saturday.

2.3    **Volume Surcharge**:  In the event the average daily volume of Synovus Mail exceeds 1,575,000 pieces during any calendar quarter, Client shall pay a surcharge of **$0.006** for each piece over 1,575,000 pieces for the remainder of such calendar quarter.

2.4    **Late Mail Surcharge**:  Except for mail that is redated as provided in Note 8 of Schedule 1.0, Client shall pay a late mail surcharge of **$0.015** per piece of First Class letter mail picked up at the 12:01am pick up time at Client's West Sacramento location only.

2.5    **Special Handling**: First Class mail otherwise meeting the Mail Specifications, but which requires additional handling due to the  size or content, will be charged the Presort Fee as set forth above **plus** a Special Handling Fee for:
   2.5.1    6"x9" of $**N/A** per piece.
   2.5.2    #14 envelopes of $**N/A** per piece.
   2.5.3    Negotiables (including checks, stocks certificates, cash, etc.) of $**waived** per piece.
   2.5.4    Plastics (debit/credit/gift cards):  $**N/A** per piece.
   2.5.5    Other: **N/A** of $**N/A** per piece.

2.6    **Exception Handling Fee.**   Mail that is rejected by the sorting equipment ("Machine Rejected Mail" or "MRM"), including mail that fails Delivery Point Validation ("DPV™"), mail with a pre-printed barcode that is not Full Service IMb compliant, mail that can't be barcoded, or which for any other reason PBPS cannot mechanically read and process as a Full Service IMb compliant mailpiece as a result of the way the mail was prepared by Client, including but not limited to poor print quality, incompatible fonts and incorrect addressing (collectively "Exception Mail"), will be charged the above Presort Fee plus any applicable Exception Handling Fee as set forth below. The per piece amount of each Exception Handling Fee is related to USPS rates and may be revised by PBPS upon USPS changes as provided in paragraph 5 of the Agreement.  While PBPS will make reasonable efforts to process Exception Handling mail the same day, such mail may be delayed because of the extra handling necessary to meet USPS preparation requirements.  PBPS may re-date and submit such delayed mail the following business day.

Proprietary and Confidential Information
PBPS Contract Management – Rev January 2014

**SCHEDULE 2.0 (continued)**

**FEES FOR AUTOMATED PRESORT SERVICES**

2.6.1    <u>Machine Rejected Mail (MRM) Fees</u>: In the event that the readability of Client's mail (or a specific mail type or job) has degraded such that the Machine Rejected Mail rate **exceeds 10%** ("the Threshold Allowance"), and Client has not been successful in restoring the readability as provided in paragraph 12 of the Agreement, PBPS may upon fifteen (15) days advance written notice, initiate charging (or revise) the MRM Fee. The agreed upon MRM Fee and percentage will be documented by e-mail and confirmation between the parties' primary business representatives without the need for an amendment to this Agreement and will go into effect on the date stated in the e-mail confirmation. The MRM Fee will be applied to a percentage of Client's mail representing the Exception Mail, as determined by the most recent readability report attached to the notice, less the Threshold Allowance. The MRM Fee will be applied to such percentage regardless of the actual number of pieces of Exception Mail on any given day. Client may request a more recent readability report be used to determine the Exception Mail percentage applied, if Client has taken steps to improve the mail readability.

At the time of this Agreement, the applicable MRM Fee applied to the determined percentage of Client's mail in excess of the Threshold Allowance for each mail type and discount rate is set forth below:

| Mail Type | USPS Discount Rate | MRM Fee Per Piece |
|---|---|---|
| Letters | 5 Digit | $TBD |
| Letters | 3 Digit | $TBD |
| Postcards | 3 Digit | $TBD |
| Automated Flats | 3 Digit | $TBD |
| Non-Automated Flats | Presort | $TBD |

2.6.2    <u>IMb Downgrade</u>: If Client pre-barcodes its mail with a barcode that is not Full Service IMb compliant or presents mail on which PBPS cannot print a Full Service IMb, Client may be charged an IMb Downgrade based upon any penalties, postage assessments or forfeiture of discounts (collectively, "Downgrade") which may be imposed by the USPS on PBPS, based upon PBPS' calculation of Client's pro-rata share of such non-compliant mail.

2.7    **Default Pricing Terms.** Upon any Event of Default as defined in paragraph 18 of the Agreement, PBPS may elect to continue processing Client's mail, but will no longer accept any permit mail or meter any mail on behalf of Client, and Client will pre-meter all of its mail. Any mail that has not been metered will be returned to Client. Further, Client shall not pre-meter First Class mail at the rates specified above, and instead shall pre-meter all First Class mail at the then-current Presort Rate. PBPS will rebate back to Client the difference between the Presort pre-metered rate and the contract pricing herein for mail processed at the Presort rate, after setting off against such rebate amount any sums then due from Client to PBPS pursuant to this Agreement. If Client fails to pre-meter the mail at the Presort rate, PBPS may pursue other options as permitted under the Agreement.

Proprietary and Confidential Information
PBPS Contract Management – Rev January 2014

## SCHEDULE 3.0

### FEES FOR OTHER SERVICES

For other services identified herein, Client shall pay to PBPS the following:

3.1     **Ancillary Fees.** PBPS reserves the right to charge the applicable fee for services performed to correct Client's mail not in compliance with the Mail Specifications. The ancillary services described below may also be performed upon request of Client. While PBPS will make reasonable efforts to process mail requiring additional services according to the scheduled service level, the required additional handling may result in the mail being delayed and submitted to the USPS on the following business day. Client will pay the applicable Ancillary Fee, as well as reimburse PBPS for any additional postage required. Charges for the ancillary services listed below are as follows:

| Service | Fee Per Piece (unless otherwise indicated) |
|---|---|
| Meter Date Correction – Letters | $0.03 |
| Meter Date Correction – Flats | $0.06 |
| Missing Endorsement | $0.015 |
| Re-dating[1] | $0.015 |
| Metering Fee – Letters | $0.03 |
| Metering Fee – Flats | $0.06 |
| Meter Strip | $0.15 |
| Labeling (LMLM) – Sorter | $0.05 |
| Labeling (LMLM) – Hand | $0.05 (+$25.00 per hour, per person) |
| Sticky Mail | $25.00 (per hour, per person – minimum 1 hour) |
| Billable Hourly Work | $25.00 (per hour, per person – minimum 1 hour) |
| Excessive Waiting Time at Pickup: Straight truck or van | $60.00 per hour (minimum 1/2 hour after 30 minutes) |
| Excessive Waiting Time at Pickup: Tractor trailer | $100.00 per hour (minimum 1/2 hour after 30 minutes) |

*Notes:*
*1 – Client shall be responsible for any liability or penalty as a result of mail that is re-dated by PBPS due to Client's improper preparation of the mail or submitting same day dated mail after the same day cutoff. PBPS will not redate any mail for those Client customers identified by Client in writing (e-mail is sufficient) and as agreed by PBPS.*

3.2     **International Mail (PBPS Grand Prairie, TX Only).** PBPS will accept incidental International Mail and process according to a flexible drop schedule, based upon volumes, capacity and other factors in PBPS' discretion. International Mail must be documents only, less than 4 pounds and presented with no postage affixed. If PBPS can qualify the mail for USPS International Priority Air (IPA), PBPS will charge Client full retail postage rate less a 10% discount and no fees. If PBPS cannot qualify the mail for IPA service, PBPS will charge Client the full retail postage rate plus the applicable metering fee (letters or flats).

3.3     **Standard Mail (formerly 3rd Class and 4th Class).**

        3.3.1     **Standard Class Metered Postage.** Client shall meter all Standard Class letter mail, regular and Non-Profit, up to 3.3 ounces at the then current 3-Digit Automation Non-Entry rate. Client shall reimburse PBPS for all postage metered by PBPS on behalf of Client.

        3.3.2     **Standard Class Permit Postage.** Client will be charged for postage on Client's Standard Class permit indicia letter mail, regular and Non-Profit, meeting automation requirements up to 3.3 ounces at the then current 3-Digit Automation Non-Entry rate. Because PBPS, as the presenter, must pay the USPS for permit postage, Client shall establish a Postage Payment method pursuant to paragraph 6 of this Agreement as set forth on Schedule 4.0.

        3.3.3     Postage Discount Rates at the time of this Agreement are attached hereto as Appendix A.

        3.3.4     **Presort Fee/Rebate.** Client shall either pay the following tiered presort fee or receive the following tiered rebate per piece based on the weekly volume of Standard Class letter mail at each location. The presort fee or rebate for the applicable tier level will be applied to all Standard Class letter mail back to the first piece of the billing period for each location. For billing purposes in the case of permit Standard letter mail, the presort fee or rebate below and the postage amount set forth in paragraph 3.3.2 above will be combined. For example, based upon USPS rates at the time of this Amendment, volumes in the second tier will be invoiced at $0.272 per piece for a one ounce piece of Regular Standard letter mail. The rebate will be issued as a credit on Client's invoice. If the amount of the rebate exceeds the amount due from Client to PBPS for fees and postage, the credit will remain on Client's account and available to Client. If any accumulated rebate credit(s) is not used, the rebate will be paid to Client by check periodically or upon request, provided Client maintains a positive balance in Client's Postage Deposit account as

Proprietary and Confidential Information
PBPS Contract Management – Rev January 2014

described on Schedule 4.0 and is not delinquent in payment of fees and postage under this Agreement. In the event there is a zero or negative balance in Client's Postage Deposit account, or in the event Client is more than thirty (30) days past due on payment of any amounts due to PBPS hereunder, no rebate payment will be made until such time as Client's Postage Deposit account has been replenished and all amounts due PBPS have been paid.

| Weekly Volume by Location | Regular Standard Mail Presort Fee / (Rebate) Per Piece | Non-Profit Standard Mail Presort Fee / (Rebate) Per Piece |
|---|---|---|
| 0 – 50,000 | $0.0250 | $0.0250 |
| 50,001 – 150,000 | ($0.0070) | ($0.0055) |
| 150,001 – 300,000 | ($0.0100) | ($0.0085) |
| 300,001 – 500,000 | ($0.0170) | ($0.0155) |
| 500,001 – 700,000 | ($0.0183) | ($0.0168) |
| 700,001 – 1,000,000 | ($0.0190) | ($0.0175) |
| 1,000,001 – infinity | ($0.0198) | ($0.0183) |

3.3.5     **Fuel Surcharge.** In addition to the transportation fee set forth below, Client shall pay PBPS a fee of **$0.002** per piece of **Regular and Non-Profit Standard Class** mail on account of fuel costs associated with performing the services described in this Agreement.

3.3.6     **Heavy Surcharge.** Mail pieces in excess of **2** ounces will incur a surcharge of **$0.002** per piece.

3.3.7     **Exception Handling Fee.** It is in the best interests of both parties that Client's mail be fully automation compatible to assure timeliness and low cost. Mail that is rejected by the MLOCRs ("Machine Rejected Mail") or for which PBPS cannot obtain a valid 11 digit barcode, as a result of the way the mail was prepared by Client, including but not limited to poor print quality, incompatible fonts, incorrect addressing ("Delivery Point Validation"), non-barcoded or having only a 5 digit barcode, results in increased costs to PBPS. Therefore, if Client presents any Standard Class mailing job with an exception rate over 1%, the Exception Handling Fee of **$0.057** will be applied to each piece of Client's mail that is rejected or fails.

3.4     **Certificates of Bulk Mailing (PBPS Charlotte, NC Only).** Special services for Certificates of Bulk Mailing will be provided at PBPS locations where available upon Client's advance request. Mail requiring Certificates of Bulk Mailing shall be prepared separately by Client and shall be clearly identified to PBPS for Certificate of Bulk Mailing handling. Client shall provide PBPS with the completed PS Form 3606. The Certificates of Bulk Mailing shall be provided in accordance with USPS procedures at the price of **$0.01** per piece for the first five (5) certificates received per day. If Client submits more than five (5) certificates in any one day, Client will provide at least twenty-four (24) hours advance notice to PBPS, and the parties shall negotiate in writing (e-mail is sufficient) a reasonable fee for the certificates.

3.5     **Transportation.** For the mail transportation services described in paragraph 1 of the Agreement, Client shall pay PBPS a fee of **$0.00 per pick up**, which shall be invoiced and payable according to paragraph 11 of the Agreement.

3.6     **Fuel Surcharge.** In addition to the transportation fee set forth above, Client shall pay PBPS a fee of **$0.00** per mail pick up on account of fuel costs associated with performing the First Class mail services described in this Agreement.

Proprietary and Confidential Information
PBPS Contract Management – Rev January 2014

**SCHEDULE 4.0**

**POSTAGE PAYMENT**

4.1    **Postage Deposit.** If Client uses Permit mail, pre-meters mail at the 5-Digit Automation Rate, or regularly requires PBPS to meter mail on Client's behalf, Client shall provide an advance postage deposit based on the type of deposit account by location as set forth below. The initial deposit is calculated based upon the anticipated average daily volume of permit, 5 digit or un-metered, times the appropriate postage rate, times the anticipated number of business days from the date of service to payment of the applicable invoice.

| PBPS Location | Deposit Account Number[1] | Deposit Type | Initial Deposit Amount | Frequency of Funding |
|---|---|---|---|---|
| Charlotte, NC | 29103-2 | Permanent | $187,000 | n/a |
| Grand Prairie, TX | 32217-1 | Revolving | $100,000 | As needed |
| West Sacramento, CA | 39987-1 | Revolving | $50,000 | As needed |
| Hartford, CT | 13419-2 (Webster Bank PC) | Revolving | $22,500 | As needed |
| Hartford, CT | 13419-3 (OSI) | Revolving | $2,500 | As needed |
| Hartford, CT | 13419-5 (Open Solutions) | Revolving | $25,000 | As needed |
| Corona, CA | 33234-1 | Revolving | $66,766 | As needed |
| Grove City, OH | TBD | Revolving | $600,000 | As needed |
| Pine Brook, NJ | TBD | Revolving | $50,000 | As needed |

*Note(s):*

  *1-Account numbers are provided for clarity only and may be changed at any time without requirement of an amendment.*

4.2    **Payment Process.** The amount to be deposited may be changed by PBPS on a periodic basis (but not more frequently than quarterly) based upon changes in Client's volume, postage usage, service fees, payment history or services utilized. Client will be notified in advance, in writing, if the deposit amount is changed. For a revolving deposit account, in addition to the initial deposit, Client shall provide an advance postage payment sufficient to cover the estimated postage to be used as indicated in the Frequency of Funding column above. Such postage payment shall be made via electronic transfer to PBPS. Client will receive a postage statement for reconciliation purposes. Any shortage of postage funds received will be paid by Client with the next postage payment deposit and any excess postage funds received may be deducted from the next postage deposit.

4.3    **Interest on Deposit.** PBPS shall retain any and all interest income earned on the deposit amount.

4.4    **Return of Deposit.** Upon the termination of this Agreement, PBPS shall return the deposit to Client after all Fees for services and postage have been paid to PBPS by the Client.

4.5    **Failure to Maintain Deposit.** IF CLIENT FAILS TO MAINTAIN THE DEPOSIT AT THE THEN-APPLICABLE LEVEL(S), PBPS MAY IMMEDIATELY SUSPEND ITS PERFORMANCE UNDER THE AGREEMENT AND WILL, AT CLIENT'S OPTION, EITHER: (i) HOLD CLIENT'S MAIL UNTIL THE DEPOSIT IS RECEIVED OR (ii) RETURN THE MAIL TO CLIENT.

Proprietary and Confidential Information
PBPS Contract Management – Rev January 2014

CLIENT NAME AND ADDRESS: The Standard Register Company, Monroe, NC; Carrolton, TX; West Sacramento, CA; Tolland, CT; Salt Lake City, UT; Columbus, OH; Cranbury, NJ
PBPS OPERATING CENTER: Charlotte, NC; Grand Prairie, TX; Sacramento, CA; Hartford, CT; Corona, CA; Grove City, OH; Pine Brook, NJ
MAIL PROCESSING AGREEMENT DATE: February 1, 2008

### SCHEDULE 5.0

### MOVE-UPDATE REQUIREMENT

5.1     **Move-Update Option.** Client will complete a Certification of Move Update Compliance form as may be reasonably requested by PBPS from time to time in order to confirm the Move Update Option selected by Client on a job by job basis. Client's selections include the following move-update option(s):

Indicate the selected option by placing an "X" in each column.

| Option | First Class Letter Mail | First Class Flat Mail[1] | Standard Class Letter Mail[1] |
|---|---|---|---|
| Not Applicable | | | |
| A USPS approved Move Update Solution provided and utilized by Client | | | |
| PBPS Move Update Solution (an MLOCR-based software application such as Siemens UMove®) provided by PBPS | | | |
| A USPS approved Move Update Solution provided and utilized by Client on all mail, except for designated jobs within the mail category type indicated in the column(s) to the right and as agreed by the parties on which PBPS shall utilize the PBPS Move Update Solution | X | X | X |

*1 – PBPS Move Update Solution for flat mail and standard mail may not be available at all PBPS locations.*

Performance Based Verification (PBV) is the USPS testing to determine if a mail owner's addresses are being updated as required by USPS Move Update Compliance regulations. Clients electing to rely on their own application of a USPS Move Update method and those receiving the PBPS Move Update Solution at the reduced fee will reimburse PBPS for any penalties or postage assessments imposed by the USPS due to, or caused in part by, Client's mail which fails PBV, based upon PBPS's calculation of Client's pro-rata portion of such penalty or assessment for that day, except in the event that PBPS failed to apply the PBPS Move Update Solution on mail designated to be run under the PBPS Move Update Solution.

