# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY *et al.*,[1]<br><br>Debtor. | Case No. 15-10541 (BLS)<br><br>Ch. 11<br><br>Jointly Administered |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE THAT Hilary B. Mohr of Riddell Williams P.S. hereby withdraws as counsel of record for Microsoft Corporation and Microsoft Licensing GP ("Microsoft").  Travis D. Dailey, also of the law firm of Riddell Williams P.S., is hereby substituted as counsel of record for Microsoft.

Copies of all further pleadings and papers herein, except original process, shall continue to be served upon the following attorneys of record for Microsoft:

> Joseph E. Shickich, Jr., Esq.
> Travis D. Dailey, Esq.
> RIDDELL WILLIAMS P.S.
> 1001 - 4th Avenue, Suite 4500
> Seattle WA  98154
> Telephone:  (206) 624-3600
> Facsimile:  (206) 389-1708
> Email: jshickich@riddellwilliams.com
> tdailey@riddellwilliams.com

This withdrawal will be effective upon filing of this Notice.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de Mexico, S. de R.L. de C.V. (4FNO); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

DATED this 30th day of December, 2015.

        RIDDELL WILLIAMS P.S.

        By: */s/ Hilary B. Mohr*
            Hilary B. Mohr, WSBA #40005

        By: */s/ Travis D. Dailey*
            Joseph E. Shickich, Jr. WSBA # 8751
            Travis D. Dailey, WSBA #45336
            Attorneys for Microsoft Corporation and
            Microsoft Licensing GP

## DECLARATION OF SERVICE

Veronica I. Magda declares:

1. I am an employee of Riddell Williams P.S. which represents Microsoft Corporation and Microsoft Licensing, GP. I am a citizen of the United States, over the age of 18, and competent to make this Declaration.

2. On December 30, 2015, I electronically filed the Notice of Withdrawal and Substitution of Counsel on behalf of Microsoft Corporation and Microsoft Licensing, GP with the Clerk of the Court (using the CM/ECF System). A true copy of the foregoing has been furnished by CM/ECF to all parties registered to receive electronic notices.

3. Also, on December 30, 2015 I sent via US Mail copies of the Notice of Withdrawal and Substitution of Counsel to the following:

Counsel to the Debtors:
Matthew G. Bouslog
Gibson Dunn & Crutcher LLP
3161 Michelson Drive
Irvine, CA 92612-4412

Justin K. Edelson
Christopher A. Ward
Polsinelli PC
222 Delaware Avenue
Suite 1101
Wilmington, DE 19801

Jeremy L. Graves
GIBSON DUNN & CRUTCHER LLP
1801 California Street
Suite 4200
Denver, CO 80202-2642

Kara Hammond Coyle
Maris J. Kandestin
Andrew L Magaziner
Michael R. Nestor
Young Conaway Stargatt & Taylor LLP

|  |  |
|---|---|
|  | Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br><br>Sabina Jacobs<br>Robert Klyman<br>Jeffrey C. Krause<br>Samuel A. Newman<br>Gibson Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br><br>Wojciech F. Jung<br>Sharon L. Levine<br>Lowenstein Sandler LLP<br>65 Livingston Avenue<br>Roseland, NJ 07068<br><br>Mitchell A. Karlan<br>Kyle J. Kolb<br>Brian M. Lutz<br>Michael A. Rosenthal<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>47th Floor<br>New York, NY 10166-0193 |
| U.S. Trustee: | Mark S. Kenney<br>Office of the U.S. Trustee<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 |
| Creditor Committee | Andrew D. Behlmann<br>Lowenstein Sandler LLP<br>65 Livingston Avenue<br>Roseland, NJ 07068<br><br>Gerald C. Bender<br>Lowenstein Sandler LLP<br>1251 Avenue of the Americas<br>New York, NY 10020 |

5

        Shanti M. Katona
        Polsinelli PC
        222 Delaware Avenue
        Suite 1101
        Wilmington, DE 19801

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 30th day of December, 2015, at Seattle, Washington.

By: */s/* Veronica I. Magda
      Veronica I. Magda