**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | (Jointly Administered) |

**CERTIFICATION OF COUNSEL REGARDING**
**SCHEDULING OF OMNIBUS HEARING DATES**

  I, Justin K. Edelson, Esq., of Polsinelli PC, counsel to SRC Liquidation LLC, hereby certify that I obtained from the Court the omnibus hearing dates set forth on the proposed order attached hereto.

Dated: January 7, 2016    Respectfully submitted,

             **LOWENSTEIN SANDLER LLP**
             Kenneth A. Rosen, Esq.
             Sharon L. Levine, Esq.
             Wojciech F. Jung, Esq.
             Andrew Behlmann, Esq.
             65 Livingston Avenue
             Roseland, NJ 07068
             Telephone: (973) 597-2500
             Facsimile: (973) 597-2400
              *-and -*

             Gerald C. Bender, Esq.
             1251 Avenue of the Americas
             New York, NY 10020
             Telephone: (212) 262-6700
             Facsimile: (212) 262-7402
              *-and-*

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

52133365.1

**POLSINELLI PC**

/s/ *Justin K. Edelson*
Christopher A. Ward (DE Bar No. 3877)
Justin K. Edelson (DE Bar No. 5002)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone:  (302) 252-0920
Facsimile:  (302) 252-0921
cward@polsinelli.com
jedelson@polsinelli.com

*Counsel to SRC Liquidation LLC*

52133365.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION LLC, | Case No. 15-10541 (BLS) |
| Debtor. | (Jointly Administered) |

## ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. LR 2002-1(a), the Court hereby schedules the following omnibus hearing dates:

**March 16, 2016 at 10:00 a.m. (Eastern Time)**

**April 13, 2016 at 10:00 a.m. (Eastern Time)**

**May 18, 2016 at 10:00 a.m. (Eastern Time)**

52133365.1