# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | (Jointly Administered) |
| CARESOURCE<br><br>-and-<br><br>CARESOURCE MANAGEMENT GROUP CO.,<br><br>Plaintiffs,<br><br>v.<br><br>SRC LIQUIDATION COMPANY,<br>SR LIQUIDATION HOLDING COMPANY,<br>SR LIQUIDATION TECHNOLOGIES, INC.,<br>SR LIQUIDATION INTERNATIONAL, INC.,<br>iMLIQUIDATION, LLC, SR LIQUIDATION OF PUERTO RICO INC., SR LIQUIDATION MEXICO HOLDING COMPANY, STANDARD REGISTER HOLDING, S. DE R.L. DE C.V., STANDARD REGISTER DE MEXICO, S. DE R.L. DE C.V., STANDARD REGISTER SERVICIOS, S. DE R.L. DE C.V., SR LIQUIDATION TECHNOLOGIES CANADA ULC,<br><br>-and-<br><br>SILVER POINT FINANCE, LLC, as Agent and Collateral Agent, SPCP GROUP, LLC,<br>SPCP GROUP III, LLC,<br>DLJ INVESTMENT PARTNERS, L.P.,<br>DLJ INVESTMENT PARTNERS II, L.P.,<br>DLJ IP II HOLDINGS, L.P.,<br>SPCP GROUP III LLC, SPF CDO I, LTD.,<br>SP WORKFLOW HOLDINGS, INC., | Adv. Proc. No. 15-51775 (BLS) |

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

52130925.1

SILVER POINT CAPITAL FUND, L.P.

-and-

BANK OF AMERICA, N.A., as Agent and Lender, and WELLS FARGO BANK, N.A., as Lender,

Defendants.

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JANUARY 13, 2016 AT 11:00 A.M. (ET)**

**\*\*THIS HEARING HAS BEEN CANCELLED**
**AS THERE ARE NO MATTERS GOING FORWARD\*\***

**CONTINUED MATTERS**

1. Motion for Allowance and Payment of Administrative Expense Claim of Business Card Service, Inc. Pursuant to the Order Authorizing the Sale of Substantially all of the Debtors' Assets [Docket No. 1347; Filed: 11/25/2015]

    Objection Deadline: December 23, 2015 at 4:00 p.m. (extended to January 13, 2016 for certain parties)

    Related Document(s):

    a) Notice of Hearing on Motion for Allowance and Payment of Administrative Expense Claim of Business Card Service, Inc. Pursuant to the Order Authorizing the Sale of Substantially all of the Debtors' Assets [Docket No. 1375; Filed: 12/7/2015]

    Response(s) Received: None at this time.

    Status: This matter has been continued to the next omnibus hearing scheduled for February 17, 2016 at 10:00 a.m.

2. Creditor Recovery Site Logistics' Notices of Administrative Damages Claim and Rejection Damages Claim [Docket No. 1366; Filed: 12/4/2015]

    Objection Deadline: January 6, 2016 at 4:00 p.m. (extended to January 25, 2016 for certain parties)

    Related Document(s): None at this time.

    Response(s) Received: None at this time.

Status:          This matter has been continued to the next omnibus hearing scheduled for February 17, 2016 at 10:00 a.m.

3. Motion for Allowance and Payment of Administrative Expense Claim of Volt Consulting Group, Ltd. Pursuant to the Order Authorizing the Sale of Substantially all of the Debtors' Assets [Docket No. 1371; Filed: 12/4/2015]

    Objection Deadline:     December 30, 2015 at 4:00 p.m. (extended for certain parties)

    Related Document(s):     None at this time.

    Response(s) Received:     None at this time.

    Status:     This matter has been continued to the omnibus hearing scheduled for March 16, 2016 at 10:00 a.m.

4. Motion of IWAG Group III for Allowance and Payment of Administrative Expense Claim [Docket No. 1384; Filed: 12/10/2015]

    Objection Deadline:     December 24, 2015 at 4:00 p.m. (extended to January 25, 2016 for certain parties)

    Related Document(s):     None at this time.

    Response(s) Received:     None at this time.

    Status:     This matter has been continued to the next omnibus hearing scheduled for February 17, 2016 at 10:00 a.m.

5. Pre-Trial Conference with Respect to Complaint for Declaratory and Related Relief [Adv. Proc. No. 15-51775; Docket 1; Filed: 10/30/2015]

    Answer Deadline:     December 7, 2015 (extended to February 3, 2016)

    Related Document(s):

        a)     Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Proc. No. 15-51775; Docket No. 3; Filed: 11/5/2015]

        b)     Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Proc. No. 15-51775; Docket No. 4; Filed: 11/5/2015]

        c)     Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Proc. No. 15-51775; Docket No. 5; Filed: 11/5/2015]

52130925.1

d) Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Proc. No. 15-51775; Docket No. 6; Filed: 11/5/2015]

e) Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Proc. No. 15-51775; Docket No. 7; Filed: 11/5/2015]

f) Stipulation for Extension of Time for Defendants to Respond to the Complaint [Adv. Proc. No. 15-51775; Docket No. 8; Filed: 12/4/2015]

g) Stipulation for Extension of Time for Defendants to Respond to the Complaint [Adv. Proc. No. 15-51775; Docket No. 9; Filed: 12/7/2015]

h) Notice of Adjourned Pre-Trial Conference [Adv. Proc. No. 15-51775; Docket No. 10; Filed: 12/9/2015]

i) Order Extending Response Deadline [Adv. Proc. No. 15-51775; Docket No. 14; Entered: 1/4/2016]

Response(s) Received:    None at this time.

Status:    The pre-trial conference has been continued to the next omnibus hearing scheduled for February 17, 2016 at 10:00 a.m.

Dated: January 8, 2016
Wilmington, Delaware

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Sharon L. Levine, Esq.
Wojciech F. Jung, Esq.
Andrew Behlmann, Esq.
65 Livingston Avenue
Roseland, NJ  07068
Telephone:  (973) 597-2500
Facsimile:  (973) 597-2400

*-and -*

Gerald C. Bender, Esq.
1251 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 262-6700
Facsimile:  (212) 262-7402

*-and-*

**POLSINELLI PC**

/s/ *Justin K. Edelson*
Christopher A. Ward (DE Bar No. 3877)
Justin K. Edelson (DE Bar No. 5002)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
jedelson@polsinelli.com

*Counsel to SRC Liquidation, LLC*