IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION LLC, | Case No. 15-10541 (BLS) |
| Debtor. | (Jointly Administered) |

### ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. LR 2002-1(a), the Court hereby schedules the following omnibus hearing dates:

**March 16, 2016 at 10:00 a.m. (Eastern Time)**

**April 13, 2016 at 10:00 a.m. (Eastern Time)**

**May 18, 2016 at 10:00 a.m. (Eastern Time)**

Dated: January 12th, 2016
Wilmington, Delaware

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

52133365.1