# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Calvin C. Liu, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtor in the above-captioned Chapter 11 case.

On January 11, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Supplemental Mailing List attached hereto as **Exhibit A**:

- Notice of Effective Date of Second Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and its Affiliates (with Technical Modifications) Under Chapter 11 of the Bankruptcy Code [Docket No. 1412]

Dated: January 14, 2016

/s/ Calvin C. Liu
Calvin C. Liu

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on January 14, 2016, by Calvin C. Liu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: /s/ Liz Santodomingo

LIZ SANTODOMINGO
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2018

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

SRF 5866

**Exhibit A**

Exhibit A
Supplemental Mailing List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| A N B STATIONERY INC | 20755 PLUMMER ST | | CHATSWORTH | CA | 91311-5003 |
| AAL PARTNERS LLC | 751 W 4TH ST STE 310 | | WINSTON SALEM | NC | 27101-2795 |
| ACTION BUSINESS FORMS | 79280 SIERRA VISTA | | LA QUINTA | CA | 92253-7220 |
| ADAMS, STEVEN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| AEF EMBLEM SUPPLY | 4250 W 99TH ST | | CARMEL | IN | 46032-7775 |
| AFFINITY EXPRESS INC | 2250 POINT BLVD STE 150 | | ELGIN | IL | 60123-7882 |
| ALLEGRA PRINT & IMAGING | 128 S RIVER RD STE 2 | | BEDFORD | NH | 03110-6720 |
| AMEREN UE | PO BOX 88068 | | CHICAGO | IL | 60680-1068 |
| ARAMARK | 6800 JERICHO TPKE STE 120W | | SYOSSET | NY | 11791-4445 |
| ARAMARK REFRESHMENT SERVICES | 6800 JERICHO TPKE STE 120W | | SYOSSET | NY | 11791-4445 |
| ARAMLI, MAHIN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| ARC FRESNO | 4490 E ASHLAN AVE | | FRESNO | CA | 93726-2647 |
| ARCHITECTURAL DOORS AND HARDW | 207 S SUMNER ST FRNT | | YORK | PA | 17404-5441 |
| AUTO LUBE CARE | PO BOX 58702 | | LOS ANGELES | CA | 90058-0702 |
| BASSINDALE, J | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| BEAR RECONCILIATIONS | 1465 CUSTER AVE | | SAN FRANCISCO | CA | 94124-1437 |
| BEAVER, THOMAS | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| BELTZ, BARBARA A. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| BOB SUN INC | PO BOX 30377 | | HONOLULU | HI | 96820-0377 |
| BOND, BERYL | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| BROCK, JERRY C | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| BSP MARKETING LP | 2A W SHADY LN | | HOUSTON | TX | 77063-1304 |
| C & C OFFICE SUPPLY CO INC | PO BOX 528 | | BILOXI | MS | 39533-0528 |
| CALDWELL, CHRISTOPHER | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| CALIFORNIA OLIVE COMMITTEE | 2565 ALLUVIAL AVE STE 182 | | CLOVIES | CA | 93710-7708 |
| CAREFREE FOOTWEAR | 9009 PROCYON ST | | LAS VEGAS | NV | 89139-8114 |
| CATES, BRADLEY R | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| CENTRAL FURNITURE INC | 238 PEOPLES WAY | | HOCKESSIN | DE | 19707-1904 |
| CENTRAL OFFICE SUPPLIERS | PO BOX 1960 | | OREM | UT | 84059-1960 |
| CG BOWLING MD APMC DBA MED LAB | 630 W PRIEN LAKE RD STE B | | LAKE CHARLES | LA | 70601-0700 |
| CHISANO MKTG COMMUNICATIONS | 2015 S TUTTLE AVE STE A | | SARASOTA | FL | 34239-4150 |
| CHRISTIAN, CRAIG | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

