## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS) |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Calvin C. Liu, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtor in the above-captioned Chapter 11 case.

On January 14, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Supplemental Mailing List attached hereto as **Exhibit A**:

- Notice of Effective Date of Second Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and its Affiliates (with Technical Modifications) Under Chapter 11 of the Bankruptcy Code [Docket No. 1412]

Dated: January 20, 2016

_____
Calvin C. Liu

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on January 20, 2016, by Calvin C. Liu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

LIZ SANTODOMINGO
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2018

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

SRF 5934

**Exhibit A**

## Exhibit A
Supplemental Mailing List
Served via First Class Mail

| NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|
| EMBARQ MANAGEMENT COMPANY | PO BOX 600 | OLATHE | KS | 66063-0060 |
| FLOOR PRO NETWORK INC | 9006 FM 1976 | CONVERSE | TX | 78109-2217 |
| FTI GROUP | 14915 NE 95TH ST | REDMOND | WA | 98052-2559 |
| GROLEAU, GREG J | REDACTED | REDACTED | REDACTED | REDACTED |
| MOVERS EQUIPMENT SERVICES INC. | 15101 GRAND RIVER RD | FT WORTH | TX | 76155-2701 |
| ONE SOURCE DISTRIBUTORS | 12101 WESTERN AVE | GARDEN GROVE | CA | 92841-2914 |
| PREMEDIA GROUP LLC | 7605 BUSINESS PARK DR STE F | GREENSBORO | NC | 27409-9460 |
| PRINTING CREATIONS | 2410 S VINE ST | YORKTOWN | IN | 47396-1516 |
| RAYA, ROSALBA | REDACTED | REDACTED | REDACTED | REDACTED |
| SECURITY SEAL INC | PO BOX 1550 | SOUTHGATE | MI | 48195-0550 |
| TRUEFIT SOLUTIONS, INC. | 401 WOOD ST STE 1300 | PITTSBURGH | PA | 15222-1836 |