# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | (Jointly Administered) |
| | **RE: Docket Nos. 1398, 1399, 1400, 1401, 1402, 1404, and 1420** |

## CERTIFICATION OF COUNSEL REGARDING OMNIBUS ORDER APPROVING PROFESSIONALS' FINAL FEE APPLICATIONS

I, Justin K. Edelson, of Polsinelli PC, counsel to SRC Liquidation LLC, hereby certify as follows:

1. On December 15, 2015, Polsinelli PC ("**Polsinelli**") filed the *Final Fee Application of Polsinelli PC as Delaware Bankruptcy Counsel and Conflicts Counsel for the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred for the Period of March 24, 2015 through November 19, 2015* [Docket No. 1398].

2. On December 15, 2015, Lowenstein Sandler LLP ("**Lowenstein**") filed the *Final Application of Lowenstein Sandler LLP as Counsel to the Official Committee of Unsecured Creditors for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period of March 24, 2015 through November 19, 2015* [Docket No. 1399].

3. On December 15, 2015, Zolfo Cooper LLC ("**Zolfo**") filed the *Joint: (I) Third Interim Application for the Period of October 1, 2015 through November 19, 2015, and (II) Final Fee Application for the Period from March 24, 2015 through November 19, 2015 for*

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

52226706.1

*Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial and Forensic Advisors to the Official Committee of Unsecured Creditors* [Docket No. 1400].

4. On December 15, 2015, Young Conaway Stargatt & Taylor LLP ("**Young Conaway**") filed the *Ninth Monthly and Final Application of Young Conaway Stargatt & Taylor LLP as Co-Counsel to the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period from November 1, 2015 through and including November 19, 2015, and the Final Period from March 12, 2015 through and including November 19, 2015* [Docket No. 1401].

5. On December 15, 2015, Dinsmore & Shohl LLP ("**Dinsmore**") filed the *Final Application of Dinsmore & Shohl LLP as Special Counsel to the Debtors and Debtors-in-Possession for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Final Period of March 12, 2015 through November 19, 2015* [Docket No. 1402].[2]

6. On December 15, 2015, Gibson, Dunn & Crutcher LLP ("**Gibson Dunn**") filed the *Final Application of Gibson, Dunn & Crutcher LLP as General Bankruptcy and Restructuring Co-Counsel for Debtors and Debtors-in-Possession for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Final Period of March 12, 2015 through November 19, 2015* [Docket No. 1404].

7. On December 21, 2015, Prime Clerk LLC ("**Prime Clerk**," and together with Polsinelli, Lowenstein, Zolfo, Young Conaway, Dinsmore, and Gibson Dunn, the "**Professionals**") filed the *Final Fee Application of Prime Clerk LLC, Administrative Advisor to*

---

[2] In its final fee application, Dinsmore & Shohl LLP ("**Dinsmore**") inadvertently omitted expenses for September and October 2015 in the aggregate amount of $2,740.68. Dinsmore has received no objections from the Debtors, the Committee, or the Office of the United States Trustee to its amended request.

52226706.1

*the Debtors, for Compensation for Services and Reimbursement of Expenses for the Final Period from March 12, 2015 through November 19, 2015* [Docket No. 1420].

8. No responses or objections were received with respect to any of the above-referenced fee applications.

9. The Professionals seek final approval of all fees and expenses incurred during the pendency of the bankruptcy cases.  Attached hereto as <u>Exhibit A</u> is a proposed form of order (the "**Order**") granting allowance of compensation and reimbursement of expenses of the amounts sought in the final fee applications.

10. Accordingly, the Professionals respectfully request that the Court enter the Order at its earliest convenience.

Dated:  January 27, 2016                    Respectfully submitted,

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Sharon L. Levine, Esq.
Wojciech F. Jung, Esq.
Andrew Behlmann, Esq.
65 Livingston Avenue
Roseland, NJ  07068
Telephone:  (973) 597-2500
Facsimile:  (973) 597-2400

  *-and -*

Gerald C. Bender, Esq.
1251 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 262-6700
Facsimile:  (212) 262-7402

  *-and-*

52226706.1

**POLSINELLI PC**

/s/ *Justin K. Edelson*
Christopher A. Ward (DE Bar No. 3877)
Justin K. Edelson (DE Bar No. 5002)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone:  (302) 252-0920
Facsimile:  (302) 252-0921
cward@polsinelli.com
jedelson@polsinelli.com

*Counsel to SRC Liquidation LLC*

52226706.1