IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Calvin C. Liu, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned Chapter 11 cases.

On January 26, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Supplemental Mailing List attached hereto as **Exhibit A**:

- Notice of Effective Date of Second Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and its Affiliates (with Technical Modifications) Under Chapter 11 of the Bankruptcy Code [Docket No. 1412]

On January 26, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail to PSI Control Solutions, 9900 Twin Lakes Parkway, Suite A, Charlotte, NC, 28269-7617:

- Notice of Deadlines for the Filing of Proofs of Claim, Including for Claims Asserted Under Section 503(B)(9) of the Bankruptcy Code [Docket No. 507]

Dated: January 29, 2016

_____
Calvin C. Liu

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on January 29, 2016, by Calvin C. Liu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

LIZ SANTODOMINGO
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2018

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

SRF 5608-6101

**Exhibit A**

Exhibit A
Supplemental Mailing List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| AMEREN ILLINOIS | PO BOX 88034 | | CHICAGO | MI | 60680-1034 |
| AMEREN MISSOURI | PO BOX 88068 | | CHICAGO | MI | 60680-1068 |
| CONLEY PRINTING CO INC | PO BOX 6606 | | ABILENE | TX | 79608-6606 |
| CONLEY PRINTING CO INC | 2401 INDUSTRIAL BLVD | | ABILENE | TX | 79605 |
| CROWDER, CLAYTON K. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| ENVESTNET ASSET MANAGEMENT IN | 1801 CALIFORNIA ST STE 2300 | | DENVER | CO | 80202-2636 |
| FIELDGLASS, INC. | 111 N CANAL ST FL 6 | | CHICAGO | IL | 60606-7221 |
| FRANK IMPLEMENT CO | PO BOX 2395 | | SCOTTSBLUFF | NE | 69363-2395 |
| HIGHMOUNT EXPLORATION AND PRO | 1001 FANNIN ST STE 800 | | HOUSTON | TX | 77002-6707 |
| HORIZON SOLUTIONS CORP | PO BOX 6730 | | SCARBOROUGH | ME | 04070-6730 |
| JIM'S QUALITY MEATS & DELI | 7930 WOODGLEN LN | APT 208 | DOWNERS GROVE | IL | 60516-4563 |
| LINDE | 1751 W DIEHL RD | STE 300 | NAPERVILLE | IL | 60563-4800 |
| MAXUM PETROLEUM | 4013 NW EXPRESSWAY | STE 300 | OKLAHOMA CITY | OK | 73116-2622 |
| MOON, CHRISTOPHER | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| NEXTERA RETAIL OF TEXAS LP | PO BOX 9001844 | | LOUISVILLE | KY | 40290-1844 |
| OGILVIE, DOROTHY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| PETTY CASH-BRUCE ARVIN | 121 MOUNT ZION RD | | YORK | PA | 17402-8985 |
| POLYSCIENCE DIVISION OF PRESTON | PRESTON INDUSTRIES INC | PO BOX 7775 | CAROL STREAM | IL | 60197-7775 |
| PRIDE OFFICE PRODUCTS INC | 1888 UNION RD | | WEST SENECA | NY | 14224-2015 |
| RAMIREZ, GISELA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| ROBERTSON WORLDWIDE | 4700 137TH ST STE A | | CRESTWOOD | IL | 60445-4307 |
| RODRIGUEZ, ALLEN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| SAF PROPERTIES | 101 PLAIN ST | STE 3 | PROVIDENCE | RI | 02903-4829 |
| SAMUELS CARE CENTER | PO BOX 16306 | | CHICAGO | IL | 60616-0306 |
| SCHULER, SARAH | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| SHEEHAN, JAMES | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| SINK, ALAN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

## Exhibit A
Supplemental Mailing List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| SMITH, GERALDINE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| UNITED AGRI PRODUCTS | 3005 ROCKY MOUNTAIN AVE | | LOVELAND | CO | 80538-9001 |
| WIRDAK, MARIBETH | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| XPEDX | 5786 COLLETT RD | | FARMINGTON | NY | 14425-9536 |