# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC, *et al.*,[1] | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |
| EISNERAMPER LLP, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF THE SRC LIQUIDATING GUC TRUST, | |
| Plaintiff, | Adv. Pro. No. 15-50771 (BLS) |
| v. | |
| JOSEPH P. MORGAN, JR., ROY W. BEGLEY, JR., F. DAVID CLARKE, III, JOHN Q. SHERMAN, II, JULIE D. KLAPSTEIN, JOHN J. SCHIFF, JR., ROBERT M. GINNAN, R. ERIC MCCARTHEY, JOHN DOES 1-10, AND XYZ COMPANIES 1-10, | |
| Defendants. | |

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON FEBRUARY 8, 2016 AT 10:00 A.M. (ET)

**MATTER GOING FORWARD**

1. Defendants' Motion to Dismiss the Amended Adversary Complaint [Docket 19; Filed: 10/16/2015]

    Answer Deadline:

    Related Document(s):

    a) Amended Adversary Complaint (SEALED) [Docket No. 7; Filed: 8/4/2015]

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: SRC Liquidation Company (5440); SR Liquidation Holding Company (3186); SR Liquidation Technologies, Inc. (3180); SR Liquidation International, Inc. (1861); iMLiquidation, LLC (6337); SR Liquidation of Puerto Rico Inc. (0578); SR Liquidation Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de México, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and SR Liquidation Technologies Canada ULC (0001). The headquarters for the above-captioned Debtors is located at 600 Albany Street, Dayton, Ohio 45417.

52306736.1

b) Opening Brief in Support of Defendants' Motion to Dismiss the Amended Adversary Complaint (SEALED) [Docket No. 20; Filed: 10/16/2015]

c) Declaration of Robert J. Baehr in Support of Defendants' Motion to Dismiss the Amended Adversary Complaint (SEALED) [Docket No. 22; Filed: 10/16/2015]

d) Defendants' Motion for Order Authorizing Defendants to File Under Seal Exhibit to and Certain Portions of the Opening Memorandum in Support of Defendants Motion to Dismiss the Amended Adversary Complaint [Docket No. 24; Filed: 10/16/2015]

e) Reply Brief in Support of Defendants' Motion to Dismiss the Amended Adversary Complaint (SEALED) [Docket No. 42; Filed: 12/21/2015]

f) Defendants' Motion for Order Authorizing Defendants to File Under Seal Certain Portion of the Reply brief In Support of Defendants Motion to Dismiss the Amended Adversary Complaint [Docket No. 44; Filed: 12/21/2015]

g) Request for Oral Argument [Docket No. 45; Filed: 12/23/2015]

h) Notice of Completion of Briefing [Docket No. 46; Filed: 12/29/2015]

i) Notice of Oral Argument [Docket No. 47; Filed: 1/5/2016]

Response(s) Received:

a) Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Amended Adversary Complaint (SEALED) [Docket No. 38; Filed: 11/30/2015]

b) Plaintiff's Motion for an Order Authorizing Plaintiff to File Under Seal the Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Amended Adversary Complaint [Docket No. 40; Filed: 11/30/2015]

Status: Oral argument on this matter will go forward.

52306736.1

| | |
|---|---|
| Dated: February 4, 2016<br>Wilmington, Delaware | Respectfully submitted,<br><br>**LOWENSTEIN SANDLER LLP**<br>Kenneth A. Rosen, Esq.<br>Sharon L. Levine, Esq.<br>Wojciech F. Jung, Esq.<br>Andrew Behlmann, Esq.<br>65 Livingston Avenue<br>Roseland, NJ  07068<br>Telephone:  (973) 597-2500<br>Facsimile:  (973) 597-2400<br><br> *-and -*<br><br>Gerald C. Bender, Esq.<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Telephone:  (212) 262-6700<br>Facsimile:  (212) 262-7402<br><br> *-and-*<br><br>**POLSINELLI PC**<br><br>/s/ *Justin K. Edelson*<br>Christopher A. Ward (DE Bar No. 3877)<br>Justin K. Edelson (DE Bar No. 5002)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801<br>Telephone:  (302) 252-0920<br>Facsimile:  (302) 252-0921<br>cward@polsinelli.com<br>jedelson@polsinelli.com<br><br>*Counsel to SRC Liquidation, LLC* |

52306736.1