# SIGN-IN SHEET

**CASE NAME:** SRC LIQUIDATION LLC  
**COURTROOM NO. 1:** JUDGE SHANNON

**CASE NO.:** 15-10541  
**DATE:** FEBRUARY 8, 2016

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Justin Edelson | Polsinelli | Trustee of GUC Trust |
| James M Kukis | Morrison & Foerster | Directors |
| Carl Loewenson, Jr. | " | " |
| James L. Peck | " | " |
| J. Dion | MMT | Defendants |
| Marjorie Duffy | Jones Day | R. Gines |
| Sophia Mo | Sea PLP | I. Moy |
| Sharon Levin | Lowenstein | Plaintiff |
| Andrew Behlmann | " | " |
| L. Jun | " | " |
| [illegible] | PG1 | |