IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC Liquidation, LLC,[1]<br><br>                  Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>**Re: Docket No. 1441** |

### CERTIFICATION OF COUNSEL REGARDING STANDARD REGISTER INC.'S FIRST (1ST) OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO SECTION 503(b)(9) CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007 AND LOCAL RULE 3007-1

The undersigned hereby certifies as follows:

1. On January 12, 2016, Taylor Corporation and it Designated Buyer, Standard Register, Inc. (collectively, "SRI"), filed *Standard Register Inc.'s First (1st) Omnibus (Non-Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1* [Docket No. 1441] (the "Objection") with the United States Bankruptcy Court for the District of Delaware (the "Court"). The deadline to file responses to the Objection was established as January 27, 2016 at 4:00 p.m. (ET) (the "Response Deadline").

2. Prior to the Response Deadline, SRI received an informal response from Icon FL Tampa Industrial Owners Pool 5 GA/FL LLC regarding Claim No. 2180. Upon further review of Claim No. 2180, it was determined that Claim No. 2180 was included in the Objection in error as it does not assert a Section 503(b)(9) Claim. Therefore, the Objection is withdrawn as to Claim

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

No. 2180. Exhibit A to the Proposed Form of Order attached hereto has been revised to remove Claim No. 2180.

3.   Also prior to the Response Deadline, SRI received an informal response from counsel for George Eschbaugh Advertising, Inc. (Claim No. 2486) regarding the basis of the Objection. The Response Deadline was extended for George Eschbaugh advertising to February 2, 2016 at 4:00 p.m. (ET). Counsel for George Eschbaugh Advertising, Inc. advised the undersigned in writing on February 2, 2016 that it had elected not to oppose the Objection.

4.   The undersigned certifies that he has received no other formal or informal objection or response to the Objection. The undersigned further certifies that he has reviewed the Court's docket in this matter and no answer, objection or other response to the Objection appears thereon.

5.   WHEREFORE, it is hereby respectfully requested that the Order attached hereto as Exhibit 1 be entered at the earliest convenience of the Court.

Dated:   February 10, 2016         **WERB & SULLIVAN**
         Wilmington, DE

                                   */s/ Matthew P. Austria*
                                   Matthew P. Austria (DE No. 4827)
                                   300 Delaware Avenue, 13th Floor
                                   P.O. Box 25046
                                   Wilmington, Delaware 19899
                                   (For courier: 19801)
                                   Telephone:  (302) 652-1100
                                   Facsimile:  (302) 652-1111
                                   E-mail:  maustria@werbsullivan.com

                                   -and-

**GRAY, PLANT, MOOTY,**
**MOOTY & BENNET, P.A.**
Phillip Bohl (MN No. 139191)
Abigail McGibbon (MN No. 393263)
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone:  (612) 632-3019
Telephone:  (612) 632-3009
Facsimile:  (612) 632-4019
Facsimile:  (612) 632-4009
Email:  phillip.bohl@gpmlaw.com
Email:  abigail.mcgibbon@gpmlaw.com

*Counsel to Taylor Corporation and its Designated Buyer Standard Register, Inc.*