# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Brandon | Date Created: 2/11/2016 |
| Case: 15−10541−BLS | Form ID: ntcBK | Total: 8 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |
| aty | Christopher A. Ward | cward@polsinelli.com |
| aty | Christopher A. Ward | cward@polsinelli.com |
| aty | Justin K. Edelson | jedelson@polsinelli.com |
| aty | Mark S. Kenney | mark.kenney@usdoj.gov |
| aty | Sharon L. Levine | slevine@lowenstein.com |
| aty | Wojciech F. Jung | wjung@lowenstein.com |

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | SRC Liquidation, LLC | 600 Albany Street | Dayton, OH 45417 |

TOTAL: 1