# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON FEBRUARY 17, 2016 AT 10:00 A.M. (ET)

**CONTINUED/RESOLVED MATTERS**

1. Motion for Allowance and Payment of Administrative Expense Claim of Business Card Service, Inc. Pursuant to the Order Authorizing the Sale of Substantially all of the Debtors' Assets [Docket No. 1347; Filed: 11/25/2015]

    Objection Deadline:     December 23, 2015 at 4:00 p.m. (extended to April 20, 2016 for certain parties)

    Related Document(s):

    a) Notice of Hearing on Motion for Allowance and Payment of Administrative Expense Claim of Business Card Service, Inc. Pursuant to the Order Authorizing the Sale of Substantially all of the Debtors' Assets [Docket No. 1375; Filed: 12/7/2015]

    Response(s) Received:     None at this time.

    Status:     This matter has been continued to the omnibus hearing scheduled for May 18, 2016 at 10:00 a.m.

2. Creditor Recovery Site Logistics' Notices of Administrative Damages Claim and Rejection Damages Claim [Docket No. 1366; Filed: 12/4/2015]

    Objection Deadline:     January 6, 2016 at 4:00 p.m. (extended to January 25, 2016 for certain parties)

    Related Document(s):     None at this time.

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

52391417.1

    Response(s) Received:    None at this time.

    Status:    This matter has been resolved and the movant intends to withdraw the motion.

3. Motion for Allowance and Payment of Administrative Expense Claim of Volt Consulting Group, Ltd. Pursuant to the Order Authorizing the Sale of Substantially all of the Debtors' Assets [Docket No. 1371; Filed: 12/4/2015]

    Objection Deadline:    December 30, 2015 at 4:00 p.m. (extended to February 12, 2016 for certain parties)

    Related Document(s):    None at this time.

    Response(s) Received:    None at this time.

    Status:    This matter has been continued to the omnibus hearing scheduled for March 16, 2016 at 10:00 a.m.

4. Motion of IWAG Group III for Allowance and Payment of Administrative Expense Claim [Docket No. 1384; Filed: 12/10/2015]

    Objection Deadline:    December 24, 2015 at 4:00 p.m. (extended to February 19, 2016 for certain parties)

    Related Document(s):    None at this time.

    Response(s) Received:    None at this time.

    Status:    This matter has been continued to the next omnibus hearing scheduled for March 16, 2016 at 10:00 a.m.

**UNCONTESTED MATTER WITH CERTIFICATION OF COUNSEL**

5. Standard Register Inc.'s First (1st) Omnibus (Non-Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket 1441; Filed: 1/12/2016]

    Objection Deadline:    January 27, 2016 at 4:00 p.m. (extended to February 2, 2016 for George Eschbaugh Advertising, Inc.)

    Related Document(s):

        a) Certification of Counsel Regarding Standard Register Inc.'s First (1st) Omnibus (Non-Substantive) Objection to Section 503(b)(9) Claims

Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1458; Filed: 2/10/2016]

Response(s) Received:

a) Informal Response from Icon FL Tampa Industrial Owners Pool 5 GA/FL LLC (Claim No. 2180)

b) Informal Response from George Eschbaugh Advertising, Inc. (Claim No. 2486)

Status: The objection to the claim of Icon FL Tampa Industrial Owners Pool 5 GA/FL LLC has been withdrawn. George Eschbaugh Advertising, Inc. does not oppose the objection to its claim. A revised proposed form of order has been submitted under certification of counsel. No hearing is necessary unless the Court directs otherwise.

## FEE APPLICATIONS

6. Professionals' Final Fee Applications (See attached Exhibit A)

Objection Deadline: n/a

Related Document(s):

a) Certification of Counsel Regarding Omnibus Order Approving Professionals' Final Fee Applications [Docket No. 1451; Filed: 1/27/2016]

Response(s) Received: None.

Status: A proposed omnibus order has been submitted under certification of counsel. No hearing is necessary unless the Court directs otherwise.

Dated: February 12, 2016
Wilmington, Delaware

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Sharon L. Levine, Esq.
Wojciech F. Jung, Esq.
Andrew Behlmann, Esq.
65 Livingston Avenue
Roseland, NJ  07068
Telephone:  (973) 597-2500
Facsimile:  (973) 597-2400

-and -

52391417.1

Gerald C. Bender, Esq.
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402

*-and-*

**POLSINELLI PC**

/s/ *Justin K. Edelson*
Christopher A. Ward (DE Bar No. 3877)
Justin K. Edelson (DE Bar No. 5002)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
jedelson@polsinelli.com

*Counsel to SRC Liquidation, LLC*