**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| SRC LIQUIDATION, LLC | Case No. 15-10541 (BLS) |
| Debtor. | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Gary D. Underdahl of ASK LLP to represent SRC Liquidation, LLC in the above-referenced case.

Dated: February 12, 2016          **BAYARD, P.A.**

*/s/ Justin R. Alberto*
Justin R. Alberto (No. 5126)
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
Telephone: (302) 655-5000
E-Mail: jalberto@bayardlaw.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Minnesota, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

*/s/ Gary D. Underdahl*
Gary D. Underdahl, Esq.
ASK LLP
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 5515
Telephone: (651) 289-3857
E-mail: gunderdahl@askllp.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

{BAY:02856695v1}