# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>(Jointly Administered)<br><br>Re: Docket Nos. 1398, 1399, 1400, 1401, 1402, 1404, and 1420 |

## OMNIBUS ORDER APPROVING PROFESSIONALS' FINAL FEE APPLICATIONS

Upon consideration of the final fee applications (collectively, the "**Applications**") of certain professionals (collectively, the "**Professionals**") retained in the above-captioned chapter 11 cases by the above-captioned debtors and debtors in possession (the "**Debtors**") and the Official Committee of Unsecured Creditors (the "**Committee**"), a list of which is attached hereto as Exhibit 1, for allowance of compensation and reimbursement of expenses on a final basis; and it appearing to the Court that all of the requirements of §§ 327, 328, 330, 331 and 503(b) of title 11 of the United States Code, as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, have been satisfied; and it further appearing that the compensation earned and expenses incurred were reasonable and necessary; and that notice of the Applications was appropriate; and after due deliberation and sufficient good cause appearing therefor,

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

52182060.2

**IT IS HEREBY ORDERED THAT:**

1. The Applications are hereby APPROVED on a final basis in the amounts set forth on <u>Exhibit 1</u>.

2. The Professionals are granted allowance of compensation for professional fees in the amounts set forth on <u>Exhibit 1</u> (the "**Allowed Fees**") on a final basis.

3. The Professionals are allowed the reimbursement of reasonable and necessary expenses in the amounts set forth on <u>Exhibit 1</u> (the "**Allowed Expenses**") on a final basis.

4. Consistent with the Debtors' plan of reorganization, the Debtors and the escrow agent are authorized and directed to remit payment to the Professionals in the amounts set forth on <u>Exhibit 1</u>, less all amounts previously paid on account of such fees and expenses.

5. This Order shall be deemed a separate order for each Professional and the appeal of any order with respect to any Professional shall have no effect on the authorized fees and expenses of any other Professional.

6. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: February 12, 2016
Wilmington, Delaware

The Honorable Brendan L. Shannon
Chief United States Bankruptcy Judge

52182060.2                                    2