# **EXHIBIT 1**

52182060.2

| Docket No. | Applicant | Role | Fee Period | Requested Fees | Requested Expenses | Final Allowed Amounts |
|---|---|---|---|---|---|---|
| 1398 | Polsinelli PC | Counsel to the Official Committee of Unsecured Creditors | 3/24/2015 – 11/19/2015 | $231,432.75 | $27,865.03 | $259,297.78 |
| 1399 | Lowenstein Sandler LLP | Counsel to the Official Committee of Unsecured Creditors | 3/24/2015 – 11/19/2015 | $1,992,564.75 | $54,722.12 | $2,047,286.87 |
| 1400 | Zolfo Cooper, LLC | Financial and Forensic Advisors to the Official Committee of Unsecured Creditors | 3/24/2015 – 11/19/2015 | $787,493.50 | $12,405.31 | $799,898.81 |
| 1401 | Young Conaway Stargatt & Taylor, LLP | Counsel to the Debtors | 3/12/2015 – 11/19/2015 | $1,014,302.00 | $40,225.86 | $1,054,527.86 |
| 1402 | Dinsmore & Shohl LLP | Special Counsel to the Debtors | 3/12/2015 – 11/19/2015 | $394,323.54 | $27,010.41[1] | $421,333.95 |
| 1404 | Gibson, Dunn & Crutcher LLP | Counsel to the Debtors | 3/12/2015 – 11/19/2015 | $5,931,034.75 | $152,225.53 | $6,083,260.28 |
| 1420 | Prime Clerk LLC | Administrative Advisor to the Debtors | 3/12/2015 – 11/19/2015 | $84,941.00 | $0.00 | $84,941.00 |
| | | | **Grand Total:** | $10,436,092.29 | $314,444.36 | $10,750,536.65 |

---

[1] In its final fee application, Dinsmore & Shohl LLP ("Dinsmore") inadvertently omitted expenses for September and October 2015 in the aggregate amount of $2,740.68.

52182060.2