**Exhibit A**
**Late Filed Claims**

| | Name of Claimant | Claim # | Total Claimed Amount | General Unsecured Claimed Amount | 503(b)(9) Claimed Amount | 503(b)(9) Bar Date | 503(b)(9) Claim Filed Date | Modified 503(b)(9) Amount | Modified General Unsecured Amount (Subject to Further Objection) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | ADVANTAGE MICR RIBBON LLC | 2383 | $779.82 | $389.91 | $389.91 | 6/9/2015 | 7/27/2015 | $0 | $779.82 |
| 2. | AMBASSADOR PRESS INC. | 2170 | $8,351.19 | $0 | $8,351.19 | 6/9/2015 | 7/7/2015 | $0 | $8,351.19 |
| 3. | BLAIZE MARKETING | 1813 | $367.90 | $0 | $367.90 | 6/9/2015 | 6/10/2015 | $0 | $367.90 |
| 4. | BREADS OF THE WORLD LLC d/b/a PANERA BREAD | 1850 | $291.46 | $145.73 | $145.73 | 6/9/2015 | 6/15/2015 | $0 | $291.46 |
| 5. | BROADRIDGE INVESTOR COMMUNICATION SOLUTIONS | 1871 | $9,136.82 | $4,568.41 | $4,568.41 | 6/9/2015 | 6/16/2015 | $0 | $9,136.82 |
| 6. | COBER PRINTING LTD | 2138 | $2,424.00 | $1,795.00 | $629.00 | 6/9/2015 | 7/6/2015 | $0 | $2,424.00 |
| 7. | COMPLETE HEATING & AIR CONDITIONING SYSTEMS LLC | 2484 | $219.00 | $0 | $219.00 | 6/9/2015 | 9/14/2015 | $0 | $219.00 |
| 8. | COMPUMAIL CORP OF CT INC | 1927 | $10,598.31 | $5,474.01 | $5,124.30 | 6/9/2015 | 6/25/2015 | $0 | $10,598.31 |
| 9. | CORPORATE ELECTRIC | 1854 | $8,466.65 | $4,677.23 | $3,789.42 | 6/9/2015 | 6/15/2015 | $0 | $8,466.65 |
| 10. | CURRENCE, DALE & PAULINE | 1965 | $3,648.64 | $199.79 | $3,448.85 | 6/9/2015 | 6/23/2015 | $0 | $3,648.64 |
| 11. | DHL GLOBAL MAIL | 1899 | $9,827.19 | $0 | $9,827.19 | 6/9/2015 | 6/15/2015 | $0 | $9,827.19 |
| 12. | DIBELLAS CATERING | 1970 | $147.99 | $0 | $147.99 | 6/9/2015 | 6/23/2015 | $0 | $147.99 |
| 13. | DIPTI LAXPATI & DAKSHES LAXPATI | 1874 | $1,262.00 | $0 | $1,262.00 | 6/9/2015 | 6/16/2015 | $0 | $1,262.00 |

| | Name of Claimant | Claim # | Total Claimed Amount | General Unsecured Claimed Amount | 503(b)(9) Claimed Amount | 503(b)(9) Bar Date | 503(b)(9) Claim Filed Date | Modified 503(b)(9) Amount | Modified General Unsecured Amount (Subject to Further Objection) |
|---|---|---|---|---|---|---|---|---|---|
| 14. | FASTENAL COMPANY | 1955 | $9,340.87 | $8,049.69 | $1,291.18 | 6/9/2015 | 6/24/2015 | $0 | $9,340.87 |
| 15. | FUJIFILM NORTH AMERICA CORPORATION | 2166 | $226,578.07 | $139,752.03 | $86,826.04 | 6/9/2015 | 7/7/2015 | $0 | $226,578.07 |
| 16. | FUTAI USA INC. | 1847 | $1,690.76 | $428.99 | $1,261.77 | 6/9/2015 | 6/15/2015 | $0 | $1,690.76 |
| 17. | FUTAI USA INC. | 1851 | $1,690.76 | $428.99 | $1,261.77 | 6/9/2015 | 6/15/2015 | $0 | $1,690.76 |
| 18. | WORDS, DATA, AND IMAGES, LLC d/b/a GABRIEL GROUP | 2477 | $61,721.38 | $0 | $61,721.38 | 6/9/2015 | 9/8/2015 | $0 | $61,721.38 |
| 19. | GEORGE ESCHBAUGH ADVERTISING, INC. | 2486 | $35,657.79 | $25,288.14 | $10,369.65 | 6/9/2015 | 9/16/2015 | $0 | $35,657.79 |
| 20. | HOPKINS PRINTING INC | 1999 | $1,922.00 | $0 | $1,922.00 | 6/9/2015 | 6/26/2015 | $0 | $1,922.00 |
| 21. | HRM USA, INC | 2449 | $4,750.00 | $0 | $4,750.00 | 6/9/2015 | 8/19/2015 | $0 | $4,750.00 |
| 22. | HUNT, HENNESSEY | 2349 | $3,442.30[1] | $0 | $1,721.15 | 6/9/2015 | 7/13/2015 | $0 | $1,721.15 |
| 23. | LEGACY | 1913 | $13,311.16 | $0 | $13,311.16 | 6/9/2015 | 6/18/2015 | $0 | $13,311.16 |
| 24. | MCKAY PRESS, INC. | 1842 | $13,484.88 | $5,580.00 | $7,904.88 | 6/9/2015 | 6/12/2015 | $0 | $13,484.88 |
| 25. | OEC GRAPHICS INC | 2299 | $10,358.09 | $7,180.59 | $3,177.50 | 6/9/2015 | 7/8/2015 | $0 | $10,358.09 |
| 26. | ORAN V SILER PRINTING | 2133 | $2,664.55 | $0 | $2,664.55 | 6/9/2015 | 7/6/2015 | $0 | $2,664.55 |
| 27. | TRC MASTER FUND LLC AS TRANSFEREE FOR OX PAPER TUBE & CORE INC. | 1883 | $46,093.59 | $34,769.66 | $11,323.93 | 6/9/2015 | 6/15/2015 | $0 | $46,093.59 |

