# **EXHIBIT A**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | (Jointly Administered) |
| | Re: Docket Nos. 1398, 1399, 1400, 1401, 1402, 1404, and 1420 |

## PROFESSIONALS' FINAL FEE APPLICATIONS

**POLSINELLI PC**

1. Final Fee Application of Polsinelli PC as Delaware Bankruptcy Counsel and Conflicts Counsel for the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred from the Period of March 24, 2015 through November 19, 2015 [Docket No. 1398; Filed: 12/15/2015]

    a. Eighth Monthly Fee Statement of Polsinelli PC as Delaware Bankruptcy Counsel and Conflicts Counsel for the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred from the Period of October 1, 2015 through October 31, 2015 [Docket No. 1352; Filed: 12/1/2015]

    b. Ninth Monthly Fee Statement of Polsinelli PC as Delaware Bankruptcy Counsel and Conflicts Counsel for the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred from the Period of November 1, 2015 through November 19, 2015 [Docket No. 1378; Filed: 12/9/2015]

    c. *No Order Required* Certificate of No Objection Regarding Eighth Monthly Fee Statement of Polsinelli PC as Delaware Bankruptcy Counsel and Conflicts Counsel for the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred from the Period of October 1, 2015 through October 31, 2015 [Docket No. 1411; Filed: 12/18/2015]

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

d.   *No Order Required* Certificate of No Objection Regarding Ninth Monthly Fee Statement of Polsinelli PC as Delaware Bankruptcy Counsel and Conflicts Counsel for the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred from the Period of November 1, 2015 through November 19, 2015  [Docket No. 1434; Filed: 12/30/2015]

e.   Certificate of No Objection Regarding Final Fee Application of Polsinelli PC as Delaware Bankruptcy Counsel and Conflicts Counsel for the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred from the Period of March 24, 2015 through November 19, 2015  [Docket No. 1447; Filed: 1/19/2016]

**LOWENSTEIN SANDLER LLP**

2.   Final Application of Lowenstein Sandler LLP as Counsel to the Official Committee of Unsecured Creditors for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from March 24, 2015 through November 19, 2015 [Docket No. 1399; Filed: 12/15/2015]

   a.   Eighth Monthly Application of Lowenstein Sandler LLP as Counsel to the Official Committee of Unsecured Creditors for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from October 1, 2015 through October 31, 2015 [Docket No. 1297; Filed: 11/16/2015]

   b.   Ninth Monthly Application of Lowenstein Sandler LLP as Counsel to the Official Committee of Unsecured Creditors for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from November 1, 2015 through November 19, 2015 [Docket No. 1356; Filed: 12/2/2015]

   c.   *No Order Required* Certificate of No Objection Regarding Eighth Monthly Application of Lowenstein Sandler LLP as Counsel to the Official Committee of Unsecured Creditors for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from October 1, 2015 through October 31, 2015 [Docket No. 1361; Filed: 12/3/2015]

   d.   *No Order Required* Certificate of No Objection Regarding Ninth Monthly Application of Lowenstein Sandler LLP as Counsel to the Official Committee of Unsecured Creditors for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from November 1, 2015 through November 19, 2015 [Docket No. 1419; Filed: 12/21/2015]

   e.   Certificate of No Objection Regarding Final Application of Lowenstein Sandler LLP as Counsel to the Official Committee of Unsecured Creditors for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from March 24, 2015 through November 19, 2015 [Docket No. 1448; Filed: 1/19/2016]

52221997.1

**ZOLFO COOPER, LLC**

3. Zolfo Cooper, LLC's Joint: (I) Third Interim Application for the Period of October 1, 2015 through November 19, 2015 and (II) Final Fee Application for the Period from March 24, 2015 through November 19, 2015 for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial and Forensic Advisors to the Official Committee of Unsecured Creditors [Docket No. 1400; Filed: 12/15/2015]

   a. Seventh Monthly Application of Zolfo Cooper, LLC, Financial and Forensic Advisors to the Official Committee of Unsecured Creditors, for Allowance of Interim Compensation for Services Rendered and for Reimbursement of Expenses for the Period October 1, 2015 through October 31, 2015 [Docket No. 1336; Filed: 11/23/2015]

   b. Eighth Monthly Application of Zolfo Cooper, LLC, Financial and Forensic Advisors to the Official Committee of Unsecured Creditors, for Allowance of Interim Compensation for Services Rendered and for Reimbursement of Expenses for the Period November 1, 2015 through November 19, 2015 [Docket No. 1380; Filed: 12/10/2015]

   c. *No Order Required* Certificate of No Objection Regarding Seventh Monthly Application of Zolfo Cooper, LLC, Financial and Forensic Advisors to the Official Committee of Unsecured Creditors, for Allowance of Interim Compensation for Services Rendered and for Reimbursement of Expenses for the Period October 1, 2015 through October 31, 2015 [Docket No. 1383; Filed: 12/10/2015]

   d. *No Order Required* Certificate of No Objection Regarding Eighth Monthly Application of Zolfo Cooper, LLC, Financial and Forensic Advisors to the Official Committee of Unsecured Creditors, for Allowance of Interim Compensation for Services Rendered and for Reimbursement of Expenses for the Period November 1, 2015 through November 19, 2015 [Docket No. 1435; Filed: 12/30/2015]

   e. Certificate of No Objection Regarding Zolfo Cooper, LLC's Joint: (I) Third Interim Application for the Period of October 1, 2015 through November 19, 2015 and (II) Final Fee Application for the Period from March 24, 2015 through November 19, 2015 for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial and Forensic Advisors to the Official Committee of Unsecured Creditors [Docket No. 1449; Filed: 1/19/2016]

