**Exhibit 1**
### DECLARATION OF LEIGH HART

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC Liquidation, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | **Hearing Date: March 16, 2016 at 10:00 a.m. (ET)**<br>**Response Deadline: March 1, 2016 at 4:00 p.m. (ET)** |

**DECLARATION OF LEIGH HART IN SUPPORT OF STANDARD REGISTER INC.'s
SECOND (2ND) OMNIBUS (SUBSTANTIVE) OBJECTION TO SECTION 503(b)(9)
CLAIMS PRUSUANT TO SECTIONS 502 OF THE BANKRUPTCY CODE,
<u>BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1</u>**

I, Leigh Hart, pursuant to 28 U.S.C. § 1746, declare:

1.      I am the Vice President of Corporate Development for Taylor Corporation

("Taylor"), the objector in this proceeding.  In this capacity, I am one of the persons

responsible for overseeing the claims reconciliation and objection process in these Chapter 11

cases.  I have read *Standard Register Inc.'s Second (2nd) Omnibus (Substantive) Objection to*

*Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule*

*3007 and Local Rule 3007-1* (The "Objection"), and am directly, or by and through other

personnel or representative of Taylor and its Designated Buyer Standard Register, Inc.

(collectively, "SRI"), reasonably familiar with the information contained therein, the Proposed

Order, and Exhibit A attached to the Proposed Order.  I am authorized to execute this

Declaration on behalf of SRI.

---

[1]      The last four digits of the Debtor's taxpayer identification number are 5540.  Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

2.      The information contained in Exhibit A to the Proposed Order is true and correct
to the best of my knowledge, information and belief.

3.      SRI has determined, based upon a review of the relevant books, records and
supporting documentation, that the goods relating to the Section 503(b)(9) Disputed Claims
identified on Exhibit A to the Proposed Order were not received by the Debtor within twenty
days prior the commencement of the Debtors' bankruptcy case.  Accordingly, to prevent the
claimants from receiving an unwarranted recovery, SRI seeks to disallow the claims listed on
Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the
foregoing is true and correct.

Executed on 2/12/2016

/s/ _____
Leigh Hart