**Exhibit 2**
PROPOSED ORDER

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC Liquidation, LLC, | Case No. 15-10541 (BLS) |
| Debtor. | **Re: Docket No. ___** |

## ORDER SUSTAINING STANDARD REGISTER INC.'s SECOND (2ND) OMNIBUS (SUBSTANTIVE) OBJECTION TO SECTION 503(b)(9) CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTY RULE 3007 AND <u>LOCAL RULE 3007-1</u>

Upon consideration of *Standard Register Inc.'s Second (2nd) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1* (the "Objection") and the Hart Declaration; and this Court having found that it has jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order; and this Court having found that venue of these Chapter 11 Cases and the Objection in this district is proper pursuant to 28 U.S.C §§ 1408 and 1409; and this Court having determined that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that notice of the Objection was good and sufficient upon the particular circumstances and that no other or further notice need be given; and upon the record herein; and after due deliberation thereon and good and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1.     The objection is SUSTAINED as set forth herein.

2.      The claims listed on Exhibit A are disallowed in their entirety as claims entitled to administrative expense priority of distribution under Section 503(b)(9) of the Bankruptcy Code for the reasons set forth on Exhibit A.

3.      The Modified General Unsecured Amounts listed on Exhibit A shall be deemed allowed as general unsecured claims subject to further objection as provided in Section 502(a) of the Bankruptcy Code.

4.      The Standard Register Inc.'s ("SRI") objection to each Disputed Claim addressed in the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order shall be deemed a separate order with respect to each claim.  Any stay of this Order pending appeal by any of the claims subject to this Order shall only apply to the contested matter that involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters covered hereby.

5.      SRI shall retain and shall have the right to object in the future to any claim listed on Exhibit A on any additional ground.

6.      SRI is authorized and empowered to take all steps necessary and appropriate to carry out and otherwise effectuate the terms, conditions and provisions of this Order.

7.      This Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: _____, 2016
      Wilmington, DE

                                        _____
                                        Brendan L. Shannon
                                        Chief United States Bankruptcy Judge

Exhibit A

| | Name of Claimant | Claim # | 503(b)(9) Claimed Amount | Total Claimed Amount | Modified 503(b)(9) Amount | Modified General Unsecured amount-Subject to further objection | Reason for Modification |
|---|---|---|---|---|---|---|---|
| 1 | Advertiser Printers, Inc. | 397 | $1,816.00 | $11,242.57 | $0.00 | $11,242.57 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 2 | Alliance Rubber Company | 106 | $1,973.71 | $1,973.71 | $0.00 | $1,973.71 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 3 | Alphagraphics Duluth/Dunwoody | 601 | $454.00 | $454.00 | $0.00 | $454.00 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 4 | American Profol Inc. | 1127 | $34,051.56 | $34,051.56 | $0.00 | $34,051.56 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 5 | Arden Equipment | 1120 | $259.61 | $519.22 | $0.00 | $519.22 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 6 | Gill Bebco LLC | 1089 | $304.70 | $304.70 | $0.00 | $304.70 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 7 | Brighter Promotions Line | 918 | $1,117.27 | $1,117.27 | $0.00 | $1,117.27 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 8 | Buttons Galore, Inc. | 118 | $1,503.91 | $1,503.91 | $0.00 | $1,503.91 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 9 | Courier Companies Inc | 1650 | $836.90 | $836.90 | $0.00 | $836.90 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 10 | Crown Products LLC | 552 | $11,667.57 | $11,667.57 | $0.00 | $11,667.57 | Goods not received within 20 days of commencement of the bankruptcy proceeding |

| | Name of Claimant | Claim # | 503(b)(9) Claimed Amount | Total Claimed Amount | Modified 503(b)(9) Amount | Modified General Unsecured amount - Subject to further objection | Reason for Modification |
|---|---|---|---|---|---|---|---|
| 11 | D.L. Brown Company, Inc. | 1206 | $566.03 | $566.03 | $0.00 | $566.03 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 12 | Debco Bag Distributors Ltd. | 1633 | $1,680.94 | $1,680.94 | $0.00 | $1,680.94 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 13 | Executive Apparel, Inc. | 710 | $1,749.00 | $1,749.86 | $0.00 | $1,749.86 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 14 | Fine Organics Corp | 1071 | $912.75 | $912.75 | $0.00 | $912.75 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 15 | Global Promo, LLC | 724 | $400.00 | $400.00 | $0.00 | $400.00 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 16 | Grafisk Maskinfabrik-America LLC | 756 | $162.00 | $162.00 | $0.00 | $162.00 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 17 | Heartland Graphic Resources | 1338 | $5,882.16 | $6,703.41 | $0.00 | $6,703.41 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 18 | IntegraColor | 412 | $49,810.00 | $49,810.00 | $0.00 | $49,810.00 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 19 | J.S. McCarthy Co, Inc. d/b/a/ J.S. McCarthy Printers | 235 | $18,913.34 | $36,726.34 | $0.00 | $36,726.34 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 20 | LBM Systems, LLC | 365 | $1,295.00 | $1,295.00 | $0.00 | $1,295.00 | Goods not received within 20 days of commencement of the bankruptcy proceeding |

