IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Sebastian V. Higgins, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned Chapter 11 cases.

On February 12, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the February 11 Effective Supplemental Service List attached hereto as **Exhibit A**:

- Notice of Effective Date of Second Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and its Affiliates (with Technical Modifications) Under Chapter 11 of the Bankruptcy Code [Docket No. 1412]

Dated: February 17, 2016

_____
Sebastian V. Higgins

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on February 17, 2016, by Sebastian V. Higgins, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

LIZ SANTODOMINGO
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2018

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

**Exhibit A**

Exhibit A
February 11 Effective Supplemental Service List
Served via First Class Mail

| NAME | ADDRESS 1 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| ORC INTERNATIONAL | 100 High St Ste 950 | BOSTON | MA | 02110-1830 |
| TEAL, JEFFERY | REDACTED | REDACTED | REDACTED | REDACTED |
| TRUEFIT SOLUTIONS, INC. | 501 Grant St Ste 1025 | Pittsburgh | PA | 15219-4412 |

In re SRC Liquidation, LLC,
Case No. 15-10541 (BLS)                                             Page 1 of 1