# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| **SRC LIQUIDATION, LLC,** | Case No. 15-10541 (BLS) |
| Debtor. | |

### RESPONSE IN OPPOSITION TO DEBTORS' THIRD NOTICE OF SATISFACTION OF CLAIMS

The New York State Department of Taxation and Finance (the "Department"), by and through Amanda Hiller, Esq., Deputy Commissioner and Counsel, by Robert L. Cook, District Tax Attorney (of Counsel), responds in opposition to the Debtors' Third Notice of Satisfaction of Claims as follows:

1. On February 17, 2016, the Debtors filed a Third Notice of Satisfaction of Claims, alleging, in part, that $8,520.35 of Claim Number 2382 (the "Claim") filed in this proceeding by the New York State Department of Taxation and Finance (the "Department") has been "satisfied in full by payments made after the Petition Date and that no further distributions are required on account of such satisfied amounts."

2. Debtors further stated their intention to have the Claims Agent designate the Claim as fully satisfied on the Claims Register.

3. According to the Department's books and records, the Department has received no post-petition payments on the New York State sales tax assessments included in the Claim.

4. Accordingly, the full amount of $8,520.35 remains outstanding, due and payable by the Debtors.

-2-

WHEREFORE, the Department requests that the relief requested by the Debtor be denied.

DATED: February 17, 2016    Amanda Hiller
Deputy Commissioner and Counsel

By:   /s/ Robert L. Cook
Robert L. Cook, Esq. (New York Bar #1877703)
District Tax Attorney
New York State Department of Taxation and Finance
Office of Counsel
340 East Main Street
Rochester, N.Y.  14604
Phone:  (585) 530-8465
Fax:     (518) 435-8490
Email:  Robert.Cook@tax.ny.gov