IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>**SRC LIQUIDATION, LLC,**<br><br>　　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS) |

### CERTIFICATE OF SERVICE

　　　　I hereby certify that on, February 17, 2016, I electronically filed the attached Response to Debtors' Third Notice of Satisfaction of Claims with the Clerk of the Bankruptcy Court using the CM/ECF system, which sent notification of such filing to all those accepting electronic service, including without limitation, the following:

LOWENSTEIN SANDLER LLP
Kenneth A. Rosen, krosen@lowenstein.com
Sharon L. Levine, slevine@lowenstein.com
Wojciech F. Jung, wjung@lowenstein.com
Gerald C. Bender, gbender@lowenstein.com

POLSINELLI PC
Christopher A. Ward, cward@polsinelli.com
Justin K. Edelson, jedelson@polsinelli.com

　　　　I further certify that I also personally sent the above-specified document by first class mail to the following:

LOWENSTEIN SANDLER LLP
Counsel to SRC LIQUIDATION, LLC
Attn: Sharon Levine & Wojciech F. Jung
65 Livingston Avenue, Roseland, NJ 07068

　　　　　　　　　　　　　　　　　　　/s/*Robert L. Cook*
　　　　　　　　　　　　　　　　　　　Robert L. Cook, Esq. (New York Bar #1877703)
　　　　　　　　　　　　　　　　　　　District Tax Attorney, Office of Counsel
　　　　　　　　　　　　　　　　　　　New York State Department of Taxation & Finance
　　　　　　　　　　　　　　　　　　　340 East Main St., Rochester, New York 14604
　　　　　　　　　　　　　　　　　　　Phone: 585-530-8465 Fax: 518-435-8490
　　　　　　　　　　　　　　　　　　　Email: Robert.Cook@tax.ny.gov