## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------  )
                                                              )
                                                              )
In re:                                                        )   Chapter 11
                                                              )
SRC LIQUIDATION COMPANY, et al.,                              )   Case No.  15-10541-BLS
                                                              )
         Debtor.                                              )
                                                              )
------------------------------------------------------------  )
```

## NOTICE OF CHANGE OF ADDRESS

Notice is hereby given of the change of address of David M. Grogan as counsel for Domtar Paper Company, LLC as follows:

David M. Grogan
Shumaker, Loop & Kendrick, LLP
101 South Tryon Street, Suite 2200
Charlotte, NC  28280

All parties are hereby advised to direct all future correspondence and pleadings that are served by mail or courier to the above address.

Dated this 18th day of February, 2016.

SHUMAKER, LOOP & KENDRICK, LLP

/s/ David M. Grogan_____
David M. Grogan
NC Bar No. 19570
Shumaker, Loop & Kendrick, LLP
101 S. Tryon Street, Suite 2200
Charlotte, NC  28280
Telephone: 704-375-0057
dgrogan@slk-law.com

*Counsel for Domtar Paper Company, LLC*

2
**CERTIFICATE OF SERVICE**

    This is to certify that the foregoing **NOTICE OF CHANGE OF ADDRESS** has been duly served on all persons entitled to notice by the Court's ECF/CM system:

Dated this 18th day of February, 2016.

                        /s/ David M. Grogan
                        David M. Grogan