The Water Depot, Inc.

15605 S Keeler Terr STE B

Olathe, KS 66062

Date: 2/16/16

To:

United States Bankruptcy Court for the District of Delaware

824 Market Street, 3rd Floor

Wilmington, Delaware 19801

RE: SRC Liquidation, LLC

Case 15-10541-BLS

Doc 1468

Filed 02/16/16

In the United States Bankruptcy Court for the District of Delaware

Standard Register Inc.'s Second (2nd) Omnibus (Substantive) objection to section 503(b)(9) claims pursuant to section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1

To the bankruptcy courts:

The Water Depot, Inc., 15605 S Keeler Terr STE B, Olathe, KS 66062 respectfully requests that $1,381.92 of its claim #1581, on line #49 of Doc 1468-3, in the amount of $3,881.06 not be reclassified to "Modified General Unsecured" status.

Fourty eight (48) cases of custom label bottled water per Invoice 41577 dated 2/23/15 in the amount of $661.00 were delivered to Consignee Memorial Hermann at 6411 Fannin Jones Pavillion #J1-400 Houston, TX 77030 on 2/26/15 per signed delivery by M. Hernandez. See enclosed/attached invoice and signed delivery receipt.

Thirteen cases (13) of custom label bottled water per invoice 41600 dated 2/26/15 in the amount of $720.92 were delivered to Consignee Kipling STE 2245 1450 Ala Moana Blvd Honolulu, HI 96814 on 3/12/15 per signed delivery receipt by J Maruoka. See enclosed/attached invoice and signed delivery receipt.

Both of these deliveries were made on or before the 20 days before the bankruptcy filing date of March 12, 2015 as specified by the court documents.

Therefore, the total of $1,381.92 of the $3,881.06 should not be reclassified from administrative expense claims under Section 503(b)(9).

Please confirm receipt of this objection by return mail to:

Wendell J Vice, President

The Water Depot, Inc.

15605 S Keeler Terr STE B

Olathe, KS 66062

Or email to wjvice99@comcast.net

Thank you.

*Wendell J. Vice* PRESIDENT
The Water Depot, Inc.

CC: Werb & Sullivan

Matthew P. Austria (DE No.4827)

300 Delaware Avenue, 13th Floor PO Box 25046

Wilmington, Delaware 19899

Email to: maustria@werbsullivan.com


CC: Gray, Plant, Mooty, Mooty & Bennet, P.A.

Phillip Bohn (MN No. 139191)

Abigail McGibbon (MN No.393263)

500 IDS Center

80 South Eighth Street

Minneapolis, Minnesota 55402

Email to: Phillip.bohl@gpmlaw.com

Email to: Abigail.mcgibbon@gpmlaw.com

# Invoice

**The Water Depot Inc**

15605 South Keeler Terr. Suite B

| Date | Invoice # |
|---|---|
| 2/23/2015 | 41577 |

**Bill To**
Standard Register
WorkflowOne OSB (OH)
Attn: Accounts Payable
PO Box 3933
Dayton, OH 45401

**Ship To**
Memorial Hermann
Nina Kay Campbell
6411 Fannin, Jones Pavillion #J1-400
Houston, TX 77030
**2 day Dock YES**(713) 704-1203

| S.O. No. | P.O. No. | Terms | Due Date | Rep | Account # | Make Checks Payable... |
|---|---|---|---|---|---|---|
| 25795 | HS006858 | Net 30 | 3/25/2015 | ASI | | |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 12 oz case sale | 12 oz Bottled Water Case Sale - Repeat Order - Memorial Herman Texas Medical Center Logo | 45 | 10.80 | 486.00T |
| 12 oz case sale | 12 oz Bottled Water Case Sale - replace the damaged cases from inv # 41337 - Repeat Order - Memorial Herman Texas Medical Center Logo | 3 | 0.00 | 0.00T |
| Freight dock to do... | Freight - Estes Express # 1649025336 | 1 | 175.00 | 175.00T |
| 12 oz Flat Cap bla... | 12 oz Flat Cap blanks | 1,152 | 0.00 | 0.00T |
| 12 oz Scored Box | 12 oz. Scored Box | 48 | 0.00 | 0.00 |

For your convenience we now accept Mastercard & Visa over the phone. 913-782-7277

**Sales Tax (0.0%)** $0.00

**Total** $661.00

| Phone # |
|---|
| 9137827277 |

| ESTES P.O Box 25612, Richmond, VA 23260 www.estes-express.com | DELIVERY RECEIPT | EXLA | | |
|---|---|---|---|---|
| DATE 02/23/15 | ORIGIN KCK 164 | DESTINATION HOU 165 | P.O.# HS006858 | |

SHIPPER B/L OR GBL NUMBER: HS006858
ESTES REV | ADV. REV. | BYD. REV.

