## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION, LLC[1]<br><br>               Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS) |

### POST-CONFIRMATION STATUS REPORT OF THE GUC TRUST

       EisnerAmper LLP, in its capacity as trustee (the "GUC Trustee") of the SRC GUC Trust (the "GUC Trust"), as and for its first status report (the "Report") pursuant to section 8.1 of the *Standard Register Company General Unsecured Creditors' GUC Trust Agreement* (the "GUC Trust Agreement"), respectfully states as follows:

### PLAN CONFIRMATION AND EFFECTIVE DATE

    1.    This is the first Report filed by the GUC Trustee, pursuant to section 8.1 of the GUC Trust Agreement.

    2.    The *Second Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and its Affiliates* [Docket No. 1286] (the "Plan") was confirmed by the Court by order dated November 19, 2015 [Docket No. 1331].

    3.    The Effective Date of the Plan occurred on December 18, 2015 [Docket No. 1412].

### FINANCIAL DISCLOSURE FOR CALENDAR YEAR 2015

    4.    Pursuant to the Plan and other agreements entered into prior to confirmation of the Plan, the GUC Trust collected $5.6 million for distribution pursuant to the terms of the GUC Trust Agreement.

    5.    The GUC Trust earned $2,110.04 in interest income.

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

52497687.1

6. The GUC Trust paid $184,404.22 in expenses, including professional fees and insurance premiums, incurred by the GUC Trustee in connection with the activities of the GUC Trust.

7. The GUC Trust made no disbursements to the GUC Trust beneficiaries.

8. The GUC Trust held $5,417,705.82 in cash assets as of December 31, 2015.

9. As of December 31, 2015, the GUC Trustee was a plaintiff in a D&O litigation pending in the bankruptcy court under Case No. 15-50771-BLS (Bankr. D. Del.).

## CONCLUSION

Further updates will be provided in accordance with the GUC Trust Agreement.

Dated: February 29, 2016                    Respectfully Submitted,

**LOWENSTEIN SANDLER LLP**

Kenneth A. Rosen, Esq.
Sharon L. Levine, Esq.
Paul Kizel, Esq.
Wojciech F. Jung, Esq.
65 Livingston Avenue
Roseland, NJ  07068
Telephone:  (973) 597-2500
Facsimile:  (973) 597-2400

*Counsel to the GUC Trustee*

**POLSINELLI PC**

/s/  Justin K. Edelson
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone:  (302) 252-0920
Facsimile:  (302) 252-0921

*Delaware Counsel to the GUC Trustee*

52497687.1