# **EXHIBIT 1**



**SPC** — SPECIALTY PRINT COMMUNICATIONS

6019 W. Howard St. • Niles, IL 60714
phone 847-588-2580 • fax 847-588-2146

A/R Copy
# Invoice
88133

Page 1 of 1

| | |
|---|---|
| Attention Invoice To | CAROL SALADIN<br>STANDARD REGISTER<br>P.O. BOX 3933<br>DAYTON, OH 45401 |
| Shipped To | GRAND RAPIDS, MI<br>MONROE, MI |
| Salesrep | Dave Quagliano |

Invoice Date 2/25/2015
Invoice Due 3/27/2015
Job Number 61599
Your Order # EN236401

| Quantity | Description | Setup | Min | Unit Price | U/M | Sub Total | Tax | Total |
|---|---|---|---|---|---|---|---|---|
| 700 | 2015 GOODYEAR SPRING PROMO (TENNECO) | | | 6,521.00 | | 6,521.00 | | 6,521.00 |

TERMS: PLEASE NOTE OUR TERMS ARE NET 30 DAYS FROM DATE OF INVOICE.

| | |
|---|---|
| Sub Total | $6,521.00 |
| Sales Tax | |
| **TOTAL DUE** | **$6,521.00** |

Customer #: ILWORK    Tax #: 2935-0026

# STRAIGHT BILL OF LADING - SHORT FORM

PAGE 1 OF 1

**BOL NUMBER:** 58311
**JOB NO:** 61599
**AM:** JACK GIERGIEL
**SHIP DATE:** 2/19/2015
**DUE AT DESTINATION:** 2/20/2015
**CARRIER:** FEDEX FREIGHT
**Freight Class:** 55
**Billing:** 3RD PRTY
☐ Expedited if Checked

Special Instructions

**SHIP TO:**
GRAYSTONE PRINTING SOLUTIONS
ATTN: MATT SIEFER
2921 WILSON DRIVE NORTHWEST
GRAND RAPIDS    MI    49534
888-578-9417

**SHIPPED FROM:**
STANDARD REGISTER - NILES
7420 N LEHIGH
NILES    IL    60714

| SKIDS | LOT | Description | CODE/VERSION | Weight | Total Containers | Total Product |
|---|---|---|---|---|---|---|
| 1 SKID | A | 2015 GOODYEAR SPRING PROMO POSTERS SPC ITEM # 26168 — PACKING BREAKDOWN: 285 PER SKID / 1 SKID PER SKID; 1 SKID @ 285 | ADVANCEAUTO_GASC FILTER SHOCK | 405 | 1 | 285 |
|  | B | 2015 GOODYEAR SPRING PROMO POSTERS SPC ITEM # 26170 — PACKING BREAKDOWN: 60 PER SKID / 1 SKID PER SKID; 1 SKID @ 60 | ADVANCEAUTO_ FILTER SHOCK |  | 1 | 60 |
|  | C | 2015 GOODYEAR SPRING PROMO POSTERS SPC ITEM # 26171 — PACKING BREAKDOWN: 275 PER SKID / 1 SKID PER SKID; SKID @ 275 | NAPA_GASC_FILTER SHOCK |  |  | 0 |
|  | D | 2015 GOODYEAR SPRING PROMO POSTERS SPC ITEM # 26172 — PACKING BREAKDOWN: 80 PER SKID / 1 SKID PER SKID; 1 SKID @ 80 | NAPA_JT_FILTER SHOCK |  | 1 | 80 |

☐ SAMPLES INCLUDED (each row)
○ PAR / ● COMP

**TOTAL SKIDS:** 1
**TOTAL WEIGHT:** 405

## ACKNOWLEDGEMENT OF RECEIPT_____ DATE_____

Carrt At_____degrees. Note - Where The Rate Is Dependent On Value, Shippers Are Required To State Specifically In Writing The Agreed Or Declared Value Of The Property. The Agreed Or Declared Value Of The Property Is Hereby Specifically Stated By The Shipper To Be Not Exceeding: $_____ per_____. Subject To Section 7 Of The Conditions, If This Shipment Is To Be Delivered To The Consignee Without Recourse On The Consignor, The Consignor Shall Sign The Following Statement: The Carrier Shall Not Make Delivery Of This Shipment Without Payment Of Freight And All Other Lawful Charges.
Signature Of Consignor_____
Received Subject To The Classifications And Tariffs In Effect On The Date Of The Issue Of This Bill Of Lading, The Property Described Above In Apparent Good Order, Except As Noted (contents And Condition Of Contents Of Packages Unknown), Marked, Consigned, And Destined As Indicated Above Which Said Carrier (the Work Carrier Being Understood Throughout This Contract As Meaning Any Person Or Corporation In Possession Of The Property Under The Contract) Agrees To Carry To Its Usual Place Of Delivery At Said Destination, If On Its Route, Otherwise To Deliver To Another Carrier On The Route To Said Destination. It Is Mutually Agreed As To Each Carrier Of All Or Any Of, Said Property Over All Or Any Portion Of Said Route To Destination And As To Each Party At Any Time Interested In All Or Any Said Property, That Every Service To Be Performed Hereunder Shall Be To All The Bill Of Lading Terms And Conditions In The Governing Classification On The Date Or Shipment. Shipper Hereby Certifies That He Is Familiar With All The Bill Of Lading Terms And Conditions In The Governing Classification And The Said Terms And Conditions Are Hereby Agreed To By The Shipper And Accepted For Himself And His Assigns.

**DRIVER RESPONSIBLE FOR LOAD AND COUNT**

**ALL COUNTS AND SKIDS WEIGHT VERIFIED**

Billing Notes:

DRIVER SIGNATURE_____

CARRIER_____

DATE_____    TIME_____

# STRAIGHT BILL OF LADING - SHORT FORM

PAGE 1 OF 1

**BOL NUMBER:** 58315
**JOB NO:** 61599
**AM:** JACK GIERGIEL
**SHIP DATE:** 2/19/2015
**DUE AT DESTINATION:** 2/20/2015
**CARRIER:** FEDEX FREIGHT
**Freight Class:** 55
**Billing:** 3RD PRTY
☐ Expedited if Checked

**Special Instructions:** Tracking : 1Z 14E 32E 01 6755 7207

**SHIP TO:**
TENNECO
C/O STANDARD REGISTER
ONE INTERNATIONAL DRIVE
MONROE    MI    48161
248-941-1998

**SHIPPED FROM:**
STANDARD REGISTER - NILES
6019 W. HOWARD ST
NILES    IL    60714

| SKIDS | LOT | Description | CODE/VERSION | Weight | Total Containers | Total Product | |
|---|---|---|---|---|---|---|---|
| 1 CTN | A | 2015 GOODYEAR SPRING PROMO POSTERS SPC ITEM # 26168 — PACKING BREAKDOWN: 1 PER BAND / 1 BAND PER CTN; 1 CTN @ 1; ☐ SAMPLES INCLUDED | ADVANCEAUTO_GASC FILTER SHOCK | 9 | 1 | 1 | ○ PAR ⦿ COMP |
|  | B | 2015 GOODYEAR SPRING PROMO POSTERS SPC ITEM # 26170 — PACKING BREAKDOWN: 1 PER BAND / 1 BAND PER CTN; 1 CTN @ 1; ☐ SAMPLES INCLUDED | ADVANCEAUTO_ FILTER SHOCK |  | 1 | 1 | ○ PAR ⦿ COMP |
|  | C | 2015 GOODYEAR SPRING PROMO POSTERS SPC ITEM # 26171 — PACKING BREAKDOWN: 1 PER BAND / 1 BAND PER CTN; 1 CTN @ 1; ☐ SAMPLES INCLUDED | NAPA_GASC_FILTER SHOCK |  | 1 | 1 | ○ PAR ⦿ COMP |
|  | D | 2015 GOODYEAR SPRING PROMO POSTERS SPC ITEM # 26172 — PACKING BREAKDOWN: 1 PER BAND / 1 BAND PER CTN; 1 CTN @ 1; ☐ SAMPLES INCLUDED | NAPA_JT_FILTER SHOCK |  | 1 | 1 | ○ PAR ⦿ COMP |

**TOTAL SKIDS:** 1
**TOTAL WEIGHT:** 9

## ACKNOWLEDGEMENT OF RECEIPT _____ DATE _____

Carrt At _____ degrees. Note - Where The Rate Is Dependent On Value, Shippers Are Required To State Specifically In Writing The Agreed Or Declared Value Of The Property. The Agreed Or Declared Value Of The Property Is Hereby Specifically Stated By The Shipper To Be Not Exceeding: $ _____ per _____. Subject To Section 7 Of The Conditions, If This Shipment Is To Be Delivered To The Consignee Without Recourse On The Consignor, The Consignor Shall Sign The Following Statement: The Carrier Shall Not Make Delivery Of This Shipment Without Payment Of Freight And All Other Lawful Charges.
Signature Of Consignor _____
Received Subject To The Classifications And Tariffs In Effect On The Date Of The Issue Of This Bill Of Lading, The Property Described Above In Apparent Good Order, Except As Noted (contents And Condition Of Contents Of Packages Unknown), Marked, Consigned, And Destined As Indicated Above Which Said Carrier (the Work Carrier Being Understood Throughout This Contract As Meaning Any Person Or Corporation In Possession Of The Property Under The Contract) Agrees To Carry To Its Usual Place Of Delivery At Said Destination, If On Its Route, Otherwise To Deliver To Another Carrier On The Route To Said Destination. It Is Mutually Agreed As To Each Carrier Of All Or Any Of, Said Property Over All Or Any Portion Of Said Route To Destination And As To Each Party At Any Time Interested In All Or Any Said Property, That Every Service To Be Performed Hereunder Shall Be To All The Bill Of Lading Terms And Conditions In The Governing Classification On The Date Of Shipment. Shipper Hereby Certifies That He Is Familiar With All The Bill Of Lading Terms And Conditions In The Governing Classification And The Said Terms And Conditions Are Hereby Agreed To By The Shipper And Accepted For Himself And His Assigns.

**DRIVER RESPONSIBLE FOR LOAD AND COUNT**

**ALL COUNTS AND SKIDS WEIGHT VERIFIED**
Billing Notes:

DRIVER SIGNATURE _____
CARRIER _____
DATE _____    TIME _____



**SPC** — SPECIALTY PRINT COMMUNICATIONS

6019 W. Howard St. • Niles, IL 60714
phone 847-588-2580 • fax 847-588-2146

A/R Copy
**Invoice**
88319

Page 1 of 1

Attention / Invoice To:
CAROL SALADIN
STANDARD REGISTER
P.O. BOX 3933
DAYTON, OH 45401

Invoice Date: 2/27/2015
Invoice Due: 3/29/2015
Job Number: 61639
Your Order #: ST061903

Shipped To: USPS

Salesrep: Dave Quagliano

| Quantity | Description | Setup | Min | Unit Price | U/M | Sub Total | Tax | Total |
|---|---|---|---|---|---|---|---|---|
| 15,000 | SUDDENLINK MONTHLY MAILING FEBRUARY 2015 | | | 1,945.00 | | 1,945.00 | | 1,945.00 |

TERMS: PLEASE NOTE OUR TERMS ARE NET 30 DAYS FROM DATE OF INVOICE.

Sub Total: $1,945.00
Sales Tax:

TOTAL DUE: $1,945.00

Customer #: ILWORK    Tax #: 2935-0026

| Company Detail | |
|---|---|
| Company Name | SPECIALTY PRINT COMMUNICATIONS |
| Address | 6019 W HOWARD ST<br>NILES, 60714-4801 |
| Contact Name | ANN C MILLER |
| Phone Number | (847)588-2580 |
| Profit Indicator | P |

## PS Form 3607R - Mailing Transaction Receipt

| | |
|---|---|
| Account Holder Account Number | 1957310 |
| Account Holder Permit Number | 938 |
| Account Holder Permit Type | PC |
| Account Holder CRID | 5415784 |
| Post Office of Permit | MAIN POST OFFICE, CHICAGO, ILL |
| Post Office of Mailing | MAIN POST OFFICE, CHICAGO, ILL |
| Post Office of Permit Cost Center | 161542-0812 |
| Post Office of Mailing Cost Center | 161542-3821 |
| Mailing Agent Name | SPECIALTY PRINT COMMUNICATIONS |
| Mailing Agent CRID | 5415784 |
| Mail Owner Name | Suddenlink Communications |
| Mail Owner CRID | 13574113 |
| JOB ID | 00026383 |
| ==Customer Reference ID== | ==61639-A== |
| CAPS Transaction Number | N/A |
| Class of Mail | First-Class Mail and First-Class Package Service |
| Processing Category | Letters (may include Postcards) |
| Postage Statement ID | 207604253 |
| Mailing Group ID | 146539738 |
| Mailer's Mailing Date | 02/27/2015 |
| Total Pieces | 3,745 pcs. |
| Weight of a single-piece | 0.0425 lbs. |
| Total Weight | 159.1625 lbs. |
| Total Number of Containers | 16 |
| Additional Postage for Postage Affixed Mailings | $ 615.18 |
| Account Number of Additional Postage for Postage Affixed Mailings | 1828969 |
| Permit Type of Additional Postage for Postage Affixed Mailings | PI |
| Permit Number of Additional Postage for Postage Affixed Mailings | 592 in finance number 161542 |
| Total Adjusted Postage | $ 1,551.43 |
| Payment Date and Time | 02/27/2015 22:34 |
| Payment Transaction Number | 201505822343946M0 |
| Adjustment Transaction Number | 201505822343944A |
| Mailer Figures Adjusted? | No |
| Person authorizing adjustment | |
| Name | |
| Phone Number | |
| Acceptance Site Mailer ID | |
| Clerk Initials | LW |
| ==Mail Arrival Date and Time== | ==02/27/2015 18:54== |

| Company Detail | |
|---|---|
| Company Name | SPECIALTY PRINT COMMUNICATIONS |
| Address | 6019 W HOWARD ST<br>NILES, 60714-4801 |
| Contact Name | ANN C MILLER |
| Phone Number | (847)588-2580 |
| Profit Indicator | P |

## PS Form 3607R - Mailing Transaction Receipt

| | |
|---|---|
| Account Holder Account Number | 1957310 |
| Account Holder Permit Number | 938 |
| Account Holder Permit Type | PC |
| Account Holder CRID | 5415784 |
| Post Office of Permit | MAIN POST OFFICE, CHICAGO, ILL |
| Post Office of Mailing | MAIN POST OFFICE, CHICAGO, ILL |
| Post Office of Permit Cost Center | 161542-0812 |
| Post Office of Mailing Cost Center | 161542-3821 |
| Mailing Agent Name | SPECIALTY PRINT COMMUNICATIONS |
| Mailing Agent CRID | 5415784 |
| Mail Owner Name | Suddenlink Communications |
| Mail Owner CRID | 13574113 |
| JOB ID | 00026387 |
| Customer Reference ID | 61639-B |
| CAPS Transaction Number | N/A |
| Class of Mail | First-Class Mail and First-Class Package Service |
| Processing Category | Letters (may include Postcards) |
| Postage Statement ID | 207604355 |
| Mailing Group ID | 146540185 |
| Mailer's Mailing Date | 02/27/2015 |
| Total Pieces | 11,254 pcs. |
| Weight of a single-piece | 0.0315 lbs. |
| Total Weight | 354.5010 lbs. |
| Total Number of Containers | 49 |
| Additional Postage for Postage Affixed Mailings | $ 1,722.63 |
| Account Number of Additional Postage for Postage Affixed Mailings | 1828969 |
| Permit Type of Additional Postage for Postage Affixed Mailings | PI |
| Permit Number of Additional Postage for Postage Affixed Mailings | 592  in finance number  161542 |
| Total Adjusted Postage | $ 4,536.13 |
| Payment Date and Time | 02/27/2015 22:39 |
| Payment Transaction Number | 201505822394602M0 |
| Adjustment Transaction Number | 201505822394601A |
| Mailer Figures Adjusted? | No |
| Person authorizing adjustment | |
| Name | |
| Phone Number | |
| Acceptance Site Mailer ID | |
| Clerk Initials | LW |
| Mail Arrival Date and Time | 02/27/2015 18:55 |


**UNITED STATES POSTAL SERVICE**®

HOME | HELP | CUSTOMER CARE | SIGN OUT

Restricted Information

**Dashboard > Display**                                                    Today's Date: 02/29/2016

### Mailing Group Summary Information

| | | | | | |
|---|---|---|---|---|---|
| Mailing Group ID: | 146539738 | Mailer's Job #: | 00026383 | Open Date: | 02-27-2015 |
| Preparer: | –SPECIALTY PRINT COMMUNICATIONS | PO of Mailing Finance No: | 161542 | Close Date: | |
| Description: | Workflow 1 | Submission Type: | Mail.dat | | |

**PS # 207604253, FIN - Transaction # 201505822343946M0** *(processed by LW on 02/27/2015 10:02:39 PM)*     Cancel | Confirmation Page | Container List | Piece-Weight Information

## PS Form 3600-P - First-Class Mail and First-Class Package Service - Postage Affixed

**Final**

### Postage Summary

| Account Holder: | SPECIALTY PRINT COMMUNICATIONS 6019 W HOWARD ST NILES, IL 60714-4801 Contact: ANN C MILLER (847) 588-2580 | Mailing Agent: | SPECIALTY PRINT COMMUNICATIONS 7420 N LEHIGH AVE NILES, IL 60714-4024 | Mail Owner: | Suddenlink Communications 520 MARYVILLE CENTRE DR STE 300 SAINT LOUIS, MO 63141-5820 |
|---|---|---|---|---|---|
| Account Number: | 1957310 | | | | |
| Permit: | Precanceled 938 | | | Processing Category: | Letters (may include postcards) |
| | CRID: 5415784 | | CRID: 5415784 | | CRID: 13574113 |
| FS Fee Waiver % when finalized: | % | | | | |
| Post Office Of Mailing: | MAIN POST OFFICE, CHICAGO, ILL | Mailer's Mailing Date: | 02/27/2015 | Weight of Single Piece: | 0.0425 lbs. |
| Post Office of Permit: | MAIN POST OFFICE, CHICAGO, ILL | | | | |
| Total Pieces: | 3,745 pcs. | Total Weight: | 159.1625 lbs. | Total Postage: | $ 1,551.43 |
| Additional Postage Permit: | PI 592 | Price at which Postage is Affixed: | Neither | | |
| | CRID: 5415784 | | | | |
| Sequencing Date: | 02/23/2015 | Address Matching Date - Automation: | 02/23/2015 | Address Matching Date - Carrier Route: | 02/23/2015 |

| No of Containers: | 1' MM Trays | 2' MM Trays | 2' EMM Trays | Flat Trays | Sacks | Pallets | Other |
|---|---|---|---|---|---|---|---|
| | | | 14 | | | 2 | |

| Customer Reference ID.: | 61639-A | | | |
|---|---|---|---|---|
| Move Update Method: | NCOALink | NSA: | NO | |
| Political Mail: NO | | | Official Election Mail: NO | |
| Mailpieces contain Only contents that are not required to be mailed FCM: NO | | | Round Trip Only: 1 DVD/CD or other Disk: NO | |
| Incentive/Discount Claimed: NO | | | Type of Fee: N/A | |
| Mail Arrival Date and Time: 02/27/2015 18:54 | | | Payment Date and Time: 02/27/2015 22:34 | |
| Comments: | | | | |
| Container Grouping ID: | | | | |
| Copal Mailing Type: | | | | |
| SSF TID Number: | | | | |

**Part A: Automation Prices**

| Line Number | Title | Description | Price | Quantity | Subtotal Postage | FS Discount | Discount Total* | Fee Total | Postage |
|---|---|---|---|---|---|---|---|---|---|
| A6 | 3-Digit | Letters | 0.406 | 1174pcs. | $476.6440 | $3.5220 | $-3.5220 | $0.0000 | $473.1220 |
| A7 | AADC | Letters | 0.406 | 1116pcs. | $453.0960 | $3.3480 | $-3.3480 | $0.0000 | $449.7480 |
| A8 | Mixed AADC | Letters | 0.435 | 1455pcs. | $632.9250 | $4.3650 | $-4.3650 | $0.0000 | $628.5600 |
| | | | | | | Part A Total (Add lines A1-A12) | | | $1,551.4300 |
| A15 | DISPLAY ONLY Letters - Number of pieces that comply | Full Service Intelligent Mail Option | 0.003 | 3745pcs. | | | | | |

Total Full Service Discount From All Parts $11.2350
Total Postage From All Parts    $1,551.43
Total Postage:    $1,551.43
Total Postage Affixed:    $936.2500
Net Postage Due:    $615.1800
Net Postage Adjustment Transaction Amount:    $615.18

For Extra Services and Other Fees          Total From Attached Form 3540-S    N/A

Total Postage    $1,551.43
Total Incentive/Discount Claimed $-11.2350

* May contain both Full Service Intelligent Mail and other discount - see instructions page for additional information.

**Certification**

The mailer's signature certifies acceptance of liability for and agreement to pay any revenue deficiencies assessed on this mailing, subject to appeal. If an agent signs this form, the agent certifies that he or she is authorized to sign on behalf of the mailer, and that the mailer is bound by the certification and agrees to pay any deficiencies. In addition, agents may be liable for any deficiencies resulting from matters within their responsibility, knowledge, or control.
I hereby certify that all information furnished on this form is accurate, truthful, and complete; that the mail and the supporting documentation comply with all postal standards and that the mailing qualifies for the prices and fees claimed; and that the mailing does not contain any matter prohibited by law or postal regulation.
I understand that anyone who furnishes false or misleading information on this form or who omits information requested on the form may be subject to criminal and/or civil penalties, including fines and imprisonment.

**Signature**

| Signature of Mailer or Agent | Name of Mailer or Agent | Telephone |
|---|---|---|
| | Randy Weiler | (847) 588 - 2580 |

Facsimile Form 3600-P

**USPS Use Only**

| Weight of a Single Piece | | Are figures at left adjusted from mailer's entries? [ ] Yes [ x ] No If Yes, Give Reason |
|---|---|---|
| Total Pieces 3,745 pcs. | Total Weight 159.1625 lbs. | Date Mailer Notified |
| Total Postage $1,551.43 | | Contact |
| Presort Verification: Check One(If Applicable) [ ] Not Scheduled [ ] Performed | | By (Initials) |

I CERTIFY that this mailing has been inspected concerning: (1) eligibility for postage price claimed; (2) Proper preparation (and presort where required); and (3) proper completion of postage statement; and (4) payment of annual fee (if required).

| Verifying Employee's Signature | | Verifying Employee's Name |
|---|---|---|
| | | Round Stamp Required |
| Optional Procedure No | Location Code 0812 | Mailing Date |

Facsimile Form 3600-P

**No signature or round stamp required statement has been submitted electronically through the PostalOne! System.**

| Verification | Request Source | Performance Status | Disposition | Performance Type | Performance Percentage | Additional Postage | Cost Avoidance |
|---|---|---|---|---|---|---|---|
| eMIR Cursory review | | Not Performed | N/A | | N/A | | |
| Weigh Entire Mailing | | Not Performed | N/A | | N/A | | |
| Manual Barcode | Verification not requested by system | Not Performed | N/A | | N/A | | |
| Manual Presort | Verification not requested by system | Not Performed | N/A | | N/A | | |

| Full Service Verification | Verification not requested by system | Not Performed | N/A | N/A | | |
|---|---|---|---|---|---|---|
| Mailing Review | Verification not requested by system | Not Performed | N/A | N/A | | |
| Labeling Review | Verification not requested by system | Not Performed | N/A | N/A | | |
| Mailpiece Review | Verification not requested by system | Not Performed | N/A | N/A | | |
| | | | | Full-Service Discounts Removed: | N/A | |
| | | | | Total: | $0.00 | $0.00 |

This mailing has been inspected concerning:
(1) eligibility for postage prices claimed;
(2) proper preparation *(and presort where required)*;
(3) proper completion of postage statement; and
(4) payment of annual fee *(if required)*.

This postage statement was verified and accepted under the PostalOne! program. No postal signature or round stamp is required.

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2016 USPS. All Rights Reserved.

USPS - Postage Statement Wizard

## PS Form 3600-P - First-Class Mail and First-Class Package Service - Postage Affixed

**Final**

### Postage Summary

| Account Holder: | SPECIALTY PRINT COMMUNICATIONS<br>6019 W HOWARD ST<br>NILES, IL 60714 -4801<br><br>Contact: ANN C MILLER<br>(847) 588 - 2580 | Mailing Agent: | SPECIALTY PRINT COMMUNICATIONS<br>7420 N LEHIGH AVE<br>NILES, IL 60714 -4024 | Mail Owner: | Suddenlink Communications<br>520 MARYVILLE CENTRE DR STE 300<br>SAINT LOUIS, MO 63141 -5820 |
|---|---|---|---|---|---|
| Account Number: | 1957310 | | | | |
| Permit: | Precanceled 938 | | | Processing Category: | Letters (may include postcards) |
| | CRID: 5415784 | | CRID: 5415784 | | CRID: 13574113 |
| FS Fee Waiver % when finalized: | % | | | | |
| Post Office Of Mailing: | MAIN POST OFFICE, CHICAGO, ILL | Mailer's Mailing Date: | 02/27/2015 | Weight of Single Piece: | 0.0315 lbs. |
| Post Office of Permit: | MAIN POST OFFICE, CHICAGO, ILL | | | | |
| Total Pieces: | 11,254 pcs. | Total Weight: | 354.5010 lbs. | Total Postage: | $ 4,536.13 |
| Additional Postage Permit: | PI 592 | Price at which Postage is Affixed: | Neither | | |
| | CRID: 5415784 | | | | |
| Sequencing Date: | 02/23/2015 | Address Matching Date - Automation: | 02/23/2015 | Address Matching Date - Carrier Route: | 02/23/2015 |

| No of Containers: | 1' MM Trays | 2' MM Trays | 2' EMM Trays | Flat Trays | Sacks | Pallets | Other |
|---|---|---|---|---|---|---|---|
| | | | 47 | | | 2 | |

| Customer Reference ID.: | 61639-B |
|---|---|
| Move Update Method: | NCOALink |
| NSA: | NO |
| Political Mail: | NO |
| Official Election Mail: | NO |
| Mailpieces contain Only contents that are not required to be mailed FCM: NO | |
| Round Trip Only: 1 DVD/CD or other Disk: NO | |
| Incentive/Discount Claimed: NO | Type of Fee: N/A |
| Mail Arrival Date and Time: 02/27/2015 18:55 | Payment Date and Time: 02/27/2015 22:39 |
| Comments: | |
| Container Grouping ID: | |
| Copal Mailing Type: | |
| SSF TID Number: | |

**Part A: Automation Prices**

| Line Number | Title | Description | Price | Quantity | Subtotal Postage | Discount Total* | Fee Total | Postage |
|---|---|---|---|---|---|---|---|---|
| A5 | 5-Digit | Letters | 0.381 | 1435pcs. | $ 546.7350 | $ -4.3050 | $ 0.0000 | $ 542.4300 |
| A6 | 3-Digit | Letters | 0.406 | 6391pcs. | $ 2,594.7460 | $ -19.1730 | $ 0.0000 | $ 2,575.5730 |
| A7 | AADC | Letters | 0.406 | 2166pcs. | $ 879.3960 | $ -6.4980 | $ 0.0000 | $ 872.8980 |
| A8 | Mixed AADC | Letters | 0.435 | 1261pcs. | $ 548.5350 | $ -3.7830 | $ 0.0000 | $ 544.7520 |
| | | | | | Part A Total (Add lines A1-A12) | | | $ 4,535.6530 |
| A15 | DISPLAY ONLY Letters - Number of pieces that comply | Full Service Intelligent Mail Option | 0.003 | 11253pcs. | $ 33.7590 | $ 0.0000 | $ 0.0000 | $ -33.7590 |

**Part B: Nonautomation Prices**

| Line Number | Title | Description | Price | Quantity | Subtotal Postage | Discount Total* | Fee Total | Postage |
|---|---|---|---|---|---|---|---|---|
| B4 | Residual Nonpresorted From First-Class Mail Mailing (Up to and Including 1 oz.) | Letters | 0.480 | 1pcs. | $ 0.4800 | $ 0.0000 | $ 0.0000 | $ 0.4800 |
| | | | | | Part B Total (Add lines B1-B21) | | | $ 0.4800 |
| | | | | | **Total Postage From All Parts** | | | **$ 4,536.13** |
| | | | | | **Total Postage:** | | | **$ 4,536.13** |

USPS - Postage Statement Wizard

|  |  |
|---|---|
| Total Postage Affixed: | $ 2,813.5000 |
| Net Postage Due: | $ 1,722.6300 |
| Net Postage Adjustment Transaction Amount: | $ 1,722.63 |
| For Extra Services and Other Fees — Total From Attached Form 3540-S | N/A |
| Total Postage | $ 4,536.13 |

* May contain both Full Service Intelligent Mail and other discount - see Instructions page for additional information.

### Certification

The mailer's signature certifies acceptance of liability for and agreement to pay any revenue deficiencies assessed on this mailing, subject to appeal. If an agent signs this form, the agent certifies that he or she is authorized to sign on behalf of the mailer, and that the mailer is bound by the certification and agrees to pay any deficiencies. In addition, agents may be liable for any deficiencies resulting from matters within their responsibility, knowledge, or control.
I hereby certify that all information furnished on this form is accurate, truthful, and complete; that the mail and the supporting documentation comply with all postal standards and that the mailing qualifies for the prices and fees claimed; and that the mailing does not contain any matter prohibited by law or postal regulation.
I understand that anyone who furnishes false or misleading information on this form or who omits information requested on the form may be subject to criminal and/or civil penalties, including fines and imprisonment.

### Signature

| Signature of Mailer or Agent | Name of Mailer or Agent | Telephone |
|---|---|---|
|  | Randy Weiler | (847) 588 - 2580 |

Facsimile Form 3600-P

### USPS Use Only

| Weight of a Single Piece | | Are figures at left adjusted from mailer's entries? [ ] Yes [ x ] No If Yes, Give Reason |
|---|---|---|
| Total Pieces 11,254 pcs. | Total Weight 354.5010 lbs. | Date Mailer Notified |
| Total Postage $4,536.13 | | Contact |
| Presort Verification: Check One(If Applicable) [ ] Not Scheduled [ ] Performed | | By (Initials) |

I CERTIFY that this mailing has been inspected concerning: (1) eligibility for postage price claimed; (2) Proper preparation (and presort where required); and (3) proper completion of postage statement; and (4) payment of annual fee (if required).

| Verifying Employee's Signature | | Verifying Employee's Name |
|---|---|---|
| | | Round Stamp Required |
| Optional Procedure No | Location Code 0812 | Mailing Date |

Facsimile Form 3600-P

No signature or round stamp required statement has been submitted electronically through the PostalOne! System.

| Verification | Request Source | Performance Status | Disposition | Performance Type | Performance Percentage | Additional Postage | Cost Avoidance |
|---|---|---|---|---|---|---|---|
| eMIR Cursory review | | Not Performed | N/A | | N/A | | |
| Weigh Entire Mailing | | Not Performed | N/A | | N/A | | |
| Manual Barcode | Verification not requested by system | Not Performed | N/A | | N/A | | |
| Manual Presort | Verification not requested by system | Not Performed | N/A | | N/A | | |
| Full Service Verification | Verification not requested by system | Not Performed | N/A | | N/A | | |
| Mailing Review | Verification not requested by system | Not Performed | N/A | | N/A | | |
| Labeling Review | Verification not requested by system | Not Performed | N/A | | N/A | | |
| Mailpiece Review | Verification not requested by system | Not Performed | N/A | | N/A | | |
| | | | | | Full-Service Discounts Removed: | N/A | |
| | | | | | Total: | $0.00 | $0.00 |

This mailing has been inspected concerning:

USPS - Postage Statement Wizard

(1) **eligibility for postage prices claimed;**
(2) **proper preparation** *(and presort where required)*;
(3) **proper completion of postage statement; and**
(4) **payment of annual fee** *(if required)*.

**This postage statement was verified and accepted under the PostalOne! program. No postal signature or round stamp is required.**



6019 W. Howard St. • Niles, IL 60714
phone 847-588-2580 • fax 847-588-2146

A/R Copy
**Invoice**
88289

Page 1 of 1

| Attention Invoice To | CAROL SALADIN<br>STANDARD REGISTER<br>P.O. BOX 3933<br>DAYTON, OH 45401 |
|---|---|

Invoice Date 2/27/2015
Invoice Due 3/29/2015
Job Number 61657
Your Order # MA0666252

Shipped To   USPS

Salesrep   Dave Quagliano

| Quantity | Description | Setup | Min | Unit Price | U/M | Sub Total | Tax | Total |
|---|---|---|---|---|---|---|---|---|
|  | ** REVISED INVOICE ** |  |  |  |  |  |  |  |
|  | AETNA MEMBER RETENTION SELF MAILER |  |  |  |  |  |  |  |
| 229,027 | COVENTRY /AETNA RETENTION MAILING |  |  | 42,998.00 |  | 42,998.00 |  | 42,998.00 |
| 3 | ALTS TO ARTWORK |  |  | 1,600.00 |  | 1,600.00 |  | 1,600.00 |
| 1 | Freight - FED EX |  |  | 26.74 |  | 26.74 |  | 26.74 |

TERMS: PLEASE NOTE OUR TERMS ARE NET 30 DAYS FROM DATE OF INVOICE.

Sub Total   $44,624.74
Sales Tax

TOTAL DUE   $44,624.74

Customer # : ILWORK     Tax # : 2935-0026

| Company Detail | |
|---|---|
| Company Name | AETNA INC |
| Address | 151 FARMINGTON AVE<br>HARTFORD, CT 06156-0002 |
| Contact Name | JOANNA COOPER |
| Phone Number | (978)697-1660 |
| Profit Indicator | P |

| PS Form 3607R - Mailing Transaction Receipt | |
|---|---|
| Account Holder Account Number | 12787 |
| Account Holder Permit Number | 3451 |
| Account Holder Permit Type | PI |
| Account Holder CRID | 4463917 |
| Post Office of Permit | MAIN POST OFFICE, CHICAGO, ILL |
| Post Office of Mailing | MAIN POST OFFICE, CHICAGO, ILL |
| Post Office of Permit Cost Center | 161542-0812 |
| Post Office of Mailing Cost Center | 161542-3821 |
| Mailing Agent Name | SPECIALTY PRINT COMMUNICATIONS |
| Mailing Agent CRID | 5415784 |
| Mail Owner Name | AETNA COMPANY PERMIT-CAPS ACCOUNT 12787 |
| Mail Owner CRID | 4463917 |
| JOB ID | 00026304 |
| Customer Reference ID | 61657-RetentionMarchMailing |
| CAPS Transaction Number | 20150224184915O3M0 |
| Class of Mail | First-Class Mail and First-Class Package Service |
| Processing Category | Letters (may include Postcards) |
| Postage Statement ID | 207132377 |
| Mailing Group ID | 146341330 |
| Mailer's Mailing Date | 02/24/2015 |
| Total Pieces | 229,042 pcs. |
| Weight of a single-piece | 0.0307 lbs. |
| Total Weight | 7,031.5894 lbs. |
| Total Number of Containers | 693 |
| Total Adjusted Postage | $ 88,446.72 |
| Payment Date and Time | 02/24/2015 18:49 |
| Payment Transaction Number | 201505518490361M0 |
| Adjustment Transaction Number | |
| Mailer Figures Adjusted? | No |
| Person authorizing adjustment | |
| Name | |
| Phone Number | |
| Acceptance Site Mailer ID | |
| Clerk Initials | LW |
| Mail Arrival Date and Time | 02/24/2015 18:00 |

PS Form 3600-R - First-Class Mail and First-Class Package Service - Permit Imprint

**Final**

## Postage Summary

| Account Holder: | AETNA INC<br>151 FARMINGTON AVE<br>HARTFORD, CT 06156-0002<br>Contact: JOANNA COOPER<br>(978) 697-1660<br>kgoss@specialtyprintcomm.com | Mailing Agent: | SPECIALTY PRINT COMMUNICATIONS<br>7420 N LEHIGH AVE<br>NILES, IL 60714-4024 | Mail Owner: | AETNA COMPANY PERMIT-CAPS ACCOUNT 12787<br>151 FARMINGTON AVE<br>HARTFORD, CT 06156-0001 |
|---|---|---|---|---|---|
| Account Number: | 12787 | | | | |
| Permit: | Permit Imprint 3451 | | | Processing Category: | Letters (may include postcards) |
| | CRID: 4463917 | | CRID: 5415784 | | CRID: 4463917 |
| FS Fee Waiver % when finalized: | % | | | | |
| Post Office Of Mailing: | MAIN POST OFFICE, CHICAGO, ILL | Mailer's Mailing Date: | 02/24/2015 | Weight of Single Piece: | 0.0307 lbs. |
| Post Office of Permit: | MAIN POST OFFICE, CHICAGO, ILL | | | | |
| Total Pieces: | 229,042 pcs. | Total Weight: | 7,031.5894 lbs. | Total Postage: | $ 88,446.72 |
| Sequencing Date: | 02/19/2015 | Address Matching Date - Automation: | 02/19/2015 | Address Matching Date - Carrier Route: | 02/19/2015 |

| No of Containers: | 1' MM Trays | 2' MM Trays | 2' EMM Trays | Flat Trays | Sacks | Pallets | Other |
|---|---|---|---|---|---|---|---|
| | | | 670 | | | 23 | |

| Customer Reference ID.: | 61657-RetentionMarchMailing | | |
|---|---|---|---|
| Move Update Method: | NCOALink | NSA: | NO |
| Political Mail: NO | | Official Election Mail: NO | |
| Mailpieces contain Only contents that are not required to be mailed FCM: NO | | Round Trip Only: 1 DVD/CD or other Disk: NO | |
| Incentive/Discount Claimed: NO | | Type of Fee: N/A | |
| Mail Arrival Date and Time: 02/24/2015 18:00 | Payment Date and Time: 02/24/2015 18:49 | | Caps Transaction Number:: 20150224184915O3M0 |
| Comments: | | | |
| Container Grouping ID: | 61657-E, 61657-C, 61657-A, 61657-B, 61657-D | | |
| Copal Mailing Type: | | | |
| SSF TID Number: | | | |

**Part A: Automation Prices**

| Line Number | Title | Description | Price | Quantity | Subtotal Postage | Discount Total* | Fee Total | Postage |
|---|---|---|---|---|---|---|---|---|
| A5 | 5-Digit | Letters | 0.381 | 156827pcs. | $ 59,751.0870 | $ -470.4810 | $ 0.0000 | $ 59,280.6060 |
| A6 | 3-Digit | Letters | 0.406 | 66840pcs. | $ 27,137.0400 | $ -200.5200 | $ 0.0000 | $ 26,936.5200 |
| A7 | AADC | Letters | 0.406 | 3266pcs. | $ 1,325.9960 | $ -9.7980 | $ 0.0000 | $ 1,316.1980 |
| A8 | Mixed AADC | Letters | 0.435 | 2061pcs. | $ 896.5350 | $ -6.1830 | $ 0.0000 | $ 890.3520 |
| | | | | | Part A Total (Add lines A1-A12) | | | $ 88,423.6760 |
| A15 | DISPLAY ONLY Letters - Number of pieces that comply | Full Service Intelligent Mail Option | 0.003 | 228994pcs. | $ 686.9820 | $ 0.0000 | $ 0.0000 | $ -686.9820 |

**Part B: Nonautomation Prices**

| Line Number | Title | Description | Price | Quantity | Subtotal Postage | Discount Total* | Fee Total | Postage |
|---|---|---|---|---|---|---|---|---|
| B4 | Residual Nonpresorted From First-Class Mail Mailing (Up to and Including 1 oz.) | Letters | 0.480 | 48pcs. | $ 23.0400 | $ 0.0000 | $ 0.0000 | $ 23.0400 |
| | | | | | Part B Total (Add lines B1-B21) | | | $ 23.0400 |
| | | | | | **Total Postage From All Parts** | | | **$ 88,446.72** |
| | For Extra Services and Other Fees | | | | Total From Attached Form 3540-S | | | N/A |
| | | | | | **Total Postage** | | | **$ 88,446.72** |

* May contain both Full Service Intelligent Mail and other discount - see Instructions page for additional information.

### Certification

The mailer's signature certifies acceptance of liability for and agreement to pay any revenue deficiencies assessed on this mailing, subject to appeal. If an agent signs this form, the agent certifies that he or she is authorized to sign on behalf of the mailer, and that the mailer is bound by the certification and agrees to pay any deficiencies. In addition, agents may be liable for any deficiencies resulting from matters within their responsibility, knowledge, or control.

I hereby certify that all information furnished on this form is accurate, truthful, and complete; that the mail and the supporting documentation comply with all postal standards and that the mailing qualifies for the prices and fees claimed; and that the mailing does not contain any matter prohibited by law or postal regulation.

I understand that anyone who furnishes false or misleading information on this form or who omits information requested on the form may be subject to criminal and/or civil penalties, including fines and imprisonment.

### Signature

| Signature of Mailer or Agent | Name of Mailer or Agent | Telephone |
|---|---|---|
|  | Randy Weiler | (847) 410 - 3151 |

Facsimile Form 3600-R

### USPS Use Only

| Weight of a Single Piece | | Are figures at left adjusted from mailer's entries? [ ] Yes [x] No If Yes, Give Reason |
|---|---|---|
| Total Pieces 229,042 pcs. | Total Weight 7,031.5894 lbs. | Date Mailer Notified |
| Total Postage $88,446.72 | | Contact |
| Presort Verification: Check One(If Applicable) [ ] Not Scheduled [ ] Performed | | By (Initials) |

I CERTIFY that this mailing has been inspected concerning: (1) eligibility for postage price claimed; (2) Proper preparation (and presort where required); and (3) proper completion of postage statement; and (4) payment of annual fee (if required).

| Verifying Employee's Signature | Verifying Employee's Name |
|---|---|
|  | Round Stamp Required |

| Optional Procedure No | Location Code ZP | Mailing Date |
|---|---|---|

Facsimile Form 3600-R

**No signature or round stamp required statement has been submitted electronically through the PostalOne! System.**

| Verification | Request Source | Performance Status | Disposition | Performance Type | Performance Percentage | Additional Postage | Cost Avoidance |
|---|---|---|---|---|---|---|---|
| eMIR Cursory review |  | Not Performed | N/A | N/A | | | |
| Manual Barcode | Verification requested by random selection | Performed | N/A | Barcode | 100% | N/A | N/A |
| Manual Presort | Verification not requested by system | Not Performed | N/A | N/A | | | |
| Full Service Verification | Verification not requested by system | Not Performed | N/A | N/A | | | |
| Mailing Review | Verification not requested by system | Not Performed | N/A | N/A | | | |
| Labeling Review | Verification not requested by system | Not Performed | N/A | N/A | | | |
| Mailpiece Review | Verification not requested by system | Not Performed | N/A | N/A | | | |
| | | | | | Full-Service Discounts Removed: | N/A | |
| | | | | | Total: | $0.00 | $0.00 |

This mailing has been inspected concerning:
(1) eligibility for postage prices claimed;
(2) proper preparation *(and presort where required)*;
(3) proper completion of postage statement; and
(4) payment of annual fee *(if required)*.

**This postage statement was verified and accepted under the PostalOne! program. No postal signature or round stamp is required.**