# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC Liquidation, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>**Re: Docket No. 1362** |

## NOTICE OF WITHDRAWAL OF MOTION OF ACTEGA WIT FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO ORDER AUTHORIZING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS

PLEASE TAKE NOTICE that the *Motion of Actega WIT for Allowance and Payment of Administrative Expense Claim Pursuant to Order Authorizing the Sale of Substantially all of the Debtors' Assets* [Docket No. 1362], filed with the Court in the above-captioned case on December 3, 2015, is hereby withdrawn with prejudice.

Dated: March 3, 2016

STEVENS & LEE, P.C.

 /s/ *John D. Demmy*
John D. Demmy (DE Bar No. 2802)
919 North Market Street, Suite 1300
Wilmington, Delaware 19801
Telephone: (302) 425-3308
Email: jdd@stevenslee.com

*Attorneys for Actega WIT*

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

SL1 1405865v1 102534.00014