IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC Liquidation, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | |

## NOTICE OF WITHDRAWAL OF MOTION FOR PAYMENT OF ADMINISTRATIVE EXPENSES/CLAIMS FILED BY NETGAIN INFORMATION SYSTEMS COMPANY dba RECOVERY SITE LOGISITCS

PLEASE TAKE NOTICE that the *Motion for Payment of Administrative Expenses/Claims Filed by NetGain Information Systems Company dba Recovery Site Logistics* [Docket No. 1366] filed with the Court in the above-captioned case on December 4, 2015, is hereby withdrawn with prejudice.

NetGain Information Systems ("NetGain") withdraws its claim for administrative expense in the amount of $22,199.00 as identified in Proofs of Claims numbers 2537, 2568 and 2534 as filed with the Debtors' claims agent. NetGain retains its claim for rejection damages in the amount of $266,388.00 as identified in the foregoing Proofs of Claims.

[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

Dated: March 3, 2016

*[signature]*

Michael G. Minnich
CEO of NetGain Information Systems
Company dba Recovery Site Logistics, *Pro Se*
220 Reynolds Avenue
P.O. Box 490
Bellefontaine, Ohio 43311-0490
Telephone: (937) 593-7177
Facsimile:  (937) 593-4282
Email:  Michael.minnich@netgainis.com