**EXHIBIT 1**
**DECLARATION OF PAUL POIRIER**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC[1] | Case No. 15-10541 (BLS) |
| Debtor. | |

**DECLARATION OF PAUL POIRIER IN SUPPORT OF DEBTORS'
ELEVENTH (11TH) OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO
CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY
CODE, BANKRUPTCY RULES 3003 AND 3007,
AND LOCAL RULE 3007-1**

I, Paul Poirier, pursuant to 28 U.S.C. § 1746, declare:

1.      I am a director at WilliamsMarston LLC, engaged by SRC Liquidation LLC, the above-captioned reorganized debtor, post effective date of the Plan.  In this capacity, I am one of the persons responsible for overseeing the claims reconciliation and objection process in these Chapter 11 Cases.  I have read the *Debtor's Eleventh (11th) Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1* (the "Objection"),[2] and am directly, or by and through other personnel or representatives of the Debtor, reasonably familiar with the information contained therein, the Proposed Order, and the exhibits attached to the Proposed Order.  I am authorized to execute this Declaration on behalf of the Debtors.

2.      The information contained in Exhibit A to the Proposed Order is true and correct to the best of my knowledge, information, and belief.

---

[1]     The last four digits of the Debtor's taxpayer identification number are 5540.  Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

3. The Debtor has reviewed its books and records and has determined that the claimants asserting the claims identified on Exhibit A to the Proposed Order have amended their claims by subsequently filing additional proofs of claims. Therefore, the Debtor seeks to disallow the Amended and Superseded Claims under the heading "Amended Claims to be Disallowed" on Exhibit A to the Proposed Order and have the claims under the heading "Remaining Claims" on Exhibit A to the Proposed Order remain on the claims register, subject to the Debtor's rights to object to such Remaining Claims at a later date.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 3, 2016                      /s/ Paul Poirier

                                                          _____

                                                          Paul Poirier

52541680.1