# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| **SRC LIQUIDATION, LLC,** | Case No. 15-10541 (BLS) |
| Debtor. | Jointly Administered |

**RESPONSE IN OPPOSITION TO DEBTOR'S EIGHTH (8TH) OMNIBUS OBJECTION TO CLAIMS**

The New York State Department of Taxation and Finance (the "Department"), by and through Amanda Hiller, Esq., Deputy Commissioner and Counsel, by Robert L. Cook, District Tax Attorney (of Counsel), responds in opposition to the Debtors' Eighth (8th) Omnibus Objection to Claims as follows:

1. The Debtor seeks to disallow Administrative Expense claim #2506 filed by the Department on October 19, 2015 in the amount of $64,114.53. Debtor's stated reason for disallowance is "(n)o tax due after 7/31/15 following sale of substantially all assets."

2. As stated on the attached Affirmation, the Department's claim is not derived from taxes owed after 7/31/15, but rather on sales taxes owed up to 7/31/15. The assessment that is the basis for claim #2506 was issued upon the Debtor's failure to pay in full the sales tax owed to the Department following Debtor's filing on 9/21/15 of the New York State sales tax return for the quarter beginning on 6/1/15 and ending on 8/31/15. Debtor's return overstated the prepayments that it had made toward the quarterly sales tax owed pursuant to the return, resulting in an assessment for the difference in tax owed, plus interest and penalties for late-payment.

-2-

WHEREFORE, the Department requests that the relief requested by the Debtor be denied and that Claim #2506 be allowed in full.

DATED: March 7, 2016

Amanda Hiller
Deputy Commissioner and Counsel

By: ___/s/ Robert L. Cook_____
Robert L. Cook, Esq. (New York Bar #1877703)
District Tax Attorney
New York State Department of Taxation and Finance
Office of Counsel
340 East Main Street
Rochester, N.Y.  14604
Phone:  (585) 530-8465
Fax:     (518) 435-8490
Email:  Robert.Cook@tax.ny.gov