# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| **SRC LIQUIDATION, LLC**, | **Case No.  15-10541 (BLS)** |
| Debtor. | Jointly Administered |

## AFFIRMATION OF ROBERT L. COOK, ESQ. IN SUPPORT OF THE NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE'S RESPONSE IN OPPOSITION TO DEBTOR'S EIGHTH (8TH) OMNIBUS OBJECTION TO CLAIMS

1.   The New York State Department of Taxation and Finance (the "Department"), by and through Amanda Hiller, Esq., Deputy Commissioner and Counsel, by Robert L. Cook, District Tax Attorney (of Counsel), respectfully affirms as follows:

2.   I am an attorney admitted to practice in the State of New York and the United States District and Bankruptcy Courts for the Northern and Western Districts of New York; have submitted a certificate to appear in the District of Delaware pursuant to Local Rule 9010-1(e)(i); am employed as a District Tax Attorney by the Department; and make this affirmation on behalf of the Department on the basis of personal knowledge, information obtained from departmental employees and a review of the books and records kept by the Department in the ordinary course of business.

3.   The Debtor seeks to disallow Administrative Expense claim #2506 filed by the Department on October 19, 2015 in the amount of $64,114.53.  Debtor's stated reason for disallowance is "(n)o tax due after 7/31/15 following sale of substantially all assets."

4.   The Department's claim is not derived from taxes owed after 7/31/15, but rather on

sales taxes owed up to 7/31/15.  The assessment that is the basis for claim #2506 was issued on 10/8/2015 upon the Debtor's failure to pay in full the sales tax owed to the Department following Debtor's filing on 9/21/15 of the New York State sales tax return for the quarter beginning on 6/1/15 and ending on 8/31/15.  Although marked as a final return, Debtor's return overstated the prepayments that it had made toward the actual quarterly NYS sales tax owed pursuant to the return, resulting in an assessment for the difference in tax owed, plus interest and penalties for late payment.

5.  Debtor was notified of the Department's assessment for the 6/1/15 – 8/31/15 quarter by letter dated 10/16/15 and by the filing of Claim #2506.

DATED: March 7, 2016              Amanda Hiller
                                  Deputy Commissioner and Counsel

                                  By:    /s/ Robert L. Cook
                                  Robert L. Cook, Esq. (New York Bar #1877703)
                                  District Tax Attorney
                                  New York State Department of Taxation and Finance
                                  Office of Counsel
                                  340 East Main Street
                                  Rochester, N.Y.  14604
                                  Phone:  (585) 530-8465
                                  Fax:      (518) 435-8490
                                  Email:  Robert.Cook@tax.ny.gov