# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>**SRC LIQUIDATION, LLC,**<br><br>                                              Debtor. | Chapter 11<br><br>Case No.  15-10541 (BLS)<br><br>Jointly Administered |

**CERTIFICATE OF SERVICE**

       I hereby certify that on, March 7, 2016, I electronically filed the attached Response to Debtor's Eighth (8th) Omnibus Objection to Claims and Affirmation with the Clerk of the Bankruptcy Court using the CM/ECF system, which sent notification of such filing to all those accepting electronic service, including without limitation, the following:

LOWENSTEIN SANDLER LLP
Kenneth A. Rosen, krosen@lowenstein.com
Sharon L. Levine, slevine@lowenstein.com
Wojciech F. Jung, wjung@lowenstein.com
Gerald C. Bender, gbender@lowenstein.com

POLSINELLI PC
Christopher A. Ward, cward@polsinelli.com
Justin K. Edelson, jedelson@polsinelli.com

       I further certify that I also personally sent the above-specified document by first class mail to the following:

LOWENSTEIN SANDLER LLP
c/o Kenneth Rosen, Sharon Levine & Wojciech F. Jung
65 Livingston Avenue, Roseland, NJ 07068

Gerald Bender, Esq.
1251 Avenue of the Americas
New York, NY 10020

Polsinelli PC
c/o  Christopher A. Ward & Justin K. Edelson
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

        /s/*Robert L. Cook*
       Robert L. Cook, Esq. (New York Bar #1877703)
       District Tax Attorney, Office of Counsel
       New York State Department of Taxation & Finance
       340 East Main St., Rochester, New York 14604
       Phone: 585-530-8465 Fax: 518-435-8490
       Email:  Robert.Cook@tax.ny.gov