# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC Liquidation, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | Re: Docket No. 1468 |

### CERTIFICATION OF COUNSEL REGARDING STANDARD REGISTER INC.'S SECOND (2ND) OMNIBUS (SUBSTANTIVE) OBJECTION TO SECTION 503(b)(9) CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007 AND LOCAL RULE 3007-1

The undersigned hereby certifies as follows:

1. On February 16, 2016, Taylor Corporation and it Designated Buyer, Standard Register, Inc. (collectively, "SRI"), filed *Standard Register Inc.'s Second (2nd) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1* [Docket No. 1468] (the "Objection") with the United States Bankruptcy Court for the District of Delaware (the "Court"). The deadline to file responses to the Objection was established as March 1, 2016 at 4:00 p.m. (ET) (the "Response Deadline").

2. Prior to the Response Deadline, SRI received the Response of The Water Depot, Inc. [Claim No. 1581] to Standard Register Inc.'s Second (2nd) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1480; Filed: 2/25/16]. This matter has been adjourned

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

to April 13, 2016 at 10:00 a.m. Exhibit A to the Proposed Form of Order attached hereto has been revised to remove Claim No. 1581.

3. Also prior to the Response Deadline, SRI received the Response of Specialty Print Communications [Claim No. 725] to Standard Register Inc.'s Second (2nd) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1484; Filed: 3/1/16]. This matter has been adjourned to April 13, 2016 at 10:00 a.m. Exhibit A to the Proposed Form of Order attached hereto has been revised to remove Claim No. 725.

4. Upon further review of Claim No. 857 filed by Sweda Company LLC, although no response was received, SRI has determined that the goods in question were received by the Debtor within 20 days of the commencement of the bankruptcy proceeding. Therefore, the Objection is withdrawn as to Claim Nos. 857 and 2351. Exhibit A to the Proposed Form of Order attached hereto has been revised to remove Claim Nos. 857 and 2351.

5. Upon further review of Claim No. 143 filed by Par One, Inc., although no response was received, SRI has determined that this claim has been satisfied in full and payment has been completed by SRI. Therefore, the Objection is withdrawn as to Claim No. 143. Exhibit A to the Proposed Form of Order attached hereto has been revised to remove Claim No. 143.

6. The undersigned certifies that he has received no other formal or informal objection or response to the Objection. The undersigned further certifies that he has reviewed the Court's docket in this matter and no answer, objection or other response to the Objection appears thereon except for the responses noted in paragraphs 2 and 3 of this Certification.

7. WHEREFORE, it is hereby respectfully requested that the Order attached hereto as Exhibit 1 be entered at the earliest convenience of the Court.

| Dated: March 11, 2016 | **WERB & SULLIVAN** |
|---|---|
| Wilmington, DE | |

*/s/ Matthew P. Austria*
Matthew P. Austria (DE No. 4827)
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, Delaware 19899
(For courier: 19801)
Telephone: (302) 652-1100
Facsimile: (302) 652-1111
E-mail: maustria@werbsullivan.com

-and-

**GRAY, PLANT, MOOTY,
MOOTY & BENNET, P.A.**
Phillip Bohl (MN No. 139191)
Abigail McGibbon (MN No. 393263)
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 632-3019
Telephone: (612) 632-3009
Facsimile: (612) 632-4019
Facsimile: (612) 632-4009
Email: phillip.bohl@gpmlaw.com
Email: abigail.mcgibbon@gpmlaw.com

*Counsel to Taylor Corporation and its Designated
Buyer Standard Register, Inc.*
