**Exhibit A**

| # | Name | | | | |
|---|---|---|---|---|---|
| 1 | Advertiser Printers, Inc. | 397 | $1,816.00 | $0.00 | $11,242.57 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 2 | Alliance Rubber Company | 106 | $1,973.71 | $0.00 | $1,973.71 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 3 | Alphagraphics Duluth/Dunwoody | 601 | $454.00 | $0.00 | $454.00 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 4 | American Profol Inc. | 1127 | $34,051.56 | $0.00 | $34,051.56 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 5 | Arden Equipment | 1120 | $259.61 | $0.00 | $519.22 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 6 | Gill Bebco LLC | 1089 | $304.70 | $0.00 | $304.70 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 7 | Brighter Promotions Line | 918 | $1,117.27 | $0.00 | $1,117.27 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 8 | Buttons Galore, Inc. | 118 | $1,503.91 | $0.00 | $1,503.91 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 9 | Courier Companies Inc | 1650 | $836.90 | $0.00 | $836.90 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 10 | Crown Products LLC | 552 | $11,667.57 | $0.00 | $11,667.57 | Goods not received within 20 days of commencement of the bankruptcy proceeding |

| # | Creditor | | | | | |
|---|---|---|---|---|---|---|
| 11 | D.L. Brown Company, Inc. | 1206 | $566.03 | $0.00 | $566.03 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 12 | Debco Bag Distributors Ltd. | 1633 | $1,680.94 | $0.00 | $1,680.94 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 13 | Executive Apparel, Inc. | 710 | $1,749.00 | $0.00 | $1,749.86 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 14 | Fine Organics Corp | 1071 | $912.75 | $0.00 | $912.75 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 15 | Global Promo, LLC | 724 | $400.00 | $0.00 | $400.00 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 16 | Grafisk Maskinfabrik-America LLC | 756 | $162.00 | $0.00 | $162.00 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 17 | Heartland Graphic Resources | 1338 | $5,882.16 | $0.00 | $6,703.41 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 18 | IntegraColor | 412 | $49,810.00 | $0.00 | $49,810.00 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 19 | J.S. McCarthy Co, Inc. d/b/a/ J.S. McCarthy Printers | 235 | $18,913.34 | $0.00 | $36,726.34 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 20 | LBM Systems, LLC | 365 | $1,295.00 | $0.00 | $1,295.00 | Goods not received within 20 days of commencement of the bankruptcy proceeding |

| | | | | | | |
|---|---|---|---|---|---|---|
| 21 | Light - Works, Inc. | 495 | $2,817.38 | $24,648.78 | $0.00 | $24,648.78 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 22 | Magna Visual, Inc. | 775 | $4,254.99 | $4,254.99 | $0.00 | $4,254.99 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 23 | Marek, James | 799 | $28,308.12 | $28,308.12 | $0.00 | $28,308.12 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 24 | Maverick Color Labs | 100 | $2,858.00 | $5,716.00 | $0.00 | $2,858.00 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 25 | North Metal & Chemical Co | 1783 | $163.50 | $163.50 | $0.00 | $163.50 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 26 | Nussmeier Engraving Company, LLC | 402 | $667.19 | $1,334.38 | $0.00 | $1,334.38 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 27 | Platt Electric Supply | 713 | $326.42 | $1,317.37 | $0.00 | $1,317.37 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 28 | Powerstick.com Inc. | 141 | $1,250.00 | $1,250.00 | $0.00 | $1,250.00 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 29 | Pro Specialties Group, Inc. | 10 | $1,156.00 | $1,156.00 | $0.00 | $1,156.00 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 30 | Pro Specialties Group Inc. | 248 | $6,724.00 | $6,742.00 | $0.00 | $6,742.00 | Goods not received within 20 days of commencement of the bankruptcy proceeding |

| # | Vendor | | | | Reason |
|---|---|---|---|---|---|
| 31 | Radco Corp d/b/a Riddle Press | 132 | $23,091.30 | $23,091.30 | $0.00 | $23,091.30 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 32 | Riddle Press | 1070 | $30,506.83 | $30,506.83 | $0.00 | $30,506.83 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 33 | Ross Printing Company | 123 | $1,798.70 | $1,798.70 | $0.00 | $1,798.70 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 34 | Safehaven Products, LLC | 819 | $720.48 | $720.48 | $0.00 | $720.48 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 35 | Scott Del Electric Inc | 1443 | $6,707.39 | $6,707.39 | $0.00 | $6,707.39 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 36 | Select Design Ltd. | 117 | $52,498.22 | $52,498.22 | $0.00 | $52,498.22 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 37 | Spectape of the Midwest Inc. | 77 | $542.98 | | $0.00 | $4,516.39 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 38 | Radia Enterprises Inc d/b/a/ Spectrum Uniforms | 196 | $4,652.75 | $4,652.75 | $0.00 | $4,652.75 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 39 | T.S. Morganbake, Inc. | 450 | $73.56 | $73.56 | $0.00 | $73.56 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 40 | Top Brands Inc | 140 | $723.24 | $723.24 | $0.00 | $723.24 | Goods not received within 20 days of commencement of the bankruptcy proceeding |

| | | | | | |
|---|---|---|---|---|---|
| 41 | Transition Works, LLC | 331 | $5,813.75 | $0.00 | $11,627.50 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 42 | Triangle Printing Co | 1428 | $19,980.55 | $0.00 | $19,980.55 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 43 | United Label Corp | 915 | $1,140.00 | $0.00 | $1,140.00 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 44 | Valid USA, Inc. | 1756 | $2,882.50 | $0.00 | $5,155.69 | Goods not received within 20 days of commencement of the bankruptcy proceeding |
| 45 | Whittenburg Incorporated | 811 | $500.00 | $0.00 | $500.00 | Goods not received within 20 days of commencement of the bankruptcy proceeding |