### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | |

### AFFIDAVIT OF SERVICE

I, Timothy R. Quinn, depose and say that I am employed by Prime Clerk LLC ("**_Prime Clerk_**"), the claims and noticing agent for the Debtor in the above-captioned Chapter 11 case.

On March 14, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served 1) in the manners set forth on the Core/2002 Service List attached hereto as **Exhibit A**, 2) via First Class Mail, Fax, and Email on the CareSource Party Service List attached hereto as **Exhibit B**, and 3) via First Class Mail and Email on the Claimant Service List attached hereto as **Exhibit C**:

- Notice of Agenda of Matters Scheduled for Hearing on March 16, 2016 at 10:00 A.M. (ET) [Docket No. 1501]

Dated: March 15, 2016

Timothy R. Quinn

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on March 15, 2016, by Timothy R. Quinn, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

BENJAMIN JOSEPH STEELE
NOTARY PUBLIC-STATE OF NEW YORK
No. 02ST6290268
Qualified In New York County
My Commission Expires October 07, 2017

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

**<u>Exhibit A</u>**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| GUC Trustee | EisnerAmper LLP | Attn: Anthony R. Calascibetta<br>111 Wood Avenue South<br>Iselin NJ 08830-2700 | 732-951-2700 | anthony.calascibetta@eisneramper.com | First Class Mail, Fax, and Email |
| Counsel to Debtors, Counsel to GUC Trust | Lowenstein Sandler LLP | Attn: Sharon L. Levine, Esq., Wojciech F. Jung, Esq. & Andrew Behlmann<br>65 Livingston Avenue<br>Roseland NJ 07068 | | slevine@lowenstein.com<br>wjung@lowenstein.com<br>abehlmann@lowenstein.com | Email |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn:  Mark Kenney<br>844 King St., Ste. 2207<br>Wilmington DE 19801 | 302-573-6497 | mark.kenney@usdoj.gov | Fax and Email |
| Cousnel to the Secured Creditor Trust | Pepper Hamilton LLP | Attn: David M. Fournier & John Henry Schanne II<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>Wilmington DE 19801 | 302-421-8390 | fournierd@pepperlaw.com<br>schannej@pepperlaw.com | Fax and Email |
| Counsel to Debtors | Polsinelli PC | Attn: Christopher A. Ward, Justin K. Edelson<br>222 Delaware Avenue<br>Suite 1101<br>Wilmington DE 19801 | | cward@polsinelli.com<br>jedelson@polsinelli.com | Email |
| Secured Creditor Trust | Wilmington Trust Company | Attn: Institutional Client Services<br>Rodney Square North<br>1100 North Market Street<br>Wilmington DE 19890 | | | First Class Mail |

**Exhibit B**

Exhibit B
CareSource Party Service List
Served via First Class Mail, Fax, and Email

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | FAX | EMAIL |
|------|-----------|-----------|------|-------|----------|-----|-------|
| Bricker & Eckler LLP | Attn:  David M. Whittaker | 100 South Third Street | Columbus | OH | 43215 | 614-227-2390 | dwhittaker@bricker.com |
| Cross & Simon, LLC | Attn:  Christopher P. Simon | 1105 North Market Street, Suite 901 | Wilmington | DE | 19801 | 302-777-4224 | csimon@crosslaw.com |

**Exhibit C**

Exhibit C
Claimant Service List
Served via First Class Mail and Email

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL |
|---|---|---|---|---|---|---|---|
| ADVERTISER PRINTERS, INC. | Barry Henry | 320 Clay St | Dayton | KY | 41074 | | BHenry@apiprint.com |
| Alliance Rubber Company | PO Box 20950 | | Hot Springs | AR | 71903 | | amartin@alliance-rubber.com |
| Alphagraphics | 3075 Breckinridge Blvd. | Suite 445 | Duluth | GA | 30096 | | dberfield@alphagraphics.com, kberfield@alphagraphics.com |
| AMERICAN PROFOL INC | 4333 C STREET SW | | CEDAR RAPIDS | IA | 52404 | | bbork@profol.com |
| ARDEN EQUIPMENT | 3116 TABLER STATION ROAD | | MARTINSBURG | WV | 25403-5375 | | lshade@ardenequipment.com |
| BRIGHTER PROMOTIONS LINE | 300 LAKEVIEW PKWY | | VERNON HILLS | IL | 60061 | | tnichols@chemlite.com |
| Buttons Galore, Inc | PO Box 277 | | Brownsburg | IN | 46112 | | joe@indybutton.com |
| COURIER COMPANIES INC | 15 WELLMAN AVENUE | | NORTH CHELMSF | MA | 01863 | | cgarbatini@courier.com |
| Crown Products LLC | Deborah Norred | 3107 Halls Mill Rd. | Mobile | AL | 36606 | | dnorred@crownprod.com |
| D.L. BROWN COMPANY, INC. | PO Box 12833 | | Gastonia | NC | 28052 | | dbrown@dlbrownco.com |
| DEBCO BAG DISTRIBUTORS LTD | 111 VILABORT CRESENT | | CONCORD | ON | L4K 4A2 | CANADA | shapon@debcobag.com |
| Executive Apparel, Inc | 7912 DUNGAN ROAD | | PHILADELPHIA | PA | 19111 | | madeline@executiveapparel.com, mary@executiveapparel.com |
| Fine Organics Corp | 420 Kuller Rd | PO Box 2277 | Clifton | NJ | 07015 | | reidyclifton@aol.com |
| Gill Bebco LLC | 13700 Wyandotte | | Kansas City | MO | 64145-1532 | | dhoerl@gill-line.com |
| Global Promo, LLC | 5040 Calmview Avenue | Ste A | Baldwin Park | CA | 91706 | | david@globalreachllc.com |
| GRAFISK MASKINFABRIK-AMERICA LLC | Attn: Holly Rogers | 1375 E IRVING PARK RD | ITASCA | IL | 60143 | | holly@gm-america.com |
| HEARTLAND GRAPHIC RESOURCES | 159 N. MARION ST. | #167 | OAK PARK | IL | 60301 | | rickd@heartlandgraphicresources.com |
| IntegraColor | 3210 Innovative Way | | Mesquite | TX | 75149 | | accounts.receivable@integracolor.com |
| J.S. McCarthy Co, Inc. d/b/a J.S. McCarthy Printers | Attn: Matthew Tardiff | 15 Darin Drive | Augusta | ME | 04330 | | matardiff@jsmccarthy.com |
| LBM Systems, LLC | 2 Stony Hill Road | Suite 206 | Bethel | CT | 06801 | | sritter@lbmsys.com |
| Light - Works, Inc. | Martin Feldman | 1 Tigan St. | Winooski | VT | 05404 | | marty@lightworksvt.com |
| Magna Visual, Inc. | 9400 Watson Road | | St. Louis | MO | 63126 | | mistyj@magnavisual.com, dcrews@magnavisual.com |
| MAREK, JAMES | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | | REDACTED |
| Maverick Color Labs | 3311 Boyington Dr. #300 | | Carrollton | TX | 75006 | | accounting@mavcolor.com |
| NORTH METAL & CHEMICAL CO | 609 EAST KING STREET | | YORK | PA | 17403-1721 | | whunter@nmc-nic.com |
| NORTH METAL & CHEMICAL CO | PO Box 1985 | | York | PA | 17403 | | whunter@nmc-nic.com |
| NUSSMEIER ENGRAVING COMPANY, LLC | 933 Main Street | | Evansville | IN | 47708 | | lhoward@nussmeier.com |
| Par One, Inc. | 3807 King Ave | | Cleveland | OH | 44114 | | sylvia@par-one.com |
| Platt Electric Supply | 10605 SW Allen Blvd | | Beaverton | OR | 97005 | | credit@platt.com, trevor.melum@platt.com |
| Powerstick.com Inc. | 29 Camelot Drive | | Ottawa | ON | K2G 5W6 | CANADA | chloe@powerstick.com, johnt@Powerstick.com |
| Pro Specialties Group Inc. | 4863 Shawline Rd Ste D | | San Diego | CA | 92111 | | denam@psginc.com |
| Radco Corp dba Riddle Press | 12855 S.W. 1st Street | | Beaverton | OR | 97005 | | marje@riddlepress.com, rgac@riddlepress.com |
| Radia Enterprises Inc dba SPECTRUM UNIFORMS | 3800 JUNIPER STREET | | HOUSTON | TX | 77087 | | accounting@spectrumuniforms.com |
| RIDDLE PRESS | 12855 SW FIRST STREET | | BEAVERTON | OR | 97005 | | marge@riddlepress.com, RGA@riddlepress.com |
| Ross Printing Company | 15053 W. Briles Rd | | Surprise | AZ | 85387 | | rossprinting@swbfaz.com |
| Safehaven Products, LLC | 2160 Union Place | | Simi Valley | CA | 93065 | | swilliams@safehavenproducts.com, accounting@safehavenproducts.com |
| Safehaven Products, LLC | 26500 Agoura Road, Unit 102-505 | | Calabasas | CA | 91302 | | swilliams@safehavenproducts.com, accounting@safehavenproducts.com |

Exhibit C
Claimant Service List
Served via First Class Mail and Email

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL |
|------|-----------|-----------|------|-------|-------------|---------|-------|
| SCOTT DEL ELECTRIC INC | PO BOX 29535 | | DALLAS | TX | 75229-0535 | | alan@scott-del.com |
| Select Design Ltd. | Attn: Carlton Dunn | 208 Flynn Ave | Burlington | VT | 05401 | | cdunn@selectdesign.com |
| Specialty Print Communications | Attn: Adam Lefebvre | 6019 W. Howard St | Niles | IL | 60714 | | adaml@specialityprintingcomm.com |
| Spectape of the Midwest Inc. | 7821 Palace Drive | | Cincinnati | OH | 45249 | | spectapemidwest@fuse.net |
| Sweda Company LLC | 17411 Valley Blvd | | City of Industry | CA | 91744 | | gtan@swedausa.com |
| Sweda Company LLC | PNC Bank / Sweda Co. | PO Box 677398 | Dallas | TX | 75267-7398 | | gtan@swedausa.com |
| T.S. MORGANBAKE, INC | PO Box 553 | | E. Falmouth | MA | 02536-0553 | | p-burton@prodigy.net |
| Top Brands Inc | PO Box 2706 | | OSHKOSH | WI | 54903 | | cindy@top-brands.com |
| Transition Works, LLC | Jenn Carlson | 68 S. Main Street, 9th Floor | Salt Lake City | UT | 84101 | | jcarlson@transitionworkssoftware.com |
| TRIANGLE PRINTING CO | 1000 E BOUNDARY AVE | PO BOX 1782 | YORK | PA | 17405 | | llevi@triangle-printing.com |
| UNITED LABEL CORP | 65 CHAMBERS STREET | | NEWARK | NJ | 07105 | | josie1@unitedlabelcorp.com |
| Valid USA, Inc. | c/o Barbara L. Yong, Esq., Golan & Christie LLP | 70 W. Madison Street, Suite 1500 | Chicago | IL | 60602 | | blyong@golanchristie.com |
| WATER DEPOT INC | 15605 SOUTH KEELER TERR | SUITE B | OLATHE | KS | 66062 | | wjvice99@comcast.net |
| Whittenburg Incorporated | 2502 South Main Street | | Springfield | TN | 37172 | | info@whittenburginc.com |