## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| **SRC LIQUIDATION, LLC,** | **Case No.  15-10541 (BLS)** |
| Debtor. | |

### WITHDRAWAL OF RESPONSE OF NEW YORK STATE DEPARTMENT OF TAXATION IN OPPOSITION TO DEBTORS' THIRD NOTICE OF SATISFACTION OF CLAIMS

The New York State Department of Taxation and Finance, by and through Amanda Hiller, Deputy Commissioner and Counsel, by Robert L. Cook, District Tax Attorney (of Counsel), respectfully states as follows:

1. On or about 3/10/16, the Debtor paid the priority portion of Claim Number 2382 in full.

2. The general unsecured portion of Claim Number 2382 remains unpaid.

3. Since Debtor's Third Notice of Satisfaction of Claims pertained only to the priority unsecured portion of Claim Number 2382, the Department hereby withdraws its Response in Opposition to Debtor's Third Notice of Satisfaction of Claims, which was filed on 2/17/16 (Document No. 1472).

DATED: March 18, 2016

Amanda Hiller
Deputy Commissioner and Counsel

By:    /s/ Robert L. Cook
Robert L. Cook, Esq. (New York Bar #1877703)
District Tax Attorney
New York State Department of Taxation and Finance
Office of Counsel
340 East Main Street, Rochester, N.Y.  14604
Phone:  (585) 530-8465 / Fax: (518) 435-8490
Email:  Robert.Cook@tax.ny.gov