## United States Bankruptcy Court
### District of Delaware

In Re:   SRC Liquidation LLC et al. (f/k/a Standard Register Co)
Case No:   15-10541 (Jointly Administered)

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bank. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee:
   Mar-Bow Value Partners, LLC

Name of Transferor:
   AAA Flag & Banner Mfg Co Inc

Name and address where notices to transferee should be sent:

| | |
|---|---|
| Court Claim # (if known): | 2019 |
| Amount of Proof of Claim: | $ 7,219.92 |
| Amount of Scheduled Claim: | $ 6,715.35 |
| Date Claim Filed: | 06/29/15 |

Mar-Bow Value Partners, LLC
29580 Northwestern Hwy., Suite 100
Southfield, MI 48034

Name and Address of Transferor:
AAA Flag & Banner Mfg Co Inc
8955 National Blvd
Los Angeles, CA 90034

Phone:   212-616-7700
Last Four Digits of Acct #:   N/A

Phone:   310-836-3341
Last Four Digits of Acct. #:   N/A

Name and Address where transferee payments
Should be sent (if different from above):

Phone:   N/A
Last Four Digits of Acct. #:   N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Date:   3/18/16
   Transferee / Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both 18U.S.C .152 &3571

---

### --DEADLINE TO OBJECT TO TRANSFER--

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

CLERK OF THE COURT

TRANSFER NOTICE

AAA Flag & Banner Mfg Co Inc ("Assignor") transfers and assigns unto **Mar-Bow Value Partners, LLC** with an address at 29580 Northwestern Hwy., Ste. 100 Southfield, Michigan 48034, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of the Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against SRC Liquidation LLC, et al., (the "Debtor"), in the aggregate amount of $ 7,219.92 representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court for the District of Delaware, administered as Case No. 15-10541, et al.

In Witness Whereof, Assignor and Assignee have signed below as of the 16th day of March, 2016.

Assignor:

AAA Flag & Banner Mfg Co Inc.

By: _____
Name: CRAIG FURST
Title: PRESIDENT

Assignee:

Mar-Bow Value Partners, LLC

By: _____
Name: _____
Title: Authorized Officer