FOR THE DISTRICT OF DELAWARE

Reporting Period: November 30, 2015 - December 31, 2015

MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit / Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | x | | |
| Schedule of Cash Receipts and Disbursements by Legal entity | | x | | |
| Bank Reconciliation | MOR-1a | | x | |
| Schedule of Professional Fees Paid | MOR-1b | x | | |
| Copies of bank statements | | | x | |
| Cash disbursements journals | | | x | |
| Statement of Operations | MOR-2 | x | | |
| Balance Sheet | MOR-3 | x | | |
| Status of Postpetition Taxes | MOR-4a | | x | |
| Summary of Unpaid Postpetition Debts | MOR-4b | x | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | x | | |
| Debtor Questionnaire | MOR-5 | x | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

Signature of Anthony Calascibetta

Date 3/23/16

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

Case No. 15-10541 (BLS)

SRC Liquidation Company, *et al.*

## GENERAL NOTES AND DISCLAIMER TO MONTHLY OPERATING REPORT (1/2)

Reporting Period: November 30, 2015 - December 31, 2015

General: The report includes activities from the following Debtors and related case numbers:

| Case # | Debtor's Name |
|--------|---------------|
| 15-10540 | iMLiquidation, LLC |
| 15-10541 | SRC Liquidation Company |
| 15-10542 | SR Liquidation Holding Company |
| 15-10543 | SR Liquidation Technologies, Inc. |
| 15-10544 | SR Liquidation International, Inc. |
| 15-10545 | SR Liquidation of Puerto Rico, Inc. |
| 15-10546 | SR Liquidation Mexico Holding Company |
| 15-10547 | Standard Register Holding, S. de R.L. de C.V. |
| 15-10548 | Standard Register de Mexico, S. de R.L. de C.V. |
| 15-10549 | Standard Register Servicios, S. de R.L. de C.V. |
| 15-10550 | SR Liquidation Technologies Canada ULC |

The financial statements and supplemental information contained herein are unaudited, preliminary, and may not comply with generally accepted accounting principles ("GAAP") in all material respects. In addition, the financial statements and supplemental information contained herein is provided to fulfill the requirements of the Office of the United States Trustee and have been derived from the books and records of the Debtors.

The results of operations contained herein are not necessarily indicative of results that are expected from any other period or for the full year and are not reflective of the results of operations, financial position, and cash flow of the Debtors in the future.

**Case No. 15-10541 (BLS)**

SRC Liquidation Company, *et al.*

## GENERAL NOTES AND DISCLAIMER TO MONTHLY OPERATING REPORT (2/2)

The Monthly Operating Report ("MOR") filed by SRC Liquidation Company, et al. and its affiliated debtors in these jointly administered chapter 11 cases (collectively, the "Debtors") is limited in scope, covers a limited time period and has been prepared by management of the Debtors with the assistance of their court-appointed advisors solely for the purpose of complying with reporting requirements of the Bankruptcy Court and title 11 of the United States Code (the "Bankruptcy Code"). The financial information contained in the MOR is preliminary and unaudited and does not purport to show the financial statements of any of the Debtors in accordance with accounting principles generally accepted in the United States of America ("GAAP") and, therefore, may exclude items required by GAAP, such as certain reclassifications, eliminations, accruals and disclosure items. The Debtors caution readers not to place undue reliance on the MOR. The MOR may be subject to revision. The MOR is in a format required by the Bankruptcy Court and the Bankruptcy Code and should not be used for investment purposes. The information in the MOR should not be viewed as indicative of future results. While the Debtors' management has exercised its best efforts to ensure that the MOR is accurate and complete based on information that was available at the time of preparation, inadvertent errors or omissions may exist.

The Second Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and Its Affiliates (with Technical Modifications) (the "Plan") was confirmed on November 19, 2015 and went effective on December 18, 2015.

**Notes to MOR-1**
In lieu of bank reconciliations, bank and book balances are provided.

**Notes to MOR-2 and MOR-3**
Substantially all of the Debtors' assets were sold to Taylor Corporation through a 363 sale on 07.31.15.

**Notes to MOR-4**
The Debtors have not included any disbursements made on behalf of debtors Standard Register Holding, S. de R.L. de C.V., Standard Register de Mexico, S. de R.L. de C.V., and Standard Register Servicios, S. de R.L. de C.V. (collectively, the "Mexican Debtors"). Taylor Corporation paid for substantially all of the assets of the Mexican Debtors in July 2015 pursuant to a 363 sale. While Taylor, through a wholly owned Mexican subsidiary, purchased substantially all of the assets of the Mexican Debtors, certain technical requirements under Mexican law must be met before the actual transfer of such assets from the Mexican Debtors to the Taylor Mexican subsidiary can be completed.

**Notes to MOR-5**
Substantially all of the Debtors' assets were sold to Taylor Corporation through a 363 sale on 07.31.15.

**Case No. 15-10541 (BLS)**
SRC Liquidation Company, *et al.*

---

### Declaration Regarding the Bank Reconciliations

Reporting Period: November 30, 2015 - December 31, 2015
Anthony Calascibetta hereby declares under penalty of perjury:

1) I am the authorized representative for SRC Liquidation Company, et al., the above-captioned debtors (collectively, the "Debtors"). I became the Debtors' representative following the effective date of the Debtors' plan of liquidation.

2) All statements in the Declaration are based on my personal knowledge, my review of the relevant documents or my discussions with other representatives of the Debtors. If I were called upon to testify, I could and would testify to each of these facts set forth herein based on such personal knowledge, review of documents or opinion. I am authorized to submit this Declaration on behalf of the Debtors.

3) To the best of my knowledge, all of the Debtors' bank balances as of December 31, 2015 have been reconciled in an accurate and timely manner.

Respectfully submitted,

Signature: _____

Dated: _____

By: Anthony Calascibetta
Title: Authorized Representative

**SRC Liquidation Company,** *et al.*

For the Period of November 30, 2015 - December 31, 2015

*(Amounts in Thousands)*

| | Reporting Period: November 30, 2015 - December 31, 2015 | Standard Register - Mexico | iMedConsent, LLC | Standard Register Consolidated |
|---|---|---|---|---|
| **Inflows** | | | | |
| Total Customer Receipts / Inflows | $ — | $ — | $ — | $ — |
| Cash Consideration from Sale to Taylor | — | — | — | — |
| Mexico Loan | — | — | — | — |
| Proceeds from Rabbi Trust | — | — | — | — |
| Return of Retainer | 505 | — | — | 505 |
| Taylor's portion of Severance Settlement | — | — | — | — |
| **Total Inflows** | 505 | — | — | 505 |
| | | | | |
| **Operating Disbursements** | | | | |
| Payroll | — | — | — | — |
| Health & Benefits | (5) | — | — | (5) |
| Paper | — | — | — | — |
| Leases - Rent | — | — | — | — |
| Leases - Equipment | — | — | — | — |
| Freight | — | — | — | — |
| Postage | — | — | — | — |
| Utilities | — | — | — | — |
| Taxes (ex. Payroll) | (193) | — | — | (193) |
| Customer Rebates | — | — | — | — |
| Employee T&E | — | — | — | — |
| Production Materials | — | — | — | — |
| IT Vendor | — | — | — | — |
| Subcon | — | — | — | — |
| Temp. Help | — | — | — | — |
| Other (Ordinary Course) | (175) | — | — | (175) |
| **Subtotal Operating Disbursements** | (374) | — | — | (374) |
| | | | | |
| **Non-Operating Disbursements** | | | | |
| Pension Payments (Qualified and Non-Qualified) | — | — | — | — |
| Principal Payments | — | — | — | — |
| 1st Lien Interest | — | — | — | — |
| 2nd Lien Interest | — | — | — | — |
| Revolver Interest & LC Fees | — | — | — | — |
| Cash assumed by Taylor | — | — | — | — |
| 1st Lien Paydown | — | — | — | — |
| Revolver Paydown | — | — | — | — |
| 2nd Lien Paydown | — | — | — | — |
| Revolver Interest Paydown | — | — | — | — |
| Maximum Reimbursable Payment | — | — | — | — |
| Payment of Unused Line Fee on Delayed Draw Term DIP | — | — | — | — |
| Creditor Committee Settlement Between SP and the UCC | — | — | — | — |
| Professional Fees | (1,174) | — | — | (1,174) |
| Professional Fees Due transferred to Escrow Account | (485) | — | — | (485) |
| US Trustee Fees | — | — | — | — |
| PBGC Admin Claim Cost | — | — | — | — |
| Settlement Between Debtors, Taylor Coporation and the Second Lien Agent - B | (338) | — | — | (338) |
| Collateral Account Disbursement to Insurance Carriers | (2,900) | — | — | (2,900) |
| **Subtotal Non-Operating Disbursements** | (4,897) | — | — | (4,897) |
| | | | | |
| **Total Disbursements - C** | $ (5,270) | $ — | $ — | $ (5,270) |

A - All receipts and disbursements are reported at SRC Liquidation Company entity. Schedule only includes those Debtors that received or disbursed funds.

B- This amount was paid pursuant to the settlement agreement between the Debtors, Taylor Corporation, and the Second Lien Agent dated October 29, 2015, in partial satisfaction of the Debtors' $750,000 payment obligation.

C- Disbursements from December 19, 2015 through December 31, 2015 of $9,679 were made by the SRC Liquidation LLC.

SRC Liquidation Company, *et al.*

| Schedule of Cash Disbursements by Legal Entity |
|---|

Reporting Period: November 30, 2015 - December 31, 2015

| Debtor Entity | Bankruptcy Case Number | Disbursements | Estimated fee owed to trustee (1) |
|---|---|---|---|
| iMLiquidation, LLC | 15-10540 | $          - | $          325 |
| SRC Liquidation Company | 15-10541 | $   5,270,337 | $       13,000 |
| SR Liquidation Holding Company | 15-10542 | $          - | $          325 |
| SR Liquidation Technologies, Inc. | 15-10543 | $          - | $          325 |
| SR Liquidation International, Inc. | 15-10544 | $          - | $          325 |
| SR Liquidation of Puerto Rico, Inc. | 15-10545 | $          - | $          325 |
| SR Liquidation Mexico Holding Company | 15-10546 | $          - | $          325 |
| Standard Register Holding, S. de R.L. de C.V. | 15-10547 | $          - | $          325 |
| Standard Register de Mexico, S. de R.L. de C.V. | 15-10548 | $          - | $          325 |
| Standard Register Servicios, S. de R.L. de C.V. | 15-10549 | $          - | $          325 |
| SR Liquidation Technologies Canada ULC | 15-10550 | $          - | $          325 |
|  |  | $   5,270,337 | $       16,250 |

(1) The United States Trustee fee is calculated based on quarterly cash disbursements.
(2) Of the total, $9,679 was disbursed from December 19,2015 through Dcember 31, 2015 by the SRC Liquidation LLC.

SRC Liquidation Company, *et al.*

---

### Declaration Regarding the Cash Disbursement Schedule

---

Reporting Period: November 30, 2015 - December 31, 2015
Anthony Calascibetta hereby declares under penalty of perjury:

1) I am the authorized representative for SRC Liquidation Company, et al., the above-captioned debtors (collectively, the "Debtors"). I became the Debtors' representative following the effective date of the Debtors' plan of liquidation.

2) The Debtors submit this Declaration regarding cash disbursements in lieu of providing copies of the cash disbursement schedule.

3) All statements in the Declaration are based on my personal knowledge, my review of the relevant documents or my discussions with other representatives of the Debtors. If I were called upon to testify, I could and would testify to each of these facts set forth herein based on such personal knowledge, review of documents or opinion. I am authorized to submit this Declaration on behalf of the Debtors.

4) The Debtors have, on a timely basis, disbursed approximately $5,270,336.78 of post-petition and allowable pre-petition amounts for the period November 30, 2015 to December 31, 2015. Copies of the cash disbursement schedules are available for inspection upon request by the Office of the United States Trustee.

Respectfully submitted,

Signature: _____

Dated: _____

By: Anthony Calascibetta
Title: Authorized Representative

Case No. 15-10541 (BLS)
SRC Liquidation Company, *et al.*

## Bank Accounts Reconciliation

Reporting Period: November 30, 2015 - December 31, 2015

| Bank | Account # [1] | Debtor | Description | Bank Balance | Book Balance [2] | Reconciled as of 12/31/15 [2] |
|------|------------|--------|-------------|--------------|--------------|-------------------------------|
| Bank of America [3] | 4865 | SRC Liquidation Company | Credit | $ - | $ - | Y |
| Fifth Third Bank [3] | 1214 | SRC Liquidation Company | Bankruptcy Wind Down | $ - | $ - | Y |
| Fifth Third Bank [3] | 1222 | SRC Liquidation Company | Flexible Spending Account | $ - | $ - | Y |
| Signature Bank [4] | 1367 | SRC Liquidation Company LLC | Operating Account | $ 2,265,640.18 | $ 2,265,640.18 | Y |
| Signature Bank [4] | 1480 | SRC Liquidation Company LLC | Flexible Spending Account | $ 50,000.00 | $ 50,000.00 | Y |
| Signature Bank [4] | 1477 | SRC Liquidation Company LLC | Priority Reserves | $ 597,500.00 | $ 597,500.00 | Y |

(1)  The numbers shown represent the last four digits of the Debtors' bank account numbers.

(2)  Copies of the bank statements or detailed reconciliations are not attached to the MOR. The Debtors will make this information available as soon as practical if requested by the U.S. Trustee.

(3)  New accounts established on 07/31/15 to settle obligations still owed by   SRC Liquidation Company.

(4)  New accounts were established by the  the SRC Liquidation LLC to receive transferred funds from the    SRC Liquidation Company post effective date for the continued payment of  amounts owed by the estate.

SRC Liquidation Company, *et al.*
For the Period of November 30, 2015 - December 31, 2015

| Advisor Fee Schedule | | | |
|---|---|---|---|
| Reporting Period: November 30, 2015 - December 31, 2015 | | | |
| **Payee** | **Payment date** | **Amount** | **Name of Payor** |
| Gibson, Dunn & Crutcher LLP | 12/03/15 | $ (191,224.53) | SRC Liquidation Company |
| Gibson, Dunn & Crutcher LLP | 12/04/15 | $ (68,423.28) | SRC Liquidation Company |
| Lowenstein Sandler LLP | 12/04/15 | $ (44,025.19) | SRC Liquidation Company |
| Polsinelli PC | 12/09/15 | $ (4,350.15) | SRC Liquidation Company |
| WilliamsMarston LLC | 12/10/15 | $ (14,231.00) | SRC Liquidation Company |
| WilliamsMarston LLC | 12/10/15 | $ (76,270.00) | SRC Liquidation Company |
| Young, Conaway, Stargatt and Taylor | 12/14/15 | $ (29,985.43) | SRC Liquidation Company |
| Prime Clerk LLC | 12/15/15 | $ (137,864.62) | SRC Liquidation Company |
| Prime Clerk LLC | 12/15/15 | $ (33,412.80) | SRC Liquidation Company |
| Prime Clerk LLC | 12/15/15 | $ (33,731.46) | SRC Liquidation Company |
| Dinsmore & Shohl LLP | 12/17/15 | $ (6,443.09) | SRC Liquidation Company |
| Gibson, Dunn & Crutcher LLP | 12/17/15 | $ (281,812.42) | SRC Liquidation Company |
| Gibson, Dunn & Crutcher LLP | 12/17/15 | $ (150,000.00) | SRC Liquidation Company |
| WilliamsMarston LLC | 12/17/15 | $ (48,535.00) | SRC Liquidation Company |
| Young, Conaway, Stargatt and Taylor | 12/17/15 | $ (10,959.59) | SRC Liquidation Company |
| Lowenstein Sandler LLP | 12/18/15 | $ (12,844.62) | SRC Liquidation Company |
| Lowenstein Sandler LLP | 12/18/15 | $ (30,083.85) | SRC Liquidation Company |

Case No. 15-10541 (BLS)
SRC Liquidation Company, *et al.*

**For the Period of November 30, 2015 - December 31, 2015**

| | Consolidated Statement of Operations | | | |
|---|---|---|---|---|

Reporting Period: November 30, 2015 - December 31, 2015

| | SRC Liquidation Company (A) | Standard Register - Puerto Rico (B) | Standard Register - Mexico (C) | Standard Register Consolidated |
|---|---|---|---|---|
| **REVENUE** | $ — | $ — | $ — | $ - |
| **COST OF SALES** | — | — | — | — |
| **GROSS MARGIN** | — | — | — | — |
| **OPERATING EXPENSES** | | | | |
| Selling, general and administrative | — | — | — | — |
| Integration costs | — | — | — | — |
| Restructuring and other exit costs | — | — | — | — |
| Total operating expenses | — | — | — | — |
| **(LOSS) INCOME FROM OPERATIONS** | — | — | — | — |
| **OTHER INCOME (EXPENSE)** | | | | |
| Reorganization costs (1) | (394) | — | — | (394) |
| Interest expense | — | — | — | — |
| Other income (expense) | (309) | — | — | (309) |
| Total other expense | (703) | — | — | (703) |
| **LOSS BEFORE INCOME TAXES** | (703) | — | — | (703) |
| **INCOME TAX (BENEFIT) EXPENSE** | — | — | — | — |
| **NET (LOSS) INCOME** | $ (703) | $ — | $ — | $ (703) |

A - SRC Liquidation Company; SR Liquidation Holding Company; SR Liquidation Technologies, Inc.; SR Liquidation International, Inc.; iMLiquidation, LLC; SR Liquidation Technologies Canada ULC; Entities consolidated with SRC Liquidation Company are legal entities with no material operations.

B - SR Liquidation of Puerto Rico, Inc.

C - SR Liquidation Mexico Holding Company; Standard Register Holding, S. De R.L. De C.V.; Standard Register Servicios, S. De R.L. De C.V.; Standard Register de Mexico, S. De R.L. De C.V.; Entities consolidated with SR Liquidation Mexico Holding Company are legal entities with no material operations.

(1) - Reorganization costs consist of the following:

| | | |
|---|---|---|
| Professional fees | $ | 378 |
| KEIP | | — |
| US Trustee fees | | 16 |
| DIP financing costs | | — |
| Recognized Gains/Losses | | — |
| Creditor committee settlement | | — |
| Loss on extinguishment of debt | | — |
| Valuation adjustments | | — |
| | $ | 394 |

Case No. 15-10541 (BLS)
SRC Liquidation Company, et al.
December 31, 2015

| | Balance Sheet | | | |

Reporting Period: November 30, 2015 - December 31, 2015

*(Amounts in Thousands)*

| ASSETS | SRC Liquidation Company (A) | Standard Register - Puerto Rico (B) | Standard Register - Mexico (C) | Standard Register Consolidated |
|---|---|---|---|---|
| **CURRENT ASSETS** | | | | |
| Cash and cash equivalents | $ 2,903 | $ — | $ — | $ 2,903 |
| Restricted cash | — | — | — | — |
| Accounts receivable, net | — | — | — | — |
| Inventories, net | — | — | — | — |
| Prepaid expense | 2,375 | — | — | 2,375 |
| Total current assets | 5,278 | — | — | 5,278 |
| | | | | |
| **LONG-TERM ASSETS** | | | | |
| Plant and equipment, net | — | — | — | — |
| Goodwill | — | — | — | — |
| Intangible assets, net | — | — | — | — |
| Deferred tax asset | — | — | — | — |
| Other (D) | — | — | — | — |
| Total other assets | — | — | — | — |
| Total assets | $ 5,278 | $ — | $ — | $ 5,278 |
| | | | | |
| **LIABILITIES AND SHAREHOLDERS' DEFICIT** | | | | |
| **LIABILITIES NOT SUBJECT TO COMPROMISE** | | | | |
| **CURRENT LIABILITIES** | | | | |
| Current portion of long-term debt | $ — | $ — | $ — | $ — |
| Accounts payable | 239 | — | — | 239 |
| Other current liabilities | 766 | — | — | 766 |
| Total current liabilities | 1,006 | — | — | 1,006 |
| | | | | |
| Long-term liabilities | — | — | — | — |
| Total liabilities not subject to compromise | 1,006 | — | — | 1,006 |
| | | | | |
| **LIABILITIES SUBJECT TO COMPROMISE** | | | | |
| Pre-petition accounts payable | 836 | — | — | 836 |
| Accrued liabilities | 7,368 | — | — | 7,368 |
| Secured debt | 79,683 | — | — | 79,683 |
| Pension benefit liabilities(E) | 211,657 | — | — | 211,657 |
| Deferred Compensation | 2,051 | — | — | 2,051 |
| Environmental liabilities | 3,744 | — | — | 3,744 |
| Other | 1,600 | — | — | 1,600 |
| Total liablities subject to compromise | 306,938 | — | — | 306,938 |
| | | | | |
| **SHAREHOLDERS' (DEFICIT) EQUITY** | (302,666) | — | — | (302,666) |
| Total liabilities and shareholders' deficit | $ 5,278 | $ — | $ — | $ 5,278 |

A - SRC Liquidation Company; SRC Liquidation Holding Company; SR Liquidation Technologies, Inc.; SR Liquidation International, Inc.; iMLiquidation, LLC; SR Liquidation Technologies Canada ULC; Entities consolidated with SRC Liquidation Company are legal entities with no material operations.

B - SR Liquidation of Puerto Rico, Inc.

C - SR Liquidation Mexico Holding Company; Standard Register Holding, S. De R.L. De C.V.; Standard Register Servicios, S. De R.L. De C.V.; Standard Register de Mexico, S. De R.L. De C.V.; Entities consolidated with SR Liquidation Mexico Holding Company are legal entities with no material operations.

D - On September 2, 2015, the corporate owned life insurance policies held by the rabbi trust created to fund the deferred compensation plan were liquidated and the cash surrender value of the policies transferred to the SRC Liquidation Company.

E - On August 31, 2015, "The Stanreco Retirement Plan" was terminated as provided in the "Agreement of Appointment of Trustee and Termination of Plan" and the Pension Benefit Guaranty Corporation became statutory trustee. The Pension Benefit Guaranty Corporation filed a general unsecured claim against the SRC Liquidation Company in the amount of the pension liability.

**Case No. 15-10541 (BLS)**

SRC Liquidation Company, *et al.*

For the Period of November 30, 2015 - December 31, 2015

---

**Declaration Regarding Status of Postpetition Taxes**

Reporting Period: November 30, 2015 - December 31, 2015

Anthony Calascibetta hereby declares under penalty of perjury:

1) I am the authorized representative for SRC Liquidation Company, et al., the above-captioned debtors (collectively, the "Debtors"). I became the Debtors' representative following the effective date of the Debtors' plan of liquidation.

2) All statements in the Declaration are based on my personal knowledge, my review of the relevant documents or my discussions with other representatives of the Debtors. If I were called upon to testify, I could and would testify to each of these facts set forth herein based on such personal

3) To the best of my knowledge, all of the Debtors have filed all necessary federal, state and local tax returns and made all required post-petition tax payments in connection therewith on a timely basis or have promptly remedied any late filing or payments that may have occurred due to unintentional oversight.

Respectfully submitted,

Signature: _____

Dated: 3/25/16

By: Anthony Calascibetta
Title: Authorized Representative

**Case No. 15-10541 (BLS)**
SRC Liquidation Company, *et al.*
December 31, 2015

**Declaration Regarding Status of Postpetition Payables** [1]

Reporting Period: November 30, 2015 - December 31, 2015

| Accounts Payable Aging | Amount |
|---|---|
| 0-30 | $ - |
| 31-60 | $ - |
| 61-90 | $ - |
| Over 90 | $ - |
| **Total Gross Accounts Payable** | $ - |

(1) The Debtors have not included any disbursements made on behalf of debtors Standard Register Holding, S. de R.L. de C.V., Standard Register de Mexico, S. de R.L. de C.V., and Standard Register Servicios, S. de R.L. de C.V. (collectively, the "Mexican Debtors"). Taylor Corporation paid for substantially all of the assets of the Mexican Debtors in July 2015 pursuant to a 363 sale.  While Taylor, through a wholly owned Mexican subsidiary, purchased substantially all of the assets of the Mexican Debtors, certain technical requirements under Mexican law must be met before the actual transfer of such assets from the Mexican Debtors to the Taylor Mexican subsidiary can be completed.

Case No. 15-10541 (BLS)
SRC Liquidation Company, *et al.*
December 31, 2015

| Accounts Receivable Reconciliation and Aging [1] | | |
| Reporting Period: November 30, 2015 - December 31, 2015 | | |

| Accounts Receivable Aging | Amount | |
|---|---|---|
| Current | $ | - |
| 1-30 days old | $ | - |
| 31-60 days old | $ | - |
| 61-90 days old | $ | - |
| 91+ days old | $ | - |
| Total Accounts Receivable | $ | - |
| Amount considered uncollectible (Bad Debt) | $ | - |
| Accounts Receivable (Net) | $ | - |

(1) Substantially all of the debtor's assets were sold to Taylor Corporation through a 363 sale on 07.31.15.

In re SRC Liquidation Company, *et al.*
December 31 2015

| Debtor Questionnaire | | |
|---|---|---|
| Reporting Period: November 30, 2015 - December 31, 2015 | | |
| **Must be completed each month** | **Yes** | **No** |
| 1.  Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | x |
| 2.  Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | x |
| 3.  Have all postpetition tax returns been timely filed?  If no, provide an explanation below. (1) | x | |
| 4.  Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | x | |
| 5.  Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).   If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. (2) | | x |

(1) Income tax returns have not been filed in Canada for SR Liquidation Technologies Canada ULC.
(2) The SRC Liquidation Company, et al did not open any bank accounts during the reporting period, however as noted in MOR-1A Bank Summary, SRC Liquidation LLC opened up 3 accounts to manage the estate's funds post effective date.