# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br>Jointly Administered<br><br>Re: Dkt. No. 1491 |

## RESPONSE TO DEBTOR'S TENTH (10TH) OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

DG3 North America, Inc. ("DG3"), a creditor and party-in-interest herein, by and through its undersigned counsel, responds in opposition to the *Debtor's Tenth (10TH) Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1* [Dkt. 1491] (the "Omnibus Objection") filed by SRC Liquidation, LLC *f/k/a* The Standard Register Company, the above-captioned reorganized debtor (the "Debtor," and together with its chapter 11 debtor affiliates, the "Debtors"), seeking to disallow DG3's Claim Number 1021 (defined below), as follows:

1. On March 12, 2015 (the "Petition Date"), the Debtors each commenced a voluntary case under chapter 11, title 11, United States Code, 11 U.S.C. §§ 101 - 1532 (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware.

2. On May 8, 2015 the Court filed its *Order Pursuant to Bankruptcy Rule 3003(c)(3) and Local Rule 2002-1(e) Establishing Bar Dates and Related Procedures for Filing Proofs of*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de Mèxico, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001).

*Claim (Including for Administrative Expense Claims Arising Under Section 503(b)(9) of the Bankruptcy Code) and Approving the Form and Manner of Notice Thereof* [D.I. 449] (the "<u>Bar Date Order</u>"), setting July 8, 2015 as the general bar date and June 9, 2015 as the deadline for filing priority 503(b)(9) claims.

3. On May 27, 2015, DG3 filed a proof of claim in the amount of $96,455.44, based on goods sold, but not paid for, by the Debtors, which claim has been assigned claim number 1021 on the Debtors' claim register ("<u>Claim 1021</u>").  A true and correct copy of Claim 1021 with supporting invoices is attached hereto as **<u>Exhibit A</u>**.

4. Of the $96,455.44 asserted in Claim 1021, goods totaling $34,535.60 (the "<u>Goods</u>") were ordered by the Debtor in the ordinary course of business and shipped within 20 days of the Petition Date.  Therefore, the value of those Goods are entitled to treatment as a priority under 11 U.S.C. §§ 503(b)(9) and 507(a)(2) (the "<u>Priority Claim</u>").

5. Although the amount of the Priority Claim was included in Claim 1021, pursuant to the Bar Date Order, DG3 filed a separate proof of claim for $34,535.60 which was assigned claim number 1763 on the Debtors' claim register ("<u>Claim 1763</u>").  A true and correct copy of Claim 1763 with supporting invoices attached hereto as **<u>Exhibit B</u>**.

6. On March 3, 2016, the Debtors filed the Omnibus Objection, wherein they sought to have Claim 1021 disallowed in its entirety as duplicative of Claim 1763.  The Omnibus Objection further specified Claim 1763 was to survive.

7. DG3 has reviewed its books and records and has confirmed (1) the $34,535.60 Priority Claim based on the Goods shipped within 20 days of the Petition Date and (2) the $69,919.84 general unsecured claim based on goods shipped more than 20 days prior to the

Petition Date.  Accordingly, to the extent that Claim 1763 survives, DG3 hereby withdraws the priority portion from Claim 1021, leaving a general unsecured claim of $69,919.84.

**WHEREFORE**, DG3 respectfully requests that the Court enter an Order (i) overruling the objection as to the $69,919.84 general unsecured portion of Claim 1021and allowing that portion of the claim, and (ii) granting such other relief as this Court deems just and proper.

Dated:  March 30, 2016

**GIBBONS P.C.**

By: */s/ Natasha M. Songonuga*
Natasha M. Songonuga, Esq. (Bar No. 5391)
300 Delaware Avenue, Suite 1015
Wilmington, DE  19801-1671
Telephone:  (302) 518-6324
Facsimile:  (302) 429-6294
E-mail:  nsongonuga@gibbonslaw.com

-and-

Mark B. Conlan, Esq. (admitted *pro hac vice*)
Laura S. Dunn, Esq. (admitted *pro hac vice*)
One Gateway Center
Newark, New Jersey 07102-5310
Telephone:  (973) 596-4545
Facsimile:  (973) 639-6356
E-mail:  mconlan@gibbonslaw.com
             ldunn@gibbonslaw.com

*Counsel for DG3 North America, Inc.*