# EXHIBIT A

B 10 (Modified Official Form 10) (04/13)

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT, DISTRICT OF DELAWARE** | **PROOF OF CLAIM** |

Indicate Debtor against which you assert a claim by checking the appropriate box below (**Check only one Debtor per claim form**):

☒ The Standard Register Company (Case No. 15-10541)
☐ Standard Register Holding Company (Case No. 15-10542)
☐ Standard Register Technologies, Inc. (Case No. 15-10543)
☐ Standard Register International, Inc. (Case No. 15-10544)
☐ iMedconsent, LLC (Case No. 15-10540)

☐ Standard Register of Puerto Rico Inc. (Case No. 15-10545)
☐ Standard Register Mexico Holding Company (Case No. 15-10546)
☐ Standard Register Holding, S. de R.L. de C.V. (Case No. 15-10547)
☐ Standard Register de Mexico, S. de R.L. de C.V. (Case No. 15-10548)
☐ Standard Register Servicios, S. de R.L. de C.V. (Case No. 15-10549)
☐ Standard Register Technologies Canada ULC (Case No. 15-10550)

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file requests for payment of an administrative expense according to 11 U.S.C. § 503.*

**COURT USE ONLY**

Name of Creditor (the person or other entity to whom the debtor owes money or property):

DG3 North America Inc.

Name and address where notices should be sent:

**Attn: Brian Conti**
**100 Burma Road**
**Jersey City, NJ  07305**

Telephone number: 201-793-5361    email: Brian.Conti@DG3.com

Name and address where payment should be sent (if different from above):

Telephone number:    email:

☐ Check this box if this claim amends a previously filed claim.

**Court Claim Number:**_____
(*If known*)

Filed on:_____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim.  Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:** $ 96,455.44

If all or part of the claim is **secured**, complete **item 4**. If all or part of the claim is entitled to **priority**, complete **item 5**.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim.  Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** Goods Sold (see invoices attached hereto as Exhibit A)
   (See instruction #2)

| **3. Last four digits of any number by which creditor identifies debtor:** | **3a. Debtor may have scheduled account as:** | **3b. Uniform Claim Identifier (optional):** |
|---|---|---|
| 2012 __ __ __ __ | _____ (See instruction #3a) | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ (See instruction #3b) |

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

**Value of Property:** $_____

**Annual Interest Rate**_____% ☐ Fixed  or ☐ Variable
**(when case was filed)**

**Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:**
$_____

**Basis for perfection:** _____

**Amount of Secured Claim:** $_____

**Amount Unsecured:** $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a).  If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

☐ Domestic support obligations under 11 U.S.C. 507 (a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

☒ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)( 2 ).

**Amount entitled to priority:**
$ 34,535.60 _____

*Amounts are subject to adjustment on 4/1/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

Claim Number: 1021

**6. Claim Pursuant to 11 U.S.C. § 503(b)(9):** Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.

$ _____ **(See instruction #6)**

**7. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

**8. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #8, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**9. Signature:** (See instruction #9)

Check the appropriate box.

❏ I am the creditor.    ☑ I am the creditor's authorized agent.    ❏ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ❏ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:   Brian Conti
Title:   VP, Corporate Controller
Company:   DG3 North America, Inc.
Address and telephone number (if different from notice address above):
100 Burma Rd
Jersey City, NJ 07305

**Signature:** *Brian Conti*
Brian Conti (May 27, 2015)
(Signature)      (Date)
**Email:** Brian.Conti@DG3.com

Telephone number: 201-793-5361     email: brian.conti@dg3.com

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**Attach Supporting Documentation** (limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):



IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**

Fill in the federal judicial district in which the bankruptcy case was filed (for example, Central District of California), the debtor's full name, and the case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice.

**Creditor's Name and Address:**

Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**

State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**

State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**

State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**

Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**3b. Uniform Claim Identifier:**

If you use a uniform claim identifier, you may report it here. A uniform claim identifier is an optional 24-character identifier that certain large creditors use to facilitate electronic payment in chapter 13 cases.

**4. Secured Claim:**

Check whether the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See Definitions.) If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien

documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. § 507 (a).**

If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Claim Pursuant to 11 U.S.C. § 503(b)(9):**

Check this box if you have a claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Attach documentation supporting such claim. (See DEFINITIONS, below.)

**7. Credits:**

An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**8. Documents:**

Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**9. Date and Signature:**

The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.

---

**_____ DEFINITIONS _____**

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity to whom debtor owes a debt that was incurred before the date of the bankruptcy case. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment for a debt owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. § 506 (a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding.

In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. § 507 (a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**_____ INFORMATION _____**

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, please enclose a stamped self-addressed envelope and a copy of this proof of claim. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at http://cases.primeclerk.com/standardregister.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

PLEASE SEND COMPLETED PROOF(S) OF CLAIM TO:

**The Standard Register Company**
**Claims Processing Center**
**c/o Prime Clerk LLC**
**830 3rd Avenue, 9th Floor**
**New York, NY 10022**

B10 (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT District of Delaware | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>The Standard Register Company | Case Number:<br>15-10541 | |
|---|---|---|

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
DG3 North America Inc

**COURT USE ONLY**

Name and address where notices should be sent:
Brian Conti
DG3 North America
100 Burma Road Jersey City, NJ 07305

Telephone number: (201) 793-5361   email: Brian.Conti@DG3.com

❏ Check this box if this claim amends a previously filed claim.

**Court Claim Number:**_____
(*If known*)

Filed on:_____

Name and address where payment should be sent (if different from above):

Telephone number:   email:

❏ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:**   $_____96,455.44

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

❏ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:**   Goods Sold (see invoices attached hereto as Exhibit A)
(See instruction #2)

| 3. Last four digits of any number by which creditor identifies debtor:<br>2 0 1 2 | 3a. Debtor may have scheduled account as:<br>_____<br>(See instruction #3a) | 3b. Uniform Claim Identifier (optional):<br>_____<br>(See instruction #3b) |
|---|---|---|

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:

$_____

**Nature of property or right of setoff:** ❏Real Estate  ❏Motor Vehicle  ❏Other
**Describe:**

**Basis for perfection:** _____

**Value of Property:** $_____

**Amount of Secured Claim:**   $_____

**Annual Interest Rate**_____% ❏Fixed  or  ❏Variable
(when case was filed)

**Amount Unsecured:**   $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

❏ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B).

❏ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

❏ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).

❏ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

❏ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

☑ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(2_).

**Amount entitled to priority:**

$_____34,535.60

*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

B10 (Official Form 10) (04/13)          2

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. *(See instruction #7, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**8. Signature:** (See instruction #8)

Check the appropriate box.

☐ I am the creditor.   ☑ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:   Brian Conti
Title:   VP, Corporate Controller
Company:   DG3 North America, Inc.
Address and telephone number (if different from notice address above):
100 Burma Rd
Jersey City, NJ 07305

(Signature)       05/20/2015
(Date)

Telephone number:(201) 793-5361     email: brian.conti@dg3.com

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

---

**INSTRUCTIONS FOR PROOF OF CLAIM FORM**

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district in which the bankruptcy case was filed (for example, Central District of California), the debtor's full name, and the case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**3b. Uniform Claim Identifier:**
If you use a uniform claim identifier, you may report it here. A uniform claim identifier is an optional 24-character identifier that certain large creditors use to facilitate electronic payment in chapter 13 cases.

**4. Secured Claim:**
Check whether the claim is fully or partially secured. Skip this section if the

claim is entirely unsecured. (See Definitions.) If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. § 507 (a).**
If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest and documents required by FRBP 3001(c) for claims based on an open-end or revolving consumer credit agreement or secured by a security interest in the debtor's principal residence. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**8. Date and Signature:**
The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.

B10 (Official Form 10) (04/13)                                                                                                                                          3

## DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity to whom the debtor owes a debt that was incurred before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment for a debt owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. § 506 (a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien.

A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. § 507 (a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

## INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

# **EXHIBIT A**

#2206832 v2
106903-57498

# DG3 North America, Inc.

100 Burma Road
Jersey City, NJ  07305

# INVOICE

Bill To: SR "BNY Dreyfus (34137)
600 Albany Street
PO Box 1167
Dayton, OH  45401-1167

Invoice Date: 12/31/2014
Invoice Number: **191040**
Page: 1 of 1
Terms: Net 30 Days

Salesperson: Lindfeldt, Eric
Purchase Order:

| Quantity | Job ID | Description | Freight/Postage Amount | Unit Price | Unit of Measure | Amount USD$ |
|---|---|---|---|---|---|---|
| 50,180 | CO 280260 | RET-0947INS-1214A  Statement insert 2 page 4/4 + satin aq. on 100 # silk text - trim 4 sides to 3.75x8.5 - convenient band and carton pack - bundled with rubber bands, shrink wrap, or paper band. | | | | 3,432.00 |
| | | Delivery charges to Lynnfield, MA | 882.09 | | | |

| | |
|---|---|
| Net Sales: | $ 3,432.00 |
| Freight - Non-Taxable: | $ 882.09 |
| **Invoice Total (USD):** | 4,314.09 |



SUSTAINABLE FORESTRY INITIATIVE
*Good for you. Good for our forests.*
www.sfiprogram.org

Only items listed as CoC are sold as such.
RA-CoC-001941
PwC-SFI-CoC-324
PwC- PEFC-324



FSC
www.fsc.org
FSC® C013960
The mark of responsible forestry

For Wire Transfer please submit to:
**MB Financial Bank**
**ABA# 071000343**
Ref: DG3 191040
Acct#: 70966648

Please Remit Payment To:
DG3 North America
P.O. Box 83090
Chicago, IL  60691-3010

DG3 North America, Inc.

DG3.191040-52622.O

# DG3 North America, Inc.
100 Burma Road
Jersey City, NJ  07305

# INVOICE

Bill To: SR "BNY Dreyfus" (34137)
600 Albany Street
PO Box 1167
Dayton, OH  45401-1167

| | |
|---|---|
| Invoice Date: | 01/20/2015 |
| Invoice Number: | **191562** |
| Page: | 1 of 2 |
| Terms: | Net 30 Days |

Salesperson: Lindfeldt, Eric

Purchase Order:

| Quantity | Job ID | Description | Freight/Postage Amount | Unit Price | Unit of Measure | Amount USD$ |
|---|---|---|---|---|---|---|
| 500 | CO 280243 | Focus Funds Catalog - 12/.23/14 Project: Catalog<br>Client: BY Mellon<br>Job #: 14-BNY-0047<br>Finished Size: 8.5 x 11<br>Pages: 36 pages + 4 page cover<br>Colors: cmyk uv inks 4/4<br>Cover  Mohawk Superfine Ultrawhite 100# Smooth Cover<br>text: Mohawk Superfine Ultrawhite 80# Smooth Text<br>Finishing: perfect bound, trim to size | | | | 3,000.00 |
| 500 | CO 280243-1 | Reprint  - Customer changes using new copy supplied -<br>Focus Funds Catalog - 12/.23/14 Project: Catalog<br>Client: BY Mellon<br>Job #: 14-BNY-0047<br>Finished Size: 8.5 x 11<br>Pages: 36 pages + 4 page cover<br>Colors: cmyk uv inks 4/4<br>Cover  Mohawk Superfine Ultrawhite 100# Smooth Cover<br>text: Mohawk Superfine Ultrawhite 80# Smooth Text<br>Finishing: perfect bound, trim to size | | | | 5,000.00 |
| | | Delivery charges to New York, NY | 81.03 | | | |
| 500 | CO 280305 | BNY Mellon newsletter Project: Newsletter<br>Client: BY Mellon<br>Job #: 14-BNY-0044<br>12 pages self cover<br>page Size: 10"w x 13"h<br>Colors cmyk + satin aq. 4/4 heavy coverage<br>Paper: 100# Galerie Silk Text<br>Finishing: saddle stitched, trim to size | | | | 4,850.00 |
| | | Delivery charges to New York, NY | 185.21 | | | |

| | |
|---|---|
| Net Sales: | $ 12,850.00 |
| Freight - Non-Taxable: | $ 266.24 |
| **Invoice Total (USD):** | 13,116.24 |

# DG3 North America, Inc.

100 Burma Road
Jersey City, NJ  07305

# INVOICE

Bill To: SR "BNY Dreyfus (34137)
600 Albany Street
PO Box 1167
Dayton, OH  45401-1167

| | |
|---|---|
| Invoice Date: | 01/20/2015 |
| Invoice Number: | **191562** |
| Page: | 2 of 2 |
| Terms: | Net 30 Days |

Salesperson:  Lindfeldt, Eric

Purchase Order:

| Quantity | Job ID | Description | Freight/Postage Amount | Unit Price | Unit of Measure | Amount USD$ |
|---|---|---|---|---|---|---|

SUSTAINABLE
FORESTRY
INITIATIVE

*Good for you. Good for our forests*
www.sfiprogram.org

Only items listed as CoC are sold as such.
RA-CoC-001941
PwC-SFI-CoC-324
PwC- PEFC-324


FSC
www.fsc.org
FSC C013846
The mark of
responsible forestry

| For Wire Transfer please submit to: | | Please Remit Payment To: |
|---|---|---|
| MB Financial Bank | | DG3 North America |
| ABA# 071000343 | dg3 | P.O. Box 83090 |
| Ref: DG3-191562 | | Chicago, IL  60691-3010 |
| Acct#: 70966648 | | |

# DG3 North America, Inc.

100 Burma Road
Jersey City, NJ  07305

# INVOICE

Bill To: SR "BNY Dreyfus" (34137)
600 Albany Street
PO Box 1167
Dayton, OH 45401-1167

| | |
|---|---|
| Invoice Date: | 01/20/2015 |
| Invoice Number: | **191563** |
| Page: | 1 of 2 |
| Terms: | Net 30 Days |

Salesperson:  Lindfeldt, Eric
Purchase Order:

| Quantity | Job ID | Description | Freight/Postage Amount | Unit Price | Unit of Measure | Amount USD$ |
|---|---|---|---|---|---|---|
| 200,215 | CO 280988 | 2014 Tax Information Guide - Form 1099-DIV DRY-1099DIV-14 FLAT SIZE: 14.875 X 9 FINAL SIZE: 3.75 X 9 COLORS: 1/1 K/K STOCK: 70# offset text FINISHING: TRIM TO SIZE & GATE FOLD TO 3.75 X 9 | | | | 15,027.39 |
| | | Delivery charges to Lynnfield, MA | 1,628.78 | | | |
| | | Delivery charges to New York, NY | 80.60 | | | |
| 1,180 | CO 280991 | 2014 Tax Information Guide - Form 1099-Q DRY-1099-Q-14 FLAT SIZE: 14.875 X 9 FINAL SIZE: 3.75 X 9 COLORS: 1/1 K/K STOCK: 70# offset text FINISHING: TRIM TO SIZE & GATE FOLD TO 3.75 X 9 | | | | 864.76 |
| | | Delivery charges Lynnfield, MA | 184.67 | | | |
| | | Delivery charges New York, NY | 80.68 | | | |
| 25,185 | CO 280992 | 2014 Tax Information Guide - Form 1099-R DRY-1099-R-14 FLAT SIZE: 14.875 X 9 FINAL SIZE: 3.75 X 9 COLORS: 1/1 K/K STOCK: 70# offset text FINISHING: TRIM TO SIZE & GATE FOLD TO 3.75 X 9 | | | | 3,230.84 |
| | | Delivery charges to Lynnfield, MA | 178.66 | | | |
| | | Delivery charges to New York, NY | 80.68 | | | |
| 100,190 | CO 280994 | DRYTAX-14 -- Dreyfus 2014 Tax Guide - Form DRYTAX-14 FINAL SIZE: 5.375 X 8.375 COLORS: K/K STOCK: 80 lb Cover (4 pages) and 70 lb. Plainfield (8 pages) FINISHING: SADDLE STITCHED | | | | 15,600.12 |
| | | Delivery charges to Lynnfield, MA | 838.43 | | | |

| | | |
|---|---|---|
| | Net Sales: | $ 34,723.11 |

DG3 North America, Inc.                    (CONTINUED)                    DG3.191563-52856.O

# DG3 North America, Inc.

100 Burma Road
Jersey City, NJ  07305

# INVOICE

Bill To: SR "BNY Dreyfus" (34137)
600 Albany Street
PO Box 1167
Dayton, OH  45401-1167

| | |
|---|---|
| Invoice Date: | 01/20/2015 |
| Invoice Number: | **191563** |
| Page: | 2 of 2 |
| Terms: | Net 30 Days |

Salesperson: Lindfeldt, Eric
Purchase Order:

| Quantity | Job ID | Description | Freight/Postage Amount | Unit Price | Unit of Measure | Amount USD$ |
|---|---|---|---|---|---|---|
| | | | Freight - Non-Taxable: | | | $ 3,072.50 |
| | | | **Invoice Total (USD):** | | | 37,795.61 |



SUSTAINABLE
FORESTRY
INITIATIVE

*Good for you. Good for our forests.*
www.sfiprogram.org

Only items listed as CoC are sold as such.
RA-CoC-001941
PwC-SFI-CoC-324
PwC- PEFC-324



FSC
www.fsc.org
FSC® C011960

The mark of
responsible forestry

| For Wire Transfer please submit to: | | Please Remit Payment To: |
|---|---|---|
| **MB Financial Bank** | | **DG3 North America** |
| ABA# 071000343 | | P.O. Box 83090 |
| Ref: DG3 191563 | | Chicago, IL  60691-3010 |
| Acct#: 70866648 | | |

dg3
*a world of global
graphic value*

DG3 North America, Inc.

DG3.191563-52855.O

# DG3 North America, Inc.

100 Burma Road
Jersey City, NJ  07305

# INVOICE

**Bill To:** SR "BNY Dreyfus" (34137)
600 Albany Street
PO Box 1167
Dayton, OH  45401-1167

**Invoice Date:** 02/11/2015
**Invoice Number:** **192564**
**Page:** 1 of 1
**Terms:** Net 30 Days

**Salesperson:** Lindfeldt, Eric

**Purchase Order:**

| Quantity | Job ID | Description | Freight/Postage Amount | Unit Price | Unit of Measure | Amount USD$ |
|---|---|---|---|---|---|---|
| 45,180 | CO 281987 | RET-6144INS-0215  Statement Insert 2 page 45,180 pieces - 4/4 + satin aq. on 100 # silk text - trim 4 sides to 3.75x8.5 - convenient band and carton pack - bundled with rubber bands, shrink wrap, or paper band. | | | | 2,916.05 |
| | | Delivery charges to Lynnfield, MA | 173.60 | | | |
| | | Delivery charges to New York, NY | 40.30 | | | |

| | |
|---|---|
| Net Sales: | $ 2,916.05 |
| Freight - Non-Taxable: | $ 213.90 |
| **Invoice Total (USD):** | 3,129.95 |



SUSTAINABLE
FORESTRY
INITIATIVE
*Good for you. Good for our forests.*
www.sfiprogram.org

Only items listed as CoC are sold as such.
RA-CoC-001041
PwC-SFI-CoC-324
PwC- PEFC-324



FSC
www.fsc.org
FSC® C013568

The mark of
responsible forestry

| For Wire Transfer please submit to: |  | Please Remit Payment To: |
|---|---|---|
| **MB Financial Bank** | | **DG3 North America** |
| **ABA# 071000343** | diversified global | **P.O. Box 83090** |
| **Ref: DG3 192564** | graphics group | **Chicago, IL  60691-3010** |
| **Acct#: 709866648** | | |

DG3 North America, Inc.

DG3.192564-53300.O

# DG3 North America, Inc.

100 Burma Road
Jersey City, NJ  07305

# INVOICE

**Bill To:** SR "BNY Dreyfus" (34137)
600 Albany Street
PO Box 1167
Dayton, OH  45401-1167

| | |
|---|---|
| **Invoice Date:** | 02/11/2015 |
| **Invoice Number:** | 192566 |
| **Page:** | 1 of 1 |
| **Terms:** | Net 30 Days |

**Salesperson:**  Lindfeldt, Eric

**Purchase Order:**

| Quantity | Job ID | Description | Freight/Postage Amount | Unit Price | Unit of Measure | Amount USD$ |
|---|---|---|---|---|---|---|
| 500 | CO 281990 | BNYM-FIFLD-1014 BNY Mellon Fixed Income Pocket Folder, 4pp die cut pocket folders 9.x 11.5 + two 5" glued pockets with business card slits on the left hand pocket as 2 half moons | | | | 3,423.65 |
| | | 500 complete folders with 3 stepped inserts collated and inserted into the left hand pocket  printed on 100# creator silk  text as cmyk + satin aq. 2 sides | | | | |
| | | 8.5x11 | | | | |
| | | 8.5x9.5625 | | | | |
| | | 8.5x8.1875 | | | | |
| | | die cut pocket folder printed on 130 pound mccoy silk cover as cmyk OFFSET with Aqueous Coating printing one side only w/ 2 glued pockets 5" with 2 half moon business card slits on the left hand pocket only | | | | |
| | | Delivery charges to New York, NY | 140.30 | | | |

| | |
|---|---|
| **Net Sales:** | $ 3,423.65 |
| **Freight - Non-Taxable:** | $  140.30 |
| **Invoice Total (USD):** | 3,563.95 |



SUSTAINABLE
FORESTRY
INITIATIVE

*Good for you. Good for our forests.*
www.sfiprogram.org

Only items listed as CoC are sold as such.
RA-CoC-001941
PwC-SFI-CoC-324
PwC- PEFC-324



FSC
www.fsc.org
FSC C013365

The mark of
responsible forestry

| For Wire Transfer please submit to: |  | Please Remit Payment To: |
|---|---|---|
| **MB Financial Bank** | | **DG3 North America** |
| **ABA# 071000343** | | **P.O. Box 83090** |
| Ref: DG3-192566 | | **Chicago, IL  60691-3010** |
| Acct#: 70966648 | | |

# DG3 North America, Inc.

100 Burma Road
Jersey City, NJ  07305

# INVOICE

Bill To:  SR "BNY Dreyfus" (34137)
600 Albany Street
PO Box 1167
Dayton, OH  45401-1167

| | |
|---|---|
| Invoice Date: | 03/09/2015 |
| Invoice Number: | **193712** |
| Page: | 1 of 1 |
| Terms: | Net 30 Days |

Salesperson:  Lindfeldt, Eric

Purchase Order:

| Quantity | Job ID | Description | Freight/Postage Amount | Unit Price | Unit of Measure | Amount USD$ |
|---|---|---|---|---|---|---|
| 25,060 | CO 283087 | DRY-FBNWL-0115.zip Front Burner Newsletter 12 pages self cover page Size: 10"w x 13"h Colors cmyk + satin aq. 4/4 heavy coverage Paper: 70 lb. Silk Text stock Finishing: saddle stitched, trim to size + hard fold for mailing with back cover out to 6.5x10 + 2 wafer seal head with 1" translucent wafer seals - wafer seals are NOT perforated | | | | 13,489.00 |
| | | Freight Charges | 176.44 | | | |

| | |
|---|---|
| Net Sales: | $ 13,489.00 |
| Freight - Non-Taxable: | $ 176.44 |
| **Invoice Total (USD):** | 13,665.44 |



SUSTAINABLE
FORESTRY
INITIATIVE

*Good for you. Good for our forests.*
www.sfiprogram.org

Only items listed as CoC are sold as such
RA-CoC-001941
PwC-SFI-CoC-324
PwC- PEFC-324



FSC
www.fsc.org
FSC® C013960

The mark of
responsible forestry

| For Wire Transfer please submit to: | | Please Remit Payment To: |
|---|---|---|
| **MB Financial Bank** | | **DG3 North America** |
| **ABA# 071000343** | | P.O. Box 83090 |
| Ref: DG3 193712 | | Chicago, IL  60691-3010 |
| Acct#: 70966648 | | |

DG3 North America, Inc.

DG3.193712-53813.O

# DG3 North America, Inc.

100 Burma Road
Jersey City, NJ  07305

# INVOICE

Bill To:  SR "BNY Dreyfus" (34137)
600 Albany Street
PO Box 1167
Dayton, OH  45401-1167

Invoice Date:  03/09/2015
Invoice Number:  **193720**
Page:  1 of 1
Terms:  Net 30 Days

Salesperson:  Lindfeldt, Eric
Purchase Order:

| Quantity | Job ID | Description | Freight/Postage Amount | Unit Price | Unit of Measure | Amount USD$ |
|---|---|---|---|---|---|---|
| 5,000 | CO 283107 | Focus Funds Catalog Q414 | | | | 19,963.00 |
| | | Finished Size: 8.5 x 11 | | | | |
| | | Pages: 36 pages + 4 page cover | | | | |
| | | Colors: cmyk uv inks 4/4 | | | | |
| | | Cover  Mohawk Superfine Ultrawhite 100# Smooth Cover | | | | |
| | | Text: Mohawk Superfine Ultrawhite 80# Smooth Text | | | | |
| | | Finishing: perfect bound, trim to size - pack 20 per carton | | | | |
| | | Freight Charges | 137.98 | | | |

Net Sales:  $ 19,963.00
Freight - Non-Taxable:  $ 137.98

Invoice Total (USD):  20,100.98



SUSTAINABLE FORESTRY INITIATIVE
*Good for you. Good for our forests.*
www.sfiprogram.org

Only items listed as CoC are sold as such.
RA-CoC-001941
PwC-SFI-CoC-324
PwC- PEFC-324



For Wire Transfer please submit to:
**MB Financial Bank**
**ABA# 071000343**
**Ref: DG3 193720**
**Acct#: 70966648**

dg3

Please Remit Payment To:
DG3 North America
P.O. Box 83090
Chicago, IL  60691-3010

DG3 North America, Inc.

DG3.193720-53813.0

# DG3 North America, Inc.

100 Burma Road
Jersey City, NJ  07305

# INVOICE

Bill To: SR "BNY Dreyfus" (34137)
600 Albany Street
PO Box 1167
Dayton, OH  45401-1167

Invoice Date: 03/11/2015
Invoice Number: **193873**
Page: 1 of 1
Terms: Net 30 Days

Salesperson: Lindfeldt, Eric
Purchase Order: 2619006

| Quantity | Job ID | Description | Freight/Postage Amount | Unit Price | Unit of Measure | Amount USD$ |
|---|---|---|---|---|---|---|
| 450 | CO 282904 | Investment management quick facts with union bug on page 4 printing cmyk 2 sides - size 17 x 11 flat / 8.5 x 11 scored + folded on Silk, 100# Cover  mCcoy shrinkwrap for protection | | | | 369.00 |
| | | Freight Charges to Boston, MA | 56.17 | | | |
| | | Freight Charges to New York, NY | 24.00 | | | |
| | | Freight Charges to Murfreesboro, TN | 20.01 | | | |

Net Sales: $ 369.00
Freight - Non-Taxable: $ 100.18

Invoice Total (USD): 469.18



SUSTAINABLE
FORESTRY
INITIATIVE
*Good for you  Good for our forests*
www.sfiprogram.org

Only items listed as CoC are sold as such.
RA-CoC-001941
PwC-SFI-CoC-324
PwC- PEFC-324



FSC
www.fsc.org
FSC C013989
the mark of
responsible forestry

For Wire Transfer please submit to:
**MB Financial Bank**
**ABA# 071000343**
Ref: DG3 193873
Acct#: 70966648



Please Remit Payment To:
DG3 North America
P.O. Box 83090
Chicago, IL  60691-3010

DG3 North America, Inc.

DG3.193873-53884.O

# DG3 North America, Inc.

100 Burma Road
Jersey City, NJ  07305

# <u>INVOICE</u>

Bill To: SR "BNY Dreyfus" (34137)
600 Albany Street
PO Box 1167
Dayton, OH  45401-1167

Invoice Date: 03/11/2015
Invoice Number: **193875**
Page: 1 of 1
Terms: Net 30 Days

Salesperson:  Lindfeldt, Eric

Purchase Order:  2699597

| Quantity | Job ID | Description | Freight/Postage Amount | Unit Price | Unit of Measure | Amount USD$ |
|---|---|---|---|---|---|---|
| 250 | CO 283031 | Public Funds Quick Facts with union bug on page 4 printing cmyk 2 sides  on 100# McCoy Silk Cover<br>Flat size: 11X17<br>Final Size: 8.5 x 11<br>Fin: scored, folded & shrinkwrap IN 25'S. | | | | 300.00 |

Net Sales: | $ 300.00

Invoice Total (USD): | 300.00

SUSTAINABLE
FORESTRY
INITIATIVE

*Good for you. Good for our forests.*
www.sfiprogram.org

Only items listed as CoC are sold as such.
RA-CoC-001941
PwC-SFI-CoC-324
PwC- PEFC-324

FSC
www.fsc.org
FSC® C013960

The mark of
responsible forestry

For Wire Transfer please submit to:
**MB Financial Bank**
**ABA# 071000343**
Ref: DG3-193875
Acct#: 70966648



*diversified global*
*think as a group*

Please Remit Payment To:

**DG3 North America**
**P.O. Box 83090**
**Chicago, IL  60691-3010**



DG3 North America, Inc.

DG3.193875-53884.O

# Electronic Proof of Claim

Adobe Document Cloud Document History

May 27, 2015

| | |
|---|---|
| Created: | May 27, 2015 |
| By: | Prime Clerk (epoc@primeclerk.com) |
| Status: | SIGNED |
| Transaction ID: | XNUP7WJ45XC2H3L |

## "Electronic Proof of Claim" History

Widget created by Prime Clerk (epoc@primeclerk.com)

May 27, 2015 - 4:00 PM EDT

Widget filled in by Brian Conti (brian.conti@dg3.com)

May 27, 2015 - 4:07 PM EDT - IP address: 54.208.4.136

Brian Conti (brian.conti@dg3.com) uploaded the following supporting documents:

Attachment

May 27, 2015 - 4:07 PM EDT

User email address provided through API

May 27, 2015 - 4:07 PM EDT - IP address: 54.208.4.136

Signed document emailed to Brian Conti (brian.conti@dg3.com) and Prime Clerk (epoc@primeclerk.com)

May 27, 2015 - 4:07 PM EDT