# EXHIBIT B

B 10 (Modified Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT, DISTRICT OF DELAWARE | PROOF OF CLAIM |
|---|---|

**Indicate Debtor against which you assert a claim by checking the appropriate box below (Check only one Debtor per claim form):**

| | |
|---|---|
| ☒ The Standard Register Company (Case No. 15-10541) | ☐ Standard Register of Puerto Rico Inc. (Case No. 15-10545) |
| ☐ Standard Register Holding Company (Case No. 15-10542) | ☐ Standard Register Mexico Holding Company (Case No. 15-10546) |
| ☐ Standard Register Technologies, Inc. (Case No. 15-10543) | ☐ Standard Register Holding, S. de R.L. de C.V. (Case No. 15-10547) |
| ☐ Standard Register International, Inc. (Case No. 15-10544) | ☐ Standard Register de Mexico, S. de R.L. de C.V. (Case No. 15-10548) |
| ☐ iMedconsent, LLC (Case No. 15-10540) | ☐ Standard Register Servicios, S. de R.L. de C.V. (Case No. 15-10549) |
| | ☐ Standard Register Technologies Canada ULC (Case No. 15-10550) |

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file requests for payment of an administrative expense according to 11 U.S.C. § 503.*

**COURT USE ONLY**

Name of Creditor (the person or other entity to whom the debtor owes money or property):

DG3 North America Inc

Name and address where notices should be sent:

Brian Conti
DG3 North America
100 Burma Road
Jersey City, NJ  07305

☐ Check this box if this claim amends a previously filed claim.

**Court Claim Number:**_____
    (*If known*)

Filed on:_____

Telephone number: (201) 793-5361    email: Brian.Conti@DG3.com

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim.  Attach copy of statement giving particulars.

Telephone number:          email:

**1. Amount of Claim as of Date Case Filed:**   $ 34,535.60

If all or part of the claim is **secured**, complete **item 4**. If all or part of the claim is entitled to **priority**, complete **item 5**.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim.  Attach a statement that itemizes interest or charges.

**2. Basis for Claim:**   503(b)(9) - See Supplemental  Statement & Supporting Docs attached as Exhibit A
    (See instruction #2)

| **3. Last four digits of any number by which creditor identifies debtor:** 2012 | **3a. Debtor may have scheduled account as:** _____ (See instruction #3a) | **3b. Uniform Claim Identifier (optional):** _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ (See instruction #3b) |
|---|---|---|

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

**Value of Property: $**_____

**Annual Interest Rate**_____**%** ☐ Fixed  or  ☐ Variable
(when case was filed)

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:

$_____

**Basis for perfection:** _____

**Amount of Secured Claim:**   $_____

**Amount Unsecured:**   $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a).  If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

| | | |
|---|---|---|
| ☐ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B). | ☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4). | ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5). |
| ☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7). | ☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8). | ☒ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)( 2 ). |

**Amount entitled to priority:**

$  34,535.60 _____

*Amounts are subject to adjustment on 4/1/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**Claim Number: 1763**

**6. Claim Pursuant to 11 U.S.C. § 503(b)(9):** Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.

$ _____      **(See instruction #6)**

**7. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

**8. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #8, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**9. Signature:** (See instruction #9)

Check the appropriate box.

❏ I am the creditor.   ☑ I am the creditor's authorized agent.   ❏ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ❏ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:  Brian Conti
Title:  VP, Corporate Controller
Company:  DG3 North America, Inc.
Address and telephone number (if different from notice address above):
100 Burma Rd
Jersey City, NJ  07305

**Signature:**  *Brian Conti*
Brian Conti (Jun 9, 2015)
(Signature)                                        (Date)
**Email:**  Brian.Conti@DG3.com

Telephone number: (201) 793-5361        email: brian.conti@dg3.com

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**Attach Supporting Documentation** (limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):



IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*

### Items to be completed in Proof of Claim form

**Court, Name of Debtor, and Case Number:**

Fill in the federal judicial district in which the bankruptcy case was filed (for example, Central District of California), the debtor's full name, and the case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice.

**Creditor's Name and Address:**

Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**

State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**

State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**

State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**

Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**3b. Uniform Claim Identifier:**

If you use a uniform claim identifier, you may report it here. A uniform claim identifier is an optional 24-character identifier that certain large creditors use to facilitate electronic payment in chapter 13 cases.

**4. Secured Claim:**

Check whether the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See Definitions.) If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. § 507 (a).**

If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Claim Pursuant to 11 U.S.C. § 503(b)(9):**

Check this box if you have a claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Attach documentation supporting such claim. (See DEFINITIONS, below.)

**7. Credits:**

An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**8. Documents:**

Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**9. Date and Signature:**

The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.

---

### _____DEFINITIONS_____

**Debtor**

A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**

A creditor is a person, corporation, or other entity to whom debtor owes a debt that was incurred before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**

A claim is the creditor's right to receive payment for a debt owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**

A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. § 506 (a)**

A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding.

In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**

An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. § 507 (a)**

Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

**Evidence of Perfection**

Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

### _____INFORMATION_____

**Acknowledgment of Filing of Claim**

To receive acknowledgment of your filing, please enclose a stamped self-addressed envelope and a copy of this proof of claim. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at http://cases.primeclerk.com/standardregister.

**Offers to Purchase a Claim**

Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

PLEASE SEND COMPLETED PROOF(S) OF CLAIM TO:

**The Standard Register Company**
**Claims Processing Center**
**c/o Prime Clerk LLC**
**830 3rd Avenue, 9th Floor**
**New York, NY 10022**

B10 (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT | District of Delaware | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor: <br> The Standard Register Company | Case Number: <br> 15-10541 | |
|---|---|---|

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
DG3 North America Inc

Name and address where notices should be sent:
Brian Conti
DG3 North America
100 Burma Road Jersey City, NJ 07305

Telephone number: (201) 793-5361    email: Brian.Conti@DG3.com

**COURT USE ONLY**

❐ Check this box if this claim amends a previously filed claim.

**Court Claim Number:**_____
(If known)

Filed on:_____

Name and address where payment should be sent (if different from above):

Telephone number:                email:

❐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:**    $ 34,535.60

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

❐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** _503(b)(9) - See Supplemental Statement and Supporting Documents attached as Exhibit A_
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:**
2 0 1 2

**3a. Debtor may have scheduled account as:**
_____
(See instruction #3a)

**3b. Uniform Claim Identifier (optional):**
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
(See instruction #3b)

**4. Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ❐Real Estate  ❐Motor Vehicle  ❐Other
**Describe:**

**Value of Property:** $_____

**Annual Interest Rate**_____% ❐Fixed  or  ❐Variable
**(when case was filed)**

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:

$_____

**Basis for perfection:** _____

**Amount of Secured Claim:** $_____

**Amount Unsecured:** $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

❐ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B).

❐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

❐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).

❐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

❐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

☑ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(2 ).

**Amount entitled to priority:**
$_____34,535.60

*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

B10 (Official Form 10) (04/13)                                                                                                2

---

**7. Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. *(See instruction #7, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

---

**8. Signature:** (See instruction #8)

Check the appropriate box.

❑ I am the creditor.   ☑ I am the creditor's authorized agent.   ❑ I am the trustee, or the debtor,   ❑ I am a guarantor, surety, indorser, or other codebtor.
                                                                   or their authorized agent.              (See Bankruptcy Rule 3005.)
                                                                   (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:  Brian Conti
Title:  VP, Corporate Controller
Company:  DG3 North America, Inc.                                    _____                06/9/2015
Address and telephone number (if different from notice address above):   (Signature)                           (Date)
  100 Burma Rd
  Jersey City, NJ 07305

Telephone number: (201) 793-5361     email: brian.conti@dg3.com

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

---

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district in which the bankruptcy case was filed (for example, Central District of California), the debtor's full name, and the case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**3b. Uniform Claim Identifier:**
If you use a uniform claim identifier, you may report it here. A uniform claim identifier is an optional 24-character identifier that certain large creditors use to facilitate electronic payment in chapter 13 cases.

**4. Secured Claim:**
Check whether the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See Definitions.) If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. § 507 (a).**
If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest and documents required by FRBP 3001(c) for claims based on an open-end or revolving consumer credit agreement or secured by a security interest in the debtor's principal residence. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**8. Date and Signature:**
The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.

B10 (Official Form 10) (04/13)

3

_____DEFINITIONS_____        _____INFORMATION_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity to whom debtor owes a debt that was incurred before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment for a debt owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. § 506 (a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien.

A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. § 507 (a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

# **EXHIBIT A**

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

IN RE: THE STANDARD REGISTER COMPANY
CHAPTER 11

CASE NO. 15-10541(BLS)

CREDITOR: DG3 NORTH AMERICA, INC.

### SUPPLEMENTAL STATEMENT TO PROOF OF CLAIM

In accordance with the Court's *Order Pursuant to Bankruptcy Rule 3003(c)(3) and Local Rule 2002-1(e) Establishing Bar Dates and Related Procedures for Filing Proofs of Claim (Including for Administrative Expense Claims Arising Under Section 503(b)(9) of the Bankruptcy Doe) and Approving the Form and Manner of Notice Thereof* [D.I. 449] (the "Bar Date Order") dated May 8, 2015, DG3 North America, Inc. ("DG3") submits this Supplemental Statement along with supporting documentation as follows:

1.      On May 27, 2015, DG3 filed a proof of claim in the amount of $96,455.44 based on goods sold, but not paid for, by The Standard Register Company (the "Debtor"), which claim has been assigned claim number 1021 on the Debtor's claim register ("Claim 1021").

2.      Of the $96,455.44 asserted in Claim 1021, goods totaling $34,535.60 (the "Goods") were ordered by the Debtor in the ordinary course of business and shipped within 20 days of the commencement of the case.  Therefore, the value of the Goods are entitled to priority under 11 U.S.C. §§ 503(b)(9) and 507(a)(2) (the "Priority Claim").

3.      Although the amount of the Priority Claim  was included in Claim 1021, the Priority Claim is being filed separately pursuant to the Bar Date Order and is not intended to amend or supersede Claim 1021.

4.      Invoices evidencing the Goods are attached hereto.

5.      The Goods were delivered as directed by the Debtor via the methods and carriers identified on the shipping manifests attached hereto as **Exhibit 1**.  A summary of the shipment date, delivery date and place of delivery are as follows:

| Invoice No. | Invoice Date | Amount | Shipment Date | Delivery Date | Place of Delivery |
|---|---|---|---|---|---|
| 193712 | 3/9/2015 | $13,665.44 | 2/26/2015 | 2/18/2015 | Jersey City, Brooklyn, New York |
| 193720 | 3/9/2015 | $20,100.98 | 2/26/2015 | 2/18/2015 | Jersey City, Brooklyn, New York |
| 193873 | 3/11/2015 | $469.18 | 2/18/2015 | 2/12/2015 | Jersey City, Boston, New York |
| 193875 | 3/11/2015 | $300.00 | 2/18/2015 | 2/18/2015 | Jersey City, Boston |
| **Total value of Goods** | | **$34,535.60** | | | |

6.      The Priority Claim is based completely on the Goods and zero percent relates to services.

7.      On March 12, 2015, DG3, through its counsel sent the Debtor a formal reclamation demand letter pursuant to 11 U.S.C. § 546(c), a copy of which was filed on April 7, 2015.  [Docket No. 211].  A copy of the *Notice of Reclamation Demand* and demand letter are attached hereto as **Exhibit 2**.

**DG3 North America, Inc.**

100 Burma Road
Jersey City, NJ  07305

# INVOICE

Bill To: SR "BNY Dreyfus" (34137)
600 Albany Street
PO Box 1167
Dayton, OH 45401-1167

| | |
|---|---|
| Invoice Date: | 03/09/2015 |
| Invoice Number: | **193712** |
| Page: | 1 of 1 |
| Terms: | Net 30 Days |

Salesperson:  Lindfeldt, Eric

Purchase Order:

| Quantity | Job ID | Description | Freight/Postage Amount | Unit Price | Unit of Measure | Amount USD$ |
|---|---|---|---|---|---|---|
| 25,060 | CO 283087 | DRY-FBNWL-0115.zip Front Burner Newsletter 12 pages self cover page Size:  10"w x 13"h Colors cmyk + satin aq. 4/4 heavy coverage Paper: 70 lb. Silk Text stock Finishing: saddle stitched, trim to size + hard fold for mailing with back cover out to 6.5x10 + 2 wafer seal head with 1" translucent wafer seals - wafer seals are NOT perforated | | | | 13,489.00 |
| | | Freight Charges | 176.44 | | | |

| | |
|---|---|
| Net Sales: | $ 13,489.00 |
| Freight - Non-Taxable: | $ 176.44 |
| **Invoice Total (USD):** | 13,665.44 |



SUSTAINABLE
FORESTRY
INITIATIVE

Good for you. Good for our forests.
www.sfiprogram.org

Only items listed as CoC are sold as such.
RA-CoC-001941
PwC-SFI-CoC-324
PwC- PEFC-324



FSC

FSC® C013560

the mark of
responsible forestry

| For Wire Transfer please submit to: | | Please Remit Payment To: |
|---|---|---|
| **MB Financial Bank** | | **DG3 North America** |
| ABA# 071000343 | | P.O. Box 83090 |
| Ref: DG3 193712 | | Chicago, IL  60691-3010 |
| Acct#: 70966648 | | |

dg3

DG3 North America, Inc.                                                                                                    DG3-193712-53813.O

# DG3 North America, Inc.

100 Burma Road
Jersey City, NJ  07305

# INVOICE

Bill To: SR "BNY Dreyfus" (34137)
600 Albany Street
PO Box 1167
Dayton, OH  45401-1167

| | |
|---|---|
| Invoice Date: | 03/09/2015 |
| Invoice Number: | **193720** |
| Page: | 1 of 1 |
| Terms: | Net 30 Days |

**Salesperson:**  Lindfeldt, Eric

**Purchase Order:**

| Quantity | Job ID | Description | Freight/Postage Amount | Unit Price | Unit of Measure | Amount USD$ |
|---|---|---|---|---|---|---|
| 5,000 | CO 283107 | Focus Funds Catalog Q414 | | | | 19,963.00 |
| | | Finished Size: 8.5 x 11 | | | | |
| | | Pages: 36 pages + 4 page cover | | | | |
| | | Colors: cmyk uv inks 4/4 | | | | |
| | | Cover  Mohawk Superfine Ultrawhite 100# Smooth Cover | | | | |
| | | Text: Mohawk Superfine Ultrawhite 80# Smooth Text | | | | |
| | | Finishing: perfect bound, trim to size - pack 20 per carton | | | | |
| | | Freight Charges | 137.98 | | | |

| | |
|---|---|
| Net Sales: | $ 19,963.00 |
| Freight - Non-Taxable: | $ 137.98 |
| **Invoice Total (USD):** | 20,100.98 |



SUSTAINABLE
FORESTRY
INITIATIVE

*Good for you. Good for our forests.*
www.sfiprogram.org

Only items listed as CoC are sold as such.
RA-CoC-001941
PwC-SFI-CoC-324
PwC- PEFC-324



FSC
www.fsc.org
FSC C019990
The mark of
responsible forestry

| For Wire Transfer please submit to: | | Please Remit Payment To: |
|---|---|---|
| **MB Financial Bank** | | **DG3 North America** |
| **ABA# 071000343** | | P.O. Box 83090 |
| **Ref: DG3 193720** | dg3™ | **Chicago, IL  60691-3010** |
| **Acct#: 70966648** | | |

DG3 North America, Inc.                                                                                                 DG3.193720-53813.O

# DG3 North America, Inc.

100 Burma Road
Jersey City, NJ  07305

# INVOICE

Bill To: SR "BNY Dreyfus" (34137)
600 Albany Street
PO Box 1167
Dayton, OH  45401-1167

Invoice Date: 03/11/2015
Invoice Number: **193873**
Page: 1 of 1
Terms: Net 30 Days

Salesperson: Lindfeldt, Eric
Purchase Order: 2619006

| Quantity | Job ID | Description | Freight/Postage Amount | Unit Price | Unit of Measure | Amount USD$ |
|---|---|---|---|---|---|---|
| 450 | CO 282904 | Investment management quick facts with union bug on page 4 printing cmyk 2 sides - size 17 x 11 flat / 8.5 x 11 scored + folded on Silk, 100# Cover  mCcoy shrinkwrap for protection | | | | 369.00 |
| | | Freight Charges to Boston, MA | 56.17 | | | |
| | | Freight Charges to New York, NY | 24.00 | | | |
| | | Freight Charges to Murfreesboro, TN | 20.01 | | | |

| | |
|---|---|
| Net Sales: | $ 369.00 |
| Freight - Non-Taxable: | $ 100.18 |
| **Invoice Total (USD):** | 469.18 |

SUSTAINABLE
FORESTRY
INITIATIVE

Good for you  Good for our forests.
www.sfiprogram.org

Only Items listed as CoC are sold as such.
RA-CoC-001941
PwC-SFI-CoC-324
PwC- PEFC-324

FSC
www.fsc.org
FSC® C013982

the mark of
responsible forestry

| For Wire Transfer please submit to: | | Please Remit Payment To: |
|---|---|---|
| MB Financial Bank |  | DG3 North America |
| ABA# 071000343 | | P.O. Box 83090 |
| Ref: DG3 193873 | | Chicago, IL  60691-3010 |
| Acct#: 70966648 | | |



DG3 North America, Inc.                                        DG3.193873-53884:O

# DG3 North America, Inc.

100 Burma Road
Jersey City, NJ  07305

# INVOICE

Bill To:  SR "BNY Dreyfus" (34137)
600 Albany Street
PO Box 1167
Dayton, OH  45401-1167

Invoice Date: 03/11/2015
Invoice Number: **193875**
Page: 1 of 1
Terms: Net 30 Days

Salesperson: Lindfeldt, Eric
Purchase Order: 2699597

| Quantity | Job ID | Description | Freight/Postage Amount | Unit Price | Unit of Measure | Amount USD$ |
|---|---|---|---|---|---|---|
| 250 | CO 283031 | Public Funds Quick Facts with union bug on page 4 printing cmyk 2 sides  on 100# McCoy Silk Cover Flat size: 11X17 Final Size: 8.5 x 11 Fin: scored, folded & shrinkwrap IN 25'S. | | | | 300.00 |

Net Sales: $ 300.00

Invoice Total (USD): 300.00



SUSTAINABLE FORESTRY INITIATIVE
*Good for you. Good for our forests.*
www.sfiprogram.org

Only items listed as CoC are sold as such.
RA-CoC-001941
PwC-SFI-CoC-324
PwC- PEFC-324



FSC
www.fsc.org
The mark of responsible forestry
FSC C012990

| For Wire Transfer please submit to: | | Please Remit Payment To: |
|---|---|---|
| **MB Financial Bank**<br>**ABA# 071000343**<br>**Ref: DG3-193875**<br>**Acct#: 70966648** | dg3<br>*diversified global graphics group* | **DG3 North America**<br>**P.O. Box 83090**<br>**Chicago, IL  60691-3010** |

DG3 North America, Inc.

DG3.193875-53884.0

# EXHIBIT 1

# CO 283087

**COMMERCIAL**

DRY-FBNWL-0115.zip Front Burner Newsletter

## Cust: 34137 - SR "BNY Dreyfus"

*JOB CLOSED 02/23/2015*

C10-COMMERCIAL

| Quantity: | **25,060** |
|---|---|
| Overs% | 0.00 |
| Page Count: | 12 |
| Office Copies: | 0 |
| Coord.Sample: | 0 |

Product: /C/SF/BKLT/SS/MAIL

**OKTP**

**Sales:** 33  Lindfeldt, Eric
**1st PP/CSR:** Iczkovitz, George (20)
**2nd PP/CSR:**
**Last Est Merged:**
**Prev. Job:**
**DUE to CUST:** Tue, 02/24/15  00:00

**SHIP BY:**
Tue, 02/24/2015  00:00

**Job Contact:**

**Job PO #:**
**Date Booked:** Fri, 02/13/15
**CUSIP #:**
**Book Code:**

DRY-FBNWL-0115.zip Front Burner Newsletter
12 pages self cover.
page Size: 10"w x 13"h
Colors cmyk + satin aq. 4/4 heavy coverage
Paper: 70 lb. Silk Text stock
Finishing: saddle stitched, trim to size + hard fold for mailing with back cover cut out to 6.5x10 + 2 wafer seal head with 1" translucent wafer seals - wafer seals are NOT perforated

| Prepared By: | Date: | Checked By: | Date: | Checked By: | Date: |
|---|---|---|---|---|---|

### RESERVATIONS

| Inventory-Item-ID | Inventory-Item-Description | Qty-Open | Qty-Reserved | Date Needed | Qty-Reserved | Reserved-By | Reservation Notes | Date Entered |
|---|---|---|---|---|---|---|---|---|
| TCG0700003555O1 | 070# 00.00 x 35.50 FSC-M Opus Gloss Web Text | 0 | | 02/20/15 | 7,025 | Iczkovitz, Geo | using gloss stock on hand as silk stock is not available in time for schedule - we to run overall satin varnish on all pages | Fri, 02/13/15 14:06 |

### PREPRESS INSTRUCTIONS, NOTES

| Form | Date Last Updated | Instructions, Notes |
|---|---|---|
| | Thu, 02/19/15  08:5 - giczkovitz | desktop - job is oktp - please impose job to supplied layouts - please check to imposition and output plates including overall varnish |
| | Fri, 02/13/15  14:2 - giczkovitz | desktop - pick up files from clients folder - set up as a self cover 12 page saddle stitched printing cmyk only including converting rgb images - page size 10"w x 13"h - impose job per previous job number 280305 - place a full web ready pdf into the e mail folder + provide to george iczkovitz by 8 am 2/17 a total of three sets of booked 43 wide proofs and a total of 3 sets of coated epson proofs of the entire job |
| | Fri, 02/13/15  12:3 - giczkovitz | preflight - download files from DocXpress Notification Logon Name: dreycom Event: File Uploaded to https://docxpress.dg3.com File Path: D:\EFT FTP Data\Usr\dept\Print_Services\dreycom\DRY-FBNWL-0115.zip File Size: 64096942 Bytes output a set of full size lasers + preflight report to george iczkovitz by 2 pm 2/13/15 |

Order Qty: 25,060 / Total Job Spec Pages: 12

### PREPRESS - Imposition / LineScreen / Cutoff / Templates

| Form | Prepress Operations / Imposition/ LineScreen/ Cutoff | WC | OP | Quantity | Due |
|---|---|---|---|---|---|
| 1 | Line Screen: 175 | | | | |
| 2 | Line Screen: 175 | | | | |

### PRESS

| Form | Press Operations | Pages | Out | Gross Qty | Net Qty | Total Pos. | Imposition | Width | Length | Ink/ Form Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Komori 38S (Heatset) | 4 | 2 | 20,250 | 15,000 | 30,000 | Web | 35.500 | 23.563 | cmyk + satin varnish overall 2 sides - run as a sheeter form |
| 2 | Komori 38S (Heatset) | 8 | 1 | 35,250 | 30,000 | 30,000 | Web | 35.500 | 23.563 | cmyk + satin varnish overall 2 sides - run as a sheeter form |

### FINISHING/ BINDERY INSTRUCTIONS, NOTES

| Form | Date Last Updated | Instructions, Notes | Date Entered |
|---|---|---|---|

Date Printed: Tue, Jun 9, 2015  3:11:22PM          DG3 North America, Inc. - FOR OFFICE USE ONLY          Job#: CO 283087 / Page 1 of 5

# CO 283087

**DRY-FBNWL-0115.zip Front Burner Newsletter**

**Cust: 3417 - SR "BNY Dreyfus"**



**COMMERCIAL**

**SHIP BY:**
**Tue, 02/24/2015  00:00**

## FINISHING / BINDERY  INSTRUCTIONS, NOTES

| Form | Date Last Updated | Instructions, Notes | | | | Date Entered |
|------|-------------------|---------------------|--|--|--|--------------|
| | Thu, 02/19/15  13:5 - giczkovitz | cut and fold job as 1/4 + 1/8 as a 12 page self cover 10x13 size – 2 saddle stich, hard fold with back cover out for mailing to 6.5x10 + 2 wafer seal head with 1" translucent wafer seals - wafer seals are NOT perforated | | | | Fri, 02/13/15 14:06 |

## FINISHING / BINDERY

| Form | Bindery Operations | TO Bindery | Bindery NET | Width | Length |
|------|--------------------|-----------|-------------|-------|--------|
| 1 | Cut 4 page | 30,000 | **29,750** | | |
| 1 | fold 4 page | 29,750 | **29,250** | | |
| 2 | Cut 8 page | 30,000 | **29,750** | | |
| 2 | fold 8 page | 29,750 | **29,250** | | |
| fin | hard fold + 2 wafer seal head | 27,500 | **26,500** | 10.000 | 6.500 |
| fin | Muller #1 –Bravo+ 6P Stitcher | 28,500 | **27,500** | 10.000 | 13.000 |

DG3 North America, Inc. - **FOR OFFICE USE ONLY**

# CO 283087

**DRY-FBNWL-0115.zip Front Burner Newsletter**

**Cust: 34137 - SR "BNY Dreyfus"**



**COMMERCIAL**

**SHIP BY:**
**Tue, 02/24/2015  00:00**

| GRP | Packing Slip# / Job Ship To Ref# | $ Freight | Requested Qty | Requested Pkgs. | Address |
|---|---|---|---|---|---|
| **1** | **Shipped: Thu, 02/26/2015 07:20 AM**<br>**Quantity Shipped: 20  #of Pkgs: 1**<br><br>J20150213051**9**<br><br>**Office Copy - Finished Product** | | **20**<br>**Requested Date**<br>Tue, 01/06/2015  12:00 AM | **1**<br>**Ship Method**<br>Foot Messenger<br>Prepaid | DG3 North America, Inc.<br>Attn: george iczkovitz<br>100 Burma Road<br>Jersey City NJ 07305<br>Created: 02/13/15-giczkovitz<br>Updated: 02/26/15 07:20:01-porpin |
| **2** | **Shipped: Thu, 02/26/2015 07:20 AM**<br>**Quantity Shipped: 20  #of Pkgs: 1**<br><br>J20150213052**0**<br><br>**Office Copy - Finished Product** | *SHIPPED* | **20**<br>**Requested Date**<br>Tue, 01/06/2015 | **1**<br>**Ship Method**<br>Foot Messenger<br>Prepaid | DG3 North America, Inc.<br>Attn: ERIC LINDFELDT<br>100 Burma Road<br>Jersey City NJ 07305<br>Created: 02/13/15-giczkovitz<br>Updated: 02/26/15 07:20:59-porpin |
| **3** | **Shipped: Tue, 02/17/2015 07:44 AM**<br>**Quantity Shipped: 1  #of Pkgs: 1**<br><br>J20150213052**1**<br><br>**Proofs** | *SHIPPED*<br>*$40.30 | **1**<br>**Requested Date**<br>Wed, 02/18/2015  12:00 AM | **1**<br>**Ship Method**<br>Shawnee Van<br>Prepaid | Dreyfus Corporation<br>Attn: Ellen Lawrence<br>200 Park Avenue<br>8th Floor<br>New York NY 10166<br>Created: 02/13/15-giczkovitz<br>Updated: 02/17/15 07:44:17-Porpin |
| | | | Instructions:  one set of booked digital blueprints + one set of epson proofs | | |
| **7** | **Shipped: Wed, 02/25/2015 04:01 PM**<br>**Quantity Shipped: 10  #of Pkgs: 1**<br><br>J20150213052**5**<br><br>**Office Copy - Finished Product** | *SHIPPED*<br>$15.89 | **10**<br>**Requested Date**<br>Wed, 02/25/2015  08:00 PM | **1**<br>**Ship Method**<br>UPS Ground<br>Prepaid | Dreyfus Corporation<br>Attn: Mildred Rondon<br>2 Hanson Pl<br>Atlantic Terminal Office TowerFl 11<br>AM - 111-1100<br>Brooklyn NY 112171431<br>Phone: 7183152653<br>Rondon, Mildred N<br><rondon.mn@dreyfus.com><br>Created: 02/13/15-giczkovitz<br>Updated: 02/25/15 16:01:56-Hawkins |
| **1**<br>**0** | **Shipped: Tue, 02/17/2015 07:47 AM**<br>**Quantity Shipped: 1  #of Pkgs: 1**<br><br>J20150213052**8**<br><br>**Proofs** | *SHIPPED*<br>$40.34 | **1**<br>**Requested Date**<br>Sat, 12/27/2014  12:00 AM | **1**<br>**Ship Method**<br>Shawnee Van<br>Prepaid | Standard Register<br>Attn: Monika Wisniewska<br>1 Exchange Plz<br>Ste 1102<br>New York NY 100063750<br>Phone: 212-709-3035<br>Created: 02/13/15-giczkovitz<br>Updated: 03/09/15 11:06:52-giczkovitz |
| | | | Instructions:  one set of booked digital blueprints + one set of epson proofs | | |

**SHIPPING**

# CO 283087

**DRY-FBNWL-0115.zip Front Burner Newsletter**

**Cust: 34137 - SR "BNY Dreyfus"**

## COMMERCIAL

**SHIP BY:** Tue, 02/24/2015 00:00

**Job#: CO 283087 / Page 4 of 5**

| GRP | Packing Slip# / Job ShipTo Ref# | $ Freight | Requested Qty | Actual Quantity | Actual # Packages | Billable Freight | Count Shipments | Count $ Frt | Count No$ Frt | Count 3 Party | Address |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Requested Pkgs.**

---

**1**
**1**

Shipped: Wed, 02/25/2015 09:08 PM
Quantity Shipped: 10  #of Pkgs: 1

J201502130529

**Office Copy - Finished Product**

Requested Qty: 10
Requested Date: Thu, 02/26/2015 06:00 AM
Instructions: 1 ENVELOPE

Ship Method: Shawnee Van — Prepaid

*SHIPPED* $40.34

Standard Register
Attn: Monika Wisniewska
1 Exchange Plz
Ste 1102
New York NY 10006
Phone: 212-709-3035
Created: 02/13/15-giczkovitz
Updated: 03/09/15 11:06:46-giczkovitz

---

**1**
**2**

Shipped: Wed, 02/25/2015 12:54 PM
Quantity Shipped: 12,600  #of Pkgs: 1

J201502130540

**Mailing Services**

CHECK QTY SHIPD
*SHIPPED*

Requested Qty: 26,500
Requested Date: Wed, 02/18/2015 12:00 AM
Instructions: 1 skid 12,600

Ship Method: Foot Messenger — Prepaid

$39.57

DG3 North America, Inc.
Attn: mailing services
100 Burma Road
Jersey City NJ 07305
Created: 02/13/15-giczkovitz
Updated: 03/09/15 11:06:39-giczkovitz

---

**1**
**3**

Shipped: Wed, 02/25/2015 03:42 PM
Quantity Shipped: 75  #of Pkgs: 1

J201502240372

**Office Copy - Finished Product**

*SHIPPED*

Requested Qty: 75
Requested Date: Tue, 02/24/2015 12:00 AM

Ship Method: Mark IV Van — Prepaid

Dreyfus Corporation
Attn: Ellen Lawrence
200 Park Avenue
8th Floor
New York NY 10166
Created: 02/24/15-giczkovitz
Updated: 02/26/15 11:30-egarcia

---

**1**
**4**

Shipped: Thu, 02/26/2015 01:00 AM
Quantity Shipped: 15,400  #of Pkgs: 1

J201502250486

**Mailing Services**

CHECK QTY SHIPD
*SHIPPED*

Requested Qty: 13,900
Requested Date: Thu, 02/26/2015 06:00 AM
Instructions: 1 skid @ 15,400

Ship Method: Foot Messenger — Prepaid

DG3 North America, Inc.
Attn: mailing services
100 Burma Road
Jersey City NJ 07305
Created: 02/25/15-oonin
Updated: 02/26/15 01:00:39-Gleeman

---

| | Requested Quantity | Requested # Packages | Actual Quantity | Actual # Packages | Billable Freight | Count Shipments | Count $ Frt | Count No$ Frt | Count 3 Party |
|---|---|---|---|---|---|---|---|---|---|
| Mailing Services | 40,400 | 0 | 28,000 | 2 | $0.00 | 2 | 0 | 2 | 0 |
| Office Copy - Finished Product | 135 | 5 | 135 | 5 | $95.80 | 5 | 3 | 2 | 0 |
| **Total: Finished Product Shipments** | 40,535 | 5 | 28,135 | 7 | $95.80 | 7 | 3 | 4 | 0 |
| Proofs | 2 | 2 | 2 | 2 | $80.64 | 2 | 2 | 0 | 0 |
| **Total: Other Shipments** | 2 | 2 | 2 | 2 | $80.64 | 2 | 2 | 0 | 0 |

**COMMERCIAL**

**CO 283087**

DRY-FBNWL-0115.zip Front Burner Newsletter

**Cust: 34137 - SR "BNY Dreyfus"**

SHIP BY:
**Tue, 02/24/2015  00:00**

**DG3 North America, Inc. - FOR OFFICE USE ONLY**

Date Printed: Tue, Jun 9, 2015  3:11:23PM

# CO 283107

**Focus Funds Catalog Q414**

**Cust: 34137 - SR "BNY Dreyfus"**

**COMMERCIAL**

C10-COMMERCIAL

**Focus Funds Catalog Q414** *JOB CLOSED* 3/23/2015

| | |
|---|---|
| **Quantity:** | **5,000** |
| Overs% | 0.00 |
| Page Count | 4cv+36tx |
| Office Copies: | 0 |
| Coord.Sample: | 0 |

**Sales:** 33 Lindfeldt, Eric
**1st PP/CSR:** Iczkovitz, George (20)
**2nd PP/CSR:**
**Last Est Merged:**
**Prev. Job:** 280243 + 1
**DUE to CUST:** Tue, 02/24/15 00:00

**Product:** 4C/SF/BKLT/PB/INMAIL

**Job Contact:**

**SHIP BY:**
**Tue, 02/24/2015 00:00**

**Job PO #:**
**Date Booked:** Fri, 02/13/15
**CUSIP #:**
**Book Code:**

Cover  Mohawk Superfine Ultrawhite 100# Smooth Cover

text: Mohawk Superfine Ultrawhite 80# Smooth Text

Finishing: perfect bound, trim to size - pack 20 per carton
shipping to set up for distribution job number 283457

Finished Size: 8.5 x 11
Pages: 36 pages + 4 page cover
Colors: cmyk uv inks 4/4

Prepared By: _____  Date: _____  Checked By: _____  Date: _____  Checked By: _____  Date: _____

## OKTP

### RESERVATIONS

| Inventory-Item-ID | Inventory-Item-Description | Qty-Open | Qty-Reserved | Date Needed | Reserved-By | Reservation Notes |
|---|---|---|---|---|---|---|
| CUS100026040DKX | 100# 26.00 x 40.00 FSC-MIX MOHAWK SUPERFINE ULT WHT. SM. CVR. | 0 | 2,500 | 02/20/15 | Iczkovitz, Geo | match stock to previous job number 280243 and also sub job 1 |
| TUS080250380KS1 | 080# 25.00 x 38.00 FSC-M Mohawk Superfine Ultra White Smooth Text | 0 | 19,250 | 02/20/15 | Iczkovitz, Geo | match stock to previous job number 280243 and also sub job 1 |

### PREPRESS INSTRUCTIONS, NOTES

| Form | Date Last Updated | Instructions, Notes | Date Entered |
|---|---|---|---|
| | Thu, 02/19/15 08::2 - giczkovitz | desktop - job is oktp - please check to imposition and output plates using layouts only from 280243 or 280243 sub job 1 | Fri, 02/13/15 17:08 |
| | Fri, 02/13/15 17::1 - giczkovitz | desktop - pick up files from clients folder - set up as a perfect bound book 36 page + 4 page cover with a 1/8" spine - set up job to print cmyk only including converting all pms colors to cmyk - impose files using layouts only from previous job number 280243 or 280243 sub job 1 - place a full web ready pdf into the e mail folder + provide by 8 am to george iczkovitz a total of 3 sets of booked 43 wide proofs + a total of 3 full sets of uncoated epson proofs | Fri, 02/13/15 17:08 |
| | Fri, 02/13/15 15::4 - giczkovitz | preflight - download files from DocXpress Notification Logon Name: dreycom Event: File Uploaded to https://docxpress.dg3.com File Path: D:\EFT FTP Data\Us\dept\Print_Services\dreycom\Focus Funds Cataloque Q414 Folder.zip File Size: 133005688 Bytes output a set of full size lasers + preflight report to george iczkovitz 2/13/15 as soon as possible | Fri, 02/13/15 15:42 |

### PREPRESS - Imposition/ LineScreen/ Cutoff/ Templates

| Form | Prepress Operations / Imposition/ LineScreen/ Cutoff | WC | OP | Quantity | Due |
|---|---|---|---|---|---|
| cvr | Line Screen: 200 | | | | |
| 1 | Line Screen: 200 | | | | |
| 2 | Line Screen: 200 | | | | |
| 3 | Line Screen: 200 | | | | |

# CO 283107



**COMMERCIAL**

**Focus Funds Catalog Q414**
**Cust: 3437 - SR "BNY Dreyfus"**

**SHIP BY:**
**Tue, 02/24/2015 00:00**

## PRESS

| Form | Press Operations | Pages | Out | Gross Qty | Net Qty | Total Pcs. | Imposition | Width | Length | Ink/ Form Notes |
|------|------------------|-------|-----|-----------|---------|------------|------------|-------|--------|-----------------|
| cvr | Mitsubishi 3000L 8/c | 4 | 4 | 2,500 | 1,500 | 6,000 | Work&Turn | 40.000 | 26.000 | uv inks cmyk |
| 1 | Mitsubishi 3000L 8/c | 16 | 1 | 8,000 | 6,250 | 6,250 | Sheetwise | 38.000 | 25.000 | uv inks cmyk |
| 2 | Mitsubishi 3000L 8/c | 4 | 4 | 2,750 | 1,750 | 7,000 | Work&Turn | 38.000 | 25.000 | uv inks cmyk |
| 3 | Mitsubishi 3000L 8/c | 16 | 1 | 8,000 | 6,250 | 6,250 | Sheetwise | 38.000 | 25.000 | uv inks cmyk |

**Order Qty: 5,000 / Total Job Spec Pages: 40**

## FINISHING / BINDERY INSTRUCTIONS, NOTES

| Form | Date Last Updated | Instructions, Notes | | | | | Date Entered |
|------|-------------------|---------------------|--|--|--|--|--------------|
| | Mon, 02/23/15 13:4 - giczkovitz | cut + score cover, cut and fold text as 1/4 + 2/16's - perfect bind - trim to size - pack 20 per carton - forward to shipping department for distribution using job number 283457 | | | | | Fri, 02/13/15 17:08 |

## FINISHING / BINDERY

| Form | Bindery Operations | TO Bindery | Bindery NET | Width | Length |
|------|--------------------|-----------:|------------:|-------|--------|
| cvr | Cut cover for perfect binding | 6,000 | 5,750 | | |
| 1 | fold 16 page text | 6,250 | 5,750 | | |
| 2 | Cut 4 page text | 6,750 | 6,250 | | |
| 2 | fold 4 page text | 6,250 | 5,750 | | |
| 3 | fold 16 page text | 6,250 | 5,750 | | |
| fin | Wohlenberg #1 24P PB | 5,750 | 5,250 | 8.500 | 11.000 |

## PO REQUISITIONS

| Req No | Supplier | Supplier Name | Item ID | Item Description | PO Date | Expected | Req Qty | U/M | Unit Cost | Status |
|--------|----------|---------------|---------|------------------|---------|----------|--------:|-----|----------:|--------|
| 173208 | 10110 | Lindenmeyr Munroe | CUS1000260400KX | 100# 26.00 x 40.00 FSC-MIX MOHAWK SUPERFIN | 02/19/15 | 02/20/15 | 2,500 | M | 0.00 | Ordered |
| 173209 | 10110 | Lindenmeyr Munroe | TUS080250380KS1 | 080# 25.00 x 38.00 FSC-M Mohawk Superfine Ultra V | 02/19/15 | 02/20/15 | 19,250 | M | 0.00 | Ordered |

## PURCHASE ORDER

| PO No | L# | Supplier | Supplier Name | Item ID | Item Description | PO Qty | Last Recvd | QTY Recvd | Status |
|-------|----|----------|---------------|---------|------------------|-------:|------------|----------:|--------|
| 62705 | 1 | 10110 | Lindenmeyr Munroe | CUS1000260400KX | 100# 26.00 x 40.00 FSC-MIX MOHAWK SUPERFINE ULT. WHT. SM. CVR. | 2,500 | 02/20/15 | 2,800 | Closed / 3047 |
| 62705 | 2 | 10110 | Lindenmeyr Munroe | TUS080250380KS1 | 080# 25.00 x 38.00 FSC-M Mohawk Superfine Ultra White Smooth Text | 19,250 | 02/20/15 | 20,000 | Closed / 3047 |

# CO 283107

**Focus Funds Catalog Q414**

**Cust: 3437 - SR "BNY Dreyfus"**

**COMMERCIAL**

**SHIP BY:**
**Tue, 02/24/2015 00:00**

**Job#: CO 283107  / Page 3 of 4**

## SHIPPING

| GRP | Packing Slip# / Job ShipTo Ref# | Requested Qty | $ Freight | Requested Pkgs. | Address |
|---|---|---|---|---|---|
| 1 | **Shipped: Sun, 03/01/2015 08:30 AM**<br>**Quantity Shipped: 5,250  #of Pkgs: 1**<br><br>J201502130677<br><br>**Pack in Carton - Finished Product** | **5,250**<br>**Requested Date**<br>Tue, 02/24/2015 12:00 AM | *SHIPPED* | **1**<br>**Ship Method**<br>Foot Messenger<br>Prepaid | DG3 North America, Inc.<br>Attn: shipping for distribution 283457<br>100 Burma Road<br>Jersey City NJ 07305<br>Created: 02/13/15-gjczkovitz<br>Updated: 03/09/15 13:43:02-dmaria |
| | | Instructions: shipping to set up for distribution job number 283457 | | | |
| 2 | **Shipped: Wed, 02/25/2015 11:57 AM**<br>**Quantity Shipped: 20  #of Pkgs: 1**<br><br>J201502130678<br><br>**Office Copy - Finished Product** | **20**<br>**Requested Date**<br>Tue, 01/06/2015 12:00 AM | *SHIPPED* | **1**<br>**Ship Method**<br>Foot Messenger<br>Prepaid | DG3 North America, Inc.<br>Attn: george iczkovitz<br>100 Burma Road<br>Jersey City NJ 07305<br>Created: 02/13/15-gjczkovitz<br>Updated: 02/25/15 11:57:54-ponpin |
| 3 | **Shipped: Wed, 02/25/2015 11:58 AM**<br>**Quantity Shipped: 20  #of Pkgs: 1**<br><br>J201502130679<br><br>**Office Copy - Finished Product** | **20**<br>**Requested Date**<br>Tue, 01/06/2015 | *SHIPPED* | **1**<br>**Ship Method**<br>Foot Messenger<br>Prepaid | DG3 North America, Inc.<br>Attn: ERIC LINDFELDT<br>100 Burma Road<br>Jersey City NJ 07305<br>Created: 02/13/15-gjczkovitz<br>Updated: 02/25/15 11:58:03-ponpin |
| 4 | **Shipped: Wed, 02/25/2015 11:59 AM**<br>**Quantity Shipped: 20  #of Pkgs: 1**<br><br>J201502130680<br><br>**Office Copy - Finished Product** | **20**<br>**Requested Date**<br>Wed, 02/18/2015 12:00 AM | *SHIPPED*<br>$16.96 | **0**<br>**Ship Method**<br>UPS Ground<br>Prepaid | Dreyfus Corporation<br>Attn: Mildred Rondon<br>2 Hanson Place, 11th Floor<br>Atlantic Terminal Office Tower<br>AIM - 111-1100<br>Brooklyn NY 11217<br>Phone: 7183152653<br>Rondon, Mildred N<br><rondon.mn@dreyfus.com><br>Created: 02/13/15-gjczkovitz<br>Updated: 03/09/15 14:36:27-rpagan |
| 5 | **Shipped: Tue, 02/17/2015 07:45 AM**<br>**Quantity Shipped: 1  #of Pkgs: 1**<br><br>J201502130681<br><br>**Proofs** | **1**<br>**Requested Date**<br>Wed, 02/18/2015 12:00 AM | *SHIPPED*<br>$40.34 | **1**<br>**Ship Method**<br>Shawnee Van<br>Prepaid | Dreyfus Corporation<br>Attn: Ellen Lawrence<br>200 Park Avenue<br>8th Floor<br>New York NY 10166<br>Created: 02/13/15-gjczkovitz<br>Updated: 03/09/15 13:29:36-dmaria |
| | | Instructions: one set of booked digital blueprints + one set of epson proofs | | | |
| 6 | **Shipped: Tue, 02/17/2015 07:48 AM**<br>**Quantity Shipped: 1  #of Pkgs: 0**<br><br>J201502130682<br><br>**Proofs** | **1**<br>**Requested Date**<br>Sat, 12/27/2014 12:00 AM | *SHIPPED*<br>$40.34 | **0**<br>**Ship Method**<br>Shawnee Van<br>Prepaid | Standard Register<br>Attn: Monika Wisniewska<br>1 Exchange Plz<br>Ste 1102<br>New York NY 100063750<br>Phone: 212-709-3035<br>Created: 02/13/15-gjczkovitz<br>Updated: 03/09/15 13:29:53-dmaria |
| | | Instructions: one set of booked digital blueprints + one set of epson proofs | | | |

# CO 283107

**COMMERCIAL**

**Focus Funds Catalog Q414**

**Cust: 3417 - SR "BNY Dreyfus"**

**SHIP BY:**
**Tue, 02/24/2015 00:00**

| GRP | | | | Requested Qty | | | | Requested Pkgs. | | | | Address |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **7** | Packing Slip# / Job ShipTo Ref# | | $ Freight | | | | | | | | | |

Shipped: Wed, 02/25/2015 12:01 PM
Quantity Shipped: 10  #of Pkgs: 1

J201502130683

**Office Copy - Finished Product**

*'SHIPPED'*
$40.34

**Requested Date**
Wed, 02/18/2015 12:00 AM

**0**
**Ship Method**
Shawnee Van
Prepaid

Standard Register
Attn: Monika Wisniewska
1 Exchange Plz
Ste 1102
New York, NY 10006
Phone: 212-709-3035
Created: 02/13/15-gliczkovitz
Updated: 03/03/15 09:09:04-gliczkovitz

| | Requested Quantity | Requested # Packages | Actual Quantity | Actual # Packages | Billable Freight | Count Shipments | Count $ Frt | Count No $ Frt | Count 3 Party |
|---|---|---|---|---|---|---|---|---|---|
| **Office Copy - Finished Product** | 70 | 2 | 70 | 4 | $57.30 | 4 | 2 | 2 | 0 |
| **Pack in Carton - Finished Product** | 5,250 | 1 | 5,250 | 1 | $0.00 | 1 | 0 | 1 | 0 |
| **Total: Finished Product Shipments** | 5,320 | 3 | 5,320 | 5 | $57.30 | 5 | 2 | 3 | 0 |
| **Proofs** | 2 | 1 | 2 | 1 | $80.68 | 2 | 2 | 0 | 0 |
| **Total: Other Shipments** | 2 | 1 | 2 | 1 | $80.68 | 2 | 2 | 0 | 0 |

# CO 282904

**COMMERCIAL**

C10-COMMERCIAL

Investment management quick facts with union bug

## Cust: 34137 - SR "BNY Dreyfus"

**SHIP BY:**
Thu, 02/12/2015  16:00

*JOB CLOSED 2015*

Investment management quick facts with union bug on page 4 printing cmyk 2 sides - size 17 x 11 flat / 8.5 x 11 scored + folded on Silk, 100# Cover  mccoy shrinkwrap for protection

| | |
|---|---|
| Quantity: | **450** |
| Overs% | 0.00 |
| Page Count: | 4 |
| Office Copies: | 0 |
| Coord.Sample: | 0 |

**Sales:** 33  Lindfeldt, Eric
**1st PP/CSR:** Iczkovitz, George (20)
**2nd PP/CSR:**
**Last Est Merged:**
**Prev. Job:**
**DUE to CUST:** Fri, 02/13/15  10:00

Product: DG4C/FLD

**Job Contact:**

**Job PO #:** 2619006
**Date Booked:** Wed, 02/11/15
**CUSIP #:**
**Book Code:**

Ship 50 overnight to:
BNY Mellon
ATTN: Jaclyn Coyne, 105-8013
200 Park Avenue
MetLife Building
New York, NY 10166-0005
212-922-8670

Ship 400 overnight to:
BNY Mellon
ATTN: Corporate Marketing, 024-0010
201 Washington Street
Boston, MA 02108

## OKTP

Prepared By: _____  Date: _____   Checked By: _____  Date: _____   Checked By: _____  Date: _____

### RESERVATIONS

| Inventory-Item-ID | Inventory-Item-Description | Qty-Open | Qty-Reserved | Date Needed | Reserved-By | Reservation Notes |
|---|---|---|---|---|---|---|
| DCK100180120SM1 | 100# 18.00 x 12.00 FSC-MIX, SFI-CS McCoy Silk Indigo Cover | 0 | 800 | 02/12/15 | Iczkovitz, Geo | |

### PREPRESS INSTRUCTIONS, NOTES

| Form | Date Last Updated | Instructions, Notes | | | | | | Date Entered |
|---|---|---|---|---|---|---|---|---|
| | Wed, 02/11/15  10:3 - giczkovitz | preflight - down load 2 files from e mail sent - output a set of full size lasers + preflight report | | | | | | Wed, 02/11/15 10:33 |
| | | digital desktop - pick up files from clients folder - set up as 11x17 as cmyk 2 sides folding to 8.5x11 running one up on 12x18 with our union bug added to page 4 as indicated on client laser - place a web ready pdf into the e mail folder 2/11 as soon as possible + forward job to digital press for first off proofs | | | | | | |

### PRESS INSTRUCTIONS, NOTES

| Form | Date Last Updated | Instructions, Notes | | | | | | Date Entered |
|---|---|---|---|---|---|---|---|---|
| | Thu, 02/12/15 12:1 - rpagan | DIGITAL - JOB IS OK TO PRINT | | | | | | Thu, 02/12/15 12:11 |
| | Wed, 02/11/15  10::3 - giczkovitz | digital press - provide a minimum of 4 booked first off proofs to george iczkovitz 2/11/15 | | | | | | Wed, 02/11/15 10:36 |

Order Qty: 450 / Total Job Spec Pages: 8

### PRESS

| Form | Press Operations | Pages | Out | Gross Qty | Net Qty | Total Pcs. | Imposition | Width | Length | Ink/ Form Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| pre | Indigo 5500 | 4 | 1 | 10 | **10** | 10 | Perfecting | 18.000 | 12.000 | cmyk |
| 1 | Indigo 5500 | 4 | 1 | 800 | **750** | 750 | Perfecting | 18.000 | 12.000 | cmyk |

Date Printed: Tue, Jun 9, 2015  3:13:21PM        DG3 North America, Inc. - FOR OFFICE USE ONLY        **Job#: CO 282904  / Page 1 of 4**

# CO 282904

**COMMERCIAL**

Investment management quick facts with union bug

## Cust: 3413? - SR "BNY Dreyfus"

| | SHIP BY: |
|---|---|
| | Thu, 02/12/2015  16:00 |

## FINISHING / BINDERY

| Form | Bindery Operations | TO Bindery | Bindery NET | Width | Length |
|------|-------------------|-----------|-------------|-------|--------|
| pre | Cut to 11x17 | 10 | 8 | 17.000 | 11.000 |
| pre | score and fold | 8 | 4 | 8.500 | 11.000 |
| 1 | Cut to 11x17 | 750 | 700 | 17.000 | 11.000 |
| 1 | score and fold & shrink wrap | 700 | 600 | 8.500 | 11.000 |

## MAIL SERV./ FULFILLMENT/ QC  INSTRUCTIONS, NOTES

| Form | Date Last Updated | Instructions, Notes | | Date Entered |
|------|------------------|---------------------|---|--------------|
| | **Quality Control** | | | |
| | Wed, 02/11/15  11:;4 - giczkovitz | high profile piece for meetings at 2 locations - please check all pieces prior to shipping | | Wed, 02/11/15 11:44 |

# CO 282904

**Investment management quick facts with union bug**

## Cust: 34137 - SR "BNY Dreyfus"



# COMMERCIAL

**SHIP BY:**
Thu, 02/12/2015  16:00

**SHIPPING**

| GRP | Packing Slip# / Job ShipTo Ref# | Requested Qty | $ Freight | Requested Pkgs. | Address |
|---|---|---|---|---|---|
| 1 | **Shipped: Thu, 02/12/2015 08:56 PM**<br>**Quantity Shipped: 20  #of Pkgs: 1**<br>J201502110357<br><br>**Office Copy - Finished Product** | 20<br>**Requested Date**<br>Thu, 02/12/2015  04:00 PM | *SHIPPED* | 0<br>**Ship Method**<br>Foot Messenger<br>Prepaid | DG3 North America, Inc.<br>Attn: george iczkovitz<br>100 Burma Rd<br>Jersey City NJ 07305<br>Created: 02/11/15-giczkovitz<br>Updated: 02/13/15 08:20:04-ragan |
| 2 | **Shipped: Thu, 02/12/2015 08:56 PM**<br>**Quantity Shipped: 20  #of Pkgs: 1**<br>J201502110365<br><br>**Office Copy - Finished Product** | 20<br>**Requested Date**<br>Thu, 02/12/2015  04:00 PM | *SHIPPED* | 0<br>**Ship Method**<br>Foot Messenger<br>Prepaid | DG3 North America, Inc.<br>Attn: ERIC LINDFELDT<br>100 Burma Rd<br>Jersey City NJ 07305<br>Created: 02/11/15-giczkovitz<br>Updated: 02/13/15 08:31:32-porpin |
| 3 | **Shipped: Thu, 02/12/2015 06:36 PM**<br>**Quantity Shipped: 50  #of Pkgs: 1**<br>J201502110445<br><br>**Pack in Carton - Finished Product** | 50<br>**Requested Date**<br>Thu, 02/12/2015  04:00 PM<br><br>Instructions: Use - BNY UPS ACCOUNT X10Y70 | *SHIPPED*<br>$24.00 | 0<br>**Ship Method**<br>UPS Next Day<br>Prepaid | BNY Mellon<br>Attn: Jaclyn Coyne<br>200 Park Ave<br>MetLife Building<br>105-8013<br>New York NY 10166<br>Phone: 212-922-8670<br>Created: 02/11/15-ragan<br>Updated: 02/13/15 08:20:18-ragan |
| 4 | **Shipped: Thu, 02/12/2015 07:39 PM**<br>**Quantity Shipped: 400  #of Pkgs: 1**<br>J201502110446<br><br>**Pack in Carton - Finished Product** | 400<br>**Requested Date**<br>Thu, 02/12/2015  04:00 PM<br><br>Instructions: Use - BNY UPS ACCOUNT X10Y70 | *SHIPPED*<br>$56.17 | 0<br>**Ship Method**<br>UPS Next Day<br>Prepaid | BNY Mellon<br>Attn: Corporate Marketing, 024-0010<br>201 Washington St<br>Boston MA 021084403<br>Created: 02/11/15-ragan<br>Updated: 02/13/15 08:13:23-ragan |
| 5 | **Shipped: Thu, 02/12/2015 09:00 PM**<br>**Quantity Shipped: 6  #of Pkgs: 1**<br>J201502120561<br><br>**Office Copy - Finished Product** | 6<br>**Requested Date**<br>Thu, 02/12/2015  04:00 PM | *SHIPPED* | 0<br>**Ship Method**<br>Foot Messenger<br>Prepaid | DG3 North America, Inc.<br>Attn: Ray Pagan<br>100 Burma Rd<br>Jersey City NJ 07305<br>Created: 02/12/15-rpagan<br>Updated: 02/13/15 08:31:53-porpin |
| 6 | **Shipped: Fri, 02/13/2015 08:30 AM**<br>**Quantity Shipped: 5  #of Pkgs: 1**<br>J201502130255<br><br>**Office Copy - Finished Product** | 5<br>**Requested Date**<br>Thu, 02/12/2015  04:00 PM<br><br>Instructions: USE BNY UPS ACCOUNT X10Y70   1 env | *SHIPPED*<br>$20.01 | 1<br>**Ship Method**<br>UPS 2Day<br>Prepaid | Standard Register<br>Attn: Beth Bridges<br>325 Butler Drive<br>Murfreesboro TN 37133<br>Created: 02/13/15-rpagan<br>Updated: 02/13/15 08:30:46-Porpin |

# CO 282904

**COMMERCIAL**

**Investment management quick facts with union bug**

## Cust: 3437 - SR "BNY Dreyfus"

**SHIP BY:**
**Thu, 02/12/2015  16:00**

| | Requested Quantity | Requested # Packages | Actual Quantity | Actual # Packages | Billable Freight | Count Shipments | Count $ Frt | Count No $ Frt | Count 3 Party |
|---|---|---|---|---|---|---|---|---|---|
| Office Copy - Finished Product | 51 | 1 | 51 | 4 | $20.01 | 4 | 1 | 3 | 0 |
| Pack in Carton - Finished Product | 450 | 0 | 450 | 2 | $80.17 | 2 | 2 | 0 | 0 |
| Total: Finished Product Shipments | 501 | 1 | 501 | 6 | $100.18 | 6 | 3 | 3 | 0 |

DG3 North America, Inc. - FOR OFFICE USE ONLY

# CO 283031

**Public Funds Quick Facts with union bug on page 4**

**Cust: 3413Z - SR "BNY Dreyfus"**



**COMMERCIAL**

**SHIP BY:**
Wed, 02/18/2015 00:00

C10-COMMERCIAL

*JOB C...*

| Quantity: | **250** |
|---|---|
| Overs% | 0.00 |
| Page Count: | 0 |
| Office Copies: | 0 |
| Coord.Sample: | 0 |

Product: DG4C/FLD

**Sales:** 33 Lindfeldt, Eric
**1st PP/CSR:** Pagan, Raymond (203)
**2nd PP/CSR:**
**Last Est Merged:**
**Prev. Job:**
**DUE to CUST:** Thu, 02/19/15 00:00

**Job Contact:**

**Job PO #:** 2699597
**Date Booked:** Thu, 02/12/15
**CUSIP #:**
**Book Code:**

Public Funds Quick Facts with union bug on page 4 printing cmyk 2 sides on 100# McCoy Silk Cover
Flat size: 11X17
Final Size: 8.5 x 11
Fin: scored, folded & shrinkwrap IN 25'S.

Prepared By: _____  Date: _____   Checked By: _____  Date: _____   Checked By: _____  Date: _____

## OKTP

### RESERVATIONS

| Inventory-Item-ID | Inventory-Item-Description | Qty-Open | Qty-Reserved | Date Needed | Reserved-By | Reservation Notes |
|---|---|---|---|---|---|---|
| dck100180120sm1 | 100# 18.00 x 12.00 FSC-MIX, SFI-CS McCoy Silk Indigo Cover | 0 | 10 | 02/17/15 | Pagan, Raym |  |
| dck100180120sm1 | 100# 18.00 x 12.00 FSC-MIX, SFI-CS McCoy Silk Indigo Cover | 0 | 400 | 02/17/15 | Pagan, Raym |  |

### PREPRESS INSTRUCTIONS, NOTES

| Form | Date Last Updated | Instructions, Notes | Date Entered |
|---|---|---|---|
| | Thu, 02/12/15 15:4 - pagan | preflight - down load file from e mail sent 2/12/15 @3:45 pm - output a set of full size lasers + preflight report | Thu, 02/12/15 15:04 |
| | | digital desktop - pick up files from clients folder - set up as 11x17 as cmyk 2 sides folding to 8.5x11 running one up on 12x18 with our union bug added to page 4 as indicated on client pdf (PICK UP UNION BUG FROM PREVIOUS JOB #282904- place a web ready pdf into the e mail folder 2/13 AM + forward job to digital press for first off proofs | |

### PRESS INSTRUCTIONS, NOTES

| Form | Date Last Updated | Instructions, Notes | Date Entered |
|---|---|---|---|
| | Thu, 02/12/15 15:0 - rpagan | digital press - provide a minimum of 4 booked first off proofs to Ray Pagan by 2/13/15 pm | Thu, 02/12/15 15:04 |
| | Tue, 02/17/15 14::0 - rpagan | DIGITAL - JOB IS OKTP | Thu, 02/12/15 15:04 |

### PRESS

| Form | Inventory-Item-ID | Instructions, Notes | Pages | Out | Gross Qty | Net Qty | Bindery NET | Width | Total Pcs. | Imposition | Width | Length | Ink/ Form Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| pre | Indigo 5500 | | 4 | 1 | 10 | **10** | **8** | 17.000 | 10 | Perfecting | 18.000 | 12.000 | cmyk |
| 1 | Indigo 5500 | | 4 | 1 | 450 | **400** | **4** | 8.500 | 400 | Perfecting | 18.000 | 12.000 | cmyk |

Order Qty: 250 / Total Job Spec Pages: 8

### FINISHING / BINDERY

| Form | Press Operations | | Bindery Operations | TO Bindery | Bindery NET | Width | Length |
|---|---|---|---|---|---|---|---|
| pre | Cut to 11x17 | pre | Cut to 11x17 | 10 | **8** | 17.000 | 11.000 |
| pre | score and fold | pre | score and fold | 8 | **4** | 8.500 | 11.000 |
| 1 | | 1 | Cut to 11x17 | 400 | **375** | 17.000 | 11.000 |
| 1 | | 1 | score and fold | 375 | **325** | 8.500 | 11.000 |
| 1 | | 1 | Shrinkwrap IN 25'S | 11 | **275** | 8.500 | 11.000 |

# CO 283031

Public Funds Quick Facts with union bug on page 4

## Cust: 34137 - SR "BNY Dreyfus"

**COMMERCIAL**

**SHIP BY:**
**Wed, 02/18/2015 00:00**

### SHIPPING

| GRP | Packing Slip# / Job ShipTo Ref# | | | Requested Qty | $ Freight | | Requested Pkgs. | Address |
|---|---|---|---|---|---|---|---|---|
| 1 | **Shipped: Wed, 02/18/2015 01:30 PM**<br>**Quantity Shipped: 250  #of Pkgs: 1**<br><br>J201502120625<br><br>**Pack in Carton - Finished Product** | | | **250**<br>**Requested Date**<br>Wed, 02/18/2015  04:00 PM<br><br>Instructions: UPS account #X10Y70 | | | **0**<br>**Ship Method**<br>UPS Next Day Air. 3rd Party<br>Third Party | BNY Mellon<br>Attn: Pat Cook, 024-0010<br>201 Washington Street<br>BNY Mellon Center<br>Boston MA 02108<br>Phone: 617-722-7447<br>Created: 02/12/15-rpagan<br>Updated: 02/18/15 13:30:13-Jrodriguez |
| 3 | **Shipped: Wed, 02/18/2015 02:22 PM**<br>**Quantity Shipped: 20  #of Pkgs: 1**<br><br>J201502120627<br><br>**Office Copy - Finished Product** | | | **20**<br>**Requested Date**<br>Wed, 02/18/2015  04:00 PM | | | **0**<br>**Ship Method**<br>Foot Messenger<br>Prepaid | DG3 North America, Inc.<br>Attn: ERIC LINDFELDT<br>100 Burma Road<br>Jersey City NJ 07305<br>Created: 02/12/15-rpagan<br>Updated: 02/18/15 14:22:13-JRODRIGUEZ2 |
| 4 | **Shipped: Wed, 02/18/2015 02:22 PM**<br>**Quantity Shipped: 20  #of Pkgs: 1**<br><br>J201502120628<br><br>**Office Copy - Finished Product** | | | **20**<br>**Requested Date**<br>Wed, 02/18/2015  04:00 PM | | | **0**<br>**Ship Method**<br>Foot Messenger<br>Prepaid | DG3 North America, Inc.<br>Attn: george iczkovitz<br>100 Burma Road<br>Jersey City NJ 07305<br>Created: 02/12/15-rpagan<br>Updated: 02/18/15 14:22:21-JRODRIGUEZ2 |
| 5 | **Shipped: Wed, 02/18/2015 02:22 PM**<br>**Quantity Shipped: 6  #of Pkgs: 1**<br><br>J201502120629<br><br>**Office Copy - Finished Product** | | | **6**<br>**Requested Date**<br>Wed, 02/18/2015  04:00 PM | | | **0**<br>**Ship Method**<br>Foot Messenger<br>Prepaid | DG3 North America, Inc.<br>Attn: Ray Pagan<br>100 Burma Road<br>Jersey City NJ 07305<br>Created: 02/12/15-rpagan<br>Updated: 02/18/15 14:22:32-JRODRIGUEZ2 |

| | Requested Quantity | Requested # Packages | Actual Quantity | Actual # Packages | Billable Freight | Count Shipments | Count $ Frt | Count No $ Frt | Count 3 Party |
|---|---|---|---|---|---|---|---|---|---|
| Office Copy - Finished Product | 46 | 0 | 46 | 3 | $0.00 | 3 | 0 | 3 | 0 |
| Pack in Carton - Finished Product | 250 | 0 | 250 | 1 | $0.00 | 1 | 0 | 0 | 1 |
| **Total: Finished Product Shipments** | **296** | **0** | **296** | **4** | **$0.00** | **4** | **0** | **3** | **1** |

*SHIPPED*  *SHIPPED*  *SHIPPED*  *SHIPPED*

$ Freight

Requested Quantity   Requested # Packages

**EXHIBIT 2**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>THE STANDARD REGISTER<br>COMPANY, *et al.[1]*,<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br>Jointly Administered |

<u>NOTICE OF RECLAMATION DEMAND</u>

**COMES NOW** DG3 Group America, Inc. ("<u>DG3</u>"), by and through its counsel, and files

this notice of delivery of a formal reclamation demand letter dated March 12, 2015 (the

"<u>Reclamation Demand</u>"), pursuant to 11 U.S.C. § 546(c), on the above-captioned debtors (the

"<u>Debtors</u>") to reclaim certain goods ("<u>Goods</u>") that DG3 shipped during the 45 days immediately

preceding the March 12, 2015 petition date.  The Reclamation Demand is attached hereto as

<u>Exhibit A</u>.  The value of the Goods at issue is not less than $128,833.10.

**PLEASE TAKE FURTHER NOTICE** that the filing this *Notice of Reclamation*

*Demand* is not intended to be an election of remedies or a waiver of any of DG3's rights under

---

[1] The Debtors and the last four digits of their respective U.S. federal taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (n/a); Standard Register de México, S. de R.L. de C.V. (n/a); Standard Register Servicios, S. de R.L. de C.V. (n/a); and Standard Register Technologies Canada ULC (n/a).

the Bankruptcy Code or applicable law and DG3 reserves its rights to amend this *Notice of*

*Reclamation Demand.*

Dated: April 7, 2015
Wilmington, Delaware

**GIBBONS P.C.**

*/s/ Natasha M. Songonuga*
Natasha M. Songonuga, Esq. (Bar No. 5391)
1000 N. West Street, Suite 1200
Wilmington, DE 19801-1058
Telephone: (302) 295-4875
Facsimile: (302) 295-4876
E-mail: nsongonuga@gibbonslaw.com

-and-

Mark B. Conlan
One Gateway Center
Newark, NJ 07102-5310
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
E-mail: mconlan@gibbonslaw.com

*Counsel to DG3 Group America, Inc.*

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| THE STANDARD REGISTER COMPANY, *et al.*[2], | Case No. 15-10541 (BLS) Jointly Administered |
| Debtors. |  |

## CERTIFICATE OF SERVICE

1.      I, Natasha M. Songonuga, certify that I am not less than 18 years of age and not a party in this matter.

2.      On April 7, 2015, I caused to be electronically filed through the Court's CM/ECF system and served the following documents on all parties who have electronically entered a notice of appearance by means of the Court's CM/ECF System:

- *Notice of Reclamation Demand*

3.      In addition, on April 7, 2015, I caused the above-referenced document to be served via regular U.S. mail, postage prepaid, upon the following:

| | |
|---|---|
| Mark S. Kenney<br>Office of the U.S. Trustee<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>*U.S. Trustee* | Michael R. Nestor, Esq.<br>Kara Hammond Coyle, Esq.<br>Maris J. Kandestin, Esq.<br>Andrew Magaziner, Esq.<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>*Counsel for the Debtors* |

---

[2] The Debtors and the last four digits of their respective U.S. federal taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (n/a); Standard Register de México, S. de R.L. de C.V. (n/a); Standard Register Servicios, S. de R.L. de C.V. (n/a); and Standard Register Technologies Canada ULC (n/a).

| | |
|---|---|
| Robert A. Klyman, Esq.<br>Samuel A. Newman, Esq.<br>Jeremy L. Graves, Esq.<br>Sabina Jacobs, Esq.<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-1512<br>*Counsel for the Debtors* | Andrew D. Behlmann<br>Wojciech F. Jung<br>Sharon L. Levine<br>Kenneth A. Rosen<br>LOWENSTEIN SANDLER LLP<br>65 Livingston Avenue<br>Roseland, NJ 07068<br>*Counsel for the Official Committee of*<br>*Unsecured Creditors* |
| Justin K. Edelson<br>Shanti M. Katona<br>Christopher A. Ward<br>POLSINELLI PC<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801<br>*Counsel for the Official Committee of*<br>*Unsecured Creditors* | PRIME CLERK<br>830 Third Avenue<br>9th Floor<br>New York, NY 10022<br>*Claims Agent* |

4.    I certify that the foregoing statements made by me are true.  I am aware that if any

of the above statements are false, I am subject to punishment.


Dated: Wilmington, Delaware          **GIBBONS P.C.**
           April 7, 2015

                                                    */s/ Natasha M. Songonuga*
                                                    Natasha M. Songonuga, Esq. (Bar No. 5391)
                                                    1000 N. West Street, Suite 1200
                                                    Wilmington, DE  19801-1058
                                                    Telephone:  (302) 295-4875
                                                    Facsimile:  (302) 295-4876
                                                    E-mail:  nsongonuga@gibbonslaw.com

                                                    *Co-Counsel for the Official Committee of Unsecured*
                                                    *Creditors*

# EXHIBIT A

 GIBBONS

MARK CONLAN
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4545 Fax: (973) 639-6356
mconlan@gibbonslaw.com

March 12, 2015

**VIA ELECTRONIC & REGULAR MAIL** mnestor@ycst.com

Michael R. Nestor, Esq.
Young Conaway Stargatt & Taylor
Rodney Square
1000 North King Street
Wilmington, DE 19801

> Re:  **In re The Standard Register Company, et al.,**
> **Case No. 15-10541- BLS**

Dear Counsel:

This firm represents DG3 Group America, Inc. ("DG3") in the above-captioned bankruptcy cases. I am writing to you concerning certain goods and products that were shipped and delivered to The Standard Register Company ("Debtor") during the forty-five (45) days immediately preceding March 12, 2015 ("Petition Date"). Those goods or products consist of various items utilized in connection with the Debtor's business, as set forth on the schedule of invoices attached hereto as Exhibit A.

As set forth in the sales documents identified on Exhibit A hereto, DG3 shipped goods valued at $128,833 ("Goods") to the Debtor that the Debtor received between February 20, 2015 and March 12, 2015, and for which DG3 has not received payment. Within the Goods shipped during the 45-day period, there are two subsets of goods that we wish to point out: (1) during the twenty (20) day period immediately preceding the Petition Date, DGE shipped goods valued at $121,025; and (2) DGE has shipped goods valued at $53,525 that remain in transit.

Pursuant to Section 2-702(2) of the Uniform Commercial Code and 11 U.S.C. § 546(c)(1) and subject to the final paragraph of this letter, DG3 hereby demands the immediate return of all of the ("Goods") or the proceeds thereof, of any kind or character shipped by DG3 that were received by the Debtor between February 20, 2015 and March 12, 2015 (said Goods being, hereafter, the "Reclaimed Goods"). The Reclaimed Goods include, but are not limited to those Goods identified on Exhibit A hereto.

Please advise the Debtor to immediately inventory the Reclaimed Goods and keep the Reclaimed Goods segregated from all other inventory. Further neither the Debtor, its bankruptcy estate nor any other parties are permitted to use, sell, encumber or transfer the Reclaimed Goods to any other party.

Please have the Debtor contact DG3 to arrange for the immediate return of the Reclaimed Goods, or the proceeds thereof, to DG3.

#2193940 v1
106903-57498

GIBBONS P.C.

Michael R. Nestor, Esq.
March 12, 2015
Page 2


Your anticipated cooperation is appreciated.

In the event that DG3 is designated a critical vendor in the above-captioned cases and receives payment on its pre-petition claims as a critical vendor, DG3 will withdraw this reclamation demand.

Very truly yours,

*/s/ Mark Conlan*

Mark Conlan
Director


cc:    Lawrence A. Goldman, Esq.
       L.J. Baillargeon

Case 15-10541-BLS    Doc 211-1    Filed 04/01/15    Page 4 of 4

Job Booking Report - Invoice Total - Main and Subjobs

Date Entered From Wed-01/01/14 To Wed-04/01/15

| Date Entered | Date Due/Ship | LOB / SC | CustID Customer | Sales Person | Job/Sub ID | Job Description | Job Status Y/N | Ext Status Y/N | Quantity Ordered | Total Pages | Invoice Total | Invoice Freight | Jobs in house not shipped or invoiced | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/23/14 | 01/06/15 | C0 / C10 | 34137 SR "BNY DryfuA" | Enu_L | 289243 | Focus Funds Catalog - 12/23/14 Project: Catalog ;Client: BY Mellon/Job # 14-BNY-0047 ; /, Finished Size: 8.5 x 11 ;/Pages: 36 page Cover | Closed | N | 800 | | 3,000.00 | 0.00 | | sent invoice |
| 01/06/15 | 01/06/15 | C0 / C10 | 34137 SR "BNY DryfuA" | Enu_L | 289243-1 | Reprint - Customer changes using new copy supplies - Focus Funds Catalog ; 12/23/14 Project: Catalog ;Client: BY Mellon/Job # | Closed | N | 800 | | 5,061.03 | 81.03 | | sent invoice |
| 12/24/14 | 01/09/15 | C0 / C10 | 34137 SR "BNY DryfuA" | Enu_L | 289205 | BNY Mellon newsletter Project: Newsletter ;Client: BY Mellon/Job # 14-BNY-0044 /12 pages self cover ;/page Size: 10"w x 13"h | Closed | N | 500 | | 5,035.21 | 185.21 | | sent invoice |
| 01/14/15 | 01/09/15 | C0 / C10 | 34137 SR "BNY DryfuA" | Enu_L | 289098 | 2014 Tax Information Guide - Form 1099-DIV ;DRY-1099DIV-14 ;QUANTITY 200,215 ;/FLAT SIZE: 14.875 X 9 ;FINAL SIZE: 3.75 X 1 | Closed | Y | 200,215 | | 15,736.77 | 1,709.38 | | sent invoice |
| 01/14/15 | 01/09/15 | C0 / C10 | 34137 SR "BNY DryfuA" | Enu_L | 289091 | 2014 Tax Information Guide - Form 1099-OID ;DRY-1099OID-14 ;QUANTITY 1,180 ;/FLAT SIZE: 14.875 X 9 ;FINAL SIZE 3.75 X 9" COG | Closed | Y | 1,180 | | 1,130.11 | 268.35 | | |
| 01/14/15 | 01/09/15 | C0 / C10 | 34137 SR "BNY DryfuA" | Enu_L | 289092 | 2014 Tax Information Guide - Form 1099-R ;DRY-1099-R-14 ;QUANTITY 25,185 ;FLAT SIZE: 14.875 X 9 ;FINAL SIZE: 3.75 X 9"x COG | Closed | Y | 25,185 | | 3,490.18 | 259.34 | | |
| 01/09/15 | 01/20/15 | C0 / C10 | 34137 SR "BNY DryfuA" | Enu_L | 289996 | DRY-TAX-14 – Dreyfus 2014 Tax Guides ;Form DRY-TAX-14/ QUAN: 100,190" FINAL SIZE: 3.375 X 8.375"/ COLORS: KNV/ STOCK: | Closed | Y | 100,190 | | 16,438.95 | 838.43 | | |
| 02/03/15 | 02/03/15 | C0 / C10 | 34137 SR "BNY DryfuA" | Enu_L | 281987 | RET-61449-5/2013  Statement Insert 2 page 45,185 pieces - 44 x satin w, on 100 # silk text - trim 4 sides to 3.75x8.5 - convenient k | Closed | N | 45,185 | 2 | 3,128.95 | 213.90 | | |
| 02/04/15 | 02/04/15 | C0 / C10 | 34137 SR "BNY DryfuA" | Enu_L | 281990 | BNYIA-FIELD-1014 BNY Mellon Fixed Income Pocket Folder, 4pp die cut pocket folders 5 x11.5 + two 5" glued pockets with business c | Closed | N | 500 | 4/20/22 | 3,563.95 | 143.30 | | |
| 02/11/15 | 02/12/15 | C0 / C10 | 34137 SR "BNY DryfuA" | Enu_L | 282304 | Investment management quick facts with union bug on page 4 printing cmyx 2 sides - size 17 x 11 flat / 8.5 x 11 screed + folded on SS | Closed | N | 450 | 4 | 460.00 | 0.00 | | |
| 02/12/15 | 02/12/15 | C0 / C10 | 34137 SR "BNY DryfuA" | Enu_L | 282301 | Public Funds quick facts with union bug on page 4 printing cmyx 2 sides - size 17 x 11 flat / 8.5 x 11 / Final Size 8  9 | Closed | N | 750 | 4 | 300.00 | 0.00 | | |
| 02/13/15 | 02/13/15 | C0 / C10 | 34137 SR "BNY DryfuA" | Enu_L | 283087 | DRY-FBNW-2015 8 pp Front Burner Newsletter ; /12 pages self cover ;/page Size : 10"w x 13"h ;/Colors cmyx vs max 4/4;  Cover  Mohawk | Open | N | 25,000 | 12 | 13,500.00 | 0.00 | | |
| 02/24/15 | 02/24/15 | C0 / C10 | 34137 SR "BNY DryfuA" | Enu_L | 283107 | Focus Funds Catalog Q414 ; , Finished Size: 8.5 x 11 ;/Pages: 36 pages + 4 page cover ;Colors; cmyx uv max 4/4; , Cover  Mohawk | Open | N | 5,000 uv+36v | | 20,000.00 | 0.00 | | |
| 02/25/15 | 02/25/15 | C0 / C10 | 34137 SR "BNY DryfuA" | Enu_L | 283099 | RET-61449-0315  Statement Insert 2 page 62,180 pieces - 44 x satin w, on 100 # silk text - trim 4 sides to 3.75x8.5 - convenient k | Open | N | 62,180 | 2 | 0.00 | 0.00 | 1,400.00 | shipped needs to invoice |
| 02/25/15 | 02/25/15 | C0 / C10 | 34137 SR "BNY DryfuA" | Enu_L | 283729 | DRY-MTAG-0312 booklet 8 pages self cover ; 8.25 x 10.75 ;/1/1-h; 70# Uncoated Text , 2015 | Open | N | 20,000 | 8 | 0.00 | 0.00 | 2,500.00 | shipped needs to invoice |
| 03/12/15 | 03/12/15 | C0 / C10 | 34137 SR "BNY DryfuA" | Enu_L | 284260 | Dreyfus Equity Income Fund - Self Mailer RET-61449A-0315  self Mailer -4pp - 4/4 cmyx + satin aq. on 100lb Silk Cvr / 9 x 12 screws + | Open | N | 12,370 | 4 | 0.00 | 0.00 | 2,600.00 | working |
| 03/18/15 | 03/18/15 | C0 / C10 | 34137 SR "BNY DryfuA" | Enu_L | 284258 | RET-LFL-0315 (Letter form the Lion - Retail Version) (4 pages)11x17 flat, 8.5x5.5 folded friend out - 130,150 pieces - printed  4/4 cm | Open | N | 147,095 | 4 | 0.00 | 0.00 | 9,050.00 | working |
| 03/30/15 | 03/30/15 | C0 / C10 | 34137 SR "BNY DryfuA" | Enu_L | 284322 | BNY-FLO-0315A Dreyfus/BNY Mellon pocket folder, 4app/ 4c - satin eight, 130# Silk Cvr, die cut, glue and fold to 9.5 x 12.6 Build in sto | Open | N | 10,000 die cut | | 0.00 | 0.00 | 6,050.00 | working |

91,866.75 | 3,692.94 | 23,000.00

Page 1 of 1

**Other Standard Register Jobs**

Webster Financial Corp AR - job # 279817
Sell = $34,000 (includes OT marked up and AAs marked up)        34,000.00        03/11/15        Shipped on 3/11/15

Pacific Gas & Electric:
Annual Reports + $17,500 + typesetting and EDGAR charges        17,500
Proxy = $12,425 + typesetting and EDGAR charges        12,425

Total        91,866.75        3,692.94        87,525

Printed: 03/12/15 13:14 / Data as of: 3/12/2015 13:14
Vtrp201501tbsSC_AppsLMlobBookedOnlyDetailPageview.jp10d12/2015 13:13

# Electronic Proof of Claim

Adobe Document Cloud Document History                    June 09, 2015

| | |
|---|---|
| Created: | June 09, 2015 |
| By: | Prime Clerk (epoc@primeclerk.com) |
| Status: | SIGNED |
| Transaction ID: | XZG8IXZT26D5UXR |

## "Electronic Proof of Claim" History

Widget created by Prime Clerk (epoc@primeclerk.com)
June 09, 2015 - 4:41 PM EDT

Widget filled in by Brian Conti (brian.conti@dg3.com)
June 09, 2015 - 4:48 PM EDT - IP address: 54.208.4.136

Brian Conti (brian.conti@dg3.com) uploaded the following supporting documents:
Attachment
June 09, 2015 - 4:48 PM EDT

User email address provided through API
June 09, 2015 - 4:48 PM EDT - IP address: 54.208.4.136

Signed document emailed to Brian Conti (brian.conti@dg3.com) and Prime Clerk (epoc@primeclerk.com)
June 09, 2015 - 4:48 PM EDT

