IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE STANDARD REGISTER COMPANY, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br>Jointly Administered |

## CERTIFICATION OF SERVICE

1. I, Natasha M. Songonuga, certify that I am not less than 18 years of age and not a party in this matter.

2. On March 30, 2016, I caused to be electronically filed and served through the Court's CM/ECF system the *Response to Debtor's Tenth (10TH) Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1* on all parties who have electronically entered a notice of appearance by means of the Court's CM/ECF System and via email upon the following:

| | |
|---|---|
| Lowenstein Sandler LLP<br>65 Livingston Avenue<br>Roseland, NJ 07068<br>Attn: Kenneth A. Rosen, Esq., Sharon L. Levine, Esq., and Wojciech Jung, Esq.<br>E-mail: krosen@lowenstein.com<br>slevine@lowenstein.com<br>wjung@lowenstein.com | Polsinelli PC<br>Attn: Christopher A. Ward and Justin K. Edelson<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801<br>Email: cward@polsinelli.com<br>jedelson@polsinelli.com |
| Lowenstein Sandler LLP<br>Attn: Gerald C. Bender, Esq.<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Email: gbender@lowenstein.com | |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: The Standard Register Company (5440); Standard Register Holding Company (3186); Standard Register Technologies, Inc. (3180); Standard Register International, Inc. (1861); iMedConsent, LLC (6337); Standard Register of Puerto Rico Inc. (0578); Standard Register Mexico Holding Company (1624); Standard Register Holding, S. de R.L. de C.V. (4GR4); Standard Register de Mèxico, S. de R.L. de C.V. (4FN0); Standard Register Servicios, S. de R.L. de C.V. (43K5); and Standard Register Technologies Canada ULC (0001).

I certify that the foregoing statements made by me are true.  I am aware that if any of the above statements are false, I am subject to punishment.

Dated:  March 30, 2016

**GIBBONS P.C.**

By: /s/ *Natasha M. Songonuga*
Natasha M. Songonuga, Esq. (Bar No. 5391)
300 Delaware Avenue, Suite 1015
Wilmington, DE  19801-1671
Telephone:  (302) 518-6324
Facsimile:  (302) 429-6294
E-mail:  nsongonuga@gibbonslaw.com

*Counsel for DG3 North America, Inc.*