# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| **SRC LIQUIDATION COMPANY,** *et al.,* | Case No. 15-10541 (BLS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

    I hereby certify that on, March 31, 2016, I electronically filed the attached Withdrawal of Response in Opposition to Debtors' Eighth Omnibus Objection to Claims with the Clerk of the Bankruptcy Court using the CM/ECF system, which sent notification of such filing to all those accepting electronic service.

    <u>/s/*Robert L. Cook*</u>
    Robert L. Cook, Esq. (New York Bar #1877703)
    District Tax Attorney, Office of Counsel
    New York State Department of Taxation & Finance
    340 East Main St., Rochester, New York 14604
    Phone: 585-530-8465 Fax: 518-435-8490
    Email:  Robert.Cook@tax.ny.gov