IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>**SRC LIQUIDATION, LLC,**<br><br>                                Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS) |

**NOTICE OF WITHDRAWAL OF DOCUMENT (DOC. #1515), WITHDRAWAL OF RESPONSE IN OPPOSITION TO DEBTOR'S EIGHTH (8TH) OMNIBUS OBJECTION TO CLAIMS, AND NOTICE OF WITHDRAWAL OF RESPONSE IN OPPOSITION TO DEBTOR'S EIGHTH (8TH) OMNIBUS OBJECTION TO CLAIMS (DOC. #1496)**

The Document (DOC. #1515): WITHDRAWAL OF RESPONSE IN OPPOSITION TO DEBTOR'S EIGHTH (8TH) OMNIBUS OBJECTION TO CLAIMS and the accompanying CERTIFICATE OF SERVICE were filed in error on 3/31/16 and are hereby withdrawn.

The New York State Department of Taxation and Finance, by and through Amanda Hiller, Deputy Commissioner and Counsel, by Robert L. Cook, District Tax Attorney (of Counsel), hereby withdraws its RESPONSE IN OPPOSITION TO DEBTOR'S EIGHTH (8TH) OMNIBUS OBJECTION TO CLAIMS (DOC. #1496). Subsequent to the filing of the response, on or about 3/24/16, the Debtor paid in full the claim (Claim #2506) to which the Debtor had objected.

DATED: April 1, 2016              Amanda Hiller
                                                    Deputy Commissioner and Counsel

                                                    By:    /s/ Robert L. Cook
                                                    Robert L. Cook, Esq. (New York Bar #1877703)
                                                    District Tax Attorney
                                                    New York State Department of Taxation and Finance
                                                    Office of Counsel
                                                    340 East Main Street, Rochester, N.Y.  14604
                                                    Phone:  (585) 530-8465 / Fax: (518) 435-8490
                                                    Email:   Robert.Cook@tax.ny.gov