## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Sebastian V. Higgins, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtor in the above-captioned Chapter 11 cases.

On March 30, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail to Donald L. Starner at an address that has been redacted for privacy:

- Debtor's Tenth (10th) Omnibus (Non-Substantive) Objection to Claims [Docket No. 1491]

- Amended Notice of Debtor's Tenth (10th) Omnibus (Non-Substantive) Objection to Claims [Docket No. 1493]

On March 30, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following document, along with a blank proof of claim form, to be served via First Class Mail to BSP Marketing LP at 2A W Shady LN, Houston, TX, 77063-1304:

- Notice of Deadlines for the Filing of Proofs of Claim, Including for Claims Asserted Under Section 503(b)(9) of the Bankruptcy Code [Docket No. 507]

On March 30, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail to SPORTCO at 1717 N Naper BLVD STE 203, Naperville, IL, 60563-8838:

- Notice of Effective Date of Second Amended Chapter 11 Plan of Liquidation for SRC Liquidation Company and its Affiliates (with Technical Modifications) Under Chapter 11 of the Bankruptcy Code [Docket No. 1412]

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

Dated: April 4, 2016

_____
Sebastian V. Higgins

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on April 4, 2016, by Sebastian V. Higgins, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

LIZ SANTODOMINGO
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2018