# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>SRC LIQUIDATION, LLC[1]<br><br>Debtor. | Chapter 11<br><br>Case No.: 15-10541 (BLS)<br>(Jointly Administered)<br><br>**Re: Docket No. 1506** |

## CERTIFICATE OF NO OBJECTION FOR LIQUIDATING DEBTOR'S MOTION FOR AUTHORITY TO SETTLE CLASSES OF PREFERENCE CLAIM CONTROVERSIES PURSUANT TO BANKRUPTCY RULE 9019(b)

I, Gregory J. Flasser, counsel to SRC Liquidation, LLC (the "Liquidating Debtor"), hereby certify that as of the date hereof, I have received no answer, objection or other responsive pleading to the Liquidating Debtor's *Motion for Authority to Settle Classes of Preference Claim Controversies Pursuant to Bankruptcy Rule 9019(b)*, filed on March 18, 2016 [D.I. 1506] (the "Motion"). The undersigned further certifies that I have caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than April 1, 2016, at 4:00 p.m. (EST).

It is hereby respectfully requested that the proposed Order as originally filed with the Motion be entered at the Court's earliest convenience.

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

{BAY:02879543v1}

Dated: April 4, 2016
      Wilmington, Delaware

**BAYARD, P.A.**

*/s/ Gregory J. Flasser*
Justin R. Alberto (No. 5126)
Gregory J. Flasser (No. 6154)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: jalberto@bayardlaw.com
       gflasser@bayardlaw.com

      -and-

Joseph L. Steinfeld, Jr.
Gary D. Underdahl (*Admitted Pro Hac Vice*)
**ASK LLP**
2600 Eagan Woods Drive, Suite 400
St. Paul, Minnesota  55121
Telephone: (651) 406-9665
Email: gunderdahl@askllp.com

*Counsel to SRC Liquidation, LLC*