## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS) |

### AFFIDAVIT OF SERVICE

I, Richard M. Allen, depose and say that I am employed by Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the Debtor in the above-captioned Chapter 11 case.

On April 1, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served in the manners set forth on the 1) Core/2002 Service List attached hereto as **Exhibit A** and 2) Twelfth Omnibus Objection attached hereto as **Exhibit B**:

- Debtors' Twelfth (12th) Omnibus (Substantive) Objection to Claims [Docket No. 1517]

Dated: April 5, 2016

Richard M. Allen

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on April 5, 2016, by Richard M. Allen, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

ADAM ADLER
NOTARY PUBLIC-STATE OF NEW YORK
No. 02AD6306134
Qualified in Nassau County
My Commission Expires June 16, 2018

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| GUC Trustee | EisnerAmper LLP | Attn: Anthony R. Calascibetta<br>111 Wood Avenue South<br>Iselin NJ 08830-2700 | anthony.calascibetta@eisneramper.com | First Class Mail and Email |
| Counsel to Debtors,<br>Counsel to GUC Trust | Lowenstein Sandler LLP | Attn: Sharon L. Levine, Esq., Wojciech F. Jung, Esq. & Andrew Behlmann<br>65 Livingston Avenue<br>Roseland NJ 07068 | slevine@lowenstein.com<br>wjung@lowenstein.com<br>abehlmann@lowenstein.com | Email |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn: Mark Kenney<br>844 King St., Ste. 2207<br>Wilmington DE 19801 | mark.kenney@usdoj.gov | First Class Mail and Email |
| Cousnel to the Secured Creditor Trust | Pepper Hamilton LLP | Attn: David M. Fournier & John Henry Schanne II<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>Wilmington DE 19801 | fournierd@pepperlaw.com<br>schannej@pepperlaw.com | First Class Mail and Email |
| Counsel to Debtors | Polsinelli PC | Attn: Christopher A. Ward, Justin K. Edelson<br>222 Delaware Avenue<br>Suite 1101<br>Wilmington DE 19801 | cward@polsinelli.com<br>jedelson@polsinelli.com | Email |
| Secured Creditor Trust | Wilmington Trust Company | Attn: Institutional Client Services<br>Rodney Square North<br>1100 North Market Street<br>Wilmington DE 19890 | | First Class Mail |

In re SRC Liquidation, LLC.
Case No. 15-10541 (BLS)

Page 1 of 1

**<u>Exhibit B</u>**

Exhibit B
Twelfth Omnibus Claimant Service List
Served as set forth below

| MML ID | Name | Address 1 | Address 2 | Address 3 | City | State | Zip Code | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| 1392160 | Amy White | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | | First Class Mail |
| 1333168 | Barbara Widera | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| 1333199 | CAROLINE WILLIAMS | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| 1332517 | CONNIE LOU SWISHER | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| 1333192 | CYNTHIA WILLARD | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| 1332518 | DENNIS L SWISHER | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| 1333338 | Franklin Wood Jr. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | | First Class Mail |
| 1402743 | James Walker | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| 1402743 | James Walker | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| 1402741 | Jan Yates | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| 1402741 | Jan Yates | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| 1368496 | JOANN ZORB | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| 1333098 | JOHN WERMANN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| 1333288 | JOYCE WINTERS | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | | First Class Mail |
| 1368599 | KAREN THOME | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| 1332912 | KATHLEEN WAGNER | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| 1332843 | KIMBERLY VANDERWIERE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| 1399879 | Kyle E. Wagner | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| 1333184 | KYLE WILKE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |

Exhibit B
Twelfth Omnibus Claimant Service List
Served as set forth below

| MML ID | Name | Address 1 | Address 2 | Address 3 | City | State | Zip Code | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| 1333278 | MARK WINGERBERG | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | | First Class Mail |
| 1332931 | MICHAEL W WALKER | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| 1333383 | OUBREY WRIGHT | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | | First Class Mail |
| 1332286 | SPARKS, BARBARA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| 1360800 | SPARKS, NORMA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| 1332354 | STANYEK, EMERY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| 1333090 | STEVEN WENGRONOWITZ | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| 1332404 | STEWART, ROBERT | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | | First Class Mail |
| 1332404 | STEWART, ROBERT | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | | First Class Mail |
| 1332419 | STOLLER, HAROLD | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| 1332480 | SULLINS, JANEY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| 970322 | The Bank of New York Mellon | Amy M. Tonti, Esq. | Reed Smith LLP | 225 Fifth Avenue, Suite 1200 | Pittsburgh | PA | 15222 | Rharpole@easttexasattorneys.com | First Class Mail & Email |
| 970322 | The Bank of New York Mellon | Dean C. Schavolt - Managing Director, Asset Servic | 500 Grant Street, STE 1362 | | Pittsburgh | PA | 15258-0001 | | First Class Mail |
| 1332643 | THOME, KAREN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| 1332688 | TITLEY, FRANCES | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| 1332724 | TOULON, GREGORY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| 1332756 | TRUAX, GAY E. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| 1332851 | VARBOUNKER, NINA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | | First Class Mail |

Exhibit B
Twelfth Omnibus Claimant Service List
Served as set forth below

| MML ID | Name | Address 1 | Address 2 | Address 3 | City | State | Zip Code | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| 1333011 | VIRGINIA WATERS | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | | First Class Mail |
| 1332928 | WALKER, JOE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| 1333186 | WILKIE, MARCELLA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| 1333189 | WILKINSON, OPAL | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | | First Class Mail |
| 1333240 | WILLIS, WILLIAM | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | | First Class Mail |
| 1333240 | WILLIS, WILLIAM | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | | First Class Mail |
| 1333356 | WOODWARD, LISA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |
| 1333478 | ZEPP, ROWENA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | | First Class Mail |
| 1333479 | ZIEGELSKI, STEPHEN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail & Email |