# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SRC Liquidation, LLC, | : | |
| | : | Case No. 15-10541 (BLS) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |
| | : | Response Date: 4/6/16 at 4:00 p.m. ET |
| | | Hearing Date: 4/13/16 at 10:00 a.m. ET |

----------------------------------------------------------------------x

## RESPONSE BY THE TENNESSEE DEPARTMENT OF REVENUE
## TO THE DEBTOR'S EIGHTH OMNIBUS OBJECTION TO CLAIMS

COMES NOW the Office of the Tennessee Attorney General, through undersigned counsel, on behalf of the Tennessee Department of Revenue (Department), to respond to the Debtor's Eighth Omnibus Objection to Claims.

IN SUPPORT THEREOF, it will be shown as follows:

1. The Department is a pre-petition and post-petition creditor in this case. The Department's claims are based on estimates due to the failure of the Debtors to file certain tax returns.

2. The Debtor has objected to the Department's claim numbered 2590 for $11,400.00 filed on 1/19/15. This objection is based on the Debtor's assertion that there is no tax owed.

3. The Department responds that according to the Department's records, the Debtor's assertion that no tax is owed is erroneous. There is current tax liability remaining which is represented by claims filed in this case by the Department.

4. Under Tennessee law, when a taxpayer fails to file a tax return, the Commissioner of the Department is authorized to generate an estimate of the tax liability due and assess the taxpayer for the estimated taxes. *See* Tenn. Code Ann. 67-1-1438.

5.      A properly filed proof of claim constitutes prima facie evidence of the validity and amount of the claim. FED. R. BANKR. P. 3001(f). The burden then shifts to the objecting party to go forward with additional evidence to rebut the presumptions in favor of the creditor by a preponderance of the evidence. The Debtor has not produced sufficient evidence to rebut the Department's prima facie case.

THEREFORE, the Department requests that the Court enter an Order overruling the Debtor's objection to its claim for $11,400.00 and allowing the Department's claim as filed. This the 6th day of April, 2016.

Respectfully Submitted,

**HERBERT H. SLATERY III**
Attorney General and Reporter

 /s/ Laura L. McCloud
LAURA L. MCCLOUD (TN BPR 16206)
Senior Counsel
P.O. Box 20207
Nashville, TN 37202
(615) 532-8933

Attorney for the Tennessee Department of Revenue

CERTIFICATE OF SERVICE

      I hereby certify that on April 6, 2016, a true and correct copy of the foregoing document was sent via facsimile and/or electronic means and/or placed in United States mail, first class postage prepaid, addressed to the following parties:

      /s/ Laura L. McCloud
LAURA L. MCCLOUD (TN BPR 16206)
Senior Counsel

LOWENSTEIN SANDLER LLP
Kenneth A. Rosen
Sharon L. Levine
Wojciech F. Jung
65 Livingston Avenue
Roseland, NJ  07068
Telephone: (973) 597-2500
Facsimile:  (973) 597-2400

Gerald C. Bender, Esq.
1251 Avenue of the Americas
New York, NY  10020
Telephone:  (212) 262-6700
Facsimile:   (212) 262-7402

POLSINELLI PC
Christopher A. Ward
Justin K. Edelson
222 Delaware Avenue, Suite 101
Wilmington, DE  19801
Telephone:  (302) 252-0920
Facsimile:   (302) 252-0921
cward@polsinelli.com
jedelson@polsinelli.com