**CERTIFICATE OF SERVICE**

I, David A. Felice, hereby certify that on this 6th day of April, 2016, I caused a true and correct copy of the Cenveo Corporation's Response to Debtor's Eleventh (11th) Omnibus (Non-Substantive) Objection to Claims to be served upon addressees listed below in the manner indicated:

**Via First-Class Mail**

Justin R. Alberto
Bayard, P.A.
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE  19899

Justin K. Edelson
Polsinelli PC
222 Delaware Avenue
Suite 1101
Wilmington, DE  19801

Wojciech F. Jung
Lowenstein Sandler LLP
65 Livingston Avenue
Roseland, NJ  07068

Gary D. Underdahl
ASK Financial, LLP
2600 Eagon Woods Drive
Suite 400
St. Paul, MN  55121

Mark S. Kenney
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801

Duncan E. Barber  
Bieging Shapiro & Barber LLP  
4582 South Ulster St. Parkway  
Suite 1650  
Denver, CO  80237  

Benjamin Joseph Steele  
Prime Clerk LLC  
830 3rd Avenue  
9th Floor  
New York, NY  10022  

Dated: April 6, 2016  
Wilmington, Delaware

                                           */s/ David A. Felice*  
                                           David A. Felice (#4090)