# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION, LLC[1]<br><br>                Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>RE: Docket No. 1491 |

## NOTICE OF PARTIAL WITHDRAWAL REGARDING DEBTOR'S TENTH (10TH) OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

PLEASE TAKE NOTICE that SRC Liquidation, LLC, f/k/a The Standard Register Company, the above-captioned reorganized debtor (the "**Debtor**"), hereby withdraws its *Tenth (10th) Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1* [Docket No. 1491] without prejudice solely as it relates to the claim filed by Xerox Corporation [Claim No. 2071].

Dated: April 7, 2016

                                                      Respectfully Submitted,

                                                      **LOWENSTEIN SANDLER LLP**
                                                      Kenneth A. Rosen, Esq.
                                                      Sharon L. Levine, Esq.
                                                      Wojciech F. Jung, Esq.
                                                      65 Livingston Avenue
                                                      Roseland, NJ 07068
                                                      Telephone: (973-597-2500)
                                                      Facsimile: (973) 597-2400

                                                      *-and -*

                                                      Gerald C. Bender, Esq.
                                                      1251 Avenue of the Americas
                                                      New York, NY 10020
                                                      Telephone: (212) 262-6700
                                                      Facsimile: (212) 262-7402

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

52809702.1

*-and-*

**POLSINELLI PC**

/s/ Justin K. Edelson
Christopher A. Ward (DE 3877)
Justin K. Edelson (DE 5002)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone:  (302) 252-0920
Facsimile:  (302) 252-0921
cward@polsinelli.com
jedelson@polsinelli.com

*Counsel to SRC Liquidation, LLC*

52809702.1