# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>SRC LIQUIDATION, LLC[1]<br>　　　　Debtor. | Chapter 11<br>Case No. 15-10541 (BLS)<br><br>RE: Docket No. 1488 |

### CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING DEBTOR'S EIGHTH (8TH) OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007, AND LOCAL RULE 3007-1

I, Justin K. Edelson, of Polsinelli PC, counsel to SRC Liquidation, LLC, f/k/a The Standard Register Company, the above-captioned reorganized debtor (the "**Debtor**"), hereby certify as follows:

1. On March 3, 2016, the Debtor filed the *Eighth (8th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1* [Docket No. 1488] (the "**Omnibus Objection**"). The response deadline for the Omnibus Objection was April 6, 2016.

2. The Debtor received formal responses from New York Department of Taxation [Docket No. 1496] and Tennessee Department of Revenue [Docket No. 1522]. New York Department of Taxation subsequently withdrew its response to the Omnibus Objection [Docket No. 1516]. The Debtor is currently in discussions with the Tennessee Department of Revenue regarding its claim. The Debtor has revised the form of order for the Omnibus Objection by removing the claim of the Tennessee Department of Revenue. The revised form of order is attached hereto as <u>Exhibit 1</u> (the "**Order**").

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

52809889.1

3. Accordingly, the Debtor respectfully requests that the Court enter the Order at its earliest convenience.

Dated:  April 7, 2016

Respectfully Submitted,

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Sharon L. Levine, Esq.
Wojciech F. Jung, Esq.
65 Livingston Avenue
Roseland, NJ  07068
Telephone:  (973-597-2500
Facsimile:  (973) 597-2400

*-and -*

Gerald C. Bender, Esq.
1251 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 262-6700
Facsimile:  (212) 262-7402

*-and-*

**POLSINELLI PC**

/s/ Justin K. Edelson
Christopher A. Ward (DE 3877)
Justin K. Edelson (DE 5002)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone:  (302) 252-0920
Facsimile:  (302) 252-0921
cward@polsinelli.com
jedelson@polsinelli.com

*Counsel to SRC Liquidation, LLC*

52809889.1