IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION, LLC[1]<br><br>               Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS)<br><br>RE: Docket No. 1491 |

**CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING DEBTOR'S TENTH (10TH) OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

      I, Justin K. Edelson, of Polsinelli PC, counsel to SRC Liquidation, LLC, f/k/a The Standard Register Company, the above-captioned reorganized debtor (the "**Debtor**"), hereby certify as follows:

      1.    On March 3, 2016, the Debtor filed the *Tenth (10th) Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1* [Docket No. 1491] (the "**Omnibus Objection**"). The response deadline for the Omnibus Objection was April 6, 2016.

      2.    The Debtor received a formal response from DG3 North America, Inc. [Docket No. 1514] and informal responses from Schawk USA and Xerox Corporation. The Debtor has withdrawn its objection to the claim of Xerox Corporation and has resolved the issues related to the claims of DG3 North America, Inc. and Schawk USA. The Debtor has revised the form of order for the Omnibus Objection by removing the claim of Xerox Corporation and incorporating the resolutions regarding the claims of DG3 North America, Inc. and Schawk USA. The revised form of order is attached hereto as <u>Exhibit 1</u> (the "**Order**").

---

[1]    The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

52818110.1

3.	Accordingly, the Debtor respectfully requests that the Court enter the Order at its earliest convenience.

Dated:  April 7, 2016	Respectfully Submitted,

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Sharon L. Levine, Esq.
Wojciech F. Jung, Esq.
65 Livingston Avenue
Roseland, NJ  07068
Telephone:  (973-597-2500
Facsimile:  (973) 597-2400

*-and -*

Gerald C. Bender, Esq.
1251 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 262-6700
Facsimile:  (212) 262-7402

*-and-*

**POLSINELLI PC**

/s/ Justin K. Edelson
Christopher A. Ward (DE 3877)
Justin K. Edelson (DE 5002)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone:  (302) 252-0920
Facsimile:  (302) 252-0921
cward@polsinelli.com
jedelson@polsinelli.com

*Counsel to SRC Liquidation, LLC*

52818110.1