# **EXHIBIT 1**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC | Case No. 15-10541 (BLS) |
| Debtor. | |
| | **Re: Docket Nos. 1491 and _____** |

## ORDER SUSTAINING DEBTOR'S TENTH (10TH) OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007 AND LOCAL RULE 3007-1

Upon consideration of the *Debtor's Tenth (10th) Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1* (the "Objection")[1] and the Poirier Declaration; and this Court having found that it has jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order; and this Court having found that venue of these Chapter 11 Cases and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having determined that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief requested in the Objection is in the best interests of the Debtors, their estates, their creditors and other parties in interest; and this Court having determined that notice of the Objection was good and sufficient upon the particular circumstances and that no other or further notice need be given; and upon the record herein; and after due deliberation thereon and good and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1.      The Objection is SUSTAINED as set forth herein.

---

[1]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

2.      The Equity Interest Claim identified on the attached <u>Exhibit A</u> is hereby disallowed in its entirety.

3.      The Duplicate Claim listed on <u>Exhibit B</u> is hereby disallowed in its entirety.

4.      The Debtor's objection to each Disputed Claim addressed in the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order shall be deemed a separate order with respect to each claim.  Any stay of this Order pending appeal by any of the claimants subject to this Order shall only apply to the contested matter that involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters covered hereby.

5.      The Debtors shall retain and shall have the right to object in the future to any claim listed on <u>Exhibits A</u> through <u>B</u>, including with respect to the "Remaining Claims" listed thereon on any additional ground.

6.      The Debtor's right to commence additional proceedings with respect to the claims that are subject to the Objection, including but not limited to proceedings under sections 502(d), 510, 542, 543, 544, 545, 547, 548, 549, 550, 551, and 553 of the Bankruptcy Code, is also fully reserved and shall not be prejudiced in any way by the filing of the Objection.

7.      The Debtor is authorized and empowered to take all steps necessary and appropriate to carry out and otherwise effectuate the terms, conditions and provisions of this Order.

8.      This Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: April ___, 2016

_____
Honorable Judge Brendan L. Shannon

# EXHIBIT A
**[Equity Interest Claim]**

| | NAME | DATE FILED | CLAIM # TO BE DISALLOWED | DEBTOR | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | Altice, Debra A | 6/10/2015 | 1805 | SRC Liquidation LLC | $1,358.66 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 2 | ARON BEAU ROADARMEL & TERESA E ROADARMEL JT TEN | 5/28/2015 | 1186 | SRC Liquidation LLC | $1,399.85 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 3 | BARBARA A FAIRHURST & MARCIA KAY FAIRHURST JT TEN | 5/27/2015 | 1081 | SRC Liquidation LLC | $1,399.85 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 4 | Boling, Christine Anne | 7/7/2015 | 2160 | SRC Liquidation LLC | $33.60 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 5 | BRANDON LEE ROADARMEL & TERESA E ROADARMEL JT TEN | 5/28/2015 | 1180 | SRC Liquidation LLC | $0.00 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 6 | BRENNER, THOMAS D | 7/8/2015 | 2270 | SRC Liquidation LLC | $0.00 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 7 | Carolyn Clarke, Rebecca Watkins, Timothy Graden | 6/12/2015 | 1856 | SRC Liquidation LLC | $3,570.00 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 8 | Casey, Patricia L | 6/9/2015 | 1615 | SRC Liquidation LLC | $0.00 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 9 | Cervantes, Michael | 6/30/2015 | 2041 | SRC Liquidation LLC | $2,259.50 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |

| | NAME | DATE FILED | CLAIM # TO BE DISALLOWED | DEBTOR | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 10 | Chester D Kalkman & Ardith Kalkman JT Ten | 9/1/2015 | 2469 | SRC Liquidation LLC | $0.00 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 11 | Damm, Brian | 6/5/2015 | 1494 | SRC Liquidation LLC | $2,324.00 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 12 | Deitrick, Eugene R | 6/4/2015 | 1406 | SRC Liquidation LLC | $4,961.44 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 13 | Dino & Marie Leventis | 12/28/2015 | 2578 | SRC Liquidation LLC | $2,631.70 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 14 | Dipti Laxpati & Dakshes Laxpati | 6/16/2015 | 1874 | SRC Liquidation LLC | $1,262.00 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 15 | George, Kelly S. | 6/26/2015 | 2002 | SRC Liquidation LLC | $3,708.38 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 16 | Georgia, Nelson J. | 7/8/2015 | 2300 | SRC Liquidation LLC | $800.00 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 17 | GILDA L RITTENHOUSE & ROBERT W RITTENHOUSE JT TEN | 5/27/2015 | 1085 | SRC Liquidation LLC | $50.00 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 18 | Hall, Roger D. | 6/4/2015 | 1424 | SRC Liquidation LLC | $11,632.67 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |

| | NAME | DATE FILED | CLAIM # TO BE DISALLOWED | DEBTOR | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 19 | HARRIS, THERESA A | 7/15/2015 | 2364 | SRC Liquidation LLC | $0.00 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 20 | HAZEN, RICHARD R | 6/25/2015 | 1953 | SRC Liquidation LLC | $2,000.00 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 21 | HEATHER S BLOCH TR HEATHER S BLOCH LIVING | 7/8/2015 | 2255 | SRC Liquidation LLC | $22,500.00 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 22 | Herrmann, Logan Patrick | 6/10/2015 | 1802 | SRC Liquidation LLC | $845.80 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 23 | Herrmann, Peter Isaac | 6/10/2015 | 1804 | SRC Liquidation LLC | $789.88 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 24 | Holt Jr., Paul L. | 6/22/2015 | 1988 | SRC Liquidation LLC | $11,298.00 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 25 | John & Olympia Hakemoller REV LIV TST | 6/15/2015 | 1898 | SRC Liquidation LLC | $10,625.00 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 26 | JULIE K FAIRHURST & DANIELLE M WANG JT TEN | 5/27/2015 | 1079 | SRC Liquidation LLC | $1,399.85 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 27 | KNAB, MICHAEL R | 5/26/2015 | 1139 | SRC Liquidation LLC | $0.00 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |

| | NAME | DATE FILED | CLAIM # TO BE DISALLOWED | DEBTOR | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 28 | Knoedel, Carl | 6/29/2015 | 2018 | SRC Liquidation LLC | $0.00 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 29 | Landrum, William Q | 6/1/2015 | 1448 | SRC Liquidation LLC | $69,279.40 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 30 | Lawrence A. Nelson & Georgia J. Nelson Family Revocable Trust | 7/8/2015 | 2314 | SRC Liquidation LLC | $500.00 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 31 | Lawrence A. Nelson & Georgia J. Nelson Family Trust | 7/8/2015 | 2320 | SRC Liquidation LLC | $500.00 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 32 | Lawrence A. Nelson & Georgia J. Nelson Revocable Trust | 7/8/2015 | 2298 | SRC Liquidation LLC | $0.00 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 33 | Lungu, Serghei | 7/8/2015 | 2326 | SRC Liquidation LLC | $6,529.89 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 34 | MARTINEZ, GEORGE | 7/6/2015 | 2124 | SRC Liquidation LLC | $523.25 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 35 | Merchants Equity | 6/22/2015 | 2011 | SRC Liquidation LLC | $0.00 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 36 | Mojumder, Shah | 6/4/2015 | 1422 | SRC Liquidation LLC | $3,895.00 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |

| | NAME | DATE FILED | CLAIM # TO BE DISALLOWED | DEBTOR | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 37 | Mojumder, Shah | 4/22/2015 | 553 | SRC Liquidation LLC | $3,620.70 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 38 | Morse, Kevin A | 7/10/2015 | 2343 | SRC Liquidation LLC | $3,069.00 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 39 | MOSES, Bruce | 6/8/2015 | 1573 | SRC Liquidation LLC | $3,930.00 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 40 | Nanette Wenona Blair Tr Earl R Blair Trust dated 2/11/1995 | 7/13/2015 | 2352 | SRC Liquidation LLC | $0.00 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 41 | Nanette Wenona Blair Trustee Clara B Blair TR 1995 | 7/13/2015 | 2357 | SRC Liquidation LLC | $0.00 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 42 | NEHDAR, DONNA SUE | 6/12/2015 | 1838 | SRC Liquidation LLC | $0.00 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 43 | PELLICCIOTTA, VERONICA | 5/21/2015 | 993 | SRC Liquidation LLC | $0.00 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 44 | Pichler, Eileen M. | 6/9/2015 | 1713 | SRC Liquidation LLC | $11,750.00 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 45 | Rempel, Joan | 8/12/2015 | 2448 | SRC Liquidation LLC | $3,273.37 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |

| | NAME | DATE FILED | CLAIM # TO BE DISALLOWED | DEBTOR | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 46 | Rhynes, Vincent E. | 6/26/2015 | 2104 | SRC Liquidation LLC | $0.00 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 47 | RICHARD L HAZEL & MARJORIE L HAZEL JT TEN | 5/27/2015 | 1114 | SRC Liquidation LLC | $4.00 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 48 | ROBERT C. AND BARBARA WIEDLUND | 6/10/2015 | 1816 | SRC Liquidation LLC | $1,180.95 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 49 | ROBINETTE, SALONA | 6/10/2015 | 1785 | SRC Liquidation LLC | $0.00 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 50 | ROWE, JEAN A | 6/10/2015 | 1800 | SRC Liquidation LLC | $11.87 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 51 | SCHILLING, JULIA M | 7/7/2015 | 2176 | SRC Liquidation LLC | $0.00 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 52 | Septimus, J. Beryl | 7/6/2015 | 2119 | SRC Liquidation LLC | $3,446.42 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 53 | STARNER, DONALD L | 6/8/2015 | 1652 | SRC Liquidation LLC | $4,431.25 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 54 | Vallee, Josh | 6/17/2015 | 1906 | SRC Liquidation LLC | $6,470.00 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |

| | NAME | DATE FILED | CLAIM # TO BE DISALLOWED | DEBTOR | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 55 | VON STUCKRAD-SMOLINSKI, EMILY | 5/29/2015 | 1110 | SRC Liquidation LLC | $0.00 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 56 | Williams, Steven S. | 6/16/2015 | 1889 | SRC Liquidation LLC | $3,345.40 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 57 | WOLF, MARSHALL | 7/6/2015 | 2120 | SRC Liquidation LLC | $35,697.29 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |

# EXHIBIT B
### [Duplicate Claim]

| | Duplicate Claim to be Disallowed | | | | Remaining Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | NAME | DATE FILED | CLAIM # TO SURVIVE | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 1 | A M A TRANSPORTATION CO INC | 5/26/2015 | 1017 | 9,658.71 | AMA TRANSPORTATION INC | 4/21/2015 | 602 | $9,658.71 | Duplicate of claim no. 602 |
| 2 | Admatch Corporation | 7/2/2015 | 2092 | 556.40 | ADMATCH CORP | 3/23/2015 | 90 | $556.40 | Duplicate of claim no. 90 |
| 3 | AIRGAS USA LLC | 6/16/2015 | 1868 | 6,569.40 | Airgas USA LLC | 6/16/2015 | 1873 | $6,569.40 | Duplicate of claim no. 1873 |
| 4 | Bearing Engineering Company | 6/12/2015 | 1837 | 1,576.62 | Bearing Engineering Company | 4/10/2015 | 455 | $5,287.45 | Duplicate of claim no. 455 |
| 5 | Bic Graphic USA, a division of BIC USA, Inc. | 6/8/2015 | 1669 | 405,378.33 | Bic Graphic, USA, a division of BIC USA, Inc. | 6/8/2015 | 1582 | $405,378.33 | Duplicate of claim no. 1582 |
| 6 | Bottcher America Corporation | 4/28/2015 | 773 | 16,897.52 | Bottcher America Corporation | 4/28/2015 | 1118 | 16,897.52 | Duplicate of claim no. 773 |
| 7 | Bottcher America Corporation | 5/26/2015 | 773 | 2,094.16 | Liquidity Solutions, Inc. as Transferee for Bottcher | 5/26/2015 | 1118 | $2,094.16 | Duplicate of claim no. 773 |
| 8 | CANTERBURY PRESS LLC | 5/27/2015 | 1054 | 35,789.10 | CANTERBURY PRESS LLC | 3/31/2015 | 286 | $35,789.10 | Duplicate of claim no. 286 |
| 9 | Capital Label LLC | 5/18/2015 | 866 | 3,028.77 | Capital Label LLC | 3/25/2015 | 231 | $3,028.77 | Duplicate of claim no. 231 |
| 10 | City of Dayton Convention Center | 8/9/2015 | 2441 | 3,492.00 | City of Dayton Convention Center | 8/9/2015 | 2440 | $3,492.00 | Duplicate of claim no. 2440 |
| 11 | Cohber Press, Inc. | 7/8/2015 | 2318 | 227,895.41 | Cohber Press, Inc. | 7/8/2015 | 2310 | $227,895.41 | Duplicate of claim no. 2310 |
| 12 | Control Group Companies, LLC | 7/8/2015 | 2280 | 140,773.94 | Control Group Companies, LLC | 7/7/2015 | 2153 | $140,773.94 | Duplicate of claim no. 2153 |
| 13 | DELTA INSTITUTE | 6/9/2015 | 1678 | 6,500.00 | DELTA INSTITUTE | 6/9/2015 | 1663 | $6,500.00 | Duplicate of claim no. 1663 |
| 14 | DG3 North America Inc. | 6/9/2015 | 1763 | 34,535.60 | DG3 North America Inc. | 5/27/2015 | 1021 | $96,455.44 | Duplicate of claim no. 1021 |
| 15 | Dineen, William F. | 9/11/2015 | 2482 | 11,633.07 | Dineen, William F. | 9/14/2015 | 2482 | $11,633.07 | Duplicate of claim no. 2482 |
| 16 | ENDRIES INTERNATIONAL INC | 6/29/2015 | 2012 | 2,400.00 | Endries International Inc. | 3/24/2015 | 115 | $2,400.00 | Duplicate of claim no. 115 |
| 17 | FUTAI USA INC | 6/15/2015 | 1851 | 1,690.76 | FUTAI USA INC | 6/15/2015 | 1847 | $1,690.76 | Duplicate of claim no. 1847 |
| 18 | General Marketing Solutions LLC | 4/7/2015 | 490 | 151,654.11 | General Marketing Solutions LLC | 4/13/2015 | 404 | $151,654.11 | Duplicate of claim no. 404 |
| 19 | GENOA BUSINESS FORMS INC | 5/28/2015 | 1080 | 35,014.91 | GENOA BUSINESS FORMS INC | 5/19/2015 | 979 | $35,014.91 | Duplicate of claim no. 979 |
| 20 | Global Promo, LLC | 5/22/2015 | 994 | 400.00 | Global Promo, LLC | 5/4/2015 | 724 | $400.00 | Duplicate of claim no. 724 |
| 21 | Hewlett-Packard Financial Services Company | 1/18/2016 | 2591 | 14,925.93 | Hewlett-Packard Financial Services Company | 1/18/2016 | 2587 | $14,925.93 | Duplicate of claim no. 2587 |
| 22 | Hewlett-Packard Financial Services Company | 11/24/2015 | 2549 | 6,626,345.41 | Hewlett-Packard Financial Services Company | 11/28/2015 | 2545 | $6,626,345.41 | Duplicate of claim no. 2545 |
| 23 | HP, Inc. | 11/28/2015 | 2548 | - | HP, Inc. | 11/28/2015 | 2546 | $0.00 | Duplicate of claim no. 2546 |
| 24 | HRM USA, INC. | 1/4/2016 | 2570 | 5,043.79 | HRM USA, INC. | 8/19/2015 | 2449 | $4,750.00 | Duplicate of claim no. 2449 |
| 25 | John Roberts Company, The | 6/5/2015 | 1822 | 6,970.79 | JOHN ROBERTS COMPANY | 5/20/2015 | 900 | $6,970.79 | Duplicate of claim no. 900 |
| 26 | Lima Pallet Company | 7/14/2015 | 2363 | 5,465.52 | Lima Pallet Company | 3/31/2015 | 315 | $5,465.52 | Duplicate of claim no. 315 |
| 27 | LPM Forklift Sales & Service, Inc. | 1/4/2016 | 2574 | 1,328.51 | LPM Forklift Sales & Service, Inc. | 1/5/2016 | 2572 | $1,328.51 | Duplicate of claim no. 2572 |
| 28 | LPM FORKLIFT SALES & SERVICES, INC. | 1/5/2016 | 2582 | 1,328.51 | LPM Forklift Sales & Service, Inc. | 1/5/2016 | 2572 | $1,328.51 | Duplicate of claim no. 2572 |
| 29 | LPM FORLIFT SALES & SERVICE, INC. | 1/6/2016 | 2580 | 1,328.51 | LPM Forklift Sales & Service, Inc. | 1/5/2016 | 2572 | $1,328.51 | Duplicate of claim no. 2572 |
| 30 | MADISON STREET PRESS | 5/22/2015 | 991 | 117,809.77 | Inter-City Printing Company Inc. DBA Madison Street Press | 3/17/2015 | 23 | $117,809.77 | Duplicate of claim no. 23 |
| 31 | MCI CIF, LLC | 7/8/2015 | 2322 | 1,337,843.10 | MCI CIF, LLC | 7/8/2015 | 2303 | $1,337,843.10 | Duplicate of claim no. 2303 |
| 32 | Memorial Hermann Health System | 6/18/2015 | 1996 | - | Memorial Hermann Health System | 6/18/2015 | 1909 | $0.00 | Duplicate of claim no. 1909 |
| 33 | Memorial Hermann Health System | 6/18/2015 | 1997 | - | Memorial Hermann Health System | 6/18/2015 | 1909 | $0.00 | Duplicate of claim no. 1909 |
| 34 | Memorial Hermann Health System | 6/18/2015 | 1912 | - | Memorial Hermann Health System | 6/18/2015 | 1909 | $0.00 | Duplicate of claim no. 1909 |
| 35 | North Industrial Chemicals Inc. | 10/23/2015 | 2515 | 163.50 | NORTH METAL & CHEMICAL CO | 6/2/2015 | 1783 | $163.50 | Duplicate of claim no. 1783 |
| 36 | NOVAVISION INC | 5/29/2015 | 1445 | 60,505.55 | NOVAVISION INC | 6/2/2015 | 1264 | $60,505.55 | Duplicate of claim no. 1264 |
| 37 | Novitex Enterprise Solutions | 5/18/2015 | 985 | 1,947.98 | Novitex Enterprise Solutions | 5/18/2015 | 896 | $1,947.98 | Duplicate of claim no. 896 |
| 38 | OHIO BUREAU OF WORKERS' COMPENSATION | 4/6/2015 | 461 | 173,611.29 | OHIO BUREAU OF WORKERS' COMPENSATION | 4/6/2015 | 356 | $173,611.29 | Duplicate of claim no. 356 |
| 39 | Pacific Paper Tube, Inc. dba Buzz Converting | 6/5/2015 | 1533 | 9,757.04 | PACIFIC PAPER TUBE INC | 6/4/2015 | 1396 | $9,757.04 | Duplicate of claim no. 1396 |
| 40 | Peachtree II and III, LLC, a Georgia Limited Liability Company | 9/2/2015 | 2470 | 45,404.81 | Peachtree II and III, LLC | 8/31/2015 | 2465 | $45,404.81 | Duplicate of claim no. 2465 |
| 41 | Peoplis, Diana | 10/22/2015 | 2514 | 319,065.73 | Peoplis, Diana L | 10/22/2015 | 2512 | $319,065.73 | Duplicate of claim no. 2512 |
| 42 | Pham, Charles D. | 6/8/2015 | 1621 | 2,029.00 | PHAM, CHARLES | 3/31/2015 | 276 | $2,029.00 | Duplicate of claim no. 276 |
| 43 | Positron Corporation | 6/9/2015 | 1610 | 5,647.42 | Positron Corporation | 6/9/2015 | 1608 | $5,647.42 | Duplicate of claim no. 1608 |
| 44 | Repacorp, Inc. | 4/6/2015 | 512 | 21,454.55 | REPACORP INC | 4/6/2015 | 377 | $21,454.55 | Duplicate of claim no. 377 |

| | Duplicate Claim to be Disallowed | | | | Remaining Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | NAME | DATE FILED | CLAIM # TO SURVIVE | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 45 | Repacorp, Inc. | 4/6/2015 | 504 | 21,455.52 | REPACORP INC | 4/6/2015 | 378 | $21,455.52 | Duplicate of claim no. 378 |
| 46 | Repacorp, Inc. | 4/6/2015 | 510 | 45,453.59 | Repacorp, Inc. | 4/6/2015 | 508 | $45,453.59 | Duplicate of claim no. 508 |
| 47 | Robert Half Technology | 8/25/2015 | 2493 | 5,780.87 | Robert Half Technology | 8/25/2015 | 2461 | $5,780.87 | Duplicate of claim no. 2461 |
| 48 | Schawk USA, Inc. | 7/6/2015 | 2116 | 7,637.87 | Schawk USA, Inc. | 7/6/2015 | 2122 | $7,637.87 | Duplicate of claim no. 2122 |
| 49 | Scrollmotion, Inc. | 4/9/2015 | 475 | 12,000.00 | SCROLLMOTION, INC. | 4/9/2015 | 441 | $12,000.00 | Duplicate of claim no. 441 |
| 50 | SE-KURE CONTROLS INC | 6/1/2015 | 1246 | 1,336.00 | SE-KURE CONTROLS INC | 5/7/2015 | 696 | $1,336.00 | Duplicate of claim no. 696 |
| 51 | SHI International Corp | 6/23/2015 | 1978 | 29,145.74 | SHI INTERNATIONAL CORP | 6/16/2015 | 1876 | $29,145.74 | Duplicate of claim no. 1876 |
| 52 | State of Louisiana Department of Revenue | 1/13/2016 | 2596 | - | State of Louisiana Department of Revenue | 1/13/2016 | 2595 | $0.00 | Duplicate of claim no. 2595 |
| 53 | SWEDA CO. LLC. | 7/13/2015 | 2351 | 36,607.72 | Sweda Company LLC | 5/15/2015 | 857 | $36,607.72 | Duplicate of claim no. 857 |
| 54 | TAK REALTY AND INVESTMENT LLC | 5/29/2015 | 1159 | 48,855.46 | TAK Realty and Investment, LLC | 4/6/2015 | 379 | $48,855.46 | Duplicate of claim no. 379 |
| 55 | TARGETMARKETCONTACTS.COM | 5/27/2015 | 1075 | 5,000.00 | TARGETMARKETCONTACTS.COM | 5/5/2015 | 714 | $5,000.00 | Duplicate of claim no. 714 |
| 56 | Texas Comptroller of Public Accounts | 11/20/2015 | 2552 | 255,000.00 | Texas Comptroller of Public Accounts | 11/23/2015 | 2551 | $255,000.00 | Duplicate of claim no. 2551 |
| 57 | The Capita Corporation de Mexico, S.A. De C.V. SOFOM, E.N.R. Successor to Arrendadora Capita Corporation, S.A. de C.V. | 7/9/2015 | 2340 | 2,256.94 | The Capita Corporation de Mexico, S.A. De C.V. SOFOM, E.N.R. Successor to Arrendadora Capita Corporation, S.A. de C.V. | 7/8/2015 | 2295 | $2,256.94 | Duplicate of claim no. 2295 |
| 58 | The Capita Corporation de Mexico, S.A. De C.V. SOFOM, E.N.R. Successor to Arrendadora Capita Corporation, S.A. de C.V. | 7/9/2015 | 2348 | 2,911.53 | The Capita Corporation de Mexico, S.A. De C.V. SOFOM, E.N.R. Successor to Arrendadora Capita Corporation, S.A. de C.V. | 7/8/2015 | 2283 | $2,911.53 | Duplicate of claim no. 2283 |
| 59 | The Capita Corporation de Mexico, S.A. De C.V. SOFOM, E.N.R. Successor to Arrendadora Capita Corporation, S.A. de C.V. | 7/9/2015 | 2332 | 8,444.76 | The Capita Corporation de Mexico, S.A. De C.V. SOFOM, E.N.R. Successor to Arrendadora Capita Corporation, S.A. de C.V. | 7/8/2015 | 2287 | $8,444.76 | Duplicate of claim no. 2287 |
| 60 | The Capita Corporation de Mexico, S.A. De C.V. SOFOM, E.N.R. Successor to Arrendadora Capita Corporation, S.A. de C.V. | 7/9/2015 | 2341 | 13,468.09 | The Capita Corporation de Mexico, S.A. De C.V. SOFOM, E.N.R. Successor to Arrendadora Capita Corporation, S.A. de C.V. | 7/8/2015 | 2296 | $13,468.09 | Duplicate of claim no. 2296 |
| 61 | The Capita Corporation de Mexico, S.A. De C.V. SOFOM, E.N.R. Successor to Arrendador Capita Corporation, S.A. de C.V. | 7/9/2015 | 2338 | 18,087.31 | The Capita Corporation de Mexico, S.A. De C.V. SOFOM, E.N.R. Successor to Arrendadora Capita Corporation, S.A. de C.V. | 7/8/2015 | 2293 | $18,087.31 | Duplicate of claim no. 2293 |
| 62 | The Capita Corporation de Mexico, S.A. De C.V. SOFOM, E.N.R. Successor to Arrendadora Capita Corporation, S.A. de C.V. | 7/9/2015 | 2342 | 21,273.93 | The Capita Corporation de Mexico, S.A. De C.V. SOFOM, E.N.R. Successor to Arrendadora Capita Corporation, S.A. de C.V. | 7/8/2015 | 2297 | $21,273.93 | Duplicate of claim no. 2297 |
| 63 | The Capita Corporation de Mexico, S.A. De C.V. SOFOM E.N.R. Successor to Arrendadora Capita Corporation, S.A. de C.V. | 7/8/2015 | 2273 | 21,273.93 | The Capita Corporation de Mexico, S.A. De C.V. SOFOM E.N.R. Successor to Arrendadora Capita Corporation, S.A. de C.V. | 7/8/2015 | 2297 | $21,273.93 | Duplicate of claim no. 2297 |
| 64 | The Capita Corporation de Mexico, S.A. De C.V. SOFOM E.N.R. Successor to Arrendadora Capita Corporation, S.A. de C.V. | 7/9/2015 | 2339 | 31,706.30 | The Capita Corporation de Mexico, S.A. De C.V. SOFOM E.N.R. Successor to Arrendadora Capita Corporation, S.A. de C.V. | 7/8/2015 | 2278 | $31,706.30 | Duplicate of claim no. 2278 |
| 65 | The Capita Corporation de Mexico, S.A. De C.V. SOFOM E.N.R. Successor to Arrendadora Capita Corporation, S.A. de C.V. | 7/9/2015 | 2330 | 48,649.20 | The Capita Corporation de Mexico, S.A. De C.V. SOFOM E.N.R. Successor to Arrendadora Capita Corporation, S.A. de C.V. | 7/8/2015 | 2290 | $48,649.20 | Duplicate of claim no. 2290 |
| 66 | The Capita Corporation de Mexico, S.A. De C.V. SOFOM E.N.R. Successor to Arrendadora Capita Corporation, S.A. de C.V. | 7/9/2015 | 2337 | 57,563.62 | The Capita Corporation de Mexico, S.A. De C.V. SOFOM E.N.R. Successor to Arrendadora Capita Corporation, S.A. De C.V. | 7/8/2015 | 2271 | $57,563.62 | Duplicate of claim no. 2271 |

| | Duplicate Claim to be Disallowed | | | | Remaining Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | NAME | DATE FILED | CLAIM # TO SURVIVE | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 67 | The Capita Corporation de Mexico, S.A. De C.V. SOFOM, E.N.R. Successor to Arrendadora Capita Corporation, S.A. de C.V. | 7/8/2015 | 2269 | 21,273.93 | The Capita Corporation de Mexico, S.A. De C.V. SOFOM E.N.R. Successor to Arrendadora Capita Corporation, S.A. De C.V. | 7/8/2015 | 2297 | $21,273.93 | Duplicate of claim no. 2297 |
| 68 | The Capita Corporation de Mexico, S.A. De C.V. SOFOM, E.N.R. Successor to Arrendadora Capital Corporation. S.A. de C.V. | 7/9/2015 | 2347 | 7,537.84 | The Capita Corporation de Mexico, S.A. De C.V. SOFOM, E.N.R. Successor to Arrendadora Capita Corporation, S.A. de C.V. | 7/8/2015 | 2282 | $7,537.84 | Duplicate of claim no. 2282 |
| 69 | TOLSON PALLET MFG INC | 5/27/2015 | 1098 | 968.60 | TOLSON PALLET MFG INC | 5/26/2015 | 1018 | $968.60 | Duplicate of claim no. 1018 |
| 70 | Volt Consulting Group Ltd | 6/29/2015 | 2042 | 1,662,259.61 | Volt Consulting Group Ltd | 7/1/2015 | 2061 | $1,662,259.61 | Duplicate of claim no. 2061 |
| 71 | WATSON LABEL PRODUCTS | 4/7/2015 | 498 | 31,611.41 | Watson Label Products | 4/7/2015 | 380 | $31,611.41 | Duplicate of claim no. 380 |
| 72 | Whitesell | 4/13/2015 | 392 | 13,531.09 | Whitesell | 4/1/2015 | 314 | $13,531.09 | Duplicate of claim no. 314 |
| 73 | Zebra Technologies | 4/8/2015 | 519 | 27,950.96 | Zebra Technologies | 4/8/2015 | 466 | $27,950.96 | Duplicate of claim no. 466 |