# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS) |

## AFFIDAVIT OF SERVICE

I, Richard M. Allen, depose and say that I am employed by Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the Debtor in the above-captioned Chapter 11 case.

On April 5, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served in the manners set forth on the 1) Core/2002 Service List attached hereto as **Exhibit A** and 2) Third Omnibus Objection attached hereto as **Exhibit B**:

- Standard Register Inc.'s Third (3rd) Omnibus (Substantive) Objection to Section 503(b)(9) Claims [Docket No. 1520]

Dated: April 8, 2016

_____
Richard M. Allen

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on April 8, 2016, by Richard M. Allen, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20 18

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

SRF 7404

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| GUC Trustee | EisnerAmper LLP | Attn: Anthony R. Calascibetta<br>111 Wood Avenue South<br>Iselin NJ 08830-2700 | anthony.calascibetta@eisneramper.com | First Class Mail and Email |
| Counsel to Debtors,<br>Counsel to GUC Trust | Lowenstein Sandler LLP | Attn: Sharon L. Levine, Esq., Wojciech F. Jung, Esq. & Andrew Behlmann<br>65 Livingston Avenue<br>Roseland NJ 07068 | slevine@lowenstein.com<br>wjung@lowenstein.com<br>abehlmann@lowenstein.com | Email |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn: Mark Kenney<br>844 King St., Ste. 2207<br>Wilmington DE 19801 | mark.kenney@usdoj.gov | First Class Mail and Email |
| Cousnel to the Secured Creditor Trust | Pepper Hamilton LLP | Attn: David M. Fournier & John Henry Schanne II<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>Wilmington DE 19801 | fournierd@pepperlaw.com<br>schannej@pepperlaw.com | First Class Mail and Email |
| Counsel to Debtors | Polsinelli PC | Attn: Christopher A. Ward, Justin K. Edelson<br>222 Delaware Avenue<br>Suite 1101<br>Wilmington DE 19801 | cward@polsinelli.com<br>jedelson@polsinelli.com | Email |
| Secured Creditor Trust | Wilmington Trust Company | Attn: Institutional Client Services<br>Rodney Square North<br>1100 North Market Street<br>Wilmington DE 19890 | | First Class Mail |

In re SRC Liquidation, LLC
Case No. 15-10541 (BLS)

Page 1 of 1

**Exhibit B**

Exhibit B
Third Omnibus Claimant Service List
Served as set forth below

| Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code | Country | Email | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| A AND E THE GRAPHICS COMPLEX | PO BOX 27286 | | | HOUSTON | TX | 77227 | | | First Class Mail |
| A AND E THE GRAPHICS COMPLEX | Thomas Printworks | F.K.A. A&E The Graphics Complex | PO Box 740967 | Dallas | TX | 75374-0967 | | | First Class Mail |
| A AND E THE GRAPHICS COMPLEX | Kim Noland | 600 N. Central Expwy. | | Richardson | TX | 75080-5316 | | | First Class Mail |
| Alphabroder | 6 Neshaminy Interplex, 6th Floor | | | Trevose | PA | 19053 | | hkluger@alphabroder.com | First Class Mail and Email |
| AMERICAN ACCENTS | 390 ENTERPRISE DR. | | | NICHOLASVILLE | KY | 40356 | | tonyaclaggett@americanaccents.com | First Class Mail and Email |
| AMERICAN GRAPHICS | 2210 COLLEGE DRIVE | | | LAKE HAVASU CITY | AZ | 86403 | | | First Class Mail |
| AMT DATASOUTH CORP | 803 CAMARILLO SPRINGS DR, STE D | | | CAMARILLO | CA | 93012 | | bprescott@amtdatasouth.com | First Class Mail and Email |
| Apex Business Systems | 3451 Jupiter Court | | | Oxnard | CA | 93015 | | Credit@apextax.com | First Class Mail and Email |
| ARTCO DBA STYLART | Stylart | 1 Stationery Place | | Rexburg | ID | 83441 | | | First Class Mail |
| BALL PRO INC | 12985 PIONEER TRAIL | | | EDEN PRAIRIE | MN | 55347 | | nikki@ballpro.com | First Class Mail and Email |
| BCG CREATIONS | 49 RICHARD MELOCHE | | | DOLLARD-DES-ORMEAUX | QC | H9A 2Y8 | Canada | bill@bcgcreations.com | First Class Mail and Email |
| BCT | Mark Lord | 800 Paloma DR # 240 | | Round Rock | TX | 78665 | | mark@bctwholesale.com | First Class Mail and Email |
| BCT 3038- UPLAND | 655 A STREET | | | UPLAND | CA | 91786 | | bct3038@aol.com | First Class Mail and Email |
| BCT Illinois | 11025 Raleigh Ct | | | Machesney Park | IL | 61115 | | Tom@bctdelivers.com | First Class Mail and Email |
| BCT Laguna Hills | Attn: Joe Rachel | 23101 Terra Drive | | Laguna Hills | CA | 92653 | | joe@bctlagunahills.com | First Class Mail and Email |
| COLUMBUS PRODUCTIONS INC | 4580 CARGO DR | | | COLUMBUS | GA | 31907 | | FSUMNER@TSYS.COM | First Class Mail and Email |
| Columbus Productions, Inc. | Attn: Flo Sumner | 4580 Cargo Dr. | | Columbus | GA | 31907 | | fsumner@tsys.com | First Class Mail and Email |
| Consortium Companies | 400 Raritan Center Parkway Ste E | | | Edison | NJ | 08837 | | lsolomon@e-consortium.com | First Class Mail and Email |
| Crazy Scrubs, Inc DBA Scrub Authority | Attn: Ron Sims | 10658 W Centennial RD #400 | | Littleton | CO | 80127 | | ron@crazyscrubs.com | First Class Mail and Email |
| Dahlgren Enterprises, Inc dba Crystal D | 505 Atwater Circle | | | St. Paul | MN | 55103 | | cathyk@crystal-d.com | First Class Mail and Email |
| DG3 North America Inc. | Brian Conti | 100 Burma Road | | Jersey City | NJ | 07305 | | Brian.Conti@DG3.com | First Class Mail and Email |
| DGI INVISUALS, LLC | 101 BILLERICA AVENUE | BLDG. 6 | | NORTH BILLERICA | MA | 01862 | | RNOVELLI@DGI-INVISUAL.COM | First Class Mail and Email |
| DISTINCTIVE DESIGNS 21, INC | 24835 E. LA PALMA AVE STE H | | | YORBA LINDA | CA | 92887 | | ofeliaw@distinctivedesigns21.com | First Class Mail and Email |
| Earth Color Inc. | 249 Pomeroy Road | | | Parsippany | NJ | 07054 | | cylam@earthcolor.com | First Class Mail and Email |
| Elliot Barry Company | 94 Commerce St | | | Colorado Springs | CO | 80907 | | chris@ebarry.com | First Class Mail and Email |
| Enterprise Printing & Products, Corp | Attn: Vijay Malhotra | 150 Newport Avenue | | East Providence | RI | 02916 | | vijay@enterpriseprinting.net | First Class Mail and Email |
| ESSENCE PRINTING, INC. | 270 OYSTER POINT BLVD. | | | SOUTH SAN FRANCISCO | CA | 94080 | | sue@essenceprinting.com | First Class Mail and Email |
| FORMAX | 1 EDUCATION WAY | | | DOVER | NH | 03820 | | | First Class Mail |
| Forms Manufacturers, an affiliate of Ennis, Inc. | Michael Magill | Ennis, Inc. | 2441 Presidential Pkwy. | Midlothian | TX | 76065 | | Michael_magill@ennis.com | First Class Mail and Email |
| Fruitridge Printing | Attn: Mary Turner | 3258 Stockton Blvd. | | Sacramento | CA | 95820 | | mary@fruitridge.com | First Class Mail and Email |
| G2 GRAPHICS - JEFFREY S. ROSE | 595 NH Route 10 | | | Orford | NH | 03777 | | jrose0077@gmail.com | First Class Mail and Email |
| GARY PLASTIC PACKAGING | GARY HELLINGER, CEO | 1340 VIELE AVE | | BRONX | NY | 10474 | | GARY@GARYLINE.COM | First Class Mail and Email |
| Gemini Computers, Inc. | 16608 Union Turnpike | | | Flushing | NY | 11366 | | sales@geminicomputers.com | First Class Mail and Email |
| General Marketing Solutions LLC | 7500 Golden Triangle Drive | | | Eden Prairie | MN | 55344 | | liz.spillman@2gms.com | First Class Mail and Email |
| GENOA BUSINESS FORMS INC | PO Box 450 | | | SYCAMORE | IL | 60178 | | rex@genoabusforms.com | First Class Mail and Email |
| GENOA BUSINESS FORMS INC | 445 Park Avenue | | | SYCAMORE | IL | 60178-0450 | | rex@genoabusforms.com | First Class Mail and Email |
| GENOA BUSINESS FORMS INC | PO BOX 450 | 445 PARK AVE | | SYCAMORE | IL | 60178 | | rex@genoabusforms.com | First Class Mail and Email |
| Gill Studios, Inc. | PO Box 2909 | | | Shawnee Mission | KS | 66201 | | dhoerl@gill-line.com | First Class Mail and Email |
| GLJ, Inc DBA Mid-Nite Snax | 999 South Oyster Bay Rd. BLDG 500 | | | Bethpage | NY | 11714 | | info@midnitesnax.com | First Class Mail and Email |
| GREENHAVEN PRINTING, INC. | Jeffrey Hyer | 4575 Chatsworth Street North | | Shoreview | MN | 55126 | | jeff@greenhavenprinting.com | First Class Mail and Email |
| Howlan, Inc. | 550 Northgate Parkway | | | WHEELING | IL | 60090 | | LCOHEN@HOWLAN.COM | First Class Mail and Email |
| HPI | 5250 Gulfton St. | Ste. 3B | | Houston | TX | 77081 | | accounting@hpihouston.com | First Class Mail and Email |
| HPI | Houston PhotoImaging | PO Box 60453 | | Houston | TX | 77205-0453 | | accounting@hpihouston.com | First Class Mail and Email |
| Infoseal, LLC | David Yost | 1825 Blue Hills Circle, NE | | Roanoke | VA | 24012 | | yost@infoseal.com | First Class Mail and Email |
| James T. Doyle & Associates, LLC | 1822 Cassella Road | | | Schenectady | NY | 12303-2614 | | jim@tellerselect3.com | First Class Mail and Email |
| JDJ Enterprises DBA APEXGRAPHIX | 1415 GERVAIS ST | | | COLUMBIA | SC | 29201 | | info@apexgraphix.net | First Class Mail and Email |
| Jet Mail Services, Inc. | 577 Main Street | | | Hudson | MA | 01749 | | jkohler@jet-mail.com | First Class Mail and Email |
| L + H SIGNS, INC | ATTN: THOMAS BARBINE | 425 NORTH 3RD ST | | READING | PA | 19601 | | TOMB@LHSIGNS.COM | First Class Mail and Email |
| Labels West Inc. | 17629 - 130th Ave NE | | | Woodinville | WA | 98072-8716 | | christinav@labelswest.com | First Class Mail and Email |
| LAKELAND SUPPLY INC | N8 W22380 JOHNSON DRIVE | | | WAUKESHA | WI | 53186 | | joyce@lakelandsupply.com | First Class Mail and Email |
| Landway International Corp. | 212 Littlefield Ave. | | | South San Francisco | CA | 94080 | | | First Class Mail |
| Mayer Enterprises Inc., dba BCT Houston/Dallas | BCT Houston/Dallas | Attn: Lisa Lamb | 5522 Mitchelldale | Houston | TX | 77092 | | lisa@bcthouston.com | First Class Mail and Email |
| MEGAFORM COMPUTER PRODUCTS INC | 850 INDUSTRIAL PARK DRIVE | | | VANDALIA | OH | 45377 | | offices@megaformcp.com | First Class Mail and Email |
| MERIDIAN DISPLAY | 162 YORK AVE EAST | | | SAINT PAUL | MN | 55117 | | DONP@TILSNER-CARTON.COM | First Class Mail and Email |
| Midland Information Resources Company | 5440 Corporate Park Dr. | | | Davenport | IA | 52807 | | lfinck@elandersamericas.com | First Class Mail and Email |

Exhibit B
Third Omnibus Claimant Service List
Served as set forth below

| Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code | Country | Email | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| Mountain Gear dba Tri-Mountain | 4889 4th Street | | | Irwindale | CA | 91706 | | beverly@trimountain.com | First Class Mail and Email |
| Mutual Engraving Co. Inc. | 511 Hempstead Ave. | | | W Hempstead | NY | 11552 | | bconnaughton@mutualengraving.com | First Class Mail and Email |
| Pacific Western Sales | Jane Ho | 2980 Enterprise St | | Brea | CA | 92821 | | | First Class Mail |
| Pictures and More, Inc D/B/A PICTURES PLUS LTD | 115 HYDE PARK BLVD | | | HOUSTON | TX | 77006 | | picturesplus@gmail.com | First Class Mail and Email |
| PUNCH PRODUCTS USA | 2131 FELVER COURT | | | RAHWAY | NJ | 07065 | | dstruden@vision1usa.com | First Class Mail and Email |
| Quick Tech Graphics | Attn: Jamie Witt | 408 Sharts Rd | | Springboro | OH | 45066 | | accounts@quicktechgraphics.com | First Class Mail and Email |
| Remke Printing, Inc. | 1678 South Wolf Road | | | Wheeling | IL | 60090 | | jim@remkeprinting.com | First Class Mail and Email |
| SAPPHIRE PRINTING GROUP INC | Dept # 1006 | PO BOX 29338 | | Phoenix | AZ | 85038-9338 | | st@sapphireprinting.com | First Class Mail and Email |
| SAPPHIRE PRINTING GROUP INC | 3800 N 38th Ave | | | PHOENIX | AZ | 85019 | | st@sapphireprinting.com | First Class Mail and Email |
| Sierra Liquidity Fund, LLC- Assignee & Att-In-Fact for Formax - Assignor | 19772 MacArthur Blvd #200 | | | Irvine | CA | 92612 | | saugust@sierrafunds.com | First Class Mail and Email |
| SIGNCRAFT SCREENPRINT INC | 100 AJ HARLE DRIVE | | | GALENA | IL | 61036 | | dbauer@signcraftinc.com | First Class Mail and Email |
| TFP DATA SYSTEMS | 3451 JUPITER CT | | | OXNARD | CA | 93030-8957 | | Credit@tfpdata.com | First Class Mail and Email |
| TKO Print Solutions d/b/a Think PRint | 140 Park Central Blvd | | | Pompano Beach | FL | 33064 | | john@thinkprint.com | First Class Mail and Email |
| TRADENET PUBLISHING INC | PO BOX 158 | | | GARDNER | KS | 66030 | | RMITCHELL@TRADENETPUBLISHING.COM | First Class Mail and Email |
| TRADENET PUBLISHING INC | 1200 Energy Center Drive | | | Gardner | KS | 66030 | | RMITCHELL@TRADENETPUBLISHING.COM | First Class Mail and Email |
| UNIVERSAL AUTO FRAMES | 2110 EAST WINSTON RD | | | ANAHEIM | CA | 92806 | | | First Class Mail |
| Versa-Tags, Inc. | PO Box 730 | | | Cuba | MO | 65453 | | bbuckley@versa-tags.com | First Class Mail and Email |
| Waters Industries Inc. dba PantherVision | David Janky | 213 West Main Street | | West Dundee | IL | 60118 | | dave@panthervision.com | First Class Mail and Email |
| WHIRLEY INDUSTRIES | PO BOX 642576 | | | PITTSBURGH | PA | 15264-2576 | | janderson@whirley.com | First Class Mail and Email |
| Williamson-Dickie MFG. CO. | Attn: Jonathan Johnson | 509 W. Vickery Blvd. | | Fort Worth | TX | 76104 | | JPJOHNSON@DICKIES.COM | First Class Mail and Email |
| Zebra Technologies | 333 Corporate Woods Parkway | | | Vernon Hills | IL | 60061 | | jkraly@zebra.com | First Class Mail and Email |
| Zebra Technologies | 6048 Eagle Way | | | Chicago | IL | 60678-1060 | | jkraly@zebra.com | First Class Mail and Email |