IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS) |

### AFFIDAVIT OF SERVICE

I, Dominick P. Mecca, depose and say that I am employed by Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the Debtor in the above-captioned Chapter 11 cases.

On April 8, 2016, at my direction and under my supervision, employees of Prime Clerk caused a Notice of Transfer of Claim based on Official Form 2100A to be served via First Class Mail upon the Transferor and Transferee listed on **Exhibit A** hereto.

Dated: April 8, 2016

/s/ Dominick P. Mecca
Dominick P. Mecca

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on April 8, 2016, by Dominick P. Mecca, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

ADAM ADLER
NOTARY PUBLIC-STATE OF NEW YORK
No. 02AD6306174
Qualified in Nassau County
My Commission Expires June 16, 2018

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

**EXHIBIT A**

Exhibit A
Notice of Transfer Service List
Served via First Class Mail

| Docket # | Transferor | Transferee |
|---|---|---|
| 1507 | AAA Flag & Banner Mfg Co Inc<br>8955 National Blvd.<br>Los Angeles, CA 90034 | Mar-Bow Value Partners, LLC<br>29580 Northwestern Hwy.<br>Suite 100<br>Southfield, MI 48034 |