**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>SRC LIQUIDATION, LLC[1]<br>     Debtor. | Chapter 11<br>Case No. 15-10541 (BLS)<br><br>RE: Docket No. 1492 |

**CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING DEBTOR'S ELEVENTH (11TH) OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

I, Justin K. Edelson, of Polsinelli PC, counsel to SRC Liquidation, LLC, f/k/a The Standard Register Company, the above-captioned reorganized debtor (the "**Debtor**"), hereby certify as follows:

1. On March 3, 2016, the Debtor filed the *Eleventh (11th) Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1* [Docket No. 1492] (the "**Omnibus Objection**"). The response deadline for the Omnibus Objection was April 6, 2016.

2. The Debtor received a formal response from Cenveo Corporation ("**Cenveo**") [Docket No. 1523]. The Debtor has resolved Cenveo's objection as follows: Cenveo agrees to reduce its claim # 1810 to $12,559.33 and the Debtor agrees to withdraw its objection to Cenveo's claims. The Debtor has revised Exhibit A to the form of order for the Omnibus Objection by removing the claim of Cenveo. The revised form of order is attached hereto as Exhibit 1 (the "**Order**").

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

3. Accordingly, the Debtor respectfully requests that the Court enter the Order at its earliest convenience.

Dated:  April 11, 2016

Respectfully Submitted,

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Sharon L. Levine, Esq.
Wojciech F. Jung, Esq.
65 Livingston Avenue
Roseland, NJ  07068
Telephone:  (973-597-2500)
Facsimile:  (973) 597-2400

*-and -*

Gerald C. Bender, Esq.
1251 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 262-6700
Facsimile:  (212) 262-7402

*-and-*

**POLSINELLI PC**

/s/ Justin K. Edelson
Christopher A. Ward (DE 3877)
Justin K. Edelson (DE 5002)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone:  (302) 252-0920
Facsimile:  (302) 252-0921
cward@polsinelli.com
jedelson@polsinelli.com

*Counsel to SRC Liquidation, LLC*

52832772.1