# **EXHIBIT 1**

52832772.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC | Case No. 15-10541 (BLS) |
| Debtor. | |
| | Re: Docket Nos. 1492 and _____ |

**ORDER SUSTAINING DEBTOR'S ELEVENTH (11TH) OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007 AND LOCAL RULE 3007-1**

Upon consideration of the *Debtor's Eleventh (11th) Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1* (the "Objection")[1] and the Poirier Declaration; and this Court having found that it has jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order; and this Court having found that venue of these Chapter 11 Cases and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having determined that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief requested in the Objection is in the best interests of the Debtors, their estates, their creditors and other parties in interest; and this Court having determined that notice of the Objection was good and sufficient upon the particular circumstances and that no other or further notice need be given; and upon the record herein; and after due deliberation thereon and good and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

    1.    The Objection is SUSTAINED as set forth herein.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

2. The Amended and Superseded Claims listed on <u>Exhibit A</u> are hereby disallowed in their entirety.

3. The Debtor shall retain and shall have the right to object in the future to any claim listed on Exhibit A, including with respect to the "Remaining Claims" listed thereon on any additional ground.

4. The Debtor's objection to each Disputed Claim addressed in the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate order with respect to each claim. Any stay of this Order pending appeal by any of the claimants subject to this Order shall only apply to the contested matter that involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters covered hereby.

5. The Debtor's right to commence additional proceedings with respect to the claims that are subject to the Objection, including but not limited to proceedings under sections 502(d), 510, 542, 543, 544, 545, 547, 548, 549, 550, 551, and 553 of the Bankruptcy Code, is also fully reserved and shall not be prejudiced in any way by the filing of the Objection.

6. The Debtor is authorized and empowered to take all steps necessary and appropriate to carry out and otherwise effectuate the terms, conditions and provisions of this Order.

7. This Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: April ___, 2016

                                                                                           _____
                                                                                            Honorable Judge Brendan L. Shannon

# EXHIBIT A
**[Amended and Superseded Claims]**

52832772.1

| | **Amended Claims to be Disallowed** | | | | **Remaining Claim** | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | NAME | DATE FILED | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 1 | 717 INK | 4/16/2015 | 99 | 16,462.51 | 717 INK | 4/16/2015 | 534 | $25,992.88 | Amends claim no. 99 |
| 2 | ACIA | 6/9/2015 | 1738 | $591.09 | ACIA, LTD | 6/15/2015 | 1867 | $591.09 | Amends claim no. 1738 |
| 3 | ACIA, LTD (Airborne Contamination Ident. Assoc. Ltd) | 4/28/2015 | 763 | $591.09 | ACIA | 6/9/2015 | 1738 | $591.09 | Amends claim no. 763 |
| 4 | ACTIVE ELECTRIC, INC. | 4/16/2015 | 636 | $19,533.11 | ACTIVE ELECTRIC, INC. | 6/2/2015 | 1501 | $22,552.29 | Amends claim no. 636 |
| 5 | ADVANCED VISION TECHNOLOGY INC | 7/2/2015 | 2096 | $31,440.00 | ADVANCED VISION TECHNOLOGY INC | 7/2/2015 | 2089 | $31,440.00 | Amends claim no. 2096 |
| 6 | American Litho, Inc. | 6/9/2015 | 1688 | $137,140.68 | American Litho, Inc. | 7/16/2016 | 2365 | $137,140.68 | Amends claim no. 1688 |
| 7 | Ample Industries, Inc. | 5/8/2015 | 822 | $12,842.48 | Ample Industries, Inc. | 5/8/2015 | 822 | $12,842.48 | Amends claim no. 822 |
| 8 | AMPM Locksmith | 6/8/2015 | 1595 | $1,200.00 | SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATT-IN-FACT FOR AMPM LOCKSMITH-ASSIGNOR | 6/29/2015 | 2027 | $1,200.00 | Amends claim no. 1595 |
| 9 | Annuitas, Inc | 4/7/2015 | 494 | $12,000.00 | Annuitas, Inc | 5/11/2015 | 810 | $16,258.06 | Amends claim no. 494 |
| 10 | Atomic Wash Design Studio LLC | 4/1/2015 | 311 | $7,162.50 | ATOMIC WASH DESIGN STUDIO | 6/1/2015 | 1446 | $7,162.50 | Amends claim no. 311 |
| 11 | Avnet, Inc. | 6/23/2015 | 1917 | $54,613.70 | Avnet, Inc. | 7/9/2015 | 2329 | $57,674.69 | Amends claim no. 1917 |
| 12 | Avnet, Inc. | 4/28/2015 | 760 | $56,823.76 | Avnet, Inc. | 7/9/2015 | 2329 | $57,674.69 | Amends claim no. 760 |
| 13 | Bansal Enterprises Inc. DBA The Ink Well | 3/19/2015 | 32 | $77,679.61 | Bansal Enterprises Inc. DBA The Ink Well | 4/17/2015 | 623 | $81,745.20 | Amends claim no. 32 |
| 14 | Baw Plastics, Inc. | 3/30/2015 | 350 | $27,346.57 | BAW PLASTICS INC | 6/8/2015 | 1601 | $27,346.57 | Amends claim no. 350 |
| 15 | Bay State Envelope, Inc. | 3/23/2015 | 92 | $438,420.69 | Bay State Envelope, Inc. | 4/8/2015 | 485 | $45,577.69 | Amends claim no. 92 |
| 16 | Beladi, Donna L. | 5/26/2015 | 1046 | $166,331.46 | Beladi, Donna | 10/13/2015 | 2496 | $162,838.00 | Amends claim no. 1046 |
| 17 | Beladi, Donna L. | 9/14/2015 | 2483 | $166,331.46 | Beladi, Donna | 10/13/2015 | 2496 | $162,838.00 | Amends claim no. 2483 |
| 18 | Bell and Howell, LLC | 6/9/2015 | 1741 | $88,004.25 | Bell and Howell, LLC | 12/23/2015 | 2564 | $223,023.19 | Amends claim no. 1741 |
| 19 | Bell and Howell, LLC | 6/12/2015 | 1833 | $88,004.25 | Bell and Howell, LLC | 12/23/2015 | 2564 | $223,023.19 | Amends claim no. 1833 |
| 20 | Bell and Howell, LLC | 12/28/2015 | 2562 | $223,023.19 | Bell and Howell, LLC | 12/23/2015 | 2564 | $223,023.19 | Amends claim no. 2562 |
| 21 | BRACKETT, INC. | 6/4/2015 | 1371 | $2,414.38 | BRACKETT, INC. | 6/4/2015 | 1371 | $2,414.38 | Amends claim no. 1371 |
| 22 | Bradford & Bigelow, Inc. | 3/31/2015 | 283 | $133,356.83 | Bradford & Bigelow, Inc. | 4/30/2015 | 748 | $148,741.94 | Amends claim no. 283 |
| 23 | Brady Corporation | 4/13/2015 | 425 | $83,175.20 | Brady Worldwide Inc. | 5/8/2015 | 821 | $83,175.20 | Amends claim no. 425 |
| 24 | Brown, Craig | 6/26/2015 | 2010 | $499,422.91 | Brown, Craig | 6/26/2015 | 2014 | $499,422.91 | Amends claim no. 2010 |
| 25 | Canon Solutions America, Inc. | 5/22/2015 | 1225 | $19,952.73 | CANON SOLUTIONS AMERICA, INC. | 8/11/2015 | 2417 | $21,319.15 | Amends claim no. 1225 |
| 26 | Canon Solutions America, Inc. | 4/6/2015 | 431 | $436,359.51 | CANON SOLUTIONS AMERICA, INC. | 8/11/2015 | 2430 | $641,507.06 | Amends claim no. 431 |
| 27 | CIT COMMUNICATIONS FINANCE CORPORATION | 4/20/2015 | 597 | $82,618.95 | CIT COMMUNICATIONS FINANCE CORPORATION | 4/20/2015 | 611 | $82,618.95 | Amends claim no. 597 |
| 28 | City of Carrollton | 3/25/2015 | 158 | $19,173.08 | City of Carrollton | 11/16/2015 | 2528 | $13,841.20 | Amends claim no. 158 |
| 29 | City of Carrollton | 5/26/2015 | 1197 | $13,897.65 | City of Carrollton | 11/16/2015 | 2528 | $13,841.20 | Amends claim no. 1197 |
| 30 | City of Carrollton | 11/17/2015 | 2526 | $13,841.20 | City of Carrollton | 11/16/2015 | 2528 | $13,841.20 | Amends claim no. 2526 |
| 31 | CITY OF DAYTON | 8/19/2015 | 2451 | $9,318.02 | City of Dayton | 9/4/2015 | 2480 | $10,637.90 | Amends claim no. 2451 |
| 32 | City of Dayton Convention Center | 8/9/2015 | 2440 | $3,492.00 | City of Dayton Convention Center | 8/9/2015 | 2440 | $3,492.00 | Amends claim no. 2440 |
| 33 | Cohber Press, Inc. | 6/9/2015 | 1736 | $71,738.45 | Cohber Press, Inc. | 7/8/2015 | 2310 | $277,895.41 | Amends claim no. 1736 |
| 34 | Coloring Book Solutions, LLC | 3/25/2015 | 157 | $3,500.69 | Coloring Book Solutions, LLC | 4/16/2015 | 558 | $3,666.26 | Amends claim no. 157 |
| 35 | Columbus Productions, Inc. | 3/24/2015 | 122 | $5,210.35 | Columbus Productions, Inc. | 3/24/2015 | 122 | $5,210.35 | Amends claim no. 122 |
| 36 | CRATES & PALLETS | 3/27/2015 | 230 | $25,034.30 | CRATES & PALLETS | 6/1/2015 | 1341 | $25,034.30 | Amends claim no. 230 |
| 37 | CRATES & PALLETS | 6/1/2015 | 1320 | $25,034.30 | CRATES & PALLETS | 6/1/2015 | 1341 | $25,034.30 | Amends claim no. 1320 |
| 38 | CTA Graphic Design | 3/19/2015 | 84 | $3,756.51 | CTA Graphic Design | 3/30/2015 | 209 | $4,312.19 | Amends claim no. 84 |
| 39 | CUSTOM INDEX INC | 6/9/2015 | 1765 | $119,594.83 | CUSTOM INDEX INC | 6/24/2015 | 1944 | $119,594.83 | Amends claim no. 1765 |
| 40 | CUSTOM INDEX INC | 6/9/2015 | 1771 | $119,594.83 | CUSTOM INDEX INC | 6/24/2015 | 1944 | $119,594.83 | Amends claim no. 1771 |
| 41 | Customgraphix Printing Corp. | 4/21/2015 | 600 | $282,307.55 | Customgraphix Printing Corp. | 6/4/2015 | 1399 | $282,307.55 | Amends claim no. 600 |
| 42 | Cypress - Fairbanks ISD | 4/2/2015 | 340 | $24,954.50 | Cypress Fairbanks Independent School District | 1/5/2016 | 2577 | $15,423.44 | Amends claim no. 340 |
| 43 | Cypress - Fairbanks ISD | 6/2/2015 | 1278 | $485.50 | Cypress Fairbanks Independent School District | 1/5/2016 | 2577 | $15,423.44 | Amends claim no. 1278 |
| 44 | Dallas County | 3/25/2015 | 156 | $6,251.26 | Dallas County | 11/16/2015 | 2527 | $5,397.24 | Amends claim no. 156 |
| 45 | Dallas County | 6/15/2015 | 1895 | $5,406.40 | Dallas County | 11/16/2015 | 2527 | $5,397.24 | Amends claim no. 1895 |
| 46 | Dallas County | 11/17/2015 | 2525 | $5,397.24 | Dallas County | 11/16/2015 | 2527 | $5,397.24 | Amends claim no. 2525 |
| 47 | Dataguide Business Forms, Inc. | 3/23/2015 | 114 | $13,048.06 | Dataguide Business Form Inc | 5/28/2015 | 1208 | $12,650.93 | Amends claim no. 114 |
| 48 | Dataguide Business Forms, Inc. | 5/15/2015 | 850 | $13,048.06 | Dataguide Business Form Inc | 5/28/2015 | 1208 | $12,650.93 | Amends claim no. 850 |
| 49 | DAYTON MAILING SERVICES | 4/7/2015 | 354 | $565,837.14 | DAYTON MAILING SERVICES | 6/8/2015 | 1587 | $564,047.14 | Amends claim no. 354 |
| 50 | Disc, Inc. | 6/8/2015 | 1613 | $493.10 | Sierra Liquidity Fund, LLC - Assignee & ATT-IN-FACT for Disc, Inc - Assignor | 6/8/2015 | 1659 | $751.00 | Amends claim no. 1613 |
| 51 | DOCUPLEX | 3/31/2015 | 303 | $56,572.45 | DOCUPLEX | 4/13/2015 | 427 | $65,482.45 | Amends claim no. 303 |
| 52 | Domtar Corporation | 6/9/2015 | 1732 | $99,426.00 | Domtar Corporation | 6/16/2015 | 1901 | $661,924.56 | Amends claim no. 1732 |
| 53 | DYNAMIT TECHNOLOGIES, LLC | 7/7/2015 | 2158 | $506,045.50 | DYNAMIT TECHNOLOGIES, LLC | 7/7/2015 | 2175 | $506,045.50 | Amends claim no. 2158 |
| 54 | EMT INTERNATIONAL INC | 3/31/2015 | 371 | $74,944.21 | EMT INTERNATIONAL INC | 6/3/2015 | 1355 | $74,673.87 | Amends claim no. 371 |
| 55 | ESTES EXPRESS LINES | 4/27/2015 | 681 | $44,699.89 | ESTES EXPRESS LINES | 1/15/2016 | 2592 | $30,229.44 | Amends claim no. 681 |
| 56 | EZ Lettering Service | 3/24/2015 | 129 | $226,660.14 | EZ LETTERING SERVICE | 6/1/2015 | 1429 | $226,660.14 | Amends claim no. 129 |
| 57 | FASTENAL COMPANY | 6/24/2015 | 1955 | $9,340.87 | FASTENAL COMPANY | 1/8/2016 | 2576 | $1,291.18 | Amends claim no. 1955 |
| 58 | FORMAX | 6/8/2015 | 1609 | $9,175.25 | Sierra Liquidity Fund, LLC- Assignee & Att-In-Fact for Formax - Assignor | 6/8/2015 | 1642 | $4,672.00 | Amends claim no. 1609 |
| 59 | Fulton County Tax Commissioner | 12/9/2015 | 2566 | $942.78 | Fulton County Tax Commissioner | 12/9/2015 | 2567 | $942.78 | Amends claim no. 2566 |
| 60 | GARY PLASTIC PACKAGING | 4/24/2015 | 668 | $69,967.28 | GARY PLASTIC PACKAGING | 6/22/2015 | 1991 | $50,302.28 | Amends claim no. 668 |
| 61 | GEEHAN ADVISORY GROUP INC | 6/25/2015 | 1934 | $31,453.21 | Geehan Advisory Group, Inc. | 8/13/2015 | 2447 | $1,453.21 | Amends claim no. 1934 |

| | Amended Claims to be Disallowed | | | | Remaining Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | NAME | DATE FILED | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 62 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1752 | $14,543.20 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1727 | $64,590.28 | Amends claim no. 1752 |
| 63 | General Office Industries Inc. | 3/20/2015 | 34 | $7,784.38 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1727 | $64,590.28 | Amends claim no. 34 |
| 64 | General Office Industries Inc. | 3/20/2015 | 35 | $11,741.41 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1727 | $64,590.28 | Amends claim no. 35 |
| 65 | General Office Industries Inc. | 3/20/2015 | 36 | $683.46 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1727 | $64,590.28 | Amends claim no. 36 |
| 66 | General Office Industries Inc. | 3/20/2015 | 37 | $43.03 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1727 | $64,590.28 | Amends claim no. 37 |
| 67 | General Office Industries Inc. | 3/20/2015 | 38 | $445.20 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1727 | $64,590.28 | Amends claim no. 38 |
| 68 | General Office Industries Inc. | 3/20/2015 | 39 | $343.58 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1727 | $64,590.28 | Amends claim no. 39 |
| 69 | General Office Industries Inc. | 3/20/2015 | 41 | $872.59 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1727 | $64,590.28 | Amends claim no. 41 |
| 70 | General Office Industries Inc. | 3/20/2015 | 49 | $141.80 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1727 | $64,590.28 | Amends claim no. 49 |
| 71 | General Office Industries Inc. | 3/20/2015 | 53 | $65.39 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1727 | $64,590.28 | Amends claim no. 53 |
| 72 | General Office Industries Inc. | 3/20/2015 | 56 | $12,267.38 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1727 | $64,590.28 | Amends claim no. 56 |
| 73 | General Office Industries Inc. | 3/20/2015 | 57 | $14,073.62 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1727 | $64,590.28 | Amends claim no. 57 |
| 74 | General Office Industries Inc. | 3/20/2015 | 58 | $14,543.20 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1727 | $64,590.28 | Amends claim no. 58 |
| 75 | General Office Industries Inc. | 3/20/2015 | 64 | $327.22 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1727 | $64,590.28 | Amends claim no. 64 |
| 76 | General Office Industries Inc. | 3/20/2015 | 67 | $736.49 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1727 | $64,590.28 | Amends claim no. 67 |
| 77 | General Office Industries Inc. | 3/20/2015 | 78 | $521.21 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1727 | $64,590.28 | Amends claim no. 78 |
| 78 | General Office Industries Inc. | 6/9/2015 | 1694 | $65.39 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1727 | $64,590.28 | Amends claim no. 1694 |
| 79 | General Office Industries Inc. | 6/9/2015 | 1702 | $327.22 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1727 | $64,590.28 | Amends claim no. 1702 |
| 80 | General Office Industries Inc. | 6/9/2015 | 1719 | $43.03 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1727 | $64,590.28 | Amends claim no. 1719 |
| 81 | General Office Industries Inc. | 6/9/2015 | 1721 | $872.59 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1727 | $64,590.28 | Amends claim no. 1721 |
| 82 | General Office Industries Inc. | 6/9/2015 | 1723 | $683.46 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1727 | $64,590.28 | Amends claim no. 1723 |
| 83 | General Office Industries Inc. | 6/9/2015 | 1726 | $343.58 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1727 | $64,590.28 | Amends claim no. 1726 |
| 84 | General Office Industries Inc. | 6/9/2015 | 1728 | $521.21 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1727 | $64,590.28 | Amends claim no. 1728 |
| 85 | GENERAL OFFICE INDUSTRIES Inc. | 6/9/2015 | 1729 | $7,784.38 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1727 | $64,590.28 | Amends claim no. 1729 |
| 86 | General Office Industries Inc. | 6/9/2015 | 1730 | $11,741.40 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1727 | $64,590.28 | Amends claim no. 1730 |
| 87 | General Office Industries Inc. | 6/9/2015 | 1731 | $736.49 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1727 | $64,590.28 | Amends claim no. 1731 |
| 88 | General Office Industries Inc. | 6/9/2015 | 1742 | $141.80 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1727 | $64,590.28 | Amends claim no. 1742 |
| 89 | General Office Industries Inc. | 6/9/2015 | 1749 | $14,073.62 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1727 | $64,590.28 | Amends claim no. 1749 |
| 90 | General Office Industries Inc. | 6/9/2015 | 1750 | $445.20 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1727 | $64,590.28 | Amends claim no. 1750 |
| 91 | General Office Industries Inc. | 6/9/2015 | 1755 | $12,267.38 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1727 | $64,590.28 | Amends claim no. 1755 |
| 92 | GENOA BUSINESS FORMS INC | 4/28/2015 | 767 | $35,014.91 | GENOA BUSINESS FORMS INC | 5/19/2015 | 979 | $35,014.91 | Amends claim no. 767 |
| 93 | George Eschbaugh Advertising Inc. | 4/7/2015 | 491 | $37,574.63 | George Eschbaugh Advertising Inc. | 9/16/2015 | 2486 | $35,657.79 | Amends claim no. 491 |
| 94 | Beladi, Donna | 5/26/2015 | 1046 | $166,331.46 | Beladi, Donna | 10/13/2015 | 2496 | $162,838.00 | Amends claim no. 1046 |
| 95 | Beladi, Donna | 9/14/2015 | 2483 | $166,331.46 | Beladi, Donna | 10/13/2015 | 2496 | $162,838.00 | Amends claim no. 2483 |
| 96 | Georgia Pacific Consumer Products, LP | 6/8/2015 | 1708 | $2,460,605.30 | Georgia-Pacific Consumer Products LP | 7/7/2015 | 2187 | $2,613,044.25 | Amends claim no. 1708 |
| 97 | Georgia Pacific Consumer Products, LP | 6/19/2015 | 1994 | $3,681,585.45 | Georgia-Pacific Consumer Products LP | 7/7/2015 | 2185 | $3,761,066.48 | Amends claim no. 1994 |
| 98 | Georgia Pacific Consumer Products, LP | 7/6/2015 | 2147 | $2,533,563.22 | Georgia-Pacific Consumer Products LP | 7/7/2015 | 2187 | $2,613,044.25 | Amends claim no. 2147 |
| 99 | GEORGIA-PACIFIC CONSUMER PRODUCTS LP | 6/5/2015 | 1391 | $2,460,605.30 | Georgia-Pacific Consumer Products LP | 7/7/2015 | 2187 | $2,613,044.25 | Amends claim no. 1391 |
| 100 | Georgia-Pacific Consumer Products LP | 6/15/2015 | 1853 | $3,681,585.45 | Georgia-Pacific Consumer Products LP | 7/7/2015 | 2185 | $3,761,066.48 | Amends claim no. 1853 |
| 101 | Georgia-Pacific Consumer Products LP | 7/2/2015 | 2098 | $2,533,563.22 | Georgia-Pacific Consumer Products LP | 7/7/2015 | 2187 | $2,613,044.25 | Amends claim no. 2098 |
| 102 | Georgia-Pacific Consumer Products LP | 7/2/2015 | 2099 | $2,533,563.22 | Georgia-Pacific Consumer Products LP | 7/7/2015 | 2187 | $2,613,044.25 | Amends claim no. 2099 |
| 103 | GRAHAM, CHRISTOPHER | 6/9/2015 | 1658 | $89,814.00 | Graham, Christopher A. | 7/8/2015 | 2277 | $98,582.67 | Amends claim no. 1658 |
| 104 | Graphic Communications Union Local 594S | 12/30/2015 | 2558 | $515,376.67 | Graphic Communications Union Local 594S | 12/30/2015 | 2559 | $515,376.67 | Amends claim no. 2558 |
| 105 | Graphic Engravers Inc, DBA GEI Graphics | 3/26/2015 | 181 | $182,025.70 | Graphic Engravers Inc. | 7/17/2015 | 2367 | $91,327.98 | Amends claim no. 181 |
| | | | | | Sonar Credit Partners III, LLC as Transferee for Graphic Engravers Inc. | 7/17/2015 | 2367 | 90,697.72 | Amends claim no. 181 |
| 106 | Greenhaven Printing, Inc. | 4/30/2015 | 737 | $28,442.24 | GREENHAVEN PRINTING, INC. | 6/1/2015 | 1313 | $35,053.24 | Amends claim no. 737 |
| 107 | Harmony Press, Inc. d/b/a Harmony Marketing Group. | 4/7/2015 | 503 | $332,142.68 | Harmony Press, Inc. | 6/2/2015 | 1298 | $332,142.68 | Amends claim no. 503 |
| 108 | Harris County, et al | 4/2/2015 | 345 | $14,126.83 | HARRIS COUNTY, et al | 6/2/2015 | 1299 | $463.64 | Amends claim no. 345 |
| 109 | HARRIS COUNTY, et al | 6/2/2015 | 1299 | $463.64 | Harris County et al | 1/5/2016 | 2579 | $14,399.73 | Amends claim no. 1299 |
| 110 | HAWKS TAG | 5/13/2015 | 836 | $26,514.34 | HAWKS TAG | 5/13/2015 | 836 | $26,514.34 | Amends claim no. 836 |
| 111 | Hit Promotional Products | 4/9/2015 | 483 | $58,473.90 | Hit Promotional Products | 6/4/2015 | 1403 | $100,989.93 | Amends claim no. 483 |
| 112 | Hospital Forms & Systems Corp | 4/3/2015 | 362 | $189,373.00 | HOSPITAL FORMS & SYSTEMS CORPORATION | 5/15/2015 | 860 | $189,373.00 | Amends claim no. 362 |
| 113 | IFS FILING SYSTEMS LLC | 6/9/2015 | 1743 | $58,482.76 | IFS FILING SYSTEMS LLC | 6/24/2015 | 1941 | $58,482.76 | Amends claim no. 1743 |
| 114 | Indiana Dept of Environmental MGTG | 8/2/2015 | 2472 | $8,022,418.87 | Indiana Dept of Environmental MGTG | 9/2/2015 | 2473 | $802,418.87 | Amends claim no. 2472 |
| 115 | InnerWorkings, Inc. | 10/14/2015 | 2499 | $38,889.02 | InnerWorkings, Inc | 10/14/2015 | 2501 | $40,802.29 | Amends claim no. 2499 |
| 116 | INTERNATIONAL PLASTICS, INC | 3/25/2015 | 366 | $39,120.57 | INTERNATIONAL PLASTICS INC | 5/26/2015 | 1029 | $39,120.51 | Amends claim no. 366 |
| 117 | Jani-King of Buffalo, Inc. | 6/26/2015 | 2000 | $497.68 | Jani-King of Buffalo, Inc. | 6/26/2015 | 2004 | $497.68 | Amends claim no. 2000 |
| 118 | JBR Industrial Services LLC | 3/16/2015 | 30 | $0.00 | JBR INDUSTRIAL SERVICES LLC | 6/29/2015 | 2013 | $197,730.00 | Amends claim no. 30 |
| 119 | JBR Industrial Services LLC | 3/27/2015 | 160 | $197,730.00 | JBR INDUSTRIAL SERVICES LLC | 6/29/2015 | 2013 | $197,730.00 | Amends claim no. 160 |
| 120 | Jeff and Pam Lane dba PJ Printers | 5/5/2015 | 712 | $451,018.82 | Jeff and Pam Lane dba PJ Printers | 12/3/2015 | 2539 | $451,018.82 | Amends claim no. 712 |
| 121 | Johnson Mechanical, Inc. | 3/25/2015 | 155 | $5,630.16 | JOHNSON MECHANICAL INC | 6/1/2015 | 1259 | $5,323.91 | Amends claim no. 155 |
| 122 | KANAWHA SCALES & SYSTEMS INC | 3/31/2015 | 368 | $316.00 | KANAWHA SCALES & SYSTEMS INC | 4/28/2015 | 772 | $576.00 | Amends claim no. 368 |
| 123 | KING PRINTING SOLUTIONS | 3/24/2015 | 119 | $55,480.00 | KING PRINTING SOLUTIONS | 5/29/2015 | 1158 | $55,480.00 | Amends claim no. 119 |

| | Amended Claims to be Disallowed | | | | Remaining Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CLAIM # TO BE DISALLOWED** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CLAIM #** | **CLAIM AMOUNT** | **REASON FOR DISALLOWANCE** |
| 124 | Knaub, Marlin R. | 3/26/2015 | 236 | $8,143.32 | Knaub, Marlin R. | 4/7/2015 | 489 | $8,143.32 | Amends claim no. 236 |
| 125 | LAMME, KATHRYN | 6/26/2015 | 2006 | $560,354.41 | Lamme, Kathryn | 10/15/2015 | 2504 | $540,772.00 | Amends claim no. 2006 |
| 126 | Liberty Mutual Insurance Co. | 4/13/2015 | 642 | $10,735,890.49 | Liberty Mutual Insurance Co. | 6/23/2015 | 1961 | $2,344,260.00 | Amends claim no. 642 |
| 127 | LRP&P Graphics | 7/7/2015 | 2157 | $20,310.63 | LRP&P Graphics | 7/7/2015 | 2157 | $20,310.63 | Amends claim no. 2157 |
| 128 | MCKIERNAN, CALVIN | 6/5/2015 | 1393 | $0.00 | MCKIERNAN, CALVIN | 6/8/2015 | 1654 | $0.00 | Amends claim no. 1393 |
| 129 | Metropak, Inc | 3/31/2015 | 245 | $9,747.11 | Metropak, Inc | 6/10/2015 | 1797 | $9,747.11 | Amends claim no. 245 |
| 130 | Mid Atlantic Industrial Equipment LTD | 3/16/2015 | 27 | $15,943.08 | Mid Atlantic Industrial Equipment, LTD | 6/5/2015 | 1521 | $14,402.08 | Amends claim no. 27 |
| 131 | Mid Atlantic Industrial Equipment, LTD | 5/19/2015 | 980 | $22,466.68 | Mid Atlantic Industrial Equipment, LTD | 6/5/2015 | 1521 | $14,402.08 | Amends claim no. 980 |
| 132 | Morgan Adhesives Company, LLC d/b/a MACtac | 6/1/2015 | 1309 | $314,299.01 | Morgan Adhesives Company, LLC d/b/a MACtac | 6/25/2015 | 1936 | $314,299.01 | Amends claim no. 1309 |
| 133 | Mr. D's Tees | 5/12/2015 | 1239 | $20,305.77 | Mr. D's Tees | 6/5/2015 | 1505 | $20,305.77 | Amends claim no. 1239 |
| 134 | Nazdar | 4/7/2015 | 517 | $25,520.42 | Nazdar | 6/8/2015 | 1634 | $18,724.30 | Amends claim no. 517 |
| 135 | NetGain Information Systems Co. dba Recovery Site Logistics | 12/4/2015 | 2537 | $288,587.00 | NetGain Information Systems Co. dba Recovery Site Logistics | 12/7/2015 | 2568 | $288,587.00 | Amends claim no. 2537 |
| 136 | NetGain Information Systems Company dba Recovery Site Logistics | 12/4/2015 | 2534 | $288,587.00 | NetGain Information Systems Co. dba Recovery Site Logistics | 12/7/2015 | 2568 | $288,587.00 | Amends claim no. 2534 |
| 137 | Novation, LLC | 7/7/2015 | 2192 | $622,994.00 | Novation, LLC | 7/7/2015 | 2194 | $622,994.00 | Amends claim no. 2192 |
| 138 | NUSIGN SUPPLY LLC | 6/8/2015 | 1700 | $26,356.83 | Nusign Supply, LLC | 7/8/2015 | 2317 | $26,356.83 | Amends claim no. 1700 |
| 139 | Nusign Supply,LLC | 4/30/2015 | 680 | $26,356.83 | Nusign Supply, LLC | 7/8/2015 | 2317 | $26,356.83 | Amends claim no. 680 |
| 140 | Oracle America, Inc ("Oracle") | 6/25/2015 | 1947 | $7,253.20 | Oracle America, Inc ("Oracle") | 6/25/2015 | 1950 | $7,253.20 | Amends claim no. 1947 |
| 141 | P.H. Glatfelter Company | 6/8/2015 | 1535 | $901,208.70 | P. H. Glatfeler Company | 11/23/2015 | 2550 | $2,510,203.70 | Amends claim no. 1535 |
| 142 | Papercone Corporation | 3/31/2015 | 304 | $62,767.06 | PAPERCONE CORPORATION | 6/5/2015 | 1531 | $62,767.06 | Amends claim no. 304 |
| 143 | Pat & Sam International Inc. | 3/18/2015 | 11 | $12,500.00 | Pat & Sam International Inc. | 3/20/2015 | 65 | $18,645.00 | Amends claim no. 11 |
| 144 | Printing Solutions of Kansas, Inc. | 4/17/2015 | 634 | $220,506.66 | Printing Solutions of Kansas, Inc. | 5/29/2015 | 1166 | $296,259.31 | Amends claim no. 634 |
| 145 | Pro Specialties Group Inc. | 3/18/2015 | 10 | $1,156.00 | Pro Specialties Group Inc | 3/31/2015 | 248 | $6,742.00 | Amends claim no. 10 |
| 146 | Progressive Printers, Inc | 3/16/2015 | 3 | $156,057.48 | Progressive Printers, Inc. | 6/8/2015 | 1538 | $156,057.48 | Amends claim no. 3 |
| 147 | PS Business Parks | 8/21/2015 | 2453 | $10,167.06 | PS Business Parks | 5/27/2015 | 1082 | $35,428.68 | Amends claim no. 2453 |
| 148 | Radco Corp dba Riddle Press | 5/1/2015 | 729 | $30,506.83 | RIDDLE PRESS | 5/26/2015 | 1070 | $30,506.83 | Amends claim no. 729 |
| 149 | Radco Corp dba Riddle Press | 3/24/2015 | 132 | $23,091.30 | RIDDLE PRESS | 5/26/2015 | 1070 | $30,506.83 | Amends claim no. 132 |
| 150 | Raff Printing, Inc. | 4/7/2015 | 497 | $351,947.53 | RAFF PRINTING INC | 6/8/2015 | 1626 | $394,804.49 | Amends claim no. 497 |
| 151 | RANROY PRINTING COMPANY | 6/1/2015 | 1343 | $63,332.34 | Liquidity Solutions Inc. as Transferee for Ranroy Printing Company | 7/23/2015 | 2373 | $35,056.23 | Amends claim no. 1343 |
| 152 | Rediker, Dennis | 7/1/2015 | 2062 | $607,616.43 | Rediker, Dennis | 10/8/2015 | 2494 | $592,623.00 | Amends claim no. 2062 |
| 153 | Ricoh Electronics Incorporated | 3/24/2015 | 131 | $96,168.01 | Ricoh Electronics Incorporated | 5/27/2015 | 1191 | $96,088.45 | Amends claim no. 131 |
| 154 | Robert Half Technology | 8/25/2015 | 2461 | $5,780.87 | Robert Half Technology | 10/1/2015 | 2495 | $5,921.22 | Amends claim no. 2461 |
| 155 | Seebridge Media LLC | 4/25/2015 | 682 | $607,346.06 | Seebridge Media LLC | 6/5/2015 | 1532 | $587,411.26 | Amends claim no. 682 |
| 156 | Seebridge Media LLC | 3/19/2015 | 88 | $541,905.95 | Seebridge Media LLC | 6/5/2015 | 1532 | $587,411.26 | Amends claim no. 88 |
| 157 | Seebridge Media LLC | 4/10/2015 | 543 | $607,346.06 | Seebridge Media LLC | 6/5/2015 | 1532 | $587,411.26 | Amends claim no. 543 |
| 158 | Seebridge Media LLC | 4/22/2015 | 584 | $607,346.06 | Seebridge Media LLC | 6/5/2015 | 1532 | $587,411.26 | Amends claim no. 584 |
| 159 | Simon Printing Company | 6/6/2015 | 1511 | $137,170.65 | Simon Printing Company | 7/8/2015 | 2323 | $137,170.65 | Amends claim no. 1511 |
| 160 | Simon Printing Company | 7/8/2015 | 2304 | $137,170.65 | Simon Printing Company | 7/8/2015 | 2323 | $137,170.65 | Amends claim no. 2304 |
| 161 | Simon Printing Company | 7/8/2015 | 2305 | $137,170.65 | Simon Printing Company | 7/8/2015 | 2323 | $137,170.65 | Amends claim no. 2305 |
| 162 | Simon Printing Company | 7/8/2015 | 2311 | $137,170.65 | Simon Printing Company | 7/8/2015 | 2323 | $137,170.65 | Amends claim no. 2311 |
| 163 | Simon Printing Company | 7/8/2015 | 2312 | $137,170.65 | Simon Printing Company | 7/8/2015 | 2323 | $137,170.65 | Amends claim no. 2312 |
| 164 | Smith, Roger L. | 4/13/2015 | 382 | $26,769.23 | Smith, Roger L. | 5/29/2015 | 1102 | $26,769.23 | Amends claim no. 382 |
| 165 | SOMODY, EMERY | 7/24/2015 | 2376 | $1,157,085.00 | Somody, Emery | 10/14/2015 | 2498 | $504,375.16 | Amends claim no. 2376 |
| 166 | Graphic Engravers Inc, DBA GEI Graphics | 3/26/2015 | 181 | $182,025.70 | Graphic Engravers Inc. | 7/17/2015 | 2367 | $182,025.70 | Amends claim no. 181 |
| 167 | SOUTHEAST MAILING EQUIPMENT INC | 6/8/2015 | 1568 | $2,537.71 | SOUTHEAST MAILING EQUIPMENT INC | 6/8/2015 | 1666 | $2,537.71 | Amends claim no. 1568 |
| 168 | SOUTHEAST MAILING EQUIPMENT INC | 6/8/2015 | 1575 | $2,537.71 | SOUTHEAST MAILING EQUIPMENT INC | 6/8/2015 | 1666 | $2,537.71 | Amends claim no. 1575 |
| 169 | SOUTHEAST MAILING EQUIPMENT, INC. | 6/8/2015 | 1556 | $2,268.00 | SOUTHEAST MAILING EQUIPMENT INC | 6/8/2015 | 1666 | $2,537.71 | Amends claim no. 1556 |
| 170 | State of Louisiana Department of Revenue | 6/1/2015 | 1497 | $100.00 | State of Louisiana Department of Revenue | 1/13/2016 | 2595 | $0.00 | Amends claim no. 1497 |
| 171 | Steven Eviston dba EFA | 3/31/2015 | 250 | $13,186.00 | Steven Eviston dba EFA | 4/21/2015 | 579 | $19,972.00 | Amends claim no. 250 |
| 172 | Sylvan Printing and Office Supply Co. | 3/30/2015 | 227 | $35,924.15 | SYLVAN PRINTING & OFFICE SUPPLY CO. | 6/8/2015 | 1648 | $35,924.15 | Amends claim no. 227 |
| 173 | Hit Promotional Products | 4/9/2015 | 483 | $126,150.75 | Hit Promotional Products | 6/4/2015 | 1403 | $100,989.93 | Amends claim no. 483 |
| 174 | Tarrant County | 3/25/2015 | 269 | $31,779.62 | Tarrant County | 5/26/2015 | 1210 | $1,072.63 | Amends claim no. 269 |
| 175 | Team Concept Printing + Thermography Inc. | 5/18/2015 | 989 | $75,939.66 | TEAM CONCEPT PRINTING | 6/5/2015 | 1547 | $67,854.83 | Amends claim no. 989 |
| 176 | Team Concept Printing and Thermography Inc. | 5/8/2015 | 807 | $72,033.56 | TEAM CONCEPT PRINTING | 6/5/2015 | 1547 | $67,854.83 | Amends claim no. 807 |
| 177 | TEKsystems, Inc. | 7/7/2015 | 2193 | $70,699.41 | TEKsystems, Inc. | 7/8/2015 | 2234 | $70,699.41 | Amends claim no. 2193 |
| 178 | The Envelope Express (aka Victor Envelope Manufacturing) | 5/26/2015 | 1148 | $16,970.02 | The Envelope Express (aka Victor Envelope Manufacturing) | 5/27/2015 | 1190 | $30,339.13 | Amends claim no. 1148 |
| 179 | TR Crownpointe Corp. | 10/29/2015 | 2519 | $281,573.14 | TR Crownpointe Corp. | 12/28/2015 | 2561 | $205,468.29 | Amends claim no. 2519 |
| 180 | TR Crownpointe Corp. | 12/23/2015 | 2556 | $205,468.29 | TR Crownpointe Corp. | 12/28/2015 | 2561 | $205,468.29 | Amends claim no. 2556 |
| 181 | Trade Printers Inc. | 3/23/2015 | 112 | $69,935.92 | Trade Printers, Inc. | 3/30/2015 | 390 | $110,350.72 | Amends claim no. 112 |

| | Amended Claims to be Disallowed | | | | Remaining Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | NAME | DATE FILED | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 182 | TRC Master Fund LLC as transferee for Eagle Graphics Inc | 6/8/2015 | 1517 | $59,746.71 | TRC Master Fund LLC as transferee for Eagle Graphics Inc | 7/8/2015 | 2307 | $59,746.71 | Amends claim no. 1517 |
| 183 | TROY GROUP INC | 6/4/2015 | 1362 | $267,482.06 | TROY GROUP INC. | 12/2/2015 | 2532 | $320,742.80 | Amends claim no. 1362 |
| 184 | U.S. Dept. of Labor-Employee Benefits Security Administration | 6/18/2015 | 1951 | $0.00 | U.S. Dept. of Labor, EBSA on behalf of The Standard Register Employees Savings Plan | 11/17/2015 | 2553 | $291,426.66 | Amends claim no. 1951 |
| 185 | United Envelope LLC | 5/12/2015 | 829 | $7,993.17 | Claims Recovery Group LLC as Transferee for United Envelope LLC | 6/9/2015 | 1673 | $5,002.17 | Amends claim no. 829 |
| 186 | United Envelope LLC | 4/9/2015 | 482 | $77,239.22 | Claims Recovery Group LLC as Transferee for United Envelope LLC | 6/9/2015 | 1677 | $32,788.86 | Amends claim no. 482 |
| | | | | | United Envelope LLC | 6/9/2015 | 1677 | $45,488.80 | Amends claim no. 482 |
| 187 | Universal Card Solutions | 7/8/2015 | 2302 | $43,949.08 | Universal Card Solutions | 7/8/2015 | 2321 | $43,949.08 | Amends claim no. 2302 |
| 188 | Valid USA, Inc. | 6/9/2015 | 1756 | $5,155.69 | Valid USA, Inc. | 6/12/2015 | 1832 | $8,038.19 | Amends claim no. 1756 |
| 189 | W. W. Grainger | 6/9/2015 | 1753 | $251,457.62 | W.W. Grainger, Inc. | 6/29/2015 | 2023 | $251,457.62 | Amends claim no. 1753 |
| 190 | W. W. Grainger | 6/9/2015 | 1759 | $251,457.62 | W.W. Grainger, Inc. | 6/29/2015 | 2023 | $251,457.62 | Amends claim no. 1759 |
| 191 | W. W. Grainger | 6/29/2015 | 2028 | $251,457.62 | W.W. Grainger, Inc. | 6/29/2015 | 2023 | $251,457.62 | Amends claim no. 2028 |
| 192 | Walker Group, L.L.C. | 6/8/2015 | 1628 | $13,905.36 | WALKER GROUP LLC | 6/8/2015 | 1632 | $13,905.36 | Amends claim no. 1628 |
| 193 | Walker Group, L.L.C. | 4/7/2015 | 359 | $13,905.36 | WALKER GROUP LLC | 6/8/2015 | 1632 | $13,905.36 | Amends claim no. 359 |
| 194 | WASHINGTON COUNTY | 5/27/2015 | 1189 | $234,063.10 | Washington County Tax Collector | 10/26/2015 | 2517 | $63,499.07 | Amends claim no. 1189 |
| 195 | Waters Industries Inc. dba PantherVision | 3/20/2015 | 50 | $1,287.24 | Waters Industries Inc. dba PantherVision | 4/8/2015 | 438 | $1,026.24 | Amends claim no. 50 |
| 196 | Watson Label Products | 4/21/2015 | 587 | $40,357.45 | WATSON LABEL PRODUCTS | 5/27/2015 | 1104 | $40,357.45 | Amends claim no. 587 |
| 197 | Watson Label Products | 4/7/2015 | 380 | $31,611.41 | WATSON LABEL PRODUCTS | 5/27/2015 | 1104 | $40,357.45 | Amends claim no. 380 |
| 198 | WATSON LABEL PRODUCTS | 4/9/2015 | 471 | $39,635.85 | WATSON LABEL PRODUCTS | 5/27/2015 | 1104 | $40,357.45 | Amends claim no. 471 |
| 199 | WESTBORO TWO LLC | 6/8/2015 | 1679 | $129,642.39 | WESTBORO TWO LLC | 10/19/2015 | 2509 | $99,916.55 | Amends claim no. 1679 |
| 200 | Whitesell | 4/1/2015 | 314 | $13,531.09 | Whitesell | 4/13/2015 | 531 | $17,213.97 | Amends claim no. 314 |
| 201 | Wholesale Printing Specialists | 5/5/2015 | 693 | $11,909.22 | Wholesale Printing Specialists | 3/18/2015 | 89 | $11,909.22 | Amends claim no. 693 |
| 202 | WORLD EMBLEM INTERNATIONAL INC | 5/21/2015 | 906 | $10,418.82 | WORLD EMBLEM INTERNATIONAL INC | 7/1/2015 | 2085 | $1,956.11 | Amends claim no. 906 |