IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

ORIGINAL

| | |
|---|---|
| In re | Chapter 11 |
| SRC LIQUIDATION, LLC[1] | Case No. 15-10541 (BLS) |
| Debtor. | Re: Docket No. 1506 |

## ORDER ON MOTION FOR AUTHORITY TO SETTLE CLASSES OF PREFERENCE CLAIM CONTROVERSIES PURSUANT TO BANKRUPTCY RULE 9019(b)

Upon consideration of SRC Liquidation, LLC's (the "Liquidating Debtor") *Motion for Authority to Settle Classes of Preference Claim Controversies Pursuant to Bankruptcy Rule 9019(b)* (the "Motion"), and it appearing that approval of the Motion is warranted, that due and timely notice of the Motion has been given, it is hereby:

ORDERED that the Motion is GRANTED in its entirety; and it is;

ORDERED that the Liquidating Debtor may settle preference claims without Court approval pursuant to the terms set forth in the Motion; and it is

ORDERED that this Court shall retain jurisdiction over the interpretation and enforcement of this Motion and Order.

Dated: April 11, 2016
Wilmington, Delaware

Honorable Brendan L. Shannon
Chief United States Bankruptcy Judge

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

{BAY:02873168v2}