4/7/16

FILED

2016 APR 11  PM 1:49

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

RE: CASE NO. 14-10541 (BLS) IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

OBJECTION TO SECTION 503(b)(9) CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007 AND LOCAL RULE 3007-1

ZEBRA TECHNOLOGIES 3 OVERLOOK PT LINCOLNSHIRE, IL 60069

ZEBRA TECHNOLOGIES IS DISPUTING THE CLAIM THAT THIS IS AN UNWARRANTED RECOVERY AS THE GOODS WERE DROP SHIPPED TO STANDARD REGISTERS' CUSTOMERS PER A LEGAL AND BINDING PO PLACED WITH ZEBRA TECHNOLOGIES BY STANDARD REGISTER.

ZEBRA TECHNOLOGIES EXPECTS FULL RECOVERY OF THE CLAIM AMOUNT DUE OF $27,950.96. THIS CLAIM SHOULD NOT BE DISALLOWED OR MODIFIED PER THE LEGAL AND BINDING PO PER STANDARD REGISTER THAT ZEBRA TECHNOLOGIES DROP SHIPPED ON DIRECTION FROM STANDARD REGISTER AND FULFILLED THE ORDER.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

SRC Liquidation, LLC,[1]

Debtor.

Chapter 11

Case No. 15-10541 (BLS)

Hearing Date: May 18, 2016 at 10:00 a.m. (ET)
Response Deadline: April 20, 2016 at 4:00 p.m. (ET)

### NOTICE OF STANDARD REGISTER INC.'s THIRD (3RD) OMNIBUS (SUBSTANTIVE) OBJECTION TO SECTION 503(b)(9) CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007 AND LOCAL RULE 3007-1

To:   (I) THE UST; (II) COUNSEL TO THE LIQUIDATING DEBTOR; (III) THE HOLDERS OF THE SECTION 503(b)(9) DISPUTED CLAIMS; AND (VI) ALL PARTIES THAT HAVE FILED A NOTICE OF APPEARANCE AND REQUESTED FOR SERVICE OF PAPERS PURSUANT TO BANKRUPTCY RULE 2002.

**PLEASE TAKE NOTICE** that Taylor Corporation and its Designated Buyer Standard Register, Inc. (collectively, "SRI") have filed the attached *Standard Register Inc.'s Third (3rd) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1* (the "Objection").

**PLEASE TAKE FURTHER NOTICE** that any responses (each, a "Response") to the relief requested in the Objection must be filed on or before **April 20, 2016 at 4:00 p.m. (ET)** (the "Response Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.  At the same time, any party submitting a Response (each, a "Respondent") must serve a copy of its Response upon the undersigned counsel to SRI so as to be received on or before the Response Deadline.

**PLEASE TAKE FURTHER NOTICE** that any Response must contain, at a minimum, the following:

a) A caption setting forth the name of the Court, the above-referenced case number and the title of the Objection to which the Response is directed;

b) The name of the Respondent and a description of the basis for the amount and classification asserted in the disputed claim, if applicable;

c) A concise statement setting forth the reasons why the particular disputed claim or any similar claims should not be disallowed or modified for the reasons set forth in the Objection, including but not limited to, the specific factual and legal basis upon which the claimant will rely in opposing the Objection at the Hearing; and

d) All documentation or other evidence upon which the Respondent will rely in opposing the Objection at the Hearing;

---

[1]   The last four digits of the Debtor's taxpayer identification number are 5540.  Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING (THE "HEARING") ON THE OBJECTION WILL BE HELD ON **MAY 18, 2016 AT 10:00 a.m. (ET)** BEFORE THE HONORABLE BRENDAN SHANNON, UNITED STATES BANKRUPTCY JUDGE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON, DE 19801.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU ARE A CLAIMANT AND FAIL TO TIMELY FILE AND SERVE A RESPONSE IN ACORDANCE WITH THE ABOVE REQUIREMENTS, YOU WILL BE DEEMED TO HAVE CONCURRED WITH AND CONSENTED TO THE OBJECTION AND THE RELIEF REQUESTED THEREIN, AND SRI WILL PRESENT TO THE COURT, WITHOUT FURTHER NOTICE TO YOU, THE PROPOSED ORDER SUSTAINING THE OBJECTION.

**PLEASE TAKE FURTHER NOTICE** THAT QUESTIONS CONCERNING THE OBJECTION SHOULD BE DIRECTED TO THE UNDERSIGNED COUNSEL FOR SRI; CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE COURT TO DISCUSS THE MERITS OF THEIR DISPUTED CLAIMS OR THE OBJECTION.

Dated:   April 4, 2016
         Wilmington, DE

**WERB & SULLIVAN**

*/s/ Matthew P. Austria*
Matthew P. Austria (DE No. 4827)
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, Delaware 19899
(For courier: 19801)
Telephone:  (302) 652-1100
Facsimile:  (302) 652-1111
E-mail:  maustria@werbsullivan.com

-and-

**GRAY, PLANT, MOOTY,**
**MOOTY & BENNET, P.A.**
Phillip Bohl (MN No. 139191)
Abigail McGibbon (MN No. 393263)
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone:  (612) 632-3019
Telephone:  (612) 632-3009
Facsimile:  (612) 632-4019
Facsimile:  (612) 632-4009
Email:  phillip.bohl@gpmlaw.com
Email:  abigail.mcgibbon@gpmlaw.com

*Counsel to Taylor Corporation and its Designated Buyer
Standard Register, Inc.*

**ZEBRA** TECHNOLOGIES

Zebra Technologies International, LLC
333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

| | | |
|---|---|---|
| Invoice Number | : | 100675884 |
| Customer Number | : | 7507 |

**Bill To:**
Standard Register Inc.
Attn:Gail Calhoun
600 Albany St
PO Box 1167
DAYTON, OH 45401
US

**Ship To:**
Quest Diagnostics Inc.
33608 Ortega Hwy
SAN JUAN CAPISTRANO, CA 92675
US

| | | |
|---|---|---|
| Invoice Date | : | 09-Feb-2015 |
| Order Date | : | 09-Feb-2015 |
| Final Destination | : | United States |

| | | |
|---|---|---|
| Sales Order Number | : | 20664163 |
| Customer PO | : | 2962037 |
| End User PO | : | 1000244849 |
| Zebra Office | : | Vernon Hills, IL |

| Line | Qty | Unit | Item / Description | Unit Price | Tax% | Tax | Amount |
|---|---|---|---|---|---|---|---|
| | | | | 41.4036 | 0.00 | 0.00 | 41.40 |
| 1.1 | 1 | CS | 10010040 Label, Paper, 2.25x0.5in (57.2x12.7mm); DT, Z-Select 4000D, High Performance Coated, All-Temp Adhesive, 1in (25.4mm) core, 4200/roll, 4/box | | | | |
| | | | HTS Code : 4821.90.2000 Country of Origin : US | | | | |
| | | | | 36.7920 | 0.00 | 0.00 | 36.79 |
| 2.1 | 1 | CS | 10010039 Label, Paper, 2x1in (50.8x25.4mm); DT, Z-Select 4000D, High Performance Coated, All-Temp Adhesive, 1in (25.4mm) core, 2340/roll, 4/box | | | | |
| | | | HTS Code : 4821.90.2000 Country of Origin : US | | | | |

**Shipment Information**

| | | |
|---|---|---|
| Shipping Point | : | San Diego, CA, US |
| Ship Method | : | FEDEX GROUND |
| Delivery Number | : | 4370519 |
| Freight Terms | : | Third Party Billing |
| Terms of Delivery | : | FCA Shipping point |
| Orders Shipped With This Delivery | : | 20664153 |

| Tracking# | LPN | Height (IN) | Width (IN) | Length (IN) | Weight (KG/LB) | Cartons |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 530495878000218 | CA20062091 | 11 | 12 | 12 | 5.44 / 12.00 | |

All orders are subject to Zebra's Standard Terms and Conditions ("Zebra's T&Cs") at the time the order was accepted by Zebra. Zebra's current T&Cs can be found at http://www.zebra.com/tcna. By placing an order and/or accepting delivery of the products or services identified on this invoice, customer agrees to be bound by and accepts Zebra's T&Cs, unless customer and Zebra have signed a separate agreement, in which case the separate agreement will govern.

| Total Goods | Total Shipping and Handling | Total Tax | Total USD |
|---|---|---|---|
| 78.19 | 0.00 | 0.00 | 78.19 |

Invoice Due Date: 11-Mar-2015

Terms Of Payment: 30 Days Net



Zebra Technologies International, LLC
333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

Customer Number: 7507          Invoice Number: 100675884          Invoice Date: 09-Feb-2015

Please state with your payment Invoice Number : 100675884
Zebra's Tax Number : 02-0545884

**Please Remit Payment to:**
Zebra Technologies International, LLC
6048 Eagle Way
Chicago, IL 60678-1060

**Standard Register**
ADVANCING YOUR REPUTATION

12/06/2013  17:02:14  PAGE  1  OF  1

| | |
|---|---|
| SHIP TO: | QUEST DIAGNOSTICS INC<br>33608 ORTEGA HWY<br>SAN JUAN CAPISTRANO   CA   92675-2042 |

MARK FOR:

| | |
|---|---|
| BILL TO: | STANDARD REGISTER<br>P.O. BOX 1167<br>DAYTON OHIO 45401<br>CATALOG PRODUCTS<br>D. HENZ |

PURCHASE ORDER NO.:
1000244849

| VENDOR: | | |
|---|---|---|
| YCE ZEBRA TECHNOLOGIES C | | |
| SHIP TO NO.<br>1692739 | HOLD TO NO.<br>9340246 | SRC PO & BILL#<br>2962037 |
| REQUISITION NO.<br>GSX | | |
| USING COST CENTER NO. | | |
| USING COST CENTER NAME | | |
| CUSTOMER'S PURCHASE ORDER NO.<br>1000244849 | | |

ATTN:

FORM PAC / STORAGE
BILL OF LADING

| # | FORM NAME AND/OR DESCRIPTION | BILLING COST CENTER | UNITS SHIPPED QTY. SHIPPED (IF DIFFERENT) | WAREHOUSE LOCATION | ORDER NO. | CUSTOMER PURCHASE ORDER NO. ORIGINAL SOLD TO CONSECUTIVE NUMBER | PRODUCT CODE |
|---|---|---|---|---|---|---|---|
| 01 | 2.25 X .5 DT LBL, 1"C<br>ZTC10010040<br>10010040. | GSX | 1 0 | 4/40 | 1000244849<br>2481023. | 628 | |
| 02 | 2X1 Z-SELECT 4000D DT LBL<br>ZTC10010039<br>10010039 | GSX | 1 0 | 36.8 | 1000244849<br>2481023. | 628 | |

Acct# 7507

SO# 20664153

2/9/15

A85

lot2pull

-- Ship 3rd Party --
Billing: Quest, 7240 Goodlett Farms, Ste.110
Cordova, TN 38016
LTL=FXFE
SML PKG use FEDEX ACCT # 175561552

| | VIA | PREPAY & CHG | PREPAID | COLLECT |
|---|---|---|---|---|
| | | | | X |

| FILLED BY. | CARTONS / WEIGHT | CARRIER | DUPN-<br>UPCL<br>DUPR | DFXG<br>PXCL | TRK<br>USPS | DATE SHIPPED | FREIGHT CHARGE/<br>MISC CHARGE |
|---|---|---|---|---|---|---|---|

WAREHOUSE USE:

SHIP FEXG (NO AIR)  ACCT# 175561552

**Schutz, Amy**

From:                SUPPLIESORDERSUPPORT@STANDARDR
                     <SUPPLIESordersupport@standardregister.com>
Sent:                Monday, February 09, 2015 6:21 AM
To:                  ZebraOrders
Cc:                  CINDY.MOHN@STANDARDREGISTER.CO
Subject:             2-9  2962037
Attachments:         Document.pdf

This document was digitally sent to you using an HP Digital Sending device.

80# 2dd64153
2of2 pur

1

**FedEx.**

April 2,2015

Dear Customer:

The following is the proof-of-delivery for tracking number **530495878000218**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | San Juan Capistrano, CA |
| Signed for by: | LDARIO | Delivery date: | Feb 10, 2015 11:15 |
| Service type: | FedEx Ground | | |
| Special Handling: | | | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 530495878000218 | Ship date: | Feb 9, 2015 |
| | | Weight: | 12.0 lbs/5.4 kg |

Recipient:                                          Shipper:
San Juan Capistrano, CA US              San Diego, CA US

Reference                                           4370519
Shipment Id                                         530495878000218
Invoice number                                      3193464

Thank you for choosing FedEx.



**Zebra Technologies International, LLC**
333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

|  |  |
|---|---|
| **Invoice Number** | : 100676775 |
| **Customer Number** | : 7507 |

**Bill To:**
Standard Register Inc.
Attn:Gail Calhoun
600 Albany St
PO Box 1167
DAYTON, OH 45401
US

**Ship To:**
Lowe's Pennsylvania RDC #96
1201 Keystone Blvd
POTTSVILLE, PA 17901
US

| | |
|---|---|
| Invoice Date : 10-Feb-2015 | Sales Order Number : 20663034 |
| Order Date : 06-Feb-2015 | Customer PO : 2961864 |
| Final Destination : United States | End User PO : 0160104701 |
| | Zebra Office : Vernon Hills, IL |

| Line | Qty | Unit | Item / Description | Unit Price | Tax% | Tax | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | 0.00 | 0.00 | 594.00 |
| 1.1 | 5 | CS | LD-R6AO5B | 118.8000 | 0.00 | 0.00 | |
| | | | Label, Paper, 4x3in (101.6x76.2mm); DT, Z-Perform 1000D, Value Uncoated, Permanent Adhesive, 0.75in (19.1mm) core, 200/roll, 36/box | | | | |

|  |  |
|---|---|
| HTS Code | : 4821.10.4000 |
| Country of Origin | : US |
| PC Number | : 28012793 |

**Shipment Information**

|  |  |
|---|---|
| Shipping Point | : Flowery Branch, GA, US |
| Ship Method | : UPS GROUND |
| Delivery Number | : 4373302 |
| Freight Terms | : Collect |
| Terms of Delivery | : FCA Shipping point |
| Orders Shipped With This Delivery | : 20663034 |

| Tracking# | LPN | Height (IN) | Width (IN) | Length (IN) | Weight (KG/LB) | Cartons |
|---|---|---|---|---|---|---|
| 1Z6E84Y60301847543 | GA00091941-1 | 5 | 13 | 16 | 9.98 / 22.00 | 1 |
| 1Z6E84Y60301847552 | GA00091941-2 | 5 | 13 | 16 | 9.98 / 22.00 | 1 |
| 1Z6E84Y60301847561 | GA00091941-3 | 5 | 13 | 16 | 9.98 / 22.00 | 1 |
| 1Z6E84Y60301847570 | GA00091941-4 | 5 | 13 | 16 | 9.98 / 22.00 | 1 |
| 1Z6E84Y60301847589 | GA00091941-5 | 5 | 13 | 16 | 9.98 / 22.00 | 1 |

All orders are subject to Zebra's Standard Terms and Conditions ("Zebra's T&Cs") at the time the order was accepted by Zebra. Zebra's current T&Cs can be found at http://www.zebra.com/tcna. By placing an order and/or accepting delivery of the products or services identified on this invoice, customer agrees to be bound by and accepts Zebra's T&Cs, unless customer and Zebra have signed a separate agreement, in which case the separate agreement will govern.

| Total Goods | Total Shipping and Handling | Total Tax | Total USD |
|---|---|---|---|
| 594.00 | 0.00 | 0.00 | 594.00 |

Invoice Due Date: 12-Mar-2015

Terms Of Payment: 30 Days Net
Please state with your payment Invoice Number : 100676775
Zebra's Tax Number : 02-0545884

**Please Remit Payment to:**

**ZEBRA** TECHNOLOGIES

Zebra Technologies International, LLC
333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

Customer Number:  7507          Invoice Number: 100676775          Invoice Date: 10-Feb-2015

Zebra Technologies International, LLC
6048 Eagle Way
Chicago, IL 60678-1060

07/05/2015   08:48:58   PAGE   1 OF 1

**Standard Register**
ADVANCING YOUR REPUTATION

SHIP TO:
LOWE'S PENNSYLVANIA RDC #96

1201 KEYSTONE BLVD
POTTSVILLE:                    PA  17901-8982

MARK FOR:
ATTN: SHANNON BRENNAN
PO# 0160104701

BILL TO:
STANDARD REGISTER
P.O. BOX 1167
DAYTON OHIO 45401
CATALOG PRODUCTS:
D. HENZ

PURCHASE ORDER NO:
0160104701

| VENDOR: YCE ZEBRA TECHNOLOGIES C | | |
| --- | --- | --- |
| SHIP TO NO. 7392147 | SOLD TO NO. 6995780 | SRC PO & B/L# 2961864 |
| REQUISITION NO. 0160104701 | | |
| USING COST CENTER NO. | | |
| USING COST CENTER NAME | | |
| CUSTOMER'S PURCHASE ORDER NO. 0160104701 | | |

FORM PAC / STORAGE
BILL OF LADING

| # | FORM NAME AND/OR DESCRIPTION | BILLING COST CENTER | UNITS SHIPPED QTY. SHIPPED (IF DIFFERENT) | WAREHOUSE LOCATION | ORDER NO. | CUSTOMER PURCHASE ORDER NO. ORIGINAL SOLD TO | PRODUCT CODE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | CONSECUTIVE NUMBER | |
| 01 | 4 X 3 DT PERF LOWES ONLY ZTCLDR6A05B LD-R6A05B | 0160104701 | 5 | | 0160104701 2479705 | | |

Acct# 7507
SO# 2016630534 NOTE
2/10/15
AJS
lot 3 pour

| | | | VIA | PREPAY & CHG | PREPAID | COLLECT |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | X |

| | | | CARRIER DUPN UPGL DUPR | DFXG FXCL | TRK USPS | DATE SHIPPED | FREIGHT CHARGE/MISC CHARGE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| FILLED BY | | CARTONS / WEIGHT | | | | | |

WAREHOUSE INSTR
SR ORD: PPARSON
SHIP UPS GROUND ACCT# 0W55X2

**Schutz, Amy**

| | |
|---|---|
| **From:** | DARLENE.HENZ@STANDARDREGISTER. <DArlene.henz@standardregister.com> |
| **Sent:** | Friday, February 06, 2015 9:26 AM |
| **To:** | ZebraOrders |
| **Cc:** | DARLENE.HENZ@STANDARDREGISTER. |
| **Subject:** | 02/06/15 2961864 |
| **Attachments:** | Document.pdf |

This document was digitally sent to you using an HP Digital Sending device.

1

**Schutz, Amy**

| | |
|---|---|
| **From:** | Henz, Darlene <Darlene.Henz@standardregister.com> |
| **Sent:** | Friday, February 06, 2015 12:55 PM |
| **To:** | Schutz, Amy |
| **Subject:** | RE: Standard Register PO# 2961864 / Zebra Order # 20663034 -- Pricing |
| **Attachments:** | Document.pdf |

*✓ \*pricing approval\**
*PO# 20663034*
*3of3 pur*

Yes, I'm ordering cases
I approve  -  ordering cases do you approve the case price of $118.80

The revised order is attached....sorry

**DARLENE HENZ**
**Standard Register**
Office: 937-221-1128 |. Fax: 937-221-1395

**From:** Schutz, Amy [mailto:ASchutz@zebra.com]
**Sent:** Friday, February 06, 2015 1:48 PM
**To:** Henz, Darlene
**Subject:** Standard Register PO# 2961864 / Zebra Order # 20663034 -- Pricing
**Importance:** High

Hi Darlene,

The above PO came over with no pricing.  Are you ordering 5 cases or 5 rolls, and if you're ordering cases do you approve the case price of $118.80?

Thank you,



**Amy Schutz**
Client Care Associate
**ZEBRA TECHNOLOGIES CORPORATION**

**SEE MORE, DO MORE.**

333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1 847-955-4726  F: +1 847-913-2579
aschutz@zebra.com
www.zebra.com

- CONFIDENTIAL-
This email and any files transmitted with it are confidential, and may also be legally privileged. If you are not the intended recipient, you may not review, use, copy, or distribute this message. If you receive this email in error, please notify the sender immediately by reply email and then delete this email.

 **Proof of Delivery**                    ☒ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z6E84Y60301847643 |
| Service: | UPS Ground |
| Weight: | 22.00 lbs |
| Shipped/Billed On: | 02/10/2015 |
| Delivered On: | 02/12/2015 10:38 A.M. |
| Delivered To: | POTTSVILLE, PA, US |
| Signed By: | ABAGADE |
| Left At: | Dock |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS: 04/03/2015 9:21 A.M. ET

⊡ Print This Page                              ☒ Close Window

 **Proof of Delivery**                    ⊠ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z6E84Y60301847652 |
| Service: | UPS Ground |
| Weight: | 22.00 lbs |
| Shipped/Billed On: | 02/10/2016 |
| Delivered On: | 02/12/2016 10:38 A.M. |
| Delivered To: | POTTSVILLE, PA, US |
| Signed By: | ABAGADE |
| Left At: | Dock |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2016 9:21 A.M.  ET

⊡ Print This Page                              ⊠ Close Window

 **Proof of Delivery**                    ⊠ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

Tracking Number:       1Z6E84Y60301847561
Service:               UPS Ground
Weight:                22.00 lbs
Shipped/Billed On:     02/10/2015
Delivered On:          02/12/2015 10:38 A.M.
Delivered To:          POTTSVILLE, PA, US
Signed By:             ABAGADE
Left At:               Dock

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2015 9:21 A.M.  ET

◻ Print This Page                                    ⊠ Close Window

 **Proof of Delivery**                          ⊠ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z6E84Y60301847570 |
| Service: | UPS Ground |
| Weight: | 22.00 lbs |
| Shipped/Billed On: | 02/10/2015 |
| Delivered On: | 02/12/2015 10:38 A.M. |
| Delivered To: | POTTSVILLE, PA, US |
| Signed By: | ABAGADE |
| Left At: | Dock |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2015 9:22 A.M.  ET

🖨 Print This Page                                      ⊠ Close Window

 **Proof of Delivery**                    ⊠ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z6E84Y60301847589 |
| Service: | UPS Ground |
| Weight: | 22.00 lbs |
| Shipped/Billed On: | 02/10/2015 |
| Delivered On: | 02/12/2015 10:38 A.M. |
| Delivered To: | POTTSVILLE, PA, US |
| Signed By: | ABAGADE |
| Left At: | Dock |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS: 04/03/2015 9:22 A.M.  ET

🖶 Print This Page                    ⊠ Close Window



**ZEBRA** TECHNOLOGIES

Zebra Technologies International LLC
333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

Invoice Number     :   100677447
Customer Number    :   7507

**Bill To:**
Standard Register Inc.
Attn:Gail Calhoun
600 Albany St
PO Box 1167
DAYTON, OH  45401
US

**Ship To:**
Kaiser Ken Caryl Medical Office
7600 Shaffer Parkway
LITTLETON, CO  80127
US

| | |
|---|---|
| Invoice Date | : 11-Feb-2015 |
| Order Date | : 28-Jan-2015 |
| Final Destination | : United States |

| | |
|---|---|
| Sales Order Number | : 20656486 |
| Customer PO | : 2959973 |
| End User PO | : 16501.0000233573 |
| Zebra Office | : Vernon Hills, IL |

| Line | Qty | Unit | Item / Description | Unit Price | Tax% | Tax | Amount |
|------|-----|------|--------------------|-----------|------|-----|--------|
| 1.1 | 1 | CS | 10007010 | 89.3340 | 0.00 | 0.00 | 89.33 |
| | | | Receipt, Paper, 8.5in x 565ft (216.9mm x 172.2m); DT, Z-Perform 1000D 3.5 mil, Value Uncoated, 2in (50.8mm) core, 565/roll, 4/box | | | | |

| | | |
|---|---|---|
| HTS Code | : | 4811.90.9030 |
| ECCN | : | EAR99 |
| Country of Origin | : | US |

**Shipment Information**

| | | |
|---|---|---|
| Shipping Point | : | Greenville, WI, US |
| Ship Method | : | UPS GROUND |
| Delivery Number | : | 4373059 |
| Freight Terms | : | Collect |
| Terms of Delivery | : | FCA Shipping point |
| Orders Shipped With This Delivery | : | 20656486 |

| Tracking# | LPN | Height (IN) | Width (IN) | Length (IN) | Weight (KG/LB) | Cartons |
|-----------|-----|-------------|------------|-------------|----------------|---------|
| 1Z5305E50319846426 | WI00284309 | 9 | 12 | 12 | 12.25 / 27.00 | 1 |

All orders are subject to Zebra's Standard Terms and Conditions ("Zebra's T&Cs") at the time the order was accepted by Zebra.  Zebra's current T&Cs can be found at http://www.zebra.com/tcna.  By placing an order and/or accepting delivery of the products or services identified on this invoice, customer agrees to be bound by and accepts Zebra's T&Cs, unless customer and Zebra have signed a separate agreement, in which case the separate agreement will govern.

| Total Goods | Total Shipping and Handling | Total Tax | Total USD |
|-------------|------------------------------|-----------|-----------|
| 89.33 | 0.00 | 0.00 | 89.33 |

Terms Of Payment: 30 Days Net
Please state with your payment Invoice Number : 100677447
Zebra's Tax Number : 02-0545884

Invoice Due Date: 13-Mar-2015

**Please Remit Payment to:**
Zebra Technologies International, LLC
6048 Eagle Way
Chicago, IL 60678-1060

**Standard Register**
ADVANCING YOUR REPUTATION

SHIP TO:
KAISER KEN CARYL MEDICAL OF
7600 SHAFFER PARKWAY

LITTLETON
CO  80127-0000

MARK FOR:  MICHAEL D THOMAS / MICHAE

BILL TO:
STANDARD REGISTER
P.O. BOX 1167
DAYTON OHIO 45401
CATALOG PRODUCTS
D. HENZ

PURCHASE ORDER NO:
16501.0000233573

FORM PAC / STORAGE
BILL OF LADING

| VENDOR: | | |
|---|---|---|
| YCE ZEBRA TECHNOLOGIES C | | |

| SHIP TO NO. | SOLD TO NO. | SRC PO & B/L# |
|---|---|---|
| 0000000 | 1342514 | 2959973 |

REQUISITION NO.
SW C1937MV220884

USING COST CENTER NO.
76

USING COST CENTER NAME

CUSTOMER'S PURCHASE ORDER NO.
16501.0000233573                76

| ATTN: | FORM NAME AND/OR DESCRIPTION | BILLING COST CENTER | WHITE SHIPPED QTY. SHIPPED (IF DIFFERENT) | WAREHOUSE LOCATION | ORDER NO. | CUSTOMER PURCHASE ORDER NO. ORIGINAL SOLD TO | PRODUCT CODE |
|---|---|---|---|---|---|---|---|
| # | | | | | | CONSECUTIVE NUMBER | |
| | | | | | 16501.0000233573 | | |
| 000 | 8.5 X CONT 3.5 MIL RECEIP  SW C1937MV | | | | 2046683 | | |
| | ZTC10007010 | | 1 R | 89.32/BX | | 62-8 | |
| | 10007010 | | | | | | |

Acct# 7507

NO 76

80# 700506481L

1/20/15

AJS

~ Ship 3rd Party ~
All small parcel shipments (under 150 lbs) ship
VIA UPS Acct #174Y8E
Or for Hawaii FedEx Acct #1538-4722-3
All Shipments over 150lbs or that require Special
Instructions call TRIOSE at 844-552-4737 Opt 1 for pickup.

10 of pull

| | | | VIA | PREPAY & CHG | PREPAID | | COLLECT |
|---|---|---|---|---|---|---|---|
| | | | | X | | | |

| FILLED BY | CARTONS / WEIGHT | CARRIER | DUPN UPCL DUPR | DFXG FXCL | TRK USPS | DATE SHIPPED | FREIGHT CHARGE/ MISC CHARGE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

WAREHOUSE DIST:
SR ORD: EO1271516            ON ALL SHIPPING LABELS
PLEASE ENTER PO# AS REFERENCE #1
ON ALL SHIPPING LABELS

**Schutz, Amy**

| | |
|---|---|
| From: | DARLENE.HENZ@STANDARDREGISTER. <DArlene.henz@standardregister.com> |
| Sent: | Wednesday, January 28, 2015 7:34 AM |
| To: | ZebraOrders |
| Cc: | DARLENE.HENZ@STANDARDREGISTER. |
| Subject: | 01/28/15 2959973 2959984 2960018 2960033 |
| Attachments: | Document.pdf |

This document was digitally sent to you using an HP Digital Sending device.

1

 **Proof of Delivery**

[×] Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

Tracking Number:        1Z5305E5031984B426
Service:                UPS Ground
Weight:                 27.00 lbs
Shipped/Billed On:      02/11/2015
Delivered On:           02/16/2015 11:24 A.M.
Delivered To:           LITTLETON, CO, US
Signed By:              BROWN
Left At:                Receiver

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2015 9:24 A.M.  ET

🖶 Print This Page                              [×] Close Window

**Zebra Technologies International, LLC**
333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

| | | |
|---|---|---|
| **Invoice Number** | : | 100677448 |
| **Customer Number** | : | 7507 |

**Bill To:**
Standard Register Inc.
Attn:Gail Calhoun
600 Albany St
PO Box 1167
DAYTON, OH  45401
US

**Ship To:**
Kaiser South Specialty Care Center
10240 Park Meadows Dr.
LONE TREE, CO  80124
US

| | | |
|---|---|---|
| Invoice Date | : | 11-Feb-2015 |
| Order Date | : | 28-Jan-2015 |
| Final Destination | : | United States |

| | | |
|---|---|---|
| Sales Order Number | : | 20656490 |
| Customer PO | : | 2959984 |
| End User PO | : | 16501.0000233598 |
| Zebra Office | : | Vernon Hills, IL |

| Line | Qty | Unit | Item / Description | Unit Price | Tax% | Tax | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | 0.00 | 446.67 |
| 1.1 | 5 | CS | 10007010 | 89.3340 | 0.00 | | |
| | | | Receipt, Paper, 8.5in x 565ft (215.9mm x 172.2m); DT, Z-Perform 1000D 3.5 mil, Value Uncoated, 2in (50.8mm) core, 565/roll, 4/box | | | | |

| | | |
|---|---|---|
| HTS Code | : | 4811.90.9030 |
| ECCN | : | EAR99 |
| Country of Origin | : | US |

**Shipment Information**

| | | |
|---|---|---|
| Shipping Point | : | Greenville, WI, US |
| Ship Method | : | UPS GROUND |
| Delivery Number | : | 4373060 |
| Freight Terms | : | Collect |
| Terms of Delivery | : | FCA Shipping point |
| Orders Shipped With This Delivery | : | 20656490 |

| Tracking# | LPN | Height (IN) | Width (IN) | Length (IN) | Weight (KG/LB) | Cartons |
|---|---|---|---|---|---|---|
| 1Z5305E50319846033 | WI00284312-1 | 9 | 12 | 12 | 12.25 / 27.00 | 1 |
| 1Z5305E50319846042 | WI00284312-2 | 9 | 12 | 12 | 12.25 / 27.00 | 1 |
| 1Z5305E50319846051 | WI00284312-3 | 9 | 12 | 12 | 12.25 / 27.00 | 1 |
| 1Z5305E50319846060 | WI00284312-4 | 9 | 12 | 12 | 12.25 / 27.00 | 1 |
| 1Z5305E50319846079 | WI00284312-5 | 9 | 12 | 12 | 12.25 / 27.00 | 1 |

All orders are subject to Zebra's Standard Terms and Conditions ("Zebra's T&Cs") at the time the order was accepted by Zebra. Zebra's current T&Cs can be found at http://www.zebra.com/tcna. By placing an order and/or accepting delivery of the products or services identified on this invoice, the customer agrees to be bound by and accepts Zebra's T&Cs, unless customer and Zebra have signed a separate agreement, in which case the separate agreement will govern.

| Total Goods | Total Shipping and Handling | Total Tax | Total USD |
|---|---|---|---|
| | | 0.00 | 446.67 |
| 446.67 | 0.00 | | |

Invoice Due Date: 13-Mar-2015

Terms Of Payment: 30 Days Net
Please state with your payment Invoice Number : 100677448
Zebra's Tax Number : 02-0545884

**Please Remit Payment to:**

**ZEBRA**
**TECHNOLOGIES**

Zebra Technologies International, LLC
333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

Customer Number:  7507          Invoice Number: 100677448          Invoice Date: 11-Feb-2015

Zebra Technologies International, LLC
6048 Eagle Way
Chicago, IL 60678-1060

**Standard Register** ADVANCING YOUR REPUTATION

SHIP TO:
KAISER SOUTH SPECIALTY CARE
10240 PARK MEADOWS DR.
LONE TREE
CO  80124-0000

MARK FOR:  EDWARD A LACZ / EDWARD A

BILL TO:
STANDARD REGISTER
P.O. BOX 1167
DAYTON OHIO. 45401
CATALOG PRODUCTS
D. HENZ

PURCHASE ORDER NO.:
16501.0000233598

FORM PAC / STORAGE
BILL OF LADING

VENDOR:
YCE ZEBRA TECHNOLOGIES  C

| SHIP TO NO. | SOLD TO NO. | SRC PO & B/L# |
|---|---|---|
| 0000000 | 1342514 | 2959984 |

REQUISITION NO.
SW C1937MV220899

USING COST CENTER NO.
10

USING COST CENTER NAME

CUSTOMER'S PURCHASE ORDER NO.
16501.0000233598                           10

ATTN:

| # | FORM NAME AND/OR DESCRIPTION | BILLING COST CENTER | UNITS SHIPPED QTY. SHIPPED (IF DIFFERENT) | WAREHOUSE LOCATION | ORDER NO. / ORIGINAL SOLD TO / CONSECUTIVE NUMBER | PRODUCT CODE |
|---|---|---|---|---|---|---|
| | | | | | 16501.0000233598 | |
| 000 | 8.5 X CONT. 7.5 MIL RECEIP ZTC10007010 10007010 | SW C1937MV | 5 | 89.32/BOX | 2046716 | 628 |

Acct# 7507   NOTE

80# 70VS0490

1/28/15

~ Ship 3rd Party ~
All small parcel shipments (under 150 lbs) ship
VIA UPS Acct #174Y8E
Or for Hawaii FedEx Acct #1538-4722-3
All Shipments over 150 lbs or that require Special
Instructions call TRIOSE at 844-552-4737 Opt 1 for pickup

1 OF 2 PUR

| | VIA | PREPAY & CHG | PREPAID | COLLECT |
|---|---|---|---|---|
| | | X | | |

| FILLED BY: | CARTON/WEIGHT | CARRIER | DUPN UPCL DUPR | DPXG FXCL | TRK USPS | DATE SHIPPED. | FREIGHT CHARGE/ MISS CHARGE |
|---|---|---|---|---|---|---|---|

WAREHOUSE INSTR:
SR ORD:  E01271516
PLEASE ENTER PO# AS REFERENCE #1.
ON ALL SHIPPING LABELS

**Schutz, Amy**

| | |
|---|---|
| **From:** | DARLENE.HENZ@STANDARDREGISTER, <DArlene.henz@standardregister.com> |
| **Sent:** | Wednesday, January 28, 2015 7:34 AM |
| **To:** | ZebraOrders |
| **Cc:** | DARLENE.HENZ@STANDARDREGISTER, |
| **Subject:** | 01/28/15 2959973 2959984 2960018 2960033 |
| **Attachments:** | Document.pdf |

This document was digitally sent to you using an HP Digital Sending device.

SO# 20056490
2 of 2 pur

 **Proof of Delivery**                    ⊠ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z5305E5031984G033 |
| Service: | UPS Ground |
| Weight: | 27.00 lbs |
| Shipped/Billed On: | 02/11/2015 |
| Delivered On: | 02/16/2015 11:09 A.M. |
| Delivered To: | LONE TREE, CO, US |
| Signed By: | GEHERSKY |
| Left At: | Mail Room |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2015 9:30 A.M.  ET

⎙ Print This Page                                    ⊠ Close Window

 **Proof of Delivery**                    ⊠ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z5305E5031984604Z |
| Service: | UPS Ground |
| Weight: | 27.00 lbs |
| Shipped/Billed On: | 02/11/2015 |
| Delivered On: | 02/16/2015 11:09 A.M. |
| Delivered To: | LONE TREE, CO, US |
| Signed By: | GEHERSKY |
| Left At: | Mail Room |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS: 04/03/2015 9:30 A.M.   ET

🖨 Print This Page                    ⊠ Close Window

 **Proof of Delivery**                    ☒ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

Tracking Number:        1Z5305E60319846051
Service:                UPS Ground
Weight:                 27.00 lbs
Shipped/Billed On:      02/11/2015
Delivered On:           02/16/2015 11:09 A.M.
Delivered To:           LONE TREE, CO, US
Signed By:              GEHERSKY
Left At:                Mail Room

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2015 9:30 A.M.  ET

🖨 Print This Page                    ☒ Close Window

 **Proof of Delivery**                    ⊠ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z5305E50319846080 |
| Service: | UPS Ground |
| Weight: | 27.00 lbs |
| Shipped/Billed On: | 02/11/2015 |
| Delivered On: | 02/16/2015 11:09 A.M. |
| Delivered To: | LONE TREE, CO, US |
| Signed By: | GEHERSKY |
| Left At: | Mail Room |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS: 04/03/2015 9:30 A.M. ET

🖨 Print This Page                    ⊠ Close Window

 **Proof of Delivery**

☒ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

Tracking Number:       1Z5305E50319846079
Service:               UPS Ground
Weight:                27.00 lbs
Shipped/Billed On:     02/11/2015
Delivered On:          02/16/2015 11:09 A.M.
Delivered To:          LONE TREE, CO, US
Signed By:             GEHERSKY
Left At:               Mail Room

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS: 04/03/2015 9:31 A.M.  ET

🖨 Print This Page                                    ☒ Close Window

**ZEBRA**
TECHNOLOGIES

333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

| | | | |
|---|---|---|---|
| Invoice Number | : | 100677449 |
| Customer Number | : | 7507 |

**Bill To:**
Standard Register Inc.
Attn:Gail Calhoun
600 Albany St
PO Box 1167
DAYTON, OH  45401
US

**Ship To:**
Kaiser Smoky Hill Medical Office
16290 E. Quincy Ave.
AURORA, CO  80015
US

| | | | |
|---|---|---|---|
| Invoice Date | : 11-Feb-2015 | Sales Order Number | : 20656498 |
| Order Date | : 28-Jan-2015 | Customer PO | : 2960018 |
| Final Destination | : United States | End User PO | : 16501.0000233652 |
| | | Zebra Office | : Vernon Hills, IL |

| Line | Qty | Unit | Item / Description | Unit Price | Tax% | Tax | Amount |
|---|---|---|---|---|---|---|---|
| | | | | 89.3340 | 0.00 | 0.00 | 178.67 |
| 1.1 | 2 | CS | 10007010 | | | | |
| | | | Receipt, Paper, 8.5In x 565ft (215.9mm x 172.2m); DT, Z-Perform 1000D 3.6 mil, Value Uncoated, 2in (50.8mm) core, 565/roll, 4/box | | | | |

| | | |
|---|---|---|
| HTS Code | : | 4811.90.9030 |
| ECCN | : | EAR99 |
| Country of Origin | : | US |

**Shipment Information**

| | | |
|---|---|---|
| Shipping Point | : | Greenville, WI, US |
| Ship Method | : | UPS GROUND |
| Delivery Number | : | 4373061 |
| Freight Terms | : | Collect |
| Terms of Delivery | : | FCA Shipping point |
| Orders Shipped With This Delivery | : | 20656498 |

| Tracking# | LPN | Height (IN) | Width (IN) | Length (IN) | Weight (KG/LB) | Cartons |
|---|---|---|---|---|---|---|
| 1Z5305E60319846766 | WI00284315-1 | 9 | 12 | 12 | 12.25 / 27.00 | 1 |
| 1Z5305E60319846775 | WI00284315-2 | 9 | 12 | 12 | 12.25 / 27.00 | 1 |

All orders are subject to Zebra's Standard Terms and Conditions ("Zebra's T&Cs") at the time the order was accepted by Zebra. Zebra's current T&Cs can be found at http://www.zebra.com/tcna. By placing an order and/or accepting delivery of the products or services identified on this invoice, the customer agrees to be bound by and accepts Zebra's T&Cs, unless customer and Zebra have signed a separate agreement, in which case the separate agreement will govern.

| Total Goods | Total Shipping and Handling | Total Tax | Total USD |
|---|---|---|---|
| 178.67 | 0.00 | 0.00 | 178.67 |

Terms Of Payment: 30 Days Net
Please state with your payment invoice Number : 100677449
Zebra's Tax Number : 02-0545884

Invoice Due Date: 13-Mar-2015

**Please Remit Payment to:**
Zebra Technologies International, LLC
6048 Eagle Way
Chicago, IL 60678-1060



Zebra Technologies International, LLC
333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

Customer Number: 7507          Invoice Number: 100677449          Invoice Date: 11-Feb-2015

**Standard Register**
ADVANCING YOUR REPUTATION

PAGE 1 OF 1

| | |
|---|---|
| SHIP TO: | KAISER SMOKY HILL MEDICAL OFFICE<br>16290 E. QUINCY AVE.<br><br>AURORA                    CO  80015-0000 |
| MARK FOR: | JOHN K WATKINS / JOHN K W |

**VENDOR:**
YCE ZEBRA TECHNOLOGIES C

| SHIP TO NO.<br>0000000 | SOLD TO NO.<br>1342514 | SRO PO & BILL #<br>296001.8 |
|---|---|---|

REQUISITION NO.
SW C1937MV220936

| | |
|---|---|
| BILL TO: | STANDARD REGISTER<br>P.O. BOX 1167<br>DAYTON OHIO 45401<br>CATALOG PRODUCTS<br>ATTN:                    D. HENZ |

PURCHASE ORDER NO.:
16501.0000233652

USING COST CENTER NO.
16

USING COST CENTER NAME

CUSTOMER'S PURCHASE ORDER NO.
16501.0000233652                :16

FORM PAC / STORAGE
BILL OF LADING

| # | FORM NAME AND/OR DESCRIPTION | BILLING COST CENTER | UNITS SHIPPED<br>QTY. SHIPPED<br>(IF DIFFERENT) | WAREHOUSE LOCATION | ORDER NO. | CUSTOMER PURCHASE ORDER NO.<br>ORIGINAL SOLD TO<br>CONSECUTIVE NUMBER | PRODUCT CODE |
|---|---|---|---|---|---|---|---|
| | | | | | | 16501.0000233652 | |
| 000 | 8.5 X CONT 8.5 MIL RECEIP<br>ZTC10007010<br>10007010 | SW C1937MV | 2 0 | 89.32/84 | | 2047016 | 628 |
| | Acct# 7507 | | NOTE | | | | |
| | SO#2005[6]498 | | | | | | |
| | 1/28/15 | | | | | | |

AS
- Ship 3rd Party -
All small parcel shipments (under 150 lbs) ship
VIA UPS Acct #174Y8E
Or for Hawaii FedEx Acct #1538-4722-3
All Shipments over 150lbs or that require Special
Instructions call TRIOSE at 844-552-4737 Opt 1 for pickup

| | VIA | PREPAY & CHG | PREPAID | COLLECT |
|---|---|---|---|---|
| | | | X | |

| FILLED BY | CARTONS / WEIGHT | CARRIER | DUPN<br>UPCL<br>DUFR | DFXG<br>FXCL | TRK<br>USPS | DATE SHIPPED | FREIGHT CHARGE/<br>MISC CHARGE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

WAREHOUSE INSTL.
SR ORD: E01271518
PLEASE ENTER PO# AS REFERENCE #1
ON ALL SHIPPING LABELS

ON ALL SHIPPING LABELS

## Schutz, Amy

| | |
|---|---|
| **From:** | DARLENE.HENZ@STANDARDREGISTER. <DArlene.henz@standardregister.com> |
| **Sent:** | Wednesday, January 28, 2015 7:34 AM |
| **To:** | ZebraOrders |
| **Cc:** | DARLENE.HENZ@STANDARDREGISTER. |
| **Subject:** | 01/28/15 2959973 2959984 2960018 2960033 |
| **Attachments:** | Document.pdf |

This document was digitally sent to you using an HP Digital Sending device.

 **Proof of Delivery**

☒ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z5305E50319848766 |
| Service: | UPS Ground |
| Weight: | 27.00 lbs |
| Shipped/Billed On: | 02/11/2015 |
| Delivered On: | 02/18/2015 3:51 P.M. |
| Delivered To: | AURORA, CO, US |
| Signed By: | VERARRA |
| Left At: | Receiver |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2015 9:34 A.M.  ET

☐ Print This Page                                        ☒ Close Window

 **Proof of Delivery**                        ☒ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z5305E50319846775 |
| Service: | UPS Ground |
| Weight: | 27.00 lbs |
| Shipped/Billed On: | 02/11/2015 |
| Delivered On: | 02/16/2015 3:51 P.M. |
| Delivered To: | AURORA, CO, US |
| Signed By: | VERARRA |
| Left At: | Receiver |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2015 9:34 A.M.  ET

◻ Print This Page                        ☒ Close Window

**ZEBRA** TECHNOLOGIES

Zebra Technologies International, LLC
333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

|  |  |  |
|---|---|---|
| Invoice Number | : | 100677612 |
| Customer Number | : | 7507 |

**Bill To:**
Standard Register Inc.
Attn:Gail Calhoun
600 Albany St
PO Box 1167
DAYTON, OH 45401
US

**Ship To:**
Saint Michaels Medical Center
111 Central Ave
NEWARK, NJ 07102
US

| | | |
|---|---|---|
| Invoice Date | : | 11-Feb-2015 |
| Order Date | : | 11-Feb-2015 |
| Final Destination | : | United States |

| | | |
|---|---|---|
| Sales Order Number | : | 20665910 |
| Customer PO | : | 2962607 |
| End User PO | : | MV4865 |
| Zebra Office | : | Vernon Hills, IL |

| Line | Qty | Unit | Item / Description | Unit Price | Tax% | Tax | Amount |
|------|-----|------|--------------------|------------|------|-----|--------|
| | | | | 86.2218 | 0.00 | 0.00 | 258.67 |
| 1.1 | 3 | CS | 10000303 | | | | |
| | | | Label, Paper, 3x1in (76.2x25.4mm); DT, Z-Perform 1000D, Value Uncoated, Permanent Adhesive, 3in (76.2mm) core, 5500/roll, 6/box | | | | |

| | | |
|---|---|---|
| HTS Code | : | 4821.90.2000 |
| ECCN | : | EAR99 |
| Country of Origin | : | US |

**Shipment Information**

| | | |
|---|---|---|
| Shipping Point | : | Greenville, WI, US |
| Ship Method | : | UPS GROUND |
| Delivery Number | : | 4378400 |
| Freight Terms | : | Prepay & Add |
| Terms of Delivery | : | FCA Shipping point |
| Orders Shipped With This Delivery | : | 20665910 |

| Tracking# | LPN | Height (IN) | Width (IN) | Length (IN) | Weight (KG/LB) | Cartons |
|-----------|-----|-------------|------------|-------------|----------------|---------|
| 1Z5305E50319850056 | WI00284542-1 | 10 | 7 | 15 | 11.34 / 25.00 | 1 |
| 1Z5305E50319850064 | WI00284542-2 | 10 | 7 | 15 | 11.34 / 25.00 | 1 |
| 1Z5305E50319850073 | WI00284542-3 | 10 | 7 | 15 | 11.34 / 25.00 | 1 |

All orders are subject to Zebra's Standard Terms and Conditions ("Zebra's T&Cs") at the time the order was accepted by Zebra. Zebra's current T&Cs can be found at http://www.zebra.com/tcna. By placing an order and/or accepting delivery of the products or services identified on this invoice, the customer agrees to be bound by and accepts Zebra's T&Cs, unless customer and Zebra have signed a separate agreement, in which case the separate agreement will govern.

| Total Goods | Total Shipping and Handling | Total Tax | Total USD |
|-------------|-----------------------------|-----------|-----------|
| 258.67 | 30.20 | 0.00 | 288.87 |

Invoice Due Date: 13-Mar-2015

Terms Of Payment: 30 Days Net
Please state with your payment Invoice Number : 100677612
Zebra's Tax Number : 02-0545884

**Please Remit Payment to:**
Zebra Technologies International, LLC
6048 Eagle Way

**ZEBRA**
**TECHNOLOGIES**

Zebra Technologies International, LLC
333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

Customer Number:  7507          Invoice Number: 100677612          Invoice Date: 11-Feb-2015

Chicago, IL 60678-1060

02/11/2016   09:49:05   PAGE: 1 OF 1

**Standard Register**
ADVANCING YOUR REPUTATION.

| SHIP TO: | SAINT MICHAELS MEDICAL CENTER | | VENDOR: |
|---|---|---|---|

YCE ZEBRA TECHNOLOGIES C.

111 CENTRAL AVE
NEWARK                    NJ  07102-1909

MARK FOR:  NARINE CHANDOO
2ND FLOOR ADMITTING

| SHIP TO NO. | SOLD TO NO. | SRC PO & BILL# |
|---|---|---|
| 1164475 | 1296041 | 2962607 |

REQUISITION NO.
SW C2870MV4865

USING COST CENTER NO.

| BILL TO: | STANDARD REGISTER | PURCHASE ORDER NO.: |
|---|---|---|

P.O. BOX 1167
DAYTON OHIO 45401
CATALOG PRODUCTS
ATTN:    D. HENZ

PURCHASE ORDER NO.:
MV4865

USING COST CENTER NAME

CUSTOMER'S PURCHASE ORDER NO.
MV4865

FORM PAC / STORAGE
BILL OF LADING

| # | FORM NAME AND/OR DESCRIPTION | BILLING COST CENTER | UNITS SHIPPED QTY. SHIPPED (IF DIFFERENT) | WAREHOUSE LOCATION | ORDER NO. | ORIGINAL SOLD TO CONSECUTIVE NUMBER | PRODUCT CODE |
|---|---|---|---|---|---|---|---|
| | | | | | | CUSTOMER PURCHASE ORDER NO. | |
| 000 | 3 X 1 THERM ZEBRA 3"C PER | SW C2870MV | | | MV4865 | | |
| | ZTC10000303 | | 3 | 86.22/CN | 2617337 | 628 | |
| | 10000303 | | | | | | |
| | Acct# 7607 | | | | | | |
| | SO# 202665910 | | | | | | |
| | 2/11/15 | | | | | | |
| | AS | | | | | | |
| | 1 of 2 pur | | | | | | |

| | | | | | VIA | PREPAY & CHG. | PREPAID | COLLECT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | X | |

| FILLED BY | CARTONS / WEIGHT | CARRIER | DUDN UPCL DUPR | DPXG FXCL | TRK USPS | DATE SHIPPED | FREIGHT CHARGES MISC CHARGE |
|---|---|---|---|---|---|---|---|

WAREHOUSE INST:
SR ORD: E02111509

**Schutz, Amy**

| | |
|---|---|
| **From:** | DARLENE.HENZ@STANDARDREGISTER. <DArlene.henz@standardregister.com> |
| **Sent:** | Wednesday, February 11, 2015 8:48 AM |
| **To:** | ZebraOrders |
| **Cc:** | DARLENE.HENZ@STANDARDREGISTER. |
| **Subject:** | 02/11/15 2962562 2962607 |
| **Attachments:** | Document.pdf |

This document was digitally sent to you using an HP Digital Sending device.

SO#2966591O
2of2 pur

 **Proof of Delivery**                    ⊞ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z5305E50319850055 |
| Service: | UPS Ground |
| Weight: | 25.00 lbs |
| Shipped/Billed On: | 02/11/2015 |
| Delivered On: | 02/17/2015 10:33 A.M. |
| Delivered To: | NEWARK, NJ, US |
| Signed By: | JOHNSON |
| Left At: | Receiver |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2015 9:38 A.M.  ET

⊡ Print This Page                    ⊞ Close Window

 **Proof of Delivery**

☒ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z5305E50319850084 |
| Service: | UPS Ground |
| Weight: | 25.00 lbs |
| Shipped/Billed On: | 02/11/2015 |
| Delivered On: | 02/17/2015 10:33 A.M. |
| Delivered To: | NEWARK, NJ, US |
| Signed By: | JOHNSON |
| Left At: | Receiver |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2015 9:38 A.M.  ET

☐ Print This Page                                    ☒ Close Window

 **Proof of Delivery**

[<] Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z5305E50319850073 |
| Service: | UPS Ground |
| Weight: | 25.00 lbs |
| Shipped/Billed On: | 02/11/2015 |
| Delivered On: | 02/17/2015 10:33 A.M. |
| Delivered To: | NEWARK, NJ, US |
| Signed By: | JOHNSON |
| Left At: | Receiver |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2015 9:38 A.M.  ET

[] Print This Page                    [<] Close Window



**ZEBRA** TECHNOLOGIES

Zebra Technologies International, LLC
333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

| | |
|---|---|
| Invoice Number | : 100678423 |
| Customer Number | : 7507 |

**Bill To:**
Standard Register Inc.
Attn:Gail Calhoun
600 Albany St
PO Box 1167
DAYTON, OH  45401
US

**Ship To:**
Kaiser Westminister Medical Office
11245 Huron St.
WESTMINSTER, CO  80234
US

| | | | |
|---|---|---|---|
| Invoice Date | : 12-Feb-2015 | Sales Order Number | : 20656467 |
| Order Date | : 28-Jan-2015 | Customer PO | : 2959971 |
| Final Destination | : United States | End User PO | : 16501,0000233571 |
| | | Zebra Office | : Vernon Hills, IL |

| Line | Qty | Unit | Item / Description | Unit Price | Tax% | Tax | Amount |
|---|---|---|---|---|---|---|---|
| 1.1 | 10 | CS | 10007010 | 89.3340 | 0.00 | 0.00 | 893.34 |
| | | | Receipt, Paper, 8.5in x 565ft (215.9mm x 172.2m); DT, Z-Perform 1000D 3.5 mil, Value Uncoated, 2in (50.8mm) core, 565/roll, 4/box | | | | |

| | |
|---|---|
| HTS Code | : 4811.90.9030 |
| ECCN | : EAR99 |
| Country of Origin | : US |

**Shipment Information**

| | |
|---|---|
| Shipping Point | : Greenville, WI, US |
| Ship Method | : YRC TL |
| Delivery Number | : 4373063 |
| Waybill Number | : 3622795917 |
| Freight Terms | : Collect |
| Terms of Delivery | : FCA Shipping point |
| Orders Shipped With This Delivery | : 20656467 |

| Tracking# | LPN | Height (IN) | Width (IN) | Length (IN) | Weight (KG/LB) | Cartons |
|---|---|---|---|---|---|---|
| | WI00284318 | 25 | 40 | 48 | 138.35 / 305.00 | 10 |

All orders are subject to Zebra's Standard Terms and Conditions ("Zebra's T&Cs") at the time the order was accepted by Zebra. Zebra's current T&Cs can be found at http://www.zebra.com/tcna. By placing an order and/or accepting delivery of the products or services identified on this invoice, customer agrees to be bound by and accepts Zebra's T&Cs, unless customer and Zebra have signed a separate agreement, in which case the separate agreement will govern.

| Total Goods | Total Shipping and Handling | Total Tax | Total USD |
|---|---|---|---|
| 893.34 | 0.00 | 0.00 | 893.34 |

Terms Of Payment: 30 Days Net
Please state with your payment Invoice Number : 100678423
Zebra's Tax Number : 02-0545884

Invoice Due Date: 14-Mar-2015

**Please Remit Payment to:**
Zebra Technologies International, LLC
6048 Eagle Way
Chicago, IL 60678-1060



**Zebra Technologies International, LLC**
333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

Customer Number:  7507          Invoice Number: 100678423          Invoice Date: 12-Feb-2015

**Standard Register** *ADVANCING YOUR REPUTATION*

SHIP TO:

KAISER WESTMINISTER MEDICAL CEN
11245 HURON ST.

WESTMINISTER
CO  80234-0000

MARK FOR:  JANIS M CONNER / JANIS M

BILL TO:

STANDARD REGISTER
P.O. BOX 1167
DAYTON OHIO 45401
CATALOG PRODUCTS
D. HENZ

ATTN:

PURCHASE ORDER NO.:
16501,0000233571

VENDOR:
YCE ZEBRA TECHNOLOGIES C

| SHIP TO NO. | SOLD TO NO. | SRO PO & BIL# |
|---|---|---|
| 0000000 | 1342514 | 2959971 |

REQUISITION NO.
SW C1937MV220882

USING COST CENTER NO.
11

USING COST CENTER NAME

CUSTOMER'S PURCHASE ORDER NO.
16501,0000233571                    .11

| # | FORM NAME AND/OR DESCRIPTION | BILLING COST CENTER | UNITS SHIPPED QTY. SHIPPED (IF DIFFERENT) | WAREHOUSE LOCATION | ORDER NO. | ORIGINAL SOLD TO... CONSECUTIVE NUMBER | PRODUCT CODE |
|---|---|---|---|---|---|---|---|
| | | | | | | 16501,0000233571 | |
| .000 | 8.5 X CONT 3.5 MIL RECEIP | SW C1937MV | 10 | | 2046681 | | |
| | ZTC10007010 | | 10 N | 89.32/ RX | | 628 | |
| | 10007010 | | | | | | |

Acct# 7507     NOTE

SO# 7065U4U7

1/28/15

— Ship 3rd Party —
All small parcel shipments (under 150 lbs) ship
VIA UPS Acct #174Y8E
Or for Hawaii FedEx Acct #1538-4722-3
All Shipments over 150lbs or that require Special
Instructions call TRIOSE at 844-552-4737 Opt 1 for pickup

| | VIA | PREPAY & CHG | PREPAID | | COLLECT |
|---|---|---|---|---|---|
| | | X | | | |

| FILLED BY | CARTONS / WEIGHT | CARRIER | DFXG | TRK | DATE SHIPPED | FREIGHT CHARGE/ MISC CHARGE |
|---|---|---|---|---|---|---|
| | | DUPN UPCL DUPN | DFXG FXCL | TRK USPS | | |

WAREHOUSE INST'T
SR ORD: B01271516         ON ALL SHIPPING LABELS
PLEASE ENTER PO# AS REFERENCE #1
ON ALL SHIPPING LABELS

**Schutz, Amy**

| | |
|---|---|
| **From:** | DARLENE.HENZ@STANDARDREGISTER. <DArlene.henz@standardregister.com> |
| **Sent:** | Wednesday, January 28, 2015 7:33 AM |
| **To:** | ZebraOrders |
| **Cc:** | DARLENE.HENZ@STANDARDREGISTER. |
| **Subject:** | 01/28/15 2959968 2959969 2959970 2959971 2959972 |
| **Attachments:** | Document.pdf |

This document was digitally sent to you using an HP Digital Sending device.

## Shipment Tracking

| PRO Number: | Status: | Pickup Date: | Estimated Delivery Date: | Ship From: | Ship To: |
|---|---|---|---|---|---|
| 362-279591-7 | DELIVERED DATE: 02/20/2015 TRAILER 123462 | 02/12/2015 | 02/20/2015 | GREENVILLE, WI 54942 | WESTMINSTER, CO 80234 |

(*Note: For residential deliveries, delivery personnel will call to schedule an appointment with the shipment's consignee/recipient.)



**ZEBRA**
TECHNOLOGIES

Zebra Technologies International, LLC
333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

| | | |
|---|---|---|
| Invoice Number | : | 100678424 |
| Customer Number | : | 7507 |

**Bill To:**
Standard Register Inc.
Attn:Gail Calhoun
600 Albany St
PO Box 1167
DAYTON, OH 45401
US

**Ship To:**
Kaiser Franklin Medical Office
2045 Franklin St.
DENVER, CO 80205
US

| | | | | | |
|---|---|---|---|---|---|
| Invoice Date | : 12-Feb-2015 | | Sales Order Number | : 20666009 |
| Order Date | : 11-Feb-2015 | | Customer PO | : 2962562 |
| Final Destination | : United States | | End User PO | : 16501.0000238512 |
| | | | Zebra Office | : Vernon Hills, IL |

| Line | Qty | Unit | Item / Description | Unit Price | Tax% | Tax | Amount |
|---|---|---|---|---|---|---|---|
| 1.1 | 10 | CS | 10007010 | 89.3340 | 0.00 | 0.00 | 893.34 |
| | | | Receipt, Paper, 8.5in x 565ft (215.9mm x 172.2m); DT, Z-Perform 1000D 3.5 mil, Value Uncoated, 2in (50.8mm) core, 565/roll, 4/box | | | | |

| | | |
|---|---|---|
| HTS Code | : | 4811.90.9030 |
| ECCN | : | EAR99 |
| Country of Origin | : | US |

**Shipment Information**

| | | |
|---|---|---|
| Shipping Point | : | Greenville, WI, US |
| Ship Method | : | YRC TL |
| Delivery Number | : | 4377378 |
| Waybill Number | : | 3622795926 |
| Freight Terms | : | Collect |
| Terms of Delivery | : | FCA Shipping point |
| Orders Shipped With This Delivery | : | 20666009 |

| Tracking# | LPN | Height (IN) | Width (IN) | Length (IN) | Weight (KG/LB) | Cartons |
|---|---|---|---|---|---|---|
| | WI00284574 | 24 | 40 | 48 | 133.81 / 295.00 | 10 |

All orders are subject to Zebra's Standard Terms and Conditions ("Zebra's T&Cs") at the time the order was accepted by Zebra. Zebra's current T&Cs can be found at http://www.zebra.com/tcna. By placing an order and/or accepting delivery of the products or services identified on this invoice, customer agrees to be bound by and accepts Zebra's T&Cs, unless customer and Zebra have signed a separate agreement, in which case the separate agreement will govern.

| Total Goods | Total Shipping and Handling | Total Tax | Total USD |
|---|---|---|---|
| 893.34 | 0.00 | 0.00 | 893.34 |

Terms Of Payment: 30 Days Net
Please state with your payment Invoice Number : 100678424
Zebra's Tax Number : 02-0545884

Invoice Due Date: 14-Mar-2015

**Please Remit Payment to:**
Zebra Technologies International, LLC
6048 Eagle Way
Chicago, IL 60678-1060



Zebra Technologies International LLC
333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

Customer Number:  7507            Invoice Number: 100678424            Invoice Date: 12-Feb-2015

**Standard Register**
ADVANCING YOUR REPUTATION

PAGE 1 OF 1

KAISER FRANKLIN MEDICAL OFFICE
2045 FRANKLIN ST.

SHIP TO:

DENVER                    CO  80205-0000

MARK FOR:  AMY C. JOHNSON / AMY C. JOH

BILL TO:

STANDARD REGISTER
P.O. BOX 1167
DAYTON OHIO 45401
CATALOG PRODUCTS
D. HENZ

ATTN:

PURCHASE ORDER NO.:
16501, 0000236512

FORM PAC / STORAGE
BILL OF LADING

| VENDOR: YCE ZEBRA TECHNOLOGIES C | | |
|---|---|---|
| SHIP TO NO. 0000000 | SOLD TO NO. 1342514 | SRC PO & B/L# 2962562 |
| REQUSITION NO. SW. C1937MV222664 | | |
| USINO COST CENTER NO. 20 | | |
| USINO COST CENTER NAME | | |
| CUSTOMER'S PURCHASE ORDER NO. 16501, 0000238512 | | 20 |

| # | FORM NAME AND/OR DESCRIPTION | BILLING COST CENTER | UNITS SHIPPED QTY. SHIPPED (IF DIFFERENT) | WAREHOUSE LOCATION | ORDER NO. | CUSTOMER PURCHASE ORDER NO. CONSECUTIVE NUMBER ORIGINAL SOLD TO | PRODUCT CODE |
|---|---|---|---|---|---|---|---|
| 000 | 8.5 X CONT 3.5 MIL RECEIP ZTC10007010 10007010 | SW. C1937MV | 10 10 % | 89.32/B | 2616975 | 16501, 0000238512 | 628 |

Acct# 7507

80# 20060009

2/11/15

AS

1 of 2 pull

— Ship 3rd Party —
All small parcel shipments (under 150 lbs) ship.
VIA UPS Acct #174Y8E
Or for Hawaii FedEx Acct #1538-4722-3
All Shipments over 150lbs or that require Special
Instructions call TRIOSE at 844-552-4737 Opt 1 for pickup.

| | VIA | PREPAY & CHG | PREPAID | COLLECT |
|---|---|---|---|---|
| | | X | | |

| FILLED BY | CARTONS / WEIGHT | CARRIER DUPN UPCL DUPR | DFXG FXCL | TRK USPS | DATE SHIPPED | FREIGHT CHARGE / MISC CHARGE |
|---|---|---|---|---|---|---|

WAREHOUSE INSTR:
SR ORD:  E02111505          ON ALL SHIPPING LABELS
PLEASE ENTER PO# AS REFERENCE #1
ON ALL SHIPPING LABELS.

**Schutz, Amy**

| | |
|---|---|
| **From:** | DARLENE.HENZ@STANDARDREGISTER. <DArlene.henz@standardregister.com> |
| **Sent:** | Wednesday, February 11, 2015 8:48 AM |
| **To:** | ZebraOrders |
| **Cc:** | DARLENE.HENZ@STANDARDREGISTER. |
| **Subject:** | 02/11/15 2962562 2962607 |
| **Attachments:** | Document.pdf |

This document was digitally sent to you using an HP Digital Sending device.

80# 2962609
2of2 pur

1

## Shipment Tracking

| PRO Number: | Status: | Pickup Date: | *Estimated Delivery Date: | Ship From: | Ship To: |
|---|---|---|---|---|---|
| 362-279592-6 | DELIVERED DATE: 02/25/2015 TRAILER 290755 | 02/12/2015 | 02/25/2015 | GREENVILLE, WI 54942 | DENVER, CO 80205 |

(*Note: For residential deliveries, delivery personnel will call to schedule an appointment with the shipment's consignee/recipient.)

**ZEBRA**
TECHNOLOGIES

Zebra Technologies International LLC
333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

| | | |
|---|---|---|
| Invoice Number | : | 100679531 |
| Customer Number | : | 7507 |

| Bill To: | Ship To: |
|---|---|
| Standard Register Inc.<br>Attn:Gail Calhoun<br>600 Albany St<br>PO Box 1167<br>DAYTON, OH 45401<br>US | H&S Plastics<br>7706 N Highway 96<br>LAVACA, AR 72941<br>US |

| | | | | |
|---|---|---|---|---|
| Invoice Date | : 13-Feb-2015 | Sales Order Number | : | 20667855 |
| Order Date | : 13-Feb-2015 | Customer PO | : | 2962959 |
| Final Destination | : United States | End User PO | : | DEBBIE CLAGG |
| | | Zebra Office | : | Vernon Hills, IL |

| Line | Qty | Unit | Item / Description | Unit Price | Tax% | Tax | Amount |
|---|---|---|---|---|---|---|---|
| 1.1 | 3 | CS | 800274-605 | 119.0700 | 0.00 | 0.00 | 357.21 |
| | | | Label, Paper, 4x6in (101.6x152.4mm); TT, Z-Select 4000T, High Performance Coated, Permanent Adhesive, 1in (25.4mm) core, 475/roll, 12/box | | | | |
| | | | HTS Code : 4821.90.2000 | | | | |
| | | | Country of Origin : US | | | | |
| 2.1 | 48 | RL | 05319GS11007 | 3.6400 | 0.00 | 0.00 | 174.72 |
| | | | Wax Ribbon, 110mmx74m (4.33inx242ft), 5319; Performance, 12mm (0.5in) core, 12/box | | | | |
| | | | HTS Code : 3702.44.0160 | | | | |
| | | | Country of Origin : US | | | | |

**Shipment Information**

| | | |
|---|---|---|
| Shipping Point | : | Mc Allen, TX, US |
| Ship Method | : | UPS GROUND |
| Delivery Number | : | 4382406 |
| Freight Terms | : | Prepay & Add |
| Terms of Delivery | : | FCA Shipping point |
| Orders Shipped With This Delivery | : | 20667855 |

| Tracking# | LPN | Height (IN) | Width (IN) | Length (IN) | Weight (KG/LB) | Cartons |
|---|---|---|---|---|---|---|
| 1Z377VX50310802375 | TX00025227 | 7 | 11 | 14 | 5.44 / 12.00 | 1 |
| 1Z377VX50310802384 | TX00025224-1 | 10 | 10 | 15 | 14.51 / 32.00 | 1 |
| 1Z377VX50310802393 | TX00025224-2 | 10 | 10 | 15 | 14.51 / 32.00 | 1 |
| 1Z377VX50310802400 | TX00025224-3 | 10 | 10 | 16 | 14.51 / 32.00 | 1 |

All orders are subject to Zebra's Standard Terms and Conditions ("Zebra's T&Cs") at the time the order was accepted by Zebra. Zebra's current T&Cs can be found at http://www.zebra.com/tcna. By placing an order and/or accepting delivery of the products or services identified on this invoice, customer agrees to be bound by and accepts Zebra's T&Cs, unless customer and Zebra have signed a separate agreement, in which case the separate agreement will govern.

| Total Goods | Total Shipping and Handling | Total Tax | Total USD |
|---|---|---|---|



Zebra Technologies International LLC
333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

Customer Number: 7507          Invoice Number: 100679531          Invoice Date: 13-Feb-2015

| 531.93 | 51.92 | 0.00 | 583.85 |

Invoice Due Date: 15-Mar-2015

Terms Of Payment: 30 Days Net
Please state with your payment Invoice Number : 100679531
Zebra's Tax Number : 02-0545884

**Please Remit Payment to:**
Zebra Technologies International, LLC
6048 Eagle Way
Chicago, IL 60678-1060

**Standard Register** ADVANCING YOUR REPUTATION

02/12/2015   15:25:42   PAGE   1 OF   1

SHIP TO: H&S PLASTICS

7706 N HIGHWAY 96
LAVACA

MARK FOR: DEBBIE CLAGG

AR  72941-5608

VENDOR:
YGE ZEBRA TECHNOLOGIES C.

| SHIP TO NO. | SOLD TO NO. | SRC PO & B/LK |
|---|---|---|
| 1020810 | 1020810 | 2962959 |

REQUISITION NO.
021215

USING COST CENTER NO.

BILL TO: STANDARD REGISTER
P.O. BOX 1167
DAYTON OHIO 45401
CATALOG PRODUCTS.
ATTN: D. HENZ

PURCHASE ORDER NO.:
DEBBIE CLAGG

USING COST CENTER NAME

CUSTOMER'S PURCHASE ORDER NO.
DEBBIE CLAGG

FORM PAC / STORAGE
BILL OF LADING

| # | FORM NAME AND/OR DESCRIPTION | BILLING COST CENTER | UNITS SHIPPED QTY. SHIPPED (IF DIFFERENT) | WAREHOUSE LOCATION | ORDER NO. | ORIGINAL SOLD TO | PRODUCT CODE |
|---|---|---|---|---|---|---|---|
| | | | | | | CONSECUTIVE NUMBER | |
| 01 | 4 X 6  TT LABEL, 475/RL | 021215 | | | | DEBBIE CLAGG | |
| | ZTC800274605 | | | 119.04/ CN | 2645740 | | 628 |
| | 800274-605 | | 3 N | | | | |
| 02 | 4.33" X 244  WAX TTR .5"I | 021215 | | | | DEBBIE CLAGG | |
| | ZTC5319GS11007 | | | 3.64/ RB | 2645740 | | 632 |
| | 05319GS11007 | | 48 C | | | | |
| | Acct# 7507 | | | | | | |
| | 80* 20067855 | | | | | | |
| | 2/13/15 | | | | | | |
| | ADS | | | | | | |
| | 10*2pur | | | | | | |

| | | | | VIA | PREPAY & CHG | PREPAID | COLLECT |
|---|---|---|---|---|---|---|---|
| | | | | | | X | |

| FILLED BY | CARTONS / WEIGHT | CARRIER | DUPN UPCL DUPR | DFXG FXCL | TRK USPS | DATE SHIPPED | FREIGHT CHARGE/ MISC CHARGE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

WAREHOUSE INST:
SR ORD: DAY/KG

## Schutz, Amy

| | |
|---|---|
| **From:** | DARLENE.HENZ@STANDARDREGISTER. <DArlene.henz@standardregister.com> |
| **Sent:** | Friday, February 13, 2015 7:21 AM |
| **To:** | ZebraOrders |
| **Cc:** | DARLENE.HENZ@STANDARDREGISTER. |
| **Subject:** | 02/13/15 2962959 2962983 |
| **Attachments:** | Document.pdf |

This document was digitally sent to you using an HP Digital Sending device.

1

 **Proof of Delivery**

⊠ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z377VX60310802375 |
| Service: | UPS Ground |
| Weight: | 12.00 lbs |
| Shipped/Billed On: | 02/13/2015 |
| Delivered On: | 02/23/2015 1:42 P.M. |
| Delivered To: | LAVACA, AR, US |
| Signed By: | TERRY |
| Left At: | Front Desk |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2015 9:47 A.M.  ET

⊡ Print This Page                    ⊠ Close Window

 **Proof of Delivery**          ⊠ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z377VX50310802384 |
| Service: | UPS Ground |
| Weight: | 32.00 lbs |
| Shipped/Billed On: | 02/13/2015 |
| Delivered On: | 02/23/2015 1:42 P.M. |
| Delivered To: | LAVACA, AR, US |
| Signed By: | TERRY |
| Left At: | Front Desk |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2015 9:47 A.M.  ET

🖶 Print This Page                    ⊠ Close Window

 **Proof of Delivery**                    ⊠ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z377VX50310802384 |
| Service: | UPS Ground |
| Weight: | 32.00 lbs |
| Shipped/Billed On: | 02/13/2015 |
| Delivered On: | 02/23/2015 1:42 P.M. |
| Delivered To: | LAVACA, AR, US |
| Signed By: | TERRY |
| Left At: | Front Desk |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2015 9:47 A.M.  ET

⌐ Print This Page                              ⊠ Close Window

 **Proof of Delivery**                    ⊠ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z377VX05031080240O |
| Service: | UPS Ground |
| Weight: | 32.00 lbs |
| Shipped/Billed On: | 02/13/2015 |
| Delivered On: | 02/23/2015 1:42 P.M. |
| Delivered To: | LAVACA, AR, US |
| Signed By: | TERRY |
| Left At: | Front Desk |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2015 9:46 A.M.  ET

🖶 Print This Page                    ⊠ Close Window

**ZEBRA**
TECHNOLOGIES

Zebra Technologies International, LLC
333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

|  |  |  |
|---|---|---|
| Invoice Number | : | 100680102 |
| Customer Number | : | 7507 |

| Bill To: | Ship To: |
|----------|----------|
| Standard Register Inc.<br>Attn:Gail Calhoun<br>600 Albany St<br>PO Box 1167<br>DAYTON, OH  45401<br>US | Kaiser Hidden Lake Medical Office<br>7701 Sheridan Blvd.<br>WESTMINSTER, CO  80003<br>US |

| | | |
|---|---|---|
| Invoice Date | : | 16-Feb-2015 |
| Order Date | : | 13-Feb-2015 |
| Final Destination | : | United States |

| | | |
|---|---|---|
| Sales Order Number | : | 20668038 |
| Customer PO | : | 2962983 |
| End User PO | : | 16501.0000239286 |
| Zebra Office | : | Vernon Hills, IL |

| Line | Qty | Unit | Item / Description | Unit Price | Tax% | Tax | Amount |
|------|-----|------|--------------------|------------|------|-----|--------|
| | | | | 89.3340 | 0.00 | 0.00 | 178.67 |
| 1.1 | 2 | CS | 10007010<br>Receipt, Paper, 8.5in x 565ft (215.9mm x 172.2m); DT, Z-Perform 1000D 3.5 mil, Value Uncoated, 2in (50.8mm) core, 565/roll, 4/box | | | | |

| | | |
|---|---|---|
| HTS Code | : | 4811.90.9030 |
| ECCN | : | EAR99 |
| Country of Origin | : | US |

**Shipment Information**

| | | |
|---|---|---|
| Shipping Point | : | Greenville, WI, US |
| Ship Method | : | UPS GROUND |
| Delivery Number | : | 4384372 |
| Freight Terms | : | Collect |
| Terms of Delivery | : | FCA Shipping point |
| Orders Shipped With This Delivery | : | 20668038 |

| Tracking# | LPN | Height (IN) | Width (IN) | Length (IN) | Weight (KG/LB) | Cartons |
|-----------|-----|-------------|------------|-------------|----------------|---------|
| 1Z5305E50319862677 | WI00285258-1 | 10 | 12 | 12 | 12.25 / 27.00 | 1 |
| 1Z5305E50319862686 | WI00285258-2 | 10 | 12 | 12 | 12.25 / 27.00 | 1 |

All orders are subject to Zebra's Standard Terms and Conditions ("Zebra's T&Cs") at the time the order was accepted by Zebra.  Zebra's current T&Cs can be found at http://www.zebra.com/tcna.  By placing an order and/or accepting delivery of the products or services identified on this invoice, the customer agrees to be bound by and accepts Zebra's T&Cs, unless customer and Zebra have signed a separate agreement, in which case the separate agreement will govern.

| Total Goods | Total Shipping and Handling | Total Tax | Total USD |
|-------------|------------------------------|-----------|-----------|
| 178.67 | 0.00 | 0.00 | 178.67 |

Invoice Due Date: 18-Mar-2015

Terms Of Payment: 30 Days Net
Please state with your payment Invoice Number : 100680102
Zebra's Tax Number : 02-0545884

**Please Remit Payment to:**
Zebra Technologies International, LLC
6048 Eagle Way
Chicago, IL 60678-1060

Page 1 of 2

**ZEBRA**
**TECHNOLOGIES**

Zebra Technologies International LLC
333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

Customer Number: 7507          Invoice Number: 100680102          Invoice Date: 16-Feb-2015

**Standard Register**
ADVANCING YOUR REPUTATION

07/13/2015   16:18:27   PAGE   1 OF   1

SHIP TO:

KAISER HIDDEN LAKE MEDICAL
7701 SHERIDAN BLVD.

WESTMINSTER                    CO   80003-0000

MARK FOR:    EDWARD M BROSKI / EDWARD

BILL TO:

STANDARD REGISTER
P.O. BOX 1167
DAYTON OHIO 45401
CATALOG PRODUCTS
ATTN:    D. HENZ

PURCHASE ORDER NO.:
16501.0000239286

FORM PAC / STORAGE
BILL OF LADING

| VENDOR: | | |
|---|---|---|
| YCE ZEBRA TECHNOLOGIES C | | |
| SHIP TO NO. | SOLD TO NO. | SRC PO & BL# |
| 0000000 | 1342514 | 2962983 |
| REQUISITION NO. | | |
| SW C1932MV222989 | | |
| USING COST CENTER NO. | | |
| 77 | | |
| USING COST CENTER NAME | | |
| CUSTOMER'S PURCHASE ORDER NO. | | |
| 16501.0000239286 | | 77 |

| # | FORM NAME AND OR DESCRIPTION | BILLING COST CENTER | UNITS SHIPPED QTY. SHIPPED (IF DIFFERENT) | WAREHOUSE LOCATION | ORDER NO. CONSECUTIVE NUMBER | ORIGINAL SOLD TO | CUSTOMER PURCHASE ORDER NO. PRODUCT CODE |
|---|---|---|---|---|---|---|---|
| | | | | | 16501.0000239286 | | |
| 000 | 8.5 X CONT 3.5 MIL RECEIP | SW C1937MV | | | 2645940 | | |
| | ZTC10007010 | | 2 | 89.38/BX | | | |
| | 10007010 | | | | | | |

Acct# 7507

80th Tace 8038

2/13/5

AJS

10/2/DVR

~Ship 3rd Party~
All small parcel shipments (under 150 lbs) ship
VIA UPS Acct #174Y8E
Or for Hawaii FedEx Acct #1538-4722-3
All Shipments over 150lbs or that require Special
Instructions call TRIOSE at 844-552-4737 Opt 1 for pickup

| | | | VIA | PREPAY & CHG | PREPAID | COLLECT |
|---|---|---|---|---|---|---|
| | | | | X | | |

| FILLED BY | CARTONS / WEIGHT | CARRIER | DUPN UPCL DUPR | DFXG FXCL | TRK USPS | DATE SHIPPED | FREIGHT CHARGE / MISC CHARGE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

WAREHOUSE INST:
SR ORD: E02121516        ON ALL SHIPPING LABELS
PLEASE ENTER PO# AS REFERENCE #1
ON ALL SHIPPING LABELS

**Schutz, Amy**

| | |
|---|---|
| **From:** | DARLENE.HENZ@STANDARDREGISTER, <DArlene.henz@standardregister.com> |
| **Sent:** | Friday, February 13, 2015 7:21 AM |
| **To:** | ZebraOrders |
| **Cc:** | DARLENE.HENZ@STANDARDREGISTER, |
| **Subject:** | 02/13/15 2962959 2962983 |
| **Attachments:** | Document.pdf |

This document was digitally sent to you using an HP Digital Sending device.

1

 **Proof of Delivery**                         ⋈ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z5305E60319862677 |
| Service: | UPS Ground |
| Weight: | 27.00 lbs |
| Shipped/Billed On: | 02/16/2015 |
| Delivered On: | 02/19/2015 10:46 A.M. |
| Delivered To: | ARVADA, CO, US |
| Left At: | Rear Door |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2015 12:41 P.M.  ET

  ⬐ Print This Page                         ⋈ Close Window

 **Proof of Delivery**                    ⋈ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z5305E50319862686 |
| Service: | UPS Ground |
| Weight: | 27.00 lbs |
| Shipped/Billed On: | 02/16/2015 |
| Delivered On: | 02/19/2015 10:46 A.M. |
| Delivered To: | ARVADA, CO, US |
| Left At: | Rear Door |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS: 04/03/2015 12:41 P.M.  ET

  ◻ Print This Page                    ⋈ Close Window

**ZEBRA** TECHNOLOGIES

Zebra Technologies International, LLC
333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

| | | |
|---|---|---|
| **Invoice Number** | : | 100680276 |
| **Customer Number** | : | 7507 |

**Bill To:**
Standard Register Inc.
Attn:Gail Calhoun
600 Albany St
PO Box 1167
DAYTON, OH 45401
US

**Ship To:**
Lowes Northern GA RDC 1457
255 Prosperity Way NE
ADAIRSVILLE, GA 30103
US

| | | | | | |
|---|---|---|---|---|---|
| Invoice Date | : 16-Feb-2015 | | Sales Order Number | : | 20665906 |
| Order Date | : 11-Feb-2015 | | Customer PO | : | 2962484 |
| Final Destination | : United States | | End User PO | : | 0160105110 |
| | | | Zebra Office | : | Vernon Hills, IL |

| Line | Qty | Unit | Item / Description | Unit Price | Tax% | Tax | Amount |
|---|---|---|---|---|---|---|---|
| 1.1 | 20 | CS | LD-R6AO5B | 118.8000 | 0.00 | 0.00 | 2,376.00 |
| | | | Label, Paper, 4x3in (101.6x76.2mm); DT, Z-Perform 1000D, Value Uncoated, Permanent Adhesive, 0.75in (19.1mm) core, 200/roll, 36/box | | | | |

| | | |
|---|---|---|
| HTS Code | : | 4821.10.4000 |
| Country of Origin | : | US |
| PC Number | : | 28012793 |

## Shipment Information

| | | |
|---|---|---|
| Shipping Point | : | Flowery Branch, GA, US |
| Ship Method | : | SOUTHEASTERN TL |
| Delivery Number | : | 4384308 |
| Waybill Number | : | 792821475 |
| Freight Terms | : | Collect |
| Terms of Delivery | : | FCA Shipping point |
| Orders Shipped With This Delivery | : | 20665906 |

| Tracking# | LPN | Height (IN) | Width (IN) | Length (IN) | Weight (KG/LB) | Cartons |
|---|---|---|---|---|---|---|
| | GA00092399 | 48 | 40 | 48 | 216.82 / 478.00 | 20 |

All orders are subject to Zebra's Standard Terms and Conditions ("Zebra's T&Cs") at the time the order was accepted by Zebra. Zebra's current T&Cs can be found at http://www.zebra.com/tcna. By placing an order and/or accepting delivery of the products or services identified on this invoice, the customer agrees to be bound by and accepts Zebra's T&Cs, unless customer and Zebra have signed a separate agreement, in which case the separate agreement will govern.

| Total Goods | Total Shipping and Handling | Total Tax | Total USD |
|---|---|---|---|
| 2,376.00 | 0.00 | 0.00 | 2,376.00 |

Invoice Due Date: 18-Mar-2015

Terms Of Payment: 30 Days Net
Please state with your payment Invoice Number : 100680276
Zebra's Tax Number : 02-0545884

**Please Remit Payment to:**
Zebra Technologies International, LLC
6048 Eagle Way
Chicago, IL 60678-1060

**ZEBRA** TECHNOLOGIES

Zebra Technologies International LLC
333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

Customer Number: 7507          Invoice Number: 100680276          Invoice Date: 16-Feb-2015

**Standard Register**
ADVANCING YOUR REPUTATION

LOWES NORTHERN GA RDC 1457

SHIP TO:

255 PROSPERITY WAY NE
ADAIRSVILLE
GA   30103-4903

MARK FOR:   ATTN: JO ANNA OAKES
PO# 0160105110

PURCHASE ORDER NO.:
0160105110

BILL TO:

STANDARD REGISTER
P.O. BOX 1167
DAYTON OHIO 45401
CATALOG PRODUCTS
D. HENZ

ATTN:

VENDOR:
YCE ZEBRA TECHNOLOGIES C

| SHIP TO NO. | SOLD TO NO. | BRC PO & BIL# |
|---|---|---|
| 1349951 | 1332738 | 2962484 |

REQUISITION NO.
0160105110

USING COST CENTER NO.

USING COST CENTER NAME

CUSTOMER'S PURCHASE ORDER NO.
0160105110

FORM PAC / STORAGE
BILL OF LADING

| # | FORM NAME AND/OR DESCRIPTION | BILLING COST CENTER | UNITS SHIPPED QTY. SHIPPED (IF DIFFERENT) | WAREHOUSE LOCATION | ORDER NO. ORIGINAL SOLD TO CONSECUTIVE NUMBER | PRODUCT CODE |
|---|---|---|---|---|---|---|
| 01 | 4 X 3 DT PERF LOWES ONLY | 0160105110 | | | 0160105110 | |
| | ZTCLDR6AO5B | | 20 | 118.80/CN | 2603000 | 628 |
| | LD-R6AO5B | | 20 | | | |

Acct # 7507

80# Tavegate

2/11/15

A55

10% out

| | VIA. | PREPAY & CHG | PREPAID | COLLECT |
|---|---|---|---|---|
| | | | | X |

| FILLED BY | CARTONS / WEIGHT | CARRIER | DUPN UPCL DUPR | DFXG FXCL | TRK USPS | DATE SHIPPED | FREIGHT CHARGE/ MISC CHARGE |
|---|---|---|---|---|---|---|---|

WAREHOUSE INST:
SR ORD: PPARSON           TRISH PARSONS AT
<235# SHIP UPS A5A985, IF >235# CALL TRISH PARSONS AT
706-827-7871 FOR NAME OF LTL CARRIER.

**Schutz, Amy**

| | |
|---|---|
| **From:** | DARLENE.HENZ@STANDARDREGISTER. <DArlene.henz@standardregister.com> |
| **Sent:** | Tuesday, February 10, 2015 2:40 PM |
| **To:** | ZebraOrders |
| **Cc:** | DARLENE.HENZ@STANDARDREGISTER. |
| **Subject:** | 02/10/15 2962484 |
| **Attachments:** | Document.pdf |

This document was digitally sent to you using an HP Digital Sending device.

## Tracing Results

| | | | |
|---|---|---|---|
| Pro Number: | 792821475 | Pickup Date/Time: | 02/16/2015 04:17 PM |
| Invoice Status: | Paid 03/31/2015 | Prepaid or Collect: | Collect |
| B/L Number: | 3047558 | PO#: | 0160105110 |
| Shipper: | ZEBRA TECHNOLOGIES FLOWERY BRANCH, GA 30542 | Consignee: | LOWE'S 1457 ADAIRSVILLE, GA 30103 |
| Origin Service Center: | NORTH ATLANTA (770)932-7160 | Destination Service Center: | DALTON (706)277-1869 |
| Pieces: | 1 | Location: | At destination: DALTON |
| Weight: | 478 | Status: | Delivered 12:00 AM |
| Charges: | View charges here | | Recvd by: LOWES |
| COD Amount: | | | |
| | | Delay due to: | WEATHER |



**ZEBRA** Zebra Technologies International, LLC
TECHNOLOGIES 333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

| | | |
|---|---|---|
| Invoice Number | : | 100680288 |
| Customer Number | : | 7507 |

**Bill To:**
Standard Register Inc.
Attn:Gail Calhoun
600 Albany St
PO Box 1167
DAYTON, OH  45401
US

**Ship To:**
Hunt Reg Med Ctr at Greenville
4215 Joe Ramsey Blvd E
GREENVILLE, TX  75401
US

| | | |
|---|---|---|
| Invoice Date | : | 16-Feb-2015 |
| Order Date | : | 13-Feb-2015 |
| Final Destination | : | United States |

| | | |
|---|---|---|
| Sales Order Number | : | 20667947 |
| Customer PO | : | 2962933 |
| End User PO | : | LAB |
| Zebra Office | : | Vernon Hills, IL |

| Line | Qty | Unit | Item / Description | Unit Price | Tax% | Tax | Amount |
|---|---|---|---|---|---|---|---|
| 1.1 | 1 | CS | LD-R2AL5B | 53.9784 | 0.00 | 0.00 | 53.98 |
| | | | Label, Paper, 2x1.25in (50.8x31.8mm); DT, Z-Perform 1000D, Value Uncoated, Permanent Adhesive, 0.75in (19.1mm) core, 280/roll, 36/box | | | | |

| | | |
|---|---|---|
| HTS Code | : | 4821.90.2000 |
| Country of Origin | : | US |

**Shipment Information**

| | | |
|---|---|---|
| Shipping Point | : | Flowery Branch, GA, US |
| Ship Method | : | UPS GROUND |
| Delivery Number | : | 4386182 |
| Freight Terms | : | Prepay & Add |
| Terms of Delivery | : | FCA Shipping point |
| Orders Shipped With This Delivery | : | 20667947 |

| Tracking# | LPN | Height (IN) | Width (IN) | Length (IN) | Weight (KG/LB) | Cartons |
|---|---|---|---|---|---|---|
| 1Z6E84Y60301902652 | GA00092396 | 5 | 7 | 13 | 3.18 / 7.00 | 1 |

All orders are subject to Zebra's Standard Terms and Conditions ("Zebra's T&Cs") at the time the order was accepted by Zebra.  Zebra's current T&Cs can be found at http://www.zebra.com/tcna.  By placing an order and/or accepting delivery of the products or services identified on this invoice, customer agrees to be bound by and accepts Zebra's T&Cs, unless customer and Zebra have signed a separate agreement, in which case the separate agreement will govern.

| Total Goods | Total Shipping and Handling | Total Tax | Total USD |
|---|---|---|---|
| 53.98 | 9.96 | 0.00 | 63.94 |

Terms Of Payment: 30 Days Net
Please state with your payment Invoice Number : 100680288
Zebra's Tax Number : 02-0545884

Invoice Due Date: 18-Mar-2015

**Please Remit Payment to:**
Zebra Technologies International, LLC
6048 Eagle Way
Chicago, IL 60678-1060

**Standard Register**
ADVANCING YOUR REPUTATION

03/12/2015  14:19:26  PAGE  1 OF 1

SHIP TO:
HUNT REG MED CTR AT GREENVILLE
ATTN - RECEIVING
4215 JOE RAMSEY BLVD E
GREENVILLE          TX  75401-7852

MARK FOR:  IRELIA ENRIQUEZ

BILL TO:
STANDARD REGISTER
P.O. BOX 1167
DAYTON OHIO 45401
CATALOG PRODUCTS
ATTN:  D. HENZ

PURCHASE ORDER NO.
LAB

FORM PAC / STORAGE
BILL OF LADING

| VENDOR: | | |
|---|---|---|
| YCE ZEBRA TECHNOLOGIES C | | |

| SHIP TO NO. | SOLD TO NO. | SRC PO & B/L# |
|---|---|---|
| 1322626 | 1322626 | 2962933 |

REQUISITION NO.
SW C1322626MV185

USING COST CENTER NO.
AT

USING COST CENTER NAME

CUSTOMER'S PURCHASE ORDER NO.
LAB                                          AT

| # | FORM NAME AND/OR DESCRIPTION | BILLING COST CENTER | UNITS SHIPPED QTY. SHIPPED (IF DIFFERENT) | WAREHOUSE LOCATION | ORDER NO. | ORIGINAL SOLD TO / CONSECUTIVE NUMBER | PRODUCT CODE |
|---|---|---|---|---|---|---|---|
| 000 | 2" X 1.25" DT 280/RL 2TCLDR2AL5B LD-R2AL5B | SW C1322262 | 1 | 54.00/CN | LAB 2645587 | 628 | |
| | Acct# 7507 | | | | | | |
| | SO# 20267947 | | | | | | |
| | 2/13/15 | | | | | | |
| | ASS | | | | | | |
| | 1 of 2 par | | | | | | |

| | VIA | PREPAY & CHG | PREPAID | COLLECT |
|---|---|---|---|---|
| | | X | | |

| FILLED BY | CARTONS / WEIGHT | CARRIER | DUPN UPCL DUPR | DFXG FXCL | TRK USPS | DATE SHIPPED | FREIGHT CHARGE/ MISC CHARGE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

WAREHOUSE INDY:
SR. ORD:  E02121514

**Schutz, Amy**

| | |
|---|---|
| **From:** | DARLENE.HENZ@STANDARDREGISTER. <DArlene.henz@standardregister.com> |
| **Sent:** | Thursday, February 12, 2015 2:15 PM |
| **To:** | ZebraOrders |
| **Cc:** | DARLENE.HENZ@STANDARDREGISTER. |
| **Subject:** | 02/12/15 2962929 2962933 |
| **Attachments:** | Document.pdf |

This document was digitally sent to you using an HP Digital Sending device.



**Proof of Delivery**

🗷 Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number:** 1Z6E84Y60301902652
**Service:** UPS Ground
**Weight:** 7.00 lbs
**Shipped/Billed On:** 02/16/2015
**Delivered On:** 02/19/2015 10:58 A.M.
**Delivered To:** GREENVILLE, TX, US
**Signed By:** GREEN
**Left At:** Reception

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS: 04/03/2015 1:00 P.M. ET

🗋 Print This Page                                        🗷 Close Window



**Zebra Technologies International, LLC**
333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

| | |
|---|---|
| **Invoice Number** : | 100680302 |
| **Customer Number** : | 7507 |

**Ship To:**
Lowes Statesville
711 Tomlin Mill Rd
STATESVILLE, NC 28625
US

**Bill To:**
Standard Register Inc.
Attn:Gail Calhoun
600 Albany St
PO Box 1167
DAYTON, OH 45401
US

| | |
|---|---|
| Sales Order Number | : 20668735 |
| Customer PO | : 2963289 |
| End User PO | : 0160105570 |
| Zebra Office | : Vernon Hills, IL |

| | |
|---|---|
| Invoice Date | : 16-Feb-2016 |
| Order Date | : 16-Feb-2016 |
| Final Destination | : United States |

| | | | | Unit Price | Tax% | Tax | Amo |
|---|---|---|---|---|---|---|---|
| | | | | 118.8000 | 0.00 | 0.00 | 1,188 |

| Line | Qty | Unit | Item / Description |
|---|---|---|---|
| 1.1 | 10 | CS | LD-R6AO6B |

Label, Paper, 4x3in (101.6x76.2mm); DT, Z-Perform 1000D, Value Uncoated, Permanent
Adhesive, 0.75in (19.1mm) core, 200/roll, 36/box

| | |
|---|---|
| HTS Code | : 4821.10.4000 |
| Country of Origin | : US |
| PC Number | : 28012793 |

**Shipment Information**

| | |
|---|---|
| Shipping Point | : Flowery Branch, GA, US |
| Ship Method | : UPS GROUND |
| Delivery Number | : 4387577 |
| Freight Terms | : Collect |
| Terms of Delivery | : FCA Shipping point |
| Orders Shipped With This Delivery | : 20668735 |

| Tracking# | LPN | Height (IN) | Width (IN) | Length (IN) | Weight (KG/LB) | Car |
|---|---|---|---|---|---|---|
| | | 5 | 13 | 16 | 10.43 / 23.00 | 1 |
| 1Z6E84Y60301903142 | GA00092446-1 | 5 | 13 | 16 | 10.43 / 23.00 | 1 |
| 1Z6E84Y60301903151 | GA00092446-2 | 5 | 13 | 16 | 10.43 / 23.00 | 1 |
| 1Z6E84Y60301903160 | GA00092446-3 | 5 | 13 | 16 | 10.43 / 23.00 | 1 |
| 1Z6E84Y60301903179 | GA00092446-4 | 5 | 13 | 16 | 10.43 / 23.00 | 1 |
| 1Z6E84Y60301903188 | GA00092446-5 | 5 | 13 | 16 | 10.43 / 23.00 | 1 |
| 1Z6E84Y60301903197 | GA00092446-6 | 5 | 13 | 16 | 10.43 / 23.00 | 1 |
| 1Z6E84Y60301903204 | GA00092446-7 | 5 | 13 | 16 | 10.43 / 23.00 | 1 |
| 1Z6E84Y60301903213 | GA00092446-8 | 5 | 13 | 16 | 10.43 / 23.00 | 1 |
| 1Z6E84Y60301903222 | GA00092446-9 | 5 | 13 | 16 | 10.43 / 23.00 | 1 |
| 1Z6E84Y60301903231 | GA00092446-10 | | | | | |

All orders are subject to Zebra's Standard Terms and Conditions ("Zebra's T&Cs") at the time the order was accepted by Zebra. Zebra's curre
can be found at http://www.zebra.com/tcna. By placing an order and/or accepting delivery of the products or services identified on this inv
customer agrees to be bound by and accepts Zebra's T&Cs, unless customer and Zebra have signed a separate agreement, in which case
separate agreement will govern.

| Total Goods | Total Shipping and Handling | Total Tax | Total USD |
|---|---|---|---|

**ZEBRA**
**TECHNOLOGIES**

**Zebra Technologies International, LLC**
333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

Invoice Date: 16-Feb-2015

Customer Number:  7507          Invoice Number: 100680302

1,188.00          0.00          0.00          1,188.00

Invoice Due Date: 18-Mar-2015

Terms Of Payment: 30 Days Net
Please state with your payment Invoice Number : 100680302
Zebra's Tax Number : 02-0645884

**Please Remit Payment to:**
Zebra Technologies International, LLC
6048 Eagle Way
Chicago, IL 60678-1060

07/16/2015    10:54:23    PAGE  1  OF  1

**Standard Register**
ADVANCING YOUR REPUTATION

LOWES STATESVILLE
BOBBY COMBS
711 TOMLIN MILL RD
STATESVILLE

SHIP TO:

MARK FOR: ATTN: BRANDY GAITHER
PO# 0160105570

BILL TO:

STANDARD REGISTER
P.O. BOX 1167
DAYTON OHIO 45401
CATALOG PRODUCTS
D. HENZ

NC  28625-8332

PURCHASE ORDER NO:
0160105570

| VENDOR: YCE ZEBRA TECHNOLOGIES C | | |
|---|---|---|
| SHIP TO NO. 1136729 | SOLD TO NO. 1136729 | SRC PO & BILL # 2963289 |
| REQUISITION NO. 0160105570 | | |
| USING COST CENTER NO. | BO | |
| USING COST CENTER NAME | | |
| CUSTOMER'S PURCHASE ORDER NO. 0160105570 | | BO |

FORM PAC / STORAGE
BILL OF LADING

| ATTN: | FORM NAME AND/OR DESCRIPTION | BILLING COST CENTER | UNITS SHIPPED QTY. SHIPPED (IF DIFFERENT) | WAREHOUSE LOCATION | ORDER NO. 0160105570 | CONSECUTIVE NUMBER | ORIGINAL SOLD TO | PRODUCT CODE |
|---|---|---|---|---|---|---|---|---|
| # | | | | | | 2673132 | | 1628 |
| 01 | 4 X 3 DT PERF LOWES ONLY | 0160105570 | 90 | | 118.80/CN | | | |
| | ZTCLDR6A05B | | 10 | | | | | |
| | LD-R6A05B | | | | | | | |

Acct# 7507

SO# 22068735    NOTE

2/16/5

AS

10% pre

| | | | VIA | PREPAY & CHG | PREPAID |
|---|---|---|---|---|---|
| | | | CARRIER | DUPN UPCL DUPR | DFXG FKCL | THK USPS | DATE SHIPPED |
| FILLED BY | | CARTONS / WEIGHT | | | | | |

WAREHOUSE INSTL
SR ORD: PPARSON
SHIP UPS GROUND ACCT# 10W292

**Schutz, Amy**

| | |
|---|---|
| **From:** | DARLENE.HENZ@STANDARDREGISTER. <DArlene.henz@standregister.com> |
| **Sent:** | Monday, February 16, 2015 11:20 AM |
| **To:** | ZebraOrders |
| **Cc:** | DARLENE.HENZ@STANDARDREGISTER. |
| **Subject:** | 02/16/15 2963289 2963290 |
| **Attachments:** | Document.pdf |

This document was digitally sent to you using an HP Digital Sending device.

1

UPS: Tracking Information

 **Proof of Delivery**                    ☒ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

Tracking Number:       1Z6E84Y60301903142
Service:               UPS Ground
Weight:                23.00 lbs
Shipped/Billed On:     02/16/2015
Delivered On:          02/18/2015 10:40 A.M.
Delivered To:          STATESVILLE, NC, US
Signed By:             WEBBER
Left At:               Receiver

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2015 2:12 P.M.  ET                    ☒ Close Window

🖨 Print This Page

UPS: Tracking Information

 **Proof of Delivery**

☒ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

Tracking Number:     1Z6E84Y60301903161
Service:             UPS Ground
Weight:              23.00 lbs
Shipped/Billed On:   02/18/2015
Delivered On:        02/18/2015 10:40 A.M.
Delivered To:        STATESVILLE, NC, US
Signed By:           WEBBER
Left At:             Receiver

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2015 2:13 P.M.  ET          ☒ Close Window

🖨 Print This Page

 **Proof of Delivery**                     ⊠ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z6E84Y60301903160 |
| Service: | UPS Ground |
| Weight: | 23.00 lbs |
| Shipped/Billed On: | 02/16/2015 |
| Delivered On: | 02/18/2015 10:40 A.M. |
| Delivered To: | STATESVILLE, NC, US |
| Signed By: | WEBBER |
| Left At: | Receiver |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2015 2:13 P.M.  ET              ⊠ Close Window

🖨 Print This Page

UPS: Tracking Information

 **Proof of Delivery**                    ⊠ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z6E84Y60301903179 |
| Service: | UPS Ground |
| Weight: | 23.00 lbs |
| Shipped/Billed On: | 02/18/2015 |
| Delivered On: | 02/18/2015 10:40 A.M. |
| Delivered To: | STATESVILLE, NC, US |
| Signed By: | WEBBER |
| Left At: | Receiver |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2015 2:13 P.M.  ET                    ⊠ Close Window

🖨 Print This Page

UPS: Tracking Information

 Proof of Delivery                    ◙ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

Tracking Number:          1Z6E84Y60301903188
Service:                  UPS Ground
Weight:                   23.00 lbs
Shipped/Billed On:        02/18/2015
Delivered On:             02/18/2015 10:40 A.M.
Delivered To:             STATESVILLE, NC, US
Signed By:                WEBBER
Left At:                  Receiver

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2015 2:13 P.M.  ET

                                        ◙ Close Window

▫ Print This Page

UPS: Tracking Information

 **Proof of Delivery**                    ⊠ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z6E84Y60301903197 |
| Service: | UPS Ground |
| Weight: | 23.00 lbs |
| Shipped/Billed On: | 02/16/2015 |
| Delivered On: | 02/18/2015 10:40 A.M. |
| Delivered To: | STATESVILLE, NC, US |
| Signed By: | WEBBER |
| Left At: | Receiver |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2015 2:14 P.M.  ET

⊠ Close Window

⎙ Print This Page

UPS: Tracking Information

 **Proof of Delivery**                    ⌧ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z6E84Y60301903204 |
| Service: | UPS Ground |
| Weight: | 23.00 lbs |
| Shipped/Billed On: | 02/16/2015 |
| Delivered On: | 02/18/2015 10:40 A.M. |
| Delivered To: | STATESVILLE, NC, US |
| Signed By: | WEBBER |
| Left At: | Receiver |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2015 2:14 P.M.  ET          ⌧ Close Window

🖨 Print This Page

UPS: Tracking Information

 **Proof of Delivery**                    [x] Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| | 1Z6E84Y60301903213 |
| Tracking Number: | UPS Ground |
| Service: | 23.00 lbs |
| Weight: | 02/18/2015 |
| Shipped/Billed On: | 02/18/2015 10:40 A.M. |
| Delivered On: | STATESVILLE, NC, US |
| Delivered To: | WEBBER |
| Signed By: | Receiver |
| Left At: | |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2015 2:14 P.M.   ET
                                                    [x] Close Window

[] Print This Page

1Z6E84Y603    4/3

UPS: Tracking Information

 **Proof of Delivery**                    ☒ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z6E84Y60301903222 |
| **Service:** | UPS Ground |
| **Weight:** | 23.00 lbs |
| **Shipped/Billed On:** | 02/16/2015 |
| **Delivered On:** | 02/18/2015 10:40 A.M. |
| **Delivered To:** | STATESVILLE, NC, US |
| **Signed By:** | WEBBER |
| **Left At:** | Receiver |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2015 2:14 P.M.  ET

☒ Close Window

🖨 Print This Page

**Proof of Delivery**

[X] Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z6E84Y60301903231 |
| Service: | UPS Ground |
| Weight: | 23.00 lbs |
| Shipped/Billed On: | 02/16/2015 |
| Delivered On: | 02/18/2015 10:40 A.M. |
| Delivered To: | STATESVILLE, NC, US |
| Signed By: | WEBBER |
| Left At: | Receiver |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2015 2:16 P.M.  ET

[ Print This Page

[X] Close Window



**Zebra Technologies International**
333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

Invoice Number         : 100680307
Customer Number        : 7507

**Ship To:**
Lowe's Co Inc
2651 Ham Brown Rd
KISSIMMEE, FL  34746
US

**Bill To:**
Standard Register Inc.
Attn:Gail Calhoun
600 Albany St
PO Box 1167
DAYTON, OH  45401
US

Sales Order Number     : 20668738
Customer PO            : 2963290
End User PO            : 0160105515
Zebra Office           : Vernon Hills, IL

Invoice Date           : 16-Feb-2015
Order Date             : 16-Feb-2015
Final Destination      : United States

| Line | Qty | Unit | Item / Description | Unit Price | Tax% | Tax | Amo |
|------|-----|------|--------------------|-----------|------|-----|-----|
| | | | | 118.8000 | 0.00 | 0.00 | 1,42 |
| 1.1 | 12 | CS | LD-R6AO5B | | | | |
| | | | Label, Paper, 4x3in (101.6x76.2mm); DT, Z-Perform 1000D, Value Uncoated, Permanent | | | | |
| | | | Adhesive, 0.75in (19.1mm) core, 200/roll, 36/box | | | | |

HTS Code              : 4821.10.4000
Country of Origin     : US
PC Number             : 28012793

**Shipment Information**
Shipping Point        : Flowery Branch, GA, US
Ship Method           : SOUTHEASTERN TL
Delivery Number       : 4387590
Waybill Number        : 209297638
Freight Terms         : Collect
Terms of Delivery     : FCA Shipping point
Orders Shipped With This Delivery : 20668738

| Tracking# | LPN | Height (IN) | Width (IN) | Length (IN) | Weight (KG/LB) | Ca |
|-----------|-----|-------------|------------|-------------|----------------|-----|
| | | 48 | 40 | 48 | 138.35 / 305.00 | 1 |
| | GA00092459 | | | | | |

All orders are subject to Zebra's Standard Terms and Conditions ("Zebra's T&Cs") at the time the order was accepted by Zebra. Zebra's curre can be found at http://www.zebra.com/tcna. By placing an order and/or accepting delivery of the products or services identified on this inv customer agrees to be bound by and accepts Zebra's T&Cs, unless customer and Zebra have signed a separate agreement, in which case t separate agreement will govern.

| Total Shipping and Handling | Total Tax | Total USD |
|---|---|---|
| | | 1,425.60 |
| | 0.00 | |

**Total Goods**                  0.00
1,425.60                                        Invoice Due Date: 18-Mar-2015
Terms Of Payment: 30 Days Net
Please state with your payment Invoice Number : 100680307
Zebra's Tax Number : 02-0545884

**Please Remit Payment to:**
Zebra Technologies International, LLC
6048 Eagle Way                        Page 1 of 2
Chicago, IL 60678-1060



**Zebra Technologies International, LLC**
333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

Customer Number:  7507

Invoice Number: 100680307

Invoice Date: 16-Feb-2015

**Standard Register**
ADVANCING YOUR REPUTATION

02/16/2015    10:58:00    PAGE    1 OF  1

VENDOR:
YCE ZEBRA TECHNOLOGIES C

| SHIP TO NO. | SOLD TO NO. | SRC PO & BILL# |
|---|---|---|
| 1065344 | 1065344 | 2963290 |

LOWE'S CO. INC.

SHIP TO:

2651 HAM BROWN RD
KISSIMMEE    FL  34746-3415
MARK FOR:  ATTN: CARL HUTTO
PO# 0160105515

REQUISITION NO.
0160105515

USING COST CENTER NO.

PURCHASE ORDER NO.:
0160105515

USING COST CENTER NAME

BILL TO:

STANDARD REGISTER
P.O. BOX 1167
DAYTON OHIO 45401
CATALOG PRODUCTS
D. HENZ

CUSTOMER'S PURCHASE ORDER NO.
0160105515

FORM PAC / STORAGE
BILL OF LADING

| ATTN: FORM NAME AND/OR DESCRIPTION | BILLING COST CENTER UNITS SHIPPED QTY. SHIPPED (IF DIFFERENT) | WAREHOUSE LOCATION | ORDER NO. | ORIGINAL SOLD TO | PRODUCT CODE |
|---|---|---|---|---|---|
| | | | | CONSECUTIVE NUMBER | |
| | | | 0160105515 | | |
| # | | | | 2673137 | |
| 01  4 X 3 DT PERF LOWES ONLY   ZTCLDR6AO5B   LD-R6AO5B | 0160105515   12   12 | | 118.80/CW | | 6258 |

Acct# 7507

So# 20068738

2 | 16 | 15

ASS

10% PUR

NOTE

VIA   PREPAY & CHG   PREPAID

| FILLED BY | CARTONS / WEIGHT | CARRIER   DUPN UPCL DUPR | DFXG FXCL | TRK UPPS | DATE SHIPPED | |

WAREHOUSE INST:
SR ORD: PPARSON
<235# SHIP UPS GROUND ACCT# Y5998E. >235# CALL TRISH
PARSONS AT 706-827-7871 FOR NAME OF LTL CARRIER.

>235# CALL TRISH

**Schutz, Amy**

| | |
|---|---|
| From: | DARLENE.HENZ@STANDARDREGISTER, <DArlene.henz@standardregister.com> |
| Sent: | Monday, February 16, 2015 11:20 AM |
| To: | ZebraOrders |
| Cc: | DARLENE.HENZ@STANDARDREGISTER, |
| Subject: | 02/16/15 2963289 2963290 |
| Attachments: | Document.pdf |

This document was digitally sent to you using an HP Digital Sending device.

SO#2040730
2012pur

1

Tracing - Southeastern Freight Lines

## Tracing Results

| | | Pickup Date/Time: | 02/16/2015 05:04 PM |
|---|---|---|---|
| Pro Number: | 209297638 | Prepaid or Collect: | Collect |
| Invoice Status: | Paid 03/31/2015 | PO#: | 160105515 |
| B/L Number: | 3047588 | Consignee: | LOWE'S 1419 RDC |
| Shipper: | ZEBRA TECHNOLOGIES | | KISSIMMEE, FL 34746 |
| | FLOWERY BRANCH, GA | | |
| | 30542 | | ORLANDO |
| | | | (407)855-1540 |
| Origin Service Center: | NORTH ATLANTA | Destination Service Center: | |
| | (770)932-7180 | | At destination: ORLANDO |
| Pieces: | 1 | Location: | Delivered 12:00 AM |
| Weight: | 305 | Status: | Recv'd by: justin s. |
| Charges: | View charges here | | |
| COD Amount: | | Committed Delivery: | 02/17/2015 |

4



**Zebra Technologies International**
333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

| | | |
|---|---|---|
| Invoice Number | : | 100680329 |
| Customer Number | : | 7507 |

**Bill To:**
Standard Register Inc.
Attn:Gail Calhoun
600 Albany St
PO Box 1167
DAYTON, OH  45401
US

**Ship To:**
Parkland Memorial Hospital
5201 Harry Hines Blvd
DALLAS, TX  75235
US

| | | |
|---|---|---|
| Sales Order Number | : | 20668472 |
| Customer PO | : | 2963204 |
| End User PO | : | MV68362 |
| Zebra Office | : | Vernon Hills, IL |

| | | |
|---|---|---|
| Invoice Date | : | 16-Feb-2015 |
| Order Date | : | 16-Feb-2015 |
| Final Destination | : | United States |

| Line | Qty | Unit | Item / Description | Unit Price | Tax% | Tax | Amo |
|---|---|---|---|---|---|---|---|
| | | | | 76.2048 | 0.00 | 0.00 | 228 |
| 1.1 | 3 | CS | 10010045 | | | | |
| | | | Label, Paper, 4x1in (101.6x25.4mm); DT, Z-Select 4000D, High Performance Coated, | | | | |
| | | | All-Temp Adhesive, 1in (25.4mm) core, 2340/roll, 6/box | | | | |

| | | |
|---|---|---|
| HTS Code | : | 4821.90.2000 |
| Country of Origin | : | US |

**Shipment Information**

| | | |
|---|---|---|
| Shipping Point | : | Mc Allen, TX, US |
| Ship Method | : | UPS GROUND |
| Delivery Number | : | 4386407 |
| Freight Terms | : | Prepay & Add |
| Terms of Delivery | : | FCA Shipping point |
| Orders Shipped With This Delivery | : | 20668472 |

| Tracking# | LPN | Height (IN) | Width (IN) | Length (IN) | Weight (KG/LB) | Cart |
|---|---|---|---|---|---|---|
| 1Z377VX50310802777 | TX00026241-1 | 9 | 8 | 11 | 6.80 / 15.00 | 1 |
| 1Z377VX50310802786 | TX00026241-2 | 9 | 8 | 11 | 6.80 / 15.00 | 1 |
| 1Z377VX50310802795 | TX00026241-3 | 9 | 8 | 11 | 6.80 / 15.00 | 1 |

All orders are subject to Zebra's Standard Terms and Conditions ("Zebra's T&Cs") at the time the order was accepted by Zebra. Zebra's current can be found at http://www.zebra.com/tcna. By placing an order and/or accepting delivery of the products or services identified on this invoi customer agrees to be bound by and accepts Zebra's T&Cs, unless customer and Zebra have signed a separate agreement, in which case the separate agreement will govern.

| | | |
|---|---|---|
| Total Shipping and Handling | Total Tax | Total USD |
| 21.79 | 0.00 | 250.40 |

**Total Goods**
228.61

Invoice Due Date: 18-Mar-2015

Terms Of Payment: 30 Days Net
Please state with your payment Invoice Number : 100680329
Zebra's Tax Number : 02-0645884

**Please Remit Payment to:**
Zebra Technologies International, LLC
6048 Eagle Way
Chicago, IL 60678-1060



**Zebra Technologies International, LLC**
333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

Customer Number:  7507          Invoice Number: 100680329          Invoice Date: 16-Feb-2015

**Standard Register**
ADVANCING YOUR REPUTATION

03/13/2015   18:37:27

SHIP TO:
PARKLAND MEMORIAL HSP
RECEIVING DOCK B
5201 HARRY HINES BLVD
DALLAS

TX  75235-7708

MARK FOR:  SHERRIE GODFREY
GARLAND COPC

BILL TO:
STANDARD REGISTER
P.O. BOX 1167
DAYTON OHIO 45401
CATALOG PRODUCTS
D. HENZ

PURCHASE ORDER NO.:
MV68362

| VENDOR: YCE ZEBRA TECHNOLOGIES C | | |
|---|---|---|
| SHIP TO NO. 6932118 | SOLD TO NO. 6855418 | SRC PO & BIL# 2963204 |

REQUISITION NO:
SW C228MV68362

USING COST CENTER NO.:
RE

USING COST CENTER NAME

CUSTOMER'S PURCHASE ORDER NO.
MV68362                                              RE

FORM PAC / STORAGE
BILL OF LADING

| ATTN:  FORM NAME AND/OR DESCRIPTION | BILLING COST CENTER | UNITS SHIPPED, QTY. SHIPPED (IF DIFFERENT) | WAREHOUSE LOCATION | ORDER NO. | CUSTOMER PURCHASE ORDER NO. | PRODUCT CODE |
|---|---|---|---|---|---|---|
| # | | | | | ORIGINAL SOLD TO CONSECUTIVE NUMBER | |
| | | | | MV68362 | | |
| 000  4 X 1 Z-SELECT 4000D LABE | SW C228MV6 | 3 | 76.20/CW | 2659844 | | 628 |
| ZTCT0010045 | | | | | | |
| 10010045 | | | | | | |

Acct# 7507

So# 201668472

2/16/15

ADS

10R2 QUF

|  |  |  |  | VIA | PREPAY & CHG | PREPAID |  |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | X |  |

|  |  |  | CARRIER  DUEN UPCL DUPR | DPKG FXCL | TRK USPS | DATE SHIPPED |
|---|---|---|---|---|---|---|
| FILLED BY: | CARTONS / WEIGHT | | | | | |

WAREHOUSE INST:
SR ORD:  E02131518

**Schutz, Amy**

| | |
|---|---|
| From: | DARLENE.HENZ@STANDARDREGISTER, <DArlene.henz@standardregister.com> |
| Sent: | Monday, February 16, 2015 6:44 AM |
| To: | ZebraOrders |
| Cc: | DARLENE.HENZ@STANDARDREGISTER, |
| Subject: | 02/16/15 2963204 |
| Attachments: | Document.pdf |

This document was digitally sent to you using an HP Digital Sending device.

UPS: Tracking Information

 **Proof of Delivery**    ⊠ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z377VX60310802777 |
| Service: | UPS Ground |
| Weight: | 15.00 lbs |
| Shipped/Billed On: | 02/16/2015 |
| Delivered On: | 02/18/2015 11:04 A.M. |
| Delivered To: | DALLAS, TX, US |
| Signed By: | PYRE |
| Left At: | Dock |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS: 04/03/2015 2:19 P.M.  ET    ⊠ Close Window

🖨 Print This Page

UPS: Tracking Information

 **Proof of Delivery**

☒ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z377VX60310802786 |
| Service: | UPS Ground |
| Weight: | 16.00 lbs |
| Shipped/Billed On: | 02/16/2015 |
| Delivered On: | 02/18/2015 11:04 A.M. |
| Delivered To: | DALLAS, TX, US |
| Signed By: | PYRE |
| Left At: | Dock |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS: 04/03/2015 2:20 P.M. ET

☒ Close Window

☐ Print This Page

UPS: Tracking Information

 **Proof of Delivery**                    ⊠ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z377VX50310802795 |
| Service: | UPS Ground |
| Weight: | 15.00 lbs |
| Shipped/Billed On: | 02/16/2015 |
| Delivered On: | 02/18/2015 11:04 A.M. |
| Delivered To: | DALLAS, TX, US |
| Signed By: | PYRE |
| Left At: | Dock |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2015 2:20 P.M.  ET

                                        ⊠ Close Window

🖨 Print This Page

**ZEBRA** TECHNOLOGIES

**Zebra Technologies International, LLC**
333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

Invoice Number : 100680980
Customer Number : 7507

**Ship To:**
Lowe's Co #990
12700 County Road 212
FINDLAY, OH 45840
US

**Bill To:**
Standard Register Inc.
Attn:Gail Calhoun
600 Albany St
PO Box 1167
DAYTON, OH 45401
US

| | |
|---|---|
| Sales Order Number | : 20667946 |
| Customer PO | : 2962929 |
| End User PO | : 0160105346 |
| Zebra Office | : Vernon Hills, IL |

| | |
|---|---|
| Invoice Date | : 17-Feb-2015 |
| Order Date | : 13-Feb-2015 |
| Final Destination | : United States |

| Line | Qty | Unit | Item / Description | Unit Price | Tax% | Tax | Amo |
|---|---|---|---|---|---|---|---|
| | | | | 118.8000 | 0.00 | 0.00 | 47 |
| 1.1 | 4 | CS | LD-R6AO5B | | | | |
| | | | Label, Paper, 4x3in (101.6x76.2mm); DT, Z-Perform 1000D, Value Uncoated, Permanent Adhesive, 0.75in (19.1mm) core, 200/roll, 36/box | | | | |

| | |
|---|---|
| HTS Code | : 4821.10.4000 |
| ECCN | : EAR99 |
| Country of Origin | : US |
| PC Number | : 28012793 |

**Shipment Information**

| | |
|---|---|
| Shipping Point | : Greenville, WI, US |
| Ship Method | : UPS GROUND |
| Delivery Number | : 4386587 |
| Freight Terms | : Collect |
| Terms of Delivery | : FCA Shipping point |
| Orders Shipped With This Delivery | : 20667946 |

| Tracking# | LPN | Height (IN) | Width (IN) | Length (IN) | Weight (KG/LB) | Ca |
|---|---|---|---|---|---|---|
| 1Z5305E50319866002 | WI00286718-1 | 5 | 14 | 17 | 9.98 / 22.00 | 1 |
| 1Z5305E50319866011 | WI00286718-2 | 5 | 14 | 17 | 9.98 / 22.00 | 1 |
| 1Z5305E50319865987 | WI00285718-3 | 5 | 14 | 17 | 9.98 / 22.00 | 1 |
| 1Z5305E50319865996 | WI00285718-4 | 5 | 14 | 17 | 9.98 / 22.00 | |

All orders are subject to Zebra's Standard Terms and Conditions ("Zebra's T&Cs") at the time the order was accepted by Zebra. Zebra's curr can be found at http://www.zebra.com/tcna. By placing an order and/or accepting delivery of the products or services identified on this in customer agrees to be bound by and accepts Zebra's T&Cs, unless customer and Zebra have signed a separate agreement, in which case separate agreement will govern.

| | |
|---|---|
| Total Shipping and Handling | |
| Total Tax | 0.00 |
| Total Goods | 0.00 |
| | 475.20 |

Total Tax 0.00
Total USD 475.20

Invoice Due Date: 19-Mar-2015

Terms Of Payment: 30 Days Net
Please state with your payment Invoice Number : 100680980
Zebra's Tax Number : 02-0545884

**ZEBRA**
TECHNOLOGIES

**Zebra Technologies International, LLC**
333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

Invoice Date: 17-Feb-2015

Invoice Number: 100680980

Customer Number:  7507

**Please Remit Payment to:**
Zebra Technologies International, LLC
6048 Eagle Way
Chicago, IL 60678-1060

**Standard Register**
ADVANCING YOUR REPUTATION

LOWE'S. CO #990

SHIP TO:
12700 COUNTY ROAD 212
FINDLAY                     OH   45840-9718

MARK FOR:   ATTN: ZACHARY BAMB
PO# 0160105346

BILL TO:
STANDARD REGISTER
P.O. BOX 1167
DAYTON OHIO 45401
CATALOG PRODUCTS
D. HENZ

PURCHASE ORDER NO.
0160105346

VENDOR:
YCE ZEBRA TECHNOLOGIES C

| SHIP TO NO. | SOLD TO NO. | SRC PO & DIL # |
|---|---|---|
| 7318089 | 7318089 | 2962929 |

REQUISITION NO.
0160105346

USING COST CENTER NO.

USING COST CENTER NAME

CUSTOMER'S PURCHASE ORDER NO.
0160105346

FORM PAC / STORAGE
BILL OF LADING

ATTN:

| FORM NAME AND/OR DESCRIPTION | BILLING COST CENTER | UNITS SHIPPED QTY. SHIPPED (IF DIFFERENT) | WAREHOUSE LOCATION | ORDER NO. | CUSTOMER PURCHASE ORDER NO. ORIGINAL SOLD TO | PRODUCT CODE |
|---|---|---|---|---|---|---|
| # | | | | 0160105346 | CONSECUTIVE NUMBER | |
| 01 4 X 3 DT PERF LOWES ONLY ZTCLDR6AO5B LD-R6AO5B | 0160105346 | 4 8 | | 118.80/CW | 2645566 | 628 |

Acct# 7507

SO# 20067946

2/13/15

AS NOTE

10½ pur

| | | | VIA | PREPAY & CHG | PREPAID |
|---|---|---|---|---|---|

| FILLED BY | CARTONS / WEIGHT | CARRIER DUPN UPCL DUPR | DFXG FXCL | TRK USPS | DATE SHIPPED |
|---|---|---|---|---|---|

WAREHOUSE INST:
SR ORD: PPARSON
SHIP UPS GROUND ACCT# 22A50E

**Schutz, Amy**

| | |
|---|---|
| **From:** | DARLENE.HENZ@STANDARDREGISTER. <DArlene.henz@standardregister.com> |
| **Sent:** | Thursday, February 12, 2015 2:15 PM |
| **To:** | ZebraOrders |
| **Cc:** | DARLENE.HENZ@STANDARDREGISTER. |
| **Subject:** | 02/12/15 2962929 2962933 |
| **Attachments:** | Document.pdf |

This document was digitally sent to you using an HP Digital Sending device.

SO#20267946
20F2 pur

1

UPS: Tracking Information

 **Proof of Delivery**

☒ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

Tracking Number:          1Z6305E50319866002
Service:                  UPS Ground
Weight:                   22.00 lbs
Shipped/Billed On:        02/17/2015
Delivered On:             02/19/2015 12:37 P.M.
Delivered To:             FINDLAY, OH, US
Signed By:                HESCHEL
Left At:                  Dock

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2015 2:21 P.M.  ET

☒ Close Window

☒ Print This Page

...cknum=1Z5305E5031...

UPS: Tracking Information

 **Proof of Delivery**                    ⌂ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

Tracking Number:        1Z5305E50319866011
Service:                UPS Ground
Weight:                 22.00 lbs
Shipped/Billed On:      02/17/2015
Delivered On:           02/19/2015 12:37 P.M.
Delivered To:           FINDLAY, OH, US
Signed By:              HESCHEL
Left At:                Dock

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2015 2:21 P.M.  ET

⌂ Close Window

⌂ Print This Page

...PSP;request=&tracknum=1Z5305E5031...

UPS: Tracking Information

 **Proof of Delivery**                    ⌐¦ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

Tracking Number:        1Z5305E60319865987
Service:                UPS Ground
Weight:                 22.00 lbs
Shipped/Billed On:      02/17/2015
Delivered On:           02/19/2015 12:37 P.M.
Delivered To:           FINDLAY, OH, US
Signed By:              HESCHEL
Left At:                Dock

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2015 2:22 P.M.  ET
                                                    ⌐¦ Close Window
⌐¦ Print This Page

UPS: Tracking Information

 **Proof of Delivery**                        ⊠ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| | 1Z5305E60319865996 |
| Tracking Number: | UPS Ground |
| Service: | 22.00 lbs |
| Weight: | 02/17/2015 |
| Shipped/Billed On: | 02/19/2015 12:37 P.M. |
| Delivered On: | FINDLAY, OH, US |
| Delivered To: | HESCHEL |
| Signed By: | Dock |
| Left At: | |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2015 2:22 P.M.  ET

⊠ Print This Page



**Zebra Technologies International, LLC**
333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

| | | |
|---|---|---|
| **Invoice Number** | : | 100681099 |
| **Customer Number** | : | 7507 |

**Bill To:**
Standard Register Inc.
Attn: Gail Calhoun
600 Albany St
PO Box 1167
DAYTON, OH 45401
US

**Ship To:**
St Peter's Hospital
19 Warehouse Row
ALBANY, NY 12205
US

| | | |
|---|---|---|
| Invoice Date | : | 17-Feb-2015 |
| Order Date | : | 17-Feb-2015 |
| Final Destination | : | United States |

| | | |
|---|---|---|
| Sales Order Number | : | 20669596 |
| Customer PO | : | 2963358 |
| End User PO | : | 3201401188 |
| Zebra Office | : | Vernon Hills, IL |

| Line | Qty | Unit | Item / Description | Unit Price | Tax% | Tax | Amount |
|---|---|---|---|---|---|---|---|
| | | | | 173.8800 | 0.00 | 0.00 | 869.40 |
| 1.1 | 5 | CS | 10006995K | | | | |
| | | | Wristband, Polypropylene, 1x11in (25.4x279.4mm); Direct thermal, Z-Band Direct, Adhesive closure, HC100 cartridge, 200/roll, 6/box, | | | | |

| | | |
|---|---|---|
| HTS Code | : | 3919.10.2055 |
| ECCN | : | EAR99 |
| Country of Origin | : | US |

**Shipment Information**

| | | |
|---|---|---|
| Shipping Point | : | Greenville, WI, US |
| Ship Method | : | UPS GROUND |
| Delivery Number | : | 4389342 |
| Freight Terms | : | Prepay & Add |
| Terms of Delivery | : | FCA Shipping point |
| Orders Shipped With This Delivery | : | 20669596 |

| Tracking# | LPN | Height (IN) | Width (IN) | Length (IN) | Weight (KG/LB) | Cartons |
|---|---|---|---|---|---|---|
| | | 15 | 12 | 21 | 12.70 / 28.00 | 1 |
| 1Z5305E50319869447 | WI00285901 | | | | | |

All orders are subject to Zebra's Standard Terms and Conditions ("Zebra's T&Cs") at the time the order was accepted by Zebra. Zebra's current T&Cs can be found at http://www.zebra.com/tcna. By placing an order and/or accepting delivery of the products or services identified on this invoice, customer agrees to be bound by and accepts Zebra's T&Cs, unless customer and Zebra have signed a separate agreement, in which case the separate agreement will govern.

| **Total Goods** | **Total Shipping and Handling** | **Total Tax** | **Total USD** |
|---|---|---|---|
| 869.40 | 11.04 | 0.00 | 880.44 |

Invoice Due Date: 19-Mar-2015

Terms Of Payment: 30 Days Net
Please state with your payment Invoice Number : 100681099
Zebra's Tax Number : 02-0545884

**Please Remit Payment to:**
Zebra Technologies International, LLC
6048 Eagle Way
Chicago, IL 60678-1060

PAGE 1 OF 1

09/16/2015    14:16:18

**Standard Register**
ADVANCING YOUR REPUTATION

| VENDOR: | | |
|---|---|---|
| YCE ZEBRA TECHNOLOGIES C | | |
| SHIP TO NO. | SOLD TO NO. | SRC PO & BILL# |
| 1157831 | 6873876 | 2963358 |

SHIP TO:
ST PETER'S HOSPITAL
19 WAREHOUSE ROW
ALBANY            NY   12205-5756

MARK FOR:

BILL TO:
STANDARD REGISTER
P.O. BOX 1167
DAYTON OHIO 45401
CATALOG PRODUCTS
D. HENZ

PURCHASE ORDER NO.:
3201401188

REQUISITION NO.
3201401188

USING COST CENTER NO.

USING COST CENTER NAME

CUSTOMER'S PURCHASE ORDER NO.
3201401188

PURCHASE ORDER NO.:
3201401188

FORM PAC / STORAGE
BILL OF LADING

ATTN:

| # | FORM NAME AND/OR DESCRIPTION | BILLING COST CENTER | UNITS SHIPPED QTY. SHIPPED (IF DIFFERENT) | WAREHOUSE LOCATION | ORDER NO. | CUSTOMER PURCHASE ORDER NO. | ORIGINAL SOLD TO | PRODUCT CODE |
|---|---|---|---|---|---|---|---|---|
| | | | | | 3201401188 | CONSECUTIVE NUMBER | | |
| 01 | ZBAND DIRECT/DT 1X11 200R ZTC10006995K 10006995K | 3201401188 | 5 5 | 1235⁸ | 2673678 | | | 202 |

Acct# 7507

SO# 20069596

2/17/15

ADS

1 of 2 pue

| | | | | | VIA | PREPAY & CHG | PREPAID |
|---|---|---|---|---|---|---|---|
| | | | | | | | X |

| | | | CARRIER | DFXG PXCL | TRK USPS | DATE SHIPPED |
|---|---|---|---|---|---|---|
| FILLED BY | CARTONS / WEIGHT | | DUPN UPCL DUET | | | |

WAREHOUSE INST:
SR ORD: TOCBM

**Schutz, Amy**

| | |
|---|---|
| **From:** | SUPPLIESORDERSUPPORT@STANDARDR <SUPPLIESordersupport@standardregister.com> |
| **Sent:** | Tuesday, February 17, 2015 9:30 AM |
| **To:** | ZebraOrders |
| **Cc:** | CINDY.MOHN@STANDARDREGISTER.CO |
| **Subject:** | 2-17  2963358 |
| **Attachments:** | Document.pdf |

This document was digitally sent to you using an HP Digital Sending device.

UPS: Tracking Information

 **Proof of Delivery**                    ☒ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| | 1Z5305E50319069447 |
| Tracking Number: | UPS Ground |
| Service: | 28.00 lbs |
| Weight: | 02/17/2015 |
| Shipped/Billed On: | 02/19/2015 11:09 A.M. |
| Delivered On: | ALBANY, NY, US |
| Delivered To: | UBER |
| Signed By: | Dock |
| Left At: | |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2015 2:24 P.M.  ET        ☒ Close Window

🖨 Print This Page



**Zebra Technologies International, LLC**
333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

| | | |
|---|---|---|
| **Invoice Number** | : | 100682945 |
| **Customer Number** | : | 7507 |

| **Bill To:** | **Ship To:** |
|---|---|
| Standard Register Inc.<br>Attn:Gail Calhoun<br>600 Albany St<br>PO Box 1167<br>DAYTON, OH  45401<br>US | Hunt Reg Med Ctr at Greenville<br>4215 Joe Ramsey Blvd E<br>GREENVILLE, TX  75401<br>US |

| | | | | | |
|---|---|---|---|---|---|
| Invoice Date | : 19-Feb-2015 | | Sales Order Number | : | 20671429 |
| Order Date | : 19-Feb-2015 | | Customer PO | : | 2963784 |
| Final Destination | : United States | | End User PO | : | LAB |
| | | | Zebra Office | : | Vernon Hills, IL |

| Line | Qty | Unit | Item / Description | Unit Price | Tax% | Tax | Amount |
|---|---|---|---|---|---|---|---|
| 1.1 | 2 | CS | LD-R2AL5B | 53.9784 | 0.00 | 0.00 | 107.96 |
| | | | Label, Paper, 2x1.25in (50.8x31.8mm); DT, Z-Perform 1000D, Value Uncoated, Permanent Adhesive, 0.75in (19.1mm) core, 280/roll, 36/box | | | | |

| | | |
|---|---|---|
| HTS Code | : | 4821.90.2000 |
| Country of Origin | : | US |

**Shipment Information**

| | | |
|---|---|---|
| Shipping Point | : | Flowery Branch, GA, US |
| Ship Method | : | UPS GROUND |
| Delivery Number | : | 4394592 |
| Freight Terms | : | Prepay & Add |
| Terms of Delivery | : | FCA Shipping point |
| Orders Shipped With This Delivery | : | 20671429 |

| Tracking# | LPN | Height (IN) | Width (IN) | Length (IN) | Weight (KG/LB) | Cartons |
|---|---|---|---|---|---|---|
| 1Z6E84Y60301905720 | GA00092726-1 | 5 | 7 | 13 | 3.18 / 7.00 | 1 |
| 1Z6E84Y60301905739 | GA00092726-2-1 | 5 | 7 | 13 | 3.18 / 7.00 | 1 |

All orders are subject to Zebra's Standard Terms and Conditions ("Zebra's T&Cs") at the time the order was accepted by Zebra. Zebra's current T&Cs can be found at http://www.zebra.com/tcna. By placing an order and/or accepting delivery of the products or services identified on this invoice, customer agrees to be bound by and accepts Zebra's T&Cs, unless customer and Zebra have signed a separate agreement, in which case the separate agreement will govern.

| Total Goods | Total Shipping and Handling | Total Tax | Total USD |
|---|---|---|---|
| 107.96 | 19.92 | 0.00 | 127.88 |

Terms Of Payment: 30 Days Net                     Invoice Due Date: 21-Mar-2015
Please state with your payment Invoice Number : 100682945
Zebra's Tax Number : 02-0545884

**Please Remit Payment to:**
Zebra Technologies International, LLC
6048 Eagle Way
Chicago, IL 60678-1060

**Standard Register** ADVANCING YOUR REPUTATION

09/18/2015    13:01:11    PAGE 1 OF 1

HUNT REG MED CTR AT GREENVILLE
ATTN - RECEIVING
4215 JOE RAMSEY BLVD E
GREENVILLE    TX  75401-7852

SHIP TO:

MARK FOR:    IRELIA ENRIQUEZ

BILL TO:

STANDARD REGISTER
P.O. BOX 1167
DAYTON OHIO 45401
CATALOG PRODUCTS
D. HENZ

PURCHASE ORDER NO.:
LAB

VENDOR:
YCE ZEBRA TECHNOLOGIES C.

| SHIP TO NO. | SOLD TO NO. | SRC PO & BILL# |
|---|---|---|
| 1322626 | 1322626 | 2963784 |

REQUISITION NO.
SW C1322626MV186

USING COST CENTER NO.
AT

USING COST CENTER NAME
LAB

CUSTOMER'S PURCHASE ORDER NO.
LAB                                              AT

| ATTN: | FORM NAME AND/OR DESCRIPTION | FORM PAC / STORAGE BILL OF LADING | BILLING COST CENTER | WAREHOUSE LOCATION | ORDER NO. | CUSTOMER PURCHASE ORDER NO ORIGINAL SOLD TO | PRODUCT CODE |
|---|---|---|---|---|---|---|---|
| # | | | UNITS SHIPPED QTY. SHIPPED (IF DIFFERENT) | | | CONSECUTIVE NUMBER. | |
| 000 | 2" X 1.25" DT 280/RL ZTCLDR2AL5B LD-R2AL5B | SW C132262 | 2 | 54.60/CM | LAB 2699713 | | 628 |

Acct# 7501

SO# 20607429

2/19/15

AJS

1 of 2 pur

VIA: PREPAY & CHG / PREPAID
X

| FILLED BY | CARTONS / WEIGHT | CARRIER | DUPN UPCL DUPR | DFXG FXCL | TRK USPS | DATE SHIPPED | |
|---|---|---|---|---|---|---|---|

WAREHOUSE(HS)
SR ORD: E02181513

**Schutz, Amy**

| | |
|---|---|
| **From:** | DARLENE.HENZ@STANDARDREGISTER. <DArlene.henz@standardregister.com> |
| **Sent:** | Wednesday, February 18, 2015 2:49 PM |
| **To:** | ZebraOrders |
| **Cc:** | DARLENE.HENZ@STANDARDREGISTER. |
| **Subject:** | 02/18/15 2963784 |
| **Attachments:** | Document.pdf |

This document was digitally sent to you using an HP Digital Sending device.

SO# 2007l429
2of2 pur

1

UPS: Tracking Information

 **Proof of Delivery**                     ⊠ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z6E84Y60301905720 |
| Service: | UPS Ground |
| Weight: | 7.00 lbs |
| Shipped/Billed On: | 02/19/2016 |
| Delivered On: | 02/26/2016 10:32 A.M. |
| Delivered To: | GREENVILLE, TX, US |
| Signed By: | GREER |
| Left At: | Dock |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS: 04/03/2016 2:24 P.M. ET

⊠ Close Window

🖶 Print This Page

UPS: Tracking Information

 **Proof of Delivery**                    ✉ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z6E84Y60301905739 |
| Service: | UPS Ground |
| Weight: | 7.00 lbs |
| Shipped/Billed On: | 02/19/2015 |
| Delivered On: | 02/27/2015 10:48 A.M. |
| Delivered To: | GREENVILLE, TX, US |
| Signed By: | GREEN |
| Left At: | Dock |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2015 2:24 P.M.  ET

                                                    ✉ Close Window

🖨 Print This Page

...ustomer=&tracknum=1Z6E84Y603...

**ZEBRA** TECHNOLOGIES

Zebra Technologies International, LLC
333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

| | |
|---|---|
| Invoice Number | : 100683784 |
| Customer Number | : 7507 |

**Bill To:**
Standard Register Inc.
Attn:Gail Calhoun
600 Albany St
PO Box 1167
DAYTON, OH  45401
US

**Ship To:**
Massachusetts General Hospital
55 Fruit St
BOSTON, MA  02114
US

| | |
|---|---|
| Sales Order Number | : 20672406 |
| Customer PO | : 2964150 |
| End User PO | : MV245181 |
| Zebra Office | : Vernon Hills, IL |

| | |
|---|---|
| Invoice Date | : 20-Feb-2015 |
| Order Date | : 20-Feb-2015 |
| Final Destination | : United States |

| Line | Qty | Unit | Item / Description | Unit Price | Tax% | Tax | Amou |
|---|---|---|---|---|---|---|---|
| | | | | 39.0992 | 0.00 | 0.00 | 703. |
| 1.1 | 18 | RL | 05095BK11045 Resin Ribbon, 110mmx450m (4.33inx1476ft), 5095; High Performance, 25mm (1in) core, 6/box | | | | |

| | | |
|---|---|---|
| HTS Code | : | 3702.44.0160 |
| ECCN | : | EAR99 |
| Country of Origin | : | US |

**Shipment Information**

| | | |
|---|---|---|
| Shipping Point | : | Greenville, WI, US |
| Ship Method | : | UPS GROUND |
| Delivery Number | : | 4397054 |
| Freight Terms | : | Prepay & Add |
| Terms of Delivery | : | FCA Shipping point |
| Orders Shipped With This Delivery | : | 20672406 |

| Tracking# | LPN | Height (IN) | Width (IN) | Length (IN) | Weight (KG/LB) | Carton |
|---|---|---|---|---|---|---|
| 1Z5305E50319886375 | WI00286979 | 13 | 11 | 14 | 9.07 / 20.00 | 1 |

All orders are subject to Zebra's Standard Terms and Conditions ("Zebra's T&Cs") at the time the order was accepted by Zebra. Zebra's current T&C can be found at http://www.zebra.com/tcna. By placing an order and/or accepting delivery of the products or services identified on this invoice, the customer agrees to be bound by and accepts Zebra's T&Cs, unless customer and Zebra have signed a separate agreement, in which case the separate agreement will govern.

| Total Goods | Total Shipping and Handling | Total Tax | Total USD |
|---|---|---|---|
| 703.79 | 8.97 | 0.00 | 712.76 |

Invoice Due Date: 22-Mar-2015

Terms Of Payment: 30 Days Net
Please state with your payment Invoice Number : 100683784
Zebra's Tax Number : 02-0545884

**Please Remit Payment to:**
Zebra Technologies International, LLC
6048 Eagle Way
Chicago, IL 60678-1060

02/20/2015   06:33:58   PAGE  1 OF  1

**Standard Register**
ADVANCING YOUR REPUTATION

MASSACHUSETTS GENERAL HOSPITAL

VENDOR:
YCE ZEBRA TECHNOLOGIES C

| SHIP TO NO. | SOLD TO NO. | SRC PO & BILL |
|---|---|---|
| 1321936 | 7900201 | 2964150 |

SHIP TO:

55 FRUIT ST
BOSTON                    MA  02114-2621

MARK FOR:  LISLE PHILLIPS
LUNDER LL121A

REQUISITION NO.
SW C499MV245181

USING COST CENTER NO.

PURCHASE ORDER NO.:
MV245181

USING COST CENTER NAME

BILL TO:

STANDARD REGISTER
P.O. BOX 1167
DAYTON OHIO 45401
CATALOG PRODUCTS
D. HENZ

CUSTOMER'S PURCHASE ORDER NO.
MV245181

ATTN:

| # | FORM NAME AND/OR DESCRIPTION | BILLING COST CENTER | FORM PAC / STORAGE BILL OF LADING WAREHOUSE LOCATION | UNITS SHIPPED QTY. SHIPPED (IF DIFFERENT) | ORDER NO. | CUSTOMER PURCHASE ORDER NO. ORIGINAL SOLD TO | CONSECUTIVE NUMBER | PRODUCT CODE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MV245181 | | |
| 000 | 4.33 X 1476 RESIN TTR ZTC5095BK11045 05095BK11045 | SW C499MV2 | | 18 | 39.10/RB | 2719314 | 632 | |

Acc# 7507

80# 20072406

2/20/15

AOS

1 of 2 pur

| | | VIA | PREPAY & CHG | PREPAID |
|---|---|---|---|---|
| | | | | X |

| | | | CARRIER DUPN UPCL DUPR | DPXO FXCL | TRK USPS | DATE SHIPPED |
|---|---|---|---|---|---|---|

FILLED BY

CARTONS / WEIGHT

WAREHOUSE INST.
SR ORD: E02201506

**Schutz, Amy**

| | |
|---|---|
| **From:** | Henz, Darlene <Darlene.Henz@standardregister.com> |
| **Sent:** | Friday, February 20, 2015 10:24 AM |
| **To:** | ZebraOrders |
| **Subject:** | FW: 02/20/15 2964135 2964143 2964150 |
| **Attachments:** | Document.pdf |
| | |
| **Importance:** | High |

DARLENE HENZ
Supplies Order Support
Standard Register
Office: 937-221-1128 | Fax: 937-221-1395 standardregister.com Advancing Your Reputation

Confidentiality Notice: This email message, including all attachments, is for the sole use of the intended recipient(s) and may contain confidential information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This document was digitally sent to you using an HP Digital Sending device.

UPS: Tracking Information

 **Proof of Delivery**                    ⊠ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z6305E60319886376 |
| Service: | UPS Ground |
| Weight: | 20.00 lbs |
| Shipped/Billed On: | 02/20/2015 |
| Delivered On: | 02/25/2015 7:22 A.M. |
| Delivered To: | BOSTON, MA, US |
| Signed By: | JOSEPH |
| Left At: | Inside Delivery |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS: 04/03/2016 2:27 P.M.  ET

⊠ Close Window

◻ Print This Page



**Zebra Technologies International, LLC**
333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

| | | |
|---|---|---|
| **Invoice Number** | : | 100683823 |
| **Customer Number** | : | 7507 |

**Bill To:**
Standard Register Inc.
Attn:Gail Calhoun
600 Albany St
PO Box 1167
DAYTON, OH  45401
US

**Ship To:**
Quest
1026 W Elizabeth Ave
LINDEN, NJ  07036
US

| | | |
|---|---|---|
| Invoice Date | : | 20-Feb-2015 |
| Order Date | : | 20-Feb-2015 |
| Final Destination | : | United States |

| | | |
|---|---|---|
| Sales Order Number | : | 20672403 |
| Customer PO | : | 2964143 |
| End User PO | : | 6250136089 |
| Zebra Office | : | Vernon Hills, IL |

| Line | Qty | Unit | Item / Description | Unit Price | Tax% | Tax | Amount |
|---|---|---|---|---|---|---|---|
| 1.1 | 1 | CS | 10015341 | 91.2492 | 0.00 | 0.00 | 91.25 |
| | | | Label, Paper, 2.25x1.25in (57.2x31.8mm); DT, Z-Select 4000D, High Performance Coated, All-Temp Adhesive, 1in (25.4mm) core, 2100/roll, 12/box | | | | |

| | | |
|---|---|---|
| HTS Code | : | 4821.90.2000 |
| ECCN | : | EAR99 |
| Country of Origin | : | US |

**Shipment Information**

| | | |
|---|---|---|
| Shipping Point | : | Greenville, WI, US |
| Ship Method | : | FEDEX GROUND |
| Delivery Number | : | 4398130 |
| Freight Terms | : | Third Party Billing |
| Terms of Delivery | : | FCA Shipping point |
| Orders Shipped With This Delivery | : | 20672403 |

| Tracking# | LPN | Height (IN) | Width (IN) | Length (IN) | Weight (KG/LB) | Cartons |
|---|---|---|---|---|---|---|
| 026795978017775 | WI00286991 | 5 | 10 | 15 | 8.62 / 19.00 | 1 |

All orders are subject to Zebra's Standard Terms and Conditions ("Zebra's T&Cs") at the time the order was accepted by Zebra. Zebra's current T&Cs can be found at http://www.zebra.com/tona. By placing an order and/or accepting delivery of the products or services identified on this invoice, customer agrees to be bound by and accepts Zebra's T&Cs, unless customer and Zebra have signed a separate agreement, in which case the separate agreement will govern.

| Total Goods | Total Shipping and Handling | Total Tax | Total USD |
|---|---|---|---|
| 91.25 | 0.00 | 0.00 | 91.25 |

Terms Of Payment: 30 Days Net

Invoice Due Date: 22-Mar-2015

Please state with your payment Invoice Number : 100683823
Zebra's Tax Number : 02-0545884

**Please Remit Payment to:**
Zebra Technologies International, LLC
6048 Eagle Way
Chicago, IL 60678-1060

**Standard Register**
ADVANCING YOUR REPUTATION

12/20/2015    06:20:47    PAGE 1 OF 1

| VENDOR: | | |
|---|---|---|
| YCE ZEBRA TECHNOLOGIES C | | |
| SHIP TO NO. | SOLD TO NO. | SRC PO & BLS |
| 0000000 | 9340246 | 2964143 |
| REQUISITION NO. | | |
| SW C193MV208600 | | |
| USING COST CENTER NO. | | |
| | 10 | |
| USING COST CENTER NAME | | |
| CUSTOMER'S PURCHASE ORDER NO. | | 10 |
| 6250136089 | | |

SHIP TO:
QUEST-1026 W ELIZABETH AVE
1026 W ELIZABETH AVE
NJ  07036-0000

LINDEN

MARK FOR:

PURCHASE ORDER NO.
6250136089

BILL TO:
STANDARD REGISTER
P.O. BOX 1167
DAYTON OHIO 45401
CATALOG PRODUCTS
D. HENZ

| CUSTOMER PURCHASE ORDER NO. | |
|---|---|
| ORIGINAL SOLD TO | PRODUCT CODE |
| 6250136089 | |

FORM PAC / STORAGE
BILL OF LADING

| # | FORM NAME AND/OR DESCRIPTION | BILLING COST CENTER | UNITS SHIPPED QTY. SHIPPED (IF DIFFERENT) | WAREHOUSE LOCATION | ORDER NO. | CONSECUTIVE NUMBER | PRODUCT CODE |
|---|---|---|---|---|---|---|---|
| 000 | 2.25X1.25 ZSELECT 4000D | SW C193MV2 | | 91.500/BX | 2719288 | 6.28 | |
| | ZTC10015341 | | 1 B | | | | |
| | 10015341 | | | | | | |

Acct# 7507
80# 20672403
2/20/15
AOS
TOP2 PUR

NOTE

- Ship 3rd Party -
Billing: Quest, 7240 Goodlett Farms, Ste 110
Cordova, TN 38016
LTL=FXFE
SML PKG use FEDEX ACCT # 175561552

| | VIA | PREPAY & CHG | PREPAID | COLLE |
|---|---|---|---|---|
| | | | | X |

| | | DUPN | DFXG. | TRK | | FREIGHT C |
|---|---|---|---|---|---|---|
| | | UPCI. | FXCI. | USPS. | DATE SHIPPED | AND CHARC |
| | | DUPR | | | | |

| FILLED BY | | CARTONS / WEIGHT | CARRIER | | | | |
|---|---|---|---|---|---|---|---|

WAREHOUSE INSTR.
SR ORD: E02201506
0-299 LBS=FEXG(NO ATR) ACCT #17556
1552. 300-7999 LBS=EXPEDITORS. 80

1552. 300-7999 LBS=EXPEDITORS. 80

**Schutz, Amy**

| | |
|---|---|
| **From:** | Henz, Darlene <Darlene.Henz@standardregister.com> |
| **Sent:** | Friday, February 20, 2015 10:24 AM |
| **To:** | ZebraOrders |
| **Subject:** | FW: 02/20/15 2964135 2964143 2964150 |
| **Attachments:** | Document.pdf |
| | |
| **Importance:** | High |

DARLENE HENZ
Supplies Order Support
Standard Register
Office: 937-221-1128  |  Fax: 937-221-1395 standardregister.com Advancing Your Reputation

Confidentiality Notice: This email message, including all attachments, is for the sole use of the intended recipient(s) and may contain confidential information. Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This document was digitally sent to you using an HP Digital Sending device.

1



**ZEBRA** TECHNOLOGIES

**Zebra Technologies International, LLC**
333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

| | |
|---|---|
| Invoice Number | : 100683923 |
| Customer Number | : 7507 |

**Bill To:**
Standard Register Inc.
Attn: Gail Calhoun
600 Albany St
PO Box 1167
DAYTON, OH 45401
US

**Ship To:**
Quest-Miami
10200 Commerce Pkwy
MIRAMAR, FL 33025
US

| | |
|---|---|
| Invoice Date | : 20-Feb-2015 |
| Order Date | : 20-Feb-2015 |
| Final Destination | : United States |

| | |
|---|---|
| Sales Order Number | : 20672398 |
| Customer PO | : 2964135 |
| End User PO | : 3950115184 |
| Zebra Office | : Vernon Hills, IL |

| Line | Qty | Unit | Item / Description | Unit Price | Tax% | Tax | Amoun |
|---|---|---|---|---|---|---|---|
| | | | | 153.3924 | 0.00 | 0.00 | 153.3 |
| 1.1 | 1 | CS | 10015347 | | | | |
| | | | Label, Paper, 4x6In (101.6x152.4mm); DT, Z-Select 4000D, High Performance Coated, All-Temp Adhesive, 1in (25.4mm) core, 475/roll, 12/box | | | | |

| | |
|---|---|
| HTS Code | : 4821.90.2000 |
| Country of Origin | : US |

**Shipment Information**

| | |
|---|---|
| Shipping Point | : Flowery Branch, GA, US |
| Ship Method | : FEDEX GROUND |
| Delivery Number | : 4397527 |
| Freight Terms | : Third Party Billing |
| Terms of Delivery | : FCA Shipping point |
| Orders Shipped With This Delivery | : 20672398 |

| Tracking# | LPN | Height (IN) | Width (IN) | Length (IN) | Weight (KG/LB) | Cartons |
|---|---|---|---|---|---|---|
| 770875072006456 | GA00092846 | 10 | 10 | 15 | 9.98 / 22.00 | 1 |

All orders are subject to Zebra's Standard Terms and Conditions ("Zebra's T&Cs") at the time the order was accepted by Zebra. Zebra's current T&Cs can be found at http://www.zebra.com/tcna. By placing an order and/or accepting delivery of the products or services identified on this invoice, customer agrees to be bound by and accepts Zebra's T&Cs, unless customer and Zebra have signed a separate agreement, in which case the separate agreement will govern.

| Total Goods | Total Shipping and Handling | Total Tax | Total USD |
|---|---|---|---|
| 153.39 | 0.00 | 0.00 | 153.39 |

Invoice Due Date: 22-Mar-2015

Terms Of Payment: 30 Days Net
Please state with your payment Invoice Number : 100683923
Zebra's Tax Number : 02-0545884

**Please Remit Payment to:**
Zebra Technologies International, LLC
6048 Eagle Way
Chicago, IL 60678-1060

**Standard Register**
ADVANCING YOUR REPUTATION

| VENDOR: | | |
|---|---|---|
| YCE ZEBRA TECHNOLOGIES C. | | |
| SHIP-TO NO. | SOLD TO NO. | SRC PO & Bill # |
| 0000000 | 9340246 | 2964135 |

REQUISITION NO:
SW C193MV209575

USING COST CENTER NO:         10

USING COST CENTER NAME:

CUSTOMER'S PURCHASE ORDER NO:                              10
3950115184

SHIP TO:
QUEST-MIAMI
10200 COMMERCE PKWY

FL  33025-0000

MIRAMAR

MARK FOR:

PURCHASE ORDER NO.:
3950115184

BILL TO:
STANDARD REGISTER
P.O. BOX 1167
DAYTON OHIO 45401
CATALOG PRODUCTS
D. HENZ

FORM PAC / STORAGE
BILL OF LADING

| | | CUSTOMER PURCHASE ORDER NO: | | |
|---|---|---|---|---|
| | | ORIGINAL SOLD TO | | PRODUCT CODE |

| ATTN: | | | | | | |
|---|---|---|---|---|---|---|
| | FORM NAME AND/OR DESCRIPTION | BILLING COST CENTER | UNITS SHIPPED QTY. SHIPPED (IF DIFFERENT) | WAREHOUSE LOCATION | ORDER NO. CONSECUTIVE NUMBER | |
| # | | | SW C193MV2 | | 3950115184 | |
| 0.00 | | | | | 2719279 | 628 |
| | 4X6 ZSELECT, 4000D LBL | | 1 U | 153.36/BX | | |
| | ZTC10015347 | | | | | |
| | 10015347 | | | | | |

Acct# 7507 NOTE

SO# 206773901

2/20/5      - Ship 3rd Party -

AS    Billing: Quest, 7240 Goodlett Farms, Ste 110
                 Cordova, TN 38016
1of2 pull              LTL=FXFE
         SML PKG use FEDEX ACCT # 175561552

| | | | | | VIA | PREPAY & CHG | PREPAID | CO |
|---|---|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | CARRIER | DUPN UPCL DUPR | DFXQ FXCL | TRK USPS | DATE SHIPPED |

| FILLED BY | | CARTONS / WEIGHT | | |
|---|---|---|---|---|

WAREHOUSE LIST:
SR ORD: EO2201506
0-299 LBS=FEXG (NO AIR) ACCT #17556
1552, 300-7999 LBS=EXPEDITORS, 80

1552, 300-7999 LBS=EXPEDITORS, 80

**Schutz, Amy**

| | |
|---|---|
| From: | Henz, Darlene <Darlene.Henz@standardregister.com> |
| Sent: | Friday, February 20, 2015 10:24 AM |
| To: | ZebraOrders |
| Subject: | FW: 02/20/15 2964135 2964143 2964150 |
| Attachments: | Document.pdf |
| Importance: | High |

DARLENE HENZ
Supplies Order Support
Standard Register
Office: 937-221-1128 | Fax: 937-221-1395 standardregister.com Advancing Your Reputation

Confidentiality Notice: This email message, including all attachments, is for the sole use of the intended recipient(s) and may contain confidential information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This document was digitally sent to you using an HP Digital Sending device.

SO# 20072398
2 of 2 pur

1



My Profile | Support | Locations | ☰ English ▾   (Search GO)

👤 Login

# FedEx

Ship ▾ | Track ▾ | Manage ▾ | Learn ▾ | ✱ FedEx Office ▾

## FedEx ® Tracking

**770875072006456**

Ship (P/U) date :
Fri 2/20/2016.

Flowery Branch, GA US

➤➤➤✓

**Delivered**
Signed for by: ABEE

Actual delivery
Tues 2/24/2015 1:20 pm

Miramar, FL US

### Travel History

| Date/Time | Activity | Location |
|---|---|---|
|  |  | Holywood, FL |
| ▾ 2/24/2015 - Tuesday |  | POMPANO BEACH, FL |
| 1:20 pm | Delivered | POMPANO BEACH, FL |
| 4:24 am | On FedEx vehicle for delivery | POMPANO BEACH, FL |
| 4:12 am | Arrived at FedEx location |  |
| 4:10 am | At local FedEx facility | ORLANDO, FL |
| ▾ 2/23/2015 - Monday |  | ORLANDO, FL |
| 6:35 pm | Departed FedEx location |  |
| 4:33 pm | Arrived at FedEx location | ATHENS, GA |
| ▾ 2/21/2015 - Saturday |  |  |
| 1:15 am | Left FedEx origin facility | ATHENS, GA |
| ▾ 2/20/2015 - Friday |  |  |
| 9:07 pm | Arrived at FedEx location | ATHENS, GA |
| 5:38 pm | Shipment information sent to FedEx |  |
| 5:16 pm | Picked up |  |

### Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | 770875072006456 | Service | FedEx Ground |
| Reference | 4397527 | Weight | 22 lbs / 9.98 kgs |
| Dimensions | 16x0x9 in. | Total pieces | 1 |
| Invoice number | 3222589 | Shipment ID | 770875072006456 |
| Packaging | Package | | |

(Search GO)

🇺🇸 United States - Englis

# FedEx

Follow FedEx
[f] [✖] [🅱] [in]

**Customer Focus**
New Customer Center
Small Business Center
Service Guide
Customer Support

**Company Information**
About FedEx
Careers
Investor Relations

**Featured Services**
FedEx One Rate
FedEx SameDay
FedEx Home Delivery
Healthcare Solutions
Online Retail Solutions
Packaging Services
Ancillary Clearance Services

**Other Resources**
FedEx Compatible
Developer Resource Center
FedEx Ship Manager Software
FedEx Mobile

**Companies**
FedEx Express
FedEx Ground
FedEx Office
FedEx Freight
FedEx Custom Critical
FedEx Trade Networks
FedEx SupplyChain
FedEx TechConnect

Global Home | Site Map | fedex.com Terms of Use | Security and Pr

© FedEx 1995-2015

**ZEBRA** TECHNOLOGIES

**Zebra Technologies International, LLC**
333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

| | | |
|---|---|---|
| Invoice Number | : | 100685521 |
| Customer Number | : | 7507 |

**Bill To:**
Standard Register Inc.
Attn: Gail Calhoun
600 Albany St
PO Box 1167
DAYTON, OH  45401
US

**Ship To:**
Univ of Wisc Hospital & Clinics
600 Highland Ave
MADISON, WI  53792
US

| | | |
|---|---|---|
| Invoice Date | : | 24-Feb-2015 |
| Order Date | : | 24-Feb-2015 |
| Final Destination | : | United States |

| | | |
|---|---|---|
| Sales Order Number | : | 20674380 |
| Customer PO | : | 2964646 |
| End User PO | : | OR11209766 |
| Zebra Office | : | Vernon Hills, IL |

| Line | Qty | Unit | Item / Description | Unit Price | Tax% | Tax | Amount |
|---|---|---|---|---|---|---|---|
| | | | | 210.9744 | 0.00 | 0.00 | 210.9 |
| 1.1 | 1 | CS | 18950 | | | | |
| | | | Label, Polyester, 4x2in (101.6x50.8mm); TT, Z-Ultimate 3000T White, High Performance Coated, Permanent Adhesive, 1in (25.4mm) core, 1340/roll, 4/box | | | | |

| | | |
|---|---|---|
| HTS Code | : | 3919.10.2055 |
| ECCN | : | EAR99 |
| Country of Origin | : | US |

**Shipment Information**

| | | |
|---|---|---|
| Shipping Point | : | Greenville, WI, US |
| Ship Method | : | UPS GROUND |
| Delivery Number | : | 4403045 |
| Freight Terms | : | Prepay & Add |
| Terms of Delivery | : | FCA Shipping point |
| Orders Shipped With This Delivery | : | 20674380 |

| Tracking# | LPN | Height (IN) | Width (IN) | Length (IN) | Weight (KG/LB) | Carton |
|---|---|---|---|---|---|---|
| 1Z5305E50319898522 | WI00287790 | 5 | 11 | 11 | 5.44 / 12.00 | 1 |

All orders are subject to Zebra's Standard Terms and Conditions ("Zebra's T&Cs") at the time the order was accepted by Zebra. Zebra's current T&C can be found at http://www.zebra.com/tcna. By placing an order and/or accepting delivery of the products or services identified on this invoice, the customer agrees to be bound by and accepts Zebra's T&Cs, unless customer and Zebra have signed a separate agreement, in which case the separate agreement will govern.

| Total Goods | Total Shipping and Handling | Total Tax | Total USD |
|---|---|---|---|
| 210.97 | 7.27 | 0.00 | 218.24 |

Invoice Due Date: 26-Mar-2015

Terms Of Payment: 30 Days Net
Please state with your payment Invoice Number : 100685521
Zebra's Tax Number : 02-0545884

**Please Remit Payment to:**
Zebra Technologies International, LLC
6048 Eagle Way
Chicago, IL  60678-1060

**Standard Register**
ADVANCING YOUR REPUTATION

YCE ZEBRA TECHNOLOGIES C

| SHIP TO NO. | SOLD TO NO. | SRC PO & Bill # |
|---|---|---|
| 8842272 | 8842302 | 2964646 |

UNIV OF WISC HOSPITAL & CLINICS

SHIP TO:

600 HIGHLAND AVE
MADISON                          WI  53792-0001

MARK FOR:   D4/136
RECEIVING PO OR11209766

REQUISITION NO.
OR11209766

USING COST CENTER NO.

PURCHASE ORDER NO:
OR11209766

USING COST CENTER NAME

BILL TO:

STANDARD REGISTER
P.O. BOX 1167
DAYTON OHIO 45401
CATALOG PRODUCTS
D. HENZ

CUSTOMER'S PURCHASE ORDER NO.
OR11209766

ATTN:

FORM PAC / STORAGE
BILL OF LADING

| # | FORM NAME AND/OR DESCRIPTION | BILLING COST CENTER:<br>UNITS SHIPPED<br>QTY. SHIPPED,<br>(IF DIFFERENT) | WAREHOUSE LOCATION | ORDER NO.<br>CONSECUTIVE NUMBER | ORIGINAL SOLD TO<br>OR11209766 | PRODUCT CODE |
|---|---|---|---|---|---|---|
| 01 | 4"X2" LABEL 1" CORE, PERF OR11209766<br>ZTC18950<br>18950 | 1 M | | 2744930 | 210.96/CM | 6.28 |

Acct# 7507

SO# 70074380

2/24/15

AOS

1 of 2 pur

| | | | VIA | PREPAY & CHG. | PREPAID |
|---|---|---|---|---|---|
| | | | | | X |

| FILLED BY | CARTONS / WEIGHT. | CARRIER  DUPN<br>UPCL<br>DUPR | DPXG<br>FKCL | TRK<br>USPS | DATE SHIPPED. |
|---|---|---|---|---|---|

WAREHOUSE INST:
SR ORD: DYKSHAW

**Schutz, Amy**

| | |
|---|---|
| **From:** | DARLENE.HENZ@STANDARDREGISTER. <DArlene.henz@standardregister.com> |
| **Sent:** | Tuesday, February 24, 2015 12:59 PM |
| **To:** | ZebraOrders |
| **Cc:** | DARLENE.HENZ@STANDARDREGISTER. |
| **Subject:** | 02/24/15 2964646 2964664 |
| **Attachments:** | Document.pdf |

This document was digitally sent to you using an HP Digital Sending device.

SO#2064741380
2of2 pur

 **Proof of Delivery**                    ⊠ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z5305E50319898522 |
| Service: | UPS Ground |
| Weight: | 12.00 lbs |
| Shipped/Billed On: | 02/24/2015 |
| Delivered On: | 02/25/2015 10:40 A.M. |
| Delivered To: | MADISON, WI, US |
| Signed By: | DENNIS |
| Left At: | Dock |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2015 2:32 P.M.  ET

                    ⊠ Close Window

🖶 Print This Page

**ZEBRA TECHNOLOGIES**

**Zebra Technologies International, LLC**
333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

| | | |
|---|---|---|
| **Invoice Number** | : | 100685586 |
| **Customer Number** | : | 7507 |

**Bill To:**
Standard Register Inc.
Attn: Gail Calhoun
600 Albany St
PO Box 1167
DAYTON, OH  45401
US

**Ship To:**
Saint Michaels Medical Center
111 Central Ave
NEWARK, NJ  07102
US

| | | |
|---|---|---|
| Invoice Date | : | 24-Feb-2015 |
| Order Date | : | 24-Feb-2015 |
| Final Destination | : | United States |

| | | |
|---|---|---|
| Sales Order Number | : | 20674242 |
| Customer PO | : | 2964664 |
| End User PO | : | MV4870 |
| Zebra Office | : | Vernon Hills, IL |

| Line | Qty | Unit | Item / Description | Unit Price | Tax% | Tax | Amount |
|------|-----|------|--------------------|-----------|------|-----|--------|
| | | | | 156.6064 | 0.00 | 0.00 | 156.6 |
| 1.1 | 1 | CS | 74569 | | | | |
| | | | Label, Paper, 3x1in (76.2x25.4mm); DT, Z-Select 4000D, High Performance Coated, All-Tem | | | | |
| | | | Adhesive, 3in (76.2mm) core, 5120/roll, 6/box | | | | |

| | | |
|---|---|---|
| HTS Code | : | 4821.90.2000 |
| ECCN | : | EAR99 |
| Country of Origin | : | US |

**Shipment Information**

| | | |
|---|---|---|
| Shipping Point | : | Greenville, WI, US |
| Ship Method | : | FEDEX GROUND |
| Delivery Number | : | 4404761 |
| Freight Terms | : | Prepay & Add |
| Terms of Delivery | : | FCA Shipping point |
| Orders Shipped With This Delivery | : | 20674242 |

| Tracking# | LPN | Height (IN) | Width (IN) | Length (IN) | Weight (KG/LB) | Carton |
|-----------|-----|-------------|------------|-------------|----------------|--------|
| | | 11 | 8 | 16 | 11.34 / 25.00 | 1 |
| 026795978021918 | WI00287754 | | | | | |

All orders are subject to Zebra's Standard Terms and Conditions ("Zebra's T&Cs") at the time the order was accepted by Zebra. Zebra's current T&C can be found at http://www.zebra.com/tcna. By placing an order and/or accepting delivery of the products or services identified on this invoice, customer agrees to be bound by and accepts Zebra's T&Cs, unless customer and Zebra have signed a separate agreement, in which case the separate agreement will govern.

| Total Goods | Total Shipping and Handling | Total Tax | Total USD |
|-------------|----------------------------|-----------|-----------|
| 156.61 | 9.69 | 0.00 | 166.30 |

Invoice Due Date: 26-Mar-2015

Terms Of Payment: 30 Days Net
Please state with your payment Invoice Number : 100685586
Zebra's Tax Number : 02-0545884

**Please Remit Payment to:**
Zebra Technologies International, LLC
6048 Eagle Way
Chicago, IL 60678-1060

## Standard Register
ADVANCING YOUR REPUTATION

SAINT MICHAELS MEDICAL CENTER

SHIP TO:

111 CENTRAL AVE
NEWARK                    NJ  07102-1909

MARK FOR:  DIANA BROADY
A8, 8TH FLOOR

BILL TO:

STANDARD REGISTER        PURCHASE ORDER NO.;
P.O. BOX 1167            MV4870
DAYTON OHIO 45401
CATALOG PRODUCTS
D. HENZ

| VENDOR: | | |
|---|---|---|
| YCE ZEBRA TECHNOLOGIES C | | |
| SHIP TO NO. | SOLD TO NO. | SRC PO & BILL# |
| 1164475 | 1296041 | 2964664 |
| REQUISITION NO. | | |
| SW C2870MV4870 | | |
| USING COST CENTER NO. | | |
| | | |
| USING COST CENTER NAME | | |
| | | |
| CUSTOMER & PURCHASE ORDER NO. | | |
| MV4870 | | |

FORM PAC / STORAGE
BILL OF LADING

ATTN:

| # | FORM NAME AND/OR DESCRIPTION | BILLING COST CENTER UNITS SHIPPED QTY. SHIPPED (IF DIFFERENT) | WAREHOUSE LOCATION | ORDER NO. | CUSTOMER PURCHASE ORDER NO ORIGINAL SOLD TO CONSECUTIVE NUMBER | PRODUCT CODE |
|---|---|---|---|---|---|---|
| 000 | 3X1 DT Z-SELECT 4000D 3"C  SW C2870MV | | | MV4870 | | |
| | ZTC74569 | 1 | 156.60/EA | 8745044 | 628 | |
| | 74569 | | | | | |

Acct# 7507

SO#201674242

2/24/15

AJS

1 of 2 pur

| | | | | VIA | PREPAY & CHG | PREPAID | | COLLECT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | .X | | |

| FILLED BY | CARTONS / WEIGHT | CARRIER | DUPN UPCL DUPR | DPKG FXCL | TRK USPS | DATE SHIPPED | FREIGHT CHARGE/ MISC CHARGE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

WAREHOUSE DIST.
SR ORD: E02241509

**Schutz, Amy**

| | |
|---|---|
| **From:** | DARLENE.HENZ@STANDARDREGISTER. <DArlene.henz@standardregister.com> |
| **Sent:** | Tuesday, February 24, 2015 12:59 PM |
| **To:** | ZebraOrders |
| **Cc:** | DARLENE.HENZ@STANDARDREGISTER. |
| **Subject:** | 02/24/15 2964646 2964664 |
| **Attachments:** | Document.pdf |

This document was digitally sent to you using an HP Digital Sending device.

80#20674242
2of2 pur

Track your package or shipment with FedEx Tracking



My Profile | Support | Locations | English ▾ | Search ⊕

FedEx®    Ship ▾   Track ▾   Manage ▾   Learn ▾   ✱ FedEx Office ▾        👤 Login

## FedEx ® Tracking

**026795978021918**

Ship (P/U) date :
Tues 2/24/2015

GREENVILLE, WI US

➤➤➤✓
**Delivered**
Signed for by: ATROVATO

Actual delivery :
Thur 2/26/2015 11:28 am

Newark, NJ US

### Travel History

| ▲ Date/Time | Activity | Location |
|---|---|---|
| **2/26/2015 - Thursday** | | Newark, NJ |
| 11:28 am | Delivered | KEASBEY, NJ |
| 4:18 am | On FedEx vehicle for delivery | KEASBEY, NJ |
| 4:13 am | Arrived at FedEx location | KEASBEY, NJ |
| 4:11 am | At local FedEx facility | |
| **2/25/2015 - Wednesday** | | |
| 4:52 pm | In transit | LOGANTON, PA |
| 3:46 am | Departed FedEx location | CHICAGO, IL |
| 1:03 am | Arrived at FedEx location | CHICAGO, IL |
| **2/24/2015 - Tuesday** | | |
| 8:23 pm | Left FedEx origin facility | OSHKOSH, WI |
| 6:40 pm | Arrived at FedEx location | OSHKOSH, WI |
| 5:42 pm | Shipment information sent to FedEx | OSHKOSH, WI |
| 5:15 pm | Picked up | |

### Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | 026795978021918 | Service | FedEx Ground |
| Reference | 4404761 | Weight | 25 lbs / 11.34 kgs |
| Dimensions | 19x11x8 in. | Total pieces | 1 |
| Invoice number | 3229224 | Shipment ID | 026795978021918 |
| Packaging | Package | | |

FedEx®

Search ⊕

🇺🇸 United States - English

**Customer Focus**
New Customer Center
Small Business Center
Service Guide
Customer Support

**Company Information**
About FedEx
Careers
Investor Relations

**Featured Services**
FedEx One Rate
FedEx SameDay
FedEx Home Delivery
Healthcare Solutions
Online Retail Solutions
Packaging Services
Ancillary Clearance Services

**Other Resources**
FedEx Compatible
Developer Resource Center
FedEx Ship Manager Software
FedEx Mobile

**Companies**
FedEx Express
FedEx Ground
FedEx Office
FedEx Freight
FedEx Custom Critical
FedEx Trade Networks
FedEx SupplyChain
FedEx TechConnect

Follow FedEx
f 𝕏 ▶ in

Global Home | Site Map | fedex.com Terms of Use | Security and Privacy

© FedEx 1995-2015



**Zebra Technologies International, LLC**
333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

| | |
|---|---|
| **Invoice Number** | : 100686482 |
| **Customer Number** | : 7507 |

**Bill To:**
Standard Register Inc.
Attn: Gail Calhoun
600 Albany St
PO Box 1167
DAYTON, OH  45401
US

**Ship To:**
Hunt Reg Med Ctr at Greenville
4215 Joe Ramsey Blvd E
GREENVILLE, TX  75401
US

| | |
|---|---|
| Invoice Date | : 25-Feb-2015 |
| Order Date | : 25-Feb-2015 |
| Final Destination | : United States |

| | |
|---|---|
| Sales Order Number | : 20675258 |
| Customer PO | : 2964935 |
| End User PO | : 01.4500 |
| Zebra Office | : Vernon Hills, IL |

| Line | Qty | Unit | Item / Description | Unit Price | Tax% | Tax | Amount |
|---|---|---|---|---|---|---|---|
| 1.1 | 3 | CS | 10010951K | 260.8200 | 0.00 | 0.00 | 782.46 |
| | | | Wristband, Polypropylene, 1x11in (25.4x279.4mm); Direct thermal, Z-Band Comfort, Adhesive closure, HC100 cartridge, 300/roll, 6/box | | | | |

| | | |
|---|---|---|
| HTS Code | : | 3919.10.2055 |
| ECCN | : | EAR99 |
| Country of Origin | : | US |

**Shipment Information**

| | | |
|---|---|---|
| Shipping Point | : | Greenville, WI, US |
| Ship Method | : | FEDEX GROUND |
| Delivery Number | : | 4407717 |
| Freight Terms | : | Prepay & Add |
| Terms of Delivery | : | FCA Shipping point |
| Orders Shipped With This Delivery | : | 20675258 |

| Tracking# | LPN | Height (IN) | Width (IN) | Length (IN) | Weight (KG/LB) | Cartons |
|---|---|---|---|---|---|---|
| 026795978024933 | WI00288104 | 15 | 12 | 21 | 8.16 / 18.00 | 1 |

All orders are subject to Zebra's Standard Terms and Conditions ("Zebra's T&Cs") at the time the order was accepted by Zebra. Zebra's current T&Cs can be found at http://www.zebra.com/tcna. By placing an order and/or accepting delivery of the products or services identified on this invoice, customer agrees to be bound by and accepts Zebra's T&Cs, unless customer and Zebra have signed a separate agreement, in which case the separate agreement will govern.

| **Total Goods** | **Total Shipping and Handling** | **Total Tax** | **Total USD** |
|---|---|---|---|
| 782.46 | 10.78 | 0.00 | 793.24 |

Terms Of Payment: 30 Days Net
Please state with your payment Invoice Number : 100686482
Zebra's Tax Number : 02-0645884

Invoice Due Date: 27-Mar-2015

**Please Remit Payment to:**
Zebra Technologies International, LLC
6048 Eagle Way
Chicago, IL 60678-1060

**Standard Register** ADVANCING YOUR REPUTATION

02/25/2016   10:04:35 PAGE: 1 OF 1

SHIP TO:

HUNT REG MED CTR AT GREENVILLE
ATTN - RECEIVING
4215 JOE RAMSEY BLVD E
GREENVILLE          TX  75401-7852

MARK FOR:  ER   SUE/TAMMY

BILL TO:

STANDARD REGISTER
P.O. BOX 1167
DAYTON OHIO 45401
CATALOG PRODUCTS
D. HENZ

PURCHASE ORDER NO.:
01.4500

| VENDOR: | | |
|---|---|---|
| YCE ZEBRA TECHNOLOGIES C | | |
| SHIP TO NO. 1322626 | SOLD TO NO. 1322626 | BRC PO & BIL# 2964935 |
| REQUISITION NO. SW C1322626MV186 | | |
| USING COST CENTER NO. | AT | |
| USING COST CENTER NAME | | |
| CUSTOMER'S PURCHASE ORDER NO. 01.4500 | | AT |

| ATTN: | FORM PAC / STORAGE BILL OF LADING | | | | CUSTOMER PURCHASE ORDER NO. | |
|---|---|---|---|---|---|---|
| # | FORM NAME AND/OR DESCRIPTION | BILLING COST CENTER | UNITS SHIPPED QTY. SHIPPED (IF DIFFERENT) | WAREHOUSE LOCATION | ORDER NO. | ORIGINAL SOLD TO | PRODUCT CODE CONSECUTIVE NUMBER |
| 000 | 1X11 HC100 COMFORT WHITE ZTC10010951K 100109551K | SW C132262 | 3 | 260.82/84 | 01.4500 2767773 | 600 |
| | Acct# 7507 | | | | | |
| | 80#20675258 | | | | | |
| | 2/25/16 | | | | | |
| | AJS | | | | | |
| | 10#2pur | | | | | |

| | | | | | VIA | PREPAY & CHG | PREPAID | COLLECT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | X | |

| FILLED BY | CARTONS / WEIGHT | CARRIER | DUPN UPCL DUPR | DFXG FXCL | TRK USPS | DATE SHIPPED | FREIGHT CHARGES ADD CHARGE |
|---|---|---|---|---|---|---|---|

WAREHOUSE INST:
SR ORD: E02251510

**Schutz, Amy**

| | |
|---|---|
| **From:** | DARLENE.HENZ@STANDARDREGISTER. <DArlene.henz@standardregister.com> |
| **Sent:** | Wednesday, February 25, 2015 9:40 AM |
| **To:** | ZebraOrders |
| **Cc:** | DARLENE.HENZ@STANDARDREGISTER. |
| **Subject:** | 02/25/15 2964935 |
| **Attachments:** | Document.pdf |

This document was digitally sent to you using an HP Digital Sending device.

SO# 20675258
2of2 pur



FedEx® Tracking

**026795978024933**

Ship (P/U) date :
Wed 2/25/2015

GREENVILLE, WI US

Actual delivery :
Tues 3/03/2015 10:29 am

Greenville, TX US

**Delivered**
Signed for by: LGREER

## Travel History

| Date/Time | Activity | Location |
|---|---|---|
| **3/03/2015 - Tuesday** | | Greenville, TX |
| 10:29 am | Delivered | SHERMAN, TX |
| 4:47 am | On FedEx vehicle for delivery | SHERMAN, TX |
| 4:41 am | At local FedEx facility | |
| **3/01/2015 - Sunday** | | HUTCHINS, TX |
| 10:11 pm | Departed FedEx location | HUTCHINS, TX |
| 1:04 pm | Arrived at FedEx location | |
| **2/26/2015 - Thursday** | | CHICAGO, IL |
| 9:30 am | Departed FedEx location | CHICAGO, IL |
| 4:00 am | Arrived at FedEx location | |
| **2/25/2015 - Wednesday** | | OSHKOSH, WI |
| 8:56 pm | Left FedEx origin facility | OSHKOSH, WI |
| 7:05 pm | Arrived at FedEx location | OSHKOSH, WI |
| 5:33 pm | Picked up | |
| 5:28 pm | Shipment information sent to FedEx | |

## Shipment Facts

| | | |
|---|---|---|
| Tracking number | 026795978024933 | Service: FedEx Ground |
| Reference | 4407717 | Weight: 18 lbs / 8.16 kgs |
| Dimensions | 21x18x12 in. | Total pieces: 1 |
| Invoice number | 3232609 | Shipment ID: 026795978024933 |
| Packaging | Package | |

FedEx.

Follow FedEx

United States - English

**Customer Focus**
New Customer Center
Small Business Center
Service Guide
Customer Support

**Company Information**
About FedEx
Careers
Investor Relations

**Featured Services**
FedEx One Rate
FedEx SameDay
FedEx Home Delivery
Healthcare Solutions
Online Retail Solutions
Packaging Services
Ancillary Clearance Services

**Other Resources**
FedEx Compatible
Developer Resource Center
FedEx Ship Manager Software
FedEx Mobile

**Companies**
FedEx Express
FedEx Ground
FedEx Office
FedEx Freight
FedEx Custom Critical
FedEx Trade Networks
FedEx SupplyChain
FedEx TechConnect

Global Home | Site Map | fedex.com Terms of Use | Security and Privacy

© FedEx 1995-2016



**Zebra Technologies International, LLC**
333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

| | | |
|---|---|---|
| **Invoice Number** | : | 100686483 |
| **Customer Number** | : | 7507 |

**Bill To:**
Standard Register Inc.
Attn:Gail Calhoun
600 Albany St
PO Box 1167
DAYTON, OH 45401
US

**Ship To:**
Saint Michaels Medical Center
111 Central Ave
NEWARK, NJ 07102
US

| | | |
|---|---|---|
| Sales Order Number | : | 20675172 |
| Customer PO | : | 2964946 |
| End User PO | : | MV4872 |
| Zebra Office | : | Vernon Hills, IL |

| | | |
|---|---|---|
| Invoice Date | : | 25-Feb-2015 |
| Order Date | : | 25-Feb-2015 |
| Final Destination | : | United States |

| Line | Qty | Unit | Item / Description | Unit Price | Tax% | Tax | Amount |
|---|---|---|---|---|---|---|---|
| | | | | 156.6054 | 0.00 | 0.00 | 313.21 |
| 1.1 | 2 | CS | 74569 | | | | |
| | | | Label, Paper, 3x1in (76.2x25.4mm); DT, Z-Select 4000D, High Performance Coated, All-Temp | | | | |
| | | | Adhesive, 3in (76.2mm) core, 5120/roll, 6/box | | | | |

| | | |
|---|---|---|
| HTS Code | : | 4821.90.2000 |
| ECCN | : | EAR99 |
| Country of Origin | : | US |

**Shipment Information**

| | | |
|---|---|---|
| Shipping Point | : | Greenville, WI, US |
| Ship Method | : | FEDEX GROUND |
| Delivery Number | : | 4407718 |
| Freight Terms | : | Prepay & Add |
| Terms of Delivery | : | FCA Shipping point |
| Orders Shipped With This Delivery | : | 20675172 |

| Tracking# | LPN | Height (IN) | Width (IN) | Length (IN) | Weight (KG/LB) | Cartons |
|---|---|---|---|---|---|---|
| | | 11 | 8 | 16 | 11.34 / 25.00 | 1 |
| 026795978025138 | WI00288096 | 11 | 8 | 16 | 11.34 / 25.00 | 1 |
| 026795978025121 | WI00288096-1 | | | | | |

All orders are subject to Zebra's Standard Terms and Conditions ("Zebra's T&Cs") at the time the order was accepted by Zebra. Zebra's current T&Cs can be found at http://www.zebra.com/tcna. By placing an order and/or accepting delivery of the products or services identified on this invoice, customer agrees to be bound by and accepts Zebra's T&Cs, unless customer and Zebra have signed a separate agreement, in which case the separate agreement will govern.

| Total Goods | Total Shipping and Handling | Total Tax | Total USD |
|---|---|---|---|
| 313.21 | 19.39 | 0.00 | 332.60 |

Invoice Due Date: 27-Mar-2015

Terms Of Payment: 30 Days Net
Please state with your payment Invoice Number : 100686483
Zebra's Tax Number : 02-0545884

**Please Remit Payment to:**
Zebra Technologies International, LLC
6048 Eagle Way
Chicago, IL 60678-1060

**Zebra Technologies International, LLC**
333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

Customer Number:  7507          Invoice Number: 100686483          Invoice Date: 25-Feb-2015

**Standard Register**
ADVANCING YOUR APPLICATION

02/25/2015   10:40:04   PAGE  1 OF  1

SHIP TO:

ST MICHAELS MED CTR INC,

111 CENTRAL AVE
NEWARK

NJ  07102-1909

MARK FOR:   RAISA HERNANDEZ
            MENTAL HEALTH B8

BILL TO:

STANDARD REGISTER
P.O. BOX 1167
DAYTON OHIO 45401
CATALOG PRODUCTS
D. HENZ

PURCHASE ORDER NO.
MV4872

| VENDOR: YCE ZEBRA TECHNOLOGIES C | | |
|---|---|---|
| SHIP TO NO. 1258233 | SOLD TO NO. 1296041 | SRC PO & BILL .2964946 |
| REQUISITION NO. SW C2870MV4872 | | |
| USING COST CENTER NO. | | |
| USING COST CENTER NAME | | |
| CUSTOMER'S PURCHASE ORDER NO. MV4872 | | |

FORM PAC / STORAGE
BILL OF LADING

| # | ATTN: FORM NAME AND/OR DESCRIPTION | BILLING COST CENTER | UNITS SHIPPED QTY. SHIPPED (IF DIFFERENT) | WAREHOUSE LOCATION | ORDER NO. | CUSTOMER PURCHASE ORDER NO. ORIGINAL SOLD TO | CONSECUTIVE NUMBER | PRODUCT CODE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MV4872 | | |
| 000 | 3X1 DT Z-SELECT 4000D 3"C ZTC74569 74569 | SW C2870MV | 2 2 | 156.60/BX | 2/67852 | | 6.28 | |

Acct# 7507

80*20675172

2/25/15

AS

10*2 pur

| | VIA | PREPAY & CHG | PREPAID | COLLECT |
|---|---|---|---|---|
| | | | X | |

| FILLED BY | CARTONS / WEIGHT | CARRIER DUPN UPCL DUPR | DPXG FXCL | TRK USPS | DATE SHIPPED | PREPAID CHARGE MISC CHARGE |
|---|---|---|---|---|---|---|

WAREHOUSE INSTR:
SR QRD: E02251510

**Schutz, Amy**

| | |
|---|---|
| **From:** | DARLENE.HENZ@STANDARDREGISTER. <DArlene.henz@standardregister.com> |
| **Sent:** | Wednesday, February 25, 2015 10:32 AM |
| **To:** | ZebraOrders |
| **Cc:** | DARLENE.HENZ@STANDARDREGISTER. |
| **Subject:** | 02/25/15 2964946 |
| **Attachments:** | Document.pdf |

This document was digitally sent to you using an HP Digital Sending device.

SO#20675172
2of2 pur

Track your package or shipment with FedEx Tracking



Track your package or shipment with FedEx Tracking



My Profile | Support | Locations | English ▾ | Search

FedEx

Ship ▾ | Track ▾ | Manage ▾ | Learn ▾ | ✱ FedEx Office ◊ ▾

Login

## FedEx ® Tracking

**026795978025121**

Ship (P/U) date:
Wed 2/25/2015

GREENVILLE, WI US

Delivered

Signed for by: ATROVATO

Actual delivery:
Fri 2/27/2015 10:43 am

Newark, NJ US

---

### 2 Piece shipment

---

### Travel History

| Date/Time | Activity | Location |
|---|---|---|
| **2/27/2015 - Friday** | | Newark, NJ |
| 10:43 am | Delivered | KEASBEY, NJ |
| 4:39 am | On FedEx vehicle for delivery | KEASBEY, NJ |
| 4:23 am | Arrived at FedEx location | KEASBEY, NJ |
| 4:21 am | At local FedEx facility | |
| **2/26/2015 - Thursday** | | CHICAGO, IL |
| 9:48 am | Departed FedEx location | CHICAGO, IL |
| 12:47 am | Arrived at FedEx location | |
| **2/25/2015 - Wednesday** | | OSHKOSH, WI |
| 8:29 pm | Left FedEx origin facility | OSHKOSH, WI |
| 6:59 pm | Arrived at FedEx location | |
| 6:26 pm | Shipment information sent to FedEx | OSHKOSH, WI |
| 5:33 pm | Picked up | |

---

### Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | 026795978025121 | Service | FedEx Ground |
| Reference | 4407718 | Master tracking number | 026795978025121 |
| Weight | 25 lbs / 11.34 kgs | Dimensions | 16x11x8 in. |
| Total pieces | 2 | Total shipment weight | 50 lbs / 22.68 kgs |
| Invoice number | 3233267 | Shipment ID | 026795978025121 |
| Packaging | Package | | |

---

Search

FedEx.

United States - English

**Customer Focus**
New Customer Center
Small Business Center
Service Guide
Customer Support

**Company Information**
About FedEx
Careers
Investor Relations

**Featured Services**
FedEx One Rate
FedEx SameDay
FedEx Home Delivery
Healthcare Solutions
Online Retail Solutions
Packaging Services
Ancillary Clearance Services

**Other Resources**
FedEx Compatible
Developer Resource Center
FedEx Ship Manager Software
FedEx Mobile

**Companies**
FedEx Express
FedEx Ground
FedEx Office
FedEx Freight
FedEx Custom Critical
FedEx Trade Networks
FedEx SupplyChain
FedEx TechConnect

**Follow FedEx**
[f] [t] [&] [in]

Global Home | Site Map | fedex.com Terms of Use | Security and Privacy

© FedEx 1995-2015

**ZEBRA** TECHNOLOGIES

Zebra Technologies International, LLC
333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

Invoice Number : 100687249
Customer Number : 7507

**Bill To:**
Standard Register Inc.
Attn:Gail Calhoun
600 Albany St
PO Box 1167
DAYTON, OH  45401
US

**Ship To:**
Crozer-Chester Med Ctr
1 Medical Center Blvd
UPLAND, PA  19013
US

Sales Order Number : 20676114
Customer PO : 2965196
End User PO : MV22038
Zebra Office : Vernon Hills, IL

Invoice Date : 26-Feb-2015
Order Date : 26-Feb-2015
Final Destination : United States

| Line | Qty | Unit | Item / Description | Unit Price | Tax% | Tax | Amount |
|------|-----|------|--------------------|-----------|------|-----|--------|
| | | | | 3.1920 | 0.00 | 0.00 | 38.30 |
| 1.1 | 12 | RL | 03200GS08407 Wax/Resin Ribbon, 84mmx74m (3.31inx242ft), 3200; High Performance, 12mm (0.5in) core, 12/box | | | | |

HTS Code : 3702.39.0100
ECCN : EAR99
Country of Origin : JP

**Shipment Information**
Shipping Point : Greenville, WI, US
Ship Method : UPS GROUND
Delivery Number : 4409805
Freight Terms : Prepay & Add
Terms of Delivery : FCA Shipping point
Orders Shipped With This Delivery : 20676114

| Tracking# | LPN | Height (IN) | Width (IN) | Length (IN) | Weight (KG/LB) | Cartons |
|-----------|-----|-------------|------------|-------------|----------------|---------|
| | | 5 | 5 | 10 | 1.36 / 3.00 | 1 |
| 1Z6305E60319908029 | WI00288476 | | | | | |

All orders are subject to Zebra's Standard Terms and Conditions ("Zebra's T&Cs") at the time the order was accepted by Zebra. Zebra's current T&Cs can be found at http://www.zebra.com/tcns. By placing an order and/or accepting delivery of the products or services identified on this invoice, customer agrees to be bound by and accepts Zebra's T&Cs, unless customer and Zebra have signed a separate agreement, in which case the separate agreement will govern.

| Total Goods | Total Shipping and Handling | Total Tax | Total USD |
|-------------|----------------------------|-----------|-----------|
| 38.30 | 7.27 | 0.00 | 45.57 |

Invoice Due Date: 28-Mar-2015

Terms Of Payment: 30 Days Net
Please state with your payment Invoice Number : 100687249
Zebra's Tax Number : 02-0645884

**Please Remit Payment to:**
Zebra Technologies International, LLC
6048 Eagle Way
Chicago, IL 60678-1060

PAGE  1 OF  1.

**Standard Register**
ADVANCING YOUR REPUTATION

04/26/2015   12:33:28

| | | |
|---|---|---|
| VENDOR: | | |
| YOE ZEBRA TECHNOLOGIES C | | |
| SHIP TO NO. | SOLD TO NO. | SRC PO & BL# |
| 1288868 | 1294865 | 2965196 |

SHIP TO:

CROZER-CHESTER MED CTR.

1 MEDICAL CENTER BLVD
UPLAND

PA. 19013-3902

MARK FOR: 4FL SHOCK TRAUMA UNIT
610-447-6475

REQUISITION NO.
SW C3419MV22038

USING COST CENTER NO.

PURCHASE ORDER NO.:
MV22038

USING COST CENTER NAME

BILL TO:

STANDARD REGISTER
P.O. BOX 1167
DAYTON OHIO 45401
CATALOG PRODUCTS:
D. HENZ

CUSTOMER'S PURCHASE ORDER NO.:
MV22038

FORM PAC / STORAGE
BILL OF LADING

| # | FORM NAME AND/OR DESCRIPTION | BILLING COST CENTER | UNITS SHIPPED QTY. SHIPPED (IF DIFFERENT) | WAREHOUSE LOCATION | ORDER NO. | CUSTOMER PURCHASE ORDER NO. ORIGINAL SOLD TO / CONSECUTIVE NUMBER | PRODUCT CODE |
|---|---|---|---|---|---|---|---|
| 000 | 3.3" X244' 3200 W/R RBN ZTC3200GS08407 03200GS08407 | | SW C3419MV 12 | 3.19/RB | MV22038 2809526 | 633 | |

Acct# 7507

SO# 206761114

2/26/15

AS

1of 2 pk

| | | VIA | PREPAY & CHG | PREPAID | | COLLECT |
|---|---|---|---|---|---|---|
| | | | | X | | |

| FILLED BY | CARTONS / WEIGHT | CARRIER | DUPN UPCL DUPE | DFXG FXCL | TRK USPS | DATE SHIPPED | FREIGHT CHARGE/ MISC CHARGE |
|---|---|---|---|---|---|---|---|

WAREHOUSE INST:
SR ORD: E02261512

**Schutz, Amy**

| | |
|---|---|
| **From:** | DARLENE.HENZ@STANDARDREGISTER. <DArlene.henz@standregister.com> |
| **Sent:** | Thursday, February 26, 2015 12:26 PM |
| **To:** | ZebraOrders |
| **Cc:** | DARLENE.HENZ@STANDARDREGISTER. |
| **Subject:** | 02/26/15 2965075 2965196 |
| **Attachments:** | Document.pdf |

This document was digitally sent to you using an HP Digital Sending device.

UPS: Tracking Information

**Proof of Delivery**

[X] Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z5305E50319908029 |
| Service: | UPS Ground |
| Weight: | 3.00 lbs |
| Shipped/Billed On: | 02/26/2015 |
| Delivered On: | 03/02/2015 10:24 A.M. |
| Delivered To: | CHESTER, PA, US |
| Signed By: | PITTS |
| Left At: | Receiver |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2015 2:47 P.M.  ET

[X] Close Window

🖨 Print This Page

**ZEBRA** TECHNOLOGIES

**Zebra Technologies International, LLC**
333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

| | |
|---|---|
| Invoice Number | : 100688037 |
| Customer Number | : 7507 |

**Bill To:**
Standard Register Inc.
Attn:Gail Calhoun
600 Albany St
PO Box 1167
DAYTON, OH  45401
US

**Ship To:**
Crozer-Chester Med Ctr
1 Medical Center Blvd
UPLAND, PA  19013
US

| | | | |
|---|---|---|---|
| Invoice Date | : 27-Feb-2015 | Sales Order Number | : 20676897 |
| Order Date | : 27-Feb-2015 | Customer PO | : 2965302 |
| Final Destination | : United States | End User PO | : MV22042 |
| | | Zebra Office | : Vernon Hills, IL |

| Line | Qty | Unit | Item / Description | Unit Price | Tax% | Tax | Amount |
|------|-----|------|--------------------|-----------|------|-----|--------|
| | | | | 3.1920 | 0.00 | 0.00 | 38.30 |
| 1.1 | 12 | RL | 03200GS08407 | | | | |
| | | | Wax/Resin Ribbon, 84mmx74m (3.31inx242ft), 3200; High Performance, 12mm (0.5in) core, 12/box | | | | |

| | |
|---|---|
| HTS Code | : 3702.39.0100 |
| ECCN | : EAR99 |
| Country of Origin | : JP |

**Shipment Information**
| | |
|---|---|
| Shipping Point | : Greenville, WI, US |
| Ship Method | : UPS GROUND |
| Delivery Number | : 4411670 |
| Freight Terms | : Prepay & Add |
| Terms of Delivery | : FCA Shipping point |
| Orders Shipped With This Delivery | : 20676897 |

| Tracking# | LPN | Height (IN) | Width (IN) | Length (IN) | Weight (KG/LB) | Cartons |
|-----------|-----|-------------|------------|-------------|----------------|---------|
| | | 5 | 5 | 11 | 1.36 / 3.00 | 1 |
| 1Z5305E60319912390 | WI00288764 | | | | | |

All orders are subject to Zebra's Standard Terms and Conditions ("Zebra's T&Cs") at the time the order was accepted by Zebra. Zebra's current T&Cs can be found at http://www.zebra.com/tcna. By placing an order and/or accepting delivery of the products or services identified on this invoice, the customer agrees to be bound by and accepts Zebra's T&Cs, unless customer and Zebra have signed a separate agreement, in which case the separate agreement will govern.

| | | | |
|---|---|---|---|
| Total Goods | Total Shipping and Handling | Total Tax | Total USD |
| 38.30 | 7.27 | 0.00 | 45.57 |

Invoice Due Date: 29-Mar-2015

Terms Of Payment: 30 Days Net
Please state with your payment Invoice Number : 100688037
Zebra's Tax Number : 02-0645884

**Please Remit Payment to:**
Zebra Technologies International, LLC
6048 Eagle Way
Chicago, IL 60678-1060

**Standard Register** · ADVANCING YOUR REPUTATION

SHIP TO:

CROZER-CHESTER MED CTR

1 MEDICAL CENTER BLVD
UPLAND
PA   19013-3902

MARK FOR: PATIENT FINANCIAL SVCS
1ST FL ADMISSIONS

BILL TO:

STANDARD REGISTER
P.O. BOX 1167
DAYTON OHIO 45401
CATALOG PRODUCTS
D. HENZ

PURCHASE ORDER NO.
MV22042

VENDOR:
YCE ZEBRA TECHNOLOGIES C

| SHIP TO NO. | SOLD TO NO. | SRC PO & BILL |
|---|---|---|
| 1298868 | 1294865 | 2965302 |

REQUISITION NO.
SW C3419MV22042

USING COST CENTER NO.

USING COST CENTER NAME

CUSTOMER'S PURCHASE ORDER NO.
MV22042

FORM PAC / STORAGE
BILL OF LADING

| ATTN:<br># | FORM NAME AND/OR DESCRIPTION | BILLING COST CENTER | UNITS SHIPPED<br>QTY. SHIPPED<br>(IF DIFFERENT) | WAREHOUSE LOCATION | ORDER NO.<br>CONSECUTIVE NUMBER | ORIGINAL SOLD TO | PRODUCT CODE |
|---|---|---|---|---|---|---|---|
| 0001 | 3.3" X244' 3200 W/R RBN<br>ZTC3200GS08407<br>03200GS08407 | SW C3419MV | 12 CTN | 3.19/RB | MV22042<br>2810165 | 632 | |
| | Acct# 7507 | | | | | | |
| | SO#20676897 | | | | | | |
| | 2/27/15 | | | | | | |
| | AJS | | | | | | |
| | 1of2pur | | | | | | |

| | | | VIA | PREPAY & CHG | PREPAID | | COLLECT |
|---|---|---|---|---|---|---|---|
| | | | | | X | | |

| FILLED BY | CARTONS/WEIGHT | CARRIER | DUPN<br>UPCL<br>DUPR | DFXG<br>FXCL | TRK<br>USPS | DATE SHIPPED | FREIGHT CHARGE/<br>MISC CHARGE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

WAREHOUSE USE
SR ORD: E02261518

**Schutz, Amy**

| | |
|---|---|
| From: | DARLENE.HENZ@STANDARDREGISTER, <DArlene.henz@standardregister.com> |
| Sent: | Friday, February 27, 2015 8:41 AM |
| To: | ZebraOrders |
| Cc: | DARLENE.HENZ@STANDARDREGISTER, |
| Subject: | 02/27/15 2965301 2965302 2965359 |
| Attachments: | Document.pdf |

This document was digitally sent to you using an HP Digital Sending device.

SO# 20676897
2 of 2 pur

1

UPS: Tracking Information

 **Proof of Delivery**

⊠ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z5305E5031991239O |
| Service: | UPS Ground |
| Weight: | 3.00 lbs |
| Shipped/Billed On: | 02/27/2015 |
| Delivered On: | 03/04/2015 10:51 A.M. |
| Delivered To: | CHESTER, PA, US |
| Signed By: | PITTS |
| Left At: | Receiver |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS: 04/03/2015 2:50 P.M. ET

□ Print This Page                    ⊠ Close Window



**Zebra Technologies International, LLC**
333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

| | | |
|---|---|---|
| **Invoice Number** | : | 100688038 |
| **Customer Number** | : | 7507 |

| **Bill To:** | **Ship To:** |
|---|---|
| Standard Register Inc.<br>Attn:Gail Calhoun<br>600 Albany St<br>PO Box 1167<br>DAYTON, OH  45401<br>US | Lowe's Pennsylvania RDC #96<br>1201 Keystone Blvd<br>POTTSVILLE, PA  17901<br>US |

| | | | | |
|---|---|---|---|---|
| Invoice Date | : 27-Feb-2015 | Sales Order Number | : 20676905 |
| Order Date | : 27-Feb-2015 | Customer PO | : 2965359 |
| Final Destination | : United States | End User PO | : 0160106526 |
| | | Zebra Office | : Vernon Hills, IL |

| Line | Qty | Unit | Item / Description | Unit Price | Tax% | Tax | Amount |
|---|---|---|---|---|---|---|---|
| 1.1 | 10 | CS | LD-R6AO5B | 118.8000 | 0.00 | 0.00 | 1,188.00 |
| | | | Label, Paper, 4x3in (101.6x76.2mm); DT, Z-Perform 1000D, Value Uncoated, Permanent Adhesive, 0.75in (19.1mm) core, 200/roll, 36/box | | | | |

| | | |
|---|---|---|
| HTS Code | : | 4821.10.4000 |
| ECCN | : | EAR99 |
| Country of Origin | : | US |
| PC Number | : | 28012793 |

**Shipment Information**

| | | |
|---|---|---|
| Shipping Point | : | Greenville, WI, US |
| Ship Method | : | UPS GROUND |
| Delivery Number | : | 4411671 |
| Freight Terms | : | Collect |
| Terms of Delivery | : | FCA Shipping point |
| Orders Shipped With This Delivery | : | 20676905 |

| Tracking# | LPN | Height (IN) | Width (IN) | Length (IN) | Weight (KG/LB) | Cartons |
|---|---|---|---|---|---|---|
| 1Z5305E50319911917 | WI00288798-1 | 5 | 13 | 16 | 9.98 / 22.00 | 1 |
| 1Z5305E50319911926 | WI00288798-2 | 5 | 13 | 16 | 9.98 / 22.00 | 1 |
| 1Z5305E50319911935 | WI00288798-3 | 5 | 13 | 16 | 9.98 / 22.00 | 1 |
| 1Z5305E50319911944 | WI00288798-4 | 5 | 13 | 16 | 9.98 / 22.00 | 1 |
| 1Z5305E50319911953 | WI00288798-5 | 5 | 13 | 16 | 9.98 / 22.00 | 1 |
| 1Z5305E50319911962 | WI00288798-6 | 5 | 13 | 16 | 9.98 / 22.00 | 1 |
| 1Z5305E50319911971 | WI00288798-7 | 5 | 13 | 16 | 9.98 / 22.00 | 1 |
| 1Z5305E50319911980 | WI00288798-8 | 5 | 13 | 16 | 9.98 / 22.00 | 1 |
| 1Z5305E50319911999 | WI00288798-9 | 5 | 13 | 16 | 9.98 / 22.00 | 1 |
| 1Z5305E50319912005 | WI00288798-10 | 5 | 13 | 16 | 9.98 / 22.00 | 1 |

All orders are subject to Zebra's Standard Terms and Conditions ("Zebra's T&Cs") at the time the order was accepted by Zebra. Zebra's current T&Cs can be found at http://www.zebra.com/tcna. By placing an order and/or accepting delivery of the products or services identified on this invoice, customer agrees to be bound by and accepts Zebra's T&Cs, unless customer and Zebra have signed a separate agreement, in which case the separate agreement will govern.



**Zebra Technologies International, LLC**
333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

Customer Number:  7507        Invoice Number: 100688038        Invoice Date: 27-Feb-2015

| Total Goods | Total Shipping and Handling | Total Tax | Total USD |
|---|---|---|---|
| 1,188.00 | 0.00 | 0.00 | 1,188.00 |

Terms Of Payment: 30 Days Net        Invoice Due Date: 29-Mar-2015
Please state with your payment Invoice Number : 100688038
Zebra's Tax Number : 02-0545884

**Please Remit Payment to:**
Zebra Technologies International, LLC
6048 Eagle Way
Chicago, IL 60678-1060

**Standard Register**
ADVANCING YOUR REPUTATION

02/27/2015    09:10:48    PAGE 1 OF 1

LOWE'S PENNSYLVANIA RDC #96

1201 KEYSTONE BLVD.
POTTSVILLE                    PA. 17901-8982
ATTN: SHANNON BRENNAN
PO# 0160106526

SHIP TO:

MARK FOR:

BILL TO:

STANDARD REGISTER
P.O. BOX 1167
DAYTON OHIO 45401
CATALOG PRODUCTS
D. HENZ

PURCHASE ORDER NO:
0160106526

| VENDOR: | | | |
|---|---|---|---|
| YCE ZEBRA TECHNOLOGIES C | | | |
| SHIP TO NO. 7392147 | SOLD TO NO. 6995780 | SRC PO & BILL 2965359 | |
| REQUISTION NO. 0160106526 | | | |
| USING COST CENTER NO. | | | |
| USING COST CENTER NAME | | | |
| CUSTOMER'S PURCHASE ORDER NO. 0160106526 | | | |

FORM PAC / STORAGE
BILL OF LADING

| # | FORM NAME AND/OR DESCRIPTION | BILLING COST CENTER | UNITS SHIPPED QTY. SHIPPED (IF DIFFERENT) | WAREHOUSE LOCATION | ORDER NO. | CUSTOMER PURCHASE ORDER NO. ORIGINAL SOLD TO CONSECUTIVE NUMBER | PRODUCT CODE |
|---|---|---|---|---|---|---|---|
| | ATTN: | | | | | 0160106526 | |
| 01 | 4 X 3 DT PERF LOWES ONLY ZTCLDR6A05B LD-R6A05B | 0160106526 | 10 | | /18.80/CN | 2819772 | 628 |

Acct# 7507

SO# 2A0769050 NOTE

2/27/15

ADS

10PZ PUR

| | | | | | | VIA | PREPAY & CHG | PREPAID | | COLLECT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | X |

| FILLED BY | CARTONS / WEIGHT | CARRIER | DUPN UPCL DUPR | DFXG FXCL | TRK USPS | DATE SHIPPED | FREIGHT CHARGES / MISC CHARGE |
|---|---|---|---|---|---|---|---|

WAREHOUSE INST:
SR ORD: PPARSON
SHIP UPS GROUND ACCT# 0W55X2

**Schutz, Amy**

| | |
|---|---|
| **From:** | DARLENE.HENZ@STANDARDREGISTER. <DArlene.henz@standardregister.com> |
| **Sent:** | Friday, February 27, 2015 8:41 AM |
| **To:** | ZebraOrders |
| **Cc:** | DARLENE.HENZ@STANDARDREGISTER. |
| **Subject:** | 02/27/15 2965301 2965302 2965359 |
| **Attachments:** | Document.pdf |

This document was digitally sent to you using an HP Digital Sending device.

1

 **Proof of Delivery**                                    ☒ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z5305E50319911917 |
| Service: | UPS Ground |
| Weight: | 22.00 lbs |
| Shipped/Billed On: | 02/27/2015 |
| Delivered On: | 03/03/2015 10:46 A.M. |
| Delivered To: | POTTSVILLE, PA, US |
| Signed By: | T WATTS |
| Left At: | Dock |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2015 2:51 P.M.  ET

 ⎙ Print This Page                                    ☒ Close Window

1Z5305E5031    4/3/2015

 **Proof of Delivery**

☒ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z6305E60319911926 |
| Service: | UPS Ground |
| Weight: | 22.00 lbs |
| Shipped/Billed On: | 02/27/2015 |
| Delivered On: | 03/03/2015 10:46 A.M. |
| Delivered To: | POTTSVILLE, PA, US |
| Signed By: | T WATTS |
| Left At: | Dock |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2015 2:51 P.M.  ET

☐ Print This Page

☒ Close Window

 **Proof of Delivery**                    ⊠ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

|  |  |
|---|---|
| **Tracking Number:** | 1Z5305E60319911935 |
| **Service:** | UPS Ground |
| **Weight:** | 22.00 lbs |
| **Shipped/Billed On:** | 02/27/2015 |
| **Delivered On:** | 03/03/2015 10:46 A.M. |
| **Delivered To:** | POTTSVILLE, PA, US |
| **Signed By:** | T WATTS |
| **Left At:** | Dock |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2016 2:51 P.M.  ET

⊡ Print This Page                                ⊠ Close Window



**Proof of Delivery**                    ⊠ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

Tracking Number:          1Z5305E50319911944
Service:                  UPS Ground
Weight:                   22.00 lbs
Shipped/Billed On:        02/27/2015
Delivered On:             03/04/2016 10:58 A.M.
Delivered To:             POTTSVILLE, PA, US
Signed By:                J OBOYLE
Left At:                  Dock

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2015 2:52 P.M.   ET          ⊠ Close Window

⊡ Print This Page

 **Proof of Delivery**                        ⊠ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z5305E6031991 1953 |
| Service: | UPS Ground |
| Weight: | 22.00 lbs |
| Shipped/Billed On: | 02/27/2015 |
| Delivered On: | 03/04/2015 10:58 A.M. |
| Delivered To: | POTTSVILLE, PA, US |
| Signed By: | J OBOYLE |
| Left At: | Dock |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2015 2:52 P.M.   ET                    ⊠ Close Window

🖨 Print This Page



**Proof of Delivery**                    ⊠ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z5305E50319911962 |
| Service: | UPS Ground |
| Weight: | 22.00 lbs |
| Shipped/Billed On: | 02/27/2015 |
| Delivered On: | 03/03/2015 10:46 A.M. |
| Delivered To: | POTTSVILLE, PA, US |
| Signed By: | T WATTS |
| Left At: | Dock |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2015 2:52 P.M.  ET            ⊠ Close Window

🖶 Print This Page

UPS: Tracking Information

 **Proof of Delivery**                    ⬚ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z5305E60319911971 |
| Service: | UPS Ground |
| Weight: | 22.00 lbs |
| Shipped/Billed On: | 02/27/2015 |
| Delivered On: | 03/03/2015 10:48 A.M. |
| Delivered To: | POTTSVILLE, PA, US |
| Signed By: | T WATTS |
| Left At: | Dock |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2015 2:52 P.M.  ET

⬚ Close Window

⬚ Print This Page

UPS: Tracking Information

 **Proof of Delivery**                    ⊠ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z5305E60319911980 |
| Service: | UPS Ground |
| Weight: | 22.00 lbs |
| Shipped/Billed On: | 02/27/2015 |
| Delivered On: | 03/03/2015 10:46 A.M. |
| Delivered To: | POTTSVILLE, PA, US |
| Signed By: | T WATTS |
| Left At: | Dock |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2015 2:52 P.M.  ET                    ⊠ Close Window

🖶 Print This Page

UPS: Tracking Information

 **Proof of Delivery**          ⊠ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z5305E60319911999 |
| Service: | UPS Ground |
| Weight: | 22.00 lbs |
| Shipped/Billed On: | 02/27/2015 |
| Delivered On: | 03/04/2015 10:58 A.M. |
| Delivered To: | POTTSVILLE, PA, US |
| Signed By: | J OBOYLE |
| Left At: | Dock |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS: 04/03/2015 2:53 P.M. ET

⊠ Close Window

🖨 Print This Page

UPS: Tracking Information

**Proof of Delivery**

[X] Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z5305E50319912005 |
| Service: | UPS Ground |
| Weight: | 22.00 lbs |
| Shipped/Billed On: | 02/27/2015 |
| Delivered On: | 03/04/2015 10:58 A.M. |
| Delivered To: | POTTSVILLE, PA, US |
| Signed By: | J OBOYLE |
| Left At: | Dock |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2015 2:53 P.M.  ET

[ ] Print This Page                                    [X] Close Window



**Zebra Technologies International, LLC**
333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

Invoice Number        : 100688113
Customer Number       : 7507

**Bill To:**
Standard Register Inc.
Attn:Gail Calhoun
600 Albany St
PO Box 1167
DAYTON, OH  45401
US

**Ship To:**
Christiana Hospital
4765 Ogletown-Stanton Rd
NEWARK, DE  19718
US

| | |
|---|---|
| Sales Order Number | : 20676875 |
| Customer PO | : 2965221 |
| End User PO | : C67411A |
| Zebra Office | : Vernon Hills, IL |

| | |
|---|---|
| Invoice Date | : 27-Feb-2015 |
| Order Date | : 27-Feb-2015 |
| Final Destination | : United States |

| Line | Qty | Unit | Item / Description | Unit Price | Tax% | Tax | Amour |
|---|---|---|---|---|---|---|---|
| | | | | 36.7920 | 0.00 | 0.00 | 147.1 |
| 1.1 | 4 | CS | 10010039 | | | | |
| | | | Label, Paper, 2x1in (50.8x25.4mm); DT, Z-Select 4000D, High Performance Coated, All-Tem | | | | |
| | | | Adhesive, 1in (25.4mm) core, 2340/roll, 4/box | | | | |

| | |
|---|---|
| HTS Code | : 4821.90.2000 |
| ECCN | : EAR99 |
| Country of Origin | : US |

**Shipment Information**

| | |
|---|---|
| Shipping Point | : Greenville, WI, US |
| Ship Method | : UPS GROUND |
| Delivery Number | : 4414143 |
| Freight Terms | : Prepay & Add |
| Terms of Delivery | : FCA Shipping point |
| Orders Shipped With This Delivery | : 20676875 |

| Tracking# | LPN | Height (IN) | Width (IN) | Length (IN) | Weight (KG/LB) | Carto |
|---|---|---|---|---|---|---|
| | | 15 | 12 | 21 | 10.43 / 23.00 | 1 |
| 1Z5305E60319910365 | WI00288702 | | | | | |

All orders are subject to Zebra's Standard Terms and Conditions ("Zebra's T&Cs") at the time the order was accepted by Zebra. Zebra's current T can be found at http://www.zebra.com/tcna. By placing an order and/or accepting delivery of the products or services identified on this invoice customer agrees to be bound by and accepts Zebra's T&Cs, unless customer and Zebra have signed a separate agreement, in which case the separate agreement will govern.

| | | | |
|---|---|---|---|
| | Total Shipping and Handling | Total Tax | Total USD |
| **Total Goods** | 9.49 | 0.00 | 156.66 |
| 147.17 | | Invoice Due Date: 29-Mar-2015 | |

Terms Of Payment: 30 Days Net
Please state with your payment Invoice Number : 100688113
Zebra's Tax Number : 02-0545884

**Please Remit Payment to:**
Zebra Technologies International, LLC
6048 Eagle Way
Chicago, IL 60678-1060

**Standard Register**
ADVANCING YOUR REPUTATION

SHIP TO:

CHRISTIANA HOSPITAL

4755 OGLETOWN-STANTON RD

NEWARK                   DE   19718-0001

MARK FOR:

DIANE FAGAN
ROOM 2454

BILL TO:

STANDARD REGISTER
P.O. BOX 1167
DAYTON OHIO 45401
CATALOG PRODUCTS
D. HENZ

PURCHASE ORDER NO.:
C67411A

02/26/2015    14:05:02  PAGE  1 OF  1

| VENDOR: | | |
|---|---|---|
| YCE ZEBRA TECHNOLOGIES C | | |
| SHIP TO NO. | SOLD TO NO. | SHG PO & BIL# |
| 6957154 | 6543456 | 2965221 |

REQUISITION NO.
SW C246MV103379.

USING COST CENTER NO:

USING COST CENTER NAME

CUSTOMER'S PURCHASE ORDER NO.
C67411A

FORM PAC / STORAGE
BILL OF LADING

| # | FORM NAME AND OR DESCRIPTION | BILLING COST CENTER | WAREHOUSE LOCATION | UNITS SHIPPED QTY. SHIPPED (IF DIFFERENT) | ORDER NO. | CUSTOMER PURCHASE ORDER NO. ORIGINAL SOLD TO CONSECUTIVE NUMBER | PRODUCT CODE |
|---|---|---|---|---|---|---|---|
| | | | | | C67411A | | |
| 000 | 2X1 Z-SELECT 4000D DT LBL | SW C246MV1 | | | 2809690 | | |
| | ZTC10010039 | | 4 | 36.80/CN | | 628 | |
| | 10010039 | | | | | | |

Acct # 7507

SO# 70676875

2/27/15

ADS

10 PZ PUR

| | VIA | PREPAY & CHG | PREPAID | COLLEC |
|---|---|---|---|---|
| | | | X | |

| FILLED BY | CARTONS / WEIGHT | CARRIER | DUPN UPCL DUPR | DFXG FXCL | TRK USPS | DATE SHIPPED | FREIGHT CH MISS CHARG |
|---|---|---|---|---|---|---|---|

WAREHOUSE INST:
SR QRD: E02261514

**Schutz, Amy**

| | |
|---|---|
| From: | DARLENE.HENZ@STANDARDREGISTER. <DArlene.henz@standardregister.com> |
| Sent: | Thursday, February 26, 2015 1:31 PM |
| To: | ZebraOrders |
| Cc: | DARLENE.HENZ@STANDARDREGISTER. |
| Subject: | 02/26/15 2965221 |
| Attachments: | Document.pdf |

This document was digitally sent to you using an HP Digital Sending device.

SO#20676875
20f2 pur

UPS: Tracking Information

 **Proof of Delivery**                                    ⊠ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

Tracking Number:         1Z5305E50319910365
Service:                 UPS Ground
Weight:                  23.00 lbs
Shipped/Billed On:       02/27/2015
Delivered On:            03/06/2015 9:27 A.M.
Delivered To:            NEWARK, DE, US
Signed By:               ALVAREZ
Left At:                 Receiver

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2015 3:06 P.M.  ET

                                                    ⊠ Close Window

🖶 Print This Page



**Zebra Technologies International, LLC**
333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

| | |
|---|---|
| Invoice Number | : 100688189 |
| Customer Number | : 7507 |

**Ship To:**
Northwest Hills Surgical Hospital
6818 Austin Center Blvd
Suite 100
AUSTIN, TX 78731
US

**Bill To:**
Standard Register Inc.
Attn:Gail Calhoun
600 Albany St
PO Box 1167
DAYTON, OH 45401
US

| | |
|---|---|
| Sales Order Number | : 20676167 |
| Customer PO | : 2965075 |
| End User PO | : H1564247 |
| Zebra Office | : Vernon Hills, IL |

| | |
|---|---|
| Invoice Date | : 27-Feb-2015 |
| Order Date | : 26-Feb-2015 |
| Final Destination | : United States |

| Line | Qty | Unit | Item / Description | Unit Price | Tax% | Tax | Amou |
|---|---|---|---|---|---|---|---|
| | | | | 173.8800 | 0.00 | 0.00 | 695 |
| 1.1 | 4 | CS | 10006995K | | | | |
| | | | Wristband, Polypropylene, 1x11in (25.4x279.4mm); Direct thermal, Z-Band Direct, Adhesiv closure, HC100 cartridge, 200/roll, 6/box, | | | | |

| | |
|---|---|
| HTS Code | : 3919.10.2055 |
| Country of Origin | : US |

**Shipment Information**
| | |
|---|---|
| Shipping Point | : Flowery Branch, GA, US |
| Ship Method | : UPS GROUND |
| Delivery Number | : 4411008 |
| Freight Terms | : Collect |
| Terms of Delivery | : FCA Shipping point |
| Orders Shipped With This Delivery | : 20676167 |

| Tracking# | LPN | Height (IN) | Width (IN) | Length (IN) | Weight (KG/LB) | Carto |
|---|---|---|---|---|---|---|
| 1Z6E84Y60301910483 | GA00093526-1 | 5 | 8 | 11 | 2.27 / 5.00 | 1 |
| 1Z6E84Y60301910492 | GA00093526-2 | 5 | 8 | 11 | 2.27 / 5.00 | 1 |
| 1Z6E84Y60301910509 | GA00093526-3 | 5 | 8 | 11 | 2.27 / 5.00 | 1 |
| 1Z6E84Y60301910518 | GA00093526-4 | 5 | 8 | 11 | 2.27 / 5.00 | 1 |

All orders are subject to Zebra's Standard Terms and Conditions ("Zebra's T&Cs") at the time the order was accepted by Zebra. Zebra's current can be found at http://www.zebra.com/tcna. By placing an order and/or accepting delivery of the products or services identified on this invoic customer agrees to be bound by and accepts Zebra's T&Cs, unless customer and Zebra have signed a separate agreement, in which case the separate agreement will govern.

| | |
|---|---|
| Total Tax | 0.00 |
| | Total USD |
| | 695.52 |

| | |
|---|---|
| Total Shipping and Handling | 0.00 |
| Total Goods | 695.52 |

Invoice Due Date: 29-Mar-2015

Terms Of Payment: 30 Days Net
Please state with your payment Invoice Number : 100688189
Zebra's Tax Number : 02-0645884

**Please Remit Payment to:**
Zebra Technologies International, LLC
6048 Eagle Way



**Zebra Technologies International, LLC**
333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

Invoice Number: 100688189

Invoice Date: 27-Feb-2015

Customer Number:  7507

Chicago, IL 60678-1060

**Standard Register** — ADVANCING YOUR REPUTATION    02/25/2016    17:50:27

| VENDOR: | YCE ZEBRA TECHNOLOGIES, C |  | |
|---|---|---|---|
| SHIP TO NO. | BOLD TO NO. | SRC PO & DIL# | |
| 1302641 | 1333124 | 2965075 | |

**SHIP TO:**
NORTHWEST HILLS SURGICAL HO
STE 100
6818 AUSTIN CENTER BLVD    TX  78731-3199
AUSTIN

**MARK FOR:**

**BILL TO:**
STANDARD REGISTER
P.O. BOX 1167
DAYTON OHIO 45401
CATALOG PRODUCTS
D. HENZ

PURCHASE ORDER NO.:
H1564247

REQUISITION NO.

USING COST CENTER NO.    ST

USING COST CENTER NAME    ST.

CUSTOMER'S PURCHASE ORDER NO.    ST.
H1564247

| FORM NAME AND/OR DESCRIPTION | BILLING COST CENTER | UNITS SHIPPED, QTY. SHIPPED (IF DIFFERENT) | WAREHOUSE LOCATION | ORDER NO. | CUSTOMER PURCHASE ORDER NO. ORIGINAL SOLD TO / CONSECUTIVE NUMBER | PRODUCT CODE |
|---|---|---|---|---|---|---|
| # | | | | H1564247 2768720 | | |
| 1. ZBAND DIRECT DT 1X11 200R ZTC10006995K 10006995K | | 4 | | 173.88 /BX | 600 | |

Acct# 7507
80# 2020 WHITE
2/26/16
A5
10 of 2 pkg

| | VIA | PREPAY & CHG | PREPAID | C |
|---|---|---|---|---|

| FILLED BY | CARTONS / WEIGHT | CARRIER DUPN UPCL DUPR | DFXG FXCL | TRK USPS | DATE SHIPPED |
|---|---|---|---|---|---|

WAREHOUSE INST:
SR ORD:  E02251517

UPS  V92787

**Schutz, Amy**

| | |
|---|---|
| From: | DARLENE.HENZ@STANDARDREGISTER. <DArlene.henz@standardregister.com> |
| Sent: | Thursday, February 26, 2015 12:26 PM |
| To: | ZebraOrders |
| Cc: | DARLENE.HENZ@STANDARDREGISTER. |
| Subject: | 02/26/15 2965075 2965196 |
| Attachments: | Document.pdf |

This document was digitally sent to you using an HP Digital Sending device.

i

UPS: Tracking Information

Proof of Delivery

⊠ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

Tracking Number: 1Z6E84Y60301910483
Service: UPS Ground
Weight: 5.00 lbs
Shipped/Billed On: 02/27/2015
Delivered On: 03/04/2015 11:07 A.M.
Delivered To: AUSTIN, TX, US
Signed By: WILLIAMS
Left At: Front Desk

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2015 3:07 P.M.  ET

⊠ Close Window

⎙ Print This Page

UPS: Tracking Information

 Proof of Delivery                    ⊠ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

Tracking Number:        1Z6E64Y60301910492
Service:                UPS Ground
Weight:                 5.00 lbs
Shipped/Billed On:      02/27/2015
Delivered On:           03/04/2015 11:07 A.M.
Delivered To:           AUSTIN, TX, US
Signed By:              WILLIAMS
Left At:                Front Desk

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS: 04/03/2015 3:12 P.M.  ET

                                                  ⊠ Close Window

    🖶 Print This Page

UPS: Tracking Information

 Proof of Delivery

☒ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

Tracking Number: 1Z6E84Y60301910509
Service: UPS Ground
Weight: 5.00 lbs
Shipped/Billed On: 02/27/2016
Delivered On: 03/03/2016 12:25 P.M.
Delivered To: AUSTIN, TX, US
Signed By: WILLIAMS
Left At: Front Desk

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS: 04/03/2016 3:12 P.M. ET

☒ Close Window

🖨 Print This Page

UPS: Tracking Information

 **Proof of Delivery**                    ⊠ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z6E84Y60301910518 |
| Service: | UPS Ground |
| Weight: | 6.00 lbs |
| Shipped/Billed On: | 02/27/2015 |
| Delivered On: | 03/03/2015 12:25 P.M. |
| Delivered To: | AUSTIN, TX, US |
| Signed By: | WILLIAMS |
| Left At: | Front Desk |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2015 3:12 P.M.  ET

🖨 Print This Page                                    ⊠ Close Window



**Zebra Technologies International, LLC**
333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

| | |
|---|---|
| Invoice Number | : 100688920 |
| Customer Number | : 7507 |

**Ship To:**
Kaiser Rock Creek Medical Office
280 Exempla Cir.
LAFAYETTE, CO 80026
US

**Bill To:**
Standard Register Inc.
Attn:Gail Calhoun
600 Albany St
PO Box 1167
DAYTON, OH  45401
US

| | |
|---|---|
| Sales Order Number | : 20677053 |
| Customer PO | : 2965301 |
| End User PO | : 16501,0000244003 |
| Zebra Office | : Vernon Hills, IL |

| | |
|---|---|
| Invoice Date | : 02-Mar-2015 |
| Order Date | : 27-Feb-2015 |
| Final Destination | : United States |

| | | | | Unit Price | Tax% | Tax | Amou |
|---|---|---|---|---|---|---|---|
| | | | | 89.3340 | 0.00 | 0.00 | 893 |
| **Line** | **Qty** | **Unit** | **Item / Description** | | | | |
| | | CS | 10007010 | | | | |
| 1.1 | 10 | | Receipt, Paper, 8.5in x 565ft (215.9mm x 172.2m); DT, Z-Perform 1000D 3.5 mil, Value Uncoated, 2in (50.8mm) core, 565/roll, 4/box | | | | |

| | |
|---|---|
| HTS Code | : 4811.90.9030 |
| ECCN | : EAR99 |
| Country of Origin | : US |

**Shipment Information**

| | |
|---|---|
| Shipping Point | : Greenville, WI, US |
| Ship Method | : SAIA MOTOR TL |
| Delivery Number | : 4411799 |
| Waybill Number | : 008828806801 |
| Freight Terms | : Collect |
| Terms of Delivery | : FCA Shipping point |
| Orders Shipped With This Delivery | : 20677053 |

| Tracking# | LPN | Height (IN) | Width (IN) | Length (IN) | Weight (KG/LB) | Cart |
|---|---|---|---|---|---|---|
| | WI00288790 | 18 | 40 | 48 | 142.88 / 315.00 | 10 |

All orders are subject to Zebra's Standard Terms and Conditions ("Zebra's T&Cs") at the time the order was accepted by Zebra. Zebra's current can be found at http://www.zebra.com/tcna. By placing an order and/or accepting delivery of the products or services identified on this invoic customer agrees to be bound by and accepts Zebra's T&Cs, unless customer and Zebra have signed a separate agreement, in which case the separate agreement will govern.

| Total Goods | Total Shipping and Handling | Total Tax | Total USD |
|---|---|---|---|
| 893.34 | 0.00 | 0.00 | 893.34 |

Invoice Due Date: 01-Apr-2015

Terms Of Payment: 30 Days Net
Please state with your payment Invoice Number : 100688920
Zebra's Tax Number : 02-0545884
**Please Remit Payment to:**
Zebra Technologies International, LLC
6048 Eagle Way
Chicago, IL 60678-1060



**Zebra Technologies International, LLC**
333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

Customer Number:  7507          Invoice Number: 100688920          Invoice Date: 02-Mar-2015

**Standard Register** *ADVANCING YOUR REPUTATION*

02/26/2015    18103125 PAGE 1 OF 1

| VENDOR: YCE ZEBRA TECHNOLOGIES C | | |
|---|---|---|
| SHIP TO NO. 0000000 | SOLD TO NO. 1342514 | SRC PO & BL# 2965301 |

SHIP TO:
KAISER ROCK CREEK MEDICAL OFF
280 EXEMPLA CIR.

CO  80025-0000

LAFAYETTE

MARK FOR:
KIMBERLEY A DAY / KIMBERL

PURCHASE ORDER NO.:
16501.0000244003

REQUISITION NO.
SW C1937MV224628

USING COST CENTER NO.
28

USING COST CENTER NAME

CUSTOMER'S PURCHASE ORDER NO.
16501.0000244003                28

BILL TO:
STANDARD REGISTER
P.O. BOX 1167
DAYTON OHIO 45401
CATALOG PRODUCTS
D. HENZ

| FORM HAME AND/OR DESCRIPTION | FORM PAG / STORAGE BILL OF LADING BILLING COST CENTER | UNITS SHIPPED QTY. SHIPPED (IF DIFFERENT) | WAREHOUSE LOCATION | ORDER NO. CUSTOMER PURCHASE ORDER NO. ORIGINAL SOLD TO CONSECUTIVE NUMBER | PRODUCT CODE |
|---|---|---|---|---|---|
| ATTN: | | | | 16501.0000244003 | |

| # | | | | | | | |
|---|---|---|---|---|---|---|---|
| 000 | 8.5 X CONT 3.5 MIL RECEIP 2TC10007010 10007010 | SW C1937MV 10 M 10 U | | 89.32/M | 2810160 | 628 |

Acct# 7507

SO# 20677053

2/27/15

A55

1of2 PUP

- Ship 3rd Party -
All small parcel shipments (under 150 lbs) ship
VIA UPS Acct #174Y8E
Or for Hawaii FedEx Acct #1538-4722-3
All shipments over 150lbs or that require Special
Instructions call TRIOSE at 844-552-4737 Opt 1 for pickup

| | VIA | PREPAY & CHG X | PREPAID | CO |
|---|---|---|---|---|

| FILLED BY | CARTONS / WEIGHT | CARRIER | DUPN UPCL DUPR | DFXG EXCL | TRK USPS | DATE SHIPPED | FREIG ASSO |
|---|---|---|---|---|---|---|---|

WAREHOUSE INST
SR ORD: E02261518
PLEASE ENTER PO# AS REFERENCE #1
ON ALL SHIPPING LABELS

ON ALL SHIPPING LABELS

**Schutz, Amy**

| | |
|---|---|
| **From:** | DARLENE.HENZ@STANDARDREGISTER. <DArlene.henz@standardregister.com> |
| **Sent:** | Friday, February 27, 2015 8:41 AM |
| **To:** | ZebraOrders |
| **Cc:** | DARLENE.HENZ@STANDARDREGISTER. |
| **Subject:** | 02/27/15 2965301 2965302 2965359 |
| **Attachments:** | Document.pdf |

This document was digitally sent to you using an HP Digital Sending device.

80# 2067053
2of2 puk

1