Saia, Inc.

# Tracing Results

Friday - April 3, 2015

## Pro # 00882880680
## Current Status: Delivered

## Reference Numbers

Purchase Order # 165010000244003    Shipper's # NS

Bill of Lading # 201502270454    Reference #

Pickup # 9531376

Master Pro # N/A

**Consignee**
KAISER PERMENENTE
280 EXEMPLA CIRCLE

**Shipper**
ZEBRA TECHNOLOGIES
W 6369 LEVI DR    LAFAYETTE, CO 80026

GREENVILLE, WI 54942

Destination Terminal: DEN

Origin Terminal: GBY

**Shipment Information**
Shipment Type: PPD
**Delivery Information**    Driver # 37896
Pickup Date: 03/02/15    Trailer # 483583
Expected Delivery Date: 03/04/15    Pieces: 1
Expected Delivery Time:    Weight: 315
Delivery Appointment Date: N/A
Delivery Appointment Time: N/A
Delivery Date: 03/05/15
Delivery Time: 13:00
Service Days: 2
Freight Received by-MORRIR

## Line Item Detail

Weigh

| Pieces | Code | Hazardous | Package Type | Description | |
|--------|------|-----------|--------------|-------------|---|
| | | | | SBL | |
| | | | | | 315 |
| | REQD | | | LABELS | |
| | | | PT | | |
| 1 | 55 | | | 10 PC STC | |
| | | | | FUEL SURCHARGE | |
| | FS | | | | |

Saia, Inc.

| | | SINGLE SHIPMENT EXEMPT |
|---|---|---|
| SSX | | |
| | | INSIDE DELIVERY 566 |
| ISD | | |

## Shipment History

| Date | Time | Activity | Location |
|------|------|----------|----------|
| | | | Denver, CO |
| 03/05/15 | 10:22 pm | Weather Delay | |
| | | | Lafayette, CO |
| | 01:00 pm | Delivered | |
| | | | Denver, CO |
| | 07:00 am | Dispatched for Delivery | |
| | | | Denver, CO |
| | 06:36 am | Load Trailer: 483583 | |
| | | | Denver, CO |
| 03/04/15 | 03:12 pm | Unload Trailer: W05925MGCJ Assi | |
| | | | Denver, CO |
| | 11:34 am | Arrived at Destination Terminal | |
| | | | Chicago, IL |
| 03/03/15 | 11:04 am | Departed from Terminal | |
| | | | Chicago, IL |
| | 01:52 am | Load Trailer: W05925MGCJ | |
| | | | Chicago, IL |
| | 01:25 am | Unload Trailer: 530884 Assigned | |
| | | | Chicago, IL |
| 03/02/15 | 11:57 pm | Arrived at Breakbulk Terminal | |
| | | | Green Bay, WI |
| | 07:49 pm | Departed from Terminal | |
| | | | Green Bay, WI |
| | 06:07 pm | Load Trailer: 530884 | |
| | | | Green Bay, WI |
| | 06:03 pm | Unload Trailer: 530884 Assigned | |
| | | | Green Bay, WI |
| | 03:52 pm | Arrived at Origin Terminal | |
| | | | Greenville, WI |
| | 02:27 pm | Pickup from Customer | |


PRINT



**Zebra Technologies International, LLC**
333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

| | |
|---|---|
| Invoice Number | : 100689009 |
| Customer Number | : 7507 |

**Bill To:**
Standard Register Inc.
Attn: Gail Calhoun
600 Albany St
PO Box 1167
DAYTON, OH 45401
US

**Ship To:**
St Peter's Hospital
19 Warehouse Row
ALBANY, NY 12205
US

| | | |
|---|---|---|
| Invoice Date | : 02-Mar-2015 | |
| Order Date | : 02-Mar-2015 | |
| Final Destination | : United States | |

| | |
|---|---|
| Sales Order Number | : 20677626 |
| Customer PO | : 2965487 |
| End User PO | : 3201402726 |
| Zebra Office | : Vernon Hills, IL |

| Line | Qty | Unit | Item / Description | Unit Price | Tax% | Tax | Amou |
|---|---|---|---|---|---|---|---|
| | | | | 173.8800 | 0.00 | 0.00 | 869. |
| 1.1 | 5 | CS | 10006995K | | | | |
| | | | Wristband, Polypropylene, 1x11in (25.4x279.4mm); Direct thermal, Z-Band Direct, Adhesiv closure, HC100 cartridge, 200/roll, 6/box. | | | | |

| | | |
|---|---|---|
| HTS Code | : 3919.10.2055 | |
| ECCN | : EAR99 | |
| Country of Origin | : US | |

**Shipment Information**

| | |
|---|---|
| Shipping Point | : Greenville, WI, US |
| Ship Method | : FEDEX GROUND |
| Delivery Number | : 4415869 |
| Freight Terms | : Prepay & Add |
| Terms of Delivery | : FCA Shipping point |
| Orders Shipped With This Delivery | : 20677626 |

| Tracking# | LPN | Height (IN) | Width (IN) | Length (IN) | Weight (KG/LB) | Carton |
|---|---|---|---|---|---|---|
| | | 15 | 12 | 21 | 13.15 / 29.00 | 1 |
| 026795978032174 | WI00289070 | | | | | |

All orders are subject to Zebra's Standard Terms and Conditions ("Zebra's T&Cs") at the time the order was accepted by Zebra. Zebra's current T&Cs can be found at http://www.zebra.com/tcna. By placing an order and/or accepting delivery of the products or services identified on this invoice, customer agrees to be bound by and accepts Zebra's T&Cs, unless customer and Zebra have signed a separate agreement, in which case the separate agreement will govern.

| Total Goods | Total Shipping and Handling | Total Tax | Total USD |
|---|---|---|---|
| 869.40 | 10.71 | 0.00 | 880.11 |

Invoice Due Date: 01-Apr-2015

Terms Of Payment: 30 Days Net
Please state with your payment Invoice Number : 100689009
Zebra's Tax Number : 02-0545884

**Please Remit Payment to:**
Zebra Technologies International, LLC
6048 Eagle Way
Chicago, IL 60678-1060

**Standard Register** ADVANCING YOUR REPUTATION

2/27/2015    17:35:00 PAGE  1 OF  1

VENDOR:
YCE ZEBRA TECHNOLOGIES C

| SHIP TO NO. | SOLD TO NO. | SRC PO & BILS |
|---|---|---|
| 1157831 | 6873876 | 2965487 |

REQUISITION NO.
3201402726

USING COST CENTER NO.

USING COST CENTER NAME

CUSTOMER'S PURCHASE ORDER NO.
3201402726

SHIP TO:
ST PETER'S HOSPITAL
19 WAREHOUSE ROW
ALBANY                    NY    12205-5756

MARK FOR:

BILL TO:
STANDARD REGISTER
P.O. BOX 1167
DAYTON OHIO 45401
CATALOG PRODUCTS
D. HENZ

PURCHASE ORDER NO.:
3201402726

| ATTN: | FORM PAC / STORAGE BILL OF LADING | | | | | |
|---|---|---|---|---|---|---|
| # | FORM NAME AND/OR DESCRIPTION | BILLING COST CENTER | UNITS SHIPPED QTY. SHIPPED (IF DIFFERENT) | WAREHOUSE LOCATION | ORDER NO. | CUSTOMER PURCHASE ORDER NO / ORIGINAL SOLD TO / PRODUCT CODE CONSECUTIVE NUMBER |
| | | | | | 3201402726 | |
| 01 | ZBAND DIRECT DT 1X11 200R ZTC10006995K 10006995K | 3201402726 | 5 | 173.88 / by | 2821753 | 600 |

Acct#7507

SO#20677626

3/2/15

AJS

1 of 2 pair

| | | | VIA | PREPAY & CHG X | PREPAID | COL |
|---|---|---|---|---|---|---|

| FILLED BY | CARTONS / WEIGHT | CARRIER DUPN UPCL DUPR | DFXG FXCL | TRK USPS | DATE SHIPPED | AMOUNT |
|---|---|---|---|---|---|---|

WAREHOUSE DIST:
SR ORD  TOCSM

**Schutz, Amy**

| | |
|---|---|
| **From:** | DARLENE.HENZ@STANDARDREGISTER. <DArlene.henz@standardregister.com> |
| **Sent:** | Monday, March 02, 2015 7:31 AM |
| **To:** | ZebraOrders |
| **Cc:** | DARLENE.HENZ@STANDARDREGISTER. |
| **Subject:** | 03/02/15 2965487 |
| **Attachments:** | Document.pdf |

This document was digitally sent to you using an HP Digital Sending device.

SO# 2067716206
2of2 pur

Track your package or shipment with FedEx Tracking



My Profile | Support | Locations | English | Search

Login

FedEx    Ship ▾  Track ▾  Manage ▾  Learn ▾  * FedEx Office ®

### FedEx® Tracking

026795978032174

Ship (P/U) date:
Mon 3/02/2015

GREENVILLE, WI US

**Delivered**
Signed for by: RHUBER

Actual delivery
Wed 3/04/2015 9:07 am

Albany, NY US

### Travel History

| Date/Time | Activity | Location |
|---|---|---|
| **3/04/2015 - Wednesday** | | Albany, NY |
| 9:07 am | Delivered | RENSSELAER, NY |
| 4:52 am | On FedEx vehicle for delivery | RENSSELAER, NY |
| 4:50 am | Arrived at FedEx location | RENSSELAER, NY |
| 4:48 am | At local FedEx facility | SYRACUSE, NY |
| **3/03/2015 - Tuesday** | | SYRACUSE, NY |
| 11:54 pm | Departed FedEx location | SENECA FALLS, NY |
| 9:49 pm | Arrived at FedEx location | CHICAGO, IL |
| 6:52 pm | In transit | CHICAGO, IL |
| 5:46 am | Departed FedEx location | |
| 12:32 am | Arrived at FedEx location | OSHKOSH, WI |
| **3/02/2015 - Monday** | | OSHKOSH, WI |
| 8:04 pm | Left FedEx origin facility | OSHKOSH, WI |
| 6:48 pm | Arrived at FedEx location | |
| 5:21 pm | Picked up | |
| 4:21 pm | Shipment information sent to FedEx | |

### Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | 026795978032174 | Service | FedEx Ground |
| Reference | 4415869 | Weight | 29 lbs / 13.15 kgs |
| Dimensions | 21x16x12 in. | Total pieces | |
| Invoice number | 3242529 | Shipment ID | 026795978032174 |
| Packaging | Package | | |

Search



United States - English

FedEx.

Follow FedEx

**Customer Focus**
New Customer Center
Small Business Center
Service Guide
Customer Support

**Company Information**
About FedEx
Careers
Investor Relations

**Featured Services**
FedEx One Rate
FedEx SameDay
FedEx Home Delivery
Healthcare Solutions
Online Retail Solutions
Packaging Services
Ancillary Clearance Services

**Other Resources**
FedEx Compatible
Developer Resource Center
FedEx Ship Manager Software
FedEx Mobile

**Companies**
FedEx Express
FedEx Ground
FedEx Office
FedEx Freight
FedEx Custom Critical
FedEx Trade Networks
FedEx SupplyChain
FedEx TechConnect

Global Home | Site Map | fedex.com Terms of Use | Security and Privacy

© FedEx 1995-2015

 **ZEBRA** TECHNOLOGIES

**Zebra Technologies International, LLC**
333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

| | | |
|---|---|---|
| **Invoice Number** | : | 100689074 |
| **Customer Number** | : | 7507 |

**Bill To:**
Standard Register Inc.
Attn:Gail Calhoun
600 Albany St
PO Box 1167
DAYTON, OH  45401
US

**Ship To:**
Lowe's Co #990
12700 County Road 212
FINDLAY, OH  45840
US

| | | | | | |
|---|---|---|---|---|---|
| Invoice Date | : 02-Mar-2015 | | Sales Order Number | : 20677843 |
| Order Date | : 02-Mar-2015 | | Customer PO | : 2965591 |
| Final Destination | : United States | | End User PO | : 0160106570 |
| | | | Zebra Office | : Vernon Hills, IL |

| Line | Qty | Unit | Item / Description | Unit Price | Tax% | Tax | Amoun |
|---|---|---|---|---|---|---|---|
| | | | | 118.8000 | 0.00 | 0.00 | 475.2 |
| 1.1 | 4 | CS | LD-R6AO5B | | | | |
| | | | Label, Paper, 4x3in (101.6x76.2mm); DT, Z-Perform 1000D, Value Uncoated, Permanent Adhesive, 0.75in (19.1mm) core, 200/roll, 36/box | | | | |

| | | |
|---|---|---|
| HTS Code | : | 4821.10.4000 |
| ECCN | : | EAR99 |
| Country of Origin | : | US |
| PC Number | : | 28012793 |

**Shipment Information**

| | | |
|---|---|---|
| Shipping Point | : | Greenville, WI, US |
| Ship Method | : | UPS GROUND |
| Delivery Number | : | 4417315 |
| Freight Terms | : | Collect |
| Terms of Delivery | : | FCA Shipping point |
| Orders Shipped With This Delivery | : | 20677843 |

| Tracking# | LPN | Height (IN) | Width (IN) | Length (IN) | Weight (KG/LB) | Cartons |
|---|---|---|---|---|---|---|
| 1Z5305E50319913979 | WI00289120-1 | 5 | 14 | 17 | 9.98 / 22.00 | 1 |
| 1Z5305E50319913988 | WI00289120-2 | 5 | 14 | 17 | 9.98 / 22.00 | 1 |
| 1Z5305E50319913997 | WI00289120-3 | 5 | 14 | 17 | 9.98 / 22.00 | 1 |
| 1Z5305E50319914003 | WI00289120-4 | 5 | 14 | 17 | 9.98 / 22.00 | 1 |

All orders are subject to Zebra's Standard Terms and Conditions ("Zebra's T&Cs") at the time the order was accepted by Zebra. Zebra's current T&Cs can be found at http://www.zebra.com/tcna. By placing an order and/or accepting delivery of the products or services identified on this invoice, the customer agrees to be bound by and accepts Zebra's T&Cs, unless customer and Zebra have signed a separate agreement, in which case the separate agreement will govern.

| Total Goods | Total Shipping and Handling | Total Tax | Total USD |
|---|---|---|---|
| 475.20 | 0.00 | 0.00 | 475.20 |

Invoice Due Date: 01-Apr-2015

Terms Of Payment: 30 Days Net
Please state with your payment Invoice Number : 100689074
Zebra's Tax Number : 02-0545884



**Zebra Technologies International, LLC**
333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

Customer Number:  7507          Invoice Number: 100689074          Invoice Date: 02-Mar-2015

**Please Remit Payment to:**
Zebra Technologies International, LLC
6048 Eagle Way
Chicago, IL 60678-1060

**Standard Register**
ADVANCING YOUR REPUTATION

| VENDOR: | | |
|---|---|---|
| YCE ZEBRA TECHNOLOGIES C | | |
| SHIP TO NO. 7318089 | SOLD TO NO. 7318089 | SRC PO & BLS 2965591 |

LOWE'S CO #990

SHIP TO:
12700 COUNTY ROAD 212
FINDLAY

OH. 45840-9718

MARK FOR: ATTN: ZACK BAME
PO# 0160106570

BILL TO:
STANDARD REGISTER
P.O. BOX 1167
DAYTON OHIO 45401
CATALOG PRODUCTS
D. HENZ

PURCHASE ORDER NO.:
0160106570

REQUISITION NO.
0160106570

USING COST CENTER NO.

USING COST CENTER NAME

CUSTOMER'S PURCHASE ORDER NO.
0160106570

PURCHASE ORDER NO.:
0160106570

| FORM NAME AND/OR DESCRIPTION | FORM PAC / STORAGE BILL OF LADING BILLING COST CENTER | WAREHOUSE LOCATION | ORDER NO. | CUSTOMER PURCHASE ORDER NO. ORIGINAL SOLD TO | PRODUCT CODE |
|---|---|---|---|---|---|
| ATTN: | | | | CONSECUTIVE NUMBER | |
| # | | | 0160106570 2833693 | | |
| 01 4 X 3 DT PERF LOWES ONLY ZTCLDR6A05B LD-R6A05B | 0160106570 4 | 118.80/CN | | 628 | |

Acct# 7507
SO# 70037893
3/2/15 NO T5
AS
1 of 2 perf

| | | | | | VIA | PREPAY & CHG | PREPAID | |
|---|---|---|---|---|---|---|---|---|

| FILLED BY | CARTONS / WEIGHT | CARRIER | DUPN UPCL DUPR | DFXG FXCL | TRK USPS | DATE SHIPPED |
|---|---|---|---|---|---|---|

WAREHOUSE DIST:
SR ORD: PEARSON
SHIP UPS GROUND ACCT# 22A50E

**Schutz, Amy**

| | |
|---|---|
| From: | DARLENE.HENZ@STANDARDREGISTER. <DArlene.henz@standardregister.com> |
| Sent: | Monday, March 02, 2015 11:07 AM |
| To: | ZebraOrders |
| Cc: | DARLENE.HENZ@STANDARDREGISTER. |
| Subject: | 03/02/15 2965591 |
| Attachments: | Document.pdf |

This document was digitally sent to you using an HP Digital Sending device.

SO# 2067843
2of2 pur

1

UPS: Tracking Information

 **Proof of Delivery**

[×] Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z5305E50310913979 |
| Service: | UPS Ground |
| Weight: | 22.00 lbs |
| Shipped/Billed On: | 03/02/2015 |
| Delivered On: | 03/04/2015 12:19 P.M. |
| Delivered To: | FINDLAY, OH, US |
| Signed By: | HESCHEL |
| Left At: | Dock |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS: 04/03/2015 3:17 P.M.  ET

🖨 Print This Page                    [×] Close Window

UPS: Tracking Information

 **Proof of Delivery**

☒ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z5305E50319913988 |
| Service: | UPS Ground |
| Weight: | 22.00 lbs |
| Shipped/Billed On: | 03/02/2015 |
| Delivered On: | 03/04/2015 12:19 P.M. |
| Delivered To: | FINDLAY, OH, US |
| Signed By: | HESCHEL |
| Left At: | Dock |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS: 04/03/2015 3:17 P.M.  ET

☒ Close Window

⬚ Print This Page

## UPS: Tracking Information

 **Proof of Delivery**                ◄ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z5305E50319913997 |
| Service: | UPS Ground |
| Weight: | 22.00 lbs |
| Shipped/Billed On: | 03/02/2015 |
| Delivered On: | 03/04/2015 12:19 P.M. |
| Delivered To: | FINDLAY, OH, US |
| Signed By: | HESCHEL |
| Left At: | Dock |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2015 3:18 P.M.   ET

                                                    ◄ Close Window

◄ Print This Page

UPS: Tracking Information

 **Proof of Delivery**

☒ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z5305E50319914003 |
| Service: | UPS Ground |
| Weight: | 22.00 lbs |
| Shipped/Billed On: | 03/02/2015 |
| Delivered On: | 03/04/2015 12:19 P.M. |
| Delivered To: | FINDLAY, OH, US |
| Signed By: | HESCHEL |
| Left At: | Dock |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:   04/03/2015 3:18 P.M.   ET

▢ Print This Page                                          ☒ Close Window



**Zebra Technologies International, LLC**
333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

| | |
|---|---|
| Invoice Number | : 100689852 |
| Customer Number | : 7507 |

**Ship To:**
CCHS Logistics Center
11 Bouden Cir
NEW CASTLE, DE 19720
US

**Bill To:**
Standard Register Inc.
Attn:Gail Calhoun
600 Albany St
PO Box 1167
DAYTON, OH 45401
US

| | |
|---|---|
| Sales Order Number | : 20678063 |
| Customer PO | : 2965672 |
| End User PO | : C67411A |
| Zebra Office | : Vernon Hills, IL |

| | |
|---|---|
| Invoice Date | : 03-Mar-2015 |
| Order Date | : 02-Mar-2015 |
| Final Destination | : United States |

| Line | Qty | Unit | Item / Description | Unit Price | Tax% | Tax | Amou |
|---|---|---|---|---|---|---|---|
| | | | | 68.0904 | 0.00 | 0.00 | 408 |
| 1.1 | 6 | CS | 10000292 Label, Paper, 4x4in (101.6x101.6mm); DT, Z-Perform 2000D, Value Coated, All-Temp Adhesive, 3in (76.2mm) core, 1500/roll, 4/box | | | | |

| | |
|---|---|
| HTS Code | : 4821.90.2000 |
| ECCN | : EAR99 |
| Country of Origin | : US |

**Shipment Information**

| | |
|---|---|
| Shipping Point | : Greenville, WI, US |
| Ship Method | : UPS GROUND |
| Delivery Number | : 4417502 |
| Freight Terms | : Prepay & Add |
| Terms of Delivery | : FCA Shipping point |
| Orders Shipped With This Delivery | : 20678063 |

| Tracking# | LPN | Height (IN) | Width (IN) | Length (IN) | Weight (KG/LB) | Cart |
|---|---|---|---|---|---|---|
| 1Z5305E50319916930 | WI00289229-1 | 9 | 8 | 16 | 10.43 / 23.00 | 1 |
| 1Z5305E50319916949 | WI00289229-2 | 9 | 8 | 16 | 10.43 / 23.00 | 1 |
| 1Z5305E50319916958 | WI00289229-3 | 9 | 8 | 16 | 10.43 / 23.00 | 1 |
| 1Z5305E50319916967 | WI00289229-4 | 9 | 8 | 16 | 10.43 / 23.00 | 1 |
| 1Z5305E50319916976 | WI00289229-5 | 9 | 8 | 16 | 10.43 / 23.00 | 1 |
| 1Z5305E50319916985 | WI00289229-6 | 9 | 8 | 16 | 10.43 / 23.00 | 1 |

All orders are subject to Zebra's Standard Terms and Conditions ("Zebra's T&Cs") at the time the order was accepted by Zebra. Zebra's current can be found at http://www.zebra.com/tcna. By placing an order and/or accepting delivery of the products or services identified on this invoi customer agrees to be bound by and accepts Zebra's T&Cs, unless customer and Zebra have signed a separate agreement, in which case th separate agreement will govern.

| | |
|---|---|
| Total Tax | 0.00 |
| **Total USD** | **464.96** |

| | |
|---|---|
| Total Shipping and Handling | |
| **Total Goods** | 56.42 |
| 408.54 | |

Invoice Due Date: 02-Apr-2015

Terms Of Payment: 30 Days Net
Please state with your payment Invoice Number : 100689852
Zebra's Tax Number : 02-0545884



**Zebra Technologies International, LLC**
333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

Invoice Number: 100689852

Invoice Date: 03-Mar-2015

Customer Number:  7507

**Please Remit Payment to:**
Zebra Technologies International, LLC
6048 Eagle Way
Chicago, IL 60678-1060

Standard Register  ADVANCING YOUR REPUTATION

04/02/2015    14:34:28    PAGE 1 OF 1

| VENDOR: | | |
|---|---|---|
| YCE ZEBRA TECHNOLOGIES C. | | |
| SHIP TO NO. | SOLD TO NO. | SRC PO & BILL |
| 1298723 | 6543456 | 2965672 |

CCHS LOGISTICS CENTER

SHIP TO:

11 BOULDEN CIR
NEW CASTLE

DE. 19720-3400

MARK FOR: MATERIALS DISTRIBUTION
LOADING DOCK RECEIVERS

PURCHASE ORDER NO.
C67411A

BILL TO:

STANDARD REGISTER
P.O. BOX 1167
DAYTON OHIO 45401
CATALOG PRODUCTS
D. HENZ

REQUISITION NO.
SW C246MV103413

USING COST CENTER NO.

USING COST CENTER NAME.

CUSTOMER'S PURCHASE ORDER NO.
C67411A

FORM PAC / STORAGE
BILL OF LADING.

| ATTN: | FORM NAME AND/OR DESCRIPTION | BILLING COST CENTER | UNITS SHIPPED QTY. SHIPPED (IF DIFFERENT) | WAREHOUSE LOCATION | ORDER NO. ORIGINAL SOLD TO CONSECUTIVE NUMBER | PRODUCT CODE |
|---|---|---|---|---|---|---|
| # | | | | | C67411A | |
| 000 | 4X4 Z PERFORM 2000D LBL ZTC10000292 10000292 | SW C246MV1 | 6 | 68.08/ By | 2834270 | 628 |

Acct# 7507

SO# 70678Q03

3/2/15

ABS

10% put

| | | VIA | PREPAY & CHG | PREPAID | | COLLI |
|---|---|---|---|---|---|---|
| | | | | X | | |

| FILLED BY | CARTONS / WEIGHT | CARRIER DUPN UPCL DUPR | DFXG FXCL | TRK USPS | DATE SHIPPED | FREIGHT C MISCHAR |
|---|---|---|---|---|---|---|

WAREHOUSE INST:
SR ORD: E03021514

**Schutz, Amy**

| | |
|---|---|
| From: | DARLENE.HENZ@STANDARDREGISTER, <DArlene.henz@standardregister.com> |
| Sent: | Monday, March 02, 2015 2:29 PM |
| To: | ZebraOrders |
| Cc: | DARLENE.HENZ@STANDARDREGISTER, |
| Subject: | 03/02/15 2965672 |
| Attachments: | Document.pdf |

This document was digitally sent to you using an HP Digital Sending device.

SO#20678063
2of2 pwk

UPS: Tracking Information

 **Proof of Delivery**                    ⊠ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z5305E50319916930 |
| Service: | UPS Ground |
| Weight: | 23.00 lbs |
| Shipped/Billed On: | 03/03/2016 |
| Delivered On: | 03/09/2016 10:17 A.M. |
| Delivered To: | NEW CASTLE, DE, US |
| Signed By: | WHITE |
| Left At: | Dock |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2015 3:20 P.M.  ET    ⊠ Close Window

🖨 Print This Page

UPS: Tracking Information

 **Proof of Delivery**

[X] Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

Tracking Number: 1Z5305E50319916949
Service: UPS Ground
Weight: 23.00 lbs
Shipped/Billed On: 03/03/2015
Delivered On: 03/09/2015 10:17 A.M.
Delivered To: NEW CASTLE, DE, US
Signed By: WHITE
Left At: Dock

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS: 04/03/2015 3:21 P.M.  ET

[X] Close This Window

🖨 Print This Page

UPS: Tracking Information

 **Proof of Delivery**                    ⊠ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z5305E5031991896 |
| Service: | UPS Ground |
| Weight: | 23.00 lbs |
| Shipped/Billed On: | 03/03/2015 |
| Delivered On: | 03/09/2015 10:17 A.M. |
| Delivered To: | NEW CASTLE, DE, US |
| Signed By: | WHITE |
| Left At: | Dock |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2015 3:21 P.M.  ET

⊠ Close Window

🖨 Print This Page

1Z5305E5031    4/3/

UPS: Tracking Information

 **Proof of Delivery**                    ⬚ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

Tracking Number:         1Z6305E50319916967
Service:                 UPS Ground
Weight:                  23.00 lbs
Shipped/Billed On:       03/03/2015
Delivered On:            03/09/2015 10:17 A.M.
Delivered To:            NEW CASTLE, DE, US
Signed By:               WHITE
Left At:                 Dock

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS: 04/03/2015 3:21 P.M.  ET

⬚ Print This Page                              ⬚ Close Window

UPS: Tracking Information

 **Proof of Delivery**

☒ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z5305E5031991697B |
| Service: | UPS Ground |
| Weight: | 23.00 lbs |
| Shipped/Billed On: | 03/03/2015 |
| Delivered On: | 03/09/2015 10:17 A.M. |
| Delivered To: | NEW CASTLE, DE, US |
| Signed By: | WHITE |
| Left At: | Dock |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2015 3:21 P.M.  ET

🖨 Print This Page

☒ Close Window

UPS: Tracking Information

 **Proof of Delivery**

⊠ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z5305E50319916985 |
| Service: | UPS Ground |
| Weight: | 23.00 lbs |
| Shipped/Billed On: | 03/03/2015 |
| Delivered On: | 03/09/2015 10:17 A.M. |
| Delivered To: | NEW CASTLE, DE, US |
| Signed By: | WHITE |
| Left At: | Dock |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2015 3:22 P.M.  ET

⌂ Print This Page                    ⊠ Close Window



**Zebra Technologies International, LLC**
333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

| | | |
|---|---|---|
| **Invoice Number** | : | 100690855 |
| **Customer Number** | : | 7507 |

| **Bill To:** | **Ship To:** |
|---|---|
| Standard Register Inc.<br>Attn:Gail Calhoun<br>600 Albany St<br>PO Box 1167<br>DAYTON, OH  45401<br>US | Saint Michaels Medical Center<br>111 Central Ave<br>NEWARK, NJ  07102<br>US |

| | | | | |
|---|---|---|---|---|
| Invoice Date | : 04-Mar-2015 | Sales Order Number | : 20679690 |
| Order Date | : 04-Mar-2015 | Customer PO | : 2966062 |
| Final Destination | : United States | End User PO | : MV4873 |
| | | Zebra Office | : Vernon Hills, IL |

| Line | Qty | Unit | Item / Description | Unit Price | Tax% | Tax | Amount |
|---|---|---|---|---|---|---|---|
| 1.1 | 1 | CS | 10000303 | 86.2218 | 0.00 | 0.00 | 86.22 |
| | | | Label, Paper, 3x1in (76.2x25.4mm); DT, Z-Perform 1000D, Value Uncoated, Permanent Adhesive, 3in (76.2mm) core, 5500/roll, 6/box | | | | |

| | | |
|---|---|---|
| HTS Code | : | 4821.90.2000 |
| ECCN | : | EAR99 |
| Country of Origin | : | US |

**Shipment Information**

| | | |
|---|---|---|
| Shipping Point | : | Greenville, WI, US |
| Ship Method | : | FEDEX GROUND |
| Delivery Number | : | 4422667 |
| Freight Terms | : | Prepay & Add |
| Terms of Delivery | : | FCA Shipping point |
| Orders Shipped With This Delivery | : | 20679690 |

| Tracking# | LPN | Height (IN) | Width (IN) | Length (IN) | Weight (KG/LB) | Cartons |
|---|---|---|---|---|---|---|
| 026795978036776 | WI00288951 | 12 | 8 | 16 | 11.79 / 26.00 | 1 |

All orders are subject to Zebra's Standard Terms and Conditions ("Zebra's T&Cs") at the time the order was accepted by Zebra. Zebra's current T&Cs can be found at http://www.zebra.com/tcna. By placing an order and/or accepting delivery of the products or services identified on this invoice, customer agrees to be bound by and accepts Zebra's T&Cs, unless customer and Zebra have signed a separate agreement, in which case the separate agreement will govern.

| Total Goods | Total Shipping and Handling | Total Tax | Total USD |
|---|---|---|---|
| 86.22 | 9.84 | 0.00 | 96.06 |

Terms Of Payment: 30 Days Net
Please state with your payment Invoice Number : 100690855          Invoice Due Date: 03-Apr-2015
Zebra's Tax Number : 02-0545884

**Please Remit Payment to:**
Zebra Technologies International, LLC
6048 Eagle Way
Chicago, IL 60678-1060

**Standard Register**
*ADVANCING YOUR REPUTATION*

03/04/2015    09:18:29  PAGE: 1 OF  1

SHIP TO:
SAINT MICHAELS MEDICAL CENTER

111 CENTRAL AVE
NEWARK                    NJ   07102-1909

MARK FOR:  JOSEPH FERRAIOLO
4TH FLOOR - OR

Bill TO:
STANDARD REGISTER
P.O. BOX 1167
DAYTON OHIO 45401
CATALOG PRODUCTS
ATTN:  D. HENZ

PURCHASE ORDER NO.:
MV4873

FORM PAC / STORAGE
BILL OF LADING

VENDOR:
YCE ZEBRA TECHNOLOGIES C

| SHIP TO NO. | SOLD TO NO. | SRC PO & B/L# |
|---|---|---|
| 1164475 | 1296041 | 2966062 |

REQUISITION NO.
SW C2870MV4873

USING COST CENTER NO.

USING COST CENTER NAME

CUSTOMER'S PURCHASE ORDER NO.
MV4873

| # | FORM NAME AND/OR DESCRIPTION | BILLING COST CENTER | UNITS SHIPPED QTY. SHIPPED (IF DIFFERENT) | WAREHOUSE LOCATION | ORDER NO. ORIGINAL SOLD TO | CUSTOMER PURCHASE ORDER NO. CONSECUTIVE NUMBER | PRODUCT CODE |
|---|---|---|---|---|---|---|---|
| 000 | 3 X 1 THERM ZEBRA 3"C PER | SW C2870MV | | | MV4873 | | |
| | ZTC10000303 | | | | 2860056 | | |
| | 10000303 | | 1 0 | 86.22/CN | | | 028 |

Acct# 7507

SO# 2016 96 90

3/4/15

AOS

10 of 2 pak

| | | | | VIA | PREPAY & CHG | PREPAID | COLLECT |
|---|---|---|---|---|---|---|---|
| | | | | | | X | |

| FILLED BY | CARTONS / WEIGHT | CARRIER  DUPN UPCL DUPR | DPXG FXCL | TRK USPS | DATE SHIPPED | FREIGHT CHARGE MISC CHARGE |
|---|---|---|---|---|---|---|
| | | | | | | |

WAREHOUSE INST:
SR ORD:  E03041509

Track your package or shipment with FedEx Tracking



**FedEx Tracking**

### 026795978036776

Ship (P/U) date :
Wed 3/04/2015

GREENVILLE, WI US

**Delivered**
Signed for by: JOHNSON

Actual delivery :
Mon 3/09/2015 11:06 am

Newark, NJ US

## Travel History

| Date/Time | Activity | Location |
|---|---|---|
| **3/09/2015 - Monday** | | |
| 11:06 am | Delivered | Newark, NJ |
| **3/07/2015 - Saturday** | | |
| 5:28 am | On FedEx vehicle for delivery | KEASBEY, NJ |
| 5:23 am | Arrived at FedEx location | KEASBEY, NJ |
| 5:21 am | At local FedEx facility | KEASBEY, NJ |
| **3/06/2015 - Friday** | | |
| 11:54 am | In transit | FREMONT, OH |
| **3/05/2015 - Thursday** | | |
| 11:48 pm | In transit | PERRYSBURG, OH |
| 5:31 am | Departed FedEx location | CHICAGO, IL |
| 1:20 am | Arrived at FedEx location | CHICAGO, IL |
| **3/04/2015 - Wednesday** | | |
| 8:45 pm | Left FedEx origin facility | OSHKOSH, WI |
| 7:06 pm | Arrived at FedEx location | OSHKOSH, WI |
| 5:00 pm | Picked up | OSHKOSH, WI |
| 3:23 pm | Shipment information sent to FedEx | |

## Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | 026795978036776 | Service | FedEx Ground |
| Reference | 4422667 | Weight | 26 lbs / 11.79 kgs |
| Dimensions | 16x12x8 in. | Total pieces | 1 |
| Invoice number | 3241048 | Shipment ID | 026795978036776 |
| Packaging | Package | | |

**FedEx**

Customer Focus
New Customer Center
Small Business Center
Service Guide
Customer Support

Company Information
About FedEx
Careers
Investor Relations

Featured Services
FedEx One Rate
FedEx SameDay
FedEx Home Delivery
Healthcare Solutions
Online Retail Solutions
Packaging Services
Ancillary Clearance Services

Other Resources
FedEx Compatible
Developer Resource Center
FedEx Ship Manager Software
FedEx Mobile

Companies
FedEx Express
FedEx Ground
FedEx Office
FedEx Freight
FedEx Custom Critical
FedEx Trade Networks
FedEx SupplyChain
FedEx TechConnect

Follow FedEx

United States - English

© FedEx 1995-2015

Global Home | Site Map | fedex.com Terms of Use | Security and Privacy



**Zebra Technologies International, LLC**
333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

| | | |
|---|---|---|
| **Invoice Number** | : | 100690946 |
| **Customer Number** | : | 7507 |

| **Bill To:** | **Ship To:** |
|---|---|
| Standard Register Inc. | Hill-Phoenix Inc |
| Attn:Gail Calhoun | 709 Sigman Rd NE |
| 600 Albany St | CONYERS, GA  30013 |
| PO Box 1167 | US |
| DAYTON, OH  45401 | |
| US | |

| | | | | | |
|---|---|---|---|---|---|
| Invoice Date | : 04-Mar-2015 | | Sales Order Number | : 20679015 |
| Order Date | : 03-Mar-2015 | | Customer PO | : 2965910 |
| Final Destination | : United States | | End User PO | : 33266 |
| | | | Zebra Office | : Vernon Hills, IL |

| Line | Qty | Unit | Item / Description | Unit Price | Tax% | Tax | Amount |
|---|---|---|---|---|---|---|---|
| 1.1 | 12 | RL | 05095BK11045 | 39.0992 | 0.00 | 0.00 | 469.19 |
| | | | Resin Ribbon, 110mmx450m (4.33inx1476ft), 5095; High Performance, 25mm (1in) core, 6/box | | | | |

| | | |
|---|---|---|
| HTS Code | : | 3702.44.0160 |
| Country of Origin | : | US |

**Shipment Information**

| | | |
|---|---|---|
| Shipping Point | : | Flowery Branch, GA, US |
| Ship Method | : | UPS GROUND |
| Delivery Number | : | 4422113 |
| Freight Terms | : | Prepay & Add |
| Terms of Delivery | : | FCA Shipping point |
| Orders Shipped With This Delivery | : | 20679015 |

| Tracking# | LPN | Height (IN) | Width (IN) | Length (IN) | Weight (KG/LB) | Cartons |
|---|---|---|---|---|---|---|
| 1Z6E84Y60301912598 | GA60662 | 11 | 11 | 14 | 6.35 / 14.00 | 1 |

All orders are subject to Zebra's Standard Terms and Conditions ("Zebra's T&Cs") at the time the order was accepted by Zebra.  Zebra's current T&Cs can be found at http://www.zebra.com/tcns.  By placing an order and/or accepting delivery of the products or services identified on this invoice, customer agrees to be bound by and accepts Zebra's T&Cs, unless customer and Zebra have signed a separate agreement, in which case the separate agreement will govern.

| Total Goods | Total Shipping and Handling | Total Tax | Total USD |
|---|---|---|---|
| 469.19 | 7.27 | 0.00 | 476.46 |

Invoice Due Date: 03-Apr-2015

Terms Of Payment: 30 Days Net
Please state with your payment Invoice Number : 100690946
Zebra's Tax Number : 02-0545884

**Please Remit Payment to:**
Zebra Technologies International, LLC
6048 Eagle Way
Chicago, IL 60678-1060

**Standard Register**
ADVANCING YOUR REPUTATION

03/03/2015   13:59:16   PAGE   1 OF 1

SHIP TO:
HILL-PHOENIX INC

709 SIGMAN RD NE
CONYERS

GA   30013-1307

MARK FOR:   PO#33266

BILL TO:
STANDARD REGISTER
P.O. BOX 1167
DAYTON OHIO 45401
CATALOG PRODUCTS
D. HENZ

PURCHASE ORDER NO.
33266

| VENDOR: | | |
|---|---|---|
| YCE ZEBRA TECHNOLOGIES C | | |
| SHIP TO NO.<br>7005904 | SOLD TO NO.<br>7005904 | SRC PO & BILL#<br>2965910 |
| REQUISITION NO.<br>030315 | | |
| USING COST CENTER NO. | | |
| USING COST CENTER NAME | | |
| CUSTOMER'S PURCHASE ORDER NO.<br>33266 | | |

| ATTN:<br>FORM NAME AND/OR DESCRIPTION | FORM PAC / STORAGE<br>BILL OF LADING<br>BILLING COST CENTER | UNITS SHIPPED<br>QTY. SHIPPED<br>(IF DIFFERENT) | WAREHOUSE LOCATION | ORDER NO. | CUSTOMER PURCHASE ORDER NO.<br>ORIGINAL SOLD TO<br>CONSECUTIVE NUMBER | PRODUCT CODE |
|---|---|---|---|---|---|---|
| # | | | | 33266 | | |
| .01 4.33 X 1476 RESIN TTR<br>ZTC5095BK11045<br>05095BK11045 | 030315<br>12 | | 39,10/EB | 2851348 | | 6 32 |

Acct# 7501

SO# 70079015

3/3/15

ASS

1 of 2 pal

| | | VIA | PREPAY & CHG | PREPAID | | COLLE |
|---|---|---|---|---|---|---|
| | | | X | | | |

| FILLED BY | CARTONS / WEIGHT | CARRIER | DUPN<br>UPCL<br>DUPR | DFXG<br>FXCL | TRK<br>USPS | DATE SHIPPED | FREIGHT<br>BILL DAT |
|---|---|---|---|---|---|---|---|

WAREHOUSE INSS

**Schutz, Amy**

| | |
|---|---|
| From: | DARLENE.HENZ@STANDARDREGISTER. <DArlene.henz@standardregister.com> |
| Sent: | Tuesday, March 03, 2015 1:55 PM |
| To: | ZebraOrders |
| Cc: | DARLENE.HENZ@STANDARDREGISTER. |
| Subject: | 03/03/15 2965910 |
| Attachments: | Document.pdf |

This document was digitally sent to you using an HP Digital Sending device.

SO#20679015
2of2 pub

UPS: Tracking Information

 **Proof of Delivery**                    🖼 Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z6E84Y60301912598 |
| Service: | UPS Ground |
| Weight: | 14.00 lbs |
| Shipped/Billed On: | 03/04/2015 |
| Delivered On: | 03/05/2015 11:09 A.M. |
| Delivered To: | CONYERS, GA, US |
| Signed By: | JACKSON |
| Left At: | Dock |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2015 3:25 P.M.  ET          🖼 Close Window

🖨 Print This Page



**Zebra Technologies International, LLC**
333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

| | |
|---|---|
| Invoice Number | : 100690958 |
| Customer Number | : 7507 |

**Ship To:**
Lowe's Regional Dist Ctr
620 Lowes Blvd
GARYSBURG, NC  27831
US

**Bill To:**
Standard Register Inc.
Attn:Gail Calhoun
600 Albany St
PO Box 1167
DAYTON, OH  45401
US

| | |
|---|---|
| Sales Order Number | : 20679443 |
| Customer PO | : 2966041 |
| End User PO | : 0160106848 |
| Zebra Office | : Vernon Hills, IL |

| | |
|---|---|
| Invoice Date | : 04-Mar-2016 |
| Order Date | : 04-Mar-2016 |
| Final Destination | : United States |

| | Unit Price | Tax% | Tax | Amou |
|---|---|---|---|---|
| | 118.8000 | 0.00 | 0.00 | 3,564. |

| Line | Qty | Unit | Item / Description |
|---|---|---|---|
| 1.1 | 30 | CS | LD-R6AO5B |

Label, Paper, 4x3in (101.6x76.2mm); DT, Z-Perform 1000D, Value Uncoated, Permanent
Adhesive, 0.75in (19.1mm) core, 200/roll, 36/box

| | |
|---|---|
| HTS Code | : 4821.10.4000 |
| Country of Origin | : US |
| PC Number | : 28012793 |

**Shipment Information**

| | |
|---|---|
| Shipping Point | : Flowery Branch, GA, US |
| Ship Method | : SOUTHEASTERN TL |
| Delivery Number | : 4422690 |
| Waybill Number | : 209297719 |
| Freight Terms | : Collect |
| Terms of Delivery | : FCA Shipping point |
| Orders Shipped With This Delivery | : 20679443 |

| | | Height (IN) | Width (IN) | Length (IN) | Weight (KG/LB) | Cart |
|---|---|---|---|---|---|---|
| | | 48 | 40 | 48 | 316.61 / 698.00 | 30 |
| Tracking# | LPN | | | | | |
| | GA00093796 | | | | | |

All orders are subject to Zebra's Standard Terms and Conditions ("Zebra's T&Cs") at the time the order was accepted by Zebra. Zebra's current can be found at http://www.zebra.com/tcna. By placing an order and/or accepting delivery of the products or services identified on this invoice, customer agrees to be bound by and accepts Zebra's T&Cs, unless customer and Zebra have signed a separate agreement. In which case the separate agreement will govern.

| Total Goods | Total Shipping and Handling | Total Tax | Total USD |
|---|---|---|---|
| 3,564.00 | 0.00 | 0.00 | 3,564.00 |

Invoice Due Date: 03-Apr-2016

Terms Of Payment: 30 Days Net
Please state with your payment Invoice Number : 100690958
Zebra's Tax Number : 02-0545884

**Please Remit Payment to:**
Zebra Technologies International, LLC
6048 Eagle Way



**Zebra Technologies International, LLC**
333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

Invoice Date: 04-Mar-2015

Invoice Number: 100690958

Customer Number:   7507

Standard Register
ADVANCING YOUR REPUTATION

03/04/2015    07:32:58  PAGE  1 OF  1

VENDOR:

YCE ZEBRA TECHNOLOGIES C

| SHIP TO NO. | SOLD TO NO. | SRC PO & Bill # |
|---|---|---|
| 7401097 | 7401097 | 2966041 |

SHIP TO:

LOWE'S REGIONAL DIST CTR
LOWE'S RDCH 1420 DOOR 459
620 LOWES BLVD
GARYSBURG

MARK FOR:    ATTN: SONYIA TURNER
PO# 0160106848

NC  27831-9748

REQUISITION NO.
0160106848

USING COST CENTER NO.
LO

USING COST CENTER NAME

PURCHASE ORDER NO.:
0160106848

BILL TO:

STANDARD REGISTER
P.O. BOX 1167
DAYTON OHIO 45401
CATALOG PRODUCTS
D. HENZ

CUSTOMER'S PURCHASE ORDER NO.
0160106848                                          LO

| ATTN: | FORM PAC / STORAGE BILL OF LADING | WAREHOUSE LOCATION | ORDER NO. | CUSTOMER PURCHASE ORDER NO. ORIGINAL SOLD TO | PRODUCT CODE |
|---|---|---|---|---|---|
| | BILLING COST CENTER | UNITS SHIPPED QTY. SHIPPED (IF DIFFERENT) | | 0160106848 CONSECUTIVE NUMBER | |

| # | FORM NAME AND/OR DESCRIPTION | | | | | |
|---|---|---|---|---|---|---|
| 01 | 4 X 3 DT PERF LOWES ONLY | 0160106848 | | 118.80/CN | 2859771 | 620 |
| | ZTCLDR6A05B | 30 | | | | |
| | LD-R6A05B | 30 | | | | |

Acct# 7507

SO# 70607943

3/4/15   NO#

AS NO#

1 of 2 pur

| | | | | VIA | PREPAY & CHG | PREPAID | CO |
|---|---|---|---|---|---|---|---|

| | | CARRIER  DUPN UPCL DUER | DFXG FXCL | TRK USPS | DATE SHIPPED |
|---|---|---|---|---|---|

FILLED BY                    CARTONS / WEIGHT

WAREHOUSE INSTS:
SR.ORD.  PPARSON
CALL TRISH WITH STATE OF SHIPMENT ORIGIN FOR NAME OF
LTL CARRIER. 706-827-7871

ORIGIN FOR NAME OF

**Schutz, Amy**

| | |
|---|---|
| **From:** | DARLENE.HENZ@STANDARDREGISTER. <DArlene.henz@standardregister.com> |
| **Sent:** | Wednesday, March 04, 2015 7:15 AM |
| **To:** | ZebraOrders |
| **Cc:** | DARLENE.HENZ@STANDARDREGISTER. |
| **Subject:** | 03/04/15 2966041 |
| **Attachments:** | Document.pdf |

This document was digitally sent to you using an HP Digital Sending device.

SO#2a679443
2052pur

1

Tracing - Southeastern Freight Lines

## Tracing Results

| | | | |
|---|---|---|---|
| | | Pickup Date/Time: | 03/04/2015 06:57 PM |
| Pro Number: | 209297719 | | |
| | | Prepaid or Collect: | Collect |
| Invoice Status: | Invoiced 03/09/2015 | PO#: | 160106848 |
| B/L Number: | 3048314 | | |
| | | Consignee: | LOWE'S 1420 RDC |
| Shipper: | ZEBRA TECHNOLOGIES | | GARYSBURG, NC 27631 |
| | FLOWERY BRANCH, GA | | |
| | 30542 | | ROCKY MOUNT |
| | | | (252)937-6366 |
| | NORTH ATLANTA | Destination Service | |
| Origin Service | (770)932-7160 | Center: | At destination: ROCKY MOUNT |
| Center: | | Location: | Delivered 03/05/2015 11:00 AM |
| Pieces: | 1 | Status: | Recvd by: DROP TRL |
| Weight: | 698 | | GPXX983374 |
| Charges: | View charges here | | 03/05/2015 |
| COD Amount: | | | |
| | | Committed Delivery: | |

AP



**Zebra Technologies International, LLC**
333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

|  |  |  |
|---|---|---|
| Invoice Number | : | 100691789 |
| Customer Number | : | 7507 |

**Bill To:**
Standard Register Inc.
Attn:Gail Calhoun
600 Albany St
PO Box 1167
DAYTON, OH  45401
US

**Ship To:**
St Peter's Hospital
19 Warehouse Row
ALBANY, NY  12205
US

| | | | | |
|---|---|---|---|---|
| Invoice Date | : 05-Mar-2015 | Sales Order Number | : | 20680427 |
| Order Date | : 05-Mar-2015 | Customer PO | : | 2986226 |
| Final Destination | : United States | End User PO | : | 3201403108 |
| | | Zebra Office | : | Vernon Hills, IL |

| Line | Qty | Unit | Item / Description | Unit Price | Tax% | Tax | Amount |
|---|---|---|---|---|---|---|---|
| | | | | 173.8800 | 0.00 | 0.00 | 869.40 |
| 1.1 | 5 | CS | 10006995K Wristband, Polypropylene, 1x11in (25.4x279.4mm); Direct thermal, Z-Band Direct, Adhesive closure, HC100 cartridge, 200/roll, 6/box. | | | | |

|  |  |  |
|---|---|---|
| HTS Code | : | 3919.10.2055 |
| ECCN | : | EAR99 |
| Country of Origin | : | US |

**Shipment Information**

|  |  |  |
|---|---|---|
| Shipping Point | : | Greenville, WI, US |
| Ship Method | : | FEDEX GROUND |
| Delivery Number | : | 4426466 |
| Freight Terms | : | Prepay & Add |
| Terms of Delivery | : | FCA Shipping point |
| Orders Shipped With This Delivery | : | 20680427 |

| Tracking# | LPN | Height (IN) | Width (IN) | Length (IN) | Weight (KG/LB) | Cartons |
|---|---|---|---|---|---|---|
| | | 15 | 12 | 21 | 12.70 / 28.00 | 1 |
| 026795978039067 | WI00290125 | | | | | |

All orders are subject to Zebra's Standard Terms and Conditions ("Zebra's T&Cs") at the time the order was accepted by Zebra. Zebra's current T&Cs can be found at http://www.zebra.com/tcna. By placing an order and/or accepting delivery of the products or services identified on this invoice, customer agrees to be bound by and accepts Zebra's T&Cs, unless customer and Zebra have signed a separate agreement, in which case the separate agreement will govern.

| Total Goods | Total Shipping and Handling | Total Tax | Total USD |
|---|---|---|---|
| 869.40 | 10.46 | 0.00 | 879.86 |

Invoice Due Date: 04-Apr-2015

Terms Of Payment: 30 Days Net
Please state with your payment Invoice Number : 100691789
Zebra's Tax Number : 02-0545884

**Please Remit Payment to:**
Zebra Technologies International, LLC
6048 Eagle Way
Chicago, IL 60678-1060

**Standard Register** ADVANCING YOUR REPUTATION

ST PETER'S HOSPITAL

SHIP TO: 19 WAREHOUSE ROW
ALBANY

NY 12205-5756

MARK FOR: PO# 3201403108

BILL TO: STANDARD REGISTER
P.O. BOX 1167
DAYTON OHIO 45401
CATALOG PRODUCTS
D. RENZ

PURCHASE ORDER NO.:
3201403108

03/04/2015   16:16:51   PAGE 1 OF 1

| VENDOR: | | |
|---|---|---|
| YCE ZEBRA TECHNOLOGIES C | | |
| SHIP TO NO. 1157831 | SOLD TO NO. 6873876 | SRG PO & BL#. 2966226 |
| REQUISITION NO. 3201403108 | | |
| USING COST CENTER NO. | | |
| USING COST CENTER NAME | | |
| CUSTOMER'S PURCHASE ORDER NO. 3201403108 | | |

ATTN:

| FORM NAME AND/OR DESCRIPTION | FORM PAC / STORAGE BILL OF LADING BILLING COST CENTER | UNITS SHIPPED QTY. SHIPPED (IF DIFFERENT) | WAREHOUSE LOCATION | ORDER NO. | CUSTOMER PURCHASE ORDER NO. ORIGINAL SOLD TO | PRODUCT CODE |
|---|---|---|---|---|---|---|
| # | | | | | CONSECUTIVE NUMBER | |
| | | | | | 3201403108 | |
| 01 ZBAND DIRECT DT 1X11 200R | 3201403108 | | 173.88/by | 2872094 | 600 | |
| ZTC10006995K | | 5 0 | | | | |
| 10006995K | | | | | | |

Acct#7507

So#20080427

3/5/15

AS

10/2 pull

| | VIA | PREPAY & CHG | PREPAID | COLL |
|---|---|---|---|---|
| | | X | | |

| | CARTONS / WEIGHT | CARRIER DUPN UPCL DUPR | DPXG FXCL | TRK USPS | DATE SHIPPED | FREIGHT MISC CH |
|---|---|---|---|---|---|---|
| FILLED BY | | | | | | |

WAREHOUSE INST:
SR ORD: OCSM

**Schutz, Amy**

| | |
|---|---|
| **From:** | DARLENE.HENZ@STANDARDREGISTER. <DArlene.henz@standardregister.com> |
| **Sent:** | Thursday, March 05, 2015 7:49 AM |
| **To:** | ZebraOrders |
| **Cc:** | DARLENE.HENZ@STANDARDREGISTER. |
| **Subject:** | 03/05/15 2966226 |
| **Attachments:** | Document.pdf |

This document was digitally sent to you using an HP Digital Sending device.

Track your package or shipment with FedEx Tracking





**Zebra Technologies International, LLC**
333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

Invoice Number  : 100692658
Customer Number : 7507

**Bill To:**
Standard Register Inc.
Attn:Gail Calhoun
600 Albany St
PO Box 1167
DAYTON, OH  45401
US

**Ship To:**
Lowe's Co Inc
2801 S Springfield Ave
Lowe's Rockford #1440
ROCKFORD, IL 61102
US

| | |
|---|---|
| Invoice Date | : 06-Mar-2015 |
| Order Date | : 06-Mar-2015 |
| Final Destination | : United States |

| | |
|---|---|
| Sales Order Number | : 20681660 |
| Customer PO | : 2966559 |
| End User PO | : 0160107033 |
| Zebra Office | : Vernon Hills, IL |

| Line | Qty | Unit | Item / Description | Unit Price | Tax% | Tax | Amount |
|---|---|---|---|---|---|---|---|
| 1.1 | 6 | CS | LD-R6AO5B | 118.8000 | 0.00 | 0.00 | 712.8 |
| | | | Label, Paper, 4x3in (101.6x76.2mm); DT, Z-Perform 1000D, Value Uncoated, Permanent Adhesive, 0.75in (19.1mm) core, 200/roll, 36/box | | | | |

| | |
|---|---|
| HTS Code | : 4821.10.4000 |
| ECCN | : EAR99 |
| Country of Origin | : US |
| PC Number | : 28012793 |

**Shipment Information**

| | |
|---|---|
| Shipping Point | : Greenville, WI, US |
| Ship Method | : UPS GROUND |
| Delivery Number | : 4429904 |
| Freight Terms | : Collect |
| Terms of Delivery | : FCA Shipping point |
| Orders Shipped With This Delivery | : 20681660 |

| Tracking# | LPN | Height (IN) | Width (IN) | Length (IN) | Weight (KG/LB) | Carton |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| | | 4 | 13 | 16 | 9.98 / 22.00 | 1 |
| 1Z5305E50319936007 | WI00290569-1 | 4 | 13 | 16 | 9.98 / 22.00 | 1 |
| 1Z5305E50319936016 | WI00290569-2 | 4 | 13 | 16 | 9.98 / 22.00 | 1 |
| 1Z5305E50319936025 | WI00290569-4 | 4 | 13 | 16 | 9.98 / 22.00 | 1 |
| 1Z5305E50319936034 | WI00290569-6 | 4 | 13 | 16 | 9.98 / 22.00 | 1 |
| 1Z5305E50319936043 | WI00290569-3-1 | 4 | 13 | 16 | 9.98 / 22.00 | 1 |
| 1Z5305E50319936052 | | | | | | |

All orders are subject to Zebra's Standard Terms and Conditions ("Zebra's T&Cs") at the time the order was accepted by Zebra. Zebra's current T&Cs can be found at http://www.zebra.com/tcna. By placing an order and/or accepting delivery of the products or services identified on this invoice, customer agrees to be bound by and accepts Zebra's T&Cs, unless customer and Zebra have signed a separate agreement, in which case the separate agreement will govern.

| Total Goods | Total Shipping and Handling | Total Tax | Total USD |
|---|---|---|---|
| 712.80 | 0.00 | 0.00 | 712.80 |

Invoice Due Date: 05-Apr-2015

Terms Of Payment: 30 Days Net
Please state with your payment Invoice Number : 100692658



**Zebra Technologies International, LLC**
333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

Customer Number:  7507          Invoice Number: 100692658          Invoice Date: 06-Mar-2015

Zebra's Tax Number : 02-0545884

**Please Remit Payment to:**
Zebra Technologies International, LLC
6048 Eagle Way
Chicago, IL 60678-1060

**Standard Register**
ADVANCING YOUR REPUTATION

03/06/2015    09:29:57 PAGE 1 OF 1

SHIP TO: LOWE'S CO INC
LOWE'S ROCKFORD #1440
2601 S SPRINGFIELD AVE
ROCKFORD
IL 61102-4275
MARK FOR: ATTN: RANSOM MCNEILL
PO# 0160107033

PURCHASE ORDER NO.
0160107033

BILL TO: STANDARD REGISTER
P.O. BOX 1167
DAYTON OHIO 45401
CATALOG PRODUCTS
D. HENZ

| VENDOR: YCE ZEBRA TECHNOLOGIES C | | |
|---|---|---|
| SHIP TO NO. 1160377 | SOLD TO NO. 1160377 | SRC PO & BILL 2966559 |
| REQUISITION NO. 0160107033 | | |
| USING COST CENTER NO. | | |
| USING COST CENTER NAME | LO | |
| CUSTOMER'S PURCHASE ORDER NO. 0160107033 | | LO |

FORM PAC / STORAGE
BILL OF LADING

| ATTN: FORM NAME AND/OR DESCRIPTION | BILLING COST CENTER | UNITS SHIPPED QTY. SHIPPED (IF DIFFERENT) | WAREHOUSE LOCATION | ORDER NO. ORIGINAL SOLD TO | PRODUCT CODE |
|---|---|---|---|---|---|
| # | | | | CUSTOMER PURCHASE ORDER NO. CONSECUTIVE NUMBER | |
| | | | | 0160107033 | |
| 01 4 X 3 DT PERF LOWES ONLY | 0160107033 | 6 U | 118.0/CN | 2895158 | 628 |
| ZTCLDR6A05B | | | | | |
| LD-R6A05B | | | | | |

Acct# 7507

80#20E81616gE

3/6/15 10#E

A05

10#2 pack

| | VIA | PREPAY & CHG | PREPAID | COLL |
|---|---|---|---|---|
| | | | | X |

| FILLED BY | CARTONS/WEIGHT | CARRIER | DUPN-UPCL DUPR | DFXG FXOL | TRK USPS | DATE SHIPPED | FREIGHT |
|---|---|---|---|---|---|---|---|

WAREHOUSE NOT:
SR ORD: PPARSON
SHIP UPS GROUND ACCT# 202E5A

**Schutz, Amy**

| | |
|---|---|
| **From:** | DARLENE.HENZ@STANDARDREGISTER. <DArlene.henz@standardregister.com> |
| **Sent:** | Friday, March 06, 2015 11:26 AM |
| **To:** | ZebraOrders |
| **Cc:** | DARLENE.HENZ@STANDARDREGISTER. |
| **Subject:** | 03/06/15 2966559 2966578 |
| **Attachments:** | Document.pdf |

This document was digitally sent to you using an HP Digital Sending device.

SO#2068116060
2082 par

UPS: Tracking Information

 **Proof of Delivery**                    ☒ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z5305E50319936007 |
| Service: | UPS Ground |
| Weight: | 22.00 lbs |
| Shipped/Billed On: | 03/06/2015 |
| Delivered On: | 03/09/2015 8:57 A.M. |
| Delivered To: | ROCKFORD, IL, US |
| Signed By: | DUVALL |
| Left At: | Office |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2015 3:30 P.M.   ET         ☒ Close Window

▢ Print This Page

UPS: Tracking Information

 **Proof of Delivery**

⬚ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| | 1Z5305E50319936016 |
| Tracking Number: | UPS Ground |
| Service: | 22.00 lbs |
| Weight: | 03/06/2015 |
| Shipped/Billed On: | 03/09/2015 8:57 A.M. |
| Delivered On: | ROCKFORD, IL, US |
| Delivered To: | DUVALL. |
| Signed By: | Office |
| Left At: | |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2015 3:30 P.M.   ET

⬚ Close Window

▭ Print This Page

UPS: Tracking Information

 **Proof of Delivery**          ⌧ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z5305E50319936026 |
| Service: | UPS Ground |
| Weight: | 22.00 lbs |
| Shipped/Billed On: | 03/06/2015 |
| Delivered On: | 03/09/2015 8:57 A.M. |
| Delivered To: | ROCKFORD, IL, US |
| Signed By: | DUVALL |
| Left At: | Office |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2015 3:31 P.M.  ET          ⌧ Close Window

⎙ Print This Page

UPS: Tracking Information

 **Proof of Delivery**                          ☒ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

Tracking Number:          1Z5305E50319936034
Service:                  UPS Ground
Weight:                   22.00 lbs
Shipped/Billed On:        03/06/2015
Delivered On:             03/09/2015 8:57 A.M.
Delivered To:             ROCKFORD, IL, US
Signed By:                DUVALL
Left At:                  Office

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2015 3:31 P.M.  ET                          ☒ Close Window

☒ Print This Page

UPS: Tracking Information

 **Proof of Delivery**                    ⊠ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z6305E60319936043 |
| Service: | UPS Ground |
| Weight: | 22.00 lbs |
| Shipped/Billed On: | 03/06/2015 |
| Delivered On: | 03/09/2015 8:57 A.M. |
| Delivered To: | ROCKFORD, IL, US |
| Signed By: | DUVALL |
| Left At: | Office |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS: 04/03/2015 3:31 P.M.  ET

          ⊠ Close Window

🖨 Print This Page

UPS: Tracking Information

 **Proof of Delivery**

[X] Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z5305E50319936052 |
| Service: | UPS Ground |
| Weight: | 22.00 lbs |
| Shipped/Billed On: | 03/06/2015 |
| Delivered On: | 03/09/2015 8:57 A.M. |
| Delivered To: | ROCKFORD, IL, US |
| Signed By: | DUVALL |
| Left At: | Office |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2015 3:31 P.M.  ET

🖨 Print This Page          [X] Close Window



**Zebra Technologies International, LLC**
333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

| | |
|---|---|
| Invoice Number | : 100692804 |
| Customer Number | : 7507 |

**Bill To:**
Standard Register Inc.
Attn: Gail Calhoun
600 Albany St
PO Box 1167
DAYTON, OH  45401
US

**Ship To:**
Parkland Memorial Hospital
5201 Harry Hines Blvd
DALLAS, TX  75235
US

| | | | |
|---|---|---|---|
| Invoice Date | : 06-Mar-2015 | Sales Order Number | : 20681674 |
| Order Date | : 06-Mar-2015 | Customer PO | : 2966578 |
| Final Destination | : United States | End User PO | : MV68542 |
| | | Zebra Office | : Vernon Hills, IL |

| Line | Qty | Unit | Item / Description | Unit Price | Tax% | Tax | Amount |
|---|---|---|---|---|---|---|---|
| | | | | 76.2048 | 0.00 | 0.00 | 457.23 |
| 1.1 | 6 | CS | 10010045<br>Label, Paper, 4x1in (101.6x25.4mm); DT, Z-Select 4000D, High Performance Coated,<br>All-Temp Adhesive, 1in (25.4mm) core, 2340/roll, 6/box | | | | |

| | |
|---|---|
| HTS Code | : 4821.90.2000 |
| Country of Origin | : US |

**Shipment Information**

| | |
|---|---|
| Shipping Point | : Mc Allen, TX, US |
| Ship Method | : UPS GROUND |
| Delivery Number | : 4430291 |
| Freight Terms | : Prepay & Add |
| Terms of Delivery | : FCA Shipping point |
| Orders Shipped With This Delivery | : 20681674 |

| Tracking# | LPN | Height (IN) | Width (IN) | Length (IN) | Weight (KG/LB) | Cartons |
|---|---|---|---|---|---|---|
| 1Z377VX50310809734 | TX00025740-1 | 9 | 8 | 11 | 6.80 / 15.00 | 1 |
| 1Z377VX50310809743 | TX00025740-2 | 9 | 8 | 11 | 6.80 / 15.00 | 1 |
| 1Z377VX50310809752 | TX00025740-3 | 9 | 8 | 11 | 6.80 / 15.00 | 1 |
| 1Z377VX50310809761 | TX00025740-4 | 9 | 8 | 11 | 6.80 / 15.00 | 1 |
| 1Z377VX50310809770 | TX00025740-5 | 9 | 8 | 11 | 6.80 / 15.00 | 1 |
| 1Z377VX50310809789 | TX00025740-6 | 9 | 8 | 11 | 6.80 / 15.00 | 1 |

All orders are subject to Zebra's Standard Terms and Conditions ("Zebra's T&Cs") at the time the order was accepted by Zebra. Zebra's current T&Cs can be found at http://www.zebra.com/tcna. By placing an order and/or accepting delivery of the products or services identified on this invoice, customer agrees to be bound by and accepts Zebra's T&Cs, unless customer and Zebra have signed a separate agreement, in which case the separate agreement will govern.

| | | Total Tax | Total USD |
|---|---|---|---|
| | | 0.00 | 500.40 |
| Total Goods | Total Shipping and Handling | | |
| 457.23 | 43.17 | Invoice Due Date: 05-Apr-2015 | |

Terms Of Payment: 30 Days Net
Please state with your payment Invoice Number : 100692804
Zebra's Tax Number : 02-0545884

**Please Remit Payment to:**



**Zebra Technologies International, LLC**
333 Corporate Woods Parkway
Vernon Hills, IL 60061-3109
T: +1.847.634.6700
F: +1.847.913.8766

Customer Number:  7507          Invoice Number: 100692804          Invoice Date: 06-Mar-2015

Zebra Technologies International, LLC
6048 Eagle Way
Chicago, IL 60678-1060

**Standard Register** ADVANCING YOUR REPUTATION

03/06/2015    10:19:23  PAGE   1 OF 1

SHIP TO:

PARKLAND MEMORIAL HSP
RECEIVING DOCK B
5201 HARRY HINES BLVD
DALLAS

TX  75235-7708

MARK FOR: SHANEQUA RANDLE
801 CONOVER DRIVE

BILL TO:

STANDARD REGISTER
P.O. BOX 1167
DAYTON OHIO 45401
CATALOG PRODUCTS
D. HENZ

ATTN:

PURCHASE ORDER NO.:
MV68542

| VENDOR: YCE ZEBRA TECHNOLOGIES C | | |
|---|---|---|
| SHIP TO NO. 6932118 | SOLD TO NO. 6855418 | SRC PO & BL# 2966578 |
| REQUISITION NO. SW C228MV68542 | | |
| USING COST CENTER NO. RE | | |
| USING COST CENTER NAME | | |
| CUSTOMER'S PURCHASE ORDER NO. MV68542 | | RE |

FORM PAC / STORAGE
BILL OF LADING

| # | FORM NAME AND/OR DESCRIPTION | BILLING COST CENTER UNITS SHIPPED QTY. SHIPPED IF DIFFERENT | WAREHOUSE LOCATION | ORDER NO. ORIGINAL SOLD TO CONSECUTIVE NUMBER | CUSTOMER PURCHASE ORDER NO. PRODUCT CODE |
|---|---|---|---|---|---|
| | | | | MV68542 | |
| 000 | 4 X 1 Z-SELECT 4000D LABE | SN C228MV6 | | 2895397 | |
| | ZTG10010045 | 6 | 76-20/CN | | 1026 |
| | 10010045 | | | | |
| | Acct# 7507 | | | | |
| | 80# 20081674 | | | | |
| | 3/6/15 | | | | |
| | ASS | | | | |
| | 10 of 2 pall | | | | |

| | VIA | PREPAY & CHG | PREPAID | COLLECT |
|---|---|---|---|---|
| | | | X | |

| FILLED BY | CARTONS / WEIGHT | CARRIER DUPN UPOL DUPR | DPXG FXCL | TRK USPS | DATE SHIPPED | FREIGHT CHARGES MISC CHARGE |
|---|---|---|---|---|---|---|

WAREHOUSE HIST:
SR ORD: E03061510

**Schutz, Amy**

| | |
|---|---|
| **From:** | DARLENE.HENZ@STANDARDREGISTER, <DArlene.henz@standardregister.com> |
| **Sent:** | Friday, March 06, 2015 11:26 AM |
| **To:** | ZebraOrders |
| **Cc:** | DARLENE.HENZ@STANDARDREGISTER, |
| **Subject:** | 03/06/15 2966559 2966578 |
| **Attachments:** | Document.pdf |

This document was digitally sent to you using an HP Digital Sending device.

UPS: Tracking Information

 **Proof of Delivery**                    [x] Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z377VX50310609734 |
| **Service:** | UPS Ground |
| **Weight:** | 15.00 lbs |
| **Shipped/Billed On:** | 03/06/2016 |
| **Delivered On:** | 03/11/2015 11:07 A.M. |
| **Delivered To:** | DALLAS, TX, US |
| **Signed By:** | JULIO |
| **Left At:** | Dock |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2015 3:32 P.M.  ET

[n] Print This Page                    [x] Close Window

UPS: Tracking Information

 . Proof of Delivery

⊠ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z377VX50310809743 |
| Service: | UPS Ground |
| Weight: | 15.00 lbs |
| Shipped/Billed On: | 03/06/2015 |
| Delivered On: | 03/11/2015 11:07 A.M. |
| Delivered To: | DALLAS, TX, US |
| Signed By: | JULIO |
| Left At: | Dock |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2015 3:32 P.M.  ET

⊡ Print This Page                    ⊠ Close Window

UPS: Tracking Information

 **Proof of Delivery**

☒ Close Window .

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z377VX50310809752 |
| Service: | UPS Ground |
| Weight: | 15.00 lbs |
| Shipped/Billed On: | 03/06/2015 |
| Delivered On: | 03/11/2015 11:07 A.M. |
| Delivered To: | DALLAS, TX, US |
| Signed By: | JULIO |
| Left At: | Dock |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS: 04/03/2015 3:32 P.M.  ET

🖨 Print This Page

☒ Close Window

UPS: Tracking Information

 **Proof of Delivery**

░ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

Tracking Number:        1Z377VX50310809761
Service:                UPS Ground
Weight:                 15.00 lbs
Shipped/Billed On:      03/06/2015
Delivered On:           03/11/2015 11:07 A.M.
Delivered To:           DALLAS, TX, US
Signed By:              JULIO
Left At:                Dock

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2015 3:33 P.M.  ET

░ Print This Page                        ░ Close Window

**UPS** Proof of Delivery

⊠ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z377VX50310809770 |
| Service: | UPS Ground |
| Weight: | 15.00 lbs |
| Shipped/Billed On: | 03/08/2015 |
| Delivered On: | 03/11/2015 11:07 A.M. |
| Delivered To: | DALLAS, TX, US |
| Signed By: | JULIO |
| Left At: | Dock |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2015 3:33 P.M.  ET

🖨 Print This Page

⊠ Close Window

UPS: Tracking Information

 **Proof of Delivery**

☒ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z377VX60310809789 |
| Service: | UPS Ground |
| Weight: | 15.00 lbs |
| Shipped/Billed On: | 03/06/2015 |
| Delivered On: | 03/11/2015 11:07 A.M. |
| Delivered To: | DALLAS, TX, US |
| Signed By: | JULIO |
| Left At: | Dock |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  04/03/2015 3:33 P.M.  ET

🖶 Print This Page

☒ Close Window