# EXHIBIT A
## [No Liability Pension Claims]

52809889.1

| | Name | Debtor | Date | Claim # | Amount | Description |
|---|---|---|---|---|---|---|
| 1 | ADKINS, JERRY | SRC Liquidation LLC | 6/8/2015 | 1627 | $9,000.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 2 | ANDERSON, BETTY | SRC Liquidation LLC | 6/4/2015 | 1342 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 3 | ARNOLD, C | SRC Liquidation LLC | 7/20/2015 | 2371 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 4 | ARNOLD, CARMELA | SRC Liquidation LLC | 6/5/2015 | 1507 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |

| | | | | | |
|---|---|---|---|---|---|
| 5 | ASAY, CAROL | SRC Liquidation LLC | 6/8/2015 | 1660 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 6 | ASSISI, VIRGINIA | SRC Liquidation LLC | 6/8/2015 | 1668 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 7 | BAERLEIN, THOMAS J | SRC Liquidation LLC | 6/5/2015 | 1487 | $1,313.16 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 8 | BAGWELL, R | SRC Liquidation LLC | 5/26/2015 | 1028 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |

| | Name | Debtor | Date Filed | Claim # | Amount | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 9 | Bailey, Richard | SRC Liquidation LLC | 5/28/2015 | 1019 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 10 | BARAN, CAROL | SRC Liquidation LLC | 6/8/2015 | 1649 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 11 | BATES, EDWIN | SRC Liquidation LLC | 6/8/2015 | 1618 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 12 | Beckmann, Lorraine | SRC Liquidation LLC | 6/2/2015 | 1292 | $144,324.60 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |

| # | Name | Debtor | Date | Claim | Amount | Description |
|---|------|--------|------|-------|--------|-------------|
| 13 | BELL, PAMELA | SRC Liquidation LLC | 6/9/2015 | 1735 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 14 | BENTLEY, TERRENCE | SRC Liquidation LLC | 6/1/2015 | 1255 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 15 | BETTENCOURT, ALVERA | SRC Liquidation LLC | 5/22/2015 | 1224 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 16 | Beucaire, Deborah A | SRC Liquidation LLC | 6/8/2015 | 1706 | $63,000.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |

| # | Name | Debtor | Date | Claim # | Amount | Description |
|---|---|---|---|---|---|---|
| 17 | BIGELOW, ROGER | SRC Liquidation LLC | 7/2/2015 | 2106 | $163,548.86 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 18 | BOHANNAN, HAROLD | SRC Liquidation LLC | 5/26/2015 | 1201 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 19 | BONNER, MELONESE | SRC Liquidation LLC | 7/6/2015 | 2146 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 20 | Boschert, Kathey | SRC Liquidation LLC | 5/29/2015 | 1145 | $5,949.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |

| | | | | | |
|---|---|---|---|---|---|
| 21 | Bowers, Yvonne | SRC Liquidation LLC | 7/6/2015 | 2148 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 22 | BOYCE, CYNTHIA R | SRC Liquidation LLC | 6/1/2015 | 1160 | $1,817.76 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 23 | BOYD, LARRY | SRC Liquidation LLC | 6/3/2015 | 1331 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 24 | BRISSETTE, GARY | SRC Liquidation LLC | 6/8/2015 | 1604 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |

| | | | | | |
|---|---|---|---|---|---|
| 25 | BROE, ERNEST | SRC Liquidation LLC | 6/24/2015 | 1928 | $193,360.80 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 26 | BROOKS, ELIZABETH | SRC Liquidation LLC | 7/7/2015 | 2159 | $8,560.80 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 27 | BROUGHTON, JACK | SRC Liquidation LLC | 6/3/2015 | 1361 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 28 | BRY, MICHAEL | SRC Liquidation LLC | 6/8/2015 | 1596 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |

| # | Name | | Date | Claim # | Amount | Description |
|---|---|---|---|---|---|---|
| 29 | BULLOCK, John | SRC Liquidation LLC | 11/4/2015 | 2531 | $13,143.79 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 30 | BURPO, JR., ROBERT | SRC Liquidation LLC | 5/27/2015 | 1153 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 31 | CADWELL, JEFFREY | SRC Liquidation LLC | 6/4/2015 | 1376 | $96,595.20 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 32 | CAMPBELL, MARY | SRC Liquidation LLC | 6/29/2015 | 2057 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |

| | | | | | |
|---|---|---|---|---|---|
| 33 | CARPENTER, CAROL | SRC Liquidation LLC | 6/15/2015 | 1865 | $10,077.15 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 34 | CATHRALL III, RAYMOND | SRC Liquidation LLC | 6/8/2015 | 1572 | $467,262.33 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 35 | CHILDRESS, GARY | SRC Liquidation LLC | 6/29/2015 | 2056 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 36 | COLO-MOLIMOCK, DIANA | SRC Liquidation LLC | 6/8/2015 | 1541 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |

| # | Name | Debtor | Date | Claim # | Amount | Comments |
|---|------|--------|------|---------|--------|----------|
| 37 | COMP, MARGARET | SRC Liquidation LLC | 7/7/2015 | 2162 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 38 | CONNER, MELVIN | SRC Liquidation LLC | 6/1/2015 | 1327 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 39 | CONTRERAS, ANTONIO | SRC Liquidation LLC | 6/5/2015 | 1457 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 40 | COPLEY, CHRISTOPHER | SRC Liquidation LLC | 6/3/2015 | 1364 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |

| # | Name | | Date | Claim | Amount | Description |
|---|---|---|---|---|---|---|
| 41 | Cornelius, Betty Jean | SRC Liquidation LLC | 4/6/2015 | 546 | $6,406.77 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 42 | COSTELLO, MARTHA | SRC Liquidation LLC | 5/26/2015 | 1130 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 43 | CURRIER, ELAINE | SRC Liquidation LLC | 6/10/2015 | 1807 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 44 | DIBENEDETTO, MARY | SRC Liquidation LLC | 7/6/2015 | 2155 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |

| # | Name | Debtor | Date | Claim # | Amount | Description |
|---|------|--------|------|---------|--------|-------------|
| 45 | DICKERSON, VAN | SRC Liquidation LLC | 6/8/2015 | 1591 | $55,000.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 46 | DiSalvo, Andrew Joseph | SRC Liquidation LLC | 6/7/2015 | 1530 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 47 | Downing, Palmer | SRC Liquidation LLC | 6/10/2015 | 1798 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 48 | DRABEK, RICHARD | SRC Liquidation LLC | 6/7/2015 | 1519 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |

| | | | | | |
|---|---|---|---|---|---|
| 49 DRAKE, VANNA | SRC Liquidation LLC | 6/3/2015 | 1357 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 50 DWYER, DAVID | SRC Liquidation LLC | 5/28/2015 | 1156 | $10,000.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 51 EINWAG, DAVID | SRC Liquidation LLC | 7/6/2015 | 2151 | $9,488.10 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 52 ENOCH, BRAD | SRC Liquidation LLC | 6/2/2015 | 1257 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |

| # | Claimant | Debtor | Date | Claim # | Amount | Description |
|---|---|---|---|---|---|---|
| 53 | ETCHISON, WENDOLYN | SRC Liquidation LLC | 7/6/2015 | 2131 | $3,800.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 54 | EVANCHO, ROBERT | SRC Liquidation LLC | 6/8/2015 | 1514 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 55 | FARKAS, BARBARA | SRC Liquidation LLC | 6/8/2015 | 1593 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 56 | FINOCCHIARO, JAMES | SRC Liquidation LLC | 5/26/2015 | 1049 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |

| # | Claimant | Debtor | Date | Claim # | Amount | Reason |
|---|---|---|---|---|---|---|
| 57 | FJELSETH, CAROL | SRC Liquidation LLC | 6/12/2015 | 1835 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 58 | FLANAGAN, GENEVIEVE | SRC Liquidation LLC | 6/5/2015 | 1524 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 59 | Florea, Reta | SRC Liquidation LLC | 1/5/2016 | 2581 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 60 | FOLMAR, LARISA | SRC Liquidation LLC | 7/6/2015 | 2154 | $350,000.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |

| | | | | |
|---|---|---|---|---|
| 61 | FOWLER, MARY | SRC Liquidation LLC | 6/5/2015 | 1483 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim $0.00 |
| 62 | GALLANT, ROBERT | SRC Liquidation LLC | 6/6/2015 | 1522 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim $216,000.00 |
| 63 | GAROZZO, CARMEN | SRC Liquidation LLC | 5/20/2015 | 912 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim $0.00 |
| 64 | GEHRING, PATRICIA | SRC Liquidation LLC | 6/4/2015 | 1375 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim $0.00 |

| # | Claimant | Debtor | Date | Claim # | Amount | Basis |
|---|----------|--------|------|---------|--------|-------|
| 65 | Gentry, Randell | SRC Liquidation LLC | 7/8/2015 | 2294 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 66 | GEORGE, STEVE | SRC Liquidation LLC | 6/8/2015 | 1563 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 67 | Ghee, George | SRC Liquidation LLC | 9/29/2015 | 2490 | $99,725.85 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 68 | GIAMMONA, FRANK | SRC Liquidation LLC | 5/15/2015 | 854 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |

| # | Name | Debtor | Date | Claim # | Amount | Basis for Objection |
|---|---|---|---|---|---|---|
| 69 | GILDHAUS, WILLIAM | SR Liquidation Holding Cor | 6/8/2015 | 1525 | $6,089.16 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 70 | GILDHAUS, WILLIAM | SRC Liquidation LLC | 6/8/2015 | 1520 | $6,089.16 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 71 | GILL, FRANCIS | SRC Liquidation LLC | 6/9/2015 | 1745 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 72 | GISS, JOHN | SRC Liquidation LLC | 6/9/2015 | 1762 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |

| # | Name | Creditor | Date | Claim # | Amount | Objection |
|---|------|----------|------|---------|--------|-----------|
| 73 | GOLDEN, LARRY | SRC Liquidation LLC | 5/20/2015 | 905 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 74 | GOLEMBESKI, KEITH | SRC Liquidation LLC | 6/8/2015 | 1644 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 75 | GOODRIDGE, RAY | SRC Liquidation LLC | 6/8/2015 | 1589 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 76 | GRAVES, JOHN | SRC Liquidation LLC | 5/27/2015 | 1195 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |

| | | | | | |
|---|---|---|---|---|---|
| 77 | GRIFFIN, DIANNA | SRC Liquidation LLC | 7/8/2015 | 2315 | $298.69 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 78 | GRITZMAKER, CALVIN | SRC Liquidation LLC | 6/1/2015 | 1452 | $127.61 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 79 | HACKETT, THOMAS | SRC Liquidation LLC | 7/8/2015 | 2324 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 80 | HAGGARD, CHARLOTTE ANN | SRC Liquidation LLC | 6/1/2015 | 1431 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |

| # | Name | Debtor | Date | Claim # | Amount | Basis for Objection |
|---|------|--------|------|---------|--------|---------------------|
| 81 | HAMLETT, DENNIS | SRC Liquidation LLC | 6/12/2015 | 1834 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 82 | Hancock, Bobby | SRC Liquidation LLC | 10/29/2015 | 2521 | $46,236.72 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 83 | Hancock, Bobby | SRC Liquidation LLC | 10/29/2015 | 2520 | $46,236.72 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 84 | HARDING, RICHARD | SRC Liquidation LLC | 6/9/2015 | 1757 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |

| # | Claimant | Debtor | Date | Claim No. | Amount | Reason |
|---|---|---|---|---|---|---|
| 85 | HARSH, JOHN | SRC Liquidation LLC | 7/8/2015 | 2220 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 86 | HARTKE, RAYMOND | SRC Liquidation LLC | 6/5/2015 | 1523 | $269,508.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 87 | Harvey, Karen B. | SRC Liquidation LLC | 7/6/2015 | 2144 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 88 | HEDQUIST, LARRY | SRC Liquidation LLC | 5/18/2015 | 871 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |

| # | | | | | |
|---|---|---|---|---|---|
| 89 | HERBERT, THOMAS | SRC Liquidation LLC | | 922 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim $0.00 |
| 90 | Herbert, Thomas F. | SRC Liquidation LLC | 5/22/2015 | 2585 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim $0.00 |
| 91 | HIBLER, JR., KENNETH | SRC Liquidation LLC | 1/4/2016 | 1606 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim $0.00 |
| 92 | HICKMAN, BETTY | SRC Liquidation LLC | 6/8/2015 | 1004 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim $44,000.00 |

| # | Name | Debtor | Date | Claim # | Amount | Description |
|---|------|--------|------|---------|--------|-------------|
| 93 | HILL, ELIZABETH | SRC Liquidation LLC | 6/10/2015 | 1791 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 94 | HINTON, THELMA | SRC Liquidation LLC | 6/1/2015 | 1249 | $1,759.68 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 95 | HOLLASCH, KENNETH | SRC Liquidation LLC | 6/9/2015 | 1739 | $132,000.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 96 | HOOPER, ESTELLA | SRC Liquidation LLC | 6/24/2015 | 1943 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |

| | | | | | |
|---|---|---|---|---|---|
| 97 | HOOPER, ESTELLA | SRC Liquidation LLC | 5/22/2015 | 1227 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| | | | | | $0.00 |
| 98 | HOWARD, JUDITH | SRC Liquidation LLC | 6/15/2015 | 1861 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| | | | | | $0.00 |
| 99 | HUTSON, LOIS | SRC Liquidation LLC | 5/28/2015 | 1014 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| | | | | | $0.00 |