# EXHIBIT B
[Other No Liability Claims]

52809889.1

| # | Creditor | Debtor | Date | Claim # | Amount | Notes |
|---|---|---|---|---|---|---|
| 1 | Louisiana Department of Revenue | SRC Liquidation LLC | 1/13/2016 | 2593 | $0.00 | No tax owed |
| 2 | State of Louisiana Department of Revenue | SRC Liquidation LLC | 1/13/2016 | 2595 | $0.00 | No tax owed. Claim states no tax is owed. |
| 3 | Colorado Department of Revenue | SRC Liquidation LLC | 5/11/2015 | 814 | $0.00 | No tax owed |
| 4 | Commonwealth of Pennsylvania | SRC Liquidation LLC | 11/10/2015 | 2530 | $5,391.55 | Audit amounts paid. No liability oustanding. |
| 5 | New York State Department of Taxation and Finance | SRC Liquidation LLC | 10/19/2015 | 2506 | $64,114.53 | Claim Satisfied [See also D.I. 1516] |
| 6 | West Virginia State Tax Department | SRC Liquidation LLC | 4/6/2015 | 464 | $212,112.94 | No employees or locations in West Virginia, during time frame noted on claim. No liability due. |
| 7 | Utah State Tax Commission | SRC Liquidation LLC | 5/26/2015 | 1185 | $47,186.14 | Debtor has no liability. Any obligations were paid by ADP |