# EXHIBIT A
## [No Liability Pension Claims]

| # | Name | | Date | Claim # | Amount | Basis |
|---|---|---|---|---|---|---|
| 1 | IRELAND, MARK | SRC Liquidation LLC | 6/7/2015 | 1527 | $335,651.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 2 | Jackson, Carole | SRC Liquidation LLC | 6/2/2015 | 1290 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 3 | JOHNSON, ALAN | SRC Liquidation LLC | 6/5/2015 | 1493 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 4 | JOHNSON, DOUG L. | SRC Liquidation LLC | 6/1/2015 | 1307 | $140,000.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |

| | | | | | |
|---|---|---|---|---|---|
| 5 | JOHNSTON, DAVID | SRC Liquidation LLC | 6/8/2015 | 1557 | $52,186.70 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 6 | Jones, Bertha | SRC Liquidation LLC | 6/1/2015 | 1305 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 7 | JORDAN, ROMEO | SRC Liquidation LLC | 5/28/2015 | 1108 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 8 | KARPINSKI, WILLIAM | SRC Liquidation LLC | 6/29/2015 | 2052 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |

| # | Name | Creditor | Date | Claim # | Amount | Description |
|---|---|---|---|---|---|---|
| 9 | Kilpatrick, Emmett | SRC Liquidation LLC | 7/8/2015 | 2285 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 10 | KING, SUE | SRC Liquidation LLC | 6/9/2015 | 1684 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 11 | KIRCHMAN, D | SRC Liquidation LLC | 5/20/2015 | 907 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 12 | KITTS, LELA | SRC Liquidation LLC | 6/9/2015 | 1748 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |

| | Claimant | Debtor | Date | Claim # | Amount | Reason |
|---|---|---|---|---|---|---|
| 13 | KLEIMAN, MONTGOMERY | SRC Liquidation LLC | 6/8/2015 | 1625 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 14 | KLEIMAN, MONTGOMERY A. | SRC Liquidation LLC | 6/1/2015 | 1245 | | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 15 | LAMME, KATHRYN A | SRC Liquidation LLC | 7/6/2015 | 2123 | $2,428.56 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 16 | LANGELLIER, DIANA | SRC Liquidation LLC | 5/26/2015 | 1033 | $174,462.06 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |

| | | | | |
|---|---|---|---|---|
| 17 | LARKIN, JOHN | SRC Liquidation LLC | 6/1/2015 | 1321 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim $0.00 |
| 18 | LAUER, ANNA | SRC Liquidation LLC | 6/12/2015 | 1845 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim $0.00 |
| 19 | LAUVER, WILLIAM | SRC Liquidation LLC | 6/10/2015 | 1788 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim $0.00 |
| 20 | LAWRANCE, PRESTON | SRC Liquidation LLC | 6/8/2015 | 1710 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim $0.00 |

| # | Name | | Date | Claim No. | Amount | Description |
|---|---|---|---|---|---|---|
| 21 | LAYMAN, RICHARD | SRC Liquidation LLC | 6/9/2015 | 1696 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 22 | LEARY, DONNA | SRC Liquidation LLC | 6/4/2015 | 1423 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 23 | Leonard, William J. | SRC Liquidation LLC | 6/8/2015 | 1703 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 24 | LEWIS, DONALD | SRC Liquidation LLC | 6/5/2015 | 1484 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |

| # | Name | | Date | Claim # | Amount | |
|---|---|---|---|---|---|---|
| 25 | LINDSEY, DENNIS | SRC Liquidation LLC | 5/26/2015 | 1035 | $50,000.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 26 | LUKASIEWICZ, JOHN | SRC Liquidation LLC | 6/2/2015 | 1300 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 27 | LUTH, MARY | SRC Liquidation LLC | 7/5/2015 | 2113 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 28 | LUTH, MARY | SRC Liquidation LLC | 7/5/2015 | 2109 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |

| # | Name | Debtor | Date | Claim # | Amount | Description |
|---|------|--------|------|---------|--------|-------------|
| 29 | MARTINEZ, GILBERTO | SRC Liquidation LLC | 6/21/2015 | 1998 | $64,796.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 30 | MASTANDREA, ANN MARIE | SRC Liquidation LLC | 6/3/2015 | 1328 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 31 | MAVREDAKIS, PEGGY | SRC Liquidation LLC | 8/18/2015 | 2444 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 32 | MAXWELL, NONLEY | SRC Liquidation LLC | 6/10/2015 | 1826 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |

| | | | | |
|---|---|---|---|---|
| 33 | MCCABE, JOSEPH | SRC Liquidation LLC | 6/9/2015 | 1699 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 34 | MCCord, Ray Kent | SRC Liquidation LLC | 6/1/2015 | 1223 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 35 | MEAD, RICHARD | SRC Liquidation LLC | 6/5/2015 | 1486 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 36 | Meckley, Nancy | SRC Liquidation LLC | 5/18/2015 | 1095 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |

| | | | | | |
|---|---|---|---|---|---|
| 37 | MESSICK, JEAN | SRC Liquidation LLC | 5/26/2015 | 1203 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on $0.00 account of the asserted pension claim |
| 38 | MILLER, DAN | SRC Liquidation LLC | 7/7/2015 | 2179 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on $0.00 account of the asserted pension claim |
| 39 | Miller, David | SRC Liquidation LLC | 5/28/2015 | 1175 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on $0.00 account of the asserted pension claim |
| 40 | Miller, James | SRC Liquidation LLC | 10/19/2015 | 2508 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on $0.00 account of the asserted pension claim |

| # | Name | Debtor | Date | Claim | Amount | Description |
|---|------|--------|------|-------|--------|-------------|
| 41 | MILLER, KAREN | SRC Liquidation LLC | 6/8/2015 | 1583 | $250,000.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 42 | MILLER, PAUL EDWARD | SRC Liquidation LLC | 5/18/2015 | 1008 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 43 | Mills, William | SRC Liquidation LLC | 7/7/2015 | 2186 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 44 | MITTAG, ROBERT | SRC Liquidation LLC | 6/2/2015 | 1326 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |

| | | | | | |
|---|---|---|---|---|---|
| 45 | MONKS, INES | SRC Liquidation LLC | 5/21/2015 | 909 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 46 | MOORE, BETTY | SRC Liquidation LLC | 6/29/2015 | 2058 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 47 | MUZERALL, ROBERT | SRC Liquidation LLC | 6/5/2015 | 1467 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 48 | NELSON, CARL | SRC Liquidation LLC | 5/22/2015 | 1219 | $58,000.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |

| # | Name | Claimant | Date | Claim # | Amount | Description |
|---|------|----------|------|---------|--------|-------------|
| 49 | NESPODZANY, JOSEPH | SRC Liquidation LLC | 5/18/2015 | 1240 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 50 | NEWSOM, GARY | SRC Liquidation LLC | 7/29/2015 | 2402 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 51 | NICHOLSON, PETER J | SRC Liquidation LLC | 5/20/2015 | 974 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 52 | Nickoloff, Keith | SRC Liquidation LLC | 6/24/2015 | 1940 | $9,604.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |

| | | | | | |
|---|---|---|---|---|---|
| 53 | NYIRI, AGNES | SRC Liquidation LLC | 6/3/2015 | 1360 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 54 | OBERLEY, ANTHONY | SRC Liquidation LLC | 6/17/2015 | 1905 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 55 | Ostrum, Tina - NKA Faust, Tina | SRC Liquidation LLC | 6/8/2015 | 1643 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 56 | OWEN, DANNY | SRC Liquidation LLC | 7/6/2015 | 2137 | $106,067.33 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |

| | | | | | |
|---|---|---|---|---|---|
| 57 | OWEN, RAYMOND | SRC Liquidation LLC | 7/13/2015 | 2353 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim $0.00 |
| 58 | PATE, DALE | SRC Liquidation LLC | 6/9/2015 | 1616 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim $0.00 |
| 59 | PETTIT, Susan | SRC Liquidation LLC | 6/15/2015 | 1891 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim $0.00 |
| 60 | PLATTENBURG, PATRICIA | SRC Liquidation LLC | 6/7/2015 | 1542 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 61 | POTTER RUTHMEYER, MARY | SRC Liquidation LLC | 7/7/2015 | 2178 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on $0.00 account of the asserted pension claim |
| 62 | POTTER, BARBARA | SRC Liquidation LLC | 6/8/2015 | 1641 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on $0.00 account of the asserted pension claim |
| 63 | Powell, Edna Karen | SRC Liquidation LLC | 7/7/2015 | 2200 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on $0.00 account of the asserted pension claim |
| 64 | PUCKETT, EDWARD | SRC Liquidation LLC | 5/27/2015 | 1103 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on $0.00 account of the asserted pension claim |

| | | | | | |
|---|---|---|---|---|---|
| 65 | QUALLS, SHIRLEY | SRC Liquidation LLC | 5/26/2015 | 1009 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim $0.00 |
| 66 | QUARTEL, JANE | SRC Liquidation LLC | 6/15/2015 | 1860 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim $0.00 |
| 67 | RAFFERTY, VIRGINIA | SRC Liquidation LLC | 10/9/2015 | 2503 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim $378,978.61 |
| 68 | RAIRIE, ROSEMARIE | SRC Liquidation LLC | 5/16/2015 | 864 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim $0.00 |

| # | Creditor | Debtor | Date | Claim # | Amount | Objection |
|---|---|---|---|---|---|---|
| 69 | RAY, BETTY | SRC Liquidation LLC | 6/5/2015 | 1508 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 70 | REIF, JOSEPH | SRC Liquidation LLC | 1/5/2016 | 2569 | $503.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 71 | Revercomb, Jr., John | SR Liquidation Technologie | 6/9/2015 | 1779 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 72 | RITTENHOUSE, GILDA | SRC Liquidation LLC | 5/27/2015 | 1073 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |

| | | | | |
|---|---|---|---|---|
| 73 Robbins, Nancy | SRC Liquidation LLC | 5/26/2015 | 1051 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 74 ROBERTS, ALLISON | SRC Liquidation LLC | 6/15/2015 | 1858 | $212,775.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 75 RODRIGUEZ, ELIAS | SRC Liquidation LLC | 5/17/2015 | 897 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 76 ROMOND, BRUCE | SRC Liquidation LLC | 6/4/2015 | 1381 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |

| | | | | | |
|---|---|---|---|---|---|
| 77 | ROMOND, BRUCE | SRC Liquidation LLC | 6/4/2015 | 1334 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 78 | Royall, Rick | SRC Liquidation LLC | 11/12/2015 | 2524 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on $134,169.25 account of the asserted pension claim |
| 79 | RUCKOLDT, ROBERT | SRC Liquidation LLC | 6/8/2015 | 1611 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on $0.00 account of the asserted pension claim |
| 80 | RUSSELL, WILLIAM | SRC Liquidation LLC | 6/5/2015 | 1479 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on $209,812.00 account of the asserted pension claim |

| # | Name | Debtor | Date | Claim # | Amount | Description |
|---|------|--------|------|---------|--------|-------------|
| 81 | SAIN, STACEY E | SRC Liquidation LLC | 6/13/2015 | 1855 | $2,000.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 82 | Sargent, Thomas | SRC Liquidation LLC | 5/29/2015 | 1155 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 83 | SCHEMPP, DEBRA | SRC Liquidation LLC | 6/29/2015 | 2026 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 84 | SCHILLING, JULIA | SRC Liquidation LLC | 6/29/2015 | 2059 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |

| | | | | | |
|---|---|---|---|---|---|
| 85 | SCHIRMER, CLAYTON | SRC Liquidation LLC | 6/4/2015 | 1491 | $170,640.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 86 | SCHOFIELD, GREGORY | SRC Liquidation LLC | 6/2/2015 | 1441 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 87 | SCHOFIELD, GREGORY | SRC Liquidation LLC | 5/26/2015 | 1002 | | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 88 | SCHUCHART, E. ANN | SRC Liquidation LLC | 5/27/2015 | 1112 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |

| # | Claimant | Debtor | Date | Claim No. | Amount | Reason |
|---|---|---|---|---|---|---|
| 89 | SCOTT, RUSSELL | SRC Liquidation LLC | 6/15/2015 | 1863 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 90 | SCOTT-HOVLAND, SARAH | SRC Liquidation LLC | 6/5/2015 | 1543 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 91 | SEGGEBRUCH, ARLISS | SRC Liquidation LLC | 6/8/2015 | 1579 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 92 | SEMPLE, CURT | SRC Liquidation LLC | 6/24/2015 | 1930 | $15,953.95 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |

| | | | | | |
|---|---|---|---|---|---|
| 93 | SEVITS, WILLIAM | SRC Liquidation LLC | 6/29/2015 | 2033 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 94 | SHERIFF, BARBARA | SRC Liquidation LLC | 6/15/2015 | 1864 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 95 | SHIFLETT, RONALD | SRC Liquidation LLC | 5/19/2015 | 875 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 96 | SIMAS, TIMOTHY | SRC Liquidation LLC | 5/29/2015 | 1087 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |

| # | Name | Debtor | Date | Claim # | Amount | Objection |
|---|------|--------|------|---------|--------|-----------|
| 97 | SINK, ALAN | SRC Liquidation LLC | 6/5/2015 | 1481 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 98 | SMITH, ERNEST LEE | SRC Liquidation LLC | 6/4/2015 | 1367 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 99 | SMOTHERMAN, LILLY | SRC Liquidation LLC | 6/9/2015 | 1704 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 100 | SPADAVECCHIA, FRANK | SRC Liquidation LLC | 6/2/2015 | 1289 | $16,000.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |