# EXHIBIT A
**[Equity Interest Claim]**

52818110.1

| # | Name | Date | Claim # | Debtor | Amount | Reason |
|---|---|---|---|---|---|---|
| 1 | Altice, Debra A | 6/10/2015 | 1805 | SRC Liquidation LLC | $1,358.66 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 2 | ARON BEAU ROADARMEL & TERESA E ROADARMEL JT TEN | 5/28/2015 | 1186 | SRC Liquidation LLC | $1,399.85 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 3 | BARBARA A FAIRHURST & MARCIA KAY FAIRHURST JT TEN | 5/27/2015 | 1081 | SRC Liquidation LLC | $1,399.85 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 4 | Boling, Christine Anne | 7/7/2015 | 2160 | SRC Liquidation LLC | $33.60 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 5 | BRANDON LEE ROADARMEL & TERESA E ROADARMEL JT TEN | 5/28/2015 | 1180 | SRC Liquidation LLC | $0.00 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 6 | BRENNER, THOMAS D | 7/8/2015 | 2270 | SRC Liquidation LLC | $0.00 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 7 | Carolyn Clarke, Rebecca Watkins, Timothy Graden | 6/12/2015 | 1856 | SRC Liquidation LLC | $3,570.00 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 8 | Casey, Patricia L | 6/9/2015 | 1615 | SRC Liquidation LLC | $0.00 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 9 | Cervantes, Michael | 6/30/2015 | 2041 | SRC Liquidation LLC | $2,259.50 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |

| | | | | | |
|---|---|---|---|---|---|
| 10 | Chester D Kalkman & Ardith Kalkman JT Ten | 9/1/2015 | 2469 | SRC Liquidation LLC | $0.00 Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 11 | Damm, Brian | 6/5/2015 | 1494 | SRC Liquidation LLC | $2,324.00 Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 12 | Deitrick, Eugene R | 6/4/2015 | 1406 | SRC Liquidation LLC | $4,961.44 Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 13 | Dino & Marie Leventis | 12/28/2015 | 2578 | SRC Liquidation LLC | $2,631.70 Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 14 | Dipti Laxpati & Dakshes Laxpati | 6/16/2015 | 1874 | SRC Liquidation LLC | $1,262.00 Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 15 | George, Kelly S. | 6/26/2015 | 2002 | SRC Liquidation LLC | $3,708.38 Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 16 | Georgia, Nelson J. | 7/8/2015 | 2300 | SRC Liquidation LLC | $800.00 Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 17 | GILDA L RITTENHOUSE & ROBERT W RITTENHOUSE JT TEN | 5/27/2015 | 1085 | SRC Liquidation LLC | $50.00 Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 18 | Hall, Roger D. | 6/4/2015 | 1424 | SRC Liquidation LLC | $11,632.67 Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |

| | | | | | |
|---|---|---|---|---|---|
| 19 | HARRIS, THERESA A | 7/15/2015 | 2364 | SRC Liquidation LLC | $0.00 Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 20 | HAZEN, RICHARD R | 6/25/2015 | 1953 | SRC Liquidation LLC | $2,000.00 Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 21 | HEATHER S BLOCH TR HEATHER S BLOCH LIVING | 7/8/2015 | 2255 | SRC Liquidation LLC | $22,500.00 Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 22 | Herrmann, Logan Patrick | 6/10/2015 | 1802 | SRC Liquidation LLC | $845.80 Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 23 | Herrmann, Peter Isaac | 6/10/2015 | 1804 | SRC Liquidation LLC | $789.88 Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 24 | Holt Jr., Paul L. | 6/22/2015 | 1988 | SRC Liquidation LLC | $11,298.00 Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 25 | John & Olympia Hakemoller REV LIV TST | 6/15/2015 | 1898 | SRC Liquidation LLC | $10,625.00 Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 26 | JULIE K FAIRHURST & DANIELLE M WANG JT TEN | 5/27/2015 | 1079 | SRC Liquidation LLC | $1,399.85 Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 27 | KNAB, MICHAEL R | 5/26/2015 | 1139 | SRC Liquidation LLC | $0.00 Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |

| # | Name | Date | Claim # | Debtor | Amount | Reason |
|---|---|---|---|---|---|---|
| 28 | Knoedel, Carl | 6/29/2015 | 2018 | SRC Liquidation LLC | $0.00 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 29 | Landrum, William Q | 6/1/2015 | 1448 | SRC Liquidation LLC | $69,279.40 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 30 | Lawrence A. Nelson & Georgia J. Nelson Family Revocable Trust | 7/8/2015 | 2314 | SRC Liquidation LLC | $500.00 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 31 | Lawrence A. Nelson & Georgia J. Nelson Family Trust | 7/8/2015 | 2320 | SRC Liquidation LLC | $500.00 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 32 | Lawrence A. Nelson & Georgia J. Nelson Revocable Trust | 7/8/2015 | 2298 | SRC Liquidation LLC | $0.00 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 33 | Lungu, Serghei | 7/8/2015 | 2326 | SRC Liquidation LLC | $6,529.89 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 34 | MARTINEZ, GEORGE | 7/6/2015 | 2124 | SRC Liquidation LLC | $523.25 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 35 | Merchants Equity | 6/22/2015 | 2011 | SRC Liquidation LLC | $0.00 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 36 | Mojumder, Shah | 6/4/2015 | 1422 | SRC Liquidation LLC | $3,895.00 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |

| # | Name | Date | Claim # | Debtor | Amount | Reason |
|---|---|---|---|---|---|---|
| 37 | Mojumder, Shah | 4/22/2015 | 553 | SRC Liquidation LLC | $3,620.70 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 38 | Morse, Kevin A | 7/10/2015 | 2343 | SRC Liquidation LLC | $3,069.00 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 39 | MOSES, Bruce | 6/8/2015 | 1573 | SRC Liquidation LLC | $3,930.00 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 40 | Nanette Wenona Blair Tr Earl R Blair Trust dated 2/11/1995 | 7/13/2015 | 2352 | SRC Liquidation LLC | $0.00 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 41 | Nanette Wenona Blair Trustee Clara B Blair TR 1995 | 7/13/2015 | 2357 | SRC Liquidation LLC | $0.00 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 42 | NEHDAR, DONNA SUE | 6/12/2015 | 1838 | SRC Liquidation LLC | $0.00 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 43 | PELLICCIOTTA, VERONICA | 5/21/2015 | 993 | SRC Liquidation LLC | $0.00 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 44 | Pichler, Eileen M. | 6/9/2015 | 1713 | SRC Liquidation LLC | $11,750.00 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 45 | Rempel, Joan | 8/12/2015 | 2448 | SRC Liquidation LLC | $3,273.37 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |

| # | Name | Date | Claim # | Debtor | Amount | Reason |
|---|---|---|---|---|---|---|
| 46 | Rhynes, Vincent E. | 6/26/2015 | 2104 | SRC Liquidation LLC | $0.00 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 47 | RICHARD L HAZEL & MARJORIE L HAZEL JT TEN | 5/27/2015 | 1114 | SRC Liquidation LLC | $4.00 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 48 | ROBERT C. AND BARBARA WIEDLUND | 6/10/2015 | 1816 | SRC Liquidation LLC | $1,180.95 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 49 | ROBINETTE, SALONA | 6/10/2015 | 1785 | SRC Liquidation LLC | $0.00 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 50 | ROWE, JEAN A | 6/10/2015 | 1800 | SRC Liquidation LLC | $11.87 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 51 | SCHILLING, JULIA M | 7/7/2015 | 2176 | SRC Liquidation LLC | $0.00 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 52 | Septimus, J. Beryl | 7/6/2015 | 2119 | SRC Liquidation LLC | $3,446.42 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 53 | STARNER, DONALD L | 6/8/2015 | 1652 | SRC Liquidation LLC | $4,431.25 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 54 | Vallee, Josh | 6/17/2015 | 1906 | SRC Liquidation LLC | $6,470.00 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |

| # | Name | Date | Claim # | Debtor | Amount | Notes |
|---|---|---|---|---|---|---|
| 55 | VON STUCKRAD-SMOLINSKI, EMILY | 5/29/2015 | 1110 | SRC Liquidation LLC | $0.00 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 56 | Williams, Steven S. | 6/16/2015 | 1889 | SRC Liquidation LLC | $3,345.40 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |
| 57 | WOLF, MARSHALL | 7/6/2015 | 2120 | SRC Liquidation LLC | $35,697.29 | Claim asserts an equity interest in Debtor SRC Liquidation Company (f/k/a The Standard Register Company) and, as such, is not a "claim" under section 101(5) of the Bankruptcy Code |