# EXHIBIT B
**[Duplicate Claim]**

52818110.1

| # | Duplicate Claim to be Disallowed | | | | Remaining Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | A M A TRANSPORTATION CO INC | 5/26/2015 | 1017 | 9,658.71 | AMA TRANSPORTATION INC | 4/21/2015 | 602 | $9,658.71 | Duplicate of claim no. 602 |
| 2 | Admatch Corporation | 7/2/2015 | 2092 | 556.40 | ADMATCH CORP | 3/23/2015 | 90 | $556.40 | Duplicate of claim no. 90 |
| 3 | AIRGAS USA LLC | 6/16/2015 | 1868 | 6,569.40 | Airgas USA LLC | 6/16/2015 | 1873 | $6,569.40 | Duplicate of claim no. 1873 |
| 4 | Bearing Engineering Company | 6/12/2015 | 1837 | 1,576.62 | Bearing Engineering Company | 4/10/2015 | 455 | $5,287.45 | Duplicate of claim no. 455 |
| 5 | Bic Graphic USA, a division of BIC USA, Inc. | 6/8/2015 | 1669 | 405,378.33 | Bic Graphic, USA, a division of BIC USA, Inc. | 6/8/2015 | 1582 | $405,378.33 | Duplicate of claim no. 1582 |
| 6 | Bottcher America Corporation | 4/28/2015 | 773 | 16,897.52 | Bottcher America Corporation | 4/28/2015 | 1118 | 16,897.52 | Duplicate of claim no. 773 |
| 7 | Bottcher America Corporation | 5/26/2015 | 773 | 2,094.16 | Liquidity Solutions, Inc. as Transferee for Bottcher | 5/26/2015 | 1118 | $2,094.16 | Duplicate of claim no. 773 |
| 8 | CANTERBURY PRESS LLC | 5/27/2015 | 1054 | 35,789.10 | CANTERBURY PRESS LLC | 3/31/2015 | 286 | $35,789.10 | Duplicate of claim no. 286 |
| 9 | Capital Label LLC | 5/18/2015 | 866 | 3,028.77 | Capital Label LLC | 3/25/2015 | 231 | $3,028.77 | Duplicate of claim no. 231 |
| 10 | City of Dayton Convention Center | 8/9/2015 | 2441 | 3,492.00 | City of Dayton Convention Center | 8/9/2015 | 2440 | $3,492.00 | Duplicate of claim no. 2440 |
| 11 | Cobber Press, Inc. | 7/8/2015 | 2318 | 227,895.41 | Cobber Press, Inc. | 7/8/2015 | 2310 | $277,895.41 | Duplicate of claim no. 2310 |
| 12 | Control Group Companies, LLC | 7/8/2015 | 2280 | 140,773.94 | Control Group Companies, LLC | 7/7/2015 | 2153 | $140,773.94 | Duplicate of claim no. 2153 |
| 13 | DELTA INSTITUTE | 6/9/2015 | 1678 | 6,500.00 | DELTA INSTITUTE | 6/9/2015 | 1663 | $6,500.00 | Duplicate of claim no. 1663 |
| 14 | DG3 North America Inc. | 6/9/2015 | 1763 | 34,535.60 | DG3 North America Inc. | 5/27/2015 | 2021 | $96,455.44 | Duplicate of claim no. 1021 |
| 15 | Dineen, William F. | 9/11/2015 | 2488 | 11,633.07 | Dineen, William F. | 9/14/2015 | 2482 | $11,633.07 | Duplicate of claim no. 2482 |
| 16 | ENDRIES INTERNATIONAL INC | 6/29/2015 | 2012 | 2,400.00 | Endries International Inc. | 3/24/2015 | 115 | $2,400.00 | Duplicate of claim no. 115 |
| 17 | FUTAI USA INC | 6/15/2015 | 1851 | 1,690.76 | FUTAI USA INC | 6/15/2015 | 1847 | $1,690.76 | Duplicate of claim no. 1847 |
| 18 | General Marketing Solutions LLC | 4/7/2015 | 490 | 151,654.11 | General Marketing Solutions LLC | 4/13/2015 | 404 | $151,654.11 | Duplicate of claim no. 404 |
| 19 | GENOA BUSINESS FORMS INC | 5/28/2015 | 1080 | 35,014.91 | GENOA BUSINESS FORMS INC | 5/19/2015 | 979 | $35,014.91 | Duplicate of claim no. 979 |
| 20 | Global Promo, LLC | 5/22/2015 | 994 | 400.00 | Global Promo, LLC | 5/4/2015 | 724 | $400.00 | Duplicate of claim no. 724 |
| 21 | Hewlett-Packard Financial Services Company | 1/18/2016 | 2591 | 14,925.93 | Hewlett-Packard Financial Services Company | 1/18/2016 | 2587 | $14,925.93 | Duplicate of claim no. 2587 |
| 22 | Hewlett-Packard Financial Services Company | 11/24/2015 | 2549 | 6,626,345.41 | Hewlett-Packard Financial Services Company | 11/28/2015 | 2545 | $6,626,345.41 | Duplicate of claim no. 2545 |
| 23 | HP, Inc. | 11/28/2015 | 2548 | - | HP, Inc. | 11/28/2015 | 2546 | $0.00 | Duplicate of claim no. 2546 |
| 24 | HRM USA, INC. | 1/4/2016 | 2570 | 5,043.79 | HRM USA, INC. | 8/19/2015 | 2449 | $4,750.00 | Duplicate of claim no. 2449 |
| 25 | John Roberts Company, The | 6/5/2015 | 1822 | 6,970.79 | JOHN ROBERTS COMPANY | 5/20/2015 | 900 | $6,970.79 | Duplicate of claim no. 900 |
| 26 | Lima Pallet Company | 7/14/2015 | 2363 | 5,465.52 | Lima Pallet Company | 3/31/2015 | 315 | $5,465.52 | Duplicate of claim no. 315 |
| 27 | LPM Forklift Sales & Service, Inc. | 1/4/2016 | 2574 | 1,328.51 | LPM Forklift Sales & Service, Inc. | 1/5/2016 | 2572 | $1,328.51 | Duplicate of claim no. 2572 |
| 28 | LPM FORKLIFT SALES & SERVICES, INC. | 1/5/2016 | 2582 | 1,328.51 | LPM Forklift Sales & Service, Inc. | 1/5/2016 | 2572 | $1,328.51 | Duplicate of claim no. 2572 |
| 29 | LPM FORKLIFT SALES & SERVICE, INC. | 1/6/2016 | 2580 | 1,328.51 | LPM Forklift Sales & Service, Inc. | 1/5/2016 | 2572 | $1,328.51 | Duplicate of claim no. 2572 |
| 30 | MADISON STREET PRESS | 5/22/2015 | 991 | 117,809.77 | Inter-City Printing Company Inc. DBA Madison Street Press | 3/17/2015 | 23 | $117,809.77 | Duplicate of claim no. 23 |
| 31 | MCI CIF, LLC | 7/8/2015 | 2322 | 1,337,843.10 | MCI CIF, LLC | 7/8/2015 | 2303 | $1,337,843.10 | Duplicate of claim no. 2303 |
| 32 | Memorial Hermann Health System | 6/18/2015 | 1996 | - | Memorial Hermann Health System | 6/18/2015 | 1909 | $0.00 | Duplicate of claim no. 1909 |
| 33 | Memorial Hermann Health System | 6/18/2015 | 1997 | - | Memorial Hermann Health System | 6/18/2015 | 1909 | $0.00 | Duplicate of claim no. 1909 |
| 34 | Memorial Hermann Health System | 6/18/2015 | 1912 | - | Memorial Hermann Health System | 6/18/2015 | 1909 | $0.00 | Duplicate of claim no. 1909 |
| 35 | North Industrial Chemicals Inc. | 10/23/2015 | 2515 | 163.50 | NORTH METAL & CHEMICAL CO | 6/2/2015 | 1783 | $163.50 | Duplicate of claim no. 1783 |
| 36 | NOVAVISION INC | 5/29/2015 | 1445 | 60,505.55 | NOVAVISION INC | 6/2/2015 | 1264 | $60,505.55 | Duplicate of claim no. 1264 |
| 37 | Novitex Enterprise Solutions | 5/18/2015 | 985 | 1,947.98 | Novitex Enterprise Solutions | 5/18/2015 | 896 | $1,947.98 | Duplicate of claim no. 896 |
| 38 | OHIO BUREAU OF WORKERS' COMPENSATION | 4/6/2015 | 461 | 173,611.29 | OHIO BUREAU OF WORKERS' COMPENSATION | 4/6/2015 | 356 | $173,611.29 | Duplicate of claim no. 356 |
| 39 | Pacific Paper Tube, Inc. dba Buzz Converting | 6/5/2015 | 1533 | 9,757.04 | PACIFIC PAPER TUBE INC | 6/4/2015 | 1396 | $9,757.04 | Duplicate of claim no. 1396 |
| 40 | Peachtree II and III, LLC, a Georgia Limited Liability Company | 9/2/2015 | 2470 | 45,404.81 | Peachtree II and III, LLC | 8/31/2015 | 2465 | $45,404.81 | Duplicate of claim no. 2465 |
| 41 | Peoplis, Diana | 10/22/2015 | 2514 | 319,065.73 | Peoplis, Diana L | 10/22/2015 | 2512 | $319,065.73 | Duplicate of claim no. 2512 |
| 42 | Pham, Charles D. | 6/8/2015 | 1621 | 2,029.00 | PHAM, CHARLES | 5/31/2015 | 276 | $2,029.00 | Duplicate of claim no. 276 |
| 43 | Positron Corporation | 6/9/2015 | 1610 | 5,647.42 | Positron Corporation | 6/9/2015 | 1608 | $5,647.42 | Duplicate of claim no. 1608 |
| 44 | Repacorp, Inc. | 4/6/2015 | 512 | 21,454.55 | REPACORP INC | 4/6/2015 | 377 | $21,454.55 | Duplicate of claim no. 377 |

| # | Duplicate Claim to be Disallowed | | | | Remaining Claim | | | |
|---|---|---|---|---|---|---|---|---|
| 45 | Repacorp, Inc. | 4/6/2015 | 504 | 21,455.52 | REPACORP INC | 4/6/2015 | 378 | $21,455.52 | Duplicate of claim no. 378 |
| 46 | Repacorp, Inc. | 4/6/2015 | 510 | 45,453.59 | Repacorp, Inc. | 4/6/2015 | 508 | $45,453.59 | Duplicate of claim no. 508 |
| 47 | Robert Half Technology | 8/25/2015 | 2493 | 5,780.87 | Robert Half Technology | 8/25/2015 | 2461 | $5,780.87 | Duplicate of claim no. 2461 |
| 48 | Schawk USA, Inc. | 7/6/2015 | 2116 | 7,637.87 | Schawk USA, Inc. | 7/6/2015 | 2122 | $7,637.87 | Duplicate of claim no. 2122 |
| 49 | Scrollmotion, Inc. | 4/9/2015 | 475 | 12,000.00 | SCROLLMOTION, INC. | 4/9/2015 | 441 | $12,000.00 | Duplicate of claim no. 441 |
| 50 | SE-KURE CONTROLS INC | 6/1/2015 | 1246 | 1,336.00 | SE-KURE CONTROLS INC | 5/7/2015 | 696 | $1,336.00 | Duplicate of claim no. 696 |
| 51 | SHI International Corp | 6/23/2015 | 1978 | 29,145.74 | SHI INTERNATIONAL CORP | 6/16/2015 | 1876 | $29,145.74 | Duplicate of claim no. 1876 |
| 52 | State of Louisiana Department of Revenue | 1/13/2016 | 2596 | - | State of Louisiana Department of Revenue | 1/13/2016 | 2595 | $0.00 | Duplicate of claim no. 2595 |
| 53 | SWEDA CO. LLC | 7/13/2015 | 2351 | 36,607.72 | Sweda Company LLC | 5/15/2015 | 857 | $36,607.72 | Duplicate of claim no. 857 |
| 54 | TAK REALTY AND INVESTMENT LLC | 5/29/2015 | 1159 | 48,855.46 | TAK Realty and Investment, LLC | 4/6/2015 | 379 | $48,855.46 | Duplicate of claim no. 379 |
| 55 | TARGETMARKETCONTACTS.COM | 5/27/2015 | 1075 | 5,000.00 | TARGETMARKETCONTACTS.COM | 5/5/2015 | 714 | $5,000.00 | Duplicate of claim no. 714 |
| 56 | Texas Comptroller of Public Accounts | 11/20/2015 | 2552 | 255,000.00 | Texas Comptroller of Public Accounts | 11/23/2015 | 2551 | $255,000.00 | Duplicate of claim no. 2551 |
| 57 | The Capita Corporation de Mexico, S.A. De C.V. SOFOM E.N.R. Successor to Arrendadora Capita Corporation, S.A. de C.V. | 7/9/2015 | 2340 | 2,256.94 | The Capita Corporation de Mexico, S.A. De C.V. SOFOM, E.N.R. Successor to Arrendadora Capita Corporation, S.A. de C.V. | 7/8/2015 | 2295 | $2,256.94 | Duplicate of claim no. 2295 |
| 58 | The Capita Corporation de Mexico, S.A. De C.V. SOFOM E.N.R. Successor to Arrendadora Capita Corporation, S.A. De C.V. | 7/9/2015 | 2348 | 2,911.53 | The Capita Corporation de Mexico, S.A. De C.V. SOFOM, E.N.R. Successor to Arrendadora Capita Corporation, S.A. de C.V. | 7/8/2015 | 2283 | $2,911.53 | Duplicate of claim no. 2283 |
| 59 | The Capita Corporation de Mexico, S.A. De C.V. SOFOM E.N.R. Successor to Arrendadora Capita Corporation, S.A. De C.V. | 7/9/2015 | 2332 | 8,444.76 | The Capita Corporation de Mexico, S.A. De C.V. SOFOM, E.N.R. Successor to Arrendadora Capita Corporation, S.A. de C.V. | 7/8/2015 | 2287 | $8,444.76 | Duplicate of claim no. 2287 |
| 60 | The Capita Corporation de Mexico, S.A. De C.V. SOFOM E.N.R. Successor to Arrendadora Capita Corporation, S.A. De C.V. | 7/9/2015 | 2341 | 13,468.09 | The Capita Corporation de Mexico, S.A. De C.V. SOFOM E.N.R. Successor to Arrendadora Capita Corporation, S.A. De C.V. | 7/8/2015 | 2296 | $13,468.09 | Duplicate of claim no. 2296 |
| 61 | The Capita Corporation de Mexico, S.A. De C.V. SOFOM E.N.R. Successor to Arrendadora Capita Corporation, S.A. de C.V. | 7/9/2015 | 2338 | 18,087.31 | The Capita Corporation de Mexico, S.A. De C.V. SOFOM, E.N.R. Successor to Arrendadora Capita Corporation, S.A. De C.V. | 7/8/2015 | 2293 | $18,087.31 | Duplicate of claim no. 2293 |
| 62 | The Capita Corporation de Mexico, S.A. De C.V. SOFOM E.N.R. Successor to Arrendadora Capita Corporation, S.A. de C.V. | 7/9/2015 | 2342 | 21,273.93 | The Capita Corporation de Mexico, S.A. De C.V. SOFOM E.N.R. Successor to Arrendadora Capita Corporation, S.A. de C.V. | 7/8/2015 | 2297 | $21,273.93 | Duplicate of claim no. 2297 |
| 63 | The Capita Corporation de Mexico, S.A. De C.V. SOFOM E.N.R. Successor to Arrendadora Capita Corporation, S.A. De C.V. | 7/8/2015 | 2273 | 21,273.93 | The Capita Corporation de Mexico, S.A. De C.V. SOFOM E.N.R. Successor to Arrendadora Capita Corporation, S.A. de C.V. | 7/8/2015 | 2297 | $21,273.93 | Duplicate of claim no. 2297 |
| 64 | The Capita Corporation de Mexico, S.A. De C.V. SOFOM E.N.R. Successor to Arrendadora Capita Corporation, S.A. de C.V. | 7/9/2015 | 2339 | 31,706.30 | The Capita Corporation de Mexico, S.A. De C.V. SOFOM E.N.R. Successor to Arrendadora Capita Corporation, S.A. De C.V. | 7/8/2015 | 2278 | $31,706.30 | Duplicate of claim no. 2278 |
| 65 | The Capita Corporation de Mexico, S.A. De C.V. SOFOM E.N.R. Successor to Arrendadora Capita Corporation, S.A. De C.V. | 7/9/2015 | 2330 | 48,649.20 | The Capita Corporation de Mexico, S.A. De C.V. SOFOM E.N.R. Successor to Arrendadora Capita Corporation, S.A. De C.V. | 7/8/2015 | 2290 | $48,649.20 | Duplicate of claim no. 2290 |
| 66 | The Capita Corporation de Mexico, S.A. De C.V. SOFOM E.N.R. Successor to Arrendadora Capita Corporation, S.A. De C.V. | 7/9/2015 | 2337 | 57,563.62 | The Capita Corporation de Mexico, S.A. De C.V. SOFOM E.N.R. Successor to Arrendadora Capita Corporation, S.A. De C.V. | 7/8/2015 | 2271 | $57,563.62 | Duplicate of claim no. 2271 |

| | Duplicate Claim to be Disallowed | | | | Remaining Claim | | | |
|---|---|---|---|---|---|---|---|---|
| 67 | The Capita Corporation de Mexico, S.A. De C.V. SOFOM, E.N.R. Successor to Arrendadora Capita Corporation, S.A. de C.V. | 7/8/2015 | 2269 | 21,273.93 | The Capita Corporation de Mexico, S.A. De C.V. SOFOM E.N.R. Successor to Arrendadora Capita Corporation, S.A. De C.V. | 7/8/2015 | 2297 | $21,273.93 Duplicate of claim no. 2297 |
| 68 | The Capita Corporation de Mexico, S.A. De C.V. SOFOM, E.N.R. Successor to Arrendadora Capital Corporation, S.A. de C.V. | 7/9/2015 | 2347 | 7,537.84 | The Capita Corporation de Mexico, S.A. De C.V. SOFOM, E.N.R. Successor to Arrendadora Capita Corporation, S.A. de C.V. | 7/8/2015 | 2282 | $7,537.84 Duplicate of claim no. 2282 |
| 69 | TOLSON PALLET MFG INC | 5/27/2015 | 1098 | 968.60 | TOLSON PALLET MFG INC | 5/26/2015 | 1018 | $968.60 Duplicate of claim no. 1018 |
| 70 | Volt Consulting Group Ltd | 6/29/2015 | 2042 | 1,662,259.61 | Volt Consulting Group Ltd | 7/1/2015 | 2061 | $1,662,259.61 Duplicate of claim no. 2061 |
| 71 | WATSON LABEL PRODUCTS | 4/7/2015 | 498 | 31,611.41 | Watson Label Products | 4/7/2015 | 380 | $31,611.41 Duplicate of claim no. 380 |
| 72 | Whitesell | 4/13/2015 | 392 | 13,531.09 | Whitesell | 4/1/2015 | 314 | $13,531.09 Duplicate of claim no. 314 |
| 73 | Zebra Technologies | 4/8/2015 | 519 | 27,950.96 | Zebra Technologies | 4/8/2015 | 466 | $27,950.96 Duplicate of claim no. 466 |