# EXHIBIT A
### [Amended and Superseded Claims]

52832772.1

| # | Amended Claims to be Disallowed | | | | Remaining Claim | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | 717 INK | 4/16/2015 | 99 | 16,462.51 | 717 INK | 4/16/2015 | 534 | $25,992.88 | Amends claim no. 99 |
| 2 | ACIA | 6/9/2015 | 1738 | $591.09 | ACIA, LTD | 6/15/2015 | 1867 | $591.09 | Amends claim no. 1738 |
| 3 | ACIA, LTD (Airborne Contamination Ident. Assoc. Ltd) | 4/28/2015 | 763 | $591.09 | ACIA | 6/9/2015 | 1738 | $591.09 | Amends claim no. 763 |
| 4 | ACTIVE ELECTRIC, INC. | 4/16/2015 | 636 | $19,533.11 | ACTIVE ELECTRIC, INC. | 6/2/2015 | 1501 | $22,552.29 | Amends claim no. 636 |
| 5 | ADVANCED VISION TECHNOLOGY INC | 7/2/2015 | 2096 | $31,440.00 | ADVANCED VISION TECHNOLOGY INC | 7/2/2015 | 2089 | $31,440.00 | Amends claim no. 2096 |
| 6 | American Litho, Inc. | 6/9/2015 | 1688 | $137,140.68 | American Litho, Inc. | 7/16/2015 | 2365 | $137,140.68 | Amends claim no. 1688 |
| 7 | Ample Industries, Inc. | 5/8/2015 | 822 | $12,842.48 | Ample Industries, Inc. | 5/8/2015 | 822 | $12,842.48 | Amends claim no. 822 |
| 8 | AMPM Locksmith | 6/8/2015 | 1595 | $1,200.00 | SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATT-IN-FACT FOR AMPM LOCKSMITH-ASSIGNOR | 6/29/2015 | 2027 | $1,200.00 | Amends claim no. 1595 |
| 9 | Annuitas, Inc | 4/7/2015 | 494 | $12,000.00 | Annuitas, Inc | 5/11/2015 | 810 | $16,258.06 | Amends claim no. 494 |
| 10 | Atomic Wash Design Studio LLC | 4/1/2015 | 311 | $7,162.50 | ATOMIC WASH DESIGN STUDIO | 6/1/2015 | 1446 | $7,162.50 | Amends claim no. 311 |
| 11 | Avnet, Inc. | 6/23/2015 | 1917 | $54,613.70 | Avnet, Inc. | 7/9/2015 | 2329 | $57,674.69 | Amends claim no. 1917 |
| 12 | Avnet, Inc. | 4/28/2015 | 760 | $56,823.76 | Avnet, Inc. | 7/9/2015 | 2329 | $57,674.69 | Amends claim no. 760 |
| 13 | Bansal Enterprises Inc. DBA The Ink Well | 3/19/2015 | 32 | $77,679.61 | Bansal Enterprises Inc. DBA The Ink Well | 4/17/2015 | 623 | $81,745.20 | Amends claim no. 32 |
| 14 | Baw Plastics, Inc. | 3/30/2015 | 350 | $27,346.57 | BAW PLASTICS INC | 6/8/2015 | 1601 | $27,346.57 | Amends claim no. 350 |
| 15 | Bay State Envelope, Inc. | 3/23/2015 | 92 | $438,420.69 | Bay State Envelope, Inc. | 4/8/2015 | 485 | $45,577.69 | Amends claim no. 92 |
| 16 | Beladi, Donna L | 5/26/2015 | 1046 | $166,331.46 | Beladi, Donna | 10/13/2015 | 2496 | $162,838.00 | Amends claim no. 1046 |
| 17 | Beladi, Donna L | 9/14/2015 | 2483 | $166,331.46 | Beladi, Donna | 10/13/2015 | 2496 | $162,838.00 | Amends claim no. 2483 |
| 18 | Bell and Howell, LLC | 6/9/2015 | 1741 | $88,004.25 | Bell and Howell, LLC | 12/23/2015 | 2564 | $223,023.19 | Amends claim no. 1741 |
| 19 | Bell and Howell, LLC | 6/12/2015 | 1833 | $88,004.25 | Bell and Howell, LLC | 12/23/2015 | 2564 | $223,023.19 | Amends claim no. 1833 |
| 20 | Bell and Howell, LLC | 12/28/2015 | 2562 | $223,023.19 | Bell and Howell, LLC | 12/23/2015 | 2564 | $223,023.19 | Amends claim no. 2562 |
| 21 | BRACKETT, INC. | 6/4/2015 | 1371 | $2,414.38 | BRACKETT, INC. | 6/4/2015 | 1371 | $2,414.38 | Amends claim no. 1371 |
| 22 | Bradford & Bigelow, Inc. | 3/31/2015 | 283 | $133,356.83 | Bradford & Bigelow, Inc. | 4/30/2015 | 748 | $148,741.94 | Amends claim no. 283 |
| 23 | Brady Corporation | 4/13/2015 | 425 | $83,175.20 | Brady Worldwide Inc. | 5/8/2015 | 821 | $83,175.20 | Amends claim no. 425 |
| 24 | Brown, Craig | 6/26/2015 | 2010 | $499,422.91 | Brown, Craig | 6/26/2015 | 2014 | $499,422.91 | Amends claim no. 2010 |
| 25 | Canon Solutions America, Inc. | 5/22/2015 | 1225 | $19,952.73 | CANON SOLUTIONS AMERICA, INC. | 8/11/2015 | 2417 | $21,319.15 | Amends claim no. 1225 |
| 26 | Canon Solutions America, Inc. | 4/6/2015 | 431 | $436,359.51 | CANON SOLUTIONS AMERICA, INC. | 8/11/2015 | 2430 | $641,507.06 | Amends claim no. 431 |
| 27 | CIT COMMUNICATIONS FINANCE CORPORATION | 4/20/2015 | 597 | $82,618.95 | CIT COMMUNICATIONS FINANCE CORPORATION | 4/20/2015 | 611 | $82,618.95 | Amends claim no. 597 |
| 28 | City of Carrollton | 3/25/2015 | 158 | $19,173.08 | City of Carrollton | 11/16/2015 | 2528 | $13,841.20 | Amends claim no. 158 |
| 29 | City of Carrollton | 5/26/2015 | 1197 | $13,897.65 | City of Carrollton | 11/16/2015 | 2528 | $13,841.20 | Amends claim no. 1197 |
| 30 | City of Carrollton | 11/17/2015 | 2526 | $13,841.20 | City of Carrollton | 11/16/2015 | 2528 | $13,841.20 | Amends claim no. 2526 |
| 31 | CITY OF DAYTON | 8/19/2015 | 2451 | $9,318.02 | City of Dayton | 9/4/2015 | 2480 | $10,637.90 | Amends claim no. 2451 |
| 32 | City of Dayton Convention Center | 8/9/2015 | 2440 | $3,492.00 | City of Dayton Convention Center | 8/9/2015 | 2440 | $3,492.00 | Amends claim no. 2440 |
| 33 | Cohber Press, Inc. | 6/9/2015 | 1736 | $71,738.45 | Cohber Press, Inc. | 7/8/2015 | 2310 | $277,895.41 | Amends claim no. 1736 |
| 34 | Coloring Book Solutions, LLC | 3/25/2015 | 157 | $3,500.69 | Coloring Book Solutions, LLC | 4/16/2015 | 558 | $3,666.26 | Amends claim no. 157 |
| 35 | Columbus Productions, Inc. | 3/24/2015 | 122 | $5,210.35 | Columbus Productions, Inc. | 3/24/2015 | 122 | $5,210.35 | Amends claim no. 122 |
| 36 | CRATES & PALLETS | 3/27/2015 | 230 | $25,034.30 | CRATES & PALLETS | 6/1/2015 | 1341 | $25,034.30 | Amends claim no. 230 |
| 37 | CRATES & PALLETS | 6/1/2015 | 1320 | $25,034.30 | CRATES & PALLETS | 6/1/2015 | 1341 | $25,034.30 | Amends claim no. 1320 |
| 38 | CTA Graphic Design | 3/19/2015 | 84 | $3,756.51 | CTA Graphic Design | 3/30/2015 | 209 | $4,312.19 | Amends claim no. 84 |
| 39 | CUSTOM INDEX INC | 6/9/2015 | 1765 | $119,594.83 | CUSTOM INDEX INC | 6/24/2015 | 1944 | $119,594.83 | Amends claim no. 1765 |
| 40 | CUSTOM INDEX INC | 6/9/2015 | 1771 | $119,594.83 | CUSTOM INDEX INC | 6/24/2015 | 1944 | $119,594.83 | Amends claim no. 1771 |
| 41 | Customgraphix Printing Corp. | 4/21/2015 | 600 | $282,307.55 | Customgraphix Printing Corp. | 6/4/2015 | 1399 | $282,307.55 | Amends claim no. 600 |
| 42 | Cypress - Fairbanks ISD | 4/2/2015 | 340 | $24,954.50 | Cypress Fairbanks Independent School District | 1/5/2016 | 2577 | $15,423.44 | Amends claim no. 340 |
| 43 | Cypress - Fairbanks ISD | 6/2/2015 | 1278 | $485.50 | Cypress Fairbanks Independent School District | 1/5/2016 | 2577 | $15,423.44 | Amends claim no. 1278 |
| 44 | Dallas County | 3/25/2015 | 156 | $6,251.26 | Dallas County | 11/16/2015 | 2527 | $5,397.24 | Amends claim no. 156 |
| 45 | Dallas County | 6/15/2015 | 1895 | $5,406.40 | Dallas County | 11/16/2015 | 2527 | $5,397.24 | Amends claim no. 1895 |
| 46 | Dallas County | 11/17/2015 | 2525 | $5,397.24 | Dallas County | 11/16/2015 | 2527 | $5,397.24 | Amends claim no. 2525 |
| 47 | Dataguide Business Forms, Inc. | 3/23/2015 | 114 | $13,048.06 | Dataguide Business Form Inc | 5/28/2015 | 1208 | $12,650.93 | Amends claim no. 114 |
| 48 | Dataguide Business Forms, Inc. | 5/15/2015 | 850 | $13,048.06 | Dataguide Business Form Inc | 5/28/2015 | 1208 | $12,650.93 | Amends claim no. 850 |
| 49 | DAYTON MAILING SERVICES | 4/7/2015 | 354 | $565,837.14 | DAYTON MAILING SERVICES | 6/8/2015 | 1587 | $564,047.14 | Amends claim no. 354 |
| 50 | Disc, Inc. | 6/8/2015 | 1613 | $493.10 | Sierra Liquidity Fund, LLC - Assignee & ATT-IN-FACT for Disc, Inc - Assignor | 6/8/2015 | 1659 | $751.00 | Amends claim no. 1613 |
| 51 | DOCUPLEX | 3/31/2015 | 303 | $56,572.45 | DOCUPLEX | 4/13/2015 | 427 | $65,482.45 | Amends claim no. 303 |
| 52 | Domtar Corporation | 6/9/2015 | 1732 | $99,426.00 | Domtar Corporation | 6/16/2015 | 1901 | $661,924.56 | Amends claim no. 1732 |
| 53 | DYNAMIT TECHNOLOGIES, LLC | 7/7/2015 | 2158 | $506,045.50 | DYNAMIT TECHNOLOGIES, LLC | 7/7/2015 | 2175 | $506,045.50 | Amends claim no. 2158 |
| 54 | EMT INTERNATIONAL INC | 3/31/2015 | 371 | $74,944.21 | EMT INTERNATIONAL INC | 6/3/2015 | 1355 | $74,673.87 | Amends claim no. 371 |
| 55 | ESTES EXPRESS LINES | 4/27/2015 | 681 | $44,699.89 | ESTES EXPRESS LINES | 1/15/2016 | 2592 | $30,229.44 | Amends claim no. 681 |
| 56 | EZ Lettering Service | 3/24/2015 | 129 | $226,660.14 | EZ LETTERING SERVICE | 6/1/2015 | 1429 | $226,660.14 | Amends claim no. 129 |
| 57 | FASTENAL COMPANY | 6/24/2015 | 1955 | $9,340.87 | FASTENAL COMPANY | 1/8/2016 | 2576 | $1,291.18 | Amends claim no. 1955 |
| 58 | FORMAX | 6/8/2015 | 1609 | $9,175.25 | Sierra Liquidity Fund, LLC - Assignee & Att-In-Fact for Formax - Assignor | 6/8/2015 | 1642 | $4,672.00 | Amends claim no. 1609 |
| 59 | Fulton County Tax Commissioner | 12/9/2015 | 2566 | $942.78 | Fulton County Tax Commissioner | 12/9/2015 | 2567 | $942.78 | Amends claim no. 2566 |
| 60 | GARY PLASTIC PACKAGING | 4/24/2015 | 668 | $69,967.28 | GARY PLASTIC PACKAGING | 6/22/2015 | 1991 | $50,302.28 | Amends claim no. 668 |
| 61 | GEEHAN ADVISORY GROUP INC | 6/25/2015 | 1934 | $31,453.21 | Geehan Advisory Group, Inc. | 8/13/2015 | 2447 | $1,453.21 | Amends claim no. 1934 |

Page 1

| # | Amended Claims to be Disallowed | | | | Remaining Claim | | | |
|---|---|---|---|---|---|---|---|---|
| 62 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1752 | $14,543.20 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1727 | $64,590.28 Amends claim no. 1752 |
| 63 | General Office Industries Inc | 3/20/2015 | 34 | $7,784.38 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1727 | $64,590.28 Amends claim no. 34 |
| 64 | General Office Industries Inc. | 3/20/2015 | 35 | $11,741.41 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1727 | $64,590.28 Amends claim no. 35 |
| 65 | General Office Industries Inc. | 3/20/2015 | 36 | $683.46 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1727 | $64,590.28 Amends claim no. 36 |
| 66 | General Office Industries Inc. | 3/20/2015 | 37 | $43.03 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1727 | $64,590.28 Amends claim no. 37 |
| 67 | General Office Industries Inc. | 3/20/2015 | 38 | $445.20 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1727 | $64,590.28 Amends claim no. 38 |
| 68 | General Office Industries Inc. | 3/20/2015 | 39 | $343.58 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1727 | $64,590.28 Amends claim no. 39 |
| 69 | General Office Industries Inc. | 3/20/2015 | 41 | $872.59 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1727 | $64,590.28 Amends claim no. 41 |
| 70 | General Office Industries Inc. | 3/20/2015 | 49 | $141.80 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1727 | $64,590.28 Amends claim no. 49 |
| 71 | General Office Industries Inc. | 3/20/2015 | 53 | $65.39 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1727 | $64,590.28 Amends claim no. 53 |
| 72 | General Office Industries Inc. | 3/20/2015 | 56 | $12,267.38 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1727 | $64,590.28 Amends claim no. 56 |
| 73 | General Office Industries Inc. | 3/20/2015 | 57 | $14,073.62 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1727 | $64,590.28 Amends claim no. 57 |
| 74 | General Office Industries Inc. | 3/20/2015 | 58 | $14,543.20 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1727 | $64,590.28 Amends claim no. 58 |
| 75 | General Office Industries Inc. | 3/20/2015 | 64 | $327.22 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1727 | $64,590.28 Amends claim no. 64 |
| 76 | General Office Industries Inc. | 3/20/2015 | 67 | $736.49 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1727 | $64,590.28 Amends claim no. 67 |
| 77 | General Office Industries Inc. | 3/20/2015 | 78 | $521.21 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1727 | $64,590.28 Amends claim no. 78 |
| 78 | General Office Industries Inc. | 6/9/2015 | 1694 | $65.39 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1727 | $64,590.28 Amends claim no. 1694 |
| 79 | General Office Industries Inc. | 6/9/2015 | 1702 | $327.22 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1727 | $64,590.28 Amends claim no. 1702 |
| 80 | General Office Industries Inc. | 6/9/2015 | 1719 | $43.03 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1727 | $64,590.28 Amends claim no. 1719 |
| 81 | General Office Industries Inc. | 6/9/2015 | 1721 | $872.59 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1727 | $64,590.28 Amends claim no. 1721 |
| 82 | General Office Industries Inc. | 6/9/2015 | 1723 | $683.46 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1727 | $64,590.28 Amends claim no. 1723 |
| 83 | General Office Industries Inc. | 6/9/2015 | 1726 | $343.58 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1727 | $64,590.28 Amends claim no. 1726 |
| 84 | General Office Industries Inc. | 6/9/2015 | 1728 | $445.20 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1727 | $64,590.28 Amends claim no. 1728 |
| 85 | GENERAL OFFICE INDUSTRIES Inc. | 6/9/2015 | 1729 | $7,784.38 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1727 | $64,590.28 Amends claim no. 1729 |
| 86 | General Office Industries Inc. | 6/9/2015 | 1730 | $11,741.40 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1727 | $64,590.28 Amends claim no. 1730 |
| 87 | General Office Industries Inc. | 6/9/2015 | 1731 | $736.49 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1727 | $64,590.28 Amends claim no. 1731 |
| 88 | General Office Industries Inc. | 6/9/2015 | 1742 | $141.80 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1727 | $64,590.28 Amends claim no. 1742 |
| 89 | General Office Industries Inc. | 6/9/2015 | 1749 | $14,073.62 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1727 | $64,590.28 Amends claim no. 1749 |
| 90 | General Office Industries Inc. | 6/9/2015 | 1750 | $445.20 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1727 | $64,590.28 Amends claim no. 1750 |
| 91 | General Office Industries Inc. | 6/9/2015 | 1755 | $12,267.38 | GENERAL OFFICE INDUSTRIES | 6/9/2015 | 1727 | $64,590.28 Amends claim no. 1755 |
| 92 | GENOA BUSINESS FORMS INC | 4/28/2015 | 767 | $35,014.91 | GENOA BUSINESS FORMS INC | 5/19/2015 | 979 | $35,014.91 Amends claim no. 767 |
| 93 | George Eschbaugh Advertising Inc. | 4/7/2015 | 491 | $37,574.63 | George Eschbaugh Advertising Inc. | 9/16/2015 | 2486 | $35,657.79 Amends claim no. 491 |
| 94 | Beladi, Donna | 5/26/2015 | 1046 | $166,331.46 | Beladi, Donna | 10/13/2015 | 2496 | $162,838.00 Amends claim no. 1046 |
| 95 | Beladi, Donna | 9/14/2015 | 2483 | $166,331.46 | Beladi, Donna | 10/13/2015 | 2496 | $162,838.00 Amends claim no. 2483 |
| 96 | Georgia Pacific Consumer Products, LP | 6/8/2015 | 1708 | $2,460,605.30 | Georgia-Pacific Consumer Products LP | 7/7/2015 | 2187 | $2,613,044.25 Amends claim no. 1708 |
| 97 | Georgia Pacific Consumer Products, LP | 6/19/2015 | 1994 | $3,681,585.45 | Georgia-Pacific Consumer Products LP | 7/7/2015 | 2185 | $3,761,066.48 Amends claim no. 1994 |
| 98 | Georgia Pacific Consumer Products, LP | 7/6/2015 | 2147 | $2,533,563.22 | Georgia-Pacific Consumer Products LP | 7/7/2015 | 2187 | $2,613,044.25 Amends claim no. 2147 |
| 99 | GEORGIA-PACIFIC CONSUMER PRODUCTS LP | 6/5/2015 | 1391 | $2,460,605.30 | Georgia-Pacific Consumer Products LP | 7/7/2015 | 2187 | $2,613,044.25 Amends claim no. 1391 |
| 100 | Georgia-Pacific Consumer Products LP | 6/15/2015 | 1853 | $3,681,585.45 | Georgia-Pacific Consumer Products LP | 7/7/2015 | 2185 | $3,761,066.48 Amends claim no. 1853 |
| 101 | Georgia-Pacific Consumer Products LP | 7/2/2015 | 2098 | $2,533,563.22 | Georgia-Pacific Consumer Products LP | 7/7/2015 | 2187 | $2,613,044.25 Amends claim no. 2098 |
| 102 | Georgia-Pacific Consumer Products LP | 7/2/2015 | 2099 | $2,533,563.22 | Georgia-Pacific Consumer Products LP | 7/7/2015 | 2187 | $2,613,044.25 Amends claim no. 2099 |
| 103 | GRAHAM, CHRISTOPHER | 6/9/2015 | 1658 | $89,814.00 | Graham, Christopher A. | 7/8/2015 | 2277 | $98,582.67 Amends claim no. 1658 |
| 104 | Graphic Communications Union Local 5945 | 12/30/2015 | 2558 | $515,376.67 | Graphic Communications Union Local 5945 | 12/30/2015 | 2559 | $515,376.67 Amends claim no. 2558 |
| 105 | Graphic Engravers Inc, DBA GEI Graphics | 3/26/2015 | 181 | $182,025.70 | Graphic Engravers Inc. | 7/17/2015 | 2367 | $91,327.98 Amends claim no. 181 |
| | | | | | Sonar Credit Partners III, LLC as Transferee for Graphic Engravers Inc. | | | |
| 106 | Greenhaven Printing, Inc. | 4/30/2015 | 737 | $28,442.24 | GREENHAVEN PRINTING, INC. | 7/17/2015 | 2367 | 90,697.72 Amends claim no. 181 |
| | Harmony Press, Inc. d/b/a Harmony Marketing | | | | | 6/1/2015 | 1313 | $35,053.24 Amends claim no. 737 |
| 107 | Group. | 4/7/2015 | 503 | $332,142.68 | Harmony Press, Inc. | 6/2/2015 | 1298 | $332,142.68 Amends claim no. 503 |
| 108 | Harris County, et al | 4/2/2015 | 345 | $14,126.83 | HARRIS COUNTY, et al | 6/2/2015 | 1299 | $463.64 Amends claim no. 345 |
| 109 | HARRIS COUNTY, et al | 6/2/2015 | 1299 | $463.64 | Harris County et al | 1/5/2016 | 2579 | $14,399.73 Amends claim no. 1299 |
| 110 | HAWKS TAG | 5/13/2015 | 836 | $26,514.34 | HAWKS TAG | 5/13/2015 | 836 | $26,514.34 Amends claim no. 836 |
| 111 | Hit Promotional Products | 4/9/2015 | 483 | $58,473.90 | Hit Promotional Products | 6/4/2015 | 1403 | $100,989.93 Amends claim no. 483 |
| 112 | Hospital Forms & Systems Corp | 4/3/2015 | 362 | $189,373.00 | HOSPITAL FORMS & SYSTEMS CORPORATION | 5/15/2015 | 860 | $189,373.00 Amends claim no. 362 |
| 113 | IFS FILING SYSTEMS LLC | 6/9/2015 | 1743 | $58,482.76 | IFS FILING SYSTEMS LLC | 6/24/2015 | 1941 | $58,482.76 Amends claim no. 1743 |
| 114 | Indiana Dept of Environmental MGTG | 8/2/2015 | 2472 | $8,022,418.87 | Indiana Dept of Environmental MGTG | 9/2/2015 | 2473 | $802,418.87 Amends claim no. 2472 |
| 115 | InnerWorkings, Inc. | 10/14/2015 | 2499 | $38,889.02 | InnerWorkings, Inc | 10/14/2015 | 2501 | $40,802.29 Amends claim no. 2499 |
| 116 | INTERNATIONAL PLASTICS, INC | 3/25/2015 | 366 | $39,120.57 | INTERNATIONAL PLASTICS INC | 5/26/2015 | 1029 | $39,120.51 Amends claim no. 366 |
| 117 | Jani-King of Buffalo, Inc. | 6/26/2015 | 2000 | $497.68 | Jani-King of Buffalo, Inc. | 6/26/2015 | 2004 | $497.68 Amends claim no. 2000 |
| 118 | JBR Industrial Services LLC | 3/16/2015 | 30 | $0.00 | JBR INDUSTRIAL SERVICES LLC | 6/29/2015 | 2013 | $197,730.00 Amends claim no. 30 |
| 119 | JBR Industrial Services LLC | 3/27/2015 | 160 | $197,730.00 | JBR INDUSTRIAL SERVICES LLC | 6/29/2015 | 2013 | $197,730.00 Amends claim no. 160 |
| 120 | Jeff and Pam Lane dba PJ Printers | 5/5/2015 | 712 | $451,018.82 | Jeff and Pam Lane dba PJ Printers | 12/3/2015 | 2539 | $451,018.82 Amends claim no. 712 |
| 121 | Johnson Mechanical, Inc. | 3/25/2015 | 155 | $5,630.16 | JOHNSON MECHANICAL INC | 6/1/2015 | 1259 | $5,323.91 Amends claim no. 155 |
| 122 | KANAWHA SCALES & SYSTEMS INC | 3/31/2015 | 368 | $316.00 | KANAWHA SCALES & SYSTEMS INC | 4/28/2015 | 772 | $576.00 Amends claim no. 368 |
| 123 | KING PRINTING SOLUTIONS | 3/24/2015 | 119 | $55,480.00 | KING PRINTING SOLUTIONS | 5/29/2015 | 1158 | $55,480.00 Amends claim no. 119 |

| # | Amended Claims to be Disallowed | | | | Remaining Claim | | | |
|---|---|---|---|---|---|---|---|---|
| 124 | Knaub, Martin R. | 3/26/2015 | 236 | $8,143.32 | Knaub, Martin R. | 4/7/2015 | 489 | $8,143.32 Amends claim no. 236 |
| 125 | LAMME, KATHRYN | 6/26/2015 | 2006 | $560,354.41 | Lamme, Kathryn | 10/15/2015 | 2504 | $540,772.00 Amends claim no. 2006 |
| 126 | Liberty Mutual Insurance Co. | 4/13/2015 | 642 | $10,735,890.49 | Liberty Mutual Insurance Co. | 6/23/2015 | 1961 | $2,344,260.00 Amends claim no. 642 |
| 127 | LRP&P Graphics | 7/7/2015 | 2157 | $20,310.63 | LRP&P Graphics | 7/7/2015 | 2157 | $20,310.63 Amends claim no. 2157 |
| 128 | MCKIERNAN, CALVIN | 6/5/2015 | 1393 | $0.00 | MCKIERNAN, CALVIN | 6/8/2015 | 1654 | $0.00 Amends claim no. 1393 |
| 129 | Metropak, Inc | 3/31/2015 | 245 | $9,747.11 | Metropak, Inc | 6/10/2015 | 1797 | $9,747.11 Amends claim no. 245 |
| 130 | Mid Atlantic Industrial Equipment LTD | 3/16/2015 | 27 | $15,943.08 | Mid Atlantic Industrial Equipment, LTD | 6/5/2015 | 1521 | $14,402.08 Amends claim no. 27 |
| 131 | Mid Atlantic Industrial Equipment, LTD | 5/19/2015 | 980 | $22,466.68 | Mid Atlantic Industrial Equipment, LTD | 6/5/2015 | 1521 | $14,402.08 Amends claim no. 980 |
| 132 | Morgan Adhesives Company, LLC d/b/a MACtac | 6/1/2015 | 1309 | $314,299.01 | Morgan Adhesives Company, LLC d/b/a MACtac | 6/25/2015 | 1936 | $314,299.01 Amends claim no. 1309 |
| 133 | Mr. D's Tees | 5/12/2015 | 1239 | $20,305.77 | Mr. D's Tees | 6/5/2015 | 1505 | $20,305.77 Amends claim no. 1239 |
| 134 | Nazdar | 4/7/2015 | 517 | $25,520.42 | Nazdar | 6/8/2015 | 1634 | $18,724.30 Amends claim no. 517 |
| 135 | NetGain Information Systems Co. dba Recovery Site Logistics | 12/4/2015 | 2537 | $288,587.00 | NetGain Information Systems Co. dba Recovery Site Logistics | 12/7/2015 | 2568 | $288,587.00 Amends claim no. 2537 |
| 136 | NetGain Information Systems Company dba Recovery Site Logistics | 12/4/2015 | 2534 | $288,587.00 | NetGain Information Systems Co. dba Recovery Site Logistics | 12/7/2015 | 2568 | $288,587.00 Amends claim no. 2534 |
| 137 | Novation, LLC | 7/7/2015 | 2192 | $622,994.00 | Novation, LLC | 7/7/2015 | 2194 | $622,994.00 Amends claim no. 2192 |
| 138 | NUSIGN SUPPLY LLC | 6/8/2015 | 1700 | $26,356.83 | Nusign Supply, LLC | 7/8/2015 | 2317 | $26,356.83 Amends claim no. 1700 |
| 139 | Nusign Supply, LLC | 4/30/2015 | 680 | $26,356.83 | Nusign Supply, LLC | 7/8/2015 | 2317 | $26,356.83 Amends claim no. 680 |
| 140 | Oracle America, Inc ("Oracle") | 6/25/2015 | 1947 | $7,253.20 | Oracle America, Inc ("Oracle") | 6/25/2015 | 1950 | $7,253.20 Amends claim no. 1947 |
| 141 | P.H. Glatfelter Company | 6/8/2015 | 1535 | $901,208.70 | P. H. Glatfelter Company | 11/23/2015 | 2550 | $2,510,203.70 Amends claim no. 1535 |
| 142 | Papercone Corporation | 3/31/2015 | 304 | $62,767.06 | PAPERCONE CORPORATION | 6/5/2015 | 1531 | $62,767.06 Amends claim no. 304 |
| 143 | Pat & Sam International Inc. | 3/18/2015 | 11 | $12,500.00 | Pat & Sam International Inc. | 3/20/2015 | 65 | $18,645.00 Amends claim no. 11 |
| 144 | Printing Solutions of Kansas, Inc. | 4/17/2015 | 634 | $220,506.66 | Printing Solutions of Kansas, Inc. | 5/29/2015 | 1166 | $296,259.31 Amends claim no. 634 |
| 145 | Pro Specialties Group Inc. | 3/18/2015 | 10 | $1,156.00 | Pro Specialties Group inc | 3/31/2015 | 248 | $6,742.00 Amends claim no. 10 |
| 146 | Progressive Printers, Inc | 3/16/2015 | 3 | $156,057.48 | Progressive Printers, Inc. | 6/8/2015 | 1538 | $156,057.48 Amends claim no. 3 |
| 147 | PS Business Parks | 8/23/2015 | 2453 | $10,167.06 | PS Business Parks | 5/27/2015 | 1082 | $35,428.68 Amends claim no. 2453 |
| 148 | Radco Corp dba Riddle Press | 5/1/2015 | 729 | $30,506.83 | RIDDLE PRESS | 5/26/2015 | 1070 | $30,506.83 Amends claim no. 729 |
| 149 | Radco Corp dba Riddle Press | 3/24/2015 | 132 | $23,091.30 | RIDDLE PRESS | 5/26/2015 | 1070 | $30,506.83 Amends claim no. 132 |
| 150 | Raff Printing, Inc. | 4/7/2015 | 497 | $351,947.53 | RAFF PRINTING INC | 6/8/2015 | 1626 | $394,804.49 Amends claim no. 497 |
| 151 | RANROY PRINTING COMPANY | 6/1/2015 | 1343 | $63,332.34 | Liquidity Solutions Inc. as Transferee for Ranroy Printing Company | 7/23/2015 | 2373 | $35,056.23 Amends claim no. 1343 |
| 152 | Rediker, Dennis | 7/1/2015 | 2062 | $607,616.43 | Rediker, Dennis | 10/8/2015 | 2494 | $592,623.00 Amends claim no. 2062 |
| 153 | Ricoh Electronics Incorporated | 3/24/2015 | 131 | $96,168.01 | Ricoh Electronics Incorporated | 5/27/2015 | 1191 | $96,088.45 Amends claim no. 131 |
| 154 | Robert Half Technology | 8/25/2015 | 2461 | $5,780.87 | Robert Half Technology | 10/1/2015 | 2495 | $5,921.22 Amends claim no. 2461 |
| 155 | Seebridge Media LLC | 4/25/2015 | 682 | $607,346.06 | Seebridge Media LLC | 6/5/2015 | 1532 | $587,411.26 Amends claim no. 682 |
| 156 | Seebridge Media LLC | 3/19/2015 | 88 | $541,905.95 | Seebridge Media LLC | 6/5/2015 | 1532 | $587,411.26 Amends claim no. 88 |
| 157 | Seebridge Media LLC | 4/10/2015 | 543 | $607,346.06 | Seebridge Media LLC | 6/5/2015 | 1532 | $587,411.26 Amends claim no. 543 |
| 158 | Seebridge Media LLC | 4/22/2015 | 584 | $607,346.06 | Seebridge Media LLC | 6/5/2015 | 1532 | $587,411.26 Amends claim no. 584 |
| 159 | Simon Printing Company | 6/6/2015 | 1511 | $137,170.65 | Simon Printing Company | 7/8/2015 | 2323 | $137,170.65 Amends claim no. 1511 |
| 160 | Simon Printing Company | 7/8/2015 | 2304 | $137,170.65 | Simon Printing Company | 7/8/2015 | 2323 | $137,170.65 Amends claim no. 2304 |
| 161 | Simon Printing Company | 7/8/2015 | 2305 | $137,170.65 | Simon Printing Company | 7/8/2015 | 2323 | $137,170.65 Amends claim no. 2305 |
| 162 | Simon Printing Company | 7/8/2015 | 2311 | $137,170.65 | Simon Printing Company | 7/8/2015 | 2323 | $137,170.65 Amends claim no. 2311 |
| 163 | Simon Printing Company | 7/8/2015 | 2312 | $137,170.65 | Simon Printing Company | 7/8/2015 | 2323 | $137,170.65 Amends claim no. 2312 |
| 164 | Smith, Roger L. | 4/13/2015 | 382 | $26,769.23 | Smith, Roger L. | 5/29/2015 | 1102 | $26,769.23 Amends claim no. 382 |
| 165 | SOMODY, EMERY | 7/24/2015 | 2376 | $1,157,085.00 | Somody, Emery | 10/14/2015 | 2498 | $504,375.16 Amends claim no. 2376 |
| 166 | Graphic Engravers Inc. DBA GE Graphics | 3/26/2015 | 181 | $182,025.70 | Graphic Engravers Inc. | 7/17/2015 | 2367 | $182,025.70 Amends claim no. 181 |
| 167 | SOUTHEAST MAILING EQUIPMENT INC | 6/8/2015 | 1568 | $2,537.71 | SOUTHEAST MAILING EQUIPMENT INC | 6/8/2015 | 1666 | $2,537.71 Amends claim no. 1568 |
| 168 | SOUTHEAST MAILING EQUIPMENT INC | 6/8/2015 | 1575 | $2,537.71 | SOUTHEAST MAILING EQUIPMENT INC | 6/8/2015 | 1666 | $2,537.71 Amends claim no. 1575 |
| 169 | SOUTHEAST MAILING EQUIPMENT, INC. | 6/8/2015 | 1556 | $2,268.00 | SOUTHEAST MAILING EQUIPMENT INC | 6/8/2015 | 1666 | $2,537.71 Amends claim no. 1556 |
| 170 | State of Louisiana Department of Revenue | 6/1/2015 | 1497 | $100.00 | State of Louisiana Department of Revenue | 1/13/2016 | 2595 | $0.00 Amends claim no. 1497 |
| 171 | Steven Eviston dba EFA | 3/31/2015 | 250 | $13,186.00 | Steven Eviston dba EFA | 4/21/2015 | 579 | $19,972.00 Amends claim no. 250 |
| 172 | Sylvan Printing and Office Supply Co. | 3/30/2015 | 227 | $35,924.15 | SYLVAN PRINTING & OFFICE SUPPLY CO. | 6/8/2015 | 1648 | $35,924.15 Amends claim no. 227 |
| 173 | Hit Promotional Products | 4/9/2015 | 483 | $126,150.75 | Hit Promotional Products | 6/4/2015 | 1403 | $100,989.93 Amends claim no. 483 |
| 174 | Tarrant County | 3/25/2015 | 269 | $31,779.62 | Tarrant County | 5/26/2015 | 1210 | $1,072.63 Amends claim no. 269 |
| 175 | Team Concept Printing + Thermography Inc. | 5/18/2015 | 989 | $75,939.66 | TEAM CONCEPT PRINTING | 6/5/2015 | 1547 | $67,854.83 Amends claim no. 989 |
| 176 | Team Concept Printing and Thermography Inc. | 5/8/2015 | 807 | $72,033.56 | TEAM CONCEPT PRINTING | 6/5/2015 | 1547 | $67,854.83 Amends claim no. 807 |
| 177 | TEKsystems, Inc. | 7/7/2015 | 2193 | $70,699.41 | TEKsystems, Inc. | 7/8/2015 | 2234 | $70,699.41 Amends claim no. 2193 |
| 178 | The Envelope Express (aka Victor Envelope Manufacturing) | 5/26/2015 | 1148 | $16,970.02 | The Envelope Express (aka Victor Envelope Manufacturing) | 5/27/2015 | 1190 | $30,339.13 Amends claim no. 1148 |
| 179 | TR Crownpointe Corp. | 10/29/2015 | 2519 | $281,573.14 | TR Crownpointe Corp. | 12/28/2015 | 2561 | $205,468.29 Amends claim no. 2519 |
| 180 | TR Crownpointe Corp. | 12/23/2015 | 2556 | $205,468.29 | TR Crownpointe Corp. | 12/28/2015 | 2561 | $205,468.29 Amends claim no. 2556 |
| 181 | Trade Printers Inc. | 3/23/2015 | 112 | $69,935.92 | Trade Printers, Inc. | 3/30/2015 | 390 | $110,350.72 Amends claim no. 112 |

| | Amended Claims to be Disallowed | | | Remaining Claim | | | |
|---|---|---|---|---|---|---|---|
| 182 | TRC Master Fund LLC as transferee for Eagle Graphics Inc | 6/8/2015 | 1517 | $59,746.71 | TRC Master Fund LLC as transferee for Eagle Graphics Inc | 7/8/2015 | 2307 | $59,746.71 | Amends claim no. 1517 |
| 183 | TROY GROUP INC | 6/4/2015 | 1362 | $267,482.06 | TROY GROUP INC. | 12/2/2015 | 2532 | $320,742.80 | Amends claim no. 1362 |
| 184 | U.S. Dept. of Labor-Employee Benefits Security Administration | 6/18/2015 | 1951 | $0.00 | U.S. Dept. of Labor, EBSA on behalf of The Standard Register Employees Savings Plan | 11/17/2015 | 2553 | $291,426.66 | Amends claim no. 1951 |
| 185 | United Envelope LLC | 5/12/2015 | 829 | $7,993.17 | Claims Recovery Group LLC as Transferee for United Envelope LLC | 6/9/2015 | 1673 | $5,002.17 | Amends claim no. 829 |
| 186 | United Envelope LLC | 4/9/2015 | 482 | $77,239.22 | Claims Recovery Group LLC as Transferee for United Envelope LLC | 6/9/2015 | 1677 | $32,788.86 | Amends claim no. 482 |
| | | | | | United Envelope LLC | 6/9/2015 | 1677 | $45,488.80 | Amends claim no. 482 |
| 187 | Universal Card Solutions | 7/8/2015 | 2302 | $43,949.08 | Universal Card Solutions | 7/8/2015 | 2321 | $43,949.08 | Amends claim no. 2302 |
| 188 | Valid USA, Inc. | 6/9/2015 | 1756 | $5,155.69 | Valid USA, Inc. | 6/12/2015 | 1832 | $8,038.19 | Amends claim no. 1756 |
| 189 | W. W. Grainger | 6/9/2015 | 1753 | $251,457.62 | W.W. Grainger, Inc. | 6/29/2015 | 2023 | $251,457.62 | Amends claim no. 1753 |
| 190 | W. W. Grainger | 6/9/2015 | 1759 | $251,457.62 | W.W. Grainger, Inc. | 6/29/2015 | 2023 | $251,457.62 | Amends claim no. 1759 |
| 191 | W. W. Grainger | 6/29/2015 | 2028 | $251,457.62 | W.W. Grainger, Inc. | 6/29/2015 | 2023 | $251,457.62 | Amends claim no. 2028 |
| 192 | Walker Group, L.L.C. | 6/8/2015 | 1628 | $13,905.36 | WALKER GROUP LLC | 6/8/2015 | 1632 | $13,905.36 | Amends claim no. 1628 |
| 193 | Walker Group, L.L.C. | 4/7/2015 | 359 | $13,905.36 | WALKER GROUP LLC | 6/8/2015 | 1632 | $13,905.36 | Amends claim no. 359 |
| 194 | WASHINGTON COUNTY | 5/27/2015 | 1189 | $234,063.10 | Washington County Tax Collector | 10/26/2015 | 2517 | $63,499.07 | Amends claim no. 1189 |
| 195 | Waters Industries Inc. dba PantherVision | 3/20/2015 | 50 | $1,287.24 | Waters Industries Inc. dba PantherVision | 4/8/2015 | 438 | $1,026.24 | Amends claim no. 50 |
| 196 | Watson Label Products | 4/21/2015 | 587 | $40,357.45 | WATSON LABEL PRODUCTS | 5/27/2015 | 1104 | $40,357.45 | Amends claim no. 587 |
| 197 | Watson Label Products | 4/7/2015 | 380 | $31,611.41 | WATSON LABEL PRODUCTS | 5/27/2015 | 1104 | $40,357.45 | Amends claim no. 380 |
| 198 | WATSON LABEL PRODUCTS | 4/9/2015 | 471 | $39,635.85 | WATSON LABEL PRODUCTS | 5/27/2015 | 1104 | $40,357.45 | Amends claim no. 471 |
| 199 | WESTBORO TWO LLC | 6/8/2015 | 1679 | $129,642.39 | WESTBORO TWO LLC | 10/19/2015 | 2509 | $99,916.55 | Amends claim no. 1679 |
| 200 | Whitesell | 4/1/2015 | 314 | $13,531.09 | Whitesell | 4/13/2015 | 531 | $17,213.97 | Amends claim no. 314 |
| 201 | Wholesale Printing Specialists | 5/5/2015 | 693 | $11,909.22 | Wholesale Printing Specialists | 3/18/2015 | 89 | $11,909.22 | Amends claim no. 693 |
| 202 | WORLD EMBLEM INTERNATIONAL INC | 5/21/2015 | 906 | $10,418.82 | WORLD EMBLEM INTERNATIONAL INC | 7/1/2015 | 2085 | $1,956.11 | Amends claim no. 906 |