

United States Bankruptcy Court for the District of Delaware

824 Market Street, 3rd Floor

Wilmington, Delaware 19801

Case #15-10541

Title: Standard Register Inc's Third (3rd) Omnibus (Substantive) objection to section 503(b)(9) Claims pursuant to section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1

From: James Mayer (Owner of Mayer Enterprises Inc., BCT Houston/Dallas)

We object to the modification that all goods and services were delivered to a third party. Standard Register sent their courier/driver service every day to pick up products from BCT Houston and delivered them to their client. The total amount of $15,278.20 should be claimed as owed to Mayer Enterprises, Inc.

We did not hire this company nor did we contract this company to pick up the goods from our company.

The company that Standard Registered used and paid for was Direct Dispatch located at 600 Kenrick Dr, Houston, TX 77060. Their phone number is 832-497-2356 for more information on their pickups/deliveries scheduled by Standard Register. If you need more witnesses, Gary Van Gelder (Standard Register employee) can shed more info on this.

If you would like to discuss further, my phone number is 281-734-8568.

Thank you,

James Mayer