# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

IN RE: } CASE NUMBER: 15-10541 (BLS)
}
}
SRC LIQUIDATION LLC }
}
DEBTOR. } CHAPTER 11

---

### DEBTOR'S POST-CONFIRMATION
### QUARTERLY OPERATING REPORT
### FOR THE PERIOD

FROM    1/1/2016    TO    3/31/2016

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report.

Signed: _[signature]_    Date: 4/21/2016

Anthony R. Calascibetta
Print Name
Authorized Representative
Title

Wojciech F. Jung, Esq.
Attorney for SRC Liqudiation LLC

**Debtor's Address and Phone Number:**

C/O EisnerAmper LLP
111 Wood Ave South
Iselin, NJ, 08830
ATTN: A. CALASCIBETTA
Tel.    732-243-7389

**Attorney's Address and Phone Number:**

Lowenstein Sandler LLP
65 Livingston Avenue
Roseland, NJ 07068

Tel.    973-597-2500

Note: The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee. Operating Reports must be filed by the last day of the month following the reporting period.

For assistance in preparing the Post Confirmation Quarterly Operating Report, refer to the following resources on the United States Trustee website:   http://www.justice.gov/ust/r20/index.htm.
1) Instructions for Preparing Debtor's Chapter 11 Post confirmation Quarterly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

**MONTHLY OPERATING REPORT -**                                                                                                     **ATTACHMENT NO. 1**
**POST CONFIRMATION**

| QUESTIONNAIRE | | |
|---|---|---|
| | YES* | NO |
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | x |
| 2. Are any post-confirmation sales or payroll taxes past due? | | x |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | x |
| 4. Is the Debtor current on all post-confirmation plan payments? | x | |
| | | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | | |
|---|---|---|
| | YES | NO* |
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | N/A* | |
| 2. Are all premium payments current? | N/A* | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

**\* ENTITY HAS NO CURRENT OPERATIONS OR EMPLOYEES THAT REQUIRES INSURANCE COVERAGE.**

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY    and    CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | |
| | | | |
| | | | |
| | | | |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

Estimated Date of Filing the Application for Final Decree: _____

MONTHLY OPERATING REPORT -  ATTACHMENT NO. 2
POST CONFIRMATION

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| Case Name: | SRC Liquidation LLC |
| Case Number: | 15-10541 (BLS) |
| Date of Plan Confirmation: | November 19, 2015 |
| Plan Effective Date: | December 18, 2015 |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | Quarterly | Post Confirmation Total |
|---|---|---|---|
| 1. | CASH (Beginning of Period) | $ 3,009,339.33 | $ 3,009,339.33 |
| 2. | INCOME or RECEIPTS during the Period | $ 1,019,508.54 | $ 1,019,508.54 |
| 3. | **DISBURSEMENTS** | | |
| | a. Operating Expenses (Fees/Taxes): | | |
| | (i) U.S. Trustee Quarterly Fees | $ 15,600.00 | $ 15,600.00 |
| | (ii) Federal Taxes | | |
| | (iii) State Taxes | 8,900.35 | 8,900.35 |
| | (iv) Other Taxes | | |
| | b. All Other Operating Expenses: | $ 710,154.13 | $ 710,154.13 |
| | c. Plan Payments: | | |
| | (i) Administrative Claims | $ | $ |
| | (ii) Class One | | |
| | (iii) Class Two | | |
| | (iv) Class Three | | |
| | (v) Class Four | | |
| | (Attach additional pages as needed) | | |
| | Total Disbursements (Operating & Plan) | $ 734,654.48 | $ 734,654.48 |
| 1. | CASH (End of Period) | $ 3,294,193.39 | $ 3,294,193.39 |

MONTHLY OPERATING REPORT - POST CONFIRMATION

ATTACHMENT NO. 3

## CHAPTER 11 POST-CONFIRMATION BANK ACCOUNT RECONCILIATIONS
Prepare Reconcilation for each Month of the Quarter
January 2016

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | SIGNATURE BANK | SIGNATURE BANK | SIGNATURE BANK | |
| Account Number: | xxxxxx1367 | xxxxxx1480 | xxxxxx1472 | |
| Purpose of Account (Operating/Payroll/Tax) | OPERATING | OPERATING | OPERATING | |
| Type of Account (e.g. checking) | CHECKING | CHECKING | CHECKING | |
| 1. Balance per Bank Statement | $2,032,037.27 | $597,499.00 | 0.00 | |
| 2. ADD: Deposits not credited | 0.00 | 0.00 | 0.00 | |
| 3. SUBTRACT: Outstanding Checks | 0.00 | 0.00 | 0.00 | |
| 4. Other Reconciling Items | 0.00 | 0.00 | 0.00 | |
| 5. Month End Balance (Must Agree with Books) | $2,032,037.27 | $597,499.00 | 0.00 | |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

**MONTHLY OPERATING REPORT -**                                   **ATTACHMENT NO. 3**
**POST CONFIRMATION**

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
Prepare Reconcilation for each Month of the Quarter
February 2016

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | SIGNATURE BANK | SIGNATURE BANK | SIGNATURE BANK | |
| Account Number: | xxxxxx1367 | xxxxxx1480 | xxxxxx1472 | |
| Purpose of Account (Operating/Payroll/Tax) | OPERATING | OPERATING | OPERATING | |
| Type of Account (e.g. checking) | CHECKING | CHECKING | CHECKING | |
| 1. Balance per Bank Statement | $2,038,773.63 | $597,534.20 | 0.00 | |
| 2. ADD: Deposits not credited | 0.00 | 0.00 | 0.00 | |
| 3. SUBTRACT: Outstanding Checks | 0.00 | 0.00 | 0.00 | |
| 4. Other Reconciling Items | 0.00 | 0.00 | 0.00 | |
| 5. Month End Balance (Must Agree with Books) | $2,038,773.63 | $597,534.20 | 0.00 | |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br><br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

**MONTHLY OPERATING REPORT -**                          **ATTACHMENT NO. 3**
**POST CONFIRMATION**

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
Prepare Reconcilation for each Month of the Quarter
March 2016

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | SIGNATURE BANK | SIGNATURE BANK | SIGNATURE BANK | |
| Account Number: | xxxxxx1367 | xxxxxx1480 | xxxxxx1472 | |
| Purpose of Account (Operating/Payroll/Tax) | OPERATING | OPERATING | OPERATING | |
| Type of Account (e.g. checking) | CHECKING | CHECKING | CHECKING | |
| 1. Balance per Bank Statement | $2,704,471.09 | $597,534.20 | 0.00 | |
| 2. ADD: Deposits not credited | 0.00 | 0.00 | 0.00 | |
| 3. SUBTRACT: Outstanding Checks | (7,811.90) | 0.00 | 0.00 | |
| 4. Other Reconciling Items | 0.00 | 0.00 | 0.00 | |
| 5. Month End Balance (Must Agree with Books) | $2,696,659.19 | $597,534.20 | 0.00 | |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br><br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

**MONTHLY OPERATING REPORT -**  
**POST CONFIRMATION**

**ATTACHMENT NO. 4**

## CHAPTER 11 POST-CONFIRMATION
## CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | Signature Bank |
|---|---|
| Account Number | xxxxxx1367 |
| Purpose of Account (Operating/Payroll/Personal) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | 1/11/2016 | BOFA Southeast Collections | Collection Fees | 4,312.39 |
| | 1/19/2016 | Intuit Quickbooks Pro | Checking Account - Check Supply | 135.87 |
| | 1/25/2016 | The Ultimate Software Group | Human Resources Software Expense | 222,869.08 |
| | 1/25/2016 | The Ultimate Software Group | Human Resources Software Expense | 170,286.74 |
| | 2/29/2016 | The Ultimate Software Group | Human Resources Software Expense | 3,453.00 |
| 2000 | 2/29/2016 | Alabama Department of Revenue | State Tax Payable | 110.00 |
| 2001 | 2/29/2016 | Department of Revenue (MS) | State Tax Payable | 25.00 |
| 2002 | 2/29/2016 | Georgia Department of Revenue | State Tax Payable | 10.00 |
| 2003 | 2/29/2016 | North Carolina Department of Revenue | State Tax Payable | 60.00 |
| 2004 | 2/29/2016 | Oklahoma Tax Commission | State Tax Payable | 100.00 |
| 2005 | 2/29/2016 | SC Department of Revenue | State Tax Payable | 25.00 |
| 2006 | 2/29/2016 | West Virginia State Tax Department | State Tax Payable | 50.00 |
| 2007 | 3/8/2016 | New York State Dept of Taxation & Finance | State Tax Payable | 8,520.35 |
| 2008 | 3/23/2016 | David M. Deptula, JD, CPA | Accounting Services | 3,000.00 |
| 2009 | 3/23/2016 | Office of the U.S. Trustee | U.S. Trustee Quarterly Fees Q4 2015 | 325.00 |
| 2014 | 3/23/2016 | Office of the U.S. Trustee | U.S. Trustee Quarterly Fees Q4 2015 | 325.00 |
| 2015 | 3/23/2016 | Office of the U.S. Trustee | U.S. Trustee Quarterly Fees Q4 2015 | 325.00 |
| 2016 | 3/23/2016 | Office of the U.S. Trustee | U.S. Trustee Quarterly Fees Q4 2015 | 325.00 |
| 2017 | 3/23/2016 | Office of the U.S. Trustee | U.S. Trustee Quarterly Fees Q4 2015 | 325.00 |
| 2025 | 3/23/2016 | Office of the U.S. Trustee | U.S. Trustee Quarterly Fees Q4 2015 | 325.00 |
| 2012 | 3/23/2016 | Office of the U.S. Trustee | U.S. Trustee Quarterly Fees Q4 2015 | 325.00 |
| 2010 | 3/23/2016 | Office of the U.S. Trustee | U.S. Trustee Quarterly Fees Q4 2015 | 325.00 |
| 2011 | 3/24/2016 | Office of the U.S. Trustee | U.S. Trustee Quarterly Fees Q4 2015 | 13,000.00 |
| 2018 | 3/24/2016 | EisnerAmper LLP | Financial Advisory Fees | 33,451.50 |
| 2019 | 3/24/2016 | Lowenstein Sandler, LLP | Attorney Fees | 137,474.37 |
| 2020 | 3/24/2016 | Polsinelli PC | Attorney Fees | 40,967.20 |
| 2022 | 3/24/2016 | WILLIAMSMARSTON LLC | Consultant - Case Administration | 94,204.00 |
| | | | **TOTAL** | **$734,654.48** |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.