**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>SRC LIQUIDATION, LLC[1]<br>    Debtor. | Chapter 11<br>Case No. 15-10541 (BLS)<br>Jointly Administered<br>**Hearing Date: May 26, 2016 at 9:30 a.m. (ET)**<br>**Objection Deadline: May 9, 2016 at 4:00 p.m. (ET)** |

**NOTICE OF DEBTOR'S THIRTEENTH (13TH) OMNIBUS
(SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION
502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007
AND LOCAL RULE 3007-1**

TO:  (I) THE UST; (II) THE SECURED CREDITOR TRUST; (III) COUNSEL TO THE SECURED CREDITOR TRUST; (IV) THE HOLDERS OF THE DISPUTED CLAIMS; AND (V) ALL PARTIES THAT HAVE FILED A NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS PURSUANT TO BANKRUPTCY RULE 2002 AND SECTION 8.10 OF THE PLAN.

**PLEASE TAKE NOTICE** that SRC Liquidation, LLC, (the "Debtor") *has filed the attached Debtor' Thirteenth (13th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1* (the "Objection").[2]

**PLEASE TAKE FURTHER NOTICE** that any responses (each, a "Response") to the relief requested in the Objection must be filed on or before **May 9, 2016 at 4:00 p.m. (ET)** (the "Response Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3 Floor, Wilmington, Delaware 19801.  At the same time, any party submitting a Response (each, a "Respondent") must serve a copy of its Response upon the undersigned counsel to the Debtors so as to be received on or before the Response Deadline.

**PLEASE TAKE FURTHER NOTICE** that any Response must contain, at a minimum, the following:

  a.   a caption setting forth the name of the Court, the above-referenced case number and the title of the Objection to which the Response is directed;

  b.   the name of the Respondent and a description of the basis for the amount and classification asserted in the disputed claim, if applicable;

---

[1]   The last four digits of the Debtor's taxpayer identification number are 5540.  Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

-2-

    c.    a concise statement setting forth the reasons why the particular disputed claim or any similar claims should not be disallowed or modified for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which the claimant will rely in opposing the Objection at the Hearing; and

    d.    all documentation or other evidence upon which the Respondent will rely in opposing the Objection at the Hearing;

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING (THE "HEARING") ON THE OBJECTION WILL BE HELD ON **MAY 26, 2016 AT 9:30 A.M. (ET)** BEFORE THE HONORABLE BRENDAN L. SHANNON, UNITED STATES BANKRUPTCY JUDGE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON, DE 19801.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU ARE A CLAIMANT AND FAIL TO TIMELY FILE AND SERVE A RESPONSE IN ACCORDANCE WITH THE ABOVE REQUIREMENTS, YOU WILL BE DEEMED TO HAVE CONCURRED WITH AND CONSENTED TO THE OBJECTION AND THE RELIEF REQUESTED THEREIN, AND THE DEBTORS WILL PRESENT TO THE COURT, WITHOUT FURTHER NOTICE TO YOU, THE PROPOSED ORDER SUSTAINING THE OBJECTION.

**PLEASE TAKE FURTHER NOTICE** THAT QUESTIONS CONCERNING THE OBJECTION SHOULD BE DIRECTED TO THE UNDERSIGNED COUNSEL FOR THE DEBTOR; CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE COURT TO DISCUSS THE MERITS OF THEIR DISPUTED CLAIMS OR THE OBJECTION.

Dated:  April 22, 2016                    Respectfully Submitted,

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Sharon L. Levine, Esq.
Wojciech F. Jung, Esq.
65 Livingston Avenue
Roseland, NJ  07068
Telephone:  (973-597-2500
Facsimile:  (973) 597-2400

*-and -*

Gerald C. Bender, Esq.
1251 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 262-6700
Facsimile:  (212) 262-7402

*-and-*

-3-

        **POLSINELLI PC**

        /s/ Justin K. Edelson
        Christopher A. Ward (DE 3877)
        Justin K. Edelson (DE 5002)
        222 Delaware Avenue, Suite 1101
        Wilmington, DE 19801
        Telephone:  (302) 252-0920
        Facsimile:  (302) 252-0921
        cward@polsinelli.com
        jedelson@polsinelli.com

        *Counsel to SRC Liquidation, LLC*