**EXHIBIT 2**
**PROPOSED ORDER**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC[1] | Case No. 15-10541 (BLS) |
| Debtor. | |
| | **Re: Docket No. __** |

**ORDER SUSTAINING DEBTOR'S THIRTEENTH (13TH) OMNIBUS
(SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO
SECTION 502 OF THE BANKRUPTCY CODE,
BANKRUPTCY RULE 3007 AND LOCAL RULE 3007-1**

Upon consideration of the *Debtors' Thirteenth (13th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1* (the "Objection")[2] and the Poirier Declaration; and this Court having jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended standing Order; and this Court having found that venue of these Chapter 11 Cases and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having determined that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief requested in the Objection is in the best interests of the Debtor, its estate, its creditors and other parties in interest; and this Court having determined that notice of the Objection was good and sufficient upon the particular circumstances and that no other or further notice need be given; and upon the record herein; and after due deliberation thereon and good and sufficient cause appearing therefor; it is hereby **ORDERED, ADJUDGED, AND DECREED THAT:**

---

[1]   The last four digits of the Debtor's taxpayer identification number are 5540.  Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

1.      The Objection is SUSTAINED as set forth herein.

2.      Each No Liability Pension Claim identified on the attached <u>Exhibit A</u> is hereby disallowed in its entirety.

3.      Each No Liability Unclaimed Property Claim identified on the attached <u>Exhibit B</u> is hereby disallowed in its entirety.

4.      Each Other No Liability Claim identified on the attached <u>Exhibit C</u> is hereby disallowed in its entirety.

5.      The Debtor's objection to each Disputed Claim addressed in the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate order with respect to each claim. Any stay of this Order pending appeal by any of the claimants subject to this Order shall only apply to the contested matter that involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters covered hereby.

6.      The Debtor's right to commence additional proceedings with respect to the claims that are subject to the Objection, including but not limited to proceedings under sections 502(d), 510, 542, 543, 544, 545, 547, 548, 549, 550, 551, and 553 of the Bankruptcy Code, is also fully reserved and shall not be prejudiced in any way by the filing of the Objection.

7.      The Debtor is authorized and empowered to take all steps necessary and appropriate to carry out and otherwise effectuate the terms, conditions, and provisions of this Order.

52958841.1

8.     This Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated:  _____ ___, 2016

_____
Honorable Judge Brendan L. Shannon

# EXHIBIT A
## [No Liability Pension Claims]

| | NAME | DEBTOR | DATE FILED | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | BUSH, EDWARD | SRC Liquidation LLC | 6/2/2015 | 1279 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 2 | FRIEL, WILLIAM | SRC Liquidation LLC | 6/8/2015 | 1662 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 3 | Jeckering Sr., Joseph John | SRC Liquidation LLC | 7/8/2015 | 2288 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 4 | JOOS, DUANE | SRC Liquidation LLC | 6/10/2015 | 1814 | $0.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |

| | NAME | DEBTOR | DATE FILED | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 5 | Medina, Paulina | SRC Liquidation LLC | 6/9/2015 | 1784 | $1,237.12 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 6 | Norwood, James R. | SRC Liquidation LLC | 5/1/2015 | 730 | $19,831.68 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |
| 7 | SOMERS, KEVIN | SRC Liquidation LLC | 6/3/2015 | 1329 | $13,000.00 | The claim asserts liability for qualified pension benefits. Pursuant to the Employee Retirement Security Act of 1974, the Pension Benefit Guaranty Corporation has the exclusive authority to properly assert a claim on account of benefits under a single employer pension plan. Therefore, claimant does not have a right to payment from the Debtors' estates on account of the asserted pension claim |

# EXHIBIT B
**[No Liability Unclaimed Property Claims]**

52958841.1

| | NAME | DEBTOR | DATE FILED | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | AUDITOR OF STATE OF ARKANSAS - UNCLAIMED PROPERTY | SRC Liquidation LLC | 6/1/2015 | 1270 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not reflected on the Debtors' books and records. |
| 2 | AUDITOR OF STATE OF ARKANSAS - UNCLAIMED PROPERTY | SR Liquidation Mexico Holding Company | 6/1/2015 | 1216 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not reflected on the Debtors' books and records. |
| 3 | AUDITOR OF STATE OF ARKANSAS - UNCLAIMED PROPERTY | SR Liquidation Technologies, Inc. | 6/1/2015 | 1218 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not reflected on the Debtors' books and records. |
| 4 | AUDITOR OF STATE OF ARKANSAS - UNCLAIMED PROPERTY | SR Liquidation Holding Company | 6/1/2015 | 1220 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not reflected on the Debtors' books and records. |
| 5 | AUDITOR OF STATE OF ARKANSAS - UNCLAIMED PROPERTY | SR Liquidation Technologies Canada ULC | 6/1/2015 | 1248 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not reflected on the Debtors' books and records. |
| 6 | AUDITOR OF STATE OF ARKANSAS - UNCLAIMED PROPERTY | SR Liquidation International, Inc. | 6/1/2015 | 1260 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not reflected on the Debtors' books and records. |
| 7 | AUDITOR OF STATE OF ARKANSAS - UNCLAIMED PROPERTY | Standard Register Holding, S. de R.L. de C.V. | 6/1/2015 | 1267 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not reflected on the Debtors' books and records. |
| 8 | AUDITOR OF STATE OF ARKANSAS - UNCLAIMED PROPERTY | iMLiquidation, LLC | 6/1/2015 | 1268 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not reflected on the Debtors' books and records. |
| 9 | AUDITOR OF STATE OF ARKANSAS - UNCLAIMED PROPERTY | Standard Register Servicios, S. de R.L. de C.V. | 6/1/2015 | 1271 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not reflected on the Debtors' books and records. |

| | NAME | DEBTOR | DATE FILED | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 10 | AUDITOR OF STATE OF ARKANSAS - UNCLAIMED PROPERTY | SR Liquidation of Puerto Rico Inc. | 6/1/2015 | 1274 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not reflected on the Debtors' books and records. |
| 11 | AUDITOR OF STATE OF ARKANSAS - UNCLAIMED PROPERTY | Standard Register de Mexico, S. de R.L. de C.V. | 6/1/2015 | 1380 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not reflected on the Debtors' books and records. |
| 12 | NC DEPARTMENT OF STATE TREASURER - UNCLAIMED PROPERTY | SRC Liquidation LLC | 6/2/2015 | 1282 | $1,137.48 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not supported by the Debtors' books and records. |
| 13 | OKLAHOMA STATE TREASURER - UNCLAIMED PROPERTY DIVISION | SRC Liquidation LLC | 5/26/2015 | 1027 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not supported by the Debtors' books and records. |
| 14 | STATE OF CONNECTICUT - OFFICE OF STATE TREASURER - UNCLAIMED PROPERTY DIVISION | SRC Liquidation LLC | 7/9/2015 | 2344 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not reflected on the Debtors' books and records. |
| 15 | STATE OF NEW JERSEY - DEPT. OF THE TREASURY - UNCLAIMED PROPERTY ADMN | SRC Liquidation LLC | 7/23/2015 | 2378 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not reflected on the Debtors' books and records. |
| 16 | STATE OF NEW JERSEY - DEPT. OF THE TREASURY - UNCLAIMED PROPERTY ADMN | SR Liquidation Mexico Holding Company | 7/23/2015 | 2374 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not reflected on the Debtors' books and records. |
| 17 | STATE OF NEW JERSEY - DEPT. OF THE TREASURY - UNCLAIMED PROPERTY ADMN | SR Liquidation Holding Company | 7/23/2015 | 2379 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not reflected on the Debtors' books and records. |
| 18 | STATE OF NEW JERSEY - DEPT. OF THE TREASURY - UNCLAIMED PROPERTY ADMN | SR Liquidation Technologies Canada ULC | 7/23/2015 | 2386 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not reflected on the Debtors' books and records. |

| | NAME | DEBTOR | DATE FILED | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 19 | STATE OF NEW JERSEY - DEPT. OF THE TREASURY - UNCLAIMED PROPERTY ADMN | SR Liquidation International, Inc. | 7/23/2015 | 2387 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant.  Proof of claim fails to provide adequate information substantiating the claim.  The Claim is not reflected on the Debtors' books and records. |
| 20 | STATE OF NEW JERSEY - DEPT. OF THE TREASURY - UNCLAIMED PROPERTY ADMN | Standard Register Servicios, S. de R.L. de C.V. | 7/23/2015 | 2388 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant.  Proof of claim fails to provide adequate information substantiating the claim.  The Claim is not reflected on the Debtors' books and records. |
| 21 | STATE OF NEW JERSEY - DEPT. OF THE TREASURY - UNCLAIMED PROPERTY ADMN | SR Liquidation of Puerto Rico Inc. | 7/23/2015 | 2389 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant.  Proof of claim fails to provide adequate information substantiating the claim.  The Claim is not reflected on the Debtors' books and records. |
| 22 | STATE OF NEW JERSEY - DEPT. OF THE TREASURY - UNCLAIMED PROPERTY ADMN | Standard Register de Mexico, S. de R.L. de C.V. | 7/23/2015 | 2390 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant.  Proof of claim fails to provide adequate information substantiating the claim.  The Claim is not reflected on the Debtors' books and records. |
| 23 | STATE OF NEW JERSEY - DEPT. OF THE TREASURY - UNCLAIMED PROPERTY ADMN | iMLiquidation, LLC | 7/23/2015 | 2391 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant.  Proof of claim fails to provide adequate information substantiating the claim.  The Claim is not reflected on the Debtors' books and records. |
| 24 | STATE OF NEW JERSEY - DEPT. OF THE TREASURY - UNCLAIMED PROPERTY ADMN | SR Liquidation Technologies, Inc. | 7/23/2015 | 2394 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant.  Proof of claim fails to provide adequate information substantiating the claim.  The Claim is not reflected on the Debtors' books and records. |
| 25 | STATE OF NEW JERSEY - DEPT. OF THE TREASURY - UNCLAIMED PROPERTY ADMN | Standard Register Holding, S. de R.L. de C.V. | 7/23/2015 | 2392 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant.  Proof of claim fails to provide adequate information substantiating the claim.  The Claim is not reflected on the Debtors' books and records. |
| 26 | STATE OF NEW JERSEY - DEPT. OF THE TREASURY - UNCLAIMED PROPERTY ADMN | SRC Liquidation LLC | 7/23/2015 | 2378 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant.  Proof of claim fails to provide adequate information substantiating the claim.  The Claim is not reflected on the Debtors' books and records. |
| 27 | STATE OF NEW JERSEY - DEPT. OF THE TREASURY - UNCLAIMED PROPERTY ADMN | SR Liquidation Mexico Holding Company | 7/23/2015 | 2374 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant.  Proof of claim fails to provide adequate information substantiating the claim.  The Claim is not reflected on the Debtors' books and records. |

| | NAME | DEBTOR | DATE FILED | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 28 | STATE OF NEW JERSEY - DEPT. OF THE TREASURY - UNCLAIMED PROPERTY ADMN | SR Liquidation Holding Company | 7/23/2015 | 2379 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not reflected on the Debtors' books and records. |
| 29 | STATE OF NEW JERSEY - DEPT. OF THE TREASURY - UNCLAIMED PROPERTY ADMN | SR Liquidation Technologies Canada ULC | 7/23/2015 | 2386 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not reflected on the Debtors' books and records. |
| 30 | STATE OF NEW JERSEY - DEPT. OF THE TREASURY - UNCLAIMED PROPERTY ADMN | SR Liquidation International, Inc. | 7/23/2015 | 2387 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not reflected on the Debtors' books and records. |
| 31 | STATE OF NEW JERSEY - DEPT. OF THE TREASURY - UNCLAIMED PROPERTY ADMN | Standard Register Servicios, S. de R.L. de C.V. | 7/23/2015 | 2388 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not reflected on the Debtors' books and records. |
| 32 | STATE OF NEW JERSEY - DEPT. OF THE TREASURY - UNCLAIMED PROPERTY ADMN | SR Liquidation of Puerto Rico Inc. | 7/23/2015 | 2389 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not reflected on the Debtors' books and records. |
| 33 | STATE OF NEW JERSEY - DEPT. OF THE TREASURY - UNCLAIMED PROPERTY ADMN | Standard Register de Mexico, S. de R.L. de C.V. | 7/23/2015 | 2390 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not reflected on the Debtors' books and records. |
| 34 | STATE OF NEW JERSEY - DEPT. OF THE TREASURY - UNCLAIMED PROPERTY ADMN | iMLiquidation, LLC | 7/23/2015 | 2391 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not reflected on the Debtors' books and records. |
| 35 | STATE OF NEW JERSEY - DEPT. OF THE TREASURY - UNCLAIMED PROPERTY ADMN | SR Liquidation Technologies, Inc. | 7/23/2015 | 2394 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not reflected on the Debtors' books and records. |
| 36 | STATE OF NEW JERSEY - DEPT. OF THE TREASURY - UNCLAIMED PROPERTY ADMN | Standard Register Holding, S. de R.L. de C.V. | 7/23/2015 | 2392 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant. Proof of claim fails to provide adequate information substantiating the claim. The Claim is not reflected on the Debtors' books and records. |

| | NAME | DEBTOR | DATE FILED | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 37 | Treasurer of Virginia - Virginia Departemnt of the Treasury, Division of Unclaimed Property | SRC Liquidation LLC | 9/1/2015 | 2464 | $0.00 | The Debtor does not hold any unclaimed property due to the claimant.  Proof of claim fails to provide adequate information substantiating the claim.  The Claim is not reflected on the Debtors' books and records. |

**EXHIBIT C**
**[Other No Liability Claims]**

52958841.1

| | NAME | DEBTOR | DATE FILED | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | Bigelow Roger | SRC Liquidation LLC | 7/2/2015 | 2105 | $0.00 | Workers' companesion claim is covered and satisfied by insurance. |
| 2 | Cleaver Linda | SRC Liquidation LLC | 6/6/2015 | 1537 | $10,000.00 | Claim is for alleged 401(k) obligations.  Claim is not suported by the Debtors' books and records. |
| 3 | Erikson Mark R. | SRC Liquidation LLC | 5/20/2015 | 1232 | $0.00 | Proof of claim fails to provide adequate information substantiating the claim.  Claim is not reflected on the Debtors' books and records.  Claim may be covered by insurance. |
| 4 | EVA K POSENER CUST JUDITH E POSENER U/NYUTMA | SRC Liquidation LLC | 6/19/2015 | 1993 | $0.00 | No obligation to claimant is reflected on the Debtors' books and records. |
| 5 | Healthcare Purchasing Alliance, LLC | SRC Liquidation LLC | 7/6/2015 | 2139 | $83,950.26 | Contract was assumed and assigned to purchaser of the Debtors' assets.  No claim remains against the Debtors' estates. |
| 6 | Hershey  Randy L. | SRC Liquidation LLC | 5/19/2015 | 877 | $0.00 | Proof of claim fails to provide adequate information substantiating the claim.  Claim is not reflected on the Debtors' books and records.  Claim may be covered by insurance. |
| 7 | Hillcrest Real Estate Development Company LLC | SRC Liquidation LLC | 6/4/2015 | 1425 | $48,815.48 | Lease was assumed and assigned to purchaser of the Debtors' assets.  No claim remains against the Debtors' estates. |
| 8 | Lockett Anthony | SRC Liquidation LLC | 5/21/2015 | 911 | $0.00 | No obligation to claimant is reflected on the Debtors' books and records. |
| 9 | Manzanares Patricia D. | SRC Liquidation LLC | 6/10/2015 | 1819 | $0.00 | Workers' companesion claim is covered and satisfied by insurance. |
| 10 | McKiernan Calvin | SRC Liquidation LLC | 6/8/2015 | 1654 | $0.00 | Workers' companesion claim is covered and satisfied by insurance. |
| 11 | Miller Henry | SRC Liquidation LLC | 6/8/2015 | 1598 | $150,000.00 | Workers' companesion claim is covered and satisfied by insurance. |
| 12 | Rives Manufacturing Inc. | SRC Liquidation LLC | 5/19/2015 | 876 | $0.00 | No obligation to claimant is reflected on the Debtors' books and records.  Proof of claim asserts that claimant has no claim against the Debtors. |
| 13 | Sandusky Investments Ltd. dba Sycamore Group | SRC Liquidation LLC | 4/29/2015 | 758 | $13,401.09 | Contract was assumed and assigned to purchaser of the Debtors' assets.  No claim remains against the Debtors' estates. |
| 14 | Smith Franklin J | SRC Liquidation LLC | 6/29/2015 | 2031 | $21,110.00 | Claim is for alleged 401(k) obligations.  Claim is not suported by the Debtors' books and records. |
| 15 | Somers Kevin | SRC Liquidation LLC | 6/8/2015 | 1586 | $0.00 | No obligation to claimant is reflected on the Debtors' books and records. |
| 16 | Stonesifer David | SRC Liquidation LLC | 5/26/2015 | 1005 | $0.00 | Filing does not state a claim.  Filing is an inquiry.  No obligation to claimant is reflected on the Debtors' books and records. |

| | NAME | DEBTOR | DATE FILED | CLAIM # TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 17 | Texas Comptroller of Public Accounts | SRC Liquidation LLC | 11/23/2015 | 2551 | $255,000.00 | Claim was filed for estimated 2015 taxes. Debtors filed 2015 tax returns reflecting that the claim was satisfied based on prior estimates of amount due. The Debtors are entitled to a refund from the claimant due to overpayments of tax obligations. |
| 18 | The Home Insurance Company In Liquidation | SRC Liquidation LLC | 3/27/2015 | 176 | $0.00 | Claim is for alleged insurance premiums. Proof of claim fails to substantiate any amounts due. Liability is not reflected on the Debtors books and records. |
| 19 | Zhong Fu Lu | SRC Liquidation LLC | 7/9/2015 | 2346 | $0.00 | No obligation to claimant is reflected on the Debtors' books and records. |