**EXHIBIT 1**
**DECLARATION OF PAUL POIRIER**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION, LLC[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS) |

**DECLARATION OF PAUL POIRIER IN SUPPORT OF DEBTORS'
FOURTEENTH (14TH) OMNIBUS (NON-SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY
CODE, BANKRUPTCY RULES 3003 AND 3007,
AND LOCAL RULE 3007-1**

I, Paul Poirier, pursuant to 28 U.S.C. § 1746, declare:

1. I am a director at WilliamsMarston LLC, engaged by SRC Liquidation LLC, the above-captioned reorganized debtor, post effective date of the Plan. In this capacity, I am one of the persons responsible for overseeing the claims reconciliation and objection process in these Chapter 11 Cases. I have read the *Debtor's Fourteenth (14th) Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1* (the "Objection"),[2] and am directly, or by and through other personnel or representatives of the Debtor, reasonably familiar with the information contained therein, the Proposed Order, and the exhibits attached to the Proposed Order. I am authorized to execute this Declaration on behalf of the Debtors.

2. The information contained in Exhibits A through C to the Proposed Order is true and correct to the best of my knowledge, information, and belief.

---

[1] The last four digits of the Debtor's taxpayer identification number are 5540. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

3. The Debtors have reviewed their books and records and have determined that the claimants asserting the claims identified on Exhibit A to the Proposed Order have amended their claims by subsequently filing additional proofs of claims. Therefore, the Debtors seek to disallow the Amended and Superseded Claims under the heading "Amended Claims to be Disallowed" on Exhibit A to the Proposed Order and have the claims under the heading "Remaining Claims" on Exhibit A to the Proposed Order remain on the claims register, subject to the Debtors' rights to object to such Remaining Claims at a later date.

4. The Debtors have reviewed the Disputed Claims identified on Exhibit B to the Proposed Order and determined that they were filed after the applicable Bar Date. Accordingly, to prevent the claimants from receiving an unwarranted recovery, the Debtors seek to disallow the Late Filed Claims listed on Exhibit B to the Proposed Order.

5. The Debtors have determined, based upon a review of the claims register and the substantive consolidation of the Debtors estates as set forth in the Plan, that the claims identified on Exhibit C to the Proposed Order are entirely duplicative of other claims filed in these Chapter 11 Cases. Accordingly, to prevent claimants from receiving potential double recoveries based on the filing of two or more separate, but identical, proofs of claim, the Debtors seek to disallow the Duplicate Claims listed on Exhibit C to the Proposed Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April ___21___, 2016

_____
Paul Poirier