# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC LIQUIDATION, LLC,[1]<br><br>　　　　　　Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS) |

## NOTICE OF RESCHEDULED OMNIBUS HEARING

**PLEASE TAKE NOTICE** that the omnibus hearing originally scheduled for May 18, 2016 at 10:00 a.m. (ET) has been rescheduled by the Court to **May 26, 2016 at 9:30 a.m. (ET)**. All matters originally scheduled for the May 18 hearing will now go forward at the May 26 hearing.

**PLEASE TAKE FURTHER NOTICE** that the omnibus hearing will be held before the Honorable Brendan L. Shannon, at the United States Bankruptcy Court for the District of Delaware, 6th Floor, Courtroom No. 1, 824 Market Street, Wilmington, Delaware 19801.

Dated: April 22, 2016  
　　　　Wilmington, Delaware

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**  
Kenneth A. Rosen, Esq.  
Sharon L. Levine, Esq.  
Wojciech F. Jung, Esq.  
Andrew Behlmann, Esq.  
65 Livingston Avenue  
Roseland, NJ  07068  
Telephone:  (973) 597-2500  
Facsimile:  (973) 597-2400

　　*-and -*

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

52957564.1

Gerald C. Bender, Esq.
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402

  *-and-*

**POLSINELLI PC**

/s/ *Justin K. Edelson*
Christopher A. Ward (DE Bar No. 3877)
Justin K. Edelson (DE Bar No. 5002)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
jedelson@polsinelli.com

*Counsel to SRC Liquidation, LLC*