# EXHIBIT A

ADDENDUM
TO
PREFERRED SUBCONTRACTOR
AGREEMENT

THIS ADDENDUM ("Addendum") is made effective as of April 1st, 2014 ("Effective Date"), by and between THE STANDARD REGISTER COMPANY, an Ohio corporation, having its principal place of business at 600 Albany Street, Dayton, Ohio 45417, ("Standard Register"),_____., a _____ corporation, on its own behalf and on behalf of its Affiliates, with its principal place of business located at _____, ("Subcontractor") and augments the Preferred Subcontractor Agreement dated _____("Agreement") entered into by and between Standard Register and Subcontractor.

WHEREAS, Standard Register and Subcontractor now desire to modify the Agreement to reflect certain changes in the terms or conditions of the Agreement;

NOW, THEREFORE, in consideration of the mutual covenants hereinafter set forth, and intending to be legally bound by the terms of this Addendum, Standard Register and Subcontractor agree that;

1. Standard Register shall now be defined to include its subsidiary WorkflowOne. So that either Standard Register or WorkflowOne may utilize this Agreement for the purchase of Goods or Services from Subcontractor.
2. A new section shall be added as follows: Taxes and Other Charges

    In addition to the price of the items sold hereunder, unless otherwise agreed, Seller will pay all foreign charges including, by way of example but without limitation, excise taxes, value added taxes, and export taxes.
3. The Rebate Covenant shall be deleted and replaced with the following: Rebate : Subcontractor shall pay Standard Register a rebate in the amount of 5% of the sale price of all Products( less taxes, freight and postage ) and Services in the previous month for all Subcontracted Work ("Rebate"). Standard Register shall deduct the Rebate amount from each invoice received from Subcontractor. Standard Register intends to auto deduct the Rebate from invoices at the time they are presented for payment as soon as payments are being made from Oracle.

**For Legacy Standard Register purchase orders:** Monthly accruals and monthly payments will still have to be accounted for and made for those transactions until Oracle has been adopted as the company-wide A/P platform.

**For Legacy WorkflowOne purchase orders:** Auto deduct incentive (rebate) at time of invoice payment


4. The Payment Terms shall be revised to read as follows" Payment Terms : All payments due hereunder shall be made based on 2% 30 days, Net 60 days terms. Risk of loss shall transfer to

Standard Register at the point of shipment provided that Standard Register's carrier is being used. If the Subcontractor uses a carrier not approved by Standard Register, risk of loss shall transfer at point of delivery.

5. Packaging and Shipping Requirements shall be deleted and replaced with the following: Freight and Packing Terms : All freight terms shall be as described on Schedule 2 to this Agreement as well as the supplemental Order Fulfillment Guidelines (OFIs). Seller shall be responsible for any damage to merchandise caused by improper boxing, crating, or packing

6. In the event of a conflict between the terms and conditions of this Addendum and the Agreement, the terms and conditions of this Addendum shall control.

7. This Addendum is limited precisely as written and shall not constitute a waiver or modification of any other term or condition of the Agreement. Except as expressly modified by this Addendum, the Agreement shall remain in full force and effect.

8. Standard Register and Subcontractor represent and warrant to each other that the execution, delivery and performance of this Addendum have been duly authorized by all requisite corporate action.

IN WITNESS WHEREOF, Standard Register and Subcontractor, by their duly authorized officers or representatives, have executed this Addendum as of the Effective Date.

THE STANDARD REGISTER COMPANY            [Subcontractor]

By: _____              By: _[signature]_____

Name: _____              Name: VIJAY MALHOTRA

Title: _____            Title: President

Date: _____              Date: 5/27/14

# EXHIBIT B

# Enterprise
## Printing & Products Corp.
www.enterpriseprintingcorp.com

150 Newport Ave., East Providence, RI 02916 • T: 401.438.3838 • F: 401.438.6333

**Invoice**

Remit To:
150 Newport Avenue
East Providence, RI 02916

SOLD TO:
THE STANDARD REGISTER CO.
ATTN: FMS BILLING
P.O. BOX 3933
DAYTON OH 45401

SHIP TO:
HONEYWELL SAFETY PRODUCTS, CA
C/O UPS SUPPLY CHAIN SOLUTIONS
1757 CARR ROAD
CALEXICO CA 92231

| ACC# | INVOICE DATE | INVOICE # | PAGE | DUE DATE | SALES REP |
|---|---|---|---|---|---|
| RR-RI-DWNS | 10/29/14 | 61595 | 1 | 11/29/14 | VJ |

| SHIP VIA | TERMS | YOUR P.O. # | ORDER |
|---|---|---|---|
| UPS  65303 | 0/0/N30 | J-4460 | 0000026903 |

| ITEM # | DESCRIPTION | UNIT | ORDERED | SHIPPED | B.O | UNIT PRICE | DISC. | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|
| *RR-N-46000375 | INST MANUAL 5500/7700 REV-G | M | 68.0 | 68.0 | | 260.0000 | | 17680.00 |

## One Source... Multiple Solutions.

| | |
|---|---|
| SUB TOTAL | 17680.00 |
| TAX | 0.00 |
| FREIGHT | 0.00 |
| **NET TO PAY** | 17680.00 |

Note: Only the items billed by Office Supply division of the Company can be returned with prior authorization within 15 days for credit up to a maximum of 80% of the net price. All accounts not paid within 30 days of invoice date will be charged a FINANCE CHARGE of 1 1/2% per month from the date of invoice. This monthly rate is equivalent to an Annual Percentage Rate of 18%.

Return from Printable View

**46000375 REV G (08-23236)**
Order Details

October 6, 2014 11:44:37 AM

Order: 46000375 10-31-14


61595

[ View Order List ]

### Order Information

| | |
|---|---|
| Title: | 46000375 10-31-14 |
| **Order completion date:** | **10/31/14 5:00 PM** |
| Status: | Accepted |
| Buyer workgroup: | Workflow Enterprise |
| Buyer Person: | Michelle Fidas |
| Supplier workgroup: | Enterprise Printing & Products Corp (WFO-MBE Certified) |
| Supplier Person: | Orders Enterprise Prtg & Products |
| Production Plus Direct Bill: | ☐ |
| Customer Name: | NORTH SAFETY EQUIPMENT |
| Customer Number: | 1712549 |
| Client ID: | 2371 |
| **Customer PO:** | **B106910** |
| Local Terms and Conditions: | Westborough Standard Register 200 Friberg-Pkquy ste 2000-B, Wesborough, MA 01581 |
| Buyer Phone Number: | (212) 844-7153 |
| Comments: | 3rd party freight billing information is as follows. akk BOL to schneider and UPS system need to be marked accordingly: Honeywell - HSP Calexico CA c/o Iron Data 3400 Players Club Pkwy Suite 300 Memphis, TN 38125 |
| Prefix: | J |
| **Quote Number:** | **PROGRAM** |
| Sales Rep: | WILSON, DAVID L. |
| Sales Rep Territory: | 65303 |
| Project Number: | 08-23236 |
| Project Completion Date: | 10/31/14 |
| New or Reprint?: | Exact Repeat |
| Project Hot?: | No |

### General Information

| | |
|---|---|
| Payment method: | Purchase Order |
| **WFO Purchase Order Number:** | **J4460** |
| Allowed Overs: | 0.00 % |
| Allowed Unders: | 0.00 % |

### Order Items

Reorder of 46000375 (8558740) [ Job Id: 8112266 ]

| | |
|---|---|
| Completion date: | 10/31/14 5:00 PM |
| **Item Number:** | **46000375** Item is validated |
| Item Name: | INST MAN 5500/7700 |
| Pricing UOI: | 1000/EA/1 |
| Pricing UOR: | 1000/EA/1 |
| Packaging UOI: | 1/EA/1 |
| Packaging UOR: | 1/EA/1 |

Bill Code:                  Bill Upon Inventory Release
Requested Shipments:        68,000
Delivered:                  0
Received:                   0

Quantity:                   68,000
Rate Card:                  NONE
Cost Price:                 $260.00 per 1,000
Last Supplier Job Number:
Last Order Number:          J4412

|                | |
|---|---|
| Vendor Cost:   | $17,680.00 |
| Order Total:   | $17,680.00 |
| Tax:           | $0.00 |
| Shipping:      | $0.00 |
| **Grand Total:** | **$17,680.00** |

## Detailed Specifications

Reorder of 46000375

### Spec Description

Name:               Reorder of 46000375
SKU:                46000375
Reference Number:   8558740
Product Type:       Booklet
Description:        SELF COVER

### Size

|                | Width | Height | Other |
|---|---|---|---|
| Finished size: | 8 1/2 | x 5 1/2 | In    ISO: |
| Flat size:     | 11    | x 8 1/2 | |

Page count: 64
Cover style: Self Cover    Number of cover pages: 4
Comments: Total of 64 Pages (16 SHEETS)

### Stocks and Inks

| Stock used as | Stock Description | Ink Description |
|---|---|---|
| Booklet | Weight: 50 lb<br>Type: Offset<br>Color: White | **Inks for both sides**<br>Black: Heavy<br><br>Bleeds: No |

### Prepress

**Art and Files**

[✓] Digital files for output
    Trapped?                No
    Format:
    Page layout application:
    Version:
    Supporting applications: [ ] FreeHand  Version:
                             [ ] Illustrator  Version:
                             [ ] Photoshop  Version:
    Media:

### Post-Press

Folding and Bindery

☑ Trim to size

☑ Binding            Saddle Stitch

Comments:

## Packaging

Packing                          Quantity              Special Instructions
☑ Vendor Choice

CARTONS TO WEIGH NO MORE THAN 35 LBS

## Shipment Details
### Shipment Information

Spec:          Reorder of 46000375 REV G
Job Id:       8112266
Buyer:        Michelle Fidas of Workflow Enterprise
Supplier:     Orders Enterprise Prtg & Products of Enterprise Printing & Products Corp (WFO-MBE Certified)

Shipment Name: Reorder of 46000375 REV G Shipment
Status: Not Shipped
**Delivery Address #1 of 1**

| | | | |
|---|---|---|---|
| Cost Center Number: | 005 | Address: | C/O UPS SUPPLY CHAIN SOLUTIONS |
| Cost Center Name: | HONEYWELL-NORTH SAFETY | | 1757 CARR ROAD STE 100E |
| Charge to Cost Center: | 001 | City: | CALEXICO |
| Charge to Cost Center Name: | | State: | CA |
| | | Postal Code: | 92231-9781 |
| Name (First, MI, Last): | | Country: | US |
| Company Name: | | Req & Line Charge?: | No |
| Work Phone Number: | | | |
| E-mail: | | Free Freight?: | Yes |

### Requested

| | | |
|---|---|---|
| Request Type: | Normal | Shipping Instruction: FOR DELIVERY TO CA 11/10/14. 3rd party freight billing information is as follows. akk BOL to schneider and UPS system need to be marked accordingly: Honeywell - HSP Calexico CA c/o Iron Data 3400 Players Club Pkwy Suite 300 Memphis, TN 38125 |
| Delivery Date: | 10/31/14 | |
| Quantity: | 68,000 | |
| Ship Via: | 000000106: SHIP VIA CUSTOMER ACCOUNT # | |

### Delivery

Quantity shipped: 0                        Units:
                                           Weight:

## Terms & Conditions

### Workflow Enterprise Purchase Terms and Conditions

Standard Register vendors can contact Accounts Payable by emailing accountspayable@standardregister.com or by contacting:

Accounts Payable Service Rep for vendors A-J:
Sherri Perry
T: (937) 221-2125

OP-097 04/12

**Web straight bill of lading—original—not negotiable**

**YRC FREIGHT**

SCAC: RDWY

YRC FREIGHT SHIPMENT STATUS CALL, 1-800-610-6500

04/25/14  **608-803608-8**  .com or

YRC Freight tariffs are incorporated herein (copies available upon request). YRC Freight tariffs limit its liability. This shipment is subject to the terms and conditions of the Uniform Straight B/L of Lading as stated in the NMFC 100 series tariff.

Date: 11-3-14   B/L number: SC00350040

Shipper number:
Trailer number:
PRO Number:

Shipper name: STANDARD REGISTER
Consignee name and address: HONEYWELL SAFETY PRODUCTS

Address: 150 NEWPORT AVENUE
C/O UPS SUPPLY CHAIN SOLUTIONS

City: RUMFORD   State: RI   ZIP code: 02916
1757 CARR ROAD, SUITE 100E

Origin city (if different than before):   State:   ZIP code:
Destination City: CALEXICO   State: CA   ZIP Code: 92231
Phone Number:

Invoicee: HONEYWELL-HSP CALEXICO, CA
Customer number:   Store number:   Department:

Address: C/O IRON DATA
P.O. Number: B106910

3400 PLAYERS CLUB DRIVE, SUITE 300
Special Instructions:

City: MEMPHIS   State: TN   ZIP code: 38125

**Expedited & Guaranteed Services (select one of the services below)**

Contact Name:   Contact Phone:

**Expedited**
- ☐ Time-Critical  Deliver by: ___/___/___  ☐ By noon  ☐ By 5 p.m. or end of business day
- ☐ Time-Critical Hour Window  Deliver on: ___/___/___  Between: ___ a.m./p.m. & ___ a.m./p.m.
- ☐ Time-Critical (fastest ground delivery – no delivery date required)

**Guaranteed**
- ☐ Guaranteed Standard service by 5 p.m. or end of business day
- ☐ Multiday Window  Between: ___/___ & ___/___

All shipments are subject to individual pricing programs as published by YRC or by written transportation contracts.   Quote ID:

Cod fee: Prepaid ☐  Collect ☐   COD amount: $   Customer check OK for COD amount? Yes ☐ No ☐

| No. shipping units | Kind of package | No. pieces | Unit of measure | HM | Description of articles, special marks and exceptions | NMFC Item number | Class | Weight (lb) Subject to correction | Length | Width | Height |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Printed Manuals | | 55 | | | | |
| | | | | | | | | 1150 lbs Approx | | | |

EMERGENCY CONTACT
Phone:   Name:   Contract #:

Shipment charges are prepaid unless marked collect: Collect ☐   Total charges: $

NOTE (1) Where the rate depends on value, shippers must state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ___ per ___."

Note: (2) Liability limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. §14706 (c)(1)(A) and (B).

Note (3) Products requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec. 2(e) of NMFC Item 360.
If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.
Signature of consignor

Shipper company name: STANDARD REGISTER
Carrier: YRC FREIGHT
Trailer #:
Date: 11-4-14
Trailer loaded by: ☐ Shipper ☐ Driver
Freight counted by: ☐ Driver: pallets said to contain ☐ Shipper ☐ Driver: pallets containing ☐ Driver: Loose pieces

Shipper signature:   YRC Freight employee signature:   H/U received:

Mark "X" in "HM" column for hazardous materials.

Single shipment pickup: ☐

Printed in U.S.A.

OP-097 04/12

**Web straight bill of lading—original—not negotiable**

# YRC FREIGHT
**SCAC: RDWY**

For shi... YRC FREIGHT SHIPMENT STATUS CALL, 1-800-610-6500

07/14/14  **608-851615-5**

YRC Freight tariffs are incorporated herein (copies available upon request). YRC Freight tariffs limit its liability. This shipment is subject to the terms and conditions of the Uniform Straight Bill of Lading as stated in the NMFC 100 series tariff.

Date: 10-31-14    B/L number: SC00335306

PRO Number:

| Shipper number: | Trailer number: | Consignee name and address: |
|---|---|---|
| | | HONEYWELL SAFETY PRODUCTS |

Shipper name: STANDARD REGISTER
C/O UPS SUPPLY CHAIN SOLUTIONS

Address: 150 NEWPORT AVENUE
1757 CARR ROAD, SUITE 100E

| City: RUMFORD | State: RI | ZIP code: 02916 | Destination City: CALEXICO | State: CA | ZIP Code: 92231 |

Origin city (if different than before):    Phone Number:

Invoicee: HONEYWELL-HSP CALEXICO, CA

| Customer number: | Store number: | Department: |

Address: C/O IRON DATA

P.O. Number: B106910 / B106739

3400 PLAYERS CLUB DRIVE, SUITE 300

Special instructions:

| City: MEMPHIS | State: TN | ZIP code: 38125 |

**Expedited & Guaranteed Services (select one of the services below)**

Contact Name:    Contact Phone:

**Expedited**
- ☐ Time-Critical    Deliver by: __/__/__  ☐ By noon  ☐ By 5 p.m. or end of business day
- ☐ Time-Critical Hour Window   Deliver on: __/__/__  Between: __ a.m./p.m. & __ a.m./p.m.
- ☐ Time-Critical (fastest ground delivery – no delivery date required)

**Time-Critical**
Any load Any Speed Guaranteed

**Guaranteed**
- ☐ Guaranteed Standard service by 5 p.m. or end of business day
- ☐ Multiday Window    Between: __/__ & __/__

All shipments are subject to individual pricing programs as published by YRC or by written transportation contracts.

Quote ID:

**Cod fee:** Prepaid ☐ Collect ☐    **COD amount:** $    **Customer check OK for COD amount?**  Yes ☐ No ☐

| No. shipping units | Kind of package | No. pieces | Unit of measure | HM | Description of articles, special marks and exceptions | NMFC Item number | Class | Weight (lb) Subject to correction | Length | Width | Height |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | | | | | Printed Manuals | | 55 | | | | |
| | BX | 10 | | | 46000528-J4435 | | | 8900 lbs Approx | | | |

EMERGENCY CONTACT
Phone:    Name:    Contract #:

Shipment charges are prepaid unless marked collect: Collect ☐    Total charges: $

NOTE (1) Where the rate depends on value, shippers must state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ____ per ____.
**Note: (2) Liability limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. §14706 (c)(1)(A) and (B).**

Note (3) Products requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec. 2(e) of NMFC item 350.
If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.
Signature of consignor

Received subject to individually determined rates or written contracts that have been agreed on in writing between the carrier and shipper, if applicable, otherwise to rates, classifications and rules that have been established by the carrier and are available to the shipper on request.

The property described above is in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined, as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry its usual place of delivery of said destination, if on its route, otherwise to deliver to another carrier on the route to said destination.

It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name and are classified, packaged, marked and labeled/placarded and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

| Shipper company name: STANDARD REGISTER | Carrier: **YRC FREIGHT** | Trailer #: | Date: 10/31/14 | Trailer loaded by: ☐ Shipper ☐ Driver |
| Shipper signature: | YRC Freight employee signature: | | HU received: | Freight counted by: ☐ Driver: pallets said to contain |
| | | | | ☐ Shipper ☐ Driver: pallets containing ☐ Driver: Loose pieces |

Mark "X" in "HM" column for hazardous materials.

Single shipment pickup: ☐

Printed in U.S.A.

?58h

```
                PACKING SLIP                              SHIP DATE :    10/29/14        No. :   61595
                                                          PAGE :         1
    RR-RI-DWNS                                                 --- Ship To/Remarks---
    WORKFLOW ONE CORP                                     HONEYWELL SAFETY PRODUCTS, CA
    ATTN: FMS BILLING                                     C/O UPS SUPPLY CHAIN SOLUTIONS
    P.O. BOX 3933                                         1757 CARR ROAD
    DAYTON OH  45401                                      SUITE 100E/B106910
                                                          CALEXICO CA  92231
```

| Via : | CTRL # : 61595 | P.O.# : J-4460 | ORDER #: 0000026903 |
|---|---|---|---|
| ITEM# | DESCRIPTION | UNIT | ORDERED | Shipped |
| *RR-N-46000375 | INST MANUAL 5500/7700 REV-G | M | 68.0 | 68.0 |

handwritten: 60

# OF CTNS  2~~40~~ 250 @ 250 QTY/CTN

# OF CTNS _____ @ _____ QTY/CTN          CUST. SIGNATURE _____

?58h

```
                PACKING SLIP                              SHIP DATE :    11/3/14         No. :   61595
                                                          PAGE :         1
    RR-RI-DWNS                                                 --- Ship To/Remarks---
    WORKFLOW ONE CORP                                     HONEYWELL SAFETY PRODUCTS, CA
    ATTN: FMS BILLING                                     C/O UPS SUPPLY CHAIN SOLUTIONS
    P.O. BOX 3933                                         1757 CARR ROAD
    DAYTON OH  45401                                      SUITE 100E/B106910
                                                          CALEXICO CA  92231
```

| Via : | CTRL # : 61595 | P.O.# : J-4460 | ORDER #: 0000026903 |
|---|---|---|---|
| ITEM# | DESCRIPTION | UNIT | ORDERED | Shipped |
| *RR-N-46000375 | INST MANUAL 5500/7700 REV-G | M | 68.0 | 68.0 |

handwritten: 8000

# OF CTNS  32 @ 250 QTY/CTN

# OF CTNS _____ @ _____ QTY/CTN          CUST. SIGNATURE _____

# Enterprise Printing & Products Corp.

www.enterpriseprintingcorp.com
150 Newport Ave., East Providence, RI 02916 • T: 401.438.3838 • F: 401.438.6333

**Invoice**

Remit To:
150 Newport Avenue
East Providence, RI 02916

**SOLD TO:**
THE STANDARD REGISTER CO.
ATTN: FMS BILLING
P.O. BOX 3933
DAYTON OH 45401

**SHIP TO:**
HONEYWELL SAFETY PRODUCTS
B-106517
2000 PLAINFIELD PIKE
CRANSTON RI 02921

| ACC# | INVOICE DATE | INVOICE # | PAGE | DUE DATE | SALES REP |
|---|---|---|---|---|---|
| RR-RI-DWNS | 10/29/14 | 61597 | 1 | 11/23/14 | VJ |

| SHIP VIA | TERMS | YOUR P.O. # | ORDER |
|---|---|---|---|
| UPS | 65303-DW | 0/0/N30 | J-4461 | 0000026141 |

| ITEM # | DESCRIPTION | UNIT | ORDERED | SHIPPED | B.O | UNIT PRICE | DISC. | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|
| *RR-N-47000493 | USER MANUAL INSERT EUR/AUS, REV-8M | | 2.5 | 2.5 | | 360.0000 | | 900.00 |

**One Source... Multiple Solutions.**

| | |
|---|---|
| SUB TOTAL | 900.00 |
| TAX | 0.00 |
| FREIGHT | 0.00 |
| **NET TO PAY** | **900.00** |

Note: Only the items billed by Office Supply division of the Company can be returned with prior authorization within 15 days for credit up to a maximum of 80% of the net price. All accounts not paid within 30 days of invoice date will be charged a FINANCE CHARGE of 1 1/2% per month from the date of invoice. This monthly rate is equivalent to an Annual Percentage Rate of 18%.

**47000493 REV B (08-37155)**
Order Details

Return from Printable View

October 6, 2014 11:46:18 AM

**Order: 47000493 REV B 10-8-14**

6|549

View Order List

### Order Information

| | |
|---|---|
| Title: | 47000493 REV B 10-8-14 |
| **Order completion date:** | 10/8/14 5:00 PM |
| Status: | Accepted |
| Buyer workgroup: | Workflow Enterprise |
| Buyer Person: | Margaret Hourvitz |
| Supplier workgroup: | Enterprise Printing & Products Corp (WFO-MBE Certified) |
| Supplier Person: | Orders Enterprise Prtg & Products |
| Production Plus Direct Bill: | ☐ |
| Customer Name: | NORTH SAFETY EQUIPMENT |
| Customer Number: | 1712549 |
| Client ID: | 2371 |
| **Customer PO:** | B106517 ✓ |
| Local Terms and Conditions: | Westborough Standard Register 200 Friberg-Pkquy ste 2000-B, Wesborough, MA 01581 |
| Buyer Phone Number: | 508-475-4104 |
| Comments: | USE NEW ART APPROVED IN APRIL |
| Prefix: | J |
| **Quote Number:** | **VIJAY** |
| Sales Rep: | WILSON, DAVID L. |
| Sales Rep Territory: | 65303 |
| Project Number: | 08-37155 |
| Project Completion Date: | 10/8/14 |
| New or Reprint?: | Revised Repeat |
| Project Hot?: | No |

### General Information

| | |
|---|---|
| Payment method: | Purchase Order |
| **WFO Purchase Order Number:** | ✓ J4461 |
| Allowed Overs: | 0.00 % |
| Allowed Unders: | 0.00 % |

### Order Items

🖼 47000493 (8560348) [ Job Id: 8113455 ]

| | |
|---|---|
| Completion date: | 10/8/14 5:00 PM |
| **Item Number:** | **47000493** *Item is validated* |
| Item Name: | USER MAN INST EUR AUS |
| Pricing UOI: | 1000/EA/1 |
| Pricing UOR: | 1000/EA/1 |
| Packaging UOI: | 1/EA/1 |
| Packaging UOR: | 1/EA/1 |
| Bill Code: | Bill Upon Straight Ship |
| Requested Shipments: | 2,500 |
| Delivered: | 0 |
| Received: | 0 |
| **Quantity:** | **2,500** |

Rate Card: NONE
Cost Price: $360.00 per 1,000
Last Supplier Job Number:
Last Order Number: J3776

| | |
|---|---|
| **Vendor Cost:** | $900.00 |
| Order Total: | $900.00 |
| Tax: | $0.00 |
| Shipping: | $0.00 |
| **Grand Total:** | **$900.00** |

## Detailed Specifications

### 47000493

#### Spec Description

Name: 47000493
SKU: 47000493
Reference Number: 8560348
Product Type: Insert

#### Size

|  | Width | Height | Other |
|---|---|---|---|
| Finished size: | 5 1/2 x 5 3/4 in | | ISO: |
| Flat size: | 38 x 25 | | |

Page count: 1
Comments: PRINTED FLAT, FOLDED TO DIMENSIONS STATED, USED AS MANUAL

#### Stocks and Inks

| Stock used as | Stock Description | Ink Description |
|---|---|---|
| **MANUAL** | Weight: 50 lb<br>Type: Offset<br>Color: WHITE | **Inks for both sides**<br>Black: Medium<br><br>Bleeds: No |

#### Prepress

**Art and Files**

☑ Digital files for output
　Trapped?　　　　　　　No
　Format:
　Page layout application:
　Version:
　Supporting applications: ☐ FreeHand  Version:
　　　　　　　　　　　　 ☐ Illustrator Version:
　　　　　　　　　　　　 ☐ Photoshop  Version:

　Media:

#### Post-Press

**Folding and Bindery**

☑ Trim to size

☑ Folding

Comments:   MULTIPLE FOLDS PER SPEC

## Packaging

| Wrapping | Quantity | Special Instructions |
| --- | --- | --- |
| | | PACKAGE AS USUAL |

| Packing | Quantity | Special Instructions |
| --- | --- | --- |
| ☑ Vendor Choice | | |
| | | CARTONS TO BE NO MORE THAN 35 LBS, MUST BE MARKED WITH PART NUMBER, DESCRIPTION, AND QUANTITY |

## Shipment Details
### Shipment Information

Spec:  47000493
Job Id:  8113455
Buyer:  Margaret Hourvitz of Workflow Enterprise
Supplier:  Orders Enterprise Prtg & Products of Enterprise Printing & Products Corp (WFO-MBE Certified)

Shipment Name:  47000493 Shipment
Status:  Not Shipped

### Delivery Address #1 of 1

| | | | |
| --- | --- | --- | --- |
| Cost Center Number: | 1001 | Address: | 2000 PLAINFIELD PIKE |
| Cost Center Name: | HONEYWELL SAFETY PRODUCTS USA | City: | CRANSTON |
| Charge to Cost Center: | 1001 | State: | RI |
| Charge to Cost Center Name: | | Postal Code: | 02921-2012 |
| Name (First, MI, Last): | | Country: | US |
| Company Name: | | Req & Line Charge?: | No |
| Work Phone Number: | | Free Freight?: | Yes |
| E-mail: | | | |

### Requested

Request Type: Normal
Delivery Date: 10/8/14
Quantity:  2,500
Ship Via:  000000002: BEST METHOD

Shipping Instruction:
SHIP COLLECT PER CUSTOMER INSTRUCTIONS FOR DELIVERY 10-10-14

### Delivery

Quantity shipped:  0

Units:
Weight:

## Terms & Conditions

### Workflow Enterprise Purchase Terms and Conditions

Standard Register vendors can contact Accounts Payable by emailing accountspayable@standardregister.com or by contacting:

Accounts Payable Service Rep for vendors A-J:
Sherri Perry
T: (937) 221-2125
F: (937) 913-3154
Sherri.Perry@StandardRegister.com

Accounts Payable Service Rep for vendors K-S:
Ortha Jean Mooney

?58h

## PACKING SLIP

RR-RI-DWNS
THE STANDARD REGISTER CO.
ATTN: FMS BILLING
P.O. BOX 3933
DAYTON OH 45401

SHIP DATE: 10/29/14    No.: 61597
PAGE: 1
--- Ship To/Remarks ---
HONEYWELL SAFETY PRODUCTS
B-106517
2000 PLAINFIELD PIKE
CRANSTON RI 02921

Via: UPS    CTRL #: 61597    P.O.#: J-4461    ORDER #: 0000026141

| ITEM# | DESCRIPTION | UNIT | ORDERED | Shipped |
|---|---|---|---|---|
| *RR-N-47000493 | USER MANUAL INSERT EUR/AUS, REV-B | M | 2.500 | 2.500 |

4A064F    OCT 31, 2014    ACT WT 210.0 LBS  #PK 10
SVC GNDCOM              BL WT
TRACKING# 1Z4A064F0357006784        ALL CURRENCY USD
REF 1:CTRL # 61697
REF 2:PO# J-4461

HC 0.00           CNS 0.00           FRT: REC
SHIPMENT RATE CHARGES:              SVC F/C USD
DV 0.00           COD  0.00          RS   0.00
DC 0.00           DGD  0.00
AH 0.00           PR   0.00          ROD  0.00
TOT CHG 0.00                         +HANDLING 0.00

# OF CTNS  10  @ 250  QTY/CTN

# OF CTNS ____ @ ____ QTY/CTN     CUS