**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | |

## AFFIDAVIT OF SERVICE

I, Rafael Stitt, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtor in the above-captioned Chapter 11 case.

On April 22, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served in the manners set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Notice of Debtor's Thirteenth (13th) Omnibus (Substantive) Objection to Claims [Docket No. 1545]

- Notice of Debtor's Fourteenth (14th) Omnibus (Non-Substantive) Objection to Claims [Docket No. 1546]

- Notice of Rescheduled Omnibus Hearing [Docket No. 1547]

On April 22, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served in the manners set forth on the Thirteenth Omnibus Claimant Service List attached hereto as **Exhibit B**:

- Notice of Debtor's Thirteenth (13th) Omnibus (Substantive) Objection to Claims [Docket No. 1545]

On April 22, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served in the manners set forth on the Fourteenth Omnibus Claimant Service List attached hereto as **Exhibit C**:

- Notice of Debtor's Fourteenth (14th) Omnibus (Non-Substantive) Objection to Claims [Docket No. 1546]

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).


Dated: April 27, 2016

_____
Rafael Stitt

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on April 27, 2016, by Rafael Stitt, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

BENJAMIN JOSEPH STEELE
NOTARY PUBLIC-STATE OF NEW YORK
No. 02ST6290268
Qualified In New York County
My Commission Expires October 07, 2017


**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| GUC Trustee | EisnerAmper LLP | Attn: Anthony R. Calascibetta<br>111 Wood Avenue South<br>Iselin NJ 08830-2700 | anthony.calascibetta@eisneramper.com | First Class Mail and Email |
| Counsel to Debtors, Counsel to GUC Trust | Lowenstein Sandler LLP | Attn: Sharon L. Levine, Esq., Wojciech F. Jung, Esq. & Andrew Behlmann<br>65 Livingston Avenue<br>Roseland NJ 07068 | slevine@lowenstein.com<br>wjung@lowenstein.com<br>abehlmann@lowenstein.com | Email |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn: Mark Kenney<br>844 King St., Ste. 2207<br>Wilmington DE 19801 | mark.kenney@usdoj.gov | First Class Mail and Email |
| Cousnel to the Secured Creditor Trust | Pepper Hamilton LLP | Attn: David M. Fournier & John Henry Schanne II<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>Wilmington DE 19801 | fournierd@pepperlaw.com<br>schannej@pepperlaw.com | First Class Mail and Email |
| Counsel to Debtors | Polsinelli PC | Attn: Christopher A. Ward, Justin K. Edelson<br>222 Delaware Avenue<br>Suite 1101<br>Wilmington DE 19801 | cward@polsinelli.com<br>jedelson@polsinelli.com | Email |
| Secured Creditor Trust | Wilmington Trust Company | Attn: Institutional Client Services<br>Rodney Square North<br>1100 North Market Street<br>Wilmington DE 19890 | | First Class Mail |

**Exhibit B**

Exhibit B
Thirteenth Omnibus Claimant Service List
Served as set forth below

| Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Postal Code | Country | Email | Method of Service |
|---|---|---|---|---|---|---|---|---|---|---|
| AUDITOR OF STATE OF ARKANSAS - UNCLAIMED PROPERTY | 1401 West Capitol Avenue, Suite 325 | | | | Little Rock | AR | 72201 | | | First Class Mail |
| BUSH, EDWARD | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail and Email |
| Cleaver, Linda | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail and Email |
| EVA K POSENER CUST JUDITH E POSENER U/NYUTMA | 7 QUINTREE LN | | | | MELVILLE | NY | 11747-1811 | | judithlandress@yahoo.com | First Class Mail and Email |
| FRIEL, WILLIAM | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail |
| HEALTHCARE PURCHASING ALLIANCE, LLC | Michael D. DeBaecke, Esquire | Alan M. Root, Esquire | Blank Rome LLP | 1201 N. Market Street, Suite 800 | Wilmington | DE | 19801 | | debaecke@blankrome.com | First Class Mail and Email |
| HEALTHCARE PURCHASING ALLIANCE, LLC | Stephanie K. Prewitt, Esquire | Managing Counsel | 8529 South Park Circle | Suite 250 | ORLANDO | FL | 32819 | | rosaline.parson@hpallc.org | First Class Mail and Email |
| Henry Miller; Liberty-WC413A82651 | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail and Email |
| Henry Miller; Liberty-WC413A82651 | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail and Email |
| Hillcrest Real Estate Development Company, LLC | Attn: General Counsel | 1145 South Utica Avenue | Suite G-00 | | Tulsa | OK | 74104 | | eric.pewthers@bostonavenue.com | First Class Mail and Email |
| Jeckering Sr., Joseph John | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail |
| Jeckering Sr., Joseph John | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail |
| JOOS, DUANE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail |
| LOCKETT, ANTHONY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail |
| LU, ZHONG FU | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail and Email |
| MARK R. ERIKSON;TRAVELERS-EYJ4579 AND TRAVELERS-EYJ4583 | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail and Email |
| MCKIERNAN, CALVIN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail |
| MCKIERNAN, CALVIN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail |
| Medina, Paulina | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail and Email |
| NC DEPARTMENT OF STATE TREASURER - UNCLAIMED PROPERTY | 325 NORTH SALISBURY STREET | | | | RALEIGH | NC | 27603-1385 | | | First Class Mail |
| Norwood, James R. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail |
| OKLAHOMA STATE TREASURER - UNCLAIMED PROPERTY DIVISION | 2300 N. Lincoln Blvd., Room 217 | | | | Oklahoma City | OK | 73105 | | robert.knight@treasurer.ok.gov | First Class Mail and Email |
| OKLAHOMA STATE TREASURER - UNCLAIMED PROPERTY DIVISION | 4545 NORTH LINCOLN, STE 106 | | | | OKLAHOMA | OK | 73105-3413 | | | First Class Mail |
| PATRICIA D. MANZANARES;TRAVELERS-B0J0730 | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail and Email |
| RANDY L. HERSHEY;TRAVELERS-A7X0020 | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail and Email |
| RANDY L. HERSHEY;TRAVELERS-A7X0020 | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail and Email |
| RIVES MANUFACTURING INC | 4000 RIVES EATON RD | PO BOX 98 | | | RIVES JUNCTION | MI | 49277-9650 | | accounting@rivesmfg.com | First Class Mail and Email |
| ROGER BIGELOW;LIBERTY-WC390A25784 | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail and Email |
| ROGER BIGELOW;LIBERTY-WC390A25784 | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail and Email |
| Sandusky Investments, Ltd. dba: Sycamore Group | Sycamore Group | 1429 Cranberry Rd | | | St. Henry | OH | 45883 | | culrey@brunsbuilding.com | First Class Mail and Email |
| SMITH, FRANKLIN J | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail |
| SMITH, FRANKLIN J | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail |
| SOMERS, KEVIN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail and Email |
| STATE OF CONNECTICUT - OFFICE OF STATE TREASURER - UNCLAIMED PROPERTY DIVISION | 55 Elm Street, 5th Floor | | | | Hartfrod | CT | 06106 | | | First Class Mail |
| STATE OF CONNECTICUT - OFFICE OF STATE TREASURER - UNCLAIMED PROPERTY DIVISION | Attny Liz Austin | Pullman & Comley, LLC | 800 Main Street, 8th Floor | | Bridgeport | CT | 06601-706 | | eqaustin@pullman.com | First Class Mail and Email |
| STATE OF NEW JERSEY - DEPT. OF THE TREASURY | UNCLAIMED PROPERTY ADMN | PO BOX 214 | | | TRENTON | NJ | 08625-0214 | | | First Class Mail |
| STATE OF NEW JERSEY - DEPT. OF THE TREASURY - UNCLAIMED PROPERTY ADMN | PO BOX 214 | | | | TRENTON | NJ | 08625-0214 | | | First Class Mail |
| State of New Jersey - Dept. of the Treasury - Unclaimed Property Admn | Property Admn | PO Box 214 | | | Trenton | NJ | 08625-0214 | | | First Class Mail |
| STONESIFER, DAVID | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail |
| Texas Comptroller of Public Accounts | Office of the Attorney General | Collection Division - Bankruptcy Section | PO Box 12548 | | Austin | TX | 78711-2548 | | | First Class Mail |
| Texas Comptroller of Public Accounts | Revenue Accounting Division | Attention: Bankruptcy | PO Box 13528 | | Austin | TX | 78711-3528 | | | First Class Mail |
| The Home Insurance Company in Liquidation | Attention: Karen Tisdell | 55 South Commercial Street | | | Manchester | NH | 03101 | | karen.tisdell@homeinsco.com | First Class Mail and Email |
| Treasurer of Virginia | Virginia Department of the Treasury | Division of Unclaimed Property | PO Box 2478 | | Richmond | VA | 23218 | | Jacinda.Hardy@trs.virginia.gov | First Class Mail and Email |

**Exhibit C**

Exhibit C
Fourteenth Omnibus Claimant Service List
Served as set forth below

| Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code | Email | Method of Service |
|---|---|---|---|---|---|---|---|---|
| Bartlett, Alex | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail and Email |
| Bindery & Specialties Pressworks Inc. | ATTN: Mike Holtman | 351 W. Bigelow Ave. | | Plain City | OH | 43064 | mikeholtman@pressworks.us | First Class Mail and Email |
| CALICO CAFE | Mary A. Heinrichs | 116 WEST MAIN STREET | STE. 3 | COLDWATER | OH | 45828 | calicocafe@bright.net | First Class Mail and Email |
| Chicago Glue Machine & Supply Co., Inc. | Euler Hermes North America Insurance Company | AGENT OF Chicago Glue Machine & Supply Co., Inc. | 800 Red Brook Boulevard | OWINGS MILLS | MD | 21117 | | First Class Mail |
| Dineen, William F. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail and Email |
| Dineen, William F. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail |
| DISNEY WORLDWIDE SERVICES | Attn: Corporate Credit and Collection | 500 South Buena Vista Street | | Burbank | CA | 91521-9750 | Mark.Bauer@Disney.com | First Class Mail and Email |
| Lee, William P. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail and Email |
| Lee, William P. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail and Email |
| Liberty Mutual Insurance Co. | 175 Berkely St | | | Boston | MA | 02116 | | First Class Mail |
| Liberty Mutual Insurance Co. | Attn: Carrie Ayer | PO Box 1525, 100 Liberty Way | | Dover | NH | 03820 | carrie.ayer@libertymutual.com | First Class Mail and Email |
| Liberty Mutual Insurance Co. | Douglas R. Gooding, Esq. | Choate Hall & Stewart LLP | Two International Place | Boston | MA | 02110 | | First Class Mail |
| Liberty Mutual Insurance Co. | PO Box 2027 | | | Keene | NH | 03431-7027 | carrie.ayer@libertymutual.com | First Class Mail and Email |
| LINKWELL HEALTH | 1270 Broadway STE 606 | | | New York | NY | 10001 | mpaul@linkwellhealth.com | First Class Mail and Email |
| LPM Forklift Sales & Service, Inc. | 7700 NW 39 Exprssway / James U White | | | Bethany | OK | 73008 | jim.white@lpmok.com | First Class Mail and Email |
| LPM FORKLIFT SALES & SERVICES, INC. | JAMES U WHITE | 7700 NW 39 EXPRESSWY | | BETHANY | OK | 73008 | jim.white@lpmok.com | First Class Mail and Email |
| Maximum Transportation, Inc | PO Box 577 | | | Elizabethtown | KY | 42702-0577 | AngelaNicole1215@aol.com | First Class Mail and Email |
| Mojumder, Shah | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail and Email |
| Monroe Optical, Inc dba Footwear Supply | 1751 N. Main St. | | | Franklin | IN | 46131 | monroeoptical@hotmail.com | First Class Mail and Email |
| Panther Premium Logistics | 84 Medina Road | | | Medina | OH | 44256 | ccampbell@pantherpremium.com | First Class Mail and Email |
| PENN AIR AND HYDRAULICS CORP | PO BOX 22190 | | | YORK | PA | 17402-0193 | info@pennair.com | First Class Mail and Email |
| Premier Courier Inc. DBA Premier Delivery Services | 3687 Interchange Road | | | Columbus | OH | 43204 | rdillard@prem1erservices.com | First Class Mail and Email |
| RED WING BRANDS OF AMERICA INC | 314 Main St. | | | Red Wing | MN | 55066 | nancy.craigie@redwingshoes.com | First Class Mail and Email |
| Robert Half Technology | Attn: Karen Lima | PO Box 5024 | | San Ramon | CA | 94583 | karen.lima@roberthalf.com | First Class Mail and Email |
| Stockmal, Craig | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail and Email |
| Thicklin Sr., Christopher E. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail and Email |
| Thicklin Sr., Christopher E. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail and Email |
| W.W. Grainger, Inc. | Attn: Special Collections Dept. | 7300 N. Melvina Ave. MWX22885446179 | | Niles | IL | 60714 | cynthia.deutschmann@grainger.com | First Class Mail and Email |