## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SRC LIQUIDATION, LLC,[1] | Case No. 15-10541 (BLS) |
| Debtor. | |

### AFFIDAVIT OF SERVICE

I, Rafael Stitt, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtor in the above-captioned Chapter 11 case.

On April 26, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served in the manners set forth on 1) the Core/2002 Service List attached hereto as **Exhibit A** and 2) the Affected Claimants Service List attached hereto as **Exhibit B**:

- Fourth Notice of Satisfaction of Claims [Docket No. 1549]


Dated: April 29, 2016

                                                     Rafael Stitt

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on April 29, 2016, by Rafael Stitt, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

            PAUL PULLO
     Notary Public, State of New York
        No. 01PU6231078
      Qualified in Nassau County
  Commission Expires Nov. 15, 20 _18_

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440.  Inquiries regarding the Debtor should be directed to the GUC Trustee, c/o EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 (Attn: Anthony R. Calascibetta).

## Exhibit A

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| GUC Trustee | EisnerAmper LLP | Attn: Anthony R. Calascibetta<br>111 Wood Avenue South<br>Iselin NJ 08830-2700 | anthony.calascibetta@eisneramper.com | First Class Mail and Email |
| Counsel to Debtors, Counsel to GUC Trust | Lowenstein Sandler LLP | Attn: Sharon L. Levine, Esq., Wojciech F. Jung, Esq. & Andrew Behlmann<br>65 Livingston Avenue<br>Roseland NJ 07068 | slevine@lowenstein.com<br>wjung@lowenstein.com<br>abehlmann@lowenstein.com | Email |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn:  Mark Kenney<br>844 King St., Ste. 2207<br>Wilmington DE 19801 | mark.kenney@usdoj.gov | First Class Mail and Email |
| Cousnel to the Secured Creditor Trust | Pepper Hamilton LLP | Attn: David M. Fournier & John Henry Schanne II<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>Wilmington DE 19801 | fournierd@pepperlaw.com<br>schannej@pepperlaw.com | First Class Mail and Email |
| Counsel to Debtors | Polsinelli PC | Attn: Christopher A. Ward, Justin K. Edelson<br>222 Delaware Avenue<br>Suite 1101<br>Wilmington DE 19801 | cward@polsinelli.com<br>jedelson@polsinelli.com | Email |
| Secured Creditor Trust | Wilmington Trust Company | Attn: Institutional Client Services<br>Rodney Square North<br>1100 North Market Street<br>Wilmington DE 19890 | | First Class Mail |

**Exhibit B**

Exhibit B
Affected Claimants Service List
Served as set forth below

| Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Zip Code | Email | Method of Service |
|---|---|---|---|---|---|---|---|---|---|
| Bruce C. Bindon | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail and Email |
| County of Orange | Shari L. Freidenrich, Treasurer- Tax Collector | PO Box 4515 | | | Santa Ana | CA | 92702-4515 | | First Class Mail |
| FAYETTE COUNTY PUBLIC SCHOOL | TAX COLLECTION OFFICE | PO BOX 55570 | | | LEXINGTON | KY | 40555-5570 | | First Class Mail |
| Mississippi Department of Revenue | Bankruptcy Section | PO Box 22808 | | | Jackson | MS | 39225-2808 | bankruptcy.oac.taxcom@dor.ms.gov | First Class Mail and Email |
| New Mexico Department of Workforce Solutions | Office of General Counsel | PO Box 1928 | | | Albuquerque | NM | 87103-1928 | elizabetha.garcia@state.nm.us nancy.tenbroeck@state.nm.us | First Class Mail and Email |
| State of New York Department of Labor | Unemployment Insurance Division | Governor W. Averell Harriman | State Office Building Campus | Building 12, Room 256 | Albany | NY | 12240 | bankruptcy@labor.ny.gov | First Class Mail and Email |
| The State of New Jersey Division of Employer Accounts | PO Box 379 | | | | Trenton | NJ | 08625-0379 | | First Class Mail |
| The State of New Jersey Division of Employer Accounts | Office of the Attorney General of New Jersey | Richard J. Hughes Complex | PO Box 106 | | Trenton | NJ | 08625-0106 | | First Class Mail |