## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE District of Delaware

IN RE:  The Standard Register Company (SRC Liquidation)

(    CASE NO.  15-10541

(

(    PROCEEDINGS UNDER CHAPTER 11

(

(    JUDGE Brendan Linehan Shannon

(

---

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Now comes the State of Ohio, Bureau of Workers' Compensation, and respectfully notifies the Court of dismissal of its proof of claim in the above-captioned case filed on  January 5, 2016 in the amount of $397,682.36 (see attached copy).  The claim was mistakenly filed as a result of a clerical error that has now been corrected.

By: *[signature]*

Jill Whitworth, Supreme Court No. 0063711
Attorney, BWC
30 W. Spring St.
Columbus, Ohio 43266-0581
(614) 466-6600

### NOTICE AND CERTIFICATION

The undersigned certifies that the foregoing Notice of withdrawal of  Proof of Claim was served by ordinary U.S. mail, upon Michael R Nestor, 1000 North King St , Wilmington, DE, 19801,  Attorney for Debtor, on 4/25/16.

By: *[signature]*

Jill Whitworth
Attorney, BWC
30 W. Spring St.
Columbus, Ohio 43266-0581
(614) 466-6600

Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | The Standard Register Company (SRC Liquidation) |
| Debtor 2 (Spouse, if filing) | _____ |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number | 15-10541 |

## Official Form 410

### Administrative Expense Claim

# Proof of Claim

12/15

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

## Part 1:    Identify the Claim

**1. Who is the current creditor?**

Ohio Bureau of Workers' Compensation
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor  _____

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes.  From whom?  _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Ohio Bureau of Workers' Compensation
Name

PO Box 15567
Number          Street

Columbus, Ohio 43215-0567
City                    State              ZIP Code

Contact phone    614-466-6600

Contact email    _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

Where should payments to the creditor be sent? (if different)

Name  _____

Number          Street  _____

City                    State              ZIP Code

Contact phone    _____

Contact email    _____

**4. Does this claim amend one already filed?**

☒ No
☐ Yes.  Claim number on court claims registry (if known) _____       Filed on _____
                                                                                MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes.  Who made the earlier filing?  _____

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**

☐ No

☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __20003096__

**7. How much is the claim?**  __$397,682.36__

Does this amount include interest or other charges?

☒ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Taxes – workers' compensation premium due pursuant to Ohio Revised Code 4123.35.

**9. Is all or part of the claim secured?**

☒ No

☐ Yes. The claim is secured by a lien on property.

Nature of property:

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

Basis for perfection: _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $_____

Amount of the claim that is secured: $_____

Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed) _____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☒ No

☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11. Is this claim subject to a right of setoff?**

☒ No

☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? <br><br> A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ❏ No <br> ☒ Yes. *Check all that apply:* | **Amount entitled to priority** |
|---|---|---|
| | ❏ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ❏ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ❏ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ❏ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ❏ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☒ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | **$397,682.36** <br> Administrative Expense |

\* Amounts are subject to adjustment on 4/01/16 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3:    Sign Below

| The person completing this proof of claim must sign and date it. FRBP 9011(b). <br><br> If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is. <br><br> A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571. | *Check the appropriate box:* <br><br> ❏    I am the creditor. <br> ☒    I am the creditor's attorney or authorized agent. <br> ❏    I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. <br> ❏    I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. <br><br> I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt. <br><br> I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct. <br><br> I declare under penalty of perjury that the foregoing is true and correct. <br><br> Executed on date    01/05/2016 <br><br> _Jill A. Whitworth_____ <br> Signature <br><br> **Print the name of the person who is completing and signing this claim:** |
|---|---|

| Name | <u>Jill</u>            <u>A.</u>        <u>Whitworth</u> |
|---|---|
| | First name      Middle name      Last name |
| Title | <u>BWC Attorney</u> |
| Company | <u>Ohio Bureau of Workers' Compensation</u> <br> Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | <u>30 W Spring St   26th Floor</u> <br> Number        Street |
| | <u>Columbus, Ohio 43215</u> <br> City                                      State        ZIP Code |
| Contact phone | <u>614-466-6600</u>                          Email _____ |

SI Assessments

# MEMORANDUM

**To:**                              **Bankruptcy File**
**From:**                            **Legal, Bankruptcy Section**

**Policy No.**                       20003096
**Name of Debtor**                   Standard Register Company
**Date:**                            1/5/2016

------------------------------------------------------------

**Description of Amount**                    **Amount**

SI Assessments billed 7/20/15
Safety and Hygiene              $        33.80
Mandatory Surplus              $       425.86
BWC Administrative             $       588.78
IC Administrative              $       451.55

**Total:**                              $     1,499.99
                                        ================



WORKERS' COMPENSATION INSURANCE SYSTEM    Date:

Policy Number: ░░░░░░░ – ░░░░  Business Name:

| Year : | 2014 | Temp. Total : | 19,224.49 |
|---|---|---|---|
| Wages in Lieu of Compensation : | | | .00 |
| Sick & Accident Benefits : | | | .00 |
| Wage Loss : | | | .00 |
| Temporary Partial : | | | .00 |
| % Permanent Partial : | | | 5,586.60 |
| Scheduled Loss Awards : | | | .00 |
| Permanent Total : | | | .00 |
| Living Maintenance : | | | .00 |
| Living Maintenance Wage Loss : | | | .00 |
| Death : | | | .00 |
| Change of Occupation : | | | .00 |
| Violation of Specific Safety Req : | | | .00 |
| Payments by BWC : | | | .00 |
| Less SI Reimbursments/Subrogation/ Overturned claims : | | | .00 |
| Paid Compensation Total : | | | |

Total Dollars Paid to Medical Providers:

48,008.25

Self-Insured Assessments

☐ Surplus Claims Reimb
☑ Safety & Hygiene
☑ Admin. Cost Fund
☑ Surplus Fund
☐ Debt Reduction
☐ Surplus Rehabilitation
☐ Addtnl. Debt Reduction
☐ Surplus Handicap

Reduce Minimums by:

0

*Percent*

OBWC - DATA WAREHOUSE
**EMPLOYER CLAIM AUDIT SUMMARY**
For Date of Injury >= 03/12/2015
Claim Active-Inactive Status =

**Policy: 20003096-0    THE STANDARD REGISTER CO**

**Claim Status: ALLOWED**

| Date of Injury | Claim Number (Entry Date) | IW Name (Occupation) | ICD Enhanced Description | Accident Text |
|---|---|---|---|---|
| 07/29/2015 | 15-841626 (08/31/2015) | SMITH, ROBIN (FACTORY WORKER) | (ALLOWED) 845.00 - SPRAIN OF ANKLE NOS (L) | PER IW - I WENT TO THE SHIPPING LEADER TO ASK A QUESTION ABOUT AN ORDER AND, I TOOK SHORT WAY PAST THE SCALE AND STEPPED DOWN AND DIDN'T SEE THE YELLOW ANGLE IRON. WHEN I STEPPED DOWN I STEPPED ON THE ANGLE IRON AND FELL DOWN AND TWISTED MY ANKLE. |
| 04/23/2015 | 15-824750 (05/29/2015) | GRAY, KEVIN (LABOR) | (ALLOWED) 882.2 - OPEN WOUND HAND W TENDON (R) | RUNNING PRESS, REACHED IN TO STRAIGHTEN STOCK AND RIGHT HAND WAS CAUGHT BETWEEN GRIPPERS AND MACHINE IN UNGUARDED AREA |
| 04/15/2015 | 15-817511 (04/20/2015) | KELLER, KELLIE (KITTING) | (ALLOWED) 724.2 - LUMBAGO | IW PICKED UP A SKID AND HAD PART ON THE GROUND AS IW WAS SETTING THE OTHER SIDE DOWN IW HAD A REALLY SHARP PAIN THE DROPPED IW TO THE GROUND |
| 03/19/2015 | 15-852663 (10/29/2015) | SKELTON, SHERRY (SENIOR ADMIN ASST) | (ALLOWED) S82.66 - NONDISP FX OF LATERAL MALLEOLUS OF UNSP FIBULA INIT (R) | CAME THROUGH THE TURNSTILE IN THE PARKING LOT AND FOOT WAS TOO CLOSE TO THE EDGE OF THE WALK AND SLIPPED OFF THE EDGE. GROUND WAS UNEVEN WITH THE WALK. |

Current Claim Status =

Injury Status =

Focus on ICD Code(s):

*** NOTE: REPORT MAY CONTAIN BWC SENSITIVE DATA ***

REPORT:    Employer - Claim Audit   v05.06.10a
SECTION:   Emp Claim Audit Summary (L)

OBWC - DATA WAREHOUSE
# EMPLOYER CLAIM AUDIT SUMMARY
For Date of Injury >= 03/12/2015
Claim Active-Inactive Status =

## Policy: 20003096-9   STANDARD REGISTER - COLUMBUS SALES

**Claim Status: ALLOWED**

| Date of Injury | Claim Number (Entry Date) | IW Name (Occupation) | ICD Enhanced Description | Accident Text |
|---|---|---|---|---|
| 04/08/2015 | 15-815900 (04/09/2015) | BRITTON, JIMMIE (WAREHOUSE ASSOC.) | (ALLOWED) 881.00 - OPEN WOUND OF FOREARM (L) | IW CUT LEFT ARM WITH BOX KNIFE WHILE OPENING A CARTON. |

Current Claim Status =

Injury Status =

Focus on ICD Code(s):

*** NOTE: REPORT MAY CONTAIN BWC SENSITIVE DATA ***

REPORT:   Employer - Claim Audit   v05.06.10a
SECTION:   Emp Claim Audit Summary (L)