**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>SRC LIQUIDATION, LLC<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Kara E. Casteel of ASK LLP to represent SRC Liquidation, LLC in the above-referenced case.

Dated: May 4, 2016          **BAYARD**

*/s/ Justin R. Alberto*
Justin R. Alberto (No. 5126)
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
Telephone: (302) 655-5000
E-Mail: jalberto@bayardlaw.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Minnesota, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

*/s/ Kara E. Casteel*
Kara E. Casteel, Esq.
ASK LLP
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 5515
Telephone: (651) 289-3846
E-mail: kcasteel@askllp.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

{BAY:02856695v1}