

|  |  | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|

Defendant: **A. Rifkin Co.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1085811 | $1,332.35 | 1/7/2015 | 4138056 | 10/16/2014 | $1,332.35 |
| The Standard Register Company | The Standard Register Company | 1084232 | $296.53 | 12/16/2014 | 4124157 | 1/22/2014 | $296.53 |
| The Standard Register Company | The Standard Register Company | 21136 | $55,233.58 | 12/16/2014 | 4136349 | 9/10/2014 | $55,233.58 |
| The Standard Register Company | The Standard Register Company | 1088977 | $29,945.00 | 1/7/2015 | 4138613 | 10/30/2014 | $1,385.00 |
| The Standard Register Company | The Standard Register Company | 1088977 | $29,945.00 | 1/7/2015 | 4138612 | 10/30/2014 | $28,560.00 |

**Totals:    4 transfer(s),    $86,807.46**