

| | 2600 Eagan Woods Dr, Suite 400  St. Paul, MN 55121  651-406-9665 | 151 West 46th Street, 4th Floor  New York, NY 10036  212-267-7342 |
|---|---|---|

Defendant: **Bestforms, Inc.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 23483 | $37,880.81 | 3/3/2015 | 226655 | 1/9/2015 | $349.00 |
| The Standard Register Company | The Standard Register Company | 23484 | $28,846.59 | 3/3/2015 | 226680 | 1/13/2015 | $1,564.00 |
| The Standard Register Company | The Standard Register Company | 23484 | $28,846.59 | 3/3/2015 | 226679 | 1/13/2015 | $1,564.00 |
| The Standard Register Company | The Standard Register Company | 23483 | $37,880.81 | 3/3/2015 | 226726 | 1/19/2015 | $1,031.70 |
| The Standard Register Company | The Standard Register Company | 23483 | $37,880.81 | 3/3/2015 | 226725 | 1/19/2015 | $2,724.48 |
| The Standard Register Company | The Standard Register Company | 23483 | $37,880.81 | 3/3/2015 | 226724 | 1/19/2015 | $958.74 |
| The Standard Register Company | The Standard Register Company | 23483 | $37,880.81 | 3/3/2015 | 226697 | 1/14/2015 | $1,656.94 |
| The Standard Register Company | The Standard Register Company | 23483 | $37,880.81 | 3/3/2015 | 226694 | 1/14/2015 | $965.11 |
| The Standard Register Company | The Standard Register Company | 23483 | $37,880.81 | 3/3/2015 | 226676 | 1/13/2015 | $484.48 |
| The Standard Register Company | The Standard Register Company | 23483 | $37,880.81 | 3/3/2015 | 226675 | 1/13/2015 | $992.26 |
| The Standard Register Company | The Standard Register Company | 23483 | $37,880.81 | 3/3/2015 | 226672 | 1/13/2015 | $1,065.28 |
| The Standard Register Company | The Standard Register Company | 23483 | $37,880.81 | 3/3/2015 | 226665 | 1/12/2015 | $748.92 |
| The Standard Register Company | The Standard Register Company | 23483 | $37,880.81 | 3/3/2015 | 226659 | 1/9/2015 | $2,274.00 |
| The Standard Register Company | The Standard Register Company | 23483 | $37,880.81 | 3/3/2015 | 226658 | 1/9/2015 | $2,008.70 |
| The Standard Register Company | The Standard Register Company | 1084360 | $2,904.14 | 12/16/2014 | 226186 | 11/4/2014 | $3,109.18 |
| The Standard Register Company | The Standard Register Company | 23483 | $37,880.81 | 3/3/2015 | 226649 | 1/9/2015 | $530.60 |
| The Standard Register Company | The Standard Register Company | 23483 | $37,880.81 | 3/3/2015 | 226623 | 1/7/2015 | $737.77 |
| The Standard Register Company | The Standard Register Company | 23483 | $37,880.81 | 3/3/2015 | 226625 | 1/7/2015 | $552.26 |
| The Standard Register Company | The Standard Register Company | 23483 | $37,880.81 | 3/3/2015 | 226633 | 1/8/2015 | $2,014.34 |
| The Standard Register Company | The Standard Register Company | 23483 | $37,880.81 | 3/3/2015 | 226634 | 1/8/2015 | $1,053.04 |
| The Standard Register Company | The Standard Register Company | 23483 | $37,880.81 | 3/3/2015 | 226635 | 1/8/2015 | $583.39 |
| The Standard Register Company | The Standard Register Company | 23483 | $37,880.81 | 3/3/2015 | 226657 | 1/9/2015 | $871.70 |
| The Standard Register Company | The Standard Register Company | 23483 | $37,880.81 | 3/3/2015 | 226646 | 1/9/2015 | $351.92 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 23483 | $37,880.81 | 3/3/2015 | 226656 | 1/9/2015 | $379.00 |
| The Standard Register Company | The Standard Register Company | 23483 | $37,880.81 | 3/3/2015 | 226650 | 1/9/2015 | $698.00 |
| The Standard Register Company | The Standard Register Company | 23483 | $37,880.81 | 3/3/2015 | 226651 | 1/9/2015 | $1,553.90 |
| The Standard Register Company | The Standard Register Company | 23483 | $37,880.81 | 3/3/2015 | 226652 | 1/9/2015 | $606.40 |
| The Standard Register Company | The Standard Register Company | 23483 | $37,880.81 | 3/3/2015 | 226653 | 1/9/2015 | $720.10 |
| The Standard Register Company | The Standard Register Company | 23483 | $37,880.81 | 3/3/2015 | 226654 | 1/9/2015 | $1,743.40 |
| The Standard Register Company | The Standard Register Company | 23484 | $28,846.59 | 3/3/2015 | 226727 | 1/19/2015 | $739.03 |
| The Standard Register Company | The Standard Register Company | 23483 | $37,880.81 | 3/3/2015 | 226644 | 1/9/2015 | $892.52 |
| The Standard Register Company | The Standard Register Company | 23484 | $28,846.59 | 3/3/2015 | 226803 | 1/26/2015 | $867.98 |
| The Standard Register Company | The Standard Register Company | 23484 | $28,846.59 | 3/3/2015 | 226693 | 1/14/2015 | $787.62 |
| The Standard Register Company | The Standard Register Company | 23484 | $28,846.59 | 3/3/2015 | 226773 | 1/22/2015 | $964.36 |
| The Standard Register Company | The Standard Register Company | 23484 | $28,846.59 | 3/3/2015 | 226776 | 1/22/2015 | $661.31 |
| The Standard Register Company | The Standard Register Company | 23484 | $28,846.59 | 3/3/2015 | 226783 | 1/23/2015 | $685.87 |
| The Standard Register Company | The Standard Register Company | 23484 | $28,846.59 | 3/3/2015 | 226784 | 1/23/2015 | $739.03 |
| The Standard Register Company | The Standard Register Company | 23484 | $28,846.59 | 3/3/2015 | 226770 | 1/22/2015 | $409.26 |
| The Standard Register Company | The Standard Register Company | 23484 | $28,846.59 | 3/3/2015 | 226802 | 1/26/2015 | $1,000.09 |
| The Standard Register Company | The Standard Register Company | 23484 | $28,846.59 | 3/3/2015 | 226769 | 1/22/2015 | $409.26 |
| The Standard Register Company | The Standard Register Company | 23484 | $28,846.59 | 3/3/2015 | 226804 | 1/26/2015 | $1,481.17 |
| The Standard Register Company | The Standard Register Company | 23484 | $28,846.59 | 3/3/2015 | 226805 | 1/26/2015 | $1,919.22 |
| The Standard Register Company | The Standard Register Company | 23503 | $1,419.02 | 3/5/2015 | 226817 | 1/27/2015 | $891.19 |
| The Standard Register Company | The Standard Register Company | 23503 | $1,419.02 | 3/5/2015 | 226818 | 1/27/2015 | $555.84 |
| The Standard Register Company | The Standard Register Company | 23552 | $3,857.27 | 3/3/2015 | 226820 | 1/28/2015 | $2,023.70 |
| The Standard Register Company | The Standard Register Company | 23552 | $3,857.27 | 3/3/2015 | 226821 | 1/28/2015 | $885.51 |
| The Standard Register Company | The Standard Register Company | 23484 | $28,846.59 | 3/3/2015 | 226786 | 1/23/2015 | $1,515.63 |
| The Standard Register Company | The Standard Register Company | 23484 | $28,846.59 | 3/3/2015 | 226735 | 1/19/2015 | $963.93 |
| The Standard Register Company | The Standard Register Company | 23483 | $37,880.81 | 3/3/2015 | 226601 | 1/5/2015 | $943.89 |
| The Standard Register Company | The Standard Register Company | 23484 | $28,846.59 | 3/3/2015 | 226729 | 1/19/2015 | $616.17 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 23484 | $28,846.59 | 3/3/2015 | 226730 | 1/19/2015 | $616.17 |
| The Standard Register Company | The Standard Register Company | 23484 | $28,846.59 | 3/3/2015 | 226731 | 1/19/2015 | $2,245.60 |
| The Standard Register Company | The Standard Register Company | 23484 | $28,846.59 | 3/3/2015 | 226732 | 1/19/2015 | $721.28 |
| The Standard Register Company | The Standard Register Company | 23484 | $28,846.59 | 3/3/2015 | 226771 | 1/22/2015 | $421.88 |
| The Standard Register Company | The Standard Register Company | 23484 | $28,846.59 | 3/3/2015 | 226734 | 1/19/2015 | $1,640.38 |
| The Standard Register Company | The Standard Register Company | 23484 | $28,846.59 | 3/3/2015 | 226696 | 1/14/2015 | $587.92 |
| The Standard Register Company | The Standard Register Company | 23484 | $28,846.59 | 3/3/2015 | 226741 | 1/20/2015 | $1,778.20 |
| The Standard Register Company | The Standard Register Company | 23484 | $28,846.59 | 3/3/2015 | 226751 | 1/21/2015 | $941.89 |
| The Standard Register Company | The Standard Register Company | 23484 | $28,846.59 | 3/3/2015 | 226752 | 1/21/2015 | $453.10 |
| The Standard Register Company | The Standard Register Company | 23484 | $28,846.59 | 3/3/2015 | 226755 | 1/21/2015 | $760.13 |
| The Standard Register Company | The Standard Register Company | 23484 | $28,846.59 | 3/3/2015 | 226756 | 1/21/2015 | $500.88 |
| The Standard Register Company | The Standard Register Company | 23484 | $28,846.59 | 3/3/2015 | 226757 | 1/21/2015 | $1,004.49 |
| The Standard Register Company | The Standard Register Company | 23484 | $28,846.59 | 3/3/2015 | 226733 | 1/19/2015 | $847.60 |
| The Standard Register Company | The Standard Register Company | 1096776 | $24,739.67 | 2/18/2015 | 226660 | 1/9/2015 | $1,483.60 |
| The Standard Register Company | The Standard Register Company | 1099946 | $39,053.53 | 3/11/2015 | 226275 | 11/14/2014 | $1,122.00 |
| The Standard Register Company | The Standard Register Company | 1093449 | $916.08 | 2/4/2015 | 226468 | 12/10/2014 | $416.80 |
| The Standard Register Company | The Standard Register Company | 1093778 | $1,277.67 | 2/4/2015 | 226486 | 12/12/2014 | $1,367.13 |
| The Standard Register Company | The Standard Register Company | 1095049 | $2,063.67 | 2/10/2015 | 226518 | 12/17/2014 | $2,203.52 |
| The Standard Register Company | The Standard Register Company | 1096776 | $24,739.67 | 2/18/2015 | 225887 | 9/29/2014 | $8,491.02 |
| The Standard Register Company | The Standard Register Company | 1093099 | $801.18 | 2/3/2015 | 226330 | 11/20/2014 | $846.32 |
| The Standard Register Company | The Standard Register Company | 1096776 | $24,739.67 | 2/18/2015 | 226624 | 1/7/2015 | $11,653.79 |
| The Standard Register Company | The Standard Register Company | 1092646 | $297.06 | 2/2/2015 | 226434 | 12/8/2014 | $318.69 |
| The Standard Register Company | The Standard Register Company | 1097595 | $18,612.57 | 3/3/2015 | 226728 | 1/19/2015 | $558.82 |
| The Standard Register Company | The Standard Register Company | 1097595 | $18,612.57 | 3/3/2015 | 226754 | 1/21/2015 | $622.79 |
| The Standard Register Company | The Standard Register Company | 1097595 | $18,612.57 | 3/3/2015 | 226764 | 1/21/2015 | $18,807.79 |
| The Standard Register Company | The Standard Register Company | 1098913 | $2,232.72 | 3/4/2015 | 226132 | 10/28/2014 | $1,055.40 |
| The Standard Register Company | The Standard Register Company | 1098913 | $2,232.72 | 3/4/2015 | 226410 | 12/3/2014 | $1,177.32 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 23483 | $37,880.81 | 3/3/2015 | 226610 | 1/6/2015 | $3,119.04 |
| The Standard Register Company | The Standard Register Company | 1096776 | $24,739.67 | 2/18/2015 | 226609 | 1/6/2015 | $4,390.00 |
| The Standard Register Company | The Standard Register Company | 1087823 | $3,070.95 | 1/5/2015 | 226182 | 11/3/2014 | $1,100.69 |
| The Standard Register Company | The Standard Register Company | 1084866 | $4,303.46 | 12/16/2014 | 226206 | 11/6/2014 | $3,474.63 |
| The Standard Register Company | The Standard Register Company | 1084866 | $4,303.46 | 12/16/2014 | 226207 | 11/6/2014 | $1,146.75 |
| The Standard Register Company | The Standard Register Company | 1085850 | $1,657.06 | 12/29/2014 | 226228 | 11/10/2014 | $1,781.79 |
| The Standard Register Company | The Standard Register Company | 1086200 | $459.93 | 12/29/2014 | 226249 | 11/12/2014 | $492.97 |
| The Standard Register Company | The Standard Register Company | 1086801 | $5,802.05 | 12/30/2014 | 226262 | 11/13/2014 | $1,582.80 |
| The Standard Register Company | The Standard Register Company | 1093449 | $916.08 | 2/4/2015 | 226464 | 12/10/2014 | $564.30 |
| The Standard Register Company | The Standard Register Company | 1086801 | $5,802.05 | 12/30/2014 | 226279 | 11/17/2014 | $3,464.65 |
| The Standard Register Company | The Standard Register Company | 1099946 | $39,053.53 | 3/11/2015 | 226276 | 11/14/2014 | $935.00 |
| The Standard Register Company | The Standard Register Company | 1087823 | $3,070.95 | 1/5/2015 | 226183 | 11/3/2014 | $1,100.69 |
| The Standard Register Company | The Standard Register Company | 1087823 | $3,070.95 | 1/5/2015 | 226184 | 11/3/2014 | $1,100.69 |
| The Standard Register Company | The Standard Register Company | 1089051 | $1,678.35 | 1/6/2015 | 226359 | 11/25/2014 | $1,791.65 |
| The Standard Register Company | The Standard Register Company | 1090636 | $2,098.13 | 1/21/2015 | 226388 | 12/1/2014 | $2,252.33 |
| The Standard Register Company | The Standard Register Company | 1091473 | $3,066.26 | 1/27/2015 | 226407 | 12/3/2014 | $3,907.51 |
| The Standard Register Company | The Standard Register Company | 1091473 | $3,066.26 | 1/27/2015 | 226411 | 12/3/2014 | $702.69 |
| The Standard Register Company | The Standard Register Company | 1086801 | $5,802.05 | 12/30/2014 | 226270 | 11/14/2014 | $1,161.08 |
| The Standard Register Company | The Standard Register Company | 23482 | $5,439.70 | 3/4/2015 | 226661 | 1/12/2015 | $1,303.93 |
| The Standard Register Company | The Standard Register Company | 1099946 | $39,053.53 | 3/11/2015 | 226029 | 10/15/2014 | $1,060.44 |
| The Standard Register Company | The Standard Register Company | 1099946 | $39,053.53 | 3/11/2015 | 226868 | 1/30/2015 | $1,620.41 |
| The Standard Register Company | The Standard Register Company | 1099946 | $39,053.53 | 3/11/2015 | 226876 | 2/2/2015 | $1,638.43 |
| The Standard Register Company | The Standard Register Company | 23191 | $3,479.79 | 2/13/2015 | 226677 | 1/13/2015 | $3,479.79 |
| The Standard Register Company | The Standard Register Company | 23482 | $5,439.70 | 3/4/2015 | 226575 | 12/30/2014 | $1,133.04 |
| The Standard Register Company | The Standard Register Company | 1099946 | $39,053.53 | 3/11/2015 | 226843 | 1/29/2015 | $1,184.99 |
| The Standard Register Company | The Standard Register Company | 23482 | $5,439.70 | 3/4/2015 | 226588 | 12/31/2014 | $953.55 |
| The Standard Register Company | The Standard Register Company | 1099946 | $39,053.53 | 3/11/2015 | 226842 | 1/29/2015 | $1,126.51 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 23483 | $37,880.81 | 3/3/2015 | 226561 | 12/26/2014 | $709.03 |
| The Standard Register Company | The Standard Register Company | 23483 | $37,880.81 | 3/3/2015 | 226562 | 12/26/2014 | $2,106.96 |
| The Standard Register Company | The Standard Register Company | 23483 | $37,880.81 | 3/3/2015 | 226564 | 12/30/2014 | $1,018.73 |
| The Standard Register Company | The Standard Register Company | 23483 | $37,880.81 | 3/3/2015 | 226573 | 12/30/2014 | $609.67 |
| The Standard Register Company | The Standard Register Company | 23483 | $37,880.81 | 3/3/2015 | 226574 | 12/30/2014 | $710.90 |
| The Standard Register Company | The Standard Register Company | 23556 | $11,338.66 | 3/6/2015 | 226833 | 1/29/2015 | $983.28 |
| The Standard Register Company | The Standard Register Company | 23482 | $5,439.70 | 3/4/2015 | 226576 | 12/31/2014 | $2,049.18 |
| The Standard Register Company | The Standard Register Company | 1099946 | $39,053.53 | 3/11/2015 | 226645 | 1/9/2015 | $524.73 |
| The Standard Register Company | The Standard Register Company | 1099946 | $39,053.53 | 3/11/2015 | 226398 | 12/2/2014 | $870.24 |
| The Standard Register Company | The Standard Register Company | 1099946 | $39,053.53 | 3/11/2015 | 226424 | 12/5/2014 | $1,868.07 |
| The Standard Register Company | The Standard Register Company | 1099946 | $39,053.53 | 3/11/2015 | 226428 | 12/5/2014 | $1,371.06 |
| The Standard Register Company | The Standard Register Company | 1099946 | $39,053.53 | 3/11/2015 | 226485 | 12/12/2014 | $4,327.73 |
| The Standard Register Company | The Standard Register Company | 1099946 | $39,053.53 | 3/11/2015 | 226532 | 12/19/2014 | $510.24 |
| The Standard Register Company | The Standard Register Company | 1099946 | $39,053.53 | 3/11/2015 | 226847 | 1/29/2015 | $555.28 |
| The Standard Register Company | The Standard Register Company | 1099946 | $39,053.53 | 3/11/2015 | 226565 | 12/30/2014 | $1,545.60 |
| The Standard Register Company | The Standard Register Company | 23483 | $37,880.81 | 3/3/2015 | 226602 | 1/5/2015 | $844.13 |
| The Standard Register Company | The Standard Register Company | 1099946 | $39,053.53 | 3/11/2015 | 226667 | 1/12/2015 | $4,791.28 |
| The Standard Register Company | The Standard Register Company | 1099946 | $39,053.53 | 3/11/2015 | 226678 | 1/13/2015 | $1,441.54 |
| The Standard Register Company | The Standard Register Company | 1099946 | $39,053.53 | 3/11/2015 | 226695 | 1/14/2015 | $5,280.12 |
| The Standard Register Company | The Standard Register Company | 1099946 | $39,053.53 | 3/11/2015 | 226698 | 1/14/2015 | $1,148.25 |
| The Standard Register Company | The Standard Register Company | 1099946 | $39,053.53 | 3/11/2015 | 226816 | 1/27/2015 | $4,799.08 |
| The Standard Register Company | The Standard Register Company | 1099946 | $39,053.53 | 3/11/2015 | 226819 | 1/27/2015 | $1,633.65 |
| The Standard Register Company | The Standard Register Company | 1099946 | $39,053.53 | 3/11/2015 | 226558 | 12/24/2014 | $1,706.10 |
| The Standard Register Company | The Standard Register Company | ACH:13401 | $3,015.03 | 1/14/2015 | 226387 | 12/1/2014 | $774.28 |
| The Standard Register Company | The Standard Register Company | ACH:13581 | $2,279.10 | 1/23/2015 | 226408 | 12/3/2014 | $557.72 |
| The Standard Register Company | The Standard Register Company | ACH:13253 | $8,744.72 | 1/6/2015 | 226477 | 12/11/2014 | $3,371.45 |
| The Standard Register Company | The Standard Register Company | ACH:13299 | $1,057.17 | 1/9/2015 | 226467 | 12/10/2014 | $1,057.17 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | ACH:13334 | $9,254.29 | 1/12/2015 | 226587 | 12/31/2014 | $9,254.29 |
| The Standard Register Company | The Standard Register Company | ACH:13372 | $6,444.73 | 1/13/2015 | 226504 | 12/15/2014 | $2,335.24 |
| The Standard Register Company | The Standard Register Company | ACH:13234 | $619.59 | 1/5/2015 | 226376 | 11/26/2014 | $632.01 |
| The Standard Register Company | The Standard Register Company | ACH:13401 | $3,015.03 | 1/14/2015 | 226114 | 10/24/2014 | $2,295.02 |
| The Standard Register Company | The Standard Register Company | ACH:13222 | $6,045.79 | 1/5/2015 | 226365 | 11/25/2014 | $560.67 |
| The Standard Register Company | The Standard Register Company | ACH:13423 | $218.57 | 1/15/2015 | 226503 | 12/15/2014 | $218.57 |
| The Standard Register Company | The Standard Register Company | ACH:13440 | $996.31 | 1/15/2015 | 226399 | 12/2/2014 | $554.82 |
| The Standard Register Company | The Standard Register Company | ACH:13440 | $996.31 | 1/15/2015 | 226400 | 12/2/2014 | $460.15 |
| The Standard Register Company | The Standard Register Company | ACH:13519 | $1,502.05 | 1/21/2015 | 226535 | 12/22/2014 | $1,502.05 |
| The Standard Register Company | The Standard Register Company | ACH:13581 | $2,279.10 | 1/23/2015 | 226147 | 10/29/2014 | $858.93 |
| The Standard Register Company | The Standard Register Company | ACH:13143 | $1,956.89 | 12/30/2014 | 226304 | 11/19/2014 | $766.05 |
| The Standard Register Company | The Standard Register Company | ACH:13372 | $6,444.73 | 1/13/2015 | 226613 | 1/6/2015 | $4,109.49 |
| The Standard Register Company | The Standard Register Company | ACH:13222 | $6,045.79 | 1/5/2015 | 226341 | 11/24/2014 | $538.89 |
| The Standard Register Company | The Standard Register Company | 23552 | $3,857.27 | 3/3/2015 | 226822 | 1/28/2015 | $1,021.51 |
| The Standard Register Company | The Standard Register Company | ACH:13165 | $3,085.39 | 12/31/2014 | 226312 | 11/20/2014 | $799.43 |
| The Standard Register Company | The Standard Register Company | ACH:13165 | $3,085.39 | 12/31/2014 | 226313 | 11/20/2014 | $799.12 |
| The Standard Register Company | The Standard Register Company | ACH:13188 | $3,166.97 | 1/5/2015 | 226396 | 12/2/2014 | $895.92 |
| The Standard Register Company | The Standard Register Company | ACH:13188 | $3,166.97 | 1/5/2015 | 226404 | 12/3/2014 | $1,213.48 |
| The Standard Register Company | The Standard Register Company | ACH:13253 | $8,744.72 | 1/6/2015 | 226419 | 12/4/2014 | $5,373.27 |
| The Standard Register Company | The Standard Register Company | ACH:13222 | $6,045.79 | 1/5/2015 | 226340 | 11/24/2014 | $572.10 |
| The Standard Register Company | The Standard Register Company | ACH:13591 | $4,882.81 | 1/26/2015 | 226259 | 11/12/2014 | $1,501.64 |
| The Standard Register Company | The Standard Register Company | ACH:13222 | $6,045.79 | 1/5/2015 | 226342 | 11/24/2014 | $538.89 |
| The Standard Register Company | The Standard Register Company | ACH:13222 | $6,045.79 | 1/5/2015 | 226343 | 11/24/2014 | $998.28 |
| The Standard Register Company | The Standard Register Company | ACH:13222 | $6,045.79 | 1/5/2015 | 226344 | 11/24/2014 | $778.53 |
| The Standard Register Company | The Standard Register Company | ACH:13222 | $6,045.79 | 1/5/2015 | 226345 | 11/24/2014 | $306.04 |
| The Standard Register Company | The Standard Register Company | ACH:13222 | $6,045.79 | 1/5/2015 | 226346 | 11/24/2014 | $1,271.78 |
| The Standard Register Company | The Standard Register Company | ACH:13222 | $6,045.79 | 1/5/2015 | 226364 | 11/25/2014 | $598.71 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | ACH:13188 | $3,166.97 | 1/5/2015 | 226409 | 12/3/2014 | $1,057.57 |
| The Standard Register Company | The Standard Register Company | ACH:13812 | $4,998.34 | 2/9/2015 | 226521 | 12/17/2014 | $4,131.50 |
| The Standard Register Company | The Standard Register Company | ACH:13581 | $2,279.10 | 1/23/2015 | 226406 | 12/3/2014 | $906.78 |
| The Standard Register Company | The Standard Register Company | ACH:13736 | $2,853.71 | 2/4/2015 | 226501 | 12/15/2014 | $1,171.45 |
| The Standard Register Company | The Standard Register Company | ACH:13736 | $2,853.71 | 2/4/2015 | 226502 | 12/15/2014 | $1,288.59 |
| The Standard Register Company | The Standard Register Company | ACH:13736 | $2,853.71 | 2/4/2015 | 226505 | 12/15/2014 | $445.80 |
| The Standard Register Company | The Standard Register Company | ACH:13753 | $689.84 | 2/5/2015 | 226527 | 12/18/2014 | $703.63 |
| The Standard Register Company | The Standard Register Company | ACH:13690 | $4,599.60 | 2/2/2015 | 226475 | 12/11/2014 | $550.10 |
| The Standard Register Company | The Standard Register Company | ACH:13769 | $2,481.50 | 2/6/2015 | 226536 | 12/22/2014 | $1,343.57 |
| The Standard Register Company | The Standard Register Company | ACH:13690 | $4,599.60 | 2/2/2015 | 226474 | 12/11/2014 | $2,180.82 |
| The Standard Register Company | The Standard Register Company | ACH:13812 | $4,998.34 | 2/9/2015 | 226537 | 12/22/2014 | $968.32 |
| The Standard Register Company | The Standard Register Company | ACH:13838 | $3,733.47 | 2/11/2015 | 226541 | 12/23/2014 | $929.01 |
| The Standard Register Company | The Standard Register Company | ACH:13838 | $3,733.47 | 2/11/2015 | 226542 | 12/23/2014 | $631.66 |
| The Standard Register Company | The Standard Register Company | ACH:13838 | $3,733.47 | 2/11/2015 | 226543 | 12/23/2014 | $631.66 |
| The Standard Register Company | The Standard Register Company | ACH:13838 | $3,733.47 | 2/11/2015 | 226544 | 12/23/2014 | $538.89 |
| The Standard Register Company | The Standard Register Company | ACH:13838 | $3,733.47 | 2/11/2015 | 226545 | 12/23/2014 | $538.89 |
| The Standard Register Company | The Standard Register Company | ACH:13769 | $2,481.50 | 2/6/2015 | 226531 | 12/19/2014 | $1,160.78 |
| The Standard Register Company | The Standard Register Company | ACH:13630 | $3,729.33 | 1/27/2015 | 226439 | 12/8/2014 | $1,074.03 |
| The Standard Register Company | The Standard Register Company | ACH:13591 | $4,882.81 | 1/26/2015 | 226423 | 12/5/2014 | $673.48 |
| The Standard Register Company | The Standard Register Company | ACH:13591 | $4,882.81 | 1/26/2015 | 226425 | 12/5/2014 | $1,045.30 |
| The Standard Register Company | The Standard Register Company | ACH:13591 | $4,882.81 | 1/26/2015 | 226426 | 12/5/2014 | $649.84 |
| The Standard Register Company | The Standard Register Company | ACH:13591 | $4,882.81 | 1/26/2015 | 226427 | 12/5/2014 | $1,105.92 |
| The Standard Register Company | The Standard Register Company | ACH:13630 | $3,729.33 | 1/27/2015 | 226260 | 11/12/2014 | $670.32 |
| The Standard Register Company | The Standard Register Company | ACH:13690 | $4,599.60 | 2/2/2015 | 226476 | 12/11/2014 | $1,205.28 |
| The Standard Register Company | The Standard Register Company | ACH:13630 | $3,729.33 | 1/27/2015 | 226438 | 12/8/2014 | $721.28 |
| The Standard Register Company | The Standard Register Company | ACH:13143 | $1,956.89 | 12/30/2014 | 226300 | 11/18/2014 | $386.05 |
| The Standard Register Company | The Standard Register Company | ACH:13638 | $5,386.49 | 1/29/2015 | 226451 | 12/9/2014 | $894.38 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | ACH:13638 | $5,386.49 | 1/29/2015 | 226453 | 12/9/2014 | $1,167.38 |
| The Standard Register Company | The Standard Register Company | ACH:13638 | $5,386.49 | 1/29/2015 | 226454 | 12/9/2014 | $2,396.48 |
| The Standard Register Company | The Standard Register Company | ACH:13638 | $5,386.49 | 1/29/2015 | 226455 | 12/9/2014 | $1,031.70 |
| The Standard Register Company | The Standard Register Company | ACH:13666 | $880.77 | 1/30/2015 | 226446 | 12/10/2014 | $897.08 |
| The Standard Register Company | The Standard Register Company | ACH:13690 | $4,599.60 | 2/2/2015 | 226473 | 12/11/2014 | $753.53 |
| The Standard Register Company | The Standard Register Company | ACH:13630 | $3,729.33 | 1/27/2015 | 226436 | 12/8/2014 | $1,334.25 |
| The Standard Register Company | The Standard Register Company | ACH:12766 | $3,514.82 | 12/12/2014 | 226202 | 11/5/2014 | $739.03 |
| The Standard Register Company | The Standard Register Company | ACH:12820 | $1,401.40 | 12/16/2014 | 226274 | 11/14/2014 | $1,401.40 |
| The Standard Register Company | The Standard Register Company | ACH:12742 | $2,652.76 | 12/12/2014 | 226255 | 11/12/2014 | $2,167.37 |
| The Standard Register Company | The Standard Register Company | ACH:12742 | $2,652.76 | 12/12/2014 | 226405 | 12/3/2014 | $485.39 |
| The Standard Register Company | The Standard Register Company | ACH:12766 | $3,514.82 | 12/12/2014 | 225721 | 9/10/2014 | $155.55 |
| The Standard Register Company | The Standard Register Company | ACH:12766 | $3,514.82 | 12/12/2014 | 225722 | 9/10/2014 | $155.55 |
| The Standard Register Company | The Standard Register Company | 23556 | $11,338.66 | 3/6/2015 | 226869 | 1/30/2015 | $697.60 |
| The Standard Register Company | The Standard Register Company | ACH:12766 | $3,514.82 | 12/12/2014 | 226188 | 11/4/2014 | $926.56 |
| The Standard Register Company | The Standard Register Company | 23556 | $11,338.66 | 3/6/2015 | 226850 | 1/29/2015 | $721.29 |
| The Standard Register Company | The Standard Register Company | ACH:12766 | $3,514.82 | 12/12/2014 | 226203 | 11/5/2014 | $895.07 |
| The Standard Register Company | The Standard Register Company | ACH:12782 | $2,748.05 | 12/15/2014 | 226290 | 11/17/2014 | $2,748.05 |
| The Standard Register Company | The Standard Register Company | ACH:12798 | $1,310.44 | 12/15/2014 | 225723 | 9/10/2014 | $155.55 |
| The Standard Register Company | The Standard Register Company | ACH:12798 | $1,310.44 | 12/15/2014 | 225724 | 9/10/2014 | $155.55 |
| The Standard Register Company | The Standard Register Company | ACH:12798 | $1,310.44 | 12/15/2014 | 226209 | 11/6/2014 | $719.43 |
| The Standard Register Company | The Standard Register Company | ACH:13165 | $3,085.39 | 12/31/2014 | 226311 | 11/20/2014 | $1,543.28 |
| The Standard Register Company | The Standard Register Company | ACH:12766 | $3,514.82 | 12/12/2014 | 226187 | 11/4/2014 | $712.01 |
| The Standard Register Company | The Standard Register Company | 23556 | $11,338.66 | 3/6/2015 | 226840 | 1/29/2015 | $305.10 |
| The Standard Register Company | The Standard Register Company | ACH:13838 | $3,733.47 | 2/11/2015 | 226546 | 12/23/2014 | $538.89 |
| The Standard Register Company | The Standard Register Company | 23556 | $11,338.66 | 3/6/2015 | 226834 | 1/29/2015 | $305.10 |
| The Standard Register Company | The Standard Register Company | 23556 | $11,338.66 | 3/6/2015 | 226835 | 1/29/2015 | $305.10 |
| The Standard Register Company | The Standard Register Company | 23556 | $11,338.66 | 3/6/2015 | 226836 | 1/29/2015 | $305.10 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 23556 | $11,338.66 | 3/6/2015 | 226837 | 1/29/2015 | $305.10 |
| The Standard Register Company | The Standard Register Company | 23582 | $660.82 | 3/11/2015 | 226878 | 2/2/2015 | $674.31 |
| The Standard Register Company | The Standard Register Company | 23556 | $11,338.66 | 3/6/2015 | 226839 | 1/29/2015 | $305.10 |
| The Standard Register Company | The Standard Register Company | ACH:12874 | $1,604.25 | 12/17/2014 | 226218 | 11/7/2014 | $737.14 |
| The Standard Register Company | The Standard Register Company | 23556 | $11,338.66 | 3/6/2015 | 226841 | 1/29/2015 | $305.10 |
| The Standard Register Company | The Standard Register Company | 23556 | $11,338.66 | 3/6/2015 | 226844 | 1/29/2015 | $896.02 |
| The Standard Register Company | The Standard Register Company | 23556 | $11,338.66 | 3/6/2015 | 226845 | 1/29/2015 | $896.02 |
| The Standard Register Company | The Standard Register Company | 23556 | $11,338.66 | 3/6/2015 | 226846 | 1/29/2015 | $1,407.98 |
| The Standard Register Company | The Standard Register Company | 23556 | $11,338.66 | 3/6/2015 | 226848 | 1/29/2015 | $1,833.77 |
| The Standard Register Company | The Standard Register Company | 23556 | $11,338.66 | 3/6/2015 | 226849 | 1/29/2015 | $328.25 |
| The Standard Register Company | The Standard Register Company | 23556 | $11,338.66 | 3/6/2015 | 226838 | 1/29/2015 | $305.10 |
| The Standard Register Company | The Standard Register Company | ACH:13046 | $5,654.81 | 12/29/2014 | 226288 | 11/17/2014 | $312.61 |
| The Standard Register Company | The Standard Register Company | ACH:12798 | $1,310.44 | 12/15/2014 | 226210 | 11/6/2014 | $306.27 |
| The Standard Register Company | The Standard Register Company | ACH:13029 | $7,037.29 | 12/24/2014 | 226257 | 11/12/2014 | $813.42 |
| The Standard Register Company | The Standard Register Company | ACH:13029 | $7,037.29 | 12/24/2014 | 226258 | 11/12/2014 | $907.72 |
| The Standard Register Company | The Standard Register Company | ACH:13046 | $5,654.81 | 12/29/2014 | 226263 | 11/13/2014 | $1,005.51 |
| The Standard Register Company | The Standard Register Company | ACH:13046 | $5,654.81 | 12/29/2014 | 226284 | 11/17/2014 | $733.14 |
| The Standard Register Company | The Standard Register Company | ACH:13029 | $7,037.29 | 12/24/2014 | 226253 | 11/12/2014 | $659.20 |
| The Standard Register Company | The Standard Register Company | ACH:13046 | $5,654.81 | 12/29/2014 | 226287 | 11/17/2014 | $2,672.60 |
| The Standard Register Company | The Standard Register Company | ACH:13029 | $7,037.29 | 12/24/2014 | 226252 | 11/12/2014 | $1,231.55 |
| The Standard Register Company | The Standard Register Company | ACH:13070 | $6,837.64 | 12/29/2014 | 226339 | 11/24/2014 | $1,498.08 |
| The Standard Register Company | The Standard Register Company | ACH:13070 | $6,837.64 | 12/29/2014 | 226366 | 11/25/2014 | $1,474.49 |
| The Standard Register Company | The Standard Register Company | ACH:13070 | $6,837.64 | 12/29/2014 | 226375 | 11/26/2014 | $2,168.55 |
| The Standard Register Company | The Standard Register Company | ACH:13070 | $6,837.64 | 12/29/2014 | 226506 | 12/15/2014 | $840.76 |
| The Standard Register Company | The Standard Register Company | ACH:13070 | $6,837.64 | 12/29/2014 | 226507 | 12/15/2014 | $855.76 |
| The Standard Register Company | The Standard Register Company | ACH:13143 | $1,956.89 | 12/30/2014 | 226298 | 11/18/2014 | $842.08 |
| The Standard Register Company | The Standard Register Company | ACH:13046 | $5,654.81 | 12/29/2014 | 226285 | 11/17/2014 | $1,036.13 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | ACH:12965 | $1,337.69 | 12/23/2014 | 226338 | 11/24/2014 | $1,337.69 |
| The Standard Register Company | The Standard Register Company | ACH:12874 | $1,604.25 | 12/17/2014 | 226220 | 11/7/2014 | $899.52 |
| The Standard Register Company | The Standard Register Company | ACH:12884 | $4,161.60 | 12/18/2014 | 226289 | 11/17/2014 | $2,534.31 |
| The Standard Register Company | The Standard Register Company | ACH:12884 | $4,161.60 | 12/18/2014 | 226328 | 11/21/2014 | $1,627.29 |
| The Standard Register Company | The Standard Register Company | ACH:12891 | $581.43 | 12/18/2014 | 225859 | 9/25/2014 | $593.30 |
| The Standard Register Company | The Standard Register Company | ACH:12903 | $7,492.81 | 12/19/2014 | 226299 | 11/18/2014 | $2,758.88 |
| The Standard Register Company | The Standard Register Company | ACH:13029 | $7,037.29 | 12/24/2014 | 226256 | 11/12/2014 | $1,648.56 |
| The Standard Register Company | The Standard Register Company | ACH:12903 | $7,492.81 | 12/19/2014 | 226465 | 12/10/2014 | $3,574.55 |
| The Standard Register Company | The Standard Register Company | 23556 | $11,338.66 | 3/6/2015 | 226832 | 1/29/2015 | $1,322.36 |
| The Standard Register Company | The Standard Register Company | ACH:12998 | $4,019.98 | 12/23/2014 | 226231 | 11/10/2014 | $486.02 |
| The Standard Register Company | The Standard Register Company | ACH:12998 | $4,019.98 | 12/23/2014 | 226232 | 11/10/2014 | $2,162.90 |
| The Standard Register Company | The Standard Register Company | ACH:12998 | $4,019.98 | 12/23/2014 | 226233 | 11/10/2014 | $661.31 |
| The Standard Register Company | The Standard Register Company | ACH:12998 | $4,019.98 | 12/23/2014 | 226234 | 11/10/2014 | $786.79 |
| The Standard Register Company | The Standard Register Company | ACH:13029 | $7,037.29 | 12/24/2014 | 226243 | 11/11/2014 | $1,103.95 |
| The Standard Register Company | The Standard Register Company | ACH:13029 | $7,037.29 | 12/24/2014 | 226244 | 11/11/2014 | $801.01 |
| The Standard Register Company | The Standard Register Company | ACH:12903 | $7,492.81 | 12/19/2014 | 226452 | 12/9/2014 | $1,159.38 |

**Totals:**   64 transfer(s),   $340,934.57