

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | | | | | | |
|---|---|---|---|---|---|---|
| **Defendant:** | **Carter Brothers Security Services, LLC** | | | | | |
| **Bankruptcy Case:** | **SRC Liquidation Company** | | | | | |
| **Preference Period:** | **Dec 12, 2014 - Mar 12, 2015** | | | | | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | ACH:13135 | $3,293.58 | 12/30/2014 | 25707 | 12/9/2014 | $3,293.58 |
| The Standard Register Company | The Standard Register Company | 1096955 | $2,010.00 | 2/24/2015 | 112014 | 11/25/2014 | $2,010.00 |
| The Standard Register Company | The Standard Register Company | 1096807 | $2,010.00 | 2/19/2015 | 122014 | 1/6/2015 | $2,010.00 |
| The Standard Register Company | The Standard Register Company | 1095181 | $1,845.00 | 2/10/2015 | 12015 | 1/6/2015 | $1,845.00 |
| The Standard Register Company | The Standard Register Company | 1093900 | $1,337.79 | 2/6/2015 | 25525C03A | 12/12/2014 | $1,375.92 |
| The Standard Register Company | The Standard Register Company | 1093899 | $3,614.00 | 2/6/2015 | 25623C01 | 12/11/2014 | $3,716.28 |
| The Standard Register Company | The Standard Register Company | 1091953 | $441.12 | 2/2/2015 | 25847 | 12/4/2014 | $454.76 |
| The Standard Register Company | The Standard Register Company | 1089160 | $42,394.26 | 1/7/2015 | 25613FNL | 11/25/2014 | $43,602.22 |
| The Standard Register Company | The Standard Register Company | 1089159 | $25,190.50 | 1/7/2015 | 25614FNL | 11/25/2014 | $19,147.35 |
| The Standard Register Company | The Standard Register Company | 1089159 | $25,190.50 | 1/7/2015 | 25612FNL | 11/25/2014 | $6,758.37 |
| The Standard Register Company | The Standard Register Company | 1088556 | $2,362.94 | 1/7/2015 | 25697 | 11/20/2014 | $1,665.75 |
| The Standard Register Company | The Standard Register Company | 1088556 | $2,362.94 | 1/7/2015 | 25696 | 11/20/2014 | $765.35 |
| The Standard Register Company | The Standard Register Company | 1084472 | $21,470.89 | 12/17/2014 | 25695 | 11/4/2014 | $765.35 |
| The Standard Register Company | The Standard Register Company | 1084472 | $21,470.89 | 12/17/2014 | 25623B | 11/4/2014 | $21,313.61 |
| The Standard Register Company | The Standard Register Company | 1084471 | $39,064.44 | 1/14/2015 | 25622B | 11/4/2014 | $40,170.04 |

**Totals:** 12 transfer(s), $145,034.52