

| | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

Defendant: **Diversified Labeling Solutions, Inc.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1091048 | $748.51 | 1/21/2015 | 609649 | 12/2/2014 | $528.20 |
| The Standard Register Company | The Standard Register Company | 1093032 | $28,848.53 | 1/30/2015 | 611453 | 12/18/2014 | $170.04 |
| The Standard Register Company | The Standard Register Company | 1092728 | $7,037.53 | 2/3/2015 | 610245 | 12/8/2014 | $1,056.60 |
| The Standard Register Company | The Standard Register Company | 1092728 | $7,037.53 | 2/3/2015 | 610203 | 12/8/2014 | $541.04 |
| The Standard Register Company | The Standard Register Company | 1092728 | $7,037.53 | 2/3/2015 | 610202 | 12/8/2014 | $720.05 |
| The Standard Register Company | The Standard Register Company | 1092728 | $7,037.53 | 2/3/2015 | 610151 | 12/8/2014 | $5,245.35 |
| The Standard Register Company | The Standard Register Company | 1091978 | $1,452.41 | 1/28/2015 | 609979 | 12/4/2014 | $150.39 |
| The Standard Register Company | The Standard Register Company | 1091978 | $1,452.41 | 1/28/2015 | 609978 | 12/4/2014 | $749.07 |
| The Standard Register Company | The Standard Register Company | 1091978 | $1,452.41 | 1/28/2015 | 608754 | 11/20/2014 | $660.04 |
| The Standard Register Company | The Standard Register Company | 1093032 | $28,848.53 | 1/30/2015 | 610453 | 12/9/2014 | $4,065.36 |
| The Standard Register Company | The Standard Register Company | 1091548 | $1,299.40 | 1/27/2015 | 606055 | 10/24/2014 | $875.00 |
| The Standard Register Company | The Standard Register Company | 1093032 | $28,848.53 | 1/30/2015 | 610454 | 12/9/2014 | $1,596.11 |
| The Standard Register Company | The Standard Register Company | 1091048 | $748.51 | 1/21/2015 | 609648 | 12/2/2014 | $276.64 |
| The Standard Register Company | The Standard Register Company | 1090714 | $2,549.40 | 1/20/2015 | 609448 | 12/1/2014 | $295.42 |
| The Standard Register Company | The Standard Register Company | 1090714 | $2,549.40 | 1/20/2015 | 606661 | 10/30/2014 | $2,268.20 |
| The Standard Register Company | The Standard Register Company | 1090714 | $2,549.40 | 1/20/2015 | 605687 | 10/21/2014 | $171.48 |
| The Standard Register Company | The Standard Register Company | 1089768 | $756.79 | 1/9/2015 | 609345 | 11/26/2014 | $813.76 |
| The Standard Register Company | The Standard Register Company | 1089203 | $1,121.38 | 1/6/2015 | 609176 | 11/25/2014 | $254.83 |
| The Standard Register Company | The Standard Register Company | 1089203 | $1,121.38 | 1/6/2015 | 609162 | 11/25/2014 | $313.67 |
| The Standard Register Company | The Standard Register Company | 1089203 | $1,121.38 | 1/6/2015 | 609044 | 11/24/2014 | $637.28 |
| The Standard Register Company | The Standard Register Company | 1088600 | $1,530.86 | 1/6/2015 | 608910 | 11/21/2014 | $546.25 |
| The Standard Register Company | The Standard Register Company | 1091548 | $1,299.40 | 1/27/2015 | 609824 | 12/3/2014 | $522.20 |
| The Standard Register Company | The Standard Register Company | 1093032 | $28,848.53 | 1/30/2015 | 610893 | 12/12/2014 | $721.38 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1083515 | $15,642.45 | 12/15/2014 | 606788 | 10/31/2014 | $68.10 |
| The Standard Register Company | The Standard Register Company | 1093032 | $28,848.53 | 1/30/2015 | 611266 | 12/17/2014 | $427.20 |
| The Standard Register Company | The Standard Register Company | 1093032 | $28,848.53 | 1/30/2015 | 611265 | 12/17/2014 | $2,992.18 |
| The Standard Register Company | The Standard Register Company | 1093032 | $28,848.53 | 1/30/2015 | 611264 | 12/17/2014 | $244.53 |
| The Standard Register Company | The Standard Register Company | 1093032 | $28,848.53 | 1/30/2015 | 611263 | 12/17/2014 | $868.85 |
| The Standard Register Company | The Standard Register Company | 1093032 | $28,848.53 | 1/30/2015 | 611151 | 12/16/2014 | $2,856.00 |
| The Standard Register Company | The Standard Register Company | 1093032 | $28,848.53 | 1/30/2015 | 611074 | 12/16/2014 | $728.03 |
| The Standard Register Company | The Standard Register Company | 1093032 | $28,848.53 | 1/30/2015 | 611066 | 12/16/2014 | $371.34 |
| The Standard Register Company | The Standard Register Company | 1093032 | $28,848.53 | 1/30/2015 | 610431 | 12/9/2014 | $282.72 |
| The Standard Register Company | The Standard Register Company | 1093032 | $28,848.53 | 1/30/2015 | 610936 | 12/15/2014 | $1,038.60 |
| The Standard Register Company | The Standard Register Company | 1087958 | $13,471.65 | 1/5/2015 | 608633 | 11/19/2014 | $644.90 |
| The Standard Register Company | The Standard Register Company | 1093032 | $28,848.53 | 1/30/2015 | 610892 | 12/12/2014 | $331.92 |
| The Standard Register Company | The Standard Register Company | 1093032 | $28,848.53 | 1/30/2015 | 610891 | 12/12/2014 | $110.64 |
| The Standard Register Company | The Standard Register Company | 1093032 | $28,848.53 | 1/30/2015 | 610864 | 12/12/2014 | $62.31 |
| The Standard Register Company | The Standard Register Company | 1093032 | $28,848.53 | 1/30/2015 | 610863 | 12/12/2014 | $62.31 |
| The Standard Register Company | The Standard Register Company | 1093032 | $28,848.53 | 1/30/2015 | 610763 | 12/12/2014 | $724.20 |
| The Standard Register Company | The Standard Register Company | 1093032 | $28,848.53 | 1/30/2015 | 610762 | 12/12/2014 | $724.20 |
| The Standard Register Company | The Standard Register Company | 1093032 | $28,848.53 | 1/30/2015 | 610718 | 12/11/2014 | $899.40 |
| The Standard Register Company | The Standard Register Company | 1093032 | $28,848.53 | 1/30/2015 | 610456 | 12/9/2014 | $553.20 |
| The Standard Register Company | The Standard Register Company | 1093032 | $28,848.53 | 1/30/2015 | 610455 | 12/9/2014 | $860.55 |
| The Standard Register Company | The Standard Register Company | 1093032 | $28,848.53 | 1/30/2015 | 610947 | 12/15/2014 | $1,484.00 |
| The Standard Register Company | The Standard Register Company | 1084956 | $3,236.40 | 12/18/2014 | 607275 | 11/6/2014 | $2,605.00 |
| The Standard Register Company | The Standard Register Company | 1086303 | $6,606.10 | 12/30/2014 | 607784 | 11/11/2014 | $261.00 |
| The Standard Register Company | The Standard Register Company | 1086303 | $6,606.10 | 12/30/2014 | 607781 | 11/11/2014 | $261.00 |
| The Standard Register Company | The Standard Register Company | 1086303 | $6,606.10 | 12/30/2014 | 607712 | 11/11/2014 | $2,371.46 |
| The Standard Register Company | The Standard Register Company | 1086303 | $6,606.10 | 12/30/2014 | 607711 | 11/11/2014 | $1,693.90 |
| The Standard Register Company | The Standard Register Company | 1085900 | $1,171.84 | 12/29/2014 | 607646 | 11/10/2014 | $134.40 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1085900 | $1,171.84 | 12/29/2014 | 607645 | 11/10/2014 | $241.00 |
| The Standard Register Company | The Standard Register Company | 1085900 | $1,171.84 | 12/29/2014 | 607582 | 11/10/2014 | $884.64 |
| The Standard Register Company | The Standard Register Company | 1085583 | $659.83 | 12/23/2014 | 605459 | 10/17/2014 | $141.90 |
| The Standard Register Company | The Standard Register Company | 1088600 | $1,530.86 | 1/6/2015 | 608875 | 11/21/2014 | $814.11 |
| The Standard Register Company | The Standard Register Company | 1084956 | $3,236.40 | 12/18/2014 | 607276 | 11/6/2014 | $875.00 |
| The Standard Register Company | The Standard Register Company | 1086303 | $6,606.10 | 12/30/2014 | 607916 | 11/12/2014 | $528.48 |
| The Standard Register Company | The Standard Register Company | 1084508 | $7,002.52 | 12/16/2014 | 607215 | 11/5/2014 | $599.84 |
| The Standard Register Company | The Standard Register Company | 1084508 | $7,002.52 | 12/16/2014 | 607174 | 11/5/2014 | $120.24 |
| The Standard Register Company | The Standard Register Company | 1084508 | $7,002.52 | 12/16/2014 | 607158 | 11/5/2014 | $528.48 |
| The Standard Register Company | The Standard Register Company | 1084508 | $7,002.52 | 12/16/2014 | 607137 | 11/5/2014 | $181.30 |
| The Standard Register Company | The Standard Register Company | 1084508 | $7,002.52 | 12/16/2014 | 607134 | 11/5/2014 | $191.16 |
| The Standard Register Company | The Standard Register Company | 1084508 | $7,002.52 | 12/16/2014 | 607028 | 11/4/2014 | $5,245.35 |
| The Standard Register Company | The Standard Register Company | 1084508 | $7,002.52 | 12/16/2014 | 607025 | 11/4/2014 | $657.85 |
| The Standard Register Company | The Standard Register Company | 1084092 | $410.13 | 12/16/2014 | 606868 | 11/3/2014 | $441.00 |
| The Standard Register Company | The Standard Register Company | 1083515 | $15,642.45 | 12/15/2014 | 606809 | 10/31/2014 | $16,751.74 |
| The Standard Register Company | The Standard Register Company | 1085583 | $659.83 | 12/23/2014 | 605458 | 10/17/2014 | $567.60 |
| The Standard Register Company | The Standard Register Company | 1087252 | $5,929.28 | 12/31/2014 | 608268 | 11/17/2014 | $1,555.86 |
| The Standard Register Company | The Standard Register Company | 1093032 | $28,848.53 | 1/30/2015 | 611552 | 12/22/2014 | $274.71 |
| The Standard Register Company | The Standard Register Company | 1087958 | $13,471.65 | 1/5/2015 | 608616 | 11/19/2014 | $9,623.34 |
| The Standard Register Company | The Standard Register Company | 1087958 | $13,471.65 | 1/5/2015 | 608611 | 11/19/2014 | $728.32 |
| The Standard Register Company | The Standard Register Company | 1087958 | $13,471.65 | 1/5/2015 | 608483 | 11/18/2014 | $1,147.47 |
| The Standard Register Company | The Standard Register Company | 1087958 | $13,471.65 | 1/5/2015 | 608482 | 11/18/2014 | $1,484.00 |
| The Standard Register Company | The Standard Register Company | 1087958 | $13,471.65 | 1/5/2015 | 608481 | 11/18/2014 | $218.40 |
| The Standard Register Company | The Standard Register Company | 1087958 | $13,471.65 | 1/5/2015 | 608480 | 11/18/2014 | $637.28 |
| The Standard Register Company | The Standard Register Company | 1087252 | $5,929.28 | 12/31/2014 | 608272 | 11/17/2014 | $166.73 |
| The Standard Register Company | The Standard Register Company | 1087252 | $5,929.28 | 12/31/2014 | 608271 | 11/17/2014 | $1,217.35 |
| The Standard Register Company | The Standard Register Company | 1086303 | $6,606.10 | 12/30/2014 | 607885 | 11/12/2014 | $207.20 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1087252 | $5,929.28 | 12/31/2014 | 608269 | 11/17/2014 | $1,704.69 |
| The Standard Register Company | The Standard Register Company | 1086303 | $6,606.10 | 12/30/2014 | 607886 | 11/12/2014 | $207.20 |
| The Standard Register Company | The Standard Register Company | 1087252 | $5,929.28 | 12/31/2014 | 608267 | 11/17/2014 | $113.80 |
| The Standard Register Company | The Standard Register Company | 1087252 | $5,929.28 | 12/31/2014 | 608160 | 11/14/2014 | $311.60 |
| The Standard Register Company | The Standard Register Company | 1087252 | $5,929.28 | 12/31/2014 | 608159 | 11/14/2014 | $323.89 |
| The Standard Register Company | The Standard Register Company | 1087252 | $5,929.28 | 12/31/2014 | 608158 | 11/14/2014 | $113.80 |
| The Standard Register Company | The Standard Register Company | 1087252 | $5,929.28 | 12/31/2014 | 608116 | 11/14/2014 | $301.67 |
| The Standard Register Company | The Standard Register Company | 1086303 | $6,606.10 | 12/30/2014 | 607955 | 11/12/2014 | $282.72 |
| The Standard Register Company | The Standard Register Company | 1086303 | $6,606.10 | 12/30/2014 | 607918 | 11/12/2014 | $800.28 |
| The Standard Register Company | The Standard Register Company | 1086303 | $6,606.10 | 12/30/2014 | 607917 | 11/12/2014 | $490.08 |
| The Standard Register Company | The Standard Register Company | 1088600 | $1,530.86 | 1/6/2015 | 608755 | 11/20/2014 | $276.64 |
| The Standard Register Company | The Standard Register Company | 1087252 | $5,929.28 | 12/31/2014 | 608270 | 11/17/2014 | $553.20 |
| The Standard Register Company | The Standard Register Company | 7010534 | $1,174.55 | 2/24/2015 | 616059 | 2/9/2015 | $1,008.13 |
| The Standard Register Company | The Standard Register Company | 1093032 | $28,848.53 | 1/30/2015 | 611267 | 12/17/2014 | $180.36 |
| The Standard Register Company | The Standard Register Company | 7010564 | $25,689.98 | 2/25/2015 | 616948 | 2/17/2015 | $182.74 |
| The Standard Register Company | The Standard Register Company | 7010564 | $25,689.98 | 2/25/2015 | 616912 | 2/17/2015 | $5,352.90 |
| The Standard Register Company | The Standard Register Company | 7010564 | $25,689.98 | 2/25/2015 | 616170 | 2/10/2015 | $7,841.24 |
| The Standard Register Company | The Standard Register Company | 7010564 | $25,689.98 | 2/25/2015 | 616169 | 2/10/2015 | $564.48 |
| The Standard Register Company | The Standard Register Company | 7010564 | $25,689.98 | 2/25/2015 | 616168 | 2/10/2015 | $282.24 |
| The Standard Register Company | The Standard Register Company | 7010564 | $25,689.98 | 2/25/2015 | 616167 | 2/10/2015 | $282.24 |
| The Standard Register Company | The Standard Register Company | 7010564 | $25,689.98 | 2/25/2015 | 616109 | 2/9/2015 | $547.00 |
| The Standard Register Company | The Standard Register Company | 7010564 | $25,689.98 | 2/25/2015 | 617052 | 2/18/2015 | $302.41 |
| The Standard Register Company | The Standard Register Company | 7010534 | $1,174.55 | 2/24/2015 | 616061 | 2/9/2015 | $254.83 |
| The Standard Register Company | The Standard Register Company | 7010564 | $25,689.98 | 2/25/2015 | 617053 | 2/18/2015 | $120.24 |
| The Standard Register Company | The Standard Register Company | 7010416 | $26,485.80 | 2/16/2015 | 616302 | 2/11/2015 | $14,064.96 |
| The Standard Register Company | The Standard Register Company | 7010416 | $26,485.80 | 2/16/2015 | 616180 | 2/10/2015 | $14,414.40 |
| The Standard Register Company | The Standard Register Company | 1096242 | $67.45 | 2/12/2015 | 612396 | 1/5/2015 | $67.45 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1095926 | $45,051.36 | 2/9/2015 | 614752 | 1/27/2015 | $285.15 |
| The Standard Register Company | The Standard Register Company | 1095926 | $45,051.36 | 2/9/2015 | 614674 | 1/27/2015 | $2,590.00 |
| The Standard Register Company | The Standard Register Company | 1095926 | $45,051.36 | 2/9/2015 | 614672 | 1/27/2015 | $302.41 |
| The Standard Register Company | The Standard Register Company | 1095926 | $45,051.36 | 2/9/2015 | 614665 | 1/27/2015 | $377.20 |
| The Standard Register Company | The Standard Register Company | 1095926 | $45,051.36 | 2/9/2015 | 614536 | 1/26/2015 | $212.94 |
| The Standard Register Company | The Standard Register Company | 1095926 | $45,051.36 | 2/9/2015 | 614444 | 1/23/2015 | $572.60 |
| The Standard Register Company | The Standard Register Company | 7010564 | $25,689.98 | 2/25/2015 | 616107 | 2/9/2015 | $273.50 |
| The Standard Register Company | The Standard Register Company | 7010564 | $25,689.98 | 2/25/2015 | 617173 | 2/19/2015 | $1,448.40 |
| The Standard Register Company | The Standard Register Company | ACH:13057 | $13,664.85 | 12/29/2014 | 610077 | 12/5/2014 | $13,664.85 |
| The Standard Register Company | The Standard Register Company | ACH:12926 | $6,014.25 | 12/22/2014 | 608909 | 11/21/2014 | $891.00 |
| The Standard Register Company | The Standard Register Company | ACH:12926 | $6,014.25 | 12/22/2014 | 608908 | 11/21/2014 | $5,123.25 |
| The Standard Register Company | The Standard Register Company | 7010752 | $2,240.00 | 3/9/2015 | 615705 | 2/4/2015 | $2,240.00 |
| The Standard Register Company | The Standard Register Company | 7010685 | $67.45 | 3/4/2015 | 615315 | 2/2/2015 | $67.45 |
| The Standard Register Company | The Standard Register Company | 7010564 | $25,689.98 | 2/25/2015 | 617258 | 2/19/2015 | $715.28 |
| The Standard Register Company | The Standard Register Company | 7010564 | $25,689.98 | 2/25/2015 | 617230 | 2/19/2015 | $240.48 |
| The Standard Register Company | The Standard Register Company | 7010564 | $25,689.98 | 2/25/2015 | 617229 | 2/19/2015 | $240.48 |
| The Standard Register Company | The Standard Register Company | 7010564 | $25,689.98 | 2/25/2015 | 617051 | 2/18/2015 | $120.24 |
| The Standard Register Company | The Standard Register Company | 7010564 | $25,689.98 | 2/25/2015 | 617174 | 2/19/2015 | $1,448.40 |
| The Standard Register Company | The Standard Register Company | 1095926 | $45,051.36 | 2/9/2015 | 613675 | 1/16/2015 | $1,805.72 |
| The Standard Register Company | The Standard Register Company | 7010564 | $25,689.98 | 2/25/2015 | 617099 | 2/18/2015 | $22.14 |
| The Standard Register Company | The Standard Register Company | 7010564 | $25,689.98 | 2/25/2015 | 617098 | 2/18/2015 | $22.14 |
| The Standard Register Company | The Standard Register Company | 7010564 | $25,689.98 | 2/25/2015 | 617097 | 2/18/2015 | $22.14 |
| The Standard Register Company | The Standard Register Company | 7010564 | $25,689.98 | 2/25/2015 | 617096 | 2/18/2015 | $22.14 |
| The Standard Register Company | The Standard Register Company | 7010564 | $25,689.98 | 2/25/2015 | 617095 | 2/18/2015 | $22.14 |
| The Standard Register Company | The Standard Register Company | 7010564 | $25,689.98 | 2/25/2015 | 617094 | 2/18/2015 | $313.29 |
| The Standard Register Company | The Standard Register Company | 7010564 | $25,689.98 | 2/25/2015 | 617093 | 2/18/2015 | $313.29 |
| The Standard Register Company | The Standard Register Company | 7010564 | $25,689.98 | 2/25/2015 | 617067 | 2/18/2015 | $959.97 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010564 | $25,689.98 | 2/25/2015 | 617063 | 2/18/2015 | $1,389.74 |
| The Standard Register Company | The Standard Register Company | 7010564 | $25,689.98 | 2/25/2015 | 617175 | 2/19/2015 | $4,768.50 |
| The Standard Register Company | The Standard Register Company | 1093061 | $4,542.92 | 1/30/2015 | 606036 | 10/24/2014 | $96.34 |
| The Standard Register Company | The Standard Register Company | 1095926 | $45,051.36 | 2/9/2015 | 612428 | 1/5/2015 | $363.66 |
| The Standard Register Company | The Standard Register Company | 1094289 | $2,246.28 | 2/9/2015 | 611486 | 12/18/2014 | $2,415.36 |
| The Standard Register Company | The Standard Register Company | 1094251 | $2,752.48 | 2/6/2015 | 612077 | 12/30/2014 | $1,702.36 |
| The Standard Register Company | The Standard Register Company | 1094251 | $2,752.48 | 2/6/2015 | 612076 | 12/30/2014 | $1,191.27 |
| The Standard Register Company | The Standard Register Company | 1093061 | $4,542.92 | 1/30/2015 | 612005 | 12/29/2014 | $432.32 |
| The Standard Register Company | The Standard Register Company | 1093061 | $4,542.92 | 1/30/2015 | 610712 | 12/11/2014 | $510.00 |
| The Standard Register Company | The Standard Register Company | 1093061 | $4,542.92 | 1/30/2015 | 610710 | 12/11/2014 | $637.50 |
| The Standard Register Company | The Standard Register Company | 1093061 | $4,542.92 | 1/30/2015 | 608073 | 11/13/2014 | $356.30 |
| The Standard Register Company | The Standard Register Company | 1095926 | $45,051.36 | 2/9/2015 | 614365 | 1/23/2015 | $11,731.50 |
| The Standard Register Company | The Standard Register Company | 1093061 | $4,542.92 | 1/30/2015 | 606787 | 10/31/2014 | $749.10 |
| The Standard Register Company | The Standard Register Company | 1095926 | $45,051.36 | 2/9/2015 | 612711 | 1/7/2015 | $3,158.06 |
| The Standard Register Company | The Standard Register Company | 1093032 | $28,848.53 | 1/30/2015 | 611899 | 12/29/2014 | $528.48 |
| The Standard Register Company | The Standard Register Company | 1093032 | $28,848.53 | 1/30/2015 | 611898 | 12/29/2014 | $418.50 |
| The Standard Register Company | The Standard Register Company | 1093032 | $28,848.53 | 1/30/2015 | 611897 | 12/29/2014 | $3,387.99 |
| The Standard Register Company | The Standard Register Company | 1093032 | $28,848.53 | 1/30/2015 | 611851 | 12/24/2014 | $441.00 |
| The Standard Register Company | The Standard Register Company | 1093032 | $28,848.53 | 1/30/2015 | 611715 | 12/23/2014 | $530.78 |
| The Standard Register Company | The Standard Register Company | 1093032 | $28,848.53 | 1/30/2015 | 611701 | 12/23/2014 | $858.90 |
| The Standard Register Company | The Standard Register Company | 1093032 | $28,848.53 | 1/30/2015 | 611700 | 12/23/2014 | $1,128.96 |
| The Standard Register Company | The Standard Register Company | 1093032 | $28,848.53 | 1/30/2015 | 611616 | 12/22/2014 | $780.00 |
| The Standard Register Company | The Standard Register Company | 1093032 | $28,848.53 | 1/30/2015 | 611615 | 12/22/2014 | $2,906.21 |
| The Standard Register Company | The Standard Register Company | 1093061 | $4,542.92 | 1/30/2015 | 608059 | 11/13/2014 | $1,761.36 |
| The Standard Register Company | The Standard Register Company | 1095926 | $45,051.36 | 2/9/2015 | 613090 | 1/12/2015 | $1,420.60 |
| The Standard Register Company | The Standard Register Company | ACH:13107 | $11,435.12 | 12/30/2014 | 610452 | 12/9/2014 | $11,435.12 |
| The Standard Register Company | The Standard Register Company | 1095926 | $45,051.36 | 2/9/2015 | 613674 | 1/16/2015 | $4,404.14 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1095926 | $45,051.36 | 2/9/2015 | 613673 | 1/16/2015 | $1,702.20 |
| The Standard Register Company | The Standard Register Company | 1095926 | $45,051.36 | 2/9/2015 | 613584 | 1/7/2015 | $185.44 |
| The Standard Register Company | The Standard Register Company | 1095926 | $45,051.36 | 2/9/2015 | 613485 | 1/15/2015 | $3,082.87 |
| The Standard Register Company | The Standard Register Company | 1095926 | $45,051.36 | 2/9/2015 | 613464 | 1/15/2015 | $174.64 |
| The Standard Register Company | The Standard Register Company | 1095926 | $45,051.36 | 2/9/2015 | 613410 | 1/14/2015 | $63.04 |
| The Standard Register Company | The Standard Register Company | 1095926 | $45,051.36 | 2/9/2015 | 613409 | 1/14/2015 | $63.04 |
| The Standard Register Company | The Standard Register Company | 1095926 | $45,051.36 | 2/9/2015 | 613310 | 1/14/2015 | $86.88 |
| The Standard Register Company | The Standard Register Company | 1095926 | $45,051.36 | 2/9/2015 | 612429 | 1/5/2015 | $399.07 |
| The Standard Register Company | The Standard Register Company | 1095926 | $45,051.36 | 2/9/2015 | 613091 | 1/12/2015 | $1,420.60 |
| The Standard Register Company | The Standard Register Company | 1095926 | $45,051.36 | 2/9/2015 | 612710 | 1/7/2015 | $316.48 |
| The Standard Register Company | The Standard Register Company | 1095926 | $45,051.36 | 2/9/2015 | 613063 | 1/12/2015 | $454.47 |
| The Standard Register Company | The Standard Register Company | 1095926 | $45,051.36 | 2/9/2015 | 612999 | 1/9/2015 | $3,493.23 |
| The Standard Register Company | The Standard Register Company | 1095926 | $45,051.36 | 2/9/2015 | 612779 | 1/8/2015 | $804.90 |
| The Standard Register Company | The Standard Register Company | 1095926 | $45,051.36 | 2/9/2015 | 612778 | 1/8/2015 | $480.65 |
| The Standard Register Company | The Standard Register Company | 1095926 | $45,051.36 | 2/9/2015 | 612715 | 1/7/2015 | $3,441.06 |
| The Standard Register Company | The Standard Register Company | 1095926 | $45,051.36 | 2/9/2015 | 612714 | 1/7/2015 | $272.43 |
| The Standard Register Company | The Standard Register Company | 1095926 | $45,051.36 | 2/9/2015 | 612713 | 1/7/2015 | $2,094.30 |
| The Standard Register Company | The Standard Register Company | 1095926 | $45,051.36 | 2/9/2015 | 612712 | 1/7/2015 | $795.76 |
| The Standard Register Company | The Standard Register Company | 1095926 | $45,051.36 | 2/9/2015 | 614349 | 1/23/2015 | $713.07 |
| The Standard Register Company | The Standard Register Company | 1095926 | $45,051.36 | 2/9/2015 | 613092 | 1/12/2015 | $333.55 |

**Totals:** 31 transfer(s), $240,907.50