

**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **DXP Enterprises, Inc.** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1087764 | $72,583.95 | 1/5/2015 | 7371575 | 11/14/2014 | $115.30 |
| The Standard Register Company | The Standard Register Company | 1090356 | $5,426.17 | 1/13/2015 | 7397733 | 11/25/2014 | $55.27 |
| The Standard Register Company | The Standard Register Company | 1087764 | $72,583.95 | 1/5/2015 | 7353792 | 11/10/2014 | $92.35 |
| The Standard Register Company | The Standard Register Company | 1087764 | $72,583.95 | 1/5/2015 | 7367140 | 11/13/2014 | $7,091.96 |
| The Standard Register Company | The Standard Register Company | 1087764 | $72,583.95 | 1/5/2015 | 7367161 | 11/13/2014 | $556.40 |
| The Standard Register Company | The Standard Register Company | 1087764 | $72,583.95 | 1/5/2015 | 7367169 | 11/13/2014 | $556.40 |
| The Standard Register Company | The Standard Register Company | 1087764 | $72,583.95 | 1/5/2015 | 7345281 | 11/6/2014 | $177.73 |
| The Standard Register Company | The Standard Register Company | 1087764 | $72,583.95 | 1/5/2015 | 7371560 | 11/14/2014 | $69.29 |
| The Standard Register Company | The Standard Register Company | 1087764 | $72,583.95 | 1/5/2015 | 7345260 | 11/6/2014 | $434.96 |
| The Standard Register Company | The Standard Register Company | 1087764 | $72,583.95 | 1/5/2015 | 7371605 | 11/14/2014 | $44.58 |
| The Standard Register Company | The Standard Register Company | 1087764 | $72,583.95 | 1/5/2015 | SR0199 | 10/27/2014 | $40,226.25 |
| The Standard Register Company | The Standard Register Company | 1090356 | $5,426.17 | 1/13/2015 | 7397687 | 11/25/2014 | $2,942.50 |
| The Standard Register Company | The Standard Register Company | 1090356 | $5,426.17 | 1/13/2015 | 7397697 | 11/25/2014 | $92.65 |
| The Standard Register Company | The Standard Register Company | 1090356 | $5,426.17 | 1/13/2015 | 7397717 | 11/25/2014 | $1,893.95 |
| The Standard Register Company | The Standard Register Company | 1085906 | $863.28 | 12/29/2014 | 7282279 | 10/16/2014 | $863.28 |
| The Standard Register Company | The Standard Register Company | 1087764 | $72,583.95 | 1/5/2015 | 7367173 | 11/13/2014 | $460.10 |
| The Standard Register Company | The Standard Register Company | 1087764 | $72,583.95 | 1/5/2015 | 7329856 | 10/31/2014 | $143.38 |
| The Standard Register Company | The Standard Register Company | 1087275 | $549.01 | 12/30/2014 | 7300917 | 10/22/2014 | $549.01 |
| The Standard Register Company | The Standard Register Company | 1087764 | $72,583.95 | 1/5/2015 | 7315916 | 10/28/2014 | $38.57 |
| The Standard Register Company | The Standard Register Company | 1087764 | $72,583.95 | 1/5/2015 | 7315923 | 10/28/2014 | $38.57 |
| The Standard Register Company | The Standard Register Company | 1087764 | $72,583.95 | 1/5/2015 | 7315938 | 10/28/2014 | $5,742.71 |
| The Standard Register Company | The Standard Register Company | 1087764 | $72,583.95 | 1/5/2015 | 7316018 | 10/28/2014 | $2,728.52 |
| The Standard Register Company | The Standard Register Company | 1087764 | $72,583.95 | 1/5/2015 | 7353773 | 11/10/2014 | $9,644.12 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1087764 | $72,583.95 | 1/5/2015 | 7329833 | 10/31/2014 | $616.32 |
| The Standard Register Company | The Standard Register Company | 1090356 | $5,426.17 | 1/13/2015 | 7397739 | 11/25/2014 | $93.97 |
| The Standard Register Company | The Standard Register Company | 1087764 | $72,583.95 | 1/5/2015 | 7329934 | 10/31/2014 | $204.16 |
| The Standard Register Company | The Standard Register Company | 1087764 | $72,583.95 | 1/5/2015 | 7329940 | 10/31/2014 | $1,028.54 |
| The Standard Register Company | The Standard Register Company | 1087764 | $72,583.95 | 1/5/2015 | 7345184 | 11/6/2014 | $48.69 |
| The Standard Register Company | The Standard Register Company | 1087764 | $72,583.95 | 1/5/2015 | 7345194 | 11/6/2014 | $1,049.94 |
| The Standard Register Company | The Standard Register Company | 1087764 | $72,583.95 | 1/5/2015 | 7345213 | 11/6/2014 | $851.83 |
| The Standard Register Company | The Standard Register Company | 1087764 | $72,583.95 | 1/5/2015 | 7345254 | 11/6/2014 | $6.96 |
| The Standard Register Company | The Standard Register Company | 1087764 | $72,583.95 | 1/5/2015 | 7329818 | 10/31/2014 | $616.32 |
| The Standard Register Company | The Standard Register Company | 1090534 | $9,758.27 | 1/13/2015 | 7299309 | 10/22/2014 | $172.08 |
| The Standard Register Company | The Standard Register Company | 1090356 | $5,426.17 | 1/13/2015 | 7397730 | 11/25/2014 | $55.27 |
| The Standard Register Company | The Standard Register Company | 1090534 | $9,758.27 | 1/13/2015 | 7282263 | 10/16/2014 | $535.00 |
| The Standard Register Company | The Standard Register Company | 1090534 | $9,758.27 | 1/13/2015 | 7282269 | 10/16/2014 | $685.34 |
| The Standard Register Company | The Standard Register Company | 1090534 | $9,758.27 | 1/13/2015 | 7299288 | 10/22/2014 | $110.56 |
| The Standard Register Company | The Standard Register Company | 1090534 | $9,758.27 | 1/13/2015 | 7299289 | 10/22/2014 | $70.76 |
| The Standard Register Company | The Standard Register Company | 1090534 | $9,758.27 | 1/13/2015 | 7268547 | 10/10/2014 | $256.88 |
| The Standard Register Company | The Standard Register Company | 1090534 | $9,758.27 | 1/13/2015 | 7299301 | 10/22/2014 | $89.85 |
| The Standard Register Company | The Standard Register Company | 1090534 | $9,758.27 | 1/13/2015 | 7257814 | 10/8/2014 | $46.67 |
| The Standard Register Company | The Standard Register Company | 1090902 | $3,323.41 | 1/20/2015 | 7406343 | 11/26/2014 | $1,433.80 |
| The Standard Register Company | The Standard Register Company | 1090902 | $3,323.41 | 1/20/2015 | 7406356 | 11/26/2014 | $64.40 |
| The Standard Register Company | The Standard Register Company | 1090902 | $3,323.41 | 1/20/2015 | 7406391 | 11/26/2014 | $1,825.21 |
| The Standard Register Company | The Standard Register Company | 1091055 | $445.55 | 1/20/2015 | 7310121 | 10/24/2014 | $445.55 |
| The Standard Register Company | The Standard Register Company | 1095220 | $1,371.53 | 2/9/2015 | 7414966 | 12/3/2014 | $508.25 |
| The Standard Register Company | The Standard Register Company | 1095220 | $1,371.53 | 2/9/2015 | 7414981 | 12/3/2014 | $863.28 |
| The Standard Register Company | The Standard Register Company | 1090534 | $9,758.27 | 1/13/2015 | 7299296 | 10/22/2014 | $43.87 |
| The Standard Register Company | The Standard Register Company | 1090534 | $9,758.27 | 1/13/2015 | 7251028 | 10/6/2014 | $219.65 |
| The Standard Register Company | The Standard Register Company | 1090356 | $5,426.17 | 1/13/2015 | 7397744 | 11/25/2014 | $122.36 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1090356 | $5,426.17 | 1/13/2015 | 7397766 | 11/25/2014 | $61.80 |
| The Standard Register Company | The Standard Register Company | 1090356 | $5,426.17 | 1/13/2015 | 7397770 | 11/25/2014 | $68.29 |
| The Standard Register Company | The Standard Register Company | 1090356 | $5,426.17 | 1/13/2015 | 7397780 | 11/25/2014 | $40.11 |
| The Standard Register Company | The Standard Register Company | 1090534 | $9,758.27 | 1/13/2015 | 7241492 | 10/1/2014 | $115.26 |
| The Standard Register Company | The Standard Register Company | 1090534 | $9,758.27 | 1/13/2015 | 7276065 | 10/14/2014 | $1,625.37 |
| The Standard Register Company | The Standard Register Company | 1090534 | $9,758.27 | 1/13/2015 | 7241504 | 10/1/2014 | $760.77 |
| The Standard Register Company | The Standard Register Company | 1095703 | $185.47 | 2/10/2015 | 7425535 | 12/5/2014 | $185.47 |
| The Standard Register Company | The Standard Register Company | 1090534 | $9,758.27 | 1/13/2015 | 7251036 | 10/6/2014 | $1,277.15 |
| The Standard Register Company | The Standard Register Company | 1090534 | $9,758.27 | 1/13/2015 | 7257775 | 10/8/2014 | $865.10 |
| The Standard Register Company | The Standard Register Company | 1090534 | $9,758.27 | 1/13/2015 | 7257780 | 10/8/2014 | $185.65 |
| The Standard Register Company | The Standard Register Company | 1090534 | $9,758.27 | 1/13/2015 | 7257784 | 10/8/2014 | $1,016.50 |
| The Standard Register Company | The Standard Register Company | 1090534 | $9,758.27 | 1/13/2015 | 7257789 | 10/8/2014 | $1,249.76 |
| The Standard Register Company | The Standard Register Company | 1090534 | $9,758.27 | 1/13/2015 | 7257808 | 10/8/2014 | $130.31 |
| The Standard Register Company | The Standard Register Company | 1090534 | $9,758.27 | 1/13/2015 | 7241498 | 10/1/2014 | $301.74 |

**Totals:** 9 transfer(s), $94,506.64