

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

**Defendant:** **Flagship Press, Inc.**  
**Bankruptcy Case:** **SRC Liquidation Company**  
**Preference Period:** **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1087303 | $12,844.27 | 12/30/2014 | 16444 | 11/5/2014 | $2,539.01 |
| The Standard Register Company | The Standard Register Company | 1083541 | $19,800.39 | 12/12/2014 | 16353 | 10/31/2014 | $21,192.10 |
| The Standard Register Company | The Standard Register Company | 1089237 | $10,622.41 | 1/6/2015 | 16937 | 11/24/2014 | $10,042.35 |
| The Standard Register Company | The Standard Register Company | 1089237 | $10,622.41 | 1/6/2015 | 16936 | 11/24/2014 | $1,372.72 |
| The Standard Register Company | The Standard Register Company | 1088639 | $2,856.39 | 1/5/2015 | 16870 | 11/20/2014 | $1,342.50 |
| The Standard Register Company | The Standard Register Company | 1088639 | $2,856.39 | 1/5/2015 | 16869 | 11/20/2014 | $1,709.36 |
| The Standard Register Company | The Standard Register Company | 1087990 | $6,635.83 | 1/5/2015 | 16809 | 11/19/2014 | $1,620.00 |
| The Standard Register Company | The Standard Register Company | 1087990 | $6,635.83 | 1/5/2015 | 16808 | 11/19/2014 | $866.13 |
| The Standard Register Company | The Standard Register Company | 1087990 | $6,635.83 | 1/5/2015 | 16805 | 11/19/2014 | $417.00 |
| The Standard Register Company | The Standard Register Company | 1087990 | $6,635.83 | 1/5/2015 | 16776 | 11/18/2014 | $3,477.78 |
| The Standard Register Company | The Standard Register Company | 1087990 | $6,635.83 | 1/5/2015 | 16763 | 11/18/2014 | $713.00 |
| The Standard Register Company | The Standard Register Company | 1087303 | $12,844.27 | 12/30/2014 | 16726 | 11/17/2014 | $6,612.80 |
| The Standard Register Company | The Standard Register Company | 1087303 | $12,844.27 | 12/30/2014 | 16676 | 11/13/2014 | $906.90 |
| The Standard Register Company | The Standard Register Company | 1089790 | $33,920.54 | 1/12/2015 | 17020 | 11/26/2014 | $887.00 |
| The Standard Register Company | The Standard Register Company | 1087303 | $12,844.27 | 12/30/2014 | 165121 | 11/12/2014 | $3,312.06 |
| The Standard Register Company | The Standard Register Company | 1089790 | $33,920.54 | 1/12/2015 | 17021 | 11/26/2014 | $480.31 |
| The Standard Register Company | The Standard Register Company | 1086333 | $3,538.97 | 12/30/2014 | 16602 | 11/11/2014 | $3,097.48 |
| The Standard Register Company | The Standard Register Company | 1086333 | $3,538.97 | 12/30/2014 | 16169 | 10/29/2014 | $679.00 |
| The Standard Register Company | The Standard Register Company | 1085917 | $15,507.38 | 12/30/2014 | 16550 | 11/10/2014 | $15,286.96 |
| The Standard Register Company | The Standard Register Company | 1085917 | $15,507.38 | 12/30/2014 | 16530 | 11/10/2014 | $412.77 |
| The Standard Register Company | The Standard Register Company | 1085917 | $15,507.38 | 12/30/2014 | 15944 | 10/22/2014 | $546.86 |
| The Standard Register Company | The Standard Register Company | 1085917 | $15,507.38 | 12/30/2014 | 15875 | 10/21/2014 | $395.00 |
| The Standard Register Company | The Standard Register Company | 1085347 | $9,572.89 | 12/23/2014 | 16513 | 11/7/2014 | $10,278.38 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1084977 | $4,320.00 | 12/16/2014 | 16474 | 11/6/2014 | $3,434.32 |
| The Standard Register Company | The Standard Register Company | 1084977 | $4,320.00 | 12/16/2014 | 16472 | 11/6/2014 | $1,204.98 |
| The Standard Register Company | The Standard Register Company | 1084789 | $1,550.73 | 12/16/2014 | 16484 | 12/10/2014 | $1,550.73 |
| The Standard Register Company | The Standard Register Company | 1084531 | $2,327.43 | 12/16/2014 | 16445 | 11/5/2014 | $781.69 |
| The Standard Register Company | The Standard Register Company | 1084531 | $2,327.43 | 12/16/2014 | 16443 | 11/5/2014 | $372.00 |
| The Standard Register Company | The Standard Register Company | 1084531 | $2,327.43 | 12/16/2014 | 16442 | 11/5/2014 | $1,322.00 |
| The Standard Register Company | The Standard Register Company | 1087303 | $12,844.27 | 12/30/2014 | 16669 | 11/13/2014 | $412.98 |
| The Standard Register Company | The Standard Register Company | 1093970 | $3,156.89 | 2/4/2015 | 17357 | 12/11/2014 | $2,590.00 |
| The Standard Register Company | The Standard Register Company | 22387 | $2,142.57 | 1/21/2015 | 17059 | 12/2/2014 | $2,184.25 |
| The Standard Register Company | The Standard Register Company | 22197 | $1,989.97 | 1/12/2015 | 13429 | 7/31/2014 | $2,029.38 |
| The Standard Register Company | The Standard Register Company | 21986 | $1,080.42 | 1/5/2015 | 16481 | 11/20/2014 | $1,100.40 |
| The Standard Register Company | The Standard Register Company | 21977 | $29,031.05 | 1/5/2015 | 16720 | 11/18/2014 | $29,619.61 |
| The Standard Register Company | The Standard Register Company | 21675 | $1,983.03 | 12/30/2014 | 16533 | 11/10/2014 | $2,021.20 |
| The Standard Register Company | The Standard Register Company | 1096460 | $33,258.37 | 2/18/2015 | 17651 | 12/23/2014 | $2,117.37 |
| The Standard Register Company | The Standard Register Company | 1096460 | $33,258.37 | 2/18/2015 | 17649 | 12/23/2014 | $5,836.96 |
| The Standard Register Company | The Standard Register Company | 1096460 | $33,258.37 | 2/18/2015 | 17640 | 12/23/2014 | $27,690.68 |
| The Standard Register Company | The Standard Register Company | 1096069 | $1,728.52 | 2/24/2015 | 17626 | 12/22/2014 | $1,848.14 |
| The Standard Register Company | The Standard Register Company | 1095718 | $3,379.15 | 2/11/2015 | 17539 | 12/19/2014 | $3,592.44 |
| The Standard Register Company | The Standard Register Company | 1095241 | $11,454.13 | 2/11/2015 | 17512 | 12/17/2014 | $1,114.00 |
| The Standard Register Company | The Standard Register Company | 1095241 | $11,454.13 | 2/11/2015 | 17502 | 12/17/2014 | $4,192.51 |
| The Standard Register Company | The Standard Register Company | 1089790 | $33,920.54 | 1/12/2015 | 17019 | 11/26/2014 | $1,190.00 |
| The Standard Register Company | The Standard Register Company | 1095241 | $11,454.13 | 2/11/2015 | 17500 | 12/17/2014 | $1,905.65 |
| The Standard Register Company | The Standard Register Company | 22797 | $10,862.92 | 2/4/2015 | 17212 | 12/9/2014 | $11,080.70 |
| The Standard Register Company | The Standard Register Company | 1093970 | $3,156.89 | 2/4/2015 | 17356 | 12/11/2014 | $777.45 |
| The Standard Register Company | The Standard Register Company | 1093560 | $18,908.75 | 2/4/2015 | 17311 | 12/10/2014 | $4,728.93 |
| The Standard Register Company | The Standard Register Company | 1093560 | $18,908.75 | 2/4/2015 | 17310 | 12/10/2014 | $3,534.62 |
| The Standard Register Company | The Standard Register Company | 1093560 | $18,908.75 | 2/4/2015 | 17309 | 12/10/2014 | $1,625.28 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1093560 | $18,908.75 | 2/4/2015 | 17307 | 12/10/2014 | $3,341.69 |
| The Standard Register Company | The Standard Register Company | 1093560 | $18,908.75 | 2/4/2015 | 170631 | 12/10/2014 | $6,937.05 |
| The Standard Register Company | The Standard Register Company | 1093178 | $5,947.44 | 2/4/2015 | 17298 | 12/9/2014 | $4,994.78 |
| The Standard Register Company | The Standard Register Company | 1093178 | $5,947.44 | 2/4/2015 | 17281 | 12/9/2014 | $1,390.97 |
| The Standard Register Company | The Standard Register Company | 1091570 | $2,742.23 | 1/27/2015 | 17116 | 12/3/2014 | $2,907.26 |
| The Standard Register Company | The Standard Register Company | 1089790 | $33,920.54 | 1/12/2015 | 17075 | 11/26/2014 | $11,322.48 |
| The Standard Register Company | The Standard Register Company | 1089790 | $33,920.54 | 1/12/2015 | 17074 | 11/26/2014 | $15,143.86 |
| The Standard Register Company | The Standard Register Company | 1089790 | $33,920.54 | 1/12/2015 | 17073 | 11/26/2014 | $564.51 |
| The Standard Register Company | The Standard Register Company | 1089790 | $33,920.54 | 1/12/2015 | 17028 | 11/26/2014 | $6,818.35 |
| The Standard Register Company | The Standard Register Company | 1095241 | $11,454.13 | 2/11/2015 | 17501 | 12/17/2014 | $5,026.42 |

**Totals:**    26 transfer(s),    $251,162.67