

|  | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

Defendant: **FLEXcon Company, Inc.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1097439 | $69,107.84 | 3/2/2015 | 2249359001 | 2/12/2015 | $2,133.00 |
| The Standard Register Company | The Standard Register Company | 1099121 | $42,051.25 | 3/4/2015 | 2248772001 | 2/13/2015 | $12,332.26 |
| The Standard Register Company | The Standard Register Company | 1099121 | $42,051.25 | 3/4/2015 | 02250117-001 | 2/17/2015 | $3,497.04 |
| The Standard Register Company | The Standard Register Company | 1099121 | $42,051.25 | 3/4/2015 | 02249686-001 | 2/17/2015 | $1,335.86 |
| The Standard Register Company | The Standard Register Company | 1097644 | $50,497.27 | 3/2/2015 | 2249356001 | 2/13/2015 | $3,560.22 |
| The Standard Register Company | The Standard Register Company | 1097644 | $50,497.27 | 3/2/2015 | 2249323001 | 2/13/2015 | $18,747.30 |
| The Standard Register Company | The Standard Register Company | 1097644 | $50,497.27 | 3/2/2015 | 2248773001 | 2/13/2015 | $2,170.60 |
| The Standard Register Company | The Standard Register Company | 1097644 | $50,497.27 | 3/2/2015 | 2248771001 | 2/12/2015 | $3,560.22 |
| The Standard Register Company | The Standard Register Company | 1097644 | $50,497.27 | 3/2/2015 | 2244185001 | 2/13/2015 | $7,098.89 |
| The Standard Register Company | The Standard Register Company | 1097644 | $50,497.27 | 3/2/2015 | 02249812-001 | 2/13/2015 | $2,624.40 |
| The Standard Register Company | The Standard Register Company | 21327 | $18,082.49 | 12/16/2014 | 02231970-001 | 12/2/2014 | $6,512.56 |
| The Standard Register Company | The Standard Register Company | 1097644 | $50,497.27 | 3/2/2015 | 02246022-001 | 2/14/2015 | $8,572.33 |
| The Standard Register Company | The Standard Register Company | 1099121 | $42,051.25 | 3/4/2015 | 2249647001 | 2/16/2015 | $12,684.60 |
| The Standard Register Company | The Standard Register Company | 1097439 | $69,107.84 | 3/2/2015 | 2249358001 | 2/12/2015 | $2,192.40 |
| The Standard Register Company | The Standard Register Company | 1097439 | $69,107.84 | 3/2/2015 | 2249357001 | 2/12/2015 | $196.43 |
| The Standard Register Company | The Standard Register Company | 1097439 | $69,107.84 | 3/2/2015 | 2249324001 | 2/13/2015 | $14,106.02 |
| The Standard Register Company | The Standard Register Company | 1097439 | $69,107.84 | 3/2/2015 | 2248781001 | 2/11/2015 | $3,430.77 |
| The Standard Register Company | The Standard Register Company | 1097439 | $69,107.84 | 3/2/2015 | 2248369001 | 2/12/2015 | $2,666.70 |
| The Standard Register Company | The Standard Register Company | 1097439 | $69,107.84 | 3/2/2015 | 2248367001 | 2/12/2015 | $4,770.00 |
| The Standard Register Company | The Standard Register Company | 1097439 | $69,107.84 | 3/2/2015 | 2247911001 | 2/11/2015 | $3,520.66 |
| The Standard Register Company | The Standard Register Company | 1097439 | $69,107.84 | 3/2/2015 | 2247909001 | 2/11/2015 | $1,393.47 |
| The Standard Register Company | The Standard Register Company | 1097439 | $69,107.84 | 3/2/2015 | 2247908001 | 2/11/2015 | $1,408.08 |
| The Standard Register Company | The Standard Register Company | 1097439 | $69,107.84 | 3/2/2015 | 02245997-001 | 2/11/2015 | $4,300.54 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1097644 | $50,497.27 | 3/2/2015 | 02246025-001 | 2/14/2015 | $4,659.77 |
| The Standard Register Company | The Standard Register Company | 1099989 | $9,974.81 | 3/10/2015 | 2240634001 | 1/14/2015 | $9,974.81 |
| The Standard Register Company | The Standard Register Company | 21498 | $8,244.21 | 12/23/2014 | 02233215-001 | 12/8/2014 | $1,552.69 |
| The Standard Register Company | The Standard Register Company | 21498 | $8,244.21 | 12/23/2014 | 02231148-001 | 12/8/2014 | $4,723.56 |
| The Standard Register Company | The Standard Register Company | 21438 | $1,937.22 | 12/22/2014 | 02232712-001 | 12/5/2014 | $1,937.22 |
| The Standard Register Company | The Standard Register Company | 21393 | $29,759.29 | 12/19/2014 | 02232440-001 | 12/4/2014 | $3,714.57 |
| The Standard Register Company | The Standard Register Company | 21393 | $29,759.29 | 12/19/2014 | 02232194-001 | 12/3/2014 | $5,289.11 |
| The Standard Register Company | The Standard Register Company | 21393 | $29,759.29 | 12/19/2014 | 02232189-001 | 12/4/2014 | $868.34 |
| The Standard Register Company | The Standard Register Company | 21393 | $29,759.29 | 12/19/2014 | 02232188-001 | 12/4/2014 | $2,819.87 |
| The Standard Register Company | The Standard Register Company | 21327 | $18,082.49 | 12/16/2014 | 02230126-001 | 12/2/2014 | $679.26 |
| The Standard Register Company | The Standard Register Company | 21327 | $18,082.49 | 12/16/2014 | 02229305-001 | 12/2/2014 | $2,024.92 |
| The Standard Register Company | The Standard Register Company | 21125 | $6,723.00 | 12/15/2014 | 02230077-001 | 11/26/2014 | $4,020.60 |
| The Standard Register Company | The Standard Register Company | 1099121 | $42,051.25 | 3/4/2015 | 2249517001 | 2/17/2015 | $4,849.52 |
| The Standard Register Company | The Standard Register Company | 21084 | $3,308.23 | 12/12/2014 | 02228903-001 | 11/26/2014 | $3,308.23 |
| The Standard Register Company | The Standard Register Company | 1099121 | $42,051.25 | 3/4/2015 | 2249521001 | 2/17/2015 | $707.45 |
| The Standard Register Company | The Standard Register Company | 1099227 | $22,631.42 | 3/10/2015 | 2250234001 | 2/18/2015 | $6,470.79 |
| The Standard Register Company | The Standard Register Company | 1099227 | $22,631.42 | 3/10/2015 | 2250233001 | 2/18/2015 | $1,724.11 |
| The Standard Register Company | The Standard Register Company | 1099227 | $22,631.42 | 3/10/2015 | 02249491-001 | 2/18/2015 | $766.09 |
| The Standard Register Company | The Standard Register Company | 1099227 | $22,631.42 | 3/10/2015 | 02249474-001 | 2/19/2015 | $1,572.94 |
| The Standard Register Company | The Standard Register Company | 1099227 | $22,631.42 | 3/10/2015 | 02248488-001 | 2/19/2015 | $3,431.38 |
| The Standard Register Company | The Standard Register Company | 1099227 | $22,631.42 | 3/10/2015 | 02248487-001 | 2/19/2015 | $2,133.11 |
| The Standard Register Company | The Standard Register Company | 1099227 | $22,631.42 | 3/10/2015 | 02247898-001 | 2/20/2015 | $6,756.21 |
| The Standard Register Company | The Standard Register Company | 1099121 | $42,051.25 | 3/4/2015 | 2250232001 | 2/16/2015 | $3,288.60 |
| The Standard Register Company | The Standard Register Company | 1099121 | $42,051.25 | 3/4/2015 | 2249877001 | 2/17/2015 | $3,771.36 |
| The Standard Register Company | The Standard Register Company | 1097334 | $13,711.94 | 2/25/2015 | 2246900001 | 2/10/2015 | $736.62 |
| The Standard Register Company | The Standard Register Company | 21125 | $6,723.00 | 12/15/2014 | 02229029-001 | 11/26/2014 | $2,702.40 |
| The Standard Register Company | The Standard Register Company | 1089240 | $9,060.95 | 1/6/2015 | 2234659001 | 12/15/2014 | $9,151.20 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1097439 | $69,107.84 | 3/2/2015 | 02245785-001 | 2/13/2015 | $2,218.10 |
| The Standard Register Company | The Standard Register Company | 1097035 | $130,626.45 | 2/24/2015 | 02242191-001 | 1/29/2015 | $17,688.10 |
| The Standard Register Company | The Standard Register Company | 1097035 | $130,626.45 | 2/24/2015 | 02239657-001 | 1/26/2015 | $16,259.40 |
| The Standard Register Company | The Standard Register Company | 1096773 | $2,643.48 | 2/18/2015 | 2245375001 | 2/2/2015 | $2,670.18 |
| The Standard Register Company | The Standard Register Company | 1096686 | $17,097.05 | 2/18/2015 | 02245355-001 | 1/28/2015 | $6,719.71 |
| The Standard Register Company | The Standard Register Company | 1096686 | $17,097.05 | 2/18/2015 | 02245047-001 | 1/28/2015 | $725.85 |
| The Standard Register Company | The Standard Register Company | 1096686 | $17,097.05 | 2/18/2015 | 02245017-001 | 1/30/2015 | $952.85 |
| The Standard Register Company | The Standard Register Company | 1096686 | $17,097.05 | 2/18/2015 | 02244903-001 | 1/29/2015 | $1,745.55 |
| The Standard Register Company | The Standard Register Company | 1096686 | $17,097.05 | 2/18/2015 | 02244350-001 | 1/28/2015 | $971.69 |
| The Standard Register Company | The Standard Register Company | 1096686 | $17,097.05 | 2/18/2015 | 02244184-001 | 1/28/2015 | $2,382.75 |
| The Standard Register Company | The Standard Register Company | 1097035 | $130,626.45 | 2/24/2015 | 02242424-001 | 2/3/2015 | $7,241.03 |
| The Standard Register Company | The Standard Register Company | 1096461 | $3,920.40 | 2/17/2015 | 2240576001 | 1/12/2015 | $3,960.00 |
| The Standard Register Company | The Standard Register Company | 1097035 | $130,626.45 | 2/24/2015 | 02242640-001 | 1/28/2015 | $6,893.64 |
| The Standard Register Company | The Standard Register Company | 1085922 | $4,325.08 | 12/30/2014 | 2199677001 | 7/30/2014 | $4,368.77 |
| The Standard Register Company | The Standard Register Company | 21393 | $29,759.29 | 12/19/2014 | 02231908-001 | 12/3/2014 | $2,304.50 |
| The Standard Register Company | The Standard Register Company | 21393 | $29,759.29 | 12/19/2014 | 02230616-001 | 12/3/2014 | $2,833.51 |
| The Standard Register Company | The Standard Register Company | 21393 | $29,759.29 | 12/19/2014 | 02230615-001 | 12/3/2014 | $1,678.21 |
| The Standard Register Company | The Standard Register Company | 21393 | $29,759.29 | 12/19/2014 | 02230613-001 | 12/3/2014 | $3,375.74 |
| The Standard Register Company | The Standard Register Company | 21393 | $29,759.29 | 12/19/2014 | 02230612-001 | 12/3/2014 | $3,308.23 |
| The Standard Register Company | The Standard Register Company | 21393 | $29,759.29 | 12/19/2014 | 02228917-001 | 12/5/2014 | $1,889.00 |
| The Standard Register Company | The Standard Register Company | 21393 | $29,759.29 | 12/19/2014 | 02228916-001 | 12/5/2014 | $1,678.21 |
| The Standard Register Company | The Standard Register Company | 21327 | $18,082.49 | 12/16/2014 | 02232196-001 | 12/2/2014 | $1,085.43 |
| The Standard Register Company | The Standard Register Company | 21327 | $18,082.49 | 12/16/2014 | 02232195-001 | 12/2/2014 | $7,780.32 |
| The Standard Register Company | The Standard Register Company | 1096686 | $17,097.05 | 2/18/2015 | 02243517-001 | 1/29/2015 | $3,771.36 |
| The Standard Register Company | The Standard Register Company | 1097035 | $130,626.45 | 2/24/2015 | 2245719001 | 2/4/2015 | $2,327.40 |
| The Standard Register Company | The Standard Register Company | 21582 | $25,459.36 | 12/23/2014 | 02231034-001 | 12/8/2014 | $5,216.93 |
| The Standard Register Company | The Standard Register Company | 1097334 | $13,711.94 | 2/25/2015 | 02247880-001 | 2/10/2015 | $5,755.35 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1097334 | $13,711.94 | 2/25/2015 | 02246745-001 | 2/10/2015 | $7,354.80 |
| The Standard Register Company | The Standard Register Company | 1097204 | $15,867.83 | 2/25/2015 | 2247910001 | 2/6/2015 | $5,499.90 |
| The Standard Register Company | The Standard Register Company | 1097204 | $15,867.83 | 2/25/2015 | 2247518001 | 2/5/2015 | $1,071.90 |
| The Standard Register Company | The Standard Register Company | 1097204 | $15,867.83 | 2/25/2015 | 2247079001 | 2/6/2015 | $2,847.17 |
| The Standard Register Company | The Standard Register Company | 1097204 | $15,867.83 | 2/25/2015 | 2246698001 | 2/5/2015 | $692.41 |
| The Standard Register Company | The Standard Register Company | 1097204 | $15,867.83 | 2/25/2015 | 2246611001 | 2/5/2015 | $2,670.18 |
| The Standard Register Company | The Standard Register Company | 1097204 | $15,867.83 | 2/25/2015 | 2246598001 | 2/5/2015 | $2,862.00 |
| The Standard Register Company | The Standard Register Company | 1097204 | $15,867.83 | 2/25/2015 | 2246417001 | 2/5/2015 | $379.76 |
| The Standard Register Company | The Standard Register Company | 1097035 | $130,626.45 | 2/24/2015 | 02242423-001 | 2/3/2015 | $8,417.16 |
| The Standard Register Company | The Standard Register Company | 1097035 | $130,626.45 | 2/24/2015 | 2246612001 | 2/4/2015 | $6,855.23 |
| The Standard Register Company | The Standard Register Company | 1097439 | $69,107.84 | 3/2/2015 | 02245071-001 | 2/11/2015 | $27,453.60 |
| The Standard Register Company | The Standard Register Company | 1097035 | $130,626.45 | 2/24/2015 | 2243785001 | 2/3/2015 | $1,120.79 |
| The Standard Register Company | The Standard Register Company | 1097035 | $130,626.45 | 2/24/2015 | 2242414001 | 2/3/2015 | $12,594.20 |
| The Standard Register Company | The Standard Register Company | 1097035 | $130,626.45 | 2/24/2015 | 02246150-001 | 2/6/2015 | $3,409.20 |
| The Standard Register Company | The Standard Register Company | 1097035 | $130,626.45 | 2/24/2015 | 02245631-001 | 2/6/2015 | $2,729.16 |
| The Standard Register Company | The Standard Register Company | 1097035 | $130,626.45 | 2/24/2015 | 02245069-001 | 2/3/2015 | $18,302.40 |
| The Standard Register Company | The Standard Register Company | 1097035 | $130,626.45 | 2/24/2015 | 02244889-001 | 2/4/2015 | $12,978.29 |
| The Standard Register Company | The Standard Register Company | 1097035 | $130,626.45 | 2/24/2015 | 02244888-001 | 2/6/2015 | $5,142.01 |
| The Standard Register Company | The Standard Register Company | 1097035 | $130,626.45 | 2/24/2015 | 02244712-001 | 2/3/2015 | $1,036.41 |
| The Standard Register Company | The Standard Register Company | 1097035 | $130,626.45 | 2/24/2015 | 02244159-001 | 1/29/2015 | $6,560.49 |
| The Standard Register Company | The Standard Register Company | 1097035 | $130,626.45 | 2/24/2015 | 02243051-001 | 2/2/2015 | $1,614.33 |
| The Standard Register Company | The Standard Register Company | 1097035 | $130,626.45 | 2/24/2015 | 2246789001 | 2/3/2015 | $756.00 |
| The Standard Register Company | The Standard Register Company | 22749 | $11,251.73 | 1/29/2015 | 02236993-001 | 1/13/2015 | $3,379.85 |
| The Standard Register Company | The Standard Register Company | 22491 | $24,746.59 | 1/21/2015 | 02239330-001 | 1/6/2015 | $3,501.14 |
| The Standard Register Company | The Standard Register Company | 22760 | $27,236.06 | 2/2/2015 | 02240784-001 | 1/14/2015 | $3,526.09 |
| The Standard Register Company | The Standard Register Company | 22760 | $27,236.06 | 2/2/2015 | 02240513-001 | 1/16/2015 | $1,249.02 |
| The Standard Register Company | The Standard Register Company | 22760 | $27,236.06 | 2/2/2015 | 02240234-001 | 1/13/2015 | $13,304.81 |

FLEXcon Company, Inc. (CSRCFLE02)
Bankruptcy Case: SRC Liquidation Company
May 3, 2016                                Exhibit A                                P. 4

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 22760 | $27,236.06 | 2/2/2015 | 02239325-001 | 1/15/2015 | $2,640.05 |
| The Standard Register Company | The Standard Register Company | 22760 | $27,236.06 | 2/2/2015 | 02238089-001 | 1/15/2015 | $5,060.95 |
| The Standard Register Company | The Standard Register Company | 22749 | $11,251.73 | 1/29/2015 | 02240482-101 | 1/13/2015 | $13.31 |
| The Standard Register Company | The Standard Register Company | 22749 | $11,251.73 | 1/29/2015 | 02240482-001 | 1/13/2015 | $650.96 |
| The Standard Register Company | The Standard Register Company | 22749 | $11,251.73 | 1/29/2015 | 02240443-001 | 1/13/2015 | $2,646.89 |
| The Standard Register Company | The Standard Register Company | 22749 | $11,251.73 | 1/29/2015 | 02239070-001 | 1/13/2015 | $729.05 |
| The Standard Register Company | The Standard Register Company | 22760 | $27,236.06 | 2/2/2015 | 02241273-001 | 1/15/2015 | $940.37 |
| The Standard Register Company | The Standard Register Company | 22749 | $11,251.73 | 1/29/2015 | 02238812-001 | 1/13/2015 | $2,134.03 |
| The Standard Register Company | The Standard Register Company | 22805 | $9,293.88 | 2/3/2015 | 02238846-001 | 1/12/2015 | $6,751.48 |
| The Standard Register Company | The Standard Register Company | 22707 | $25,663.30 | 1/27/2015 | 02240786-001 | 1/12/2015 | $1,056.02 |
| The Standard Register Company | The Standard Register Company | 22707 | $25,663.30 | 1/27/2015 | 02240785-001 | 1/12/2015 | $5,835.24 |
| The Standard Register Company | The Standard Register Company | 22707 | $25,663.30 | 1/27/2015 | 02240233-001 | 1/12/2015 | $16,127.46 |
| The Standard Register Company | The Standard Register Company | 22707 | $25,663.30 | 1/27/2015 | 02239329-001 | 1/12/2015 | $2,644.58 |
| The Standard Register Company | The Standard Register Company | 22557 | $7,935.40 | 1/27/2015 | 02238219-001 | 1/7/2015 | $1,763.05 |
| The Standard Register Company | The Standard Register Company | 22557 | $7,935.40 | 1/27/2015 | 02238101-001 | 1/7/2015 | $868.34 |
| The Standard Register Company | The Standard Register Company | 22557 | $7,935.40 | 1/27/2015 | 02238100-001 | 1/8/2015 | $3,734.55 |
| The Standard Register Company | The Standard Register Company | 22557 | $7,935.40 | 1/27/2015 | 02233704-001 | 1/9/2015 | $1,569.46 |
| The Standard Register Company | The Standard Register Company | 22528 | $570.47 | 1/27/2015 | 02240440-001 | 1/10/2015 | $570.47 |
| The Standard Register Company | The Standard Register Company | 21498 | $8,244.21 | 12/23/2014 | 02233451-001 | 12/8/2014 | $1,967.96 |
| The Standard Register Company | The Standard Register Company | 22749 | $11,251.73 | 1/29/2015 | 02239069-001 | 1/13/2015 | $1,697.64 |
| The Standard Register Company | The Standard Register Company | 22980 | $9,484.61 | 2/6/2015 | 02239295-001 | 1/19/2015 | $2,288.59 |
| The Standard Register Company | The Standard Register Company | 23202 | $16,477.46 | 2/13/2015 | 02242076-001 | 1/28/2015 | $12,287.69 |
| The Standard Register Company | The Standard Register Company | 23202 | $16,477.46 | 2/13/2015 | 02241402-001 | 1/27/2015 | $3,308.23 |
| The Standard Register Company | The Standard Register Company | 23123 | $9,720.11 | 2/10/2015 | 02244552-001 | 1/26/2015 | $1,628.14 |
| The Standard Register Company | The Standard Register Company | 23123 | $9,720.11 | 2/10/2015 | 02244551-001 | 1/26/2015 | $1,167.05 |
| The Standard Register Company | The Standard Register Company | 23123 | $9,720.11 | 2/10/2015 | 02243100-001 | 1/26/2015 | $1,277.77 |
| The Standard Register Company | The Standard Register Company | 23123 | $9,720.11 | 2/10/2015 | 02242960-001 | 1/26/2015 | $2,428.19 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 23123 | $9,720.11 | 2/10/2015 | 02241565-001 | 1/26/2015 | $3,218.96 |
| The Standard Register Company | The Standard Register Company | 22980 | $9,484.61 | 2/6/2015 | 02243989-001 | 1/22/2015 | $2,170.85 |
| The Standard Register Company | The Standard Register Company | 22980 | $9,484.61 | 2/6/2015 | 02243521-001 | 1/23/2015 | $314.62 |
| The Standard Register Company | The Standard Register Company | 22980 | $9,484.61 | 2/6/2015 | 02243491-001 | 1/23/2015 | $2,023.20 |
| The Standard Register Company | The Standard Register Company | 22760 | $27,236.06 | 2/2/2015 | 02241113-001 | 1/15/2015 | $514.77 |
| The Standard Register Company | The Standard Register Company | 22980 | $9,484.61 | 2/6/2015 | 02242688-001 | 1/21/2015 | $992.87 |
| The Standard Register Company | The Standard Register Company | 22491 | $24,746.59 | 1/21/2015 | 02238095-001 | 1/6/2015 | $6,616.44 |
| The Standard Register Company | The Standard Register Company | 22936 | $4,696.88 | 2/4/2015 | 02242882-001 | 1/20/2015 | $264.01 |
| The Standard Register Company | The Standard Register Company | 22936 | $4,696.88 | 2/4/2015 | 02242881-001 | 1/20/2015 | $542.71 |
| The Standard Register Company | The Standard Register Company | 22936 | $4,696.88 | 2/4/2015 | 02242880-001 | 1/20/2015 | $3,890.16 |
| The Standard Register Company | The Standard Register Company | 22915 | $6,143.84 | 2/4/2015 | 02233736-001 | 12/30/2014 | $6,143.84 |
| The Standard Register Company | The Standard Register Company | 22873 | $22,336.83 | 2/3/2015 | 02241138-001 | 1/19/2015 | $8,297.44 |
| The Standard Register Company | The Standard Register Company | 22873 | $22,336.83 | 2/3/2015 | 02240514-001 | 1/19/2015 | $724.95 |
| The Standard Register Company | The Standard Register Company | 22873 | $22,336.83 | 2/3/2015 | 02240023-001 | 1/19/2015 | $1,026.75 |
| The Standard Register Company | The Standard Register Company | 22873 | $22,336.83 | 2/3/2015 | 02238850-001 | 1/19/2015 | $12,287.69 |
| The Standard Register Company | The Standard Register Company | 22805 | $9,293.88 | 2/3/2015 | 02241996-001 | 1/17/2015 | $864.19 |
| The Standard Register Company | The Standard Register Company | 22805 | $9,293.88 | 2/3/2015 | 02238847-001 | 1/12/2015 | $1,678.21 |
| The Standard Register Company | The Standard Register Company | 22980 | $9,484.61 | 2/6/2015 | 02242879-001 | 1/21/2015 | $1,694.48 |
| The Standard Register Company | The Standard Register Company | 21695 | $1,440.32 | 12/30/2014 | 02230147-001 | 11/22/2014 | $1,440.32 |
| The Standard Register Company | The Standard Register Company | 22491 | $24,746.59 | 1/21/2015 | 02239331-001 | 1/6/2015 | $542.71 |
| The Standard Register Company | The Standard Register Company | 22179 | $45,153.49 | 1/12/2015 | 02235841-001 | 12/23/2014 | $2,826.60 |
| The Standard Register Company | The Standard Register Company | 22179 | $45,153.49 | 1/12/2015 | 02235043-001 | 12/19/2014 | $5,025.74 |
| The Standard Register Company | The Standard Register Company | 22179 | $45,153.49 | 1/12/2015 | 02233742-001 | 12/22/2014 | $2,844.80 |
| The Standard Register Company | The Standard Register Company | 22179 | $45,153.49 | 1/12/2015 | 02233739-001 | 12/23/2014 | $2,702.40 |
| The Standard Register Company | The Standard Register Company | 21930 | $1,118.38 | 1/5/2015 | 02236034-001 | 12/18/2014 | $500.87 |
| The Standard Register Company | The Standard Register Company | 21930 | $1,118.38 | 1/5/2015 | 02235670-001 | 12/18/2014 | $617.51 |
| The Standard Register Company | The Standard Register Company | 21849 | $15,016.66 | 12/30/2014 | 02235186-001 | 12/16/2014 | $1,310.80 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 21849 | $15,016.66 | 12/30/2014 | 02235052-001 | 12/16/2014 | $1,292.22 |
| The Standard Register Company | The Standard Register Company | 21849 | $15,016.66 | 12/30/2014 | 02234670-001 | 12/15/2014 | $557.22 |
| The Standard Register Company | The Standard Register Company | 22179 | $45,153.49 | 1/12/2015 | 02236137-001 | 12/19/2014 | $987.37 |
| The Standard Register Company | The Standard Register Company | 21849 | $15,016.66 | 12/30/2014 | 02233692-001 | 12/15/2014 | $6,616.44 |
| The Standard Register Company | The Standard Register Company | 22179 | $45,153.49 | 1/12/2015 | 02236432-001 | 12/18/2014 | $9,447.12 |
| The Standard Register Company | The Standard Register Company | 21620 | $17,498.81 | 12/30/2014 | 02234540-001 | 12/11/2014 | $3,734.55 |
| The Standard Register Company | The Standard Register Company | 21620 | $17,498.81 | 12/30/2014 | 02233880-001 | 12/10/2014 | $1,763.05 |
| The Standard Register Company | The Standard Register Company | 21620 | $17,498.81 | 12/30/2014 | 02233709-101 | 12/12/2014 | $87.35 |
| The Standard Register Company | The Standard Register Company | 21620 | $17,498.81 | 12/30/2014 | 02233709-001 | 12/12/2014 | $522.49 |
| The Standard Register Company | The Standard Register Company | 21620 | $17,498.81 | 12/30/2014 | 02233685-001 | 12/11/2014 | $2,729.09 |
| The Standard Register Company | The Standard Register Company | 21620 | $17,498.81 | 12/30/2014 | 02231972-001 | 12/12/2014 | $1,095.50 |
| The Standard Register Company | The Standard Register Company | 21620 | $17,498.81 | 12/30/2014 | 02229143-001 | 12/10/2014 | $7,566.78 |
| The Standard Register Company | The Standard Register Company | 21582 | $25,459.36 | 12/23/2014 | 02233450-001 | 12/9/2014 | $3,505.82 |
| The Standard Register Company | The Standard Register Company | 21582 | $25,459.36 | 12/23/2014 | 02233214-001 | 12/9/2014 | $6,711.30 |
| The Standard Register Company | The Standard Register Company | 23202 | $16,477.46 | 2/13/2015 | 02244550-001 | 1/27/2015 | $881.54 |
| The Standard Register Company | The Standard Register Company | 21849 | $15,016.66 | 12/30/2014 | 02234307-001 | 12/16/2014 | $5,914.84 |
| The Standard Register Company | The Standard Register Company | 22445 | $49,624.08 | 1/21/2015 | 02237992-001 | 1/5/2015 | $8,374.10 |
| The Standard Register Company | The Standard Register Company | 22491 | $24,746.59 | 1/21/2015 | 02238055-001 | 1/6/2015 | $4,706.23 |
| The Standard Register Company | The Standard Register Company | 22491 | $24,746.59 | 1/21/2015 | 02236931-001 | 1/6/2015 | $752.86 |
| The Standard Register Company | The Standard Register Company | 22491 | $24,746.59 | 1/21/2015 | 02236540-001 | 1/6/2015 | $3,103.77 |
| The Standard Register Company | The Standard Register Company | 22491 | $24,746.59 | 1/21/2015 | 02236218-001 | 1/6/2015 | $264.01 |
| The Standard Register Company | The Standard Register Company | 22491 | $24,746.59 | 1/21/2015 | 02236217-001 | 1/6/2015 | $1,356.79 |
| The Standard Register Company | The Standard Register Company | 22491 | $24,746.59 | 1/21/2015 | 02236216-001 | 1/6/2015 | $2,139.59 |
| The Standard Register Company | The Standard Register Company | 22491 | $24,746.59 | 1/21/2015 | 02236215-001 | 1/6/2015 | $1,763.05 |
| The Standard Register Company | The Standard Register Company | 22445 | $49,624.08 | 1/21/2015 | 02238221-001 | 1/5/2015 | $528.01 |
| The Standard Register Company | The Standard Register Company | 22445 | $49,624.08 | 1/21/2015 | 02238220-001 | 1/5/2015 | $6,613.27 |
| The Standard Register Company | The Standard Register Company | 22445 | $49,624.08 | 1/21/2015 | 02238099-001 | 1/5/2015 | $940.37 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 22179 | $45,153.49 | 1/12/2015 | 02236136-001 | 12/19/2014 | $1,955.21 |
| The Standard Register Company | The Standard Register Company | 22445 | $49,624.08 | 1/21/2015 | 02238058-001 | 1/5/2015 | $2,646.89 |
| The Standard Register Company | The Standard Register Company | 21582 | $25,459.36 | 12/23/2014 | 02230628-001 | 12/9/2014 | $10,025.31 |
| The Standard Register Company | The Standard Register Company | 22445 | $49,624.08 | 1/21/2015 | 02237657-001 | 1/5/2015 | $2,903.51 |
| The Standard Register Company | The Standard Register Company | 22445 | $49,624.08 | 1/21/2015 | 02235969-001 | 1/5/2015 | $5,883.12 |
| The Standard Register Company | The Standard Register Company | 22445 | $49,624.08 | 1/21/2015 | 02235967-001 | 1/5/2015 | $9,447.12 |
| The Standard Register Company | The Standard Register Company | 22318 | $8,601.14 | 1/16/2015 | 02235328-001 | 1/2/2015 | $3,375.74 |
| The Standard Register Company | The Standard Register Company | 22318 | $8,601.14 | 1/16/2015 | 02234609-001 | 12/23/2014 | $5,225.40 |
| The Standard Register Company | The Standard Register Company | 22179 | $45,153.49 | 1/12/2015 | 02237440-001 | 12/23/2014 | $2,112.05 |
| The Standard Register Company | The Standard Register Company | 22179 | $45,153.49 | 1/12/2015 | 02236851-001 | 12/23/2014 | $2,909.43 |
| The Standard Register Company | The Standard Register Company | 22179 | $45,153.49 | 1/12/2015 | 02236850-001 | 12/22/2014 | $5,964.91 |
| The Standard Register Company | The Standard Register Company | 22179 | $45,153.49 | 1/12/2015 | 02236493-001 | 12/23/2014 | $3,106.15 |
| The Standard Register Company | The Standard Register Company | 22179 | $45,153.49 | 1/12/2015 | 02236433-001 | 12/19/2014 | $5,271.71 |
| The Standard Register Company | The Standard Register Company | 22445 | $49,624.08 | 1/21/2015 | 02238094-001 | 1/5/2015 | $12,287.69 |

Totals:    40 transfer(s),    $799,039.61