

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|

Defendant: **JDS Graphics Inc.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1090065 | $28,843.92 | 1/12/2015 | 124496 | 11/28/2014 | $613.00 |
| The Standard Register Company | The Standard Register Company | 1090065 | $28,843.92 | 1/12/2015 | 124484 | 11/28/2014 | $652.85 |
| The Standard Register Company | The Standard Register Company | 1090065 | $28,843.92 | 1/12/2015 | 124506 | 11/28/2014 | $15.96 |
| The Standard Register Company | The Standard Register Company | 1090065 | $28,843.92 | 1/12/2015 | 124505 | 11/28/2014 | $36.56 |
| The Standard Register Company | The Standard Register Company | 1090065 | $28,843.92 | 1/12/2015 | 124504 | 11/28/2014 | $39.74 |
| The Standard Register Company | The Standard Register Company | 1090065 | $28,843.92 | 1/12/2015 | 124503 | 11/28/2014 | $71.02 |
| The Standard Register Company | The Standard Register Company | 1090065 | $28,843.92 | 1/12/2015 | 124502 | 11/28/2014 | $33.05 |
| The Standard Register Company | The Standard Register Company | 1090065 | $28,843.92 | 1/12/2015 | 124501 | 11/28/2014 | $68.12 |
| The Standard Register Company | The Standard Register Company | 1090065 | $28,843.92 | 1/12/2015 | 124500 | 11/28/2014 | $300.43 |
| The Standard Register Company | The Standard Register Company | 1090065 | $28,843.92 | 1/12/2015 | 124499 | 11/28/2014 | $717.68 |
| The Standard Register Company | The Standard Register Company | 1090065 | $28,843.92 | 1/12/2015 | 124554 | 11/28/2014 | $9,024.09 |
| The Standard Register Company | The Standard Register Company | 1090065 | $28,843.92 | 1/12/2015 | 124497 | 11/28/2014 | $635.41 |
| The Standard Register Company | The Standard Register Company | 1090431 | $625.66 | 1/13/2015 | 124450 | 11/28/2014 | $515.72 |
| The Standard Register Company | The Standard Register Company | 1090065 | $28,843.92 | 1/12/2015 | 124495 | 11/28/2014 | $35.61 |
| The Standard Register Company | The Standard Register Company | 1090065 | $28,843.92 | 1/12/2015 | 124494 | 11/28/2014 | $35.61 |
| The Standard Register Company | The Standard Register Company | 1090065 | $28,843.92 | 1/12/2015 | 124492 | 11/28/2014 | $71.42 |
| The Standard Register Company | The Standard Register Company | 1090065 | $28,843.92 | 1/12/2015 | 124491 | 11/28/2014 | $65.29 |
| The Standard Register Company | The Standard Register Company | 1090065 | $28,843.92 | 1/12/2015 | 124490 | 11/28/2014 | $130.57 |
| The Standard Register Company | The Standard Register Company | 1090065 | $28,843.92 | 1/12/2015 | 124489 | 11/28/2014 | $264.52 |
| The Standard Register Company | The Standard Register Company | 1090065 | $28,843.92 | 1/12/2015 | 124488 | 11/28/2014 | $130.57 |
| The Standard Register Company | The Standard Register Company | 1090065 | $28,843.92 | 1/12/2015 | 124487 | 11/28/2014 | $652.85 |
| The Standard Register Company | The Standard Register Company | 1090065 | $28,843.92 | 1/12/2015 | 124486 | 11/28/2014 | $652.85 |
| The Standard Register Company | The Standard Register Company | 1099757 | $54,059.95 | 3/10/2015 | 124784 | 12/26/2014 | $132.55 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1090065 | $28,843.92 | 1/12/2015 | 124498 | 11/28/2014 | $322.42 |
| The Standard Register Company | The Standard Register Company | 1096497 | $11,247.64 | 2/17/2015 | 124687 | 12/23/2014 | $2,412.64 |
| The Standard Register Company | The Standard Register Company | 1083601 | $21,303.08 | 12/15/2014 | 123885 | 10/31/2014 | $5,835.98 |
| The Standard Register Company | The Standard Register Company | 1099757 | $54,059.95 | 3/10/2015 | 124781 | 12/26/2014 | $988.80 |
| The Standard Register Company | The Standard Register Company | 1099757 | $54,059.95 | 3/10/2015 | 124758 | 12/26/2014 | $608.88 |
| The Standard Register Company | The Standard Register Company | 1099757 | $54,059.95 | 3/10/2015 | 124757 | 12/26/2014 | $408.29 |
| The Standard Register Company | The Standard Register Company | 1099757 | $54,059.95 | 3/10/2015 | 124756 | 12/26/2014 | $481.69 |
| The Standard Register Company | The Standard Register Company | 1096497 | $11,247.64 | 2/17/2015 | 124694 | 12/23/2014 | $98.80 |
| The Standard Register Company | The Standard Register Company | 1096497 | $11,247.64 | 2/17/2015 | 124693 | 12/23/2014 | $432.96 |
| The Standard Register Company | The Standard Register Company | 1096497 | $11,247.64 | 2/17/2015 | 124692 | 12/23/2014 | $98.80 |
| The Standard Register Company | The Standard Register Company | 1096497 | $11,247.64 | 2/17/2015 | 124691 | 12/23/2014 | $1,291.56 |
| The Standard Register Company | The Standard Register Company | 1090065 | $28,843.92 | 1/12/2015 | 124553 | 11/28/2014 | $1,089.69 |
| The Standard Register Company | The Standard Register Company | 1096497 | $11,247.64 | 2/17/2015 | 124689 | 12/23/2014 | $752.65 |
| The Standard Register Company | The Standard Register Company | 1090065 | $28,843.92 | 1/12/2015 | 124456 | 11/28/2014 | $699.63 |
| The Standard Register Company | The Standard Register Company | 1096497 | $11,247.64 | 2/17/2015 | 124686 | 12/23/2014 | $973.89 |
| The Standard Register Company | The Standard Register Company | 1096497 | $11,247.64 | 2/17/2015 | 124685 | 12/23/2014 | $2,147.32 |
| The Standard Register Company | The Standard Register Company | 1096497 | $11,247.64 | 2/17/2015 | 124684 | 12/23/2014 | $3,348.00 |
| The Standard Register Company | The Standard Register Company | 1096115 | $5,414.38 | 2/11/2015 | 124633 | 12/22/2014 | $834.24 |
| The Standard Register Company | The Standard Register Company | 1096115 | $5,414.38 | 2/11/2015 | 124632 | 12/22/2014 | $1,802.24 |
| The Standard Register Company | The Standard Register Company | 1096115 | $5,414.38 | 2/11/2015 | 124631 | 12/22/2014 | $1,098.88 |
| The Standard Register Company | The Standard Register Company | 1096115 | $5,414.38 | 2/11/2015 | 124630 | 12/22/2014 | $479.40 |
| The Standard Register Company | The Standard Register Company | 1096115 | $5,414.38 | 2/11/2015 | 124629 | 12/22/2014 | $1,585.84 |
| The Standard Register Company | The Standard Register Company | 1090768 | $1,820.87 | 1/20/2015 | 124457 | 11/28/2014 | $1,951.80 |
| The Standard Register Company | The Standard Register Company | 1090431 | $625.66 | 1/13/2015 | 124493 | 11/28/2014 | $152.69 |
| The Standard Register Company | The Standard Register Company | 1096497 | $11,247.64 | 2/17/2015 | 124690 | 12/23/2014 | $507.99 |
| The Standard Register Company | The Standard Register Company | 1083601 | $21,303.08 | 12/15/2014 | 124117 | 10/31/2014 | $734.40 |
| The Standard Register Company | The Standard Register Company | 1090065 | $28,843.92 | 1/12/2015 | 124485 | 11/28/2014 | $652.85 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1088706 | $2,895.73 | 1/5/2015 | 124265 | 11/21/2014 | $342.03 |
| The Standard Register Company | The Standard Register Company | 1088074 | $3,638.85 | 1/5/2015 | 124198 | 11/19/2014 | $705.94 |
| The Standard Register Company | The Standard Register Company | 1088074 | $3,638.85 | 1/5/2015 | 124197 | 11/19/2014 | $631.06 |
| The Standard Register Company | The Standard Register Company | 1088074 | $3,638.85 | 1/5/2015 | 124196 | 11/19/2014 | $2,574.93 |
| The Standard Register Company | The Standard Register Company | 1087399 | $4,790.08 | 12/30/2014 | 124149 | 11/17/2014 | $1,694.19 |
| The Standard Register Company | The Standard Register Company | 1087399 | $4,790.08 | 12/30/2014 | 124148 | 11/17/2014 | $2,457.95 |
| The Standard Register Company | The Standard Register Company | 1087399 | $4,790.08 | 12/30/2014 | 124147 | 11/17/2014 | $467.72 |
| The Standard Register Company | The Standard Register Company | 1087399 | $4,790.08 | 12/30/2014 | 123710 | 10/22/2014 | $530.00 |
| The Standard Register Company | The Standard Register Company | 1088706 | $2,895.73 | 1/5/2015 | 124267 | 11/21/2014 | $1,504.53 |
| The Standard Register Company | The Standard Register Company | 1085985 | $7,702.42 | 12/30/2014 | 124453 | 11/28/2014 | $222.73 |
| The Standard Register Company | The Standard Register Company | 1088706 | $2,895.73 | 1/5/2015 | 124268 | 11/21/2014 | $738.59 |
| The Standard Register Company | The Standard Register Company | 1083601 | $21,303.08 | 12/15/2014 | 124076 | 10/31/2014 | $414.69 |
| The Standard Register Company | The Standard Register Company | 1083601 | $21,303.08 | 12/15/2014 | 124074 | 10/31/2014 | $2,767.40 |
| The Standard Register Company | The Standard Register Company | 1083601 | $21,303.08 | 12/15/2014 | 124047 | 10/31/2014 | $1,012.26 |
| The Standard Register Company | The Standard Register Company | 1083601 | $21,303.08 | 12/15/2014 | 124046 | 10/31/2014 | $1,472.01 |
| The Standard Register Company | The Standard Register Company | 1083601 | $21,303.08 | 12/15/2014 | 124023 | 10/31/2014 | $486.46 |
| The Standard Register Company | The Standard Register Company | 1083601 | $21,303.08 | 12/15/2014 | 123975 | 10/31/2014 | $1,568.67 |
| The Standard Register Company | The Standard Register Company | 1083601 | $21,303.08 | 12/15/2014 | 123974 | 10/31/2014 | $3,560.98 |
| The Standard Register Company | The Standard Register Company | 1083601 | $21,303.08 | 12/15/2014 | 123947 | 10/31/2014 | $799.30 |
| The Standard Register Company | The Standard Register Company | 1083601 | $21,303.08 | 12/15/2014 | 123946 | 10/31/2014 | $3,477.58 |
| The Standard Register Company | The Standard Register Company | 1083601 | $21,303.08 | 12/15/2014 | 123886 | 10/31/2014 | $741.27 |
| The Standard Register Company | The Standard Register Company | 1085985 | $7,702.42 | 12/30/2014 | 124458 | 11/28/2014 | $7,634.96 |
| The Standard Register Company | The Standard Register Company | 1089829 | $8,149.99 | 1/9/2015 | 124432 | 11/26/2014 | $901.92 |
| The Standard Register Company | The Standard Register Company | 1090065 | $28,843.92 | 1/12/2015 | 124455 | 11/28/2014 | $1,043.41 |
| The Standard Register Company | The Standard Register Company | 1090065 | $28,843.92 | 1/12/2015 | 124454 | 11/28/2014 | $222.73 |
| The Standard Register Company | The Standard Register Company | 1090065 | $28,843.92 | 1/12/2015 | 124452 | 11/28/2014 | $1,006.00 |
| The Standard Register Company | The Standard Register Company | 1090065 | $28,843.92 | 1/12/2015 | 124451 | 11/28/2014 | $3,026.14 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1090065 | $28,843.92 | 1/12/2015 | 124439 | 11/28/2014 | $429.76 |
| The Standard Register Company | The Standard Register Company | 1090065 | $28,843.92 | 1/12/2015 | 124438 | 11/28/2014 | $915.01 |
| The Standard Register Company | The Standard Register Company | 1090065 | $28,843.92 | 1/12/2015 | 124436 | 11/28/2014 | $378.87 |
| The Standard Register Company | The Standard Register Company | 1090065 | $28,843.92 | 1/12/2015 | 124435 | 11/28/2014 | $1,185.78 |
| The Standard Register Company | The Standard Register Company | 1090065 | $28,843.92 | 1/12/2015 | 124434 | 11/28/2014 | $3,653.10 |
| The Standard Register Company | The Standard Register Company | 1088706 | $2,895.73 | 1/5/2015 | 124266 | 11/21/2014 | $300.91 |
| The Standard Register Company | The Standard Register Company | 1089829 | $8,149.99 | 1/9/2015 | 124437 | 11/26/2014 | $504.64 |
| The Standard Register Company | The Standard Register Company | 1099757 | $54,059.95 | 3/10/2015 | 124785 | 12/26/2014 | $132.55 |
| The Standard Register Company | The Standard Register Company | 1089829 | $8,149.99 | 1/9/2015 | 124355 | 11/26/2014 | $1,019.93 |
| The Standard Register Company | The Standard Register Company | 1089829 | $8,149.99 | 1/9/2015 | 124352 | 11/26/2014 | $1,438.55 |
| The Standard Register Company | The Standard Register Company | 1089829 | $8,149.99 | 1/9/2015 | 124351 | 11/26/2014 | $825.30 |
| The Standard Register Company | The Standard Register Company | 1089829 | $8,149.99 | 1/9/2015 | 124349 | 11/26/2014 | $1,052.68 |
| The Standard Register Company | The Standard Register Company | 1089829 | $8,149.99 | 1/9/2015 | 124348 | 11/26/2014 | $160.00 |
| The Standard Register Company | The Standard Register Company | 1089829 | $8,149.99 | 1/9/2015 | 124347 | 11/26/2014 | $160.00 |
| The Standard Register Company | The Standard Register Company | 1089829 | $8,149.99 | 1/9/2015 | 124346 | 11/26/2014 | $965.68 |
| The Standard Register Company | The Standard Register Company | 1089829 | $8,149.99 | 1/9/2015 | 124345 | 11/26/2014 | $996.14 |
| The Standard Register Company | The Standard Register Company | 1089829 | $8,149.99 | 1/9/2015 | 124344 | 11/26/2014 | $670.31 |
| The Standard Register Company | The Standard Register Company | 1088706 | $2,895.73 | 1/5/2015 | 124296 | 11/21/2014 | $222.55 |
| The Standard Register Company | The Standard Register Company | 1090065 | $28,843.92 | 1/12/2015 | 124433 | 11/28/2014 | $2,088.60 |
| The Standard Register Company | The Standard Register Company | 23605 | $75,281.02 | 3/10/2015 | 125080 | 2/3/2015 | $445.00 |
| The Standard Register Company | The Standard Register Company | 1099757 | $54,059.95 | 3/10/2015 | 125313 | 1/30/2015 | $709.11 |
| The Standard Register Company | The Standard Register Company | ACH:13138 | $20,838.90 | 12/30/2014 | 123948 | 11/19/2014 | $667.91 |
| The Standard Register Company | The Standard Register Company | ACH:13038 | $2,332.40 | 12/29/2014 | 124103 | 11/17/2014 | $2,380.00 |
| The Standard Register Company | The Standard Register Company | ACH:12923 | $2,016.94 | 12/22/2014 | 124195 | 11/19/2014 | $2,016.94 |
| The Standard Register Company | The Standard Register Company | 23605 | $75,281.02 | 3/10/2015 | 125146 | 2/3/2015 | $13,705.00 |
| The Standard Register Company | The Standard Register Company | 23605 | $75,281.02 | 3/10/2015 | 125137 | 2/3/2015 | $623.45 |
| The Standard Register Company | The Standard Register Company | 23605 | $75,281.02 | 3/10/2015 | 125135 | 2/3/2015 | $8,935.70 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 23605 | $75,281.02 | 3/10/2015 | 125129 | 2/3/2015 | $7,028.00 |
| The Standard Register Company | The Standard Register Company | 23605 | $75,281.02 | 3/10/2015 | 125083 | 2/3/2015 | $957.00 |
| The Standard Register Company | The Standard Register Company | ACH:13138 | $20,838.90 | 12/30/2014 | 124104 | 11/18/2014 | $368.29 |
| The Standard Register Company | The Standard Register Company | 23605 | $75,281.02 | 3/10/2015 | 125081 | 2/3/2015 | $1,440.36 |
| The Standard Register Company | The Standard Register Company | ACH:13138 | $20,838.90 | 12/30/2014 | 124105 | 11/19/2014 | $346.08 |
| The Standard Register Company | The Standard Register Company | 23605 | $75,281.02 | 3/10/2015 | 124974 | 1/20/2015 | $9,165.00 |
| The Standard Register Company | The Standard Register Company | 23605 | $75,281.02 | 3/10/2015 | 124973 | 1/20/2015 | $4,044.00 |
| The Standard Register Company | The Standard Register Company | 23605 | $75,281.02 | 3/10/2015 | 124971 | 1/19/2015 | $1,725.45 |
| The Standard Register Company | The Standard Register Company | 23605 | $75,281.02 | 3/10/2015 | 124970 | 1/19/2015 | $7,596.92 |
| The Standard Register Company | The Standard Register Company | 23605 | $75,281.02 | 3/10/2015 | 124759 | 12/31/2014 | $2,240.00 |
| The Standard Register Company | The Standard Register Company | 23605 | $75,281.02 | 3/10/2015 | 124755 | 1/2/2015 | $1,273.80 |
| The Standard Register Company | The Standard Register Company | 23605 | $75,281.02 | 3/10/2015 | 124688 | 1/9/2015 | $9,502.50 |
| The Standard Register Company | The Standard Register Company | 23605 | $75,281.02 | 3/10/2015 | 124635 | 12/31/2014 | $2,641.90 |
| The Standard Register Company | The Standard Register Company | 1099757 | $54,059.95 | 3/10/2015 | 125404 | 1/30/2015 | $199.20 |
| The Standard Register Company | The Standard Register Company | 1099757 | $54,059.95 | 3/10/2015 | 124783 | 12/26/2014 | $132.55 |
| The Standard Register Company | The Standard Register Company | 23605 | $75,281.02 | 3/10/2015 | 125082 | 2/3/2015 | $5,475.00 |
| The Standard Register Company | The Standard Register Company | ACH:13393 | $4,030.69 | 1/14/2015 | 124269 | 12/1/2014 | $4,111.09 |
| The Standard Register Company | The Standard Register Company | ACH:13684 | $14,568.84 | 2/2/2015 | 124569 | 12/12/2014 | $383.29 |
| The Standard Register Company | The Standard Register Company | ACH:13684 | $14,568.84 | 2/2/2015 | 124568 | 12/12/2014 | $941.55 |
| The Standard Register Company | The Standard Register Company | ACH:13684 | $14,568.84 | 2/2/2015 | 124567 | 12/12/2014 | $2,042.39 |
| The Standard Register Company | The Standard Register Company | ACH:13684 | $14,568.84 | 2/2/2015 | 124566 | 12/12/2014 | $3,960.82 |
| The Standard Register Company | The Standard Register Company | ACH:13684 | $14,568.84 | 2/2/2015 | 124564 | 12/12/2014 | $2,381.17 |
| The Standard Register Company | The Standard Register Company | ACH:13684 | $14,568.84 | 2/2/2015 | 124552 | 12/11/2014 | $4,276.76 |
| The Standard Register Company | The Standard Register Company | ACH:13684 | $14,568.84 | 2/2/2015 | 124459 | 12/11/2014 | $879.25 |
| The Standard Register Company | The Standard Register Company | ACH:13662 | $71,144.76 | 1/30/2015 | 124440 | 12/10/2014 | $3,119.90 |
| The Standard Register Company | The Standard Register Company | ACH:13662 | $71,144.76 | 1/30/2015 | 124072 | 12/10/2014 | $69,472.20 |
| The Standard Register Company | The Standard Register Company | ACH:13138 | $20,838.90 | 12/30/2014 | 124071 | 11/19/2014 | $3,565.80 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | ACH:13435 | $970.87 | 1/15/2015 | 123753 | 10/29/2014 | $990.42 |
| The Standard Register Company | The Standard Register Company | 1099757 | $54,059.95 | 3/10/2015 | 125312 | 1/30/2015 | $709.11 |
| The Standard Register Company | The Standard Register Company | ACH:13216 | $26,790.62 | 1/5/2015 | 124301 | 11/25/2014 | $20,894.74 |
| The Standard Register Company | The Standard Register Company | ACH:13216 | $26,790.62 | 1/5/2015 | 124213a | 11/25/2014 | $1,495.40 |
| The Standard Register Company | The Standard Register Company | ACH:13216 | $26,790.62 | 1/5/2015 | 124213 | 11/25/2014 | $1,947.30 |
| The Standard Register Company | The Standard Register Company | ACH:13216 | $26,790.62 | 1/5/2015 | 124211 | 11/25/2014 | $1,035.30 |
| The Standard Register Company | The Standard Register Company | ACH:13216 | $26,790.62 | 1/5/2015 | 124200 | 11/25/2014 | $1,962.13 |
| The Standard Register Company | The Standard Register Company | ACH:13138 | $20,838.90 | 12/30/2014 | 124150 | 11/19/2014 | $1,662.55 |
| The Standard Register Company | The Standard Register Company | ACH:13138 | $20,838.90 | 12/30/2014 | 124109 | 11/18/2014 | $3,782.89 |
| The Standard Register Company | The Standard Register Company | ACH:13138 | $20,838.90 | 12/30/2014 | 124108 | 11/18/2014 | $3,355.00 |
| The Standard Register Company | The Standard Register Company | ACH:13138 | $20,838.90 | 12/30/2014 | 124107 | 11/18/2014 | $3,793.72 |
| The Standard Register Company | The Standard Register Company | ACH:13138 | $20,838.90 | 12/30/2014 | 124106 | 11/18/2014 | $3,715.80 |
| The Standard Register Company | The Standard Register Company | ACH:13555 | $1,241.66 | 1/22/2015 | 124199 | 12/1/2014 | $1,267.00 |
| The Standard Register Company | The Standard Register Company | 1099757 | $54,059.95 | 3/10/2015 | 124955 | 12/30/2014 | $2,412.17 |
| The Standard Register Company | The Standard Register Company | 1099757 | $54,059.95 | 3/10/2015 | 125377 | 1/30/2015 | $1,331.00 |
| The Standard Register Company | The Standard Register Company | 1099757 | $54,059.95 | 3/10/2015 | 125043 | 1/20/2015 | $690.48 |
| The Standard Register Company | The Standard Register Company | 1099757 | $54,059.95 | 3/10/2015 | 125042 | 1/20/2015 | $468.48 |
| The Standard Register Company | The Standard Register Company | 1099757 | $54,059.95 | 3/10/2015 | 125041 | 1/20/2015 | $2,194.16 |
| The Standard Register Company | The Standard Register Company | 1099757 | $54,059.95 | 3/10/2015 | 125040 | 1/20/2015 | $1,182.41 |
| The Standard Register Company | The Standard Register Company | 1099757 | $54,059.95 | 3/10/2015 | 124969 | 12/30/2014 | $521.10 |
| The Standard Register Company | The Standard Register Company | 1099757 | $54,059.95 | 3/10/2015 | 124968 | 12/30/2014 | $790.80 |
| The Standard Register Company | The Standard Register Company | 1099757 | $54,059.95 | 3/10/2015 | 124967 | 12/30/2014 | $348.78 |
| The Standard Register Company | The Standard Register Company | 1099757 | $54,059.95 | 3/10/2015 | 124966 | 12/30/2014 | $1,237.24 |
| The Standard Register Company | The Standard Register Company | 1099757 | $54,059.95 | 3/10/2015 | 125077 | 1/22/2015 | $952.00 |
| The Standard Register Company | The Standard Register Company | 1099757 | $54,059.95 | 3/10/2015 | 124964 | 12/30/2014 | $222.89 |
| The Standard Register Company | The Standard Register Company | 1099757 | $54,059.95 | 3/10/2015 | 125078 | 1/22/2015 | $1,179.59 |
| The Standard Register Company | The Standard Register Company | 1099757 | $54,059.95 | 3/10/2015 | 124882 | 12/29/2014 | $610.58 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099757 | $54,059.95 | 3/10/2015 | 124881 | 12/29/2014 | $703.86 |
| The Standard Register Company | The Standard Register Company | 1099757 | $54,059.95 | 3/10/2015 | 124880 | 12/29/2014 | $1,105.40 |
| The Standard Register Company | The Standard Register Company | 1099757 | $54,059.95 | 3/10/2015 | 124879 | 12/29/2014 | $223.89 |
| The Standard Register Company | The Standard Register Company | 1099757 | $54,059.95 | 3/10/2015 | 124878 | 12/29/2014 | $1,156.44 |
| The Standard Register Company | The Standard Register Company | 1099757 | $54,059.95 | 3/10/2015 | 124790 | 12/26/2014 | $132.55 |
| The Standard Register Company | The Standard Register Company | 1099757 | $54,059.95 | 3/10/2015 | 124789 | 12/26/2014 | $132.55 |
| The Standard Register Company | The Standard Register Company | 1099757 | $54,059.95 | 3/10/2015 | 124788 | 12/26/2014 | $132.55 |
| The Standard Register Company | The Standard Register Company | 1099757 | $54,059.95 | 3/10/2015 | 124787 | 12/26/2014 | $132.55 |
| The Standard Register Company | The Standard Register Company | 1099757 | $54,059.95 | 3/10/2015 | 124786 | 12/26/2014 | $132.55 |
| The Standard Register Company | The Standard Register Company | 1099757 | $54,059.95 | 3/10/2015 | 124965 | 12/30/2014 | $710.62 |
| The Standard Register Company | The Standard Register Company | 1099757 | $54,059.95 | 3/10/2015 | 125151 | 1/28/2015 | $455.72 |
| The Standard Register Company | The Standard Register Company | 1099757 | $54,059.95 | 3/10/2015 | 125311 | 1/30/2015 | $589.20 |
| The Standard Register Company | The Standard Register Company | 1099757 | $54,059.95 | 3/10/2015 | 125310 | 1/30/2015 | $13,464.00 |
| The Standard Register Company | The Standard Register Company | 1099757 | $54,059.95 | 3/10/2015 | 125309 | 1/30/2015 | $884.18 |
| The Standard Register Company | The Standard Register Company | 1099757 | $54,059.95 | 3/10/2015 | 125308 | 1/30/2015 | $442.87 |
| The Standard Register Company | The Standard Register Company | 1099757 | $54,059.95 | 3/10/2015 | 125247 | 1/30/2015 | $550.91 |
| The Standard Register Company | The Standard Register Company | 1099757 | $54,059.95 | 3/10/2015 | 125246 | 1/30/2015 | $1,677.86 |
| The Standard Register Company | The Standard Register Company | 1099757 | $54,059.95 | 3/10/2015 | 125245 | 1/30/2015 | $704.93 |
| The Standard Register Company | The Standard Register Company | 1099757 | $54,059.95 | 3/10/2015 | 125244 | 1/30/2015 | $1,552.64 |
| The Standard Register Company | The Standard Register Company | 1099757 | $54,059.95 | 3/10/2015 | 125243 | 1/30/2015 | $1,683.67 |
| The Standard Register Company | The Standard Register Company | 1099757 | $54,059.95 | 3/10/2015 | 125044 | 1/20/2015 | $1,335.07 |
| The Standard Register Company | The Standard Register Company | 1099757 | $54,059.95 | 3/10/2015 | 125173 | 1/30/2015 | $638.22 |
| The Standard Register Company | The Standard Register Company | ACH:13833 | $2,739.10 | 2/11/2015 | 124634 | 12/23/2014 | $2,795.00 |
| The Standard Register Company | The Standard Register Company | 1099757 | $54,059.95 | 3/10/2015 | 125145 | 1/28/2015 | $928.49 |
| The Standard Register Company | The Standard Register Company | 1099757 | $54,059.95 | 3/10/2015 | 125144 | 1/28/2015 | $928.49 |
| The Standard Register Company | The Standard Register Company | 1099757 | $54,059.95 | 3/10/2015 | 125143 | 1/28/2015 | $630.00 |
| The Standard Register Company | The Standard Register Company | 1099757 | $54,059.95 | 3/10/2015 | 125142 | 1/28/2015 | $512.29 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099757 | $54,059.95 | 3/10/2015 | 125141 | 1/28/2015 | $1,003.62 |
| The Standard Register Company | The Standard Register Company | 1099757 | $54,059.95 | 3/10/2015 | 125140 | 1/28/2015 | $1,255.35 |
| The Standard Register Company | The Standard Register Company | 1099757 | $54,059.95 | 3/10/2015 | 125138 | 1/28/2015 | $443.76 |
| The Standard Register Company | The Standard Register Company | 1099757 | $54,059.95 | 3/10/2015 | 125134 | 1/26/2015 | $467.08 |
| The Standard Register Company | The Standard Register Company | 1099757 | $54,059.95 | 3/10/2015 | 125133 | 1/26/2015 | $1,019.42 |
| The Standard Register Company | The Standard Register Company | 1099757 | $54,059.95 | 3/10/2015 | 125132 | 1/26/2015 | $710.28 |
| The Standard Register Company | The Standard Register Company | 1099757 | $54,059.95 | 3/10/2015 | 125232 | 1/30/2015 | $1,653.30 |

**Totals:** **23 transfer(s),** **$372,448.37**