

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

Defendant: **Kahny Printing, Inc.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1088712 | $3,317.54 | 1/5/2015 | 156132011 | 11/21/2014 | $917.00 |
| The Standard Register Company | The Standard Register Company | 1084134 | $4,777.67 | 12/15/2014 | 153415011 | 7/9/2014 | $4,873.70 |
| The Standard Register Company | The Standard Register Company | 1088085 | $1,164.96 | 1/5/2015 | 156178011 | 11/18/2014 | $35.00 |
| The Standard Register Company | The Standard Register Company | 1088085 | $1,164.96 | 1/5/2015 | 156214011 | 11/18/2014 | $13.85 |
| The Standard Register Company | The Standard Register Company | 1088085 | $1,164.96 | 1/5/2015 | 156215011 | 11/18/2014 | $13.85 |
| The Standard Register Company | The Standard Register Company | 1088085 | $1,164.96 | 1/5/2015 | 156216011 | 11/18/2014 | $13.85 |
| The Standard Register Company | The Standard Register Company | 1088085 | $1,164.96 | 1/5/2015 | 156217011 | 11/18/2014 | $13.85 |
| The Standard Register Company | The Standard Register Company | 1088085 | $1,164.96 | 1/5/2015 | 156218011 | 11/18/2014 | $42.50 |
| The Standard Register Company | The Standard Register Company | 1088085 | $1,164.96 | 1/5/2015 | 156219011 | 11/18/2014 | $24.00 |
| The Standard Register Company | The Standard Register Company | 1088085 | $1,164.96 | 1/5/2015 | 156220011 | 11/18/2014 | $24.00 |
| The Standard Register Company | The Standard Register Company | 1088085 | $1,164.96 | 1/5/2015 | 156221011 | 11/18/2014 | $35.00 |
| The Standard Register Company | The Standard Register Company | 1088085 | $1,164.96 | 1/5/2015 | 156174011 | 11/18/2014 | $13.85 |
| The Standard Register Company | The Standard Register Company | 1088085 | $1,164.96 | 1/5/2015 | 156223011 | 11/18/2014 | $29.00 |
| The Standard Register Company | The Standard Register Company | 1088085 | $1,164.96 | 1/5/2015 | 156173011 | 11/18/2014 | $19.00 |
| The Standard Register Company | The Standard Register Company | 1088712 | $3,317.54 | 1/5/2015 | 156163011 | 11/21/2014 | $548.30 |
| The Standard Register Company | The Standard Register Company | 1088712 | $3,317.54 | 1/5/2015 | 156176011 | 11/21/2014 | $186.00 |
| The Standard Register Company | The Standard Register Company | 1088712 | $3,317.54 | 1/5/2015 | 156177011 | 11/21/2014 | $241.50 |
| The Standard Register Company | The Standard Register Company | 1088712 | $3,317.54 | 1/5/2015 | 156206011 | 11/21/2014 | $125.00 |
| The Standard Register Company | The Standard Register Company | 1088712 | $3,317.54 | 1/5/2015 | 156242011 | 11/21/2014 | $916.64 |
| The Standard Register Company | The Standard Register Company | 1088712 | $3,317.54 | 1/5/2015 | 156246011 | 11/21/2014 | $56.61 |
| The Standard Register Company | The Standard Register Company | 1088712 | $3,317.54 | 1/5/2015 | 156249011 | 11/21/2014 | $125.06 |
| The Standard Register Company | The Standard Register Company | 1088712 | $3,317.54 | 1/5/2015 | 156250011 | 11/21/2014 | $99.06 |
| The Standard Register Company | The Standard Register Company | 1088712 | $3,317.54 | 1/5/2015 | 156260011 | 11/21/2014 | $50.00 |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1088712 | $3,317.54 | 1/5/2015 | 156297011 | 11/21/2014 | $65.29 |
| The Standard Register Company | The Standard Register Company | 1088085 | $1,164.96 | 1/5/2015 | 156222011 | 11/18/2014 | $30.00 |
| The Standard Register Company | The Standard Register Company | 1088085 | $1,164.96 | 1/5/2015 | 156107011 | 11/18/2014 | $133.00 |
| The Standard Register Company | The Standard Register Company | 1088085 | $1,164.96 | 1/5/2015 | 156049011 | 11/18/2014 | $45.99 |
| The Standard Register Company | The Standard Register Company | 1088085 | $1,164.96 | 1/5/2015 | 156072011 | 11/18/2014 | $35.00 |
| The Standard Register Company | The Standard Register Company | 1088085 | $1,164.96 | 1/5/2015 | 156073011 | 11/18/2014 | $29.00 |
| The Standard Register Company | The Standard Register Company | 1088085 | $1,164.96 | 1/5/2015 | 156075011 | 11/18/2014 | $13.85 |
| The Standard Register Company | The Standard Register Company | 1088085 | $1,164.96 | 1/5/2015 | 156077011 | 11/18/2014 | $18.50 |
| The Standard Register Company | The Standard Register Company | 1088085 | $1,164.96 | 1/5/2015 | 156092011 | 11/18/2014 | $43.74 |
| The Standard Register Company | The Standard Register Company | 1088085 | $1,164.96 | 1/5/2015 | 156093011 | 11/18/2014 | $35.00 |
| The Standard Register Company | The Standard Register Company | 1088085 | $1,164.96 | 1/5/2015 | 156101011 | 11/18/2014 | $48.46 |
| The Standard Register Company | The Standard Register Company | 1088085 | $1,164.96 | 1/5/2015 | 156102011 | 11/18/2014 | $23.73 |
| The Standard Register Company | The Standard Register Company | 1088085 | $1,164.96 | 1/5/2015 | 156104011 | 11/18/2014 | $60.00 |
| The Standard Register Company | The Standard Register Company | 1088085 | $1,164.96 | 1/5/2015 | 156175011 | 11/18/2014 | $30.00 |
| The Standard Register Company | The Standard Register Company | 1088085 | $1,164.96 | 1/5/2015 | 156106011 | 11/18/2014 | $70.00 |
| The Standard Register Company | The Standard Register Company | 1088712 | $3,317.54 | 1/5/2015 | 156357011 | 11/21/2014 | $102.93 |
| The Standard Register Company | The Standard Register Company | 1088085 | $1,164.96 | 1/5/2015 | 156111011 | 11/18/2014 | $24.00 |
| The Standard Register Company | The Standard Register Company | 1088085 | $1,164.96 | 1/5/2015 | 156119011 | 11/18/2014 | $35.00 |
| The Standard Register Company | The Standard Register Company | 1088085 | $1,164.96 | 1/5/2015 | 156120011 | 11/18/2014 | $19.00 |
| The Standard Register Company | The Standard Register Company | 1088085 | $1,164.96 | 1/5/2015 | 156121011 | 11/18/2014 | $45.00 |
| The Standard Register Company | The Standard Register Company | 1088085 | $1,164.96 | 1/5/2015 | 156122011 | 11/18/2014 | $60.00 |
| The Standard Register Company | The Standard Register Company | 1088085 | $1,164.96 | 1/5/2015 | 156123011 | 11/18/2014 | $19.00 |
| The Standard Register Company | The Standard Register Company | 1088085 | $1,164.96 | 1/5/2015 | 156124011 | 11/18/2014 | $18.50 |
| The Standard Register Company | The Standard Register Company | 1088085 | $1,164.96 | 1/5/2015 | 156126011 | 11/18/2014 | $39.50 |
| The Standard Register Company | The Standard Register Company | 1088085 | $1,164.96 | 1/5/2015 | 156141011 | 11/18/2014 | $29.81 |
| The Standard Register Company | The Standard Register Company | 1088085 | $1,164.96 | 1/5/2015 | 156166011 | 11/18/2014 | $29.19 |
| The Standard Register Company | The Standard Register Company | 1088085 | $1,164.96 | 1/5/2015 | 156105011 | 11/18/2014 | $35.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1089339 | $3,130.08 | 1/6/2015 | 156375011 | 11/25/2014 | $13.85 |
| The Standard Register Company | The Standard Register Company | 1089339 | $3,130.08 | 1/6/2015 | 156326011 | 11/25/2014 | $37.99 |
| The Standard Register Company | The Standard Register Company | 1089339 | $3,130.08 | 1/6/2015 | 156327011 | 11/24/2014 | $51.75 |
| The Standard Register Company | The Standard Register Company | 1089339 | $3,130.08 | 1/6/2015 | 156328011 | 11/24/2014 | $51.75 |
| The Standard Register Company | The Standard Register Company | 1089339 | $3,130.08 | 1/6/2015 | 156329011 | 11/25/2014 | $45.99 |
| The Standard Register Company | The Standard Register Company | 1089339 | $3,130.08 | 1/6/2015 | 156330011 | 11/25/2014 | $110.80 |
| The Standard Register Company | The Standard Register Company | 1089339 | $3,130.08 | 1/6/2015 | 156364011 | 11/25/2014 | $30.00 |
| The Standard Register Company | The Standard Register Company | 1089339 | $3,130.08 | 1/6/2015 | 156365011 | 11/25/2014 | $48.00 |
| The Standard Register Company | The Standard Register Company | 1089339 | $3,130.08 | 1/6/2015 | 156367011 | 11/25/2014 | $37.00 |
| The Standard Register Company | The Standard Register Company | 1089339 | $3,130.08 | 1/6/2015 | 156368011 | 11/25/2014 | $13.85 |
| The Standard Register Company | The Standard Register Company | 1089339 | $3,130.08 | 1/6/2015 | 156369011 | 11/25/2014 | $36.00 |
| The Standard Register Company | The Standard Register Company | 1088712 | $3,317.54 | 1/5/2015 | 156352011 | 11/21/2014 | $58.75 |
| The Standard Register Company | The Standard Register Company | 1089339 | $3,130.08 | 1/6/2015 | 156374011 | 11/25/2014 | $13.85 |
| The Standard Register Company | The Standard Register Company | 1089339 | $3,130.08 | 1/6/2015 | 156321011 | 11/25/2014 | $18.50 |
| The Standard Register Company | The Standard Register Company | 1089339 | $3,130.08 | 1/6/2015 | 156376011 | 11/25/2014 | $19.85 |
| The Standard Register Company | The Standard Register Company | 1089339 | $3,130.08 | 1/6/2015 | 156410011 | 11/25/2014 | $39.50 |
| The Standard Register Company | The Standard Register Company | 1089339 | $3,130.08 | 1/6/2015 | 156411011 | 11/25/2014 | $35.00 |
| The Standard Register Company | The Standard Register Company | 1089339 | $3,130.08 | 1/6/2015 | 156412011 | 11/25/2014 | $24.00 |
| The Standard Register Company | The Standard Register Company | 1089339 | $3,130.08 | 1/6/2015 | 156413011 | 11/25/2014 | $24.00 |
| The Standard Register Company | The Standard Register Company | 1089339 | $3,130.08 | 1/6/2015 | 156414011 | 11/25/2014 | $38.00 |
| The Standard Register Company | The Standard Register Company | 1089339 | $3,130.08 | 1/6/2015 | 156426011 | 11/25/2014 | $81.80 |
| The Standard Register Company | The Standard Register Company | 1089339 | $3,130.08 | 1/6/2015 | 156428011 | 11/25/2014 | $13.85 |
| The Standard Register Company | The Standard Register Company | 1089339 | $3,130.08 | 1/6/2015 | 156430011 | 11/25/2014 | $19.00 |
| The Standard Register Company | The Standard Register Company | 1089339 | $3,130.08 | 1/6/2015 | 156431011 | 11/25/2014 | $41.55 |
| The Standard Register Company | The Standard Register Company | 1089339 | $3,130.08 | 1/6/2015 | 156370011 | 11/25/2014 | $41.00 |
| The Standard Register Company | The Standard Register Company | 1089339 | $3,130.08 | 1/6/2015 | 156284011 | 11/25/2014 | $19.00 |
| The Standard Register Company | The Standard Register Company | 1087408 | $26,547.93 | 12/30/2014 | 156227012 | 11/17/2014 | $3,459.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1089339 | $3,130.08 | 1/6/2015 | 156179011 | 11/24/2014 | $133.18 |
| The Standard Register Company | The Standard Register Company | 1089339 | $3,130.08 | 1/6/2015 | 156198011 | 11/24/2014 | $669.50 |
| The Standard Register Company | The Standard Register Company | 1089339 | $3,130.08 | 1/6/2015 | 156263011 | 11/25/2014 | $35.00 |
| The Standard Register Company | The Standard Register Company | 1089339 | $3,130.08 | 1/6/2015 | 156264011 | 11/25/2014 | $29.00 |
| The Standard Register Company | The Standard Register Company | 1089339 | $3,130.08 | 1/6/2015 | 156265011 | 11/25/2014 | $44.99 |
| The Standard Register Company | The Standard Register Company | 1089339 | $3,130.08 | 1/6/2015 | 156266011 | 11/25/2014 | $30.00 |
| The Standard Register Company | The Standard Register Company | 1089339 | $3,130.08 | 1/6/2015 | 156267011 | 11/25/2014 | $122.50 |
| The Standard Register Company | The Standard Register Company | 1089339 | $3,130.08 | 1/6/2015 | 156268011 | 11/25/2014 | $13.85 |
| The Standard Register Company | The Standard Register Company | 1089339 | $3,130.08 | 1/6/2015 | 156281011 | 11/25/2014 | $60.00 |
| The Standard Register Company | The Standard Register Company | 1089339 | $3,130.08 | 1/6/2015 | 156325011 | 11/25/2014 | $34.69 |
| The Standard Register Company | The Standard Register Company | 1089339 | $3,130.08 | 1/6/2015 | 156283011 | 11/25/2014 | $13.85 |
| The Standard Register Company | The Standard Register Company | 1089339 | $3,130.08 | 1/6/2015 | 156322011 | 11/25/2014 | $18.50 |
| The Standard Register Company | The Standard Register Company | 1089339 | $3,130.08 | 1/6/2015 | 156285011 | 11/25/2014 | $27.70 |
| The Standard Register Company | The Standard Register Company | 1089339 | $3,130.08 | 1/6/2015 | 156286011 | 11/25/2014 | $69.25 |
| The Standard Register Company | The Standard Register Company | 1089339 | $3,130.08 | 1/6/2015 | 156293011 | 11/25/2014 | $19.00 |
| The Standard Register Company | The Standard Register Company | 1089339 | $3,130.08 | 1/6/2015 | 156299011 | 11/24/2014 | $292.39 |
| The Standard Register Company | The Standard Register Company | 1089339 | $3,130.08 | 1/6/2015 | 156300011 | 11/24/2014 | $420.65 |
| The Standard Register Company | The Standard Register Company | 1089339 | $3,130.08 | 1/6/2015 | 156301011 | 11/24/2014 | $90.63 |
| The Standard Register Company | The Standard Register Company | 1089339 | $3,130.08 | 1/6/2015 | 156308011 | 11/25/2014 | $152.00 |
| The Standard Register Company | The Standard Register Company | 1089339 | $3,130.08 | 1/6/2015 | 156315011 | 11/25/2014 | $29.00 |
| The Standard Register Company | The Standard Register Company | 1089339 | $3,130.08 | 1/6/2015 | 156316011 | 11/25/2014 | $67.50 |
| The Standard Register Company | The Standard Register Company | 1089339 | $3,130.08 | 1/6/2015 | 156320011 | 11/25/2014 | $34.00 |
| The Standard Register Company | The Standard Register Company | 1088712 | $3,317.54 | 1/5/2015 | 156354011 | 11/21/2014 | $57.51 |
| The Standard Register Company | The Standard Register Company | 1089339 | $3,130.08 | 1/6/2015 | 156282011 | 11/25/2014 | $24.00 |
| The Standard Register Company | The Standard Register Company | 1085392 | $9,691.56 | 12/22/2014 | 155824011 | 11/7/2014 | $4,255.50 |
| The Standard Register Company | The Standard Register Company | 1084598 | $1,159.42 | 12/17/2014 | 155877011 | 11/4/2014 | $32.85 |
| The Standard Register Company | The Standard Register Company | 1084598 | $1,159.42 | 12/17/2014 | 155879011 | 11/4/2014 | $29.09 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1084598 | $1,159.42 | 12/17/2014 | 155880011 | 11/4/2014 | $45.09 |
| The Standard Register Company | The Standard Register Company | 1084598 | $1,159.42 | 12/17/2014 | 155881011 | 11/4/2014 | $42.50 |
| The Standard Register Company | The Standard Register Company | 1084598 | $1,159.42 | 12/17/2014 | 155930011 | 11/4/2014 | $42.50 |
| The Standard Register Company | The Standard Register Company | 1084598 | $1,159.42 | 12/17/2014 | 155931011 | 11/4/2014 | $18.50 |
| The Standard Register Company | The Standard Register Company | 1084598 | $1,159.42 | 12/17/2014 | 155932011 | 11/4/2014 | $27.70 |
| The Standard Register Company | The Standard Register Company | 1084598 | $1,159.42 | 12/17/2014 | 155933011 | 11/4/2014 | $13.85 |
| The Standard Register Company | The Standard Register Company | 1084598 | $1,159.42 | 12/17/2014 | 155935011 | 11/4/2014 | $35.00 |
| The Standard Register Company | The Standard Register Company | 1084598 | $1,159.42 | 12/17/2014 | 155936011 | 11/4/2014 | $59.00 |
| The Standard Register Company | The Standard Register Company | 1085993 | $10,188.57 | 12/29/2014 | 155872011 | 11/10/2014 | $65.61 |
| The Standard Register Company | The Standard Register Company | 1085201 | $13,437.49 | 12/17/2014 | 156667011 | 12/11/2014 | $13,437.49 |
| The Standard Register Company | The Standard Register Company | 1084598 | $1,159.42 | 12/17/2014 | 155868011 | 11/4/2014 | $24.00 |
| The Standard Register Company | The Standard Register Company | 1085392 | $9,691.56 | 12/22/2014 | 155837011 | 11/7/2014 | $370.67 |
| The Standard Register Company | The Standard Register Company | 1085392 | $9,691.56 | 12/22/2014 | 155838011 | 11/7/2014 | $104.48 |
| The Standard Register Company | The Standard Register Company | 1085392 | $9,691.56 | 12/22/2014 | 155945011 | 11/7/2014 | $1,390.25 |
| The Standard Register Company | The Standard Register Company | 1085392 | $9,691.56 | 12/22/2014 | 155947011 | 11/7/2014 | $3,466.06 |
| The Standard Register Company | The Standard Register Company | 1085392 | $9,691.56 | 12/22/2014 | 155985011 | 11/8/2014 | $411.91 |
| The Standard Register Company | The Standard Register Company | 1085392 | $9,691.56 | 12/22/2014 | 155988011 | 11/8/2014 | $121.90 |
| The Standard Register Company | The Standard Register Company | 1085392 | $9,691.56 | 12/22/2014 | 156005011 | 11/7/2014 | $89.50 |
| The Standard Register Company | The Standard Register Company | 1085993 | $10,188.57 | 12/29/2014 | 155220011 | 10/31/2014 | $3,369.43 |
| The Standard Register Company | The Standard Register Company | 1085993 | $10,188.57 | 12/29/2014 | 155302011 | 10/31/2014 | $1,222.11 |
| The Standard Register Company | The Standard Register Company | 1087408 | $26,547.93 | 12/30/2014 | 1566227011 | 11/17/2014 | $8,982.75 |
| The Standard Register Company | The Standard Register Company | 1084598 | $1,159.42 | 12/17/2014 | 155937011 | 11/4/2014 | $108.10 |
| The Standard Register Company | The Standard Register Company | 1084598 | $1,159.42 | 12/17/2014 | 155843011 | 11/4/2014 | $41.29 |
| The Standard Register Company | The Standard Register Company | 1084598 | $1,159.42 | 12/17/2014 | 155791011 | 11/4/2014 | $13.85 |
| The Standard Register Company | The Standard Register Company | 1084598 | $1,159.42 | 12/17/2014 | 155792011 | 11/4/2014 | $24.00 |
| The Standard Register Company | The Standard Register Company | 1084598 | $1,159.42 | 12/17/2014 | 155793011 | 11/4/2014 | $19.00 |
| The Standard Register Company | The Standard Register Company | 1084598 | $1,159.42 | 12/17/2014 | 155794011 | 11/4/2014 | $18.50 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1084598 | $1,159.42 | 12/17/2014 | 155795011 | 11/4/2014 | $19.00 |
| The Standard Register Company | The Standard Register Company | 1084598 | $1,159.42 | 12/17/2014 | 155796011 | 11/4/2014 | $38.00 |
| The Standard Register Company | The Standard Register Company | 1084598 | $1,159.42 | 12/17/2014 | 155812011 | 11/4/2014 | $64.50 |
| The Standard Register Company | The Standard Register Company | 1084598 | $1,159.42 | 12/17/2014 | 155827011 | 11/4/2014 | $35.00 |
| The Standard Register Company | The Standard Register Company | 1084598 | $1,159.42 | 12/17/2014 | 155828011 | 11/4/2014 | $30.00 |
| The Standard Register Company | The Standard Register Company | 1084598 | $1,159.42 | 12/17/2014 | 155831011 | 11/4/2014 | $24.00 |
| The Standard Register Company | The Standard Register Company | 1084598 | $1,159.42 | 12/17/2014 | 155876011 | 11/4/2014 | $27.70 |
| The Standard Register Company | The Standard Register Company | 1084598 | $1,159.42 | 12/17/2014 | 155839011 | 11/4/2014 | $38.00 |
| The Standard Register Company | The Standard Register Company | 1084598 | $1,159.42 | 12/17/2014 | 155875011 | 11/4/2014 | $19.00 |
| The Standard Register Company | The Standard Register Company | 1084598 | $1,159.42 | 12/17/2014 | 155853011 | 11/4/2014 | $37.85 |
| The Standard Register Company | The Standard Register Company | 1084598 | $1,159.42 | 12/17/2014 | 155856011 | 11/4/2014 | $29.00 |
| The Standard Register Company | The Standard Register Company | 1084598 | $1,159.42 | 12/17/2014 | 155858011 | 11/4/2014 | $13.85 |
| The Standard Register Company | The Standard Register Company | 1084598 | $1,159.42 | 12/17/2014 | 155861011 | 11/4/2014 | $13.85 |
| The Standard Register Company | The Standard Register Company | 1084598 | $1,159.42 | 12/17/2014 | 155862011 | 11/4/2014 | $19.00 |
| The Standard Register Company | The Standard Register Company | 1084598 | $1,159.42 | 12/17/2014 | 155863011 | 11/4/2014 | $34.85 |
| The Standard Register Company | The Standard Register Company | 1084598 | $1,159.42 | 12/17/2014 | 155864011 | 11/4/2014 | $19.59 |
| The Standard Register Company | The Standard Register Company | 1084598 | $1,159.42 | 12/17/2014 | 155865011 | 11/4/2014 | $39.40 |
| The Standard Register Company | The Standard Register Company | 1084598 | $1,159.42 | 12/17/2014 | 155866011 | 11/4/2014 | $45.99 |
| The Standard Register Company | The Standard Register Company | 1084598 | $1,159.42 | 12/17/2014 | 155867011 | 11/4/2014 | $59.00 |
| The Standard Register Company | The Standard Register Company | 1085993 | $10,188.57 | 12/29/2014 | 155882011 | 11/10/2014 | $2,946.54 |
| The Standard Register Company | The Standard Register Company | 1084598 | $1,159.42 | 12/17/2014 | 155832011 | 11/4/2014 | $37.50 |
| The Standard Register Company | The Standard Register Company | 1087408 | $26,547.93 | 12/30/2014 | 156046011 | 11/17/2014 | $5,448.00 |
| The Standard Register Company | The Standard Register Company | 1086392 | $289.54 | 12/29/2014 | 156001011 | 11/11/2014 | $13.85 |
| The Standard Register Company | The Standard Register Company | 1086392 | $289.54 | 12/29/2014 | 156002011 | 11/11/2014 | $13.85 |
| The Standard Register Company | The Standard Register Company | 1086392 | $289.54 | 12/29/2014 | 156009011 | 11/11/2014 | $34.69 |
| The Standard Register Company | The Standard Register Company | 1086392 | $289.54 | 12/29/2014 | 156012011 | 11/11/2014 | $35.00 |
| The Standard Register Company | The Standard Register Company | 1086392 | $289.54 | 12/29/2014 | 156013011 | 11/11/2014 | $27.70 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1086392 | $289.54 | 12/29/2014 | 156050011 | 11/11/2014 | $13.85 |
| The Standard Register Company | The Standard Register Company | 1087408 | $26,547.93 | 12/30/2014 | 155785011 | 11/17/2014 | $5,412.12 |
| The Standard Register Company | The Standard Register Company | 1087408 | $26,547.93 | 12/30/2014 | 155916011 | 11/14/2014 | $273.28 |
| The Standard Register Company | The Standard Register Company | 1087408 | $26,547.93 | 12/30/2014 | 155989011 | 11/17/2014 | $720.00 |
| The Standard Register Company | The Standard Register Company | 1087408 | $26,547.93 | 12/30/2014 | 155997011 | 11/14/2014 | $1,189.83 |
| The Standard Register Company | The Standard Register Company | 1085993 | $10,188.57 | 12/29/2014 | 155728011 | 11/10/2014 | $514.00 |
| The Standard Register Company | The Standard Register Company | 1087408 | $26,547.93 | 12/30/2014 | 156008011 | 11/17/2014 | $510.39 |
| The Standard Register Company | The Standard Register Company | 1086392 | $289.54 | 12/29/2014 | 155992011 | 11/11/2014 | $35.00 |
| The Standard Register Company | The Standard Register Company | 1087408 | $26,547.93 | 12/30/2014 | 156068011 | 11/17/2014 | $172.73 |
| The Standard Register Company | The Standard Register Company | 1087408 | $26,547.93 | 12/30/2014 | 156071011 | 11/14/2014 | $53.19 |
| The Standard Register Company | The Standard Register Company | 1087408 | $26,547.93 | 12/30/2014 | 156098011 | 11/14/2014 | $200.19 |
| The Standard Register Company | The Standard Register Company | 1087408 | $26,547.93 | 12/30/2014 | 156112011 | 11/14/2014 | $35.00 |
| The Standard Register Company | The Standard Register Company | 1087408 | $26,547.93 | 12/30/2014 | 156117011 | 11/14/2014 | $98.94 |
| The Standard Register Company | The Standard Register Company | 1087408 | $26,547.93 | 12/30/2014 | 156128011 | 11/17/2014 | $488.40 |
| The Standard Register Company | The Standard Register Company | 1087408 | $26,547.93 | 12/30/2014 | 156129011 | 11/17/2014 | $118.72 |
| The Standard Register Company | The Standard Register Company | 1087408 | $26,547.93 | 12/30/2014 | 156171011 | 11/17/2014 | $190.00 |
| The Standard Register Company | The Standard Register Company | 1087408 | $26,547.93 | 12/30/2014 | 156172011 | 11/14/2014 | $53.25 |
| The Standard Register Company | The Standard Register Company | 1090074 | $6,915.47 | 1/12/2015 | 155349011 | 11/28/2014 | $159.75 |
| The Standard Register Company | The Standard Register Company | 1087408 | $26,547.93 | 12/30/2014 | 156003011 | 11/14/2014 | $65.34 |
| The Standard Register Company | The Standard Register Company | 1085993 | $10,188.57 | 12/29/2014 | 156007011 | 11/10/2014 | $164.79 |
| The Standard Register Company | The Standard Register Company | 1085993 | $10,188.57 | 12/29/2014 | 155938011 | 11/10/2014 | $110.79 |
| The Standard Register Company | The Standard Register Company | 1085993 | $10,188.57 | 12/29/2014 | 155939011 | 11/10/2014 | $80.58 |
| The Standard Register Company | The Standard Register Company | 1085993 | $10,188.57 | 12/29/2014 | 155942011 | 11/10/2014 | $190.69 |
| The Standard Register Company | The Standard Register Company | 1085993 | $10,188.57 | 12/29/2014 | 155943011 | 11/10/2014 | $56.69 |
| The Standard Register Company | The Standard Register Company | 1085993 | $10,188.57 | 12/29/2014 | 155948011 | 11/10/2014 | $267.36 |
| The Standard Register Company | The Standard Register Company | 1085993 | $10,188.57 | 12/29/2014 | 155951011 | 11/10/2014 | $61.08 |
| The Standard Register Company | The Standard Register Company | 1085993 | $10,188.57 | 12/29/2014 | 155953011 | 11/10/2014 | $53.16 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1085993 | $10,188.57 | 12/29/2014 | 155962011 | 11/10/2014 | $478.28 |
| The Standard Register Company | The Standard Register Company | 1085993 | $10,188.57 | 12/29/2014 | 155983011 | 11/10/2014 | $529.25 |
| The Standard Register Company | The Standard Register Company | 1085993 | $10,188.57 | 12/29/2014 | 155987011 | 11/10/2014 | $35.00 |
| The Standard Register Company | The Standard Register Company | 1086392 | $289.54 | 12/29/2014 | 155994011 | 11/11/2014 | $13.85 |
| The Standard Register Company | The Standard Register Company | 1085993 | $10,188.57 | 12/29/2014 | 155998011 | 11/10/2014 | $109.99 |
| The Standard Register Company | The Standard Register Company | 1086392 | $289.54 | 12/29/2014 | 155993011 | 11/11/2014 | $13.85 |
| The Standard Register Company | The Standard Register Company | 1085993 | $10,188.57 | 12/29/2014 | 156010011 | 11/10/2014 | $177.24 |
| The Standard Register Company | The Standard Register Company | 1085993 | $10,188.57 | 12/29/2014 | 156031011 | 11/10/2014 | $92.81 |
| The Standard Register Company | The Standard Register Company | 1085993 | $10,188.57 | 12/29/2014 | 156087011 | 11/10/2014 | $135.01 |
| The Standard Register Company | The Standard Register Company | 1085993 | $10,188.57 | 12/29/2014 | 156096011 | 11/10/2014 | $62.78 |
| The Standard Register Company | The Standard Register Company | 1086392 | $289.54 | 12/29/2014 | 155929011 | 11/11/2014 | $35.00 |
| The Standard Register Company | The Standard Register Company | 1086392 | $289.54 | 12/29/2014 | 155934011 | 11/11/2014 | $13.85 |
| The Standard Register Company | The Standard Register Company | 1086392 | $289.54 | 12/29/2014 | 155944011 | 11/11/2014 | $18.50 |
| The Standard Register Company | The Standard Register Company | 1086392 | $289.54 | 12/29/2014 | 155963011 | 11/11/2014 | $13.85 |
| The Standard Register Company | The Standard Register Company | 1086392 | $289.54 | 12/29/2014 | 155964011 | 11/11/2014 | $13.85 |
| The Standard Register Company | The Standard Register Company | 1086392 | $289.54 | 12/29/2014 | 155965011 | 11/11/2014 | $13.85 |
| The Standard Register Company | The Standard Register Company | 1087408 | $26,547.93 | 12/30/2014 | 156228011 | 11/17/2014 | $109.50 |
| The Standard Register Company | The Standard Register Company | 1085993 | $10,188.57 | 12/29/2014 | 155990011 | 11/10/2014 | $156.83 |
| The Standard Register Company | The Standard Register Company | 1094828 | $1,017.43 | 2/11/2015 | 156672011 | 12/16/2014 | $75.14 |
| The Standard Register Company | The Standard Register Company | 1094479 | $5,541.11 | 2/5/2015 | 156759011 | 12/15/2014 | $60.29 |
| The Standard Register Company | The Standard Register Company | 1094479 | $5,541.11 | 2/5/2015 | 156760011 | 12/15/2014 | $28.79 |
| The Standard Register Company | The Standard Register Company | 1094479 | $5,541.11 | 2/5/2015 | 156761011 | 12/15/2014 | $123.37 |
| The Standard Register Company | The Standard Register Company | 1094479 | $5,541.11 | 2/5/2015 | 156806011 | 12/15/2014 | $55.73 |
| The Standard Register Company | The Standard Register Company | 1094479 | $5,541.11 | 2/5/2015 | 156807011 | 12/15/2014 | $55.73 |
| The Standard Register Company | The Standard Register Company | 1094479 | $5,541.11 | 2/5/2015 | 156814011 | 12/15/2014 | $123.37 |
| The Standard Register Company | The Standard Register Company | 1094479 | $5,541.11 | 2/5/2015 | 156824011 | 12/15/2014 | $55.14 |
| The Standard Register Company | The Standard Register Company | 1094828 | $1,017.43 | 2/11/2015 | 150017011 | 12/16/2014 | $150.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1094828 | $1,017.43 | 2/11/2015 | 156571011 | 12/16/2014 | $244.00 |
| The Standard Register Company | The Standard Register Company | 1094828 | $1,017.43 | 2/11/2015 | 156659011 | 12/16/2014 | $13.85 |
| The Standard Register Company | The Standard Register Company | 1094828 | $1,017.43 | 2/11/2015 | 156733011 | 12/16/2014 | $93.16 |
| The Standard Register Company | The Standard Register Company | 1094828 | $1,017.43 | 2/11/2015 | 156670011 | 12/16/2014 | $29.00 |
| The Standard Register Company | The Standard Register Company | 1094479 | $5,541.11 | 2/5/2015 | 156667012 | 12/15/2014 | $4,890.53 |
| The Standard Register Company | The Standard Register Company | 1094828 | $1,017.43 | 2/11/2015 | 156673011 | 12/16/2014 | $41.64 |
| The Standard Register Company | The Standard Register Company | 1094828 | $1,017.43 | 2/11/2015 | 156674011 | 12/16/2014 | $30.64 |
| The Standard Register Company | The Standard Register Company | 1094828 | $1,017.43 | 2/11/2015 | 156680011 | 12/16/2014 | $13.85 |
| The Standard Register Company | The Standard Register Company | 1094828 | $1,017.43 | 2/11/2015 | 156681011 | 12/16/2014 | $13.85 |
| The Standard Register Company | The Standard Register Company | 1094828 | $1,017.43 | 2/11/2015 | 156682011 | 12/16/2014 | $13.85 |
| The Standard Register Company | The Standard Register Company | 1094828 | $1,017.43 | 2/11/2015 | 156685011 | 12/16/2014 | $60.00 |
| The Standard Register Company | The Standard Register Company | 1094828 | $1,017.43 | 2/11/2015 | 156686011 | 12/16/2014 | $29.00 |
| The Standard Register Company | The Standard Register Company | 1094828 | $1,017.43 | 2/11/2015 | 156687011 | 12/16/2014 | $35.00 |
| The Standard Register Company | The Standard Register Company | 1094828 | $1,017.43 | 2/11/2015 | 156688011 | 12/16/2014 | $24.00 |
| The Standard Register Company | The Standard Register Company | 1094043 | $4,737.58 | 2/3/2015 | 156486011 | 12/11/2014 | $232.57 |
| The Standard Register Company | The Standard Register Company | 1094828 | $1,017.43 | 2/11/2015 | 156669011 | 12/16/2014 | $19.00 |
| The Standard Register Company | The Standard Register Company | 1094043 | $4,737.58 | 2/3/2015 | 156677011 | 12/12/2014 | $152.64 |
| The Standard Register Company | The Standard Register Company | 1090074 | $6,915.47 | 1/12/2015 | 155269011 | 11/28/2014 | $224.25 |
| The Standard Register Company | The Standard Register Company | 1094043 | $4,737.58 | 2/3/2015 | 156488011 | 12/12/2014 | $139.92 |
| The Standard Register Company | The Standard Register Company | 1094043 | $4,737.58 | 2/3/2015 | 156575011 | 12/11/2014 | $111.37 |
| The Standard Register Company | The Standard Register Company | 1094043 | $4,737.58 | 2/3/2015 | 156578011 | 12/12/2014 | $64.67 |
| The Standard Register Company | The Standard Register Company | 1094043 | $4,737.58 | 2/3/2015 | 156590011 | 12/11/2014 | $203.90 |
| The Standard Register Company | The Standard Register Company | 1094043 | $4,737.58 | 2/3/2015 | 156626011 | 12/11/2014 | $639.80 |
| The Standard Register Company | The Standard Register Company | 1094043 | $4,737.58 | 2/3/2015 | 156628011 | 12/11/2014 | $121.75 |
| The Standard Register Company | The Standard Register Company | 1094043 | $4,737.58 | 2/3/2015 | 156631011 | 12/11/2014 | $102.83 |
| The Standard Register Company | The Standard Register Company | 1094043 | $4,737.58 | 2/3/2015 | 156657011 | 12/11/2014 | $133.80 |
| The Standard Register Company | The Standard Register Company | 1094043 | $4,737.58 | 2/3/2015 | 156665011 | 12/12/2014 | $42.66 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1094479 | $5,541.11 | 2/5/2015 | 156752011 | 12/15/2014 | $70.00 |
| The Standard Register Company | The Standard Register Company | 1094043 | $4,737.58 | 2/3/2015 | 156676011 | 12/12/2014 | $402.54 |
| The Standard Register Company | The Standard Register Company | 1094479 | $5,541.11 | 2/5/2015 | 156683011 | 12/15/2014 | $486.53 |
| The Standard Register Company | The Standard Register Company | 1094043 | $4,737.58 | 2/3/2015 | 156678011 | 12/11/2014 | $67.00 |
| The Standard Register Company | The Standard Register Company | 1094043 | $4,737.58 | 2/3/2015 | 156684011 | 12/11/2014 | $116.75 |
| The Standard Register Company | The Standard Register Company | 1094043 | $4,737.58 | 2/3/2015 | 156689011 | 12/11/2014 | $403.93 |
| The Standard Register Company | The Standard Register Company | 1094043 | $4,737.58 | 2/3/2015 | 156700011 | 12/11/2014 | $874.98 |
| The Standard Register Company | The Standard Register Company | 1094043 | $4,737.58 | 2/3/2015 | 156710011 | 12/11/2014 | $61.00 |
| The Standard Register Company | The Standard Register Company | 1094043 | $4,737.58 | 2/3/2015 | 156729011 | 12/12/2014 | $138.00 |
| The Standard Register Company | The Standard Register Company | 1094043 | $4,737.58 | 2/3/2015 | 156732011 | 12/12/2014 | $158.00 |
| The Standard Register Company | The Standard Register Company | 1094043 | $4,737.58 | 2/3/2015 | 156741011 | 12/12/2014 | $74.66 |
| The Standard Register Company | The Standard Register Company | 1094043 | $4,737.58 | 2/3/2015 | 156743011 | 12/11/2014 | $58.68 |
| The Standard Register Company | The Standard Register Company | 1094043 | $4,737.58 | 2/3/2015 | 156744011 | 12/11/2014 | $167.86 |
| The Standard Register Company | The Standard Register Company | 1094828 | $1,017.43 | 2/11/2015 | 156765011 | 12/16/2014 | $30.00 |
| The Standard Register Company | The Standard Register Company | 1094043 | $4,737.58 | 2/3/2015 | 156666011 | 12/11/2014 | $110.37 |
| The Standard Register Company | The Standard Register Company | 1096502 | $1,480.06 | 2/13/2015 | 156894011 | 12/23/2014 | $70.00 |
| The Standard Register Company | The Standard Register Company | 1096502 | $1,480.06 | 2/13/2015 | 156811011 | 12/23/2014 | $138.50 |
| The Standard Register Company | The Standard Register Company | 1096502 | $1,480.06 | 2/13/2015 | 156823011 | 12/23/2014 | $70.00 |
| The Standard Register Company | The Standard Register Company | 1096502 | $1,480.06 | 2/13/2015 | 156825011 | 12/23/2014 | $12.30 |
| The Standard Register Company | The Standard Register Company | 1096502 | $1,480.06 | 2/13/2015 | 156827011 | 12/23/2014 | $90.00 |
| The Standard Register Company | The Standard Register Company | 1096502 | $1,480.06 | 2/13/2015 | 156851011 | 12/23/2014 | $38.00 |
| The Standard Register Company | The Standard Register Company | 1096502 | $1,480.06 | 2/13/2015 | 156852011 | 12/23/2014 | $38.00 |
| The Standard Register Company | The Standard Register Company | 1096502 | $1,480.06 | 2/13/2015 | 156854011 | 12/23/2014 | $91.90 |
| The Standard Register Company | The Standard Register Company | 1096502 | $1,480.06 | 2/13/2015 | 156863011 | 12/23/2014 | $58.00 |
| The Standard Register Company | The Standard Register Company | 1096502 | $1,480.06 | 2/13/2015 | 156864011 | 12/23/2014 | $118.00 |
| The Standard Register Company | The Standard Register Company | 1096502 | $1,480.06 | 2/13/2015 | 156865011 | 12/23/2014 | $118.00 |
| The Standard Register Company | The Standard Register Company | 1094828 | $1,017.43 | 2/11/2015 | 156731011 | 12/16/2014 | $13.85 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1096502 | $1,480.06 | 2/13/2015 | 156878011 | 12/23/2014 | $160.28 |
| The Standard Register Company | The Standard Register Company | 1096122 | $3,709.66 | 2/11/2015 | 156945011 | 12/22/2014 | $61.00 |
| The Standard Register Company | The Standard Register Company | 1096502 | $1,480.06 | 2/13/2015 | 156895011 | 12/23/2014 | $91.90 |
| The Standard Register Company | The Standard Register Company | 1096502 | $1,480.06 | 2/13/2015 | 156907011 | 12/23/2014 | $54.00 |
| The Standard Register Company | The Standard Register Company | 1096502 | $1,480.06 | 2/13/2015 | 156937011 | 12/23/2014 | $90.00 |
| The Standard Register Company | The Standard Register Company | 1096502 | $1,480.06 | 2/13/2015 | 156973011 | 12/23/2014 | $70.00 |
| The Standard Register Company | The Standard Register Company | 1096502 | $1,480.06 | 2/13/2015 | 156974011 | 12/23/2014 | $70.00 |
| The Standard Register Company | The Standard Register Company | 1096502 | $1,480.06 | 2/13/2015 | 156976011 | 12/23/2014 | $120.00 |
| The Standard Register Company | The Standard Register Company | 1096502 | $1,480.06 | 2/13/2015 | 156977011 | 12/23/2014 | $60.00 |
| The Standard Register Company | The Standard Register Company | 1099831 | $5,298.55 | 3/6/2015 | 158155012 | 2/28/2015 | $5,298.55 |
| The Standard Register Company | The Standard Register Company | 22050 | $1,170.85 | 1/6/2015 | 156334011 | 11/30/2014 | $1,170.85 |
| The Standard Register Company | The Standard Register Company | 22449 | $903.75 | 1/21/2015 | 156802011 | 12/15/2014 | $903.75 |
| The Standard Register Company | The Standard Register Company | 1096502 | $1,480.06 | 2/13/2015 | 156867011 | 12/23/2014 | $27.70 |
| The Standard Register Company | The Standard Register Company | 1096122 | $3,709.66 | 2/11/2015 | 156842011 | 12/22/2014 | $79.45 |
| The Standard Register Company | The Standard Register Company | 1094828 | $1,017.43 | 2/11/2015 | 156766011 | 12/16/2014 | $19.00 |
| The Standard Register Company | The Standard Register Company | 1094828 | $1,017.43 | 2/11/2015 | 156767011 | 12/16/2014 | $93.10 |
| The Standard Register Company | The Standard Register Company | 1094828 | $1,017.43 | 2/11/2015 | 156809011 | 12/16/2014 | $35.00 |
| The Standard Register Company | The Standard Register Company | 1094828 | $1,017.43 | 2/11/2015 | 156810011 | 12/16/2014 | $13.85 |
| The Standard Register Company | The Standard Register Company | 1095296 | $2,815.57 | 2/11/2015 | 156753011 | 12/18/2014 | $390.24 |
| The Standard Register Company | The Standard Register Company | 1095296 | $2,815.57 | 2/11/2015 | 156754011 | 12/18/2014 | $130.91 |
| The Standard Register Company | The Standard Register Company | 1095296 | $2,815.57 | 2/11/2015 | 156872011 | 12/18/2014 | $2,488.00 |
| The Standard Register Company | The Standard Register Company | 1096122 | $3,709.66 | 2/11/2015 | 156668011 | 12/22/2014 | $430.54 |
| The Standard Register Company | The Standard Register Company | 1096122 | $3,709.66 | 2/11/2015 | 156758011 | 12/22/2014 | $80.36 |
| The Standard Register Company | The Standard Register Company | 1096122 | $3,709.66 | 2/11/2015 | 156762011 | 12/22/2014 | $1,783.45 |
| The Standard Register Company | The Standard Register Company | 1096122 | $3,709.66 | 2/11/2015 | 156953011 | 12/22/2014 | $40.64 |
| The Standard Register Company | The Standard Register Company | 1096122 | $3,709.66 | 2/11/2015 | 156813011 | 12/22/2014 | $53.50 |
| The Standard Register Company | The Standard Register Company | 1096122 | $3,709.66 | 2/11/2015 | 156949011 | 12/22/2014 | $50.64 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1096122 | $3,709.66 | 2/11/2015 | 156860011 | 12/22/2014 | $50.64 |
| The Standard Register Company | The Standard Register Company | 1096122 | $3,709.66 | 2/11/2015 | 156873011 | 12/22/2014 | $95.16 |
| The Standard Register Company | The Standard Register Company | 1096122 | $3,709.66 | 2/11/2015 | 156876011 | 12/22/2014 | $245.00 |
| The Standard Register Company | The Standard Register Company | 1096122 | $3,709.66 | 2/11/2015 | 156877011 | 12/22/2014 | $80.69 |
| The Standard Register Company | The Standard Register Company | 1096122 | $3,709.66 | 2/11/2015 | 156896011 | 12/22/2014 | $47.50 |
| The Standard Register Company | The Standard Register Company | 1096122 | $3,709.66 | 2/11/2015 | 156901011 | 12/22/2014 | $390.10 |
| The Standard Register Company | The Standard Register Company | 1096122 | $3,709.66 | 2/11/2015 | 156902011 | 12/22/2014 | $109.71 |
| The Standard Register Company | The Standard Register Company | 1096122 | $3,709.66 | 2/11/2015 | 156905011 | 12/22/2014 | $131.50 |
| The Standard Register Company | The Standard Register Company | 1096122 | $3,709.66 | 2/11/2015 | 156906011 | 12/22/2014 | $47.96 |
| The Standard Register Company | The Standard Register Company | 1096122 | $3,709.66 | 2/11/2015 | 156908011 | 12/22/2014 | $70.00 |
| The Standard Register Company | The Standard Register Company | 1094043 | $4,737.58 | 2/3/2015 | 156210011 | 12/11/2014 | $43.64 |
| The Standard Register Company | The Standard Register Company | 1096122 | $3,709.66 | 2/11/2015 | 156804011 | 12/22/2014 | $110.37 |
| The Standard Register Company | The Standard Register Company | 1090074 | $6,915.47 | 1/12/2015 | 156440011 | 11/28/2014 | $95.84 |
| The Standard Register Company | The Standard Register Company | 1090074 | $6,915.47 | 1/12/2015 | 156290011 | 11/28/2014 | $95.84 |
| The Standard Register Company | The Standard Register Company | 1090074 | $6,915.47 | 1/12/2015 | 156298011 | 11/28/2014 | $413.84 |
| The Standard Register Company | The Standard Register Company | 1090074 | $6,915.47 | 1/12/2015 | 156324011 | 11/28/2014 | $56.00 |
| The Standard Register Company | The Standard Register Company | 1090074 | $6,915.47 | 1/12/2015 | 156360011 | 11/28/2014 | $159.75 |
| The Standard Register Company | The Standard Register Company | 1090074 | $6,915.47 | 1/12/2015 | 156361011 | 11/28/2014 | $65.29 |
| The Standard Register Company | The Standard Register Company | 1090074 | $6,915.47 | 1/12/2015 | 156408011 | 11/28/2014 | $171.00 |
| The Standard Register Company | The Standard Register Company | 1090074 | $6,915.47 | 1/12/2015 | 156409011 | 11/28/2014 | $143.00 |
| The Standard Register Company | The Standard Register Company | 1090074 | $6,915.47 | 1/12/2015 | 156415011 | 11/28/2014 | $479.25 |
| The Standard Register Company | The Standard Register Company | 1090074 | $6,915.47 | 1/12/2015 | 156421011 | 11/28/2014 | $281.50 |
| The Standard Register Company | The Standard Register Company | 1090074 | $6,915.47 | 1/12/2015 | 156422011 | 11/28/2014 | $319.50 |
| The Standard Register Company | The Standard Register Company | 1090434 | $5,271.59 | 1/14/2015 | 156432011 | 11/30/2014 | $4,042.97 |
| The Standard Register Company | The Standard Register Company | 1090074 | $6,915.47 | 1/12/2015 | 156439011 | 11/28/2014 | $65.61 |
| The Standard Register Company | The Standard Register Company | 1090074 | $6,915.47 | 1/12/2015 | 156224011 | 11/28/2014 | $47.92 |
| The Standard Register Company | The Standard Register Company | 1090074 | $6,915.47 | 1/12/2015 | 156454011 | 11/28/2014 | $97.94 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1090074 | $6,915.47 | 1/12/2015 | 156455011 | 11/28/2014 | $106.00 |
| The Standard Register Company | The Standard Register Company | 1090074 | $6,915.47 | 1/12/2015 | 156456011 | 11/28/2014 | $95.84 |
| The Standard Register Company | The Standard Register Company | 1090074 | $6,915.47 | 1/12/2015 | 156482011 | 11/28/2014 | $319.50 |
| The Standard Register Company | The Standard Register Company | 1090074 | $6,915.47 | 1/12/2015 | 156491011 | 11/28/2014 | $47.92 |
| The Standard Register Company | The Standard Register Company | 1090074 | $6,915.47 | 1/12/2015 | 156502011 | 11/28/2014 | $135.50 |
| The Standard Register Company | The Standard Register Company | 1090271 | $4,633.05 | 1/14/2015 | 155884011 | 11/29/2014 | $3,841.29 |
| The Standard Register Company | The Standard Register Company | 1090271 | $4,633.05 | 1/14/2015 | 155971011 | 11/29/2014 | $1,077.26 |
| The Standard Register Company | The Standard Register Company | 1090434 | $5,271.59 | 1/14/2015 | 156211011 | 11/30/2014 | $43.69 |
| The Standard Register Company | The Standard Register Company | 1094043 | $4,737.58 | 2/3/2015 | 156487011 | 12/12/2014 | $403.74 |
| The Standard Register Company | The Standard Register Company | 1090074 | $6,915.47 | 1/12/2015 | 156438011 | 11/28/2014 | $65.61 |
| The Standard Register Company | The Standard Register Company | 1090074 | $6,915.47 | 1/12/2015 | 155782011 | 11/28/2014 | $95.84 |
| The Standard Register Company | The Standard Register Company | 22711 | $906.81 | 1/27/2015 | 156866011 | 12/22/2014 | $906.81 |
| The Standard Register Company | The Standard Register Company | 1090074 | $6,915.47 | 1/12/2015 | 155355011 | 11/28/2014 | $39.50 |
| The Standard Register Company | The Standard Register Company | 1090074 | $6,915.47 | 1/12/2015 | 155491011 | 11/28/2014 | $47.92 |
| The Standard Register Company | The Standard Register Company | 1090074 | $6,915.47 | 1/12/2015 | 155517011 | 11/28/2014 | $159.75 |
| The Standard Register Company | The Standard Register Company | 1090074 | $6,915.47 | 1/12/2015 | 155518011 | 11/28/2014 | $47.92 |
| The Standard Register Company | The Standard Register Company | 1090074 | $6,915.47 | 1/12/2015 | 155573011 | 11/28/2014 | $53.00 |
| The Standard Register Company | The Standard Register Company | 1090074 | $6,915.47 | 1/12/2015 | 155581011 | 11/28/2014 | $95.84 |
| The Standard Register Company | The Standard Register Company | 1090074 | $6,915.47 | 1/12/2015 | 155606011 | 11/28/2014 | $95.84 |
| The Standard Register Company | The Standard Register Company | 1090074 | $6,915.47 | 1/12/2015 | 155607011 | 11/28/2014 | $95.84 |
| The Standard Register Company | The Standard Register Company | 1090074 | $6,915.47 | 1/12/2015 | 155608011 | 11/28/2014 | $95.84 |
| The Standard Register Company | The Standard Register Company | 1090074 | $6,915.47 | 1/12/2015 | 156287011 | 11/28/2014 | $47.92 |
| The Standard Register Company | The Standard Register Company | 1090074 | $6,915.47 | 1/12/2015 | 155779011 | 11/28/2014 | $159.75 |
| The Standard Register Company | The Standard Register Company | 1090074 | $6,915.47 | 1/12/2015 | 156248011 | 11/28/2014 | $506.20 |
| The Standard Register Company | The Standard Register Company | 1090074 | $6,915.47 | 1/12/2015 | 155829011 | 11/28/2014 | $95.84 |
| The Standard Register Company | The Standard Register Company | 1090074 | $6,915.47 | 1/12/2015 | 155830011 | 11/28/2014 | $89.70 |
| The Standard Register Company | The Standard Register Company | 1090074 | $6,915.47 | 1/12/2015 | 155920011 | 11/28/2014 | $395.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1090074 | $6,915.47 | 1/12/2015 | 155980011 | 11/28/2014 | $44.85 |
| The Standard Register Company | The Standard Register Company | 1090074 | $6,915.47 | 1/12/2015 | 156044011 | 11/28/2014 | $639.00 |
| The Standard Register Company | The Standard Register Company | 1090074 | $6,915.47 | 1/12/2015 | 156125011 | 11/28/2014 | $318.00 |
| The Standard Register Company | The Standard Register Company | 1090074 | $6,915.47 | 1/12/2015 | 156199011 | 11/28/2014 | $159.75 |
| The Standard Register Company | The Standard Register Company | 1090074 | $6,915.47 | 1/12/2015 | 156200011 | 11/28/2014 | $95.84 |
| The Standard Register Company | The Standard Register Company | 1090074 | $6,915.47 | 1/12/2015 | 156208011 | 11/28/2014 | $53.00 |
| The Standard Register Company | The Standard Register Company | 1090074 | $6,915.47 | 1/12/2015 | 156209011 | 11/28/2014 | $159.75 |
| The Standard Register Company | The Standard Register Company | 1090434 | $5,271.59 | 1/14/2015 | 156446011 | 11/30/2014 | $52.16 |
| The Standard Register Company | The Standard Register Company | 1090074 | $6,915.47 | 1/12/2015 | 155656011 | 11/28/2014 | $95.84 |
| The Standard Register Company | The Standard Register Company | 1093217 | $3,292.17 | 2/2/2015 | 156570011 | 12/9/2014 | $35.00 |
| The Standard Register Company | The Standard Register Company | 1092356 | $1,738.04 | 1/27/2015 | 156500011 | 12/5/2014 | $278.40 |
| The Standard Register Company | The Standard Register Company | 1092356 | $1,738.04 | 1/27/2015 | 156516011 | 12/5/2014 | $245.40 |
| The Standard Register Company | The Standard Register Company | 1092356 | $1,738.04 | 1/27/2015 | 156518011 | 12/5/2014 | $310.62 |
| The Standard Register Company | The Standard Register Company | 1092356 | $1,738.04 | 1/27/2015 | 156538011 | 12/5/2014 | $164.64 |
| The Standard Register Company | The Standard Register Company | 1092356 | $1,738.04 | 1/27/2015 | 156542011 | 12/5/2014 | $97.87 |
| The Standard Register Company | The Standard Register Company | 1092356 | $1,738.04 | 1/27/2015 | 156558011 | 12/5/2014 | $112.29 |
| The Standard Register Company | The Standard Register Company | 1092356 | $1,738.04 | 1/27/2015 | 156576011 | 12/5/2014 | $115.12 |
| The Standard Register Company | The Standard Register Company | 1093217 | $3,292.17 | 2/2/2015 | 156547011 | 12/9/2014 | $27.70 |
| The Standard Register Company | The Standard Register Company | 1093217 | $3,292.17 | 2/2/2015 | 156549011 | 12/9/2014 | $19.00 |
| The Standard Register Company | The Standard Register Company | 1093217 | $3,292.17 | 2/2/2015 | 156550011 | 12/9/2014 | $142.00 |
| The Standard Register Company | The Standard Register Company | 1090434 | $5,271.59 | 1/14/2015 | 156429011 | 11/30/2014 | $1,110.20 |
| The Standard Register Company | The Standard Register Company | 1093217 | $3,292.17 | 2/2/2015 | 156569011 | 12/9/2014 | $19.00 |
| The Standard Register Company | The Standard Register Company | 1092356 | $1,738.04 | 1/27/2015 | 155995011 | 12/5/2014 | $136.46 |
| The Standard Register Company | The Standard Register Company | 1093217 | $3,292.17 | 2/2/2015 | 156572011 | 12/9/2014 | $244.00 |
| The Standard Register Company | The Standard Register Company | 1093217 | $3,292.17 | 2/2/2015 | 156644011 | 12/9/2014 | $21.51 |
| The Standard Register Company | The Standard Register Company | 1093217 | $3,292.17 | 2/2/2015 | 156645011 | 12/9/2014 | $35.00 |
| The Standard Register Company | The Standard Register Company | 1093217 | $3,292.17 | 2/2/2015 | 156648011 | 12/9/2014 | $52.66 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1093217 | $3,292.17 | 2/2/2015 | 156740011 | 12/9/2014 | $2,929.10 |
| The Standard Register Company | The Standard Register Company | 1093605 | $3,909.65 | 2/3/2015 | 156451011 | 12/10/2014 | $3,868.50 |
| The Standard Register Company | The Standard Register Company | 1093605 | $3,909.65 | 2/3/2015 | 156560011 | 12/10/2014 | $95.84 |
| The Standard Register Company | The Standard Register Company | 1093605 | $3,909.65 | 2/3/2015 | 156573011 | 12/10/2014 | $47.92 |
| The Standard Register Company | The Standard Register Company | 1093605 | $3,909.65 | 2/3/2015 | 156584011 | 12/10/2014 | $95.84 |
| The Standard Register Company | The Standard Register Company | 1093605 | $3,909.65 | 2/3/2015 | 156664011 | 12/10/2014 | $95.84 |
| The Standard Register Company | The Standard Register Company | 1093217 | $3,292.17 | 2/2/2015 | 156568011 | 12/9/2014 | $13.85 |
| The Standard Register Company | The Standard Register Company | 1091115 | $659.34 | 1/21/2015 | 156475011 | 12/2/2014 | $19.00 |
| The Standard Register Company | The Standard Register Company | 1090434 | $5,271.59 | 1/14/2015 | 156447011 | 11/30/2014 | $42.66 |
| The Standard Register Company | The Standard Register Company | 1090434 | $5,271.59 | 1/14/2015 | 156483011 | 11/30/2014 | $80.74 |
| The Standard Register Company | The Standard Register Company | 1090434 | $5,271.59 | 1/14/2015 | 156485011 | 11/30/2014 | $65.61 |
| The Standard Register Company | The Standard Register Company | 1090434 | $5,271.59 | 1/14/2015 | 156509011 | 11/30/2014 | $56.61 |
| The Standard Register Company | The Standard Register Company | 1091115 | $659.34 | 1/21/2015 | 156427011 | 12/2/2014 | $44.00 |
| The Standard Register Company | The Standard Register Company | 1091115 | $659.34 | 1/21/2015 | 156433011 | 12/2/2014 | $112.50 |
| The Standard Register Company | The Standard Register Company | 1091115 | $659.34 | 1/21/2015 | 156457011 | 12/2/2014 | $43.58 |
| The Standard Register Company | The Standard Register Company | 1091115 | $659.34 | 1/21/2015 | 156458011 | 12/2/2014 | $19.00 |
| The Standard Register Company | The Standard Register Company | 1091115 | $659.34 | 1/21/2015 | 156464011 | 12/2/2014 | $30.00 |
| The Standard Register Company | The Standard Register Company | 1091115 | $659.34 | 1/21/2015 | 156465011 | 12/2/2014 | $203.00 |
| The Standard Register Company | The Standard Register Company | 1092356 | $1,738.04 | 1/27/2015 | 156468011 | 12/5/2014 | $78.07 |
| The Standard Register Company | The Standard Register Company | 1091115 | $659.34 | 1/21/2015 | 156474011 | 12/2/2014 | $35.00 |
| The Standard Register Company | The Standard Register Company | 1092356 | $1,738.04 | 1/27/2015 | 156114013 | 12/5/2014 | $316.50 |
| The Standard Register Company | The Standard Register Company | 1091115 | $659.34 | 1/21/2015 | 156477011 | 12/2/2014 | $13.85 |
| The Standard Register Company | The Standard Register Company | 1091115 | $659.34 | 1/21/2015 | 156489011 | 12/2/2014 | $27.00 |
| The Standard Register Company | The Standard Register Company | 1091115 | $659.34 | 1/21/2015 | 156490011 | 12/2/2014 | $34.69 |
| The Standard Register Company | The Standard Register Company | 1091115 | $659.34 | 1/21/2015 | 156512011 | 12/2/2014 | $13.85 |
| The Standard Register Company | The Standard Register Company | 1091115 | $659.34 | 1/21/2015 | 156513011 | 12/2/2014 | $13.85 |
| The Standard Register Company | The Standard Register Company | 1091115 | $659.34 | 1/21/2015 | 156514011 | 12/2/2014 | $30.90 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1091115 | $659.34 | 1/21/2015 | 156515011 | 12/2/2014 | $35.90 |
| The Standard Register Company | The Standard Register Company | 1091606 | $1,378.90 | 1/27/2015 | 152903011 | 6/30/2014 | $1,115.68 |
| The Standard Register Company | The Standard Register Company | 1091606 | $1,378.90 | 1/27/2015 | 153732011 | 7/23/2014 | $65.33 |
| The Standard Register Company | The Standard Register Company | 1091606 | $1,378.90 | 1/27/2015 | 154139011 | 10/17/2014 | $282.60 |
| The Standard Register Company | The Standard Register Company | 1090074 | $6,915.47 | 1/12/2015 | 155280011 | 11/28/2014 | $95.84 |
| The Standard Register Company | The Standard Register Company | 1091115 | $659.34 | 1/21/2015 | 156473011 | 12/2/2014 | $29.19 |

**Totals: 28 transfer(s), $129,084.34**