

**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **Novitex Enterprise Solutions, Inc.** |
|---|---|
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7009926 | $44,638.82 | 1/23/2015 | 20420758 | 11/11/2014 | $151.37 |
| The Standard Register Company | The Standard Register Company | 7009582 | $13,792.98 | 1/2/2015 | 20411069 | 10/31/2014 | $105.71 |
| The Standard Register Company | The Standard Register Company | 7009582 | $13,792.98 | 1/2/2015 | 20411077 | 10/31/2014 | $91.16 |
| The Standard Register Company | The Standard Register Company | 7009582 | $13,792.98 | 1/2/2015 | 20411085 | 10/31/2014 | $156.85 |
| The Standard Register Company | The Standard Register Company | 7009582 | $13,792.98 | 1/2/2015 | 20411093 | 10/31/2014 | $144.64 |
| The Standard Register Company | The Standard Register Company | 7009582 | $13,792.98 | 1/2/2015 | 20411211 | 10/31/2014 | $8,756.81 |
| The Standard Register Company | The Standard Register Company | 7009582 | $13,792.98 | 1/2/2015 | 20411368 | 10/31/2014 | $3,049.85 |
| The Standard Register Company | The Standard Register Company | 7009926 | $44,638.82 | 1/23/2015 | 20420707 | 11/11/2014 | $403.20 |
| The Standard Register Company | The Standard Register Company | 7009926 | $44,638.82 | 1/23/2015 | 20420715 | 11/11/2014 | $305.45 |
| The Standard Register Company | The Standard Register Company | 7009926 | $44,638.82 | 1/23/2015 | 20420723 | 11/11/2014 | $349.87 |
| The Standard Register Company | The Standard Register Company | 7009235 | $53.45 | 12/17/2014 | 20364629 | 10/15/2014 | $53.45 |
| The Standard Register Company | The Standard Register Company | 7009926 | $44,638.82 | 1/23/2015 | 20420740 | 11/11/2014 | $113.63 |
| The Standard Register Company | The Standard Register Company | 7009582 | $13,792.98 | 1/2/2015 | 20411034 | 10/31/2014 | $136.79 |
| The Standard Register Company | The Standard Register Company | 7009926 | $44,638.82 | 1/23/2015 | 20420766 | 11/11/2014 | $884.48 |
| The Standard Register Company | The Standard Register Company | 7009926 | $44,638.82 | 1/23/2015 | 20420774 | 11/11/2014 | $589.85 |
| The Standard Register Company | The Standard Register Company | 7009926 | $44,638.82 | 1/23/2015 | 20420782 | 11/11/2014 | $2,387.78 |
| The Standard Register Company | The Standard Register Company | 7009926 | $44,638.82 | 1/23/2015 | 20420791 | 11/11/2014 | $269.62 |
| The Standard Register Company | The Standard Register Company | 7009926 | $44,638.82 | 1/23/2015 | 20420803 | 11/11/2014 | $665.73 |
| The Standard Register Company | The Standard Register Company | 7009926 | $44,638.82 | 1/23/2015 | 20421486 | 11/11/2014 | $37,006.88 |
| The Standard Register Company | The Standard Register Company | 7009926 | $44,638.82 | 1/23/2015 | 20422631 | 11/12/2014 | $688.95 |
| The Standard Register Company | The Standard Register Company | 7009926 | $44,638.82 | 1/23/2015 | 20422649 | 11/12/2014 | $77.02 |
| The Standard Register Company | The Standard Register Company | 7009926 | $44,638.82 | 1/23/2015 | 20422657 | 11/12/2014 | $77.02 |
| The Standard Register Company | The Standard Register Company | 7009926 | $44,638.82 | 1/23/2015 | 20420731 | 11/11/2014 | $667.97 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7009582 | $13,792.98 | 1/2/2015 | 20396276 | 10/29/2014 | $180.00 |
| The Standard Register Company | The Standard Register Company | 7009292 | $341.32 | 12/22/2014 | 20310452 | 9/22/2014 | $341.32 |
| The Standard Register Company | The Standard Register Company | 7009339 | $2,727.94 | 12/23/2014 | 20366448 | 10/17/2014 | $2,727.94 |
| The Standard Register Company | The Standard Register Company | 7009527 | $34,079.57 | 12/30/2014 | 20378529 | 10/27/2014 | $362.59 |
| The Standard Register Company | The Standard Register Company | 7009527 | $34,079.57 | 12/30/2014 | 20378537 | 10/27/2014 | $368.87 |
| The Standard Register Company | The Standard Register Company | 7009527 | $34,079.57 | 12/30/2014 | 20378545 | 10/27/2014 | $802.60 |
| The Standard Register Company | The Standard Register Company | 7009527 | $34,079.57 | 12/30/2014 | 20378553 | 10/27/2014 | $771.73 |
| The Standard Register Company | The Standard Register Company | 7009527 | $34,079.57 | 12/30/2014 | 20378561 | 10/27/2014 | $249.84 |
| The Standard Register Company | The Standard Register Company | 7009527 | $34,079.57 | 12/30/2014 | 20378570 | 10/27/2014 | $2,429.75 |
| The Standard Register Company | The Standard Register Company | 7009527 | $34,079.57 | 12/30/2014 | 20378588 | 10/27/2014 | $274.48 |
| The Standard Register Company | The Standard Register Company | 7009582 | $13,792.98 | 1/2/2015 | 20411051 | 10/31/2014 | $89.20 |
| The Standard Register Company | The Standard Register Company | 7009527 | $34,079.57 | 12/30/2014 | 20381921 | 10/27/2014 | $28,693.00 |
| The Standard Register Company | The Standard Register Company | 7009582 | $13,792.98 | 1/2/2015 | 20411042 | 10/31/2014 | $66.97 |
| The Standard Register Company | The Standard Register Company | 7009582 | $13,792.98 | 1/2/2015 | 20396284 | 10/29/2014 | $16.66 |
| The Standard Register Company | The Standard Register Company | 7009582 | $13,792.98 | 1/2/2015 | 20396292 | 10/29/2014 | $84.64 |
| The Standard Register Company | The Standard Register Company | 7009582 | $13,792.98 | 1/2/2015 | 20410963 | 10/31/2014 | $96.20 |
| The Standard Register Company | The Standard Register Company | 7009582 | $13,792.98 | 1/2/2015 | 20410971 | 10/31/2014 | $84.07 |
| The Standard Register Company | The Standard Register Company | 7009582 | $13,792.98 | 1/2/2015 | 20410980 | 10/31/2014 | $179.40 |
| The Standard Register Company | The Standard Register Company | 7009582 | $13,792.98 | 1/2/2015 | 20410998 | 10/31/2014 | $114.11 |
| The Standard Register Company | The Standard Register Company | 7009582 | $13,792.98 | 1/2/2015 | 2041100 | 10/31/2014 | $147.34 |
| The Standard Register Company | The Standard Register Company | 7009582 | $13,792.98 | 1/2/2015 | 20411018 | 10/31/2014 | $160.58 |
| The Standard Register Company | The Standard Register Company | 7009582 | $13,792.98 | 1/2/2015 | 20411026 | 10/31/2014 | $132.00 |
| The Standard Register Company | The Standard Register Company | 7010182 | $1,233.65 | 2/3/2015 | 20445779 | 11/21/2014 | $405.19 |
| The Standard Register Company | The Standard Register Company | 7009527 | $34,079.57 | 12/30/2014 | 20378596 | 10/27/2014 | $126.71 |
| The Standard Register Company | The Standard Register Company | 7010694 | $158,235.36 | 3/4/2015 | 20527281 | 12/29/2014 | $36,639.97 |
| The Standard Register Company | The Standard Register Company | 7009978 | $9,089.11 | 1/27/2015 | 20423705 | 11/13/2014 | $9,089.11 |
| The Standard Register Company | The Standard Register Company | 7010694 | $158,235.36 | 3/4/2015 | 20496576 | 12/18/2014 | $709.77 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010694 | $158,235.36 | 3/4/2015 | 20496736 | 12/18/2014 | $100.76 |
| The Standard Register Company | The Standard Register Company | 7010694 | $158,235.36 | 3/4/2015 | 20496744 | 12/18/2014 | $61.14 |
| The Standard Register Company | The Standard Register Company | 7010694 | $158,235.36 | 3/4/2015 | 20496752 | 12/18/2014 | $154.35 |
| The Standard Register Company | The Standard Register Company | 7010694 | $158,235.36 | 3/4/2015 | 20496761 | 12/18/2014 | $102.90 |
| The Standard Register Company | The Standard Register Company | 7010694 | $158,235.36 | 3/4/2015 | 20496779 | 12/18/2014 | $35.73 |
| The Standard Register Company | The Standard Register Company | 7010694 | $158,235.36 | 3/4/2015 | 20496787 | 12/18/2014 | $38.59 |
| The Standard Register Company | The Standard Register Company | 7010694 | $158,235.36 | 3/4/2015 | 20496841 | 12/18/2014 | $265.64 |
| The Standard Register Company | The Standard Register Company | 7010694 | $158,235.36 | 3/4/2015 | 20496550 | 12/18/2014 | $1,228.52 |
| The Standard Register Company | The Standard Register Company | 7010694 | $158,235.36 | 3/4/2015 | 20505495 | 12/23/2014 | $28,618.00 |
| The Standard Register Company | The Standard Register Company | 7010694 | $158,235.36 | 3/4/2015 | 20496541 | 12/18/2014 | $695.35 |
| The Standard Register Company | The Standard Register Company | 7010694 | $158,235.36 | 3/4/2015 | 20528232 | 12/29/2014 | $169.95 |
| The Standard Register Company | The Standard Register Company | 7010694 | $158,235.36 | 3/4/2015 | 20540768 | 12/31/2014 | $485.45 |
| The Standard Register Company | The Standard Register Company | 7010694 | $158,235.36 | 3/4/2015 | 20540776 | 12/31/2014 | $170.52 |
| The Standard Register Company | The Standard Register Company | 7010694 | $158,235.36 | 3/4/2015 | 20540784 | 12/31/2014 | $222.73 |
| The Standard Register Company | The Standard Register Company | 7010694 | $158,235.36 | 3/4/2015 | 20540792 | 12/31/2014 | $394.04 |
| The Standard Register Company | The Standard Register Company | 7010694 | $158,235.36 | 3/4/2015 | 20540805 | 12/31/2014 | $107.85 |
| The Standard Register Company | The Standard Register Company | 7010694 | $158,235.36 | 3/4/2015 | 20540813 | 12/31/2014 | $752.77 |
| The Standard Register Company | The Standard Register Company | 7010694 | $158,235.36 | 3/4/2015 | 20540821 | 12/31/2014 | $3,045.71 |
| The Standard Register Company | The Standard Register Company | 7010694 | $158,235.36 | 3/4/2015 | 20540830 | 12/31/2014 | $229.97 |
| The Standard Register Company | The Standard Register Company | 7010694 | $158,235.36 | 3/4/2015 | 20540848 | 12/31/2014 | $3,939.00 |
| The Standard Register Company | The Standard Register Company | 7010694 | $158,235.36 | 3/4/2015 | 20496859 | 12/18/2014 | $362.25 |
| The Standard Register Company | The Standard Register Company | 7010694 | $158,235.36 | 3/4/2015 | 20491134 | 12/16/2014 | $190.71 |
| The Standard Register Company | The Standard Register Company | 7010694 | $158,235.36 | 3/4/2015 | 20542579 | 1/7/2015 | $443.10 |
| The Standard Register Company | The Standard Register Company | 7010182 | $1,233.65 | 2/3/2015 | 20445787 | 11/21/2014 | $97.09 |
| The Standard Register Company | The Standard Register Company | 7010182 | $1,233.65 | 2/3/2015 | 20445795 | 11/21/2014 | $126.37 |
| The Standard Register Company | The Standard Register Company | 7010182 | $1,233.65 | 2/3/2015 | 20445808 | 11/21/2014 | $161.65 |
| The Standard Register Company | The Standard Register Company | 7010182 | $1,233.65 | 2/3/2015 | 20445816 | 11/21/2014 | $61.98 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010182 | $1,233.65 | 2/3/2015 | 20445921 | 11/21/2014 | $268.17 |
| The Standard Register Company | The Standard Register Company | 7010255 | $16,331.48 | 2/5/2015 | 20477640 | 11/26/2014 | $16,331.48 |
| The Standard Register Company | The Standard Register Company | 7010694 | $158,235.36 | 3/4/2015 | 20433891 | 11/30/2014 | $28,618.00 |
| The Standard Register Company | The Standard Register Company | 7010694 | $158,235.36 | 3/4/2015 | 20480654 | 12/4/2014 | $43,331.66 |
| The Standard Register Company | The Standard Register Company | 7010694 | $158,235.36 | 3/4/2015 | 20496568 | 12/18/2014 | $151.88 |
| The Standard Register Company | The Standard Register Company | 7010694 | $158,235.36 | 3/4/2015 | 20491126 | 12/16/2014 | $87.68 |
| The Standard Register Company | The Standard Register Company | 7010182 | $1,233.65 | 2/3/2015 | 20445761 | 11/21/2014 | $113.20 |
| The Standard Register Company | The Standard Register Company | 7010694 | $158,235.36 | 3/4/2015 | 20491142 | 12/16/2014 | $81.06 |
| The Standard Register Company | The Standard Register Company | 7010694 | $158,235.36 | 3/4/2015 | 20491151 | 12/16/2014 | $66.54 |
| The Standard Register Company | The Standard Register Company | 7010694 | $158,235.36 | 3/4/2015 | 20496461 | 12/18/2014 | $56.59 |
| The Standard Register Company | The Standard Register Company | 7010694 | $158,235.36 | 3/4/2015 | 20496470 | 12/18/2014 | $342.88 |
| The Standard Register Company | The Standard Register Company | 7010694 | $158,235.36 | 3/4/2015 | 20496488 | 12/18/2014 | $80.69 |
| The Standard Register Company | The Standard Register Company | 7010694 | $158,235.36 | 3/4/2015 | 20496496 | 12/18/2014 | $260.39 |
| The Standard Register Company | The Standard Register Company | 7010694 | $158,235.36 | 3/4/2015 | 20496509 | 12/18/2014 | $118.93 |
| The Standard Register Company | The Standard Register Company | 7010694 | $158,235.36 | 3/4/2015 | 20496517 | 12/18/2014 | $88.54 |
| The Standard Register Company | The Standard Register Company | 7010694 | $158,235.36 | 3/4/2015 | 20496525 | 12/18/2014 | $1,796.08 |
| The Standard Register Company | The Standard Register Company | 7010694 | $158,235.36 | 3/4/2015 | 20496533 | 12/18/2014 | $3,915.60 |
| The Standard Register Company | The Standard Register Company | 7010694 | $158,235.36 | 3/4/2015 | 20488226 | 12/11/2014 | $74.07 |

Totals:    10 transfer(s),    $280,523.68