

| | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

**Defendant:** **Specialty Promotions, Inc. dba Specialty Print Communications fdba Batson Printing**
**Bankruptcy Case:** **SRC Liquidation Company**
**Preference Period:** **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1090135 | $72,421.06 | 1/12/2015 | 87255 | 11/28/2014 | $8,403.00 |
| The Standard Register Company | The Standard Register Company | 1084338 | $965.53 | 12/16/2014 | 22884 | 11/4/2014 | $412.24 |
| The Standard Register Company | The Standard Register Company | 1089674 | $26,054.75 | 1/13/2015 | 23002 | 11/26/2014 | $80.00 |
| The Standard Register Company | The Standard Register Company | 1089674 | $26,054.75 | 1/13/2015 | 23015 | 11/26/2014 | $273.00 |
| The Standard Register Company | The Standard Register Company | 1089674 | $26,054.75 | 1/13/2015 | 90163 | 11/26/2014 | $27,660.00 |
| The Standard Register Company | The Standard Register Company | 1090135 | $72,421.06 | 1/12/2015 | 87207 | 11/28/2014 | $32,455.00 |
| The Standard Register Company | The Standard Register Company | 1090135 | $72,421.06 | 1/12/2015 | 87208 | 11/28/2014 | $8,803.31 |
| The Standard Register Company | The Standard Register Company | 1089506 | $65,757.39 | 1/6/2015 | 87105 | 11/25/2014 | $34,834.65 |
| The Standard Register Company | The Standard Register Company | 1090135 | $72,421.06 | 1/12/2015 | 87234 | 11/28/2014 | $1,815.00 |
| The Standard Register Company | The Standard Register Company | 1089506 | $65,757.39 | 1/6/2015 | 87103 | 11/24/2014 | $32,490.34 |
| The Standard Register Company | The Standard Register Company | 1090135 | $72,421.06 | 1/12/2015 | 87258 | 11/28/2014 | $25,105.42 |
| The Standard Register Company | The Standard Register Company | 1092181 | $111.60 | 1/30/2015 | 23046 | 12/5/2014 | $120.00 |
| The Standard Register Company | The Standard Register Company | 1092888 | $132,854.23 | 2/2/2015 | 87283 | 12/8/2014 | $142,854.01 |
| The Standard Register Company | The Standard Register Company | 1093306 | $9,146.81 | 2/3/2015 | 87104 | 11/24/2014 | $9,792.00 |
| The Standard Register Company | The Standard Register Company | 1093759 | $890.76 | 2/5/2015 | 23090 | 12/11/2014 | $949.59 |
| The Standard Register Company | The Standard Register Company | 1095426 | $5,844.34 | 2/10/2015 | 87461 | 12/18/2014 | $6,282.86 |
| The Standard Register Company | The Standard Register Company | 1090135 | $72,421.06 | 1/12/2015 | 87233 | 11/28/2014 | $1,085.18 |
| The Standard Register Company | The Standard Register Company | 1088385 | $1,117.08 | 1/5/2015 | 22981 | 11/20/2014 | $217.25 |
| The Standard Register Company | The Standard Register Company | 1084338 | $965.53 | 12/16/2014 | 22885 | 11/4/2014 | $420.00 |
| The Standard Register Company | The Standard Register Company | 1084338 | $965.53 | 12/16/2014 | 22886 | 11/4/2014 | $76.46 |
| The Standard Register Company | The Standard Register Company | 1084338 | $965.53 | 12/16/2014 | 22887 | 11/4/2014 | $119.42 |
| The Standard Register Company | The Standard Register Company | 1085680 | $1,858.65 | 12/22/2014 | MP121014 | 12/10/2014 | $1,858.65 |
| The Standard Register Company | The Standard Register Company | 1086781 | $1,362.45 | 12/31/2014 | 22906 | 11/14/2014 | $1,465.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1088220 | $137,898.78 | 1/2/2015 | 87036 | 11/18/2014 | $107,352.22 |
| The Standard Register Company | The Standard Register Company | 1089506 | $65,757.39 | 1/6/2015 | 87110 | 11/25/2014 | $2,738.59 |
| The Standard Register Company | The Standard Register Company | 1088220 | $137,898.78 | 1/2/2015 | 87053 | 11/19/2014 | $32,518.21 |
| The Standard Register Company | The Standard Register Company | 1099869 | $143,571.59 | 3/11/2015 | 87729 | 12/31/2014 | $1,705.00 |
| The Standard Register Company | The Standard Register Company | 1088385 | $1,117.08 | 1/5/2015 | 22982 | 11/20/2014 | $369.85 |
| The Standard Register Company | The Standard Register Company | 1088385 | $1,117.08 | 1/5/2015 | 22983 | 11/20/2014 | $35.16 |
| The Standard Register Company | The Standard Register Company | 1088385 | $1,117.08 | 1/5/2015 | 22985 | 11/20/2014 | $70.20 |
| The Standard Register Company | The Standard Register Company | 1088385 | $1,117.08 | 1/5/2015 | 22986 | 11/20/2014 | $377.30 |
| The Standard Register Company | The Standard Register Company | 1088385 | $1,117.08 | 1/5/2015 | 23000 | 11/21/2014 | $114.88 |
| The Standard Register Company | The Standard Register Company | 1089024 | $2,124.82 | 1/6/2015 | 80638 | 11/25/2014 | $2,275.46 |
| The Standard Register Company | The Standard Register Company | 1088220 | $137,898.78 | 1/2/2015 | 87042 | 11/19/2014 | $6,728.65 |
| The Standard Register Company | The Standard Register Company | ACH:13596 | $19,683.27 | 1/26/2015 | 80645 | 12/5/2014 | $5,680.00 |
| The Standard Register Company | The Standard Register Company | ACH:13149 | $8,787.43 | 12/30/2014 | 80636 | 11/18/2014 | $5,523.12 |
| The Standard Register Company | The Standard Register Company | ACH:13149 | $8,787.43 | 12/30/2014 | 80639 | 11/18/2014 | $3,443.64 |
| The Standard Register Company | The Standard Register Company | ACH:13172 | $3,796.17 | 12/31/2014 | 80640 | 11/20/2014 | $3,873.64 |
| The Standard Register Company | The Standard Register Company | ACH:13240 | $13,192.41 | 1/5/2015 | 80637 | 11/26/2014 | $9,804.38 |
| The Standard Register Company | The Standard Register Company | ACH:13240 | $13,192.41 | 1/5/2015 | 80641 | 11/26/2014 | $3,640.40 |
| The Standard Register Company | The Standard Register Company | ACH:13481 | $566.01 | 1/16/2015 | 23057 | 12/5/2014 | $566.01 |
| The Standard Register Company | The Standard Register Company | 1099869 | $143,571.59 | 3/11/2015 | 87602 | 12/31/2014 | $1,933.78 |
| The Standard Register Company | The Standard Register Company | ACH:13596 | $19,683.27 | 1/26/2015 | 80644 | 12/5/2014 | $4,535.00 |
| The Standard Register Company | The Standard Register Company | ACH:12920 | $63.70 | 12/19/2014 | 22999 | 11/21/2014 | $63.70 |
| The Standard Register Company | The Standard Register Company | ACH:13596 | $19,683.27 | 1/26/2015 | 80646 | 12/5/2014 | $4,241.02 |
| The Standard Register Company | The Standard Register Company | ACH:13596 | $19,683.27 | 1/26/2015 | 80647 | 12/5/2014 | $2,038.95 |
| The Standard Register Company | The Standard Register Company | ACH:13645 | $3,165.89 | 1/29/2015 | 80642 | 12/9/2014 | $3,230.50 |
| The Standard Register Company | The Standard Register Company | ACH:13697 | $9,432.79 | 2/2/2015 | 80650 | 12/12/2014 | $2,886.50 |
| The Standard Register Company | The Standard Register Company | ACH:13697 | $9,432.79 | 2/2/2015 | 80651 | 12/12/2014 | $3,610.00 |
| The Standard Register Company | The Standard Register Company | ACH:13697 | $9,432.79 | 2/2/2015 | 80652 | 12/12/2014 | $3,124.00 |

Specialty Promotions, Inc. dba Specialty Print Communications fdba Batson Printing (CSRCSPE02)
Bankruptcy Case: SRC Liquidation Company

May 3, 2016                                   Exhibit A                                   P. 2

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | ACH:13596 | $19,683.27 | 1/26/2015 | 80643 | 12/5/2014 | $3,590.00 |
| The Standard Register Company | The Standard Register Company | 1099869 | $143,571.59 | 3/11/2015 | 87961 | 1/30/2015 | $17,666.43 |
| The Standard Register Company | The Standard Register Company | ACH:13845 | $425.00 | 2/11/2015 | 80649 | 12/23/2014 | $430.00 |
| The Standard Register Company | The Standard Register Company | 1099869 | $143,571.59 | 3/11/2015 | 87730 | 12/31/2014 | $1,815.00 |
| The Standard Register Company | The Standard Register Company | 1099869 | $143,571.59 | 3/11/2015 | 87764 | 1/16/2015 | $27,559.00 |
| The Standard Register Company | The Standard Register Company | 1099869 | $143,571.59 | 3/11/2015 | 87782 | 1/20/2015 | $15,536.03 |
| The Standard Register Company | The Standard Register Company | 1099869 | $143,571.59 | 3/11/2015 | 87784 | 1/20/2015 | $11,787.89 |
| The Standard Register Company | The Standard Register Company | 1099869 | $143,571.59 | 3/11/2015 | 87874 | 1/28/2015 | $1,234.00 |
| The Standard Register Company | The Standard Register Company | ACH:13098 | $1,259.77 | 12/29/2014 | 23014 | 11/26/2014 | $135.84 |
| The Standard Register Company | The Standard Register Company | 1099869 | $143,571.59 | 3/11/2015 | 87959 | 1/30/2015 | $6,970.00 |
| The Standard Register Company | The Standard Register Company | ACH:13098 | $1,259.77 | 12/29/2014 | 22984 | 11/20/2014 | $1,123.93 |
| The Standard Register Company | The Standard Register Company | 1099869 | $143,571.59 | 3/11/2015 | 88059 | 1/30/2015 | $1,978.26 |
| The Standard Register Company | The Standard Register Company | 1099869 | $143,571.59 | 3/11/2015 | 88061 | 1/30/2015 | $9,581.74 |
| The Standard Register Company | The Standard Register Company | 1099869 | $143,571.59 | 3/11/2015 | 88063 | 1/30/2015 | $13,899.00 |
| The Standard Register Company | The Standard Register Company | 1099869 | $143,571.59 | 3/11/2015 | 88066 | 1/30/2015 | $4,577.31 |
| The Standard Register Company | The Standard Register Company | ACH:12802 | $16,786.42 | 12/15/2014 | 80634 | 11/6/2014 | $15,460.00 |
| The Standard Register Company | The Standard Register Company | ACH:12802 | $16,786.42 | 12/15/2014 | 80635 | 11/6/2014 | $1,669.00 |
| The Standard Register Company | The Standard Register Company | 1099869 | $143,571.59 | 3/11/2015 | 87721 | 12/31/2014 | $29,910.00 |
| The Standard Register Company | The Standard Register Company | 1099869 | $143,571.59 | 3/11/2015 | 87877 | 1/29/2015 | $4,050.68 |

**Totals:**    26 transfer(s),    $679,138.70