

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **Spinnaker Coating, LLC fdba Spinnaker Coating Inc.** |
|---|---|
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 22764 | $23,354.41 | 1/30/2015 | IN729313 | 1/14/2015 | $1,294.89 |
| The Standard Register Company | The Standard Register Company | 1085606 | $1,731.57 | 12/23/2014 | IN720258 | 10/30/2014 | $1,763.84 |
| The Standard Register Company | The Standard Register Company | 21654 | $33,192.03 | 12/29/2014 | IN725942 | 12/12/2014 | $4,145.49 |
| The Standard Register Company | The Standard Register Company | 21654 | $33,192.03 | 12/29/2014 | IN725943 | 12/12/2014 | $7,387.58 |
| The Standard Register Company | The Standard Register Company | 21654 | $33,192.03 | 12/29/2014 | IN725950 | 12/12/2014 | $7,046.25 |
| The Standard Register Company | The Standard Register Company | 21885 | $445.70 | 12/31/2014 | IN726325 | 12/16/2014 | $445.70 |
| The Standard Register Company | The Standard Register Company | 22287 | $4,848.29 | 1/14/2015 | IN727549 | 12/30/2014 | $4,848.29 |
| The Standard Register Company | The Standard Register Company | 22505 | $6,363.03 | 1/21/2015 | IN728034 | 1/6/2015 | $1,268.70 |
| The Standard Register Company | The Standard Register Company | 22505 | $6,363.03 | 1/21/2015 | IN728037 | 1/6/2015 | $5,094.33 |
| The Standard Register Company | The Standard Register Company | 22519 | $5,067.62 | 1/27/2015 | IN728645 | 1/9/2015 | $5,067.62 |
| The Standard Register Company | The Standard Register Company | 22520 | $5,551.58 | 1/27/2015 | IN728647 | 1/9/2015 | $5,551.58 |
| The Standard Register Company | The Standard Register Company | 22580 | $1,362.04 | 1/28/2015 | IN728437 | 1/8/2015 | $1,083.67 |
| The Standard Register Company | The Standard Register Company | 22580 | $1,362.04 | 1/28/2015 | IN728438 | 1/8/2015 | $278.37 |
| The Standard Register Company | The Standard Register Company | 22716 | $5,088.34 | 1/28/2015 | IN728872 | 1/12/2015 | $5,088.34 |
| The Standard Register Company | The Standard Register Company | 21654 | $33,192.03 | 12/29/2014 | IN725528 | 12/10/2014 | $6,912.38 |
| The Standard Register Company | The Standard Register Company | 22890 | $5,432.35 | 2/3/2015 | IN730012 | 1/19/2015 | $5,432.35 |
| The Standard Register Company | The Standard Register Company | 23226 | $4,116.60 | 2/17/2015 | IN731415 | 1/28/2015 | $272.15 |
| The Standard Register Company | The Standard Register Company | 23226 | $4,116.60 | 2/17/2015 | IN731237 | 1/27/2015 | $828.01 |
| The Standard Register Company | The Standard Register Company | 23226 | $4,116.60 | 2/17/2015 | IN731234 | 1/27/2015 | $3,016.44 |
| The Standard Register Company | The Standard Register Company | 23146 | $1,715.10 | 2/11/2015 | IN731048 | 1/26/2015 | $1,340.91 |
| The Standard Register Company | The Standard Register Company | 23146 | $1,715.10 | 2/11/2015 | IN731044 | 1/26/2015 | $374.19 |
| The Standard Register Company | The Standard Register Company | 22750 | $3,174.49 | 1/28/2015 | IN729103 | 1/13/2015 | $3,174.49 |
| The Standard Register Company | The Standard Register Company | 22987 | $29,073.64 | 2/10/2015 | IN730670 | 1/22/2015 | $17,547.74 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 22764 | $23,354.41 | 1/30/2015 | IN729312 | 1/14/2015 | $11,306.75 |
| The Standard Register Company | The Standard Register Company | 22764 | $23,354.41 | 1/30/2015 | IN729778 | 1/16/2015 | $4,876.05 |
| The Standard Register Company | The Standard Register Company | 22764 | $23,354.41 | 1/30/2015 | IN729552 | 1/15/2015 | $2,554.10 |
| The Standard Register Company | The Standard Register Company | 22764 | $23,354.41 | 1/30/2015 | IN729548 | 1/15/2015 | $1,746.36 |
| The Standard Register Company | The Standard Register Company | 22764 | $23,354.41 | 1/30/2015 | IN729315 | 1/14/2015 | $518.21 |
| The Standard Register Company | The Standard Register Company | 22764 | $23,354.41 | 1/30/2015 | IN729314 | 1/14/2015 | $1,058.05 |
| The Standard Register Company | The Standard Register Company | 21654 | $33,192.03 | 12/29/2014 | IN725525 | 12/10/2014 | $4,759.26 |
| The Standard Register Company | The Standard Register Company | 22987 | $29,073.64 | 2/10/2015 | IN730835 | 1/23/2015 | $11,525.90 |
| The Standard Register Company | The Standard Register Company | 21452 | $16,601.65 | 12/22/2014 | DM723143 | 11/25/2014 | $253.08 |
| The Standard Register Company | The Standard Register Company | 1088222 | $7,460.30 | 1/5/2015 | IN725161 | 12/8/2014 | $7,612.55 |
| The Standard Register Company | The Standard Register Company | 1091721 | $5,230.24 | 1/28/2015 | IN718061 | 10/15/2014 | $5,336.98 |
| The Standard Register Company | The Standard Register Company | 1096200 | $6,027.14 | 2/11/2015 | IN725160 | 12/8/2014 | $6,150.14 |
| The Standard Register Company | The Standard Register Company | 1096688 | $7,644.02 | 2/18/2015 | IN721229 | 11/6/2014 | $1,262.18 |
| The Standard Register Company | The Standard Register Company | 1096688 | $7,644.02 | 2/18/2015 | IN728234 | 1/7/2015 | $740.39 |
| The Standard Register Company | The Standard Register Company | 1096688 | $7,644.02 | 2/18/2015 | IN728235 | 1/7/2015 | $4,496.45 |
| The Standard Register Company | The Standard Register Company | 1096688 | $7,644.02 | 2/18/2015 | IN728236 | 1/7/2015 | $1,145.00 |
| The Standard Register Company | The Standard Register Company | 21354 | $727.57 | 12/17/2014 | IN724109 | 12/1/2014 | $727.57 |
| The Standard Register Company | The Standard Register Company | 21423 | $30,478.91 | 12/19/2014 | IN724541 | 12/3/2014 | $1,490.29 |
| The Standard Register Company | The Standard Register Company | 21423 | $30,478.91 | 12/19/2014 | IN724730 | 12/4/2014 | $5,976.43 |
| The Standard Register Company | The Standard Register Company | 21423 | $30,478.91 | 12/19/2014 | IN724731 | 12/4/2014 | $5,723.50 |
| The Standard Register Company | The Standard Register Company | 21423 | $30,478.91 | 12/19/2014 | IN724732 | 12/4/2014 | $1,490.77 |
| The Standard Register Company | The Standard Register Company | 21423 | $30,478.91 | 12/19/2014 | IN724733 | 12/4/2014 | $3,612.01 |
| The Standard Register Company | The Standard Register Company | 21654 | $33,192.03 | 12/29/2014 | IN725529 | 12/10/2014 | $317.86 |
| The Standard Register Company | The Standard Register Company | 21452 | $16,601.65 | 12/22/2014 | IN724728 | 12/4/2014 | $698.91 |
| The Standard Register Company | The Standard Register Company | 21654 | $33,192.03 | 12/29/2014 | IN725524 | 12/10/2014 | $2,623.21 |
| The Standard Register Company | The Standard Register Company | 21592 | $11,352.56 | 12/23/2014 | IN725345 | 12/9/2014 | $2,583.36 |
| The Standard Register Company | The Standard Register Company | 21592 | $11,352.56 | 12/23/2014 | IN725342 | 12/9/2014 | $8,769.20 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 21517 | $5,922.38 | 12/23/2014 | IN725138 | 12/8/2014 | $5,922.38 |
| The Standard Register Company | The Standard Register Company | 21452 | $16,601.65 | 12/22/2014 | IN724943 | 12/5/2014 | $1,092.38 |
| The Standard Register Company | The Standard Register Company | 21423 | $30,478.91 | 12/19/2014 | IN724949 | 12/5/2014 | $6,285.50 |
| The Standard Register Company | The Standard Register Company | 21452 | $16,601.65 | 12/22/2014 | IN724729 | 12/4/2014 | $602.74 |
| The Standard Register Company | The Standard Register Company | 21423 | $30,478.91 | 12/19/2014 | IN724950 | 12/5/2014 | $5,900.41 |
| The Standard Register Company | The Standard Register Company | 21452 | $16,601.65 | 12/22/2014 | IN724727 | 12/4/2014 | $6,686.44 |
| The Standard Register Company | The Standard Register Company | 21452 | $16,601.65 | 12/22/2014 | IN724340 | 12/2/2014 | $1,113.67 |
| The Standard Register Company | The Standard Register Company | 21452 | $16,601.65 | 12/22/2014 | IN724339 | 12/2/2014 | $857.92 |
| The Standard Register Company | The Standard Register Company | 21452 | $16,601.65 | 12/22/2014 | IN724338 | 12/2/2014 | $591.85 |
| The Standard Register Company | The Standard Register Company | 21452 | $16,601.65 | 12/22/2014 | IN724108 | 12/1/2014 | $2,675.68 |
| The Standard Register Company | The Standard Register Company | 7010399 | $51,993.50 | 2/13/2015 | S0698983 | 2/6/2015 | $2,944.80 |
| The Standard Register Company | The Standard Register Company | 21452 | $16,601.65 | 12/22/2014 | IN724942 | 12/5/2014 | $2,028.98 |
| The Standard Register Company | The Standard Register Company | 7010635 | $37,586.00 | 3/2/2015 | IN734264 | 2/18/2015 | $5,926.96 |
| The Standard Register Company | The Standard Register Company | 7010518 | $2,197.80 | 2/23/2015 | IN733524 | 2/12/2015 | $2,242.66 |
| The Standard Register Company | The Standard Register Company | 7010543 | $3,268.17 | 2/24/2015 | S0700693 | 2/20/2015 | $1,800.18 |
| The Standard Register Company | The Standard Register Company | 7010543 | $3,268.17 | 2/24/2015 | S0700694 | 2/20/2015 | $409.50 |
| The Standard Register Company | The Standard Register Company | 7010543 | $3,268.17 | 2/24/2015 | S0700720 | 2/20/2015 | $1,058.49 |
| The Standard Register Company | The Standard Register Company | 7010600 | $13,948.28 | 2/26/2015 | S0701271 | 2/24/2015 | $3,117.29 |
| The Standard Register Company | The Standard Register Company | 7010600 | $13,948.28 | 2/26/2015 | S0701272 | 2/24/2015 | $3,701.25 |
| The Standard Register Company | The Standard Register Company | 7010600 | $13,948.28 | 2/26/2015 | S0701330 | 2/25/2015 | $4,917.02 |
| The Standard Register Company | The Standard Register Company | 7010600 | $13,948.28 | 2/26/2015 | S0701336 | 2/25/2015 | $620.08 |
| The Standard Register Company | The Standard Register Company | 7010600 | $13,948.28 | 2/26/2015 | S0701402 | 2/25/2015 | $1,592.64 |
| The Standard Register Company | The Standard Register Company | 7010635 | $37,586.00 | 3/2/2015 | IN733922 | 2/16/2015 | $1,950.96 |
| The Standard Register Company | The Standard Register Company | 7010635 | $37,586.00 | 3/2/2015 | IN733923 | 2/16/2015 | $3,369.60 |
| The Standard Register Company | The Standard Register Company | 7010635 | $37,586.00 | 3/2/2015 | IN733924 | 2/16/2015 | $1,751.19 |
| The Standard Register Company | The Standard Register Company | 7010635 | $37,586.00 | 3/2/2015 | IN734260 | 2/18/2015 | $39.80 |
| The Standard Register Company | The Standard Register Company | 7010399 | $51,993.50 | 2/13/2015 | S0698957 | 2/6/2015 | $5,790.05 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010697 | $12,926.69 | 3/4/2015 | S0702197 | 3/3/2015 | $7,438.65 |
| The Standard Register Company | The Standard Register Company | 7010767 | $3,873.15 | 3/9/2015 | S0702463 | 3/5/2015 | $2,414.10 |
| The Standard Register Company | The Standard Register Company | 7010711 | $3,265.45 | 3/5/2015 | IN734812 | 2/23/2015 | $756.74 |
| The Standard Register Company | The Standard Register Company | 7010711 | $3,265.45 | 3/5/2015 | IN734811 | 2/23/2015 | $2,026.07 |
| The Standard Register Company | The Standard Register Company | 7010711 | $3,265.45 | 3/5/2015 | IN734808 | 2/23/2015 | $237.82 |
| The Standard Register Company | The Standard Register Company | 7010711 | $3,265.45 | 3/5/2015 | IN734807 | 2/23/2015 | $307.82 |
| The Standard Register Company | The Standard Register Company | 7010635 | $37,586.00 | 3/2/2015 | IN734261 | 2/18/2015 | $253.04 |
| The Standard Register Company | The Standard Register Company | 7010697 | $12,926.69 | 3/4/2015 | S0702202 | 3/3/2015 | $2,075.24 |
| The Standard Register Company | The Standard Register Company | 7010635 | $37,586.00 | 3/2/2015 | IN734263 | 2/18/2015 | $15.70 |
| The Standard Register Company | The Standard Register Company | 7010670 | $25,928.56 | 3/3/2015 | S0701808 | 2/27/2015 | $21,406.46 |
| The Standard Register Company | The Standard Register Company | 7010670 | $25,928.56 | 3/3/2015 | S0701681 | 2/27/2015 | $543.38 |
| The Standard Register Company | The Standard Register Company | 7010670 | $25,928.56 | 3/3/2015 | S0701678 | 2/27/2015 | $3,978.72 |
| The Standard Register Company | The Standard Register Company | 7010635 | $37,586.00 | 3/2/2015 | IN734426 | 2/19/2015 | $1,702.29 |
| The Standard Register Company | The Standard Register Company | 7010635 | $37,586.00 | 3/2/2015 | IN734265 | 2/18/2015 | $30,917.79 |
| The Standard Register Company | The Standard Register Company | 7010489 | $9,496.11 | 2/19/2015 | S0700324 | 2/18/2015 | $5,700.45 |
| The Standard Register Company | The Standard Register Company | 7010697 | $12,926.69 | 3/4/2015 | S0702203 | 3/3/2015 | $3,412.80 |
| The Standard Register Company | The Standard Register Company | 7010405 | $35,946.81 | 2/16/2015 | IN731590 | 1/29/2015 | $859.74 |
| The Standard Register Company | The Standard Register Company | 7010489 | $9,496.11 | 2/19/2015 | S0700388 | 2/18/2015 | $1,417.50 |
| The Standard Register Company | The Standard Register Company | 7010405 | $35,946.81 | 2/16/2015 | IN732362 | 2/4/2015 | $381.80 |
| The Standard Register Company | The Standard Register Company | 7010405 | $35,946.81 | 2/16/2015 | IN732015 | 2/2/2015 | $2,542.32 |
| The Standard Register Company | The Standard Register Company | 7010405 | $35,946.81 | 2/16/2015 | IN731813 | 1/30/2015 | $4,067.62 |
| The Standard Register Company | The Standard Register Company | 7010405 | $35,946.81 | 2/16/2015 | IN731594 | 1/29/2015 | $3,640.15 |
| The Standard Register Company | The Standard Register Company | 7010405 | $35,946.81 | 2/16/2015 | IN732367 | 2/4/2015 | $1,063.89 |
| The Standard Register Company | The Standard Register Company | 7010405 | $35,946.81 | 2/16/2015 | IN731591 | 1/29/2015 | $189.03 |
| The Standard Register Company | The Standard Register Company | 7010405 | $35,946.81 | 2/16/2015 | IN732368 | 2/4/2015 | $1,456.88 |
| The Standard Register Company | The Standard Register Company | 7010399 | $51,993.50 | 2/13/2015 | S0699634 | 2/12/2015 | $937.82 |
| The Standard Register Company | The Standard Register Company | 7010399 | $51,993.50 | 2/13/2015 | S0699493 | 2/11/2015 | $285.53 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010399 | $51,993.50 | 2/13/2015 | S0699492 | 2/11/2015 | $1,459.05 |
| The Standard Register Company | The Standard Register Company | 7010399 | $51,993.50 | 2/13/2015 | S0699291 | 2/10/2015 | $9,201.60 |
| The Standard Register Company | The Standard Register Company | 7010399 | $51,993.50 | 2/13/2015 | S0698988 | 2/6/2015 | $1,990.49 |
| The Standard Register Company | The Standard Register Company | 7010767 | $3,873.15 | 3/9/2015 | S0702536 | 3/5/2015 | $1,459.05 |
| The Standard Register Company | The Standard Register Company | 7010405 | $35,946.81 | 2/16/2015 | IN731592 | 1/29/2015 | $337.09 |
| The Standard Register Company | The Standard Register Company | 7010437 | $23,483.44 | 2/17/2015 | S0700133 | 2/17/2015 | $381.74 |
| The Standard Register Company | The Standard Register Company | 7010399 | $51,993.50 | 2/13/2015 | S0698959 | 2/6/2015 | $29,384.16 |
| The Standard Register Company | The Standard Register Company | 7010476 | $663.28 | 2/19/2015 | IN707075PDSHORT | 7/29/2014 | $676.82 |
| The Standard Register Company | The Standard Register Company | 7010437 | $23,483.44 | 2/17/2015 | S0700139 | 2/17/2015 | $12,196.80 |
| The Standard Register Company | The Standard Register Company | 7010437 | $23,483.44 | 2/17/2015 | S0700138 | 2/17/2015 | $1,586.70 |
| The Standard Register Company | The Standard Register Company | 7010437 | $23,483.44 | 2/17/2015 | S0700137 | 2/17/2015 | $668.52 |
| The Standard Register Company | The Standard Register Company | 7010405 | $35,946.81 | 2/16/2015 | IN732366 | 2/4/2015 | $4,135.21 |
| The Standard Register Company | The Standard Register Company | 7010437 | $23,483.44 | 2/17/2015 | S0700135 | 2/17/2015 | $6,771.33 |
| The Standard Register Company | The Standard Register Company | 7010489 | $9,496.11 | 2/19/2015 | S0700325 | 2/18/2015 | $2,378.16 |
| The Standard Register Company | The Standard Register Company | 7010405 | $35,946.81 | 2/16/2015 | IN732822 | 2/6/2015 | $1,107.50 |
| The Standard Register Company | The Standard Register Company | 7010405 | $35,946.81 | 2/16/2015 | IN732821 | 2/6/2015 | $2,893.54 |
| The Standard Register Company | The Standard Register Company | 7010405 | $35,946.81 | 2/16/2015 | IN732816 | 2/6/2015 | $421.86 |
| The Standard Register Company | The Standard Register Company | 7010405 | $35,946.81 | 2/16/2015 | IN732572 | 2/1/2005 | $11,325.60 |
| The Standard Register Company | The Standard Register Company | 7010405 | $35,946.81 | 2/16/2015 | IN732370 | 2/4/2015 | $1,537.91 |
| The Standard Register Company | The Standard Register Company | 7010405 | $35,946.81 | 2/16/2015 | IN732369 | 2/4/2015 | $717.99 |
| The Standard Register Company | The Standard Register Company | 7010437 | $23,483.44 | 2/17/2015 | S0700136 | 2/17/2015 | $1,878.35 |

**Totals:** 37 transfer(s),    $446,538.80