

| | | 2600 Eagan Woods Dr, Suite 400  St. Paul, MN 55121  651-406-9665 | 151 West 46th Street, 4th Floor  New York, NY 10036  212-267-7342 |
|---|---|---|---|

Defendant: **Stylecraft Printing Co.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1094184 | $3,955.41 | 2/6/2015 | 94721 | 12/12/2014 | $201.55 |
| The Standard Register Company | The Standard Register Company | 1094903 | $361.30 | 2/6/2015 | 94709 | 12/16/2014 | $385.68 |
| The Standard Register Company | The Standard Register Company | 1094184 | $3,955.41 | 2/6/2015 | 94422 | 12/12/2014 | $338.45 |
| The Standard Register Company | The Standard Register Company | 1094184 | $3,955.41 | 2/6/2015 | 94532 | 12/11/2014 | $165.22 |
| The Standard Register Company | The Standard Register Company | 1094184 | $3,955.41 | 2/6/2015 | 94534 | 12/12/2014 | $801.10 |
| The Standard Register Company | The Standard Register Company | 1094184 | $3,955.41 | 2/6/2015 | 94535 | 12/12/2014 | $867.66 |
| The Standard Register Company | The Standard Register Company | 1094184 | $3,955.41 | 2/6/2015 | 94613 | 12/12/2014 | $565.90 |
| The Standard Register Company | The Standard Register Company | 1094184 | $3,955.41 | 2/6/2015 | 94621 | 12/12/2014 | $230.39 |
| The Standard Register Company | The Standard Register Company | 1093674 | $1,368.37 | 2/6/2015 | 94573 | 12/10/2014 | $242.00 |
| The Standard Register Company | The Standard Register Company | 1094184 | $3,955.41 | 2/6/2015 | 94685 | 12/12/2014 | $479.92 |
| The Standard Register Company | The Standard Register Company | 1093674 | $1,368.37 | 2/6/2015 | 94552 | 12/10/2014 | $305.65 |
| The Standard Register Company | The Standard Register Company | 1094184 | $3,955.41 | 2/6/2015 | 94725 | 12/11/2014 | $149.51 |
| The Standard Register Company | The Standard Register Company | 1094597 | $4,048.36 | 2/6/2015 | 94673 | 12/15/2014 | $540.35 |
| The Standard Register Company | The Standard Register Company | 1094597 | $4,048.36 | 2/6/2015 | 94674 | 12/15/2014 | $1,185.79 |
| The Standard Register Company | The Standard Register Company | 1094597 | $4,048.36 | 2/6/2015 | 94705 | 12/15/2014 | $1,306.74 |
| The Standard Register Company | The Standard Register Company | 1094597 | $4,048.36 | 2/6/2015 | 94722 | 12/15/2014 | $468.79 |
| The Standard Register Company | The Standard Register Company | 1094597 | $4,048.36 | 2/6/2015 | 94730 | 12/15/2014 | $328.98 |
| The Standard Register Company | The Standard Register Company | 1085105 | $2,073.91 | 12/19/2014 | 93824 | 11/6/2014 | $261.93 |
| The Standard Register Company | The Standard Register Company | 1094184 | $3,955.41 | 2/6/2015 | 94622 | 12/12/2014 | $433.57 |
| The Standard Register Company | The Standard Register Company | 1092895 | $5,732.68 | 2/2/2015 | 94519 | 12/8/2014 | $160.14 |
| The Standard Register Company | The Standard Register Company | 1091731 | $4,822.44 | 1/28/2015 | 94508 | 12/3/2014 | $430.51 |
| The Standard Register Company | The Standard Register Company | 1091731 | $4,822.44 | 1/28/2015 | 94538 | 12/3/2014 | $723.16 |
| The Standard Register Company | The Standard Register Company | 1091731 | $4,822.44 | 1/28/2015 | 94570 | 12/3/2014 | $217.40 |

Stylecraft Printing Co. (CSRCSTY01)
Bankruptcy Case: SRC Liquidation Company
May 3, 2016

Exhibit A

P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1092452 | $562.20 | 1/28/2015 | 94421 | 12/5/2014 | $419.21 |
| The Standard Register Company | The Standard Register Company | 1092452 | $562.20 | 1/28/2015 | 94549 | 12/5/2014 | $179.52 |
| The Standard Register Company | The Standard Register Company | 1092895 | $5,732.68 | 2/2/2015 | 94260 | 12/8/2014 | $367.98 |
| The Standard Register Company | The Standard Register Company | 1092895 | $5,732.68 | 2/2/2015 | 94400 | 12/8/2014 | $822.80 |
| The Standard Register Company | The Standard Register Company | 1093674 | $1,368.37 | 2/6/2015 | 94634 | 12/10/2014 | $482.54 |
| The Standard Register Company | The Standard Register Company | 1092895 | $5,732.68 | 2/2/2015 | 94509 | 12/8/2014 | $341.11 |
| The Standard Register Company | The Standard Register Company | 1095434 | $2,517.00 | 2/11/2015 | 94710 | 12/18/2014 | $380.85 |
| The Standard Register Company | The Standard Register Company | 1092895 | $5,732.68 | 2/2/2015 | 94574 | 12/8/2014 | $88.80 |
| The Standard Register Company | The Standard Register Company | 1092895 | $5,732.68 | 2/2/2015 | 94599 | 12/8/2014 | $372.48 |
| The Standard Register Company | The Standard Register Company | 1092895 | $5,732.68 | 2/2/2015 | 94611 | 12/8/2014 | $1,240.75 |
| The Standard Register Company | The Standard Register Company | 1093311 | $1,837.92 | 2/2/2015 | 94531 | 12/9/2014 | $1,302.03 |
| The Standard Register Company | The Standard Register Company | 1093311 | $1,837.92 | 2/2/2015 | 94575 | 12/9/2014 | $296.43 |
| The Standard Register Company | The Standard Register Company | 1093311 | $1,837.92 | 2/2/2015 | 94683 | 12/9/2014 | $366.59 |
| The Standard Register Company | The Standard Register Company | 1093674 | $1,368.37 | 2/6/2015 | 94318 | 12/10/2014 | $432.61 |
| The Standard Register Company | The Standard Register Company | 1092895 | $5,732.68 | 2/2/2015 | 94431 | 12/8/2014 | $2,738.36 |
| The Standard Register Company | The Standard Register Company | 1097425 | $50,613.16 | 2/25/2015 | 94935 | 1/6/2015 | $332.23 |
| The Standard Register Company | The Standard Register Company | 1094597 | $4,048.36 | 2/6/2015 | 94766 | 12/15/2014 | $491.29 |
| The Standard Register Company | The Standard Register Company | 1097425 | $50,613.16 | 2/25/2015 | 92641 | 9/30/2014 | $1,209.60 |
| The Standard Register Company | The Standard Register Company | 1097425 | $50,613.16 | 2/25/2015 | 94747 | 12/29/2014 | $988.28 |
| The Standard Register Company | The Standard Register Company | 1097425 | $50,613.16 | 2/25/2015 | 94750 | 12/31/2014 | $4,996.25 |
| The Standard Register Company | The Standard Register Company | 1097425 | $50,613.16 | 2/25/2015 | 94845 | 12/30/2014 | $6,396.06 |
| The Standard Register Company | The Standard Register Company | 1097425 | $50,613.16 | 2/25/2015 | 94909 | 12/30/2014 | $471.14 |
| The Standard Register Company | The Standard Register Company | 1097425 | $50,613.16 | 2/25/2015 | 94911 | 12/31/2014 | $1,423.23 |
| The Standard Register Company | The Standard Register Company | 1096587 | $6,709.01 | 2/17/2015 | 94948 | 12/23/2014 | $1,018.60 |
| The Standard Register Company | The Standard Register Company | 1097425 | $50,613.16 | 2/25/2015 | 94929 | 1/12/2015 | $479.85 |
| The Standard Register Company | The Standard Register Company | 1096587 | $6,709.01 | 2/17/2015 | 94894 | 12/23/2014 | $482.40 |
| The Standard Register Company | The Standard Register Company | 1097425 | $50,613.16 | 2/25/2015 | 94952 | 1/6/2015 | $232.68 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1097425 | $50,613.16 | 2/25/2015 | 94955 | 1/7/2015 | $360.19 |
| The Standard Register Company | The Standard Register Company | 1097425 | $50,613.16 | 2/25/2015 | 94960 | 1/6/2015 | $1,129.67 |
| The Standard Register Company | The Standard Register Company | 1097425 | $50,613.16 | 2/25/2015 | 94995 | 12/29/2014 | $262.33 |
| The Standard Register Company | The Standard Register Company | 1097425 | $50,613.16 | 2/25/2015 | 95002 | 1/9/2015 | $855.99 |
| The Standard Register Company | The Standard Register Company | 1097425 | $50,613.16 | 2/25/2015 | 95020 | 12/30/2014 | $395.81 |
| The Standard Register Company | The Standard Register Company | 1097425 | $50,613.16 | 2/25/2015 | 95029 | 1/9/2015 | $629.14 |
| The Standard Register Company | The Standard Register Company | 1097425 | $50,613.16 | 2/25/2015 | 94912 | 12/31/2014 | $727.75 |
| The Standard Register Company | The Standard Register Company | 1095865 | $4,481.83 | 2/11/2015 | 94862 | 12/19/2014 | $1,465.20 |
| The Standard Register Company | The Standard Register Company | 1095434 | $2,517.00 | 2/11/2015 | 94724 | 12/18/2014 | $453.20 |
| The Standard Register Company | The Standard Register Company | 1095434 | $2,517.00 | 2/11/2015 | 94758 | 12/18/2014 | $459.21 |
| The Standard Register Company | The Standard Register Company | 1095434 | $2,517.00 | 2/11/2015 | 94771 | 12/18/2014 | $283.68 |
| The Standard Register Company | The Standard Register Company | 1095434 | $2,517.00 | 2/11/2015 | 94785 | 12/18/2014 | $167.42 |
| The Standard Register Company | The Standard Register Company | 1095434 | $2,517.00 | 2/11/2015 | 94876 | 12/18/2014 | $956.04 |
| The Standard Register Company | The Standard Register Company | 1095865 | $4,481.83 | 2/11/2015 | 84867 | 12/19/2014 | $392.10 |
| The Standard Register Company | The Standard Register Company | 1095865 | $4,481.83 | 2/11/2015 | 94550 | 12/19/2014 | $1,009.20 |
| The Standard Register Company | The Standard Register Company | 1097425 | $50,613.16 | 2/25/2015 | 85202 | 1/15/2015 | $439.85 |
| The Standard Register Company | The Standard Register Company | 1095865 | $4,481.83 | 2/11/2015 | 94836 | 12/19/2014 | $1,023.33 |
| The Standard Register Company | The Standard Register Company | 1085105 | $2,073.91 | 12/19/2014 | 93823 | 11/6/2014 | $412.27 |
| The Standard Register Company | The Standard Register Company | 1095865 | $4,481.83 | 2/11/2015 | 94869 | 12/19/2014 | $101.53 |
| The Standard Register Company | The Standard Register Company | 1095865 | $4,481.83 | 2/11/2015 | 94895 | 12/19/2014 | $381.12 |
| The Standard Register Company | The Standard Register Company | 1096587 | $6,709.01 | 2/17/2015 | 94716 | 12/23/2014 | $447.35 |
| The Standard Register Company | The Standard Register Company | 1096587 | $6,709.01 | 2/17/2015 | 94821 | 12/23/2014 | $1,093.24 |
| The Standard Register Company | The Standard Register Company | 1096587 | $6,709.01 | 2/17/2015 | 94833 | 12/23/2014 | $3,405.60 |
| The Standard Register Company | The Standard Register Company | 1096587 | $6,709.01 | 2/17/2015 | 94853 | 12/23/2014 | $518.70 |
| The Standard Register Company | The Standard Register Company | 1096587 | $6,709.01 | 2/17/2015 | 94889 | 12/23/2014 | $230.39 |
| The Standard Register Company | The Standard Register Company | 1095865 | $4,481.83 | 2/11/2015 | 94765 | 12/19/2014 | $427.60 |
| The Standard Register Company | The Standard Register Company | 1087617 | $10,623.13 | 1/2/2015 | 94088 | 11/14/2014 | $464.56 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1091731 | $4,822.44 | 1/28/2015 | 94473 | 12/3/2014 | $418.63 |
| The Standard Register Company | The Standard Register Company | 1087617 | $10,623.13 | 1/2/2015 | 93604 | 11/13/2014 | $2,839.15 |
| The Standard Register Company | The Standard Register Company | 1087617 | $10,623.13 | 1/2/2015 | 93918 | 11/13/2014 | $431.01 |
| The Standard Register Company | The Standard Register Company | 1087617 | $10,623.13 | 1/2/2015 | 93945 | 11/13/2014 | $458.45 |
| The Standard Register Company | The Standard Register Company | 1087617 | $10,623.13 | 1/2/2015 | 93982 | 11/17/2014 | $278.29 |
| The Standard Register Company | The Standard Register Company | 1087617 | $10,623.13 | 1/2/2015 | 94035 | 11/14/2014 | $254.80 |
| The Standard Register Company | The Standard Register Company | 1087617 | $10,623.13 | 1/2/2015 | 94056 | 11/17/2014 | $403.49 |
| The Standard Register Company | The Standard Register Company | 1087617 | $10,623.13 | 1/2/2015 | 92787 | 11/17/2014 | $1,790.76 |
| The Standard Register Company | The Standard Register Company | 1087617 | $10,623.13 | 1/2/2015 | 94087 | 11/13/2014 | $534.49 |
| The Standard Register Company | The Standard Register Company | 1086536 | $9,423.37 | 12/30/2014 | 94071 | 11/12/2014 | $262.60 |
| The Standard Register Company | The Standard Register Company | 1087617 | $10,623.13 | 1/2/2015 | 94089 | 11/13/2014 | $549.59 |
| The Standard Register Company | The Standard Register Company | 1087617 | $10,623.13 | 1/2/2015 | 94132 | 11/13/2014 | $224.37 |
| The Standard Register Company | The Standard Register Company | 1087617 | $10,623.13 | 1/2/2015 | 94138A | 11/14/2014 | $745.50 |
| The Standard Register Company | The Standard Register Company | 1087617 | $10,623.13 | 1/2/2015 | 94150 | 11/14/2014 | $217.40 |
| The Standard Register Company | The Standard Register Company | 1088227 | $1,672.31 | 1/2/2015 | 94097 | 11/19/2014 | $474.93 |
| The Standard Register Company | The Standard Register Company | 1088227 | $1,672.31 | 1/2/2015 | 94136 | 11/18/2014 | $727.20 |
| The Standard Register Company | The Standard Register Company | 1088227 | $1,672.31 | 1/2/2015 | 94158 | 11/19/2014 | $242.05 |
| The Standard Register Company | The Standard Register Company | 1087617 | $10,623.13 | 1/2/2015 | 94065 | 11/14/2014 | $1,083.47 |
| The Standard Register Company | The Standard Register Company | 1086536 | $9,423.37 | 12/30/2014 | 93614 | 11/11/2014 | $4,489.45 |
| The Standard Register Company | The Standard Register Company | 1085105 | $2,073.91 | 12/19/2014 | 93848 | 11/6/2014 | $221.70 |
| The Standard Register Company | The Standard Register Company | 1085105 | $2,073.91 | 12/19/2014 | 93891 | 11/6/2014 | $118.68 |
| The Standard Register Company | The Standard Register Company | 1085490 | $3,283.45 | 12/24/2014 | 93804 | 11/7/2014 | $1,595.09 |
| The Standard Register Company | The Standard Register Company | 1085490 | $3,283.45 | 12/24/2014 | 93858 | 11/7/2014 | $1,001.97 |
| The Standard Register Company | The Standard Register Company | 1085490 | $3,283.45 | 12/24/2014 | 93860 | 11/7/2014 | $510.44 |
| The Standard Register Company | The Standard Register Company | 1085490 | $3,283.45 | 12/24/2014 | 93920 | 11/7/2014 | $421.04 |
| The Standard Register Company | The Standard Register Company | 1086086 | $2,457.59 | 12/30/2014 | 93856 | 11/7/2014 | $430.91 |
| The Standard Register Company | The Standard Register Company | 1087617 | $10,623.13 | 1/2/2015 | 93038 | 10/9/2014 | $1,086.75 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1086086 | $2,457.59 | 12/30/2014 | 94030 | 11/10/2014 | $1,785.42 |
| The Standard Register Company | The Standard Register Company | 1088872 | $3,251.38 | 1/8/2015 | 94199 | 11/20/2014 | $606.39 |
| The Standard Register Company | The Standard Register Company | 1086536 | $9,423.37 | 12/30/2014 | 93656 | 11/11/2014 | $1,523.70 |
| The Standard Register Company | The Standard Register Company | 1086536 | $9,423.37 | 12/30/2014 | 93862 | 11/11/2014 | $686.45 |
| The Standard Register Company | The Standard Register Company | 1086536 | $9,423.37 | 12/30/2014 | 93876 | 11/11/2014 | $123.47 |
| The Standard Register Company | The Standard Register Company | 1086536 | $9,423.37 | 12/30/2014 | 93934 | 11/11/2014 | $802.48 |
| The Standard Register Company | The Standard Register Company | 1086536 | $9,423.37 | 12/30/2014 | 93974 | 11/12/2014 | $299.20 |
| The Standard Register Company | The Standard Register Company | 1086536 | $9,423.37 | 12/30/2014 | 93989 | 11/12/2014 | $1,566.11 |
| The Standard Register Company | The Standard Register Company | 1086536 | $9,423.37 | 12/30/2014 | 94070 | 11/12/2014 | $353.25 |
| The Standard Register Company | The Standard Register Company | 1086086 | $2,457.59 | 12/30/2014 | 93972 | 11/10/2014 | $424.17 |
| The Standard Register Company | The Standard Register Company | 1084715 | $8,476.62 | 12/19/2014 | 93802 | 11/4/2014 | $224.68 |
| The Standard Register Company | The Standard Register Company | 1091731 | $4,822.44 | 1/28/2015 | 94383 | 12/3/2014 | $191.87 |
| The Standard Register Company | The Standard Register Company | 1083731 | $1,318.42 | 12/15/2014 | 93665 | 10/31/2014 | $937.54 |
| The Standard Register Company | The Standard Register Company | 1083731 | $1,318.42 | 12/15/2014 | 93807 | 10/31/2014 | $470.10 |
| The Standard Register Company | The Standard Register Company | 1083731 | $1,318.42 | 12/15/2014 | 94138 | 11/14/2014 | $394.05 |
| The Standard Register Company | The Standard Register Company | 1084715 | $8,476.62 | 12/19/2014 | 93406 | 11/5/2014 | $175.81 |
| The Standard Register Company | The Standard Register Company | 1084715 | $8,476.62 | 12/19/2014 | 93453 | 11/5/2014 | $784.57 |
| The Standard Register Company | The Standard Register Company | 1084715 | $8,476.62 | 12/19/2014 | 93586 | 11/5/2014 | $809.33 |
| The Standard Register Company | The Standard Register Company | 1088227 | $1,672.31 | 1/2/2015 | 94249 | 11/19/2014 | $348.95 |
| The Standard Register Company | The Standard Register Company | 1084715 | $8,476.62 | 12/19/2014 | 93660 | 11/4/2014 | $394.61 |
| The Standard Register Company | The Standard Register Company | 1091731 | $4,822.44 | 1/28/2015 | 94336 | 12/3/2014 | $1,463.32 |
| The Standard Register Company | The Standard Register Company | 1084715 | $8,476.62 | 12/19/2014 | 93811 | 11/5/2014 | $353.71 |
| The Standard Register Company | The Standard Register Company | 1084715 | $8,476.62 | 12/19/2014 | 93822 | 11/5/2014 | $459.70 |
| The Standard Register Company | The Standard Register Company | 1084715 | $8,476.62 | 12/19/2014 | 93937 | 11/5/2014 | $368.65 |
| The Standard Register Company | The Standard Register Company | 1085105 | $2,073.91 | 12/19/2014 | 89799 | 5/15/2014 | $584.80 |
| The Standard Register Company | The Standard Register Company | 1085105 | $2,073.91 | 12/19/2014 | 93712 | 11/6/2014 | $269.32 |
| The Standard Register Company | The Standard Register Company | 1085105 | $2,073.91 | 12/19/2014 | 93719 | 11/6/2014 | $364.93 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1097425 | $50,613.16 | 2/25/2015 | 95036 | 1/6/2015 | $1,287.99 |
| The Standard Register Company | The Standard Register Company | 1084715 | $8,476.62 | 12/19/2014 | 93590 | 11/5/2014 | $5,528.63 |
| The Standard Register Company | The Standard Register Company | 1089913 | $7,879.08 | 1/14/2015 | 94240 | 11/26/2014 | $743.76 |
| The Standard Register Company | The Standard Register Company | 1091731 | $4,822.44 | 1/28/2015 | 94414 | 12/3/2014 | $342.70 |
| The Standard Register Company | The Standard Register Company | 1088872 | $3,251.38 | 1/8/2015 | 94201 | 11/21/2014 | $559.68 |
| The Standard Register Company | The Standard Register Company | 1088872 | $3,251.38 | 1/8/2015 | 94208 | 11/21/2014 | $344.82 |
| The Standard Register Company | The Standard Register Company | 1088872 | $3,251.38 | 1/8/2015 | 94209 | 11/21/2014 | $1,015.74 |
| The Standard Register Company | The Standard Register Company | 1088872 | $3,251.38 | 1/8/2015 | 94210 | 11/20/2014 | $204.94 |
| The Standard Register Company | The Standard Register Company | 1088872 | $3,251.38 | 1/8/2015 | 94232 | 11/20/2014 | $548.14 |
| The Standard Register Company | The Standard Register Company | 1089513 | $599.30 | 1/8/2015 | 94229 | 11/24/2014 | $644.41 |
| The Standard Register Company | The Standard Register Company | 1091731 | $4,822.44 | 1/28/2015 | 94377 | 12/3/2014 | $897.10 |
| The Standard Register Company | The Standard Register Company | 1089913 | $7,879.08 | 1/14/2015 | 94230 | 11/26/2014 | $2,235.72 |
| The Standard Register Company | The Standard Register Company | 1091731 | $4,822.44 | 1/28/2015 | 94351 | 12/3/2014 | $476.53 |
| The Standard Register Company | The Standard Register Company | 1089913 | $7,879.08 | 1/14/2015 | 94261 | 11/26/2014 | $828.81 |
| The Standard Register Company | The Standard Register Company | 1089913 | $7,879.08 | 1/14/2015 | 94313 | 11/26/2014 | $903.00 |
| The Standard Register Company | The Standard Register Company | 1089913 | $7,879.08 | 1/14/2015 | 94319 | 11/26/2014 | $407.50 |
| The Standard Register Company | The Standard Register Company | 1089913 | $7,879.08 | 1/14/2015 | 94340 | 11/26/2014 | $205.98 |
| The Standard Register Company | The Standard Register Company | 1089913 | $7,879.08 | 1/14/2015 | 94418 | 11/26/2014 | $204.94 |
| The Standard Register Company | The Standard Register Company | 1090137 | $666.20 | 1/14/2015 | 94216 | 11/28/2014 | $715.13 |
| The Standard Register Company | The Standard Register Company | 1090850 | $148.94 | 1/20/2015 | 94428 | 12/1/2014 | $159.31 |
| The Standard Register Company | The Standard Register Company | 1088872 | $3,251.38 | 1/8/2015 | 94188 | 11/21/2014 | $207.35 |
| The Standard Register Company | The Standard Register Company | 1089913 | $7,879.08 | 1/14/2015 | 94173 | 11/26/2014 | $2,935.90 |
| The Standard Register Company | The Standard Register Company | 7010811 | $47,504.57 | 3/11/2015 | 95742 | 2/9/2015 | $434.30 |
| The Standard Register Company | The Standard Register Company | 1100066 | $67,153.59 | 3/10/2015 | 95627 | 1/27/2015 | $464.73 |
| The Standard Register Company | The Standard Register Company | 7010811 | $47,504.57 | 3/11/2015 | 95650 | 2/4/2015 | $346.47 |
| The Standard Register Company | The Standard Register Company | 7010811 | $47,504.57 | 3/11/2015 | 95705 | 2/9/2015 | $381.50 |
| The Standard Register Company | The Standard Register Company | 7010811 | $47,504.57 | 3/11/2015 | 95708 | 2/6/2015 | $335.83 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010811 | $47,504.57 | 3/11/2015 | 95709 | 2/9/2015 | $1,430.50 |
| The Standard Register Company | The Standard Register Company | 7010811 | $47,504.57 | 3/11/2015 | 95710 | 2/9/2015 | $642.26 |
| The Standard Register Company | The Standard Register Company | 7010811 | $47,504.57 | 3/11/2015 | 95716 | 2/4/2015 | $851.98 |
| The Standard Register Company | The Standard Register Company | 7010811 | $47,504.57 | 3/11/2015 | 95602 | 2/5/2015 | $626.40 |
| The Standard Register Company | The Standard Register Company | 7010811 | $47,504.57 | 3/11/2015 | 95738 | 2/4/2015 | $1,104.90 |
| The Standard Register Company | The Standard Register Company | 7010811 | $47,504.57 | 3/11/2015 | 95549 | 2/4/2015 | $785.79 |
| The Standard Register Company | The Standard Register Company | 7010811 | $47,504.57 | 3/11/2015 | 95776 | 2/9/2015 | $143.84 |
| The Standard Register Company | The Standard Register Company | 7010811 | $47,504.57 | 3/11/2015 | 95785 | 2/4/2015 | $280.47 |
| The Standard Register Company | The Standard Register Company | 7010811 | $47,504.57 | 3/11/2015 | 95786 | 2/9/2015 | $448.11 |
| The Standard Register Company | The Standard Register Company | 7010811 | $47,504.57 | 3/11/2015 | 95808 | 2/9/2015 | $571.11 |
| The Standard Register Company | The Standard Register Company | 7010811 | $47,504.57 | 3/11/2015 | 95829 | 2/9/2015 | $506.86 |
| The Standard Register Company | The Standard Register Company | 7010811 | $47,504.57 | 3/11/2015 | 95886 | 2/9/2015 | $425.75 |
| The Standard Register Company | The Standard Register Company | 7010811 | $47,504.57 | 3/11/2015 | 95918 | 2/9/2015 | $240.77 |
| The Standard Register Company | The Standard Register Company | 7010811 | $47,504.57 | 3/11/2015 | 95737 | 2/4/2015 | $350.00 |
| The Standard Register Company | The Standard Register Company | 23229 | $9,781.35 | 2/17/2015 | 94848 | 12/23/2014 | $3,644.87 |
| The Standard Register Company | The Standard Register Company | 1097425 | $50,613.16 | 2/25/2015 | 95032 | 1/7/2015 | $671.85 |
| The Standard Register Company | The Standard Register Company | 1100066 | $67,153.59 | 3/10/2015 | 95694 | 1/30/2015 | $259.00 |
| The Standard Register Company | The Standard Register Company | 1100066 | $67,153.59 | 3/10/2015 | 95695 | 1/30/2015 | $996.45 |
| The Standard Register Company | The Standard Register Company | 1100066 | $67,153.59 | 3/10/2015 | 95696 | 1/28/2015 | $930.62 |
| The Standard Register Company | The Standard Register Company | 1100066 | $67,153.59 | 3/10/2015 | 95699 | 1/30/2015 | $391.23 |
| The Standard Register Company | The Standard Register Company | 1100066 | $67,153.59 | 3/10/2015 | 95711 | 1/30/2015 | $160.25 |
| The Standard Register Company | The Standard Register Company | 1100066 | $67,153.59 | 3/10/2015 | 95715 | 1/30/2015 | $477.57 |
| The Standard Register Company | The Standard Register Company | 7010811 | $47,504.57 | 3/11/2015 | 95608 | 2/4/2015 | $1,030.68 |
| The Standard Register Company | The Standard Register Company | 23148 | $31,700.20 | 2/11/2015 | 94868 | 12/22/2014 | $22,678.60 |
| The Standard Register Company | The Standard Register Company | ACH:12732 | $1,778.53 | 12/12/2014 | 94253 | 11/26/2014 | $813.42 |
| The Standard Register Company | The Standard Register Company | 23229 | $9,781.35 | 2/17/2015 | 94907 | 12/23/2014 | $689.91 |
| The Standard Register Company | The Standard Register Company | 23229 | $9,781.35 | 2/17/2015 | 94908 | 12/23/2014 | $4,202.73 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 23229 | $9,781.35 | 2/17/2015 | 94922 | 12/23/2014 | $316.70 |
| The Standard Register Company | The Standard Register Company | 23229 | $9,781.35 | 2/17/2015 | 94968 | 12/23/2014 | $927.14 |
| The Standard Register Company | The Standard Register Company | 23459 | $1,018.56 | 2/27/2015 | 94990 | 12/30/2014 | $1,039.35 |
| The Standard Register Company | The Standard Register Company | 7010811 | $47,504.57 | 3/11/2015 | 31115 | 3/11/2015 | $36,722.69 |
| The Standard Register Company | The Standard Register Company | 7010811 | $47,504.57 | 3/11/2015 | 92921 | 2/5/2015 | $162.76 |
| The Standard Register Company | The Standard Register Company | 23148 | $31,700.20 | 2/11/2015 | 94250X | 11/26/2014 | $9,021.60 |
| The Standard Register Company | The Standard Register Company | ACH:13361 | $3,609.59 | 1/13/2015 | 94794X | 12/19/2014 | $252.82 |
| The Standard Register Company | The Standard Register Company | ACH:13289 | $9,115.48 | 1/9/2015 | 92523X | 9/16/2014 | $5,141.39 |
| The Standard Register Company | The Standard Register Company | ACH:13289 | $9,115.48 | 1/9/2015 | 94193X | 11/21/2014 | $3,301.88 |
| The Standard Register Company | The Standard Register Company | ACH:13289 | $9,115.48 | 1/9/2015 | 94607 | 12/9/2014 | $672.21 |
| The Standard Register Company | The Standard Register Company | ACH:13326 | $13,198.49 | 1/12/2015 | 92371 | 9/30/2014 | $974.17 |
| The Standard Register Company | The Standard Register Company | ACH:13326 | $13,198.49 | 1/12/2015 | 94380 | 12/10/2014 | $4,137.25 |
| The Standard Register Company | The Standard Register Company | ACH:13326 | $13,198.49 | 1/12/2015 | 94382 | 12/10/2014 | $2,855.50 |
| The Standard Register Company | The Standard Register Company | ACH:13326 | $13,198.49 | 1/12/2015 | 94520 | 12/10/2014 | $1,957.97 |
| The Standard Register Company | The Standard Register Company | ACH:12732 | $1,778.53 | 12/12/2014 | 93884 | 11/12/2014 | $422.99 |
| The Standard Register Company | The Standard Register Company | ACH:13361 | $3,609.59 | 1/13/2015 | 94729X | 12/12/2014 | $3,055.98 |
| The Standard Register Company | The Standard Register Company | ACH:13150 | $2,592.24 | 12/31/2014 | 94697 | 12/15/2014 | $1,625.15 |
| The Standard Register Company | The Standard Register Company | ACH:13361 | $3,609.59 | 1/13/2015 | 94910X | 12/19/2014 | $300.79 |
| The Standard Register Company | The Standard Register Company | ACH:13394 | $2,326.23 | 1/14/2015 | 94262 | 12/1/2014 | $2,373.70 |
| The Standard Register Company | The Standard Register Company | ACH:13508 | $1,519.85 | 1/21/2015 | 94790 12-19-14 | 12/19/2014 | $169.86 |
| The Standard Register Company | The Standard Register Company | ACH:13508 | $1,519.85 | 1/21/2015 | 94892 | 12/19/2014 | $1,349.99 |
| The Standard Register Company | The Standard Register Company | ACH:13650 | $1,937.81 | 1/29/2015 | 94641X | 12/11/2014 | $1,937.81 |
| The Standard Register Company | The Standard Register Company | ACH:13762 | $622.02 | 2/6/2015 | 94898 | 12/23/2014 | $622.02 |
| The Standard Register Company | The Standard Register Company | ACH:13782 | $22,910.80 | 2/6/2015 | 5248X | 1/21/2015 | $4,950.11 |
| The Standard Register Company | The Standard Register Company | ACH:13326 | $13,198.49 | 1/12/2015 | 94546X | 12/5/2014 | $3,273.60 |
| The Standard Register Company | The Standard Register Company | ACH:13006 | $4,988.79 | 12/24/2014 | 94640 | 12/12/2014 | $2,024.49 |
| The Standard Register Company | The Standard Register Company | 1100066 | $67,153.59 | 3/10/2015 | 95622 | 1/30/2015 | $1,385.79 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | ACH:12893 | $11,585.89 | 12/19/2014 | 93593X | 10/31/2014 | $1,220.75 |
| The Standard Register Company | The Standard Register Company | ACH:12893 | $11,585.89 | 12/19/2014 | 94493 | 12/3/2014 | $1,772.13 |
| The Standard Register Company | The Standard Register Company | ACH:12893 | $11,585.89 | 12/19/2014 | 94528X | 12/5/2014 | $1,924.96 |
| The Standard Register Company | The Standard Register Company | ACH:12893 | $11,585.89 | 12/19/2014 | 94529X | 12/5/2014 | $1,892.47 |
| The Standard Register Company | The Standard Register Company | ACH:12893 | $11,585.89 | 12/19/2014 | 94530X | 12/5/2014 | $2,497.75 |
| The Standard Register Company | The Standard Register Company | ACH:12893 | $11,585.89 | 12/19/2014 | 94565X | 12/5/2014 | $1,279.62 |
| The Standard Register Company | The Standard Register Company | ACH:13242 | $363.27 | 1/6/2015 | 94576 | 12/9/2014 | $363.27 |
| The Standard Register Company | The Standard Register Company | ACH:12952 | $281.18 | 12/23/2014 | 94698 | 12/10/2014 | $281.18 |
| The Standard Register Company | The Standard Register Company | ACH:13150 | $2,592.24 | 12/31/2014 | 94829 | 12/15/2014 | $967.09 |
| The Standard Register Company | The Standard Register Company | ACH:13006 | $4,988.79 | 12/24/2014 | 94749 | 12/12/2014 | $2,964.30 |
| The Standard Register Company | The Standard Register Company | ACH:13023 | $706.81 | 12/24/2014 | 93818 | 11/12/2014 | $720.10 |
| The Standard Register Company | The Standard Register Company | ACH:13052 | $6,019.73 | 12/29/2014 | 94162X | 11/28/2014 | $1,089.22 |
| The Standard Register Company | The Standard Register Company | ACH:13052 | $6,019.73 | 12/29/2014 | 94341 | 12/9/2014 | $1,753.76 |
| The Standard Register Company | The Standard Register Company | ACH:13052 | $6,019.73 | 12/29/2014 | 94348 | 11/26/2014 | $3,176.75 |
| The Standard Register Company | The Standard Register Company | ACH:13103 | $82.35 | 12/30/2014 | 94252 | 11/28/2014 | $1,933.63 |
| The Standard Register Company | The Standard Register Company | ACH:13103 | $82.35 | 12/30/2014 | 94474 | 12/12/2014 | $760.98 |
| The Standard Register Company | The Standard Register Company | ACH:12732 | $1,778.53 | 12/12/2014 | 94029 | 11/11/2014 | $542.12 |
| The Standard Register Company | The Standard Register Company | ACH:12893 | $11,585.89 | 12/19/2014 | 94612 | 12/5/2014 | $998.21 |
| The Standard Register Company | The Standard Register Company | 1097425 | $50,613.16 | 2/25/2015 | 95286 | 1/15/2015 | $416.36 |
| The Standard Register Company | The Standard Register Company | 1100066 | $67,153.59 | 3/10/2015 | 95682 | 1/30/2015 | $722.96 |
| The Standard Register Company | The Standard Register Company | 1097425 | $50,613.16 | 2/25/2015 | 95210 | 1/13/2015 | $199.47 |
| The Standard Register Company | The Standard Register Company | 1097425 | $50,613.16 | 2/25/2015 | 95226 | 1/13/2015 | $1,374.75 |
| The Standard Register Company | The Standard Register Company | 1097425 | $50,613.16 | 2/25/2015 | 95233 | 1/15/2015 | $1,239.06 |
| The Standard Register Company | The Standard Register Company | 1097425 | $50,613.16 | 2/25/2015 | 95252 | 1/12/2015 | $383.81 |
| The Standard Register Company | The Standard Register Company | 1097425 | $50,613.16 | 2/25/2015 | 95254 | 1/13/2015 | $475.64 |
| The Standard Register Company | The Standard Register Company | 1097425 | $50,613.16 | 2/25/2015 | 95261 | 1/14/2015 | $327.86 |
| The Standard Register Company | The Standard Register Company | 1097425 | $50,613.16 | 2/25/2015 | 95203 | 1/13/2015 | $324.14 |

Stylecraft Printing Co. (CSRCSTY01)
Bankruptcy Case: SRC Liquidation Company
May 3, 2016

Transfers During Preference Period

Exhibit A

P. 9

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1097425 | $50,613.16 | 2/25/2015 | 95267 | 1/13/2015 | $262.33 |
| The Standard Register Company | The Standard Register Company | 1097425 | $50,613.16 | 2/25/2015 | 95173 | 1/12/2015 | $780.60 |
| The Standard Register Company | The Standard Register Company | 1097425 | $50,613.16 | 2/25/2015 | 95287 | 1/14/2015 | $389.06 |
| The Standard Register Company | The Standard Register Company | 1097425 | $50,613.16 | 2/25/2015 | 95289 | 1/12/2015 | $1,836.62 |
| The Standard Register Company | The Standard Register Company | 1097425 | $50,613.16 | 2/25/2015 | 95309 | 1/15/2015 | $727.31 |
| The Standard Register Company | The Standard Register Company | 1097425 | $50,613.16 | 2/25/2015 | 95333 | 1/16/2015 | $670.17 |
| The Standard Register Company | The Standard Register Company | 1097425 | $50,613.16 | 2/25/2015 | 95339 | 1/15/2015 | $1,128.40 |
| The Standard Register Company | The Standard Register Company | 1097425 | $50,613.16 | 2/25/2015 | 95353 | 1/19/2015 | $311.01 |
| The Standard Register Company | The Standard Register Company | 1097425 | $50,613.16 | 2/25/2015 | 95388 | 1/21/2015 | $426.94 |
| The Standard Register Company | The Standard Register Company | 1097425 | $50,613.16 | 2/25/2015 | 95265 | 1/20/2015 | $545.90 |
| The Standard Register Company | The Standard Register Company | 1097425 | $50,613.16 | 2/25/2015 | 95127 | 1/15/2015 | $1,481.74 |
| The Standard Register Company | The Standard Register Company | ACH:13782 | $22,910.80 | 2/6/2015 | 94379 | 12/10/2014 | $17,960.69 |
| The Standard Register Company | The Standard Register Company | 1097425 | $50,613.16 | 2/25/2015 | 95037 | 1/8/2015 | $4,171.46 |
| The Standard Register Company | The Standard Register Company | 1097425 | $50,613.16 | 2/25/2015 | 95045 | 1/7/2015 | $401.94 |
| The Standard Register Company | The Standard Register Company | 1097425 | $50,613.16 | 2/25/2015 | 95046 | 1/7/2015 | $136.91 |
| The Standard Register Company | The Standard Register Company | 1097425 | $50,613.16 | 2/25/2015 | 95047 | 1/12/2015 | $1,928.80 |
| The Standard Register Company | The Standard Register Company | 1097425 | $50,613.16 | 2/25/2015 | 95051 | 1/7/2015 | $1,114.45 |
| The Standard Register Company | The Standard Register Company | 1097425 | $50,613.16 | 2/25/2015 | 95057 | 1/9/2015 | $205.56 |
| The Standard Register Company | The Standard Register Company | 1097425 | $50,613.16 | 2/25/2015 | 95207 | 1/15/2015 | $1,146.85 |
| The Standard Register Company | The Standard Register Company | 1097425 | $50,613.16 | 2/25/2015 | 95123 | 1/12/2015 | $1,213.61 |
| The Standard Register Company | The Standard Register Company | 1100066 | $67,153.59 | 3/10/2015 | 92632 | 10/3/2014 | $1,808.00 |
| The Standard Register Company | The Standard Register Company | 1097425 | $50,613.16 | 2/25/2015 | 95128 | 1/9/2015 | $526.76 |
| The Standard Register Company | The Standard Register Company | 1097425 | $50,613.16 | 2/25/2015 | 95129 | 1/6/2015 | $205.53 |
| The Standard Register Company | The Standard Register Company | 1097425 | $50,613.16 | 2/25/2015 | 95141 | 1/13/2015 | $451.97 |
| The Standard Register Company | The Standard Register Company | 1097425 | $50,613.16 | 2/25/2015 | 95145 | 1/13/2015 | $671.42 |
| The Standard Register Company | The Standard Register Company | 1097425 | $50,613.16 | 2/25/2015 | 95155 | 1/7/2015 | $916.06 |
| The Standard Register Company | The Standard Register Company | 1097425 | $50,613.16 | 2/25/2015 | 95161 | 1/15/2015 | $558.69 |

Case 15-10541-BLS    Doc 1580-1    Filed 05/05/16    Page 11 of 12
Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1097425 | $50,613.16 | 2/25/2015 | 95169 | 1/9/2015 | $238.33 |
| The Standard Register Company | The Standard Register Company | 1097425 | $50,613.16 | 2/25/2015 | 95118 | 1/15/2015 | $1,294.04 |
| The Standard Register Company | The Standard Register Company | 1100066 | $67,153.59 | 3/10/2015 | 95590 | 1/27/2015 | $424.16 |
| The Standard Register Company | The Standard Register Company | 1100066 | $67,153.59 | 3/10/2015 | 95517 | 1/23/2015 | $743.16 |
| The Standard Register Company | The Standard Register Company | 1100066 | $67,153.59 | 3/10/2015 | 95518 | 1/27/2015 | $9,636.57 |
| The Standard Register Company | The Standard Register Company | 1100066 | $67,153.59 | 3/10/2015 | 95519 | 1/28/2015 | $188.27 |
| The Standard Register Company | The Standard Register Company | 1100066 | $67,153.59 | 3/10/2015 | 95522 | 1/28/2015 | $3,292.32 |
| The Standard Register Company | The Standard Register Company | 1100066 | $67,153.59 | 3/10/2015 | 95529 | 1/27/2015 | $3,145.45 |
| The Standard Register Company | The Standard Register Company | 1100066 | $67,153.59 | 3/10/2015 | 95546 | 1/29/2015 | $1,304.32 |
| The Standard Register Company | The Standard Register Company | 1100066 | $67,153.59 | 3/10/2015 | 95553 | 1/27/2015 | $547.30 |
| The Standard Register Company | The Standard Register Company | 1097425 | $50,613.16 | 2/25/2015 | 95413 | 1/21/2015 | $678.41 |
| The Standard Register Company | The Standard Register Company | 1100066 | $67,153.59 | 3/10/2015 | 95570 | 1/27/2015 | $647.18 |
| The Standard Register Company | The Standard Register Company | 1100066 | $67,153.59 | 3/10/2015 | 95501 | 1/22/2015 | $1,834.80 |
| The Standard Register Company | The Standard Register Company | 1100066 | $67,153.59 | 3/10/2015 | 95603 | 1/27/2015 | $797.55 |
| The Standard Register Company | The Standard Register Company | 1100066 | $67,153.59 | 3/10/2015 | 95607 | 1/27/2015 | $3,738.94 |
| The Standard Register Company | The Standard Register Company | 1100066 | $67,153.59 | 3/10/2015 | 95609 | 1/30/2015 | $234.47 |
| The Standard Register Company | The Standard Register Company | 1100066 | $67,153.59 | 3/10/2015 | 95610 | 1/30/2015 | $1,249.45 |
| The Standard Register Company | The Standard Register Company | 1100066 | $67,153.59 | 3/10/2015 | 95612 | 1/30/2015 | $303.71 |
| The Standard Register Company | The Standard Register Company | 1100066 | $67,153.59 | 3/10/2015 | 95617 | 1/30/2015 | $3,128.46 |
| The Standard Register Company | The Standard Register Company | 1100066 | $67,153.59 | 3/10/2015 | 95621 | 1/30/2015 | $310.42 |
| The Standard Register Company | The Standard Register Company | 1100066 | $67,153.59 | 3/10/2015 | 95569 | 1/23/2015 | $102.12 |
| The Standard Register Company | The Standard Register Company | 1100066 | $67,153.59 | 3/10/2015 | 95423 | 1/22/2015 | $16,321.50 |
| The Standard Register Company | The Standard Register Company | 1097425 | $50,613.16 | 2/25/2015 | 95035 | 1/8/2015 | $389.62 |
| The Standard Register Company | The Standard Register Company | 1100066 | $67,153.59 | 3/10/2015 | 95038 | 1/26/2015 | $397.69 |
| The Standard Register Company | The Standard Register Company | 1100066 | $67,153.59 | 3/10/2015 | 95162 | 1/22/2015 | $456.79 |
| The Standard Register Company | The Standard Register Company | 1100066 | $67,153.59 | 3/10/2015 | 95288 | 1/22/2015 | $775.58 |
| The Standard Register Company | The Standard Register Company | 1100066 | $67,153.59 | 3/10/2015 | 95296 | 1/28/2015 | $1,740.56 |

Stylecraft Printing Co. (CSRCSTY01)
Bankruptcy Case: SRC Liquidation Company
May 3, 2016                                          Exhibit A                                          P. 11

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1100066 | $67,153.59 | 3/10/2015 | 95300 | 1/23/2015 | $600.24 |
| The Standard Register Company | The Standard Register Company | 1100066 | $67,153.59 | 3/10/2015 | 95346 | 1/23/2015 | $389.68 |
| The Standard Register Company | The Standard Register Company | 1100066 | $67,153.59 | 3/10/2015 | 95516 | 1/26/2015 | $655.40 |
| The Standard Register Company | The Standard Register Company | 1100066 | $67,153.59 | 3/10/2015 | 95416 | 1/23/2015 | $871.94 |
| The Standard Register Company | The Standard Register Company | 1100066 | $67,153.59 | 3/10/2015 | 95509 | 1/30/2015 | $1,209.60 |
| The Standard Register Company | The Standard Register Company | 1100066 | $67,153.59 | 3/10/2015 | 95424 | 1/23/2015 | $4,879.51 |
| The Standard Register Company | The Standard Register Company | 1100066 | $67,153.59 | 3/10/2015 | 95426 | 1/22/2015 | $359.18 |
| The Standard Register Company | The Standard Register Company | 1100066 | $67,153.59 | 3/10/2015 | 95459 | 1/23/2015 | $199.43 |
| The Standard Register Company | The Standard Register Company | 1100066 | $67,153.59 | 3/10/2015 | 95461 | 1/23/2015 | $1,138.85 |
| The Standard Register Company | The Standard Register Company | 1100066 | $67,153.59 | 3/10/2015 | 95483 | 1/23/2015 | $248.59 |
| The Standard Register Company | The Standard Register Company | 1100066 | $67,153.59 | 3/10/2015 | 95496 | 1/22/2015 | $472.84 |
| The Standard Register Company | The Standard Register Company | 1100066 | $67,153.59 | 3/10/2015 | 95497 | 1/23/2015 | $286.82 |
| The Standard Register Company | The Standard Register Company | 1097425 | $50,613.16 | 2/25/2015 | 95500 | 1/21/2015 | $317.43 |
| The Standard Register Company | The Standard Register Company | 1100066 | $67,153.59 | 3/10/2015 | 95389 | 1/23/2015 | $388.99 |

**Totals:**    **47 transfer(s),**    **$379,680.71**