

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **Trade Printers, Inc.** |
|---|---|
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1087659 | $1,658.44 | 1/2/2015 | MS0012 | 11/17/2014 | $1,152.70 |
| The Standard Register Company | The Standard Register Company | 1086118 | $8,729.49 | 1/2/2015 | MS9180 | 11/10/2014 | $776.82 |
| The Standard Register Company | The Standard Register Company | 1086118 | $8,729.49 | 1/2/2015 | MS9189 | 11/10/2014 | $450.76 |
| The Standard Register Company | The Standard Register Company | 1086118 | $8,729.49 | 1/2/2015 | ms9166 | 11/10/2014 | $4,656.93 |
| The Standard Register Company | The Standard Register Company | 1086558 | $7,471.69 | 1/2/2015 | MS0009 | 11/12/2014 | $569.52 |
| The Standard Register Company | The Standard Register Company | 1086558 | $7,471.69 | 1/2/2015 | MS0019 | 11/11/2014 | $1,598.11 |
| The Standard Register Company | The Standard Register Company | 1086558 | $7,471.69 | 1/2/2015 | MS0023 | 11/12/2014 | $332.08 |
| The Standard Register Company | The Standard Register Company | 1086558 | $7,471.69 | 1/2/2015 | MS9183 | 11/11/2014 | $631.80 |
| The Standard Register Company | The Standard Register Company | 1086558 | $7,471.69 | 1/2/2015 | MS9185 | 11/12/2014 | $3,091.97 |
| The Standard Register Company | The Standard Register Company | 1081803 | $3,455.74 | 12/12/2014 | MS9142 | 10/22/2014 | $1,982.11 |
| The Standard Register Company | The Standard Register Company | 1086558 | $7,471.69 | 1/2/2015 | MS9191 | 11/11/2014 | $721.31 |
| The Standard Register Company | The Standard Register Company | 1086118 | $8,729.49 | 1/2/2015 | MS0006 | 11/10/2014 | $1,853.56 |
| The Standard Register Company | The Standard Register Company | 1087659 | $1,658.44 | 1/2/2015 | MS0014 | 11/17/2014 | $286.80 |
| The Standard Register Company | The Standard Register Company | 1087659 | $1,658.44 | 1/2/2015 | MS0029 | 11/17/2014 | $336.51 |
| The Standard Register Company | The Standard Register Company | 1088262 | $7,127.39 | 1/9/2015 | MS0003 | 11/18/2014 | $510.77 |
| The Standard Register Company | The Standard Register Company | 1088262 | $7,127.39 | 1/9/2015 | MS0013 | 11/18/2014 | $2,608.94 |
| The Standard Register Company | The Standard Register Company | 1088262 | $7,127.39 | 1/9/2015 | MS0024 | 11/19/2014 | $501.26 |
| The Standard Register Company | The Standard Register Company | 1088262 | $7,127.39 | 1/9/2015 | MS0025 | 11/19/2014 | $1,701.53 |
| The Standard Register Company | The Standard Register Company | 1088262 | $7,127.39 | 1/9/2015 | MS0030 | 11/18/2014 | $675.95 |
| The Standard Register Company | The Standard Register Company | 1088262 | $7,127.39 | 1/9/2015 | MS0032 | 11/19/2014 | $388.31 |
| The Standard Register Company | The Standard Register Company | 1088262 | $7,127.39 | 1/9/2015 | MS0039 | 11/19/2014 | $562.47 |
| The Standard Register Company | The Standard Register Company | 1086558 | $7,471.69 | 1/2/2015 | MS9190 | 11/12/2014 | $1,033.99 |
| The Standard Register Company | The Standard Register Company | 1084210 | $1,856.71 | 12/19/2014 | MS9165 | 11/3/2014 | $421.08 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1081803 | $3,455.74 | 12/12/2014 | MS9146 | 10/22/2014 | $1,733.75 |
| The Standard Register Company | The Standard Register Company | 1082318 | $1,292.78 | 12/12/2014 | MS9157 | 10/27/2014 | $355.74 |
| The Standard Register Company | The Standard Register Company | 1082318 | $1,292.78 | 12/12/2014 | MS9159 | 10/27/2014 | $286.27 |
| The Standard Register Company | The Standard Register Company | 1082318 | $1,292.78 | 12/12/2014 | MS9161 | 10/27/2014 | $336.51 |
| The Standard Register Company | The Standard Register Company | 1082318 | $1,292.78 | 12/12/2014 | MS9176 | 10/27/2014 | $408.67 |
| The Standard Register Company | The Standard Register Company | 1082911 | $5,698.87 | 12/12/2014 | MS9149 | 10/28/2014 | $1,175.08 |
| The Standard Register Company | The Standard Register Company | 1082911 | $5,698.87 | 12/12/2014 | MS9153 | 10/28/2014 | $685.28 |
| The Standard Register Company | The Standard Register Company | 1082911 | $5,698.87 | 12/12/2014 | MS9154 | 10/28/2014 | $1,261.98 |
| The Standard Register Company | The Standard Register Company | 1082911 | $5,698.87 | 12/12/2014 | MS9158 | 10/29/2014 | $1,948.65 |
| The Standard Register Company | The Standard Register Company | 1086118 | $8,729.49 | 1/2/2015 | MS0010 | 11/10/2014 | $360.88 |
| The Standard Register Company | The Standard Register Company | 1084210 | $1,856.71 | 12/19/2014 | MS9045 | 9/23/2014 | $725.40 |
| The Standard Register Company | The Standard Register Company | 1086118 | $8,729.49 | 1/2/2015 | MS0008 | 11/10/2014 | $919.26 |
| The Standard Register Company | The Standard Register Company | 1084210 | $1,856.71 | 12/19/2014 | MS9192 | 11/3/2014 | $837.08 |
| The Standard Register Company | The Standard Register Company | 1084740 | $5,038.53 | 12/19/2014 | MS9164 | 11/4/2014 | $445.20 |
| The Standard Register Company | The Standard Register Company | 1084740 | $5,038.53 | 12/19/2014 | MS9169 | 11/4/2014 | $1,113.11 |
| The Standard Register Company | The Standard Register Company | 1084740 | $5,038.53 | 12/19/2014 | MS9179 | 11/5/2014 | $499.03 |
| The Standard Register Company | The Standard Register Company | 1084740 | $5,038.53 | 12/19/2014 | MS9184 | 11/5/2014 | $1,223.60 |
| The Standard Register Company | The Standard Register Company | 1084740 | $5,038.53 | 12/19/2014 | MS9187 | 11/4/2014 | $910.60 |
| The Standard Register Company | The Standard Register Company | 1084740 | $5,038.53 | 12/19/2014 | MS9188 | 11/5/2014 | $1,174.34 |
| The Standard Register Company | The Standard Register Company | 1086118 | $8,729.49 | 1/2/2015 | MS0004 | 11/10/2014 | $337.01 |
| The Standard Register Company | The Standard Register Company | 1089543 | $3,113.38 | 1/9/2015 | MS0033 | 11/25/2014 | $463.65 |
| The Standard Register Company | The Standard Register Company | 1082911 | $5,698.87 | 12/12/2014 | MS9162 | 10/28/2014 | $1,017.05 |
| The Standard Register Company | The Standard Register Company | 22383 | $3,046.31 | 1/30/2015 | MS0037 | 12/1/2014 | $1,867.37 |
| The Standard Register Company | The Standard Register Company | 1088262 | $7,127.39 | 1/9/2015 | MS0045 | 11/19/2014 | $660.73 |
| The Standard Register Company | The Standard Register Company | 1096605 | $1,647.84 | 2/20/2015 | MS0132 | 12/23/2014 | $1,002.76 |
| The Standard Register Company | The Standard Register Company | 1096605 | $1,647.84 | 2/20/2015 | MS0135 | 12/23/2014 | $323.90 |
| The Standard Register Company | The Standard Register Company | 20967 | $1,916.11 | 12/12/2014 | MS9104 | 10/27/2014 | $765.53 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 20967 | $1,916.11 | 12/12/2014 | MS9143 | 10/27/2014 | $755.60 |
| The Standard Register Company | The Standard Register Company | 20967 | $1,916.11 | 12/12/2014 | MS9160 | 10/27/2014 | $427.62 |
| The Standard Register Company | The Standard Register Company | 21026 | $1,702.92 | 12/12/2014 | MS9141 | 10/28/2014 | $1,065.28 |
| The Standard Register Company | The Standard Register Company | 21026 | $1,702.92 | 12/12/2014 | MS9145 | 10/28/2014 | $663.94 |
| The Standard Register Company | The Standard Register Company | 21803 | $1,022.64 | 1/2/2015 | MS0020 | 11/13/2014 | $467.94 |
| The Standard Register Company | The Standard Register Company | 1096220 | $2,139.77 | 2/20/2015 | MS0131 | 12/22/2014 | $249.97 |
| The Standard Register Company | The Standard Register Company | 21981 | $680.14 | 1/9/2015 | MS0007 | 11/19/2014 | $694.02 |
| The Standard Register Company | The Standard Register Company | 1096220 | $2,139.77 | 2/20/2015 | MS0121 | 12/22/2014 | $423.25 |
| The Standard Register Company | The Standard Register Company | 22383 | $3,046.31 | 1/30/2015 | MS0040 | 12/1/2014 | $472.28 |
| The Standard Register Company | The Standard Register Company | 22383 | $3,046.31 | 1/30/2015 | MS0055 | 12/1/2014 | $756.91 |
| The Standard Register Company | The Standard Register Company | 22599 | $1,157.32 | 1/30/2015 | MS0035 | 12/3/2014 | $813.78 |
| The Standard Register Company | The Standard Register Company | 22599 | $1,157.32 | 1/30/2015 | MS0068 | 12/3/2014 | $366.03 |
| The Standard Register Company | The Standard Register Company | 22703 | $3,967.36 | 1/30/2015 | MS0026 | 12/4/2014 | $4,048.33 |
| The Standard Register Company | The Standard Register Company | 22923 | $1,857.60 | 2/13/2015 | MS0089 | 12/12/2014 | $1,262.78 |
| The Standard Register Company | The Standard Register Company | 22923 | $1,857.60 | 2/13/2015 | MS0093 | 12/12/2014 | $624.39 |
| The Standard Register Company | The Standard Register Company | 23106 | $10,583.45 | 2/27/2015 | MS0036 | 12/15/2014 | $9,589.25 |
| The Standard Register Company | The Standard Register Company | 23106 | $10,583.45 | 2/27/2015 | MS0094 | 12/15/2014 | $601.90 |
| The Standard Register Company | The Standard Register Company | 21803 | $1,022.64 | 1/2/2015 | MS0022 | 11/13/2014 | $572.97 |
| The Standard Register Company | The Standard Register Company | 1091744 | $6,431.12 | 1/30/2015 | MS0075 | 12/3/2014 | $1,069.62 |
| The Standard Register Company | The Standard Register Company | 23106 | $10,583.45 | 2/27/2015 | MS0117 | 12/16/2014 | $604.66 |
| The Standard Register Company | The Standard Register Company | 1089543 | $3,113.38 | 1/9/2015 | MS0046 | 11/24/2014 | $430.77 |
| The Standard Register Company | The Standard Register Company | 1089543 | $3,113.38 | 1/9/2015 | MS0058 | 11/25/2014 | $470.59 |
| The Standard Register Company | The Standard Register Company | 1090867 | $1,318.42 | 1/30/2015 | MS0060 | 12/1/2014 | $422.19 |
| The Standard Register Company | The Standard Register Company | 1090867 | $1,318.42 | 1/30/2015 | MS0061 | 12/1/2014 | $975.28 |
| The Standard Register Company | The Standard Register Company | 1091194 | $2,594.04 | 1/23/2015 | MS0038 | 12/2/2014 | $1,102.10 |
| The Standard Register Company | The Standard Register Company | 1091194 | $2,594.04 | 1/23/2015 | MS0054 | 12/2/2014 | $1,005.84 |
| The Standard Register Company | The Standard Register Company | 1091194 | $2,594.04 | 1/23/2015 | MS0078 | 12/2/2014 | $661.38 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1091744 | $6,431.12 | 1/30/2015 | MS0056 | 12/3/2014 | $4,354.67 |
| The Standard Register Company | The Standard Register Company | 1096605 | $1,647.84 | 2/20/2015 | MS0110 | 12/23/2014 | $436.31 |
| The Standard Register Company | The Standard Register Company | 1091744 | $6,431.12 | 1/30/2015 | MS0073 | 12/3/2014 | $358.16 |
| The Standard Register Company | The Standard Register Company | 1089543 | $3,113.38 | 1/9/2015 | MS0031 | 11/24/2014 | $1,955.25 |
| The Standard Register Company | The Standard Register Company | 1091744 | $6,431.12 | 1/30/2015 | MS0077 | 12/3/2014 | $724.70 |
| The Standard Register Company | The Standard Register Company | 1092911 | $794.05 | 2/6/2015 | MS0079 | 12/8/2014 | $408.66 |
| The Standard Register Company | The Standard Register Company | 1092911 | $794.05 | 2/6/2015 | MS0090 | 12/8/2014 | $435.82 |
| The Standard Register Company | The Standard Register Company | 1093685 | $1,156.19 | 2/13/2015 | MS0091 | 12/10/2014 | $1,222.38 |
| The Standard Register Company | The Standard Register Company | 1094917 | $375.12 | 2/13/2015 | MS0104 | 12/16/2014 | $402.15 |
| The Standard Register Company | The Standard Register Company | 1095464 | $2,071.20 | 2/13/2015 | MS0098 | 12/17/2014 | $752.29 |
| The Standard Register Company | The Standard Register Company | 1095464 | $2,071.20 | 2/13/2015 | MS0102 | 12/17/2014 | $1,447.44 |
| The Standard Register Company | The Standard Register Company | 1096220 | $2,139.77 | 2/20/2015 | MS0111 | 12/22/2014 | $1,083.06 |
| The Standard Register Company | The Standard Register Company | 1096220 | $2,139.77 | 2/20/2015 | MS0112 | 12/22/2014 | $515.20 |
| The Standard Register Company | The Standard Register Company | 1091744 | $6,431.12 | 1/30/2015 | MS0069 | 12/3/2014 | $385.86 |

**Totals:**    **28 transfer(s),**    **$89,904.62**