

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |

**Defendant:** **Universal Manufacturing Company dba Universal Printing and Manufacturing Company**
**Bankruptcy Case:** **SRC Liquidation Company**
**Preference Period:** **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1091199 | $5,109.18 | 1/22/2015 | 88058 | 12/2/2014 | $5,482.00 |
| The Standard Register Company | The Standard Register Company | 1095470 | $22,818.37 | 2/11/2015 | 88915 | 12/17/2014 | $1,565.31 |
| The Standard Register Company | The Standard Register Company | 1095470 | $22,818.37 | 2/11/2015 | 88913 | 12/17/2014 | $2,670.38 |
| The Standard Register Company | The Standard Register Company | 1095470 | $22,818.37 | 2/11/2015 | 88902 | 12/17/2014 | $2,499.87 |
| The Standard Register Company | The Standard Register Company | 1095470 | $22,818.37 | 2/11/2015 | 88089 | 12/17/2014 | $4,364.24 |
| The Standard Register Company | The Standard Register Company | 1095470 | $22,818.37 | 2/11/2015 | 88085 | 12/17/2014 | $11,248.00 |
| The Standard Register Company | The Standard Register Company | 1094617 | $6,042.83 | 2/11/2015 | 88912 | 12/15/2014 | $1,697.57 |
| The Standard Register Company | The Standard Register Company | 1094617 | $6,042.83 | 2/11/2015 | 88901 | 12/15/2014 | $1,560.74 |
| The Standard Register Company | The Standard Register Company | 1094617 | $6,042.83 | 2/11/2015 | 88095 | 12/15/2014 | $3,022.10 |
| The Standard Register Company | The Standard Register Company | 1094215 | $706.80 | 2/9/2015 | 88049 | 12/12/2014 | $760.00 |
| The Standard Register Company | The Standard Register Company | 1093691 | $2,189.70 | 2/9/2015 | 88054 | 12/10/2014 | $2,274.54 |
| The Standard Register Company | The Standard Register Company | 1085508 | $3,782.16 | 12/23/2014 | 88034 | 11/7/2014 | $303.68 |
| The Standard Register Company | The Standard Register Company | 1092468 | $1,376.09 | 2/3/2015 | 88084 | 12/5/2014 | $1,470.31 |
| The Standard Register Company | The Standard Register Company | 1096610 | $4,830.84 | 2/18/2015 | 88080 | 12/23/2014 | $4,919.60 |
| The Standard Register Company | The Standard Register Company | 1090869 | $1,086.73 | 1/22/2015 | 88077 | 12/1/2014 | $1,162.07 |
| The Standard Register Company | The Standard Register Company | 1089939 | $7,029.14 | 1/12/2015 | 88068 | 11/26/2014 | $7,558.21 |
| The Standard Register Company | The Standard Register Company | 1089553 | $2,899.02 | 1/7/2015 | 88050 | 11/24/2014 | $2,989.04 |
| The Standard Register Company | The Standard Register Company | 1088272 | $2,522.16 | 1/6/2015 | 88377 | 11/18/2014 | $2,712.00 |
| The Standard Register Company | The Standard Register Company | 1087670 | $7,348.93 | 1/6/2015 | 88053 | 11/14/2014 | $1,586.00 |
| The Standard Register Company | The Standard Register Company | 1087670 | $7,348.93 | 1/6/2015 | 88039 | 11/14/2014 | $3,573.46 |
| The Standard Register Company | The Standard Register Company | 1087670 | $7,348.93 | 1/6/2015 | 88038 | 11/14/2014 | $2,485.85 |
| The Standard Register Company | The Standard Register Company | 1086126 | $7,413.24 | 12/30/2014 | 88022 | 11/10/2014 | $4,225.62 |
| The Standard Register Company | The Standard Register Company | 1086126 | $7,413.24 | 12/30/2014 | 87119 | 9/10/2014 | $3,512.00 |

Universal Manufacturing Company dba Universal Printing and Manufacturing Company (CSRCUNI04)
Bankruptcy Case: SRC Liquidation Company

May 3, 2016                                                                 Exhibit A                                                                 P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1085508 | $3,782.16 | 12/23/2014 | 88040B | 11/7/2014 | $1,854.00 |
| The Standard Register Company | The Standard Register Company | 1085508 | $3,782.16 | 12/23/2014 | 88040A | 11/7/2014 | $1,854.00 |
| The Standard Register Company | The Standard Register Company | 1093333 | $2,016.24 | 2/4/2015 | 88061 | 12/9/2014 | $2,168.00 |
| The Standard Register Company | The Standard Register Company | 1097437 | $10,827.75 | 3/3/2015 | 89526 | 1/16/2015 | $914.00 |
| The Standard Register Company | The Standard Register Company | 22390 | $1,967.84 | 2/24/2015 | 88904 | 12/12/2014 | $868.00 |
| The Standard Register Company | The Standard Register Company | 22390 | $1,967.84 | 2/24/2015 | 88903 | 12/12/2014 | $1,140.00 |
| The Standard Register Company | The Standard Register Company | 21804 | $1,035.52 | 12/30/2014 | 88078 | 11/26/2014 | $704.00 |
| The Standard Register Company | The Standard Register Company | 21804 | $1,035.52 | 12/30/2014 | 88076 | 11/26/2014 | $350.00 |
| The Standard Register Company | The Standard Register Company | 21484 | $6,665.76 | 12/23/2014 | 88057 | 11/19/2014 | $1,966.00 |
| The Standard Register Company | The Standard Register Company | 21484 | $6,665.76 | 12/23/2014 | 88025 | 11/19/2014 | $3,130.00 |
| The Standard Register Company | The Standard Register Company | 21484 | $6,665.76 | 12/23/2014 | 87199 | 11/19/2014 | $1,696.00 |
| The Standard Register Company | The Standard Register Company | 21300 | $2,818.45 | 12/22/2014 | 88045 | 11/14/2014 | $228.31 |
| The Standard Register Company | The Standard Register Company | 21300 | $2,818.45 | 12/22/2014 | 88044 | 11/14/2014 | $252.67 |
| The Standard Register Company | The Standard Register Company | 21300 | $2,818.45 | 12/22/2014 | 88035 | 11/14/2014 | $1,383.00 |
| The Standard Register Company | The Standard Register Company | 21300 | $2,818.45 | 12/22/2014 | 88027 | 11/14/2014 | $1,011.99 |
| The Standard Register Company | The Standard Register Company | 1095470 | $22,818.37 | 2/11/2015 | 88916 | 12/17/2014 | $892.00 |
| The Standard Register Company | The Standard Register Company | 21065 | $187.18 | 12/12/2014 | 88021 | 11/10/2014 | $191.00 |
| The Standard Register Company | The Standard Register Company | 1095470 | $22,818.37 | 2/11/2015 | 89017 | 12/18/2014 | $418.00 |
| The Standard Register Company | The Standard Register Company | 1097437 | $10,827.75 | 3/3/2015 | 89074 | 1/3/2015 | $358.00 |
| The Standard Register Company | The Standard Register Company | 1097437 | $10,827.75 | 3/3/2015 | 89059 | 1/3/2015 | $1,177.00 |
| The Standard Register Company | The Standard Register Company | 1097437 | $10,827.75 | 3/3/2015 | 88938 | 1/8/2015 | $777.37 |
| The Standard Register Company | The Standard Register Company | 1097437 | $10,827.75 | 3/3/2015 | 88929 | 1/8/2015 | $845.29 |
| The Standard Register Company | The Standard Register Company | 1097437 | $10,827.75 | 3/3/2015 | 88926 | 12/30/2014 | $3,187.60 |
| The Standard Register Company | The Standard Register Company | 1097437 | $10,827.75 | 3/3/2015 | 88922 | 12/30/2014 | $3,216.10 |
| The Standard Register Company | The Standard Register Company | 1097437 | $10,827.75 | 3/3/2015 | 88026 | 12/30/2014 | $662.24 |
| The Standard Register Company | The Standard Register Company | 1097387 | $6,399.99 | 3/2/2015 | 87174 | 9/30/2014 | $180.00 |
| The Standard Register Company | The Standard Register Company | 1097387 | $6,399.99 | 3/2/2015 | 87166 | 9/30/2014 | $3,684.00 |

Universal Manufacturing Company dba Universal Printing and Manufacturing Company (CSRCUNI04)

Bankruptcy Case: SRC Liquidation Company

May 3, 2016                                      Exhibit A                                      P. 2

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1097387 | $6,399.99 | 3/2/2015 | 87154 | 9/30/2014 | $2,535.99 |
| The Standard Register Company | The Standard Register Company | 22735 | $2,836.08 | 2/24/2015 | 88100 | 12/15/2014 | $2,884.00 |
| The Standard Register Company | The Standard Register Company | 21208 | $1,239.64 | 12/16/2014 | 88048 | 11/13/2014 | $1,262.00 |

**Totals:** 24 transfer(s), $111,149.64

Universal Manufacturing Company dba Universal Printing and Manufacturing Company (CSRCUNI04)
Bankruptcy Case: SRC Liquidation Company

May 3, 2016                                            Exhibit A                                            P. 3