

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

**Defendant:** **Lightning Printing, Inc. dba Wallace Carlson**  
**Bankruptcy Case:** **SRC Liquidation Company**  
**Preference Period:** **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1095951 | $10,437.44 | 2/11/2015 | 70957 | 2/4/2015 | $10,437.44 |
| The Standard Register Company | The Standard Register Company | 1086134 | $5,054.08 | 12/29/2014 | 69109 | 11/10/2014 | $2,779.25 |
| The Standard Register Company | The Standard Register Company | 1093336 | $2,964.65 | 2/4/2015 | 69737 | 12/9/2014 | $3,187.80 |
| The Standard Register Company | The Standard Register Company | 1094225 | $2,310.12 | 2/4/2015 | 69819 | 12/11/2014 | $2,484.00 |
| The Standard Register Company | The Standard Register Company | 1094625 | $878.30 | 2/9/2015 | 69894 | 12/15/2014 | $203.50 |
| The Standard Register Company | The Standard Register Company | 1094625 | $878.30 | 2/9/2015 | 69895 | 12/15/2014 | $740.92 |
| The Standard Register Company | The Standard Register Company | 1095484 | $9,231.35 | 2/11/2015 | 69949 | 12/17/2014 | $9,202.76 |
| The Standard Register Company | The Standard Register Company | 1095484 | $9,231.35 | 2/11/2015 | 69972 | 12/17/2014 | $710.13 |
| The Standard Register Company | The Standard Register Company | 1091765 | $3,053.93 | 1/27/2015 | 68817 | 10/14/2014 | $1,153.73 |
| The Standard Register Company | The Standard Register Company | 1095897 | $121.18 | 2/11/2015 | 70040 | 12/19/2014 | $45.08 |
| The Standard Register Company | The Standard Register Company | 1091765 | $3,053.93 | 1/27/2015 | 68816 | 10/27/2014 | $2,043.22 |
| The Standard Register Company | The Standard Register Company | 1096317 | $24,989.16 | 2/13/2015 | 70968 | 2/5/2015 | $8,329.72 |
| The Standard Register Company | The Standard Register Company | 1096317 | $24,989.16 | 2/13/2015 | 70969 | 2/5/2015 | $8,329.72 |
| The Standard Register Company | The Standard Register Company | 1096317 | $24,989.16 | 2/13/2015 | 70970 | 2/5/2015 | $8,329.72 |
| The Standard Register Company | The Standard Register Company | 1096622 | $11,417.50 | 2/17/2015 | 70113 | 12/23/2014 | $11,684.08 |
| The Standard Register Company | The Standard Register Company | 1096622 | $11,417.50 | 2/17/2015 | 70114 | 12/23/2014 | $592.80 |
| The Standard Register Company | The Standard Register Company | 1099714 | $35,810.31 | 3/10/2015 | 46 | 1/14/2015 | $275.68 |
| The Standard Register Company | The Standard Register Company | 1099714 | $35,810.31 | 3/10/2015 | 47 | 1/14/2015 | $44.00 |
| The Standard Register Company | The Standard Register Company | 1095897 | $121.18 | 2/11/2015 | 70039 | 12/19/2014 | $81.83 |
| The Standard Register Company | The Standard Register Company | 1088279 | $2,883.66 | 1/5/2015 | 69332 | 11/19/2014 | $117.44 |
| The Standard Register Company | The Standard Register Company | 1086134 | $5,054.08 | 12/29/2014 | 69110 | 11/10/2014 | $2,601.40 |
| The Standard Register Company | The Standard Register Company | 1086574 | $1,071.71 | 12/29/2014 | 69116 | 11/11/2014 | $117.44 |
| The Standard Register Company | The Standard Register Company | 1086574 | $1,071.71 | 12/29/2014 | 69143 | 11/11/2014 | $822.67 |

Lightning Printing, Inc. dba Wallace Carlson (CSRCWAL01)  
Bankruptcy Case: SRC Liquidation Company

May 3, 2016                                    Exhibit A                                    P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1086574 | $1,071.71 | 12/29/2014 | 69144 | 11/11/2014 | $50.80 |
| The Standard Register Company | The Standard Register Company | 1086574 | $1,071.71 | 12/29/2014 | 69146 | 11/12/2014 | $150.74 |
| The Standard Register Company | The Standard Register Company | 1087686 | $9,359.15 | 12/31/2014 | 69187 | 11/13/2014 | $72.13 |
| The Standard Register Company | The Standard Register Company | 1087686 | $9,359.15 | 12/31/2014 | 69299 | 11/17/2014 | $9,990.71 |
| The Standard Register Company | The Standard Register Company | 1092917 | $6,113.60 | 2/2/2015 | 69718 | 12/8/2014 | $6,573.04 |
| The Standard Register Company | The Standard Register Company | 1088279 | $2,883.66 | 1/5/2015 | 69303 | 11/18/2014 | $371.91 |
| The Standard Register Company | The Standard Register Company | 1099714 | $35,810.31 | 3/10/2015 | 70359 | 1/7/2015 | $2,566.39 |
| The Standard Register Company | The Standard Register Company | 1088279 | $2,883.66 | 1/5/2015 | 69762 | 11/18/2014 | $2,097.14 |
| The Standard Register Company | The Standard Register Company | 1088927 | $3,155.79 | 1/5/2015 | 69390 | 11/21/2014 | $1,166.35 |
| The Standard Register Company | The Standard Register Company | 1088927 | $3,155.79 | 1/5/2015 | 69405 | 11/21/2014 | $618.36 |
| The Standard Register Company | The Standard Register Company | 1088927 | $3,155.79 | 1/5/2015 | 69415 | 11/21/2014 | $848.00 |
| The Standard Register Company | The Standard Register Company | 1088927 | $3,155.79 | 1/5/2015 | 69422 | 11/21/2014 | $746.20 |
| The Standard Register Company | The Standard Register Company | 1090155 | $3,060.10 | 1/12/2015 | 69504 | 11/28/2014 | $2,555.00 |
| The Standard Register Company | The Standard Register Company | 1090155 | $3,060.10 | 1/12/2015 | 69658 | 11/28/2014 | $725.01 |
| The Standard Register Company | The Standard Register Company | 1088279 | $2,883.66 | 1/5/2015 | 69298 | 11/18/2014 | $451.29 |
| The Standard Register Company | The Standard Register Company | 1099714 | $35,810.31 | 3/10/2015 | 70935 | 1/30/2015 | $1,944.29 |
| The Standard Register Company | The Standard Register Company | 1099714 | $35,810.31 | 3/10/2015 | 70566 | 1/15/2015 | $2,270.46 |
| The Standard Register Company | The Standard Register Company | 1099714 | $35,810.31 | 3/10/2015 | 70640 | 1/20/2015 | $1,024.50 |
| The Standard Register Company | The Standard Register Company | 1099714 | $35,810.31 | 3/10/2015 | 70666 | 1/20/2015 | $72.75 |
| The Standard Register Company | The Standard Register Company | 1099714 | $35,810.31 | 3/10/2015 | 70763 | 1/26/2015 | $41.26 |
| The Standard Register Company | The Standard Register Company | 1099714 | $35,810.31 | 3/10/2015 | 70764 | 1/26/2015 | $41.26 |
| The Standard Register Company | The Standard Register Company | 1099714 | $35,810.31 | 3/10/2015 | 70786 | 1/27/2015 | $998.00 |
| The Standard Register Company | The Standard Register Company | 1099714 | $35,810.31 | 3/10/2015 | 70813 | 1/28/2015 | $41.26 |
| The Standard Register Company | The Standard Register Company | 1099714 | $35,810.31 | 3/10/2015 | 48 | 1/14/2015 | $484.30 |
| The Standard Register Company | The Standard Register Company | 1099714 | $35,810.31 | 3/10/2015 | 70933 | 1/30/2015 | $14,542.08 |
| The Standard Register Company | The Standard Register Company | 1099714 | $35,810.31 | 3/10/2015 | 70443 | 1/12/2015 | $922.00 |
| The Standard Register Company | The Standard Register Company | 21066 | $11,184.01 | 12/15/2014 | 68252 | 10/3/2014 | $898.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 21066 | $11,184.01 | 12/15/2014 | 68253 | 10/3/2014 | $2,478.00 |
| The Standard Register Company | The Standard Register Company | 21066 | $11,184.01 | 12/15/2014 | 69066 | 11/7/2014 | $2,576.49 |
| The Standard Register Company | The Standard Register Company | 21066 | $11,184.01 | 12/15/2014 | 69067 | 11/7/2014 | $5,449.10 |
| The Standard Register Company | The Standard Register Company | 21820 | $2,534.28 | 12/31/2014 | 68254 | 10/3/2014 | $1,099.00 |
| The Standard Register Company | The Standard Register Company | 21820 | $2,534.28 | 12/31/2014 | 69459 | 11/25/2014 | $248.00 |
| The Standard Register Company | The Standard Register Company | 21820 | $2,534.28 | 12/31/2014 | 69460 | 11/25/2014 | $1,239.00 |
| The Standard Register Company | The Standard Register Company | 1099714 | $35,810.31 | 3/10/2015 | 70890 | 1/30/2015 | $2,699.22 |
| The Standard Register Company | The Standard Register Company | 1083978 | $11,070.56 | 12/15/2014 | 69687 | 12/4/2014 | $2,864.92 |
| The Standard Register Company | The Standard Register Company | 22737 | $3,527.02 | 1/29/2015 | 69884 | 12/15/2014 | $3,599.00 |
| The Standard Register Company | The Standard Register Company | 1099714 | $35,810.31 | 3/10/2015 | 70360 | 1/7/2015 | $4,653.81 |
| The Standard Register Company | The Standard Register Company | 1099714 | $35,810.31 | 3/10/2015 | 70405 | 1/8/2015 | $87.52 |
| The Standard Register Company | The Standard Register Company | 1099714 | $35,810.31 | 3/10/2015 | 70440 | 1/12/2015 | $89.18 |
| The Standard Register Company | The Standard Register Company | 1099714 | $35,810.31 | 3/10/2015 | 70441 | 1/12/2015 | $780.39 |
| The Standard Register Company | The Standard Register Company | 1099714 | $35,810.31 | 3/10/2015 | 70442 | 1/12/2015 | $245.00 |
| The Standard Register Company | The Standard Register Company | 1083781 | $1,445.89 | 12/15/2014 | 68908 | 10/31/2014 | $800.96 |
| The Standard Register Company | The Standard Register Company | 1099714 | $35,810.31 | 3/10/2015 | 70565 | 1/5/2015 | $1,958.24 |
| The Standard Register Company | The Standard Register Company | 1083978 | $11,070.56 | 12/15/2014 | 69686 | 12/4/2014 | $8,205.64 |
| The Standard Register Company | The Standard Register Company | 1099714 | $35,810.31 | 3/10/2015 | 70506 | 1/13/2015 | $94.38 |
| The Standard Register Company | The Standard Register Company | 1084756 | $4,899.88 | 12/17/2014 | 69020 | 11/5/2014 | $3,249.34 |
| The Standard Register Company | The Standard Register Company | 1084756 | $4,899.88 | 12/17/2014 | 69032 | 11/5/2014 | $1,989.56 |
| The Standard Register Company | The Standard Register Company | 1084807 | $16,794.56 | 12/17/2014 | 69775 | 12/10/2014 | $16,794.56 |
| The Standard Register Company | The Standard Register Company | 1085131 | $3,944.16 | 12/17/2014 | 69079 | 11/6/2014 | $1,872.35 |
| The Standard Register Company | The Standard Register Company | 1085131 | $3,944.16 | 12/17/2014 | 69100 | 11/6/2014 | $2,351.28 |
| The Standard Register Company | The Standard Register Company | 1086134 | $5,054.08 | 12/29/2014 | 69096 | 11/10/2014 | $12.35 |
| The Standard Register Company | The Standard Register Company | 1086134 | $5,054.08 | 12/29/2014 | 69097 | 11/10/2014 | $12.35 |
| The Standard Register Company | The Standard Register Company | 1099714 | $35,810.31 | 3/10/2015 | 70189 | 12/29/2014 | $1,771.91 |
| The Standard Register Company | The Standard Register Company | 1083781 | $1,445.89 | 12/15/2014 | 68915 | 10/31/2014 | $753.77 |

**Totals:**     **25 transfer(s),**     **$187,312.39**