

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

**Defendant:** **Wright Business Forms, Inc. dba Wright Enterprises Holding Co. and Wright Business Graph**
**Bankruptcy Case:** **SRC Liquidation Company**
**Preference Period:** **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1091783 | $21,762.73 | 1/27/2015 | 2483250 | 11/7/2014 | $211.29 |
| The Standard Register Company | The Standard Register Company | 1095512 | $28,435.56 | 2/10/2015 | 2485239 | 12/18/2014 | $223.00 |
| The Standard Register Company | The Standard Register Company | 1091783 | $21,762.73 | 1/27/2015 | 2480391 | 8/27/2014 | $673.50 |
| The Standard Register Company | The Standard Register Company | 1091783 | $21,762.73 | 1/27/2015 | 2480527 | 9/4/2014 | $304.50 |
| The Standard Register Company | The Standard Register Company | 1091783 | $21,762.73 | 1/27/2015 | 2480595 | 8/28/2014 | $31.00 |
| The Standard Register Company | The Standard Register Company | 1091783 | $21,762.73 | 1/27/2015 | 2480616 | 9/5/2014 | $221.24 |
| The Standard Register Company | The Standard Register Company | 1091783 | $21,762.73 | 1/27/2015 | 2480884 | 9/17/2014 | $1,124.75 |
| The Standard Register Company | The Standard Register Company | 1091783 | $21,762.73 | 1/27/2015 | 2480885 | 9/11/2014 | $554.73 |
| The Standard Register Company | The Standard Register Company | 1091783 | $21,762.73 | 1/27/2015 | 2480895 | 9/8/2014 | $61.98 |
| The Standard Register Company | The Standard Register Company | 1091783 | $21,762.73 | 1/27/2015 | 2480897 | 9/10/2014 | $700.65 |
| The Standard Register Company | The Standard Register Company | 1091783 | $21,762.73 | 1/27/2015 | 2480981 | 9/17/2014 | $695.20 |
| The Standard Register Company | The Standard Register Company | 1091783 | $21,762.73 | 1/27/2015 | 2481178 | 9/19/2014 | $1,434.46 |
| The Standard Register Company | The Standard Register Company | 1091783 | $21,762.73 | 1/27/2015 | 2480275 | 8/28/2014 | $676.17 |
| The Standard Register Company | The Standard Register Company | 1091783 | $21,762.73 | 1/27/2015 | 2482033 | 1/10/2014 | $411.40 |
| The Standard Register Company | The Standard Register Company | 1091783 | $21,762.73 | 1/27/2015 | 2480133 | 8/25/2014 | $463.26 |
| The Standard Register Company | The Standard Register Company | 1091783 | $21,762.73 | 1/27/2015 | 2483255 | 11/4/2014 | $202.50 |
| The Standard Register Company | The Standard Register Company | 1091783 | $21,762.73 | 1/27/2015 | 24838425 | 11/13/2014 | $199.22 |
| The Standard Register Company | The Standard Register Company | 1091783 | $21,762.73 | 1/27/2015 | 2483934 | 11/20/2014 | $417.88 |
| The Standard Register Company | The Standard Register Company | 1091783 | $21,762.73 | 1/27/2015 | 2483948 | 11/18/2014 | $215.00 |
| The Standard Register Company | The Standard Register Company | 1091783 | $21,762.73 | 1/27/2015 | 2484046 | 11/25/2014 | $421.16 |
| The Standard Register Company | The Standard Register Company | 1091783 | $21,762.73 | 1/27/2015 | 2484072 | 11/24/2014 | $676.17 |
| The Standard Register Company | The Standard Register Company | 1091783 | $21,762.73 | 1/27/2015 | 2484105 | 11/25/2014 | $226.68 |
| The Standard Register Company | The Standard Register Company | 1091783 | $21,762.73 | 1/27/2015 | 2484358 | 12/3/2014 | $458.68 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1092129 | $3,396.22 | 1/27/2015 | 21012649 | 12/4/2014 | $3,312.50 |
| The Standard Register Company | The Standard Register Company | 1092129 | $3,396.22 | 1/27/2015 | 2484527 | 12/4/2014 | $300.50 |
| The Standard Register Company | The Standard Register Company | 1092486 | $97.68 | 1/28/2015 | 7154704 | 12/5/2014 | $102.75 |
| The Standard Register Company | The Standard Register Company | 1092487 | $441.86 | 1/27/2015 | 2484726 | 12/5/2014 | $164.71 |
| The Standard Register Company | The Standard Register Company | 1091783 | $21,762.73 | 1/27/2015 | 2481611 | 9/29/2014 | $509.59 |
| The Standard Register Company | The Standard Register Company | 1090889 | $14,836.72 | 1/21/2015 | 2484032 | 11/24/2014 | $198.06 |
| The Standard Register Company | The Standard Register Company | 1090327 | $15,891.33 | 1/13/2015 | 4171285 | 10/31/2014 | $6,415.34 |
| The Standard Register Company | The Standard Register Company | 1090327 | $15,891.33 | 1/13/2015 | 4172060 | 11/28/2014 | $4,683.70 |
| The Standard Register Company | The Standard Register Company | 1090527 | $33,913.27 | 1/13/2015 | 4171138 | 10/31/2014 | $34,201.02 |
| The Standard Register Company | The Standard Register Company | 1090886 | $1,391.03 | 1/22/2015 | 7154496 | 12/1/2014 | $1,476.47 |
| The Standard Register Company | The Standard Register Company | 1090889 | $14,836.72 | 1/21/2015 | 102401 | 12/1/2014 | $7,511.60 |
| The Standard Register Company | The Standard Register Company | 1090889 | $14,836.72 | 1/21/2015 | 2102535 | 10/29/2014 | $1,364.20 |
| The Standard Register Company | The Standard Register Company | 1090889 | $14,836.72 | 1/21/2015 | 2102536 | 10/29/2014 | $5,425.23 |
| The Standard Register Company | The Standard Register Company | 1090889 | $14,836.72 | 1/21/2015 | 2484014 | 11/24/2014 | $150.00 |
| The Standard Register Company | The Standard Register Company | 1090889 | $14,836.72 | 1/21/2015 | 2484015 | 11/24/2014 | $150.00 |
| The Standard Register Company | The Standard Register Company | 1090889 | $14,836.72 | 1/21/2015 | 2484023 | 11/24/2014 | $152.00 |
| The Standard Register Company | The Standard Register Company | 1090889 | $14,836.72 | 1/21/2015 | 2484024 | 11/24/2014 | $153.00 |
| The Standard Register Company | The Standard Register Company | 1091783 | $21,762.73 | 1/27/2015 | 2480276 | 8/29/2014 | $513.95 |
| The Standard Register Company | The Standard Register Company | 1090889 | $14,836.72 | 1/21/2015 | 2484031 | 11/24/2014 | $185.01 |
| The Standard Register Company | The Standard Register Company | 1092930 | $5,441.46 | 2/2/2015 | 1668471 | 12/8/2014 | $242.94 |
| The Standard Register Company | The Standard Register Company | 1090889 | $14,836.72 | 1/21/2015 | 2484034 | 11/24/2014 | $181.01 |
| The Standard Register Company | The Standard Register Company | 1090889 | $14,836.72 | 1/21/2015 | 2484068 | 11/24/2014 | $188.02 |
| The Standard Register Company | The Standard Register Company | 1090890 | $31,449.50 | 1/21/2015 | 2102296 | 7/31/2014 | $15,079.25 |
| The Standard Register Company | The Standard Register Company | 1090890 | $31,449.50 | 1/21/2015 | 2102366 | 8/29/2014 | $17,012.08 |
| The Standard Register Company | The Standard Register Company | 1091211 | $357.93 | 1/22/2015 | 7154466 | 12/2/2014 | $188.38 |
| The Standard Register Company | The Standard Register Company | 1091211 | $357.93 | 1/22/2015 | 7154467 | 12/2/2014 | $191.26 |
| The Standard Register Company | The Standard Register Company | 1091212 | $19,989.61 | 1/21/2015 | 2102558 | 10/31/2014 | $20,397.56 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1091783 | $21,762.73 | 1/27/2015 | 1664426 | 8/21/2014 | $2,104.58 |
| The Standard Register Company | The Standard Register Company | 1091783 | $21,762.73 | 1/27/2015 | 1665503 | 9/16/2014 | $134.72 |
| The Standard Register Company | The Standard Register Company | 1091783 | $21,762.73 | 1/27/2015 | 1667631 | 11/12/2014 | $672.36 |
| The Standard Register Company | The Standard Register Company | 1091783 | $21,762.73 | 1/27/2015 | 2102423 | 9/19/2014 | $1,014.58 |
| The Standard Register Company | The Standard Register Company | 1091783 | $21,762.73 | 1/27/2015 | 2102452 | 10/31/2014 | $15,327.33 |
| The Standard Register Company | The Standard Register Company | 1090889 | $14,836.72 | 1/21/2015 | 2484026 | 11/24/2014 | $158.25 |
| The Standard Register Company | The Standard Register Company | 1094933 | $8,758.90 | 2/9/2015 | 2485029 | 12/16/2014 | $3,779.75 |
| The Standard Register Company | The Standard Register Company | 1094243 | $44,001.38 | 2/5/2015 | 2485132 | 12/12/2014 | $192.99 |
| The Standard Register Company | The Standard Register Company | 1094243 | $44,001.38 | 2/5/2015 | 2485156 | 12/12/2014 | $387.74 |
| The Standard Register Company | The Standard Register Company | 1094243 | $44,001.38 | 2/5/2015 | 4172357 | 12/12/2014 | $605.76 |
| The Standard Register Company | The Standard Register Company | 1094637 | $302.49 | 2/9/2015 | 7154772 | 12/15/2014 | $320.28 |
| The Standard Register Company | The Standard Register Company | 1094639 | $12,082.82 | 2/10/2015 | 1668538 | 12/15/2014 | $2,081.62 |
| The Standard Register Company | The Standard Register Company | 1094639 | $12,082.82 | 2/10/2015 | 2102214 | 7/9/2014 | $160.80 |
| The Standard Register Company | The Standard Register Company | 1094639 | $12,082.82 | 2/10/2015 | 2102229 | 7/15/2014 | $80.40 |
| The Standard Register Company | The Standard Register Company | 1094639 | $12,082.82 | 2/10/2015 | 2485026 | 12/15/2014 | $4,544.80 |
| The Standard Register Company | The Standard Register Company | 1094639 | $12,082.82 | 2/10/2015 | 2485030 | 12/15/2014 | $3,023.80 |
| The Standard Register Company | The Standard Register Company | 1094639 | $12,082.82 | 2/10/2015 | 2485035 | 12/15/2014 | $2,794.24 |
| The Standard Register Company | The Standard Register Company | 1094639 | $12,082.82 | 2/10/2015 | 2485106 | 12/15/2014 | $153.00 |
| The Standard Register Company | The Standard Register Company | 1092487 | $441.86 | 1/27/2015 | 42484511 | 12/5/2014 | $305.35 |
| The Standard Register Company | The Standard Register Company | 1094933 | $8,758.90 | 2/9/2015 | 2485025 | 12/16/2014 | $5,112.90 |
| The Standard Register Company | The Standard Register Company | 1094243 | $44,001.38 | 2/5/2015 | 2484973 | 12/11/2014 | $141.06 |
| The Standard Register Company | The Standard Register Company | 1094933 | $8,758.90 | 2/9/2015 | 2485034 | 12/16/2014 | $174.64 |
| The Standard Register Company | The Standard Register Company | 1095508 | $320.28 | 2/10/2015 | 7155016 | 12/17/2014 | $149.21 |
| The Standard Register Company | The Standard Register Company | 1095508 | $320.28 | 2/10/2015 | 7155017 | 12/17/2014 | $188.85 |
| The Standard Register Company | The Standard Register Company | 1095512 | $28,435.56 | 2/10/2015 | 1668772 | 12/17/2014 | $745.26 |
| The Standard Register Company | The Standard Register Company | 1095512 | $28,435.56 | 2/10/2015 | 1668773 | 12/17/2014 | $207.27 |
| The Standard Register Company | The Standard Register Company | 1095512 | $28,435.56 | 2/10/2015 | 1668794 | 12/18/2014 | $3,796.74 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1095512 | $28,435.56 | 2/10/2015 | 1669057 | 12/18/2014 | $72.60 |
| The Standard Register Company | The Standard Register Company | 1095512 | $28,435.56 | 2/10/2015 | 2102701 | 12/18/2014 | $1,445.99 |
| The Standard Register Company | The Standard Register Company | 1095512 | $28,435.56 | 2/10/2015 | 22485240 | 12/17/2014 | $188.02 |
| The Standard Register Company | The Standard Register Company | 1095512 | $28,435.56 | 2/10/2015 | 2485188 | 12/18/2014 | $414.12 |
| The Standard Register Company | The Standard Register Company | 1095512 | $28,435.56 | 2/10/2015 | 2485195 | 12/17/2014 | $11,046.14 |
| The Standard Register Company | The Standard Register Company | 1083800 | $8,693.44 | 12/12/2014 | 1667018 | 10/31/2014 | $297.10 |
| The Standard Register Company | The Standard Register Company | 1094933 | $8,758.90 | 2/9/2015 | 2484718 | 12/16/2014 | $248.68 |
| The Standard Register Company | The Standard Register Company | 1093708 | $388.16 | 2/5/2015 | 1665023 | 9/11/2014 | $396.08 |
| The Standard Register Company | The Standard Register Company | 1090158 | $6,676.85 | 1/13/2015 | 4172000 | 11/28/2014 | $6,278.77 |
| The Standard Register Company | The Standard Register Company | 1092930 | $5,441.46 | 2/2/2015 | 2102659 | 12/8/2014 | $869.78 |
| The Standard Register Company | The Standard Register Company | 1092930 | $5,441.46 | 2/2/2015 | 2482595 | 10/21/2014 | $409.70 |
| The Standard Register Company | The Standard Register Company | 1092930 | $5,441.46 | 2/2/2015 | 2484700 | 12/8/2014 | $3,855.00 |
| The Standard Register Company | The Standard Register Company | 1092930 | $5,441.46 | 2/2/2015 | 2484737 | 12/8/2014 | $155.66 |
| The Standard Register Company | The Standard Register Company | 1093347 | $4,193.46 | 2/3/2015 | 2484483 | 12/9/2014 | $1,250.70 |
| The Standard Register Company | The Standard Register Company | 1093347 | $4,193.46 | 2/3/2015 | 2484499 | 12/9/2014 | $1,913.00 |
| The Standard Register Company | The Standard Register Company | 1093347 | $4,193.46 | 2/3/2015 | 2484672 | 12/9/2014 | $209.76 |
| The Standard Register Company | The Standard Register Company | 1093347 | $4,193.46 | 2/3/2015 | 2484707 | 12/9/2014 | $128.48 |
| The Standard Register Company | The Standard Register Company | 1093347 | $4,193.46 | 2/3/2015 | 2484722 | 12/9/2014 | $21.66 |
| The Standard Register Company | The Standard Register Company | 1093347 | $4,193.46 | 2/3/2015 | 2484748 | 12/9/2014 | $562.00 |
| The Standard Register Company | The Standard Register Company | 1093347 | $4,193.46 | 2/3/2015 | 2484802 | 12/9/2014 | $161.99 |
| The Standard Register Company | The Standard Register Company | 1094243 | $44,001.38 | 2/5/2015 | 2485131 | 12/12/2014 | $143.10 |
| The Standard Register Company | The Standard Register Company | 1093707 | $133.04 | 2/4/2015 | 7154768 | 12/10/2014 | $140.27 |
| The Standard Register Company | The Standard Register Company | 1094243 | $44,001.38 | 2/5/2015 | 2485055 | 12/12/2014 | $3,855.00 |
| The Standard Register Company | The Standard Register Company | 1093709 | $68.51 | 2/5/2015 | 1668786 | 12/10/2014 | $72.41 |
| The Standard Register Company | The Standard Register Company | 1094240 | $441.40 | 2/4/2015 | 7154824 | 12/12/2014 | $158.25 |
| The Standard Register Company | The Standard Register Company | 1094240 | $441.40 | 2/4/2015 | 7154825 | 12/12/2014 | $148.76 |
| The Standard Register Company | The Standard Register Company | 1094240 | $441.40 | 2/4/2015 | 7154885 | 12/12/2014 | $158.25 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1094243 | $44,001.38 | 2/5/2015 | 248154 | 12/12/2014 | $135.87 |
| The Standard Register Company | The Standard Register Company | 1094243 | $44,001.38 | 2/5/2015 | 2483880 | 12/11/2014 | $19,893.16 |
| The Standard Register Company | The Standard Register Company | 1094243 | $44,001.38 | 2/5/2015 | 2484513 | 12/11/2014 | $3,301.03 |
| The Standard Register Company | The Standard Register Company | 1094243 | $44,001.38 | 2/5/2015 | 2484514 | 12/11/2014 | $9,000.65 |
| The Standard Register Company | The Standard Register Company | 1094243 | $44,001.38 | 2/5/2015 | 2484820 | 12/11/2014 | $8,226.00 |
| The Standard Register Company | The Standard Register Company | 1094243 | $44,001.38 | 2/5/2015 | 2484821 | 12/11/2014 | $500.00 |
| The Standard Register Company | The Standard Register Company | 1094243 | $44,001.38 | 2/5/2015 | 2484971 | 12/12/2014 | $427.60 |
| The Standard Register Company | The Standard Register Company | 1092930 | $5,441.46 | 2/2/2015 | 1667341 | 11/5/2014 | $251.52 |
| The Standard Register Company | The Standard Register Company | 1093347 | $4,193.46 | 2/3/2015 | 2484901 | 12/9/2014 | $213.54 |
| The Standard Register Company | The Standard Register Company | 1085527 | $822.37 | 12/23/2014 | 7154115 | 11/7/2014 | $228.65 |
| The Standard Register Company | The Standard Register Company | 1084774 | $9,771.47 | 12/16/2014 | 2483127 | 11/5/2014 | $239.71 |
| The Standard Register Company | The Standard Register Company | 1084774 | $9,771.47 | 12/16/2014 | 2483221 | 11/5/2014 | $563.55 |
| The Standard Register Company | The Standard Register Company | 1084774 | $9,771.47 | 12/16/2014 | 2483278 | 11/4/2014 | $1,047.49 |
| The Standard Register Company | The Standard Register Company | 1084774 | $9,771.47 | 12/16/2014 | 2483351 | 11/5/2014 | $168.27 |
| The Standard Register Company | The Standard Register Company | 1084774 | $9,771.47 | 12/16/2014 | 2483398 | 11/4/2014 | $68.06 |
| The Standard Register Company | The Standard Register Company | 1084774 | $9,771.47 | 12/16/2014 | 2483403 | 11/4/2014 | $35.11 |
| The Standard Register Company | The Standard Register Company | 1085141 | $715.17 | 12/16/2014 | 2483067 | 11/6/2014 | $286.51 |
| The Standard Register Company | The Standard Register Company | 1085141 | $715.17 | 12/16/2014 | 2483399 | 11/6/2014 | $391.68 |
| The Standard Register Company | The Standard Register Company | 1085141 | $715.17 | 12/16/2014 | 2483475 | 11/6/2014 | $47.62 |
| The Standard Register Company | The Standard Register Company | 1085141 | $715.17 | 12/16/2014 | 2483499 | 11/6/2014 | $35.00 |
| The Standard Register Company | The Standard Register Company | 1085527 | $822.37 | 12/23/2014 | 7153968 | 11/7/2014 | $279.13 |
| The Standard Register Company | The Standard Register Company | 1086592 | $2,230.52 | 12/30/2014 | 2483529 | 11/12/2014 | $293.62 |
| The Standard Register Company | The Standard Register Company | 1085527 | $822.37 | 12/23/2014 | 7154114 | 11/7/2014 | $257.73 |
| The Standard Register Company | The Standard Register Company | 1084774 | $9,771.47 | 12/16/2014 | 1666910 | 11/5/2014 | $1,705.32 |
| The Standard Register Company | The Standard Register Company | 1085528 | $2,092.87 | 12/23/2014 | 2102572 | 11/7/2014 | $898.34 |
| The Standard Register Company | The Standard Register Company | 1085528 | $2,092.87 | 12/23/2014 | 2102573 | 11/7/2014 | $905.61 |
| The Standard Register Company | The Standard Register Company | 1085528 | $2,092.87 | 12/23/2014 | 2483462 | 11/7/2014 | $422.50 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1086147 | $2,076.33 | 12/30/2014 | 7153991 | 11/10/2014 | $692.35 |
| The Standard Register Company | The Standard Register Company | 1086147 | $2,076.33 | 12/30/2014 | 7154010 | 11/10/2014 | $914.65 |
| The Standard Register Company | The Standard Register Company | 1086147 | $2,076.33 | 12/30/2014 | 7154133 | 11/10/2014 | $592.05 |
| The Standard Register Company | The Standard Register Company | 1086148 | $672.80 | 12/30/2014 | 1667572 | 11/10/2014 | $72.41 |
| The Standard Register Company | The Standard Register Company | 1086148 | $672.80 | 12/30/2014 | 2483539 | 11/10/2014 | $530.61 |
| The Standard Register Company | The Standard Register Company | 1086148 | $672.80 | 12/30/2014 | 2483571 | 11/10/2014 | $62.25 |
| The Standard Register Company | The Standard Register Company | 1086148 | $672.80 | 12/30/2014 | 2483576 | 11/10/2014 | $50.00 |
| The Standard Register Company | The Standard Register Company | 1086592 | $2,230.52 | 12/30/2014 | 2483061 | 11/11/2014 | $1,541.00 |
| The Standard Register Company | The Standard Register Company | 1090327 | $15,891.33 | 1/13/2015 | 4170381 | 9/30/2014 | $5,806.63 |
| The Standard Register Company | The Standard Register Company | 1085527 | $822.37 | 12/23/2014 | 7154099 | 11/7/2014 | $102.25 |
| The Standard Register Company | The Standard Register Company | 1084772 | $949.93 | 12/17/2014 | 7153531 | 10/22/2014 | $780.34 |
| The Standard Register Company | The Standard Register Company | 1083800 | $8,693.44 | 12/12/2014 | 2102557 | 10/31/2014 | $4,849.50 |
| The Standard Register Company | The Standard Register Company | 1083800 | $8,693.44 | 12/12/2014 | 2482912 | 10/31/2014 | $243.85 |
| The Standard Register Company | The Standard Register Company | 1083800 | $8,693.44 | 12/12/2014 | 2482933 | 10/31/2014 | $159.24 |
| The Standard Register Company | The Standard Register Company | 1083800 | $8,693.44 | 12/12/2014 | 2482934 | 10/31/2014 | $2,547.84 |
| The Standard Register Company | The Standard Register Company | 1083800 | $8,693.44 | 12/12/2014 | 2483012 | 10/31/2014 | $65.00 |
| The Standard Register Company | The Standard Register Company | 1083800 | $8,693.44 | 12/12/2014 | 2483214 | 10/31/2014 | $173.15 |
| The Standard Register Company | The Standard Register Company | 1083800 | $8,693.44 | 12/12/2014 | 2483234 | 10/31/2014 | $50.00 |
| The Standard Register Company | The Standard Register Company | 1083800 | $8,693.44 | 12/12/2014 | 2483309 | 10/31/2014 | $159.31 |
| The Standard Register Company | The Standard Register Company | 1083800 | $8,693.44 | 12/12/2014 | 4171004 | 10/27/2014 | $639.93 |
| The Standard Register Company | The Standard Register Company | 1083800 | $8,693.44 | 12/12/2014 | 4171155 | 10/31/2014 | $4,169.85 |
| The Standard Register Company | The Standard Register Company | 1083800 | $8,693.44 | 12/12/2014 | 4171168 | 10/31/2014 | $556.74 |
| The Standard Register Company | The Standard Register Company | 1083958 | $104.44 | 12/12/2014 | 2482613 | 10/21/2014 | $111.10 |
| The Standard Register Company | The Standard Register Company | 1084774 | $9,771.47 | 12/16/2014 | 2102566 | 11/5/2014 | $6,492.50 |
| The Standard Register Company | The Standard Register Company | 1084772 | $949.93 | 12/17/2014 | 7153365 | 10/20/2014 | $217.12 |
| The Standard Register Company | The Standard Register Company | 1084774 | $9,771.47 | 12/16/2014 | 1667402 | 11/5/2014 | $74.55 |
| The Standard Register Company | The Standard Register Company | 1084772 | $949.93 | 12/17/2014 | 7153538 | 10/22/2014 | $352.35 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1084772 | $949.93 | 12/17/2014 | 7153647 | 10/24/2014 | $138.55 |
| The Standard Register Company | The Standard Register Company | 1084772 | $949.93 | 12/17/2014 | 7153745 | 10/29/2014 | $144.12 |
| The Standard Register Company | The Standard Register Company | 1084772 | $949.93 | 12/17/2014 | 7153746 | 10/29/2014 | $142.06 |
| The Standard Register Company | The Standard Register Company | 1084772 | $949.93 | 12/17/2014 | 7153756 | 11/4/2014 | $955.13 |
| The Standard Register Company | The Standard Register Company | 1084772 | $949.93 | 12/17/2014 | 7153808 | 11/5/2014 | $402.43 |
| The Standard Register Company | The Standard Register Company | 1084772 | $949.93 | 12/17/2014 | 7153821 | 10/30/2014 | $655.06 |
| The Standard Register Company | The Standard Register Company | 1084772 | $949.93 | 12/17/2014 | 7153866 | 10/29/2014 | $358.14 |
| The Standard Register Company | The Standard Register Company | 1084772 | $949.93 | 12/17/2014 | 7153900 | 10/29/2014 | $151.75 |
| The Standard Register Company | The Standard Register Company | 1084772 | $949.93 | 12/17/2014 | 7153901 | 10/31/2014 | $138.56 |
| The Standard Register Company | The Standard Register Company | 1084772 | $949.93 | 12/17/2014 | 7153917 | 10/29/2014 | $151.75 |
| The Standard Register Company | The Standard Register Company | 1086592 | $2,230.52 | 12/30/2014 | 2483706 | 11/12/2014 | $135.49 |
| The Standard Register Company | The Standard Register Company | 1083959 | $377.54 | 12/12/2014 | 1665999 | 10/3/2014 | $385.25 |
| The Standard Register Company | The Standard Register Company | 1089964 | $5,985.92 | 1/12/2015 | 1668090 | 11/26/2014 | $1,212.98 |
| The Standard Register Company | The Standard Register Company | 1088944 | $16,206.85 | 1/5/2015 | 2102611 | 11/20/2014 | $690.67 |
| The Standard Register Company | The Standard Register Company | 1088944 | $16,206.85 | 1/5/2015 | 2102612 | 11/20/2014 | $4,448.78 |
| The Standard Register Company | The Standard Register Company | 1088944 | $16,206.85 | 1/5/2015 | 2102613 | 11/20/2014 | $1,381.35 |
| The Standard Register Company | The Standard Register Company | 1088944 | $16,206.85 | 1/5/2015 | 2102614 | 11/20/2014 | $5,024.39 |
| The Standard Register Company | The Standard Register Company | 1088944 | $16,206.85 | 1/5/2015 | 2483945 | 11/20/2014 | $726.55 |
| The Standard Register Company | The Standard Register Company | 1088944 | $16,206.85 | 1/5/2015 | 2484097 | 11/20/2014 | $525.03 |
| The Standard Register Company | The Standard Register Company | 1089584 | $987.63 | 1/7/2015 | 7154445 | 11/25/2014 | $1,046.71 |
| The Standard Register Company | The Standard Register Company | 1089586 | $1,700.91 | 1/6/2015 | 1667808 | 11/24/2014 | $445.59 |
| The Standard Register Company | The Standard Register Company | 1089586 | $1,700.91 | 1/6/2015 | 2484064 | 11/24/2014 | $223.00 |
| The Standard Register Company | The Standard Register Company | 1089586 | $1,700.91 | 1/6/2015 | 2484065 | 11/24/2014 | $152.51 |
| The Standard Register Company | The Standard Register Company | 1089586 | $1,700.91 | 1/6/2015 | 2484066 | 11/24/2014 | $159.00 |
| The Standard Register Company | The Standard Register Company | 1086592 | $2,230.52 | 12/30/2014 | 2483521 | 11/12/2014 | $159.31 |
| The Standard Register Company | The Standard Register Company | 1089586 | $1,700.91 | 1/6/2015 | 4171782 | 11/24/2014 | $630.70 |
| The Standard Register Company | The Standard Register Company | 1088942 | $4,010.98 | 1/6/2015 | 7804100 | 11/20/2014 | $1,711.04 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1089964 | $5,985.92 | 1/12/2015 | 2102632 | 11/26/2014 | $131.25 |
| The Standard Register Company | The Standard Register Company | 1089964 | $5,985.92 | 1/12/2015 | 2483723 | 11/26/2014 | $159.24 |
| The Standard Register Company | The Standard Register Company | 1089964 | $5,985.92 | 1/12/2015 | 2483724 | 11/26/2014 | $2,547.84 |
| The Standard Register Company | The Standard Register Company | 1089964 | $5,985.92 | 1/12/2015 | 2484083 | 11/26/2014 | $868.00 |
| The Standard Register Company | The Standard Register Company | 1089964 | $5,985.92 | 1/12/2015 | 2484155 | 11/26/2014 | $288.40 |
| The Standard Register Company | The Standard Register Company | 1089964 | $5,985.92 | 1/12/2015 | 2484214 | 11/26/2014 | $103.25 |
| The Standard Register Company | The Standard Register Company | 1089964 | $5,985.92 | 1/12/2015 | 2484258 | 11/26/2014 | $89.33 |
| The Standard Register Company | The Standard Register Company | 1089964 | $5,985.92 | 1/12/2015 | 2484279 | 11/26/2014 | $210.71 |
| The Standard Register Company | The Standard Register Company | 1089964 | $5,985.92 | 1/12/2015 | 2484328 | 11/26/2014 | $527.08 |
| The Standard Register Company | The Standard Register Company | 1089964 | $5,985.92 | 1/12/2015 | 2484433 | 11/26/2014 | $47.13 |
| The Standard Register Company | The Standard Register Company | 1089964 | $5,985.92 | 1/12/2015 | 2484436 | 11/26/2014 | $162.05 |
| The Standard Register Company | The Standard Register Company | 1095512 | $28,435.56 | 2/10/2015 | 2485241 | 12/17/2014 | $150.00 |
| The Standard Register Company | The Standard Register Company | 1089586 | $1,700.91 | 1/6/2015 | 2484067 | 11/24/2014 | $197.97 |
| The Standard Register Company | The Standard Register Company | 1088299 | $2,013.22 | 1/5/2015 | 2483882 | 11/18/2014 | $121.36 |
| The Standard Register Company | The Standard Register Company | 1086592 | $2,230.52 | 12/30/2014 | 2483708 | 11/11/2014 | $199.22 |
| The Standard Register Company | The Standard Register Company | 1086592 | $2,230.52 | 12/30/2014 | 2483714 | 11/12/2014 | $44.25 |
| The Standard Register Company | The Standard Register Company | 1087714 | $779.69 | 12/31/2014 | 7154187 | 11/13/2014 | $151.51 |
| The Standard Register Company | The Standard Register Company | 1087714 | $779.69 | 12/31/2014 | 7154197 | 11/14/2014 | $535.16 |
| The Standard Register Company | The Standard Register Company | 1087714 | $779.69 | 12/31/2014 | 7154255 | 11/13/2014 | $138.55 |
| The Standard Register Company | The Standard Register Company | 1087716 | $20,993.45 | 12/30/2014 | 1667766 | 11/13/2014 | $78.42 |
| The Standard Register Company | The Standard Register Company | 1087716 | $20,993.45 | 12/30/2014 | 1667811 | 11/17/2014 | $1,227.66 |
| The Standard Register Company | The Standard Register Company | 1087716 | $20,993.45 | 12/30/2014 | 2483617 | 11/14/2014 | $9,484.73 |
| The Standard Register Company | The Standard Register Company | 1087716 | $20,993.45 | 12/30/2014 | 2483619 | 11/14/2014 | $11,061.36 |
| The Standard Register Company | The Standard Register Company | 1087716 | $20,993.45 | 12/30/2014 | 2483721 | 11/14/2014 | $195.75 |
| The Standard Register Company | The Standard Register Company | 1087716 | $20,993.45 | 12/30/2014 | 2483841 | 11/13/2014 | $83.25 |
| The Standard Register Company | The Standard Register Company | 1087716 | $20,993.45 | 12/30/2014 | 24838452 | 11/13/2014 | $199.22 |
| The Standard Register Company | The Standard Register Company | 1088944 | $16,206.85 | 1/5/2015 | 1667924 | 11/20/2014 | $4,280.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1088299 | $2,013.22 | 1/5/2015 | 2102602 | 11/19/2014 | $428.42 |
| The Standard Register Company | The Standard Register Company | 1088944 | $16,206.85 | 1/5/2015 | 1667810 | 11/20/2014 | $163.98 |
| The Standard Register Company | The Standard Register Company | 1088299 | $2,013.22 | 1/5/2015 | 2483883 | 11/18/2014 | $106.05 |
| The Standard Register Company | The Standard Register Company | 1088299 | $2,013.22 | 1/5/2015 | 2483884 | 11/18/2014 | $17.86 |
| The Standard Register Company | The Standard Register Company | 1088299 | $2,013.22 | 1/5/2015 | 2483885 | 11/18/2014 | $53.53 |
| The Standard Register Company | The Standard Register Company | 1088299 | $2,013.22 | 1/5/2015 | 2483886 | 11/18/2014 | $75.30 |
| The Standard Register Company | The Standard Register Company | 1088299 | $2,013.22 | 1/5/2015 | 2483887 | 11/18/2014 | $15.00 |
| The Standard Register Company | The Standard Register Company | 1088299 | $2,013.22 | 1/5/2015 | 2483888 | 11/18/2014 | $52.30 |
| The Standard Register Company | The Standard Register Company | 1088299 | $2,013.22 | 1/5/2015 | 2483889 | 11/18/2014 | $77.30 |
| The Standard Register Company | The Standard Register Company | 1088299 | $2,013.22 | 1/5/2015 | 2483976 | 11/18/2014 | $90.12 |
| The Standard Register Company | The Standard Register Company | 1088299 | $2,013.22 | 1/5/2015 | 2484059 | 11/19/2014 | $65.26 |
| The Standard Register Company | The Standard Register Company | 1088942 | $4,010.98 | 1/6/2015 | 7154192 | 11/21/2014 | $1,773.10 |
| The Standard Register Company | The Standard Register Company | 1088942 | $4,010.98 | 1/6/2015 | 7154392 | 11/21/2014 | $774.33 |
| The Standard Register Company | The Standard Register Company | 1090158 | $6,676.85 | 1/13/2015 | 4172062 | 11/28/2014 | $543.71 |
| The Standard Register Company | The Standard Register Company | 1088299 | $2,013.22 | 1/5/2015 | 2102601 | 11/19/2014 | $1,039.22 |
| The Standard Register Company | The Standard Register Company | 1097560 | $41,863.44 | 3/4/2015 | 2486239 | 1/22/2015 | $250.00 |
| The Standard Register Company | The Standard Register Company | 1095512 | $28,435.56 | 2/10/2015 | 2485196 | 12/17/2014 | $10,212.44 |
| The Standard Register Company | The Standard Register Company | 1097560 | $41,863.44 | 3/4/2015 | 2486202 | 1/23/2015 | $1,756.95 |
| The Standard Register Company | The Standard Register Company | 1097560 | $41,863.44 | 3/4/2015 | 2486220 | 1/15/2015 | $138.90 |
| The Standard Register Company | The Standard Register Company | 1097560 | $41,863.44 | 3/4/2015 | 2486226 | 1/22/2015 | $246.00 |
| The Standard Register Company | The Standard Register Company | 1097560 | $41,863.44 | 3/4/2015 | 2486228 | 1/22/2015 | $236.00 |
| The Standard Register Company | The Standard Register Company | 1097560 | $41,863.44 | 3/4/2015 | 2486230 | 1/22/2015 | $238.00 |
| The Standard Register Company | The Standard Register Company | 1097560 | $41,863.44 | 3/4/2015 | 2486231 | 1/22/2015 | $315.03 |
| The Standard Register Company | The Standard Register Company | 1097560 | $41,863.44 | 3/4/2015 | 2486232 | 1/22/2015 | $308.02 |
| The Standard Register Company | The Standard Register Company | 1097560 | $41,863.44 | 3/4/2015 | 2486233 | 1/22/2015 | $291.01 |
| The Standard Register Company | The Standard Register Company | 1097560 | $41,863.44 | 3/4/2015 | 2486234 | 1/22/2015 | $358.49 |
| The Standard Register Company | The Standard Register Company | 1097560 | $41,863.44 | 3/4/2015 | 2486235 | 1/22/2015 | $300.99 |

Wright Business Forms, Inc. dba Wright Enterprises Holding Co. and Wright Business Graphics (CSRCWRI01)
Bankruptcy Case: SRC Liquidation Company

May 3, 2016                                    Exhibit A                                    P. 9

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1097560 | $41,863.44 | 3/4/2015 | 2486190 | 1/19/2015 | $1,488.00 |
| The Standard Register Company | The Standard Register Company | 1097560 | $41,863.44 | 3/4/2015 | 2486238 | 1/22/2015 | $315.03 |
| The Standard Register Company | The Standard Register Company | 1097560 | $41,863.44 | 3/4/2015 | 2486188 | 1/21/2015 | $570.10 |
| The Standard Register Company | The Standard Register Company | 1097560 | $41,863.44 | 3/4/2015 | 2486240 | 1/22/2015 | $245.99 |
| The Standard Register Company | The Standard Register Company | 1097560 | $41,863.44 | 3/4/2015 | 2486249 | 1/19/2015 | $75.23 |
| The Standard Register Company | The Standard Register Company | 1097560 | $41,863.44 | 3/4/2015 | 2486253 | 1/16/2015 | $93.24 |
| The Standard Register Company | The Standard Register Company | 1097560 | $41,863.44 | 3/4/2015 | 2486257 | 1/16/2015 | $184.22 |
| The Standard Register Company | The Standard Register Company | 1097560 | $41,863.44 | 3/4/2015 | 2486264 | 1/19/2015 | $170.00 |
| The Standard Register Company | The Standard Register Company | 1097560 | $41,863.44 | 3/4/2015 | 2486267 | 1/16/2015 | $65.00 |
| The Standard Register Company | The Standard Register Company | 1097560 | $41,863.44 | 3/4/2015 | 2486275 | 1/21/2015 | $139.42 |
| The Standard Register Company | The Standard Register Company | 1097560 | $41,863.44 | 3/4/2015 | 2486283 | 1/16/2015 | $75.00 |
| The Standard Register Company | The Standard Register Company | 1097560 | $41,863.44 | 3/4/2015 | 2486325 | 1/21/2015 | $169.79 |
| The Standard Register Company | The Standard Register Company | 1097560 | $41,863.44 | 3/4/2015 | 2486326 | 1/21/2015 | $1,020.59 |
| The Standard Register Company | The Standard Register Company | 1097560 | $41,863.44 | 3/4/2015 | 2486377 | 1/19/2015 | $394.30 |
| The Standard Register Company | The Standard Register Company | 1097560 | $41,863.44 | 3/4/2015 | 2486410 | 1/21/2015 | $93.24 |
| The Standard Register Company | The Standard Register Company | 1097560 | $41,863.44 | 3/4/2015 | 2486237 | 1/22/2015 | $236.00 |
| The Standard Register Company | The Standard Register Company | 1097560 | $41,863.44 | 3/4/2015 | 2479495 | 7/31/2014 | $686.60 |
| The Standard Register Company | The Standard Register Company | 1097549 | $1,364.26 | 3/3/2015 | 7155548 | 1/16/2015 | $535.56 |
| The Standard Register Company | The Standard Register Company | 1097549 | $1,364.26 | 3/3/2015 | 7155747 | 1/22/2015 | $152.75 |
| The Standard Register Company | The Standard Register Company | 1097549 | $1,364.26 | 3/3/2015 | 7155748 | 1/22/2015 | $139.53 |
| The Standard Register Company | The Standard Register Company | 1097549 | $1,364.26 | 3/3/2015 | 7155749 | 1/20/2015 | $288.93 |
| The Standard Register Company | The Standard Register Company | 1097549 | $1,364.26 | 3/3/2015 | 7155879 | 1/21/2015 | $158.32 |
| The Standard Register Company | The Standard Register Company | 1097549 | $1,364.26 | 3/3/2015 | 7155928 | 1/23/2015 | $139.54 |
| The Standard Register Company | The Standard Register Company | 1097560 | $41,863.44 | 3/4/2015 | 1669530 | 1/16/2015 | $2,334.79 |
| The Standard Register Company | The Standard Register Company | 1097560 | $41,863.44 | 3/4/2015 | 1669645 | 1/20/2015 | $178.39 |
| The Standard Register Company | The Standard Register Company | 1097560 | $41,863.44 | 3/4/2015 | 1669647 | 1/20/2015 | $382.75 |
| The Standard Register Company | The Standard Register Company | 1097560 | $41,863.44 | 3/4/2015 | 1669712 | 1/15/2015 | $149.93 |

Wright Business Forms, Inc. dba Wright Enterprises Holding Co. and Wright Business Graphics (CSRCWRI01)
Bankruptcy Case: SRC Liquidation Company

May 3, 2016                                       Exhibit A                                       P. 10

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1097560 | $41,863.44 | 3/4/2015 | 1669863 | 1/15/2015 | $72.60 |
| The Standard Register Company | The Standard Register Company | 1097560 | $41,863.44 | 3/4/2015 | 2486201 | 1/23/2015 | $1,756.95 |
| The Standard Register Company | The Standard Register Company | 1097560 | $41,863.44 | 3/4/2015 | 1669956 | 1/21/2015 | $82.98 |
| The Standard Register Company | The Standard Register Company | 1097560 | $41,863.44 | 3/4/2015 | 2486609 | 1/22/2015 | $65.35 |
| The Standard Register Company | The Standard Register Company | 1097560 | $41,863.44 | 3/4/2015 | 2483381 | 10/31/2014 | $60.69 |
| The Standard Register Company | The Standard Register Company | 1097560 | $41,863.44 | 3/4/2015 | 2485929 | 1/19/2015 | $643.56 |
| The Standard Register Company | The Standard Register Company | 1097560 | $41,863.44 | 3/4/2015 | 2485971 | 1/15/2015 | $5,641.78 |
| The Standard Register Company | The Standard Register Company | 1097560 | $41,863.44 | 3/4/2015 | 2485972 | 1/16/2015 | $2,035.01 |
| The Standard Register Company | The Standard Register Company | 1097560 | $41,863.44 | 3/4/2015 | 2486028 | 1/23/2015 | $487.56 |
| The Standard Register Company | The Standard Register Company | 1097560 | $41,863.44 | 3/4/2015 | 2486029 | 1/23/2015 | $869.18 |
| The Standard Register Company | The Standard Register Company | 1097560 | $41,863.44 | 3/4/2015 | 2486040 | 1/16/2015 | $3,769.00 |
| The Standard Register Company | The Standard Register Company | 1097560 | $41,863.44 | 3/4/2015 | 2486067 | 1/21/2015 | $5,856.25 |
| The Standard Register Company | The Standard Register Company | 1097560 | $41,863.44 | 3/4/2015 | 2486106 | 1/16/2015 | $514.32 |
| The Standard Register Company | The Standard Register Company | 1097560 | $41,863.44 | 3/4/2015 | 2486121 | 1/20/2015 | $905.98 |
| The Standard Register Company | The Standard Register Company | 1097560 | $41,863.44 | 3/4/2015 | 2486124 | 1/15/2015 | $132.57 |
| The Standard Register Company | The Standard Register Company | 1097560 | $41,863.44 | 3/4/2015 | 2486156 | 1/15/2015 | $144.20 |
| The Standard Register Company | The Standard Register Company | 1097560 | $41,863.44 | 3/4/2015 | 1669955 | 1/21/2015 | $1,244.76 |
| The Standard Register Company | The Standard Register Company | 1099351 | $37,773.44 | 3/10/2015 | 2486744 | 1/28/2015 | $1,596.96 |
| The Standard Register Company | The Standard Register Company | 1099351 | $37,773.44 | 3/10/2015 | 2486316 | 1/22/2015 | $398.93 |
| The Standard Register Company | The Standard Register Company | 1099351 | $37,773.44 | 3/10/2015 | 2486368 | 1/28/2015 | $272.92 |
| The Standard Register Company | The Standard Register Company | 1099351 | $37,773.44 | 3/10/2015 | 2486424 | 1/28/2015 | $179.27 |
| The Standard Register Company | The Standard Register Company | 1099351 | $37,773.44 | 3/10/2015 | 2486482 | 1/27/2015 | $1,168.90 |
| The Standard Register Company | The Standard Register Company | 1099351 | $37,773.44 | 3/10/2015 | 2486483 | 1/27/2015 | $2,922.25 |
| The Standard Register Company | The Standard Register Company | 1099351 | $37,773.44 | 3/10/2015 | 2486484 | 1/27/2015 | $233.78 |
| The Standard Register Company | The Standard Register Company | 1099351 | $37,773.44 | 3/10/2015 | 2486561 | 1/27/2015 | $408.38 |
| The Standard Register Company | The Standard Register Company | 1099351 | $37,773.44 | 3/10/2015 | 2486645 | 1/28/2015 | $68.62 |
| The Standard Register Company | The Standard Register Company | 1099351 | $37,773.44 | 3/10/2015 | 2486719 | 1/30/2015 | $357.36 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099351 | $37,773.44 | 3/10/2015 | 2486723 | 1/27/2015 | $194.04 |
| The Standard Register Company | The Standard Register Company | 1099351 | $37,773.44 | 3/10/2015 | 2486728 | 1/27/2015 | $97.10 |
| The Standard Register Company | The Standard Register Company | 1097560 | $41,863.44 | 3/4/2015 | 2486437 | 1/22/2015 | $543.70 |
| The Standard Register Company | The Standard Register Company | 1099351 | $37,773.44 | 3/10/2015 | 2486742 | 1/29/2015 | $388.92 |
| The Standard Register Company | The Standard Register Company | 1099351 | $37,773.44 | 3/10/2015 | 2103090 | 1/6/2015 | $873.00 |
| The Standard Register Company | The Standard Register Company | 1099351 | $37,773.44 | 3/10/2015 | 24867838 | 1/28/2015 | $543.70 |
| The Standard Register Company | The Standard Register Company | 1099351 | $37,773.44 | 3/10/2015 | 2486821 | 1/29/2015 | $112.11 |
| The Standard Register Company | The Standard Register Company | 1099351 | $37,773.44 | 3/10/2015 | 2486830 | 1/28/2015 | $39.10 |
| The Standard Register Company | The Standard Register Company | 1099351 | $37,773.44 | 3/10/2015 | 2486854 | 1/30/2015 | $75.00 |
| The Standard Register Company | The Standard Register Company | 1099351 | $37,773.44 | 3/10/2015 | 2486890 | 1/29/2015 | $47.34 |
| The Standard Register Company | The Standard Register Company | 1099351 | $37,773.44 | 3/10/2015 | 2486894 | 1/29/2015 | $606.27 |
| The Standard Register Company | The Standard Register Company | 1099351 | $37,773.44 | 3/10/2015 | 2486895 | 1/30/2015 | $3,320.00 |
| The Standard Register Company | The Standard Register Company | 1099351 | $37,773.44 | 3/10/2015 | 2486936 | 1/30/2015 | $179.00 |
| The Standard Register Company | The Standard Register Company | 1099351 | $37,773.44 | 3/10/2015 | 4173890 | 1/30/2015 | $5,915.24 |
| The Standard Register Company | The Standard Register Company | 1099352 | $67.83 | 3/10/2015 | 5528504683 | 12/29/2014 | $67.83 |
| The Standard Register Company | The Standard Register Company | 1099689 | $60,000.00 | 3/5/2015 | CKRQ022515 | 2/25/2015 | $60,000.00 |
| The Standard Register Company | The Standard Register Company | 21597 | $284.07 | 12/23/2014 | 7154251 | 11/19/2014 | $284.07 |
| The Standard Register Company | The Standard Register Company | 1099351 | $37,773.44 | 3/10/2015 | 2486737 | 1/28/2015 | $163.50 |
| The Standard Register Company | The Standard Register Company | 1099343 | $1,393.37 | 3/10/2015 | 7156028 | 1/29/2015 | $272.08 |
| The Standard Register Company | The Standard Register Company | 1096940 | $4,463.70 | 2/18/2015 | 5528502998 | 11/24/2014 | $237.66 |
| The Standard Register Company | The Standard Register Company | 1097560 | $41,863.44 | 3/4/2015 | 2486673 | 1/23/2015 | $63.20 |
| The Standard Register Company | The Standard Register Company | 1097560 | $41,863.44 | 3/4/2015 | 2486674 | 1/23/2015 | $46.36 |
| The Standard Register Company | The Standard Register Company | 1097560 | $41,863.44 | 3/4/2015 | 2487188 | 2/11/2005 | $93.02 |
| The Standard Register Company | The Standard Register Company | 1097560 | $41,863.44 | 3/4/2015 | 4173028 | 12/31/2014 | $5,321.08 |
| The Standard Register Company | The Standard Register Company | 1097560 | $41,863.44 | 3/4/2015 | 4173461 | 1/21/2015 | $613.66 |
| The Standard Register Company | The Standard Register Company | 1097561 | $163.35 | 3/2/2015 | 5528504336 | 12/22/2014 | $163.35 |
| The Standard Register Company | The Standard Register Company | 1098909 | $399.15 | 3/4/2015 | 7155878 | 1/26/2015 | $423.77 |

Wright Business Forms, Inc. dba Wright Enterprises Holding Co. and Wright Business Graphics (CSRCWRI01)
Bankruptcy Case: SRC Liquidation Company

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1098910 | $829.23 | 3/3/2015 | 2486412 | 1/26/2015 | $616.71 |
| The Standard Register Company | The Standard Register Company | 1098910 | $829.23 | 3/3/2015 | 2486475 | 1/26/2015 | $136.55 |
| The Standard Register Company | The Standard Register Company | 1098910 | $829.23 | 3/3/2015 | 2486566 | 1/26/2015 | $394.88 |
| The Standard Register Company | The Standard Register Company | 1098910 | $829.23 | 3/3/2015 | 2486568 | 1/26/2015 | $53.66 |
| The Standard Register Company | The Standard Register Company | 1099351 | $37,773.44 | 3/10/2015 | 2485877 | 1/19/2015 | $179.75 |
| The Standard Register Company | The Standard Register Company | 1099343 | $1,393.37 | 3/10/2015 | 7156004 | 1/29/2015 | $478.18 |
| The Standard Register Company | The Standard Register Company | 1099351 | $37,773.44 | 3/10/2015 | 2103169 | 2/24/2014 | $1,064.31 |
| The Standard Register Company | The Standard Register Company | 1099343 | $1,393.37 | 3/10/2015 | 7156091 | 1/30/2015 | $695.98 |
| The Standard Register Company | The Standard Register Company | 1099344 | $28,539.11 | 3/10/2015 | 4172864 | 12/31/2014 | $28,539.11 |
| The Standard Register Company | The Standard Register Company | 1099351 | $37,773.44 | 3/10/2015 | 1670180 | 1/29/2015 | $663.65 |
| The Standard Register Company | The Standard Register Company | 1099351 | $37,773.44 | 3/10/2015 | 1670280 | 1/29/2015 | $73.11 |
| The Standard Register Company | The Standard Register Company | 1099351 | $37,773.44 | 3/10/2015 | 1670291 | 1/29/2015 | $72.41 |
| The Standard Register Company | The Standard Register Company | 1099351 | $37,773.44 | 3/10/2015 | 2102765 | 1/6/2015 | $1,391.60 |
| The Standard Register Company | The Standard Register Company | 1099351 | $37,773.44 | 3/10/2015 | 2102766 | 1/6/2015 | $6,987.23 |
| The Standard Register Company | The Standard Register Company | 1099351 | $37,773.44 | 3/10/2015 | 2102767 | 1/6/2015 | $992.25 |
| The Standard Register Company | The Standard Register Company | 1099351 | $37,773.44 | 3/10/2015 | 2103087 | 1/30/2015 | $1,827.87 |
| The Standard Register Company | The Standard Register Company | 1099351 | $37,773.44 | 3/10/2015 | 2103088 | 1/30/2015 | $5,319.54 |
| The Standard Register Company | The Standard Register Company | 1099351 | $37,773.44 | 3/10/2015 | 2103089 | 1/30/2015 | $610.36 |
| The Standard Register Company | The Standard Register Company | 1097560 | $41,863.44 | 3/4/2015 | 2486559 | 1/22/2015 | $62.31 |
| The Standard Register Company | The Standard Register Company | 1099341 | $708.54 | 3/10/2015 | 5111685 | 12/31/2014 | $723.00 |
| The Standard Register Company | The Standard Register Company | 1096712 | $40,095.47 | 2/18/2015 | 1669016 | 12/30/2014 | $585.15 |
| The Standard Register Company | The Standard Register Company | 1096634 | $4,157.68 | 2/18/2015 | 2485365 | 12/23/2014 | $78.00 |
| The Standard Register Company | The Standard Register Company | 1096702 | $5,191.53 | 2/19/2015 | 7154821 | 12/24/2014 | $1,711.30 |
| The Standard Register Company | The Standard Register Company | 1096702 | $5,191.53 | 2/19/2015 | 7155158 | 12/29/2014 | $784.48 |
| The Standard Register Company | The Standard Register Company | 1096702 | $5,191.53 | 2/19/2015 | 7155172 | 1/5/2015 | $1,155.01 |
| The Standard Register Company | The Standard Register Company | 1096702 | $5,191.53 | 2/19/2015 | 7155210 | 12/30/2014 | $76.76 |
| The Standard Register Company | The Standard Register Company | 1096702 | $5,191.53 | 2/19/2015 | 7155230 | 12/31/2014 | $297.86 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1096702 | $5,191.53 | 2/19/2015 | 7155315 | 1/2/2015 | $638.37 |
| The Standard Register Company | The Standard Register Company | 1096702 | $5,191.53 | 2/19/2015 | 7155396 | 1/7/2015 | $186.05 |
| The Standard Register Company | The Standard Register Company | 1096702 | $5,191.53 | 2/19/2015 | 7155397 | 1/7/2015 | $257.73 |
| The Standard Register Company | The Standard Register Company | 1096702 | $5,191.53 | 2/19/2015 | 7155521 | 1/12/2015 | $147.61 |
| The Standard Register Company | The Standard Register Company | 1096702 | $5,191.53 | 2/19/2015 | 7155523 | 1/12/2015 | $140.04 |
| The Standard Register Company | The Standard Register Company | 1096712 | $40,095.47 | 2/18/2015 | 2485102 | 12/24/2014 | $3,242.00 |
| The Standard Register Company | The Standard Register Company | 1096712 | $40,095.47 | 2/18/2015 | 1668809 | 12/29/2014 | $2,197.44 |
| The Standard Register Company | The Standard Register Company | 1096634 | $4,157.68 | 2/18/2015 | 2102720 | 12/23/2014 | $735.00 |
| The Standard Register Company | The Standard Register Company | 1096712 | $40,095.47 | 2/18/2015 | 1669017 | 12/30/2014 | $936.23 |
| The Standard Register Company | The Standard Register Company | 1096712 | $40,095.47 | 2/18/2015 | 1669018 | 12/30/2014 | $2,659.75 |
| The Standard Register Company | The Standard Register Company | 1096712 | $40,095.47 | 2/18/2015 | 1669019 | 12/30/2014 | $117.03 |
| The Standard Register Company | The Standard Register Company | 1096712 | $40,095.47 | 2/18/2015 | 1669312 | 12/31/2014 | $339.28 |
| The Standard Register Company | The Standard Register Company | 1096712 | $40,095.47 | 2/18/2015 | 1669314 | 12/31/2014 | $415.35 |
| The Standard Register Company | The Standard Register Company | 1096712 | $40,095.47 | 2/18/2015 | 1669342 | 1/9/2015 | $1,395.80 |
| The Standard Register Company | The Standard Register Company | 1096712 | $40,095.47 | 2/18/2015 | 1669394 | 12/31/2014 | $74.55 |
| The Standard Register Company | The Standard Register Company | 1096712 | $40,095.47 | 2/18/2015 | 1669715 | 1/12/2015 | $211.67 |
| The Standard Register Company | The Standard Register Company | 1096712 | $40,095.47 | 2/18/2015 | 2102729 | 12/24/2014 | $1,406.30 |
| The Standard Register Company | The Standard Register Company | 1096712 | $40,095.47 | 2/18/2015 | 2102757 | 12/31/2014 | $1,235.14 |
| The Standard Register Company | The Standard Register Company | 1096712 | $40,095.47 | 2/18/2015 | 2102758 | 12/31/2014 | $492.23 |
| The Standard Register Company | The Standard Register Company | 1097530 | $7,060.91 | 3/2/2015 | 102401A | 12/1/2014 | $7,060.91 |
| The Standard Register Company | The Standard Register Company | 1096703 | $31,032.98 | 2/18/2015 | 4171996 | 11/28/2014 | $31,666.31 |
| The Standard Register Company | The Standard Register Company | 1096235 | $1,490.65 | 2/11/2015 | 7154673 | 12/22/2014 | $1,582.98 |
| The Standard Register Company | The Standard Register Company | 1095512 | $28,435.56 | 2/10/2015 | 2485242 | 12/18/2014 | $197.97 |
| The Standard Register Company | The Standard Register Company | 1095512 | $28,435.56 | 2/10/2015 | 2485243 | 12/17/2014 | $159.00 |
| The Standard Register Company | The Standard Register Company | 1095512 | $28,435.56 | 2/10/2015 | 2485244 | 12/17/2014 | $157.01 |
| The Standard Register Company | The Standard Register Company | 1095512 | $28,435.56 | 2/10/2015 | 2485245 | 12/17/2014 | $161.01 |
| The Standard Register Company | The Standard Register Company | 1095512 | $28,435.56 | 2/10/2015 | 2485246 | 12/17/2014 | $193.98 |

Wright Business Forms, Inc. dba Wright Enterprises Holding Co. and Wright Business Graphics (CSRCWRI01)
Bankruptcy Case: SRC Liquidation Company

May 3, 2016                                Exhibit A                                P. 14

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1095512 | $28,435.56 | 2/10/2015 | 2485247 | 12/17/2014 | $197.97 |
| The Standard Register Company | The Standard Register Company | 1095512 | $28,435.56 | 2/10/2015 | 2485248 | 12/17/2014 | $181.01 |
| The Standard Register Company | The Standard Register Company | 1095512 | $28,435.56 | 2/10/2015 | 2485249 | 12/17/2014 | $150.00 |
| The Standard Register Company | The Standard Register Company | 1095512 | $28,435.56 | 2/10/2015 | 2485250 | 12/17/2014 | $152.00 |
| The Standard Register Company | The Standard Register Company | 1095512 | $28,435.56 | 2/10/2015 | 2485335 | 12/18/2014 | $391.82 |
| The Standard Register Company | The Standard Register Company | 1095906 | $585.18 | 2/12/2015 | 7154910 | 12/19/2014 | $620.00 |
| The Standard Register Company | The Standard Register Company | 1095907 | $403.85 | 2/10/2015 | 2485186 | 12/19/2014 | $276.52 |
| The Standard Register Company | The Standard Register Company | 1096634 | $4,157.68 | 2/18/2015 | 2485353 | 12/23/2014 | $2,640.00 |
| The Standard Register Company | The Standard Register Company | 1095907 | $403.85 | 2/10/2015 | 2485462 | 12/19/2014 | $69.06 |
| The Standard Register Company | The Standard Register Company | 1096634 | $4,157.68 | 2/18/2015 | 2485077 | 12/23/2014 | $726.55 |
| The Standard Register Company | The Standard Register Company | 1096236 | $1,754.21 | 2/13/2015 | 2485254 | 12/22/2014 | $810.00 |
| The Standard Register Company | The Standard Register Company | 1096236 | $1,754.21 | 2/13/2015 | 2485392 | 12/22/2014 | $48.00 |
| The Standard Register Company | The Standard Register Company | 1096236 | $1,754.21 | 2/13/2015 | 2485425 | 12/22/2014 | $308.00 |
| The Standard Register Company | The Standard Register Company | 1096236 | $1,754.21 | 2/13/2015 | 2485464 | 12/22/2014 | $130.57 |
| The Standard Register Company | The Standard Register Company | 1096236 | $1,754.21 | 2/13/2015 | 4172635 | 12/22/2014 | $569.60 |
| The Standard Register Company | The Standard Register Company | 1096237 | $2,874.12 | 2/13/2015 | 5111482 | 9/30/2014 | $957.25 |
| The Standard Register Company | The Standard Register Company | 1096237 | $2,874.12 | 2/13/2015 | 5111546 | 10/31/2014 | $832.50 |
| The Standard Register Company | The Standard Register Company | 1096237 | $2,874.12 | 2/13/2015 | 5528498207 | 9/8/2014 | $253.65 |
| The Standard Register Company | The Standard Register Company | 1096237 | $2,874.12 | 2/13/2015 | 5528498729 | 9/15/2014 | $255.62 |
| The Standard Register Company | The Standard Register Company | 1096237 | $2,874.12 | 2/13/2015 | 5528798742 | 9/29/2014 | $633.76 |
| The Standard Register Company | The Standard Register Company | 1096634 | $4,157.68 | 2/18/2015 | 1669053 | 12/23/2014 | $243.51 |
| The Standard Register Company | The Standard Register Company | 1096712 | $40,095.47 | 2/18/2015 | 2485271 | 12/24/2014 | $388.92 |
| The Standard Register Company | The Standard Register Company | 1095907 | $403.85 | 2/10/2015 | 2485368 | 12/19/2014 | $84.04 |
| The Standard Register Company | The Standard Register Company | 1096940 | $4,463.70 | 2/18/2015 | 5528495744 | 8/4/2014 | $243.05 |
| The Standard Register Company | The Standard Register Company | 1096712 | $40,095.47 | 2/18/2015 | 5286470 | 1/5/2015 | $288.00 |
| The Standard Register Company | The Standard Register Company | 1096712 | $40,095.47 | 2/18/2015 | 7155206 | 12/30/2014 | $421.44 |
| The Standard Register Company | The Standard Register Company | 1096713 | $1,046.90 | 2/18/2015 | 5111614 | 11/30/2014 | $821.75 |

Transfers During Preference Period

Wright Business Forms, Inc. dba Wright Enterprises Holding Co. and Wright Business Graphics (CSRCWRI01)
Bankruptcy Case: SRC Liquidation Company

May 3, 2016  Exhibit A  P. 15

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1096713 | $1,046.90 | 2/18/2015 | 5528503508 | 12/8/2014 | $246.52 |
| The Standard Register Company | The Standard Register Company | 1096840 | $18,678.73 | 2/18/2015 | 1669346 | 1/13/2015 | $350.08 |
| The Standard Register Company | The Standard Register Company | 1096840 | $18,678.73 | 2/18/2015 | 1669803 | 1/14/2015 | $839.23 |
| The Standard Register Company | The Standard Register Company | 1096840 | $18,678.73 | 2/18/2015 | 2102636 | 11/26/2014 | $16,547.04 |
| The Standard Register Company | The Standard Register Company | 1096840 | $18,678.73 | 2/18/2015 | 2102762 | 1/5/2015 | $844.20 |
| The Standard Register Company | The Standard Register Company | 1096840 | $18,678.73 | 2/18/2015 | 2480123 | 8/28/2014 | $300.54 |
| The Standard Register Company | The Standard Register Company | 1096840 | $18,678.73 | 2/18/2015 | 2480638 | 9/8/2014 | $250.00 |
| The Standard Register Company | The Standard Register Company | 1096840 | $18,678.73 | 2/18/2015 | 2485936 | 1/14/2015 | $324.45 |
| The Standard Register Company | The Standard Register Company | 1096712 | $40,095.47 | 2/18/2015 | 2102759 | 12/31/2014 | $611.72 |
| The Standard Register Company | The Standard Register Company | 1096940 | $4,463.70 | 2/18/2015 | 5111422 | 8/31/2014 | $767.25 |
| The Standard Register Company | The Standard Register Company | 1096712 | $40,095.47 | 2/18/2015 | 2486007 | 1/8/2015 | $47.13 |
| The Standard Register Company | The Standard Register Company | 1096940 | $4,463.70 | 2/18/2015 | 5528496251 | 8/11/2014 | $220.63 |
| The Standard Register Company | The Standard Register Company | 1096940 | $4,463.70 | 2/18/2015 | 5528496621 | 8/15/2014 | $214.81 |
| The Standard Register Company | The Standard Register Company | 1096940 | $4,463.70 | 2/18/2015 | 5528497115 | 8/25/2014 | $457.03 |
| The Standard Register Company | The Standard Register Company | 1096940 | $4,463.70 | 2/18/2015 | 5528497643 | 8/29/2014 | $226.84 |
| The Standard Register Company | The Standard Register Company | 1096940 | $4,463.70 | 2/18/2015 | 5528499521 | 10/20/2014 | $233.20 |
| The Standard Register Company | The Standard Register Company | 1096940 | $4,463.70 | 2/18/2015 | 5528500153 | 10/13/2014 | $338.72 |
| The Standard Register Company | The Standard Register Company | 1096940 | $4,463.70 | 2/18/2015 | 5528500523 | 10/20/2014 | $341.03 |
| The Standard Register Company | The Standard Register Company | 1096940 | $4,463.70 | 2/18/2015 | 5528501257 | 10/27/2014 | $298.13 |
| The Standard Register Company | The Standard Register Company | 1096940 | $4,463.70 | 2/18/2015 | 5528501891 | 10/31/2014 | $297.62 |
| The Standard Register Company | The Standard Register Company | 1096940 | $4,463.70 | 2/18/2015 | 5528501982 | 11/10/2014 | $249.10 |
| The Standard Register Company | The Standard Register Company | 1096940 | $4,463.70 | 2/18/2015 | 5528502508 | 11/17/2014 | $254.89 |
| The Standard Register Company | The Standard Register Company | 22899 | $830.11 | 2/3/2015 | 1669102 | 12/31/2014 | $830.11 |
| The Standard Register Company | The Standard Register Company | 1096841 | $184.20 | 2/18/2015 | 5528503938 | 12/15/2014 | $184.20 |
| The Standard Register Company | The Standard Register Company | 1096712 | $40,095.47 | 2/18/2015 | 2485610 | 12/30/2014 | $272.64 |
| The Standard Register Company | The Standard Register Company | 1096712 | $40,095.47 | 2/18/2015 | 2485329 | 12/24/2014 | $511.93 |
| The Standard Register Company | The Standard Register Company | 1096712 | $40,095.47 | 2/18/2015 | 2485352 | 12/30/2014 | $165.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1096712 | $40,095.47 | 2/18/2015 | 2485383 | 12/24/2014 | $211.74 |
| The Standard Register Company | The Standard Register Company | 1096712 | $40,095.47 | 2/18/2015 | 2485400 | 1/5/2015 | $3,513.90 |
| The Standard Register Company | The Standard Register Company | 1096712 | $40,095.47 | 2/18/2015 | 2485402 | 12/31/2014 | $1,756.95 |
| The Standard Register Company | The Standard Register Company | 1096712 | $40,095.47 | 2/18/2015 | 2485404 | 12/31/2014 | $1,756.95 |
| The Standard Register Company | The Standard Register Company | 1096712 | $40,095.47 | 2/18/2015 | 2485405 | 1/5/2015 | $3,513.90 |
| The Standard Register Company | The Standard Register Company | 1096712 | $40,095.47 | 2/18/2015 | 24854538 | 1/9/2015 | $1,918.50 |
| The Standard Register Company | The Standard Register Company | 1096712 | $40,095.47 | 2/18/2015 | 2485570 | 12/24/2014 | $134.22 |
| The Standard Register Company | The Standard Register Company | 1096712 | $40,095.47 | 2/18/2015 | 2485572 | 12/31/2014 | $839.33 |
| The Standard Register Company | The Standard Register Company | 1096712 | $40,095.47 | 2/18/2015 | 2485575 | 12/31/2014 | $300.50 |
| The Standard Register Company | The Standard Register Company | 1096712 | $40,095.47 | 2/18/2015 | 2485577 | 1/7/2015 | $609.40 |
| The Standard Register Company | The Standard Register Company | 1096712 | $40,095.47 | 2/18/2015 | 4172968 | 12/31/2014 | $5,086.78 |
| The Standard Register Company | The Standard Register Company | 1096712 | $40,095.47 | 2/18/2015 | 2485609 | 12/29/2014 | $43.92 |
| The Standard Register Company | The Standard Register Company | 1096712 | $40,095.47 | 2/18/2015 | 2486014 | 1/8/2015 | $48.41 |
| The Standard Register Company | The Standard Register Company | 1096712 | $40,095.47 | 2/18/2015 | 2485624 | 12/30/2014 | $47.13 |
| The Standard Register Company | The Standard Register Company | 1096712 | $40,095.47 | 2/18/2015 | 2485651 | 12/30/2014 | $243.57 |
| The Standard Register Company | The Standard Register Company | 1096712 | $40,095.47 | 2/18/2015 | 2485784 | 1/9/2015 | $373.95 |
| The Standard Register Company | The Standard Register Company | 1096712 | $40,095.47 | 2/18/2015 | 2485823 | 1/12/2015 | $1,162.84 |
| The Standard Register Company | The Standard Register Company | 1096712 | $40,095.47 | 2/18/2015 | 2485825 | 1/8/2015 | $875.56 |
| The Standard Register Company | The Standard Register Company | 1096712 | $40,095.47 | 2/18/2015 | 2485870 | 1/7/2015 | $700.65 |
| The Standard Register Company | The Standard Register Company | 1096712 | $40,095.47 | 2/18/2015 | 2485872 | 1/7/2015 | $255.00 |
| The Standard Register Company | The Standard Register Company | 1096712 | $40,095.47 | 2/18/2015 | 2485874 | 1/7/2015 | $380.22 |
| The Standard Register Company | The Standard Register Company | 1096712 | $40,095.47 | 2/18/2015 | 2485896 | 1/8/2015 | $1,069.20 |
| The Standard Register Company | The Standard Register Company | 1096712 | $40,095.47 | 2/18/2015 | 2485943 | 1/8/2015 | $3,164.33 |
| The Standard Register Company | The Standard Register Company | 1096712 | $40,095.47 | 2/18/2015 | 2485968 | 1/12/2015 | $2,741.88 |
| The Standard Register Company | The Standard Register Company | 1096940 | $4,463.70 | 2/18/2015 | 5528503358 | 11/30/2014 | $171.43 |
| The Standard Register Company | The Standard Register Company | 1096712 | $40,095.47 | 2/18/2015 | 2485599 | 12/31/2014 | $216.95 |

Totals:     70 transfer(s),     $629,193.73

Transfers During Preference Period

Wright Business Forms, Inc. dba Wright Enterprises Holding Co. and Wright Business Graphics (CSRCWRI01)
Bankruptcy Case: SRC Liquidation Company

May 3, 2016

Exhibit A

P. 17