

ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| Defendant: | **Admail West, Inc.** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| | | 1095962 | $342.66 | 2/10/2015 | 122578 | 12/22/2014 | $122.82 |
| | | 1084307 | $342.66 | 12/16/2014 | 122095 | 11/5/2014 | $122.82 |
| | | 1084307 | $342.66 | 12/16/2014 | 122096 | 11/5/2014 | $122.82 |
| | | 1086741 | $45,648.11 | 12/30/2014 | 121714 | 10/13/2014 | $122.82 |
| | | 1086741 | $45,648.11 | 12/30/2014 | 122094 | 11/5/2014 | $122.82 |
| | | 1086741 | $45,648.11 | 12/30/2014 | 122095 | 11/5/2014 | $122.82 |
| | | 1086741 | $45,648.11 | 12/30/2014 | 122096 | 11/5/2014 | $122.82 |
| | | 1086741 | $45,648.11 | 12/30/2014 | 122308 | 11/13/2014 | $12,228.43 |
| | | 1086741 | $45,648.11 | 12/30/2014 | 122309 | 11/13/2014 | $36,732.75 |
| | | 1086741 | $45,648.11 | 12/30/2014 | 122316 | 11/13/2014 | $122.82 |
| | | 1087772 | $114.22 | 1/5/2015 | 122349 | 11/18/2014 | $122.82 |
| | | 1084307 | $342.66 | 12/16/2014 | 122094 | 11/5/2014 | $122.82 |
| | | 1094987 | $114.22 | 2/10/2015 | 122516 | 12/17/2014 | $122.82 |
| | | 1099315 | $14,739.20 | 3/10/2015 | 123000 | 1/30/2015 | $300.00 |
| | | 1095962 | $342.66 | 2/10/2015 | 122579 | 12/22/2014 | $122.82 |
| | | 1095962 | $342.66 | 2/10/2015 | 122581 | 12/22/2014 | $122.82 |
| | | 1096347 | $44,889.56 | 2/18/2015 | 122888 | 12/23/2014 | $48,268.35 |
| | | 1097109 | $25,611.11 | 2/24/2015 | 122677 | 12/30/2014 | $122.82 |
| | | 1097109 | $25,611.11 | 2/24/2015 | 122742 | 1/2/2015 | $122.82 |
| | | 1097109 | $25,611.11 | 2/24/2015 | 122887 | 1/15/2015 | $26,713.42 |
| | | 1099315 | $14,739.20 | 3/10/2015 | 122937 | 1/20/2015 | $2,475.00 |
| | | 1099315 | $14,739.20 | 3/10/2015 | 122939 | 1/20/2015 | $11,665.00 |
| | | 1099315 | $14,739.20 | 3/10/2015 | 122940 | 1/21/2015 | $300.00 |
| | | 1099315 | $14,739.20 | 3/10/2015 | 122985 | 1/30/2015 | $300.00 |
| | | 1088348 | $114.22 | 1/5/2015 | 122389 | 11/20/2014 | $122.82 |

**Totals:**    **9 transfer(s),**    $131,915.96