| ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Allstate Paper Box Co.** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1094308 | $34,560.00 | 2/9/2015 | 109497CSI | 11/18/2014 | $34,560.00 |
| The Standard Register Company | The Standard Register Company | 1090953 | $34,560.00 | 2/5/2015 | 109407CSI | 11/7/2014 | $34,560.00 |
| The Standard Register Company | The Standard Register Company | 1088989 | $34,560.00 | 1/8/2015 | 109362CSI | 10/30/2014 | $34,560.00 |
| The Standard Register Company | The Standard Register Company | 1087776 | $34,560.00 | 1/8/2015 | 109306CSI | 10/24/2014 | $34,560.00 |
| The Standard Register Company | The Standard Register Company | 1086746 | $34,560.00 | 1/8/2015 | 109253CSI | 10/20/2014 | $34,560.00 |
| The Standard Register Company | The Standard Register Company | 1085234 | $34,560.00 | 1/7/2015 | 109216CSI | 10/14/2014 | $34,560.00 |
| The Standard Register Company | The Standard Register Company | 1084313 | $69,120.00 | 1/7/2015 | 109199CSI | 10/10/2014 | $34,560.00 |
| The Standard Register Company | The Standard Register Company | 1084313 | $69,120.00 | 1/7/2015 | 109136CSI | 10/3/2014 | $34,560.00 |

**Totals:      7 transfer(s),    $276,480.00**