

|  | | | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |

**Defendant:** **American Reprographics Company, L.L.C.**
**Bankruptcy Case:** **SRC Liquidation Company**
**Preference Period:** **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1097476 | $14,042.19 | 3/11/2015 | 1124177 | 1/22/2015 | $96.24 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1075975 | 10/20/2014 | $161.74 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1093851 | 11/19/2014 | $406.61 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1093892 | 11/19/2014 | $369.66 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1093897 | 11/19/2014 | $216.76 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1093908 | 11/19/2014 | $201.44 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1093922 | 11/19/2014 | $195.51 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1093931 | 11/19/2014 | $40.96 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1093938 | 11/19/2014 | $40.96 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1093944 | 11/19/2014 | $97.15 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1093948 | 11/19/2014 | $98.51 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1093967 | 11/19/2014 | $158.87 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1093283 | 11/19/2014 | $712.68 |
| The Standard Register Company | The Standard Register Company | 1097476 | $14,042.19 | 3/11/2015 | 1124176 | 1/22/2015 | $146.17 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1093241 | 11/19/2014 | $547.70 |
| The Standard Register Company | The Standard Register Company | 1097476 | $14,042.19 | 3/11/2015 | 1124178 | 1/22/2015 | $58.33 |
| The Standard Register Company | The Standard Register Company | 1097476 | $14,042.19 | 3/11/2015 | 1124179 | 1/22/2015 | $76.33 |
| The Standard Register Company | The Standard Register Company | 1097476 | $14,042.19 | 3/11/2015 | 1124289 | 1/23/2015 | $179.97 |
| The Standard Register Company | The Standard Register Company | 1097476 | $14,042.19 | 3/11/2015 | 1124298 | 1/23/2015 | $346.26 |
| The Standard Register Company | The Standard Register Company | 1097476 | $14,042.19 | 3/11/2015 | 1124344 | 1/23/2015 | $56.48 |
| The Standard Register Company | The Standard Register Company | 1097476 | $14,042.19 | 3/11/2015 | 1124349 | 1/23/2015 | $73.49 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1093971 | 11/19/2014 | $612.49 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1093976 | 11/19/2014 | $83.81 |

American Reprographics Company, L.L.C. (SRCAME021)
Bankruptcy Case: SRC Liquidation Company
May 3, 2016                                    Exhibit A                                    P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1093982 | 11/19/2014 | $243.95 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1093984 | 11/19/2014 | $30.50 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1093987 | 11/19/2014 | $136.80 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1093989 | 11/19/2014 | $156.34 |
| The Standard Register Company | The Standard Register Company | 1097476 | $14,042.19 | 3/11/2015 | 1124174 | 1/22/2015 | $44.35 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1076020 | 10/20/2014 | $349.58 |
| The Standard Register Company | The Standard Register Company | 1086149 | $542.92 | 12/31/2014 | 1079236 | 10/24/2014 | $394.90 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1075981 | 10/20/2014 | $61.62 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1075984 | 10/20/2014 | $58.72 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1075991 | 10/20/2014 | $69.49 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1075994 | 10/20/2014 | $34.75 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1075996 | 10/20/2014 | $61.87 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1076000 | 10/20/2014 | $159.25 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1076002 | 10/20/2014 | $268.20 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1076006 | 10/20/2014 | $700.99 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1076010 | 10/20/2014 | $64.25 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1076013 | 10/20/2014 | $48.62 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1093838 | 11/19/2014 | $294.40 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1076016 | 10/20/2014 | $77.50 |
| The Standard Register Company | The Standard Register Company | 1085759 | $19,612.41 | 1/14/2015 | 1078567 | 10/23/2014 | $472.96 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1076030 | 10/20/2014 | $1,371.97 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1076180 | 10/20/2014 | $94.22 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1076192 | 10/20/2014 | $507.78 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1076215 | 10/20/2014 | $718.11 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1076255 | 10/20/2014 | $689.05 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1076276 | 10/20/2014 | $143.87 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1076282 | 10/20/2014 | $165.66 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1076455 | 10/20/2014 | $1,674.90 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1076456 | 10/20/2014 | $2,228.73 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1076466 | 10/20/2014 | $1,088.38 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1076520 | 10/20/2014 | $1,221.12 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1093219 | 11/19/2014 | $83.75 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1076014 | 10/20/2014 | $34.50 |
| The Standard Register Company | The Standard Register Company | 1085759 | $19,612.41 | 1/14/2015 | 1095528 | 11/21/2014 | $361.35 |
| The Standard Register Company | The Standard Register Company | 1085759 | $19,612.41 | 1/14/2015 | 1095438 | 11/21/2014 | $24.10 |
| The Standard Register Company | The Standard Register Company | 1085759 | $19,612.41 | 1/14/2015 | 1095440 | 11/21/2014 | $51.40 |
| The Standard Register Company | The Standard Register Company | 1085759 | $19,612.41 | 1/14/2015 | 1095444 | 11/21/2014 | $39.30 |
| The Standard Register Company | The Standard Register Company | 1085759 | $19,612.41 | 1/14/2015 | 1095483 | 11/21/2014 | $286.51 |
| The Standard Register Company | The Standard Register Company | 1085759 | $19,612.41 | 1/14/2015 | 1095487 | 11/21/2014 | $1,959.36 |
| The Standard Register Company | The Standard Register Company | 1085759 | $19,612.41 | 1/14/2015 | 1095491 | 11/21/2014 | $388.32 |
| The Standard Register Company | The Standard Register Company | 1085759 | $19,612.41 | 1/14/2015 | 1095493 | 11/21/2014 | $36.50 |
| The Standard Register Company | The Standard Register Company | 1085759 | $19,612.41 | 1/14/2015 | 1095495 | 11/21/2014 | $54.78 |
| The Standard Register Company | The Standard Register Company | 1085759 | $19,612.41 | 1/14/2015 | 1095502 | 11/21/2014 | $259.56 |
| The Standard Register Company | The Standard Register Company | 1085759 | $19,612.41 | 1/14/2015 | 1095515 | 11/21/2014 | $14.90 |
| The Standard Register Company | The Standard Register Company | 1085759 | $19,612.41 | 1/14/2015 | 1095523 | 11/21/2014 | $558.11 |
| The Standard Register Company | The Standard Register Company | 1085759 | $19,612.41 | 1/14/2015 | 1078553 | 10/23/2014 | $562.61 |
| The Standard Register Company | The Standard Register Company | 1085759 | $19,612.41 | 1/14/2015 | 1095526 | 11/21/2014 | $140.02 |
| The Standard Register Company | The Standard Register Company | 1085759 | $19,612.41 | 1/14/2015 | 1095426 | 11/21/2014 | $211.91 |
| The Standard Register Company | The Standard Register Company | 1085759 | $19,612.41 | 1/14/2015 | 1095531 | 11/21/2014 | $377.12 |
| The Standard Register Company | The Standard Register Company | 1085759 | $19,612.41 | 1/14/2015 | 1095534 | 11/21/2014 | $110.92 |
| The Standard Register Company | The Standard Register Company | 1085759 | $19,612.41 | 1/14/2015 | 1095537 | 11/21/2014 | $47.85 |
| The Standard Register Company | The Standard Register Company | 1085759 | $19,612.41 | 1/14/2015 | 1095542 | 11/21/2014 | $51.87 |
| The Standard Register Company | The Standard Register Company | 1085759 | $19,612.41 | 1/14/2015 | 1095544 | 11/21/2014 | $31.12 |
| The Standard Register Company | The Standard Register Company | 1085759 | $19,612.41 | 1/14/2015 | 1095547 | 11/21/2014 | $239.40 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1085759 | $19,612.41 | 1/14/2015 | 1095548 | 11/21/2014 | $45.25 |
| The Standard Register Company | The Standard Register Company | 1085759 | $19,612.41 | 1/14/2015 | 1095550 | 11/21/2014 | $53.87 |
| The Standard Register Company | The Standard Register Company | 1085759 | $19,612.41 | 1/14/2015 | 1095551 | 11/21/2014 | $40.96 |
| The Standard Register Company | The Standard Register Company | 1085759 | $19,612.41 | 1/14/2015 | 1095553 | 11/21/2014 | $42.04 |
| The Standard Register Company | The Standard Register Company | 1085759 | $19,612.41 | 1/14/2015 | 1095554 | 11/21/2014 | $2,135.50 |
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1037126R | 10/29/2014 | $1,063.91 |
| The Standard Register Company | The Standard Register Company | 1085759 | $19,612.41 | 1/14/2015 | 1095524 | 11/21/2014 | $655.40 |
| The Standard Register Company | The Standard Register Company | 1085759 | $19,612.41 | 1/14/2015 | 1094146 | 11/20/2014 | $724.79 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1075972 | 10/20/2014 | $862.84 |
| The Standard Register Company | The Standard Register Company | 1085759 | $19,612.41 | 1/14/2015 | 1078645 | 10/23/2014 | $361.46 |
| The Standard Register Company | The Standard Register Company | 1085759 | $19,612.41 | 1/14/2015 | 1078658 | 10/23/2014 | $171.51 |
| The Standard Register Company | The Standard Register Company | 1085759 | $19,612.41 | 1/14/2015 | 1078661 | 10/23/2014 | $404.25 |
| The Standard Register Company | The Standard Register Company | 1085759 | $19,612.41 | 1/14/2015 | 1078679 | 10/23/2014 | $1,746.40 |
| The Standard Register Company | The Standard Register Company | 1085759 | $19,612.41 | 1/14/2015 | 1078694 | 10/23/2014 | $197.43 |
| The Standard Register Company | The Standard Register Company | 1085759 | $19,612.41 | 1/14/2015 | 1078696 | 10/23/2014 | $194.30 |
| The Standard Register Company | The Standard Register Company | 1085759 | $19,612.41 | 1/14/2015 | 1078708 | 10/23/2014 | $168.13 |
| The Standard Register Company | The Standard Register Company | 1085759 | $19,612.41 | 1/14/2015 | 1078712 | 10/23/2014 | $93.25 |
| The Standard Register Company | The Standard Register Company | 1085759 | $19,612.41 | 1/14/2015 | 1094081 | 11/20/2014 | $333.96 |
| The Standard Register Company | The Standard Register Company | 1085759 | $19,612.41 | 1/14/2015 | 1094100 | 11/20/2014 | $656.00 |
| The Standard Register Company | The Standard Register Company | 1085759 | $19,612.41 | 1/14/2015 | 1094110 | 11/20/2014 | $325.16 |
| The Standard Register Company | The Standard Register Company | 1085759 | $19,612.41 | 1/14/2015 | 1095437 | 11/21/2014 | $43.92 |
| The Standard Register Company | The Standard Register Company | 1085759 | $19,612.41 | 1/14/2015 | 1094128 | 11/20/2014 | $605.89 |
| The Standard Register Company | The Standard Register Company | 1085759 | $19,612.41 | 1/14/2015 | 1095434 | 11/21/2014 | $73.18 |
| The Standard Register Company | The Standard Register Company | 1085759 | $19,612.41 | 1/14/2015 | 1094158 | 11/20/2014 | $467.84 |
| The Standard Register Company | The Standard Register Company | 1085759 | $19,612.41 | 1/14/2015 | 1094172 | 11/20/2014 | $369.21 |
| The Standard Register Company | The Standard Register Company | 1085759 | $19,612.41 | 1/14/2015 | 1094192 | 11/20/2014 | $363.86 |
| The Standard Register Company | The Standard Register Company | 1085759 | $19,612.41 | 1/14/2015 | 1094253 | 11/20/2014 | $183.45 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1085759 | $19,612.41 | 1/14/2015 | 1094257 | 11/20/2014 | $332.40 |
| The Standard Register Company | The Standard Register Company | 1085759 | $19,612.41 | 1/14/2015 | 1094261 | 11/20/2014 | $634.85 |
| The Standard Register Company | The Standard Register Company | 1085759 | $19,612.41 | 1/14/2015 | 1094353 | 11/20/2014 | $155.98 |
| The Standard Register Company | The Standard Register Company | 1085759 | $19,612.41 | 1/14/2015 | 1094356 | 11/20/2014 | $116.42 |
| The Standard Register Company | The Standard Register Company | 1085759 | $19,612.41 | 1/14/2015 | 1094363 | 11/20/2014 | $338.28 |
| The Standard Register Company | The Standard Register Company | 1085759 | $19,612.41 | 1/14/2015 | 1094487 | 11/20/2014 | $243.36 |
| The Standard Register Company | The Standard Register Company | 1085759 | $19,612.41 | 1/14/2015 | 1094979 | 11/21/2014 | $1,475.62 |
| The Standard Register Company | The Standard Register Company | 1085759 | $19,612.41 | 1/14/2015 | 1078557 | 10/23/2014 | $473.89 |
| The Standard Register Company | The Standard Register Company | 1085759 | $19,612.41 | 1/14/2015 | 1094121 | 11/20/2014 | $400.98 |
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1084105 | 10/31/2014 | $127.62 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1075978 | 10/20/2014 | $70.97 |
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1083419 | 10/31/2014 | $707.00 |
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1083796 | 10/31/2014 | $16.67 |
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1083940 | 10/31/2014 | $774.25 |
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1083954 | 10/31/2014 | $134.86 |
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1083955 | 10/31/2014 | $1,187.89 |
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1083961 | 10/31/2014 | $119.32 |
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1083966 | 10/31/2014 | $418.25 |
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1083972 | 10/31/2014 | $260.54 |
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1083982 | 10/31/2014 | $576.68 |
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1083988 | 10/31/2014 | $294.68 |
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1083286 | 10/31/2014 | $241.60 |
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1084103 | 10/31/2014 | $146.35 |
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1083006 | 10/30/2014 | $657.64 |
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1084107 | 10/31/2014 | $130.87 |
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1084110 | 10/31/2014 | $91.50 |
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1084111 | 10/31/2014 | $160.89 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1084117 | 10/31/2014 | $78.89 |
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1084121 | 10/31/2014 | $1,050.78 |
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1084125 | 10/31/2014 | $528.37 |
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1084149 | 10/31/2014 | $216.53 |
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1084150 | 10/31/2014 | $76.03 |
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1084151 | 10/31/2014 | $111.19 |
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1084152 | 10/31/2014 | $31.75 |
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1084153 | 10/31/2014 | $96.53 |
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1084154 | 10/31/2014 | $747.76 |
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1084094 | 10/31/2014 | $36.57 |
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1081005 | 10/28/2014 | $34.84 |
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1078419UD | 10/11/2014 | $16.91 |
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1078544UD | 10/14/2014 | $0.63 |
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1078544UDA | 10/14/2014 | $1.03 |
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1078544UDB | 10/14/2014 | $0.01 |
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1079099UD | 10/15/2014 | $5.10 |
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1079099UDA | 10/15/2014 | $2.27 |
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1079099UDB | 10/15/2014 | $0.67 |
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1079099UDC | 10/15/2014 | $2.46 |
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1079099UDD | 10/15/2014 | $13.00 |
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1079099UDE | 10/15/2014 | $0.08 |
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1080549 | 10/28/2014 | $362.45 |
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1083310 | 10/31/2014 | $23.42 |
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1080558 | 10/28/2014 | $30.30 |
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1084157 | 10/31/2014 | $32.50 |
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1082283 | 10/29/2014 | $945.00 |
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1082285 | 10/29/2014 | $1,995.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1082525 | 10/30/2014 | $564.41 |
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1082531 | 10/30/2014 | $70.33 |
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1082533 | 10/30/2014 | $30.75 |
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1082543 | 10/30/2014 | $30.62 |
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1082551 | 10/30/2014 | $30.62 |
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1082610 | 10/30/2014 | $31.75 |
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1082662 | 10/30/2014 | $66.56 |
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1082665 | 10/30/2014 | $57.03 |
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1082670 | 10/30/2014 | $118.90 |
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1082673 | 10/30/2014 | $32.87 |
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1080550 | 10/28/2014 | $292.42 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1075913 | 10/20/2014 | $238.70 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1075870 | 10/20/2014 | $728.83 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1075871 | 10/20/2014 | $30.50 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1075875 | 10/20/2014 | $712.74 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1075877 | 10/20/2014 | $161.55 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1075879 | 10/20/2014 | $41.25 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1075885 | 10/20/2014 | $318.18 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1075886 | 10/20/2014 | $136.75 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1075888 | 10/20/2014 | $940.13 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1075889 | 10/20/2014 | $399.35 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1075899 | 10/20/2014 | $60.07 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1075900 | 10/20/2014 | $461.12 |
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1084155 | 10/31/2014 | $229.67 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1075908 | 10/20/2014 | $260.14 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1075835 | 10/20/2014 | $721.69 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1075918 | 10/20/2014 | $365.89 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1075920 | 10/20/2014 | $429.01 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1075924 | 10/20/2014 | $36.37 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1075928 | 10/20/2014 | $498.20 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1075948 | 10/20/2014 | $622.32 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1075952 | 10/20/2014 | $195.20 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1075953 | 10/20/2014 | $267.22 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1075954 | 10/20/2014 | $522.02 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1075957 | 10/20/2014 | $34.75 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1075961 | 10/20/2014 | $863.64 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1075963 | 10/20/2014 | $116.23 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1075964 | 10/20/2014 | $188.55 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1075906 | 10/20/2014 | $834.93 |
| The Standard Register Company | The Standard Register Company | 1085544 | $6,595.31 | 12/31/2014 | 1075121 | 10/17/2014 | $364.25 |
| The Standard Register Company | The Standard Register Company | 1086706 | $11,083.62 | 1/5/2015 | 1096703 | 11/24/2014 | $46.96 |
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1084158 | 10/31/2014 | $108.81 |
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1084159 | 10/31/2014 | $90.70 |
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1084160 | 10/31/2014 | $58.75 |
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1084162 | 10/31/2014 | $255.50 |
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1084163 | 10/31/2014 | $88.34 |
| The Standard Register Company | The Standard Register Company | 1083337 | $221.07 | 12/31/2014 | 1087683 | 11/7/2014 | $80.34 |
| The Standard Register Company | The Standard Register Company | 1083337 | $221.07 | 12/31/2014 | 1087694 | 11/7/2014 | $152.53 |
| The Standard Register Company | The Standard Register Company | 1084817 | $148.84 | 12/31/2014 | 1089144 | 11/12/2014 | $69.05 |
| The Standard Register Company | The Standard Register Company | 1084817 | $148.84 | 12/31/2014 | 1089145 | 11/12/2014 | $87.37 |
| The Standard Register Company | The Standard Register Company | 1085170 | $874.10 | 12/31/2014 | 1074371 | 10/16/2014 | $335.56 |
| The Standard Register Company | The Standard Register Company | 1085170 | $874.10 | 12/31/2014 | 1074523 | 10/16/2014 | $24.17 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1075844 | 10/20/2014 | $140.58 |
| The Standard Register Company | The Standard Register Company | 1085170 | $874.10 | 12/31/2014 | 1090833 | 11/14/2014 | $269.03 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1075839 | 10/20/2014 | $78.62 |
| The Standard Register Company | The Standard Register Company | 1085544 | $6,595.31 | 12/31/2014 | 1075175 | 10/17/2014 | $563.00 |
| The Standard Register Company | The Standard Register Company | 1085544 | $6,595.31 | 12/31/2014 | 1075190 | 10/17/2014 | $245.42 |
| The Standard Register Company | The Standard Register Company | 1085544 | $6,595.31 | 12/31/2014 | 1075220 | 10/17/2014 | $430.14 |
| The Standard Register Company | The Standard Register Company | 1085544 | $6,595.31 | 12/31/2014 | 1075377 | 10/17/2014 | $2,668.27 |
| The Standard Register Company | The Standard Register Company | 1085544 | $6,595.31 | 12/31/2014 | 1075379 | 10/17/2014 | $2,444.06 |
| The Standard Register Company | The Standard Register Company | 1085544 | $6,595.31 | 12/31/2014 | 1075683 | 10/17/2014 | $194.32 |
| The Standard Register Company | The Standard Register Company | 1085544 | $6,595.31 | 12/31/2014 | 1075686 | 10/17/2014 | $28.07 |
| The Standard Register Company | The Standard Register Company | 1085551 | $89.39 | 12/31/2014 | 1091584 | 11/17/2014 | $92.89 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1075782 | 10/20/2014 | $377.97 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1075829 | 10/20/2014 | $67.75 |
| The Standard Register Company | The Standard Register Company | 1085700 | $27,539.42 | 12/31/2014 | 1075830 | 10/20/2014 | $414.26 |
| The Standard Register Company | The Standard Register Company | 1081897 | $13,999.05 | 12/16/2014 | 1084156 | 10/31/2014 | $1,055.94 |
| The Standard Register Company | The Standard Register Company | 1085170 | $874.10 | 12/31/2014 | 1090826 | 11/14/2014 | $302.10 |
| The Standard Register Company | The Standard Register Company | 1096785 | $2,611.42 | 2/20/2015 | 1118017 | 1/13/2015 | $273.55 |
| The Standard Register Company | The Standard Register Company | 1092516 | $3,006.80 | 2/2/2015 | 1111429 | 12/26/2014 | $35.29 |
| The Standard Register Company | The Standard Register Company | 1093051 | $9,171.18 | 2/6/2015 | 1112135 | 12/29/2014 | $306.81 |
| The Standard Register Company | The Standard Register Company | 1093051 | $9,171.18 | 2/6/2015 | 1113240 | 12/29/2014 | $636.67 |
| The Standard Register Company | The Standard Register Company | 1093397 | $3,335.41 | 2/6/2015 | 1112384 | 12/30/2014 | $2,835.00 |
| The Standard Register Company | The Standard Register Company | 1093397 | $3,335.41 | 2/6/2015 | 1112893 | 12/30/2014 | $749.65 |
| The Standard Register Company | The Standard Register Company | 1094287 | $2,354.79 | 2/11/2015 | 1112907 | 12/30/2014 | $1,094.50 |
| The Standard Register Company | The Standard Register Company | 1094287 | $2,354.79 | 2/11/2015 | 1113331 | 12/31/2014 | $1,435.73 |
| The Standard Register Company | The Standard Register Company | 1094971 | $1,470.83 | 2/11/2015 | 1114291 | 1/5/2015 | $43.49 |
| The Standard Register Company | The Standard Register Company | 1094971 | $1,470.83 | 2/11/2015 | 1114293 | 1/5/2015 | $35.02 |
| The Standard Register Company | The Standard Register Company | 1094971 | $1,470.83 | 2/11/2015 | 1114327 | 1/5/2015 | $59.02 |
| The Standard Register Company | The Standard Register Company | 1094971 | $1,470.83 | 2/11/2015 | 1114336 | 1/5/2015 | $37.66 |
| The Standard Register Company | The Standard Register Company | 1093051 | $9,171.18 | 2/6/2015 | 1112125 | 12/29/2014 | $1,500.94 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1096730 | $29.22 | 2/20/2015 | 1117349 | 1/12/2015 | $29.54 |
| The Standard Register Company | The Standard Register Company | 1093051 | $9,171.18 | 2/6/2015 | 1112121 | 12/29/2014 | $270.21 |
| The Standard Register Company | The Standard Register Company | 1096785 | $2,611.42 | 2/20/2015 | 1118035 | 1/13/2015 | $154.39 |
| The Standard Register Company | The Standard Register Company | 1096785 | $2,611.42 | 2/20/2015 | 1118049 | 1/13/2015 | $311.43 |
| The Standard Register Company | The Standard Register Company | 1096785 | $2,611.42 | 2/20/2015 | 1118059 | 1/13/2015 | $315.32 |
| The Standard Register Company | The Standard Register Company | 1096785 | $2,611.42 | 2/20/2015 | 1118074 | 1/13/2015 | $307.78 |
| The Standard Register Company | The Standard Register Company | 1096785 | $2,611.42 | 2/20/2015 | 1118079 | 1/13/2015 | $277.35 |
| The Standard Register Company | The Standard Register Company | 1096785 | $2,611.42 | 2/20/2015 | 1118090 | 1/13/2015 | $404.60 |
| The Standard Register Company | The Standard Register Company | 1096785 | $2,611.42 | 2/20/2015 | 1118100 | 1/13/2015 | $380.99 |
| The Standard Register Company | The Standard Register Company | 1096785 | $2,611.42 | 2/20/2015 | 1118121 | 1/13/2015 | $331.72 |
| The Standard Register Company | The Standard Register Company | 1096785 | $2,611.42 | 2/20/2015 | 1118586 | 1/13/2015 | $42.06 |
| The Standard Register Company | The Standard Register Company | 1096886 | $1,640.22 | 2/20/2015 | 1118763 | 1/14/2015 | $43.16 |
| The Standard Register Company | The Standard Register Company | 1096886 | $1,640.22 | 2/20/2015 | 1119361 | 1/14/2015 | $1,716.60 |
| The Standard Register Company | The Standard Register Company | 1097017 | $375.09 | 2/25/2015 | 1119650 | 1/15/2015 | $24.62 |
| The Standard Register Company | The Standard Register Company | 1094971 | $1,470.83 | 2/11/2015 | 1117142 | 1/5/2015 | $1,403.17 |
| The Standard Register Company | The Standard Register Company | 1093051 | $9,171.18 | 2/6/2015 | 1112078 | 12/29/2014 | $16.75 |
| The Standard Register Company | The Standard Register Company | 1086149 | $542.92 | 12/31/2014 | 1079235 | 10/24/2014 | $175.65 |
| The Standard Register Company | The Standard Register Company | 1092516 | $3,006.80 | 2/2/2015 | 1111431 | 12/26/2014 | $73.86 |
| The Standard Register Company | The Standard Register Company | 1092516 | $3,006.80 | 2/2/2015 | 1111432 | 12/26/2014 | $88.81 |
| The Standard Register Company | The Standard Register Company | 1092516 | $3,006.80 | 2/2/2015 | 1111433 | 12/26/2014 | $489.03 |
| The Standard Register Company | The Standard Register Company | 1092516 | $3,006.80 | 2/2/2015 | 1111435 | 12/26/2014 | $88.60 |
| The Standard Register Company | The Standard Register Company | 1092516 | $3,006.80 | 2/2/2015 | 1111436 | 12/26/2014 | $449.97 |
| The Standard Register Company | The Standard Register Company | 1092516 | $3,006.80 | 2/2/2015 | 1111437 | 12/26/2014 | $1,138.24 |
| The Standard Register Company | The Standard Register Company | 1093051 | $9,171.18 | 2/6/2015 | 1112068 | 12/29/2014 | $32.02 |
| The Standard Register Company | The Standard Register Company | 1093051 | $9,171.18 | 2/6/2015 | 1112072 | 12/29/2014 | $16.75 |
| The Standard Register Company | The Standard Register Company | 1093051 | $9,171.18 | 2/6/2015 | 1112074 | 12/29/2014 | $16.75 |
| The Standard Register Company | The Standard Register Company | 1093051 | $9,171.18 | 2/6/2015 | 1112075 | 12/29/2014 | $16.75 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1093051 | $9,171.18 | 2/6/2015 | 1112131 | 12/29/2014 | $357.42 |
| The Standard Register Company | The Standard Register Company | 1093051 | $9,171.18 | 2/6/2015 | 1112077 | 12/29/2014 | $16.75 |
| The Standard Register Company | The Standard Register Company | 1097115 | $63.38 | 2/25/2015 | 1121298 | 1/19/2015 | $33.89 |
| The Standard Register Company | The Standard Register Company | 1093051 | $9,171.18 | 2/6/2015 | 1112080 | 12/29/2014 | $16.75 |
| The Standard Register Company | The Standard Register Company | 1093051 | $9,171.18 | 2/6/2015 | 1112082 | 12/29/2014 | $16.75 |
| The Standard Register Company | The Standard Register Company | 1093051 | $9,171.18 | 2/6/2015 | 1112085 | 12/29/2014 | $16.75 |
| The Standard Register Company | The Standard Register Company | 1093051 | $9,171.18 | 2/6/2015 | 1112086 | 12/29/2014 | $16.75 |
| The Standard Register Company | The Standard Register Company | 1093051 | $9,171.18 | 2/6/2015 | 1112087 | 12/29/2014 | $32.02 |
| The Standard Register Company | The Standard Register Company | 1093051 | $9,171.18 | 2/6/2015 | 1112090 | 12/29/2014 | $50.65 |
| The Standard Register Company | The Standard Register Company | 1093051 | $9,171.18 | 2/6/2015 | 1112092 | 12/29/2014 | $148.59 |
| The Standard Register Company | The Standard Register Company | 1093051 | $9,171.18 | 2/6/2015 | 1112095 | 12/29/2014 | $145.33 |
| The Standard Register Company | The Standard Register Company | 1093051 | $9,171.18 | 2/6/2015 | 1112098 | 12/29/2014 | $191.50 |
| The Standard Register Company | The Standard Register Company | 1093051 | $9,171.18 | 2/6/2015 | 1112104 | 12/29/2014 | $33.65 |
| The Standard Register Company | The Standard Register Company | 1093051 | $9,171.18 | 2/6/2015 | 1112116 | 12/29/2014 | $2,245.94 |
| The Standard Register Company | The Standard Register Company | 1093051 | $9,171.18 | 2/6/2015 | 1112119 | 12/29/2014 | $3,712.39 |
| The Standard Register Company | The Standard Register Company | 1093051 | $9,171.18 | 2/6/2015 | 1112076 | 12/29/2014 | $16.75 |
| The Standard Register Company | The Standard Register Company | 1097476 | $14,042.19 | 3/11/2015 | 1124426 | 1/23/2015 | $54.23 |
| The Standard Register Company | The Standard Register Company | 1097476 | $14,042.19 | 3/11/2015 | 1124355 | 1/23/2015 | $304.16 |
| The Standard Register Company | The Standard Register Company | 1097476 | $14,042.19 | 3/11/2015 | 1124361 | 1/23/2015 | $63.26 |
| The Standard Register Company | The Standard Register Company | 1097476 | $14,042.19 | 3/11/2015 | 1124374 | 1/23/2015 | $288.37 |
| The Standard Register Company | The Standard Register Company | 1097476 | $14,042.19 | 3/11/2015 | 1124381 | 1/23/2015 | $197.70 |
| The Standard Register Company | The Standard Register Company | 1097476 | $14,042.19 | 3/11/2015 | 1124385 | 1/23/2015 | $83.21 |
| The Standard Register Company | The Standard Register Company | 1097476 | $14,042.19 | 3/11/2015 | 1124388 | 1/23/2015 | $65.14 |
| The Standard Register Company | The Standard Register Company | 1097476 | $14,042.19 | 3/11/2015 | 1124390 | 1/23/2015 | $41.69 |
| The Standard Register Company | The Standard Register Company | 1097476 | $14,042.19 | 3/11/2015 | 1124393 | 1/23/2015 | $42.42 |
| The Standard Register Company | The Standard Register Company | 1097476 | $14,042.19 | 3/11/2015 | 1124399 | 1/23/2015 | $38.19 |
| The Standard Register Company | The Standard Register Company | 1097476 | $14,042.19 | 3/11/2015 | 1124403 | 1/23/2015 | $61.87 |

American Reprographics Company, L.L.C. (SRCAME021)
Bankruptcy Case: SRC Liquidation Company
May 3, 2016                                             Exhibit A                                             P. 11

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1097476 | $14,042.19 | 3/11/2015 | 1124405 | 1/23/2015 | $65.05 |
| The Standard Register Company | The Standard Register Company | 1097017 | $375.09 | 2/25/2015 | 1120457 | 1/16/2015 | $337.64 |
| The Standard Register Company | The Standard Register Company | 1097476 | $14,042.19 | 3/11/2015 | 1124420 | 1/23/2015 | $287.08 |
| The Standard Register Company | The Standard Register Company | 1097476 | $14,042.19 | 3/11/2015 | 1124173 | 1/22/2015 | $69.99 |
| The Standard Register Company | The Standard Register Company | 1097476 | $14,042.19 | 3/11/2015 | 1124490 | 1/23/2015 | $60.57 |
| The Standard Register Company | The Standard Register Company | 1097476 | $14,042.19 | 3/11/2015 | 1124511 | 1/23/2015 | $45.23 |
| The Standard Register Company | The Standard Register Company | 1097476 | $14,042.19 | 3/11/2015 | 1124522 | 1/23/2015 | $62.86 |
| The Standard Register Company | The Standard Register Company | 1097476 | $14,042.19 | 3/11/2015 | 1124528 | 1/23/2015 | $53.89 |
| The Standard Register Company | The Standard Register Company | 1097476 | $14,042.19 | 3/11/2015 | 1124534 | 1/23/2015 | $67.17 |
| The Standard Register Company | The Standard Register Company | 1097476 | $14,042.19 | 3/11/2015 | 1124537 | 1/23/2015 | $180.70 |
| The Standard Register Company | The Standard Register Company | 1097476 | $14,042.19 | 3/11/2015 | 1124659 | 1/23/2015 | $533.16 |
| The Standard Register Company | The Standard Register Company | 1097476 | $14,042.19 | 3/11/2015 | 1124660 | 1/23/2015 | $391.34 |
| The Standard Register Company | The Standard Register Company | 1097476 | $14,042.19 | 3/11/2015 | 1124662 | 1/23/2015 | $114.55 |
| The Standard Register Company | The Standard Register Company | 1097476 | $14,042.19 | 3/11/2015 | 1124933 | 1/23/2015 | $5,038.04 |
| The Standard Register Company | The Standard Register Company | 1098862 | $12.50 | 3/11/2015 | 1125277 | 1/26/2015 | $12.50 |
| The Standard Register Company | The Standard Register Company | 1098955 | $25.15 | 3/11/2015 | 1126118 | 1/27/2015 | $25.16 |
| The Standard Register Company | The Standard Register Company | 1097476 | $14,042.19 | 3/11/2015 | 1124415 | 1/23/2015 | $83.93 |
| The Standard Register Company | The Standard Register Company | 1097476 | $14,042.19 | 3/11/2015 | 1123362 | 1/22/2015 | $59.09 |
| The Standard Register Company | The Standard Register Company | 1092516 | $3,006.80 | 2/2/2015 | 1111427 | 12/26/2014 | $162.22 |
| The Standard Register Company | The Standard Register Company | 1097115 | $63.38 | 2/25/2015 | 1121303 | 1/19/2015 | $32.38 |
| The Standard Register Company | The Standard Register Company | 1097215 | $3,327.92 | 2/25/2015 | 1121722 | 1/20/2015 | $21.75 |
| The Standard Register Company | The Standard Register Company | 1097215 | $3,327.92 | 2/25/2015 | 1121840 | 1/20/2015 | $108.12 |
| The Standard Register Company | The Standard Register Company | 1097215 | $3,327.92 | 2/25/2015 | 1121938 | 1/20/2015 | $51.06 |
| The Standard Register Company | The Standard Register Company | 1097215 | $3,327.92 | 2/25/2015 | 1122256 | 1/20/2015 | $264.89 |
| The Standard Register Company | The Standard Register Company | 1097215 | $3,327.92 | 2/25/2015 | 1122270 | 1/20/2015 | $249.00 |
| The Standard Register Company | The Standard Register Company | 1097215 | $3,327.92 | 2/25/2015 | 1122279 | 1/20/2015 | $273.30 |
| The Standard Register Company | The Standard Register Company | 1097215 | $3,327.92 | 2/25/2015 | 1122283 | 1/20/2015 | $148.94 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1097215 | $3,327.92 | 2/25/2015 | 1122339 | 1/20/2015 | $891.34 |
| The Standard Register Company | The Standard Register Company | 1097215 | $3,327.92 | 2/25/2015 | 1122341 | 1/20/2015 | $1,337.90 |
| The Standard Register Company | The Standard Register Company | 1097215 | $3,327.92 | 2/25/2015 | 1122364 | 1/20/2015 | $218.19 |
| The Standard Register Company | The Standard Register Company | 1097476 | $14,042.19 | 3/11/2015 | 1124353 | 1/23/2015 | $320.74 |
| The Standard Register Company | The Standard Register Company | 1097476 | $14,042.19 | 3/11/2015 | 1123344 | 1/22/2015 | $880.57 |
| The Standard Register Company | The Standard Register Company | 1097476 | $14,042.19 | 3/11/2015 | 1124351 | 1/23/2015 | $41.20 |
| The Standard Register Company | The Standard Register Company | 1097476 | $14,042.19 | 3/11/2015 | 1123640 | 1/22/2015 | $1,656.76 |
| The Standard Register Company | The Standard Register Company | 1097476 | $14,042.19 | 3/11/2015 | 1123998 | 1/22/2015 | $322.41 |
| The Standard Register Company | The Standard Register Company | 1097476 | $14,042.19 | 3/11/2015 | 1124003 | 1/22/2015 | $426.86 |
| The Standard Register Company | The Standard Register Company | 1097476 | $14,042.19 | 3/11/2015 | 1124005 | 1/22/2015 | $528.25 |
| The Standard Register Company | The Standard Register Company | 1097476 | $14,042.19 | 3/11/2015 | 1124034 | 1/22/2015 | $135.91 |
| The Standard Register Company | The Standard Register Company | 1097476 | $14,042.19 | 3/11/2015 | 1124045 | 1/22/2015 | $46.87 |
| The Standard Register Company | The Standard Register Company | 1097476 | $14,042.19 | 3/11/2015 | 1124068 | 1/22/2015 | $48.23 |
| The Standard Register Company | The Standard Register Company | 1097476 | $14,042.19 | 3/11/2015 | 1124078 | 1/22/2015 | $52.78 |
| The Standard Register Company | The Standard Register Company | 1097476 | $14,042.19 | 3/11/2015 | 1124121 | 1/22/2015 | $63.77 |
| The Standard Register Company | The Standard Register Company | 1097476 | $14,042.19 | 3/11/2015 | 1124126 | 1/22/2015 | $188.28 |
| The Standard Register Company | The Standard Register Company | 1097476 | $14,042.19 | 3/11/2015 | 1124170 | 1/22/2015 | $860.00 |
| The Standard Register Company | The Standard Register Company | 1097017 | $375.09 | 2/25/2015 | 1120615 | 1/16/2015 | $37.10 |
| The Standard Register Company | The Standard Register Company | 1097340 | $814.98 | 2/25/2015 | 1122718 | 1/21/2015 | $874.30 |
| The Standard Register Company | The Standard Register Company | 1089591 | $16,700.65 | 1/14/2015 | 1099875 | 12/1/2014 | $743.29 |
| The Standard Register Company | The Standard Register Company | 1092516 | $3,006.80 | 2/2/2015 | 1111430 | 12/26/2014 | $39.25 |
| The Standard Register Company | The Standard Register Company | 1087758 | $1,201.90 | 1/14/2015 | 1098885 | 11/29/2014 | $27.19 |
| The Standard Register Company | The Standard Register Company | 1087758 | $1,201.90 | 1/14/2015 | 1098887 | 11/29/2014 | $329.37 |
| The Standard Register Company | The Standard Register Company | 1087758 | $1,201.90 | 1/14/2015 | 1098888 | 11/29/2014 | $31.37 |
| The Standard Register Company | The Standard Register Company | 1087758 | $1,201.90 | 1/14/2015 | 1098889 | 11/29/2014 | $54.09 |
| The Standard Register Company | The Standard Register Company | 1087758 | $1,201.90 | 1/14/2015 | 1098890 | 11/29/2014 | $161.75 |
| The Standard Register Company | The Standard Register Company | 1087758 | $1,201.90 | 1/14/2015 | 1098891 | 11/29/2014 | $84.75 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1087758 | $1,201.90 | 1/14/2015 | 1098892 | 11/29/2014 | $33.25 |
| The Standard Register Company | The Standard Register Company | 1087758 | $1,201.90 | 1/14/2015 | 1098893 | 11/29/2014 | $157.62 |
| The Standard Register Company | The Standard Register Company | 1087758 | $1,201.90 | 1/14/2015 | 1098894 | 11/29/2014 | $183.70 |
| The Standard Register Company | The Standard Register Company | 1089591 | $16,700.65 | 1/14/2015 | 1099633 | 12/1/2014 | $30.42 |
| The Standard Register Company | The Standard Register Company | 1086706 | $11,083.62 | 1/5/2015 | 1098852 | 11/26/2014 | $469.84 |
| The Standard Register Company | The Standard Register Company | 1089591 | $16,700.65 | 1/14/2015 | 1099874 | 12/1/2014 | $472.27 |
| The Standard Register Company | The Standard Register Company | 1086706 | $11,083.62 | 1/5/2015 | 1098851 | 11/26/2014 | $462.75 |
| The Standard Register Company | The Standard Register Company | 1089591 | $16,700.65 | 1/14/2015 | 1100435 | 12/2/2014 | $1,549.00 |
| The Standard Register Company | The Standard Register Company | 1089591 | $16,700.65 | 1/14/2015 | 1100444 | 12/2/2014 | $40.00 |
| The Standard Register Company | The Standard Register Company | 1089591 | $16,700.65 | 1/14/2015 | 1100449 | 12/2/2014 | $2,201.96 |
| The Standard Register Company | The Standard Register Company | 1089591 | $16,700.65 | 1/14/2015 | 1100450 | 12/2/2014 | $7,692.99 |
| The Standard Register Company | The Standard Register Company | 1089591 | $16,700.65 | 1/14/2015 | 1100550 | 12/2/2014 | $743.22 |
| The Standard Register Company | The Standard Register Company | 1089591 | $16,700.65 | 1/14/2015 | 1100551 | 12/2/2014 | $308.40 |
| The Standard Register Company | The Standard Register Company | 1089591 | $16,700.65 | 1/14/2015 | 1100655 | 12/3/2014 | $309.51 |
| The Standard Register Company | The Standard Register Company | 1089591 | $16,700.65 | 1/14/2015 | 1100665 | 12/3/2014 | $368.82 |
| The Standard Register Company | The Standard Register Company | 1089591 | $16,700.65 | 1/14/2015 | 1100669 | 12/3/2014 | $326.86 |
| The Standard Register Company | The Standard Register Company | 1089591 | $16,700.65 | 1/14/2015 | 1100685 | 12/3/2014 | $353.89 |
| The Standard Register Company | The Standard Register Company | 1089591 | $16,700.65 | 1/14/2015 | 1100700 | 12/3/2014 | $530.91 |
| The Standard Register Company | The Standard Register Company | 1089591 | $16,700.65 | 1/14/2015 | 1100703 | 12/3/2014 | $98.76 |
| The Standard Register Company | The Standard Register Company | 1089591 | $16,700.65 | 1/14/2015 | 1099786 | 12/1/2014 | $2,162.20 |
| The Standard Register Company | The Standard Register Company | 1086706 | $11,083.62 | 1/5/2015 | 1097670 | 11/25/2014 | $1,189.81 |
| The Standard Register Company | The Standard Register Company | 1086706 | $11,083.62 | 1/5/2015 | 1096711 | 11/24/2014 | $72.07 |
| The Standard Register Company | The Standard Register Company | 1086706 | $11,083.62 | 1/5/2015 | 1096720 | 11/24/2014 | $45.87 |
| The Standard Register Company | The Standard Register Company | 1086706 | $11,083.62 | 1/5/2015 | 1096728 | 11/24/2014 | $156.96 |
| The Standard Register Company | The Standard Register Company | 1086706 | $11,083.62 | 1/5/2015 | 1096729 | 11/24/2014 | $252.50 |
| The Standard Register Company | The Standard Register Company | 1086706 | $11,083.62 | 1/5/2015 | 1096751 | 11/24/2014 | $334.52 |
| The Standard Register Company | The Standard Register Company | 1086706 | $11,083.62 | 1/5/2015 | 1096752 | 11/24/2014 | $88.56 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1086706 | $11,083.62 | 1/5/2015 | 1096753 | 11/24/2014 | $101.47 |
| The Standard Register Company | The Standard Register Company | 1086706 | $11,083.62 | 1/5/2015 | 1096755 | 11/24/2014 | $35.00 |
| The Standard Register Company | The Standard Register Company | 1086706 | $11,083.62 | 1/5/2015 | 1096766 | 11/24/2014 | $381.90 |
| The Standard Register Company | The Standard Register Company | 1086706 | $11,083.62 | 1/5/2015 | 1096768 | 11/24/2014 | $82.28 |
| The Standard Register Company | The Standard Register Company | 1086706 | $11,083.62 | 1/5/2015 | 1097308 | 11/24/2014 | $840.00 |
| The Standard Register Company | The Standard Register Company | 1087758 | $1,201.90 | 1/14/2015 | 1098884 | 11/29/2014 | $214.84 |
| The Standard Register Company | The Standard Register Company | 1086706 | $11,083.62 | 1/5/2015 | 1097600 | 11/25/2014 | $7.50 |
| The Standard Register Company | The Standard Register Company | 1089626 | $1,210.25 | 1/14/2015 | 1101400 | 12/4/2014 | $153.50 |
| The Standard Register Company | The Standard Register Company | 1086706 | $11,083.62 | 1/5/2015 | 1097680 | 11/25/2014 | $1,360.75 |
| The Standard Register Company | The Standard Register Company | 1086706 | $11,083.62 | 1/5/2015 | 1098049 | 11/26/2014 | $10.50 |
| The Standard Register Company | The Standard Register Company | 1086706 | $11,083.62 | 1/5/2015 | 1098062 | 11/26/2014 | $605.12 |
| The Standard Register Company | The Standard Register Company | 1086706 | $11,083.62 | 1/5/2015 | 1098069 | 11/26/2014 | $63.09 |
| The Standard Register Company | The Standard Register Company | 1086706 | $11,083.62 | 1/5/2015 | 1098622 | 11/26/2014 | $352.96 |
| The Standard Register Company | The Standard Register Company | 1086706 | $11,083.62 | 1/5/2015 | 1098628 | 11/26/2014 | $349.44 |
| The Standard Register Company | The Standard Register Company | 1086706 | $11,083.62 | 1/5/2015 | 1098633 | 11/26/2014 | $687.45 |
| The Standard Register Company | The Standard Register Company | 1086706 | $11,083.62 | 1/5/2015 | 1098636 | 11/26/2014 | $123.97 |
| The Standard Register Company | The Standard Register Company | 1086706 | $11,083.62 | 1/5/2015 | 1098638 | 11/26/2014 | $149.56 |
| The Standard Register Company | The Standard Register Company | 1086706 | $11,083.62 | 1/5/2015 | 1098639 | 11/26/2014 | $112.24 |
| The Standard Register Company | The Standard Register Company | 1086706 | $11,083.62 | 1/5/2015 | 1098699 | 11/26/2014 | $1,227.50 |
| The Standard Register Company | The Standard Register Company | 1086706 | $11,083.62 | 1/5/2015 | 1098850 | 11/26/2014 | $266.06 |
| The Standard Register Company | The Standard Register Company | 1086706 | $11,083.62 | 1/5/2015 | 1097310 | 11/24/2014 | $1,995.00 |
| The Standard Register Company | The Standard Register Company | 1092157 | $8,755.33 | 1/29/2015 | 1111013 | 12/24/2014 | $219.54 |
| The Standard Register Company | The Standard Register Company | 1091820 | $14,275.33 | 1/29/2015 | 1108824 | 12/19/2014 | $494.57 |
| The Standard Register Company | The Standard Register Company | 1091820 | $14,275.33 | 1/29/2015 | 1108828 | 12/19/2014 | $511.29 |
| The Standard Register Company | The Standard Register Company | 1091820 | $14,275.33 | 1/29/2015 | 1110768 | 12/23/2014 | $1,370.50 |
| The Standard Register Company | The Standard Register Company | 1091820 | $14,275.33 | 1/29/2015 | 1110770 | 12/23/2014 | $1,523.50 |
| The Standard Register Company | The Standard Register Company | 1091820 | $14,275.33 | 1/29/2015 | 1110774 | 12/23/2014 | $1,676.50 |

American Reprographics Company, L.L.C. (SRCAME021)
Bankruptcy Case: SRC Liquidation Company
May 3, 2016                                                           Exhibit A                                                                 P. 15

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1091820 | $14,275.33 | 1/29/2015 | 1110778 | 12/23/2014 | $1,651.00 |
| The Standard Register Company | The Standard Register Company | 1091820 | $14,275.33 | 1/29/2015 | 1110781 | 12/23/2014 | $1,319.50 |
| The Standard Register Company | The Standard Register Company | 1091820 | $14,275.33 | 1/29/2015 | 1110783 | 12/23/2014 | $42.42 |
| The Standard Register Company | The Standard Register Company | 1091820 | $14,275.33 | 1/29/2015 | 1110826 | 12/23/2014 | $72.90 |
| The Standard Register Company | The Standard Register Company | 1091820 | $14,275.33 | 1/29/2015 | 1110942 | 12/23/2014 | $1,418.53 |
| The Standard Register Company | The Standard Register Company | 1092157 | $8,755.33 | 1/29/2015 | 1110995 | 12/24/2014 | $609.41 |
| The Standard Register Company | The Standard Register Company | 1089626 | $1,210.25 | 1/14/2015 | 1101376 | 12/4/2014 | $50.16 |
| The Standard Register Company | The Standard Register Company | 1092157 | $8,755.33 | 1/29/2015 | 1111008 | 12/24/2014 | $102.50 |
| The Standard Register Company | The Standard Register Company | 1091820 | $14,275.33 | 1/29/2015 | 1108779 | 12/19/2014 | $1,360.75 |
| The Standard Register Company | The Standard Register Company | 1092157 | $8,755.33 | 1/29/2015 | 1111015 | 12/24/2014 | $33.25 |
| The Standard Register Company | The Standard Register Company | 1092157 | $8,755.33 | 1/29/2015 | 1111018 | 12/24/2014 | $86.58 |
| The Standard Register Company | The Standard Register Company | 1092157 | $8,755.33 | 1/29/2015 | 1111033 | 12/24/2014 | $235.29 |
| The Standard Register Company | The Standard Register Company | 1092157 | $8,755.33 | 1/29/2015 | 1111254 | 12/24/2014 | $133.99 |
| The Standard Register Company | The Standard Register Company | 1092157 | $8,755.33 | 1/29/2015 | 1111259 | 12/24/2014 | $152.42 |
| The Standard Register Company | The Standard Register Company | 1092157 | $8,755.33 | 1/29/2015 | 1111260 | 12/24/2014 | $124.78 |
| The Standard Register Company | The Standard Register Company | 1092157 | $8,755.33 | 1/29/2015 | 1111263 | 12/24/2014 | $67.12 |
| The Standard Register Company | The Standard Register Company | 1092157 | $8,755.33 | 1/29/2015 | 1111288 | 12/24/2014 | $56.56 |
| The Standard Register Company | The Standard Register Company | 1092157 | $8,755.33 | 1/29/2015 | 1111295 | 12/24/2014 | $119.52 |
| The Standard Register Company | The Standard Register Company | 1092157 | $8,755.33 | 1/29/2015 | 1111298 | 12/24/2014 | $1,994.21 |
| The Standard Register Company | The Standard Register Company | 1092157 | $8,755.33 | 1/29/2015 | 1111305 | 12/24/2014 | $5,026.35 |
| The Standard Register Company | The Standard Register Company | 1092516 | $3,006.80 | 2/2/2015 | 1111426 | 12/26/2014 | $639.97 |
| The Standard Register Company | The Standard Register Company | 1092157 | $8,755.33 | 1/29/2015 | 1111007 | 12/24/2014 | $424.55 |
| The Standard Register Company | The Standard Register Company | 1090344 | $2,276.19 | 1/22/2015 | 1104336 | 12/10/2014 | $320.90 |
| The Standard Register Company | The Standard Register Company | 1099134 | $25.54 | 3/11/2015 | 1126926 | 1/28/2015 | $25.58 |
| The Standard Register Company | The Standard Register Company | 1089626 | $1,210.25 | 1/14/2015 | 1101403 | 12/4/2014 | $203.77 |
| The Standard Register Company | The Standard Register Company | 1089626 | $1,210.25 | 1/14/2015 | 1101411 | 12/4/2014 | $384.93 |
| The Standard Register Company | The Standard Register Company | 1089626 | $1,210.25 | 1/14/2015 | 1101429 | 12/4/2014 | $60.29 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1089626 | $1,210.25 | 1/14/2015 | 1102315 | 12/5/2014 | $78.78 |
| The Standard Register Company | The Standard Register Company | 1090212 | $110.21 | 1/14/2015 | 1093638 | 11/19/2014 | $21.87 |
| The Standard Register Company | The Standard Register Company | 1090212 | $110.21 | 1/14/2015 | 1102403 | 12/8/2014 | $94.76 |
| The Standard Register Company | The Standard Register Company | 1090344 | $2,276.19 | 1/22/2015 | 1103731 | 12/10/2014 | $22.04 |
| The Standard Register Company | The Standard Register Company | 1090344 | $2,276.19 | 1/22/2015 | 1103733 | 12/10/2014 | $23.52 |
| The Standard Register Company | The Standard Register Company | 1090344 | $2,276.19 | 1/22/2015 | 1103734 | 12/10/2014 | $18.48 |
| The Standard Register Company | The Standard Register Company | 1090344 | $2,276.19 | 1/22/2015 | 1103894 | 12/10/2014 | $190.32 |
| The Standard Register Company | The Standard Register Company | 1090344 | $2,276.19 | 1/22/2015 | 1103916 | 12/10/2014 | $214.66 |
| The Standard Register Company | The Standard Register Company | 1091820 | $14,275.33 | 1/29/2015 | 1108782 | 12/19/2014 | $2,147.33 |
| The Standard Register Company | The Standard Register Company | 1090344 | $2,276.19 | 1/22/2015 | 1103936 | 12/10/2014 | $272.33 |
| The Standard Register Company | The Standard Register Company | 1091820 | $14,275.33 | 1/29/2015 | 1108780 | 12/19/2014 | $1,360.75 |
| The Standard Register Company | The Standard Register Company | 1090344 | $2,276.19 | 1/22/2015 | 1104338 | 12/10/2014 | $61.54 |
| The Standard Register Company | The Standard Register Company | 1090344 | $2,276.19 | 1/22/2015 | 1104342 | 12/10/2014 | $77.01 |
| The Standard Register Company | The Standard Register Company | 1090344 | $2,276.19 | 1/22/2015 | 1104346 | 12/10/2014 | $62.59 |
| The Standard Register Company | The Standard Register Company | 1090344 | $2,276.19 | 1/22/2015 | 1104354 | 12/10/2014 | $253.56 |
| The Standard Register Company | The Standard Register Company | 1090344 | $2,276.19 | 1/22/2015 | 1104357 | 12/10/2014 | $39.83 |
| The Standard Register Company | The Standard Register Company | 1090344 | $2,276.19 | 1/22/2015 | 1104362 | 12/10/2014 | $516.05 |
| The Standard Register Company | The Standard Register Company | 1090344 | $2,276.19 | 1/22/2015 | 1104389 | 12/10/2014 | $35.21 |
| The Standard Register Company | The Standard Register Company | 1090344 | $2,276.19 | 1/22/2015 | 1104392 | 12/10/2014 | $38.83 |
| The Standard Register Company | The Standard Register Company | 1090917 | $109.53 | 1/22/2015 | 1105768 | 12/15/2014 | $33.33 |
| The Standard Register Company | The Standard Register Company | 1090917 | $109.53 | 1/22/2015 | 1106010 | 12/15/2014 | $80.67 |
| The Standard Register Company | The Standard Register Company | 1091820 | $14,275.33 | 1/29/2015 | 1107994 | 12/18/2014 | $374.34 |
| The Standard Register Company | The Standard Register Company | 1089626 | $1,210.25 | 1/14/2015 | 1101381 | 12/4/2014 | $356.59 |
| The Standard Register Company | The Standard Register Company | 1090344 | $2,276.19 | 1/22/2015 | 1103930 | 12/10/2014 | $278.91 |

**Totals:** 34 transfer(s), $167,652.14