

| | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

| | |
|---|---|
| Defendant: | **Arlington Printing and Stationers, Inc. dba Apex Color** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1095974 | $9,044.45 | 2/11/2015 | 115261 | 12/22/2014 | $646.91 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115460 | 12/31/2014 | $927.61 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115346 | 12/29/2014 | $1,405.96 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115341 | 12/29/2014 | $1,441.97 |
| The Standard Register Company | The Standard Register Company | 1096358 | $5,228.17 | 2/18/2015 | 115303 | 12/23/2014 | $3,567.33 |
| The Standard Register Company | The Standard Register Company | 1096358 | $5,228.17 | 2/18/2015 | 115302 | 12/23/2014 | $1,584.03 |
| The Standard Register Company | The Standard Register Company | 1096358 | $5,228.17 | 2/18/2015 | 115301 | 12/23/2014 | $386.74 |
| The Standard Register Company | The Standard Register Company | 1096358 | $5,228.17 | 2/18/2015 | 115300 | 12/23/2014 | $413.21 |
| The Standard Register Company | The Standard Register Company | 1095974 | $9,044.45 | 2/11/2015 | D97078011 | 12/22/2014 | $760.82 |
| The Standard Register Company | The Standard Register Company | 1095974 | $9,044.45 | 2/11/2015 | 115282 | 12/22/2014 | $646.91 |
| The Standard Register Company | The Standard Register Company | 1095974 | $9,044.45 | 2/11/2015 | 115265 | 12/22/2014 | $3,545.60 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115359 | 12/29/2014 | $1,179.60 |
| The Standard Register Company | The Standard Register Company | 1095974 | $9,044.45 | 2/11/2015 | 115262 | 12/22/2014 | $3,545.60 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115360 | 12/29/2014 | $883.47 |
| The Standard Register Company | The Standard Register Company | 1095011 | $23,505.53 | 2/10/2015 | C21254011 | 12/17/2014 | $1,540.88 |
| The Standard Register Company | The Standard Register Company | 1095011 | $23,505.53 | 2/10/2015 | 115237 | 12/18/2014 | $3,545.60 |
| The Standard Register Company | The Standard Register Company | 1095011 | $23,505.53 | 2/10/2015 | 115236 | 12/18/2014 | $603.43 |
| The Standard Register Company | The Standard Register Company | 1095011 | $23,505.53 | 2/10/2015 | 115235 | 12/18/2014 | $3,545.60 |
| The Standard Register Company | The Standard Register Company | 1095011 | $23,505.53 | 2/10/2015 | 115230 | 12/18/2014 | $601.32 |
| The Standard Register Company | The Standard Register Company | 1095011 | $23,505.53 | 2/10/2015 | 115229 | 12/18/2014 | $3,545.60 |
| The Standard Register Company | The Standard Register Company | 1095011 | $23,505.53 | 2/10/2015 | 115224 | 12/17/2014 | $3,806.44 |
| The Standard Register Company | The Standard Register Company | 1095011 | $23,505.53 | 2/10/2015 | 115222 | 12/17/2014 | $603.43 |
| The Standard Register Company | The Standard Register Company | 1095011 | $23,505.53 | 2/10/2015 | 115220 | 12/17/2014 | $3,676.02 |

Arlington Printing and Stationers, Inc. dba Apex Color (SRCAPE003)
Bankruptcy Case: SRC Liquidation Company

May 3, 2016                                        Exhibit A                                        P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1095011 | $23,505.53 | 2/10/2015 | 115219 | 12/17/2014 | $3,806.44 |
| The Standard Register Company | The Standard Register Company | 1094685 | $1,679.85 | 2/10/2015 | D97027011 | 12/16/2014 | $73.24 |
| The Standard Register Company | The Standard Register Company | 1095974 | $9,044.45 | 2/11/2015 | 115264 | 12/22/2014 | $603.43 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115377 | 12/29/2014 | $448.26 |
| The Standard Register Company | The Standard Register Company | 1084323 | $656.93 | 12/16/2014 | 114684 | 11/5/2014 | $315.59 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115458 | 12/31/2014 | $1,122.10 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115432 | 12/31/2014 | $39.91 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115430 | 12/31/2014 | $1,740.20 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115429 | 12/31/2014 | $9,141.98 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115428 | 12/31/2014 | $1,052.84 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115419 | 12/31/2014 | $9,146.98 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115418 | 12/31/2014 | $10,875.90 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115417 | 12/31/2014 | $11,049.05 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115402 | 12/30/2014 | $1,179.60 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115358 | 12/29/2014 | $1,537.30 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115400 | 12/30/2014 | $1,019.04 |
| The Standard Register Company | The Standard Register Company | 1094685 | $1,679.85 | 2/10/2015 | 115186 | 12/16/2014 | $1,066.89 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115376 | 12/29/2014 | $1,317.15 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115375 | 12/29/2014 | $883.47 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115374 | 12/29/2014 | $1,778.53 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115373 | 12/29/2014 | $448.26 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115372 | 12/29/2014 | $404.77 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115371 | 12/29/2014 | $402.41 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115370 | 12/29/2014 | $1,836.49 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115365 | 12/29/2014 | $883.47 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115363 | 12/29/2014 | $1,179.60 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115362 | 12/29/2014 | $1,179.60 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115361 | 12/29/2014 | $449.24 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115401 | 12/30/2014 | $1,317.15 |
| The Standard Register Company | The Standard Register Company | 1086759 | $3,746.39 | 12/30/2014 | 114770 | 11/13/2014 | $3,286.46 |
| The Standard Register Company | The Standard Register Company | 1090365 | $8,713.21 | 1/14/2015 | 114955 | 11/30/2014 | $614.71 |
| The Standard Register Company | The Standard Register Company | 1090233 | $1,602.21 | 1/13/2015 | C20860011 | 10/13/2014 | $1,722.81 |
| The Standard Register Company | The Standard Register Company | 1089004 | $4,405.66 | 1/8/2015 | 114921 | 11/25/2014 | $561.92 |
| The Standard Register Company | The Standard Register Company | 1089004 | $4,405.66 | 1/8/2015 | 114905 | 11/24/2014 | $2,624.15 |
| The Standard Register Company | The Standard Register Company | 1089004 | $4,405.66 | 1/8/2015 | 114900 | 11/24/2014 | $246.83 |
| The Standard Register Company | The Standard Register Company | 1089004 | $4,405.66 | 1/8/2015 | 114895 | 11/24/2014 | $309.79 |
| The Standard Register Company | The Standard Register Company | 1089004 | $4,405.66 | 1/8/2015 | 114894 | 11/24/2014 | $945.53 |
| The Standard Register Company | The Standard Register Company | 1088368 | $2,111.36 | 1/6/2015 | 114860 | 11/20/2014 | $1,473.94 |
| The Standard Register Company | The Standard Register Company | 1088368 | $2,111.36 | 1/6/2015 | 114859 | 11/20/2014 | $792.36 |
| The Standard Register Company | The Standard Register Company | 1087788 | $2,561.98 | 1/5/2015 | D96798011 | 11/19/2014 | $956.89 |
| The Standard Register Company | The Standard Register Company | 1094685 | $1,679.85 | 2/10/2015 | 115195 | 12/16/2014 | $225.45 |
| The Standard Register Company | The Standard Register Company | 1086759 | $3,746.39 | 12/30/2014 | D96795011 | 11/17/2014 | $50.00 |
| The Standard Register Company | The Standard Register Company | 1090365 | $8,713.21 | 1/14/2015 | 114982 | 11/30/2014 | $672.13 |
| The Standard Register Company | The Standard Register Company | 1086759 | $3,746.39 | 12/30/2014 | 114769 | 11/13/2014 | $636.97 |
| The Standard Register Company | The Standard Register Company | 1086165 | $4,200.00 | 12/30/2014 | 114749 | 11/12/2014 | $1,416.34 |
| The Standard Register Company | The Standard Register Company | 1086165 | $4,200.00 | 12/30/2014 | 114748 | 11/12/2014 | $643.88 |
| The Standard Register Company | The Standard Register Company | 1086165 | $4,200.00 | 12/30/2014 | 114747 | 11/12/2014 | $2,455.28 |
| The Standard Register Company | The Standard Register Company | 1085823 | $6,578.06 | 12/30/2014 | 114715 | 11/10/2014 | $2,022.27 |
| The Standard Register Company | The Standard Register Company | 1085823 | $6,578.06 | 12/30/2014 | 114714 | 11/10/2014 | $954.89 |
| The Standard Register Company | The Standard Register Company | 1085823 | $6,578.06 | 12/30/2014 | 114713 | 11/10/2014 | $1,609.72 |
| The Standard Register Company | The Standard Register Company | 1085823 | $6,578.06 | 12/30/2014 | 114712 | 11/10/2014 | $1,805.31 |
| The Standard Register Company | The Standard Register Company | 1085823 | $6,578.06 | 12/30/2014 | 114711 | 11/10/2014 | $675.24 |
| The Standard Register Company | The Standard Register Company | 1084838 | $510.92 | 12/17/2014 | 114692 | 11/6/2014 | $545.72 |
| The Standard Register Company | The Standard Register Company | 1084323 | $656.93 | 12/16/2014 | 114685 | 11/5/2014 | $390.20 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1087788 | $2,561.98 | 1/5/2015 | 114830 | 11/19/2014 | $1,797.34 |
| The Standard Register Company | The Standard Register Company | 1090944 | $33,865.76 | 1/21/2015 | 115090 | 12/9/2014 | $3,267.89 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115502 | 1/7/2015 | $758.88 |
| The Standard Register Company | The Standard Register Company | 1090944 | $33,865.76 | 1/21/2015 | D96957011 | 12/10/2014 | $66.55 |
| The Standard Register Company | The Standard Register Company | 1090944 | $33,865.76 | 1/21/2015 | C21234011 | 12/15/2014 | $10,920.00 |
| The Standard Register Company | The Standard Register Company | 1090944 | $33,865.76 | 1/21/2015 | 115175 | 12/15/2014 | $1,084.80 |
| The Standard Register Company | The Standard Register Company | 1090944 | $33,865.76 | 1/21/2015 | 115171 | 12/12/2014 | $188.07 |
| The Standard Register Company | The Standard Register Company | 1090944 | $33,865.76 | 1/21/2015 | 115169 | 12/12/2014 | $691.65 |
| The Standard Register Company | The Standard Register Company | 1090944 | $33,865.76 | 1/21/2015 | 115150 | 12/11/2014 | $1,026.32 |
| The Standard Register Company | The Standard Register Company | 1090944 | $33,865.76 | 1/21/2015 | 115149 | 12/11/2014 | $722.84 |
| The Standard Register Company | The Standard Register Company | 1090944 | $33,865.76 | 1/21/2015 | 115148 | 12/11/2014 | $1,038.40 |
| The Standard Register Company | The Standard Register Company | 1090944 | $33,865.76 | 1/21/2015 | 115147 | 12/11/2014 | $1,038.40 |
| The Standard Register Company | The Standard Register Company | 1090944 | $33,865.76 | 1/21/2015 | 115146 | 12/11/2014 | $2,317.85 |
| The Standard Register Company | The Standard Register Company | 1090365 | $8,713.21 | 1/14/2015 | 114964 | 11/30/2014 | $25.89 |
| The Standard Register Company | The Standard Register Company | 1090944 | $33,865.76 | 1/21/2015 | 115091 | 12/9/2014 | $1,241.08 |
| The Standard Register Company | The Standard Register Company | 1090365 | $8,713.21 | 1/14/2015 | 114981 | 11/30/2014 | $1,079.48 |
| The Standard Register Company | The Standard Register Company | 1090944 | $33,865.76 | 1/21/2015 | 115089 | 12/9/2014 | $4,558.39 |
| The Standard Register Company | The Standard Register Company | 1090944 | $33,865.76 | 1/21/2015 | 115088 | 12/9/2014 | $1,038.40 |
| The Standard Register Company | The Standard Register Company | 1090944 | $33,865.76 | 1/21/2015 | 115087 | 12/9/2014 | $1,038.40 |
| The Standard Register Company | The Standard Register Company | 1090944 | $33,865.76 | 1/21/2015 | 115086 | 12/9/2014 | $1,241.08 |
| The Standard Register Company | The Standard Register Company | 1090944 | $33,865.76 | 1/21/2015 | 115085 | 12/9/2014 | $1,038.40 |
| The Standard Register Company | The Standard Register Company | 1090944 | $33,865.76 | 1/21/2015 | 115084 | 12/9/2014 | $1,038.40 |
| The Standard Register Company | The Standard Register Company | 1090944 | $33,865.76 | 1/21/2015 | 115083 | 12/9/2014 | $2,254.49 |
| The Standard Register Company | The Standard Register Company | 1090365 | $8,713.21 | 1/14/2015 | C21193011 | 11/30/2014 | $1,353.10 |
| The Standard Register Company | The Standard Register Company | 1090365 | $8,713.21 | 1/14/2015 | 115027 | 11/30/2014 | $863.23 |
| The Standard Register Company | The Standard Register Company | 1090365 | $8,713.21 | 1/14/2015 | 114983 | 11/30/2014 | $5,068.52 |
| The Standard Register Company | The Standard Register Company | 1094685 | $1,679.85 | 2/10/2015 | 115187 | 12/16/2014 | $455.78 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1090944 | $33,865.76 | 1/21/2015 | 115105 | 12/10/2014 | $537.18 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115824 | 1/28/2015 | $991.47 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115459 | 12/31/2014 | $902.81 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115891 | 1/30/2015 | $907.55 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115890 | 1/30/2015 | $2,010.23 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115876 | 1/30/2015 | $1,372.32 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115872 | 1/30/2015 | $1,739.40 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115866 | 1/30/2015 | $5,040.77 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115855 | 1/29/2015 | $1,519.65 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115831 | 1/28/2015 | $475.55 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115830 | 1/28/2015 | $923.38 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115829 | 1/28/2015 | $246.50 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115893 | 1/30/2015 | $907.55 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115825 | 1/28/2015 | $1,994.94 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115894 | 1/30/2015 | $907.55 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115821 | 1/27/2015 | $3,596.22 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115820 | 1/27/2015 | $2,883.01 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115819 | 1/27/2015 | $2,136.09 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115818 | 1/27/2015 | $2,842.84 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115817 | 1/27/2015 | $2,849.15 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115816 | 1/27/2015 | $2,136.09 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115815 | 1/27/2015 | $3,448.78 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115814 | 1/27/2015 | $2,642.84 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115813 | 1/27/2015 | $2,131.36 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115803 | 1/26/2015 | $1,620.85 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115802 | 1/26/2015 | $390.07 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115828 | 1/28/2015 | $615.59 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | D97347011 | 1/30/2015 | $125.00 |
| The Standard Register Company | The Standard Register Company | 22907 | $1,685.44 | 2/6/2015 | 198024 | 12/12/2014 | $1,685.44 |
| The Standard Register Company | The Standard Register Company | 22539 | $772.48 | 1/27/2015 | D97047011 | 12/22/2014 | $772.48 |
| The Standard Register Company | The Standard Register Company | 22477 | $2,099.57 | 1/21/2015 | 115288 | 12/22/2014 | $2,099.57 |
| The Standard Register Company | The Standard Register Company | 22367 | $1,903.50 | 1/21/2015 | 115199 | 12/16/2014 | $1,903.50 |
| The Standard Register Company | The Standard Register Company | 22302 | $416.95 | 1/20/2015 | 115174 | 12/15/2014 | $416.95 |
| The Standard Register Company | The Standard Register Company | 22270 | $194.85 | 1/14/2015 | D96966011 | 12/10/2014 | $194.85 |
| The Standard Register Company | The Standard Register Company | 22207 | $338.48 | 1/13/2015 | 115079 | 12/9/2014 | $338.48 |
| The Standard Register Company | The Standard Register Company | 22129 | $1,771.65 | 1/9/2015 | 115102 | 12/10/2014 | $1,155.69 |
| The Standard Register Company | The Standard Register Company | 22129 | $1,771.65 | 1/9/2015 | 115101 | 12/10/2014 | $615.96 |
| The Standard Register Company | The Standard Register Company | 22003 | $197.52 | 1/8/2015 | 114959 | 11/30/2014 | $197.52 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115892 | 1/30/2015 | $2,000.54 |
| The Standard Register Company | The Standard Register Company | 21827 | $1,033.23 | 12/30/2014 | 114887 | 11/21/2014 | $501.44 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115797 | 1/26/2015 | $664.61 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | D97262011 | 1/22/2015 | $100.92 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | D97189011 | 1/15/2015 | $100.92 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | D97187011 | 1/9/2015 | $1,206.71 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | D97109011 | 12/29/2014 | $279.94 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | C21538011 | 1/30/2015 | $1,221.44 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | C21380011 | 1/22/2015 | $665.00 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | C21285011 | 12/16/2014 | $2,345.92 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | C21085011 | 12/30/2014 | $250.92 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115904 | 1/30/2015 | $4,821.80 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115903 | 1/30/2015 | $7,294.55 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115902 | 1/30/2015 | $7,306.81 |
| The Standard Register Company | The Standard Register Company | 21827 | $1,033.23 | 12/30/2014 | 114917 | 11/25/2014 | $531.79 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115526 | 1/8/2015 | $785.64 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115538 | 1/8/2015 | $786.43 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115537 | 1/8/2015 | $785.65 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115536 | 1/8/2015 | $788.27 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115535 | 1/8/2015 | $786.43 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115534 | 1/8/2015 | $816.22 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115533 | 1/8/2015 | $758.88 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115532 | 1/8/2015 | $758.88 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115531 | 1/8/2015 | $758.88 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115530 | 1/8/2015 | $758.88 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115529 | 1/8/2015 | $761.57 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115799 | 1/26/2015 | $4,306.13 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115527 | 1/8/2015 | $788.13 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115541 | 1/8/2015 | $834.37 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115525 | 1/8/2015 | $758.88 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115524 | 1/8/2015 | $758.88 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115511 | 1/7/2015 | $870.30 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115510 | 1/7/2015 | $920.17 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115509 | 1/7/2015 | $813.41 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115508 | 1/7/2015 | $758.88 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115507 | 1/7/2015 | $706.94 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115506 | 1/7/2015 | $706.94 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115505 | 1/7/2015 | $895.50 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115504 | 1/7/2015 | $813.60 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115503 | 1/7/2015 | $813.41 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115528 | 1/8/2015 | $834.37 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115637 | 1/15/2015 | $1,391.24 |
| The Standard Register Company | The Standard Register Company | 23079 | $589.86 | 2/10/2015 | 115258 | 12/22/2014 | $589.86 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115796 | 1/26/2015 | $828.99 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115769 | 1/23/2015 | $995.71 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115757 | 1/22/2015 | $1,308.75 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115756 | 1/22/2015 | $337.10 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115728 | 1/21/2015 | $285.86 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115673 | 1/19/2015 | $348.10 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115669 | 1/19/2015 | $359.07 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115658 | 1/16/2015 | $438.66 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115644 | 1/15/2015 | $1,391.89 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115643 | 1/15/2015 | $1,391.89 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115539 | 1/8/2015 | $895.50 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115638 | 1/15/2015 | $2,289.74 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115540 | 1/8/2015 | $813.60 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115631 | 1/15/2015 | $937.05 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115630 | 1/15/2015 | $115.69 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115629 | 1/15/2015 | $291.68 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115580 | 1/12/2015 | $304.35 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115576 | 1/12/2015 | $306.01 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115573 | 1/12/2015 | $689.02 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115561 | 1/9/2015 | $784.71 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115560 | 1/9/2015 | $833.59 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115559 | 1/9/2015 | $826.57 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115542 | 1/8/2015 | $833.59 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115798 | 1/26/2015 | $661.11 |
| The Standard Register Company | The Standard Register Company | 1099737 | $178,359.78 | 3/10/2015 | 115642 | 1/15/2015 | $1,401.58 |

Totals:    27 transfer(s),    $297,773.79