

ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

Defendant: **Appvion, Inc.**

Bankruptcy Case: **SRC Liquidation Company**

Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010677 | $321,329.80 | 3/4/2015 | 11483643 | 2/2/2015 | $4,194.65 |
| The Standard Register Company | The Standard Register Company | 7010677 | $321,329.80 | 3/4/2015 | 11485363 | 2/4/2015 | $10,018.15 |
| The Standard Register Company | The Standard Register Company | 7010544 | $214,392.58 | 2/24/2015 | IN1480918 | 1/30/2015 | $25,369.71 |
| The Standard Register Company | The Standard Register Company | 7010573 | $2,465.01 | 2/26/2015 | IN 11480852 | 1/29/2015 | $2,515.32 |
| The Standard Register Company | The Standard Register Company | 7010677 | $321,329.80 | 3/4/2015 | 11482791 | 2/1/2015 | $1,102.46 |
| The Standard Register Company | The Standard Register Company | 7010677 | $321,329.80 | 3/4/2015 | 11482792 | 2/1/2015 | $11,421.53 |
| The Standard Register Company | The Standard Register Company | 7010677 | $321,329.80 | 3/4/2015 | 11482793 | 2/1/2015 | $12,875.02 |
| The Standard Register Company | The Standard Register Company | 7010677 | $321,329.80 | 3/4/2015 | 11483639 | 2/2/2015 | $11,962.99 |
| The Standard Register Company | The Standard Register Company | 7010677 | $321,329.80 | 3/4/2015 | 11483640 | 2/2/2015 | $1,213.39 |
| The Standard Register Company | The Standard Register Company | 7010544 | $214,392.58 | 2/24/2015 | IN 11481729 | 1/30/2015 | $2,252.03 |
| The Standard Register Company | The Standard Register Company | 7010677 | $321,329.80 | 3/4/2015 | 11483642 | 2/2/2015 | $24,685.27 |
| The Standard Register Company | The Standard Register Company | 7010544 | $214,392.58 | 2/24/2015 | IN 11479966 | 1/28/2015 | $10,071.46 |
| The Standard Register Company | The Standard Register Company | 7010677 | $321,329.80 | 3/4/2015 | 11483644 | 2/2/2015 | $6,362.36 |
| The Standard Register Company | The Standard Register Company | 7010677 | $321,329.80 | 3/4/2015 | 11483645 | 2/2/2015 | $2,840.95 |
| The Standard Register Company | The Standard Register Company | 7010677 | $321,329.80 | 3/4/2015 | 11483646 | 2/2/2015 | $4,174.68 |
| The Standard Register Company | The Standard Register Company | 7010677 | $321,329.80 | 3/4/2015 | 11483647 | 2/2/2015 | $5,060.39 |
| The Standard Register Company | The Standard Register Company | 7010677 | $321,329.80 | 3/4/2015 | 11483737 | 2/2/2015 | $2,794.50 |
| The Standard Register Company | The Standard Register Company | 7010677 | $321,329.80 | 3/4/2015 | 11484484 | 2/3/2015 | $2,726.71 |
| The Standard Register Company | The Standard Register Company | 7010677 | $321,329.80 | 3/4/2015 | 11485360 | 2/4/2015 | $36,335.63 |
| The Standard Register Company | The Standard Register Company | 7010677 | $321,329.80 | 3/4/2015 | 11485361 | 2/4/2015 | $2,775.52 |
| The Standard Register Company | The Standard Register Company | 7009126 | $92,532.88 | 12/12/2014 | 11426487 | 11/12/2014 | $3,371.68 |
| The Standard Register Company | The Standard Register Company | 7010677 | $321,329.80 | 3/4/2015 | 11483641 | 2/2/2015 | $3,505.66 |
| The Standard Register Company | The Standard Register Company | 7010544 | $214,392.58 | 2/24/2015 | 11478169 | 1/26/2015 | $24,972.64 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010512 | $20,388.72 | 2/23/2015 | IN11478241 | 1/27/2015 | $20,804.82 |
| The Standard Register Company | The Standard Register Company | 7010544 | $214,392.58 | 2/24/2015 | 11474577 | 1/21/2015 | $868.07 |
| The Standard Register Company | The Standard Register Company | 7010544 | $214,392.58 | 2/24/2015 | 11474578 | 1/21/2015 | $1,400.74 |
| The Standard Register Company | The Standard Register Company | 7010544 | $214,392.58 | 2/24/2015 | 11474579 | 1/21/2015 | $701.13 |
| The Standard Register Company | The Standard Register Company | 7010544 | $214,392.58 | 2/24/2015 | 11474580 | 1/21/2015 | $1,634.17 |
| The Standard Register Company | The Standard Register Company | 7010544 | $214,392.58 | 2/24/2015 | 11475654 | 1/22/2015 | $15,657.94 |
| The Standard Register Company | The Standard Register Company | 7010544 | $214,392.58 | 2/24/2015 | 11475656 | 1/22/2015 | $4,265.46 |
| The Standard Register Company | The Standard Register Company | 7010544 | $214,392.58 | 2/24/2015 | 11477382 | 1/25/2015 | $1,415.68 |
| The Standard Register Company | The Standard Register Company | 7010544 | $214,392.58 | 2/24/2015 | IN11481657 | 1/30/2015 | $20,518.07 |
| The Standard Register Company | The Standard Register Company | 7010544 | $214,392.58 | 2/24/2015 | 11478168 | 1/26/2015 | $725.18 |
| The Standard Register Company | The Standard Register Company | 7010677 | $321,329.80 | 3/4/2015 | 11485364 | 2/4/2015 | $365.52 |
| The Standard Register Company | The Standard Register Company | 7010544 | $214,392.58 | 2/24/2015 | 11478170 | 1/26/2015 | $1,644.44 |
| The Standard Register Company | The Standard Register Company | 7010544 | $214,392.58 | 2/24/2015 | 11480866 | 1/29/2015 | $1,480.60 |
| The Standard Register Company | The Standard Register Company | 7010544 | $214,392.58 | 2/24/2015 | 11480867 | 1/29/2015 | $1,259.23 |
| The Standard Register Company | The Standard Register Company | 7010544 | $214,392.58 | 2/24/2015 | 11480868 | 1/29/2015 | $3,923.81 |
| The Standard Register Company | The Standard Register Company | 7010544 | $214,392.58 | 2/24/2015 | 11480869 | 1/29/2015 | $37,401.34 |
| The Standard Register Company | The Standard Register Company | 7010544 | $214,392.58 | 2/24/2015 | 11480870 | 1/29/2015 | $14,418.71 |
| The Standard Register Company | The Standard Register Company | 7010544 | $214,392.58 | 2/24/2015 | 11481748 | 1/30/2015 | $7,634.43 |
| The Standard Register Company | The Standard Register Company | 7010544 | $214,392.58 | 2/24/2015 | 11481749 | 1/30/2015 | $14,472.85 |
| The Standard Register Company | The Standard Register Company | 7010544 | $214,392.58 | 2/24/2015 | IN 11479965 | 1/28/2015 | $5,065.63 |
| The Standard Register Company | The Standard Register Company | 7010544 | $214,392.58 | 2/24/2015 | 11477383 | 1/25/2015 | $21,614.57 |
| The Standard Register Company | The Standard Register Company | ACH:12817 | $263,513.16 | 12/16/2014 | 11426492 | 11/12/2014 | $4,704.70 |
| The Standard Register Company | The Standard Register Company | 7010677 | $321,329.80 | 3/4/2015 | 11485362 | 2/4/2015 | $5,896.00 |
| The Standard Register Company | The Standard Register Company | 7010677 | $321,329.80 | 3/4/2015 | IN11489041 | 2/10/2015 | $11,594.92 |
| The Standard Register Company | The Standard Register Company | 7010677 | $321,329.80 | 3/4/2015 | IN11499503 | 2/24/2015 | $13,869.80 |
| The Standard Register Company | The Standard Register Company | 7010677 | $321,329.80 | 3/4/2015 | IN11500279 | 2/24/2015 | $2,141.35 |
| The Standard Register Company | The Standard Register Company | 7010704 | $799.99 | 3/5/2015 | 11496103 | 2/18/2015 | $815.30 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | ACH:12817 | $263,513.16 | 12/16/2014 | 11425587 | 11/11/2014 | $923.99 |
| The Standard Register Company | The Standard Register Company | ACH:12817 | $263,513.16 | 12/16/2014 | 11425588 | 11/11/2014 | $10,504.87 |
| The Standard Register Company | The Standard Register Company | ACH:12817 | $263,513.16 | 12/16/2014 | 11425589 | 11/11/2014 | $497.83 |
| The Standard Register Company | The Standard Register Company | 7010677 | $321,329.80 | 3/4/2015 | IN11483736 | 2/2/2015 | $456.76 |
| The Standard Register Company | The Standard Register Company | ACH:12817 | $263,513.16 | 12/16/2014 | 11425591 | 11/11/2014 | $3,668.48 |
| The Standard Register Company | The Standard Register Company | 7010677 | $321,329.80 | 3/4/2015 | IN11483735 | 2/2/2015 | $778.60 |
| The Standard Register Company | The Standard Register Company | ACH:12817 | $263,513.16 | 12/16/2014 | 11426493 | 11/12/2014 | $3,975.68 |
| The Standard Register Company | The Standard Register Company | ACH:12817 | $263,513.16 | 12/16/2014 | 11426494 | 11/12/2014 | $584.10 |
| The Standard Register Company | The Standard Register Company | ACH:12817 | $263,513.16 | 12/16/2014 | 11427321 | 11/13/2014 | $4,639.67 |
| The Standard Register Company | The Standard Register Company | ACH:12817 | $263,513.16 | 12/16/2014 | 11427322 | 11/13/2014 | $875.60 |
| The Standard Register Company | The Standard Register Company | ACH:12817 | $263,513.16 | 12/16/2014 | 11427323 | 11/13/2014 | $560.90 |
| The Standard Register Company | The Standard Register Company | ACH:12817 | $263,513.16 | 12/16/2014 | 11427324 | 11/13/2014 | $7,587.84 |
| The Standard Register Company | The Standard Register Company | ACH:12817 | $263,513.16 | 12/16/2014 | 11429302 | 11/17/2014 | $3,090.07 |
| The Standard Register Company | The Standard Register Company | ACH:12817 | $263,513.16 | 12/16/2014 | 11430137 | 11/18/2014 | $4,019.70 |
| The Standard Register Company | The Standard Register Company | ACH:12817 | $263,513.16 | 12/16/2014 | 11430138 | 11/18/2014 | $5,825.16 |
| The Standard Register Company | The Standard Register Company | ACH:12817 | $263,513.16 | 12/16/2014 | 11425590 | 11/11/2014 | $958.83 |
| The Standard Register Company | The Standard Register Company | 7010677 | $321,329.80 | 3/4/2015 | 11488191 | 2/8/2015 | $2,126.42 |
| The Standard Register Company | The Standard Register Company | 7010677 | $321,329.80 | 3/4/2015 | 11485365 | 2/4/2015 | $1,621.03 |
| The Standard Register Company | The Standard Register Company | 7010677 | $321,329.80 | 3/4/2015 | 11486206 | 2/5/2015 | $3,498.83 |
| The Standard Register Company | The Standard Register Company | 7010677 | $321,329.80 | 3/4/2015 | 11486207 | 2/5/2015 | $20,490.64 |
| The Standard Register Company | The Standard Register Company | 7010677 | $321,329.80 | 3/4/2015 | 11486208 | 2/5/2015 | $4,121.80 |
| The Standard Register Company | The Standard Register Company | 7010677 | $321,329.80 | 3/4/2015 | 11486209 | 2/5/2015 | $2,396.75 |
| The Standard Register Company | The Standard Register Company | 7010677 | $321,329.80 | 3/4/2015 | 11488186 | 2/8/2015 | $9,481.19 |
| The Standard Register Company | The Standard Register Company | 7010677 | $321,329.80 | 3/4/2015 | 11488187 | 2/8/2015 | $8,035.91 |
| The Standard Register Company | The Standard Register Company | 7010677 | $321,329.80 | 3/4/2015 | 11488188 | 2/8/2015 | $1,347.81 |
| The Standard Register Company | The Standard Register Company | 7010677 | $321,329.80 | 3/4/2015 | IN114876296 | 2/6/2015 | $13,223.25 |
| The Standard Register Company | The Standard Register Company | 7010677 | $321,329.80 | 3/4/2015 | 11488190 | 2/8/2015 | $635.34 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010400 | $133,176.42 | 2/16/2015 | 11473413 | 1/20/2015 | $729.97 |
| The Standard Register Company | The Standard Register Company | 7010677 | $321,329.80 | 3/4/2015 | 11488997 | 2/9/2015 | $33,919.06 |
| The Standard Register Company | The Standard Register Company | 7010677 | $321,329.80 | 3/4/2015 | 11488998 | 2/9/2015 | $1,779.77 |
| The Standard Register Company | The Standard Register Company | 7010677 | $321,329.80 | 3/4/2015 | 11488999 | 2/9/2015 | $3,152.81 |
| The Standard Register Company | The Standard Register Company | 7010677 | $321,329.80 | 3/4/2015 | 11489956 | 2/10/2015 | $34,786.61 |
| The Standard Register Company | The Standard Register Company | 7010677 | $321,329.80 | 3/4/2015 | 11489957 | 2/10/2015 | $10,281.88 |
| The Standard Register Company | The Standard Register Company | 7010677 | $321,329.80 | 3/4/2015 | 11489958 | 2/10/2015 | $6,399.99 |
| The Standard Register Company | The Standard Register Company | 7010677 | $321,329.80 | 3/4/2015 | IN 11485350 | 2/4/2015 | $1,973.00 |
| The Standard Register Company | The Standard Register Company | 7010677 | $321,329.80 | 3/4/2015 | IN11483689 | 2/3/2015 | $38,923.20 |
| The Standard Register Company | The Standard Register Company | 7010677 | $321,329.80 | 3/4/2015 | IN11483690 | 2/3/2015 | $4,572.93 |
| The Standard Register Company | The Standard Register Company | 7010677 | $321,329.80 | 3/4/2015 | 11488189 | 2/8/2015 | $347.78 |
| The Standard Register Company | The Standard Register Company | 7009605 | $188,901.26 | 1/2/2015 | 11443506 | 12/7/2014 | $2,147.69 |
| The Standard Register Company | The Standard Register Company | 7010400 | $133,176.42 | 2/16/2015 | IN 11470660 | 1/16/2015 | $1,694.60 |
| The Standard Register Company | The Standard Register Company | 7009605 | $188,901.26 | 1/2/2015 | 11440814 | 12/3/2014 | $3,078.06 |
| The Standard Register Company | The Standard Register Company | 7009605 | $188,901.26 | 1/2/2015 | 11440815 | 12/3/2014 | $615.14 |
| The Standard Register Company | The Standard Register Company | 7009605 | $188,901.26 | 1/2/2015 | 11440816 | 12/3/2014 | $1,524.86 |
| The Standard Register Company | The Standard Register Company | 7009605 | $188,901.26 | 1/2/2015 | 11440817 | 12/3/2014 | $4,857.21 |
| The Standard Register Company | The Standard Register Company | 7009605 | $188,901.26 | 1/2/2015 | 11440818 | 12/3/2014 | $16,068.24 |
| The Standard Register Company | The Standard Register Company | 7009605 | $188,901.26 | 1/2/2015 | 11440819 | 12/3/2014 | $2,837.75 |
| The Standard Register Company | The Standard Register Company | 7009605 | $188,901.26 | 1/2/2015 | 11440892 | 12/3/2014 | $18,630.00 |
| The Standard Register Company | The Standard Register Company | 7009605 | $188,901.26 | 1/2/2015 | 11438960 | 12/1/2014 | $1,834.53 |
| The Standard Register Company | The Standard Register Company | 7009605 | $188,901.26 | 1/2/2015 | 11443505 | 12/7/2014 | $2,802.31 |
| The Standard Register Company | The Standard Register Company | 7009605 | $188,901.26 | 1/2/2015 | 11438959 | 12/1/2014 | $12,604.77 |
| The Standard Register Company | The Standard Register Company | 7009605 | $188,901.26 | 1/2/2015 | 11443507 | 12/7/2014 | $1,518.31 |
| The Standard Register Company | The Standard Register Company | 7009605 | $188,901.26 | 1/2/2015 | 11443508 | 12/7/2014 | $471.04 |
| The Standard Register Company | The Standard Register Company | 7009605 | $188,901.26 | 1/2/2015 | 11443509 | 12/7/2014 | $7,155.20 |
| The Standard Register Company | The Standard Register Company | 7009605 | $188,901.26 | 1/2/2015 | 11443510 | 12/7/2014 | $15,245.05 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7009605 | $188,901.26 | 1/2/2015 | 11444386 | 12/8/2014 | $4,792.96 |
| The Standard Register Company | The Standard Register Company | 7009605 | $188,901.26 | 1/2/2015 | 11444387 | 12/8/2014 | $1,140.96 |
| The Standard Register Company | The Standard Register Company | 7009605 | $188,901.26 | 1/2/2015 | 11444388 | 12/8/2014 | $9,069.18 |
| The Standard Register Company | The Standard Register Company | 7009605 | $188,901.26 | 1/2/2015 | 11446218 | 12/10/2014 | $26,856.68 |
| The Standard Register Company | The Standard Register Company | 7009605 | $188,901.26 | 1/2/2015 | 11446219 | 12/10/2014 | $12,851.73 |
| The Standard Register Company | The Standard Register Company | 7009605 | $188,901.26 | 1/2/2015 | 11441653 | 12/4/2014 | $2,858.25 |
| The Standard Register Company | The Standard Register Company | 7009126 | $92,532.88 | 12/12/2014 | 11431980 | 11/19/2014 | $17,968.99 |
| The Standard Register Company | The Standard Register Company | 7009126 | $92,532.88 | 12/12/2014 | 11426488 | 11/12/2014 | $3,785.47 |
| The Standard Register Company | The Standard Register Company | 7009126 | $92,532.88 | 12/12/2014 | 11426489 | 11/12/2014 | $2,648.88 |
| The Standard Register Company | The Standard Register Company | 7009126 | $92,532.88 | 12/12/2014 | 11426490 | 11/12/2014 | $7,217.42 |
| The Standard Register Company | The Standard Register Company | 7009126 | $92,532.88 | 12/12/2014 | 11426491 | 11/12/2014 | $22,840.04 |
| The Standard Register Company | The Standard Register Company | 7009126 | $92,532.88 | 12/12/2014 | 11427319 | 11/13/2014 | $7,740.19 |
| The Standard Register Company | The Standard Register Company | 7009126 | $92,532.88 | 12/12/2014 | 11427320 | 11/13/2014 | $587.86 |
| The Standard Register Company | The Standard Register Company | 7009126 | $92,532.88 | 12/12/2014 | 11429301 | 11/17/2014 | $5,901.71 |
| The Standard Register Company | The Standard Register Company | 7009126 | $92,532.88 | 12/12/2014 | 11430135 | 11/18/2014 | $5,235.50 |
| The Standard Register Company | The Standard Register Company | 7009605 | $188,901.26 | 1/2/2015 | 11438961 | 12/1/2014 | $31,137.89 |
| The Standard Register Company | The Standard Register Company | 7009126 | $92,532.88 | 12/12/2014 | 11431979 | 11/19/2014 | $8,059.58 |
| The Standard Register Company | The Standard Register Company | 7009605 | $188,901.26 | 1/2/2015 | IN11449831 | 12/15/2014 | $184.70 |
| The Standard Register Company | The Standard Register Company | 7009126 | $92,532.88 | 12/12/2014 | 11432803 | 11/20/2014 | $746.84 |
| The Standard Register Company | The Standard Register Company | 7009304 | $57,746.36 | 12/23/2014 | 11434697 | 11/23/2014 | $1,812.01 |
| The Standard Register Company | The Standard Register Company | 7009304 | $57,746.36 | 12/23/2014 | 11434698 | 11/23/2014 | $3,248.42 |
| The Standard Register Company | The Standard Register Company | 7009304 | $57,746.36 | 12/23/2014 | 11434699 | 11/23/2014 | $2,148.05 |
| The Standard Register Company | The Standard Register Company | 7009304 | $57,746.36 | 12/23/2014 | 11435412 | 11/24/2014 | $3,077.60 |
| The Standard Register Company | The Standard Register Company | 7009304 | $57,746.36 | 12/23/2014 | 11438267 | 11/30/2014 | $4,804.18 |
| The Standard Register Company | The Standard Register Company | 7009304 | $57,746.36 | 12/23/2014 | 11438268 | 11/30/2014 | $1,674.65 |
| The Standard Register Company | The Standard Register Company | 7009304 | $57,746.36 | 12/23/2014 | 11438269 | 11/30/2014 | $1,011.02 |
| The Standard Register Company | The Standard Register Company | 7009304 | $57,746.36 | 12/23/2014 | 11438270 | 11/30/2014 | $41,148.99 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7009126 | $92,532.88 | 12/12/2014 | 11430136 | 11/18/2014 | $8,317.21 |
| The Standard Register Company | The Standard Register Company | 7010400 | $133,176.42 | 2/16/2015 | 11463294 | 1/5/2015 | $7,222.87 |
| The Standard Register Company | The Standard Register Company | 7010194 | $181,752.30 | 2/4/2015 | 11463291 | 1/7/2015 | $2,376.54 |
| The Standard Register Company | The Standard Register Company | 7010194 | $181,752.30 | 2/4/2015 | 11463292 | 1/7/2015 | $3,263.44 |
| The Standard Register Company | The Standard Register Company | 7010194 | $181,752.30 | 2/4/2015 | 11463293 | 1/7/2015 | $25,044.64 |
| The Standard Register Company | The Standard Register Company | 7010194 | $181,752.30 | 2/4/2015 | 11464095 | 1/8/2015 | $1,528.22 |
| The Standard Register Company | The Standard Register Company | 7010194 | $181,752.30 | 2/4/2015 | 11464096 | 1/8/2015 | $1,776.30 |
| The Standard Register Company | The Standard Register Company | 7010194 | $181,752.30 | 2/4/2015 | 11464097 | 1/8/2015 | $503.03 |
| The Standard Register Company | The Standard Register Company | 7010194 | $181,752.30 | 2/4/2015 | IN11472651 | 1/20/2015 | $7,228.58 |
| The Standard Register Company | The Standard Register Company | 7010194 | $181,752.30 | 2/4/2015 | IN11472652 | 1/20/2015 | $10,969.40 |
| The Standard Register Company | The Standard Register Company | 7009605 | $188,901.26 | 1/2/2015 | IN1139838 | 12/2/2014 | $12,292.99 |
| The Standard Register Company | The Standard Register Company | 7010194 | $181,752.30 | 2/4/2015 | IN11476492 | 1/23/2015 | $3,612.78 |
| The Standard Register Company | The Standard Register Company | 7010194 | $181,752.30 | 2/4/2015 | 11461586 | 1/5/2015 | $11,766.16 |
| The Standard Register Company | The Standard Register Company | 7010400 | $133,176.42 | 2/16/2015 | 11465875 | 1/11/2015 | $2,022.80 |
| The Standard Register Company | The Standard Register Company | 7010400 | $133,176.42 | 2/16/2015 | 11465876 | 1/11/2015 | $29,595.89 |
| The Standard Register Company | The Standard Register Company | 7010400 | $133,176.42 | 2/16/2015 | 11466757 | 1/12/2015 | $367.18 |
| The Standard Register Company | The Standard Register Company | 7010400 | $133,176.42 | 2/16/2015 | 11466758 | 1/12/2015 | $25,544.72 |
| The Standard Register Company | The Standard Register Company | 7010400 | $133,176.42 | 2/16/2015 | 11468826 | 1/14/2015 | $11,457.68 |
| The Standard Register Company | The Standard Register Company | 7010400 | $133,176.42 | 2/16/2015 | 11469790 | 1/15/2015 | $10,357.15 |
| The Standard Register Company | The Standard Register Company | 7010400 | $133,176.42 | 2/16/2015 | 11472542 | 1/19/2015 | $692.78 |
| The Standard Register Company | The Standard Register Company | 7010400 | $133,176.42 | 2/16/2015 | 11472543 | 1/19/2015 | $9,002.09 |
| The Standard Register Company | The Standard Register Company | ACH:12817 | $263,513.16 | 12/16/2014 | 11431982 | 11/19/2014 | $12,561.75 |
| The Standard Register Company | The Standard Register Company | 7010194 | $181,752.30 | 2/4/2015 | IN11476491 | 1/23/2015 | $5,705.50 |
| The Standard Register Company | The Standard Register Company | 7009780 | $57,141.53 | 1/14/2015 | 11452665 | 12/18/2014 | $785.10 |
| The Standard Register Company | The Standard Register Company | 7010400 | $133,176.42 | 2/16/2015 | 11473414 | 1/20/2015 | $37,206.60 |
| The Standard Register Company | The Standard Register Company | 7009780 | $57,141.53 | 1/14/2015 | 11449009 | 12/14/2014 | $374.28 |
| The Standard Register Company | The Standard Register Company | 7009780 | $57,141.53 | 1/14/2015 | 11449010 | 12/14/2014 | $11,070.64 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7009780 | $57,141.53 | 1/14/2015 | 11449011 | 12/14/2014 | $16,286.75 |
| The Standard Register Company | The Standard Register Company | 7009780 | $57,141.53 | 1/14/2015 | 11449856 | 12/15/2014 | $4,289.57 |
| The Standard Register Company | The Standard Register Company | 7009780 | $57,141.53 | 1/14/2015 | 11449857 | 12/15/2014 | $3,019.51 |
| The Standard Register Company | The Standard Register Company | 7009780 | $57,141.53 | 1/14/2015 | 11451816 | 12/17/2014 | $485.27 |
| The Standard Register Company | The Standard Register Company | 7009780 | $57,141.53 | 1/14/2015 | 11451817 | 12/17/2014 | $2,606.58 |
| The Standard Register Company | The Standard Register Company | 7009780 | $57,141.53 | 1/14/2015 | 11451818 | 12/17/2014 | $594.83 |
| The Standard Register Company | The Standard Register Company | 7010194 | $181,752.30 | 2/4/2015 | 11461588 | 1/5/2015 | $29,013.42 |
| The Standard Register Company | The Standard Register Company | 7009780 | $57,141.53 | 1/14/2015 | 11451820 | 12/17/2014 | $20,318.59 |
| The Standard Register Company | The Standard Register Company | 7010194 | $181,752.30 | 2/4/2015 | 11461587 | 1/5/2015 | $3,581.33 |
| The Standard Register Company | The Standard Register Company | 7009945 | $28,078.06 | 1/26/2015 | 11454471 | 12/21/2014 | $19,639.33 |
| The Standard Register Company | The Standard Register Company | 7009945 | $28,078.06 | 1/26/2015 | 11455221 | 12/22/2014 | $510.67 |
| The Standard Register Company | The Standard Register Company | 7009945 | $28,078.06 | 1/26/2015 | 11455838 | 12/23/2014 | $4,370.39 |
| The Standard Register Company | The Standard Register Company | 7009945 | $28,078.06 | 1/26/2015 | 11458657 | 12/30/2014 | $4,130.71 |
| The Standard Register Company | The Standard Register Company | 7010194 | $181,752.30 | 2/4/2015 | 11459464 | 1/2/2015 | $3,790.21 |
| The Standard Register Company | The Standard Register Company | 7010194 | $181,752.30 | 2/4/2015 | 11459465 | 1/2/2015 | $34,096.23 |
| The Standard Register Company | The Standard Register Company | 7010194 | $181,752.30 | 2/4/2015 | 11460176 | 1/2/2015 | $4,186.68 |
| The Standard Register Company | The Standard Register Company | 7010194 | $181,752.30 | 2/4/2015 | 11460177 | 1/2/2015 | $37,018.10 |
| The Standard Register Company | The Standard Register Company | 7009605 | $188,901.26 | 1/2/2015 | IN11447106 | 12/11/2014 | $178.93 |
| The Standard Register Company | The Standard Register Company | 7009780 | $57,141.53 | 1/14/2015 | 11451819 | 12/17/2014 | $591.14 |
| The Standard Register Company | The Standard Register Company | ACH:13853 | $276,381.66 | 2/18/2015 | 11466759 | 1/12/2015 | $11,552.42 |
| The Standard Register Company | The Standard Register Company | ACH:13613 | $75,198.65 | 1/27/2015 | 11456808 | 12/26/2014 | $11,010.29 |
| The Standard Register Company | The Standard Register Company | ACH:13786 | $187,497.99 | 2/6/2015 | IN 11465006 | 1/9/2015 | $5,568.04 |
| The Standard Register Company | The Standard Register Company | ACH:13786 | $187,497.99 | 2/6/2015 | IN11459453 | 1/2/2015 | $25,891.16 |
| The Standard Register Company | The Standard Register Company | ACH:13786 | $187,497.99 | 2/6/2015 | IN11460050 | 1/2/2015 | $3,322.31 |
| The Standard Register Company | The Standard Register Company | ACH:13786 | $187,497.99 | 2/6/2015 | IN11461501 | 1/5/2015 | $8,946.62 |
| The Standard Register Company | The Standard Register Company | ACH:13786 | $187,497.99 | 2/6/2015 | IN11462380 | 1/7/2015 | $45,792.38 |
| The Standard Register Company | The Standard Register Company | ACH:13853 | $276,381.66 | 2/18/2015 | 11465877 | 1/11/2015 | $2,280.41 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | ACH:13853 | $276,381.66 | 2/18/2015 | 11465878 | 1/11/2015 | $14,027.67 |
| The Standard Register Company | The Standard Register Company | ACH:13786 | $187,497.99 | 2/6/2015 | IN 11463379 | 1/8/2015 | $9,756.37 |
| The Standard Register Company | The Standard Register Company | ACH:13853 | $276,381.66 | 2/18/2015 | 11465880 | 1/11/2015 | $1,735.18 |
| The Standard Register Company | The Standard Register Company | ACH:13786 | $187,497.99 | 2/6/2015 | IN 11461574 | 1/5/2015 | $3,640.18 |
| The Standard Register Company | The Standard Register Company | ACH:13853 | $276,381.66 | 2/18/2015 | 11467707 | 1/13/2015 | $11,949.21 |
| The Standard Register Company | The Standard Register Company | ACH:13853 | $276,381.66 | 2/18/2015 | 11467708 | 1/13/2015 | $2,002.09 |
| The Standard Register Company | The Standard Register Company | ACH:13853 | $276,381.66 | 2/18/2015 | 11468827 | 1/14/2015 | $11,555.24 |
| The Standard Register Company | The Standard Register Company | ACH:13853 | $276,381.66 | 2/18/2015 | 11468828 | 1/14/2015 | $2,781.16 |
| The Standard Register Company | The Standard Register Company | ACH:13853 | $276,381.66 | 2/18/2015 | 11468829 | 1/14/2015 | $2,213.47 |
| The Standard Register Company | The Standard Register Company | ACH:13853 | $276,381.66 | 2/18/2015 | 11469791 | 1/15/2015 | $8,909.63 |
| The Standard Register Company | The Standard Register Company | ACH:13853 | $276,381.66 | 2/18/2015 | 11469792 | 1/15/2015 | $18,657.98 |
| The Standard Register Company | The Standard Register Company | ACH:13853 | $276,381.66 | 2/18/2015 | 11469793 | 1/15/2015 | $4,124.98 |
| The Standard Register Company | The Standard Register Company | ACH:13853 | $276,381.66 | 2/18/2015 | 11469794 | 1/15/2015 | $2,624.49 |
| The Standard Register Company | The Standard Register Company | ACH:13853 | $276,381.66 | 2/18/2015 | 11465879 | 1/11/2015 | $2,873.06 |
| The Standard Register Company | The Standard Register Company | ACH:13786 | $187,497.99 | 2/6/2015 | 11461590 | 1/5/2015 | $994.27 |
| The Standard Register Company | The Standard Register Company | ACH:12817 | $263,513.16 | 12/16/2014 | 11430920 | 11/18/2014 | $19,801.19 |
| The Standard Register Company | The Standard Register Company | ACH:13613 | $75,198.65 | 1/27/2015 | 11458659 | 12/30/2014 | $1,598.54 |
| The Standard Register Company | The Standard Register Company | ACH:13613 | $75,198.65 | 1/27/2015 | IN 11455200 | 12/22/2014 | $1,398.99 |
| The Standard Register Company | The Standard Register Company | ACH:13613 | $75,198.65 | 1/27/2015 | IN 11456803 | 12/26/2014 | $11,023.07 |
| The Standard Register Company | The Standard Register Company | ACH:13613 | $75,198.65 | 1/27/2015 | IN11454558 | 12/22/2014 | $5,971.03 |
| The Standard Register Company | The Standard Register Company | ACH:13613 | $75,198.65 | 1/27/2015 | IN11455260 | 12/23/2014 | $2,946.83 |
| The Standard Register Company | The Standard Register Company | ACH:13613 | $75,198.65 | 1/27/2015 | IN11457446 | 12/29/2014 | $25,899.98 |
| The Standard Register Company | The Standard Register Company | ACH:13786 | $187,497.99 | 2/6/2015 | 11460179 | 1/2/2015 | $2,100.63 |
| The Standard Register Company | The Standard Register Company | ACH:13786 | $187,497.99 | 2/6/2015 | IN 11465005 | 1/9/2015 | $9,495.75 |
| The Standard Register Company | The Standard Register Company | ACH:13786 | $187,497.99 | 2/6/2015 | 11461589 | 1/5/2015 | $27,103.41 |
| The Standard Register Company | The Standard Register Company | ACH:13853 | $276,381.66 | 2/18/2015 | 11471771 | 1/18/2015 | $6,041.13 |
| The Standard Register Company | The Standard Register Company | ACH:13786 | $187,497.99 | 2/6/2015 | 11461591 | 1/5/2015 | $8,918.54 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | ACH:13786 | $187,497.99 | 2/6/2015 | 11463295 | 1/7/2015 | $3,085.55 |
| The Standard Register Company | The Standard Register Company | ACH:13786 | $187,497.99 | 2/6/2015 | 11463296 | 1/7/2015 | $7,369.85 |
| The Standard Register Company | The Standard Register Company | ACH:13786 | $187,497.99 | 2/6/2015 | 11464098 | 1/8/2015 | $2,383.50 |
| The Standard Register Company | The Standard Register Company | ACH:13786 | $187,497.99 | 2/6/2015 | 11464099 | 1/8/2015 | $3,304.64 |
| The Standard Register Company | The Standard Register Company | ACH:13786 | $187,497.99 | 2/6/2015 | 11464100 | 1/8/2015 | $10,874.51 |
| The Standard Register Company | The Standard Register Company | ACH:13786 | $187,497.99 | 2/6/2015 | 11464101 | 1/8/2015 | $2,032.59 |
| The Standard Register Company | The Standard Register Company | ACH:13786 | $187,497.99 | 2/6/2015 | 11464102 | 1/8/2015 | $3,049.36 |
| The Standard Register Company | The Standard Register Company | ACH:13786 | $187,497.99 | 2/6/2015 | 11465012 | 1/9/2015 | $3,720.71 |
| The Standard Register Company | The Standard Register Company | ACH:13786 | $187,497.99 | 2/6/2015 | 11460180 | 1/2/2015 | $596.90 |
| The Standard Register Company | The Standard Register Company | ACH:13869 | $206,806.52 | 2/26/2015 | 11479014 | 1/27/2015 | $3,658.71 |
| The Standard Register Company | The Standard Register Company | ACH:13869 | $206,806.52 | 2/26/2015 | 11474586 | 1/21/2015 | $2,178.15 |
| The Standard Register Company | The Standard Register Company | ACH:13869 | $206,806.52 | 2/26/2015 | 11475655 | 1/22/2015 | $24,284.22 |
| The Standard Register Company | The Standard Register Company | ACH:13869 | $206,806.52 | 2/26/2015 | 11477384 | 1/25/2015 | $6,039.38 |
| The Standard Register Company | The Standard Register Company | ACH:13869 | $206,806.52 | 2/26/2015 | 11477386 | 1/25/2015 | $687.89 |
| The Standard Register Company | The Standard Register Company | ACH:13869 | $206,806.52 | 2/26/2015 | 11478171 | 1/26/2015 | $9,198.03 |
| The Standard Register Company | The Standard Register Company | ACH:13869 | $206,806.52 | 2/26/2015 | 11478172 | 1/26/2015 | $22,359.54 |
| The Standard Register Company | The Standard Register Company | ACH:13869 | $206,806.52 | 2/26/2015 | 11478173 | 1/26/2015 | $5,752.82 |
| The Standard Register Company | The Standard Register Company | ACH:13869 | $206,806.52 | 2/26/2015 | 11478174 | 1/26/2015 | $694.91 |
| The Standard Register Company | The Standard Register Company | ACH:13853 | $276,381.66 | 2/18/2015 | 11469795 | 1/15/2015 | $6,021.12 |
| The Standard Register Company | The Standard Register Company | ACH:13869 | $206,806.52 | 2/26/2015 | 11479013 | 1/27/2015 | $587.11 |
| The Standard Register Company | The Standard Register Company | ACH:13869 | $206,806.52 | 2/26/2015 | 11474583 | 1/21/2015 | $20,917.73 |
| The Standard Register Company | The Standard Register Company | ACH:13869 | $206,806.52 | 2/26/2015 | 11479976 | 1/28/2015 | $3,193.07 |
| The Standard Register Company | The Standard Register Company | ACH:13869 | $206,806.52 | 2/26/2015 | 11479977 | 1/28/2015 | $1,104.73 |
| The Standard Register Company | The Standard Register Company | ACH:13869 | $206,806.52 | 2/26/2015 | 11479978 | 1/28/2015 | $3,936.87 |
| The Standard Register Company | The Standard Register Company | ACH:13869 | $206,806.52 | 2/26/2015 | 11479979 | 1/28/2015 | $1,275.89 |
| The Standard Register Company | The Standard Register Company | ACH:13869 | $206,806.52 | 2/26/2015 | 11479980 | 1/28/2015 | $2,358.89 |
| The Standard Register Company | The Standard Register Company | ACH:13869 | $206,806.52 | 2/26/2015 | IN 11475642 | 1/22/2015 | $14,015.33 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | ACH:13869 | $206,806.52 | 2/26/2015 | IN11473534 | 1/21/2015 | $33,776.40 |
| The Standard Register Company | The Standard Register Company | ACH:13869 | $206,806.52 | 2/26/2015 | IN11477470 | 1/26/2015 | $5,980.17 |
| The Standard Register Company | The Standard Register Company | ACH:13869 | $206,806.52 | 2/26/2015 | IN11477471 | 1/26/2015 | $1,690.51 |
| The Standard Register Company | The Standard Register Company | ACH:13869 | $206,806.52 | 2/26/2015 | 11479012 | 1/27/2015 | $706.08 |
| The Standard Register Company | The Standard Register Company | ACH:13853 | $276,381.66 | 2/18/2015 | IN11467824 | 1/14/2015 | $20,254.25 |
| The Standard Register Company | The Standard Register Company | ACH:13613 | $75,198.65 | 1/27/2015 | 11456807 | 12/26/2014 | $5,618.92 |
| The Standard Register Company | The Standard Register Company | ACH:13853 | $276,381.66 | 2/18/2015 | 11471772 | 1/18/2015 | $744.64 |
| The Standard Register Company | The Standard Register Company | ACH:13853 | $276,381.66 | 2/18/2015 | 11473416 | 1/20/2015 | $10,344.52 |
| The Standard Register Company | The Standard Register Company | ACH:13853 | $276,381.66 | 2/18/2015 | 11473417 | 1/20/2015 | $4,777.25 |
| The Standard Register Company | The Standard Register Company | ACH:13853 | $276,381.66 | 2/18/2015 | IN 11468820 | 1/14/2015 | $3,257.83 |
| The Standard Register Company | The Standard Register Company | ACH:13853 | $276,381.66 | 2/18/2015 | IN 11468821 | 1/14/2015 | $1,815.87 |
| The Standard Register Company | The Standard Register Company | ACH:13853 | $276,381.66 | 2/18/2015 | IN 11469780 | 1/15/2015 | $425.42 |
| The Standard Register Company | The Standard Register Company | ACH:13853 | $276,381.66 | 2/18/2015 | IN 11470801 | 1/16/2015 | $375.00 |
| The Standard Register Company | The Standard Register Company | ACH:13853 | $276,381.66 | 2/18/2015 | IN11465972 | 1/12/2015 | $14,195.54 |
| The Standard Register Company | The Standard Register Company | ACH:13869 | $206,806.52 | 2/26/2015 | 11474585 | 1/21/2015 | $6,217.18 |
| The Standard Register Company | The Standard Register Company | ACH:13853 | $276,381.66 | 2/18/2015 | IN11465974 | 1/12/2015 | $8,914.70 |
| The Standard Register Company | The Standard Register Company | ACH:13869 | $206,806.52 | 2/26/2015 | 11474584 | 1/21/2015 | $10,486.90 |
| The Standard Register Company | The Standard Register Company | ACH:13853 | $276,381.66 | 2/18/2015 | IN11467825 | 1/14/2015 | $6,025.79 |
| The Standard Register Company | The Standard Register Company | ACH:13853 | $276,381.66 | 2/18/2015 | IN11467826 | 1/14/2015 | $1,810.35 |
| The Standard Register Company | The Standard Register Company | ACH:13853 | $276,381.66 | 2/18/2015 | IN11467827 | 1/14/2015 | $20,442.11 |
| The Standard Register Company | The Standard Register Company | ACH:13853 | $276,381.66 | 2/18/2015 | IN11471834 | 1/19/2015 | $8,010.41 |
| The Standard Register Company | The Standard Register Company | ACH:13853 | $276,381.66 | 2/18/2015 | IN11471835 | 1/19/2015 | $44,592.14 |
| The Standard Register Company | The Standard Register Company | ACH:13853 | $276,381.66 | 2/18/2015 | IN11471836 | 1/19/2015 | $3,349.76 |
| The Standard Register Company | The Standard Register Company | ACH:13869 | $206,806.52 | 2/26/2015 | 11474581 | 1/21/2015 | $18,973.10 |
| The Standard Register Company | The Standard Register Company | ACH:13869 | $206,806.52 | 2/26/2015 | 11474582 | 1/21/2015 | $5,081.05 |
| The Standard Register Company | The Standard Register Company | ACH:13853 | $276,381.66 | 2/18/2015 | 11470814 | 1/16/2015 | $7,822.91 |
| The Standard Register Company | The Standard Register Company | ACH:13853 | $276,381.66 | 2/18/2015 | IN11465973 | 1/12/2015 | $9,873.93 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | ACH:13251 | $266,501.86 | 1/6/2015 | 11439800 | 12/2/2014 | $19,027.82 |
| The Standard Register Company | The Standard Register Company | ACH:13613 | $75,198.65 | 1/27/2015 | 11458658 | 12/30/2014 | $2,739.96 |
| The Standard Register Company | The Standard Register Company | ACH:13068 | $124,502.84 | 12/29/2014 | IN 11434713 | 11/24/2014 | $6,578.18 |
| The Standard Register Company | The Standard Register Company | ACH:13068 | $124,502.84 | 12/29/2014 | IN 11437032 | 11/26/2014 | $1,782.35 |
| The Standard Register Company | The Standard Register Company | ACH:13068 | $124,502.84 | 12/29/2014 | IN 11437033 | 11/26/2014 | $648.64 |
| The Standard Register Company | The Standard Register Company | ACH:13068 | $124,502.84 | 12/29/2014 | IN11435480 | 11/25/2014 | $11,801.11 |
| The Standard Register Company | The Standard Register Company | ACH:13068 | $124,502.84 | 12/29/2014 | IN11436222 | 11/26/2014 | $474.33 |
| The Standard Register Company | The Standard Register Company | ACH:13068 | $124,502.84 | 12/29/2014 | IN11436964 | 11/26/2014 | $998.56 |
| The Standard Register Company | The Standard Register Company | ACH:13251 | $266,501.86 | 1/6/2015 | 11438962 | 12/1/2014 | $58,545.69 |
| The Standard Register Company | The Standard Register Company | ACH:13068 | $124,502.84 | 12/29/2014 | 11437046 | 11/26/2014 | $9,778.43 |
| The Standard Register Company | The Standard Register Company | ACH:13251 | $266,501.86 | 1/6/2015 | 11438964 | 12/1/2014 | $556.64 |
| The Standard Register Company | The Standard Register Company | ACH:13068 | $124,502.84 | 12/29/2014 | 11437045 | 11/26/2014 | $728.55 |
| The Standard Register Company | The Standard Register Company | ACH:13251 | $266,501.86 | 1/6/2015 | 1144082 | 12/3/2014 | $596.90 |
| The Standard Register Company | The Standard Register Company | ACH:13251 | $266,501.86 | 1/6/2015 | 11441654 | 12/4/2014 | $9,247.68 |
| The Standard Register Company | The Standard Register Company | ACH:13251 | $266,501.86 | 1/6/2015 | 11441655 | 12/4/2014 | $7,161.70 |
| The Standard Register Company | The Standard Register Company | ACH:13251 | $266,501.86 | 1/6/2015 | 11441656 | 12/4/2014 | $1,193.50 |
| The Standard Register Company | The Standard Register Company | ACH:13251 | $266,501.86 | 1/6/2015 | 11441657 | 12/4/2014 | $5,849.68 |
| The Standard Register Company | The Standard Register Company | ACH:13251 | $266,501.86 | 1/6/2015 | 11441658 | 12/4/2014 | $16,253.08 |
| The Standard Register Company | The Standard Register Company | ACH:13251 | $266,501.86 | 1/6/2015 | 11442689 | 12/5/2014 | $5,201.05 |
| The Standard Register Company | The Standard Register Company | ACH:13251 | $266,501.86 | 1/6/2015 | 11442690 | 12/5/2014 | $4,226.33 |
| The Standard Register Company | The Standard Register Company | ACH:13251 | $266,501.86 | 1/6/2015 | 11443511 | 12/7/2014 | $3,614.38 |
| The Standard Register Company | The Standard Register Company | ACH:13251 | $266,501.86 | 1/6/2015 | 11438963 | 12/1/2014 | $796.21 |
| The Standard Register Company | The Standard Register Company | ACH:12817 | $263,513.16 | 12/16/2014 | IN11430088 | 11/18/2014 | $10,152.32 |
| The Standard Register Company | The Standard Register Company | ACH:13869 | $206,806.52 | 2/26/2015 | IN11478925 | 1/27/2015 | $1,651.86 |
| The Standard Register Company | The Standard Register Company | ACH:12817 | $263,513.16 | 12/16/2014 | 11431983 | 11/19/2014 | $1,777.71 |
| The Standard Register Company | The Standard Register Company | ACH:12817 | $263,513.16 | 12/16/2014 | 11432804 | 11/20/2014 | $17,816.58 |
| The Standard Register Company | The Standard Register Company | ACH:12817 | $263,513.16 | 12/16/2014 | IN 11430125 | 11/18/2014 | $33,122.96 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | ACH:12817 | $263,513.16 | 12/16/2014 | IN 11430126 | 11/18/2014 | $9,257.50 |
| The Standard Register Company | The Standard Register Company | ACH:12817 | $263,513.16 | 12/16/2014 | IN11424698 | 11/11/2014 | $16,974.83 |
| The Standard Register Company | The Standard Register Company | ACH:12817 | $263,513.16 | 12/16/2014 | IN11425676 | 11/12/2014 | $26,599.22 |
| The Standard Register Company | The Standard Register Company | ACH:12817 | $263,513.16 | 12/16/2014 | IN11427242 | 11/13/2014 | $2,015.78 |
| The Standard Register Company | The Standard Register Company | ACH:13068 | $124,502.84 | 12/29/2014 | IN 11434712 | 11/24/2014 | $634.45 |
| The Standard Register Company | The Standard Register Company | ACH:12817 | $263,513.16 | 12/16/2014 | IN11429273 | 11/17/2014 | $25,993.07 |
| The Standard Register Company | The Standard Register Company | ACH:13251 | $266,501.86 | 1/6/2015 | 11445243 | 12/9/2014 | $1,808.55 |
| The Standard Register Company | The Standard Register Company | ACH:12817 | $263,513.16 | 12/16/2014 | IN11430089 | 11/18/2014 | $9,971.37 |
| The Standard Register Company | The Standard Register Company | ACH:13068 | $124,502.84 | 12/29/2014 | 11433797 | 11/21/2014 | $3,872.47 |
| The Standard Register Company | The Standard Register Company | ACH:13068 | $124,502.84 | 12/29/2014 | 11433798 | 11/21/2014 | $1,299.54 |
| The Standard Register Company | The Standard Register Company | ACH:13068 | $124,502.84 | 12/29/2014 | 11434700 | 11/23/2014 | $31,376.66 |
| The Standard Register Company | The Standard Register Company | ACH:13068 | $124,502.84 | 12/29/2014 | 11435413 | 11/24/2014 | $45,280.00 |
| The Standard Register Company | The Standard Register Company | ACH:13068 | $124,502.84 | 12/29/2014 | 11435414 | 11/24/2014 | $5,275.28 |
| The Standard Register Company | The Standard Register Company | ACH:13068 | $124,502.84 | 12/29/2014 | 11436111 | 11/25/2014 | $1,119.96 |
| The Standard Register Company | The Standard Register Company | ACH:13068 | $124,502.84 | 12/29/2014 | 11436112 | 11/25/2014 | $2,493.55 |
| The Standard Register Company | The Standard Register Company | ACH:13068 | $124,502.84 | 12/29/2014 | 11437044 | 11/26/2014 | $360.78 |
| The Standard Register Company | The Standard Register Company | ACH:12817 | $263,513.16 | 12/16/2014 | IN11428133 | 11/14/2014 | $54,758.40 |
| The Standard Register Company | The Standard Register Company | ACH:13461 | $135,232.23 | 1/16/2015 | IN11447216 | 12/12/2014 | $7,595.69 |
| The Standard Register Company | The Standard Register Company | ACH:13461 | $135,232.23 | 1/16/2015 | 11451929 | 12/18/2014 | $7,332.94 |
| The Standard Register Company | The Standard Register Company | ACH:13461 | $135,232.23 | 1/16/2015 | 11452666 | 12/18/2014 | $1,517.63 |
| The Standard Register Company | The Standard Register Company | ACH:13461 | $135,232.23 | 1/16/2015 | 11453501 | 12/19/2014 | $1,843.34 |
| The Standard Register Company | The Standard Register Company | ACH:13461 | $135,232.23 | 1/16/2015 | 11453502 | 12/19/2014 | $3,447.71 |
| The Standard Register Company | The Standard Register Company | ACH:13461 | $135,232.23 | 1/16/2015 | IN 11446343 | 12/11/2014 | $3,407.27 |
| The Standard Register Company | The Standard Register Company | ACH:13461 | $135,232.23 | 1/16/2015 | IN 11446344 | 12/11/2014 | $4,743.21 |
| The Standard Register Company | The Standard Register Company | ACH:13461 | $135,232.23 | 1/16/2015 | IN 11448027 | 12/12/2014 | $588.79 |
| The Standard Register Company | The Standard Register Company | ACH:13461 | $135,232.23 | 1/16/2015 | IN 11449842 | 12/15/2014 | $625.22 |
| The Standard Register Company | The Standard Register Company | ACH:13251 | $266,501.86 | 1/6/2015 | 11443512 | 12/7/2014 | $8,931.88 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | ACH:13461 | $135,232.23 | 1/16/2015 | IN 11452657 | 12/18/2014 | $816.19 |
| The Standard Register Company | The Standard Register Company | ACH:13461 | $135,232.23 | 1/16/2015 | 11450833 | 12/16/2014 | $22,611.54 |
| The Standard Register Company | The Standard Register Company | ACH:13461 | $135,232.23 | 1/16/2015 | IN11449094 | 12/15/2014 | $19,428.99 |
| The Standard Register Company | The Standard Register Company | ACH:13461 | $135,232.23 | 1/16/2015 | IN11449769 | 12/15/2014 | $1,490.18 |
| The Standard Register Company | The Standard Register Company | ACH:13461 | $135,232.23 | 1/16/2015 | IN11450734 | 12/16/2014 | $3,742.78 |
| The Standard Register Company | The Standard Register Company | ACH:13461 | $135,232.23 | 1/16/2015 | IN11450735 | 12/16/2014 | $4,673.01 |
| The Standard Register Company | The Standard Register Company | ACH:13563 | $4,727.81 | 1/23/2015 | 11450834 | 12/16/2014 | $2,843.71 |
| The Standard Register Company | The Standard Register Company | ACH:13563 | $4,727.81 | 1/23/2015 | 11473415 | 1/21/2005 | $1,884.10 |
| The Standard Register Company | The Standard Register Company | ACH:13613 | $75,198.65 | 1/27/2015 | 11454472 | 12/21/2014 | $2,621.09 |
| The Standard Register Company | The Standard Register Company | ACH:13613 | $75,198.65 | 1/27/2015 | 11456805 | 12/26/2014 | $322.03 |
| The Standard Register Company | The Standard Register Company | ACH:13613 | $75,198.65 | 1/27/2015 | 11456806 | 12/26/2014 | $4,047.92 |
| The Standard Register Company | The Standard Register Company | ACH:13461 | $135,232.23 | 1/16/2015 | IN 11452656 | 12/18/2014 | $3,763.93 |
| The Standard Register Company | The Standard Register Company | ACH:13461 | $135,232.23 | 1/16/2015 | 11448037 | 12/12/2014 | $5,472.85 |
| The Standard Register Company | The Standard Register Company | ACH:12817 | $263,513.16 | 12/16/2014 | 11431981 | 11/19/2014 | $1,549.00 |
| The Standard Register Company | The Standard Register Company | ACH:13251 | $266,501.86 | 1/6/2015 | 11446220 | 12/10/2014 | $15,301.83 |
| The Standard Register Company | The Standard Register Company | ACH:13251 | $266,501.86 | 1/6/2015 | IN 11438951 | 12/1/2014 | $2,365.55 |
| The Standard Register Company | The Standard Register Company | ACH:13251 | $266,501.86 | 1/6/2015 | IN 11439624 | 12/2/2014 | $701.26 |
| The Standard Register Company | The Standard Register Company | ACH:13251 | $266,501.86 | 1/6/2015 | IN 11443628 | 12/8/2014 | $1,061.81 |
| The Standard Register Company | The Standard Register Company | ACH:13251 | $266,501.86 | 1/6/2015 | IN11439031 | 12/2/2014 | $27,920.92 |
| The Standard Register Company | The Standard Register Company | ACH:13251 | $266,501.86 | 1/6/2015 | IN11439032 | 12/2/2014 | $24,199.89 |
| The Standard Register Company | The Standard Register Company | ACH:13251 | $266,501.86 | 1/6/2015 | IN11441745 | 12/5/2014 | $2,328.26 |
| The Standard Register Company | The Standard Register Company | ACH:13251 | $266,501.86 | 1/6/2015 | IN11444459 | 12/9/2014 | $14,868.39 |
| The Standard Register Company | The Standard Register Company | ACH:13461 | $135,232.23 | 1/16/2015 | 11451821 | 12/17/2014 | $8,395.21 |
| The Standard Register Company | The Standard Register Company | ACH:13333 | $4,124.89 | 1/12/2015 | 11460178 | 1/2/2014 | $4,124.89 |
| The Standard Register Company | The Standard Register Company | ACH:13461 | $135,232.23 | 1/16/2015 | 11450835 | 12/16/2014 | $4,622.67 |
| The Standard Register Company | The Standard Register Company | ACH:13461 | $135,232.23 | 1/16/2015 | 11449858 | 12/15/2014 | $3,994.73 |
| The Standard Register Company | The Standard Register Company | ACH:13461 | $135,232.23 | 1/16/2015 | 11449859 | 12/15/2014 | $5,151.99 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | ACH:13461 | $135,232.23 | 1/16/2015 | 11449860 | 12/15/2014 | $1,132.67 |
| The Standard Register Company | The Standard Register Company | ACH:13461 | $135,232.23 | 1/16/2015 | 11449861 | 12/15/2014 | $7,230.78 |
| The Standard Register Company | The Standard Register Company | ACH:13461 | $135,232.23 | 1/16/2015 | 11449862 | 12/15/2014 | $1,981.60 |
| The Standard Register Company | The Standard Register Company | ACH:13461 | $135,232.23 | 1/16/2015 | 11449863 | 12/15/2014 | $6,124.96 |
| The Standard Register Company | The Standard Register Company | ACH:13461 | $135,232.23 | 1/16/2015 | 11449864 | 12/15/2014 | $1,372.73 |
| The Standard Register Company | The Standard Register Company | ACH:13461 | $135,232.23 | 1/16/2015 | 11449865 | 12/15/2014 | $2,123.62 |
| The Standard Register Company | The Standard Register Company | ACH:13251 | $266,501.86 | 1/6/2015 | 11445242 | 12/9/2014 | $1,219.67 |
| The Standard Register Company | The Standard Register Company | ACH:13251 | $266,501.86 | 1/6/2015 | IN1441746 | 12/5/2014 | $33,523.19 |

**Totals:**    **22 transfer(s),**    **$2,843,192.52**