

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | | | | | | |
|---|---|---|---|---|---|---|
| **Defendant:** | **General Office Industries, Inc. dba Atlas General Office Industries** | | | | | |
| **Bankruptcy Case:** | **SRC Liquidation Company** | | | | | |
| **Preference Period:** | **Dec 12, 2014 - Mar 12, 2015** | | | | | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010690 | $25,141.56 | 3/4/2015 | 27891 | 1/30/2015 | $12,179.93 |
| The Standard Register Company | The Standard Register Company | 7010690 | $25,141.56 | 3/4/2015 | 27870 | 1/27/2015 | $9,689.41 |
| The Standard Register Company | The Standard Register Company | 7010690 | $25,141.56 | 3/4/2015 | 27863 | 1/27/2015 | $3,272.22 |
| The Standard Register Company | The Standard Register Company | 7010484 | $69,511.72 | 2/19/2015 | 95873 | 1/13/2015 | $1,434.18 |
| The Standard Register Company | The Standard Register Company | 7010484 | $69,511.72 | 2/19/2015 | 27793 | 1/16/2015 | $4,726.54 |
| The Standard Register Company | The Standard Register Company | 7010484 | $69,511.72 | 2/19/2015 | 27786 | 1/15/2015 | $29,086.40 |
| The Standard Register Company | The Standard Register Company | 7010484 | $69,511.72 | 2/19/2015 | 27780 | 1/13/2015 | $11,452.77 |
| The Standard Register Company | The Standard Register Company | 7010484 | $69,511.72 | 2/19/2015 | 27774 | 1/13/2015 | $2,179.63 |
| The Standard Register Company | The Standard Register Company | 7010484 | $69,511.72 | 2/19/2015 | 27772 | 1/12/2015 | $22,782.05 |
| The Standard Register Company | The Standard Register Company | 7010229 | $14,654.50 | 2/4/2015 | 27719 | 12/29/2014 | $14,654.50 |
| The Standard Register Company | The Standard Register Company | 7010188 | $48,788.09 | 2/3/2015 | 27712 | 12/29/2014 | $10,907.40 |
| The Standard Register Company | The Standard Register Company | 7010188 | $48,788.09 | 2/3/2015 | 27707 | 12/22/2014 | $14,840.00 |
| The Standard Register Company | The Standard Register Company | 7010188 | $48,788.09 | 2/3/2015 | 27697 | 12/18/2014 | $24,549.60 |
| The Standard Register Company | The Standard Register Company | 7009552 | $6,539.35 | 1/2/2015 | 27610 | 11/25/2014 | $6,741.60 |
| The Standard Register Company | The Standard Register Company | 7009370 | $31,668.56 | 12/26/2014 | 27550 | 11/13/2014 | $32,648.00 |

Totals:      6 transfer(s),    $196,303.78

General Office Industries, Inc. dba Atlas General Office Industries (SRCATL009)
Bankruptcy Case: SRC Liquidation Company
May 3, 2016

Exhibit A

P. 1