

| | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

| | |
|---|---|
| Defendant: | **Bay State Envelope, Inc.** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010083 | $27,597.95 | 1/30/2015 | 156565 | 12/22/2014 | $181.20 |
| The Standard Register Company | The Standard Register Company | 7009904 | $23,305.18 | 1/23/2015 | 156294 | 12/17/2014 | $724.80 |
| The Standard Register Company | The Standard Register Company | 7009904 | $23,305.18 | 1/23/2015 | 156295 | 12/17/2014 | $329.63 |
| The Standard Register Company | The Standard Register Company | 7010083 | $27,597.95 | 1/30/2015 | 156436 | 12/22/2014 | $9,508.86 |
| The Standard Register Company | The Standard Register Company | 7010083 | $27,597.95 | 1/30/2015 | 156503 | 12/22/2014 | $1,109.90 |
| The Standard Register Company | The Standard Register Company | 7010083 | $27,597.95 | 1/30/2015 | 156505 | 12/22/2014 | $13,318.80 |
| The Standard Register Company | The Standard Register Company | 7010083 | $27,597.95 | 1/30/2015 | 156562 | 12/22/2014 | $530.49 |
| The Standard Register Company | The Standard Register Company | 7010137 | $16,129.40 | 2/2/2015 | 156635 | 12/23/2014 | $1,437.04 |
| The Standard Register Company | The Standard Register Company | 7010083 | $27,597.95 | 1/30/2015 | 156564 | 12/22/2014 | $150.00 |
| The Standard Register Company | The Standard Register Company | 7009904 | $23,305.18 | 1/23/2015 | 156248 | 12/17/2014 | $612.50 |
| The Standard Register Company | The Standard Register Company | 7010083 | $27,597.95 | 1/30/2015 | 156566 | 12/22/2014 | $390.00 |
| The Standard Register Company | The Standard Register Company | 7010083 | $27,597.95 | 1/30/2015 | 156567 | 12/22/2014 | $103.00 |
| The Standard Register Company | The Standard Register Company | 7010137 | $16,129.40 | 2/2/2015 | 156604 | 12/23/2014 | $135.00 |
| The Standard Register Company | The Standard Register Company | 7010137 | $16,129.40 | 2/2/2015 | 156632 | 12/23/2014 | $1,456.85 |
| The Standard Register Company | The Standard Register Company | 7010137 | $16,129.40 | 2/2/2015 | 156633 | 12/23/2014 | $1,796.30 |
| The Standard Register Company | The Standard Register Company | 7009656 | $12,448.36 | 1/6/2015 | 156002 | 12/8/2014 | $248.78 |
| The Standard Register Company | The Standard Register Company | 7010083 | $27,597.95 | 1/30/2015 | 156563 | 12/22/2014 | $2,305.70 |
| The Standard Register Company | The Standard Register Company | 7009904 | $23,305.18 | 1/23/2015 | 156187 | 12/15/2014 | $125.28 |
| The Standard Register Company | The Standard Register Company | 7009181 | $37,965.30 | 12/16/2014 | 155181 | 11/17/2014 | $589.35 |
| The Standard Register Company | The Standard Register Company | 7009835 | $195.74 | 1/21/2015 | 7009181UD | 11/17/2014 | $195.74 |
| The Standard Register Company | The Standard Register Company | 7009859 | $115,273.48 | 1/21/2015 | 156903 | 12/31/2014 | $117,626.00 |
| The Standard Register Company | The Standard Register Company | 7009904 | $23,305.18 | 1/23/2015 | 156182 | 12/15/2014 | $3,111.25 |
| The Standard Register Company | The Standard Register Company | 7009904 | $23,305.18 | 1/23/2015 | 156183 | 12/15/2014 | $481.80 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7009904 | $23,305.18 | 1/23/2015 | 156184 | 12/15/2014 | $734.60 |
| The Standard Register Company | The Standard Register Company | 7009904 | $23,305.18 | 1/23/2015 | 156250 | 12/17/2014 | $6,657.14 |
| The Standard Register Company | The Standard Register Company | 7009904 | $23,305.18 | 1/23/2015 | 156186 | 12/15/2014 | $1,696.60 |
| The Standard Register Company | The Standard Register Company | 7009904 | $23,305.18 | 1/23/2015 | 156249 | 12/17/2014 | $6,939.48 |
| The Standard Register Company | The Standard Register Company | 7009904 | $23,305.18 | 1/23/2015 | 156188 | 12/15/2014 | $10.00 |
| The Standard Register Company | The Standard Register Company | 7009904 | $23,305.18 | 1/23/2015 | 156189 | 12/15/2014 | $74.10 |
| The Standard Register Company | The Standard Register Company | 7009904 | $23,305.18 | 1/23/2015 | 156190 | 12/15/2014 | $91.00 |
| The Standard Register Company | The Standard Register Company | 7009904 | $23,305.18 | 1/23/2015 | 156191 | 12/15/2014 | $72.00 |
| The Standard Register Company | The Standard Register Company | 7009904 | $23,305.18 | 1/23/2015 | 156192 | 12/15/2014 | $155.52 |
| The Standard Register Company | The Standard Register Company | 7009904 | $23,305.18 | 1/23/2015 | 156247 | 12/17/2014 | $926.40 |
| The Standard Register Company | The Standard Register Company | 7010137 | $16,129.40 | 2/2/2015 | 156636 | 12/23/2014 | $342.93 |
| The Standard Register Company | The Standard Register Company | 7009904 | $23,305.18 | 1/23/2015 | 156185 | 12/15/2014 | $1,038.70 |
| The Standard Register Company | The Standard Register Company | 7010365 | $22,666.96 | 2/11/2015 | 157030 | 1/9/2015 | $1,832.25 |
| The Standard Register Company | The Standard Register Company | 7010238 | $24,142.30 | 2/5/2015 | 156891 | 12/31/2014 | $438.43 |
| The Standard Register Company | The Standard Register Company | 7010238 | $24,142.30 | 2/5/2015 | 7009656UD | 12/8/2014 | $108.51 |
| The Standard Register Company | The Standard Register Company | 7010365 | $22,666.96 | 2/11/2015 | 156293A | 1/5/2015 | $2,738.23 |
| The Standard Register Company | The Standard Register Company | 7010365 | $22,666.96 | 2/11/2015 | 156765A | 1/5/2015 | $1,050.00 |
| The Standard Register Company | The Standard Register Company | 7010365 | $22,666.96 | 2/11/2015 | 157026 | 1/9/2015 | $5,693.49 |
| The Standard Register Company | The Standard Register Company | 7010365 | $22,666.96 | 2/11/2015 | 157027 | 1/9/2015 | $261.28 |
| The Standard Register Company | The Standard Register Company | 7010137 | $16,129.40 | 2/2/2015 | 156634 | 12/23/2014 | $5,062.30 |
| The Standard Register Company | The Standard Register Company | 7010365 | $22,666.96 | 2/11/2015 | 157029 | 1/9/2015 | $2,933.48 |
| The Standard Register Company | The Standard Register Company | 7010238 | $24,142.30 | 2/5/2015 | 156864 | 12/31/2014 | $144.00 |
| The Standard Register Company | The Standard Register Company | 7010365 | $22,666.96 | 2/11/2015 | 157031 | 1/9/2015 | $436.25 |
| The Standard Register Company | The Standard Register Company | 7010365 | $22,666.96 | 2/11/2015 | 157032 | 1/9/2015 | $596.58 |
| The Standard Register Company | The Standard Register Company | 7010365 | $22,666.96 | 2/11/2015 | 157033 | 1/9/2015 | $682.55 |
| The Standard Register Company | The Standard Register Company | 7010365 | $22,666.96 | 2/11/2015 | 157034 | 1/9/2015 | $481.80 |
| The Standard Register Company | The Standard Register Company | 7010365 | $22,666.96 | 2/11/2015 | 157035 | 1/9/2015 | $361.35 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010365 | $22,666.96 | 2/11/2015 | 157036 | 1/9/2015 | $722.70 |
| The Standard Register Company | The Standard Register Company | 7010365 | $22,666.96 | 2/11/2015 | 157028 | 1/9/2015 | $349.00 |
| The Standard Register Company | The Standard Register Company | 7010238 | $24,142.30 | 2/5/2015 | 156762 | 12/30/2014 | $319.44 |
| The Standard Register Company | The Standard Register Company | 7010137 | $16,129.40 | 2/2/2015 | 156637 | 12/23/2014 | $332.00 |
| The Standard Register Company | The Standard Register Company | 7010137 | $16,129.40 | 2/2/2015 | 156638 | 12/23/2014 | $497.00 |
| The Standard Register Company | The Standard Register Company | 7010137 | $16,129.40 | 2/2/2015 | 156639 | 12/23/2014 | $473.40 |
| The Standard Register Company | The Standard Register Company | 7010137 | $16,129.40 | 2/2/2015 | 156640 | 12/23/2014 | $40.00 |
| The Standard Register Company | The Standard Register Company | 7010137 | $16,129.40 | 2/2/2015 | 156641 | 12/23/2014 | $18.00 |
| The Standard Register Company | The Standard Register Company | 7010137 | $16,129.40 | 2/2/2015 | 156642 | 12/23/2014 | $10.00 |
| The Standard Register Company | The Standard Register Company | 7010238 | $24,142.30 | 2/5/2015 | 156880 | 12/31/2014 | $723.76 |
| The Standard Register Company | The Standard Register Company | 7010238 | $24,142.30 | 2/5/2015 | 156761 | 12/30/2014 | $647.06 |
| The Standard Register Company | The Standard Register Company | 7010238 | $24,142.30 | 2/5/2015 | 156865 | 12/31/2014 | $1,225.95 |
| The Standard Register Company | The Standard Register Company | 7010238 | $24,142.30 | 2/5/2015 | 156763 | 12/30/2014 | $256.00 |
| The Standard Register Company | The Standard Register Company | 7010238 | $24,142.30 | 2/5/2015 | 156764 | 12/30/2014 | $237.99 |
| The Standard Register Company | The Standard Register Company | 7010238 | $24,142.30 | 2/5/2015 | 156804 | 12/31/2014 | $1,500.00 |
| The Standard Register Company | The Standard Register Company | 7010238 | $24,142.30 | 2/5/2015 | 156805 | 12/31/2014 | $10,744.66 |
| The Standard Register Company | The Standard Register Company | 7010238 | $24,142.30 | 2/5/2015 | 156808 | 12/31/2014 | $2,129.99 |
| The Standard Register Company | The Standard Register Company | 7010238 | $24,142.30 | 2/5/2015 | 156863 | 12/31/2014 | $5,666.51 |
| The Standard Register Company | The Standard Register Company | 7009656 | $12,448.36 | 1/6/2015 | 156001 | 12/8/2014 | $1,621.29 |
| The Standard Register Company | The Standard Register Company | 7010137 | $16,129.40 | 2/2/2015 | 156643 | 12/23/2014 | $5,027.08 |
| The Standard Register Company | The Standard Register Company | 7009274 | $65,028.48 | 12/22/2014 | 155470 | 11/20/2014 | $185.20 |
| The Standard Register Company | The Standard Register Company | 7009274 | $65,028.48 | 12/22/2014 | 155457 | 11/20/2014 | $77.25 |
| The Standard Register Company | The Standard Register Company | 7009274 | $65,028.48 | 12/22/2014 | 155458 | 11/20/2014 | $154.50 |
| The Standard Register Company | The Standard Register Company | 7009274 | $65,028.48 | 12/22/2014 | 155459 | 11/20/2014 | $1,699.50 |
| The Standard Register Company | The Standard Register Company | 7009274 | $65,028.48 | 12/22/2014 | 155460 | 11/20/2014 | $154.50 |
| The Standard Register Company | The Standard Register Company | 7009274 | $65,028.48 | 12/22/2014 | 155461 | 11/20/2014 | $800.00 |
| The Standard Register Company | The Standard Register Company | 7009274 | $65,028.48 | 12/22/2014 | 155463 | 11/20/2014 | $357.15 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7009372 | $122,624.80 | 12/26/2014 | 155114 | 11/13/2014 | $1,499.09 |
| The Standard Register Company | The Standard Register Company | 7009274 | $65,028.48 | 12/22/2014 | 155469 | 11/20/2014 | $10.00 |
| The Standard Register Company | The Standard Register Company | 7009274 | $65,028.48 | 12/22/2014 | 155400 | 11/20/2014 | $57,795.00 |
| The Standard Register Company | The Standard Register Company | 7009274 | $65,028.48 | 12/22/2014 | 155472 | 11/20/2014 | $189.70 |
| The Standard Register Company | The Standard Register Company | 7009274 | $65,028.48 | 12/22/2014 | 155473 | 11/20/2014 | $110.10 |
| The Standard Register Company | The Standard Register Company | 7009274 | $65,028.48 | 12/22/2014 | 155474 | 11/20/2014 | $2,578.40 |
| The Standard Register Company | The Standard Register Company | 7009274 | $65,028.48 | 12/22/2014 | 155477 | 11/20/2014 | $429.06 |
| The Standard Register Company | The Standard Register Company | 7009274 | $65,028.48 | 12/22/2014 | 155478 | 11/20/2014 | $63.00 |
| The Standard Register Company | The Standard Register Company | 7009753 | $714.76 | 1/13/2015 | 156089 | 12/11/2014 | $1,157.12 |
| The Standard Register Company | The Standard Register Company | 7009274 | $65,028.48 | 12/22/2014 | 155465 | 11/20/2014 | $371.50 |
| The Standard Register Company | The Standard Register Company | 7009181 | $37,965.30 | 12/16/2014 | 155238 | 11/17/2014 | $2,250.00 |
| The Standard Register Company | The Standard Register Company | 7009181 | $37,965.30 | 12/16/2014 | 155182 | 11/17/2014 | $4,561.20 |
| The Standard Register Company | The Standard Register Company | 7009181 | $37,965.30 | 12/16/2014 | 155183 | 11/17/2014 | $1,718.48 |
| The Standard Register Company | The Standard Register Company | 7009181 | $37,965.30 | 12/16/2014 | 155184 | 11/17/2014 | $2,164.72 |
| The Standard Register Company | The Standard Register Company | 7009181 | $37,965.30 | 12/16/2014 | 155185 | 11/17/2014 | $58.47 |
| The Standard Register Company | The Standard Register Company | 7009181 | $37,965.30 | 12/16/2014 | 155186 | 11/17/2014 | $76.26 |
| The Standard Register Company | The Standard Register Company | 7009181 | $37,965.30 | 12/16/2014 | 155207 | 11/17/2014 | $17,275.35 |
| The Standard Register Company | The Standard Register Company | 7009274 | $65,028.48 | 12/22/2014 | 155456 | 11/20/2014 | $92.88 |
| The Standard Register Company | The Standard Register Company | 7009181 | $37,965.30 | 12/16/2014 | 155237 | 11/17/2014 | $90.00 |
| The Standard Register Company | The Standard Register Company | 7009274 | $65,028.48 | 12/22/2014 | 155455 | 11/20/2014 | $77.25 |
| The Standard Register Company | The Standard Register Company | 7009181 | $37,965.30 | 12/16/2014 | 155239 | 11/17/2014 | $2,250.00 |
| The Standard Register Company | The Standard Register Company | 7009181 | $37,965.30 | 12/16/2014 | 155240 | 11/17/2014 | $2,700.00 |
| The Standard Register Company | The Standard Register Company | 7009181 | $37,965.30 | 12/16/2014 | 155241 | 11/17/2014 | $90.00 |
| The Standard Register Company | The Standard Register Company | 7009227 | $7,178.01 | 12/17/2014 | 155345 | 11/19/2014 | $2,929.80 |
| The Standard Register Company | The Standard Register Company | 7009227 | $7,178.01 | 12/17/2014 | 155346 | 11/19/2014 | $1,953.20 |
| The Standard Register Company | The Standard Register Company | 7009227 | $7,178.01 | 12/17/2014 | 155347 | 11/19/2014 | $2,441.50 |
| The Standard Register Company | The Standard Register Company | 7009372 | $122,624.80 | 12/26/2014 | 155564 | 11/24/2014 | $4,899.74 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7009181 | $37,965.30 | 12/16/2014 | 155236 | 11/17/2014 | $36,000.00 |
| The Standard Register Company | The Standard Register Company | 7009553 | $17,938.21 | 1/2/2015 | 155909 | 12/4/2014 | $640.35 |
| The Standard Register Company | The Standard Register Company | 7009502 | $6,750.98 | 12/30/2014 | 155797 | 11/30/2014 | $193.70 |
| The Standard Register Company | The Standard Register Company | 7009502 | $6,750.98 | 12/30/2014 | 155805 | 11/30/2014 | $1,326.28 |
| The Standard Register Company | The Standard Register Company | 7009502 | $6,750.98 | 12/30/2014 | 155806 | 11/30/2014 | $480.00 |
| The Standard Register Company | The Standard Register Company | 7009553 | $17,938.21 | 1/2/2015 | 155384 | 11/20/2014 | $4,881.84 |
| The Standard Register Company | The Standard Register Company | 7009553 | $17,938.21 | 1/2/2015 | 155575 | 11/25/2014 | $979.66 |
| The Standard Register Company | The Standard Register Company | 7009553 | $17,938.21 | 1/2/2015 | 155580 | 11/25/2014 | $1,613.26 |
| The Standard Register Company | The Standard Register Company | 7009274 | $65,028.48 | 12/22/2014 | 155537 | 11/20/2014 | $1,210.60 |
| The Standard Register Company | The Standard Register Company | 7009553 | $17,938.21 | 1/2/2015 | 155740 | 11/30/2014 | $2,989.81 |
| The Standard Register Company | The Standard Register Company | 7009502 | $6,750.98 | 12/30/2014 | 155737 | 11/30/2014 | $3,272.65 |
| The Standard Register Company | The Standard Register Company | 7009553 | $17,938.21 | 1/2/2015 | 155910 | 12/4/2014 | $823.30 |
| The Standard Register Company | The Standard Register Company | 7009553 | $17,938.21 | 1/2/2015 | 155911 | 12/4/2014 | $135.10 |
| The Standard Register Company | The Standard Register Company | 7009553 | $17,938.21 | 1/2/2015 | 156030 | 11/7/2014 | $4,738.75 |
| The Standard Register Company | The Standard Register Company | 7009656 | $12,448.36 | 1/6/2015 | 155963 | 12/8/2014 | $1,210.85 |
| The Standard Register Company | The Standard Register Company | 7009656 | $12,448.36 | 1/6/2015 | 155997 | 12/8/2014 | $9,599.30 |
| The Standard Register Company | The Standard Register Company | 7009656 | $12,448.36 | 1/6/2015 | 156000 | 12/8/2014 | $22.20 |
| The Standard Register Company | The Standard Register Company | 7009553 | $17,938.21 | 1/2/2015 | 155717 | 11/30/2014 | $1,502.24 |
| The Standard Register Company | The Standard Register Company | 7009372 | $122,624.80 | 12/26/2014 | 155573 | 11/24/2014 | $297.83 |
| The Standard Register Company | The Standard Register Company | 7009372 | $122,624.80 | 12/26/2014 | 155565 | 11/24/2014 | $70.40 |
| The Standard Register Company | The Standard Register Company | 7009372 | $122,624.80 | 12/26/2014 | 155566 | 11/24/2014 | $1,936.00 |
| The Standard Register Company | The Standard Register Company | 7009372 | $122,624.80 | 12/26/2014 | 155567 | 11/24/2014 | $739.20 |
| The Standard Register Company | The Standard Register Company | 7009372 | $122,624.80 | 12/26/2014 | 155568 | 11/24/2014 | $721.88 |
| The Standard Register Company | The Standard Register Company | 7009372 | $122,624.80 | 12/26/2014 | 155569 | 11/24/2014 | $122.35 |
| The Standard Register Company | The Standard Register Company | 7009372 | $122,624.80 | 12/26/2014 | 155570 | 11/24/2014 | $174.93 |
| The Standard Register Company | The Standard Register Company | 7009502 | $6,750.98 | 12/30/2014 | 155796 | 11/30/2014 | $282.02 |
| The Standard Register Company | The Standard Register Company | 7009372 | $122,624.80 | 12/26/2014 | 155572 | 11/24/2014 | $736.20 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7009502 | $6,750.98 | 12/30/2014 | 155795 | 11/30/2014 | $263.40 |
| The Standard Register Company | The Standard Register Company | 7009372 | $122,624.80 | 12/26/2014 | 155574 | 11/24/2014 | $297.83 |
| The Standard Register Company | The Standard Register Company | 7009372 | $122,624.80 | 12/26/2014 | 155639 | 11/26/2014 | $52,083.90 |
| The Standard Register Company | The Standard Register Company | 7009372 | $122,624.80 | 12/26/2014 | 155640 | 11/26/2014 | $60,549.20 |
| The Standard Register Company | The Standard Register Company | 7009502 | $6,750.98 | 12/30/2014 | 155115A | 12/1/2014 | $360.00 |
| The Standard Register Company | The Standard Register Company | 7009502 | $6,750.98 | 12/30/2014 | 155467A | 12/1/2014 | $180.00 |
| The Standard Register Company | The Standard Register Company | 7009502 | $6,750.98 | 12/30/2014 | 155736 | 11/30/2014 | $530.70 |
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157129 | 1/13/2015 | $4,228.13 |
| The Standard Register Company | The Standard Register Company | 7009372 | $122,624.80 | 12/26/2014 | 155571 | 11/24/2014 | $998.80 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158180 | 2/6/2015 | $203.75 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158168 | 2/6/2015 | $120.00 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158170 | 2/6/2015 | $24.00 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158174 | 2/6/2015 | $383.31 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158175 | 2/6/2015 | $205.40 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158176 | 2/6/2015 | $638.94 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158177 | 2/6/2015 | $139.93 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158290 | 2/10/2015 | $886.20 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158179 | 2/6/2015 | $10.00 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158161 | 2/6/2015 | $200.00 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158282 | 2/4/2015 | $2,298.56 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158283 | 2/10/2015 | $834.21 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158284A | 2/10/2015 | $1,784.27 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158286 | 2/10/2015 | $231.60 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158287 | 2/10/2015 | $553.65 |
| The Standard Register Company | The Standard Register Company | 7010365 | $22,666.96 | 2/11/2015 | 157037 | 1/9/2015 | $528.00 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158178 | 2/6/2015 | $58.25 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158075 | 1/31/2015 | $2,185.21 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158018 | 1/30/2015 | $3,922.88 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158024 | 1/31/2015 | $4,905.21 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158025 | 1/31/2015 | $212.50 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158026 | 1/31/2015 | $1,585.20 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158027 | 1/31/2015 | $92.70 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158028 | 1/31/2015 | $33.00 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158166 | 2/6/2015 | $62.80 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158071 | 1/30/2015 | $635.00 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158162 | 2/6/2015 | $332.00 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158076 | 1/31/2015 | $350.00 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158077 | 1/31/2015 | $13,772.50 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158078 | 1/31/2015 | $1,152.80 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158079 | 1/31/2015 | $2,887.50 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158156 | 2/6/2015 | $468.30 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158159 | 2/6/2015 | $400.00 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158291 | 2/10/2015 | $60.00 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158030 | 1/31/2015 | $24.00 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158888 | 2/24/2015 | $725.00 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158409 | 2/13/2015 | $469.99 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158410 | 2/13/2015 | $40.00 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158515 | 1/29/2015 | $7,219.06 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158881 | 2/24/2015 | $363.81 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158882 | 2/24/2015 | $35.00 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158883 | 2/24/2015 | $900.86 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158288 | 2/10/2015 | $926.40 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158885 | 2/24/2015 | $1,190.35 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158406 | 2/13/2015 | $1,837.50 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158939 | 2/25/2015 | $473.40 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158940 | 2/25/2015 | $492.23 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158941 | 2/25/2015 | $286.95 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158942 | 2/25/2015 | $1,381.05 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158945 | 2/25/2015 | $336.44 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158947 | 2/25/2015 | $374.98 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158884 | 2/24/2015 | $3,734.50 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158328 | 2/11/2015 | $2,880.90 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158292 | 2/10/2015 | $92.04 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158293 | 2/10/2015 | $211.53 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158297 | 2/11/2015 | $57,795.00 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158322 | 2/11/2015 | $1,014.12 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158323 | 2/11/2015 | $1,027.62 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158324 | 2/11/2015 | $75.12 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158408 | 2/13/2015 | $200.00 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158327 | 2/11/2015 | $586.85 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158407 | 2/13/2015 | $2,257.20 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158329 | 2/11/2015 | $945.00 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158330 | 2/11/2015 | $9,450.00 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158331 | 2/11/2015 | $945.00 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158332 | 2/11/2015 | $23,625.00 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158334 | 2/12/2015 | $4,848.53 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158405 | 2/13/2015 | $9,459.66 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 157925 | 1/30/2015 | $37,800.00 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158326 | 2/11/2015 | $86.45 |
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157326 | 1/16/2015 | $375.45 |
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157288 | 1/16/2015 | $1,003.75 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157289 | 1/16/2015 | $642.40 |
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157290 | 1/16/2015 | $860.70 |
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157291 | 1/16/2015 | $332.85 |
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157322 | 1/16/2015 | $52,563.00 |
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157323 | 1/16/2015 | $37,419.85 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 158017 | 1/30/2015 | $20,065.50 |
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157325 | 1/16/2015 | $17,708.73 |
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157283 | 1/16/2015 | $400.62 |
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157327 | 1/16/2015 | $375.45 |
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157328 | 1/16/2015 | $4,354.50 |
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157374 | 1/19/2015 | $20.00 |
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157375 | 1/19/2015 | $96.00 |
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157376 | 1/19/2015 | $24.00 |
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157391 | 1/20/2015 | $12,432.13 |
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157324 | 1/16/2015 | $5,324.00 |
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157156 | 1/12/2015 | $1,210.60 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 185072 | 1/30/2015 | $1,054.08 |
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157130 | 1/13/2015 | $5,584.00 |
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157131 | 1/13/2015 | $958.70 |
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157132 | 1/13/2015 | $97.37 |
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157133 | 1/13/2015 | $660.00 |
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157134 | 1/13/2015 | $2,264.00 |
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157285 | 1/16/2015 | $257.50 |
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157139 | 1/14/2015 | $1,374.73 |
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157284 | 1/16/2015 | $2,003.10 |
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157157 | 1/12/2015 | $16,000.00 |
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157158 | 1/12/2015 | $6,400.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157160 | 1/12/2015 | $5,438.51 |
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157220 | 1/15/2015 | $26,546.63 |
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157225 | 1/15/2015 | $164,917.17 |
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157282 | 1/16/2015 | $880.17 |
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157522 | 1/20/2015 | $495.83 |
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157136 | 1/14/2015 | $487.63 |
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157922 | 1/29/2015 | $10.00 |
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157512 | 1/20/2015 | $1,152.80 |
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157727 | 1/26/2015 | $2,556.00 |
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157728 | 1/26/2015 | $59,145.75 |
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157900 | 1/29/2015 | $57,169.35 |
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157918 | 1/29/2015 | $1,009.80 |
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157919 | 1/29/2015 | $4,584.30 |
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157707 | 1/23/2015 | $96.00 |
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157921 | 1/29/2015 | $66.00 |
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157706 | 1/23/2015 | $48.00 |
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157923 | 1/29/2015 | $38.40 |
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157924 | 1/29/2015 | $60.00 |
| The Standard Register Company | The Standard Register Company | 7010506 | $415.55 | 2/20/2015 | 153992 | 10/20/2014 | $415.55 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 156732 | 12/30/2014 | $873.82 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 157600 | 1/22/2015 | $1,913.51 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 157725 | 1/26/2015 | $3,783.87 |
| The Standard Register Company | The Standard Register Company | 7010365 | $22,666.96 | 2/11/2015 | 157159 | 1/5/2015 | $4,000.00 |
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157920 | 1/29/2015 | $400.00 |
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157698 | 1/23/2015 | $3,780.00 |
| The Standard Register Company | The Standard Register Company | 7010737 | $244,235.17 | 3/6/2015 | 157970 | 1/31/2015 | $803.18 |
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157523 | 1/20/2015 | $1,652.75 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157524 | 1/20/2015 | $512.80 |
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157527 | 1/20/2015 | $537.51 |
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157529 | 1/20/2015 | $32.00 |
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157575 | 1/21/2015 | $23,602.50 |
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157726 | 1/26/2015 | $482.10 |
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157697 | 1/23/2015 | $2,970.00 |
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157514 | 1/20/2015 | $1,759.50 |
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157699 | 1/23/2015 | $90.00 |
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157700 | 1/23/2015 | $183.15 |
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157701 | 1/23/2015 | $148.00 |
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157702 | 1/23/2015 | $222.00 |
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157703 | 1/23/2015 | $1,617.00 |
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157704 | 1/23/2015 | $187.50 |
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157705 | 1/23/2015 | $30.00 |
| The Standard Register Company | The Standard Register Company | 7010440 | $546,308.21 | 2/18/2015 | 157576 | 1/21/2015 | $8,427.50 |

**Totals:** **18 transfer(s),** **$1,290,918.84**