| ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Verizon Communications Inc. fdba MCI WorldCom** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 22654 | $118,770.10 | 1/30/2015 | 63126342 | 1/10/2015 | $118,770.10 |
| The Standard Register Company | The Standard Register Company | 21557 | $75,651.34 | 12/29/2014 | 62189658 | 12/10/2014 | $75,651.34 |
| The Standard Register Company | The Standard Register Company | 21558 | $4,450.33 | 12/29/2014 | 62189659 | 12/10/2014 | $4,450.33 |
| The Standard Register Company | The Standard Register Company | 21559 | $4,443.78 | 12/29/2014 | 62444253 | 12/10/2014 | $4,443.78 |
| The Standard Register Company | The Standard Register Company | 21560 | $664.68 | 12/29/2014 | 62393669 | 12/10/2014 | $664.68 |
| The Standard Register Company | The Standard Register Company | 21793 | $10,133.14 | 1/7/2015 | 62350437 | 12/10/2014 | $10,133.14 |
| The Standard Register Company | The Standard Register Company | 22651 | $240.44 | 1/30/2015 | 63095036 | 1/10/2015 | $240.44 |
| The Standard Register Company | The Standard Register Company | 21556 | $243.80 | 12/29/2014 | 62158281 | 12/10/2014 | $243.80 |
| The Standard Register Company | The Standard Register Company | 22653 | $10,149.35 | 1/30/2015 | 63286910 | 1/10/2015 | $10,149.35 |
| The Standard Register Company | The Standard Register Company | 23534 | $113,212.17 | 3/5/2015 | 64060692 | 2/10/2015 | $113,212.17 |
| The Standard Register Company | The Standard Register Company | 22655 | $667.59 | 1/30/2015 | 63329983 | 1/10/2015 | $667.59 |
| The Standard Register Company | The Standard Register Company | 22656 | $4,444.87 | 1/30/2015 | 63380324 | 1/10/2015 | $4,444.87 |
| The Standard Register Company | The Standard Register Company | 23410 | $243.89 | 3/3/2015 | 64030276 | 2/10/2015 | $243.89 |
| The Standard Register Company | The Standard Register Company | 23411 | $4,475.61 | 3/3/2015 | 64060693 | 2/10/2015 | $4,475.61 |
| The Standard Register Company | The Standard Register Company | 23412 | $10,149.35 | 2/26/2015 | 64221160 | 2/10/2015 | $10,149.35 |
| The Standard Register Company | The Standard Register Company | 23413 | $667.59 | 2/26/2015 | 64264212 | 2/10/2015 | $667.59 |
| The Standard Register Company | The Standard Register Company | 23414 | $4,445.12 | 2/26/2015 | 64314503 | 2/10/2015 | $4,445.12 |
| The Standard Register Company | The Standard Register Company | 22652 | $4,475.61 | 1/30/2015 | 63126343 | 1/10/2015 | $4,475.61 |

**Totals:**    **18 transfer(s),    $367,528.76**