

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|
| Defendant: | **Xerox Corporation dba BenefitWallet** | | |
| Bankruptcy Case: | **SRC Liquidation Company** | | |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** | | |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010718 | $38,935.59 | 3/5/2015 | CKRQ030415 | 3/4/2015 | $38,935.59 |
| The Standard Register Company | The Standard Register Company | 7010563 | $38,695.05 | 2/25/2015 | CKRQ022515 | 2/25/2015 | $38,695.05 |
| The Standard Register Company | The Standard Register Company | 7010301 | $37,614.21 | 2/6/2015 | CKRQ020415 | 2/4/2015 | $37,614.21 |
| The Standard Register Company | The Standard Register Company | 7009937 | $37,614.21 | 1/23/2015 | CKRQ012115 | 1/21/2015 | $37,614.21 |
| The Standard Register Company | The Standard Register Company | 7009704 | $37,423.19 | 1/8/2015 | CKRQ010715 | 1/7/2015 | $37,423.19 |
| The Standard Register Company | The Standard Register Company | 7009424 | $46,807.75 | 12/26/2014 | CKRQ122614 | 12/26/2014 | $46,807.75 |

**Totals:** 6 transfer(s), $237,090.00