

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **United Radio Incorporated dba BlueStar Inc.** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1086204 | $9,445.75 | 12/29/2014 | 3661550 | 11/12/2014 | $526.53 |
| The Standard Register Company | The Standard Register Company | 1088407 | $10,818.21 | 1/5/2015 | 3675665 | 11/21/2014 | $101.23 |
| The Standard Register Company | The Standard Register Company | 1086807 | $8,986.11 | 12/30/2014 | 3663762 | 11/13/2014 | $58.31 |
| The Standard Register Company | The Standard Register Company | 1086807 | $8,986.11 | 12/30/2014 | 3663742 | 11/13/2014 | $2,281.53 |
| The Standard Register Company | The Standard Register Company | 1086807 | $8,986.11 | 12/30/2014 | 3663332 | 11/13/2014 | $253.39 |
| The Standard Register Company | The Standard Register Company | 1086807 | $8,986.11 | 12/30/2014 | 3662958 | 11/13/2014 | $101.23 |
| The Standard Register Company | The Standard Register Company | 1086807 | $8,986.11 | 12/30/2014 | 3662774 | 11/13/2014 | $1,164.16 |
| The Standard Register Company | The Standard Register Company | 1086807 | $8,986.11 | 12/30/2014 | 3662314 | 11/13/2014 | $403.82 |
| The Standard Register Company | The Standard Register Company | 1086807 | $8,986.11 | 12/30/2014 | 3662261 | 11/13/2014 | $893.40 |
| The Standard Register Company | The Standard Register Company | 1086807 | $8,986.11 | 12/30/2014 | 3662162 | 11/13/2014 | $362.67 |
| The Standard Register Company | The Standard Register Company | 1086807 | $8,986.11 | 12/30/2014 | 3662154 | 11/13/2014 | $188.80 |
| The Standard Register Company | The Standard Register Company | 1086807 | $8,986.11 | 12/30/2014 | 3662134 | 11/13/2014 | $362.22 |
| The Standard Register Company | The Standard Register Company | 1086807 | $8,986.11 | 12/30/2014 | 3664076 | 11/14/2014 | $772.51 |
| The Standard Register Company | The Standard Register Company | 1086204 | $9,445.75 | 12/29/2014 | 3675760 | 11/12/2014 | $155.96 |
| The Standard Register Company | The Standard Register Company | 1086807 | $8,986.11 | 12/30/2014 | 3664166 | 11/14/2014 | $101.23 |
| The Standard Register Company | The Standard Register Company | 1086204 | $9,445.75 | 12/29/2014 | 3661242 | 11/12/2014 | $504.66 |
| The Standard Register Company | The Standard Register Company | 1086204 | $9,445.75 | 12/29/2014 | 3660449 | 11/12/2014 | $197.78 |
| The Standard Register Company | The Standard Register Company | 1086204 | $9,445.75 | 12/29/2014 | 3660151 | 11/12/2014 | $34.59 |
| The Standard Register Company | The Standard Register Company | 1086204 | $9,445.75 | 12/29/2014 | 3660122 | 11/12/2014 | $3,742.32 |
| The Standard Register Company | The Standard Register Company | 1086204 | $9,445.75 | 12/29/2014 | 3659370 | 11/11/2014 | $702.04 |
| The Standard Register Company | The Standard Register Company | 1086204 | $9,445.75 | 12/29/2014 | 3658519 | 11/11/2014 | $4,036.73 |
| The Standard Register Company | The Standard Register Company | 1086204 | $9,445.75 | 12/29/2014 | 3658446 | 11/11/2014 | $251.79 |
| The Standard Register Company | The Standard Register Company | 1085855 | $85.09 | 12/29/2014 | 3657733 | 11/10/2014 | $34.59 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1085855 | $85.09 | 12/29/2014 | 3657426 | 11/10/2014 | $34.59 |
| The Standard Register Company | The Standard Register Company | 1085855 | $85.09 | 12/29/2014 | 3656800 | 11/10/2014 | $99.11 |
| The Standard Register Company | The Standard Register Company | 1085855 | $85.09 | 12/29/2014 | 3655839 | 11/10/2014 | $40.67 |
| The Standard Register Company | The Standard Register Company | 1086807 | $8,986.11 | 12/30/2014 | 3661992 | 11/13/2014 | $465.00 |
| The Standard Register Company | The Standard Register Company | 1087826 | $28,914.61 | 1/2/2015 | 3670109 | 11/19/2014 | $1,662.75 |
| The Standard Register Company | The Standard Register Company | 1083402 | $37,606.24 | 12/15/2014 | 3644029 | 10/31/2014 | $1,283.25 |
| The Standard Register Company | The Standard Register Company | 1088407 | $10,818.21 | 1/5/2015 | 3675077 | 11/21/2014 | $148.87 |
| The Standard Register Company | The Standard Register Company | 1088407 | $10,818.21 | 1/5/2015 | 3674753 | 11/21/2014 | $72.76 |
| The Standard Register Company | The Standard Register Company | 1088407 | $10,818.21 | 1/5/2015 | 3674267 | 11/21/2014 | $290.48 |
| The Standard Register Company | The Standard Register Company | 1088407 | $10,818.21 | 1/5/2015 | 3673926 | 11/20/2014 | $115.12 |
| The Standard Register Company | The Standard Register Company | 1088407 | $10,818.21 | 1/5/2015 | 3671990 | 11/20/2014 | $2,994.25 |
| The Standard Register Company | The Standard Register Company | 1088407 | $10,818.21 | 1/5/2015 | 3671988 | 11/20/2014 | $2,138.75 |
| The Standard Register Company | The Standard Register Company | 1088407 | $10,818.21 | 1/5/2015 | 3671815 | 11/20/2014 | $427.75 |
| The Standard Register Company | The Standard Register Company | 1088407 | $10,818.21 | 1/5/2015 | 3671814 | 11/20/2014 | $1,283.25 |
| The Standard Register Company | The Standard Register Company | 1087826 | $28,914.61 | 1/2/2015 | 3670905 | 11/19/2014 | $519.41 |
| The Standard Register Company | The Standard Register Company | 1087826 | $28,914.61 | 1/2/2015 | 3670803 | 11/19/2014 | $351.02 |
| The Standard Register Company | The Standard Register Company | 1086807 | $8,986.11 | 12/30/2014 | 3663763 | 11/13/2014 | $56.11 |
| The Standard Register Company | The Standard Register Company | 1087826 | $28,914.61 | 1/2/2015 | 3670131 | 11/19/2014 | $4,988.25 |
| The Standard Register Company | The Standard Register Company | 1085855 | $85.09 | 12/29/2014 | 3655832 | 11/10/2014 | $58.31 |
| The Standard Register Company | The Standard Register Company | 1087826 | $28,914.61 | 1/2/2015 | 3670098 | 11/19/2014 | $11,639.25 |
| The Standard Register Company | The Standard Register Company | 1087826 | $28,914.61 | 1/2/2015 | 3670081 | 11/19/2014 | $8,313.75 |
| The Standard Register Company | The Standard Register Company | 1087826 | $28,914.61 | 1/2/2015 | 3670004 | 11/19/2014 | $101.23 |
| The Standard Register Company | The Standard Register Company | 1087826 | $28,914.61 | 1/2/2015 | 3669015 | 11/18/2014 | $262.35 |
| The Standard Register Company | The Standard Register Company | 1087826 | $28,914.61 | 1/2/2015 | 3668388 | 11/18/2014 | $62.53 |
| The Standard Register Company | The Standard Register Company | 1087826 | $28,914.61 | 1/2/2015 | 3668110 | 11/18/2014 | $3,082.78 |
| The Standard Register Company | The Standard Register Company | 1086807 | $8,986.11 | 12/30/2014 | 3667563 | 11/17/2014 | $619.41 |
| The Standard Register Company | The Standard Register Company | 1086807 | $8,986.11 | 12/30/2014 | 3666835 | 11/17/2014 | $101.67 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1086807 | $8,986.11 | 12/30/2014 | 3666021 | 11/17/2014 | $310.00 |
| The Standard Register Company | The Standard Register Company | 1086807 | $8,986.11 | 12/30/2014 | 3664535 | 11/14/2014 | $485.13 |
| The Standard Register Company | The Standard Register Company | 1086807 | $8,986.11 | 12/30/2014 | 3664367 | 11/14/2014 | $648.30 |
| The Standard Register Company | The Standard Register Company | 1087826 | $28,914.61 | 1/2/2015 | 3670268 | 11/19/2014 | $101.23 |
| The Standard Register Company | The Standard Register Company | 1084024 | $10,793.82 | 12/15/2014 | 3647002 | 11/3/2014 | $99.11 |
| The Standard Register Company | The Standard Register Company | 1083402 | $37,606.24 | 12/15/2014 | 3644010 | 10/31/2014 | $2,138.75 |
| The Standard Register Company | The Standard Register Company | 1083402 | $37,606.24 | 12/15/2014 | 3644009 | 10/31/2014 | $2,138.75 |
| The Standard Register Company | The Standard Register Company | 1083402 | $37,606.24 | 12/15/2014 | 3643956 | 10/31/2014 | $2,138.75 |
| The Standard Register Company | The Standard Register Company | 1083402 | $37,606.24 | 12/15/2014 | 3643955 | 10/31/2014 | $1,283.25 |
| The Standard Register Company | The Standard Register Company | 1083402 | $37,606.24 | 12/15/2014 | 3643954 | 10/31/2014 | $2,138.75 |
| The Standard Register Company | The Standard Register Company | 1083402 | $37,606.24 | 12/15/2014 | 3643953 | 10/31/2014 | $1,283.25 |
| The Standard Register Company | The Standard Register Company | 1083402 | $37,606.24 | 12/15/2014 | 3643952 | 10/31/2014 | $2,138.75 |
| The Standard Register Company | The Standard Register Company | 1083402 | $37,606.24 | 12/15/2014 | 3643951 | 10/31/2014 | $2,566.50 |
| The Standard Register Company | The Standard Register Company | 1084024 | $10,793.82 | 12/15/2014 | 3647930 | 11/3/2014 | $1,027.20 |
| The Standard Register Company | The Standard Register Company | 1084024 | $10,793.82 | 12/15/2014 | 3647885 | 11/3/2014 | $85.62 |
| The Standard Register Company | The Standard Register Company | 1084024 | $10,793.82 | 12/15/2014 | 3647765 | 11/3/2014 | $1,053.06 |
| The Standard Register Company | The Standard Register Company | 1085855 | $85.09 | 12/29/2014 | 3655837 | 11/10/2014 | $488.11 |
| The Standard Register Company | The Standard Register Company | 1084024 | $10,793.82 | 12/15/2014 | 3647040 | 11/3/2014 | $80.04 |
| The Standard Register Company | The Standard Register Company | 1084024 | $10,793.82 | 12/15/2014 | 3647960 | 11/3/2014 | $847.98 |
| The Standard Register Company | The Standard Register Company | 1084024 | $10,793.82 | 12/15/2014 | 3646746 | 11/3/2014 | $56.11 |
| The Standard Register Company | The Standard Register Company | 1084024 | $10,793.82 | 12/15/2014 | 3646465 | 11/3/2014 | $427.75 |
| The Standard Register Company | The Standard Register Company | 1084024 | $10,793.82 | 12/15/2014 | 3646192 | 11/3/2014 | $878.88 |
| The Standard Register Company | The Standard Register Company | 1084024 | $10,793.82 | 12/15/2014 | 3646183 | 11/3/2014 | $6,844.00 |
| The Standard Register Company | The Standard Register Company | 1083843 | $1,031.85 | 12/15/2014 | 3663667 | 11/1/2014 | $1,109.52 |
| The Standard Register Company | The Standard Register Company | 1083402 | $37,606.24 | 12/15/2014 | 3645603 | 10/31/2014 | $391.52 |
| The Standard Register Company | The Standard Register Company | 1083402 | $37,606.24 | 12/15/2014 | 3644374 | 10/31/2014 | $691.36 |
| The Standard Register Company | The Standard Register Company | 1083402 | $37,606.24 | 12/15/2014 | 3644117 | 10/31/2014 | $8,127.25 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1083402 | $37,606.24 | 12/15/2014 | 3644034 | 10/31/2014 | $4,277.50 |
| The Standard Register Company | The Standard Register Company | 1083402 | $37,606.24 | 12/15/2014 | 3644031 | 10/31/2014 | $3,422.00 |
| The Standard Register Company | The Standard Register Company | 1083402 | $37,606.24 | 12/15/2014 | 3644030 | 10/31/2014 | $2,566.50 |
| The Standard Register Company | The Standard Register Company | 1084024 | $10,793.82 | 12/15/2014 | 3647071 | 11/3/2014 | $99.11 |
| The Standard Register Company | The Standard Register Company | 1084365 | $3,533.46 | 12/16/2014 | 3651849 | 11/5/2014 | $756.00 |
| The Standard Register Company | The Standard Register Company | 1088407 | $10,818.21 | 1/5/2015 | 3675851 | 11/21/2014 | $16.74 |
| The Standard Register Company | The Standard Register Company | 1085261 | $2,140.04 | 12/22/2014 | 3655764 | 11/7/2014 | $1,418.06 |
| The Standard Register Company | The Standard Register Company | 1085261 | $2,140.04 | 12/22/2014 | 3655665 | 11/7/2014 | $56.11 |
| The Standard Register Company | The Standard Register Company | 1085261 | $2,140.04 | 12/22/2014 | 3655648 | 11/7/2014 | $101.23 |
| The Standard Register Company | The Standard Register Company | 1085261 | $2,140.04 | 12/22/2014 | 3655262 | 11/7/2014 | $55.88 |
| The Standard Register Company | The Standard Register Company | 1085261 | $2,140.04 | 12/22/2014 | 3655260 | 11/7/2014 | $34.59 |
| The Standard Register Company | The Standard Register Company | 1085261 | $2,140.04 | 12/22/2014 | 3654997 | 11/7/2014 | $27.94 |
| The Standard Register Company | The Standard Register Company | 1085261 | $2,140.04 | 12/22/2014 | 3654695 | 11/7/2014 | $99.11 |
| The Standard Register Company | The Standard Register Company | 1085261 | $2,140.04 | 12/22/2014 | 3654332 | 11/7/2014 | $498.75 |
| The Standard Register Company | The Standard Register Company | 1084869 | $1,775.49 | 12/16/2014 | 3653722 | 11/6/2014 | $823.86 |
| The Standard Register Company | The Standard Register Company | 1084869 | $1,775.49 | 12/16/2014 | 3653449 | 11/6/2014 | $228.39 |
| The Standard Register Company | The Standard Register Company | 1083402 | $37,606.24 | 12/15/2014 | 3644027 | 10/31/2014 | $1,711.00 |
| The Standard Register Company | The Standard Register Company | 1084365 | $3,533.46 | 12/16/2014 | 3651851 | 11/5/2014 | $894.42 |
| The Standard Register Company | The Standard Register Company | 1083402 | $37,606.24 | 12/15/2014 | 3644028 | 10/31/2014 | $2,138.75 |
| The Standard Register Company | The Standard Register Company | 1084365 | $3,533.46 | 12/16/2014 | 3651645 | 11/5/2014 | $195.74 |
| The Standard Register Company | The Standard Register Company | 1084365 | $3,533.46 | 12/16/2014 | 3651396 | 11/5/2014 | $101.23 |
| The Standard Register Company | The Standard Register Company | 1084365 | $3,533.46 | 12/16/2014 | 3651269 | 11/5/2014 | $484.37 |
| The Standard Register Company | The Standard Register Company | 1084365 | $3,533.46 | 12/16/2014 | 3651178 | 11/5/2014 | $56.11 |
| The Standard Register Company | The Standard Register Company | 1084365 | $3,533.46 | 12/16/2014 | 3650620 | 11/5/2014 | $360.67 |
| The Standard Register Company | The Standard Register Company | 1084365 | $3,533.46 | 12/16/2014 | 3650517 | 11/5/2014 | $105.24 |
| The Standard Register Company | The Standard Register Company | 1084365 | $3,533.46 | 12/16/2014 | 3650362 | 11/5/2014 | $500.40 |
| The Standard Register Company | The Standard Register Company | 1084365 | $3,533.46 | 12/16/2014 | 3649744 | 11/4/2014 | $101.23 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1084365 | $3,533.46 | 12/16/2014 | 3649722 | 11/4/2014 | $175.51 |
| The Standard Register Company | The Standard Register Company | 1084365 | $3,533.46 | 12/16/2014 | 3649302 | 11/4/2014 | $56.11 |
| The Standard Register Company | The Standard Register Company | 1084024 | $10,793.82 | 12/15/2014 | 3648048 | 11/3/2014 | $101.04 |
| The Standard Register Company | The Standard Register Company | 1085855 | $85.09 | 12/29/2014 | 3655834 | 11/10/2014 | $56.11 |
| The Standard Register Company | The Standard Register Company | 1084869 | $1,775.49 | 12/16/2014 | 3652477 | 11/6/2014 | $854.60 |
| The Standard Register Company | The Standard Register Company | 1093451 | $2,678.33 | 2/4/2015 | 3698831 | 12/10/2014 | $139.11 |
| The Standard Register Company | The Standard Register Company | 1088407 | $10,818.21 | 1/5/2015 | 3675109 | 11/21/2014 | $99.11 |
| The Standard Register Company | The Standard Register Company | 1094334 | $2,430.93 | 2/6/2015 | 3704499 | 12/15/2014 | $201.04 |
| The Standard Register Company | The Standard Register Company | 1094334 | $2,430.93 | 2/6/2015 | 3703882 | 12/15/2014 | $1,053.06 |
| The Standard Register Company | The Standard Register Company | 1094334 | $2,430.93 | 2/6/2015 | 3703875 | 12/15/2014 | $351.02 |
| The Standard Register Company | The Standard Register Company | 1094334 | $2,430.93 | 2/6/2015 | 3703467 | 12/15/2014 | $175.51 |
| The Standard Register Company | The Standard Register Company | 1093781 | $7,340.36 | 2/4/2015 | 3702672 | 12/12/2014 | $148.84 |
| The Standard Register Company | The Standard Register Company | 1093781 | $7,340.36 | 2/4/2015 | 3702636 | 12/12/2014 | $7,146.00 |
| The Standard Register Company | The Standard Register Company | 1093781 | $7,340.36 | 2/4/2015 | 3702520 | 12/12/2014 | $34.55 |
| The Standard Register Company | The Standard Register Company | 1093781 | $7,340.36 | 2/4/2015 | 3702226 | 12/12/2014 | $351.02 |
| The Standard Register Company | The Standard Register Company | 1093781 | $7,340.36 | 2/4/2015 | 3701451 | 12/12/2014 | $175.51 |
| The Standard Register Company | The Standard Register Company | 1093781 | $7,340.36 | 2/4/2015 | 3701101 | 12/11/2014 | $34.55 |
| The Standard Register Company | The Standard Register Company | 1094334 | $2,430.93 | 2/6/2015 | 3705137 | 12/15/2014 | $115.08 |
| The Standard Register Company | The Standard Register Company | 1093451 | $2,678.33 | 2/4/2015 | 3698962 | 12/10/2014 | $9.46 |
| The Standard Register Company | The Standard Register Company | 1094334 | $2,430.93 | 2/6/2015 | 3705228 | 12/15/2014 | $538.51 |
| The Standard Register Company | The Standard Register Company | 1093451 | $2,678.33 | 2/4/2015 | 3698643 | 12/10/2014 | $376.25 |
| The Standard Register Company | The Standard Register Company | 1093451 | $2,678.33 | 2/4/2015 | 3697762 | 12/10/2014 | $504.62 |
| The Standard Register Company | The Standard Register Company | 1093451 | $2,678.33 | 2/4/2015 | 3697733 | 12/10/2014 | $267.28 |
| The Standard Register Company | The Standard Register Company | 1093451 | $2,678.33 | 2/4/2015 | 3697629 | 12/10/2014 | $1,053.06 |
| The Standard Register Company | The Standard Register Company | 1093101 | $5,247.99 | 2/2/2015 | 3696148 | 12/9/2014 | $465.10 |
| The Standard Register Company | The Standard Register Company | 1093101 | $5,247.99 | 2/2/2015 | 3695926 | 12/9/2014 | $103.38 |
| The Standard Register Company | The Standard Register Company | 1093101 | $5,247.99 | 2/2/2015 | 3695245 | 12/9/2014 | $900.44 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1093101 | $5,247.99 | 2/2/2015 | 3695110 | 12/9/2014 | $1,755.10 |
| The Standard Register Company | The Standard Register Company | 1093101 | $5,247.99 | 2/2/2015 | 3694984 | 12/9/2014 | $4,563.26 |
| The Standard Register Company | The Standard Register Company | 1093101 | $5,247.99 | 2/2/2015 | 3694945 | 12/9/2014 | $196.24 |
| The Standard Register Company | The Standard Register Company | 1092647 | $3,507.80 | 2/2/2015 | 3694756 | 12/8/2014 | $382.99 |
| The Standard Register Company | The Standard Register Company | 1093451 | $2,678.33 | 2/4/2015 | 3699069 | 12/10/2014 | $526.53 |
| The Standard Register Company | The Standard Register Company | 1095051 | $16,395.03 | 2/9/2015 | 3710126 | 12/18/2014 | $90.09 |
| The Standard Register Company | The Standard Register Company | 1096382 | $530.77 | 2/17/2015 | 3706635 | 12/16/2014 | $305.94 |
| The Standard Register Company | The Standard Register Company | 1095993 | $2,143.47 | 2/11/2015 | 3715315 | 12/22/2014 | $1,249.32 |
| The Standard Register Company | The Standard Register Company | 1095993 | $2,143.47 | 2/11/2015 | 3714555 | 12/22/2014 | $1,053.06 |
| The Standard Register Company | The Standard Register Company | 1095597 | $2,571.46 | 2/10/2015 | 3713279 | 12/19/2014 | $305.94 |
| The Standard Register Company | The Standard Register Company | 1095597 | $2,571.46 | 2/10/2015 | 3711491 | 12/19/2014 | $56.07 |
| The Standard Register Company | The Standard Register Company | 1095597 | $2,571.46 | 2/10/2015 | 3711490 | 12/19/2014 | $186.56 |
| The Standard Register Company | The Standard Register Company | 1095597 | $2,571.46 | 2/10/2015 | 3711461 | 12/19/2014 | $56.07 |
| The Standard Register Company | The Standard Register Company | 1095597 | $2,571.46 | 2/10/2015 | 3711460 | 12/19/2014 | $1,053.06 |
| The Standard Register Company | The Standard Register Company | 1095597 | $2,571.46 | 2/10/2015 | 3711441 | 12/19/2014 | $1,103.34 |
| The Standard Register Company | The Standard Register Company | 1095051 | $16,395.03 | 2/9/2015 | 3711395 | 12/18/2014 | $101.19 |
| The Standard Register Company | The Standard Register Company | 1095051 | $16,395.03 | 2/9/2015 | 3711182 | 12/18/2014 | $526.53 |
| The Standard Register Company | The Standard Register Company | 1094334 | $2,430.93 | 2/6/2015 | 3704505 | 12/15/2014 | $175.51 |
| The Standard Register Company | The Standard Register Company | 1095051 | $16,395.03 | 2/9/2015 | 3711031 | 12/18/2014 | $306.32 |
| The Standard Register Company | The Standard Register Company | 1092647 | $3,507.80 | 2/2/2015 | 3692976 | 12/8/2014 | $266.50 |
| The Standard Register Company | The Standard Register Company | 1095051 | $16,395.03 | 2/9/2015 | 3708941 | 12/17/2014 | $504.62 |
| The Standard Register Company | The Standard Register Company | 1095051 | $16,395.03 | 2/9/2015 | 3708835 | 12/17/2014 | $1,404.08 |
| The Standard Register Company | The Standard Register Company | 1095051 | $16,395.03 | 2/9/2015 | 3708706 | 12/17/2014 | $70.47 |
| The Standard Register Company | The Standard Register Company | 1095051 | $16,395.03 | 2/9/2015 | 3708127 | 12/17/2014 | $13,270.66 |
| The Standard Register Company | The Standard Register Company | 1095051 | $16,395.03 | 2/9/2015 | 3707961 | 12/17/2014 | $134.49 |
| The Standard Register Company | The Standard Register Company | 1095051 | $16,395.03 | 2/9/2015 | 3707780 | 12/17/2014 | $780.73 |
| The Standard Register Company | The Standard Register Company | 1094714 | $2,082.18 | 2/9/2015 | 3706802 | 12/16/2014 | $175.51 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1094714 | $2,082.18 | 2/9/2015 | 3705953 | 12/16/2014 | $877.55 |
| The Standard Register Company | The Standard Register Company | 1094714 | $2,082.18 | 2/9/2015 | 3705776 | 12/16/2014 | $369.84 |
| The Standard Register Company | The Standard Register Company | 1094714 | $2,082.18 | 2/9/2015 | 3705713 | 12/16/2014 | $364.62 |
| The Standard Register Company | The Standard Register Company | 1094714 | $2,082.18 | 2/9/2015 | 3705642 | 12/16/2014 | $450.13 |
| The Standard Register Company | The Standard Register Company | 1095051 | $16,395.03 | 2/9/2015 | 3711130 | 12/18/2014 | $406.80 |
| The Standard Register Company | The Standard Register Company | 1089056 | $6,109.05 | 1/5/2015 | 3679385 | 11/25/2014 | $2,700.78 |
| The Standard Register Company | The Standard Register Company | 1091476 | $9,992.82 | 1/26/2015 | 3687897 | 12/3/2014 | $2,281.45 |
| The Standard Register Company | The Standard Register Company | 1091476 | $9,992.82 | 1/26/2015 | 3687672 | 12/3/2014 | $360.63 |
| The Standard Register Company | The Standard Register Company | 1090987 | $2,674.26 | 1/20/2015 | 3686705 | 12/2/2014 | $667.20 |
| The Standard Register Company | The Standard Register Company | 1090987 | $2,674.26 | 1/20/2015 | 3686259 | 12/2/2014 | $175.51 |
| The Standard Register Company | The Standard Register Company | 1090987 | $2,674.26 | 1/20/2015 | 3686041 | 12/2/2014 | $148.84 |
| The Standard Register Company | The Standard Register Company | 1090987 | $2,674.26 | 1/20/2015 | 3685546 | 12/2/2014 | $131.20 |
| The Standard Register Company | The Standard Register Company | 1090987 | $2,674.26 | 1/20/2015 | 3685242 | 12/2/2014 | $1,755.10 |
| The Standard Register Company | The Standard Register Company | 1090987 | $2,674.26 | 1/20/2015 | 3684670 | 12/1/2014 | $68.48 |
| The Standard Register Company | The Standard Register Company | 1089684 | $7,002.62 | 1/12/2015 | 3682288 | 11/26/2014 | $6,502.50 |
| The Standard Register Company | The Standard Register Company | 1089684 | $7,002.62 | 1/12/2015 | 3682109 | 11/26/2014 | $1,027.20 |
| The Standard Register Company | The Standard Register Company | 1089056 | $6,109.05 | 1/5/2015 | 3680209 | 11/25/2014 | $351.02 |
| The Standard Register Company | The Standard Register Company | 1092647 | $3,507.80 | 2/2/2015 | 3694645 | 12/8/2014 | $890.14 |
| The Standard Register Company | The Standard Register Company | 1089056 | $6,109.05 | 1/5/2015 | 3679829 | 11/25/2014 | $351.02 |
| The Standard Register Company | The Standard Register Company | 1091476 | $9,992.82 | 1/26/2015 | 3688162 | 12/3/2014 | $256.91 |
| The Standard Register Company | The Standard Register Company | 1089056 | $6,109.05 | 1/5/2015 | 3679127 | 11/25/2014 | $115.12 |
| The Standard Register Company | The Standard Register Company | 1089056 | $6,109.05 | 1/5/2015 | 3677676 | 11/24/2014 | $586.42 |
| The Standard Register Company | The Standard Register Company | 1089056 | $6,109.05 | 1/5/2015 | 3677495 | 11/24/2014 | $1,109.52 |
| The Standard Register Company | The Standard Register Company | 1089056 | $6,109.05 | 1/5/2015 | 3677441 | 11/24/2014 | $504.66 |
| The Standard Register Company | The Standard Register Company | 1089056 | $6,109.05 | 1/5/2015 | 3677312 | 11/24/2014 | $785.75 |
| The Standard Register Company | The Standard Register Company | 1088407 | $10,818.21 | 1/5/2015 | 3676264 | 11/21/2014 | $684.80 |
| The Standard Register Company | The Standard Register Company | 1088407 | $10,818.21 | 1/5/2015 | 3676258 | 11/21/2014 | $1,768.93 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1088407 | $10,818.21 | 1/5/2015 | 3676244 | 11/21/2014 | $56.11 |
| The Standard Register Company | The Standard Register Company | 1088407 | $10,818.21 | 1/5/2015 | 3676199 | 11/21/2014 | $56.11 |
| The Standard Register Company | The Standard Register Company | 1088407 | $10,818.21 | 1/5/2015 | 3676044 | 11/21/2014 | $485.70 |
| The Standard Register Company | The Standard Register Company | 1088407 | $10,818.21 | 1/5/2015 | 3675995 | 11/21/2014 | $877.55 |
| The Standard Register Company | The Standard Register Company | 1089056 | $6,109.05 | 1/5/2015 | 3679840 | 11/25/2014 | $58.31 |
| The Standard Register Company | The Standard Register Company | 1091894 | $26,700.71 | 1/26/2015 | 3689511 | 12/4/2014 | $22,455.00 |
| The Standard Register Company | The Standard Register Company | 1096382 | $530.77 | 2/17/2015 | 3716905 | 12/23/2014 | $262.31 |
| The Standard Register Company | The Standard Register Company | 1092186 | $8,135.65 | 1/28/2015 | 3692084 | 12/5/2014 | $773.69 |
| The Standard Register Company | The Standard Register Company | 1092186 | $8,135.65 | 1/28/2015 | 3690941 | 12/5/2014 | $6,416.25 |
| The Standard Register Company | The Standard Register Company | 1092186 | $8,135.65 | 1/28/2015 | 3690940 | 12/5/2014 | $427.75 |
| The Standard Register Company | The Standard Register Company | 1092186 | $8,135.65 | 1/28/2015 | 3679777 | 11/25/2014 | $1,127.46 |
| The Standard Register Company | The Standard Register Company | 1091894 | $26,700.71 | 1/26/2015 | 3690688 | 12/4/2014 | $186.56 |
| The Standard Register Company | The Standard Register Company | 1091894 | $26,700.71 | 1/26/2015 | 3690614 | 12/4/2014 | $538.51 |
| The Standard Register Company | The Standard Register Company | 1091894 | $26,700.71 | 1/26/2015 | 3690591 | 12/4/2014 | $2,496.39 |
| The Standard Register Company | The Standard Register Company | 1091894 | $26,700.71 | 1/26/2015 | 3690506 | 12/4/2014 | $99.11 |
| The Standard Register Company | The Standard Register Company | 1091894 | $26,700.71 | 1/26/2015 | 3690393 | 12/4/2014 | $188.75 |
| The Standard Register Company | The Standard Register Company | 1091894 | $26,700.71 | 1/26/2015 | 3690355 | 12/4/2014 | $715.73 |
| The Standard Register Company | The Standard Register Company | 1091476 | $9,992.82 | 1/26/2015 | 3688002 | 12/3/2014 | $594.66 |
| The Standard Register Company | The Standard Register Company | 1091894 | $26,700.71 | 1/26/2015 | 3690258 | 12/4/2014 | $185.47 |
| The Standard Register Company | The Standard Register Company | 1091476 | $9,992.82 | 1/26/2015 | 3688114 | 12/3/2014 | $56.07 |
| The Standard Register Company | The Standard Register Company | 1091894 | $26,700.71 | 1/26/2015 | 3689382 | 12/4/2014 | $1,471.50 |
| The Standard Register Company | The Standard Register Company | 1091894 | $26,700.71 | 1/26/2015 | 3689220 | 12/4/2014 | $175.51 |
| The Standard Register Company | The Standard Register Company | 1091476 | $9,992.82 | 1/26/2015 | 3688891 | 12/3/2014 | $5,762.74 |
| The Standard Register Company | The Standard Register Company | 1091476 | $9,992.82 | 1/26/2015 | 3688870 | 12/3/2014 | $148.84 |
| The Standard Register Company | The Standard Register Company | 1091476 | $9,992.82 | 1/26/2015 | 3688856 | 12/3/2014 | $56.07 |
| The Standard Register Company | The Standard Register Company | 1091476 | $9,992.82 | 1/26/2015 | 3688807 | 12/3/2014 | $56.07 |
| The Standard Register Company | The Standard Register Company | 1091476 | $9,992.82 | 1/26/2015 | 3688795 | 12/3/2014 | $56.07 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1091476 | $9,992.82 | 1/26/2015 | 3688639 | 12/3/2014 | $58.26 |
| The Standard Register Company | The Standard Register Company | 1091476 | $9,992.82 | 1/26/2015 | 3688609 | 12/3/2014 | $306.32 |
| The Standard Register Company | The Standard Register Company | 1091476 | $9,992.82 | 1/26/2015 | 3688499 | 12/3/2014 | $144.61 |
| The Standard Register Company | The Standard Register Company | 1091476 | $9,992.82 | 1/26/2015 | 3688287 | 12/3/2014 | $568.54 |
| The Standard Register Company | The Standard Register Company | 1092647 | $3,507.80 | 2/2/2015 | 3694149 | 12/8/2014 | $2,228.80 |
| The Standard Register Company | The Standard Register Company | 1091894 | $26,700.71 | 1/26/2015 | 3690278 | 12/4/2014 | $186.56 |

Totals:    27 transfer(s),    $220,674.10