

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | | | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 | |

Defendant: **MetLife, Inc.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1090202 | $262,310.50 | 1/12/2015 | 105786N014B | 11/30/2014 | $8,422.08 |
| The Standard Register Company | The Standard Register Company | 1090202 | $262,310.50 | 1/12/2015 | 105786N014A | 11/30/2014 | $29,160.64 |
| The Standard Register Company | The Standard Register Company | 1090202 | $262,310.50 | 1/12/2015 | 105786N014 | 11/30/2014 | $96,682.03 |
| The Standard Register Company | The Standard Register Company | 1090202 | $262,310.50 | 1/12/2015 | 105786DE14B | 12/31/2014 | $8,429.52 |
| The Standard Register Company | The Standard Register Company | 1090202 | $262,310.50 | 1/12/2015 | 105786DE14A | 12/31/2014 | $23,165.74 |
| The Standard Register Company | The Standard Register Company | 1090202 | $262,310.50 | 1/12/2015 | 105786DE14 | 12/31/2014 | $96,450.49 |
| The Standard Register Company | The Standard Register Company | 1090194 | $183,527.25 | 1/12/2015 | 1057860C14B | 10/31/2014 | $8,417.12 |
| The Standard Register Company | The Standard Register Company | 1090194 | $183,527.25 | 1/12/2015 | 1057860C14A | 10/31/2014 | $42,665.27 |
| The Standard Register Company | The Standard Register Company | 1090194 | $183,527.25 | 1/12/2015 | 1057860C14 | 10/31/2014 | $132,444.86 |

**Totals:**    2 transfer(s),    $445,837.75