

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **Bradford & Bigelow, Inc.** |
|---|---|
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1088411 | $25,703.82 | 1/5/2015 | 80484 | 11/20/2014 | $18,093.78 |
| The Standard Register Company | The Standard Register Company | 1086809 | $68,496.60 | 12/31/2014 | 80332 | 11/13/2014 | $7,137.00 |
| The Standard Register Company | The Standard Register Company | 1086809 | $68,496.60 | 12/31/2014 | 80333 | 11/13/2014 | $11,894.07 |
| The Standard Register Company | The Standard Register Company | 1086809 | $68,496.60 | 12/31/2014 | 80334 | 11/13/2014 | $3,246.00 |
| The Standard Register Company | The Standard Register Company | 1086809 | $68,496.60 | 12/31/2014 | 80335 | 11/13/2014 | $1,495.00 |
| The Standard Register Company | The Standard Register Company | 1086809 | $68,496.60 | 12/31/2014 | 80336 | 11/13/2014 | $4,244.00 |
| The Standard Register Company | The Standard Register Company | 1086809 | $68,496.60 | 12/31/2014 | 80344 | 11/17/2014 | $15,266.65 |
| The Standard Register Company | The Standard Register Company | 1086809 | $68,496.60 | 12/31/2014 | 80345 | 11/17/2014 | $3,575.00 |
| The Standard Register Company | The Standard Register Company | 1086809 | $68,496.60 | 12/31/2014 | 80346 | 11/17/2014 | $3,242.00 |
| The Standard Register Company | The Standard Register Company | 1086809 | $68,496.60 | 12/31/2014 | 80331 | 11/13/2014 | $17,509.00 |
| The Standard Register Company | The Standard Register Company | 1088411 | $25,703.82 | 1/5/2015 | 80473 | 11/20/2014 | $9,250.72 |
| The Standard Register Company | The Standard Register Company | 1095053 | $56,703.50 | 2/10/2015 | 80785 | 12/18/2014 | $32,244.35 |
| The Standard Register Company | The Standard Register Company | 1091478 | $20,342.39 | 1/27/2015 | 80055 | 10/27/2014 | $8,792.84 |
| The Standard Register Company | The Standard Register Company | 1091478 | $20,342.39 | 1/27/2015 | 80600 | 12/3/2014 | $8,604.00 |
| The Standard Register Company | The Standard Register Company | 1091478 | $20,342.39 | 1/27/2015 | 80601 | 12/3/2014 | $4,244.00 |
| The Standard Register Company | The Standard Register Company | 1091896 | $24,983.63 | 1/27/2015 | 80632 | 12/4/2014 | $26,578.33 |
| The Standard Register Company | The Standard Register Company | 1092649 | $8,353.78 | 2/3/2015 | 80687 | 12/8/2014 | $4,643.00 |
| The Standard Register Company | The Standard Register Company | 1092649 | $8,353.78 | 2/3/2015 | 80688 | 12/8/2014 | $4,244.00 |
| The Standard Register Company | The Standard Register Company | 1095053 | $56,703.50 | 2/10/2015 | 80779 | 12/18/2014 | $26,117.00 |
| The Standard Register Company | The Standard Register Company | 1095053 | $56,703.50 | 2/10/2015 | 80784 | 12/18/2014 | $1,928.65 |
| The Standard Register Company | The Standard Register Company | 1086809 | $68,496.60 | 12/31/2014 | 80347 | 11/17/2014 | $5,260.00 |

Totals:    6 transfer(s),    $204,583.72