

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|

| Defendant: | **Carter Brothers Technology Group, Inc. dba CB Tech** |
|---|---|
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010006 | $42,800.58 | 1/28/2015 | SRC356 | 1/1/2015 | $563.63 |
| The Standard Register Company | The Standard Register Company | 7009253 | $688.50 | 12/18/2014 | SRC348 | 10/31/2014 | $344.25 |
| The Standard Register Company | The Standard Register Company | 7009271 | $38,800.16 | 12/22/2014 | SRC351 | 12/1/2014 | $96.00 |
| The Standard Register Company | The Standard Register Company | 7009271 | $38,800.16 | 12/22/2014 | SRC352 | 12/1/2014 | $87.75 |
| The Standard Register Company | The Standard Register Company | 7009271 | $38,800.16 | 12/22/2014 | SRC353 | 12/1/2014 | $38,616.41 |
| The Standard Register Company | The Standard Register Company | 7009674 | $563.63 | 1/6/2015 | SRC350 | 12/1/2014 | $563.63 |
| The Standard Register Company | The Standard Register Company | 7009688 | $378.00 | 1/8/2015 | SRC349 | 11/14/2014 | $378.00 |
| The Standard Register Company | The Standard Register Company | 7009732 | $96.00 | 1/9/2015 | SRC341 | 11/1/2014 | $96.00 |
| The Standard Register Company | The Standard Register Company | 7009745 | $2,401.51 | 1/12/2015 | SRC344 | 10/24/2014 | $254.21 |
| The Standard Register Company | The Standard Register Company | 7009745 | $2,401.51 | 1/12/2015 | SRC345 | 10/24/2014 | $310.50 |
| The Standard Register Company | The Standard Register Company | 7009745 | $2,401.51 | 1/12/2015 | SRC346 | 10/31/2014 | $185.60 |
| The Standard Register Company | The Standard Register Company | 7009253 | $688.50 | 12/18/2014 | SRC347 | 10/31/2014 | $344.25 |
| The Standard Register Company | The Standard Register Company | 7009963 | $291.20 | 1/27/2015 | SRC354 | 12/12/2014 | $291.20 |
| The Standard Register Company | The Standard Register Company | 7010760 | $22,217.00 | 3/9/2015 | SRC368 | 2/1/2015 | $22,217.00 |
| The Standard Register Company | The Standard Register Company | 7010006 | $42,800.58 | 1/28/2015 | SRC357 | 1/1/2015 | $20,019.95 |
| The Standard Register Company | The Standard Register Company | 7010006 | $42,800.58 | 1/28/2015 | SRC359 | 1/1/2015 | $22,217.00 |
| The Standard Register Company | The Standard Register Company | 7010496 | $1,834.95 | 2/20/2015 | SRC358 | 1/1/2015 | $87.75 |
| The Standard Register Company | The Standard Register Company | 7010496 | $1,834.95 | 2/20/2015 | SRC360 | 1/2/2015 | $550.40 |
| The Standard Register Company | The Standard Register Company | 7010496 | $1,834.95 | 2/20/2015 | SRC361 | 1/9/2015 | $550.40 |
| The Standard Register Company | The Standard Register Company | 7010496 | $1,834.95 | 2/20/2015 | SRC362 | 1/16/2015 | $550.40 |
| The Standard Register Company | The Standard Register Company | 7010496 | $1,834.95 | 2/20/2015 | SRC370 | 1/30/2015 | $96.00 |
| The Standard Register Company | The Standard Register Company | 7010527 | $19,710.33 | 2/23/2015 | SRC364 | 2/1/2015 | $563.63 |
| The Standard Register Company | The Standard Register Company | 7010527 | $19,710.33 | 2/23/2015 | SRC365 | 2/1/2015 | $19,058.95 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010527 | $19,710.33 | 2/23/2015 | SRC366 | 2/1/2015 | $87.75 |
| The Standard Register Company | The Standard Register Company | 7010692 | $96.00 | 3/4/2015 | SRC367 | 2/1/2015 | $96.00 |
| The Standard Register Company | The Standard Register Company | 7009745 | $2,401.51 | 1/12/2015 | SRC355 | 12/19/2014 | $1,651.20 |

**Totals:**   **12 transfer(s),**   **$129,877.86**