

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Cohber Press, Inc.** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1090247 | $102.11 | 1/13/2015 | 87633 | 10/22/2014 | $113.46 |
| The Standard Register Company | The Standard Register Company | 1084486 | $45,466.92 | 12/16/2014 | 877042 | 11/14/2014 | $2,988.00 |
| The Standard Register Company | The Standard Register Company | 1084486 | $45,466.92 | 12/16/2014 | 877043 | 11/14/2014 | $1,298.00 |
| The Standard Register Company | The Standard Register Company | 1084486 | $45,466.92 | 12/16/2014 | 877044 | 11/14/2014 | $1,298.00 |
| The Standard Register Company | The Standard Register Company | 1084486 | $45,466.92 | 12/16/2014 | 877045 | 11/14/2014 | $17,508.62 |
| The Standard Register Company | The Standard Register Company | 1085312 | $3,609.43 | 12/22/2014 | 87956 | 11/18/2014 | $2,431.89 |
| The Standard Register Company | The Standard Register Company | 1085312 | $3,609.43 | 12/22/2014 | 88081 | 11/18/2014 | $1,535.94 |
| The Standard Register Company | The Standard Register Company | 1088572 | $16,279.37 | 1/6/2015 | 88080 | 11/30/2014 | $16,205.37 |
| The Standard Register Company | The Standard Register Company | 1088572 | $16,279.37 | 1/6/2015 | 881651 | 11/30/2014 | $330.00 |
| The Standard Register Company | The Standard Register Company | 1088572 | $16,279.37 | 1/6/2015 | 881652 | 11/30/2014 | $330.00 |
| The Standard Register Company | The Standard Register Company | 1088572 | $16,279.37 | 1/6/2015 | 881653 | 11/30/2014 | $825.00 |
| The Standard Register Company | The Standard Register Company | 1084486 | $45,466.92 | 12/16/2014 | 877041 | 11/14/2014 | $25,700.00 |
| The Standard Register Company | The Standard Register Company | 1090025 | $15,091.20 | 1/13/2015 | 88296 | 12/8/2014 | $14,820.00 |
| The Standard Register Company | The Standard Register Company | 1095677 | $6,346.25 | 2/11/2015 | 88602 | 12/31/2014 | $424.65 |
| The Standard Register Company | The Standard Register Company | 1091037 | $6,508.96 | 1/21/2015 | 883631 | 12/12/2014 | $5,399.92 |
| The Standard Register Company | The Standard Register Company | 1091037 | $6,508.96 | 1/21/2015 | 883632 | 12/12/2014 | $1,754.64 |
| The Standard Register Company | The Standard Register Company | 1092266 | $9,980.08 | 1/27/2015 | 88226 | 12/17/2014 | $9,703.88 |
| The Standard Register Company | The Standard Register Company | 1092266 | $9,980.08 | 1/27/2015 | 88401 | 12/15/2014 | $200.00 |
| The Standard Register Company | The Standard Register Company | 1092266 | $9,980.08 | 1/27/2015 | 885181 | 12/17/2014 | $320.00 |
| The Standard Register Company | The Standard Register Company | 1092266 | $9,980.08 | 1/27/2015 | 885182 | 12/17/2014 | $400.00 |
| The Standard Register Company | The Standard Register Company | 1092266 | $9,980.08 | 1/27/2015 | 885183 | 12/17/2014 | $320.00 |
| The Standard Register Company | The Standard Register Company | 1092717 | $275.76 | 2/3/2015 | 88491 | 12/18/2014 | $306.40 |
| The Standard Register Company | The Standard Register Company | 1094384 | $1,528.20 | 2/6/2015 | 88326 | 12/10/2014 | $1,698.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1095677 | $6,346.25 | 2/11/2015 | 885501 | 12/31/2014 | $5,387.35 |
| The Standard Register Company | The Standard Register Company | 1095677 | $6,346.25 | 2/11/2015 | 885502 | 12/31/2014 | $1,166.25 |
| The Standard Register Company | The Standard Register Company | 1090025 | $15,091.20 | 1/13/2015 | 88295 | 12/8/2014 | $1,948.00 |

**Totals:** 10 transfer(s), $105,188.28