

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |

Defendant: **Pacific Cascade Distribution, Inc.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1093260 | $30,000.90 | 2/5/2015 | 44585 | 1/2/2015 | $7,995.20 |
| The Standard Register Company | The Standard Register Company | 1093260 | $30,000.90 | 2/5/2015 | 44521 | 12/31/2014 | $8,811.54 |
| The Standard Register Company | The Standard Register Company | 1093260 | $30,000.90 | 2/5/2015 | 44402 | 12/15/2014 | $13,194.16 |
| The Standard Register Company | The Standard Register Company | 1088775 | $21,435.91 | 1/5/2015 | 44306 | 12/1/2014 | $8,742.12 |
| The Standard Register Company | The Standard Register Company | 1088775 | $21,435.91 | 1/5/2015 | 44251 | 12/1/2014 | $12,693.79 |
| The Standard Register Company | The Standard Register Company | 1084652 | $8,954.54 | 12/16/2014 | 44099 | 11/14/2014 | $9,279.04 |
| The Standard Register Company | The Standard Register Company | 1083816 | $23,470.25 | 12/16/2014 | 44041 | 11/3/2014 | $8,504.50 |
| The Standard Register Company | The Standard Register Company | 1083816 | $23,470.25 | 12/16/2014 | 43963 | 10/31/2014 | $14,965.75 |

Totals:    4 transfer(s),    $83,861.60