

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| Defendant: | **Con-Real, LP** |
|---|---|
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1096911 | $93,926.00 | 2/18/2015 | 141500201 | 12/31/2014 | $26,638.00 |
| The Standard Register Company | The Standard Register Company | 1096911 | $93,926.00 | 2/18/2015 | 141500101 | 12/31/2014 | $28,659.00 |
| The Standard Register Company | The Standard Register Company | 1096911 | $93,926.00 | 2/18/2015 | 141500001 | 12/31/2014 | $38,629.00 |
| **Totals:** | **1 transfer(s),** | **$93,926.00** | | | | | |