

**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

Defendant: **Packaging Corporation of America**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7009743 | $9,728.46 | 1/12/2015 | 32381514 | 12/23/2014 | $326.94 |
| The Standard Register Company | The Standard Register Company | 7009614 | $716.01 | 1/5/2015 | 32381157 | 12/15/2014 | $144.72 |
| The Standard Register Company | The Standard Register Company | 7009614 | $716.01 | 1/5/2015 | 32381158 | 12/15/2014 | $143.05 |
| The Standard Register Company | The Standard Register Company | 7009653 | $1,327.50 | 1/6/2015 | 32381267 | 12/17/2014 | $293.48 |
| The Standard Register Company | The Standard Register Company | 7009653 | $1,327.50 | 1/6/2015 | 32381268 | 12/17/2014 | $1,075.07 |
| The Standard Register Company | The Standard Register Company | 7009683 | $41,382.67 | 1/8/2015 | 32380963 | 12/9/2014 | $555.72 |
| The Standard Register Company | The Standard Register Company | 7009683 | $41,382.67 | 1/8/2015 | 32380964 | 12/9/2014 | $2,478.22 |
| The Standard Register Company | The Standard Register Company | 7009683 | $41,382.67 | 1/8/2015 | 32381355 | 12/19/2014 | $1,111.44 |
| The Standard Register Company | The Standard Register Company | 7009683 | $41,382.67 | 1/8/2015 | 32381356 | 12/19/2014 | $173.37 |
| The Standard Register Company | The Standard Register Company | 7009683 | $41,382.67 | 1/8/2015 | 32381357 | 12/19/2014 | $1,278.99 |
| The Standard Register Company | The Standard Register Company | 7009683 | $41,382.67 | 1/8/2015 | WE121314 | 12/18/2014 | $37,002.25 |
| The Standard Register Company | The Standard Register Company | 7009684 | $839.81 | 1/8/2015 | 32381354 | 12/19/2014 | $865.78 |
| The Standard Register Company | The Standard Register Company | 7009742 | $4,641.53 | 1/12/2015 | 32381116 | 12/12/2014 | $3,677.06 |
| The Standard Register Company | The Standard Register Company | 7010036 | $1,750.96 | 1/29/2015 | 7009992UD | 12/23/2014 | $1,750.96 |
| The Standard Register Company | The Standard Register Company | 7009742 | $4,641.53 | 1/12/2015 | 32381435 | 12/22/2014 | $240.39 |
| The Standard Register Company | The Standard Register Company | 7009613 | $69,388.60 | 1/5/2015 | WE120614 | 12/10/2014 | $55,848.55 |
| The Standard Register Company | The Standard Register Company | 7009743 | $9,728.46 | 1/12/2015 | 32381751 | 1/5/2014 | $9,702.40 |
| The Standard Register Company | The Standard Register Company | 7009779 | $550.16 | 1/14/2015 | 32381159 | 12/15/2014 | $555.72 |
| The Standard Register Company | The Standard Register Company | 7009870 | $8,450.38 | 1/22/2015 | 32381615 | 12/30/2014 | $840.71 |
| The Standard Register Company | The Standard Register Company | 7009870 | $8,450.38 | 1/22/2015 | WE122714 | 12/30/2014 | $7,871.02 |
| The Standard Register Company | The Standard Register Company | 7009871 | $418.88 | 1/22/2015 | 32382172 | 1/15/2014 | $431.83 |
| The Standard Register Company | The Standard Register Company | 7009948 | $22,120.79 | 1/26/2015 | 32381807 | 1/6/2015 | $283.45 |
| The Standard Register Company | The Standard Register Company | 7009948 | $22,120.79 | 1/26/2015 | WE010315 | 1/6/2015 | $22,521.48 |

Packaging Corporation of America (SRCPAC012)
Bankruptcy Case: SRC Liquidation Company

May 3, 2016

Exhibit A

P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7009949 | $171.39 | 1/26/2015 | 32381806 | 1/6/2015 | $176.69 |
| The Standard Register Company | The Standard Register Company | 7009958 | $189.85 | 1/27/2015 | 32381858 | 1/7/2015 | $195.72 |
| The Standard Register Company | The Standard Register Company | 7009992 | $56,614.45 | 1/27/2015 | WE122014 | 12/23/2014 | $58,365.41 |
| The Standard Register Company | The Standard Register Company | 7010004 | $2,172.78 | 1/28/2015 | 32381915 | 1/8/2015 | $333.12 |
| The Standard Register Company | The Standard Register Company | 21946 | $1,379.14 | 1/5/2015 | 0204806-IN | 12/1/2014 | $1,379.14 |
| The Standard Register Company | The Standard Register Company | 7009742 | $4,641.53 | 1/12/2015 | 32381434 | 12/22/2014 | $791.81 |
| The Standard Register Company | The Standard Register Company | 7009366 | $355.64 | 12/26/2014 | 32380892 | 12/5/2014 | $366.64 |
| The Standard Register Company | The Standard Register Company | 22370 | $1,457.04 | 1/20/2015 | 0196540-INX | 7/31/2014 | $1,457.04 |
| The Standard Register Company | The Standard Register Company | 23137 | $2,446.29 | 2/11/2015 | 0207674-IN | 1/16/2015 | $2,446.29 |
| The Standard Register Company | The Standard Register Company | 7009220 | $348.79 | 12/16/2014 | 32380630 | 11/26/2014 | $359.58 |
| The Standard Register Company | The Standard Register Company | 7009267 | $414.20 | 12/22/2014 | 32380374 | 11/20/2014 | $418.38 |
| The Standard Register Company | The Standard Register Company | 7009268 | $9,436.34 | 12/22/2014 | 32380699 | 12/1/2014 | $9,728.19 |
| The Standard Register Company | The Standard Register Company | 7009303 | $701.23 | 12/23/2014 | 32380802 | 12/3/2014 | $466.78 |
| The Standard Register Company | The Standard Register Company | 7009303 | $701.23 | 12/23/2014 | 32380803 | 12/3/2014 | $256.13 |
| The Standard Register Company | The Standard Register Company | 7009365 | $2,664.68 | 12/26/2014 | 32380493 | 11/24/2014 | $250.00 |
| The Standard Register Company | The Standard Register Company | 7009365 | $2,664.68 | 12/26/2014 | 32380500 | 11/24/2014 | $500.00 |
| The Standard Register Company | The Standard Register Company | 7009365 | $2,664.68 | 12/26/2014 | 32380519 | 11/24/2014 | $277.86 |
| The Standard Register Company | The Standard Register Company | 7009365 | $2,664.68 | 12/26/2014 | 32380520 | 11/24/2014 | $453.93 |
| The Standard Register Company | The Standard Register Company | 7009365 | $2,664.68 | 12/26/2014 | 32380521 | 11/24/2014 | $732.45 |
| The Standard Register Company | The Standard Register Company | 7009614 | $716.01 | 1/5/2015 | 32381156 | 12/15/2014 | $229.57 |
| The Standard Register Company | The Standard Register Company | 7009365 | $2,664.68 | 12/26/2014 | 32380631 | 11/26/2014 | $202.42 |
| The Standard Register Company | The Standard Register Company | 7009614 | $716.01 | 1/5/2015 | 32381155 | 12/15/2014 | $220.81 |
| The Standard Register Company | The Standard Register Company | 7009457 | $33,973.29 | 12/29/2014 | 1411WE1122 | 12/8/2014 | $35,024.01 |
| The Standard Register Company | The Standard Register Company | 7009498 | $721.05 | 12/30/2014 | 32380085 | 11/13/2014 | $250.00 |
| The Standard Register Company | The Standard Register Company | 7009498 | $721.05 | 12/30/2014 | 32381009 | 12/10/2014 | $488.20 |
| The Standard Register Company | The Standard Register Company | 7009499 | $146.64 | 12/30/2014 | 32381008 | 12/10/2014 | $151.18 |
| The Standard Register Company | The Standard Register Company | 7009604 | $1,133.22 | 1/2/2015 | 32380804 | 12/3/2014 | $277.86 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7009604 | $1,133.22 | 1/2/2015 | 32380805 | 12/3/2014 | $683.63 |
| The Standard Register Company | The Standard Register Company | 7009604 | $1,133.22 | 1/2/2015 | 32380806 | 12/3/2014 | $183.18 |
| The Standard Register Company | The Standard Register Company | 7009613 | $69,388.60 | 1/5/2015 | 1411WE1129 | 12/2/2014 | $13,954.90 |
| The Standard Register Company | The Standard Register Company | 7009613 | $69,388.60 | 1/5/2015 | 32380839 | 12/4/2014 | $277.86 |
| The Standard Register Company | The Standard Register Company | 7009613 | $69,388.60 | 1/5/2015 | 32380840 | 12/4/2014 | $680.35 |
| The Standard Register Company | The Standard Register Company | 7009613 | $69,388.60 | 1/5/2015 | 32380841 | 12/4/2014 | $208.21 |
| The Standard Register Company | The Standard Register Company | 7009613 | $69,388.60 | 1/5/2015 | 32381160 | 12/15/2014 | $540.72 |
| The Standard Register Company | The Standard Register Company | 7010126 | $31,382.20 | 2/2/2015 | 32382010 | 1/12/2015 | $250.00 |
| The Standard Register Company | The Standard Register Company | 7009365 | $2,664.68 | 12/26/2014 | 32380556 | 11/25/2014 | $274.93 |
| The Standard Register Company | The Standard Register Company | 7010537 | $779.70 | 2/24/2015 | 32382993 | 2/4/2015 | $803.81 |
| The Standard Register Company | The Standard Register Company | 7010480 | $10,237.24 | 2/19/2015 | 32382795 | 1/30/2015 | $502.69 |
| The Standard Register Company | The Standard Register Company | 7010523 | $71,232.98 | 2/23/2015 | 32382422 | 1/22/2015 | $833.58 |
| The Standard Register Company | The Standard Register Company | 7010523 | $71,232.98 | 2/23/2015 | 32382915 | 2/2/2015 | $2,017.75 |
| The Standard Register Company | The Standard Register Company | 7010523 | $71,232.98 | 2/23/2015 | WE013115 | 2/3/2015 | $29,746.38 |
| The Standard Register Company | The Standard Register Company | 7010523 | $71,232.98 | 2/23/2015 | WE020715 | 2/3/2015 | $40,821.16 |
| The Standard Register Company | The Standard Register Company | 7010524 | $2,572.60 | 2/23/2015 | 32382912 | 2/2/2015 | $312.79 |
| The Standard Register Company | The Standard Register Company | 7010524 | $2,572.60 | 2/23/2015 | 32382913 | 2/2/2015 | $174.39 |
| The Standard Register Company | The Standard Register Company | 7010524 | $2,572.60 | 2/23/2015 | 32382914 | 2/2/2015 | $251.40 |
| The Standard Register Company | The Standard Register Company | 7010524 | $2,572.60 | 2/23/2015 | 32382963 | 2/3/2015 | $165.03 |
| The Standard Register Company | The Standard Register Company | 7010524 | $2,572.60 | 2/23/2015 | 32382964 | 2/3/2015 | $235.31 |
| The Standard Register Company | The Standard Register Company | 7010524 | $2,572.60 | 2/23/2015 | 32382965 | 2/3/2015 | $27.96 |
| The Standard Register Company | The Standard Register Company | 7010524 | $2,572.60 | 2/23/2015 | 32382966 | 2/3/2015 | $234.33 |
| The Standard Register Company | The Standard Register Company | 7010004 | $2,172.78 | 1/28/2015 | 32381916 | 1/8/2015 | $1,906.86 |
| The Standard Register Company | The Standard Register Company | 7010536 | $354.81 | 2/24/2015 | 32382994 | 2/4/2015 | $365.78 |
| The Standard Register Company | The Standard Register Company | 7010421 | $1,056.63 | 2/16/2015 | 32382609 | 1/27/2015 | $1,089.31 |
| The Standard Register Company | The Standard Register Company | 7010583 | $1,571.31 | 2/26/2015 | 32383092 | 2/6/2015 | $246.55 |
| The Standard Register Company | The Standard Register Company | 7010583 | $1,571.31 | 2/26/2015 | 32383093 | 2/6/2015 | $267.18 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010583 | $1,571.31 | 2/26/2015 | 32383094 | 2/6/2015 | $1,106.19 |
| The Standard Register Company | The Standard Register Company | 7010651 | $2,891.43 | 3/2/2015 | 32382749 | 1/29/2015 | $833.58 |
| The Standard Register Company | The Standard Register Company | 7010651 | $2,891.43 | 3/2/2015 | 32383185 | 2/9/2015 | $1,380.75 |
| The Standard Register Company | The Standard Register Company | 7010651 | $2,891.43 | 3/2/2015 | 32383186 | 2/9/2015 | $249.34 |
| The Standard Register Company | The Standard Register Company | 7010651 | $2,891.43 | 3/2/2015 | 32383199 | 2/10/2015 | $250.00 |
| The Standard Register Company | The Standard Register Company | 7010651 | $2,891.43 | 3/2/2015 | 32383200 | 2/10/2015 | $250.00 |
| The Standard Register Company | The Standard Register Company | 7010652 | $141.78 | 3/2/2015 | 32383184 | 2/9/2015 | $146.17 |
| The Standard Register Company | The Standard Register Company | 7010715 | $1,102.15 | 3/5/2015 | 32383344 | 2/13/2015 | $1,136.24 |
| The Standard Register Company | The Standard Register Company | 7010755 | $39,041.03 | 3/9/2015 | WE021415 | 2/14/2015 | $39,041.03 |
| The Standard Register Company | The Standard Register Company | 7010756 | $2,127.34 | 3/9/2015 | 32383383 | 2/16/2015 | $1,240.12 |
| The Standard Register Company | The Standard Register Company | 7010524 | $2,572.60 | 2/23/2015 | 32382967 | 2/3/2015 | $1,250.95 |
| The Standard Register Company | The Standard Register Company | 7010357 | $803.78 | 2/10/2015 | 32382393 | 1/21/2015 | $322.69 |
| The Standard Register Company | The Standard Register Company | 7010126 | $31,382.20 | 2/2/2015 | 32382011 | 1/12/2015 | $500.00 |
| The Standard Register Company | The Standard Register Company | 7010126 | $31,382.20 | 2/2/2015 | 32382095 | 1/13/2015 | $2,331.16 |
| The Standard Register Company | The Standard Register Company | 7010126 | $31,382.20 | 2/2/2015 | WE011015A | 1/13/2015 | $29,271.62 |
| The Standard Register Company | The Standard Register Company | 7010200 | $862.24 | 2/4/2015 | 32382173 | 1/15/2015 | $649.47 |
| The Standard Register Company | The Standard Register Company | 7010200 | $862.24 | 2/4/2015 | 32382174 | 1/15/2015 | $239.43 |
| The Standard Register Company | The Standard Register Company | 7010201 | $1,454.16 | 2/4/2015 | 32382171 | 1/15/2015 | $1,499.13 |
| The Standard Register Company | The Standard Register Company | 7010237 | $5,295.37 | 2/5/2015 | 32382232 | 1/16/2015 | $5,459.14 |
| The Standard Register Company | The Standard Register Company | 7010318 | $41,876.80 | 2/9/2015 | 1501WE0117 | 1/20/2015 | $42,921.96 |
| The Standard Register Company | The Standard Register Company | 7010318 | $41,876.80 | 2/9/2015 | 32382334 | 1/20/2015 | $250.00 |
| The Standard Register Company | The Standard Register Company | 7010319 | $1,953.04 | 2/9/2015 | 32382303 | 1/19/2015 | $466.07 |
| The Standard Register Company | The Standard Register Company | 7010319 | $1,953.04 | 2/9/2015 | 32382353 | 1/20/2015 | $140.07 |
| The Standard Register Company | The Standard Register Company | 7010319 | $1,953.04 | 2/9/2015 | 32382354 | 1/20/2015 | $320.34 |
| The Standard Register Company | The Standard Register Company | 7010480 | $10,237.24 | 2/19/2015 | 32382794 | 1/30/2015 | $10,051.17 |
| The Standard Register Company | The Standard Register Company | 7010357 | $803.78 | 2/10/2015 | 32382392 | 1/21/2015 | $505.95 |
| The Standard Register Company | The Standard Register Company | 7010436 | $42,696.16 | 2/17/2015 | WE012415 | 1/28/2015 | $44,016.66 |

Packaging Corporation of America (SRCPAC012)
Bankruptcy Case: SRC Liquidation Company
May 3, 2016                                    Exhibit A                                    P. 4

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7010371 | $4,628.93 | 2/11/2015 | 32382012 | 1/12/2015 | $250.00 |
| The Standard Register Company | The Standard Register Company | 7010371 | $4,628.93 | 2/11/2015 | 32382013 | 1/12/2015 | $250.00 |
| The Standard Register Company | The Standard Register Company | 7010371 | $4,628.93 | 2/11/2015 | 32382014 | 1/12/2015 | $500.00 |
| The Standard Register Company | The Standard Register Company | 7010371 | $4,628.93 | 2/11/2015 | 32382423 | 1/22/2015 | $3,280.56 |
| The Standard Register Company | The Standard Register Company | 7010371 | $4,628.93 | 2/11/2015 | 32382424 | 1/22/2015 | $470.92 |
| The Standard Register Company | The Standard Register Company | 7010372 | $437.39 | 2/11/2015 | 32382421 | 1/22/2015 | $450.92 |
| The Standard Register Company | The Standard Register Company | 7010381 | $1,803.24 | 2/12/2015 | 32382471 | 1/23/2015 | $1,859.01 |
| The Standard Register Company | The Standard Register Company | 7010420 | $2,559.79 | 2/16/2015 | 32382231 | 1/16/2015 | $833.58 |
| The Standard Register Company | The Standard Register Company | 7010420 | $2,559.79 | 2/16/2015 | 32382514 | 1/26/2015 | $250.00 |
| The Standard Register Company | The Standard Register Company | 7010420 | $2,559.79 | 2/16/2015 | 32382570 | 1/27/2015 | $250.00 |
| The Standard Register Company | The Standard Register Company | 7010420 | $2,559.79 | 2/16/2015 | 32382610 | 1/27/2015 | $232.72 |
| The Standard Register Company | The Standard Register Company | 7010420 | $2,559.79 | 2/16/2015 | 32382611 | 1/27/2015 | $1,055.47 |
| The Standard Register Company | The Standard Register Company | 7010756 | $2,127.34 | 3/9/2015 | 32383421 | 2/17/2015 | $953.01 |
| The Standard Register Company | The Standard Register Company | 7010319 | $1,953.04 | 2/9/2015 | 32382355 | 1/20/2015 | $1,086.96 |

Totals:    53 transfer(s),    $544,503.87