

| | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

**Defendant:** Paper Systems Incorporated
**Bankruptcy Case:** SRC Liquidation Company
**Preference Period:** Dec 12, 2014 - Mar 12, 2015

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1086031 | $217.86 | 12/26/2014 | I714790 | 11/10/2014 | $60.23 |
| The Standard Register Company | The Standard Register Company | 1088161 | $7,654.47 | 1/2/2015 | I715258 | 11/19/2014 | $74.81 |
| The Standard Register Company | The Standard Register Company | 1088161 | $7,654.47 | 1/2/2015 | I715248 | 11/19/2014 | $6,600.00 |
| The Standard Register Company | The Standard Register Company | 1088161 | $7,654.47 | 1/2/2015 | I715235 | 11/19/2014 | $533.29 |
| The Standard Register Company | The Standard Register Company | 1088161 | $7,654.47 | 1/2/2015 | I715230 | 11/18/2014 | $219.10 |
| The Standard Register Company | The Standard Register Company | 1088161 | $7,654.47 | 1/2/2015 | I715220 | 11/18/2014 | $676.70 |
| The Standard Register Company | The Standard Register Company | 1088161 | $7,654.47 | 1/2/2015 | I715197 | 11/18/2014 | $98.95 |
| The Standard Register Company | The Standard Register Company | 1087496 | $626.72 | 12/30/2014 | I715116 | 11/17/2014 | $277.07 |
| The Standard Register Company | The Standard Register Company | 1087496 | $626.72 | 12/30/2014 | I715071 | 11/17/2014 | $58.22 |
| The Standard Register Company | The Standard Register Company | 1087496 | $626.72 | 12/30/2014 | I713178 | 10/13/2014 | $334.15 |
| The Standard Register Company | The Standard Register Company | 1084166 | $346.19 | 12/15/2014 | I714332 | 11/3/2014 | $225.67 |
| The Standard Register Company | The Standard Register Company | 1086456 | $283.56 | 12/29/2014 | I714866 | 11/11/2014 | $225.67 |
| The Standard Register Company | The Standard Register Company | 1089422 | $1,277.05 | 1/6/2015 | I715487 | 11/24/2014 | $74.83 |
| The Standard Register Company | The Standard Register Company | 1086031 | $217.86 | 12/26/2014 | I714777 | 11/10/2014 | $170.41 |
| The Standard Register Company | The Standard Register Company | 1085427 | $1,256.07 | 12/22/2014 | I714663 | 11/7/2014 | $1,340.99 |
| The Standard Register Company | The Standard Register Company | 1085059 | $379.63 | 12/16/2014 | I714598 | 11/6/2014 | $408.20 |
| The Standard Register Company | The Standard Register Company | 1084655 | $1,302.30 | 12/16/2014 | I714496 | 11/4/2014 | $75.71 |
| The Standard Register Company | The Standard Register Company | 1084655 | $1,302.30 | 12/16/2014 | I714487 | 11/4/2014 | $98.95 |
| The Standard Register Company | The Standard Register Company | 1084655 | $1,302.30 | 12/16/2014 | I714434 | 11/4/2014 | $1,064.16 |
| The Standard Register Company | The Standard Register Company | 1084655 | $1,302.30 | 12/16/2014 | I714498 | 11/4/2014 | $77.92 |
| The Standard Register Company | The Standard Register Company | 1084655 | $1,302.30 | 12/16/2014 | I714497 | 11/4/2014 | $77.92 |
| The Standard Register Company | The Standard Register Company | 1084166 | $346.19 | 12/15/2014 | I714411 | 11/3/2014 | $79.17 |
| The Standard Register Company | The Standard Register Company | 1084166 | $346.19 | 12/15/2014 | I714333 | 11/3/2014 | $62.13 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1086456 | $283.56 | 12/29/2014 | I714900 | 11/11/2014 | $74.83 |
| The Standard Register Company | The Standard Register Company | 1092842 | $304.30 | 2/2/2015 | I716137 | 12/8/2014 | $225.11 |
| The Standard Register Company | The Standard Register Company | 1096545 | $268.78 | 2/17/2015 | I716893 | 12/23/2014 | $77.38 |
| The Standard Register Company | The Standard Register Company | 1096545 | $268.78 | 2/17/2015 | I716892 | 12/23/2014 | $103.36 |
| The Standard Register Company | The Standard Register Company | 1095813 | $93.01 | 2/9/2015 | I716768 | 12/21/2014 | $98.90 |
| The Standard Register Company | The Standard Register Company | 1095371 | $60,078.50 | 2/9/2015 | I716680 | 12/17/2014 | $225.11 |
| The Standard Register Company | The Standard Register Company | 1095371 | $60,078.50 | 2/9/2015 | I716638 | 12/17/2014 | $3,230.00 |
| The Standard Register Company | The Standard Register Company | 1095371 | $60,078.50 | 2/9/2015 | I716637 | 12/17/2014 | $22,025.25 |
| The Standard Register Company | The Standard Register Company | 1095371 | $60,078.50 | 2/9/2015 | I716636 | 12/17/2014 | $39,118.09 |
| The Standard Register Company | The Standard Register Company | 1094528 | $75.24 | 2/6/2015 | I716491 | 12/15/2014 | $79.08 |
| The Standard Register Company | The Standard Register Company | 1094112 | $58.95 | 2/5/2015 | I716453 | 12/12/2014 | $62.07 |
| The Standard Register Company | The Standard Register Company | 1093637 | $198.90 | 2/5/2015 | I716336 | 12/10/2014 | $58.01 |
| The Standard Register Company | The Standard Register Company | 1088777 | $191.57 | 1/5/2015 | I715381 | 11/20/2014 | $203.36 |
| The Standard Register Company | The Standard Register Company | 1092842 | $304.30 | 2/2/2015 | I716194 | 12/8/2014 | $98.90 |
| The Standard Register Company | The Standard Register Company | 1089422 | $1,277.05 | 1/6/2015 | I715462 | 11/24/2014 | $980.19 |
| The Standard Register Company | The Standard Register Company | 1092401 | $148.45 | 1/29/2015 | I716069 | 12/5/2014 | $80.28 |
| The Standard Register Company | The Standard Register Company | 1092401 | $148.45 | 1/29/2015 | I716048 | 12/5/2014 | $76.08 |
| The Standard Register Company | The Standard Register Company | 1091652 | $8,373.80 | 1/27/2015 | I715877 | 12/3/2014 | $8,853.60 |
| The Standard Register Company | The Standard Register Company | 1091652 | $8,373.80 | 1/27/2015 | I713970 | 10/27/2014 | $71.44 |
| The Standard Register Company | The Standard Register Company | 1091652 | $8,373.80 | 1/27/2015 | I713150 | 10/13/2014 | $75.47 |
| The Standard Register Company | The Standard Register Company | 1090805 | $142.06 | 1/20/2015 | I715724 | 12/1/2014 | $74.87 |
| The Standard Register Company | The Standard Register Company | 1090805 | $142.06 | 1/20/2015 | I715723 | 12/1/2014 | $74.87 |
| The Standard Register Company | The Standard Register Company | 1089422 | $1,277.05 | 1/6/2015 | I715592 | 11/25/2014 | $225.67 |
| The Standard Register Company | The Standard Register Company | 1089422 | $1,277.05 | 1/6/2015 | I715591 | 11/25/2014 | $78.74 |
| The Standard Register Company | The Standard Register Company | 1096545 | $268.78 | 2/17/2015 | I716894 | 12/23/2014 | $103.44 |
| The Standard Register Company | The Standard Register Company | 1093637 | $198.90 | 2/5/2015 | I716327 | 12/10/2014 | $151.63 |

Totals:    20 transfer(s),    $83,277.41

Paper Systems Incorporated (SRCPAP003)
Bankruptcy Case: SRC Liquidation Company
May 3, 2016                                Exhibit A                                P. 2