

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|

Defendant: **Concur Technologies, Inc.**
Bankruptcy Case: **SRC Liquidation Company**
Preference Period: **Dec 12, 2014 - Mar 12, 2015**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 7009940 | $34,498.41 | 1/23/2015 | 12315 | 1/23/2015 | $34,498.41 |
| The Standard Register Company | The Standard Register Company | 7009161 | $49,629.94 | 12/12/2014 | 375536 | 9/30/2014 | $49,629.94 |
| **Totals:** | | **2 transfer(s),** | **$84,128.35** | | | | |