

**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Contingent Network Services, LLC** |
| Bankruptcy Case: | **SRC Liquidation Company** |
| Preference Period: | **Dec 12, 2014 - Mar 12, 2015** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1085892 | $3,657.03 | 1/5/2015 | 447388 | 10/16/2014 | $390.92 |
| The Standard Register Company | The Standard Register Company | 1083864 | $2,004.65 | 1/5/2015 | 128304 | 10/7/2014 | $579.32 |
| The Standard Register Company | The Standard Register Company | 1083864 | $2,004.65 | 1/5/2015 | 129011 | 10/8/2014 | $775.83 |
| The Standard Register Company | The Standard Register Company | 1083864 | $2,004.65 | 1/5/2015 | 447034 | 10/7/2014 | $330.00 |
| The Standard Register Company | The Standard Register Company | 1083864 | $2,004.65 | 1/5/2015 | 447275 | 10/7/2014 | $319.50 |
| The Standard Register Company | The Standard Register Company | 1084081 | $4,419.04 | 1/5/2015 | 128056 | 10/9/2014 | $237.00 |
| The Standard Register Company | The Standard Register Company | 1084081 | $4,419.04 | 1/5/2015 | 128556 | 10/9/2014 | $3,760.90 |
| The Standard Register Company | The Standard Register Company | 1084081 | $4,419.04 | 1/5/2015 | 128557 | 10/9/2014 | $421.14 |
| The Standard Register Company | The Standard Register Company | 1085315 | $2,317.49 | 1/5/2015 | 128558 | 10/14/2014 | $1,987.49 |
| The Standard Register Company | The Standard Register Company | 1085315 | $2,317.49 | 1/5/2015 | 447266 | 10/13/2014 | $330.00 |
| The Standard Register Company | The Standard Register Company | 1083496 | $213.00 | 12/12/2014 | 447313 | 10/6/2014 | $213.00 |
| The Standard Register Company | The Standard Register Company | 1085892 | $3,657.03 | 1/5/2015 | 128560 | 10/16/2014 | $3,266.11 |
| The Standard Register Company | The Standard Register Company | 1096810 | $51,847.97 | 2/18/2015 | 130232 | 12/1/2014 | $33,965.85 |
| The Standard Register Company | The Standard Register Company | 1087216 | $487.66 | 1/5/2015 | 128561 | 10/21/2014 | $243.83 |
| The Standard Register Company | The Standard Register Company | 1087216 | $487.66 | 1/5/2015 | 129012 | 10/22/2014 | $243.83 |
| The Standard Register Company | The Standard Register Company | 1088579 | $27,758.69 | 1/7/2015 | 129010 | 10/3/2014 | $28,189.01 |
| The Standard Register Company | The Standard Register Company | 1089182 | $461.50 | 1/7/2015 | 447860 | 10/30/2014 | $461.50 |
| The Standard Register Company | The Standard Register Company | 1092270 | $398.00 | 2/9/2015 | 129376 | 11/11/2014 | $185.00 |
| The Standard Register Company | The Standard Register Company | 1092270 | $398.00 | 2/9/2015 | 448364 | 11/12/2014 | $213.00 |
| The Standard Register Company | The Standard Register Company | 1092719 | $658.00 | 1/30/2015 | 128046 | 9/30/2014 | $185.00 |
| The Standard Register Company | The Standard Register Company | 1092719 | $658.00 | 1/30/2015 | 446941 | 9/30/2014 | $473.00 |
| The Standard Register Company | The Standard Register Company | 1093152 | $751.99 | 2/3/2015 | 129373 | 10/24/2014 | $751.99 |
| The Standard Register Company | The Standard Register Company | 1096810 | $51,847.97 | 2/18/2015 | 126736A | 7/22/2014 | $17,882.12 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| The Standard Register Company | The Standard Register Company | 1085580 | $185.00 | 1/5/2015 | 128559 | 10/15/2014 | $185.00 |
| **Totals:** | **13 transfer(s),** | **$95,160.02** | | | | | |