If Client has not selected the PBPS Move Update Solution option, the remainder of Schedule 5.0 is not applicable. If Client has selected the PBPS Move Update Solution option, such selection is governed by the terms of paragraphs 5.2 through 5.4 of Schedule 5.0

5.2     **Physical Requirements for PBPS Move Update Solution:** PBPS can only spray barcodes on mail pieces that are non-glossy with a sufficient clear zone in the lower right quadrant. Client will be required to use another approved Move Update method for non-conforming mail pieces.

5.3     **PBPS Move Update Solution – Reduced Fee (No PBV Protect):**

Application Fee of **$0.00** per each piece of letter mail scanned.
Application Fee of **$0.04** per each piece of flat mail scanned.

5.4     Additional Service Options*:
        a.    "DO NOT FORWARD" endorsement for $ N/A per N/A.
        b.    ADDRESS CORRECTION REQUESTED ("ACR") endorsement for $ N/A per N/A .
        c.    FACSIMILE SERVICE for $ N/A per piece sorted.
*These options require specific USPS authorization, which must be obtained by Client in advance.

CLIENT HEREBY ACCEPTS AND AGREES TO THESE TERMS AND CONDITIONS FOR THE MOVE UPDATE OPTIONS SELECTED ABOVE.

Client: The Standard Register Company

By: _____              Address:_____

Name: GREG J. GROUT                                              _____

Title: EVP _____              Date Signed._____

Page 12 of 14

## APPENDIX A

## First Class Letters, Postcards and Flats - USPS Postage Discount Rates

| USPS Postage Rates as of January 26, 2014 | | |
|---|---|---|
| First Class Mail | | |
| **Letters** | **Postage Rate Level** | **Postage** |
| 1 oz. Letter | Full Rate | $0.490 |
| 1 oz. Letter | Non-automation Presort | $0.460 |
| 1 oz. Letter | Mixed AADC | $0.435 |
| 1 oz. Letter | AADC | $0.406 |
| 1 oz. Letter | 3-Digit | $0.406 |
| 1 oz. Letter | 5-Digit | $0.381 |
| **Postcard** | **Postage Rate Level** | **Postage** |
| Postcard | Full Rate | $0.340 |
| Postcard | Non-automation Presort | $0.293 |
| Postcard | Mixed AADC | $0.278 |
| Postcard | AADC | $0.265 |
| Postcard | 3-Digit | $0.265 |
| Postcard | 5-Digit | $0.251 |
| **Flats** | **Postage Rate Level** | **Postage** |
| 1 oz. Flat | Full Rate | $0.980 |
| 1 oz. Flat | Non-automation Presort | $0.815 |
| 1 oz. Flat | 3-Digit | $0.634 |

Additional ounce postage as set by the USPS

*Public Information*
*USPS Rates Effective as Shown*

## APPENDIX A (continued)

### Standard Mail Letters – USPS Postage Discount Rates

**USPS Rates as of January 26, 2014:**

#### Regular - Letters Automation

| | Entry Point | Automation | | | |
|---|---|---|---|---|---|
| | | 5-Digit | 3-Digit | AADC | Mixed AADC |
| Letters weighing | Origin | $0.261 | $0.279 | $0.279 | $0.301 |
| 3.3 oz. or less | NDC | $0.227 | $0.245 | $0.245 | $0.267 |
| | DSCF | $0.217 | $0.235 | $0.235 | --- |
| per piece rate | DDU | --- | --- | --- | --- |

#### Regular - Letters Nonautomation

| | Entry Point | Machinable | | Nonmachinable | | | |
|---|---|---|---|---|---|---|---|
| | | AADC | Mixed AADC | 5-Digit | 3-Digit | ADC | Mixed AADC |
| Letters weighing | Origin | $0.291 | $0.309 | $0.452 | $0.545 | $0.576 | $0.664 |
| 3.3 oz. or less | NDC | $0.257 | $0.275 | $0.418 | $0.511 | $0.542 | $0.630 |
| | DSCF | $0.246 | --- | $0.408 | $0.501 | $0.532 | --- |
| per piece rate | DDU | --- | --- | --- | --- | --- | --- |

#### Nonprofit - Letters Automation

| | Entry Discount | Automation | | | |
|---|---|---|---|---|---|
| | | 5-Digit | 3-Digit | AADC | Mixed AADC |
| Letters weighing | Origin | $0.143 | $0.161 | $0.161 | $0.183 |
| 3.3 oz. or less | NDC | $0.109 | $0.127 | $0.127 | $0.149 |
| | DSCF | $0.099 | $0.117 | $0.117 | --- |
| per piece rate | DDU | --- | --- | --- | --- |

#### Nonprofit - Letters Nonautomation

| | Entry Discount | Machinable | | Nonmachinable | | | |
|---|---|---|---|---|---|---|---|
| | | AADC | Mixed AADC | 5-Digit | 3-Digit | ADC | Mixed AADC |
| Letters weighing | None | $0.173 | $0.191 | $0.334 | $0.427 | $0.458 | $0.546 |
| 3.3 oz. or less | NDC | $0.139 | $0.157 | $0.300 | $0.393 | $0.424 | $0.512 |
| | DSCF | $0.128 | --- | $0.289 | $0.382 | $0.413 | --- |
| per piece rate | DDU | --- | --- | --- | --- | --- | --- |

*Public Information*
*USPS Rates Effective as Shown*

**EXHIBIT B**
**PROOF OF CLAIM**

30954/2
12/23/2015 41485654.3

B10 (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT | District of Delaware | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor:<br>The Standard Register Company | Case Number:<br>15-10541 | **RECEIVED**<br><br>APR 2 8 2015<br><br>PRIME CLERK LLC |
|---|---|---|

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>PITNEY BOWES PRESORT SERVICES, INC. | **COURT USE ONLY** |
|---|---|
| Name and address where notices should be sent:<br>PITNEY BOWES PRESORT SERVICES, INC.<br>PO BOX 809369<br>CHICAGO IL 60680-9369<br><br>151054180000837<br><br>Telephone number: (800) 620-7237    email: griselle.betancourt@pb.com | ☐ Check this box if this claim amends a previously filed claim.<br><br>Court Claim Number:_____<br>   (*If known*)<br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br><br><br>Telephone number:           email: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars. |

| 1. Amount of Claim as of Date Case Filed:    $              884,560.37 | ~~Date Stamped Copy Returned~~<br>☐ No Self-Addressed Stamped Envelope<br>☒ No Copy Provided |
|---|---|

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** __Goods Sold_____
   (See instruction #2)

| 3. Last four digits of any number by which creditor identifies debtor:<br>4  1  5  0 | 3a. Debtor may have scheduled account as:<br>16804150 (see attached)<br>(See instruction #3a) | 3b. Uniform Claim Identifier (optional):<br><br>(See instruction #3b) |
|---|---|---|

**4. Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Value of Property: $_____

Annual Interest Rate_____% ☐ Fixed  or  ☐ Variable
(when case was filed)

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:
   $_____

Basis for perfection:_____

Amount of Secured Claim:  $_____

Amount Unsecured:  $      884,560.37

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(__).

Amount entitled to priority:
$_____

*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

Claim Number: 766

B10 (Official Form 10) (04/13)                                                                                                                                                 2

7. **Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. *(See instruction #7, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS.  ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, **please explain:**

8. **Signature:** (See instruction #8)

Check the appropriate box.

☐ I am the creditor.   ☑ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, indorser, or other codebtor.
                                                              or their authorized agent.        (See Bankruptcy Rule 3005.)
                                                              (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:   Grisselle Betancourt
Title:        Bankruptcy Specialist
Company:      Pitney Bowes Inc.                        /s/Grisselle Betancourt                          04/21/2015
Address and telephone number (if different from notice address above):    (Signature)                              (Date)


Telephone number:                     email:

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

---

### INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district in which the bankruptcy case was filed (for example, Central District of California), the debtor's full name, and the case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**3b. Uniform Claim Identifier:**
If you use a uniform claim identifier, you may report it here. A uniform claim identifier is an optional 24-character identifier that certain large creditors use to facilitate electronic payment in chapter 13 cases.

**4. Secured Claim:**
Check whether the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See Definitions.) If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. § 507 (a).**
If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest and documents required by FRBP 3001(c) for claims based on an open-end or revolving consumer credit agreement or secured by a security interest in the debtor's principal residence. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**8. Date and Signature:**
The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.

**Pitney Bowes**

Accounts Receivable Aged Invoice Report
Proprietary and Confidential Information
All Open Invoices as of

04/01/15

| Customer | Present Acct No. | Customer name | Invoice No. | Invoice Date | Balance | Days O/S | Pre-bankruptcy | Post bankruptcy |
|---|---|---|---|---|---|---|---|---|
| | 39-39987 | STANDARD REGISTER | 4184845 | 1/24/2015 | 625.00 | 67 | | |
| | 39-39987 | STANDARD REGISTER | 4184845 | 1/24/2015 | 625.00 | | $625.00 | |
| | 39-39987 | STANDARD REGISTER | 4184864 | 1/24/2015 | 560.49 | 67 | | |
| | 39-39987 | STANDARD REGISTER | 4184864 | 1/24/2015 | 560.49 | | $560.49 | |
| | 39-39987 | STANDARD REGISTER | 4186734 | 1/24/2015 | 99.03 | 67 | | |
| | 39-39987 | STANDARD REGISTER | 4186734 | 1/24/2015 | 99.03 | | $99.03 | |
| | 39-39987 | STANDARD REGISTER | 4186735 | 1/24/2015 | 191.94 | 67 | | |
| | 39-39987 | STANDARD REGISTER | 4186735 | 1/24/2015 | 191.94 | | $191.94 | |
| | 39-39987 | STANDARD REGISTER | | 1/24/2015 | 2,966.99 | 67 | | |
| | 39-39987 | STANDARD REGISTER | | 1/24/2015 | -2,744.35 | 67 | | |
| | | STANDARD REGISTER | 4186736 | | 222.64 | | $222.64 | |
| | 39-39987 | STANDARD REGISTER | | 1/24/2015 | 30,995.34 | 67 | | |
| | 39-39987 | STANDARD REGISTER | | 1/24/2015 | -30,882.35 | 67 | | |
| | 39-39987 | STANDARD REGISTER | 4186737 | 1/24/2015 | 112.99 | | $112.99 | |
| | 39-39987 | STANDARD REGISTER | 4186746 | 1/24/2015 | 236.69 | 67 | | |
| | 39-39987 | STANDARD REGISTER | 4186746 | | 236.69 | | $236.69 | |
| | 39-39987 | STANDARD REGISTER | 4186747 | 1/24/2015 | 672.90 | 67 | | |
| | 39-39987 | STANDARD REGISTER | 4186747 | 1/24/2015 | 672.90 | | $672.90 | |
| | 39-39987 | STANDARD REGISTER | 4186752 | 1/24/2015 | -557.49 | 67 | | |
| | 39-39987 | STANDARD REGISTER | 4186752 | 1/24/2015 | -557.49 | | -$557.49 | |
| | 39-39987 | STANDARD REGISTER | 4186753 | 1/24/2015 | -12.14 | 67 | | |
| | | STANDARD REGISTER | 4186753 | 1/24/2015 | -12.14 | | -$12.14 | |
| | 39-39987 | STANDARD REGISTER | 4186754 | 1/24/2015 | -94.06 | 67 | | |
| | | STANDARD REGISTER | 4186754 | | -94.06 | | -$94.06 | |
| | 39-39987 | STANDARD REGISTER | 4186755 | 1/24/2015 | 17,196.99 | 67 | | |
| | 39-39987 | STANDARD REGISTER | 4186755 | 1/24/2015 | -17,229.42 | 67 | | |
| | | STANDARD REGISTER | 4186756 | | -42.43 | | -$42.43 | |
| | 39-39987 | STANDARD REGISTER | 4186758 | 1/24/2015 | -37.37 | 67 | | |
| | | STANDARD REGISTER | 4186759 | | -37.37 | | -$37.37 | |
| | 39-39987 | STANDARD REGISTER | 4186761 | 1/24/2015 | 23.49 | 67 | | |
| | 39-39987 | STANDARD REGISTER | 4186761 | 1/24/2015 | -20.13 | 67 | | |
| | | STANDARD REGISTER | 4186761 | | 3.36 | | $3.36 | |
| | 39-39987 | STANDARD REGISTER | 4186762 | 1/24/2015 | 1,392.27 | 67 | | |
| | 39-39987 | STANDARD REGISTER | 4186762 | 1/24/2015 | -1,237.08 | 67 | | |
| | | STANDARD REGISTER | 4186762 | | 155.19 | | $155.19 | |
| | 39-39987 | STANDARD REGISTER | 4189039 | 1/24/2015 | 1,750.03 | 67 | | |
| | 39-39987 | STANDARD REGISTER | 4189039 | 1/24/2015 | -1,497.14 | 67 | | |
| | 39-39987 | STANDARD REGISTER | 4189039 | 1/24/2015 | 252.89 | | $252.89 | |
| | 39-39987 | STANDARD REGISTER | 4189039 | 1/24/2015 | 129.69 | 67 | | |
| | 39-39987 | STANDARD REGISTER | 4189039 | 1/24/2015 | -129.11 | 67 | | |

| Account | Name | Doc | Date | Amount | Code | Total |
|---|---|---|---|---|---|---|
| 39-39987 | STANDARD REGISTER | 4189039 | | 0.48 | | $0.48 |
| 39-39987 | STANDARD REGISTER | 4190443 | 1/24/2015 | 1.71 | 67 | |
| | | | | 1.71 | | $1.71 |
| 39-39987 | STANDARD REGISTER | 4191416 | 1/24/2015 | 577.59 | 67 | |
| | | | | 577.59 | | $577.59 |
| 39-39987 | STANDARD REGISTER | 4191417 | 1/24/2015 | 1.88 | 67 | |
| 39-39987 | STANDARD REGISTER | | 1/24/2015 | -1.67 | 67 | |
| 39-39987 | STANDARD REGISTER | | 1/31/2015 | 0.21 | 60 | $0.21 |
| 39-39987 | STANDARD REGISTER | 4191502 | | 625.00 | | $625.00 |
| 39-39987 | STANDARD REGISTER | | 1/24/2015 | 625.00 | | |
| 39-39987 | STANDARD REGISTER | | 1/24/2015 | 2.53 | 67 | |
| 39-39987 | STANDARD REGISTER | | 1/24/2015 | -1.90 | 67 | |
| 39-39987 | STANDARD REGISTER | 4191605 | | 0.63 | | $0.63 |
| 39-39987 | STANDARD REGISTER | | 1/24/2015 | 3,345.57 | 67 | |
| 39-39987 | STANDARD REGISTER | | 1/24/2015 | -2,866.98 | 67 | |
| 39-39987 | STANDARD REGISTER | 4191607 | | 478.59 | | $478.59 |
| 39-39987 | STANDARD REGISTER | | 1/24/2015 | 478.59 | | |
| 39-39987 | STANDARD REGISTER | | 1/24/2015 | 65.36 | 67 | |
| 39-39987 | STANDARD REGISTER | | 1/24/2015 | -57.17 | 67 | |
| 39-39987 | STANDARD REGISTER | 4191608 | | 8.19 | | $8.19 |
| 39-39987 | STANDARD REGISTER | | 1/24/2015 | 4.60 | 67 | |
| 39-39987 | STANDARD REGISTER | | 1/24/2015 | -4.18 | 67 | |
| 39-39987 | STANDARD REGISTER | 4191509 | | 0.42 | | $0.42 |
| 39-39987 | STANDARD REGISTER | | 1/24/2015 | 2.92 | 67 | |
| 39-39987 | STANDARD REGISTER | | 1/24/2015 | -2.71 | 67 | |
| 39-39987 | STANDARD REGISTER | 4191510 | | 0.21 | | $0.21 |
| 39-39987 | STANDARD REGISTER | | 1/24/2015 | 1.26 | 67 | |
| 39-39987 | STANDARD REGISTER | | 1/24/2015 | -1.05 | 67 | |
| 39-39987 | STANDARD REGISTER | 4191902 | | 0.21 | | $0.21 |
| 39-39987 | STANDARD REGISTER | | 1/31/2015 | 185.55 | 60 | |
| | | | | 185.55 | | $185.55 |
| 39-39987 | STANDARD REGISTER | 4183853 | | 67.44 | | $67.44 |
| 39-39987 | STANDARD REGISTER | | 1/31/2015 | 67.44 | 60 | |
| 39-39987 | STANDARD REGISTER | 4193854 | 1/31/2015 | 2,818.60 | 60 | |
| 39-39987 | STANDARD REGISTER | 4193855 | 1/31/2015 | -2,607.08 | 60 | |
| 39-39987 | STANDARD REGISTER | 4193855 | | 211.52 | | $211.52 |
| 39-39987 | STANDARD REGISTER | 4193856 | 1/31/2015 | 9,568.93 | 60 | |
| 39-39987 | STANDARD REGISTER | | 1/31/2015 | -9,533.70 | 60 | |
| 39-39987 | STANDARD REGISTER | 4193856 | | 35.33 | | $35.33 |
| 39-39987 | STANDARD REGISTER | 4193894 | 1/31/2015 | 181.47 | 60 | $181.47 |
| 39-39987 | STANDARD REGISTER | 4193897 | 1/31/2015 | 412.20 | 60 | $412.20 |
| 39-39987 | STANDARD REGISTER | 4193899 | 1/31/2015 | 527.10 | 60 | $527.10 |
| 39-39987 | STANDARD REGISTER | 4193914 | 1/31/2015 | -434.82 | | |
| | | | | -434.82 | | -$434.82 |
| 39-39987 | STANDARD REGISTER | 4193914 | 1/31/2015 | -170.66 | 60 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 39-39987 | STANDARD REGISTER | 4193915 | | -170.68 | 60 | -$170.68 |
| 39-39987 | STANDARD REGISTER | | 1/31/2015 | 576.72 | 60 | |
| 39-39987 | STANDARD REGISTER | 4193916 | 1/31/2015 | -578.14 | 60 | |
| 39-39987 | STANDARD REGISTER | | 1/31/2015 | -1.42 | 60 | -$1.42 |
| 39-39987 | STANDARD REGISTER | | 1/31/2015 | 1.05 | 60 | |
| 39-39987 | STANDARD REGISTER | 4193929 | 1/31/2015 | -0.84 | 60 | |
| 39-39987 | STANDARD REGISTER | | | 0.21 | 60 | $0.21 |
| 39-39987 | STANDARD REGISTER | | 1/31/2015 | 22.03 | 60 | |
| 39-39987 | STANDARD REGISTER | 4193930 | 1/31/2015 | -18.88 | 60 | |
| | | | | 3.15 | 60 | $3.15 |
| 39-39987 | STANDARD REGISTER | | 1/31/2015 | 1,149.24 | 60 | |
| 39-39987 | STANDARD REGISTER | 4193931 | 1/31/2015 | -1,021.14 | 60 | |
| | | | | 128.10 | 60 | $128.10 |
| 39-39987 | STANDARD REGISTER | | 1/31/2015 | 1,384.87 | 60 | |
| 39-39987 | STANDARD REGISTER | 4195834 | 1/31/2015 | -1,181.58 | 60 | |
| | | | | 203.29 | 60 | $203.29 |
| 39-39987 | STANDARD REGISTER | | 1/31/2015 | 116.55 | 60 | |
| 39-39987 | STANDARD REGISTER | 4195827 | 1/31/2015 | -116.12 | 60 | |
| | | | | 0.43 | 60 | $0.43 |
| 39-39987 | STANDARD REGISTER | 4195844 | 1/31/2015 | -371.72 | 60 | |
| | | | | -371.72 | | -$371.72 |
| 39-39987 | STANDARD REGISTER | | 1/31/2015 | 62.36 | 60 | |
| 39-39987 | STANDARD REGISTER | 4197291 | 1/31/2015 | -62.52 | 60 | |
| | | | | -0.16 | | -$0.16 |
| 39-39987 | STANDARD REGISTER | 4197959 | 2/7/2015 | 625.00 | 53 | $625.00 |
| | | | | 625.00 | | |
| 39-39987 | STANDARD REGISTER | 4197994 | 1/31/2015 | 1,613.00 | 60 | $1,613.00 |
| | | | | 1,613.00 | | |
| 39-39987 | STANDARD REGISTER | | 1/31/2015 | 2.53 | 60 | |
| 39-39987 | STANDARD REGISTER | 4197996 | 1/31/2015 | -1.90 | 60 | |
| | | | | 0.63 | | $0.63 |
| 39-39987 | STANDARD REGISTER | | 1/31/2015 | 2,994.72 | 60 | |
| 39-39987 | STANDARD REGISTER | 4197997 | 1/31/2015 | -2,566.32 | 60 | |
| | | | | 428.40 | | $428.40 |
| 39-39987 | STANDARD REGISTER | | 1/31/2015 | 33.52 | 60 | |
| 39-39987 | STANDARD REGISTER | 4197998 | 1/31/2015 | -29.32 | 60 | |
| | | | | 4.20 | | $4.20 |
| 39-39987 | STANDARD REGISTER | 4201235 | 2/7/2015 | 70.53 | 53 | $70.53 |
| | | | | 70.53 | | |
| 39-39987 | STANDARD REGISTER | 4201236 | 2/7/2015 | 123.89 | 53 | $123.89 |
| | | | | 123.89 | | |
| 39-39987 | STANDARD REGISTER | 4201240 | 2/7/2015 | 2,790.24 | 53 | |
| 39-39987 | STANDARD REGISTER | 4201240 | 2/7/2015 | -2,580.85 | 53 | |
| | | 4201240 | | 209.39 | | $209.39 |
| 39-39987 | STANDARD REGISTER | 4201241 | 2/7/2015 | 136.92 | 53 | |
| 39-39987 | STANDARD REGISTER | | 2/7/2015 | -136.41 | 53 | |
| | | 4201241 | | 0.51 | | $0.51 |

| | | | Date | Amount | | Total |
|---|---|---|---|---|---|---|
| 39-39087 | STANDARD REGISTER | 4201313 | 2/7/2015 | 252.59 | 53 | $252.59 |
| 39-39087 | STANDARD REGISTER | 4201316 | 2/7/2015 | -4,317.48 | 53 | -$4,317.48 |
| 39-39087 | STANDARD REGISTER | 4201320 | 2/7/2016 | 904.26 | 53 | $904.26 |
| 39-39087 | STANDARD REGISTER | 4201342 | 2/7/2015 | -297.10 | 53 | -$297.10 |
| 39-39087 | STANDARD REGISTER | 4201343 | 2/7/2015 | -143.03 | 53 | -$143.03 |
| 39-39087 | STANDARD REGISTER | | 2/7/2015 | 844.03 | 53 | |
| 39-39087 | STANDARD REGISTER | 4201360 | 2/7/2015 | -749.95 | 53 | $94.08 |
| 39-39087 | STANDARD REGISTER | | 2/7/2015 | 1,180.66 | 53 | |
| 39-39087 | STANDARD REGISTER | 4203635 | 2/7/2015 | -1,287.98 | 53 | -$108.32 |
| 39-39087 | STANDARD REGISTER | | 2/7/2015 | 147.10 | 53 | |
| 39-39087 | STANDARD REGISTER | 4203638 | 2/7/2015 | -146.56 | 53 | $0.54 |
| 39-39087 | STANDARD REGISTER | 4203670 | 2/7/2015 | -27.86 | 53 | -$27.86 |
| 39-39087 | STANDARD REGISTER | | 2/7/2015 | 575.45 | 53 | |
| 39-39087 | STANDARD REGISTER | 4203674 | 2/7/2015 | -493.13 | 53 | $82.32 |
| 39-39087 | STANDARD REGISTER | 4204846 | 2/7/2015 | 1.69 | 53 | $1.69 |
| 39-39087 | STANDARD REGISTER | 4205948 | 2/7/2015 | 1,046.06 | 53 | $1,046.06 |
| 39-39087 | STANDARD REGISTER | 4205951 | 2/14/2015 | 625.00 | 46 | $625.00 |
| 39-39087 | STANDARD REGISTER | | 2/7/2015 | 2.53 | 53 | |
| 39-39087 | STANDARD REGISTER | 4206307 | 2/7/2015 | -1.90 | 53 | $0.63 |
| 39-39087 | STANDARD REGISTER | | 2/7/2015 | 3,976.28 | 53 | |
| 39-39087 | STANDARD REGISTER | 4206308 | 2/7/2015 | -3,409.18 | 53 | $569.10 |
| 39-39087 | STANDARD REGISTER | | 2/7/2015 | 53.63 | 53 | |
| 39-39087 | STANDARD REGISTER | 4206309 | 2/7/2015 | -46.81 | 53 | $6.72 |
| 39-39087 | STANDARD REGISTER | | 2/7/2015 | 2.30 | 53 | |
| 39-39087 | STANDARD REGISTER | 4206310 | 2/7/2015 | -2.09 | 53 | $0.21 |
| 39-39087 | STANDARD REGISTER | 4206310 | 2/14/2015 | 0.21 | 46 | |
| 39-39087 | STANDARD REGISTER | 4207578 | 2/14/2015 | 96.16 | 46 | $96.16 |
| 39-39087 | STANDARD REGISTER | 4207579 | 2/14/2015 | 68.79 | 46 | $68.79 |
| 39-39087 | STANDARD REGISTER | 4207580 | 2/14/2015 | 2,839.76 | 46 | |

| Acct | Description | Ref | Date | Amount | Code | Total |
|---|---|---|---|---|---|---|
| 39-39987 | STANDARD REGISTER | 4207580 | 2/14/2015 | -2,826.66 | 46 | $213.10 |
| 39-39987 | STANDARD REGISTER | | 2/14/2015 | 213.10 | 46 | |
| 39-39987 | STANDARD REGISTER | | 2/14/2015 | 602.38 | 46 | |
| | | 4207581 | 2/14/2015 | -799.42 | 46 | $2.96 |
| 39-39987 | STANDARD REGISTER | | 2/14/2015 | 2.96 | 46 | |
| 39-39987 | STANDARD REGISTER | 4207623 | 2/14/2015 | 308.83 | 46 | $308.83 |
| 39-39987 | STANDARD REGISTER | 4207625 | 2/14/2015 | 308.83 | 46 | |
| 39-39987 | STANDARD REGISTER | | 2/14/2015 | -459.39 | 46 | -$459.39 |
| 39-39987 | STANDARD REGISTER | 4207627 | 2/14/2015 | -459.39 | 46 | |
| 39-39987 | STANDARD REGISTER | | 2/14/2015 | 556.50 | 46 | $656.50 |
| 39-39987 | STANDARD REGISTER | 4207640 | 2/14/2015 | -313.30 | 46 | |
| 39-39987 | STANDARD REGISTER | | 2/14/2015 | -313.30 | 46 | -$313.30 |
| 39-39987 | STANDARD REGISTER | 4207641 | 2/14/2015 | -118.98 | 46 | |
| 39-39987 | STANDARD REGISTER | | 2/14/2015 | -118.98 | 46 | -$118.98 |
| 39-39987 | STANDARD REGISTER | 4207643 | 2/14/2015 | -158.91 | 46 | |
| 39-39987 | STANDARD REGISTER | | 2/14/2015 | -158.91 | 46 | -$168.91 |
| 39-39987 | STANDARD REGISTER | | 2/14/2015 | 30.84 | 46 | |
| 39-39987 | STANDARD REGISTER | | 2/14/2015 | -26.43 | 46 | |
| 39-39987 | STANDARD REGISTER | 4207660 | 2/14/2015 | 4.41 | 46 | $4.41 |
| 39-39987 | STANDARD REGISTER | | 2/14/2015 | 1,203.87 | 46 | |
| 39-39987 | STANDARD REGISTER | | 2/14/2015 | -1,069.68 | 46 | |
| 39-39987 | STANDARD REGISTER | 4207661 | 2/14/2015 | 134.19 | 46 | $134.19 |
| 39-39987 | STANDARD REGISTER | | 2/14/2015 | 1,182.28 | 46 | |
| 39-39987 | STANDARD REGISTER | | 2/14/2015 | -1,203.31 | 46 | |
| 39-39987 | STANDARD REGISTER | 4209863 | 2/14/2015 | -21.03 | 46 | -$21.03 |
| 39-39987 | STANDARD REGISTER | | 2/14/2015 | -6.85 | 46 | |
| 39-39987 | STANDARD REGISTER | 4209864 | 2/14/2015 | -6.85 | 46 | -$6.85 |
| 39-39987 | STANDARD REGISTER | 4209867 | 2/14/2015 | 229.20 | 46 | |
| 39-39987 | STANDARD REGISTER | | 2/14/2015 | -227.38 | 46 | |
| 39-39987 | STANDARD REGISTER | | 2/14/2015 | 0.84 | 46 | $0.84 |
| 39-39987 | STANDARD REGISTER | | 2/14/2015 | 654.46 | 46 | |
| 39-39987 | STANDARD REGISTER | | 2/14/2015 | -658.09 | 46 | |
| 39-39987 | STANDARD REGISTER | 4210862 | 2/14/2015 | -1.81 | 46 | -$1.81 |

| | | | | | |
|---|---|---|---|---|---|
| 39-39987 | STANDARD REGISTER | 4212426 | 2/14/2015 | 2,533.19 | 46 | $2,533.19 |
| 39-39987 | STANDARD REGISTER | 4212427 | 2/21/2015 | 2,533.19 | 39 | |
| 39-39987 | STANDARD REGISTER | | 2/21/2015 | 625.00 | | $625.00 |
| 39-39987 | STANDARD REGISTER | | 2/14/2015 | 625.00 | 46 | |
| 39-39987 | STANDARD REGISTER | | 2/14/2015 | 2.55 | 46 | |
| | | 4212762 | 2/14/2015 | -1.90 | 46 | |
| 39-39987 | STANDARD REGISTER | | 2/14/2015 | 0.63 | | $0.63 |
| 39-39987 | STANDARD REGISTER | | 2/14/2015 | 1.26 | 46 | |
| | | 4212763 | 2/14/2015 | -1.05 | 46 | |
| 39-39987 | STANDARD REGISTER | | 2/14/2015 | 0.21 | | $0.21 |
| 39-39987 | STANDARD REGISTER | | 2/14/2015 | 3,561.37 | 46 | |
| | | 4212764 | 2/14/2015 | -3,051.91 | 46 | |
| 39-39987 | STANDARD REGISTER | | | 509.46 | | $509.46 |
| 39-39987 | STANDARD REGISTER | | 2/14/2015 | 50.28 | 46 | |
| | | 4212765 | 2/14/2015 | -43.98 | 46 | |
| 39-39987 | STANDARD REGISTER | | 2/21/2015 | 6.30 | | $6.30 |
| | | 4213591 | 2/21/2015 | 105.51 | 39 | |
| 39-39987 | STANDARD REGISTER | | 2/21/2015 | 106.51 | | $105.51 |
| | | 4213562 | 2/21/2015 | 124.88 | 39 | |
| 39-39987 | STANDARD REGISTER | | | 124.88 | | $124.88 |
| 39-39987 | STANDARD REGISTER | | 2/21/2015 | 2,715.17 | 39 | |
| 39-39987 | STANDARD REGISTER | 4213663 | 2/21/2015 | -2,511.41 | 39 | |
| | | | | 203.76 | | $203.76 |
| 39-39987 | STANDARD REGISTER | | 2/21/2015 | 1,112.48 | 39 | |
| 39-39987 | STANDARD REGISTER | 4213564 | 2/21/2015 | -1,108.38 | 39 | |
| | | | 2/21/2015 | 4.10 | | $4.10 |
| 39-39987 | STANDARD REGISTER | 4213578 | 2/21/2015 | 552.64 | 39 | |
| | | | | 653.64 | | $552.64 |
| 39-39987 | STANDARD REGISTER | 4213579 | 2/21/2015 | -1,225.33 | 39 | |
| | | | | -1,225.33 | | -$1,225.33 |
| 39-39987 | STANDARD REGISTER | 4213580 | 2/21/2015 | 529.83 | 39 | |
| | | | | 529.83 | | $629.83 |
| 39-39987 | STANDARD REGISTER | 4213585 | 2/21/2015 | -565.99 | 39 | |
| | | | | -565.99 | | -$565.99 |
| 39-39987 | STANDARD REGISTER | 4213586 | 2/21/2015 | -98.63 | 39 | |
| | | | | -98.63 | | -$98.63 |
| 39-39987 | STANDARD REGISTER | | 2/21/2015 | 1,135.30 | 39 | |
| 39-39987 | STANDARD REGISTER | | 2/21/2015 | -1,179.32 | 39 | |
| 39-39987 | STANDARD REGISTER | 4216500 | 2/21/2015 | -44.02 | | -$44.02 |
| | | 4216591 | 2/21/2015 | -44.14 | 39 | |
| 39-39987 | STANDARD REGISTER | | 2/21/2015 | 116.14 | 39 | -$44.14 |
| 39-39987 | STANDARD REGISTER | | 2/21/2015 | -115.71 | 39 | |

| Account | Description | Reference | Date | Amount | Code | Total |
|---|---|---|---|---|---|---|
| 39-39987 | STANDARD REGISTER | 4216692 | | 0.43 | 39 | $0.43 |
| 39-39987 | STANDARD REGISTER | 4216730 | 2/21/2015 | -33.77 | 39 | -$33.77 |
| 39-39987 | STANDARD REGISTER | | 2/21/2015 | -33.77 | 39 | |
| 39-39987 | STANDARD REGISTER | | 2/21/2015 | 20.59 | 39 | |
| 39-39987 | STANDARD REGISTER | 4216739 | 2/21/2015 | -17.62 | 39 | |
| 39-39987 | STANDARD REGISTER | | | 2.94 | 39 | $2.94 |
| 39-39987 | STANDARD REGISTER | 4216740 | 2/21/2015 | 990.96 | 39 | |
| 39-39987 | STANDARD REGISTER | | 2/21/2015 | -880.52 | 39 | |
| 39-39987 | STANDARD REGISTER | 4216745 | 2/21/2015 | 110.48 | 39 | $110.46 |
| 39-39987 | STANDARD REGISTER | 4218024 | 2/21/2015 | 1.79 | 39 | |
| 39-39987 | STANDARD REGISTER | | | 1.79 | 39 | $1.79 |
| 39-39987 | STANDARD REGISTER | 4218561 | 2/21/2015 | 2,537.14 | 39 | |
| 39-39987 | STANDARD REGISTER | | | 2,537.14 | 39 | $2,537.14 |
| 39-39987 | STANDARD REGISTER | 4218564 | 2/23/2015 | 625.00 | 32 | |
| 39-39987 | STANDARD REGISTER | | | 625.00 | 32 | $625.00 |
| 39-39987 | STANDARD REGISTER | 4219080 | 2/21/2015 | 3,734.59 | 39 | |
| 39-39987 | STANDARD REGISTER | | 2/21/2015 | -3,200.35 | 39 | |
| 39-39987 | STANDARD REGISTER | | | 534.24 | 39 | $534.24 |
| 39-39987 | STANDARD REGISTER | 4219081 | 2/21/2015 | 40.22 | 39 | |
| 39-39987 | STANDARD REGISTER | | 2/21/2015 | -35.19 | 39 | |
| 39-39987 | STANDARD REGISTER | | | 5.04 | 39 | $5.04 |
| 39-39987 | STANDARD REGISTER | 4221214 | 2/23/2015 | 88.89 | 32 | |
| 39-39987 | STANDARD REGISTER | | | 88.89 | 32 | $88.89 |
| 39-39987 | STANDARD REGISTER | 4221215 | 2/23/2015 | 71.84 | 32 | |
| 39-39987 | STANDARD REGISTER | | | 71.84 | 32 | $71.84 |
| 39-39987 | STANDARD REGISTER | 4221216 | 2/23/2015 | 2,684.24 | 32 | |
| 39-39987 | STANDARD REGISTER | | 2/23/2015 | -2,482.80 | 32 | |
| 39-39987 | STANDARD REGISTER | 4221217 | 2/23/2015 | 201.44 | 32 | $201.44 |
| 39-39987 | STANDARD REGISTER | | 2/23/2015 | 13,614.97 | 32 | |
| 39-39987 | STANDARD REGISTER | | 2/23/2015 | -13,564.86 | 32 | |
| 39-39987 | STANDARD REGISTER | 4221217 | 2/23/2015 | 50.11 | 32 | $50.11 |
| 39-39987 | STANDARD REGISTER | 4221253 | 2/23/2015 | 666.84 | 32 | |
| 39-39987 | STANDARD REGISTER | | | 666.84 | 32 | $696.84 |
| 39-39987 | STANDARD REGISTER | 4221254 | 2/23/2015 | -246.89 | 32 | |
| 39-39987 | STANDARD REGISTER | | | -246.89 | 32 | $246.89 |
| 39-39987 | STANDARD REGISTER | 4221255 | 2/23/2015 | 599.10 | 32 | |
| 39-39987 | STANDARD REGISTER | | | 599.10 | 32 | $668.10 |
| 39-39987 | STANDARD REGISTER | 4221269 | 2/23/2015 | -143.61 | 32 | |
| 39-39987 | STANDARD REGISTER | | | -143.61 | 32 | -$143.61 |
| 39-39987 | STANDARD REGISTER | 4221270 | 2/23/2015 | -114.79 | 32 | |
| 39-39987 | STANDARD REGISTER | | | -114.79 | 32 | -$114.79 |
| 39-39987 | STANDARD REGISTER | 4221272 | 2/23/2015 | -70.76 | 32 | |
| 39-39987 | STANDARD REGISTER | | | -70.76 | 32 | -$70.76 |
| 39-39987 | STANDARD REGISTER | 4223982 | 2/23/2015 | 1,297.44 | 32 | |
| 39-39987 | STANDARD REGISTER | | 2/23/2015 | -1,320.68 | 32 | |
| 39-39987 | STANDARD REGISTER | | | -23.24 | 32 | -$23.24 |
| 39-39987 | STANDARD REGISTER | 4223983 | 2/23/2015 | -9.59 | 32 | -$9.59 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 39-39997 | STANDARD REGISTER | 4223986 | 2/28/2015 | | 105.54 | 32 | |
| 39-39997 | STANDARD REGISTER | | 2/28/2015 | | -105.15 | 32 | |
| 39-39997 | | 4223986 | | | 0.39 | | $0.39 |
| 39-39997 | STANDARD REGISTER | 4224001 | 2/28/2015 | | 2.94 | 32 | |
| 39-39997 | STANDARD REGISTER | | 2/28/2015 | | -2.52 | 32 | |
| 39-39997 | | 4224001 | | | 0.42 | | $0.42 |
| 39-39997 | STANDARD REGISTER | 4224002 | 2/28/2015 | | 553.90 | 32 | |
| 39-39997 | STANDARD REGISTER | | 2/28/2015 | | -492.16 | 32 | |
| 39-39997 | | 4224002 | | | 61.74 | | $61.74 |
| 39-39997 | STANDARD REGISTER | 4224022 | 2/28/2015 | | 1.05 | 32 | |
| 39-39997 | STANDARD REGISTER | | 2/28/2015 | | -0.84 | 32 | |
| 39-39997 | | 4224022 | | | 0.21 | | $0.21 |
| 39-39997 | STANDARD REGISTER | 4225101 | 3/7/2015 | | 625.00 | 25 | |
| 39-39997 | | 4225101 | | | 625.00 | | $625.00 |
| 39-39997 | STANDARD REGISTER | 4225125 | 2/28/2015 | | 1,803.64 | 32 | |
| 39-39997 | | 4225125 | | | 1,803.64 | | $1,803.64 |
| 39-39997 | STANDARD REGISTER | 4225126 | 2/28/2015 | | 2.53 | 32 | |
| 39-39997 | STANDARD REGISTER | | 2/28/2015 | | -1.90 | 32 | |
| 39-39997 | | 4225126 | | | 0.63 | | $0.63 |
| 39-39997 | STANDARD REGISTER | 4225127 | 2/28/2015 | | 1.05 | 32 | |
| 39-39997 | STANDARD REGISTER | | 2/28/2015 | | -0.84 | 32 | |
| 39-39997 | | 4225127 | | | 0.21 | | $0.21 |
| 39-39997 | STANDARD REGISTER | 4225128 | 2/28/2015 | | 3,082.80 | 32 | |
| 39-39997 | STANDARD REGISTER | | 2/28/2015 | | -2,641.80 | 32 | |
| 39-39997 | | 4225128 | | | 441.00 | | $441.00 |
| 39-39997 | STANDARD REGISTER | 4225129 | 2/28/2015 | | 46.93 | 32 | |
| 39-39997 | STANDARD REGISTER | | 2/28/2015 | | -41.05 | 32 | |
| 39-39997 | | 4225129 | | | 5.88 | | $5.88 |
| 39-39997 | STANDARD REGISTER | 4225217 | 3/7/2015 | | 93.28 | 25 | |
| 39-39997 | | 4225217 | | | 93.28 | | $93.28 |
| 39-39997 | STANDARD REGISTER | 4225216 | 3/7/2015 | | 117.40 | 25 | |
| 39-39997 | | 4225216 | | | 117.40 | | $117.40 |
| 39-39997 | STANDARD REGISTER | 4229222 | 3/7/2015 | | 5,777.57 | 25 | |
| 39-39997 | STANDARD REGISTER | | 3/7/2015 | | -5,344.00 | 25 | |
| 39-39997 | | 4229222 | | | 433.57 | | $433.57 |
| 39-39997 | STANDARD REGISTER | 4229223 | 3/7/2015 | | 196.93 | 25 | |
| 39-39997 | STANDARD REGISTER | | 3/7/2015 | | -193.26 | 25 | |
| 39-39997 | | 4229223 | | | 2.67 | | $2.67 |
| 39-39997 | STANDARD REGISTER | 4229357 | 3/7/2015 | | 737.44 | 25 | |
| 39-39997 | | 4229357 | | | 737.44 | | $737.44 |
| 39-39997 | STANDARD REGISTER | 4229361 | 3/7/2015 | | -4,522.01 | 25 | |
| 39-39997 | | 4229361 | | | -4,522.01 | | -$4,522.01 |
| 39-39997 | STANDARD REGISTER | 4229366 | 3/7/2015 | | 523.74 | 25 | |
| 39-39997 | | 4229396 | | | 523.74 | | $523.74 |

| Account | Description | Ref | Date | Amount | Code | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 39-39987 | STANDARD REGISTER | | 3/7/2015 | -629.99 | 25 | -$629.99 | |
| 39-39987 | STANDARD REGISTER | 4229398 | 3/7/2016 | -629.98 | 25 | | |
| 39-39987 | STANDARD REGISTER | | 3/7/2015 | -169.71 | | | |
| 39-39987 | STANDARD REGISTER | 4229387 | 3/7/2015 | -169.71 | 26 | $169.71 | |
| 39-39987 | STANDARD REGISTER | | 3/7/2015 | -29.59 | 26 | -$29.59 | |
| 39-39987 | STANDARD REGISTER | 4229388 | 3/7/2015 | -29.59 | | $29.59 | |
| 39-39987 | STANDARD REGISTER | | 3/7/2015 | 4.40 | 25 | | |
| 39-39987 | STANDARD REGISTER | | 3/7/2015 | -3.77 | 25 | | |
| 39-39987 | STANDARD REGISTER | 4229429 | 3/7/2015 | 0.63 | | $0.63 | |
| 39-39987 | STANDARD REGISTER | | 3/7/2015 | 362.31 | 26 | | |
| 39-39987 | STANDARD REGISTER | 4229430 | 3/7/2015 | -313.04 | 26 | | |
| 39-39987 | STANDARD REGISTER | | 3/7/2015 | 38.27 | 26 | $39.27 | |
| 39-39987 | STANDARD REGISTER | | 3/7/2015 | 1,280.68 | 25 | | |
| 39-39987 | STANDARD REGISTER | 4231960 | 3/7/2015 | -1,370.06 | 25 | | |
| 39-39987 | STANDARD REGISTER | | 3/7/2015 | -115.38 | | -$115.38 | |
| 39-39987 | STANDARD REGISTER | 4231961 | 3/7/2015 | -233.12 | 25 | -$233.12 | |
| 39-39987 | STANDARD REGISTER | | 3/7/2015 | 108.35 | 25 | | |
| 39-39987 | STANDARD REGISTER | 4231964 | 3/7/2015 | -105.96 | 25 | | |
| 39-39987 | STANDARD REGISTER | | 3/7/2015 | 0.39 | 25 | $0.39 | |
| 39-39987 | STANDARD REGISTER | 4232611 | 3/7/2015 | 1.70 | 25 | | |
| 39-39987 | STANDARD REGISTER | | 3/7/2015 | 1.70 | 25 | $1.70 | |
| 39-39987 | STANDARD REGISTER | 4233655 | 3/7/2015 | 4,220.05 | 25 | | |
| 39-39987 | STANDARD REGISTER | | 3/7/2015 | 4,220.05 | 25 | $4,220.05 | |
| 39-39987 | STANDARD REGISTER | 4233656 | 3/7/2015 | 72.09 | 25 | | |
| 39-39987 | STANDARD REGISTER | | 3/7/2015 | -72.27 | 25 | | |
| 39-39987 | STANDARD REGISTER | | 3/7/2015 | -0.18 | | -$0.18 | |
| 39-39987 | STANDARD REGISTER | 4233657 | 3/14/2015 | 625.00 | 18 | | $626.00 |
| 39-39987 | STANDARD REGISTER | | 3/7/2015 | 625.00 | | | |
| 39-39987 | STANDARD REGISTER | | 3/7/2015 | 6.75 | 25 | | |
| 39-39987 | STANDARD REGISTER | 4233779 | 3/7/2016 | -5.07 | 25 | | |
| 39-39987 | STANDARD REGISTER | | 3/7/2015 | 1.68 | | $1.68 | |
| 39-39987 | STANDARD REGISTER | 4233780 | 3/7/2015 | 1.26 | 25 | | |
| 39-39987 | STANDARD REGISTER | | 3/7/2015 | -1.05 | 25 | | |
| 39-39987 | STANDARD REGISTER | 4233780 | 3/7/2016 | 0.21 | | $0.21 | |
| 39-39987 | STANDARD REGISTER | | 3/7/2016 | 3,251.62 | 25 | | |
| 39-39987 | STANDARD REGISTER | 4233781 | 3/7/2015 | -2,766.47 | 25 | | |
| 39-39987 | STANDARD REGISTER | | 3/7/2016 | 466.15 | | $466.15 | |
| 39-39987 | STANDARD REGISTER | | 3/7/2016 | 77.10 | 26 | | |
| 39-39987 | STANDARD REGISTER | 4233782 | 3/7/2015 | -67.44 | 25 | | |
| 39-39987 | STANDARD REGISTER | | 3/14/2016 | 9.66 | | $9.66 | |
| 39-39987 | STANDARD REGISTER | 42...7 | 3/14/2016 | 64.11 | 18 | | |
| 39-39987 | STANDARD REGISTER | 4234457 | 3/14/2016 | 64.11 | 18 | $59.57 | $4.54 |
| 39-39987 | STANDARD REGISTER | | 3/14/2016 | 95.87 | 18 | | |
| 39-39987 | STANDARD REGISTER | 4234458 | 3/14/2015 | 95.87 | 18 | $51.63 | |
| 39-39987 | STANDARD REGISTER | | 3/14/2015 | 2,718.62 | 18 | | $44.24 |
| 39-39987 | STANDARD REGISTER | 42...10 | 3/14/2015 | -2,514.60 | 18 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 39-39987 | STANDARD REGISTER | 4236459 | | 204.02 | | $187.00 | $37.02 |
| 39-39987 | STANDARD REGISTER | | 3/14/2015 | 55.02 | 18 | | |
| 39-39987 | STANDARD REGISTER | | 3/14/2015 | -54.82 | 18 | | |
| 39-39987 | STANDARD REGISTER | 4236480 | 3/14/2015 | 0.20 | | $0.13 | $0.07 |
| 39-39987 | STANDARD REGISTER | 4236501 | 3/14/2015 | 679.58 | 18 | | |
| | STANDARD REGISTER | | | 679.58 | | $604.84 | $74.74 |
| 39-39987 | STANDARD REGISTER | | 3/14/2015 | 803.54 | 18 | | |
| 39-39987 | STANDARD REGISTER | | 3/14/2015 | -6.70 | 18 | | |
| 39-39987 | STANDARD REGISTER | 4236503 | | 796.84 | | $223.46 | $573.39 |
| 39-39987 | STANDARD REGISTER | | 3/14/2015 | 576.24 | 18 | | |
| 39-39987 | STANDARD REGISTER | 4236506 | | 576.24 | | $476.02 | $101.22 |
| 39-39987 | STANDARD REGISTER | | 3/14/2015 | -209.69 | 18 | | |
| 39-39987 | STANDARD REGISTER | 4236517 | | -209.69 | | -$68.78 | -$140.91 |
| 39-39987 | STANDARD REGISTER | | 3/14/2015 | -100.96 | 18 | | |
| 39-39987 | STANDARD REGISTER | 4236518 | | -100.96 | | -$83.63 | -$17.33 |
| 39-39987 | STANDARD REGISTER | 4236520 | 3/14/2016 | -142.61 | 18 | | |
| | STANDARD REGISTER | | | -142.61 | | -$139.67 | -$2.94 |
| 39-39987 | STANDARD REGISTER | | 3/14/2015 | 1,658.24 | 18 | | |
| 39-39987 | STANDARD REGISTER | | 3/14/2015 | -1,418.57 | 18 | | |
| 39-39987 | STANDARD REGISTER | 4236419 | | 239.67 | | $187.18 | $72.49 |
| 39-39987 | STANDARD REGISTER | | 3/14/2015 | 99.20 | 18 | | |
| 39-39987 | STANDARD REGISTER | | 3/14/2015 | -97.84 | 18 | | |
| 39-39987 | STANDARD REGISTER | 4239250 | | 0.38 | | $0.13 | $0.23 |
| 39-39987 | STANDARD REGISTER | | 3/14/2016 | 28.35 | 18 | | |
| 39-39987 | STANDARD REGISTER | | 3/14/2015 | -28.42 | 18 | | |
| 39-39987 | STANDARD REGISTER | 4239258 | | -0.07 | | -$0.07 | |
| 39-39987 | STANDARD REGISTER | 4240266 | 3/14/2016 | 4,131.96 | 18 | | $4,131.96 |
| 39-39987 | STANDARD REGISTER | | 3/14/2015 | 2.53 | 18 | | |
| 39-39987 | STANDARD REGISTER | | 3/14/2015 | -1.90 | 18 | | |
| 39-39987 | STANDARD REGISTER | 4240324 | | 0.63 | | | $0.63 |
| 39-39987 | STANDARD REGISTER | | 3/14/2015 | 2,798.48 | 18 | | |
| 39-39987 | STANDARD REGISTER | | 3/14/2015 | -2,399.01 | 18 | | |
| 39-39987 | STANDARD REGISTER | 4240325 | | 399.47 | | | $400.47 |
| 39-39987 | STANDARD REGISTER | | 3/14/2015 | 83.60 | 18 | | |
| 39-39987 | STANDARD REGISTER | | 3/14/2015 | -56.71 | 18 | | |
| 39-39987 | STANDARD REGISTER | 4240326 | | 7 | | | $7.98 |
| 39-39987 | STANDARD REGISTER | | 3/14/2015 | 2.30 | 18 | | |
| 39-39987 | STANDARD REGISTER | | 3/14/2015 | -2.09 | 18 | | |
| 39-39987 | STANDARD REGISTER | 4240327 | | 0.21 | | | $0.21 |
| 39-39987 | STANDARD REGISTER | | 3/14/2016 | 2.51 | 18 | | |
| 39-39987 | STANDARD REGISTER | | 3/14/2015 | -2.30 | 18 | | |
| 39-39987 | STANDARD REGISTER | 4240328 | | 0.21 | | | $0.21 |
| 39-39987 | STANDARD REGISTER | 4241049 | 3/14/2016 | 2.60 | 18 | | |
| 39-39987 | STANDARD REGISTER | | 3/14/2015 | -2.44 | 18 | | |
| | | 4241049 | | | | | $0.16 |
| | | | | 26,237.81 | | $20,324.43 | $5,913.38 |

16804160

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10804980 | | | | | | | |
| | 9-29103 | STANDARD REGISTER | 4192539 | 1/31/2015 | 155.51 | 60 | $155.51 |
| | 9-29103 | STANDARD REGISTER | 4192539 | 1/31/2015 | 155.51 | 60 | |
| | 9-29103 | STANDARD REGISTER | 4192540 | 1/31/2015 | 61,895.75 | 60 | $61,895.75 |
| | 9-29103 | STANDARD REGISTER | 4192540 | 1/31/2015 | 61,895.75 | 60 | |
| | 9-29103 | STANDARD REGISTER | 4192541 | 1/31/2015 | 16,128.31 | 60 | $16,128.31 |
| | 9-29103 | STANDARD REGISTER | 4192545 | 1/31/2015 | 16,128.31 | 60 | |
| | 9-29103 | STANDARD REGISTER | 4192545 | 1/31/2015 | -48.28 | 60 | $48.28 |
| | 9-29103 | STANDARD REGISTER | 4192539 | 1/31/2015 | -48.28 | 60 | |
| | 9-29103 | STANDARD REGISTER | 4192539 | 1/31/2015 | 39,653.14 | 60 | $39,653.14 |
| | 9-29103 | STANDARD REGISTER | 4192700 | 1/31/2015 | 39,653.14 | 60 | |
| | 9-29103 | STANDARD REGISTER | 4192700 | 1/31/2015 | -57.12 | 60 | -$57.12 |
| | 9-29103 | STANDARD REGISTER | 4192757 | 1/31/2015 | -57.12 | 60 | |
| | 9-29103 | STANDARD REGISTER | 4192757 | 1/31/2015 | 21,643.31 | 60 | $21,643.31 |
| | 9-29103 | STANDARD REGISTER | 4194592 | 1/31/2015 | 21,643.31 | 60 | |
| | 9-29103 | STANDARD REGISTER | 4194592 | 1/31/2015 | 3,682.40 | 60 | $3,682.40 |
| | 9-29103 | STANDARD REGISTER | 4194598 | 1/31/2015 | 3,682.40 | 60 | |
| | 9-29103 | STANDARD REGISTER | 4194598 | 1/31/2015 | 294.24 | 60 | $294.24 |
| | 9-29103 | STANDARD REGISTER | 4198696 | 2/7/2015 | 294.24 | 53 | |
| | 9-29103 | STANDARD REGISTER | 4198696 | 2/7/2015 | -778.32 | 53 | -$778.32 |
| | 9-29103 | STANDARD REGISTER | 4198697 | 2/7/2015 | -778.32 | 53 | |
| | 9-29103 | STANDARD REGISTER | 4198697 | 2/7/2015 | 72,482.03 | 53 | $72,482.03 |
| | 9-29103 | STANDARD REGISTER | 4198699 | 2/7/2015 | 72,482.03 | 53 | |
| | 9-29103 | STANDARD REGISTER | 4198699 | 2/7/2015 | 20,358.75 | 53 | $20,358.75 |
| | 9-29103 | STANDARD REGISTER | 4198700 | 2/7/2015 | 20,358.75 | 53 | |
| | 9-29103 | STANDARD REGISTER | 4198700 | 2/7/2015 | 2,778.36 | 53 | $2,778.36 |
| | 9-29103 | STANDARD REGISTER | 4198705 | 2/7/2015 | 2,778.36 | 53 | |
| | 9-29103 | STANDARD REGISTER | 4198705 | 2/7/2015 | -44.12 | 53 | -$44.12 |
| | 9-29103 | STANDARD REGISTER | 4198757 | 2/7/2015 | -44.12 | 53 | |
| | 9-29103 | STANDARD REGISTER | 4198757 | 2/7/2015 | 52,969.82 | 53 | $52,969.82 |
| | 9-29103 | STANDARD REGISTER | 4198768 | 2/7/2015 | 52,969.82 | 53 | |
| | 9-29103 | STANDARD REGISTER | 4198768 | 2/7/2015 | -132.14 | 53 | -$132.14 |
| | 9-29103 | STANDARD REGISTER | 4198810 | 2/7/2015 | -132.14 | 53 | |
| | 9-29103 | STANDARD REGISTER | 4198810 | 2/7/2015 | 17,096.32 | 53 | $17,096.32 |
| | 9-29103 | STANDARD REGISTER | 4198813 | 2/7/2015 | 17,096.32 | 53 | |
| | 9-29103 | STANDARD REGISTER | 4198813 | 2/7/2015 | 3,612.20 | 53 | $3,612.20 |
| | 9-29103 | STANDARD REGISTER | 4198819 | 2/7/2015 | 3,612.20 | 53 | |
| | 9-29103 | STANDARD REGISTER | 4198819 | 2/7/2015 | 26,776.98 | 53 | $26,776.98 |
| | 9-29103 | STANDARD REGISTER | 4198819 | 2/7/2015 | 26,776.98 | 53 | |
| | 9-29103 | STANDARD REGISTER | 4204640 | 2/7/2015 | 192.37 | 53 | $192.37 |
| | 9-29103 | STANDARD REGISTER | 4204640 | 2/14/2015 | 192.37 | 46 | |
| | 9-29103 | STANDARD REGISTER | 4206366 | 2/14/2015 | -446.22 | 46 | -$446.22 |
| | 9-29103 | STANDARD REGISTER | 4206366 | 2/14/2015 | 92,599.19 | 46 | $92,599.19 |
| | 9-29103 | STANDARD REGISTER | 4206356 | 2/14/2016 | 92,599.19 | 46 | |
| | 9-29103 | STANDARD REGISTER | 4206357 | 2/14/2016 | 17,431.20 | 46 | $17,431.20 |
| | 9-29103 | STANDARD REGISTER | 4206357 | 2/14/2015 | 17,431.20 | 46 | |
| | 9-29103 | STANDARD REGISTER | 4206362 | | -42.98 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9-29103 | STANDARD REGISTER | 4205362 | | -42.93 | 46 | -$42.93 |
| 9-29103 | STANDARD REGISTER | 4206414 | 2/14/2015 | 20,674.92 | 46 | |
| 9-29103 | STANDARD REGISTER | 4206414 | 2/14/2015 | 20,674.92 | 46 | $20,674.92 |
| 9-29103 | STANDARD REGISTER | 4206415 | 2/14/2015 | -66.49 | 46 | |
| 9-29103 | STANDARD REGISTER | 4206467 | 2/14/2015 | -66.49 | 46 | -$66.49 |
| 9-29103 | STANDARD REGISTER | 4206467 | 2/14/2015 | 2,564.30 | 46 | |
| 9-29103 | STANDARD REGISTER | 4210478 | 2/14/2015 | 2,564.30 | 46 | $2,564.30 |
| 9-29103 | STANDARD REGISTER | 4210478 | 2/14/2015 | 2,240.72 | 46 | |
| 9-29103 | STANDARD REGISTER | 4210489 | 2/14/2015 | 2,240.72 | 46 | $2,240.72 |
| 9-29103 | STANDARD REGISTER | 4210489 | 2/21/2015 | -3.93 | 39 | |
| 9-29103 | STANDARD REGISTER | 4214718 | 2/21/2015 | -3.93 | 39 | -$3.93 |
| 9-29103 | STANDARD REGISTER | 4214718 | 2/21/2015 | -296.79 | 39 | |
| 9-29103 | STANDARD REGISTER | 4214716 | 2/21/2015 | -296.79 | 39 | -$296.79 |
| 9-29103 | STANDARD REGISTER | 4214716 | 2/21/2015 | 61,016.09 | 39 | |
| 9-29103 | STANDARD REGISTER | 4214717 | 2/21/2015 | 61,016.09 | 39 | $61,016.09 |
| 9-29103 | STANDARD REGISTER | 4214717 | 2/21/2015 | 19,388.55 | 39 | |
| 9-29103 | STANDARD REGISTER | 4214722 | 2/21/2015 | 19,388.55 | 39 | $19,388.56 |
| 9-29103 | STANDARD REGISTER | 4214722 | 2/21/2015 | -43.55 | 39 | |
| 9-29103 | STANDARD REGISTER | 4214751 | 2/21/2015 | -43.55 | 39 | -$43.55 |
| 9-29103 | STANDARD REGISTER | 4214751 | 2/21/2015 | 4,246.08 | 39 | |
| 9-29103 | STANDARD REGISTER | 4214752 | 2/21/2015 | 4,246.08 | 39 | $4,246.08 |
| 9-29103 | STANDARD REGISTER | 4214752 | 2/21/2015 | -73.82 | 39 | |
| 9-29103 | STANDARD REGISTER | 4214766 | 2/21/2015 | -73.82 | 39 | -$73.82 |
| 9-29103 | STANDARD REGISTER | 4214766 | 2/21/2015 | 2,670.56 | 39 | |
| 9-29103 | STANDARD REGISTER | 4214837 | 2/21/2015 | 2,670.56 | 39 | $2,670.56 |
| 9-29103 | STANDARD REGISTER | 4214837 | 2/21/2015 | -12.41 | 39 | |
| 9-29103 | STANDARD REGISTER | 4219654 | 2/21/2015 | -12.41 | 39 | -$12.41 |
| 9-29103 | STANDARD REGISTER | 4219654 | 2/28/2015 | -504.77 | 32 | |
| 9-29103 | STANDARD REGISTER | 4219685 | 2/28/2015 | -504.77 | 32 | -$504.77 |
| 9-29103 | STANDARD REGISTER | 4219685 | 2/28/2015 | 31,847.18 | 32 | |
| 9-29103 | STANDARD REGISTER | 4219686 | 2/28/2015 | 31,847.18 | 32 | $31,847.18 |
| 9-29103 | STANDARD REGISTER | 4219686 | 2/28/2015 | 11,844.15 | 32 | |
| 9-29103 | STANDARD REGISTER | 4219690 | 2/28/2015 | 11,844.15 | 32 | $11,844.15 |
| 9-29103 | STANDARD REGISTER | 4219690 | 2/28/2015 | -50.92 | 32 | |
| 9-29103 | STANDARD REGISTER | 4219737 | 2/28/2015 | -50.92 | 32 | -$50.92 |
| 9-29103 | STANDARD REGISTER | 4219737 | 2/28/2015 | 2,274.98 | 32 | |
| 9-29103 | STANDARD REGISTER | 4219738 | 2/28/2015 | 2,274.98 | 32 | $2,274.98 |
| 9-29103 | STANDARD REGISTER | 4219738 | 2/28/2015 | -69.92 | 32 | |
| 9-29103 | STANDARD REGISTER | 4219794 | 2/28/2015 | -69.92 | 32 | -$69.92 |
| 9-29103 | STANDARD REGISTER | 4219794 | 2/28/2015 | 1,988.14 | 32 | |
| 9-29103 | STANDARD REGISTER | 4219851 | 2/28/2015 | 1,988.14 | 32 | $1,988.14 |
| 9-29103 | STANDARD REGISTER | 4219851 | 2/28/2015 | -7.07 | 32 | |
| 9-29103 | STANDARD REGISTER | 4226728 | 3/7/2015 | -7.07 | 32 | -$7.07 |
| 9-29103 | STANDARD REGISTER | 4226728 | 3/7/2015 | -391.03 | 25 | -$391.03 |

| Account | Vendor | Check # | Date | Amount | Code | Amount | Amount | Amount |
|---|---|---|---|---|---|---|---|---|
| 9-29103 | STANDARD REGISTER | 4226729 | 3/7/2015 | 56,495.06 | 25 | 56,495.06 | $56,495.06 | |
| 9-29103 | STANDARD REGISTER | 4226731 | 3/7/2015 | 16,540.60 | 25 | 16,540.60 | $16,540.60 | |
| 9-29103 | STANDARD REGISTER | 4226736 | 3/7/2016 | -39.89 | 25 | -39.89 | -$39.89 | |
| 9-29103 | STANDARD REGISTER | 4226791 | 3/7/2015 | 3,744.79 | 25 | 3,744.79 | $3,744.79 | |
| 9-29103 | STANDARD REGISTER | 4226792 | 3/7/2015 | -191.88 | 25 | -191.88 | -$191.88 | |
| 9-29103 | STANDARD REGISTER | 4226864 | 3/7/2015 | 4,201.06 | 25 | 4,201.06 | $4,201.06 | |
| 9-29103 | STANDARD REGISTER | 4226926 | 3/7/2015 | -20.43 | 25 | -20.43 | -$20.43 | |
| 9-29103 | STANDARD REGISTER | 4232472 | 3/7/2015 | 3,882.94 | 25 | 3,882.94 | $3,882.94 | |
| 9-29103 | STANDARD REGISTER | 4233007 | 3/7/2015 | 308.57 | 25 | 308.57 | $308.57 | |
| 9-29103 | STANDARD REGISTER | 4233011 | 3/7/2015 | 236.37 | 25 | 236.37 | $236.37 | |
| 9-29103 | STANDARD REGISTER | 4234167 | 3/14/2015 | -304.47 | 18 | -304.47 | -$219.90 | -$84.57 |
| 9-29103 | STANDARD REGISTER | 4234168 | 3/14/2015 | 86,782.18 | 18 | 86,782.18 | $67,882.86 | $18,699.32 |
| 9-29103 | STANDARD REGISTER | 4234169 | 3/14/2015 | 9,344.96 | 18 | 9,344.96 | $8,984.22 | $2,360.74 |
| 9-29103 | STANDARD REGISTER | 4234173 | 3/14/2015 | -51.38 | 18 | -51.38 | -$44.44 | -$6.94 |
| 9-29103 | STANDARD REGISTER | 4234224 | 3/14/2015 | 3,284.30 | 18 | 3,284.30 | $3,243.71 | $40.59 |
| 9-29103 | STANDARD REGISTER | 4234225 | 3/14/2015 | -69.36 | 18 | -69.36 | -$39.04 | -$20.32 |
| 9-29103 | STANDARD REGISTER | 4234279 | 3/14/2015 | 625.14 | 18 | 625.14 | $625.16 | $635.16 |
| 9-29103 | STANDARD REGISTER | 4234284 | 3/14/2015 | 2,385.44 | 18 | 2,385.44 | $2,073.69 | $311.86 |
| 9-29103 | STANDARD REGISTER | 4234344 | 3/14/2015 | -8.84 | 18 | -8.84 | -$57.94 | -$1.90 |
| 9-29103 | STANDARD REGISTER | 4237693 | 3/14/2015 | 324.61 | 18 | 324.61 | $324.61 | |
| 9-29103 | STANDARD REGISTER | 4237695 | 3/14/2015 | 8,034.61 | 18 | 8,034.61 | $8,034.61 | |
| | | | | | | 802,770.31 | $731,271.44 | $31,488.77 |

16804980

16805004

| Account | Description | Ref | Date | Amount | Code | Total |
|---|---|---|---|---|---|---|
| 11-32217 | STANDARD REGISTER | 4193613 | 1/31/2015 | 3,088.80 | 80 | |
| 11-32217 | STANDARD REGISTER | | 1/31/2015 | -82.03 | 80 | $3,006.57 |
| 11-32217 | STANDARD REGISTER | 4193513 | 1/31/2015 | 3,006.57 | 80 | |
| 11-32217 | STANDARD REGISTER | 4193560 | 1/31/2015 | 10,092.26 | 80 | |
| 11-32217 | STANDARD REGISTER | | 1/31/2015 | -9,334.90 | 80 | |
| 11-32217 | STANDARD REGISTER | 4193560 | 1/31/2015 | 787.36 | 80 | $787.36 |
| 11-32217 | STANDARD REGISTER | 4193683 | 1/31/2015 | 906.36 | 80 | |
| 11-32217 | STANDARD REGISTER | | | 906.36 | 80 | $906.36 |
| 11-32217 | STANDARD REGISTER | 4193829 | 1/31/2015 | 26.12 | 80 | |
| 11-32217 | STANDARD REGISTER | | | 26.12 | 80 | $26.12 |
| 11-32217 | STANDARD REGISTER | | 1/31/2015 | 2,529.30 | 80 | |
| 11-32217 | STANDARD REGISTER | | 1/31/2015 | -2,287.65 | 80 | |
| 11-32217 | STANDARD REGISTER | 4196004 | | 241.65 | 80 | $241.65 |
| 11-32217 | STANDARD REGISTER | | 1/31/2015 | 336.78 | 80 | |
| 11-32217 | STANDARD REGISTER | | 1/31/2015 | -310.74 | 80 | |
| 11-32217 | STANDARD REGISTER | 4196621 | | 26.04 | 80 | $26.04 |
| 11-32217 | STANDARD REGISTER | | 1/31/2015 | 1,157.19 | 80 | |
| 11-32217 | STANDARD REGISTER | | 1/31/2015 | -1,017.89 | 80 | |
| 11-32217 | STANDARD REGISTER | 4197326 | | 139.30 | 80 | $139.30 |
| 11-32217 | STANDARD REGISTER | | 2/7/2016 | 1,729.37 | 53 | |
| 11-32217 | STANDARD REGISTER | | 2/7/2016 | -19.22 | 53 | |
| 11-32217 | STANDARD REGISTER | 4199774 | | 1,710.16 | 53 | $1,710.15 |
| 11-32217 | STANDARD REGISTER | | 2/7/2015 | 10,690.71 | 53 | |
| 11-32217 | STANDARD REGISTER | | 2/7/2015 | -9,735.58 | 53 | |
| 11-32217 | STANDARD REGISTER | 4199821 | 2/7/2015 | 955.13 | 53 | $955.13 |
| 11-32217 | STANDARD REGISTER | 4199951 | 2/7/2015 | 2,121.63 | 53 | |
| 11-32217 | STANDARD REGISTER | | | 2,121.63 | 53 | $2,121.63 |
| 11-32217 | STANDARD REGISTER | | 2/7/2015 | 11,226.00 | 53 | |
| 11-32217 | STANDARD REGISTER | | 2/7/2015 | -10,260.11 | 53 | |
| 11-32217 | STANDARD REGISTER | 4200964 | 2/7/2015 | 967.96 | 53 | $967.96 |
| 11-32217 | STANDARD REGISTER | 4206102 | | 90.89 | 53 | |
| 11-32217 | STANDARD REGISTER | | | 90.89 | 53 | $90.89 |
| 11-32217 | STANDARD REGISTER | 4205095 | 2/7/2015 | 1,221.15 | 53 | |
| 11-32217 | STANDARD REGISTER | | 2/7/2015 | -1,074.15 | 53 | |
| 11-32217 | STANDARD REGISTER | 4205066 | 2/7/2015 | 147.00 | 53 | $147.00 |
| 11-32217 | STANDARD REGISTER | | 2/7/2015 | 437.28 | 53 | |
| 11-32217 | STANDARD REGISTER | 4205096 | 2/7/2015 | -403.47 | 53 | |
| 11-32217 | STANDARD REGISTER | | 2/14/2015 | 33.81 | 46 | |
| 11-32217 | STANDARD REGISTER | | 2/14/2015 | 968.11 | 46 | $33.81 |
| 11-32217 | STANDARD REGISTER | 4207242 | 2/14/2015 | -29.76 | 46 | |
| 11-32217 | STANDARD REGISTER | 4207269 | 2/14/2015 | 938.35 | 46 | $938.35 |
| 11-32217 | STANDARD REGISTER | | 2/14/2015 | 10,381.30 | 46 | |
| 11-32217 | STANDARD REGISTER | 4207289 | 2/14/2015 | -9,458.40 | 46 | |
| 11-32217 | STANDARD REGISTER | | 2/14/2015 | 922.90 | 46 | |
| 11-32217 | STANDARD REGISTER | 4207418 | 2/14/2015 | 922.90 | 46 | $922.90 |
| 11-32217 | STANDARD REGISTER | 4207421 | 2/14/2015 | 851.76 | 46 | |
| 11-32217 | STANDARD REGISTER | | 2/14/2015 | 12,517.69 | 46 | $851.76 |
| 11-32217 | STANDARD REGISTER | | 2/14/2015 | -11,347.27 | 46 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11-32217 | STANDARD REGISTER | 4207521 | | 2/14/2015 | 1,170.42 | | $1,170.42 |
| 11-32217 | STANDARD REGISTER | | | 2/14/2015 | 29.84 | 48 | $29.84 |
| 11-32217 | STANDARD REGISTER | 4207551 | | 2/14/2015 | 29.84 | 48 | |
| 11-32217 | STANDARD REGISTER | 4210854 | | 2/14/2015 | 347.65 | 48 | |
| 11-32217 | STANDARD REGISTER | | | 2/14/2015 | -320.77 | 48 | |
| 11-32217 | STANDARD REGISTER | 4210884 | | 2/14/2015 | 26.88 | | $26.88 |
| 11-32217 | STANDARD REGISTER | 4211040 | | 2/14/2015 | 1,504.92 | 48 | |
| 11-32217 | STANDARD REGISTER | | | 2/14/2015 | -1,323.76 | 48 | |
| 11-32217 | STANDARD REGISTER | 4211040 | | 2/21/2015 | 181.16 | | $181.16 |
| 11-32217 | STANDARD REGISTER | | | 2/21/2015 | 1,150.57 | 39 | |
| 11-32217 | STANDARD REGISTER | 4214281 | | 2/21/2015 | -8.07 | 39 | |
| 11-32217 | STANDARD REGISTER | | | 2/21/2015 | 1,142.50 | | $1,142.50 |
| 11-32217 | STANDARD REGISTER | 4214282 | | 2/21/2015 | 10,391.66 | 39 | |
| 11-32217 | STANDARD REGISTER | | | 2/21/2015 | -9,611.82 | 39 | |
| 11-32217 | STANDARD REGISTER | 4214286 | | 2/21/2015 | 779.84 | | $779.84 |
| 11-32217 | STANDARD REGISTER | | | 2/21/2015 | 1,340.43 | 39 | |
| 11-32217 | STANDARD REGISTER | 4214383 | | 2/21/2015 | 1,340.43 | | $1,340.43 |
| 11-32217 | STANDARD REGISTER | | | 2/21/2015 | 4,912.49 | 39 | |
| 11-32217 | STANDARD REGISTER | | | 2/21/2015 | -4,478.78 | 39 | |
| 11-32217 | STANDARD REGISTER | 4214457 | | 2/21/2016 | 433.71 | | $433.71 |
| 11-32217 | STANDARD REGISTER | | | 2/21/2016 | 23.14 | 39 | |
| 11-32217 | STANDARD REGISTER | 4214472 | | 2/21/2015 | 23.14 | | $23.14 |
| 11-32217 | STANDARD REGISTER | | | 2/21/2015 | 867.39 | 39 | |
| 11-32217 | STANDARD REGISTER | | | 2/21/2015 | -888.63 | 39 | |
| 11-32217 | STANDARD REGISTER | 4218282 | | 2/21/2016 | 118.86 | | $118.86 |
| 11-32217 | STANDARD REGISTER | | | 2/21/2016 | 412.83 | 39 | |
| 11-32217 | STANDARD REGISTER | | | 2/21/2016 | -380.91 | 39 | |
| 11-32217 | STANDARD REGISTER | 4218283 | | 2/28/2015 | 31.92 | | $31.92 |
| 11-32217 | STANDARD REGISTER | | | 2/28/2015 | 1,361.00 | 32 | |
| 11-32217 | STANDARD REGISTER | 4221481 | | 2/28/2015 | -16.84 | 32 | |
| 11-32217 | STANDARD REGISTER | | | 2/28/2015 | 1,344.16 | | $1,344.16 |
| 11-32217 | STANDARD REGISTER | | | 2/28/2015 | 6,545.10 | 32 | |
| 11-32217 | STANDARD REGISTER | 4221496 | | 2/28/2015 | -6,053.93 | 32 | |
| 11-32217 | STANDARD REGISTER | | | 2/28/2015 | 491.17 | | $491.17 |
| 11-32217 | STANDARD REGISTER | | | 2/28/2015 | 3,699.83 | 32 | |
| 11-32217 | STANDARD REGISTER | 4221573 | | 2/28/2015 | -1,371.50 | 32 | |
| 11-32217 | STANDARD REGISTER | 4221614 | | 2/28/2015 | 2,328.33 | | $2,328.33 |
| 11-32217 | STANDARD REGISTER | | | 2/28/2015 | 6,918.35 | 32 | |
| 11-32217 | STANDARD REGISTER | 4221614 | | 2/28/2015 | -6,194.66 | 32 | |
| 11-32217 | STANDARD REGISTER | 4221621 | | 2/28/2015 | 723.69 | | $723.69 |
| 11-32217 | STANDARD REGISTER | | | 2/28/2015 | 203.00 | 32 | |
| 11-32217 | STANDARD REGISTER | 4221821 | | 2/28/2015 | 203.00 | | $203.00 |
| 11-32217 | STANDARD REGISTER | | | 2/28/2015 | 442.71 | 32 | |
| 11-32217 | STANDARD REGISTER | 4224600 | | 2/28/2015 | -408.48 | 32 | |
| 11-32217 | STANDARD REGISTER | | | 3/7/2015 | 34.23 | | $34.23 |
| 11-32217 | STANDARD REGISTER | 4227888 | | 3/7/2015 | 2,351.96 | 25 | |
| 11-32217 | STANDARD REGISTER | 4227886 | | 3/7/2015 | -8.67 | 25 | |
| | | | | | 2,343.38 | | $2,343.38 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11-32217 | STANDARD REGISTER | 4227938 | 3/7/2015 | 15,265.10 | 25 | |
| 11-32217 | STANDARD REGISTER | | 3/7/2015 | -13,969.75 | 25 | |
| 11-32217 | STANDARD REGISTER | 4227938 | | 1,295.35 | | $1,295.35 |
| 11-32217 | STANDARD REGISTER | 4228008 | 3/7/2015 | 978.96 | 25 | |
| 11-32217 | STANDARD REGISTER | 4228008 | 3/7/2015 | -905.65 | 25 | |
| 11-32217 | STANDARD REGISTER | 4228008 | | 73.31 | | $73.31 |
| 11-32217 | STANDARD REGISTER | 4228061 | 3/7/2015 | 1,375.08 | 25 | |
| 11-32217 | STANDARD REGISTER | | | 1,375.08 | | $1,375.08 |
| 11-32217 | STANDARD REGISTER | | 3/7/2015 | 12,245.37 | 25 | |
| 11-32217 | STANDARD REGISTER | | 3/7/2015 | -11,133.36 | 25 | |
| 11-32217 | STANDARD REGISTER | 4228173 | | 1,112.01 | | $1,112.01 |
| 11-32217 | STANDARD REGISTER | | 3/7/2015 | 366.66 | 25 | |
| 11-32217 | STANDARD REGISTER | | 3/7/2015 | -338.31 | 25 | |
| 11-32217 | STANDARD REGISTER | 4231628 | | 28.35 | | $28.35 |
| 11-32217 | STANDARD REGISTER | | 3/14/2015 | 923.11 | 18 | |
| 11-32217 | STANDARD REGISTER | | 3/14/2015 | -15.19 | 18 | |
| 11-32217 | STANDARD REGISTER | 4234353 | | 907.92 | | $471.63 |
| 11-32217 | STANDARD REGISTER | | 3/14/2015 | 9,583.44 | 18 | |
| 11-32217 | STANDARD REGISTER | | 3/14/2015 | -8,864.27 | 18 | |
| 11-32217 | STANDARD REGISTER | 4234401 | | 719.17 | | $594.71 |
| 11-32217 | STANDARD REGISTER | 4234430 | 3/14/2015 | 788.55 | 18 | |
| 11-32217 | STANDARD REGISTER | | | 788.55 | | $731.43 |
| 11-32217 | STANDARD REGISTER | | 3/14/2015 | 7,478.12 | 18 | |
| 11-32217 | STANDARD REGISTER | | 3/14/2015 | -6,799.73 | 18 | |
| 11-32217 | STANDARD REGISTER | 4234432 | | 678.39 | | $609.33 |
| | | | | 33,567.79 | | $32,880.83 |
| | | | | | | $696.93 |

16806004

16805177

| | | | | | | |
|---|---|---|---|---|---|---|
| 13-13419 | STANDARD REGISTER | 4194688 | 1/31/2015 | 1,366.82 / 1,366.82 | 60 | $1,366.82 |
| 13-13419 | STANDARD REGISTER | 4194705 | 1/31/2015 | 68.58 | 60 | $68.58 |
| 13-13419 | STANDARD REGISTER | 4194707 | 1/31/2015 | 162.34 | 60 | $162.34 |
| 13-13419 | STANDARD REGISTER | 4194726 | 1/31/2015 | 2,819.17 | 60 | |
| 13-13419 | STANDARD REGISTER | | 1/31/2015 | -2,607.61 | 60 | |
| | | | | 211.56 | | $211.56 |
| 13-13419 | STANDARD REGISTER | 4194735 | 1/31/2015 | 548.92 | 60 | |
| 13-13419 | STANDARD REGISTER | | 1/31/2015 | -524.58 | 60 | |
| | | | | 22.34 | | $22.34 |
| 13-13419 | STANDARD REGISTER | 4197427 | 1/31/2015 | 10.70 / 10.70 | 60 | $10.70 |
| 13-13419 | STANDARD REGISTER | 4200239 | 2/7/2015 | 3,922.24 | 53 | |
| 13-13419 | STANDARD REGISTER | | 2/7/2015 | -808.71 | 53 | |
| | | | | 3,113.53 | | $3,113.53 |
| 13-13419 | STANDARD REGISTER | 4200285 | 2/7/2015 | 72.15 / 72.15 | 53 | $72.15 |
| 13-13419 | STANDARD REGISTER | 4200296 | 2/7/2015 | 223.08 / 223.08 | 53 | $223.08 |
| 13-13419 | STANDARD REGISTER | 4200331 | 2/7/2015 | 2,552.73 | 53 | |
| 13-13419 | STANDARD REGISTER | | 2/7/2015 | -2,361.16 | 53 | |
| | | | | 191.57 | | $191.57 |
| 13-13419 | STANDARD REGISTER | 4200372 | 2/7/2015 | 1,134.25 | 53 | |
| 13-13419 | STANDARD REGISTER | | 2/7/2015 | -1,104.32 | 53 | |
| | | | | 29.93 | | $29.93 |
| 13-13419 | STANDARD REGISTER | 4203401 | 2/7/2015 | 6.06 / 6.06 | 53 | $6.06 |
| 13-13419 | STANDARD REGISTER | 4210070 | 2/14/2015 | 1,773.44 | 46 | |
| 13-13419 | STANDARD REGISTER | | 2/14/2015 | -132.83 | 46 | |
| | | | | 1,640.61 | | $1,640.61 |
| 13-13419 | STANDARD REGISTER | 4210216 | 2/14/2015 | 42.67 / 42.67 | 46 | $42.67 |
| 13-13419 | STANDARD REGISTER | 4210225 | 2/14/2015 | 22.56 / 22.86 | 46 | $22.56 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 13-13419 | STANDARD REGISTER | 12'0256 | 2/14/2016 | 4,155.40 | 46 | | | |
| 13-13419 | STANDARD REGISTER | | 2/14/2015 | -3,843.57 | 46 | | | |
| 13-13419 | STANDARD REGISTER | 4210259 | 2/14/2015 | 311.83 | 46 | 311.83 | | |
| 13-13419 | STANDARD REGISTER | | 2/14/2015 | 267.30 | 46 | | | |
| 13-13419 | STANDARD REGISTER | 4210292 | 2/14/2015 | -260.25 | 46 | | | |
| 13-13419 | STANDARD REGISTER | | 2/21/2015 | 7.05 | 39 | 7.05 | | |
| 13-13419 | STANDARD REGISTER | | 2/21/2015 | 1,290.80 | 39 | | | |
| 13-13419 | STANDARD REGISTER | 4213786 | 2/21/2015 | -15.07 | 39 | | | |
| 13-13419 | STANDARD REGISTER | | 2/21/2015 | 1,275.73 | 39 | 1,275.73 | | |
| 13-13419 | STANDARD REGISTER | 4213824 | 2/21/2015 | 60.78 | 39 | | | |
| 13-13419 | STANDARD REGISTER | | 2/21/2015 | 60.76 | 39 | 90.78 | | |
| 13-13419 | STANDARD REGISTER | 4213461 | 2/21/2015 | 2,133.87 | 39 | | | |
| 13-13419 | STANDARD REGISTER | | 2/21/2015 | -1,973.74 | 39 | | | |
| 13-13419 | STANDARD REGISTER | | 2/21/2016 | 168.13 | 30 | 160.13 | | |
| 13-13419 | STANDARD REGISTER | | 2/21/2016 | 753.96 | 30 | | | |
| 13-13419 | STANDARD REGISTER | 4213885 | 2/21/2015 | -734.06 | 39 | | | |
| 13-13419 | STANDARD REGISTER | | 2/28/2016 | 19.90 | 32 | 19.90 | | |
| 13-13419 | STANDARD REGISTER | | 2/28/2016 | 3,171.39 | 32 | | | |
| 13-13419 | STANDARD REGISTER | 4216798 | 2/28/2016 | -703.65 | 32 | | | |
| 13-13419 | STANDARD REGISTER | | 2/28/2016 | 2,467.74 | 32 | 2,467.74 | | |
| 13-13419 | STANDARD REGISTER | 4216807 | 2/28/2015 | 39.58 | 32 | 39.58 | | |
| 13-13419 | STANDARD REGISTER | | 2/28/2015 | 2,405.46 | 32 | | | |
| 13-13419 | STANDARD REGISTER | 4216821 | 2/28/2015 | -2,224.95 | 32 | | | |
| 13-13419 | STANDARD REGISTER | | 2/28/2015 | 180.51 | 32 | 180.51 | | |
| 13-13419 | STANDARD REGISTER | | 2/28/2015 | 684.73 | 32 | | | |
| 13-13419 | STANDARD REGISTER | 4216831 | 2/28/2015 | -666.66 | 32 | | | |
| 13-13419 | STANDARD REGISTER | | 3/7/2015 | 18.07 | 25 | 18.07 | | |
| 13-13419 | STANDARD REGISTER | | 3/7/2015 | 3,853.62 | 25 | | | |
| 13-13419 | STANDARD REGISTER | 4227478 | 3/7/2015 | -805.99 | 25 | | | |
| 13-13419 | STANDARD REGISTER | | 3/7/2016 | 3,047.63 | 25 | 3,047.63 | | |
| 13-13419 | STANDARD REGISTER | 4227518 | 3/7/2015 | 34.38 | 25 | 34.38 | | |
| 13-13419 | STANDARD REGISTER | | 3/7/2015 | 2,236.43 | 25 | | | |
| 13-13419 | STANDARD REGISTER | 4227568 | 3/7/2016 | -2,068.90 | 25 | | | |
| 13-13419 | STANDARD REGISTER | | 3/7/2015 | 167.83 | 25 | 167.83 | | |
| 13-13419 | STANDARD REGISTER | | 3/7/2015 | 639.27 | 25 | | | |
| 13-13419 | STANDARD REGISTER | 4227812 | 3/7/2015 | -622.40 | 25 | | | |
| 13-13419 | STANDARD REGISTER | | 3/14/2016 | 16.87 | 18 | 18.87 | | |
| 13-13419 | STANDARD REGISTER | | 3/14/2016 | 1,399.92 | 18 | | | |
| 13-13419 | STANDARD REGISTER | 4235138 | 3/14/2015 | -2.83 | 18 | | | |
| 13-13419 | STANDARD REGISTER | | 3/14/2015 | 1,397.09 | 18 | 1,163.97 | | |
| 13-13419 | STANDARD REGISTER | 4235185 | 3/14/2015 | 33.98 | 18 | 31.27 | | |
| 13-13419 | STANDARD REGISTER | | 3/14/2015 | 4,274.06 | 18 | | | $233.12 |
| 13-13419 | STANDARD REGISTER | | 3/14/2015 | -3,983.61 | 18 | | | $2.71 |

| | | | | | | | $28.56 |
|---|---|---|---|---|---|---|---|
| 13-13419 | STANDARD REGISTER | 4235228 | | 320.76 | | $292.23 | $28.56 |
| 13-13419 | STANDARD REGISTER | | 3/14/2015 | 321.91 | 18 | | |
| 13-13419 | STANDARD REGISTER | | 3/14/2015 | -313.42 | 18 | | |
| | | 4235286 | | 8.49 | | | $1.42 |
| 13-13419 | STANDARD REGISTER | | 3/21/2015 | 1,910.34 | 11 | $7.07 | |
| 13-13419 | STANDARD REGISTER | | 3/21/2015 | -877.30 | 11 | | |
| | | 4243807 | | 1,233.04 | | | |
| 13-13419 | STANDARD REGISTER | | 3/21/2015 | 39.02 | 11 | | |
| | | 4243854 | | 39.02 | | | |
| 13-13419 | STANDARD REGISTER | | 3/21/2015 | 2,131.86 | 11 | | |
| 13-13419 | STANDARD REGISTER | | 3/21/2015 | -1,971.88 | 11 | | |
| | | 4243897 | | 159.98 | | | |
| 13-13419 | STANDARD REGISTER | | 3/21/2015 | 1,270.17 | 11 | | |
| 13-13419 | STANDARD REGISTER | | 3/21/2015 | -1,236.67 | 11 | | |
| | | 4243933 | | 33.50 | | | |
| | | | | 16,772.87 | | $16,507.07 | $266.80 |

16808177

| | | | | | | |
|---|---|---|---|---|---|---|
| 18-18671 | STANDARD REGISTER | 4102419 | 10/25/2014 | -0.93 | 158 | -$0.93 |
| | | 4102418 | | -0.93 | | |
| 18-18671 | STANDARD REGISTER | 4' | 11/22/2014 | 440.64 | 130 | |
| 18-18671 | STANDARD REGISTER | | 11/22/2014 | -441.73 | 130 | |
| | | 4139756 | | -1.00 | | |
| 18-18671 | STANDARD REGISTER | | 12/13/2014 | 100.84 | 109 | -$1.09 |
| 18-18671 | STANDARD REGISTER | | 12/13/2014 | -101.09 | 109 | |
| | | 4147636 | | -0.25 | | |
| 18-18671 | STANDARD REGISTER | 4147637 | 12/13/2014 | -124.41 | 109 | -$0.25 |
| | | | 12/13/2014 | -124.41 | | |
| 18-18671 | STANDARD REGISTER | 4147638 | 12/13/2014 | -55.00 | 109 | -$124.41 |
| 18-18671 | STANDARD REGISTER | | 12/13/2014 | -55.00 | 109 | -$55.00 |
| 18-18671 | STANDARD REGISTER | 4161669 | 12/13/2014 | 6,195.69 | 109 | |
| 18-18671 | STANDARD REGISTER | | 12/13/2014 | -6,210.99 | 108 | |
| | | | 12/20/2014 | -15.30 | 102 | -$15.30 |
| 18-18671 | STANDARD REGISTER | 4153343 | 12/20/2014 | 7.95 | 102 | $7.95 |
| 18-18671 | STANDARD REGISTER | 4153344 | 12/20/2014 | 109.01 | 102 | $109.01 |
| | | | 12/20/2014 | 109.01 | | |
| 18-18671 | STANDARD REGISTER | | 12/20/2014 | 164.43 | 102 | |
| 18-18671 | STANDARD REGISTER | | 12/20/2014 | -164.84 | 102 | |
| | | 4166842 | | -0.41 | | -$0.41 |
| | | | 12/20/2014 | 136.29 | 102 | |
| 18-18671 | STANDARD REGISTER | 4157093 | 12/27/2014 | 136.29 | | $136.29 |
| | | 415... | 12/27/2014 | 429.71 | 95 | |
| 18-18671 | STANDARD REGISTER | 4169039 | 12/27/2014 | 429.71 | | $429.71 |
| 18-18671 | STANDARD REGISTER | 4161976 | 12/27/2014 | -38.52 | 95 | -$38.52 |
| 18-18671 | STANDARD REGISTER | 4161976 | 1/3/2015 | -38.52 | 88 | |
| 18-18671 | STANDARD REGISTER | 4165913 | 1/3/2015 | -34.66 | 88 | -$34.66 |
| 18-18671 | STANDARD REGISTER | 4165913 | 1/3/2015 | -34.66 | | |
| 18-18671 | STANDARD REGISTER | 4165914 | 1/3/2015 | -56.99 | 88 | -$56.99 |
| 18-18671 | STANDARD REGISTER | 4165914 | 1/3/2015 | -56.99 | | |
| 18-18671 | STANDARD REGISTER | 417... | 1/3/2015 | 127.17 | 88 | |
| 18-18671 | STANDARD REGISTER | | 1/3/2015 | -127.48 | 88 | |
| 18-18671 | STANDARD REGISTER | 4170658 | 1/10/2015 | -0.31 | | -$0.31 |
| 18-18671 | STANDARD REGISTER | 4172056 | 1/10/2015 | 95.65 | 81 | |
| 18-18671 | STANDARD REGISTER | 4172066 | 1/10/2015 | 96.65 | 81 | $98.65 |
| 18-18671 | STANDARD REGISTER | 4172057 | 1/10/2015 | -58.78 | 81 | |
| 18-18671 | STANDARD REGISTER | 4172057 | 1/10/2015 | -58.76 | 81 | -$58.78 |
| 18-18671 | STANDARD REGISTER | 4175728 | 1/10/2015 | 19.61 | 81 | |
| 18-18671 | STANDARD REGISTER | 4176728 | 1/10/2015 | 19.61 | 81 | $19.61 |
| 18-18671 | STANDARD REGISTER | 4176997 | 1/10/2015 | 166.88 | 81 | |
| 18-18671 | STANDARD REGISTER | 4176997 | | 166.88 | 81 | $165.88 |
| 18-18671 | STANDARD REGISTER | 4179276 | 1/17/2015 | 218.90 | 74 | |
| 18-18671 | STANDARD REGISTER | 4179276 | 1/17/2015 | -1.37 | 74 | |
| 18-18671 | STANDARD REGISTER | 4179278 | 1/17/2015 | 217.53 | | $217.53 |
| 18-18671 | STANDARD REGISTER | 4179279 | 1/17/2015 | -58.93 | 74 | |
| | | 4179279 | | -53.93 | | -$53.93 |

10580589

| | | | | | | |
|---|---|---|---|---|---|---|
| 18-18671 | STANDARD REGISTER | 4184620 | 1/24/2015 | 907.15 | 67 | |
| 18-18671 | STANDARD REGISTER | | 1/24/2015 | -0.70 | 67 | |
| 18-18671 | STANDARD REGISTER | 4184620 | 1/17/2015 | 905.48 | 67 | $905.45 |
| 18-18671 | STANDARD REGISTER | 4184621 | | 37.59 | 74 | |
| 18-18671 | STANDARD REGISTER | 4185616 | 1/24/2015 | 37.59 | 67 | $37.59 |
| 18-18671 | STANDARD REGISTER | | | -54.33 | | |
| 18-18671 | STANDARD REGISTER | 4186017 | 1/24/2015 | -54.33 | 67 | -$54.33 |
| 18-18671 | STANDARD REGISTER | 4185016 | 1/24/2015 | 1,828.88 | 67 | |
| 18-18671 | STANDARD REGISTER | | 1/24/2015 | 1,828.38 | 67 | $1,828.88 |
| 18-18671 | STANDARD REGISTER | | 1/24/2015 | 118.26 | 67 | |
| 18-18671 | STANDARD REGISTER | 4188042 | 1/24/2015 | -118.55 | 67 | |
| 18-18671 | STANDARD REGISTER | | | -0.29 | | -$0.29 |
| 18-18671 | STANDARD REGISTER | 4191995 | 1/31/2015 | -466.56 | 60 | |
| 18-18671 | STANDARD REGISTER | | 1/31/2015 | -466.56 | 60 | -$466.56 |
| 18-18671 | STANDARD REGISTER | 4191896 | 1/31/2015 | -97.41 | 60 | |
| 18-18671 | STANDARD REGISTER | 4194627 | 1/31/2015 | -97.41 | 60 | -$97.41 |
| 18-18671 | STANDARD REGISTER | | 2/7/2015 | 69.30 | 53 | $69.30 |
| 18-18671 | STANDARD REGISTER | 4199176 | 2/7/2015 | 1,867.63 | 53 | |
| 18-18671 | STANDARD REGISTER | 4199177 | 2/7/2015 | 1,867.63 | 53 | $1,867.63 |
| 18-18671 | STANDARD REGISTER | | 2/7/2015 | -36.60 | 53 | -$36.60 |
| 18-18671 | STANDARD REGISTER | 4204689 | 2/7/2015 | -0.01 | 53 | -$0.01 |
| 18-18671 | STANDARD REGISTER | 4204690 | 2/7/2015 | 1.47 | 53 | |
| 18-18671 | STANDARD REGISTER | | 2/7/2015 | 1.47 | 53 | $1.47 |
| 18-18671 | STANDARD REGISTER | 4204691 | 2/7/2015 | 28,675.06 | 53 | |
| 18-18671 | STANDARD REGISTER | | 2/7/2015 | -28,186.95 | 53 | |
| 18-18671 | STANDARD REGISTER | 4205123 | | 488.11 | | $488.11 |
| 18-18671 | STANDARD REGISTER | | 2/14/2015 | 515.57 | 46 | |
| 18-18671 | STANDARD REGISTER | 4205902 | 2/14/2015 | -516.84 | 46 | |
| 18-18671 | STANDARD REGISTER | | | -1.27 | | -$1.27 |
| 18-18671 | STANDARD REGISTER | 4205903 | 2/14/2015 | 486.78 | 46 | |
| 18-18671 | STANDARD REGISTER | | 2/14/2015 | 486.78 | 46 | $486.78 |
| 18-18671 | STANDARD REGISTER | 4210680 | 2/14/2015 | -55.70 | 46 | -$55.70 |
| 18-18671 | STANDARD REGISTER | 4211063 | 2/14/2015 | -1.47 | 46 | |
| 18-18671 | STANDARD REGISTER | 4211063 | | -1.47 | | -$1.47 |
| 18-18671 | STANDARD REGISTER | 4214248 | 2/21/2015 | 3.15 | 46 | |
| 18-18671 | STANDARD REGISTER | 4214248 | 2/21/2015 | 3.15 | 39 | $3.15 |
| 18-18671 | STANDARD REGISTER | 4214799 | 2/21/2015 | 472.71 | 39 | |
| 18-18671 | STANDARD REGISTER | 4214248 | | 472.71 | 39 | $472.71 |
| 18-18671 | STANDARD REGISTER | 4217831 | 2/21/2015 | -57.02 | 39 | |
| 18-18671 | STANDARD REGISTER | | 2/21/2015 | 235.31 | 39 | |
| 18-18671 | STANDARD REGISTER | 4221160 | 2/21/2015 | -235.89 | 39 | |
| 18-18671 | STANDARD REGISTER | 4221168 | 2/28/2015 | -0.58 | | -$0.58 |
| 18-18671 | STANDARD REGISTER | | | 178.19 | 32 | |
| | | | | 178.19 | | $178.19 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 18-18671 | STANDARD REGISTER | 4221151 | 2/28/2015 | -54.47 | 32 | -54.47 | |
| 18-18671 | STANDARD REGISTER | 4221161 | | -54.47 | 32 | | -$54.47 |
| 18-18671 | STANDARD REGISTER | 4221162 | 2/28/2015 | 453.49 | 32 | 453.49 | |
| 18-18671 | STANDARD REGISTER | 4221163 | 2/28/2015 | 453.49 | 32 | $453.49 | |
| 18-18671 | STANDARD REGISTER | 4221154 | 2/28/2015 | 79.55 | 32 | 79.55 | |
| 18-18671 | STANDARD REGISTER | 4221164 | 2/28/2015 | 79.55 | 32 | $79.55 | |
| 18-18671 | STANDARD REGISTER | 4225470 | 2/28/2015 | 45.99 | 32 | 45.99 | |
| 18-18671 | STANDARD REGISTER | 4225470 | 2/28/2015 | 45.99 | 32 | $45.99 | |
| 18-18671 | STANDARD REGISTER | 4227041 | 3/7/2015 | 800.73 | 25 | 800.73 | |
| 18-18671 | STANDARD REGISTER | 4227041 | 3/7/2015 | 800.73 | 25 | $800.73 | |
| 18-18671 | STANDARD REGISTER | 4227042 | 3/7/2015 | 95.54 | 25 | 95.54 | |
| 18-18671 | STANDARD REGISTER | 4227042 | 3/7/2015 | -57.84 | 25 | $95.54 | |
| 18-18671 | STANDARD REGISTER | 4227043 | 3/7/2015 | -57.84 | 25 | -57.84 | |
| 18-18671 | STANDARD REGISTER | 4227043 | 3/7/2015 | -9.89 | 25 | -$57.84 | |
| 18-18671 | STANDARD REGISTER | 4227044 | 3/7/2015 | -9.89 | 25 | -9.89 | |
| 18-18671 | STANDARD REGISTER | 4227044 | 3/7/2015 | 1,634.93 | 25 | -$9.89 | |
| 18-18671 | STANDARD REGISTER | 4227045 | 3/7/2015 | 1,634.93 | 26 | 1,634.93 | |
| 18-18671 | STANDARD REGISTER | 4227045 | 3/7/2015 | 87.38 | 26 | $1,634.93 | |
| 18-18671 | STANDARD REGISTER | 4231897 | 3/7/2015 | 87.38 | 26 | 87.38 | |
| 18-18671 | STANDARD REGISTER | 4231897 | 3/7/2015 | -10.98 | 25 | $87.38 | |
| 18-18671 | STANDARD REGISTER | 4231898 | 3/7/2015 | -10.98 | 25 | -10.98 | |
| 18-18671 | STANDARD REGISTER | 4231898 | 3/7/2015 | 2,016.84 | 25 | -$10.98 | |
| 18-18671 | STANDARD REGISTER | 4233450 | 3/7/2015 | 2,016.84 | 25 | 2,016.84 | |
| 18-18671 | STANDARD REGISTER | 4233460 | 3/7/2015 | 425.26 | 25 | $2,016.84 | |
| 18-18671 | STANDARD REGISTER | | 3/7/2015 | -426.30 | 25 | | |
| 18-18671 | STANDARD REGISTER | | 3/7/2015 | -1.06 | 25 | -1.06 | |
| 18-18671 | STANDARD REGISTER | 4233451 | 3/7/2015 | 31,209.67 | 25 | -$1.06 | |
| 18-18671 | STANDARD REGISTER | | 3/7/2015 | -30,532.83 | 25 | | |
| 18-18671 | STANDARD REGISTER | | 3/7/2015 | 676.84 | 25 | 676.84 | |
| 18-18671 | STANDARD REGISTER | 4232760 | 3/7/2015 | 164.43 | 26 | $676.84 | |
| 18-18671 | STANDARD REGISTER | | 3/7/2015 | -164.84 | 25 | | |
| 18-18671 | STANDARD REGISTER | | 3/7/2015 | -0.41 | 25 | -0.41 | |
| 18-18671 | STANDARD REGISTER | 4232781 | 3/7/2015 | -164.43 | 25 | -$0.41 | |
| 18-18671 | STANDARD REGISTER | | 3/7/2015 | 164.84 | 25 | | |
| 18-18671 | STANDARD REGISTER | 4235438 | 3/14/2015 | 0.41 | 18 | 0.41 | |
| 18-18671 | STANDARD REGISTER | | 3/14/2015 | 289.41 | 18 | $0.41 | |
| 18-18671 | STANDARD REGISTER | 4235438 | 3/14/2015 | 289.41 | 18 | -$197.53 | |
| 18-18671 | STANDARD REGISTER | 4235439 | 3/14/2015 | -55.71 | 18 | | $488.94 |
| 18-18671 | STANDARD REGISTER | 4235439 | 3/14/2015 | -55.71 | 18 | -$47.94 | -$8.17 |
| 18-18671 | STANDARD REGISTER | 4235440 | 3/14/2015 | -9.72 | 18 | | |
| 18-18671 | STANDARD REGISTER | 4235440 | 3/14/2015 | -9.72 | 18 | -$7.82 | -$1.90 |
| 18-18671 | STANDARD REGISTER | 4237739 | 3/14/2015 | 89.84 | 18 | | |
| 18-18671 | STANDARD REGISTER | 4237739 | 3/14/2015 | 89.84 | 18 | $69.84 | $20.30 |
| 18-18671 | STANDARD REGISTER | 4238350 | 3/14/2015 | 63.21 | 18 | | |
| 18-18671 | STANDARD REGISTER | 4238350 | 3/14/2015 | 63.21 | 18 | $45.78 | $17.43 |
| 18-18671 | STANDARD REGISTER | 4240023 | 3/14/2015 | 2.52 | 18 | | |
| | | 4240023 | | 2.52 | | | $2.02 |
| | | | | 12,406.50 | | $11,889.88 | $517.12 |

| 16878581 | 7-23151 | STANDARD REGISTER | 4196889 | 1/31/2015 | 2,482.49 | 60 | |
|---|---|---|---|---|---|---|---|
| | 7-23151 | STANDARD REGISTER | | | 2,482.49 | | $2,482.49 |
| | 7-23151 | STANDARD REGISTER | 4204789 | 2/7/2015 | 671.80 | 53 | |
| | 7-23151 | STANDARD REGISTER | | | 671.80 | | $671.80 |
| | 7-23151 | STANDARD REGISTER | 4212223 | 2/14/2015 | 2,086.86 | 46 | |
| | 7-23151 | STANDARD REGISTER | | | 2,086.86 | | $2,086.86 |
| | 7-23151 | STANDARD REGISTER | 4225357 | 2/28/2015 | 1,550.86 | 32 | |
| | 7-23151 | STANDARD REGISTER | | | 1,550.86 | | $1,550.86 |
| | 7-23151 | STANDARD REGISTER | 4232545 | 3/7/2015 | 568.80 | 25 | |
| | 7-23151 | STANDARD REGISTER | | | 568.80 | | $568.80 |
| | 7-23151 | STANDARD REGISTER | 4240152 | 3/14/2015 | 1,808.56 | 18 | |
| | | | | | 1,808.56 | | |
| 16878581 | | | | | 9,169.37 | | $7,360.81 |
| | | | | | | | $1,808.56 |
| | | | | | | | $1,808.56 |

| 16962511 | | | | | | |
|---|---|---|---|---|---|---|
| 41-14003 | STANDARD REGISTER | 4182729 | 1/17/2015 | 734.54 | 74 | $734.54 |
| 41-14003 | STANDARD REGISTER | 4188203 | 1/24/2015 | 734.54 | 87 | $408.22 |
| 41-14003 | STANDARD REGISTER | 4202048 | 2/7/2015 | 408.22 | 53 | |
| 41-14003 | STANDARD REGISTER | 4208514 | 2/14/2015 | 408.22 | | -$741.29 |
| 41-14003 | STANDARD REGISTER | 4216041 | 2/21/2015 | -741.29 | 46 | $578.20 |
| 41-14003 | STANDARD REGISTER | 4223011 | 2/28/2015 | 578.20 | 39 | $1,208.41 |
| | | | | 1,208.41 | 32 | $143.11 |
| | | | | 143.11 | | |
| 16962511 | | | | 2,381.19 | | $2,381.19 |
| | | | | | | $0.00 |

| 17/2006 | | | | | | |
|---|---|---|---|---|---|---|
| 34-32217 | STANDARD REGISTER | 4198011 | 1/31/2015 | 290.06 | 60 | |
| | | | | 290.06 | | $260.06 |
| 34-32217 | STANDARD REGISTER | 4215472 | 2/21/2015 | 69.10 | 39 | |
| | | | | 69.10 | | |
| 34-32217 | STANDARD REGISTER | 4225242 | 2/28/2016 | 69.10 | 32 | $69.10 |
| | | | | 26.97 | | |
| 34-32217 | STANDARD REGISTER | 4231650 | 3/7/2015 | 26.97 | 25 | $26.97 |
| | | | | 23.01 | | |
| 34-32217 | STANDARD REGISTER | 4239856 | 3/14/2016 | 23.01 | 18 | $23.01 |
| | | | | 70.03 | | |
| | | | | 70.03 | | |
| | | | | 449.17 | | $379.14 |
| 17/2006 | | | | | | $70.03 |
| | | | | | | $70.03 |

| Account | Description | Item | Date | Amount | Count | Total |
|---|---|---|---|---|---|---|
| 17199999 | | | | | | |
| 09-24102 | BANK OF AMERICA - STANDARD REGISTER | 4185605 | 1/24/2015 | 1,532.48 | 67 | $1,532.48 |
| 09-24102 | BANK OF AMERICA - STANDARD REGISTER | | 1/31/2015 | 1,822.26 | 60 | $1,822.26 |
| 09-24102 | BANK OF AMERICA - STANDARD REGISTER | 4192750 | 1/31/2015 | 1,822.26 | | |
| 09-24102 | BANK OF AMERICA - STANDARD REGISTER | 4192752 | 1/31/2015 | 113.56 | 50 | $113.56 |
| 09-24102 | BANK OF AMERICA - STANDARD REGISTER | | 2/7/2015 | 113.56 | | |
| 09-24102 | BANK OF AMERICA - STANDARD REGISTER | 4198812 | 2/7/2015 | 1,872.71 | 53 | $1,872.71 |
| 09-24102 | BANK OF AMERICA - STANDARD REGISTER | | 2/14/2015 | 1,872.71 | | |
| 09-24102 | BANK OF AMERICA - STANDARD REGISTER | 4205461 | 2/14/2015 | -84.33 | 46 | -$84.33 |
| 09-24102 | BANK OF AMERICA - STANDARD REGISTER | | 2/14/2015 | -84.33 | | |
| 09-24102 | BANK OF AMERICA - STANDARD REGISTER | | 2/14/2015 | 1,226.62 | 46 | $1,226.62 |
| 09-24102 | BANK OF AMERICA - STANDARD REGISTER | 4206628 | 2/14/2015 | 1,226.62 | | |
| 09-24102 | BANK OF AMERICA - STANDARD REGISTER | 4211731 | 2/21/2015 | -8,978.84 | 46 | -$8,978.84 |
| 09-24102 | BANK OF AMERICA - STANDARD REGISTER | | 2/21/2015 | -91.25 | 39 | -$91.25 |
| 09-24102 | BANK OF AMERICA - STANDARD REGISTER | 4214792 | 2/21/2015 | -91.25 | 39 | |
| 09-24102 | BANK OF AMERICA - STANDARD REGISTER | 4218243 | 2/21/2015 | 195.10 | 39 | $195.10 |
| 09-24102 | BANK OF AMERICA - STANDARD REGISTER | | 2/28/2015 | 195.10 | | |
| 09-24102 | BANK OF AMERICA - STANDARD REGISTER | 4219789 | 2/28/2015 | -87.01 | 32 | -$87.01 |
| 09-24102 | BANK OF AMERICA - STANDARD REGISTER | | 3/7/2015 | -87.01 | | |
| 09-24102 | BANK OF AMERICA - STANDARD REGISTER | 4228846 | 3/7/2015 | -102.84 | 26 | -$102.84 |
| 09-24102 | BANK OF AMERICA - STANDARD REGISTER | | 3/7/2015 | -102.84 | | |
| 09-24102 | BANK OF AMERICA - STANDARD REGISTER | 4232830 | 3/7/2015 | -10.96 | 25 | -$10.96 |
| 09-24102 | BANK OF AMERICA - STANDARD REGISTER | | 3/14/2015 | -10.96 | | |
| 09-24102 | BANK OF AMERICA - STANDARD REGISTER | 4234278 | 3/14/2015 | -101.50 | 18 | -$101.50 |
| | | | -30.43 | -2,894.00 | | -$71.07 |
| 17199999 | | | | | | -$2,863.57 |
| | | | | | | -$30.43 |
| | | | | | | -$30.43 |

| 17205068 | BANK OF AMERICA-STANDARD REGISTER | 4180078 | 1/24/2015 | 55.47 | 57 | |
| | | 4180078 | | 55.47 | | $65.47 |
| | BANK OF AMERICA-STANDARD REGISTER | 4193907 | 1/31/2015 | 57.11 | 60 | |
| | | | | 57.11 | | $57.11 |
| | BANK OF AMERICA-STANDARD REGISTER | 4201334 | 2/7/2015 | 54.99 | 53 | |
| | | | | 54.99 | | $54.99 |
| | BANK OF AMERICA-STANDARD REGISTER | 4207634 | 2/14/2015 | 72.46 | 46 | |
| | | | | 72.46 | | $72.46 |
| | BANK OF AMERICA-STANDARD REGISTER | 4216725 | 2/21/2015 | 80.24 | 39 | |
| | | | | 80.24 | | $80.24 |
| | BANK OF AMERICA-STANDARD REGISTER | 4221283 | 2/28/2015 | 80.18 | 32 | |
| | | | | 80.18 | | $80.18 |
| | BANK OF AMERICA-STANDARD REGISTER | 4229380 | 3/7/2015 | 53.30 | 25 | |
| | | | | 53.30 | | $53.30 |
| | BANK OF AMERICA-STANDARD REGISTER | 4238611 | 3/14/2015 | 66.33 | 18 | |
| | | | | 66.33 | | $44.94 |
| | BANK OF AMERICA-STANDARD REGISTER | 4243100 | 3/21/2015 | 58.48 | 11 | $21.39 |
| | | | | 68.48 | | |
| 17205068 | | | | 520.08 | | $498.69 | $21.39 |

| 17323620 | 37-29103 | STANDARD REGISTER | 4194812 | 1/31/2015 | 53.15 | $0 | | |
|----------|----------|-------------------|---------|-----------|-------|----|--|--|
| | | | | | 53.15 | | $3.15 | |
| 17323620 | | | | | 53.15 | | $3.15 | $0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 17362061 | 12-12448 | STANDARD REGISTER | 4037063 | 8/16/2014 | 60.05 | 226 | $60.05 |
| | 12-12448 | STANDARD REGISTER | | 8/23/2014 | 60.05 | 221 | |
| | 12-12448 | STANDARD REGISTER | 4039891 | | 60.24 | | $60.24 |
| | 12-12448 | STANDARD REGISTER | | 9/27/2014 | 60.24 | 186 | |
| | 12-12448 | STANDARD REGISTER | 4074905 | | 13,644.07 | | $13,644.07 |
| | 12-12448 | STANDARD REGISTER | 4079755 | 10/4/2014 | 13,644.07 | 179 | |
| | 12-12448 | STANDARD REGISTER | | | 13.52 | | $13.52 |
| | 12-12448 | STANDARD REGISTER | | 10/11/2014 | 13.52 | 172 | |
| | 12-12448 | STANDARD REGISTER | 4090292 | | -1,204.56 | | -$1,204.56 |
| | 12-12448 | STANDARD REGISTER | | | -1,204.56 | | |
| | 12-12448 | STANDARD REGISTER | 4204844 | 2/7/2015 | 88.30 | 53 | $88.30 |
| | 12-12448 | STANDARD REGISTER | | | 88.30 | | |
| | 12-12448 | STANDARD REGISTER | 4211887 | 2/14/2015 | 125.30 | 46 | $125.30 |
| | 12-12448 | STANDARD REGISTER | | | 125.30 | | |
| | 12-12448 | STANDARD REGISTER | 4213767 | 2/21/2015 | 166.59 | 39 | $166.59 |
| | 12-12448 | STANDARD REGISTER | | | 166.59 | | |
| | 12-12448 | STANDARD REGISTER | 4225217 | 2/29/2015 | 200.49 | 32 | $200.49 |
| | 12-12448 | STANDARD REGISTER | | | 200.49 | | |
| | 12-12448 | STANDARD REGISTER | 4231650 | 3/7/2015 | 239.84 | 25 | $239.84 |
| | 12-12448 | STANDARD REGISTER | | | 239.84 | | |
| | 12-12448 | STANDARD REGISTER | 4231661 | 3/7/2015 | 10,614.84 | 25 | |
| | 12-12448 | STANDARD REGISTER | | 3/7/2015 | -10,195.47 | 25 | |
| | 12-12448 | STANDARD REGISTER | 4231661 | | 419.37 | | $419.37 |
| | 12-12448 | STANDARD REGISTER | 4235337 | 3/14/2015 | 141.26 | 18 | $68.20 |
| | | | | | 141.26 | | $75.06 |
| 17362061 | | | | | $916,386.98 | | $13,877.41 | $75.06 |
| | | | | | $13,952.47 | | $884,560.37 | $30,826.61 |