Exhibit A
Supplemental Mailing List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| CITY CENTER PLUME ASSOCIATES LL | 223 E CITY HALL AVE STE 214 | | NORFOLK | VA | 23510-1700 |
| CLARK, KENNETH | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| COASTAL CAROLINA CLEAN PO | 1838 N NC 11 903 HWY | | KENANSVILLE | NC | 28349-8729 |
| COMMUNICATION GRAPHICS INC | 1787 SENTRY PKWY W STE 240 | | BLUE BELL | PA | 19422-2205 |
| CONFER, DONALD | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| COTTINGHAM, JOYCE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| CRABTREE, CORY L. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| CRE BRAND INC | 44 THISTLE DR | | PARAMUS | NJ | 07652-1353 |
| CREATIVELLO LLC | 506 2ND AVE STE 1700 | | SEATTLE | WA | 98104-2354 |
| CRON, DEYANIRA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| DAABON ORGANIC | 1110 BRICKELL AVE STE 212 | | MIAMI | FL | 33131-3134 |
| DOCUPLEX, INC. | 630 N PENNSYLVANIA AVE | | WICHITA | KS | 67214-4157 |
| DONAHOE, SALLY E | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| DONALD FARM AND LAWN  INC | PO BOX 187 | | LEBANON | MO | 65536-0187 |
| DOXPRESS  INC | PO BOX 60561 | | HARRISBURG | PA | 17106-0561 |
| DR MICHAEL K BICE MD | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| DURHAM, KATHLEEN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| EMLEY, JANAE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| EMLEY, TIMOTHY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| ENOCH, BRAD | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| ESCOTTO, HAROLD R. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| FARMS FOR CITY KIDS FOUNDATION | 44 S BAYLES AVE STE 218 | | PORT WASHINGTON | NY | 11050-3765 |
| FEDERAL MOGUL CORP - 009 | 26555 NORTHWESTERN HWY | | SOUTHFIELD | MI | 48033-2146 |
| FIELDGLASS, INC. | 111 N CANAL ST FL 6 | | CHICAGO | IL | 60606-7221 |
| FLEMING, THOMAS | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| FORRY, LUCY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| FRONT RANGE WINWATER WORKS C | PO BOX 76509 | | COLORADO SPRINGS | CO | 80979-6309 |
| GABRIEL RIDE CONTROL LLC | 39300 COUNTRY CLUB DR | | FARMINGTN HLS | MI | 48331-3473 |
| GLOBAL - LOGIC | 1741 TECHNOLOGY DR STE 400 | | SAN JOSE | CA | 95110-1375 |
| GLORIA COHEN CLEAR LAKE CITY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| GOODWILL EASTER SEALS MIAMI VAL | 660 S MAIN ST | | DAYTON | OH | 45402-2708 |
| GROSS, REBA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

Exhibit A
Supplemental Mailing List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| GUYS AUTOMOTIVE & LUBE LLC | 221 SW 5TH ST | | PRINEVILLE | OR | 97754-2114 |
| HAMMONDS-DECKARD, DEBRA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| HENRY, CHIVON | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| HERITAGE INC | 225 FRANKLIN AVE STE 4 | | MIDLAND PARK | NJ | 07432-1865 |
| HYDE, ROBERT | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| INERGY PROPANE LLC | 189 COLCHESTER RD | | ESSEX JCT | VT | 05452-2401 |
| INTERSTATE TRUCK REPAIR | PO BOX 1309 | | NILES | MI | 49120-8309 |
| J R RAMSAY PRINTING CO INC | 113 EDWARD ST | | TIPTON | IN | 46072-8945 |
| JDRF ROCKY MOUNTAIN | 2727 BRYANT ST STE 380 | | DENVER | CO | 80211-4363 |
| JEFFERY L. MODER | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| JOHN T PAAS MD LTD | PO BOX 2202 | | SPARKS | NV | 89432-2202 |
| KENNETT L SLATER & MARY D SLATE | 512 DOCK DR | | LANSDALE | PA | 19446-6201 |
| KOCHER, BRYON S. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| KOZLOWSKI, DOROTHY N | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| LION AND PANDA LLC | 35 SOUTHMOOR CIR NE | | DAYTON | OH | 45429-2441 |
| LITHO-CRAFT | 1 LOWELL AVE | | WINCHESTER | MA | 01890-1129 |
| LOVE, EILEEN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| MARCUS ENGRAVERS INC | 3530 HENRY HUDSON PKWY APT 12E | | BRONX | NY | 10463-1314 |
| MARTY, ERIC | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| MATHERSON, IVY D. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| MESSICK, JEAN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| MEZA, IRENE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| MICHAEL WATSON | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| MIRACLE LEAGUE OF SAN DIEGO | 462 STEVENS AVE STE 201 | | SOLANA BEACH | CA | 92075-2065 |
| MITHUN INC | 510 MARQUETTE AVE FL 12 | | MINNEAPOLIS | MN | 55402-1108 |
| MOBIL 1 LUBE EXPRESS | 3974 CEPHAS CHILD RD | | DOYLESTOWN | PA | 18902-9171 |
| MODER, JEFFERY L. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| MOORE, WALTER E | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| MORENO, CHRISTOPHER S. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| MR DOORMAN | PO BOX 488 | | GASTONIA | NC | 28053-0488 |
| OFFICE OUTPOST | 639 E 2ND AVE | | DURANGO | CO | 81301-5401 |
| PATIENT CARE | 795 FRANKLIN AVE STE 3 | | FRANKLIN LKS | NJ | 07417-1367 |

Exhibit A
Supplemental Mailing List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| PATRIOT FORMS | PO BOX 25005 | | PROVIDENCE | RI | 02905-0595 |
| PAYLESS FURNITURE & MATT WHS | PO BOX 48 | | LANETT | AL | 36863-0048 |
| PEPSI | 6751 ALEXANDER BELL DR | | COLUMBIA | MD | 21046-2102 |
| PEPSI | 3501 GOVERNOR PRINTZ BLVD | | WILMINGTON | DE | 19802-2804 |
| PINNACLE OPERATING CORP. | 3400 PLAYERS CLUB PKWY STE 210 | | MEMPHIS | TN | 38125-1766 |
| PITTS, JAMES | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| POULSEN & PODVIN | 1120 COMMERCE PARK DR E | | WATERTOWN | NY | 13601-2277 |
| RANGEL, ALMA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| REVERE PRINTING INC | 1004 ICE CASTLE CT | | GAMBRILLS | MD | 21054-1564 |
| SHANNON, LLOYD K. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| SHAW, KELVIN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| SHOUP, AMANDA K. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| SILVERSTEIN, KENNETH L | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| SIMON, LISA A. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| SQUIRE'S ELECTRIC INC | 657 SE YAMHILL ST | | PORTLAND | OR | 97214-2326 |
| SUTHERLANDS OFFICE CENTRE INC | 1831 WINTER RD | | GRAND ISLAND | NY | 14072-1053 |
| THE POWER SHOP | 128 W MAPLE ST | | FREMONT | MI | 49412-1508 |
| TRI CITY CORRUGATED | 1307 SCHIFERL RD | | BARTLETT | IL | 60103-1701 |
| TRONCOSO GUILLERMO E MD | 9 BROOKHILL RD | | E BRUNSWICK | NJ | 08816-2909 |
| TRUGREEN LANDCARE #6084 | 6335 SHANNON PKWY | | UNION CITY | GA | 30291-1523 |
| TRUGREEN LANDCARE #6221 | 25173 EVERGREEN MILLS RD | | STERLING | VA | 20166-2221 |
| UNITY TECHNOLOGIES APS | 795 FOLSOM ST FL 2 | | SAN FRANCISCO | CA | 94107-4226 |
| UNIVERSAL MANUFACTURING CO. | 5030 MACKEY ST | | SHAWNEE | KS | 66203-1334 |
| UPPERCASE LIVING LLC | 621 W 3900 S | | MURRAY | UT | 84123-1347 |
| VERIZON WIRELESS | 1 TOWNE SQ STE 900 | | SOUTHFIELD | MI | 48076-3721 |
| VICTORY REFRIGERATION | 3779 CHAMPION BLVD | | WINSTON SALEM | NC | 27105-2667 |
| VIRGINIA B MOORE & JAMES W MOOR | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| WAY, ARTHUR | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| WAYNESBORO HOSPITAL | 601 NORLAND AVE STE 201 | | CHAMBERSBURG | PA | 17201-4235 |
| WEINREICH, BRYAN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| WES-TEC CORPORATION | 61 COLUMBIA STE A | | ALISO VIEJO | CA | 92656-4149 |
| WHITE WAY-EIGHT MILE | 38634 LEVISHAM DR | | CLINTON TWP | MI | 48038-3229 |

Exhibit A
Supplemental Mailing List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| WHITE, DALE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| WHITE, DEBBIE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| WILLDAN FINANCIAL | 27368 VIA INDUSTRIA STE 200 | | TEMECULA | CA | 92590-4856 |
| WILLIFORD, MARY V. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| WINKELMANN, MELVIN F. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| WRIGHT IMPLEMENT INC | 10858 W 1150 S | | COVINGTON | IN | 47932-7944 |
| XPEDX | 1059 W RIDGE RD | | ROCHESTER | NY | 14615-2731 |
| XPRESS PUBLISHING & PRINTING | 11310 1ST AVE NW | | GRAND RAPIDS | MI | 49534-3399 |