---

[1] The total amount claimed includes amounts other than general unsecured and § 503(b)(9) amounts.

| | Name of Claimant | Claim # | Total Claimed Amount | General Unsecured Claimed Amount | 503(b)(9) Claimed Amount | 503(b)(9) Bar Date | 503(b)(9) Claim Filed Date | Modified 503(b)(9) Amount | Modified General Unsecured Amount (Subject to Further Objection) |
|---|---|---|---|---|---|---|---|---|---|
| 28. | PENN JERSEY PAPER CO | 1982 | $903.80 | $0 | $903.80 | 6/9/2015 | 6/23/2015 | $0 | $903.80 |
| 29. | ROTO DIE CO INC | 1892 | $190,369.74 | $141,258.65 | $49,111.09 | 6/9/2015 | 6/15/2015 | $0 | $190,369.74 |
| 30. | ROTO DIE CO INC | 1893 | $17,855.49 | $0 | $17,855.49 | 6/9/2015 | 6/15/2015 | $0 | $17,855.49 |
| 31. | RS INDUSTRIAL INC | 2051 | $3,114.54 | $0 | $3,114.54 | 6/9/2015 | 6/30/215 | $0 | $3,114.54 |
| 32. | SCANTRON CORP | 2074 | $20,824.76 | $4,407.10 | $16,417.66 | 6/9/2015 | 7/1/2015 | $0 | $20,824.76 |
| 33. | MITTERA WISCONSIN, LLC d/b/a J.B. KENEHAN LLC or SERVICE COMMUNICATIONS | 2265 | $42,331.98 | $0 | $42,331.98 | 6/9/2015 | 7/8/2015 | $0 | $42,331.98 |
| 34. | SMITH, LYNN | 2069 | $90,983.13 | $0 | $90,983.13 | 6/9/2015 | 7/1/2015 | $0 | $90,983.13 |
| 35. | SHI INTERNATIONAL CORP | 1876 | $29,145.74 | $28,020.37 | $1,125.37 | 6/9/2015 | 6/16/2015 | $0 | $29,145.74 |
| 36. | SHI INTERNATIONAL CORP | 1978 | $29,145.74 | $28,020.37 | $1,125.37 | 6/9/2015 | 6/23/2015 | $0 | $29,145.74 |
| 37. | SPECTRA PRINT CORPORATION | 2021 | $35,723.20 | $13,417.76 | $22,305.44 | 6/9/2015 | 6/29/2015 | $0 | $35,723.20 |
| 38. | STONEBRIDGE LIFE INSURANCE COMPANY | 2210 | $24,825.84 | $20,148.65 | $4,677.19 | 6/9/2015 | 7/8/2015 | $0 | $24,825.84 |
| 39. | VOMELA SPECIALTY CO | 1945 | $5,310.51 | $0 | $5,310.51 | 6/9/2015 | 6/25/2015 | $0 | $5,310.51 |
| 40. | VULCAN INFORMATION PACKAGING | 1966 | $246,599.92 | $243,120.24 | $3,479.68 | 6/9/2015 | 6/23/2015 | $0 | $246,599.92 |

| | Name of Claimant | Claim # | Total Claimed Amount | General Unsecured Claimed Amount | 503(b)(9) Claimed Amount | 503(b)(9) Bar Date | 503(b)(9) Claim Filed Date | Modified 503(b)(9) Amount | Modified General Unsecured Amount (Subject to Further Objection) |
|---|---|---|---|---|---|---|---|---|---|
| 41. | WEST-CAMP PRESS, INC. | 2060 | $169,132.76 | $122,086.65 | $47,046.11 | 6/9/2015 | 7/1/2015 | $0 | $169,132.76 |
| 42. | WORLD EMBLEM INTERNATIONAL INC | 2075 | $1,117.81 | $0 | $1,117.81 | 6/9/2015 | 7/1/2015 | $0 | $1,117.81 |
| 43. | WORLD EMBLEM INTERNATIONAL INC | 2076 | $1,052.55 | $0 | $1,052.55 | 6/9/2015 | 7/1/2015 | $0 | $1,052.55 |
| 44. | WORLD EMBLEM INTERNATIONAL INC | 2077 | $926.65 | $434.30 | $492.35 | 6/9/2015 | 7/1/2015 | $0 | $926.65 |
| 45. | WORLD EMBLEM INTERNATIONAL INC | 2079 | $1,663.67 | $0 | $1,663.67 | 6/9/2015 | 7/1/2015 | $0 | $1,663.67 |
| 46. | WS PACKAGING GROUP, INC. | 1962 | $10,847.81 | $8,307.89 | $2,539.92 | 6/9/2015 | 6/19/2015 | $0 | $10,847.81 |
| 47. | WW WILLIAMS MIDWEST INC | 1920 | $2,944.20 | $1,598.81 | $1,345.39 | 6/9/2015 | 6/23/2015 | $0 | $2,944.20 |