52221997.1

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

4. Ninth Monthly and Final Fee Application of Young Conaway Stargatt & Taylor, LLP as Co-Counsel to the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period from November 1, 2015 Through and Including November 19, 2015 and the Final period from March 12, 2015 Through and Including November 19, 2015 [Docket No. 1401; Filed: 12/15/2015]

    a. Seventh Monthly Application of Young Conaway Stargatt & Taylor, LLP as Co-Counsel to the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period from September 1, 2015 Through and Including September 30, 2015 [Docket No. 1149; Filed: 10/9/2015]

    b. Certificate of No Objection [Docket No. 1233; Filed: 10/28/2015]

    c. Eighth Monthly Application of Young Conaway Stargatt & Taylor, LLP as Co-Counsel to the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period from October 1, 2015 Through and Including October 31, 2015 [Docket No. 1342; Filed: 11/24/2015]

    d. Certificate of No Objection [Docket No. 1387; Filed: 12/11/2015]

**DINSMORE & SHOHL LLP**

5. Final Application of Dinsmore & Shohl LLP as Special Counsel to the Debtors and Debtors-in-Possession for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Final Period March 12, 2015 through November 19, 2015 [Docket No. 1402; Filed: 12/15/2015]

    a. Seventh Monthly Application of Dinsmore & Shohl LLP, as Special Counsel to Debtors and Debtors in Possession, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period September 1, 2015 through September 30, 2015 [Docket No. 1211; Filed: 10/22/2015]

    b. Certificate of No Objection [Docket No. 1284; Filed: 11/10/2015]

    c. Eighth Monthly Application of Dinsmore & Shohl LLP, as Special Counsel to Debtors and Debtors in Possession, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period October 1, 2015 through October 31, 2015 [Docket No. 1351; Filed: 12/1/2015]

  d. Ninth Monthly Application of Dinsmore & Shohl LLP, as Special Counsel to Debtors and Debtors in Possession, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period November 1, 2015 through November 19, 2015 [Docket No. 1363; Filed: 12/3/2015]

  e. Certificate of No Objection [Docket No. 1407; Filed: 12/17/2015]

  f. Certificate of No Objection [Docket No. 1422; Filed: 12/22/2015]

**GIBSON, DUNN & CRUTCHER LLP**

6. Final Application of Gibson, Dunn & Crutcher LLP as General Bankruptcy and Restructuring Co-Counsel for Debtors and Debtors-in-Possession for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Final Period March 12, 2015 through November 19, 2015 [Docket No. 1404; Filed: 12/15/2015]

  a. Seventh Monthly Application of Gibson, Dunn & Crutcher LLP as General Bankruptcy and Restructuring Co-Counsel for Debtors-and-Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period from September 1, 2015 through September 30, 2015 [Docket No. 1148; Filed: 10/9/2015]

  b. Certificate of No Objection [Docket No. 1232; Filed: 10/28/2015]

  c. Eighth Monthly Application of Gibson, Dunn & Crutcher LLP as General Bankruptcy and Restructuring Co-Counsel for Debtors-and-Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period from October 1, 2015 through October 31, 2015 [Docket No. 1296; Filed: 11/16/2015]

  d. Ninth Monthly Application of Gibson, Dunn & Crutcher LLP as General Bankruptcy and Restructuring Co-Counsel for Debtors-and-Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period from November 1, 2015 through November 19, 2015 [Docket No. 1354; Filed: 12/1/2015]

  e. Certificate of No Objection [Docket No. 1360; Filed: 12/3/2015]

  f. Certificate of No Objection [Docket No. 1408; Filed: 12/17/2015]

**PRIME CLERK LLC**

7. Final Fee Application of Prime Clerk LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses Incurred for the Final Period from March 12, 2015 through November 19, 2015 [Docket No. 1420; Filed: 12/21/2015]

5

a. Monthly Fee Application of Prime Clerk LLC, Administrative Agent to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from September 1, 2015 through September 30, 2015 [Docket No. 1262; Filed: 11/2/2015]

b. Certificate of No Objection [Docket No. 1333; Filed: 11/20/2015]

c. Monthly Fee Application of Prime Clerk LLC, Administrative Agent to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from October 1, 2015 through October 31, 2015 [Docket No. 1346; Filed: 11/25/2015]

d. Monthly Fee Application of Prime Clerk LLC, Administrative Agent to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from November 1, 2015 through November 19, 2015 [Docket No. 1388; Filed: 12/11/2015]

e. Certificate of No Objection [Docket No. 1395; Filed: 12/14/2015]