| | Name of Claimant | Claim # | 503(b)(9) Claimed Amount | Total Claimed Amount | Modified 503(b)(9) Amount | Modified General Unsecured amount - Subject to further objection | Reason for Modification |
|---|---|---|---|---|---|---|---|
| 21 | Light - Works, Inc. | 495 | $2,817.38 | $24,648.78 | $0.00 | $24,648.78 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 22 | Magna Visual, Inc. | 775 | $4,254.99 | $4,254.99 | $0.00 | $4,254.99 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 23 | Marek, James | 799 | $28,308.12 | $28,308.12 | $0.00 | $28,308.12 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 24 | Maverick Color Labs | 100 | $2,858.00 | $5,716.00 | $0.00 | $2,858.00 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 25 | North Metal & Chemical Co | 1783 | $163.50 | $163.50 | $0.00 | $163.50 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 26 | Nussmeier Engraving Company, LLC | 402 | $667.19 | $1,334.38 | $0.00 | $1,334.38 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 27 | Par One, Inc. | 143 | $78,719.23 | $78,719.23 | $0.00 | $78,719.23 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 28 | Platt Electric Supply | 713 | $326.42 | $1,317.37 | $0.00 | $1,317.37 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 29 | Powerstick.com Inc. | 141 | $1,250.00 | $1,250.00 | $0.00 | $1,250.00 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 30 | Pro Specialties Group, Inc. | 10 | $1,156.00 | $1,156.00 | $0.00 | $1,156.00 | Goods not received within 20 days of commencement of the bankruptcy proceeding |

| | Name of Claimant | Claim # | 503(b)(9) Claimed Amount | Total Claimed Amount | Modified 503(b)(9) Amount | Modified General Unsecured amount - Subject to further objection | Reason for Modification |
|---|---|---|---|---|---|---|---|
| 31 | Pro Specialties Group Inc. | 248 | $6,724.00 | $6,742.00 | $0.00 | $6,742.00 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 32 | Radco Corp d/b/a Riddle Press | 132 | $23,091.30 | $23,091.30 | $0.00 | $23,091.30 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 33 | Riddle Press | 1070 | $30,506.83 | $30,506.83 | $0.00 | $30,506.83 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 34 | Ross Printing Company | 123 | $1,798.70 | $1,798.70 | $0.00 | $1,798.70 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 35 | Safehaven Products, LLC | 819 | $720.48 | $720.48 | $0.00 | $720.48 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 36 | Scott Del Electric Inc | 1443 | $6,707.39 | $6,707.39 | $0.00 | $6,707.39 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 37 | Select Design Ltd. | 117 | $52,498.22 | $52,498.22 | $0.00 | $52,498.22 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 38 | Specialty Print Communications | 725 | $91,639.62 | $144,890.09 | $0.00 | $144,890.09 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 39 | Spectape of the Midwest Inc. | 77 | $542.98 | $4,516.39 | $0.00 | $4,516.39 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 40 | Radia Enterprises Inc d/b/a/ Spectrum Uniforms | 196 | $4,652.75 | $4,652.75 | $0.00 | $4,652.75 | Goods not received within 20 days of commencement of the bankruptcy proceeding |

| | Name of Claimant | Claim # | 503(b)(9) Claimed Amount | Total Claimed Amount | Modified 503(b)(9) Amount | Modified General Unsecured amount - Subject to further objection | Reason for Modification |
|---|---|---|---|---|---|---|---|
| 41 | Sweda Company LLC | 857 | $36,607.72 | $36,607.72 | | $36,607.72 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 42 | Sweda Co. LLC | 2351 | $36,607.72 | $36,607.72 | $0.00 | $36,607.72 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 43 | T.S. Morganbake, Inc. | 450 | $73.56 | $73.56 | $0.00 | $73.56 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 44 | Top Brands Inc | 140 | $723.24 | $723.24 | $0.00 | $723.24 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 45 | Transition Works, LLC | 331 | $5,813.75 | $11,627.50 | $0.00 | $11,627.50 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 46 | Triangle Printing Co | 1428 | $19,980.55 | $19,980.55 | $0.00 | $19,980.55 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 47 | United Label Corp | 915 | $1,140.00 | $1,140.00 | $0.00 | $1,140.00 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 48 | Valid USA, Inc. | 1756 | $2,882.50 | $5,155.69 | $0.00 | $5,155.69 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 49 | Water Depot Inc | 1581 | $3,881.06 | $3,881.06 | $0.00 | $3,881.06 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 50 | Whittenburg Incorporated | 811 | $500.00 | $500.00 | $0.00 | $500.00 | Goods not received within 20 days of commencement of the bankruptcy proceeding |