PRO NUMBER: 164-9025336

CONSIGNEE 1657777
MEMORIAL HERMANN
6411 FANNIN, JONES PAVILLION
#J1-400
HOUSTON, TX 77030

ROUTE (CARRIERS F/B #, DATE AND INTERCHANGE POINTS)
A B C D E F G H
Y E E E Y Y E N

BILL CHARGES TO

SHIPPER 6485535
THE WATER DEPOT INC
15605 SOUTH KEELER TERR STE B
STE B
OLATHE, KS 66062

# S/W SKIDS DEL'D INTACT ___ # SKIDS DEL'D ___ # EMPTY SKIDS RET'D ___
GOOD ORDER [ ] SHORT [ ] OVER [ ] DAMAGE
DESCRIBE EXCEPTIONS:

| # PCS. | HM | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT/LBS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|
| 1 | | PT 48 CASES OF CUSTOM BOTTLED WATER CONSUMABLE - CHECK OTHER FREIGHT 713 704 1203 NINA KAY CAMPBELL Fuel Surcharge added at 19.00% BL--HS006858 ID--16,057,341 PO--HS006858 ID--0029082901 | 1,000 | T/K YOU | |
| 1 | | Thanks for shipping ESTES EXPRESS LINES Call (213) 491-3777 for inquiries regarding this | 1,000 | | DO NOT WRITE IN RED AREA |

Richard Mosm
X Richd M

FIRM
BY

14:33 /3-16
14:25 2-26-15 Hernandez

# Invoice

**The Water Depot Inc**

15605 South Keeler Terr. Suite B

| Date | Invoice # |
|---|---|
| 2/26/2015 | 41600 |

| Bill To |
|---|
| Standard Register<br>WorkflowOne OSB (OH)<br>Attn: Accounts Payable<br>PO Box 3933<br>Dayton, OH 45401 |

| Ship To |
|---|
| Kipling<br>Attn: Denise Takara<br>1450 Ala Moana Blvd Ste 2245<br>Honolulu, HI 96814<br>**7 days Dock YES 808-947-5615** |

| S.O. No. | P.O. No. | Terms | Due Date | Rep | Account # | Make Checks Payable... |
|---|---|---|---|---|---|---|
| 25801 | GRO13993 | Net 30 | 3/28/2015 | ASI | | |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| California Plant S... | California Plant Sales - O - 12oz - Repeat Order - Kipling Logo | 13 | 15.84 | 205.92T |
| Freight dock to do... | Freight - UPS Freight # 576237196 | 1 | 415.00 | 415.00T |
| Freight to incl lg / ... | Freight - approved by Bonita on 3/11/15 | 1 | 100.00 | 100.00T |

For your convenience we now accept Mastercard & Visa over the phone. 913-782-7277

**Sales Tax (0.0%)**    $0.00

**Total**    $720.92

| Phone # |
|---|
| 9137827277 |



| CONSIGNEE | DELIVERY RECEIPT | DELIVERING TRAILER | SHIPPER | 576 237 196 |
|---|---|---|---|---|

FREIGHT BILL NUMBER: 576 237 196

| CITY RTE/BYD SCAC | DEST | ADV CAR |
|---|---|---|
| PICK UP DATE | ORIG | BL# |

PO#

UPS FREIGHT PHONE NUMBER

**UPS Freight** SM
www.upsfreight.com

| #PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC |
|---|---|---|---|---|---|
| | | | OCEAN FREIGHT CHARGES | | |
| | | | ISLAND DELIVERY CHARGE | | |
| | | | ADDITIONAL DELIVERY INFO. | | |
| | | | QUOTE #MAQ0181261129 | | |
| | | | 16   CUBIC FEET | | |
| | | | *INTRA* STATE RATES APPLY | | |
| | | | PALLET / UNIT PRICING APPLIED | | |
| | | | ***** ATTENTION ***** | | |
| | | | DEE | | |
| | | | 808 942 8436 | | |
| | | | PRE-AUTH IS REQUIRED FOR ALL | | |
| | | | PAGE 2 OF 3 | | |

| CONTD < TTL PCS | PRINT NAME | TTL WT > | ODOM | ARRIVE | DEPART |
|---|---|---|---|---|---|
| PIECES DLVRD | SIGNATURE | FIRM | | | |
| WRAP INTACT? | X | RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED | DATE | DRIVER NAME | |
| YES   NO? | | RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE | | | |

**UPS Freight℠** — DELIVERY RECEIPT

www.upsfreight.com

CONSIGNEE | DELIVERING TRAILER | SHIPPER

FREIGHT BILL NUMBER: 576 237 196

576 237 196

CITY RTE/BYD SCAC | DEST | ADV CAR

PO# | PICK UP DATE | ORIG | BL#

UPS FREIGHT PHONE NUMBER

| #PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC |
|------|----|----|----|----|----|
| | | | ADD'L AO CHARGES NOT INDICATED ON BOL. PLS CONTACT VANESSA MOLONEY 913-782-7277 FOR AUTHORIZATION. BILL TO: 52010571 WATER DEPOT INC DVNT ( 6180 0334160 | | |

PAGE 3 OF 3

1 <TTL PCS | PRINT NAME | TTL WT > 610 | ODOM | ARRIVE | DEPART

SIGNATURE X | FIRM | DATE | DRIVER NAME

PIECES DLVRD
WRAP INTACT?  YES  NO?

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE